**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**

Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) ABANDONMENT OF ANY PERSONAL PROPERTY, EACH EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

respectfully state the following in support of this motion:[2]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this motion have the meanings ascribed to them in the First Day Declaration, defined below.

## Relief Requested

1.      The Debtors seek entry of an order, substantially in the form attached hereto as

**Exhibit A** (the "Order"):  (i) authorizing the Debtors to (a) reject certain executory contracts (each,

a "Contract" and collectively, the "Contracts") and unexpired leases for non-residential real

property (each, a "Lease" and collectively, the "Leases") identified on Schedule 1[3] to the Order

and (b) abandon certain equipment, fixtures, furniture, or other personal property that may be

located at any premises and not otherwise transitioned to another location (collectively, the

"Personal Property"), each effective as of the Petition Date (as defined below), and (ii) granting

related relief.

## Jurisdiction and Venue

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court")

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order*

*of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on

September 18, 2012 (Simandle, C.J.).  The Debtors confirm their consent to the Court entering a

final order in connection with this motion to the extent that it is later determined that the Court,

absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 105(a), 365(a), and 554(a) of

title 11 of the United States Code (the "Bankruptcy Code"), rules 6003 and 6006 of the Federal Rules

---

[3]     The Debtors reserve the right to amend Schedule 1 to the Order by removing certain Contracts and Leases from
such schedule prior to the hearing on this motion.

of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rules 9013-1 and 9013-5 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Rules</u>").

**<u>Background</u>**

5.      On May 5, 2025 (the "<u>Petition Date</u>"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Concurrent with the filing of this motion, the Debtors filed a motion requesting procedural consolidation and joint administration of these chapter 11 cases.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no official committees have been appointed or designated.

*6.*      A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "<u>First Day Declaration</u>"), filed contemporaneously herewith.

**<u>Contracts and Leases to be Rejected</u>**

7.      As set forth in the First Day Declaration, the Debtors filed these chapter 11 cases with the intent of commencing sales processes at their retail locations and monetizing and divesting any assets not sold therein.  Before the Petition Date, the Debtors, with the assistance of their advisors, undertook a comprehensive review of their executory contracts and unexpired leases to identify contracts and leases that are no longer necessary for the Debtors' business operations, will not be assumed and assigned as part of any sale process, and that are otherwise financially burdensome.  Each of the Contracts and Leases identified on <u>Schedule 1</u> to **<u>Exhibit A</u>** fall into one or more of these categories.  Accordingly, the Debtors have determined that rejecting such Contracts and Leases is an appropriate exercise of their business judgment and in the best interest

of their estates, as rejection allows the Debtors to avoid potentially incurring further costs and expenses that would only undermine their efforts to minimize costs and maximize the value of their estates for the benefit of creditors. Accordingly, in an effort to reduce postpetition administrative costs and in the exercise of the Debtors' business judgment, the Debtors seek authority to reject the Contracts and Leases, in each case, effective as of the Petition Date.

8.      The rejection of the Contracts and Leases is critical for the Debtors to efficiently divest and monetize assets and administer their estates during the pendency of these chapter 11 cases. As of the Petition Date, the Debtors have already vacated the initial closing stores related to the Leases sought to be rejected by this motion. Therefore, absent rejection, the Debtors would be obligated to pay rent under the Leases even though they will have ceased operations at, and will no longer be in possession of, such locations' premises. Moreover, in addition to their obligations to pay rent under the Leases, the Debtors may be obligated to pay certain real property taxes, utilities, insurance, and other related charges associated with the Leases. Accordingly, the Debtors have determined, as a sound exercise of business judgment, that the cost of the Leases exceed any marginal benefit that could potentially be achieved from the assignment of such Leases.

9.      Moreover, the Debtors have identified certain contracts that are no longer relevant to their business operations. The Debtors have analyzed the terms of such contracts and determined that such Contracts do not provide any material benefit to their estates, and accordingly, should be rejected to cut off the potential incurrence of additional administrative costs or expenses associated with such Contracts during the pendency of these chapter 11 cases.

10.     Accordingly, the Debtors have determined that it is in the best interests of their estates to reject the Leases and Contracts set forth on Schedule 1, effective as of the Petition Date.

**Personal Property to Be Abandoned**

11.     Before the Debtors vacate any store premises, the Debtors will evaluate the remaining Personal Property located therein and determine whether (a) such Personal Property is of inconsequential value or (b) the cost of removing and storing such Personal Property for future use, marketing, or sale exceeds its value to the Debtors' estates.

12.     The Debtors submit that any Personal Property remaining at any premises the Lease for which has been rejected as of the Petition Date (each a "Vacant Location") is either of inconsequential value to the Debtors' estates or that the costs to the Debtors of retrieving, marketing, and reselling the Personal Property will exceed the recoveries, if any, that the Debtors and their estates could reasonably obtain in exchange for such property.  For the avoidance of doubt, the Debtors seek to abandon such Personal Property pursuant to section 554 of the Bankruptcy Code.

13.     Accordingly, to reduce postpetition administrative costs, and in the exercise of the Debtors' sound business judgment, the Debtors believe that the abandonment of the Personal Property as of the Petition Date is appropriate and in the best interests of the Debtors, their estates, and their creditors.

**Basis for Relief**

**I.      Rejection of the Contracts and Leases is Justified by the Debtors' Sound Business Judgment.**

14.     Section 365(a) of the Bankruptcy Code provides that a debtor in possession, "subject to the court's approval, may . . . reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a).  The decision to assume or reject executory contracts or unexpired leases is a matter within the "business judgment" of the debtor.  *See NLRB v. Bildisco & Bildisco (In re Bildisco)*, 682 F.2d 72, 79 (3d Cir. 1982) *aff'd*, 465 U.S. 513 (1984) ("The usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgment' test." (citation

omitted)); *see also Glenstone Lodge, Inc. v. Buckhead Am. Corp. (In re Buckhead Am. Corp.)*, 180

B.R. 83, 88 (D. Del. 1995). Application of the business judgment standard requires a court to approve

a debtor's business decision unless the decision is the product of bad faith, whim, or caprice. *See, e.g.*,

*In re HQ Glob. Holdings, Inc.*, 290 B.R. 507, 511–12 (Bankr. D. Del. 2003). Further, "[t]his provision

allows a trustee to relieve the bankruptcy estate of burdensome agreements which have not been

completely performed." *Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741

(5th Cir. 1996) (citation omitted).

15.     The Debtors' rejection of a contract or unexpired lease is appropriate where such

rejection would benefit the estate. *See Sharon Steel Corp. v. Nat'l Fuel Gas Distrib. Corp.*, 872

F.2d 36, 39–40 (3d Cir. 1989). Upon finding that a debtor has exercised its sound business

judgment in determining that rejection of certain contracts or leases is in the best interests of its

creditors and all parties in interest, a court should approve the rejection under section 365(a). *See,

e.g., In re Fed. Mogul Glob., Inc.*, 293 B.R. 124, 126 (D. Del. 2003); *Westbury Real Estate

Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.)*, 194 B.R. 555, 558 n.1 (Bankr.

S.D.N.Y. 1996), *appeal dismissed*, 210 B.R. 506 (S.D.N.Y. 1997); *In re Summit Land Co.*, 13 B.R.

310, 315 (Bankr. D. Utah 1981) (holding that absent extraordinary circumstances, court approval

of a debtor's decision to assume or reject an executory contract "should be granted as a matter of

course").

## II.     Rejection of the Contracts and Leases is in the Best Interest of the Debtors' Estates.

16.     After evaluation and analysis, the Debtors, with the assistance of their advisors,

have determined that there is no net benefit that is likely to be realized from the Debtors' efforts

to retain and market the Contracts and Leases, and that there is little, if any, likelihood that the

Debtors will be able to realize value from the Contracts or Leases. Therefore, the Contracts and

Leases are otherwise a burden to the Debtors' estates and cannot be efficiently administered by the Debtors' estates during the pendency of these chapter 11 cases.

