|  |  |
|---|---|
| In re:<br><br>New Rite Aid, LLC f/k/a Juniper Rx, LLC,<br><br>Debtor.[1]<br><br>Tax I.D. No. 88-0991843 | Chapter 11<br><br>Case No. 25-14861 (MBK) |
| In re:<br><br>1740 Associates, L.L.C.,<br><br>Debtor.<br><br>Tax I.D. No. 27-4359433 | Chapter 11<br><br>Case No. 25-14744 (MBK) |
| In re:<br><br>4042 Warrensville Center Road - Warrensville Ohio, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 25-1820507 | Chapter 11<br><br>Case No. 25-14746 (MBK) |
| In re:<br><br>5277 Associates, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 23-2940919 | Chapter 11<br><br>Case No. 25-14750 (MBK) |
| In re:<br><br>5600 Superior Properties, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 80-0052337 | Chapter 11<br><br>Case No. 25-14753 (MBK) |
| In re:<br><br>Apex Drug Stores, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 38-2413448 | Chapter 11<br><br>Case No. 25-14757 (MBK) |

**Order Filed on
May 7, 2025
by Clerk
U.S. Bankruptcy
Court
District of New
Jersey**

**DATED: May 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| | |
|---|---|
| In re:<br><br>Broadview and Wallings-Broadview Heights Ohio, Inc.,<br><br>                        Debtor.<br>Tax I.D. No. 25-1814215 | Chapter 11<br><br>Case No. 25-14763 (MBK) |
| In re:<br><br>Drug Palace, Inc.,<br><br>                        Debtor.<br>Tax I.D. No. 80-0052352 | Chapter 11<br><br>Case No. 25-14768 (MBK) |
| In re:<br><br>Eckerd Corporation,<br><br>                        Debtor.<br>Tax I.D. No. 51-0378122 | Chapter 11<br><br>Case No. 25-14769 (MBK) |
| In re:<br><br>EDC Drug Stores, Inc.,<br><br>                        Debtor.<br>Tax I.D. No. 56-0596933 | Chapter 11<br><br>Case No. 25-14773 (MBK) |
| In re:<br><br>Ex Benefits, LLC f/k/a Advance Benefits, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 59-3760021 | Chapter 11<br><br>Case No. 25-14776 (MBK) |
| In re:<br><br>Ex Design, LLC f/k/a Design Rx, LLC,<br><br>                        Debtor.<br>Tax I.D. No. 20-1369429 | Chapter 11<br><br>Case No. 25-14782 (MBK) |
| In re:<br><br>Ex Design Holdings, LLC f/k/a Design Rx Holdings LLC,<br>                        Debtor.<br>Tax I.D. No. 27-4368094 | Chapter 11<br><br>Case No. 25-14779 (MBK) |

| | |
|---|---|
| In re:<br><br>Ex Holdco, LLC f/k/a Elixir Holdings, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-0676699 | Chapter 11<br><br>Case No. 25-14788 (MBK) |
| In re:<br><br>Ex Initiatives, LLC f/k/a Rx Initiatives L.L.C.,<br><br>Debtor.<br><br>Tax I.D. No. 20-3649446 | Chapter 11<br><br>Case No. 25-14793 (MBK) |
| In re:<br><br>Ex Options, LLC f/k/a Elixir Rx Options, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 34-1939227 | Chapter 11<br><br>Case No. 25-14797 (MBK) |
| In re:<br><br>Ex Pharmacy, LLC f/k/a Elixir Pharmacy, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-2434607 | Chapter 11<br><br>Case No. 25-14801 (MBK) |
| In re:<br><br>Ex Procurement, LLC f/k/a Tonic Procurement Solutions, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 87-3071832 | Chapter 11<br><br>Case No. 25-14809 (MBK) |
| In re:<br><br>Ex Rxclusives, LLC f/k/a Design Rxclusives, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-5166645 | Chapter 11<br><br>Case No. 25-14814 (MBK) |
| In re:<br><br>Ex Savings, LLC f/k/a Elixir Savings, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-3389462 | Chapter 11<br><br>Case No. 25-14818 (MBK) |

