| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) | **Order Filed on May 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

## ORDER GRANTING CHAPTER 11 COMPLEX CASE DESIGNATION

The relief set forth on the following page, numbered three (3), is **ORDERED**.

.

**DATED: May 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Granting Chapter 11 Complex Case Designation |

After review of the initial pleadings filed in these cases, the Court concludes that these cases meet the eligibility requirements of a Chapter 11 Complex Case under D.N.J. LBR 1002-2, and therefore

**IT IS ORDERED** that the request set forth in the *Debtors' Application for Designation as Chapter 11 Complex Case* pursuant to the Court's General Order Governing Chapter 11 Complex Case Procedures is **HEREBY GRANTED**; and

**IT IS FURTHER ORDERED** that the Chapter 11 Complex Case Procedures annexed to the Court's General Order Governing Chapter 11 Complex Case Procedures shall apply; and

**IT IS FURTHER ORDERED** that, within 10 days from the entry of this Order, the parties are directed to submit to chambers' email a proposed *Case Management Order* utilizing Local Form Chapter 11 Complex Case Management Order. The Case Management Order must attach as an exhibit the General Order with annexed Chapter 11 Complex Case Procedures. Provisions outside the scope of the General Order must be highlighted for the Court's review.

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 25-14861-MBK

New Rite Aid, LLC   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: May 07, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie
     on behalf of Creditor Larchmont Properties Ltd. Alan.Tippie@gmlaw.com

Alan J. Brody
     on behalf of Creditor BANK OF AMERICA brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com

Alison Rebecca Gross Benedon
     on behalf of Debtor New Rite Aid  LLC abenedon@paulweiss.com, lcanty@paulweiss.com

Andrew Behlmann
     on behalf of Interested Party SB360 Capital Partners  LLC, Gordon Brothers Retail Partners, LLC, GA Retail Solutions, Tiger Capital Group, LLC, and Hilco Merchant Resources, LLC abehlmann@lowenstein.com

Brian I. Kantar
     on behalf of Creditor Berkley Insurance Company bkantar@csglaw.com

Brian I. Kantar
     on behalf of Creditor The Hanover Insurance Company bkantar@csglaw.com

Case 25-14861-MBK    Doc 190    Filed 05/09/25    Entered 05/10/25 00:13:47    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Charles E. Boulbol | on behalf of Creditor RX Newburgh Owners LLC rtrack@msn.com |
| Corinne Samler Brennan | on behalf of Creditor Audubon Square Inc. csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com |
| David Edelberg | on behalf of Unknown Role Type Musso Properties dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Unknown Role Type The Jackson Investment Company LLC dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| Gary D. Bressler | on behalf of Creditor Haleon US Services Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates gbressler@mdmc-law.com, hryan@mdmc-law.com |
| James S. Carr | on behalf of Creditor Ryder Integrated Logistics Inc. and Ryder Transportation Solutions, LLC KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| Jeffrey Kurtzman | on behalf of Creditor The Goldenberg Group kurtzman@kurtzmansteady.com |
| Jeffrey Kurtzman | on behalf of Creditor AMS Olyphant RA LLC kurtzman@kurtzmansteady.com |
| Jeffrey Kurtzman | on behalf of Creditor Kingsway Realty Company kurtzman@kurtzmansteady.com |
| Jeffrey Kurtzman | on behalf of Creditor Goodman Properties kurtzman@kurtzmansteady.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Joseph H. Lemkin | on behalf of Creditor The Libman Company jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Yoko C. Gates Trust jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor SADG-1 Limited Partners jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Santiago Holdings II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor RAP Hamlin LP jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Conopco Inc. d/b/a Unilever NA jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor RAP Dallas LP jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Ald Capital PA LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor SADG-3 Limited Partnership jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor SADG-4 Limited Partnership jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Felos Associates LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor LS Morrell LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Joseph Murphy Corporation jlemkin@stark-stark.com |
| Kelly M. Purcaro | on behalf of Creditor Larchmont Properties Ltd. Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com |

Case 25-14861-MBK    Doc 190    Filed 05/09/25    Entered 05/10/25 00:13:47    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Michael D. Sirota
    on behalf of Debtor New Rite Aid LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michele M. Dudas
    on behalf of Creditor McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Robert L. LeHane
    on behalf of Interested Party Thomas A. Pitta Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee of the RAD GUC Equity Trust rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Scott A. Zuber
    on behalf of Creditor Berkley Insurance Company szuber@csglaw.com ecf@csglaw.com

Scott A. Zuber
    on behalf of Creditor The Hanover Insurance Company szuber@csglaw.com ecf@csglaw.com

Steven A. Jayson
    on behalf of Creditor 1021 First Avenue Conway LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Thomas S. Onder
    on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor LS Morrell LLC tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Felos Associates LLC tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Santiago Holdings II LLC tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor RAP Dallas LP tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor SADG-3 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Ald Capital PA LLC tonder@stark-stark.com

Thomas S. Onder
    on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor Haleon US Services Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates vshea@mdmc-law.com, gbressler@mdmc-law.com

TOTAL: 56