UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Benesch, Friedlander, Coplan & Aronoff LLP
By: Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

In Re:

NEW RITE AID, LLC, et al,

Debtors.

Case No.:      25-14861
Chapter:       11
Judge:         Kaplan

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Infosys Limited_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Kevin M. Capuzzi, Esq.
           Steven L. Walsh, Esq.
           Benesch, Friedlander, Coplan & Aronoff LLP
           1313 N. Market Street, Suite 1201
           Wilmington, DE 19801

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: ____May 12, 2025_____          /s/ Kevin M. Capuzzi_____
                                          Signature

*new.8/1/15*