

**Kaitlin R. Walsh**
+1.212.692.6770
KRWalsh@mintz.com

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

May 14, 2025

United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ  08608

To whom it may concern:

I represent NBPIV Delran LLC in case number 25-14861.  Due to an error in the Notice of Appearance, I would like to withdraw docket 244 in order to submit the correct Notice.

Thank you.

*Kaitlin R Walsh*

Kaitlin R. Walsh
(NJ Bar No. 038402006)

529263574v.1