UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| New Rite Aid, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | *(Jointly Administered)* |
| | The Honorable Michael B. Kaplan |

## AMENDED AND RECONSTITUTED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective May 19, 2025, the below listed creditors to the Reconstituted Official Committee of Unsecured Creditors in the above captioned cases:

**RAD Sub-Trust A**
c/o Emmet, Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271
Attn: Thomas A. Pitta, Trustee
212-238-2148
tpitta@emmetmarvin.com

**RAD Sub-Trust B**
c/o Halperin Battaglia Benzija, LLP
40 Wall St., 37th Fl.
New York, NY 10005
Attn: Alan D. Halperin, Trustee
212-765-9100
ahalperin@halperinlaw.net

**AmerisourceBergen Drug Corporation**
1 West First Street
Conshohocken, PA 19428
Attn: L. Brian Abbot
610-727-7000
brian.abbott@cencora.com

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Page 2
**New Rite Aid LLC,** *et al.*
**Appointment of Reconstituted Official Committee of Unsecured Creditors**

| **Pension Benefit Guaranty Corporation** | **Realty Income Corporation** | **United Food and Commercial Workers International Union** |
|---|---|---|
| 445 12th Street SW | 11995 El Camino Real | 1775 K Street NW |
| Washington, DC 20024 | San Diego, CA 92130 | Washington, DC 20006 |
| Attn: Carl Charlotin | Attn: Kyle Campbell | Attn: Brian Wynn |
| 202-229-6611 | 858-284-5215 | 202-728-1801 |
| charlotin.carl@pbgc.gov | kcampbell@realtyincome.com | bwynn@ufcw.org |
| **Iron Mountain Information Management, LLC** | **Computershare Trust Company, NA** | **Evergreen-Partners, LLC d/b/a Evergreen Trading** |
| 1101 Enterprise Drive | 1505 Energy Park Drive | 233 Spring St., 5th Fl. |
| Royersford, PA 19468 | St. Paul, MN 55108 | New York, NY 10013 |
| Attn: Barry Hytinen | Attn: Rachel Atkin | Attn: Viktoria Glincman |
| 215-301-1872 | 862-341-9552 | 917-379-4891 |
| barry.hytinen@ironmountain.com | rachel.atkin@computershare.com | vglincman@evergreentrading.com |

*Proposed Co-Counsel For Committee:*

| **Willkie Farr & Gallagher LLP** | **Sills Cummis & Gross P.C.** |
|---|---|
| Brett H. Miller, Esq. | Andrew H. Sherman, Esq. |
| Todd M. Goren, Esq. | Boris Mankovetskiy, Esq. |
| James H. Burbage, Esq. | Gregory Kopacz, Esq. |
| Jessica D. Graber, Esq. | One Riverfront Plaza |
| 787 Seventh Avenue | Newark, New Jersey 07102 |
| New York, New York 10019-6099 | Telephone: (973) 643-7000 |
| Telephone: (212) 728-8000 | asherman@sillscummis.com |
| bmiller@willkie.com | bmankovetskiy@sillscummis.com |
| tgoren@willkie.com | gkopacz@sillscummis.com |
| jburbage@willkie.com | |
| jgraber@willkie.com | |

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 & 9

    */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee

    Jeffrey M. Sponder
    Trial Attorney

    Lauren Bielskie
    Trial Attorney

Date: May 20, 2025