| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| --- |
| WEBBER MCGILL LLC |
| Douglas J. McGill, Esq. |
| 100 E. Hanover Avenue, Suite 401 |
| Cedar Knolls, New Jersey 07927 |
| (973) 739-9559 |
| dmcgill@webbermcgill.com |
| |
| Co-Counsel for Movants |

Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 25-14861 |
| --- | --- | --- |
| New Rite Aid, LLC, et al., | Chapter: | 11 |
| Debtors. | Judge: | Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 27, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __Margaret Bianucci, et al.__ for a reduction of time for a hearing on __Class Action Plaintiffs' Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1)__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __June 9, 2025__ at __10:00 am__ in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel for the Debtors; Counsel for the Creditors' Committee; the Office of the US Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other parties on the Master Service List, in accordance with the Court's Chapter 11 Complex Case Management Order [Docket No. 502]

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*