**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

## FIRST NOTICE OF REJECTION OF
## CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE NOTICE** that on May 7, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an interim order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 134] (the "Interim Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Procedures Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

2    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) proposed co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K. Garfinkle (jgarfinkle@buchalter.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order resolving the objection as between the objecting party and the Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Interim Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use

---

[3] An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Interim Procedures Order.

such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

PLEASE TAKE FURTHER NOTICE that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

PLEASE TAKE FURTHER NOTICE that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  May 29, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

<u>**Exhibit 1**</u>

**Proposed Rejection Order**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## FIRST ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Interim Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 134] (the "<u>Interim Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Interim Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Interim Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agrees; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.     The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.     Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | 1472 BOSTON ROAD LLC | C/O FINE FARE SUPERMARKET, 1221 FTELEY AVE, BRONX, NY, 10472 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 4932 | 260 WEST LEHIGH AVENUE #80, PHILADELPHIA, PA, 19133 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | 200 AUGUSTA LLC | 169 CHURCH ST, TIMBERVILLE, VA, 22853 | Unexpired Lease | RITE AID OF VIRGINIA, LLC | 7520 | 200 AUGUSTA AVENUE, GROTTOES, VA, 24441 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY, 14203-2402 | Unexpired Lease | RITE AID OF NEW YORK, INC. | 868 | 9 BROAD STREET, SALAMANCA, NY, 14779 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | 5214 BALTIMORE ASSOCIATES LLC | 14 TREEBOROUGH DRIVE, WEST HARTFORD, CT, 06117 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 2451 | 5214-30 BALTIMORE AVENUE, PHILADELPHIA, PA, 19143 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5 | 8222 PROPERTY LLC | C/O XIANGAN GOUG, ESQ, 136-40 34TH AVE, FLUSHING, NY, 11354 | Unexpired Lease | GENOVESE DRUG STORES, INC. | 10577 | 8222 18TH AVENUE, BROOKLYN, NY, 11214 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY, 14203-2219 | Unexpired Lease | RITE AID OF NEW YORK, INC. | 2448 | 1070 GENESEE STREET, BUFFALO, NY, 14211 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | ALLEGHENY COUNTY AIRPORT AUTH | PITTSBURGH INT'L AIRPORT LANDSIDE TERMINAL 4TH FL MEZZ, PO BOX 12370, PITTSBURGH, PA, 15231-0370 | Unexpired Lease | THRIFT DRUG, INC. | 10941 | PITTSBURGH INTL AIRPORT, PITTSBURGH, PA, 15231 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | ARISSA BALABAN | C/O KRAGEN PROPERTIES, 16075 CENO VISTA DRIVE, LOS GATOS, CA, 95032 | Unexpired Lease | ECKERD CORPORATION | 11060 | 205 CENTER STREET, TAMAQUA, PA, 18252 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | B.C.G. REALTY INC. | C/O SALAMON GRUBER BLAYMORE, 97 POWERHOUSE RD., SUITE 102, ROSLYN HEIGHTS, NY, 