| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>(*Local Counsel to McKesson Corporation and certain corporate affiliates*) | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Email: jgarfinkle@buchalter.com<br>Daniel H. Slate *(*admitted *pro hac vice*)<br>Email: dslate@buchalter.com<br>Brian T. Harvey (admitted *pro hac vice*)<br>Email: bharvey@buchalter.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Email: dtwomey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (admitted *pro hac vice*)<br>Email: jkuster@sidley.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) | Case No. 25-14861 (MBK)<br><br>Chapter 11 (Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | |

**STATEMENT OF MCKESSON CORPORATION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) CLARIFYING THAT THE AUTOMATIC STAY APPLIES TO PENDING APPEALS OR (II) IN THE ALTERNATIVE, STAYING PENDING APPEALS**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

McKesson Corporation and certain corporate affiliates (collectively, "McKesson") hereby file this *Statement of McKesson Corporation Regarding Debtors' Motion for Entry of an Order (I) Clarifying That the Automatic Stay Applies to Pending Appeals or (II) In the Alternative, Staying Pending Appeals* (this "Statement") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") filed by Rite Aid Corporation ("Rite Aid") and its affiliated debtors and debtors in possession (collectively, the "Debtors").

McKesson does not take a position with respect to the relief requested in the *Debtors' Motion for Entry of an Order (I) Clarifying That the Automatic Stay Applies to Pending Appeals or (II) In the Alternative, Staying Pending Appeals* [Docket No. 344] (the "Motion").[2] Rather, McKesson files this Statement in light of hypothetical scenarios included in the pleadings filed by the Debtors and MedImpact[3] about the potential effect of the MedImpact appeals upon McKesson. McKesson was not a party to the underlying litigation between the 2023 Debtors and MedImpact, and McKesson is not a party to the MedImpact appeals. Moreover, McKesson disputes any notion that the outcome of the MedImpact appeals would have any effect upon McKesson or the payments made to McKesson pursuant to the Plan and the Confirmation Order, including amounts paid by MedImpact on account of outstanding obligations owed to McKesson. While these issues are not currently before the Court, McKesson believes it important to make its position clear in light of the pleadings filed and any potential discussion of this topic at the hearing on the Motion.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[3] *See MedImpact Healthcare Systems, Inc.'s Objection to Debtors' Motion for Entry of an Order (I) Clarifying That the Automatic Stay Applies to Pending Appeals or (II) In the Alternative, Staying Pending Appeals* [Docket No. 608].

Dated: June 4, 2025

/s/ *Michele M. Dudas*
Michele M. Dudas
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
Telephone: 973.721.5021
Email: mdudas@msbnj.com

Dennis Twomey (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7438
Email: dtwomey@sidley.com

John J. Kuster (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.7336
Email: jkuster@sidley.com

Jeffrey K. Garfinkle (admitted *pro hac vice*)
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.224.6252
Email: jgarfinkle@buchalter.com

*Co-Counsel to McKesson Corporation
and certain corporate affiliates*

3