UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradshaw Rost
**TENENBAUM & SAAS P.C.**
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
Tel:  (301) 961-5300
Fax:  (301) 961-5305
E-mail: brost@tspclaw.com

-and-

Douglas G. Leney
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ  08043
Tel:  (215) 963-3300
Fax:  (215) 963-9999
E-mail:  dleney@archerlaw.com

*Counsel for Westminster Granite Main LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[1] | Case Number:  25-14861-MBK<br>(Jointly Administered) |
| Debtors. | Hon. Michael B. Kaplan |

### NOTICE OF MOTION OF WESTMINSTER GRANITE MAIN LLC
### TO ALLOW ADMINISTRATIVE EXPENSE CLAIM AND
### COMPEL IMMEDIATE PAYMENT THEREOF

**PLEASE TAKE NOTICE**, that Westminster Granite Main LLC ("Landlord") submits

the attached *Motion to Allow Administrative Expense Claim and Compel Immediate Payment*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at:  https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

230546896 v1

*Thereof* (the "Motion") for entry of an Order, pursuant to 11 U.S.C. §§ 503(b)(1) and 507(a)(2), allowing the administrative expense claim of Landlord and compelling immediate payment of same.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Landlord submits the *Declaration of Jason Klug in Support of Westminster Granite Main LLC's Motion for Entry of an Order Allowing Administrative Expense Claim and Compelling Immediate Payment Thereof* and the exhibits attached thereto, a copy of which is attached to the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

If you do not want the Court to enter an Order granting the relief requested in the Motion, or if you want the court to consider your views on an objection, then on or before **June 26, 2025**, you or your attorney must file with the Court a written request for a hearing or response or answer explaining your position. You must also mail a copy to: **Douglas G. Leney, Esquire, Attorney for the Movant, at Archer & Greiner, P.C., 1025 Laurel Oak Road, Voorhees, New Jersey, 08043**, as well as to all parties set forth on the attached Service List.

You must attend the hearing scheduled to be held on **July 3, 2025 at 10:00 AM** in the **United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, Courtroom #8, 402 East State Street, Trenton, New Jersey, 08608**. If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the Motion.

2

230546896 v1

| | |
|---|---|
| Dated: Voorhees, New Jersey<br>June 5, 2025 | **ARCHER & GREINER, P.C.**<br><br>_/s/ Douglas G. Leney_<br>Douglas G. Leney (NJ Bar No. 034232007)<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043<br>Tel:  (215) 963-3300<br>dleney@archerlaw.com<br><br>-and-<br><br>**TENENBAUM & SAAS P.C.**<br>Bradshaw Rost (_pro hac vice_ pending)<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD  20815<br>Tel:  (301) 961-5300<br>E-mail: brost@tspclaw.com<br><br>_Counsel for Westminster Granite Main LLC_ |