# **EXHIBIT 1**

# Gartin Properties

5/20/2025

Bartell Drugs
Attn: Accounts Payable
2345 42nd Ave SW
Seattle, WA 98116

Re: Admiral Way Bartell Drugs

Dear Sir or Madame,

Attached are the total outstanding balance that is due to Gartin Properties.

**Past Dues owed to Gartin Properties Breakdown:**

| Description | Amount Due |
|---|---|
| Sprinkler work for Reimbursement | $12,871.69 |
| 1st Half 2025 Property Taxes Suite A | $29,117.85 |
| 1st Half 2025 Property Taxes Suite C | $616.13 |
| April 2025 NNN payment shortage | $258.15 |
| May 2025 Rent & NNN | $30,897.94 |
|  |  |
| **Total Due Now** | **$73,761.76** |
|  |  |

Should you have any questions about the amount that is due, please contact me at the number below.

Best Regards,

Austin Bjorklund
206-937-3654

Cc:     Marc Gartin

**Gartin Properties**
**919 SW 150th Street Ste A**
**Burien WA, 98166**