UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
             roglenl@ballardspahr.com
             vesperm@ballardspahr.com

*Counsel to 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc.*

Dustin P. Branch
Nahal Zarnighian
Sara Shahbazi
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
             zarnighiann@ballardspahr.com
             shahbazis@ballardspahr.com

Michael S. Myers
Joel F. Newell
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
E-mail: myersm@ballardspahr.com
             newellj@ballardspahr.com

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[1] | Case No.  25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**CROSS-MOTION OF 5931 ATLANTIC, LLC, AAT DEL MONTE LLC, BALDEN TOWNE PLAZA LIMITED PARTNERSHIP, BRIXTON CAPITAL, CP/IPERS WOODFIELD, LLC, EDENS, FAIRVIEW SHOPPING CENTER, LLC, GARTIN PROPERTIES LLC,  HCP RRF SAND CANYON LLC, HUNTINGDON PIKE COMPANY, LANCASTER DEVELOPMENT COMPANY, LLC, MANOA SHOPPING CENTER ASSOCIATES, L.P., NORTHERN TRUST BANK OF CA, N.A., PRIME/FRIT BELL GARDENS, LLC, QCSI SIX LLC, RAR 2 QUEEN ANNE EDEN HILL QRS, LLC, REALTY INCOME CORPORATION, REDONDO PRIME 1, LLC, S & N II, LTD., SO-**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**GOODNOES CORNER JV LLC, SPIRIT EK VINELAND NJ, LLC, SPIRIT RA PLAINS PA, LLC,  SVAP III PLAZA MEXICO, LLC, THE IRVINE COMPANY LLC, VALLEY MALL, L.L.C. AND WEIS MARKETS INC. FOR ENTRY OF AN ORDER PROVIDING ADEQUATE PROTECTION**

5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. (together, the "Moving Landlords") hereby move (the "Motion"), by and through undersigned counsel, for entry of an order pursuant to section 361 and 363(e) of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 9013 ("Bankruptcy Rule"), and District of New Jersey Local Bankruptcy Rule 9013-1(a) ("Local Rule") providing Moving Landlords with adequate protection, and in support thereof, states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. § 1409(a).  The statutory basis for the relief requested in this motion is sections 361 and 363(e) of the Bankruptcy Code.

**MEMORANDUM OF LAW**

2. Moving Landlords' memorandum of law in support of this Motion is the *Limited Objection of 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin*

*Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC, SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. to Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (the "DIP Objection") filed contemporaneously herewith.

3. Moving Landlords respectfully request entry of the proposed order attached hereto as Exhibit A, granting the relief requested in the Motion and all other and further relief this Court deems just and proper.

Date: June 11, 2025                                                Respectfully Submitted,

/s/Leslie C. Heilman
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
　　　　　roglenl@ballardspahr.com
　　　　　vesperm@ballardspahr.com

-and-

Dustin P. Branch
Nahal Zarnighian
Sara Shahbazi
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail:  branchd@ballardspahr.com
            zarnighiann@ballardspahr.com
            shahbazis@ballardspahr.com

-and-

Michael S. Myers
Joel F. Newell
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
E-mail: myersm@ballardspahr.com
            newellj@ballardspahr.com

*Counsel to 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc.*

**CERTIFICATE OF SERVICE**

      I certify that, on June 11, 2025, a true and correct copy of the *Cross-Motion of 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC, SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. for Entry of an Order Providing Adequate Protection* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated:

                                                             */s/ Leslie C. Heilman*
                                                             Leslie C. Heilman
                                                             BALLARD SPAHR LLP

| *Via E-Mail and First Class Mail* | *Via E-mail and First-Class Mail* |
|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of the United States Trustee<br>for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>E-mail: lauren.bielskie@usdoj.gov<br>        jeffrey.m.sponder@usdoj.gov<br><br>**United States Trustee** | David Kastin<br>New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania 17319<br>E-mail: david.kastin@riteaid.com<br><br>**The Debtor** |
| *Via CM/ECF* | *Via CM/ECF* |
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>E-mail: arosenberg@paulweiss.com<br>        aeaton@paulweiss.com<br>        chopkins@paulweiss.com<br>        nkrislov@paulweiss.com<br><br>**Proposed Co-Counsel to the Debtor** | Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street Hackensack, New Jersey 07601<br>E-mail: msirota@coleschotz.com<br>        wusatine@coleschotz.com<br>        FYudkin@coleschotz.com<br>        svanaalten@coleschotz.com<br><br>**Proposed Co-Counsel to the Debtor** |

*Via E-Mail and First-Class Mail*

John F. Ventola
Jonathan D. Marshall
Mark D. Silva
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
E-mail: jventola@choate.com
       jmarshall@choate.com
       msilva@choate.com

**Counsel to DIP Agent and Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

Alan J. Brody
Julia Frost Davies
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
E-mail: brodya@gtlaw.com
       Julia.frostdavies@gtlaw.com

**Counsel to DIP Agent and Prepetition ABL Agent**

*Via E-Mail and First-Class Mail*

Rachel Rimger
Adam C. Rogoff
Megan M. Wassan
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail: rringer@kramerlevin.com
       arogoff@kramerlevin.com
       mwasson@kramerlevin.com

**Counsel to Ad Hoc Secured Noteholder Group**

*Via E-Mail and First-Class Mail*

Anthony Sodono
Michele Dudas
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Email: asodono@msbnj.com
       mdudas@msnbj.com

**Counsel to McKesson**

*Via E-Mail and First Class Mail*

Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Email: dtwomey@sidley.com

**Counsel to McKesson**

*Via E-Mail and First Class Mail*

Jeffrey K. Garfinkle
Buchalter
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Email: jgarfinkle@buchalter.com

**Counsel to McKesson**

*Via E-Mail and First Class Mail*

Andrew H. Sherman
Boris I. Mankovetskiy
Gregory Kopacz
One Riverfront Plaza
Newark, New Jersey 07102
E-mail: asherman@sillscummis.com
       bmankovetskiy@sillscummis.com
       gkopacz@sillscummis.com

**Co-Counsel to the Official Committee of Unsecured Creditors**

*Via E-Mail and First-Class Mail*

Brett H. Miller
Todd M. Goren
James H. Burbage
Jessica D. Graber
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
E-mail: bmiller@wilkie.com
       tgoren@wilkie.com
       jburbage@wilkie.com
       jgraber@kelleydrye.com

**Co-Counsel to the Official Committee of Unsecured Creditors**