**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF BID DEADLINE, POTENTIAL AUCTION,**
**AND POTENTIAL SALE HEARING FOR CERTAIN LEASE ASSETS**

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the sale, transfer, or other disposition of certain of the Debtors' Leases attached hereto as **Exhibit A** (the "Specified Leases") consistent with the Auction Procedures (the "Auction Procedures") approved by the Court pursuant to the Order. **All interested bidders should carefully read the Auction Procedures and Order.** To the extent that there are any inconsistencies between this notice and the Auction Procedures or Order, the Auction Procedures or Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that the deadline by which the Debtors may, in the exercise of their reasonable business judgment, in consultation with the Consultation Parties, choose a stalking horse bidder in connection with the Specified Leases is June 23, 2025 at 5:00 p.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the deadline by which all Qualified Bids for the Specified Assets must be received pursuant to the Bidding Procedures is **June 23, 2025 at 5:00 p.m., prevailing Eastern Time** (the "Bid Deadline")

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive qualified competing bids within the requirements specified by the Auction Procedures by the Bid Deadline, the Debtors will file a notice on the docket in these chapter 11 cases **on or about June 24, 2025** and conduct

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

an Auction of certain of the Specified Leases **on or about June 25, 2025 at 10:00 a.m. (prevailing Eastern Time)** at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 1009, or by videoconference or such other form of remote communication established by the Debtors (or at any other location, or virtually, as the Debtors may hereafter designate on proper notice).

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, in consultation with the Consultation Parties, only the Debtors, the applicable Lease Counterparties, any Qualified Bidders, the Consultation Parties, the U.S. Trustee, counsel to any statutory committees appointed in these cases, and, in each case, the respective representatives and professionals of the foregoing parties, shall be entitled to attend the Auction, and only Qualified Bidders will be entitled to make Overbids at the Auction. **All interested or potentially affected parties should carefully read the Auction Procedures and the Order.**

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors select Successful Bidder(s) pursuant to the Auction, the Debtors will file a notice identifying the Successful Bidder(s) **on or about June 26, 2025.**

**PLEASE TAKE FURTHER NOTICE** that any party that objects to the proposed Auction must file a written objection (each, an "Auction Objection") with the Court and serve such Auction Objection so as to be actually received on or before **June 23, 2025 at 5:00 p.m., prevailing Eastern Time,** by the following parties (a) proposed co-counsel to the Debtors, (b) counsel to the Stalking Horse Bidder, if any, (c) the Auction Notice Parties, (d) counsel to any official committee of unsecured creditors appointed in these chapter 11 cases, (e) the applicable Successful Bidder(s) and Back-Up Bidder(s), if known, (g) any Lease Counterparty or their known counsel, and (h) any other party that has filed a notice of appearance in these chapter 11 cases (collectively, the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that the Debtors may seek approval of the sale of Specified Leases at a hearing scheduled to commence on or before **July 23, 2025** (the "Sale Hearing"), at a time to be determined by the Court, or as soon thereafter as the Debtors may be heard, before the Honorable Chief Judge Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, New Jersey 08608 or by videoconference or such other form of remote communication established by the Court.

