**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ASSUMPTION AND ASSIGNMENT
OF CERTAIN OF THE DEBTORS' LEASES**

     **PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order")[2] by which the Court, among other things, approved procedures for the assumption of unexpired leases and granted related relief in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order and this written notice (the "Assumption and Assignment Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Lease set forth on Exhibit A attached hereto shall be assumed and assigned, including with respect to payment of any cure costs (the "Cure Costs") in the amounts set forth on Exhibit A required to assume such Lease, effective as of the earlier of the (i) date set forth in Exhibit A, (ii) entry of an order approving such assumption and assignment, or (iii) such other date as the Debtors, any counterparty to such Leases, and the proposed assignee agree (the "Assumption Date").

     **PLEASE TAKE FURTHER NOTICE** that the Debtors believe that the party to which each applicable Lease will be assigned has the financial wherewithal to meet all future obligations under such Lease and the Debtors will, at the request of the applicable Lease Counterparty use commercially reasonable efforts to provide evidence thereof to such applicable Lease Counterparty (and their counsel, if known), thereby demonstrating that the assignee of the unexpired lease has the ability to comply with the requirements of adequate assurance of future performance.

     **PLEASE TAKE FURTHER NOTICE** that objections to the proposed Cure Costs, assumption and assignment, and/or form of adequate assurance of future performance must file a written objection (each, an "Assumption Objection") with the Court and serve such Assumption Objection so as to be actually received on or before **July 10, 2025 at 5:00 p.m., prevailing**

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

**Eastern Time** (the "Assumption Objection Deadline") by (a) the Debtors' co-counsel, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Nick Krislov (nkrislov@paulweiss.com)) and (ii) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601 (Attn: Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (FYudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com)); (b) the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn: Jeffrey M. Sponder and Lauren Bielskie (the "U.S. Trustee"); (c) counsel to the Prepetition ABL Agent and the DIP Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com) and Mark D. Silva (msilva@choate.com)) and (ii) Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 (Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)); (d) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sills cummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); (e) any affected Lease Counterparty or their known counsel; and (f) the applicable Successful Bidder(s) and Backup Bidder(s), if known.

**PLEASE TAKE FURTHER NOTICE** that, if an Assumption Objection is timely filed and not withdrawn or resolved, such Assumption Objection will be heard at the Sale Hearing or such other date and time as determined by the Debtors or ordered by the Court. If such Assumption Objection is overruled or withdrawn, such Lease shall be assumed, pursuant to an Assumption Order, as of the Assumption Date.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an Assumption Objection is timely filed and not withdrawn or resolved, such Assumption Objection will be heard at the Sale Hearing or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court. If such Assumption Objection is overruled or withdrawn, such Lease shall be assumed as of the Assumption Date set forth in Exhibit A or such other date as the Debtors, any counterparty to such Lease, and the proposed assignee agree.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures and the Order, as well as all related exhibits, including the form Assumption and Assignment Agreement, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or

---

[3] An objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders shall not constitute an objection to the assumption and assignment of any other Lease listed in this Notice of Successful and Backup Bidders. Any objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders must state with specificity the Lease(s) to which it is directed. For each particular unexpired lease whose assumption and assignment is not timely or properly objected to, such assumption and assignment will be effective in accordance with this Notice of Successful and Backup Bidders and the Order.

+1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

Dated:  June 26, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com
          svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:    arosenberg@paulweiss.com
          aeaton@paulweiss.com
          chopkins@paulweiss.com
          smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

