**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AMENDMENT TO NOTICE OF SUCCESSFUL BIDDERS AND ASSUMPTION AND ASSIGNMENT NOTICE**

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order")[2] by which the Court, among other things, approved procedures for the assumption of unexpired leases and granted related relief in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, on June 26, 2025, the Debtors filed the *Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1111] (the "Notice of Successful Bidders") and the *Notice of Assumption and Assignment of Certain of the Debtors' Leases* (the "Assumption and Assignment Notice", together with the Notice of Successful Bidders, the "Notices"), each identifying, on Exhibit A thereto, the parking lot lease related to Store No. 5644 located at 535 Robinson Avenue, San Diego, CA 92103 (the "Parking Lot Lease").

**PLEASE TAKE FURTHER NOTICE** that the lease counterparty and address information and Cure Costs for the Parking Lot Lease shall be updated as follows, and as reflected on **Exhibit 1**, annexed hereto:

> George John Whitehead and Nancy Kaye Whitehead
> Trustees of the George John Whitehead and Nancy
> Kaye Whitehead Trust dated June 12, 2003
> 2114 Drescher Street
> San Diego, CA 92111

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

**PLEASE TAKE FURTHER NOTICE** that all other dates, deadlines and procedures set forth in the Notices shall remain in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that copies of the Notices and the Order, as well as all related exhibits are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http:// www.njb.uscourts.gov.

Dated: July 7, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit 1**

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5644 | 535 ROBINSON AVENUE, SAN DIEGO, CA, 92103 (Parking Lot Lease) | George John Whitehead and Nancy Kaye Whitehead, Trustees of the George John Whitehead and Nancy Kaye Whitehead Trust dated June 12, 2003 2114 Drescher Street San Diego, CA 92111 | Dan Floit | N/A | $100,000.00 | $7,881.36 | July 31, 2025 |