**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Attorneys for One Paragon Drive, LP, Landlord*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-14861 (MBK) |

### NOTICE OF ONE PARAGON DRIVE, LP'S MOTION DIRECTING PAYMENT OF POST-PETITION REAL ESTATE TAXES

**PLEASE TAKE NOTICE** that on August 14, 2025 at 11:30 a.m. or as soon thereafter as movant may be heard, One Paragon Drive, LP ("Landlord"), by and through its counsel, Trenk Isabel Siddiqi & Shahdanian P.C., shall move before the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an order directing payment of post-petition real estate taxes and granting such other and further relief as this Court deems just and equitable.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the brief submitted herewith and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that as the Motion does not involve any complex issue of law, no brief is required.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated:  July 10, 2025

**TRENK ISABEL SIDDIQI
  & SHAHDANIAN P.C.**

By :   */s/ Richard D. Trenk*
          Richard D. Trenk, Esq.
          Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

Attorneys for One Paragon Drive, LP, Landlord

4871-7046-9507, v. 1