**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Attorneys for One Paragon Drive, LP, Landlord*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Hearing Date and Time:<br>August 14, 2025 at 11:30 a.m. |
|---|---|

**BRIEF IN SUPPORT OF THE MOTION DIRECTING**
**PAYMENT OF POST-PETITION REAL ESTATE TAXES**

  One Paragon Drive, LP, landlord (the "Landlord"), by and through its counsel, Trenk Isabel Siddiqi & Shahdanian P.C., respectfully submits this motion (the "Motion") for entry of an order directing payment of post-petition real estate taxes and respectfully states as follows:

**JURISDICTION AND VENUE**

  1. The Bankruptcy Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

  2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

  3. The predicate for the relief requested herein is sections 365, 503 and 507 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9013-1 of the Local Rules of Bankruptcy Procedure.

## STATEMENT OF FACTS

**The Debtors' Chapter 11 Cases**

4. The Debtor entered into a lease with Eckerd Corporation ("Tenant") on or about November 15, 1996 for Store No. 10440, 1492 Chews Landing Road, Laurel Springs, New Jersey (the "Property"). See Exhibit **"A"** annexed hereto.

5. On October 15, 2023, Rite Aid Corp. filed voluntary Chapter 11 petitions. During the initial Rite Aid Chapter 11 proceedings, the parties entered into an Amendment to Lease dated as of March 22, 2024. The Amendment modified certain rental obligations. See Exhibit **"B"** annexed hereto.

6. The Debtors have continued in possession of their property and have continued to operate and manage their businesses as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

7. On May 5, 2025, New Rite Aid LLC and its affiliated entities each filed new petitions for relief under Chapter 11 of the Bankruptcy Code.

8. Pursuant to the terms of the Lease, Tenant is responsible for all real estate taxes for the Property. See Exhibit **"A"** at 12, Section 33.

9. The Debtors have failed to pay any post-petition real estate taxes.

10. The Tax Bill for 2025 estimates the Second Quarter (April 1 – June 30) taxes at $17,618.17 subject to adjustment when the final tax rate is set by the Borough of Laurel Springs. See Exhibit **"C"** annexed hereto.

11. Based upon the Borough of Laurel Springs' estimate, the amount currently due for the post-petition period of May 5, 2025 through June 30, 2025 is $10,648,34.

12. On June 1, 2025, Landlord sent Tenant a notice of payment due. See Exhibit **"D"** annexed hereto.

13. On June 12, 2025, Landlord sent Tenant a Past Due Notice. See Exhibit **"E"** annexed hereto.

14. Despite repeated requests, none of the post-petition taxes have been paid.

15. For the month of July 2025, an additional $6,068.48 is due based upon the estimated real estate tax invoices ($195.75 per day). The above estimated taxes are subject to adjustment when the final tax bill is issued.

16. Thus, the total real estate taxes due post-petition through July 31, 2025 is $16,716.82.

## LEGAL ARGUMENT

17. Post-petition real estate taxes are administrative expense claims of the Debtors' estate, which must be timely paid. *In re Mall at One Assocs., L.P.*, 185 B.R. 1009, 1011 (Bankr. E.D. Pa. 1995) ("we find that the City post-petition 1994 real estate tax claims . . . are properly classifiable as administrative claims"); 11 U.S.C. § 503(b)(1)(b).

18. Moreover, Section 365 of the Bankruptcy Code provides that, until an executory contract is assumed or rejected, the Debtor must meet all obligations under the Lease.

19. As a result, Landlord respectfully requests the Court to enter an order compelling the Debtor to pay the outstanding real property taxes on the Property.

3

## CONCLUSION

**WHEREFORE**, Landlord respectfully requests the Court enter an Order compelling Debtors to pay post-petition real estate taxes in the amount of $16,716.82 through July 31, 2025 subject to adjustment and continuing timely payment until assumption or rejection of the Lease and granting such other and further relief as the Court deems just and equitable.

Dated:  July 10, 2025  **TRENK ISABEL SIDDIQI**
　　　　　　　　　　　　　　　**& SHAHDANIAN P.C.**

　　　　　　　　　　　　　　　By :　*/s/ Richard D. Trenk*
　　　　　　　　　　　　　　　　　　Richard D. Trenk, Esq.
　　　　　　　　　　　　　　　　　　Robert S. Roglieri, Esq.
　　　　　　　　　　　　　　　290 W. Mt. Pleasant Ave., Suite 2370
　　　　　　　　　　　　　　　Livingston, New Jersey 07039
　　　　　　　　　　　　　　　Telephone:  (973) 533-1000
　　　　　　　　　　　　　　　Email:  rtrenk@trenkisabel.law
　　　　　　　　　　　　　　　Email:  rroglieri@trenkisabel.law

　　　　　　　　　　　　　　　Attorneys for One Paragon Drive, LP, Landlord