**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ASSUMPTION AND ASSIGNMENT
OF CERTAIN OF THE DEBTORS' LEASES**

      **PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order")[2] by which the Court, among other things, approved procedures for the assumption of unexpired leases and granted related relief in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order and this written notice (the "Assumption and Assignment Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Lease set forth on Exhibit A attached hereto shall be assumed and assigned, including with respect to payment of any cure costs (the "Cure Costs") in the amounts set forth on Exhibit A required to assume such Lease, effective as of the earlier of the (i) date set forth in Exhibit A, (ii) entry of an order approving such assumption and assignment, or (iii) such other date as the Debtors, any counterparty to such Leases, and the proposed assignee agree (the "Assumption Date").

      **PLEASE TAKE FURTHER NOTICE** that the Debtors believe that the party to which each applicable Lease will be assigned has the financial wherewithal to meet all future obligations under such Lease and the Debtors will, at the request of the applicable Lease Counterparty use commercially reasonable efforts to provide evidence thereof to such applicable Lease Counterparty (and their counsel, if known), thereby demonstrating that the assignee of the unexpired lease has the ability to comply with the requirements of adequate assurance of future performance.

      **PLEASE TAKE FURTHER NOTICE** that objections to the proposed Cure Costs, assumption and assignment, and/or form of adequate assurance of future performance must file a written objection (each, an "Assumption Objection") with the Court and serve such Assumption Objection so as to be actually received on or before **August 5, 2025 at 5:00 p.m., prevailing**

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]    Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

**Eastern Time** (the "Assumption Objection Deadline") by (a) the Debtors' co-counsel, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn:   Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Nick Krislov (nkrislov@paulweiss.com)) and (ii) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601 (Attn: Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (FYudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com)); (b) the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn:  Jeffrey M. Sponder and Lauren Bielskie (the "U.S. Trustee"); (c) counsel to the Prepetition ABL Agent and the DIP Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA  02110  (Attn:  John  F.  Ventola  (jventola@choate.com),  Jonathan  D.  Marshall (jmarshall@choate.com) and Mark D. Silva (msilva@choate.com)) and (ii) Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 (Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)); (d) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sills cummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); (e) any affected Lease Counterparty or their known counsel; and (f) the applicable Successful Bidder(s) and Backup Bidder(s), if known.

**PLEASE TAKE FURTHER NOTICE** that, if an Assumption Objection is timely filed and not withdrawn or resolved, such Assumption Objection will be heard at the Sale Hearing or such other date and time as determined by the Debtors or ordered by the Court.  If such Assumption Objection is overruled or withdrawn, such Lease shall be assumed, pursuant to an Assumption Order, as of the Assumption Date.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an Assumption Objection is timely filed and not withdrawn or resolved, such Assumption Objection will be heard at the Sale Hearing or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court.  If such Assumption Objection is overruled or withdrawn, such Lease shall be assumed as of the Assumption Date set forth in Exhibit A or such other date as the Debtors, any counterparty to such Lease, and the proposed assignee agree.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures and the Order, as well as all related exhibits, including the form Assumption and Assignment Agreement, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or

---

[3]   An objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders shall not constitute an objection to the assumption and assignment of any other Lease listed in this Notice of Successful and Backup Bidders.  Any objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders must state with specificity the Lease(s) to which it is directed.  For each particular unexpired lease whose assumption and assignment is not timely or properly objected to, such assumption and assignment will be effective in accordance with this Notice of Successful and Backup Bidders and the Order.

+1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

Dated:  July 22, 2025

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com
             svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:      arosenberg@paulweiss.com
             aeaton@paulweiss.com
             chopkins@paulweiss.com
             smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

Exhibit A

Assumption Schedule[1]

