**GT GreenbergTraurig**

Alan Brody, Esq.
Tel: (973) 360.7900
brodya@gtlaw.com

August 1, 2025

**VIA ECF**
Court Clerk
U.S. Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *In re: New Rite Aid, LLC, et al.*
               Case No: 25-14861

Dear Sir/Madam:

    This firm represents Bank of America, N.A. in the above-referenced action. Please be advised that ECF #1747 was filed in error. A corrected document was immediately filed as ECF #1748. We respectfully request that ECF #1747 be removed from the docket.

    Thank you for your anticipated courtesies.

                                          Respectfully submitted,

                                          /s/ *Alan Brody*
                                          Alan Brody