**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-FOURTH NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

PLEASE TAKE NOTICE that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

PLEASE TAKE FURTHER NOTICE that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

2    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K.

Garfinkle (jgarfinkle@buchalter.com).

      **PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the

Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each

Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date

set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or

counterparties to such Contract agree.[3]

      **PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract

is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider

the objection for the Contract or Contracts to which such objection relates. If such objection is

overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a

consensual form of Rejection Order resolving the objection as between the objecting party and the

Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of

the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice

or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as

ordered by the Court.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures

Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or

other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3] An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  August 1, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

## Exhibit 1

**Proposed Rejection Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

### TWENTY-FOURTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]     The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "<u>Final Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | DETECTIVE ANALYTICS | RITE AID HDQTRS. CORP. | SAAS ORDER FORM DATED 05/05/2021 | 8/1/2025 |
| 2. | DNP IMAGINGCOMM AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 3. | DOLPHIN HAT GAMES, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 4. | DRAGONFRUIT AI INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 5. | EAST PENN MANUFACTURING | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND EAST PENN MANUFACTURING COMPANY DATED 10/01/2022 | 8/1/2025 |
| 6. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 7. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |

---

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | EATON CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 9. | EATON CORPORATION | RITE AID HDQTRS. CORP. | EATON SERVICE AGREEMENT CONTRACT RENEWAL | 8/1/2025 |
| 10. | EATON CORPORATION | RITE AID CORPORATION | UPS SERVICE AGREEMENT | 8/1/2025 |
| 11. | ECHO GLOBAL LOGISTICS, INC. | RITE AID HDQTRS. CORP. | AMENDMENT NO. 4 TO TRANSPORTATION AGREEMENT DATED 10/01/2023 | 8/1/2025 |
| 12. | EDGEWELL | RITE AID HDQTRS. CORP. | EDGEWELL U.S. AUTHORIZED SELLER PROGRAM DOCUMENTS | 8/1/2025 |
| 13. | EDGEWELL PERSONAL CARE, LLC, A DELAWARE CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 14. | EISAI | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 15. | ENERGIZER PERSONAL CARE | RITE AID HDQTRS. CORP. | ENERGIZER PERSONAL CARE TERMS CHANGE | 8/1/2025 |
| 16. | ENGIE | RITE AID HDQTRS. CORP. | ENGIE TRANSITION CONTRACT EXTENSION | 8/1/2025 |
| 17. | ENGIE INSIGHT SERVICES | RITE AID HDQTRS. CORP. | TERMINATION | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | MASTER ELECTRIC ENERGY SALES AGREEMENT DATED 11/10/2015 | 8/1/2025 |
| 19. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/13/2023 | 8/1/2025 |
| 20. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 21. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 22. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA DATED 04/13/2023 | 8/1/2025 |
| 23. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA FIXED PRICE RTC DATED 04/13/2023 | 8/1/2025 |
| 24. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 06/30/2023 | 8/1/2025 |
| 25. | ESSIE | RITE AID HDQTRS. CORP. | ESSIE TERMS CHANGES | 8/1/2025 |
| 26. | ESSIE | RITE AID HDQTRS. CORP. | TERMS CHANGE - ESSIE | 8/1/2025 |
| 27. | EVERGREEN REFRESHMENTS | RITE AID HDQTRS. CORP. | ACCOUNT SERVICE AGREEMENT DATED 06/01/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | EVERGREEN SHIPPING AGENCY | RITE AID HDQTRS. CORP. | JOINT SERVICE AGREEMENT DATED 05/01/2022 | 8/1/2025 |
| 29. | EVERLYWELL INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |
| 30. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 31. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | STATEMENT OF WORK - SOW #1 | 8/1/2025 |
| 32. | FANCY THAT GIFT | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 33. | FAR EAST BROKERS AND CONSULTANTS, INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 34. | FISHER-PRICE | RITE AID HDQTRS. CORP. | FISHER-PRICE - TERMS CHANGE | 8/1/2025 |
| 35. | FOX ELECTRIC CO | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 11/09/2022 | 8/1/2025 |
| 36. | FRUIT OF THE EARTH, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 37. | FUEL CELL ENERGY | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | FUJIFILM NORTH AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 39. | GARNIER | RITE AID HDQTRS. CORP. | TERMS CHANGE - GARNIER | 8/1/2025 |
| 40. | GCE INTERNATIONAL, INC. DBA PARIS ACCESSORIES | RITE AID HDQTRS. CORP. | PARIS - VENDOR UPDATE | 8/1/2025 |
