Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| In re: <br><br> NEW RITE AID, LLC, *et al*., <br><br> Debtors. [1] |

Order Filed on August 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

## ORDER GRANTING, IN PART, DEBTORS' EMERGENCY MOTION TO ENFORCE THE SALE ORDER AND COMPEL PERFORMANCE BY CVS PHARMACY, INC. UNDER THE CVS ASSET PURCHASE AGREEMENT

The relief set forth on the following pages, numbered three (3) and (4) is **ORDERED**.

**DATED: August 5, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
Alison R. Benedon
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
wclareman@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com
abenedon@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)
Debtors: NEW RITE AID, LLC, et al.
Case No. 25-14861 (MBK)
Caption of Order: Order Granting, In Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements

Upon the *Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance By CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements* (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) enforcing the Sale Order, (b) compelling CVS Pharmacy, Inc. to perform under the parties' May 15, 2025 asset purchase agreements (the "APAs") and (c) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard initial arguments at a hearing held on July 8, 2025 and having conducted an evidentiary hearing on July 25, 2025; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED, in part,** as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, et al. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Granting, In Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements |

2. The "Lookback Period" and "prescriptions filled" as used in the APAs shall be interpreted in the manner set forth in the Court's Letter Opinion dated July 28, 2025 (the "Opinion") [Docket No. 1591].

3. CVS shall promptly perform all of its obligations under the APAs and Sale Order consistent with the terms of this Order and the Opinion.

4. The terms and condition of this Order shall be immediately effective and enforceable upon its entry.

5. This Order shall constitute a final judgment with respect to (i) the meaning of the Lookback Period and (ii) the meaning of "prescriptions filled."

6. This Order does not resolve the manner in which "prescriptions transferred" shall be interpreted under the APAs, which remains the subject of further briefing.

7. Nothing in this Order shall prevent (i) CVS from making any request, at any time prior to the final closing under the APAs, for the establishment of an escrow or other protective mechanism pending appeal with respect to amounts payable under this Order, and (ii) the Debtors or other party-in-interest from objecting to any such request.