| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Turner N. Falk, Esq.<br>John D. Demmy, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Tel: (215) 972-8415<br>E-mail: turner.falk@saul.com<br>         john.demmy@saul.com<br><br>Jeffrey A. Krieger (CA SBN 156535)<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, CA 90067<br>Tel: (310) 553-3610<br>Fax: (310) 553-0687<br>E-mail: jkrieger@greenbergglusker.com<br><br>*Attorneys for PFK Partners LP* | |
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>                    Debtors | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, ROBYN E. WARREN,

1. Am the secretary for Saul Ewing LLP, who represents the creditor, PFK Partners, LP in the above captioned matter.

2. On August 5, 2025, I served copies of the following pleading via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

**Objection of PFK Partners LP to Debtor's Proposed Assumption and Assignment of Lease**.

3. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

*/s/ Robyn E. Warren*
Robyn E. Warren

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| UNITED STATES TRUSTEE FOR THE DISTRICT OF NEW JERSEY<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Lauren Bielski, Esq.<br>Lauren.bielskie@usdoj.gov<br>Jeffrey M. Sponder, Esq.<br>Jeffrey.m.sponder@usdoj.gov | United States Trustee for the District of New Jersey | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg, Esq.<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton, Esq.<br>aeaton@paulweiss.com<br>Christopher Hopkins, Esq.<br>chopkins@paulweiss.com<br>Nick Krislov, Esq.<br>nkrislov@paulweiss.com | Debtors Co-Counsel | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| COLE SCHOTZ, PC<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Warren A. Usatine, Esq.<br>wusatine@coleschotz.com<br>Felice R. Yudkin, Esq.<br>FYudkin@coleschotz.com<br>Seth Van Aalten, Esq.<br>SVanaalten@coleschotz.com | Debtors Co-Counsel | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  |  |
| CHOATE, HALL & STEWART LLP<br>Two Intenral Place<br>Boston, MA 02110<br>John F. Ventola, Esq.<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>Jmarshall@choate.com<br>Mark D. Silva, Esq.<br>msilva@choate.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| GREENBERG TRAURIG, LLC<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esq.<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esq.<br>Julia.frostdavies@gtlaw.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller, Esq.<br>Tood M. Goren, Esq.<br>James H. Burbage, Esq.<br>Jessica D. Gaber, Esq.<br>Willkie, Farr & Gallagher, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbages@willkie.com | Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| jgraber@willkie.com | | (as authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew S. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>Sills, Commis & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| All persons receiving ECF notice who have entered a BR 2002 Entry of Appearance | | |