# EXHIBIT A

| Database: | TRUST | Tenant Ledger Summary Report | | | Page: | 1 |
|---|---|---|---|---|---|---|
| | | | | | Date: | 8/4/2025 |
| Current Tenant | | RITE AID #5512 | | | Time: | 11:39 AM |
| | | Transactions From 06/25 through 08/25 | | | | |

| Period Category | Description | Beginning Balance | Charges | Cash Received | Adjustments | Ending Balance |
|---|---|---:|---:|---:|---:|---:|
| **06/25** | | | | | | |
| BRT | BASE RENT | 0.00 | 62,333.34 | 0.00 | 0.00 | 62,333.34 |
| CAM | Common Area, estimates | 0.00 | 36,926.74 | -25,725.96 | 0.00 | 11,200.78 |
| INA | Insurance Actual | 0.00 | 433.35 | 0.00 | 0.00 | 433.35 |
| INS | INSURANCE | 0.00 | 1,861.68 | -1,396.26 | 0.00 | 465.42 |
| PCM | Prior Year CAM | 0.00 | 5,804.79 | 0.00 | 0.00 | 5,804.79 |
| | **Total** | **0.00** | **107,359.90** | **-27,122.22** | **0.00** | **80,237.68** |
| **07/25** | | | | | | |
| BRT | BASE RENT | 62,333.34 | 31,166.67 | -62,248.93 | 0.00 | 31,251.08 |
| CAM | Common Area, estimates | 11,200.78 | 4,287.66 | -4,287.66 | 0.00 | 11,200.78 |
| INA | Insurance Actual | 433.35 | 0.00 | 0.00 | 0.00 | 433.35 |
| INS | INSURANCE | 465.42 | 232.71 | -232.71 | 0.00 | 465.42 |
| PCM | Prior Year CAM | 5,804.79 | 0.00 | 0.00 | 0.00 | 5,804.79 |
| | **Total** | **80,237.68** | **35,687.04** | **-66,769.30** | **0.00** | **49,155.42** |
| **08/25** | | | | | | |
| BRT | BASE RENT | 31,251.08 | 31,166.67 | 0.00 | 0.00 | 62,417.75 |
| CAM | Common Area, estimates | 11,200.78 | 4,287.66 | 0.00 | 0.00 | 15,488.44 |
| INA | Insurance Actual | 433.35 | 0.00 | 0.00 | 0.00 | 433.35 |
| INS | INSURANCE | 465.42 | 232.71 | 0.00 | 0.00 | 698.13 |
| PCM | Prior Year CAM | 5,804.79 | 0.00 | 0.00 | 0.00 | 5,804.79 |
| | **Total** | **49,155.42** | **35,687.04** | **0.00** | **0.00** | **84,842.46** |

| Database: | TRUST | Tenant Ledger Summary Report | | | Page: | 1 |
|---|---|---|---|---|---|---|
| | | | | | Date: | 8/4/2025 |
| Current Tenant | | RITE AID #5529 | | | Time: | 11:40 AM |
| | | Transactions From 06/25 through 08/25 | | | | |

