**UNITED STATES BANKRUPTCY COURT**
<u>**DISTRICT OF NEW JERSEY (TRENTON)**</u>
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HALPERIN BATTAGLIA BENZIJA, LLP**
Walter Benzija, Esq.
Donna H. Lieberman, Esq.
Keara M. Waldron, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: wbenzija@halperinlaw.net
        dlieberman@halperinlaw.net
        kwaldron@halperinlaw.net

*Counsel to Mill Avenue Associates, LLC*

| | |
|---|---|
| In re: | Case No.: 25-14861 (MBK) |
| NEW RITE AID, LLC, *et al.*, | Chapter 11 |
| Debtors. | Judge: Hon. Michael B. Kaplan |

<u>**CERTIFICATION OF SERVICE**</u>

1.      I, Keara Waldron, represent Mill Avenue Associates LLC in this matter.

2.      On August 5, 2025, I caused a copy of the following pleading to be served on the parties listed in the chart below:

- *Objection and Reservation of Rights of Landlord Mill Avenue Associates, LLC to the Debtors' Proposed Cure Amount and Assignment of its Lease* [Docket No. 1797]

3.      I certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Dated: August 5, 2025

HALPERIN BATTAGLIA BENZIJA, LLP

/s/ *Keara Waldron*
Keara M. Waldron
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: kwaldron@halperinlaw.net

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alice Belisle Eaton<br>Christopher Hopkins<br>Nick Krislov<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>nkrislov@paulweiss.com | Co-Counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___Email___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com | Co-Counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___Email___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder<br>Lauren Bielskie<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___Email___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John V. Ventola<br>Jonathan D. Marshall<br>Mark D. Silva<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>msilva@choate.com | Counsel to Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___Email___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan J. Brody<br>Julia Frost-Davies<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br>Julia.frostdavies@gtlaw.com | Counsel to Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other __Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com | Co-Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other __Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew S. Sherman<br>Boris Mankovetskiy<br>Gregory Kopacz<br>Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>The Legal Center<br>1037 Raymond Blvd.<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Co-Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other __Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jose Corona<br>Kidonakis & Corona<br>Jose@kandcpllc.com | Counsel for Successful Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other __Email_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |