| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          vesperm@ballardspahr.com<br><br>**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**<br>Ivan M. Gold (admitted *pro hac vice*)<br>Three Embarcadero Center, 12th Floor<br>San Francisco, California 94111-4074<br>Telephone: (415) 837-1515<br>Facsimile: (415) 837-1516<br>E-mail:  igold@allenmatkins.com<br><br>*Co-Counsel for B10 Mountain A LA LP, B10 Mountain A OC LP, B10 Mountain A WA LLC and Zentmyer Properties II LLC* | |
| In Re:<br><br>New Rite Aid, LLC, *et al.*,[1]<br><br>        Debtors. | Case No.:  25-(14861) (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

### RESERVATION OF RIGHTS OF B10 MOUNTAIN A LA LP, B10 MOUNTAIN A OC LP, B10 MOUNTAIN A WA LLC AND ZENTMYER PROPERTIES II LLC TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

B10 Mountain A LA LP, B10 Mountain A OC LP, B10 Mountain B WA LLC, and Zentmyer Properties II LLC (collectively, the "Responding Landlords"), by and through the undersigned counsel, respectfully submit their reservation of rights with respect to Debtors' *Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. 1525] (the "Assumption and Assignment Notice")[2] and state as follows:

I. **FACTUAL AND PROCEDURAL BACKGROUND**

1. On or about May 5, 2025 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). No trustee or examiner has been appointed and Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

2. Responding Landlords are the lessors of Debtors under unexpired nonresidential real property leases at the following retail store locations: (1) Ontario Plaza, Ontario, California (Store #5600, landlord B10 Mountain A LA LP), (2) Desert Springs Marketplace, Palm Desert, California (Store #5682, landlord B10 Mountain A OC LP), (3) Canyon Park Shopping Center, Bothell, Washington (Store #5184, landlord B10 Mountain B WA LLC) and (4) 26 Old Mammoth Road, Mammoth Lakes, California (Store #5842, landlord Zentmyer Properties II LLC) (collectively, the "Leases").

3. On June 11, 2025, the Court entered its *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Procedures Order") which, among other things, approved procedures for the potential assumption and assignment of unexpired real property leases and related relief.

---

[2] Capitalized terms not otherwise defined shall have the same meaning as set forth in the Assumption and Assignment Notice.

4. At an auction conducted pursuant to the Procedures Order on July 21, 2025, each of the Responding Landlords was the Successful Bidder with respect to the termination of their respective Leases. *See Notice of Successful and Backup Bidders With Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524] (the "Notice of Successful Bidders"). On July 22, 2025, Debtors filed and served their Assumption and Assignment Notice. Responding Landlords are again identified as among the Successful Bidders for certain of Debtors' leasehold interests on the "Assumption Schedule" (Exhibit A to the Assumption and Assignment Notice), together with the "Price," i.e., consideration for the termination of the respective Leases, as well as Debtors' assertion of the "Cure Costs" that would be due under Bankruptcy Code section 365(b)(1) in connection with the prospective assumption and assignment of the Leases.

## II. RESERVATION OF RIGHTS

5. As referenced in the Notice of Successful Bidders, the bids of the Responding Landlords included certain waivers of pre- and post-Petition Date monetary obligations under their respective Leases. The monetary amounts being waived, as reflected in the Responding Landlords' books and records, do not necessarily coincide with Debtors' asserted "Cure Costs" and, to the extent necessary, are being reconciled in connection with the finalization of lease termination documentation. However, since (1) Bankruptcy Code section 365(b)(1) measures defaults requiring "cure" as of the "time of assumption" (*see, e.g., In re Rachels Industries, Inc.*, 109 B.R. 797, 811-812 (Bankr. W.D. Tenn. 1990)) and (2) by its terms, Bankruptcy Code section 365(b)(1) is not limited to monetary obligations (*see, e.g., In re Old Market Group Holdings, Inc.*, 647 B.R. 104, 113-114 (Bankr. S.D.N.Y. 2022), certain nonmonetary obligations could arise under the Leases prior to the effective date of the respective termination agreements. Accordingly, out of an abundance of caution, Responding Landlords submit this Reservation of Rights to avoid any potential waiver of accruing nonmonetary obligations and performance due

3

from Debtors and each fully reserve their respective rights to (a) further supplement or amend this Reservation of Rights with respect to any additional nonmonetary obligations that may arise under Debtors' Leases with Responding Landlords in the ordinary course of business, (b) further object to any proposed assumption, or assumption and assignment of their Leases with Debtors other than the proposed termination transactions with Responding Landlords, and (c) further object on additional grounds based upon any new information provided, or different relief requested, by Debtors.

Date: August 5, 2025

Respectfully Submitted,

*/s/ Leslie C. Heilman*
**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
         roglenl@ballardspahr.com
         vesperm@ballardspahr.com

-and-

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Ivan M. Gold (admitted *pro hac vice*)
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-mail:  igold@allenmatkins.com

*Attorneys for B10 Mountain A LA LP, B10 Mountain A OC LP, B10 Mountain A WA LLC and Zentmyer Properties II LLC*