# Exhibit "A"

**Alscott Real Estate, LLC**
**Rite Aid Bankruptcy - Receivables - as of August 5, 2025**

| | |
|---|---:|
| Building Rent - April | 14,708.33 |
| Building Rent - May | 14,708.33 |
| Building Rent - August | 14,708.33 |
| Ground Rent - April | 4,991.25 |
| Ground Rent - May | 4,991.25 |
| Ground Rent - August | 4,991.25 |
| 2024 Ground CAM Costs | 77,535.13 |
| **Total** | **$ 136,633.87** |