# EXHIBIT 1

**Exhibit 1. Cure Amounts for New Rite Aid, LLC Lease**
**for Space in Maxwell Village Held by S & N II, Ltd.**

| Location | Maxwell Village | | Attorneys fees: | $3,500.00 |
|---|---|---|---|---|

| | Landlord's Cure Calculation[1] | | Interest[2] | Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 5/1/2025 | $16,767.68 | Base Rent | $486.95 | $17,254.63 |
| 7/17/2025 | ($14,604.10) | Payment | $0.00 | ($14,604.10) |
| | $10,293.36 | Est. 2nd Qtr. 2025 CAM | $0.00 | $10,293.36 |
| | $447.80 | Est. 2nd Qtr. 2025 INS | $0.00 | $447.80 |
| | $3,431.12 | Est. 3rd Qtr. 2025 CAM (July 2025, only) | $0.00 | $3,431.12 |
| | $149.27 | Est. 3rd Qtr. 2025 INS (July 2025, only) | $0.00 | $149.27 |
| | **$16,485.13** | | **$486.95** | **$16,972.08** |
| **Total Due:** | | **$20,472.08** | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 08-14-25 ().