UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
 heilmanl@ballardspahr.com
 roglenl@ballardspahr.com
 vesperm@ballardspahr.com

Dustin P. Branch
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
           zarnighiann@ballardspahr.com

*Counsel to S & N II, Ltd.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Leslie C. Heilman:

   ☒ represent S & N II, Ltd. (the "Landlord"), in this matter.

   ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

   ☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On August 5, 2025, I cause a copy of the following pleading and/or documents to the parties listed in the chart below.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

- Limited Objection of S & N II, Ltd. To Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases

3. I certify under penalty of perjury that the above document was sent using the mode of service described herein.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alice Belisle Eaton<br>Christopher Hopkins<br>Nick Krislov<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>nkrislov@paulweiss.com | Co-Counsel to the Debtors | CM/ECF and Electronic Mail |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>**Cole Schotz P.C.**<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>FYudkin@coleschotz.com<br>svanaalten@coleschotz.com | Co-Counsel to the Debtors | CM/ECF and Electronic Mail |
| Jeffrey M. Sponder<br>Lauren Bielskie<br>**The United States Trustee for the District of New Jersey**<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | The U.S. Trustee | CM/ECF and Electronic Mail |
| John F. Ventola<br>Jonathan D. Marshall<br>Mark D. Silva<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>msilva@choate.com | Counsel to the Prepetition ABL Agent and the DIP Agent | CM/ECF and CM/ECF and Electronic Mail |
| Alan J. Brody<br>Julia Frost-Davies | Counsel to the Prepetition ABL | CM/ECF and Electronic Mail |

| | | |
|---|---|---|
| **Greenberg Traurig, LLP**<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com | Agent and the DIP Agent | |
| Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com | Proposed co-counsel to the Committee | CM/ECF and Electronic Mail |
| Andrew S. Sherman<br>Boris Mankovetskiy<br>Gregory Kopacz<br>**Sills Cummis & Gross P.C.**<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Proposed co-counsel to the Committee | CM/ECF and Electronic Mail |

Dated: August 5, 2025

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com