## **Exhibit A**

| **Store No.** | **Landlord** | **Location** | **Debtor Cure Amount** | **Landlord Cure Amount** |
|---|---|---|---|---|
| 6195 | DS Properties 18 LP | 9000-A Ming Avenue, Bakersfield, CA 93311 | $46,769.27 | $51,769.27 |