**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D.  Sirota, Esq.
Warren A.  Usatine, Esq.
Felice R.  Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No.  25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME
FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE ADMINISTRATIVE
CLAIMS PROCEDURES AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE MICHAEL B. KAPLAN,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by

and through their undersigned counsel, request that the time period to notice a hearing on the

*Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*(II) Granting Related Relief* (the "<u>Administrative Claims Procedures Motion</u>"),[2] as required by Fed. R. Bankr. P. 2002 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and respectfully submit:

1.      <u>A shortened time hearing is requested because</u>:  An omnibus hearing (the "<u>Omnibus Hearing</u>") is scheduled for August 14, 2025.  The Administrative Claims Procedures set forth in the Administrative Claims Procedures Motion represents the only viable path forward which permits for any distribution to Administrative Claimants.  It is critical that the Debtors commence that process as soon as reasonably practicably possible so that the Debtors can provide the claimants with as much notice as possible in advance of the Election Deadline.  The Debtors previewed the relief requested in the Administrative Claims Procedures Motion with the Office of the United States Trustee and counsel for the Committee.

2.      <u>State the hearing date requested</u>:  The Debtors respectfully request that the Court hear the Administrative Claims Procedures Motion on August 14, 2025 (ET) at 11:30 a.m., the date that has been reserved for the Omnibus Hearing.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).


*[Remainder of Page Intentionally Left Blank.]*

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Administrative Claims Procedures Motion.

**WHEREFORE,** the Debtors respectfully request entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated:  August 6, 2025

/s/ Michael D. Sirota
_____

**COLE SCHOTZ P.C.**
Michael D.  Sirota, Esq.
Warren A.  Usatine, Esq.
Felice R.  Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**<u>Proposed Order</u>**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                     Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following page numbered three (3), is hereby **ORDERED**.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

(Page 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE |

Upon review of the Debtors' *Application for Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* (the "Application"),[3] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for the Administrative Claims Procedures Motion , be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT:**

1.    A hearing will be conducted on the Administrative Claims Procedures Motion on _____, 2025 at _____:_____ ___.m. (E.T.), before the Honorable Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2.    The Debtors must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3.    Service must be made within _____ days of the date of this Order.

4.    Notice by telephone is not required.

5.    Any objections to the Administrative Claims Procedures Motion must be filed no later than _____ days before the hearing.

6.    Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

---

[3]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.