**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO (I) NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO THE AUCTION OF CERTAIN OF THE DEBTORS' LEASES AND (II) NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES**

The undersigned hereby certifies that, as of the date hereof, the Debtors have not received any answer, objection or other responsive pleading to the *Notice of Successful and Backup Bidders With Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524] or the *Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. 1525] (collectively, the "Bid Notice Documents"),[2] each filed on July 22, 2025, or to the *Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Lease Assets* [Docket No. 1320], filed on July 3, 2025, with respect to the proposed sale or disposition of such Leases on **Exhibit A** hereto or to any Cure Costs with respect to such Leases. The undersigned further certifies that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Bid Notice Documents appears thereon, with respect to the proposed sale or disposition of such Leases on **Exhibit A** hereto or to the Cure Costs with respect to such Leases.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Bid Notice Documents.

2

Pursuant to the Bid Notice Documents, responsive pleadings to the proposed sale or disposition of such Leases identified on the Bid Notice Documents or to the Cure Costs with respect to such Leases were to be filed and served no later than August 5, 2025.

It is hereby respectfully requested that the Court enter orders approving the proposed sale or disposition of such Leases on **Exhibit A** hereto attached at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Dated: August 6, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
    wusatine@coleschotz.com
    fyudkin@coleschotz.com
    svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
    aeaton@paulweiss.com
    chopkins@paulweiss.com
    smitchell@paulweiss.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**Exhibit A**

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 246 | 337 WEST CHOCOLATE AVENUE, HERSHEY, PA, 17033 | CKAD HOLDINGS LLC, 285 DUNHAM DR, HUMMELSTOWN, PA 17033 | Landlord - CKAD Holdings LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $100,000.00 | N/A | August 31, 2025 |
| 1326 | 1801 KUSER ROAD, TRENTON, NJ, 08690 | RA2 MERCERVILLE LLC, C/O NAI HANSON MGMT LLC, 195 NORTH ST, STE 100, TETERBORO, NJ 07608 | Landlord - RA2 MERCERVILLE LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |
| 1404 | 30 GERMANTOWN ROAD, DANBURY, CT, 06810 | GERMANTOWN PLAZA, C/O HAWLEY REALTY, 30 GERMANTOWN ROAD, DANBURY, CT 06810-0000 | Anthony Pena | N/A | $29,634.58 | $14,900.83 | August 31, 2025 |
| 2422 | 480 WEST BERTSCH STREET, LANSFORD, PA, 18232 | LEONZI ENTERPRISES LLC, C/O JOSEPH P LEONZI, JR, 21 TAMAQUA ST, TAMAQUA, PA 18252 | Dollar General Corporation | N/A | $27,611.20 (Part of Package Deal totaling $136,590.46) | $13,270.50 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 2527 | 2101 ROUTE 70, MANCHESTER, NJ, 08759 | TITANIC ASSOCIATES, C/O THE HAMPSHIRE COMPANIES, 21 SOUTH STREET, MORRISTOWN, NJ 07960-0000 | Landlord - RA2 Lakehurst, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $100,000.00 | N/A | August 31, 2025 |
| 3288 | 3 FREETOWN ROAD, RAYMOND, NH, 03077 | DOUBLE RAYMOND, LLC, C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Dollar General Corporation | N/A | $49,709.83 (Part of Package Deal totaling $136,590.46) | $20,629.20 | August 31, 2025 |
| 3871 | 9300 LAKESIDE BOULEVARD, OWINGS MILLS, MD, 21117 | TURABDIN REALTY, 550 KINDERKAMACK RD, STE 107, ORADELL, NJ 07649 | Universal Group Companies | N/A | $71,046.79 | $31,481.62 | August 31, 2025 |
| 4812 | 981 WEST SIDE AVENUE, JERSEY CITY, NJ, 07306 | CLG PROPERTIES LLC, C/O CHARLES GROESCHKE, 15 JOANNA WAY, KINNELON, NJ 07405-0000 | Doleh 919 Food Corp | N/A | $206,000.00 | $81,503.52 | August 31, 2025 |

