**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF**
**DAVID MACGREEVEY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated July 3, 2025 [Docket No. 1315] (the "Original Declaration"), my first supplemental declaration dated July 10, 2025 [Docket No. 1379] (the "First Supplemental Declaration"), and my second supplemental declaration dated July 16, 2025 [Docket No. 1461] (the "Second Supplemental Declaration").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration, the First Supplemental Declaration, and the Second Supplemental Declaration.

4.   Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

  - CDPQ – debt investments in Bank of America Corp., Bank of Montreal, The Goldman Sachs Group Inc., and Wells Fargo & Co., in each case representing less than one percent (1%) of total assets under management; equity investments in Bank of America Corp., Bank of Montreal, Capital One Financial Corp., Cathay Financial Holding Co. Ltd., Comerica Inc., M&T Bank Corp., Siemens AG, The Goldman Sachs Group Inc., The PNC Financial Services Group Inc., UBS Group AG, US Bancorp., and Wells Fargo & Co., in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.
  - IVC – no investments in the Investor Search Parties.
  - PSP – investments in Bank of America Corp., Capital One Financial Corp., Cathay Financial Holding Co. Ltd., Fulton Financial Corp., ING Groep NV, International Paper Co., M&T Bank Corp., Morgan Stanley, Royal Bank of Canada, Siemens AG, The PNC Financial Services Group Inc., US Bancorp, Wells Fargo & Co., and WSFS Financial Corp, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

- As previously disclosed, AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

  - ArentFox Schiff LLP, a notice of appearance party in these Chapter 11 Cases, is a current or former legal services provider to an AP investor or one of its affiliates.

  - Cohen Seglias Pallas Greenhall & Furman P.C., a notice of appearance party in these Chapter 11 Cases, is a current or former legal services provider to an AP investor or one of its affiliates.

  - Debevoise & Plimpton LLP, a notice of appearance party in these Chapter 11 Cases, was counsel for an adverse party in former litigation to which a Board member was a party.

2

- o McCarter & English, LLP, a notice of appearance party in these Chapter 11 Cases, is a current or former legal services provider to an AP investor or one of its affiliates.

- A significant number of parties in interest that are categorized as a notice of appearance party in these Chapter 11 Cases are and/or were also lessors, professionals, opposing counsel and/or counsel to current and former AP clients in matters unrelated to Debtors. To the extent AP has additional connections to parties in these categories, they are disclosed herein.

- Albertson's LLC, a potential buyer / assignee in these Chapter 11 Cases, and affiliated entities ("Albertson's"), are adverse litigation parties, lessors, litigation parties and non-adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Albertson's is a current AP client in matters unrelated to the Debtors.

- Altamed Health Services Corporation, a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- American Home Assurance Company, a notice of appearance party in these Chapter 11 Cases, and affiliated entities ("American Home"), are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. American Home is a current AP client in matters unrelated to the Debtors.

- ArentFox Schiff LLP, a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Bayard, P.A., a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Beacon Hill Staffing Group, a vendor to the Debtors, and affiliated entities, are legal service providers to AP.

- Benderson Development Group, a notice of appearance party in these Chapter 11 Cases, was a member of the official committee of unsecured creditors that retained AP in Tops Holding II Corporation, a former bankruptcy matter unrelated to the Debtors.

- Blackline Systems, Inc., a contract counterparty to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Boston Gas Company, a notice of appearance party in these Chapter 11 Cases, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Bryan Cave Leighton Paisner LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors.

- Center for Environmental Health, a litigation party to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Chiesa Shahinian & Giantomasi PC, a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Clakson Law Firm, a litigation party to the Debtors, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Clakson Law Firm is a former AP client in matters unrelated to the Debtors.

- Commonspirit Health - Mercy Medical Center Mt. Shasta and Commonspirit Health - Mercy Medical Center, Redding, contract counterparties to the Debtors, and affiliated entities, are lenders to a current AP client in matters unrelated to the Debtors.

