# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:

NEW RITE AID, LLC, et al.,
Debtors in Possession

Case No. 25-14861

**Chief Clerk Use Only:**
Ancillary Matter Docket No.     Time
Stamp:
BY: _____
DEPUTY CLERK

## Ancillary Matter Cover Sheet

The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Commencement of Ancillary Matter:

____ Complaint            ____ Application
**X** Sale Objection      ____ Other _____

Lead Plaintiff/Petitioner/Objector Name: Manishkumar C Patel

Lead Defendant/Respondent Name: NEW RITE AID, LLC, et al., (In Liquidation)

Plaintiff/Petitioner/Objector Attorney's Name:

_____

_____**X**_____ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant) Nature of the Ancillary Matter:

**X** Objection to Notice of Determination to Proof of Claim No(s). 25-14861
(List all proof of claim numbers included in this Objection. Attach a separate sheet if necessary.)

_____ Action by Liquidator

_____ Action by third party, as approved by the Court on _____ (date)

**Related Matters:** Are there any related or ancillary matters, including unresolved proofs of claim pending before the Liquidator, in this court or any other federal or state court or agency?

____Yes ____No If yes, attach a list indicating the court or agency, caption, and docket or proof of claim number(s).

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Manishkumar C Patel<br>Objector | : Objection to Notice of Determination<br>:<br>: Re: Proof of Claim No. 25-14861<br>:<br>:|
| v. | :<br>: |
| New Rite Aid, LLC, et al.,<br>(In Liquidation)<br>          Respondent | :<br>:<br>:<br>: |
| | : No. 25-14861 |
| (Ancillary matter to IN RE:<br>New Rite Aid, LLC, et al.,<br>(In Liquidation)<br>   No. 25-14861 | :<br>:<br>:<br>: |

NOW COMES Manishkumar Patel hereby submits this Sale Objection (the "Objection") to the proposed sale of the real property located at 1781 Stefko Boulevard Bethlehem, Pennsylvania identified in the Debtor's "Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Fee Owned Property" [Docket No. 1788] (the "Notice"), and in support thereof, states as follows:

BACKGROUND:

1. On June 11, 2025, this Court entered an order (the "Sale Procedures Order") [Docket No. 804] establishing bidding and sale procedures for the auction and sale of certain fee owned properties of the Debtors.

2. On August 1, 2025, the Debtors conducted the auction in accordance with the Sale Procedures Order.

3. On August 4, 2025, the Debtors filed the Notice identifying Nima Hadian as the Successful Bidder for the subject property, and set the Sale Hearing for August 14, 2025 at 11:30 a.m. ET.

4. The deadline to object to the proposed sale is August 7, 2025 at 5:00 p.m. ET.

OBJECTION

5. Manishkumar C Patel objects to the proposed sale of the property located at 1781 Stefko Boulevard Bethlehem, Pennsylvania Store No. 836G, for the following reason:

   a. Inadequate Sale Price: The proposed sale price of $150,000 is grossly inadequate in light of comparable market valuations and recent sales of similar properties in the area.

6. Objector reserves the right to raise additional arguments and submit evidence at the Sale Hearing.

RELIEF REQUESTED

WHEREFORE, Manishkumar C Patel respectfully requests that the Court:

a) Deny approval of the proposed sale of the property located at 1781 Stefko Boulevard Bethlehem, Pennsylvania Store No. 836G to Nima Hadian;

b) Alternatively, reopen bidding for the subject property to ensure a fair and competitive process;

c) Grant such other and further relief as the Court deems just and proper.


August 7, 2025

Respectfully submitted,

*(signature)*

Manishkumar C Patel

221 Mill Race Drive

Easton, PA 18045

610-360-2929

manishcp@yahoo.com