# EXHIBIT "A"

**TANDEM EQUITIES, L.L.C.**
**355 Lynn Street**
**Harrington Park, NJ 07640**

**July 14, 2025**

# INVOICE

**Store 4205, 81 First Avenue, NY, NY 10003**

| | |
|---|---|
| **Rent:** | |
| **April, 2025** | $ 37,500.00 |
| **May, 2025** | $ 37,500.00 |
| **Real Estate Tax** | $100,025.26 |
| **Sign Fees** | $      395.00 |
| **Legal Fee** | $   3,500.00 |



# Property Tax Bill Quarterly Statement
*Activity through June 7, 2025*

Owner name: TANDEM EQUITIES, L.L.C.
Property address: 79 1 AVENUE

| Borough | Block | Lot |
|---|---|---|
| 1 | 00446 | 0029 |

### How much do I owe?

| | |
|---|---:|
| Outstanding charges | $0.00 |
| New charges | $100,420.26 |
| **Total amount due by July 1, 2025** | **$100,420.26** |

## Ways to pay:

### Most common way to pay



**Online**

Go to **www.nyc.gov/citypay** or scan the QR code to the right with your phone. Use your BBL (gray box, top left) to search for your property. Most people pay in five minutes or less.



*No fees when you pay from your checking account (e-check) or electronic wire transfer.*

### Other ways to pay



**By Mail**

Remove the detachable slip (below) and mail it with your payment. Payment processed in 7-10 business days.



**In Person**

Visit a DOF business center with a copy of this bill. See www.nyc.gov/visitdof for locations. Open Monday to Friday, 8:30 a.m. to 4:30 p.m. Wait times may vary.

---

1400.01 - LD - 40 - 2 - 0 - 4 - 28560

**Borough: 1    Block: 00446    Lot: 0029**
Write this in your check's memo line: BBL 1-00446-0029



**Statement of Account**
66 John Street
Room 104 Mailroom
New York, NY 10038

| Want faster payment processing and instant confirmation? |
|---|
| Pay online at www.nyc.gov/citypay |

**Amount Due 07/01/25:**    $100,420.26

**Amount Enclosed:** [          ]

#802974225060701#
TANDEM EQUITIES, L.L.C.
C/O RITE AID HDQTRS CORP
P.O. BOX 3165
HARRISBURG PA 17105-3165

**Make checks payable & mail payment to:**
NYC Department of Finance
PO Box 5536
Binghamton NY 13902-5536

5536   10044600290   0010042026   250701   1   2026   8



# Thank you for your payment.

| | |
|---|---|
| **Payment Amount:** | $100,420.26 |
| **Receipt Number:** | CPY046896006 |
| **Transaction Date:** | 07/01/2025 4:49:17 PM |

| | |
|---|---|
| **Payment Type:** | CHECK *****0514 |

2 of 2

You will provisionally receive credit for making your payment on the date that you click the Process Payment button on this website. However, it may take up to two or more business days for your payment to be reflected on this website. Your payment will not be considered final until it is deemed settled by your financial institution. This means that if, for example, there is not enough money in your bank account or if your payment fails to settle, you will not receive credit for making your payment. Your bill will be reinstated, and you may be charged interest and penalties.

Tax Type: Amount Due Today $100,420.26
Account ID: N/A
Period Begin: N/A
BBLE: 1-00446-0029

**Payment Amount: $100,420.26**

2 of 2