UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In re:

NEW RITE AID, LLC, et al.,

            Debtors.

Case No.: 25-14861 (MBK)

Chapter: 11

## CERTIFICATION OF SERVICE

1. I, __Moshie Solomon__ :

   ☒ represent __Tandem Equities L.L.C.__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 7, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Limited Objection of Tandem Equities L.L.C. to Notice of Assumption and Assignment of Lease

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 7, 2025__

/s/ Moshie Solomon
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br><br>Alice Belisle Eaton (aeaton@paulweiss.com)<br>Christopher Hopkins (chopkins@paulweiss.com)<br>Nick Krislov (nkrislov@paulweiss.com)) | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br><br>Michael D. Sirota (msirota@coleschotz.com)<br>Warren A. Usatine (wusatine@coleschotz.com)<br>Felice R. Yudkin (FYudkin@coleschotz.com)<br>Seth Van Aalten (svanaalten@coleschotz.com) | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>Jeffrey M. Sponder (jeffrey.m.sponder@usdoj.gov)<br>Lauren Bielskie (lauren.bielskie@usdoj.gov) | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br><br>John F. Ventola (jventola@choate.com),<br>Jonathan D. Marshall (jmarshall@choate.com)<br>Mark D. Silva (msilva@choate.com) | Counsel to the Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg Traurig, LLP,<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br><br>Alan J. Brody (brodya@gtlaw.com)<br>Julia Frost-Davies (julia.frostdavies@gtlaw.com)) | Counsel to the Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>Brett H. Miller (bmiller@willkie.com)<br>Todd M. Goren (tgoren@willkie.com)<br>James H. Burbage (jburbage@willkie.come)<br>Jessica D. Graber (jgraber@willkie.com) | Proposed co-counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br><br>Andrew S. Sherman (asherman@sillscummis.com)<br>Boris Mankovetskiy (bmankovetskiy@sillscummis.com)<br>Gregory Kopacz (gkopacz@sillscummis.com) | Proposed co-counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Billig Loughlin and Silver<br>461 Broadway<br>Monticello, New York 12701<br><br>jbillig@blslaw.net | Counsel to the Sucessful Bidder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*