# EXHIBIT 1

**(Property Tax Invoices)**

56030559.1



# City Of Norwalk

| | |
|---|---|
| City Of Norwalk | |
| 125 East Avenue  Room 105 | |
| Norwalk, CT 06851 | |
| (203) 854-7731 | |

## Bill Information



### Taxpayer Information

| | | | |
|---|---|---|---|
| Bill # | 2024-1-0110436 (REAL ESTATE) | Town Benefit | |
| Unique ID | 3-12-4-0 | Elderly Benefit | |
| District/Flag | District: 3 | | |
| Name | GENUARIO MARY ANN | Assessment | 190,000 |
| Care of/DBA | | Reduction due to phase in | 4,924 |
| Address | | Net | 185,076 |
| Detail Information | 23 ST JOHN ST | Mill Rate | Town 23.90 |
| Volume/Page | | | |

### Bill Information As of 08/01/2025

| Installment | Due Date | Town | Sewer Use | |
|---|---|---|---|---|
| Inst #1 | 07/01/2025 | 2,211.67 | | |
| Inst #2 | 01/01/2026 | 2,211.67 | | |
| Inst #3 | | | | |
| Inst #4 | | | | |
| Total Adjustments | | 0.00 | 0.00 | |
| Total Installment + Adjustment | | 4,423.34 | | |
| Total Payments | | 0.00 | | |

| Total Due | |
|---|---|
| Tax/ Princ/ Bond Due | 2,211.67 |
| Interest Due | 0.00 |
| Lien Due | 0.00 |
| Fee Due | 0.00 |
| **Total Due Now** | 2,211.67 |
| **Balance Due** | 4,423.34 |

*** Note: This is not a tax form, please contact your financial advisor for information regarding tax reporting. ***

### Payment History

| Payment Date | Type | Tax/Principal/Bond | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| Total | | 0.00 | 0.00 | | | 0.00 |

**\*\*\* Total payments made to taxes in** 2024 — $0.00



# City Of Norwalk

City Of Norwalk
125 East Avenue  Room 105

Norwalk, CT 06851
(203) 854-7731

## Bill Information



### Taxpayer Information

| | | | |
|---|---|---|---|
| Bill # | 2024-1-0110437 (REAL ESTATE) | Town Benefit | |
| Unique ID | 3-12-7-0 | Elderly Benefit | |
| District/Flag | District: 3 | | |
| Name | GENUARIO MARY ANN | Assessment | 2,039,420 |
| Care of/DBA | | Reduction due to phase in | 0 |
| Address | | Net | 2,039,420 |
| Detail Information | 190 EAST AVE | Mill Rate | Town 23.90 |
| Volume/Page | | | |

### Bill Information As of 08/01/2025

| Installment | Due Date | Town | Sewer Use | | Total Due | |
|---|---|---|---|---|---|---|
| Inst #1 | 07/01/2025 | 24,371.17 | 325.50 | | Tax/ Princ/ Bond Due | 24,696.67 |
| Inst #2 | 01/01/2026 | 24,371.17 | 325.50 | | | |
| Inst #3 | | | | | Interest Due | 0.00 |
| Inst #4 | | | | | Lien Due | 0.00 |
| Total Adjustments | | 0.00 | 0.00 | | Fee Due | 0.00 |
| Total Installment + Adjustment | | 48,742.34 | 651.00 | | **Total Due Now** | 24,696.67 |
| Total Payments | | 0.00 | | | **Balance Due** | 49,393.34 |

*** Note: This is not a tax form, please contact your financial advisor for information regarding tax reporting. ***

### Payment History

| Payment Date | Type | Tax/Principal/Bond | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| Total | | 0.00 | 0.00 | | | 0.00 |

*** Total payments made to taxes in 2024                                                                $0.00