| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**SAUL EWING LLP**<br>Monique B. DiSabatino, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6806<br>monique.disabatino@saul.com<br><br>*Counsel for Mary Ann Genuario* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, Esquire, hereby certify that on August 7, 2025, a copy of the *Limited Objection of Mary Ann Genuario to Notice of Assumption and Assignment of Certain of the Debtors' Leases* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

               **SAUL EWING LLP**

               */s/ Monique DiSabatino*
               Monique B. DiSabatino (DE Bar No. 6027)
               1201 North Market Street, Suite 2300
               P.O. Box 1266
               Wilmington, DE 19899
               (302) 421-6806

# SERVICE LIST

Alice Belisle Eaton, Esquire
Christopher Hopkins, Esquire
Nick Krislov, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
aeaton@paulweiss.com
chopkins@paulweiss.com
nkrislov@paulweiss.com
*(Debtors' Co-Counsel)*

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Seth Van Aalten, Esquire
Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
FYudkin@coleschotz.com
svanaalten@coleschotz.com
*(Debtors' Co-Counsel)*

Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
Office of the United States Trustee for the District of New Jersey
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov
*(US Trustee)*

Alan J. Brody, Esquire
Julia Frost-Davies, Esquire
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com
julia.frostdavies@gtlaw.com
*(Counsel to the Prepetition ABL Agent and the DIP Agent)*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Mark D. Silva, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
msilva@choate.com
*(Counsel to the Prepetition ABL Agent and the DIP Agent)*

Brett H. Miller, Esquire
Todd M. Goren, Esquire
James H. Burbage, Esquire
Jessica D. Graber, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
bmiller@willkie.com
tgoren@willkie.com
jburbage@willkie.come
jgraber@willkie.com
*(Co-Counsel to the Committee)*

Andrew S. Sherman, Esquire
Boris Mankovetskiy, Esquire
Gregory Kopacz, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com
*(Co-Counsel to the Committee)*

56030559.1