| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradshaw Rost<br>**TENENBAUM & SAAS P.C.**<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD  20815<br>Tel:  (301) 961-5300<br>Fax:  (301) 961-5305<br>E-mail: brost@tspclaw.com<br><br>-and-<br><br>Douglas G. Leney<br>**ARCHER & GREINER, P.C.**<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043<br>Tel:  (215) 963-3300<br>Fax:  (215) 963-9999<br>E-mail:  dleney@archerlaw.com<br><br>*Counsel for Westminster Granite Main LLC* | |
| In re:<br><br><br>NEW RITE AID, LLC, *et al.*[1]<br><br><br>Debtors. | Chapter 11<br><br>Case Number:  25-14861-MBK<br>         (Jointly Administered)<br><br>Hon. Michael B. Kaplan |

**DECLARATION OF BRADSHAW ROST IN SUPPORT OF SUPPLEMENT TO LIMITED OBJECTION FILED BY WESTMINSTER GRANITE MAIN LLC [DKT #1309] TO TENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES.**

I, BRADSHAW ROST, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at: https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. I am over the age of eighteen and competent to testify to the matters set forth herein which are based upon my personal knowledge unless otherwise indicated.

2. I am counsel for Westminster Granite Main LLC ("Westminster Landlord") in the above captioned proceeding. Attached hereto as Exhibits Nos. "1", "2", "3", "4" and "5" exhibits are true and accurate copies of e-mail communications between myself and representatives of the Westminster Landlord with the debtor Rite Aid of Maryland, Inc. ("RAM") and RAM's counsel and agents.

3. The exhibits are referenced in the Supplement to the Limited Objection filed by the Westminster Landlord on July 2, 2025 [Dkt #1309] to the Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases ("Tenth Notice of Objection") filed by the Debtor on June 25, 2025 [Dkt #1093].

August 8, 2025                                              *Bradshaw Rost*_____
                                                            Bradshaw Rost