17.     The Debtors seek to reject the Contracts and Leases, pursuant to section 365(a) of the Bankruptcy Code, to avoid the incurrence of any additional unnecessary expenses related to the Contracts and Leases as they seek to divest and monetize their assets.  The Debtors have concluded that the cost of maintaining the Contracts and Leases outweighs any value that such Contract or Lease could generate or that they are likely to generate if they were assumed and assigned.  Absent rejection, the Debtors believe that the Contracts and Leases will continue to burden the Debtors' estates with substantial administrative expenses without providing any corresponding benefit.

18.     For all of the foregoing reasons, the Debtors have decided, in the exercise of their sound business judgment, to reject the Contracts and Leases as of the Petition Date.  Accordingly, the Debtors respectfully request that the Court authorize the rejection of the Contracts and Leases pursuant to section 365(a) of the Bankruptcy Code.

**III.    Rejection of the Contracts and Leases as of the Petition Date Is Appropriate.**

19.     Section 365 of the Bankruptcy Code does not specifically address whether the Bankruptcy Court may order rejection to be applied retroactively.  *See In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) (stating that section 365 allows for retroactive rejection of nonresidential leases where the principles of equity dictate); *see also In re CCI Wireless, LLC*, 297 B.R. 133, 138 (D. Colo. 2003) (noting that section 365 "does not prohibit the bankruptcy court from allowing the rejection of leases to apply retroactively").  Many courts have held that bankruptcy courts may, in their discretion, authorize rejection retroactively to a date prior to entry of the order authorizing such rejection where the balance of equities favor such relief.  *See, e.g., In re Virginia*

*Packaging Supply Co., Inc.*, 122 B.R. 491, 493 (Bankr. E.D. Va. 1990) (allowing retroactive rejection of a lease where the debtor timely filed a motion for rejection); *see also, e.g., In re Philadelphia Newspapers, LLC*, 424 B.R. 178, 185 (Bankr. E.D. Pa. 2010) (granting retroactive rejection where equitable considerations did not weigh against it); *BP Energy Co. v. Bethlehem Steel Corp.*, 2002 WL 31548723, at *3 (S.D.N.Y. Nov. 15, 2002) ("[W]e cannot conclude . . . that a bankruptcy court's assignment of a retroactive rejection date falls outside of its authority when the balance of the equities favors this solution."); *In re At Home Corp.*, 392 F.3d 1064, 1065–66 (9th Cir. 2004) *cert. denied sub nom.*, 546 U.S. 814 (2005) (affirming bankruptcy court's approval of retroactive rejection); *In re Thinking Machs., Corp.*, 67 F.3d 1021, 1028 (1st. Cir. 1995) ("[B]ankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation.").  In considering whether to approve retroactive rejection, courts examine a number of factors and generally approve retroactive rejection where it promotes the purposes of section 365(a) of the Bankruptcy Code. *See In re Chi-Chi's, Inc.*, 305 B.R. at 339.

20.     In this instance, the balance of the equities favors approval of retroactive rejection of the Contracts and Leases.  Prior to the Petition Date, the Debtors determined in their business judgment to initiate store closings and commence the process to divest and monetize assets.  As a result of these prepetition actions and notice of this motion, the relevant landlords and contract counterparties are not subject to any uncertainty regarding the Debtors' intent with respect to the Contracts and Leases.  Upon the Petition Date, the affected landlords and contract counterparties identified in Schedule 1 will be relieved of their own obligations under the applicable Contract or Lease, allowing them to cease performance of such obligations and immediately repossess their property or enter into new contracts or leases (as applicable).  Any postponement of the effective date of the rejection of the Contracts or Leases would compel the Debtors to compensate the

landlords or contract counterparties, at the estates' expense, for a delay that the Debtors made every effort to avoid and, further, would force the Debtors potentially to incur unnecessary administrative expenses for contracts and leases which provide no benefit to the Debtors' estates. Such an outcome would be inequitable to the Debtors' other stakeholders.

21.     Pursuant to section 365 of the Bankruptcy Code, the Debtors seek to effectuate rejection of the Contracts and Leases as of the Petition Date, which may in some cases occur before the date of an order approving rejection of the Contracts and Leases has been entered by the Court. For the reasons set forth above, permitting rejection of the Contracts and Leases to occur as of the Petition Date is fair and equitable to all parties in interest, especially where the counterparties to the Contracts and Leases will not be prejudiced thereby. Permitting rejection to occur as of the Petition Date is consistent with prior rulings in this jurisdiction. *See, e.g.*, *In re Sam Ash Corp.*, No. 24-14727 (SLM) (Bankr. D.N.J. July 1, 2024) (authorizing rejection of unexpired contracts and leases effective as of a specified date); *In re Thrasio Holdings, Inc.*, No. 24-11840 (CMG) (Bankr. D. N.J. Apr. 4, 2024) (same); *In re Invitae Corp.*, No. 24-11362 (MBK) (Bankr. D. N.J. Jul. 25, 2024 (same); *In re Rite Aid Corp.*, No. 23-18993 (MBK) (Bankr. D. N.J. June 18, 2024) (same); *In re David's Bridal, LLC*, No. 23-13131 (CMG) (Bankr. D. N.J. May 18, 2023).[4]

22.     A court may permit such retroactive rejection to avoid unduly exposing a debtor's estate to unwarranted postpetition administrative or other expenses. If the relief requested is not granted, the Debtors and their creditors will be burdened with unnecessary expenses. Moreover, the counterparties to the Contracts and Leases will not be unduly prejudiced, because (a) such counterparties have sufficient notice of the Debtors' intent to reject the applicable Contracts and

---

[4]    Because of the voluminous nature of the orders cited herein, such orders have not been attached to this motion. Copies of these orders are available upon request to the Debtors' proposed co-counsel.

Leases and (b) with respect to the Leases, the Debtors will have relinquished control of the Vacant Locations by notifying the affected landlord in writing (email being sufficient) of the Debtors' surrender of the premises and (i) turning over keys, key codes, and security codes, if any, to the affected landlord or (ii) notifying the affected landlord in writing (email being sufficient) that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises. *See, e.g., Bildisco & Bildisco*, 465 U.S. at 523 (stating that rejection relates back to the petition date); *In re Thinking Machs. Corp.*, 67 F.3d at 1028 ("In the section 365 context . . . bankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation."); *In re CCI Wireless, LLC*, 297 B.R. 133, 140 (D. Col. 2003) (holding that a bankruptcy court "has authority under section 365(d)(3) to set the effective date of rejection at least as early as the filing date of the motion to reject").

## IV.    Abandonment of Any Personal Property Located at the Vacant Locations is Authorized by Section 554(a) of the Bankruptcy Code.

26.    Section 554(a) of the Bankruptcy Code provides that, "[a]fter notice and a hearing, the [debtor] may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a); *see also In re Wilson*, 94 B.R. 886, 888 (Bankr. E.D. Va. 1989) ("It is well settled, however, that a trustee is not obligated to accept onerous or unprofitable property surrendered as part of the estate, and may abandon property that is 'burdensome' or 'of inconsequential value and benefit' under § 554 of the Code.") (internal citations omitted). The right to abandon property is virtually unfettered, unless: (a) abandonment of the property will contravene laws designed to protect public health and safety; or (b) the property poses an imminent threat to the public's welfare. *See In re Midlantic Nat'l Bank*, 474 U.S. 494, 501 (1986). Neither of these limitations is relevant under the instant facts.