| | |
|---|---|
| In re:<br><br>Ex Software, LLC f/k/a Laker Software, LLC,<br><br>Debtor.<br>Tax I.D. No. 41-1924169 | Chapter 11<br><br>Case No. 25-14822 (MBK) |
| In re:<br><br>Ex Solutions of MO, LLC f/k/a Elixir Rx Solutions, LLC,<br><br>Debtor.<br>Tax I.D. No. 36-4221427 | Chapter 11<br><br>Case No. 25-14826 (MBK) |
| In re:<br><br>Ex Solutions of NV, LLC f/k/a Elixir Rx Solutions of Nevada, LLC,<br><br>Debtor.<br>Tax I.D. No. 88-0511398 | Chapter 11<br><br>Case No. 25-14828 (MBK) |
| In re:<br><br>Ex Solutions of OH, LLC f/k/a Elixir Rx Solutions, LLC,<br><br>Debtor.<br>Tax I.D. No. 05-0570786 | Chapter 11<br><br>Case No. 25-14833 (MBK) |
| In re:<br><br>Ex Tech, LLC f/k/a Ascend Health Technology LLC,<br><br>Debtor.<br>Tax I.D. No. 45-4806467 | Chapter 11<br><br>Case No. 25-14743 (MBK) |
| In re:<br><br>First Florida Insurers of Tampa, LLC,<br><br>Debtor.<br>Tax I.D. No. 59-2798509 | Chapter 11<br><br>Case No. 25-14748 (MBK) |
| In re:<br><br>GDF, Inc.,<br><br>Debtor.<br>Tax I.D. No. 34-1343867 | Chapter 11<br><br>Case No. 25-14751 (MBK) |

| | |
|---|---|
| In re:<br><br>Genovese Drug Stores, Inc.,<br><br>           Debtor.<br>Tax I.D. No. 11-1556812 | Chapter 11<br><br>Case No. 25-14755 (MBK) |
| In re:<br><br>Gettysburg and Hoover-Dayton, Ohio, LLC,<br><br>           Debtor.<br>Tax I.D. No. 27-4355844 | Chapter 11<br><br>Case No. 25-14760 (MBK) |
| In re:<br><br>Grand River & Fenkell, LLC,<br><br>           Debtor.<br>Tax I.D. No. 27-5007145 | Chapter 11<br><br>Case No. 25-14764 (MBK) |
| In re:<br><br>Harco, Inc.,<br><br>           Debtor.<br>Tax I.D. No. 63-0522700 | Chapter 11<br><br>Case No. 25-14767 (MBK) |
| In re:<br><br>Hunter Lane, LLC,<br><br>           Debtor.<br>Tax I.D. No. 90-1011712 | Chapter 11<br><br>Case No. 25-14772 (MBK) |
| In re:<br><br>ILG – 90 B Avenue Lake Oswego, LLC,<br><br>           Debtor.<br>Tax I.D. No. 33-1192489 | Chapter 11<br><br>Case No. 25-14777 (MBK) |
| In re:<br><br>JCG Holdings (USA), Inc.,<br><br>           Debtor.<br>Tax I.D. No. 20-1147565 | Chapter 11<br><br>Case No. 25-14787 (MBK) |