11577-0000 | Unexpired Lease | RITE AID OF NEW YORK, INC. | 3766 | 5901 BAY PARKWAY, BROOKLYN, NY, 11204 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | CASCADE SQUARE LLC | C/O MERCURY DEVELOPMENT, 15350 SW SEQUOIA PKY STE 140, PORTLAND, OR, 97224 | Unexpired Lease | THRIFTY PAYLESS, INC. | 5334 | 1400 WEST 6TH STREET, THE DALLES, OR, 97058 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 11 | COASTAL REALTY CO, INC | 6722 WILLOWWOOD DRIVE, APT 1507, BOCA RATON, FL, 33434 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 272 | 209 ATWOOD STREET, PITTSBURGH, PA, 15213 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12 | EQUITY ONE(NE PORTFOLIO) LLC | C/O REGENCY CENTERS CORP, ONE INDEPENDENT DR, STE114, JACKSONVILLE, FL, 32202-5019 | Unexpired Lease | GENOVESE DRUG STORES, INC. | 10384 | 113-115 MILL PLAIN RD., DANBURY, CT, 06811 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | EXETER RETAIL, LLC | 8 GREENLEAF WOODS DRIVE, STE 200, PORTSMOUTH, NH, 03801-0000 | Unexpired Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3304 | 75 PORTSMOUTH AVENUE UNIT 1, EXETER, NH, 03833 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | FOUR BEARS HOLDINGS LIMITED | C/O HUMMELT DEVELOPMENT, 29911 S.W. BOONES FERRY ROAD, SUITE 3, WILSONVILLE, OR, 97070-0000 | Unexpired Lease | THRIFTY PAYLESS, INC. | 5357 | 514 NE 181ST AVENUE, PORTLAND, OR, 97230 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | FRANKLIN HOLDINGS LLC | PO BOX 250, CRIMORA, VA, 24431 | Unexpired Lease | RITE AID OF VIRGINIA, INC. | 7508 | 4171 LEE JACKSON HWY, STE 113, GREENVILLE, VA, 24440 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | GATEWAY CORP CENTER LP | TRIPLE CROWN CORPORATION, 6385 FLANK DRIVE, STE 100, HARRISBURG, PA, 17112 | Unexpired Lease | ECKERD CORPORATION | 11073 | 400 WEST SECOND STREET, BERWICK, PA, 18603 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 17 | Henry Clay Blvd Properties, LLC | 5857 Fisher Road, 0, East Syracuse, NY, 13057 | Unexpired Lease | RITE AID OF NEW YORK, INC. | 55 | 7245 Henry Clay Boulevard, Liverpool, NY, 13088 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | HUNTINGDON PIKE COMPANY | C/O KRANCO COMPANY LLC, 234 MALL BLVD, STE 270, KING OF PRUSSIA, PA, 19406 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 188 | 805 HUNTINGDON PIKE, HUNTINGDON VALLEY, PA, 19006 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19 | JO BORGEN  LLC | 8306 428TH AVE SE, SNOQUALMIE, WA, 98065 | Unexpired Lease | The Bartell Drug Company | 6917 | 248 BENDIGO BLVD S, NORTH BEND, WA, 98045 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | JSK REALTY COMPANY | C/O JUNG OK CHA, 2 BAYCLUB DR., UNIT 17-C, BAYSIDE, NY, 11360-0000 | Unexpired Lease | GENOVESE DRUG STORES, INC. | 10601 | 60-26 WOODSIDE AVENUE, WOODSIDE, NY, 11377 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | L/S 1200 Intrepid Avenue LP | C/O Ensemble Investments, LLC, 444 West Ocean Blvd, Suite 650, Long Beach, CA, 90802 | Unexpired Lease | Rite Aid Hdqtrs. Corp. | 9502 | 1200 Intrepid Ave, Philadelphia, PA, 19112 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | M & B ASSOCIATES | PO BOX 514, BEND, OR, 97709-0514 | Unexpired Lease | THRIFTY PAYLESS, INC. | 5388 | 2521 SOUTH SIXTH STREET, KLAMATH FALLS, OR, 97601 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | MK-MENLO PROPERTY OWNER LLC | C/O MCG OPERATIONS, LLC, 850 OAK GROVE AVE, MENLO PARK, CA, 94025 | Unexpired Lease | RITE AID OF CONNECTICUT, INC. | 1087 | 180 MAIN STREET, CHESHIRE, CT, 06410 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 24 | MONROE MONTROSE, LLC | 801 MONROE AVENUE, SCRANTON, PA, 18510-0000 | Unexpired