**PLEASE TAKE FURTHER NOTICE** that any party that objects to the proposed sale of any Lease must file a written objection (each, a "Sale Objection") with the Court and serve such Sale Objection so as to be actually received on or before **July 10, 2025 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline") by (a) the Objection Notice Parties.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE AUCTION OR SALE, AS APPLICABLE, ON OR BEFORE THE AUCTION OBJECTION DEADLINE AND THE SALE OBJECTION DEADLINE, RESPECTIVELY, SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE AUCTION OR SALE, AS APPLICABLE, INCLUDING WITH RESPECT TO THE**

**TRANSFER OF THE APPLICABLE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE APPLICABLE ASSUMPTION ASSIGNMENT AGREEMENT, AS APPLICABLE.**

**PLEASE TAKE FURTHER NOTICE** copies of the Auction Procedures, the Order, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

Dated: June 16, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:      arosenberg@paulweiss.com
            aeaton@paulweiss.com
            chopkins@paulweiss.com
            smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Specified Lease**

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 1 | 10 | 00010-01 | 601 Chelsea Road, Aberdeen, MD, 21001 |
| 2 | 79 | 00079-01 | 21202 24th Ave. S., Des Moines, WA, 98198 |
| 3 | 116 | 00116-03 | 907 NORTH HIGH STREET, MILLVILLE, NJ, 08332 |
| 4 | 208 | 00208-03 | 15 SOUTH MAIN STREET, SHENANDOAH, PA, 17976 |
| 5 | 223 | 00223-02 | 452 SOUTH LEHIGH AVENUE, FRACKVILLE, PA, 17931 |
| 6 | 229 | 00229-01 | 1184 TEXAS PALMYRA HIGHWAY, HONESDALE, PA, 18431 |
| 7 | 233 | 00233-03 | 9635 WILLIAM PENN HIGHWAY, HUNTINGDON, PA, 16652 |
| 8 | 245 | 00245-03 | 2 CUMBERLAND STREET, LEBANON, PA, 17042 |
| 9 | 268 | 00268-01 | 5504 WALNUT STREET, PITTSBURGH, PA, 15232 |
| 10 | 386 | 00386-03 | 25 JONES STATION ROAD WEST, SEVERNA PARK, MD, 21146 |
| 11 | 425 | 00425-02 | 3258 BRIDGE AVENUE, POINT PLEASANT, NJ, 08742 |
| 12 | 467 | 00467-01 | 525 PENN AVENUE, WEST READING, PA, 19611 |
| 13 | 478 | 00478-03 | 5400 RISING SUN AVENUE, PHILADELPHIA, PA, 19120 |
| 14 | 499 | 00499-02 | 424 ELMWOOD AVE., BUFFALO, NY, 14222 |
| 15 | 552 | 00552-03 | 6401 OXFORD AVENUE, PHILADELPHIA, PA, 19111 |
| 16 | 610 | 00610-02 | 405 ERIE BOULEVARD WEST, ROME, NY, 13440 |
| 17 | 629 | 00629-01 | 1000 NORTH CLINTON AVENUE, ROCHESTER, NY, 14621 |
| 18 | 639 | 00639-03 | 1924 GENESEE STREET, UTICA, NY, 13502 |
| 19 | 679 | 00679-02 | 123 SOUTH 69TH STREET, UPPER DARBY, PA, 19082 |
| 20 | 696 | 00696-04 | 15 WEST CENTRE STREET, MAHANOY CITY, PA, 17948 |
| 21 | 726 | 00726-02 | 1080 S WASHINGTON AVENUE, SCRANTON, PA, 18505 |
| 22 | 754 | 00754-03 | 139 SOUTH MAIN STREET, BUTLER, PA, 16001 |
| 23 | 756 | 00756-02 | 4606 ADMIRAL PEARY HIGHWAY, EBENSBURG, PA, 15931 |
| 24 | 841 | 00841-03 | 52 EAST BROAD STREET, BRIDGETON, NJ, 08302 |
| 25 | 856 | 00856-04 | 762 CHESTER PIKE, PROSPECT PARK, PA, 19076 |
| 26 | 926 | 00926-02 | 1440 EAST HIGH STREET, WAYNESBURG, PA, 15370 |
| 27 | 1014 | 01014-03 | 200 RESORT PLAZA DRIVE, BLAIRSVILLE, PA, 15717 |
| 28 | 1147 | 01147-01 | 175 WILSON ROAD, BENTLEYVILLE, PA, 15314 |
| 29 | 1197 | 01197-03 | 446 WEST MAIN STREET, MONONGAHELA, PA, 15063 |
| 30 | 1274 | 01274-03 | 4400 PENNELL ROAD, ASTON, PA, 19014 |
| 31 | 1295 | 01295-01 | 51 SOUTH MAIN STREET, NEWPORT, NH, 03773 |
| 32 | 1328 | 01328-03 | 975 HODGES FERRY ROAD, PORTSMOUTH, VA, 23701 |
| 33 | 1353 | 01353-01 | 25 EAST PIKE STREET, CANONSBURG, PA, 15317 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 34 | 1398 | 01398-03 | 1 EAST HIGH STREET, UNION CITY, PA, 16438 |
| 35 | 1406 | 01406-03 | 521 NORTH FRALEY STREET, KANE, PA, 16735 |
| 36 | 1548 | 01548-02 | 610 BROAD STREET, NEW BETHLEHEM, PA, 16242 |
| 37 | 1549 | 01549-02 | 630 MAIN ST., PORTAGE, PA, 15946 |
| 38 | 1561 | 01561-02 | 272 HOOSICK STREET, TROY, NY, 12180 |
| 39 | 1668 | 01668-02 | 700 SHARON NEW CASTLE RD., FARRELL, PA, 16121 |
| 40 | 1670 | 01670-03 | 76 SMITH STREET, PERTH AMBOY, NJ, 08861 |
| 41 | 1698 | 01698-02 | 221 GROVE CITY ROAD, SLIPPERY ROCK, PA, 16057 |
| 42 | 1699 | 01699-02 | 9141 RIDGE ROAD, GIRARD, PA, 16417 |
| 43 | 1726 | 01726-02 | 6531 ROUTE 22, DELMONT, PA, 15626 |
| 44 | 1751 | 01751-01 | 400 PEOPLES PLAZA, NEWARK, DE, 19702 |
| 45 | 1754 | 01754-01 | 4390 RICHMOND STREET, PHILADELPHIA, PA, 19137 |
| 46 | 1805 | 01805-01 | 33-01 30TH AVENUE, ASTORIA, NY, 11103 |
| 47 | 1814 | 01814-01 | 113 WEST MAIN STREET, WEST NEWTON, PA, 15089 |
| 48 | 1816 | 01816-02 | 845 ABBOTT ROAD, BUFFALO, NY, 14220 |
| 49 | 1860 | 01860-03 | 490 HURFVILLE-CROSS KEYS, SEWELL, NJ, 08080 |
| 50 | 1870 | 01870-01 | 531 US HIGHWAY 22 EAST, WHITEHOUSE STATION, NJ, 08889 |
| 51 | 1902 | 01902-02 | 2067 ROUTE 116, SPRING GROVE, PA, 17362 |
| 52 | 1922 | 01922-03 | 315 WEST FOURTH STREET, QUARRYVILLE, PA, 17566 |
| 53 | 1941 | 01941-03 | 7401 OGONTZ AVENUE, PHILADELPHIA, PA, 19138 |
| 54 | 1944 | 01944-01 | 900 MOUNT ROYAL BLVD., PITTSBURGH, PA, 15223 |
| 55 | 1976 | 01976-01 | 207 ROUTE 6 WEST, COUDERSPORT, PA, 16915 |
| 56 | 2204 | 02204-01 | 2801 FOSTER AVENUE, BALTIMORE, MD, 21224 |
| 57 | 2212 | 02212-02 | 6402 GOLDEN RING ROAD, BALTIMORE, MD, 21237 |
| 58 | 2212A | 02212-02 | 6402 GOLDEN RING ROAD, BALTIMORE, MD, 21237 |
| 59 | 2214 | 02214-01 | 2855 SMITH AVENUE, BALTIMORE, MD, 21209 |
| 60 | 2267 | 02267-01 | 452 POND STREET, BRISTOL, PA, 19007 |
| 61 | 2382 | 02382-03 | 163 WEST 26TH STREET, ERIE, PA, 16508 |
| 62 | 2433 | 02433-04 | 813 THIRD AVENUE, NEW BRIGHTON, PA, 15066 |
| 63 | 2474 | 02474-01 | 59 NORTH MAIN STREET, PORT ALLEGANY, PA, 16743 |
| 64 | 2480 | 02480-02 | 847 MIDLAND AVENUE, MIDLAND, PA, 15059 |
| 65 | 2482 | 02482-03 | 300 MARKET STREET, ELIZABETH, PA, 15037 |
| 66 | 2522 | 02522-02 | 424 ROUTE 9, BAYVILLE, NJ, 08721 |
| 67 | 2530 | 02530-02 | 220 MATHISTOWN ROAD, LITTLE EGG HARBOR, NJ, 08087 |
| 68 | 2561 | 02561-01 | 332 RARITAN AVENUE, HIGHLAND PARK, NJ, 08904 |
| 69 | 2631 | 02631-01 | 170 SAXER AVENUE, SPRINGFIELD, PA, 19064 |
| 70 | 2669 | 02669-01 | 2063 BARTOW AVENUE, BRONX, NY, 10475 |
| 71 | 2769 | 02769-01 | 100 FRANKLIN STREET, MERCER, PA, 16137 |
| 72 | 2771 | 02771-01 | 165-02 BAISLEY BOULEVARD, JAMAICA, NY, 11434 |
| 73 | 2798 | 02798-01 | 3939 BUTLER STREET, PITTSBURGH, PA, 15201 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 74 | 3033 | 03033-02 | 963 FAIRMOUNT AVENUE WE, JAMESTOWN, NY, 14701 |
| 75 | 3200 | 03200-04 | 623 SAINT CLAIR AVENUE, CLAIRTON, PA, 15025 |
| 76 | 3282 | 03282-02 | 72 LAFAYETTE ROAD, NORTH HAMPTON, NH, 03862 |
| 77 | 3336 | 03336-03 | 149 MARKET STREET, AMSTERDAM, NY, 12010 |
| 78 | 3364 | 03364-03 | 1303 SHOEMAKER STREET, NANTY GLO, PA, 15943 |
| 79 | 3394 | 03394-02 | 4530 NORTH 5TH STREET, PHILADELPHIA, PA, 19140 |
| 80 | 3412 | 03412-01 | 1800-1814 MORNINGSIDE AVENUE, PITTSBURGH, PA, 15206 |
| 81 | 3447 | 03447-02 | 126 W. MAIN STREET, GROVE CITY, PA, 16127 |
| 82 | 3449 | 03449-02 | 335 MAIN STREET, GREENVILLE, PA, 16125 |
| 83 | 3508 | 03508-01 | 1340 MAIN STREET, BURGETTSTOWN, PA, 15021 |
| 84 | 3523 | 03523-01 | 1105-09 N. 63RD STREET, PHILADELPHIA, PA, 19151 |
| 85 | 3608 | 03608-02 | 1941 DERRY STREET, HARRISBURG, PA, 17104 |
| 86 | 3610 | 03610-01 | 1786-I COLUMBIA AVENUE, COLUMBIA, PA, 17512 |
| 87 | 3626 | 03626-01 | 158-02 UNION TURNPIKE, FLUSHING, NY, 11366 |
| 88 | 3635 | 03635-02 | 2600 WEIR PLACE, CHESTER, VA, 23831 |
| 89 | 3698 | 03698-01 | 6908 MAIN STREET, GLOUCESTER, VA, 23061 |
| 90 | 3715 | 03715-03 | 520 WEST BROAD STREET, RICHMOND, VA, 23220 |
| 91 | 3741 | 03741-03 | 515 NORTH MAIN STREET, SUFFOLK, VA, 23434 |
| 92 | 3748 | 03748-03 | 1580 SOUTH DUPONT HIGHWAY, DOVER, DE, 19901 |
| 93 | 3749 | 03749-02 | 677 NORTH DUPONT BLVD, MILFORD, DE, 19963 |
| 94 | 3758 | 03758-01 | 101 MARLBORO AVE STE 15, EASTON, MD, 21601 |
| 95 | 3804 | 03804-01 | 10 NEWPORT PLAZA, NEWPORT, PA, 17074 |
| 96 | 3837 | 03837-02 | 505 LINDEN AVENUE, POCOMOKE CITY, MD, 21851 |
| 97 | 3851 | 03851-02 | WARWICK SHOPPING CENTER, NEWPORT NEWS, VA, 23601 |
| 98 | 3857 | 03857-01 | 304 DEPOT STREET, LATROBE, PA, 15650 |
| 99 | 3870 | 03870-01 | 3700-06 JUNCTION BOULEVARD, FLUSHING, NY, 11368 |
| 100 | 3879 | 03879-01 | 6900 4TH AVENUE, BROOKLYN, NY, 11209 |
| 101 | 3902 | 03902-01 | CAPE HENRY SC, VIRGINIA BEACH, VA, 23451 |
| 102 | 3972 | 03972-01 | 811 EAST STATE STREET, SHARON, PA, 16146 |
| 103 | 3978 | 03978-01 | 1679 BEDFORD AVENUE, BROOKLYN, NY, 11225 |
| 104 | 3983 | 03983-02 | 338 WEST WASHINGTON STREET, BATH, NY, 14810 |
| 105 | 4083 | 04083-01 | 101 5TH STREET, CHARLEROI, PA, 15022 |
| 106 | 4193 | 04193-03 | 3553 WASHINGTON ROAD, PARLIN, NJ, 08859 |
| 107 | 4260 | 04260-01 | 4299 UNION DEPOSIT ROAD, HARRISBURG, PA, 17111 |
| 108 | 4286 | 04286-01 | 5201 SPRING ROAD SUITE 6, SHERMANS DALE, PA, 17090 |
| 109 | 4287 | 04287-02 | 360 EAST MAIN STREET, MIDDLETOWN, PA, 17057 |
| 110 | 4293 | 04293-01 | 5 FRIENDLY DRIVE, DUNCANNON, PA, 17020 |
| 111 | 4686 | 04686-03 | 101 REISTERSTOWN ROAD, PIKESVILLE, MD, 21208 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 112 | 4692 | 04692-01 | 240 SOUTH BATTLEFIELD BLVD, CHESAPEAKE, VA, 23322 |
| 113 | 4712 | 04712-01 | 9302 3RD AVENUE, BROOKLYN, NY, 11209 |
| 114 | 4783 | 04783-02 | 5100 LIBRARY ROAD, BETHEL PARK, PA, 15102 |
| 115 | 4876 | 04876-01 | 3823 NOSTRAND AVENUE, BROOKLYN, NY, 11235 |
| 116 | 4893 | 04893-01 | 1950 FULTON STREET, BROOKLYN, NY, 11233 |
| 117 | 4894 | 04894-01 | 605 TITUS AVENUE, ROCHESTER, NY, 14617 |
| 118 | 4910 | 04910-02 | 38169 DUPONT BOULEVARD, SELBYVILLE, DE, 19975 |
| 119 | 4913 | 04913-01 | 444 SAVANNAH ROAD, LEWES, DE, 19958 |
| 120 | 4914 | 04914-01 | 1120 SOUTH CENTRAL AVENUE, LAUREL, DE, 19956 |
| 121 | 4916 | 04916-02 | 24892 JOHN J WILLIAMS HWY, MILLSBORO, DE, 19966 |
| 122 | 4918 | 04918-02 | 40 GEORGETOWN PLAZA, GEORGETOWN, DE, 19947 |
| 123 | 4920 | 04920-02 | 1208 PARSONS ROAD, SALISBURY, MD, 21801 |
| 124 | 4928 | 04928-01 | 1863 CENTRAL AVENUE, COLONIE, NY, 12205 |
| 125 | 4960 | 04960-01 | 2470 BEDFORD STREET, JOHNSTOWN, PA, 15904 |
| 126 | 4990 | 04990-01 | 2 KIRBY AVENUE, MOUNTAIN TOP, PA, 18707 |
| 127 | 5172 | 05172-01 | 1509 AUBURN WAY SOUTH, AUBURN, WA, 98002 |
| 128 | 5186 | 05186-01 | 2131 SW 336TH STREET, FEDERAL WAY, WA, 98023 |
| 129 | 5190 | 05190-03 | 10407 SE 256TH STREET, KENT, WA, 98030 |
| 130 | 5194 | 05194-01 | 7500-A 196TH ST.,SW, LYNNWOOD, WA, 98036 |
| 131 | 5203 | 05203-03 | 3116 NE SUNSET BOULEVARD, RENTON, WA, 98056 |
| 132 | 5234 | 05234-01 | 1517 COMMERCIAL AVE., ANACORTES, WA, 98221 |
| 133 | 5245 | 05245-02 | 412 EAST COLLEGE WAY, MT. VERNON, WA, 98273 |
| 134 | 5256 | 05256-01 | 900 EAST MERIDIAN SUITE 23, MILTON, WA, 98354 |
| 135 | 5260 | 05260-02 | 3282 BETHEL ROAD SE, PORT ORCHARD, WA, 98366 |
| 136 | 5265 | 05265-02 | 520 WEST WASHINGTON STREET, SEQUIM, WA, 98382 |
| 137 | 5266 | 05266-01 | 2860 NW BUCKLIN HILL ROAD, SILVERDALE, WA, 98383 |
| 138 | 5275 | 05275-01 | 3840 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WA, 98466 |
| 139 | 5277 | 05277-02 | 5700 100TH STREET SW STE 100, LAKEWOOD, WA, 98499 |
| 140 | 5286 | 05286-02 | 909 EAST YELM AVENUE, YELM, WA, 98597 |
| 141 | 5295 | 05295-01 | 609 OMACHE DRIVE, OMAK, WA, 98841 |
| 142 | 5328 | 05328-01 | 2049 WEST CASCADE AVENUE, HOOD RIVER, OR, 97031 |
| 143 | 5331 | 05331-01 | 16390 BOONES FERRY ROAD, LAKE OSWEGO, OR, 97035 |
| 144 | 5332 | 05332-01 | 1900 MCLOUGHLIN BLVD., OREGON CITY, OR, 97045 |
| 145 | 5335 | 05335-01 | 8235 SW WILSONVILLE ROAD, WILSONVILLE, OR, 97070 |
| 146 | 5339 | 05339-01 | 2021 NW 185TH AVENUE, HILLSBORO, OR, 97124 |
| 147 | 5340 | 05340-02 | 448 NE HWY 99W, MCMINNVILLE, OR, 97128 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 148 | 5342 | 05342-01 | 313 SOUTH ROOSEVELT DRIVE, SEASIDE, OR, 97138 |
| 149 | 5351 | 05351-01 | 5431 SW BEAVERTON HILLSDALE, PORTLAND, OR, 97221 |
| 150 | 5356 | 05356-01 | 11190 SW BARNES RD., PORTLAND, OR, 97225 |
| 151 | 5359 | 05359-01 | 11930 SE DIVISION STREET, PORTLAND, OR, 97266 |
| 152 | 5360 | 05360-03 | 681 LANCASTER DRIVE NE, SALEM, OR, 97301 |
| 153 | 5364 | 05364-01 | 5452 RIVER ROAD NORTH, KEIZER, OR, 97303 |
| 154 | 5365 | 05365-01 | 1235 WAVERLY DRIVE SE, ALBANY, OR, 97322 |
| 155 | 5370 | 05370-01 | 2336 NORTH COAST HIGHWAY, NEWPORT, OR, 97365 |
| 156 | 5371 | 05371-01 | 4041 NW LOGAN ROAD, LINCOLN CITY, OR, 97367 |
| 157 | 5373 | 05373-01 | 1560 COBURG ROAD, EUGENE, OR, 97401 |
| 158 | 5374 | 05374-01 | 1970 ECHO HOLLOW ROAD, EUGENE, OR, 97402 |
| 159 | 5376 | 05376-01 | 16261 SOUTH HIGHWAY 101, HARBOR, OR, 97415 |
| 160 | 5400 | 05400-02 | 728 SOUTH WEST 4TH AVENUE, ONTARIO, OR, 97914 |
| 161 | 5409 | 05409-03 | 2107 BLAINE STREET, CALDWELL, ID, 83605 |
| 162 | 5410 | 05410-01 | 451 DEINHARD LANE, MCCALL, ID, 83638 |
| 163 | 5421 | 05421-01 | 1810 WEST PULLMAN ROAD, MOSCOW, ID, 83843 |
| 164 | 5423 | 05423-01 | 1534 EAST FLORENCE AVENUE, LOS ANGELES, CA, 90001 |
| 165 | 5430 | 05430-01 | 446 EAST WASHINGTON BLVD., LOS ANGELES, CA, 90015 |
| 166 | 5452 | 05452-02 | 7900 WEST SUNSET BOULEVARD, LOS ANGELES, CA, 90046 |
| 167 | 5470 | 05470-01 | 220 EAST GRAND AVENUE, EL SEGUNDO, CA, 90245 |
| 168 | 5480 | 05480-01 | 23 PENINSULA CENTER, ROLLING HILLS ESTS, CA, 90274 |
| 169 | 5488 | 05488-01 | 1331 WILSHIRE BOULEVARD, SANTA MONICA, CA, 90403 |
| 170 | 5494 | 05494-01 | 8508 PAINTER AVENUE, WHITTIER, CA, 90602 |
| 171 | 5513 | 05513-01 | 501 SOUTH GAFFEY STREET, SAN PEDRO, CA, 90731 |
| 172 | 5520 | 05520-01 | 3300 EAST ANAHEIM STREET, LONG BEACH, CA, 90804 |
| 173 | 5545 | 05545-01 | 10120 MASON AVENUE, CHATSWORTH, CA, 91311 |
| 174 | 5556 | 05556-01 | 16642 SOLEDAD CANYON RD, CANYON COUNTRY, CA, 91387 |
| 175 | 5567 | 05567-01 | 7239 WOODMAN AVE, VAN NUYS, CA, 91405 |
| 176 | 5591 | 05591-01 | 18993 COLIMA ROAD, ROWLAND HEIGHTS, CA, 91748 |
| 177 | 5614 | 05614-01 | 740 OTAY LAKES ROAD, CHULA VISTA, CA, 91910 |
| 178 | 5632 | 05632-01 | 9532 WINTER GARDENS BLVD., LAKESIDE, CA, 92040 |
| 179 | 5644 | 05644-01 | 535 ROBINSON AVENUE, SAN DIEGO, CA, 92103 |
| 180 | 5647 | 05647-01 | 4840 NIAGARA AVENUE, SAN DIEGO, CA, 92107 |
| 181 | 5652 | 05652-01 | 3650 ADAMS AVENUE, SAN DIEGO, CA, 92116 |
| 182 | 5671 | 05671-03 | 1660 E 1ST STREET, BEAUMONT, CA, 92223 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 183 | 5672 | 05672-02 | 806 RAMSEY STREET, BANNING, CA, 92220 |
| 184 | 5673 | 05673-03 | 616 EAST HOBSONWAY, BLYTHE, CA, 92225 |
| 185 | 5684 | 05684-02 | 111 S SUNRISE WAY, PALM SPRINGS, CA, 92262 |
| 186 | 5686 | 05686-03 | 57701 29 PALMS HIGHWAY, YUCCA VALLEY, CA, 92284 |
| 187 | 5709 | 05709-01 | 34420 YUCAIPA BOULEVARD, YUCAIPA, CA, 92399 |
| 188 | 5712 | 05712-01 | 6150 VAN BUREN BOULEVARD, RIVERSIDE, CA, 92503 |
| 189 | 5714 | 05714-02 | 4920 LA SIERRA AVENUE, RIVERSIDE, CA, 92505 |
| 190 | 5718 | 05718-03 | 8015 LIMONITE AVENUE, RIVERSIDE, CA, 92509 |
| 191 | 5734 | 05734-02 | 2300 HARBOR BOULEVARD SUITE G, COSTA MESA, CA, 92626 |
| 192 | 5743 | 05743-01 | 11961 VALLEY VIEW STREET, GARDEN GROVE, CA, 92845 |
| 193 | 5847 | 05847-01 | 811 TUCKER ROAD, TEHACHAPI, CA, 93561 |
| 194 | 5855 | 05855-01 | 1317 EAST PACHECO BOULEVARD, LOS BANOS, CA, 93635 |
| 195 | 5869 | 05869-02 | 3795 WEST SHIELDS AVENUE, FRESNO, CA, 93722 |
| 196 | 5915 | 05915-01 | 2140 CONTRA COSTA BOULEVARD, PLEASANT HILL, CA, 94523 |
| 197 | 5928 | 05928-02 | 1203 WEST IMOLA AVENUE, NAPA, CA, 94559 |
| 198 | 5931 | 05931-02 | 2555 MAIN STREET, OAKLEY, CA, 94561 |
| 199 | 5935 | 05935-01 | 580 BAILEY ROAD, BAY POINT, CA, 94565 |
| 200 | 5965 | 05965-01 | 80 RANCHO DEL MAR, APTOS, CA, 95003 |
| 201 | 5969 | 05969-01 | 1988 FREEDOM BOULEVARD, FREEDOM, CA, 95019 |
| 202 | 5971 | 05971-01 | 1701 AIRLINE HIGHWAY, HOLLISTER, CA, 95023 |
| 203 | 5988 | 05988-01 | 1550 HAMILTON AVENUE, SAN JOSE, CA, 95125 |
| 204 | 6014 | 06014-02 | 1300 WEST F STREET, OAKDALE, CA, 95361 |
| 205 | 6016 | 06016-02 | 855 MONO WAY, SONORA, CA, 95370 |
| 206 | 6028 | 06028-01 | 490 SOUTH MAIN STREET, FORT BRAGG, CA, 95437 |
| 207 | 6033 | 06033-02 | 680 SOUTH STATE STREET, UKIAH, CA, 95482 |
| 208 | 6034 | 06034-01 | 1730 SOUTH MAIN STREET, WILLITS, CA, 95490 |
| 209 | 6065 | 06065-01 | 1260 WEST CAPITOL AVENUE, WEST SACRAMENTO, CA, 95691 |
| 210 | 6086 | 06086-02 | 4300 ELVERTA ROAD, ANTELOPE, CA, 95843 |
| 211 | 6089 | 06089-02 | 720 SUTTON WAY, GRASS VALLEY, CA, 95945 |
| 212 | 6090 | 06090-02 | 1583 HIGHWAY 99, GRIDLEY, CA, 95948 |
| 213 | 6094 | 06094-01 | 220 WEST EAST AVENUE, CHICO, CA, 95926 |
| 214 | 6101 | 06101-01 | 37435 MAIN STREET, BURNEY, CA, 96013 |
| 215 | 6200 | 06200-01 | 43 WEST PRAIRIE SHOPPING CTR, HAYDEN, ID, 83835 |
| 216 | 6235 | 06235-01 | 3860 SEPULVEDA BOULEVARD, TORRANCE, CA, 90505 |
| 217 | 6255 | 06255-02 | 1038 EAST COLORADO BOULEVARD, PASADENA, CA, 91106 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 218 | 6400 | 06400-02 | 3105 RANCHO VISTA BOULEVARD, PALMDALE, CA, 93551 |
| 219 | 6448 | 06448-01 | 2751 DEL PASO ROAD, SACRAMENTO, CA, 95835 |
| 220 | 6455 | 06455-01 | 17615 140TH AVENUE SE, RENTON, WA, 98058 |
| 221 | 6462 | 06462-01 | 27000 MILLER BAY RD NE, KINGSTON, WA, 98346 |
| 222 | 6481 | 06481-01 | 32450 CLINTON KEITH ROAD, WILDOMAR, CA, 92595 |
| 223 | 6510 | 06510-01 | 4774 WEST LANE, STOCKTON, CA, 95210 |
| 224 | 6529 | 06529-01 | 894 OAK VALLEY PARKWAY STE B, BEAUMONT, CA, 92223 |
| 225 | 6532 | 06532-01 | 47985 MONROE STREET BLDG A, INDIO, CA, 92201 |
| 226 | 6539 | 06539-01 | 608 W. STANLEY STREET, GRANITE FALLS, WA, 98252 |
| 227 | 6710 | 06710-01 | 44 MICHIGAN AVENUE NE, BANDON, OR, 97411 |
| 228 | 6739 | 06739-01 | 1365 LOGAN AVENUE, TYRONE, PA, 16686 |
| 229 | 6740 | 06740-01 | 3106 E PLEASANT VALLEY, ALTOONA, PA, 16601 |
| 230 | 6762 | 06762-01 | 13554 CARROLLTON BLVD, CARROLLTON, VA, 23314 |
| 231 | 6830 | 06830-01 | 7 WESTMINSTER SHOPPING CENTER, WESTMINSTER, MD, 21157 |
| 232 | 6947 | 06947-01 | 22117 SE 237TH ST, MAPLE VALLEY, WA, 98038 |
| 233 | 6975 | 06975-01 | 35013 SNOQUALMIE PKWY, SNOQUALMIE, WA, 98065 |
| 234 | 7781 | 07781-01 | 20480 ROUTE 19, CRANBERRY TWP, PA, 16066 |
| 235 | 7834 | 07834-01 | 9200 FRANKFORD AVENUE, PHILADELPHIA, PA, 19114 |
| 236 | 7850 | 07850-01 | 620 E ALLEGHENY AVENUE, EMPORIUM, PA, 15834 |
| 237 | 7853 | 07853-01 | 901 S SAINT MARYS STREET, SAINT MARYS, PA, 15857 |
| 238 | 7861 | 07861-01 | 3145 MAIN STREET, MORGANTOWN, PA, 19543 |
| 239 | 7924 | 07924-01 | 2270 NOBLESTOWN ROAD, PITTSBURGH, PA, 15205 |
| 240 | 10274 | 10274-02 | 122 MCGREGOR STREET STE 4, MANCHESTER, NH, 03102 |
| 241 | 10278 | 10278-01 | 270 MAMMOTH ROAD, MANCHESTER, NH, 03109 |
| 242 | 10281 | 10281-03 | 89 NH ROUTE 25, MEREDITH, NH, 03253 |
| 243 | 10282 | 10282-01 | 165 NORTH STATE STREET, CONCORD, NH, 03301 |
| 244 | 10294 | 10294-01 | 58 CALEF HIGHWAY, LEE, NH, 03861 |
| 245 | 10295 | 10295-01 | 5 MILL RD. UNIT G, DURHAM, NH, 03824 |
| 246 | 10308 | 10308-01 | 1823 VERMONT ROUTE 107 #2, BETHEL, VT, 05032 |
| 247 | 10427 | 10427-01 | 151 ROUTE 94, BLAIRSTOWN, NJ, 07825 |
| 248 | 10469 | 10469-01 | 865 ROUTE 45, PILESGROVE, NJ, 08098 |
| 249 | 10484 | 10484-01 | 1070 NORTH PEARL STREET, BRIDGETON, NJ, 08302 |
| 250 | 10487 | 10487-01 | 7 WEST LANDIS AVENUE, VINELAND, NJ, 08360 |
| 251 | 10512 | 10512-01 | 811 FISCHER BOULEVARD, TOMS RIVER, NJ, 08753 |
| 252 | 10515 | 10515-01 | 220 ROUTE 70, TOMS RIVER, NJ, 08755 |
| 253 | 10561 | 10561-01 | 961 PORT WASHINGTON BLVD., PORT WASHINGTON, NY, 11050 |
| 254 | 10568 | 10568-01 | 21-25 BROADWAY, LONG ISLAND CITY, NY, 11106 |
| 255 | 10574 | 10574-01 | 7118 3RD AVENUE, BROOKLYN, NY, 11209 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 256 | 10671 | 10671-01 | 864 MIDDLE COUNTRY ROAD, MIDDLE ISLAND, NY, 11953 |
| 257 | 10712 | 10712-01 | 1604 ROUTE 9, WAPPINGERS FALLS, NY, 12590 |
| 258 | 10730 | 10730-01 | 113 DOWNER STREET, BALDWINSVILLE, NY, 13027 |
| 259 | 10756 | 10756-01 | 1820 TEALL AVE, SYRACUSE, NY, 13206 |
| 260 | 10763 | 10763-01 | 5380 WEST TAFT ROAD, N SYRACUSE, NY, 13212 |
| 261 | 10774 | 10774-01 | 4854 COMMERCIAL DRIVE, NEW HARTFORD, NY, 13413 |
| 262 | 10816 | 10816-01 | 5999 SOUTH PARK AVENUE, HAMBURG, NY, 14075 |
| 263 | 10819 | 10819-01 | 343 MEADOW DRIVE, NORTH TONAWANDA, NY, 14120 |
| 264 | 10823 | 10823-01 | 12208 N.Y. STATE ROUTE 16, YORKSHIRE, NY, 14173 |
| 265 | 10830 | 10830-01 | 2175 SOUTH PARK AVENUE, BUFFALO, NY, 14220 |
| 266 | 10839 | 10839-02 | 1030 PINE AVENUE, NIAGARA FALLS, NY, 14301 |
| 267 | 10850 | 10850-01 | 4374 BUFFALO ROAD, NORTH CHILI, NY, 14514 |
| 268 | 10887 | 10887-01 | 209 MOUNT ZOAR STREET, ELMIRA, NY, 14904 |
| 269 | 10890 | 10890-01 | 1505 7TH AVENUE, BEAVER FALLS, PA, 15010 |
| 270 | 10892 | 10892-01 | 417 CHARTIERS STREET, BRIDGEVILLE, PA, 15017 |
| 271 | 10894 | 10894-01 | 1021 FIRST AVENUE, CONWAY, PA, 15027 |
| 272 | 10905 | 10905-01 | 1701 DUNCAN AVENUE, ALLISON PARK, PA, 15101 |
| 273 | 10909 | 10909-01 | 1710 MOUNT ROYAL BLVD., GLENSHAW, PA, 15116 |
| 274 | 10910 | 10910-01 | 4927 HOMEVILLE ROAD, WEST MIFFLIN, PA, 15122 |
| 275 | 10911 | 10911-02 | 1236 LONG RUN ROAD, WHITE OAK, PA, 15131 |
| 276 | 10914 | 10914-02 | 1700 PINE HOLLOW ROAD., MCKEES ROCKS, PA, 15136 |
| 277 | 10917 | 10917-01 | 4111 WILLIAM PENN HWY., MONROEVILLE, PA, 15146 |
| 278 | 10924 | 10924-01 | 5633 BAUM BOULEVARD, PITTSBURGH, PA, 15206 |
| 279 | 10925 | 10925-01 | 2150 BROWNSVILLE RD STE120, PITTSBURGH, PA, 15210 |
| 280 | 10926 | 10926-01 | 1222 BROWNSVILLE RD, PITTSBURGH, PA, 15210 |
| 281 | 10934 | 10934-02 | 2336 ARDMORE BOULEVARD, PITTSBURGH, PA, 15221 |
| 282 | 10938 | 10938-01 | 880 BUTLER STREET, PITTSBURGH, PA, 15223 |
| 283 | 10940 | 10940-01 | 513 PERRY HIGHWAY, PITTSBURGH, PA, 15229 |
| 284 | 10945 | 10945-01 | 3434 WILLIAM PENN HIGHWAY, PITTSBURGH, PA, 15235 |
| 285 | 10950 | 10950-01 | 568 CASTE VILLAGE, PITTSBURGH, PA, 15236 |
| 286 | 10953 | 10953-01 | 1130 PERRY HIGHWAY STE 35, PITTSBURGH, PA, 15237 |
| 287 | 10954 | 10954-01 | 1125 FREEPORT ROAD, PITTSBURGH, PA, 15238 |
| 288 | 10958 | 10958-01 | 1396 WEST CHESTNUT ST., WASHINGTON, PA, 15301 |
| 289 | 10964 | 10964-01 | 200 MEMORIAL BLVD., CONNELLSVILLE, PA, 15425 |
| 290 | 10968 | 10968-01 | 8775 NORWIN AVENUE, NORTH HUNTINGDON, PA, 15642 |
| 291 | 10970 | 10970-01 | 3550 ROUTE 130, IRWIN, PA, 15642 |

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 292 | 10975 | 10975-01 | 201 WEST MAHONING STREET, PUNXSUTAWNEY, PA, 15767 |
| 293 | 10979 | 10979-01 | 1501 SCALP AVENUE, JOHNSTOWN, PA, 15904 |
| 294 | 10982 | 10982-02 | 1520 N MAIN STREET EXT, BUTLER, PA, 16001 |
| 295 | 10986 | 10986-01 | 115 PERRY HWY STE 146, HARMONY, PA, 16037 |
| 296 | 10987 | 10987-01 | 100 SEVEN FIELDS BLVD, SEVEN FIELDS, PA, 16046 |
| 297 | 10995 | 10995-01 | 1851 EAST STATE STREET, HERMITAGE, PA, 16148 |
| 298 | 10998 | 10998-01 | 165 BUTLER ROAD, KITTANNING, PA, 16201 |
| 299 | 10999 | 10999-01 | 100 SOUTH THIRD STREET, CONNEAUT LAKE, PA, 16316 |
| 300 | 11002 | 11002-01 | 1020 LIBERTY STREET, FRANKLIN, PA, 16323 |
| 301 | 11009 | 11009-01 | 5430 PEACH STREET, ERIE, PA, 16509 |
| 302 | 11010 | 11010-01 | 4145 BUFFALO ROAD, ERIE, PA, 16510 |
| 303 | 11011 | 11011-01 | 600 CHESTNUT AVENUE, ALTOONA, PA, 16601 |
| 304 | 11016 | 11016-01 | 24 EAST AVENUE, WELLSBORO, PA, 16901 |
| 305 | 11019 | 11019-01 | 818 US ROUTE 15 NORTH, DILLSBURG, PA, 17019 |
| 306 | 11024 | 11024-01 | 1513 EAST MAIN STREET, WAYNESBORO, PA, 17268 |
| 307 | 11025 | 11025-02 | 65 NEWBERRY PARKWAY, ETTERS, PA, 17319 |
| 308 | 11027 | 11027-01 | 1430 BALTIMORE STREET, HANOVER, PA, 17331 |
| 309 | 11031 | 11031-01 | 4 BALLAST LANE, STEWARTSTOWN, PA, 17363 |
| 310 | 11036 | 11036-01 | 1913 EAST 3RD STREET, WILLIAMSPORT, PA, 17701 |
| 311 | 11037 | 11037-01 | 760 BROAD STREET, MONTOURSVILLE, PA, 17754 |
| 312 | 11047 | 11047-01 | 7719 MAIN STREET, FOGELSVILLE, PA, 18051 |
| 313 | 11058 | 11058-01 | 241 NORTH FIRST STREET, LEHIGHTON, PA, 18235 |
| 314 | 11059 | 11059-01 | 1241 BLAKESLEE BLVD. DR. S#2, LEHIGHTON, PA, 18235 |
| 315 | 11062 | 11062-02 | 3382 ROUTE 940, MOUNT POCONO, PA, 18344 |
| 316 | 11081 | 11081-01 | 556 UNION STREET, LUZERNE, PA, 18709 |
| 317 | 11136 | 11136-01 | 1334 WINDRIM AVENUE, PHILADELPHIA, PA, 19141 |
| 318 | 11181 | 11181-01 | 4607 STANTON OGLETOWN ROAD, NEWARK, DE, 19713 |
| 319 | 11192 | 11192-01 | 28511 DUPONT BLVD, MILLSBORO, DE, 19966 |
| 320 | 11193 | 11193-01 | 18898 REHOBOTH MALL BLVD, REHOBOTH BEACH, DE, 19971 |
| 321 | 11194 | 11194-01 | 900 WEST STEIN HWY., SEAFORD, DE, 19973 |
| 322 | 11213 | 11213-01 | 6300 YORK ROAD, BALTIMORE, MD, 21212 |
| 323 | 11219 | 11219-01 | 1316 MOUNT HERMON ROAD., SALISBURY, MD, 21804 |
| 324 | 11287 | 11287-01 | 421 WYTHE CREEK ROAD, POQUOSON, VA, 23662 |
| 325 | 11291 | 11291-01 | 3701 KECOUGHTAN ROAD, HAMPTON, VA, 23669 |
| 326 | 11305 | 11305-01 | 115 BRUNSWICK SQUARE COURT, LAWRENCEVILLE, VA, 23868 |
| 327 | 11916 | 11916-02 | 4770 MCKNIGHT ROAD STE A, PITTSBURGH, PA, 15237 |