Exhibit A

Assumption Schedule

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 856 | 762 CHESTER PIKE, PROSPECT PARK, PA, 19076 | KERRY WILEY, 205 EAST GLENOLDEN AVENUE, GLENOLDEN, PA 19036 | Universal Group Companies | N/A | $100,000.00 | $37,950.00 | July 31, 2025 |
| 1274 | 4400 PENNELL ROAD, ASTON, PA, 19014 | PREMIERE PROPERTIES LLC, 9TH & HIGHLAND LLC, 1102 BALTIMORE PIKE, STE 206, GLEN MILLS, PA 19342 | Universal Group Companies | N/A | $80,000.00 | $32,736.00 | July 31, 2025 |
| 1670 | 76 SMITH STREET, PERTH AMBOY, NJ, 08861 | AULDAN COMPANY LLC, C/O DALE BURG, 145 EAST 84 STREET, NEW YORK, NY 10028 | YS Perth Amboy Corp. | N/A | $500,000.00 (Private Sale) | $28,453.97 | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 3523 | 1105-09 N. 63RD STREET, PHILADELPHIA, PA, 19151 | 6354 PARTNERS, 290 KING OF PRUSSIA ROAD, SUITE 100, P O BOX 8263, RADNOR, PA 19087 | Bleu B Soul | N/A | $47,325.00 | $21,141.78 | July 31, 2025 |
| 5256 | 900 EAST MERIDIAN SUITE 23, MILTON, WA, 98354 | SURPRISE LAKE SQUARE LLC, C/O FIRST WESTERN PROPERTIES, 2940 FAIRVIEW AVE E, SEATTLE, WA 98102 | Landlord - Surprise Lake Square LLC | Ross Dress For Less, Inc. | $500,000.00 | $53,004.79 | June 30, 2025 |
| 5328 | 2049 WEST CASCADE AVENUE, HOOD RIVER, OR, 97031 | CASCADE COMMONS LLC, 1121 SW SALMON ST, STE 500, PORTLAND, OR 97205 | Ross Dress For Less, Inc. | N/A | $107,463.00 (Part of Package Deal totaling $579,333.00) | $42,231.44 | July 31, 2025 |
| 5339 | 2021 NW 185TH AVENUE, HILLSBORO, OR, 97124 | PK II TANASBOURNE VILLAGE LP, 500 N BROADWAY, STE 201, PO BOX 9010, JERICHO, NY 11753 | Burlington Coat Factory Warehouse Corporation | N/A | $291,101.00 | $38,558.73 | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5371 | 4041 NW LOGAN ROAD, LINCOLN CITY, OR, 97367 | NORTH PACIFIC MANAGEMENT INC, 7200 NE 41ST ST, STE 100, VANCOUVER, WA 98662 | Ross Dress For Less, Inc. | N/A | $136,527.00 (Part of Package Deal totaling $579,333.00) | $82,470.73 | July 31, 2025 |
| 5373 | 1560 COBURG ROAD, EUGENE, OR, 97401 | SHELDON PLAZA, LLC, M&D TRUST, 107 E WASHINGTON AVE, FAIRFIELD, IA 52556 | Easy Mile US, LLC d/b/a Planet Fitness | Landlord - Sheldon Plaza, LLC | $130,000.00 | $11,674.54 | July 31, 2025 |
| 5421 | 1810 WEST PULLMAN ROAD, MOSCOW, ID, 83843 | PALOUSE MALL LLC, C/O JAMESON COMMERCIAL PROPERTY, PO BOX 2158, SPOKANE, WA 99120 | Burlington Coat Factory Warehouse Corporation | N/A | $86,971 | $38,787.00 | July 31, 2025 |
| 5494 | 8508 PAINTER AVENUE, WHITTIER, CA, 90602 | TRC MM LLC, C/O TERRAMAR RETAIL CENTERS, 4695 MACARTHUR CT, STE 700, NEWPORT BEACH, CA 92660 | Burlington Coat Factory of Texas, Inc. | N/A | $103,253 | $59,105.81 | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5632 | 9532 WINTER GARDENS BLVD., LAKESIDE, CA, 92040 | ROCKY HOME PLAZA INC, 1128 S POINTE PREMIER, ANAHEIM, CA 92807 | Ross Dress For Less, Inc. | N/A | $153,395.00 (Part of Package Deal totaling $579,333.00) | $112,139.29 | July 31, 2025 |
| 5644 | 535 ROBINSON AVENUE, SAN DIEGO, CA, 92103 (Ground Lease) | BALZAC PROPERTIES II, C/O WAYNE TURKHEIMER, ATTORNEY AT LAW, 8029 NW HAWKINS BOULEVARD, PORTLAND, OR 97229 | Dan Floit | N/A | $100,000.00 | $160,613.46 | July 31, 2025 |
| 5734 | 2300 HARBOR BOULEVARD SUITE G, COSTA MESA, CA, 92626 | HARBOR CENTER PARTNERS LP, C/O ICI DEVELOPMENT COMPANY, 2222 EAST SEVENTEENTH STREET, SANTA ANA, CA 92705 | Landlord - Harbor enter Partners, L.P. | Skechers USA Retail, LLC | $600,000.00 | $60,496.49 | June 30, 2025 |
| 5869 | 3795 WEST SHIELDS AVENUE, FRESNO, CA, 93722 | YUAN LUNG HUNG, 13768 ROSEWELL AVE, STE 119, CHINO, CA 91710 | Dollarco Fresh Inc. | N/A | $175,000.00 | $22,226.66 | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5969 | 1988 FREEDOM BOULEVARD, FREEDOM, CA, 95019 | KIMCO REALTY OP LLC-WRIFREEDOM, C/O WRI FREEDOM CENTRE LLC, 500 N BROADWAY, STE 201 PO BOX 9010, JERICHO, NY 11753 | Ross Dress For Less, Inc. | N/A | $181,948.00 (Part of Package Deal totaling $579,333.00) | $98,283.81 | July 31, 2025 |
| 5971 | 1701 AIRLINE HIGHWAY, HOLLISTER, CA, 95023 | NINO FAMILY HERITAGE PLAZA LLC, AG DAVI PROPERTY MANAGEMENT, 484 WASHINGTON ST, STE D, MONTEREY, CA 93940 | Landlord - Nino Family Heritage Plaza, LLC | Ross Dress For Less, Inc. | $465,000.00 | $116,587.56 | June 30, 2025 |
| 10274 | 122 MCGREGOR STREET STE 4, MANCHESTER, NH, 03102 | THE NIKI GROUP, LLC-RAMAN1, C/O THE NIKI GROUP LLC, 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | Manchester Health Services, LLC | N/A | $120,000.00 | $25,220.00 | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 10568 | 21-25 BROADWAY, LONG ISLAND CITY, NY, 11106 | B21 LLC, C/O MUSS DEVELOPMENT, 118-35 QUEENS BLVD. 16TH FL, FOREST HILLS, NY 11375 | Echo Astoria Real Estate, Inc. | N/A | $164,212.00 | $60,657.52 | July 31, 2025 |