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 274 | 1700 MURRAY AVENUE, PITTSBURGH, PA, 15217 | 1700 MURRAY AVENUE LLC, C/O CLS STAR LLC, ATTN AHRON, FREILICH,  657 PRATT DRIVE, INDIANA, PA 15101 | Murray Ave Market | N/A | $93,275.00 | $32,670.00 | August 31, 2025 |
| 1404 | 30 GERMANTOWN ROAD, DANBURY, CT, 06810 | GERMANTOWN PLAZA, C/O HAWLEY REALTY, 30 GERMANTOWN ROAD, DANBURY, CT 06810-0000 | Anthony Pena | N/A | $29,634.58 | $14,900.83 | August 31, 2025 |
| 2422 | 480 WEST BERTSCH STREET, LANSFORD, PA, 18232 | LEONZI ENTERPRISES LLC, C/O JOSEPH P LEONZI, JR, 21 TAMAQUA ST, TAMAQUA, PA 18252 | Dollar General Corporation | N/A | $27,611.20 (Part of Package Deal totaling $136,590.46) | $13,270.50 | August 31, 2025 |

---

[1]    The Cure Costs listed reflect prepetition **and** postpetition amounts outstanding, as of the date hereof.

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 2527 | 2101 ROUTE 70, MANCHESTER, NJ, 08759 | TITANIC ASSOCIATES, C/O THE HAMPSHIRE COMPANIES, 21 SOUTH STREET, MORRISTOWN, NJ 07960-0000 | Landlord - RA2 Lakehurst, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $39,957.50 | August 31, 2025 |
| 3288 | 3 FREETOWN ROAD, RAYMOND, NH, 03077 | DOUBLE RAYMOND, LLC, C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Dollar General Corporation | N/A | $49,709.83 (Part of Package Deal totaling $136,590.46) | $20,629.20 | August 31, 2025 |
| 3440 | 190 EAST AVENUE, NORWALK, CT, 06855 | MARY ANN S GENUARIO, 2 SINGING WOODS ROAD, NORWALK, CT 06850-0000 | Anthony Pena | N/A | $79,000.00 | $15,364.17 | August 31, 2025 |
| 3871 | 9300 LAKESIDE BOULEVARD, OWINGS MILLS, MD, 21117 | TURABDIN REALTY, 550 KINDERKAMACK RD, STE 107, ORADELL, NJ 07649 | Universal Group Companies | N/A | $71,046.79 | $31,481.62 | August 31, 2025 |
| 4205 | 81 1ST AVENUE, NEW YORK, NY, 10003 | TANDEM EQUITIES, LLC, 303 FRANKLIN STREET, HAWORTH, NJ 07641-0000 | KF Ennis FOOD LLC | N/A | $500,000.00 | $75,000.00 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 4782 | 783 MANHATTAN AVENUE, BROOKLYN, NY, 11222 | DOVER MANAGEMENT CO, P.O. BOX 386, GREAT NECK, NY 11022-0000 | Double U Development LLC | N/A | $500,000.00 | $44,268.34 | August 31, 2025 |
| 4812 | 981 WEST SIDE AVENUE, JERSEY CITY, NJ, 07306 | CLG PROPERTIES LLC, C/O CHARLES GROESCHKE, 15 JOANNA WAY, KINNELON, NJ 07405-0000 | Doleh 919 Food Corp | N/A | $206,000.00 | $81,503.52 | August 31, 2025 |
| 4965 | 201 GRACE STREET, PITTSBURGH, PA, 15211 | MT. WASHINGTON MOSITES, LP, 2425 HENRY W. OLIVER BLDG., 535 SMITHFIELD STREET, PITTSBURGH, PA 15222-2321 | Giant Eagle Inc | N/A | $90,000.00 | $19,182.56 | August 31, 2025 |
| 5178 | 3905 FACTORIA MALL SE, BELLEVUE, WA, 98006 | KIMCO REALTY OP LLC-KIMSFACT, C/O KIMSCHOTT FCTORIA MALL LLC, 500 N BROADWAY, STE 201 PO BOX 9010, JERICHO, NY 11753 | Kimschott Factoria Mall LLC | Westlake Hardware, Inc. | $1,500,000.00 | $62,850.23 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5184 | 22631 BOTHELL EVERETT HIGHWAY, BOTHELL, WA, 98021 | B10 MOUNTAIN B WA LLC, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain B WA LLC (Perform Properties LLC) | Westlake Hardware, Inc. | $1,500,000.00 | $16,052.50 | August 31, 2025 |
| 5187 | 1065 N.W. GILMAN BLVD., ISSAQUAH, WA, 98027 | 1170 NW GILMAN HOLDINGS LLC, C/O PACIFIC ASSET ADVISORS, INC, 14205 SE 36TH ST, STE 215, BELLEVUE, WA 98006 | Uwajimaya Tenant LLC | N/A | $300,000.00 | $48,322.59 | August 31, 2025 |
| 5199 | 17220 REDMOND WAY NORTHEAST, REDMOND, WA, 98052 | BEAR CREEK SHPG CTR, C/O JSH PRIOERTIES INC, 7325 166TH AVE, STE F260, REDMOND, WA 98052 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $14,177.08 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5225 | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA, 98155 | MGPXI-A TWN CTR LAKEFOREST LLC, C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $72,219.05 | August 31, 2025 |
| 5257 | 621 SOUTH LINCOLN ST., PORT ANGELES, WA, 98362 (Building Lease) | WEMBLEY PORPERTIES, INC., 11000 BATTLEMENT AVE, LAS VEGAS, NV 89134 | Landlord - Wembly Properties, Inc. | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $14,965.35 | July 31, 2025 |
| 5261 | 19475 7TH AVENUE, NE, POULSBO, WA, 98370 | LOT-2-WILLIAMS-MULHOLLAND LLC, C/O EMILY AUTHENRIETH, 19351 8TH AVENUE NE, SUITE 151, POULSBO, WA 98370 | Landlord - Lot 2-Williams Mulholland LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $58,188.37 | July 31, 2025 |
| 5314 | 1308 NORTH 20TH AVENUE, PASCO, WA, 99301 | CSP PASCO, LLC, C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIR # 120, LARKSPUR, CA 94939 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $55,196.56 | September 30, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5355 | 16200 SW PACIFIC HWY.,#E, TIGARD, OR, 97224 | SN INVESTMENT PROPERTIES LLC, PO BOX 2708, PORTLAND, OR 97208 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $28,346.47 | September 30, 2025 |
| 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR, 97526 | GRANTS PASS VENTURE LLC, C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $44,742.68 | August 31, 2025 |
| 5395 | 1900 SW COURT PLACE, PENDLETON, OR, 97801 | UNIVERSITY PLAZA LLC, P.O. BOX 1583, CORVALLIS, OR 97339-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $24,241.16 | August 31, 2025 |
| 5445 | 4322 SOUTH FIGUEROA STREET, LOS ANGELES, CA, 90037 | B.A.G. FIGVIEW #199C, LP, C/O B.A.G. INVESTMENTS, INC., 10100 CULVER BLVD., SUITE D, CULVER CITY, CA 90232-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $108,947.34 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5464 | 11096 JEFFERSON BOULEVARD, CULVER CITY, CA, 90230 | RAINTREE REALTY LLC, 100 SHORELINE HIGHWAY, BUILDING B, SUITE 395, MILL VALLEY, CA 94941-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $47,142.37 | August 31, 2025 |
| 5476 | 11325 LONG BEACH BOULEVARD, LYNWOOD, CA, 90262 | SVAP III PLAZA MEXICO LLC, C/O STERLING RETAIL SERVICES INC, 201 DATURA ST, STE 100, WEST PALM BEACH, FL 33401 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $35,342.72 | August 31, 2025 |
| 5479 | 4410 EAST SLAUSON AVENUE, MAYWOOD, CA, 90270 | 5931 ATLANTIC LLC, C/O ROBHANA MGMT INC, 606 S OLIVE ST, STE 600, LOS ANGELES, CA 90014 | Landlord - 5931 Atlantic, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $25,559.06 | August 31, 2025 |
| 5491 | 2240 WEST SEPULVEDA BOULEVARD, TORRANCE, CA, 90501 | SOUTH BAY PROPERTIES LLC, C/O COASTLINE EQUITY, 1411 W 190TH ST, STE 225, GARDENA, CA 90248 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5694) | $28,252.27 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5512 | 8447 ALONDRA BOULEVARD, PARAMOUNT, CA, 90723 | ROIC PARAMOUNT PLAZA LLC, P.O. BOX 749814, LOS ANGELES, CA 90074-9814 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $76,763.23 | August 31, 2025 |
| 5515 | 12541 SEAL BEACH BOULEVARD, SEAL BEACH, CA, 90740 (Building Lease) | CPT SHOPS AT ROSSMOOR LLC, C/O AEW CAPITAL MANAGEMENT LP, TWO SEAPORT LANE, BOSTON, MA 02210-2021 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $89,834.36 | August 31, 2025 |
| 5529 | 647 FOOTHILL BOULEVARD, LA CANADA FLINTRIDGE, CA, 91011 | ROIC CALIFORNIA, LLC, C/O RETAIL OPPORTUNITY INVESTMENTS CORP, 11250 EL CAMINO REAL STE 200, SAN DIEGO, CA 92130 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $55,979.64 | August 31, 2025 |
| 5537 | 531 NORTH GLENDALE AVENUE, GLENDALE, CA, 91206 | GLENDALE PLAZA SHOPPING CENTER, 741 GLENVIA STREET, SUITE 101, GLENDALE, CA 91206-0000 | Brothers Fresh Marketplace, Inc. | N/A | $150,000.00 | $76,493.80 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5549 | 12739 VAN NUYS BOULEVARD, PACOIMA, CA, 91331 | PACOIMA PLAZA, C/O THE PIKEN COMPANY, 12725 VENTURA BOULEVARD, SUITE A, STUDIO CITY, CA 91604-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $106,424.85 | August 31, 2025 |
| 5568 | 17266 SATICOY STREET, VAN NUYS, CA, 91406 | SATICOY PLAZA LLC, C/O NASS INC., 128 AUBURN COURT, SUITE 205, THOUSAND OAKS, CA 91362-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,958.34 | August 31, 2025 |
| 5600 | 1050 NORTH MOUNTAIN AVENUE, ONTARIO, CA, 91762 | B10 MOUNTAIN A LA LP, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain A LA LP (Perform Properties  LLC) | N/A | Full Waiver of Prepetition Obligations, plus $150,000.00 (less any outstanding postpetition amounts). Package Deal with Store No. 5682 | $31,245.98 | July 31, 2025 |
| 5602 | 1841 EAST 4TH STREET, ONTARIO, CA, 91764 | MABELA VP, LP, 1321 WEST 11TH STREET, LOS ANGELES, CA 90015-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $47,958.98 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5615 | 507 TELEGRAPH CANYON ROAD, CHULA VISTA, CA, 91910 | CANYON GATEWAY PLAZA LLC, C/O MDS PROPERTY MANAGEMENT, 1333 E MADISON AVE., STE 102, EL CAJON, CA 92021-8572 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $41,079.22 | August 31, 2025 |
| 5621 | 955 TAMARACK AVENUE, CARLSBAD, CA, 92008 | KIN PROPERTIES, INC., 185 N.W. SPANISH RIVER BLVD., SUITE 100, PROPERTY #3312, BOCA RATON, FL 33431-4230 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $41,027.07 | August 31, 2025 |
| 5646 | 1735 EUCLID AVENUE, SAN DIEGO, CA, 92105 | OCEAN BLUE INVESTMENTS, LLC, 121 SWIFT, IRVINE, CA 92618 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $16,600.00 | August 31, 2025 |
| 5662 | 11845 CARMEL MOUNTAIN RD., SAN DIEGO, CA, 92128 | TAC PROPERTIES LLC, 50 UNITED NATIONS PLAZA #9B, NEW YORK, NY 10017 | Platinum Hill Capital LLC | N/A | $178,523.66 | $122,119.07 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5666 | 3515 DELMAR HEIGHTS ROAD, SAN DIEGO, CA, 92130 | DEL MAR HIGHLANDS, C/O FIRST WASHINGTON REALTY, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Landlord - Del Mar Highlands Town Center Assoc. I , LLC | ALDI Inc. | $1,100,000.00 | $83,557.53 | July 31, 2025 |
| 5668 | 1854 CORONADO AVENUE, SAN DIEGO, CA, 92154 | GERSHMAN PROPERTIES LLC, 12300 WILSHIRE BLVD., SUITE 310, LOS ANGELES, CA 90025-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $60,972.23 | August 31, 2025 |
| 5682 | 74958 COUNTRY CLUB DRIVE, PALM DESERT, CA, 92260 | B10 MOUNTAIN A OC LP, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain A OC LP (Perform Properties LLC) | N/A | Full Waiver of Prepetition Obligations, plus $150,000.00 (less any outstanding postpetition amounts). Package Deal with Store No. 5600. | $72,457.19 | July 31, 2025 |
| 5694 | 1133 N. MOUNT VERNON AVE., COLTON, CA, 92324 | HIGHPOINT PROPERTIES, LP, C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048-5561 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5491) | $33,692.54 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5700 | 4120 PHELAN ROAD, PHELAN, CA, 92371 | THE NIKI GROUP, LLC RAPLN1, C/O THE NIKI GROUP LLC, 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | ATV Hardware, Inc. | N/A | $112,000.00 | $58,745.59 | August 31, 2025 |
| 5736 | 24330 EL TORO ROAD, LAGUNA WOODS, CA, 92637 | MANP LAGUNA WOODS LLC, AND D&S TOULON, LLC, 250 NEWPORT CENTER DRIVE STE 300, NEWPORT BEACH, CA 92660 | Universal Group Companies | N/A | $138,810.62 | $91,895.94 | August 31, 2025 |
| 5739 | 12897 HARBOR BOULEVARD, GARDEN GROVE, CA, 92840 | LIFETIME BENEFITS TRUST FOR, C/O BETH HANSEN, SUCCESSOR TRUSTEE, 900 JEFFREY LANE, WALNUT CREEK, CA 94598-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,729.60 | August 31, 2025 |
| 5754 | 13151 JAMBOREE ROAD, TUSTIN, CA, 92782 | SANDERSON J RAY-TUSTIN RANCH, TUSTIN RANCH PLAZA, 19200 VON KARMAN AVE, STE 340, IRVINE, CA 92612 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $93,078.57 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5775 | 2400 B LAS POSAS ROAD, CAMARILLO, CA, 93010 | 7900 BELLAIRE I LTD, C/O MILAN CAPITAL MGMT, 701 S PARKER ST, STE 5200, ORANGE, CA 92868 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $40,533.04 | August 31, 2025 |
| 5786 | 5845 EAST LOS ANGELES AVE., SIMI VALLEY, CA, 93063 | ARCADIA LIVE OAK INV LLC, 252 S BEVERLY DR STE C, BEVERLY HILLS, CA 90212 | Landlord - Arcadia Live Oak Investments, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,416.58 | August 31, 2025 |
| 5793 | 159 WEST POLK STREET, COALINGA, CA, 93210 | 113 WEST POLK STREET LLC, C/O MANCO ABBOTT, INC, PO BOX 9440, FRESNO, CA 93792 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $25,833.32 | August 31, 2025 |
| 5799 | 66 WEST MORTON AVENUE, PORTERVILLE, CA, 93257 | WILSON H PARK & HYESUN PARK, 77 FREMONT PLACE, LOS ANGELES, CA 90005 | Fisel Obaid/Apple Supermarkets | N/A | $103,000.00 | $39,558.84 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5807 | 2501 HIGHWAY 46, WASCO, CA, 93280 | PAVILION DEVELOPMENT FOUR, C/O PAVILION PROPERTIES, 7080 NORTH MARKS AVENUE, SUITE 118, FRESNO, CA 93711-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $22,508.00 | August 31, 2025 |
| 5814 | 2505 MT VERNON AVENUE, BAKERSFIELD, CA, 93306 | T-M MFG CO, 1345 CORINNE LN, MENLO PARK, CA 94025 | Fisel Obaid/Apple Supermarkets | N/A | $100,000.00 | $47,494.15 | August 31, 2025 |
| 5842 | 26 OLD MAMMOTH ROAD, MAMMOTH LAKES, CA, 93546 | ZENTMYER PROPERTIES II LLC, 1434 FOOTHILL BOULEVARD, LA CANADA, CA 91011-0000 | Landlord - Zentmyer Properties II LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $51,490.14 | July 31, 2025 |
| 5856 | 335 WEST OLIVE AVENUE, MADERA, CA, 93637 | FIRST PRIORITY FUNDING LLC, 15821 VENTURA BLVD, STE 455, ENCINO, CA 91436 | Fisel Obaid/Apple Supermarkets | N/A | $85,000.00 | $41,669.55 | August 31, 2025 |
| 5865 | 2011 WEST SHAW AVENUE, FRESNO, CA, 93711 | 2097 W SHAW LLC, 29231 HEATHERCLIFF RD, UNIT 1, MALIBU, CA 90265 | Landlord - Raarama-11 LLC | N/A | Full Waiver of Prepetition plus $50,000.00. | $32,735.24 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5879 | 650 WALNUT AVENUE, GREENFIELD, CA, 93927 | WY HERITAGE GROVE LLC, 1630 OAKLAND RD #A215, SAN JOSE, CA 95131 | Westlake Hardware, Inc. | N/A | $40,000.00 | $54,760.50 | August 31, 2025 |
| 5885 | 170 SAN MATEO ROAD, HALF MOON BAY, CA, 94019 | MID-PENINSULA MANAGEMENT INC, PO BOX 1652, BURLINGAME, CA 94011-1652 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $47,623.17 | August 31, 2025 |
| 5891 | 200 FAIRMONT SHOPPING CENTER, PACIFICA, CA, 94044 | GLOBAL RETAIL INVESTORS LLC, C/O FIRST WASHINGTON REALTY, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Ohana Growth Partners | N/A | $760,000.00 | $58,169.79 | August 31, 2025 |
| 5893 | 2150 ROOSEVELT AVENUE, REDWOOD CITY, CA, 94061 | FAIR OAKS LLC, P.O. BOX 1203, LOS ALTOS, CA 94023-0000 | Landlord - Fair Oaks, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $88,828.47 | July 31, 2025 |
| 5941 | 135 SUNSET AVENUE, SUISUN CITY, CA, 94585 | CENTRE PLACE WALNUT CREEK LLC, C/O HALL EQUITIES GROUP, 150 N WIGET LANE, STE 250, WALNUT CREEK, CA 94598 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $98,435.77 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5944 | 2819 HOPYARD ROAD, PLEASANTON, CA, 94588 | BLUE MERCED R1414 LLC, 252 S BEVERLY DR, STE C, BEVERLY HILLS, CA 90212 | Landlord - Blue Merfced R 1414, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,484.77 | August 31, 2025 |
| 6015 | 1449 EAST F STREET SUITE 102, OAKDALE, CA, 95361 | FOOTHILL OAKS SHOPPING CENTER, 308 GREENWICH LANE, MODESTO, CA 95355-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $21,666.66 | August 31, 2025 |
| 6019 | 653 NORTH GOLDEN STATE BLVD., TURLOCK, CA, 95380 | SHIV SHAKTI INDUSTRIES, INC., PO BOX 41, SAN BERNARDINO, CA 92402 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $21,826.95 | August 31, 2025 |
| 6032 | 19205 SONOMA HIGHWAY, SONOMA, CA, 95476 | S & N II, LTD, C/O CROSSPOINT REALTY SERVICES, INC., PO BOX 104025, PASADENA, CA 91189-4025 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $16,767.67 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6043 | 2805 BELL ROAD, AUBURN, CA, 95603 (Building Lease) | ALSCOTT REAL ESTATE LLC, 501 EAST BAYBROOK COURT, BOISE, ID 83706-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $113,644.04 | August 31, 2025 |
| 6084 | 980 FLORIN ROAD, SACRAMENTO, CA, 95831 | PETER BOLLINGER INVESTMENT, C/O INTERCAL REAL ESTATE CORP., 540 FULTON AVENUE, SACRAMENTO, CA 95825-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $86,738.65 | August 31, 2025 |
| 6195 | 9000-A MING AVENUE, BAKERSFIELD, CA, 93311 | DONAHUE SCHRIBER REALTY GRP LP, C/O FIRST WASHINGTON REALTY INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $46,769.27 | August 31, 2025 |
| 6303 | 3225 PANAMA LANE, BAKERSFIELD, CA, 93313 | CONTEMPO TEMPE, 3939 BERNARD STREET, SUITE 1, BAKERSFIELD, CA 93306-0000 | Abdusalam Ali | N/A | $118,723.99 | $71,999.41 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6346 | 211 CHERRY AVENUE, LONG BEACH, CA, 90802 | RICH/CHERRY LLC, 1000 NORTH WESTERN AVENUE, SUITE 200, SAN PEDRO, CA 90732-0000 | Landlord – Rich/Cherry, LLC | N/A | Full Waiver of Prepetition Obligations and August Rent and related occupancy charges. | $30,656.03 | August 31, 2025 |
| 6764 | 1710 N FARMERSVILLE BLVD, FARMERSVILLE, CA, 93223 | XUAN NGA THI NGUYEN, 671 SHETLAND COURT, MILIPITAS, CA 95035 | Fisel Obaid | N/A | $60,000.00 | $0.00 | August 31, 2025 |
| 6768 | 150 W KERN AVE, MCFARLAND, CA, 93250 | KERNYEE PROPERTY LLC, PO BOX 8433, RANCHO SANTA FE, CA 92067-8433 | Saif Ali | N/A | $150,000.00 | $66,069.39 | August 31, 2025 |
| 6939 | 5500 OLYMPIC DR, GIG HARBOR, WA, 98335 | WWR PROPERTIES, 3803 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WA 98466 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $62,642.38 | September 30, 2025 |
| 6990 | 3909 HOYT AVE, EVERETT, WA, 98201 | JONES LANG LASALLE AMERICAS, TEC PLLC, 3901 HOYT AVE, EVERETT, WA 98201 | Karmayoghi LLC | N/A | $11,788.00 | $5,665.16 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 10273 | 53 SOUTH BROADWAY, SALEM, NH, 03079 | GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST, 27 EASTMAN STREET, NASHUA, NH 03060 | Landlord - GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST | HCA Health Services of New Hampshire, Inc. | $251,000.00 | $19,220.25 | August 31, 2025 |
| 10297 | 73 EXETER ROAD, NEWMARKET, NH, 03857 | NEWMARK LLC, 100 CONIFER HILL DR, STE 402, DANVERS, MA 01923 | Dollar General Corporation | N/A | $59,269.43 (Part of Package Deal totaling $136,590.46) | $25,000.00 | August 31, 2025 |
| 10579 | 6423 FORT HAMILTON PKWY., BROOKLYN, NY, 11219 | JOHN CALABRIA, C/O AJC LEGACY TRUST LLC, 232 CRESTGATE WAY, EASLEY, SC 29642 | Capital D Acquisitions LLC | N/A | $500,000.00 | $51,021.66 | August 31, 2025 |
| 10585 | 2064 MILL AVENUE, BROOKLYN, NY, 11234 | MILL AVENUE ASSOCIATES, LLC, 25 E 83RD ST,  APT 10C, NEW YORK, NY 10028 | Richard Almonte (Almonte Mill Food Corp). | N/A | $150,000.00 | $56,435.16 | August 31, 2025 |
| 10640 | 391 WEST MAIN STREET, HUNTINGTON, NY, 11743 | LIGHTHOUSE COMMONS, LLC, 220 WESTBURY AVENUE, SUITE 200, CARLE PLACE, NY 11514-0000 | Value Drug Stores, Inc. | N/A | $214,076.80 | $92,253.34 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 10916 | 517 BEAVER STREET, SEWICKLEY, PA, 15143 | GLIMCOR SEWICKLEY 1995 LIMITED, ONE MELLON BANK CENTER, 500 GRANT STREET, SUITE 2000, PITTSBURGH, PA 15219 | Giant Eagle Inc | N/A | $78,508.00 | $41,646.52 | August 31, 2025 |
| 11122 | 284 EAST LANCASTER AVENUE, WYNNEWOOD, PA, 19096 | WHITEMARSH INVESTMENT ASSOCIAT, C/O CBRE, 555 E LANCASTER AVE, STE 120, RADNOT, PA 19087 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $44,056.18 | August 31, 2025 |
| 11139 | 6515 CASTOR AVENUE, PHILADELPHIA, PA, 19149 | 6515 ASSOCIATES LP, C/O GOODMAN PROPERTIES, 636 OLD YORK ROAD, SECOND FLOOR, JENKINTOWN, PA 19046 | R&F Investment LLC | N/A | $135,555.82 | $66,660.46 | August 31, 2025 |