| 41. | GEOCON INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 42. | GEOCON INCORPORATED | RITE AID HDQTRS. CORP. | GEOCON INCORPORATED NEW CONTRACT | 8/1/2025 |
| 43. | GIFTWARES COMPANY INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 44. | GINA GROUP | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 45. | GLACIERPOINT ENTERPRISES | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 46. | GOLD MEDAL BAKERY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 47. | GOOD CHARCOAL | RITE AID HDQTRS. CORP. | NEW VENDOR - GOOD CHARCOAL | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 49. | HALEON US SERVICES, INC., FORMERLY KNOWN AS GSK CONSUMER HEALTHCARE SERVICES INC. | RITE AID HDQTRS. CORP. | TRADE AGREEMENT AGREEMENT | 8/1/2025 |
| 50. | HENKEL CORPORATION (DIAL) | RITE AID HDQTRS. CORP. | HENKEL (DIAL) TERMS CHANGE | 8/1/2025 |
| 51. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL (SUN) TERMS CHANGE | 8/1/2025 |
| 52. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL CORPORATION (SUN) - NET TERMS CHANGE | 8/1/2025 |
| 53. | HENRY THAYER | RITE AID HDQTRS. CORP. | HENRY THAYER TERMS CHANGE | 8/1/2025 |
| 54. | HENRY THAYER COMPANY | RITE AID HDQTRS. CORP. | TERMS CHANGE - HENRY THAYER COMPANY | 8/1/2025 |
| 55. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | HERSHEY'S - PAYMENT TERMS CHANGE | 8/1/2025 |
| 56. | HORIZON ORGANIC, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 57. | INSTAKEY SECURITY SYSTEMS | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | 8/1/2025 |
| 58. | INSTANT WHIP | RITE AID HDQTRS. CORP. | PAYMENT TERMS CHANGE | 8/1/2025 |
| 59. | INTELLIGRATED SYSTEMS LLC | RITE AID HDQTRS. CORP. | DATA PRIVACY AND SECURITY REQUIREMENTS DATED 03/28/2012 | 8/1/2025 |
| 60. | INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 8 TO THE MASTER SERVICES AGREEMENT | 8/1/2025 |
| 61. | ISLE OF WIGHT COUNTY | RITE AID HDQTRS. CORP. | IMMUNIZATION CLINIC REDLINES NEW CONTRACT | 8/1/2025 |
| 62. | ITG | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 8/1/2025 |
| 63. | J. J. KELLER & ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 64. | JEANMARIE CREATIONS, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 65. | JITTERYGIT | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 66. | JOHN E FISHER CONSTRUCTION CO, INC | RITE AID HDQTRS. CORP. | WATER LEAK IN SMALL NORTH LOT - REPAIR NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 67. | JOHN E. FISHER CONSTRUCTION CO., INC. | RITE AID HDQTRS. CORP. | BOS FOR 055 EQUIPMENT NEW CONTRACT | 8/1/2025 |
| 68. | JOSEPH S SMITH ROOFING INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 69. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 70. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | PURCHASE ORDER DATED 09/18/2015 | 8/1/2025 |
| 71. | K&M INTERNATIONAL INC. DBA WILD REPUBLIC | RITE AID HDQTRS. CORP. | NEW VENDOR - WILD REPUBLIC | 8/1/2025 |
| 72. | KAYAK SOFTWARE COMPANY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 73. | KAYSER-ROTH CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 74. | KCH TRANSPORTATION, INC. | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT | 8/1/2025 |
| 75. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 76. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | KENVUE TERMS CHANGE | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 77. | KIMBERLY-CLARK CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 78. | KINDLER & CRIMMINS ASSOCIATES | RITE AID HDQTRS. CORP. | PHARMACEUTICAL RETURN AUDIT SERVICES AGREEMENT DATED 09/06/2023 | 8/1/2025 |
| 79. | KING HENRY | RITE AID HDQTRS. CORP. | KING HENRY NEW FRONT END VENDOR | 8/1/2025 |
| 80. | KINSA HEALTH LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 81. | L. PERRIGO | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 82. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | PRIVATE BRAND DEVELOPMENT PROGRAM FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 83. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 84. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 85. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 86. | L. PERRIGO COMPANY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 87. | L'ORÉAL USA, INC | RITE AID HDQTRS. CORP. | L'OREAL $200K TEST ORDER | 8/1/2025 |
| 88. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | ORDER #1 DATED 3/6/2023 | 8/1/2025 |
| 89. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2025 |
| 90. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 8/1/2025 |
| 91. | LEIDOS ENGINEERING LLC | RITE AID HDQTRS. CORP. | INDEPENDENT CONSULTANT AGREEMENT | 8/1/2025 |
| 92. | LIFESTYLE BRANDS | RITE AID HDQTRS. CORP. | LIFESTYLE BRANDS TERMS CHANGE | 8/1/2025 |
| 93. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | L'OREAL PARIS TERMS CHANGE | 8/1/2025 |
| 94. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL PARIS | 8/1/2025 |
| 95. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | L'OREAL USA S/D INC TERMS CHANGE | 8/1/2025 |
| 96. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL USA S/D INC | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 97. | LUMINA DATAMATICS, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 98. | M & M MARS | RITE AID HDQTRS. CORP. | M&M MARS - PAYMENT TERMS CHANGE | 8/1/2025 |
| 99. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 100. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | SOW - MANHATTAN PASSWORD LENGTH CHANGE STATEMENT OF WORK (SOW) | 8/1/2025 |