| Period Category | Description | Beginning Balance | Charges | Cash Received | Adjustments | Ending Balance |
|---|---|---|---|---|---|---|
| **06/25** | | | | | | |
| BRT | BASE RENT | 0.00 | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| CAM | Common Area, estimates | 0.00 | 23,918.56 | -17,938.92 | 0.00 | 5,979.64 |
| PCM | Prior Year CAM | 0.00 | 0.00 | 0.00 | -1,682.82 | -1,682.82 |
| PPR | Prepaid Rent | 0.00 | 0.00 | 0.00 | -20,998.25 | -20,998.25 |
| | **Total** | **0.00** | **73,918.56** | **-17,938.92** | **-22,681.07** | **33,298.57** |
| **07/25** | | | | | | |
| BRT | BASE RENT | 50,000.00 | 25,000.00 | -49,378.23 | 0.00 | 25,621.77 |
| CAM | Common Area, estimates | 5,979.64 | 2,989.82 | -2,989.82 | 0.00 | 5,979.64 |
| PCM | Prior Year CAM | -1,682.82 | 0.00 | 0.00 | 0.00 | -1,682.82 |
| PPR | Prepaid Rent | -20,998.25 | 0.00 | 0.00 | 0.00 | -20,998.25 |
| | **Total** | **33,298.57** | **27,989.82** | **-52,368.05** | **0.00** | **8,920.34** |
| **08/25** | | | | | | |
| BRT | BASE RENT | 25,621.77 | 25,000.00 | 0.00 | 0.00 | 50,621.77 |
| CAM | Common Area, estimates | 5,979.64 | 2,989.82 | 0.00 | 0.00 | 8,969.46 |
| PCM | Prior Year CAM | -1,682.82 | 0.00 | 0.00 | 0.00 | -1,682.82 |
| PPR | Prepaid Rent | -20,998.25 | 0.00 | 0.00 | 0.00 | -20,998.25 |
| | **Total** | **8,920.34** | **27,989.82** | **0.00** | **0.00** | **36,910.16** |

# Aging Detail

Page 1

DB Caption: LIVE   Property: 906 Tenant: t0005289   Status: Current, Past, Future   Age As Of: 08/31/2025   Post To: 08/2025

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **Town Center at Lake Forest Park (906)** | | | | | | | | | | | | | | |
| **Rite Aid #5225 (t0005289)** | | | | | | | | | | | | | | |
| 906 | cp00019 | Rite Aid #5225 | Current | C-816977 | ppc | 03/20/2025 | 03/2025 | 9,675.80 | 0.00 | 0.00 | 0.00 | 9,675.80 | 0.00 | 9,675.80 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-816978 | ppc | 03/20/2025 | 03/2025 | 13,856.94 | 0.00 | 0.00 | 0.00 | 13,856.94 | 0.00 | 13,856.94 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-817004 | cma | 03/20/2025 | 03/2025 | 2,294.73 | 0.00 | 0.00 | 0.00 | 2,294.73 | 0.00 | 2,294.73 |
| 906 | cp00019 | Rite Aid #5225 | Current | R-354822 | Prepay | 03/25/2025 | 03/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-821033 | txa | 04/04/2025 | 04/2025 | 27,005.09 | 0.00 | 0.00 | 0.00 | 27,005.09 | 0.00 | 27,005.09 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-822970 | cam | 05/01/2025 | 05/2025 | 7,580.00 | 0.00 | 0.00 | 0.00 | 7,580.00 | 0.00 | 7,580.00 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-822971 | cap | 05/01/2025 | 05/2025 | 744.00 | 0.00 | 0.00 | 0.00 | 744.00 | 0.00 | 744.00 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-822972 | rnt | 05/01/2025 | 05/2025 | 11,062.50 | 0.00 | 0.00 | 0.00 | 11,062.50 | 0.00 | 11,062.50 |
| 906 | cp00019 | Rite Aid #5225 | Current | R-362410 | Prepay | 07/17/2025 | 07/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -16,892.42 | -16,892.42 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-836487 | cam | 08/01/2025 | 08/2025 | 7,580.00 | 7,580.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,580.00 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-836488 | cap | 08/01/2025 | 08/2025 | 744.00 | 744.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 |
| 906 | cp00019 | Rite Aid #5225 | Current | C-836489 | rnt | 08/01/2025 | 08/2025 | 11,062.50 | 11,062.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11,062.50 |
| | | Rite Aid #5225 | | | | | | 91,605.56 | 19,386.50 | 0.00 | 0.00 | 72,219.06 | -16,892.43 | 74,713.13 |
| 906 | | | | | | | | 91,605.56 | 19,386.50 | 0.00 | 0.00 | 72,219.06 | -16,892.43 | 74,713.13 |
| **Grand Total** | | | | | | | | 91,605.56 | 19,386.50 | 0.00 | 0.00 | 72,219.06 | -16,892.43 | 74,713.13 |

UserId : sturner@merlonegeier.com Date : 8/4/2025 Time : 10:22 AM