2

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 4965 | 201 GRACE STREET, PITTSBURGH, PA, 15211 | MT. WASHINGTON MOSITES, LP, 2425 HENRY W. OLIVER BLDG., 535 SMITHFIELD STREET, PITTSBURGH, PA 15222-2321 | Giant Eagle Inc | N/A | $90,000.00 | $19,182.56 | August 31, 2025 |
| 5187 | 1065 N.W. GILMAN BLVD., ISSAQUAH, WA, 98027 | 1170 NW GILMAN HOLDINGS LLC, C/O PACIFIC ASSET ADVISORS, INC, 14205 SE 36TH ST, STE 215, BELLEVUE, WA 98006 | Uwajimaya Tenant LLC | N/A | $300,000.00 | $48,322.59 | August 31, 2025 |
| 5239 | 1225 EAST SUNSET DR STE 110, BELLINGHAM, WA, 98226 | BLI SUNSET SQUARE, LLC, C/O TOURMALINE CAPITAL, 11250 EL CAMINO REAL,STE 102, SAN DIEGO, CA, 92130 | Landlord – BLI Sunset Square, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | September 30, 2025 |
| 5257 | 621 SOUTH LINCOLN ST., PORT ANGELES, WA, 98362 (Building Lease) | WEMBLEY PORPERTIES, INC., 11000 BATTLEMENT AVE, LAS VEGAS, NV 89134 | Landlord - Wembly Properties, Inc. | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $14,965.35 | July 31, 2025 |

3

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5261 | 19475 7TH AVENUE, NE, POULSBO, WA, 98370 | LOT-2-WILLIAMS-MULHOLLAND LLC, C/O EMILY AUTHENRIETH, 19351 8TH AVENUE NE, SUITE 151, POULSBO, WA 98370 | Landlord - Lot 2- Williams Mulholland LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $58,188.37 | July 31, 2025 |
| 5314 | 1308 NORTH 20TH AVENUE, PASCO, WA, 99301 | CSP PASCO, LLC, C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIR # 120, LARKSPUR, CA 94939 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $55,196.56 | September 30, 2025 |
| 5395 | 1900 SW COURT PLACE, PENDLETON, OR, 97801 | UNIVERSITY PLAZA LLC, P.O. BOX 1583, CORVALLIS, OR 97339-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $24,241.16 | August 31, 2025 |
| 5445 | 4322 SOUTH FIGUEROA STREET, LOS ANGELES, CA, 90037 | B.A.G. FIGVIEW #199C, LP, C/O B.A.G. INVESTMENTS, INC., 10100 CULVER BLVD., SUITE D, CULVER CITY, CA 90232-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $108,947.34 | August 31, 2025 |

4

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5464 | 11096 JEFFERSON BOULEVARD, CULVER CITY, CA, 90230 | RAINTREE REALTY LLC, 100 SHORELINE HIGHWAY, BUILDING B, SUITE 395, MILL VALLEY, CA 94941-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $47,142.37 | August 31, 2025 |
| 5491 | 2240 WEST SEPULVEDA BOULEVARD, TORRANCE, CA, 90501 | SOUTH BAY PROPERTIES LLC, C/O COASTLINE EQUITY, 1411 W 190TH ST, STE 225, GARDENA, CA 90248 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5694) | $28,252.27 | August 31, 2025 |
| 5549 | 12739 VAN NUYS BOULEVARD, PACOIMA, CA, 91331 | PACOIMA PLAZA, C/O THE PIKEN COMPANY, 12725 VENTURA BOULEVARD, SUITE A, STUDIO CITY, CA 91604-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $106,424.85 | August 31, 2025 |
| 5568 | 17266 SATICOY STREET, VAN NUYS, CA, 91406 | SATICOY PLAZA LLC, C/O NASS INC., 128 AUBURN COURT, SUITE 205, THOUSAND OAKS, CA 91362-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,958.34 | August 31, 2025 |

5

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5602 | 1841 EAST 4TH STREET, ONTARIO, CA, 91764 | MABELA VP, LP, 1321 WEST 11TH STREET, LOS ANGELES, CA 90015-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $47,958.98 | August 31, 2025 |
| 5615 | 507 TELEGRAPH CANYON ROAD, CHULA VISTA, CA, 91910 | CANYON GATEWAY PLAZA LLC, C/O MDS PROPERTY MANAGEMENT, 1333 E MADISON AVE., STE 102, EL CAJON, CA 92021-8572 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $41,079.22 | August 31, 2025 |
| 5623 | 2516 JAMACHA ROAD, EL CAJON, CA, 92019 | PL RANCHO LP, 500 N BROADWAY, STE 201, PO BOX 9010, JERIOCHO, NY 11753 | Landlord – PL Rancho LP | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |
| 5646 | 1735 EUCLID AVENUE, SAN DIEGO, CA, 92105 | OCEAN BLUE INVESTMENTS, LLC, 121 SWIFT, IRVINE, CA 92618 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $16,600.00 | August 31, 2025 |
| 5662 | 11845 CARMEL MOUNTAIN RD., SAN DIEGO, CA, 92128 | TAC PROPERTIES LLC, 50 UNITED NATIONS PLAZA #9B, NEW YORK, NY 10017 | Platinum Hill Capital LLC | N/A | $178,523.66 | $122,119.07 | August 31, 2025 |

6

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5666 | 3515 DELMAR HEIGHTS ROAD, SAN DIEGO, CA, 92130 | DEL MAR HIGHLANDS, C/O FIRST WASHINGTON REALTY, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Landlord - Del Mar Highlands Town Center Assoc. I , LLC | ALDI Inc. | $1,100,000.00 | $83,557.53 | July 31, 2025 |
| 5668 | 1854 CORONADO AVENUE, SAN DIEGO, CA, 92154 | GERSHMAN PROPERTIES LLC, 12300 WILSHIRE BLVD., SUITE 310, LOS ANGELES, CA 90025-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $60,972.23 | August 31, 2025 |
| 5694 | 1133 N. MOUNT VERNON AVE., COLTON, CA, 92324 | HIGHPOINT PROPERTIES, LP, C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048-5561 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5491) | $33,692.54 | August 31, 2025 |
| 5696 | 11673 CHERRY AVENUE, FONTANA, CA, 92337 | FONTANA SOUTHRIDGE PARTNERS LP, 8445 CAMINO SANTA FE STE 205, SAN DIEGO, CA 92121 | Landlord - Fontana Southridge Partners, LP | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $105,000.00. | N/A | August 31, 2025 |

7

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5700 | 4120 PHELAN ROAD, PHELAN, CA, 92371 | THE NIKI GROUP, LLC RAPLN1, C/O THE NIKI GROUP LLC, 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | ATV Hardware, Inc. | N/A | $112,000.00 | $58,745.59 | August 31, 2025 |
| 5736 | 24330 EL TORO ROAD, LAGUNA WOODS, CA, 92637 | MANP LAGUNA WOODS LLC, AND D&S TOULON, LLC, 250 NEWPORT CENTER DRIVE STE 300, NEWPORT BEACH, CA 92660 | Universal Group Companies | N/A | $138,810.62 | $91,895.94 | August 31, 2025 |
| 5739 | 12897 HARBOR BOULEVARD, GARDEN GROVE, CA, 92840 | LIFETIME BENEFITS TRUST FOR, C/O BETH HANSEN, SUCCESSOR TRUSTEE, 900 JEFFREY LANE, WALNUT CREEK, CA 94598-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,729.60 | August 31, 2025 |
| 5754 | 13151 JAMBOREE ROAD, TUSTIN, CA, 92782 | SANDERSON J RAY-TUSTIN RANCH, TUSTIN RANCH PLAZA, 19200 VON KARMAN AVE, STE 340, IRVINE, CA 92612 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $93,078.57 | August 31, 2025 |

8

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5786 | 5845 EAST LOS ANGELES AVE., SIMI VALLEY, CA, 93063 | ARCADIA LIVE OAK INV LLC, 252 S BEVERLY DR STE C, BEVERLY HILLS, CA 90212 | Landlord - Arcadia Live Oak Investments, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,416.58 | August 31, 2025 |
| 5793 | 159 WEST POLK STREET, COALINGA, CA, 93210 | 113 WEST POLK STREET LLC, C/O MANCO ABBOTT, INC, PO BOX 9440, FRESNO, CA 93792 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $25,833.32 | August 31, 2025 |
| 5799 | 66 WEST MORTON AVENUE, PORTERVILLE, CA, 93257 | WILSON H PARK & HYESUN PARK, 77 FREMONT PLACE, LOS ANGELES, CA 90005 | Fisel Obaid/Apple Supermarkets | N/A | $103,000.00 | $39,558.84 | August 31, 2025 |
| 5807 | 2501 HIGHWAY 46, WASCO, CA, 93280 | PAVILION DEVELOPMENT FOUR, C/O PAVILION PROPERTIES, 7080 NORTH MARKS AVENUE, SUITE 118, FRESNO, CA 93711-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $22,508.00 | August 31, 2025 |
| 5814 | 2505 MT VERNON AVENUE, BAKERSFIELD, CA, 93306 | T-M MFG CO, 1345 CORINNE LN, MENLO PARK, CA 94025 | Fisel Obaid/Apple Supermarkets | N/A | $100,000.00 | $47,494.15 | August 31, 2025 |

9

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5865 | 2011 WEST SHAW AVENUE, FRESNO, CA, 93711 | 2097 W SHAW LLC, 29231 HEATHERCLIFF RD, UNIT 1, MALIBU, CA 90265 | Landlord - Raarama-11 LLC | N/A | Full Waiver of Prepetition plus $50,000.00. | $32,735.24 | August 31, 2025 |
| 5879 | 650 WALNUT AVENUE, GREENFIELD, CA, 93927 | WY HERITAGE GROVE LLC, 1630 OAKLAND RD #A215, SAN JOSE, CA 95131 | Westlake Hardware, Inc. | N/A | $40,000.00 | $54,760.50 | August 31, 2025 |
| 5893 | 2150 ROOSEVELT AVENUE, REDWOOD CITY, CA, 94061 | FAIR OAKS LLC, P.O. BOX 1203, LOS ALTOS, CA 94023-0000 | Landlord - Fair Oaks, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $88,828.47 | July 31, 2025 |
| 5941 | 135 SUNSET AVENUE, SUISUN CITY, CA, 94585 | CENTRE PLACE WALNUT CREEK LLC, C/O HALL EQUITIES GROUP, 150 N WIGET LANE, STE 250, WALNUT CREEK, CA 94598 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $98,435.77 | August 31, 2025 |
| 5944 | 2819 HOPYARD ROAD, PLEASANTON, CA, 94588 | BLUE MERCED R1414 LLC, 252 S BEVERLY DR, STE C, BEVERLY HILLS, CA 90212 | Landlord - Blue Merfced R 1414, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,484.77 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5975 | 16000 MONTEREY STREET, MORGAN HILL, CA, 95037 | TONI A DIMICELI REVOCABLE TRUS, C/O COLLIERS INTERNATIONAL, 225 W SANTA CLARA ST 10FL #1000, SAN JOSE, CA 95113 | Landlord – Toni A. Dimiceli Revocable Truste | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |
| 6015 | 1449 EAST F STREET SUITE 102, OAKDALE, CA, 95361 | FOOTHILL OAKS SHOPPING CENTER, 308 GREENWICH LANE, MODESTO, CA 95355-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $21,666.66 | August 31, 2025 |
| 6084 | 980 FLORIN ROAD, SACRAMENTO, CA, 95831 | PETER BOLLINGER INVESTMENT, C/O INTERCAL REAL ESTATE CORP., 540 FULTON AVENUE, SACRAMENTO, CA 95825-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $86,738.65 | August 31, 2025 |
| 6303 | 3225 PANAMA LANE, BAKERSFIELD, CA, 93313 | CONTEMPO TEMPE, 3939 BERNARD STREET, SUITE 1, BAKERSFIELD, CA 93306-0000 | Abdusalam Ali | N/A | $118,723.99 | $71,999.41 | August 31, 2025 |

11

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6346 | 211 CHERRY AVENUE, LONG BEACH, CA, 90802 | RICH/CHERRY LLC, 1000 NORTH WESTERN AVENUE, SUITE 200, SAN PEDRO, CA 90732-0000 | Landlord – Rich/Cherry, LLC | N/A | Full Waiver of Prepetition Obligations and August Rent and related occupancy charges. | $30,656.03 | August 31, 2025 |
| 6764 | 1710 N FARMERSVILLE BLVD, FARMERSVILLE, CA, 93223 | XUAN NGA THI NGUYEN, 671 SHETLAND COURT, MILIPITAS, CA 95035 | Fisel Obaid | N/A | $60,000.00 | $0.00 | August 31, 2025 |
| 6768 | 150 W KERN AVE, MCFARLAND, CA, 93250 | KERNYEE PROPERTY LLC, PO BOX 8433, RANCHO SANTA FE, CA 92067-8433 | Saif Ali | N/A | $150,000.00 | $66,069.39 | August 31, 2025 |
| 6928 | 14130 JUANITA DR NE STE 107, KIRKLAND, WA, 98034 | INGLEWOOD VILLAGE LLC, C/O TOURMALINE CAPITAL, 11250 EL CAMINO REAL, STE 102, SAN DIEGO, CA, 92130 | Landlord – Inglewood Village LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | September 30, 2025 |
| 6939 | 5500 OLYMPIC DR, GIG HARBOR, WA, 98335 | WWR PROPERTIES, 3803 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WA 98466 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $62,642.38 | September 30, 2025 |

12

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6990 | 3909 HOYT AVE, EVERETT, WA, 98201 | JONES LANG LASALLE AMERICAS, TEC PLLC, 3901 HOYT AVE, EVERETT, WA 98201 | Karmayoghi LLC | N/A | $11,788.00 | $5,665.16 | August 31, 2025 |
| 10273 | 53 SOUTH BROADWAY, SALEM, NH, 03079 | GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST, 27 EASTMAN STREET, NASHUA, NH 03060 | Landlord - GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST | HCA Health Services of New Hampshire, Inc. | $251,000.00 | $19,220.25 | August 31, 2025 |
| 10297 | 73 EXETER ROAD, NEWMARKET, NH, 03857 | NEWMARK LLC, 100 CONIFER HILL DR, STE 402, DANVERS, MA 01923 | Dollar General Corporation | N/A | $59,269.43 (Part of Package Deal totaling $136,590.46) | $25,000.00 | August 31, 2025 |
| 10490 | 1889 SOUTH LINCOLN AVENUE, VINELAND, NJ, 08361 | SRP VINELAND LLC, PO BOX 3844, WILMINGTON, DE 19807 | Landlord - SRP Vineland, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $250,000.00. | N/A | July 31, 2025 |
| 10640 | 391 WEST MAIN STREET, HUNTINGTON, NY, 11743 | LIGHTHOUSE COMMONS, LLC, 220 WESTBURY AVENUE, SUITE 200, CARLE PLACE, NY 11514-0000 | Value Drug Stores, Inc. | N/A | $214,076.80 | $92,253.34 | August 31, 2025 |

13

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 10916 | 517 BEAVER STREET, SEWICKLEY, PA, 15143 | GLIMCOR SEWICKLEY 1995 LIMITED, ONE MELLON BANK CENTER, 500 GRANT STREET, SUITE 2000, PITTSBURGH, PA 15219 | Giant Eagle Inc | N/A | $78,508.00 | $41,646.52 | August 31, 2025 |
| 11122 | 284 EAST LANCASTER AVENUE, WYNNEWOOD, PA, 19096 | WHITEMARSH INVESTMENT ASSOCIAT, C/O CBRE, 555 E LANCASTER AVE, STE 120, RADNOT, PA 19087 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $44,056.18 | August 31, 2025 |
| 11139 | 6515 CASTOR AVENUE, PHILADELPHIA, PA, 19149 | 6515 ASSOCIATES LP, C/O GOODMAN PROPERTIES, 636 OLD YORK ROAD, SECOND FLOOR, JENKINTOWN, PA 19046 | R&F Investment LLC | N/A | $135,555.82 | $66,660.46 | August 31, 2025 |