- Community Health Systems, Inc., a contract counterparty to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Computershare Trust Company ("Computershare"), a member of the Official Committee of Unsecured Creditors and a debt holder in these Chapter 11 Cases, is a professional to current and former AP clients in matters unrelated to the Debtors. Computershare is a current and former AP client in matters unrelated to the Debtors.

- CSC Delaware Trust Company, as successor trustee, an ex-officio member of the Official Committee of Unsecured Creditors and a notice of appearance party in these Chapter 11 Cases, and affiliated entities ("CSC"), are bondholders, lienholders and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors. CSC was a member of the official committee of unsecured creditors that retained AP in CBL & Associates Properties, a former bankruptcy matter unrelated to the Debtors.

- CVS Pharmacy, Inc., a potential buyer / assignee in these Chapter 11 Cases, and affiliated entities ("CVS"), are related parties, lessors, litigation parties, non-adverse litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. CVS is a current and former AP client in matters unrelated to the Debtors. CVS is a former employer of current AP employees. CVS is an employee benefits provider to AP.

- Debevoise & Plimpton LLP, a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors. Debevoise & Plimpton LLP is a former employer of current AP employees. Debevoise & Plimpton LLP was counsel in litigation to which AP was a party. Debevoise & Plimpton LLP is a vendor to AP.

- DLA Piper LLP (US), a notice of appearance party in these Chapter 11 Cases, and affiliated entities ("DLA Piper"), are current and former AP clients in matters unrelated to the Debtors. DLA Piper is a legal service provider to AP.

- Donald Brown, a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Duane Morris LLP, a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Ethan Conrad, a potential buyer / assignee in these Chapter 11 Cases, and affiliated entities, are lessors to current and former AP clients in matters unrelated to the Debtors.

- Fred Meyer Stores, Inc., a potential buyer / assignee in these Chapter 11 Cases, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Giant Eagle, Inc., a potential buyer / assignee in these Chapter 11 Cases, is a non-adverse litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Giant of Maryland LLC, a potential buyer / assignee in these Chapter 11 Cases, and affiliated entities, are non-adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Gibbons P.C., a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Greenbaum, Rowe, Smith & Davis LLP, a notice of appearance party in these Chapter 11 Cases, is a legal service provider to AP.

- Greenberg Traurig, LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors.

- Ice Miller LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors. Ice Miller LLP is a former employer of a current AP employee.

- IPSOS MMA, Inc., a notice of appearance party in these Chapter 11 Cases, and affiliated entities, are former employers of current AP employees.

- Jamaica Hospital Medical Center, a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Jamestown S'Klallam Tribe, a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

5

- Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinis, P.C., a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Jefferson Health – Northeast, a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Kaplin Stewart Meloff Reiter & Stein, P.C., a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Klehr, Harrison, Harvey, Branzburg LLP, a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Kleinbard LLC, a litigation party to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- KnowBe4, a contract counterparty to the Debtors, is a professional and associated company to current and former AP clients in matters unrelated to the Debtors.

- Konica Minolta Premier Finance, a secured debtholder in these Chapter 11 Cases, and affiliated entities ("Konica Minolta"), are lienholders and lessors to current and former AP clients in matters unrelated to the Debtors. Konica Minolta is a former AP client in matters unrelated to the Debtors.

- KPH Healthcare Services, Inc., a potential buyer / assignee in these Chapter 11 Cases, is a non-adverse litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Lexington Insurance Company ("Lexington Insurance"), a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party and non-adverse litigation party to current and former AP clients in matters unrelated to the Debtors. Lexington Insurance is a current AP client in matters unrelated to the Debtors.

- Lexington Law Group, a litigation party to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Major, Lindsey, & Africa, a contract counterparty to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors. Major, Lindsey, & Africa is a vendor to AP.

- Marshall Hospital, a contract counterparty to the Debtors, and affiliated entities, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Massachusetts Electric Company, a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., a notice of appearance party in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Morrison Cohen LLP, a notice of appearance party in these Chapter 11 Cases, is a legal service provider to AP.

- Newmark LLC and Newmark Partners, LP, landlords and vendors to the Debtors, and affiliated entities ("Newmark"), are bondholders, professionals and lenders to current and former AP clients in matters unrelated to the Debtors. Newmark is a former employer of a current AP employee.

- Novo Nordisk Inc., a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party and non-adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- NStar Electric Company, a notice of appearance party in these Chapter 11 Cases, is a litigation party to a current AP client in matters unrelated to the Debtors.

- NYCB, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliated entities ("Flagstar"), are non-adverse litigation parties to a current AP client in matters unrelated to the Debtors. Flagstar is a current AP client in matters unrelated to the Debtors. Flagstar is a former employer of a current AP employee.

- Ohio Power Company D/B/A AEP Ohio, a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Providence Health dba Providence Seaside Hospital, a contract counterparty to the Debtors, and affiliated entities, are lenders to former AP clients in matters unrelated to the Debtors.

- Pryor Cashman LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors.

- Richmond University Medical Center, a contract counterparty to the Debtors, is a former employer of a current AP employee.

- Robinson & Cole LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors.

- Rutgers, The State University of New Jersey ("Rutgers"), a contract counterparty to the Debtors, is a limited partner to a former AP client in matters unrelated to the Debtors. Rutgers is a former employer of a current AP employee.

- Seyfarth Shaw LLP, a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors. Seyfarth Shaw LLP is a former employer of a current AP employee.

7

- Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin"), a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors. Sheppard Mullin is a legal service provider to AP.

- Sills Cummis & Gross P.C., a notice of appearance party and UCC professional in these Chapter 11 Cases, is a former AP client in matters unrelated to the Debtors.

- Spencer Sheehan, a litigation party to the Debtors, is opposing counsel to a former AP client in matters unrelated to the Debtors.

- Squire Patton Boggs (US) LLP ("Squire Patton"), a notice of appearance party in these Chapter 11 Cases, is a current and former AP client in matters unrelated to the Debtors. Squire Patton is a legal service provider to AP.

- State Street Partners and State Street Partners LLC, former SPA claimants, landlords and vendors to the Debtors, and affiliated entities ("State Street"), are bondholders, lienholders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Stradley, Ronon, Stevens & Young, LLP, a litigation party to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Summit Apartments, Inc., a notice of appearance party in these Chapter 11 Cases, is a related party to a current AP client in matters unrelated to the Debtors.

- The City of Richmond, a contract counterparty to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The Connecticut Light & Power Company, a notice of appearance party in these Chapter 11 Cases, is a bondholder to a current AP client in matters unrelated to the Debtors.

- The County of Lane, a contract counterparty to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The County of Tulare, a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- The Golub Corporation, a potential buyer / assignee in these Chapter 11 Cases, is an adverse litigation party and non-adverse litigation party to former AP clients in matters unrelated to the Debtors. The Golub Corporation is a current and former AP client in matters unrelated to the Debtors.

- The Insurance Company of the State of Pennsylvania, a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- The Internal Revenue Service ("IRS"), a vendor to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors. The IRS is a current AP client in matters unrelated to the Debtors.

- The United States Department of Justice, a vendor to the Debtors, is opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Thomas Jefferson University Hospitals, Inc., a contract counterparty to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Walgreen's Corporation, a potential buyer / assignee in these Chapter 11 Cases, and affiliated entities ("Walgreen's"), are adverse litigation parties, non-adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Walgreen's is a current and former AP client in matters unrelated to the Debtors. Walgreen's is a former employer of current AP employees.

- Weis Markets, Inc., a potential buyer / assignee in these Chapter 11 Cases, is a non-adverse litigation party to a former AP client in matters unrelated to the Debtors.

- White and Williams LLP, a notice of appearance party in these Chapter 11 Cases, is a lienholder to a former AP client in matters unrelated to the Debtors.

- Williams Scotsman, Inc., a notice of appearance party in these Chapter 11 Cases, is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Wollmuth Maher & Deutsch LLP, a notice of appearance party in these Chapter 11 Cases, is a legal service provider to AP.

- Younessi Law, a litigation party to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: August 7, 2025  
      New York, NY

AlixPartners, LLP

*/s/ David MacGreevey*  
David MacGreevey  
Partner & Managing Director