27.     The Debtors submit that any Personal Property left at any of the Vacant Locations is of inconsequential value to the Debtors' estates, or the costs to the Debtors of retrieving, marketing, and reselling such Personal Property will exceed the recoveries, if any, that the Debtors and their estates could reasonably obtain in exchange for such property.  This Court previously approved similar relief in other chapter 11 cases involving retail debtors.  *See*, *e.g.*, *In re Sam Ash Corp.*, No. 24-14727 (SLM) (Bankr. D. N.J. July 1, 2024) (authorizing the abandonment of certain personal property of inconsequential value at closing stores); *In re Rite Aid Corp.*, No. 23-18993 (MBK) (Bankr. D. N.J. June 18, 2024) (same); *In re David's Bridal, LLC*, No. 23-13131 (CMG) (Bankr. D. N.J. May 18, 2023) (same); *In re Bed Bath & Beyond Inc*., No. 23-13359 (VFP) (Bankr. D. N.J. May 17, 2023) (same); *In re L'Occitane, Inc.,* No. 2110632 (MBK) (Bankr. D. N.J. Jan. 28, 2021) (same).

28.     Accordingly, the Debtors have determined, in the exercise of their sound business judgment, that abandonment of any Personal Property located at any Vacant Locations will be in the best interest of the Debtors and their estates.

## The Requirements of Bankruptcy Rule 6003(a) Are Satisfied

29.     Bankruptcy Rule 6003(a) empowers a court to grant relief within the first twenty-one days after the Petition Date if the "relief is needed to avoid immediate and irreparable harm."  As set forth in this motion, the Debtors believe an immediate and orderly transition into chapter 11 is critical to the viability of their operations and that any delay in granting the relief requested could hinder the Debtors' operations and cause irreparable harm.  Furthermore, the failure to receive the requested relief during the first twenty-one days of these chapter 11 cases would severely disrupt the Debtors' operations at this critical juncture.  Rejecting the Contracts and Leases as of the Petition Date and abandoning certain equipment, fixtures, furniture, or other personal property that may be located at any premises and not otherwise transitioned to another location is vital to a smooth transition into chapter 11.  Accordingly, the Debtors submit that they

11

have satisfied the "immediate and irreparable harm" standard of Bankruptcy Rule 6003(a) to support the relief requested herein.

## Waiver of Memorandum of Law

30.     The Debtors respectfully request that the Court waive the requirement to file a separate memorandum of law pursuant to Local Rule 9013-1(a)(3) because the legal basis upon which the Debtors rely is set forth herein and the motion does not raise any novel issues of law.

## Reservation of Rights

31.     Nothing contained in this motion or any order granting the relief requested in this motion, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with any such order), is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in this motion or any order granting the relief requested by this motion; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

## No Prior Request

32.     No prior request for the relief sought in this motion has been made to this or any other court.

## Notice

33.     The Debtors will provide notice of this motion to the following parties and/or their respective counsel, as applicable:  (a) the office of the United States Trustee for the District of New Jersey; (b) the Debtors' 50 largest unsecured creditors (on a consolidated basis); (c) the Prepetition ABL Agent and counsel thereto; (d) the DIP Agent and counsel thereto; (e) the trustees for the Senior Secured Notes and counsel thereto; (f) the United States Attorney's Office for the District of New Jersey; (g) the Internal Revenue Service; (e) the attorneys general in the states where the Debtors conduct their business operations; (i) the counterparties to the Contracts and Leases; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, in substantially the forms submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated:  May 6, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com
          svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
          aeaton@paulweiss.com
          chopkins@paulweiss.com
          smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Proposed Order**

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*,

                    Debtors.[1]

</td><td>

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

</td></tr>
</table>

## ORDER (I) AUTHORIZING
## (A) REJECTION OF CERTAIN EXECUTORY
## CONTRACTS AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
## PROPERTY AND (B) ABANDONMENT OF ANY PERSONAL PROPERTY, EACH
## EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief |

Upon the *Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief* (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to reject the Contracts and Leases set forth on Schedule 1 attached hereto, effective as of the Petition Date, (b) authorizing the Debtors to abandon any Personal Property located at any such Lease premises, effective as of the Petition Date, and (c) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief |

the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY**

**ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Contracts and Leases identified on <u>Schedule 1</u> attached hereto are hereby rejected, to be effective as of the Petition Date.

3.      The Debtors shall not be liable for any additional administrative expenses arising after the Petition Date with respect to the Contracts and Leases.

4.      The Debtors do not waive any claims that they may have against any counterparty to the Contracts or Leases, whether such claims arise under, are related to the rejection of, or are independent of the Contracts or Leases.

5.      Nothing herein shall prejudice any party's rights to assert that the Contracts or Leases are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

6.      The Debtors are authorized, but not directed, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Lease; *provided, however*, that the Debtors shall remove from the leased premises any of the Debtors' personal property or other assets that contain and/or consist of (i) any hazardous or toxic substances or materials (as such terms are defined under applicable law) to the extent they are required to do so under applicable law (the "<u>Hazardous Material</u>"), (ii) any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "<u>PII</u>"), or other personal and/or confidential information about the Debtors' employees and/or customers, or any other individual, and (iii) any medications or medicines (the "<u>Medical</u>

| (Page | 5) | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief |

Material"). The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Petition Date. For the avoidance of doubt, and absent any sustained objection as it relates to the Debtors' personal property at a particular premises, any and all property located on the Debtors' leased premises on the Petition Date of the applicable lease of nonresidential real property, other than the Hazardous Material, PII and the Medical Material, shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Petition Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

7.       Any Personal Property located at the Debtors' leased premises that is subject to a rejected Lease is deemed abandoned, other than the Hazardous Material, PII and the Medical Material, as of the Petition Date, free and clear of all liens, claims, encumbrances, interests, and rights of third parties. And the counterparties to the Leases may dispose of such Personal Property, other than the Hazardous Material, PII and the Medical Material, in their sole and absolute discretion and without further notice or order of this Court without liability to the Debtors or third parties so long as the premises have been vacated by the Debtors. The automatic stay, to the extent applicable, is modified to allow for such disposition.

8.       Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Contracts or Leases is limited to the remedies available under any

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief |

applicable termination provision of such lease, sublease, or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

9.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (f) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the Motion are valid, and the rights of all parties are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.  Any payment made pursuant to this Order is not intended and should not be construed as an admission as the validity of any particular claim or a waiver of the Debtors' rights to subsequently dispute such claim.

10.      Notwithstanding anything to the contrary in the Motion or this Order, any payment made by the Debtors pursuant to the authority granted in this Order must be in compliance with and any authorization of the Debtors contained herein is subject to:  (a) any interim or final orders entered by the Court approving the Debtors' entry into any postpetition debtor-in-possession financing facility and/or authorizing the use of cash collateral; (b) the documentation in respect of any such debtor-in-possession financing or use of cash collateral; and (c) any budget or cash flow forecasts in connection therewith (in each case, the "DIP Order").  To the extent there is any

(Page | 7)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief |

inconsistency between the terms of the DIP Order and this Order, the terms of the DIP Order shall control.

11.     Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.     The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

13.     The Debtors have demonstrated that the requested relief is "necessary to avoid immediate and irreparable harm," as contemplated by Bankruptcy Rule 6003.

14.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

15.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

16.     Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

17.     The Debtors shall serve a copy of this Interim Order and the Motion on all parties required to receive notice pursuant to Local Rule 9013-5(f).

18.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# **<u>Schedule 1</u>**

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| ADOBE | RITE AID ONLINE STORE, INC. | CONTRACT AMENDMENT (A000193058) | 5/5/2025 |
| ADOBE | RITE AID HDQRTS. CORP | GENERATIVE AI ADDENDUM CONTRACT AMENDMENT | 5/5/2025 |
| ADOBE INC | RITE AID HDQRTS. CORP. | ADOBE SALES ORDER: ADOBE ADVERTISING CLOUD | 5/5/2025 |
| ADOBE INC | RITE AID HDQRTS. CORP. | ADOBE SALES ORDER ADOBE CONTRACT NUMBER:00937854 | 5/5/2025 |
| ADOBE INC | RITE AID HDQRTS. CORP. | ADOBE SALES ORDER DATED 08/01/2023 01088802 | 5/5/2025 |
| ADTHEORENT | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| ADTHEORENT | RITE AID HDQRTS. CORP | ADTHEORENT IO EXTENSION CONTRACT EXTENSION | 5/5/2025 |
| AGENCY WITHIN, LLC | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND AGENCY WITHIN, LLC ARE REJECTED. | 5/5/2025 |
| ALLCITY NETWORK INC. | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| ALLCITY NETWORK INC. | RITE AID HDQRTS. CORP | ALLCITY NETWORK RITE AID CONTRACT AMENDMENT | 5/5/2025 |
| AMAZON ADVERTISING LLC | RITE AID HDQRTS. CORP. | AGREEMENT | 5/5/2025 |
| AMAZON ADVERTISING LLC | RITE AID HDQRTS. CORP. | AMAZON LOCKER LOCATION AGREEMENT DATED 03/07/2019 | 5/5/2025 |
| AMAZON ADVERTISING LLC | THE BARTELL DRUG COMPANY | AMAZON PRIME NOW MERCHANT AGREEMENT DATED 08/15/2016 | 5/5/2025 |
| AMAZON ADVERTISING LLC | THE BARTELL DRUG COMPANY | AMENDMENT #1 TO AMAZON PRIME NOW MERCHANT AGREEMENT DATED 12/20/2016 | 5/5/2025 |
| AMAZON ADVERTISING LLC | THE BARTELL DRUG COMPANY | AMENDMENT #2 TO AMAZON PRIME NOW MERCHANT AGREEMENT DATED 04/02/2019 | 5/5/2025 |
| AMAZON ADVERTISING LLC | RITE AID HDQRTS. CORP. | AMENDMENT NO.1 AMAZON LOCKER LOCATION AGREEMENT DATED 06/09/2022 | 5/5/2025 |
| AMAZON ADVERTISING LLC | RITE AID HDQRTS. CORP. | CONTRACT TRANSMITTAL FORM | 5/5/2025 |
| AMAZON ADVERTISING LLC | RITE AID HDQRTS. CORP. | PICK-UP POINTS OPERATION AGREEMENT DATED 02/06/2019 | 5/5/2025 |
| ASPIREIQ | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| ASPIREIQ INC | RITE AID HDQRTS. CORP. | ASPIREIQ MASTER AGREEMENT DATED 03/31/2023 | 5/5/2025 |
| ASPIREIQ INC | RITE AID HDQRTS. CORP. | FIRST AMENDMENT TO ASPIREIQ MASTER AGREEMENT DATED 05/30/2023 | 5/5/2025 |
| ASPIREIQ INC | RITE AID HDQRTS. CORP. | SECOND AMENDMENT TO ASPIREIQ MASTER AGREEMENT DATED 08/10/2023 | 5/5/2025 |
| AXIOM GLOBAL INC. | RITE AID HDQRTS. CORP | SCOPE OF SERVICES (Ronald Lundeen) | 5/5/2025 |
| BAZAARVOICE | RITE AID HDQRTS. CORP | BAZAARVOICE SERVICE ORDER | 5/5/2025 |
| BAZAARVOICE INC | RITE AID HDQRTS. CORP. | DATA PROCESSING AGREEMENT | 5/5/2025 |
| BAZAARVOICE INC | RITE AID ONLINE STORE, INC. | MASTER AGREEMENT DATED 01/28/2016 | 5/5/2025 |
| BAZAARVOICE INC | RITE AID HDQRTS. CORP. | SERVICE ORDER | 5/5/2025 |
| BEVERAGE AIR | RITE AID HDQRTS. CORP. | VENDOR AGREEMENT | 5/5/2025 |
| BITLY INC | RITE AID HDQRTS. CORP. | AMENDMENT TO BITLY SUBSCRIPTION TERMS AND CONDITIONS DATED 06/25/2021 | 5/5/2025 |
| BITLY INC | RITE AID HDQRTS. CORP. | BITLY ORDER FORM DATED 04/24/2023 | 5/5/2025 |
| BITLY INC | RITE AID HDQRTS. CORP. | BITLY ORDER FORM DATED 04/27/2023 | 5/5/2025 |
| BITLY INC | RITE AID HDQRTS. CORP. | BITLY SUBSCRIPTION TERMS AND CONDITIONS DATED 01/29/2019 | 5/5/2025 |
| BRAINDO | RITE AID HDQRTS. CORP | CONTRACT EXTENSION | 5/5/2025 |
| BRAINDO | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| BRIGHTEDGE | RITE AID HDQRTS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| BRIGHTEDGE | RITE AID HDQRTS. CORP | NEW CONTRACT | 5/5/2025 |
| BROWNSTEIN GROUP, INC | RITE AID HDQRTS. CORP | CLIENT AGREEMENT | 5/5/2025 |
| BUREAU VERITAS CONSUMER | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND BUREAU VERITAS CONSUMER ARE REJECTED. | 5/5/2025 |
| CARLISLE SYNTEC INC. | RITE AID HDQRTS. CORP. | VENDOR AGREEMENT | 5/5/2025 |
| CARRIER CORP | RITE AID HDQRTS. CORP. | MASTER PURCHASE AND SERVICE AGREEMENT | 5/5/2025 |
| CATALINA MARKETING CORP | RITE AID HDQRTS. CORP. | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 04/27/2023 | 5/5/2025 |
| CATALINA MARKETING CORP | RITE AID HDQRTS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 5/5/2025 |
| CATALINA MARKETING CORPORATION | RITE AID HDQRTS. CORP | TRADE AGREEMENT | 5/5/2025 |
| CEROS | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| CEROS INC. | RITE AID HDQRTS. CORP. | PLATFORM SUBSCRIPTION RENEWAL DATED 01/31/2023 | 5/5/2025 |
| CEROS INC. | RITE AID HDQRTS. CORP. | SUBSCRIPTION ORDER FORM FOR RITE AID HDQTRS. CORP DATED 01/31/2022 | 5/5/2025 |
| CEROS INC. | RITE AID HDQRTS. CORP. | SUBSCRIPTION ORDER FORM FOR RITE AID HDQTRS. CORP DATED 03/31/2022 | 5/5/2025 |
| CHECKPOINT SYSTEMS | RITE AID HDQRTS. CORP. | PURCHASE AGREEMENT DATED 06/29/2018 | 5/5/2025 |
| CIP INTERNATIONAL INC | RITE AID HDQRTS. CORP. | MASTER SERVICE AGREEMENT DATED 04/18/2023 | 5/5/2025 |
| COMMISSION JUNCTION LLC | RITE AID HDQRTS. CORP. | CJ AFFILIATE SERVICE ORDER DATED 07/27/2022 | 5/5/2025 |
| COMMISSION JUNCTION LLC | RITE AID HDQRTS. CORP. | SERVICE AGREEMENT AMENDMENT DATED 09/23/2022 | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| COMMISSION JUNCTION LLC | RITE AID HDQRTS. CORP | SUSPENSION AGREEMENT CONTRACT AMENDMENT | 5/5/2025 |
| CREE LIGHTING | RITE AID HDQRTS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| DELOITTE & TOUCHE LLP | RITE AID CORPORATION | PARTICIPATION AGREEMENT | 5/5/2025 |
| DELOITTE TAX LLP | RITE AID HDQRTS. CORP. | DELOITTE CONTRACT RENEWAL | 5/5/2025 |
| DUNNHUMBY | RITE AID HDQRTS. CORP | AMENDMENT TO UPDATE THE DPA WITH VENDOR DATA AGREEMENT | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP | TRADE AGREEMENT | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP | CCPA DATA PROCESSING AGREEMENT DATED 11/01/2020 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP | DATA PROCESSING SERVICES AGREEMENT DATED 11/01/2020 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | DATA PROCESSING SERVICES AGREEMENT DATED 11/01/2020 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | FIRST AMENDMENT AGREEMENT DATED 07/05/2021 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | SECOND AMENDMENT AGREEMENT DATED 11/01/2022 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK – LOYALTY AND CRM OPERATIONS DATED 07/05/2021 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK #7 DATED 07/01/2022 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK 2 – LOYALTY CRM DATED 03/01/2021 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 03/01/2023 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 04/05/2021 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 08/30/2021 | 5/5/2025 |
| DUNNHUMBY INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 11/09/2020 | 5/5/2025 |
| DUNNHUMBY, INC. | RITE AID HDQRTS. CORP | NON-DISCLOSURE AGREEMENT (NDA) | 5/5/2025 |
| DUNNHUMBY, INC. | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| EAGLE EYE SOLUTIONS INC. | RITE AID HDQRTS. CORP | MSA - RITE AID HDQTRS AND EAGLE EYE SOLUTIONS INC. FRAMEWORK AGREEMENT FOR THE PROVISION OF DIGITAL COUPON ISSUANCE AND REDEMPTION SYSTEM NEW CONTRACT | 5/5/2025 |
| ENGAGE3 LLC | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| EQUILIBRIUM MARKETING SOLUTIONS | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND EQUILIBRIUM MARKETING SOLUTIONS ARE REJECTED. | 5/5/2025 |
| EVERGREEN TRADING | RITE AID HDQRTS. CORP | NEW CONTRACT | 5/5/2025 |
| FABO ARCHITECTURE, INC. | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND FABO ARCHITECTURE, INC. ARE REJECTED. | 5/5/2025 |
| FACEBOOK, INC. | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND FACEBOOK, INC. ARE REJECTED. | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | AMENDMENT 1 TO MASTER SERVICES AGREEMENT DATED 11/19/2021 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | BUSINESS ASSOCIATE AGREEMENT DATED 10/21/2021 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | BUSINESS ASSOCIATE AGREEMENT DATED 10/27/2021 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | MASTER SERVICES AGREEMENT DATED 09/10/2020 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 03/01/2022 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 03/01/2023 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 06/01/2022 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 06/14/2024 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 07/01/2022 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 09/23/2020 | 5/5/2025 |
| FACTSPAN INC | RITE AID HDQRTS. CORP. | STATEMENT OF WORK DATED 10/01/2021 | 5/5/2025 |
| FACTSPAN INC. | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| FEEDNOMICS | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND FEEDNOMICS ARE REJECTED. | 5/5/2025 |
| FETCH | RITE AID HDQRTS. CORP | CONTRACT EXTENSION | 5/5/2025 |
| FETCH REWARDS INC | RITE AID HDQRTS. CORP. | MASTER SERVICES AGREEMENT DATED 06/02/2023 | 5/5/2025 |
| FETCH REWARDS INC | RITE AID HDQRTS. CORP. | MASTER SERVICES AGREEMENT DATED 06/21/2023 | 5/5/2025 |
| FETCH REWARDS INC | RITE AID HDQRTS. CORP. | SOW 2 TO THE MASTER SERVICES AGREEMENT DATED 10/03/2023 | 5/5/2025 |
| FIREFLY GRAPHICS INC | RITE AID HDQRTS. CORP | MASTER SERVICE AGREEMENT DATED 07/21/2023 | 5/5/2025 |
| FIRESTONE BUILDING PRODUCTS | RITE AID HDQRTS. CORP. | VENDOR AGREEMENT | 5/5/2025 |
| FLIPP OPERATIONS INC. | RITE AID HDQRTS. CORP | TRADE AGREEMENT | 5/5/2025 |
| GETTY IMAGES | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| GLASS BOX ANALYTICS LLC | RITE AID HDQRTS. CORP | PAC DATA ACCESS AGREEMENT | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | ADVERTISING SERVICE AGREEMENT | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | AMENDMENT TO GOOGLE CLOUD MASTER AGREEMENT | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | GOOGLE CLOUD ADDENDUM | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | GOOGLE CLOUD PLATFORM | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | LOOKER ORDER FORM | 5/5/2025 |
| GOOGLE INC | RITE AID HDQRTS. CORP. | ORDER FORM – SECURITY SERVICES SUBSCRIPTION | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| GOOGLE INC | RITE AID HDQTRS. CORP. | PROFESSIONAL SERVICES / IMPLEMENTATION SERVICES ORDER FORM | 5/5/2025 |
| GOOGLE INC | RITE AID HDQTRS. CORP. | PROFESSIONAL SERVICES / IMPLEMENTATION SERVICES ORDER FORM | 5/5/2025 |
| GOOGLE INC | RITE AID HDQTRS. CORP. | PROMOTION AGREEMENT | 5/5/2025 |
| GOOGLE INC | RITE AID HDQTRS. CORP. | SAP CLOUD ACCELERATION PROGRAM AGREEMENT | 5/5/2025 |
| GOOGLE INC | RITE AID HDQTRS. CORP. | SERVICES ORDER FORM | 5/5/2025 |
| HIGI LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/29/2019 | 5/5/2025 |
| HOOTSUITE | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND HOOTSUITE ARE REJECTED. | 5/5/2025 |
| HUBBARD RADIO (WARM 106.9) | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| HUBBARD RADIO (WARM 106.9) | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| HUBBARD RADIO (WARM 106.9) | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| ICUC | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| INSIGHT GLOBAL LLC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT FOR STAFFING SERVICES DATED 11/19/2020 | 5/5/2025 |
| INTEGRAL LOGISTICS INC. | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND INTEGRAL LOGISTICS INC. ARE REJECTED. | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | ADDENDUM NO. 2 TO MASTER DISTRIBUTION AND SERVICE AGREEMENT DATED 10/04/2015 | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | ADDENDUM NO. 3 TO MASTER DISTRIBUTION AND SERVICE AGREEMENT | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | AMENDMENT NO. 3 TO MASTER DISTRIBUTION AND SERVICE AGREEMENT DATED 12/01/2010 | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | MASTER DISTRIBUTION AND SERVICE AGREEMENT DATED 03/01/2014 | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | MASTER DISTRIBUTION AND SERVICE AGREEMENT DATED 03/01/2019 | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS | RITE AID HDQTRS. CORP. | MASTER DISTRIBUTION AND SERVICE AGREEMENT DATED 03/01/2019 | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP | AMENDMENT NO.8 TO THE MSA FOR INTERACTIVE COMMUNICATIONS | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP | CONTRACT EXTENSION | 5/5/2025 |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| IPD ANALYTICS, LLC | RITE AID HDQTRS. CORP | EXTENSION AGREEMENT | 5/5/2025 |
| IPD ANALYTICS, LLC | RITE AID HDQTRS. CORP | SUBSCRIPTION RENEWAL EXTENSION AGREEMENT | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER MARKET RESEARCH AGREEMENT DATED 10/10/2021 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER MARKET RESEARCH AGREEMENT DATED 10/26/2021 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER MARKET RESEARCH AGREEMENT DATED 12/16/2021 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | MASTER MARKET RESEARCH SERVICES AGREEMENT DATED 09/18/2020 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 02/15/2023 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 05/01/2023 | 5/5/2025 |
| IPSOS-INSIGHT LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 5/5/2025 |
| KENSTAN FIXTURE SERVICES | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND KENSTAN FIXTURE SERVICES USA, LLC | 5/5/2025 |
| KENSTAN FIXTURE SERVICES | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND KENSTAN FIXTURE SERVICES USA, LLC | 5/5/2025 |
| KRASS-CRUZ MANAGEMENT INC | RITE AID HDQTRS. CORP. | MANAGEMENT SERVICE AGREEMENT | 5/5/2025 |
| LBCO | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND LBCO ARE REJECTED. | 5/5/2025 |
| LEO BURNETT COMPANY | RITE AID HDQTRS. CORP. | AMENDMENT NO. 3 TO THE MASTER PURCHASE AGREEMENT DATED 05/02/2023 | 5/5/2025 |
| LEO BURNETT COMPANY | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 02/01/2022 | 5/5/2025 |
| LEO BURNETT COMPANY | RITE AID HDQTRS. CORP. | SECOND AMENDMENT TO MASTER PURCHASE AGREEMENT DATED 02/01/2023 | 5/5/2025 |
| LEO BURNETT COMPANY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 05/11/2023 | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | ESTIMATE CONTRACT EXTENSION | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | LEO BURNETT FY25 OCT - NOV SOW CONTRACT EXTENSION | 5/5/2025 |
| LEO BURNETT USA | RITE AID HDQTRS. CORP | LEO RITE AID AMENDMENT NO 1 SOW STATEMENT OF WORK (SOW) | 5/5/2025 |
| LEVEL ACCESS | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | 2023 ACCESSIBILITY PROJECT SUBSCRIPTION RENEWAL ORDER FORM DATED 03/24/2023 | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | CHANGE ORDER 002 TO ORDER FORM – LEVEL ACCESS – STATEMENT OF WORK #1 FOR RITE AID HDQTRS. CORP DATED 03/15/2022 | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | CHANGE ORDER 003 TO ORDER FORM – LEVEL ACCESS – STATEMENT OF WORK #1 FOR RITE AID HDQTRS. CORP MARCH 31TH DATED 03/15/2022 | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | LEVEL ACCESS MASTER SERVICES AGREEMENT | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | LEVEL ACCESS MASTER SERVICES AGREEMENT DATED 11/15/2021 | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID CORPORATION | LEVEL ACCESS ORDER FORM DATED 08/23/2021 | 5/5/2025 |

Page 3 of 8

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | LEVEL ACCESS SERVICES LEVEL AGREEMENT | 5/5/2025 |
| LEVEL ACCESS INC | RITE AID HDQTRS. CORP. | VACCINE PORTAL ACCESSIBILITY PROJECT FOR RITE AID HDQTRS. CORP DATED 12/17/2021 | 5/5/2025 |
| LEXISNEXIS | RITE AID HDQRTS. CORP | LEXIS®/LEXIS+®/LEXIS+AI™/ LEXIS® PRACTICAL GUIDANCE SUBSCRIPTION AGREEMENT CONTRACT RENEWAL | 5/5/2025 |
| LINKEDIN CORPORATION | RITE AID HDQTRS. CORP. | KEY CONTRACT TERMS | 5/5/2025 |
| LINKEDIN CORPORATION | RITE AID CORPORATION | LINKEDIN CONTRACT DATED 04/21/2018 | 5/5/2025 |
| LINKEDIN CORPORATION | RITE AID HDQTRS. CORP. | ORDER FORM | 5/5/2025 |
| LIVERAMP, INC | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| LIVERAMP, INC. | RITE AID HDQTRS. CORP. | LIVERAMP OFFLINE ATTRIBUTION SERVICES AGREEMENT DATED 02/25/2023 | 5/5/2025 |
| LIVEWORLD | RITE AID HDQTRS. CORP | CHANGE ORDER TO LIVE WORLD SOW MARCH 2023 | 5/5/2025 |
| MANGO TECHNOLOGIES, LLC. | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| MASTER-BILT PRODUCTS | RITE AID HDQTRS. CORP | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| MASTER-BILT PRODUCTS | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 07/01/2012 | 5/5/2025 |
| META PLATFORMS, INC. | RITE AID HDQTRS. CORP | TRADE AGREEMENT | 5/5/2025 |
| META SOURCE LLC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 5/5/2025 |
| META SOURCE LLC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 05/19/2011 | 5/5/2025 |
| META SOURCE LLC | RITE AID HDQTRS. CORP. | SOW FOR MASTER SERVICE AGREEMENT DATED 05/19/2011 | 5/5/2025 |
| METASOURCE | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| MID-AMERICA STORE FIXTURES | RITE AID HDQTRS. CORP | MASTER SERVICE AGREEMENT | 5/5/2025 |
| MILLIMAN, INC. | RITE AID HDQTRS. CORP | MILLIMAN CONSULTING SERVICES AGREEMENT AND ALL SOWs | 5/5/2025 |
| MOBILE MINI | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| MOVABLE IINK | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 3 TO THE MOVABLE, INC. STANDARD TERMS AND CONDITIONS DATED 03/01/2021 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MOVABLE, INC. STANDARD TERMS AND CONDITIONS | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MOVABLE, INC. STANDARD TERMS AND CONDITIONS DATED 12/23/2019 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE - STANDARD TERMS DATED 03/12/2018 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE INC. STANDARD TERMS AND CONDITIONS DATED 03/12/2018 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 01/27/2023 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 02/15/2022 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 03/01/2018 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 03/01/2019 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 03/01/2022 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 03/22/2021 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. ORDER FORM DATED 11/01/2019 | 5/5/2025 |
| MOVABLE INC | REDICLINIC OF WA, LLC | MOVABLE, INC. STANDARD TERMS AND CONDITIONS DATED 02/16/2016 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | MOVABLE, INC. STANDARD TERMS AND CONDITIONS DATED 03/12/2018 | 5/5/2025 |
| MOVABLE INC | RITE AID HDQTRS. CORP. | STANDARD AGREEMENT FOR TERMS AND CONDITIONS DATED 03/12/2018 | 5/5/2025 |
| MYMOVE | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| N&N CONSULTING | RITE AID HDQTRS. CORP | NN CONSULTING AGREEMENT - EXTENSION CONTRACT EXTENSION | 5/5/2025 |
| NB VENTURES, INC. D/B/A GEP | RITE AID HDQTRS. CORP | RITE AID-GEP SOW #1 CONTRACT AMENDMENT EFFECTIVE 1/07/2025 | 5/5/2025 |
| NB VENTURES, INC. D/B/A GEP | RITE AID HDQTRS. CORP | SOW SOURCING AND PROCUREMENT SUPPORT PROGRAM EFFECTIVE 9/03/2024 | 5/5/2025 |
| NCR CORPORATION | RITE AID - HDQTRS. CORP. | NCR - HARDWARE MAINTENANCE SERVICES ADDENDUM | 5/5/2025 |
| NCR CORPORATION | RITE AID HDQTRS. CORP. | NCR MASTER AGREEMENT_ORDER FORM DATED 03/31/2023 | 5/5/2025 |
| NCR CORPORATION | RITE AID HDQTRS. CORP. | NCR SERVICES STATEMENT OF WORK STANDARD SCO DEPLOYMENT SERVICES ("PROJECT") DATED 04/18/2023 | 5/5/2025 |
| NCR CORPORATION | RITE AID HDQTRS. CORP. | NCR SUBSCRIPTION ORDER FORM DATED 03/31/2023 | 5/5/2025 |
| NCR CORPORATION | RITE AID HDQTRS. CORP. | ORDER FORM DATED 08/01/2023 | 5/5/2025 |
| NCR CORPORATION | RITE AID CORPORATION | SERVICE AGREEMENT DATED 09/14/2005 | 5/5/2025 |
| NCR CORPORATION | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 04/14/2023 | 5/5/2025 |
| NCRYPTED CLOUD, LLC | RITE AID HDQTRS. CORP. | MASTER SUBSCRIPTION AGREEMENT NEW CONTRACT | 5/5/2025 |
| NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | ADDENDUM TO LABEL INSIGHTS RENEWAL ORDER FORM | 5/5/2025 |
| NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | ADDENDUM TO LABEL INSIGHTS RENEWAL ORDER FORM - 2021 DATED 08/07/2023 | 5/5/2025 |
| NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | ADDENDUM TO SOW RENEWAL ORDER FORM -2021 DATED 06/02/2022 | 5/5/2025 |
| NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | ADDENDUM TO SOW RENEWAL ORDER FORM -2021 DATED 06/16/2023 | 5/5/2025 |
| OPENSESAME, INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 5/5/2025 |
| ORACLE AMERICA INC | RITE AID HDQTRS. CORP. | GENERAL TERM AGREEMENT DATED 05/28/2015 | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| ORACLE AMERICA INC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT DATED 05/31/2016 | 5/5/2025 |
| ORACLE AMERICA INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 11/01/2017 | 5/5/2025 |
| ORACLE AMERICA INC | RITE AID HDQTRS. CORP. | ORACLE DATA SERVICES DIGITAL AUDIENCE - ADVERTISER ORDERING DOCUMENT | 5/5/2025 |
| ORACLE AMERICA INC | RITE AID HDQTRS. CORP. | ORACLE MASTER AGREEMENT AMENDMENT THREE DATED 02/23/2022 | 5/5/2025 |
| OVG VENUE ALLIANCE, LLC ("OVG"). | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| OVG VENUE ALLIANCE, LLC ("OVG"). | RITE AID HDQRTS. CORP | ARENA ALLIANCE AGREEMENT 2ND AMENDMENT - WELLS FARGO AND PPG 24-25 CONTRACT AMENDMENT | 5/5/2025 |
| PATIENT POINT | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| PATIENT POINT | RITE AID HDQRTS. CORP | NEW CONTRACT | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | 2022 PERPETUAL INSERTION ORDER | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | PERPETUAL INSERTION ORDER | 5/5/2025 |
| PINTEREST INC | RITE AID HDQTRS. CORP. | PINTEREST CONTACT DATED 02/08/2022 | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT #120140347 | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | VENDOR AGREEMENT #120140348 | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT #120143067 | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | VENDOR AGREEMENT #120143068 | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT #120145098 | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | VENDOR AGREEMENT #120145099 | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT #120145974 | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | VENDOR AGREEMENT #120145975 | 5/5/2025 |
| PINTEREST INC | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT #120148855 | 5/5/2025 |
| PINTEREST INC | RITE AID CORPORATION | VENDOR AGREEMENT #120148856 | 5/5/2025 |
| PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC | RITE AID HDQTRS. CORP. | AMENDMENT #3 – FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 1 APPROACH & HIGHMARK INTEGRATION | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDED AND RESTATED STATEMENT OF WORK | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDED BUSINESS ASSOCIATE AGREEMENT | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID CORPORATION | AMENDMENT #1 – FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 2 PLANNING | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #1 – IMPLEMENTATION PLANNING SERVICES (PHASE 1A) EXTENSION | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #1 – PROJECT NORTHSTAR IT STAFF AUGMENTATION EXTENSION | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #2 – FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 2 PLANNING & DESIGN | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #2 TO SOW | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #3 – FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 2 PLANNING & DESIGN | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #4 FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 2 BIG ROCK & DESIGN SESSIONS | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #5 - FINANCE & RETAIL-TO-COST RELEASE 1: RELEASE 2 DESIGN PHASE | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT #7 - WD HCM PAYROLL IMPLEMENTATION POST GO LIVE HYPERCARE | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT TO SOW | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | AMENDMENT FINANCE & RETAIL-TO-COST RELEASE 1 & 2: SEPTEMBER 2023 | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | FORM OF STATEMENT OF WORK | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | MENDMENT FINANCE & RETAIL-TO-COST RELEASE 1 & 2: SEPTEMBER 2023 | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID CORPORATION | PWC_SCOPE OF SERVICES | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID CORPORATION | PWC_SCOPE OF SERVICES | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | SCOPE OF PWC SERVICES, DELIVERABLES, AND TIMING. | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | SERVICES AGREEMENT | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK FOR IMPLEMENTATION SERVICES | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK FOR PROJECT NORTHSTAR IT STAFF AUGMENTATION | 5/5/2025 |
| PRICEWATERHOUSECOOPERS LLP | RITE AID HDQTRS. CORP. | SOW FOR PWC ACTUARIAL SERVICES 2024-2025 STATEMENT OF WORK (SOW) | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID CORPORATION | TRADE AGREEMENT | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQRTS. CORP | PRISTINE INFOTECH AMD 2 AMENDMENT | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO STATEMENT OF WORK NO. 1 DATED 07/01/2022 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 03/15/2012 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 06/24/2019 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 12/12/2018 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | PRESTO EVERYDAY PRICE RECOMMENDATION, PROMOTION EFFECTIVENESS AND MERCHANDISING ANALYTICS SERVICE STATEMENT OF WORK DATED 07/01/2019 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | PRICE RECOMMENDATION, PROMOTION EFFECTIVENESS AND MERCHANDISING ANALYTICS SERVICE STATEMENT OF WORK DATED 07/01/2019 | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | PRISTINE - DAY PRICE RECOMMENDATION, INTEGRATED PRICE &PROMOTION FORECASTING AND MERCHANDISING ANALYTICS SERVICE STATEMENT OF WORK DATED 11/30/2018 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | PRISTINE - MASTER SERVICES AGREEMENT DATED 04/23/2018 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | PRISTINE - MASTER SERVICES AGREEMENT DATED 06/24/2019 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | RITE AID STATEMENT OF WORK 1 DATED 12/12/2018 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK NO. 1 DATED 03/23/2012 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK NO. 1 TO MASTER SERVICES AGREEMENT DATED 12/12/2018 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK NO. 2 | 5/5/2025 |
| PRISTINE INFOTECH INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK NO. 2 DATED 08/28/2013 | 5/5/2025 |
| PROTIVITI | RITE AID HDQRTS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT AND BUSINESS ASSOCIATE AGREEMENT DATED 06/01/2022 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT DATED 08/21/2020 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 08/05/2020 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | PROTIVITI_SOW | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | PROTIVITI_SOW DATED 07/03/2023 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 07/28/2021 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 09/09/2022 | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 12/22/2022 | 5/5/2025 |
| PROTIVITI INC. | RITE AID HDQRTS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| PROTIVITI INC. | RITE AID HDQRTS. CORP | PROTIVITI SOW - RITE AID INTERNAL AUDIT_RITE AID 09.16.24 CONTRACT RENEWAL | 5/5/2025 |
| PROTIVITI INC | RITE AID HDQRTS. CORP | PROTIVITI SOW - FY 2025 RITE AID INTERNAL CONTROLS STATEMENT OF WORK (SOW) | 5/5/2025 |
| PWC US CONSULTING LLP ("PWC") | RITE AID HDQTRS. CORP | CONTRACT AMENDMENT | 5/5/2025 |
| REALTIMEBOARD INC., DBA MIRO | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| REALTIMEBOARD, INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 09/14/2023 | 5/5/2025 |
| ROOFING SOLUTIONS,INC (RSI) | RITE AID CORPORATION | BIDS FOR ROOF REPLACEMENT DATED 08/11/2020 | 5/5/2025 |
| RSM | ELIXIR RX SOLUTIONS, LLC | CONTRACT EXTENSION | 5/5/2025 |
| RSM | RITE AID HDQTRS. CORP | CONTRACT EXTENSION | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| RSM US LLP | MACY, LLCELIXIR RX SOLUTIONS, LLCRITE AID H | STATEMENT OF WORK (SOW) | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 08/09/2022 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 08/09/2022 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 01/31/2023 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 01/31/2023 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/09/2023 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 10/20/2019 | 5/5/2025 |
| RSM US LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 10/28/2022 | 5/5/2025 |
| SCHAWK USA INC., D/B/A SGK | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND SCHAWK USA INC., D/B/A SGK ARE REJECTED. | 5/5/2025 |
| SIGNART | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT | 5/5/2025 |
| SKYWORD INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 5/5/2025 |
| SKYWORD INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 5/5/2025 |
| SOCIAL.MEDIA.ORG | RITE AID HDQRTS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND SOCIAL.MEDIA.ORG ARE REJECTED. | 5/5/2025 |
| SPENDHQ | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SPRINKLR | RITE AID HDQTRS. CORP | CONTRACT RENEWAL | 5/5/2025 |
| SPRINKLR | RITE AID HDQTRS. CORP | FTC CONSENT FORM CONTRACT AMENDMENT | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | AMENDMENT TO LICENSE ORDER FORM DATED 01/31/2023 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SERVICES AGREEMENT | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 03/18/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 03/18/2022 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | LICENSE ORDER FORM DATED 03/07/2019 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | LICENSE ORDER FORM DATED 03/18/2018 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 03/18/2015 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 03/18/2017 | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| SPRINKLR INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 03/18/2018 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 03/18/2021 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 03/18/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 03/18/2021 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 03/18/2022 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 03/29/2023 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | PLATFORM LICENSE ORDER FORM DATED 03/18/2016 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | SPRINKLR - MASTER SERVICES AGREEMENT DATED 03/18/2015 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | SPRINKLR, INC. AMENDMENT TO LICENSE ORDER FORM DATED 03/18/2019 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | SPRINKLR, INC. AMENDMENT TO MASTER SERVICES AGREEMENT DATED 03/18/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/18/2018 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/18/2018 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/18/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/18/2022 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/22/2022 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 03/29/2023 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 10/07/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) DATED 10/27/2020 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK 01/23/2023 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/16/2021 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/18/2015 | 5/5/2025 |
| SPRINKLR INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/30/2016 | 5/5/2025 |
| STAN VENTURE | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND STAN VENTURE ARE REJECTED. | 5/5/2025 |
| STARCOM WORLDWIDE | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| STARCOM WORLDWIDE, INC. | RITE AID HDQTRS. CORP | TRADE AGREEMENT | 5/5/2025 |
| STOREFRONT.COM ONLINE INC. | RITE AID HDQTRS. CORP | MASTER SERVICES AGREEMENT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | #06007-09 - MERCED, CA - SUMMIT PROPERTIES DEVELOPMENT NEW CONTRACT | 5/5/2025 |
| SUMMIT PROPERTIES DEVELOPMENT | RITE AID HDQTRS. CORP | #6791-04 - BAKERSFIELD, CA - GC1216JE01 - SUMMIT PROPERTIES DEVELOPMENT NEW CONTRACT | 5/5/2025 |
| TEAMSNAP | RITE AID HDQTRS. CORP | STATEMENT OF WORK (SOW) | 5/5/2025 |
| TEAMSNAP | RITE AID HDQTRS. CORP | INSERTION ORDER (DEC-FEB) CONTRACT EXTENSION | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | FIRST ADDENDUM TO THE MATWORKS COMPANY, LLC. AGREEMENT | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER PURCHASE AGREEMENT | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND THE MATWORKS COMPANY, LLC. | 5/5/2025 |
| THE MATWORKS COMPANY LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND THE MATWORKS COMPANY, LLC. | 5/5/2025 |
| TIKTOK | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND TIKTOK ARE REJECTED. | 5/5/2025 |
| TINUITI, INC. | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND TINUITI, INC. ARE REJECTED. | 5/5/2025 |
| TOTAL AI | RITE AID HDQTRS. CORP | ALL CONTRACTS BY AND BETWEEN RITE AID HDQTRS. CORP, OR ANY OF ITS AFFILIATES/SUBSIDIARIES, AND TOTAL AI ARE REJECTED. | 5/5/2025 |
| TRUE MANUFACTURING CO | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| TURBO AIR INC. | RITE AID HDQTRS. CORP. | FIRST AMENDMENT PURCHASE AGREEMENT | 5/5/2025 |

| Rejection Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| TURBO AIR INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 5/5/2025 |
| TWO MEN AND A STRIPER | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT | 5/5/2025 |
| TWO POINT CONVERSIONS INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 DATED 09/16/2013 | 5/5/2025 |
| TWO POINT CONVERSIONS INC | RITE AID CORPORATION | BUSINESS ASSOCIATE AGREEMENT DATED 04/09/2003 | 5/5/2025 |
| UNTIE NOTS SAS | RITE AID HDQTRS. CORP. | AGREEMENT ON SOFTWARE EVALUATION PILOT DATED 12/20/2019 | 5/5/2025 |
| UNTIE NOTS SAS | RITE AID HDQTRS. CORP. | APPLICATION CONTRACT #1 DATED 03/01/2022 | 5/5/2025 |
| UNTIE NOTS SAS | RITE AID HDQTRS. CORP. | APPLICATION CONTRACT #2 DATED 05/01/2023 | 5/5/2025 |
| UNTIE NOTS SAS | RITE AID HDQTRS. CORP. | FRAMEWORK CONTRACT FOR PROVISION OF SERVICES | 5/5/2025 |
| UNTIE NOTS SAS | RITE AID HDQTRS. CORP. | FRAMEWORK CONTRACT FOR PROVISION OF SERVICES DATED 01/01/2022 | 5/5/2025 |
| UWLAW | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 09/24/2021 | 5/5/2025 |
| VERIFIABLE INC | RITE AID HDQTRS. CORP | NEW CONTRACT | 5/5/2025 |
| VERSA LOGISTICS CORP | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT | 5/5/2025 |
| WORLD TRAVEL INC | RITE AID HDQTRS. CORP | WORLD TRAVEL STATEMENT OF WORK (SOW) | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | ADDENDUM TO TRAVEL SERVICES AGREEMENT | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | ADDENDUM TO TRAVEL SERVICES AGREEMENT DATED 01/01/2014 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | ADDENDUM TO TRAVEL SERVICES AGREEMENT DATED 04/23/2020 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | AGREEMENT DATED 02/01/2010 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | AGREEMENT DATED 02/01/2010 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | AMENDMENT TO TRAVEL SERVICES AGREEMENT | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | AMENDMENT TO TRAVEL SERVICES AGREEMENT DATED 01/01/2014 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | AMENDMENT TO TRAVEL SERVICES AGREEMENT DATED 08/08/2017 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 08/27/2020 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT DATED 04/01/2010 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK #1 | 5/5/2025 |
| WORLD TRAVEL, INC | RITE AID HDQTRS. CORP. | WORLD TRAVEL, INC. SECURITY REQUIREMENTS JANUARY 2014 DATED 01/07/2014 | 5/5/2025 |
| YORK INTERNATIONAL JCI-UPG | RITE AID HDQTRS. CORP. | MASTER PURCHASE AND SERVICE AGREEMENT | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | EQUIPMENT PURCHASE AGREEMENT | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | EQUIPMENT PURCHASE AGREEMENT DATED 01/01/2014 | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | EQUIPMENT PURCHASE AGREEMENT DATED 01/01/2014 | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | EQUIPMENT PURCHASE AGREEMENT DATED 01/01/2014 | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | EQUIPMENT PURCHASE AGREEMENT DATED 01/01/2016 | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER PURCHASE AGREEMENT | 5/5/2025 |
| ZERO ZONE INC | RITE AID HDQTRS. CORP. | RITE AID HDQTRS. CORP. - ZERO ZONE EQUIPMENT PURCHASE AGREEMENT | 5/5/2025 |

**Lease Rejection Exhibit**

| # | Store # | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | 3753 | 129 SOUTH AVENUE | POUGHKEEPSIE | NY | 12601 |
| 2 | 5200 | 14880 N.E. 24TH ST. | REDMOND | WA | 98052 |
| 3 | 5300 | 2010 YAKIMA VALLEY HIGHWAY, SUITE C1 | SUNNYSIDE | WA | 08735-0000 |
| 4 | 7516 | 125 WEST CRAIG ST | CRAIGSVILLE | VA | 90278-2810 |
| 5 | 5733 | 211 EAST 17TH STREET | COSTA MESA | CA | 92627 |
| 6 | 721 | 304 MARKET STREET | HARRISBURG | PA | 17101 |
| 7 | 10284 | 354 WINCHESTER STREET | KEENE | NH | 03431 |
| 8 | 4873 | 55-60 MYRTLE AVENUE | RIDGEWOOD | NY | 11385 |
| 9 | 11169 | 23 NORTH ELM STREET | KUTZTOWN | PA | 19530 |
| 10 | 10424 | 75 SOUTH MAIN STREET | NEPTUNE | NJ | 07753 |
| 11 | 4288 | 3773 PETERS MOUNTAIN RD. | HALIFAX | PA | 17032 |