| | |
|---|---|
| In re:<br><br>JCG (PJC) USA, LLC,<br><br>                Debtor.<br><br>Tax I.D. No. 26-0169455 | Chapter 11<br><br>Case No. 25-14781 (MBK) |
| In re:<br><br>K & B, Incorporated,<br><br>                Debtor.<br><br>Tax I.D. No. 51-0346254 | Chapter 11<br><br>Case No. 25-14819 (MBK) |
| In re:<br><br>K & B Alabama Corporation,<br><br>                Debtor.<br><br>Tax I.D. No. 72-1011085 | Chapter 11<br><br>Case No. 25-14792 (MBK) |
| In re:<br><br>K & B Louisiana Corporation,<br><br>                Debtor.<br><br>Tax I.D. No. 72-1043860 | Chapter 11<br><br>Case No. 25-14796 (MBK) |
| In re:<br><br>K & B Mississippi Corporation,<br><br>                Debtor.<br><br>Tax I.D. No. 72-0983482 | Chapter 11<br><br>Case No. 25-14804 (MBK) |
| In re:<br><br>K & B Services, Incorporated<br><br>                Debtor.<br><br>Tax I.D. No. 72-1245171 | Chapter 11<br><br>Case No. 25-14807 (MBK) |
| In re:<br><br>K & B Tennessee Corporation,<br><br>                Debtor.<br><br>Tax I.D. No. 62-1444359 | Chapter 11<br><br>Case No. 25-14812 (MBK) |

In re:

K&B Texas Corporation,

    Debtor.

Tax I.D. No. 72-1010327

Chapter 11

Case No. 25-14824 (MBK)

---

In re:

Lakehurst and Broadway Corporation,

    Debtor.

Tax I.D. No. 23-2937947

Chapter 11

Case No. 25-14831 (MBK)

---

In re:

LMW 90B Avenue Lake Oswego, Inc,

    Debtor.

Tax I.D. No. 27-2254279

Chapter 11

Case No. 25-14836 (MBK)

---

In re:

Maxi Drug, Inc.,

    Debtor.

Tax I.D. No. 04-2960944

Chapter 11

Case No. 25-14843 (MBK)

---

In re:

Maxi Drug North, Inc.,

    Debtor.

Tax I.D. No. 05-0520884

Chapter 11

Case No. 25-14838 (MBK)

---

In re:

Maxi Drug South, L.P.,

    Debtor.

Tax I.D. No. 05-0520885

Chapter 11

Case No. 25-14840 (MBK)

---

In re:

Maxi Green Inc.,

    Debtor.

Tax I.D. No. 45-0515111

Chapter 11

Case No. 25-14774 (MBK)

| | |
|---|---|
| In re: | |
| Munson & Andrews, LLC, | Chapter 11 |
| Debtor. | Case No. 25-14784 (MBK) |
| Tax I.D. No. 27-4356050 | |
| In re: | |
| Name Rite, L.L.C., | Chapter 11 |
| Debtor. | Case No. 25-14790 (MBK) |
| Tax I.D. No. 27-3719933 | |
| In re: | |
| PDS-1 Michigan, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14803 (MBK) |
| Tax I.D. No. 38-2935739 | |
| In re: | |
| Perry Drug Stores, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14806 (MBK) |
| Tax I.D. No. 38-0947300 | |
| In re: | |
| P.J.C. Distribution, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14794 (MBK) |
| Tax I.D. No. 22-3252604 | |
| In re: | |
| P.J.C. Realty Co., Inc., | Chapter 11 |
| Debtor. | Case No. 25-14799 (MBK) |
| Tax I.D. No. 04-2967938 | |
| In re: | |
| PJC Lease Holdings, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14808 (MBK) |
| Tax I.D. No. 01-0573835 | |

| | |
|---|---|
| In re:<br><br>PJC Manchester Realty LLC,<br><br>        Debtor.<br>Tax I.D. No. 01-0573821 | Chapter 11<br><br>Case No. 25-14813 (MBK) |
| In re:<br><br>PJC of Massachusetts, Inc.,<br><br>        Debtor.<br>Tax I.D. No. 05-0481151 | Chapter 11<br><br>Case No. 25-14816 (MBK) |
| In re:<br><br>PJC of Rhode Island, Inc.,<br><br>        Debtor.<br>Tax I.D. No. 23-1979613 | Chapter 11<br><br>Case No. 25-14820 (MBK) |
| In re:<br><br>PJC of Vermont Inc.,<br><br>        Debtor.<br>Tax I.D. No. 05-0498065 | Chapter 11<br><br>Case No. 25-14827 (MBK) |
| In re:<br><br>PJC Peterborough Realty LLC,<br><br>        Debtor.<br>Tax I.D. No. 20-1151661 | Chapter 11<br><br>Case No. 25-14832 (MBK) |
| In re:<br><br>PJC Realty MA, Inc.,<br><br>        Debtor.<br>Tax I.D. No. 02-0692817 | Chapter 11<br><br>Case No. 25-14835 (MBK) |
| In re:<br><br>PJC Revere Realty LLC,<br><br>        Debtor.<br>Tax I.D. No. 01-0573818 | Chapter 11<br><br>Case No. 25-14837 (MBK) |

| | |
|---|---|
| In re:<br><br>PJC Special Realty Holdings, Inc.,<br><br>                 Debtor.<br><br>Tax I.D. No. 01-0573843 | Chapter 11<br><br>Case No. 25-14839 (MBK) |
| In re:<br><br>RCMH LLC,<br><br>                 Debtor.<br><br>Tax I.D. No. 20-2804418 | Chapter 11<br><br>Case No. 25-14842 (MBK) |
| In re:<br><br>RDS Detroit, Inc.,<br><br>                 Debtor.<br><br>Tax I.D. No. 35-1799950 | Chapter 11<br><br>Case No. 25-14846 (MBK) |
| In re:<br><br>READ's Inc.,<br><br>                 Debtor.<br><br>Tax I.D. No. 80-0052330 | Chapter 11<br><br>Case No. 25-14847 (MBK) |
| In re:<br><br>RediClinic Associates, Inc.,<br><br>                 Debtor.<br><br>Tax I.D. No. 26-4053069 | Chapter 11<br><br>Case No. 25-14848 (MBK) |
| In re:<br><br>RediClinic LLC,<br><br>                 Debtor.<br><br>Tax I.D. No. 76-0639661 | Chapter 11<br><br>Case No. 25-14849 (MBK) |
| In re:<br><br>RediClinic of Dallas-Fort Worth, LLC,<br><br>                 Debtor.<br><br>Tax I.D. No. 47-4464318 | Chapter 11<br><br>Case No. 25-14850 (MBK) |

| | |
|---|---|
| In re: | |
| RediClinic of DC, LLC | Chapter 11 |
| Debtor. | Case No. 25-14851 (MBK) |
| Tax I.D. No. 47-4054321 | |

| | |
|---|---|
| In re: | |
| RediClinic of DE, LLC | Chapter 11 |
| Debtor. | Case No. 25-14745 (MBK) |
| Tax I.D. No. 47-4061619 | |

| | |
|---|---|
| In re: | |
| RediClinic of MD, LLC | Chapter 11 |
| Debtor. | Case No. 25-14747 (MBK) |
| Tax I.D. No. 47-1622394 | |

| | |
|---|---|
| In re: | |
| RediClinic of PA, LLC, | Chapter 11 |
| Debtor. | Case No. 25-14749 (MBK) |
| Tax I.D. No. 47-1629750 | |

| | |
|---|---|
| In re: | |
| RediClinic of VA, LLC | Chapter 11 |
| Debtor. | Case No. 25-14752 (MBK) |
| Tax I.D. No. 47-3860141 | |

| | |
|---|---|
| In re: | |
| RediClinic US, LLC | Chapter 11 |
| Debtor. | Case No. 25-14756 (MBK) |
| Tax I.D. No. 26-2216660 | |

| | |
|---|---|
| In re: | |
| Richfield Road - Flint, Michigan, LLC | Chapter 11 |
| Debtor. | Case No. 25-14759 (MBK) |
| Tax I.D. No. 42-1645186 | |

| | |
|---|---|
| In re:<br><br>Rite Aid Corporation,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-1614034 | Chapter 11<br><br>Case No. 25-14731 (MBK) |
| In re:<br><br>Rite Aid Drug Palace, Inc.,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-2325476 | Chapter 11<br><br>Case No. 25-14762 (MBK) |
| In re:<br><br>Rite Aid Hdqtrs. Corp.,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-2308342 | Chapter 11<br><br>Case No. 25-14859 (MBK) |
| In re:<br><br>Rite Aid Hdqtrs. Funding, Inc.,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 75-3167335 | Chapter 11<br><br>Case No. 25-14860 (MBK) |
| In re:<br><br>Rite Aid Lease Management Company,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 95-2384577 | Chapter 11<br><br>Case No. 25-14765 (MBK) |
| In re:<br><br>Rite Aid of Connecticut, Inc.,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-1940645 | Chapter 11<br><br>Case No. 25-14770 (MBK) |
| In re:<br><br>Rite Aid of Delaware, Inc.,<br><br>　　　　　　　Debtor.<br><br>Tax I.D. No. 23-1940646 | Chapter 11<br><br>Case No. 25-14775 (MBK) |

| | |
|---|---|
| In re:<br><br>Rite Aid of Georgia, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 23-2125551 | Chapter 11<br><br>Case No. 25-14780 (MBK) |
| In re:<br><br>Rite Aid of Indiana, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 23-2048778 | Chapter 11<br><br>Case No. 25-14786 (MBK) |
| In re:<br><br>Rite Aid of Kentucky, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 23-2039291 | Chapter 11<br><br>Case No. 25-14789 (MBK) |
| In re:<br><br>Rite Aid of Maine, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 01-0324725 | Chapter 11<br><br>Case No. 25-14798 (MBK) |
| In re:<br><br>Rite Aid of Maryland, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 23-1940941 | Chapter 11<br><br>Case No. 25-14800 (MBK) |
| In re:<br><br>Rite Aid of Michigan, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 38-0857390 | Chapter 11<br><br>Case No. 25-14805 (MBK) |
| In re:<br><br>Rite Aid of New Hampshire, Inc.,<br><br>            Debtor.<br><br>Tax I.D. No. 23-2008320 | Chapter 11<br><br>Case No. 25-14810 (MBK) |

| | |
|---|---|
| In re:<br><br>Rite Aid of New Jersey, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 23-1940648 | Chapter 11<br><br>Case No. 25-14730 (MBK) |
| In re:<br><br>Rite Aid of New York, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 23-1940649 | Chapter 11<br><br>Case No. 25-14815 (MBK) |
| In re:<br><br>Rite Aid of North Carolina, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 23-1940650 | Chapter 11<br><br>Case No. 25-14821 (MBK) |
| In re:<br><br>Rite Aid of Ohio, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 23-1940651 | Chapter 11<br><br>Case No. 25-14825 (MBK) |
| In re:<br><br>Rite Aid of Pennsylvania, LLC, f/k/a Rite Aid of Pennsylvania, Inc.<br><br>        Debtor.<br><br>Tax I.D. No. 23-1940652 | Chapter 11<br><br>Case No. 25-14830 (MBK) |
| In re:<br><br>Rite Aid of South Carolina, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 23-2047222 | Chapter 11<br><br>Case No. 25-14841 (MBK) |

| | |
|---|---|
| In re: | |
| Rite Aid of Tennessee, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14844 (MBK) |
| Tax I.D. No. 23-2047224 | |
| In re: | |
| Rite Aid of Vermont, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14754 (MBK) |
| Tax I.D. No. 23-1940942 | |
| In re: | |
| Rite Aid of Virginia, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14761 (MBK) |
| Tax I.D. No. 23-1940653 | |
| In re: | |
| Rite Aid of Washington, D.C. Inc., | Chapter 11 |
| Debtor. | Case No. 25-14766 (MBK) |
| Tax I.D. No. 23-2461466 | |
| In re: | |
| Rite Aid of West Virginia, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14771 (MBK) |
| Tax I.D. No. 23-1940654 | |
| In re: | |
| Rite Aid Online Store, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14778 (MBK) |
| Tax I.D. No. 01-0910090 | |
| In re: | |
| Rite Aid Payroll Management, Inc., | Chapter 11 |
| Debtor. | Case No. 25-14785 (MBK) |
| Tax I.D. No. 01-0910097 | |

| | |
|---|---|
| In re:<br><br>Rite Aid Realty Corp.,<br><br>               Debtor.<br><br>Tax I.D. No. 23-1725347 | Chapter 11<br><br>Case No. 25-14791 (MBK) |
| In re:<br><br>Rite Aid Rome Distribution Center, Inc.,<br><br>               Debtor.<br><br>Tax I.D. No. 23-1887836 | Chapter 11<br><br>Case No. 25-14795 (MBK) |
| In re:<br><br>Rite Aid Specialty Pharmacy, LLC,<br><br>               Debtor.<br><br>Tax I.D. No. 27-4202824 | Chapter 11<br><br>Case No. 25-14802 (MBK) |
| In re:<br><br>Rite Aid Transport, Inc.,<br><br>               Debtor.<br><br>Tax I.D. No. 25-1793102 | Chapter 11<br><br>Case No. 25-14811 (MBK) |
| In re:<br><br>Rite Investments Corp.,<br><br>               Debtor.<br><br>Tax I.D. No. 51-0273192 | Chapter 11<br><br>Case No. 25-14823 (MBK) |
| In re:<br><br>Rite Investments Corp., LLC,<br><br>               Debtor.<br><br>Tax I.D. No. 27-4359582 | Chapter 11<br><br>Case No. 25-14817 (MBK) |
| In re:<br><br>Rx Choice, Inc.,<br><br>               Debtor.<br><br>Tax I.D. No. 25-1598207 | Chapter 11<br><br>Case No. 25-14829 (MBK) |

| | |
|---|---|
| In re:<br><br>Rx USA, Inc.,<br><br>                  Debtor.<br><br>Tax I.D. No. 23-2436417 | Chapter 11<br><br>Case No. 25-14834 (MBK) |
| In re:<br><br>The Bartell Drug Company,<br><br>                  Debtor.<br><br>Tax I.D. No. 91-0138195 | Chapter 11<br><br>Case No. 25-14845 (MBK) |
| In re:<br><br>The Jean Coutu Group (PJC) USA, Inc.,<br><br>                  Debtor.<br><br>Tax I.D. No. 04-2925810 | Chapter 11<br><br>Case No. 25-14852 (MBK) |
| In re:<br><br>The Lane Drug Company,<br><br>                  Debtor.<br><br>Tax I.D. No. 53-0125212 | Chapter 11<br><br>Case No. 25-14854 (MBK) |
| In re:<br><br>Thrift Drug, Inc.,<br><br>                  Debtor.<br><br>Tax I.D. No. 22-2098063 | Chapter 11<br><br>Case No. 25-14853 (MBK) |
| In re:<br><br>Thrifty Corporation,<br><br>                  Debtor.<br><br>Tax I.D. No. 95-1297550 | Chapter 11<br><br>Case No. 25-14855 (MBK) |

| | |
|---|---|
| In re:<br><br>Thrifty Ice Cream, LLC f/k/a 1515 West State Street Boise, Idaho, LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 27-4359371 | Chapter 11<br><br>Case No. 25-14856 (MBK) |
| In re:<br><br>Thrifty PayLess, Inc.,<br><br>                 Debtor.<br><br>Tax I.D. No. 95-4391249 | Chapter 11<br><br>Case No. 25-14857 (MBK) |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered twenty (20) through twenty-two (22),

is **ORDERED.**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com


-and-


**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com


*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

Upon the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to direct the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion is **GRANTED** as set forth herein.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

| Debtors: | NEW RITE AID, LLC, *et al*. |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

2.      The above-captioned cases hereby are jointly administered by this Court for procedural purposes only.

3.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5.      All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

6.      The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7.      All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

8.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9.      If pleadings, papers, or documents have been filed in any of the above–captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order,

| (Page | 22) | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

(ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

10.    The Clerk shall file a copy of this order in the Lead Case and each of the affiliated Debtor cases.

11.    The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

12.    The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

13.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

14.    Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

15.    A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

16.    This Order shall be effective immediately upon entry.

17.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## **Exhibit 1**

**Case Caption**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 25-14861-MBK

New Rite Aid, LLC                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                    Page 1 of 3

Date Rcvd: May 07, 2025                   Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Creditor Larchmont Properties  Ltd. Alan.Tippie@gmlaw.com |
| Alan J. Brody | on behalf of Creditor BANK OF AMERICA brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Alison Rebecca Gross Benedon | on behalf of Debtor New Rite Aid  LLC abenedon@paulweiss.com, lcanty@paulweiss.com |
| Andrew Behlmann | on behalf of Interested Party SB360 Capital Partners  LLC, Gordon Brothers Retail Partners, LLC, GA Retail Solutions, Tiger Capital Group, LLC, and Hilco Merchant Resources, LLC abehlmann@lowenstein.com |
| Brian I. Kantar | on behalf of Creditor Berkley Insurance Company bkantar@csglaw.com |
| Brian I. Kantar | on behalf of Creditor The Hanover Insurance Company bkantar@csglaw.com |

Charles E. Boulbol
on behalf of Creditor RX Newburgh Owners LLC rtrack@msn.com

Corinne Samler Brennan
on behalf of Creditor Audubon Square Inc. csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

David Edelberg
on behalf of Unknown Role Type Musso Properties dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
on behalf of Unknown Role Type The Jackson Investment Company LLC dedelberg@sh-law.com,
edelbergdr82964@notify.bestcase.com

Gary D. Bressler
on behalf of Creditor Haleon US Services Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
gbressler@mdmc-law.com, hryan@mdmc-law.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics Inc. and Ryder Transportation Solutions, LLC
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Jeffrey Kurtzman
on behalf of Creditor The Goldenberg Group kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor AMS Olyphant RA LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Kingsway Realty Company kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Goodman Properties kurtzman@kurtzmansteady.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Joseph H. Lemkin
on behalf of Creditor The Libman Company jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Yoko C. Gates Trust jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor SADG-1 Limited Partners jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Santiago Holdings II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor RAP Hamlin LP jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Conopco Inc. d/b/a Unilever NA jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor RAP Dallas LP jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Ald Capital PA LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor SADG-3 Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor SADG-4 Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Felos Associates LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor LS Morrell LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Joseph Murphy Corporation jlemkin@stark-stark.com

Kelly M. Purcaro
on behalf of Creditor Larchmont Properties Ltd. Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: May 07, 2025                                 Form ID: pdf903                              Total Noticed: 1

Lauren Bielskie
　　　　on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Michael D. Sirota
　　　　on behalf of Debtor New Rite Aid  LLC msirota@coleschotz.com,
　　　　fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michele M. Dudas
　　　　on behalf of Creditor McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Pamela Elchert Thurmond
　　　　on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Robert L. LeHane
　　　　on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
　　　　of the RAD GUC Equity Trust rlehane@kelleydrye.com,
　　　　KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Scott A. Zuber
　　　　on behalf of Creditor Berkley Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
　　　　on behalf of Creditor The Hanover Insurance Company szuber@csglaw.com  ecf@csglaw.com

Steven A. Jayson
　　　　on behalf of Creditor 1021 First Avenue Conway  LLC sjayson@msklaw.net,
　　　　jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Thomas S. Onder
　　　　on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor LS Morrell  LLC tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Felos Associates LLC tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Santiago Holdings II  LLC tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor RAP Dallas LP tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor SADG-3 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Ald Capital PA  LLC tonder@stark-stark.com

Thomas S. Onder
　　　　on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

U.S. Trustee
　　　　USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
　　　　on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
　　　　vshea@mdmc-law.com, gbressler@mdmc-law.com


TOTAL: 56