Lease | ECKERD CORPORATION | 11082 | 801 GROW AVENUE, MONTROSE, PA, 18801 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | MORELAND ARIZONA PROPERTIES | 1665 EAST LAYTON DRIVE, ENGLEWOOD, CO, 80013 | Unexpired Lease | MAXI DRUG, INC. | 10084 | 1031 MAIN ST., CLINTON, MA, 01510 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26 | NAUGATUCK RITE, LLC | 12224 MONTAGUE STREET, PACOLMA, CA, 91331 | Unexpired Lease | RITE AID OF CONNECTICUT, INC. | 1375 | 56 RUBBER AVENUE, NAUGATUCK, CT, 06770 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | OSBORNE ASSOCIATES II, L.P. | 1811 HADDONFIELD-BERLIN RD, CHERRY HILL, NJ, 08003 | Unexpired Lease | ECKERD CORPORATION | 10463 | 403 SICKLERVILLE ROAD, SICKLERVILLE, NJ, 08081 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | OSJ OF PETERBOROUGH LLC | 375 COMMERCE PARK ROAD, NORTH KINGSTOWN, RI, 02852-0000 | Unexpired Lease | MAXI DRUG NORTH, INC. | 10285 | 19 WILTON ROAD STE 1A, PETERBOROUGH, NH, 03458 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | PIPERS PROPERTY MGNT CORP | C/O CP MANAGEMENT, 11 COURT ST, STE 100, EXETER, NH, 03833 | Unexpired Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4794 | 41 CARROLL STREET, PITTSFIELD, NH, 03263 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | RICHBORO PLAZA ASSOCIATES LP | C/O METRO COMMERCIAL MGMT. SVC, 307 FELLOWSHIP ROAD, SUITE 300, MT LAUREL, NJ, 08054 | Unexpired Lease | THRIFT DRUG, INC. | 11093 | 1039 2ND STREET PIKE, RICHBORO, PA, 18954 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 31 | Rite-VA2 Administrator, Inc. As Administrative Trustee for Rite Investors #2 – VA | C/O The Wickenburg Ranch, LLC, 300 West Douglas, Suite 1050, Wichita, KS, 67202 | Unexpired Lease | Rite Aid of Virgnia, Inc. | 23 | 325 Welltown Road, Winchester, VA, 22603 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | RIZONA INC | 74 BRUNO ST, MOONACHIE, NJ, 07074 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 1299 | 2503-05 WELSH ROAD, PHILADELPHIA, PA, 19114 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | SADG-3 LIMITED PARTNERSHIP | 100 COLLIERY ROAD, DICKSON CITY, PA, 18519-0000 | Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 216 | 6 BOCHICCHIO BOULEVARD, MOSCOW, PA, 18444 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | SCOTTSVILLE CENTER LLC | PO BOX 17710, RICHMOND, VA, 23226 | Unexpired Lease | RITE AID OF VIRGINIA, LLC | 7510 | 144 SCOTTSVILLE CENTER, SCOTTSVILLE, VA, 24590 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | SILVERADO PARTNERS LLC | 29911 SW BOONES FERRY RD STE 3, WILSONVILLE, OR, 97070 | Unexpired Lease | THRIFTY PAYLESS, INC. | 5372 | 626 MCCLAINE ST, SILVERTON, OR, 97381 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | SPS REALTY III LLC | 21905 64TH AVE W, STE 301A, MOUNTLAKE TERRACE, WA, 98043-2251 | Unexpired Lease | THRIFTY PAYLESS, INC. | 6347 | 250 BASIN STREET SW, EPHRATA, WA, 98823 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | TBLB PARTNERS LLC | 2020 STANDIFORD AVE, BLDG A, MODESTO, CA, 95350 | Unexpired Lease | THRIFTY PAYLESS, INC. | 5391 | 700 S.E. 3RD STREET, BEND, OR, 97702 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 38 | THE LUEBKE FAMILY PARTNERSHIP | 1855 W KATELLA AVE, STE 365, ORANGE, CA, 92867 | Unexpired Lease | THRIFT DRUG, INC. | 10891 | 843 ROSTRAVER ROAD, BELLE VERNON, PA, 15012 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | VEREIT REAL ESTATE LP | C/O REALTY INCOME CORP, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | Unexpired Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4166 | 360 SUMMER STREET, BRISTOL, NH, 03222 | 5/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |