# Exhibit No 1 to Rost Declaration
# Re: Supplement to Limited Objection

## Rost, Brad

| | |
|---|---|
| **From:** | Rost, Brad |
| **Sent:** | Friday, June 6, 2025 6:24 AM |
| **To:** | 'Jessica.Brown@hklaw.com' |
| **Cc:** | Sireci, Vinny; Landon.Mignardi@hklaw.com; Mary.Muradyants@hklaw.com |
| **Subject:** | RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license |
| **Attachments:** | AG - Rite Aid Flyer - 06-04-25(1207046.1).pdf |

Jessica:

In your e-mail below sent on June 3, 2025, you advised that the debtor did not intend to sell my client's lease as part of the auction for the debtor's remaining assets. We receive, however, last night on June 5, 2025, the attached flyer from the debtor's broker advising that my client's lease will now be part of the next auction with a bid deadline of June 23, 2025.

Can you advise whether the liquor license will be sold and assigned as part of the sale of the below lease? Under the Carroll County requirements the license may only be used at the leased premises, so we assume these two assets will be sold together.

Please advise.

| | | | |
|---|---|---|---|
| 4080 | 101 Reisterstown Road | Pikesville | M |
| 386 | 25 Jones Station Road West | Severna Park | M |
| 6830 | 7 Westminster Shopping Center | Westminster | M |
| 10295 | 5 Mill Road, Unit G | Durham | N |

BRADSHAW ROST

**TENENBAUM & SAAS** p.c.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
Admitted MD, DC, VA, NY, RI & MA

**From:** Jessica.Brown@hklaw.com <Jessica.Brown@hklaw.com>
**Sent:** Tuesday, June 3, 2025 9:11 PM
**To:** Rost, Brad <brost@tspclaw.com>
**Cc:** Sireci, Vinny <vsireci@paulweiss.com>; Landon.Mignardi@hklaw.com; Mary.Muradyants@hklaw.com;

1

Jessica.Brown@hklaw.com
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

Brad, thanks for your patience on this. The Debtors continue to evaluate all options with respect to this lease, but do not intend to include it in the Remaining Asset Auction at this time. The Debtors intend to pay post-petition rent obligations pursuant to the lease as they come due.

**Jessica Brown | Holland & Knight**
Partner
Anchorage: 907.206.3166
San Francisco: 415.216.6643
Fax: 415.743.6910
jessica.brown@hklaw.com | www.hklaw.com

Add to address book | View professional biography

*Upcoming out of the office dates: June 6 – June 20.*

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Tuesday, June 3, 2025 7:25 AM
**To:** Rost, Brad <brost@tspclaw.com>; Brown, Jessica M (SFO - X56935) <Jessica.Brown@hklaw.com>
**Cc:** Sireci, Vinny <vsireci@paulweiss.com>; Mignardi, Landon W (DAL - X61203) <Landon.Mignardi@hklaw.com>; Muradyants, Mary (LAX - X52532) <Mary.Muradyants@hklaw.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

*[External email]*
Jessica:

Following up on my e-mail below from Friday. I got your OOO so I assume you were out yesterday.

Can we talk today about this lease?

BRADSHAW ROST

**TENENBAUM & SAAS** P.C.
4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Saturday, May 31, 2025 8:33 AM
**To:** Jessica.Brown@hklaw.com
**Cc:** Sireci, Vinny <vsireci@paulweiss.com>; Landon.Mignardi@hklaw.com; Mary.Muradyants@hklaw.com
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

2

Jessica:

I was previously directed to talk to Mike Matlat at A&G Partners about the lease and license and was told that my client should talk to him directly about acquiring the lease and license.

Yesterday my client was told by Mike that A&G Partners is no longer responsible for the sale of the lease and license and that you were the handling this matter.

Can we talk on Monday about this matter?

BRADSHAW ROST

TENENBAUM
& SAAS P.C.

4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
Admitted MD, DC, VA, NY, RI & MA

---

**From:** Jessica.Brown@hklaw.com <Jessica.Brown@hklaw.com>
**Sent:** Wednesday, May 28, 2025 1:39 PM
**To:** Rost, Brad <brost@tspclaw.com>
**Cc:** Sireci, Vinny <vsireci@paulweiss.com>; Landon.Mignardi@hklaw.com; Mary.Muradyants@hklaw.com; Jessica.Brown@hklaw.com
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

Brad, thank you, we are conferring and will get back to you.

**Jessica Brown | Holland & Knight**
Partne
Anchorage: 907.206.3166
San Francisco: 415.216.6643
Fax: 415.743.6910
jessica.brown@hklaw.com | www.hklaw.com

Add to address book | View professional biography

*Upcoming out of the office dates: June 6 – June 20.*

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Tuesday, May 27, 2025 2:23 PM
**To:** Brown, Jessica M (SFO - X56935) <Jessica.Brown@hklaw.com>
**Cc:** Sireci, Vinny <vsireci@paulweiss.com>
**Subject:** FW: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

*[External email]*

Hi Jessica:

As I indicated in my voice mail message my client has forwarded me the below e-mail thread.

==I have been trying to engage one of the debtor's many lawyers to discuss this lease and license (see attached e-mail).==

From your e-mail below it sounds like you are the right attorney to discuss this asset of the debtor, correct?

If not, can you put in contact with the right person.

BRADSHAW ROST

TENENBAUM
& SAAS P.C.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Jessica.Brown@hklaw.com <Jessica.Brown@hklaw.com>
**Sent:** Tuesday, May 27, 2025 4:55 PM
**To:** Jay Klug <jklug@granitecanyonpartners.com>; Jim Akers <jakers@riteaid.com>; Mike Matlat <mike@agrep.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; George Zhushma <George.Zhushma@riteaid.com>; Debora Diprizito <ddiprizito@riteaid.com>; mary.hendrickson@riteaid.com <Mary.Hendrickson@riteaid.com>; Mary.Muradyants@hklaw.com <Mary.Muradyants@hklaw.com>; Landon.Mignardi@hklaw.com <Landon.Mignardi@hklaw.com>; Jessica.Brown@hklaw.com <Jessica.Brown@hklaw.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

Jay – thanks I was just responding. Rite Aid will circle up internally and get back to you. Please disregard prior correspondence on this as it was intended to be internal to Rite Aid.

I was in touch with your previous counsel on this and suggest you put him in touch with me if you are suggesting you need counsel to address this issue with me directly.

4

==Please do not correspond to Rite Aid except through me.==

Appreciate it.

Jessie

**Jessica Brown | Holland & Knight**
Partner
Anchorage: 907.206.3166

San Francisco: 415.216.6643
Fax: 415.743.6910
jessica.brown@hklaw.com | www.hklaw.com

Add to address book | View professional biography

*Upcoming out of the office dates: June 6 – June 20.*

---

**From:** Jay Klug <jklug@granitecanyonpartners.com>
**Sent:** Tuesday, May 27, 2025 1:52 PM
**To:** Jim Akers <jakers@riteaid.com>; Mike Matlat <mike@agrep.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; Brown, Jessica M (SFO - X56935) <Jessica.Brown@hklaw.com>; George Zhushma <George.Zhushma@riteaid.com>; Debora Diprizito <ddiprizito@riteaid.com>
**Subject:** Re: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

*[External email]*

Mike and Jim - I just wanted to make you aware of a few facts here:

1. Paul, Angelo and I are with the landlord (Westminster Granite Main LLC)
2. We will be bidding on the lease
3. You have counsel on this email thread but we do not have representation

5

4. This matter is very complex including but not limited to:
    1. LL gets the liquor license at the end of the lease term (this was memorialized in the 5th amendment dated 7/12/24). This will depress the value of the lease and liquor license if properly advertised to all bidders who are really just interested in the liquor license;
    2. Rite Aid owes the LL a great deal of past-due rent which must be considered in the bidding process;
    3. It is unclear to us and our counsel the relationship of the bankruptcy court and the Carroll County Liquor Commission. That is, can the bankruptcy court compel the Commission to accept any bidder of the license?
5. There are few examples of anyone transferring a Class A liquor license in the State of Maryland. This type of license is a relic.

Bottom line to us, we are eager to collapse all of the complexities (and others I'm sure I'm missing) by simply buying the lease and the associated license. We have an operator that we are confident will be approved by the Commission and thus can guarantee a smooth transaction when no other bidder can do so. We cannot, of course, predict how the bidding process will go. It only takes one bidder to overestimate his/her ability to perform here but then s/he will inevitably figure out that it was not as easy as it appeared to be.

If there were a way to avoid the bidding process here and work out a negotiated settlement outside of the bidding process we would like to explore that possibility.

Otherwise, we will bid like everyone else.

Thanks,

Jay Klug

Managing Member

Westminster Granite Main LLC

**From:** Jim Akers <jakers@riteaid.com>
**Sent:** Tuesday, May 27, 2025 4:25 PM
**To:** Mike Matlat <mike@agrep.com>; Jay Klug <jklug@granitecanyonpartners.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; Jessica Brown (jessica.brown@hklaw.com) <Jessica.Brown@hklaw.com>; George Zhushma <George.Zhushma@riteaid.com>; Debora Diprizito <ddiprizito@riteaid.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

Agreed. I lack an independent valuation of the license's intrinsic value; but anecdotal information gleaned from conversations lead me to believe its worth several hundred thousand dollars.

---

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Tuesday, May 27, 2025 4:22 PM
**To:** Jim Akers <jakers@riteaid.com>; Jay Klug <jklug@granitecanyonpartners.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; Jessica Brown (jessica.brown@hklaw.com) <Jessica.Brown@hklaw.com>; George Zhushma <George.Zhushma@riteaid.com>; Debora Diprizito <ddiprizito@riteaid.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

With that being said Jim buying the lease assignment may be the best way to go..

Thank you, Mike

Mike Matlat

Senior Managing Director

A&G Real Estate Partners

445 Broadhollow Rd, Suite 420

Melville NY 11747

Direct: 631.465.9508

mike@agrep.com

www.agrep.com

7



Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'

**From:** Jim Akers <jakers@riteaid.com>
**Sent:** Tuesday, May 27, 2025 4:05 PM
**To:** Mike Matlat <mike@agrep.com>; Jay Klug <jklug@granitecanyonpartners.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; Jessica Brown (jessica.brown@hklaw.com) <Jessica.Brown@hklaw.com>; George Zhushma <George.Zhushma@riteaid.com>; ddiprizito@riteaid.com; Jim Akers <jakers@riteaid.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

I don't know when 6830's lease will be auctioned, or how a sale would effect the current LL's rights. I understand that the current LL has what amounts to a right of 1st refusal.

If we are free to sell to any buyer, and the leaseholder meets Carrol County Liquor Board requirements, the license could continue to operate at the current premises or be moved to another location within Carroll County. Further I understand that the sale would be for the business – Rite Aid Liquors (DBA Rite Aid #6830) – with the license transferring with the business.

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Tuesday, May 27, 2025 3:08 PM
**To:** Jay Klug <jklug@granitecanyonpartners.com>; Emilio Amendola <emilio@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>; Jim Akers <jakers@riteaid.com>
**Subject:** RE: Rite Aid bankruptcy - #6830 Westminster, MD - liquor license

Jim Aklers handles liquor license at Rite Aid.. Not sure they can be tied b/c of timing. Touch base with Jim..

jakers@riteaid.com

Thank you, Mike

Mike Matlat

Senior Managing Director

A&G Real Estate Partners

445 Broadhollow Rd, Suite 420

Melville NY 11747

Direct: 631.465.9508

mike@agrep.com

www.agrep.com



Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'

---

**From:** Jay Klug <jklug@granitecanyonpartners.com>
**Sent:** Friday, May 23, 2025 1:57 PM
**To:** Emilio Amendola <emilio@agrep.com>; Angelo Alexander <aalexander@granitecanyonpartners.com>
**Cc:** Mike Matlat <mike@agrep.com>; Erik Potocek <EPotocek@agrep.com>; Paul Kang <pkang@granitecanyonpartners.com>
**Subject:** Re: Rite Aid bankruptcy - Westminster, MD


Emilio -

I just tried you.

I just had a quick question about the Rite Aid Liquor store at Westminster, MD. <mark>We, as Landlord or related entity, are planning on bidding on this lease and just want to make sure that Rite Aid is going to sell the lease and the associated liquor license in one combined transaction</mark>.

Thanks in advance for your help,

-Jay

---

**From:** Emilio Amendola <emilio@agrep.com>
**Sent:** Thursday, May 22, 2025 9:44 AM
**To:** Angelo Alexander <aalexander@granitecanyonpartners.com>
**Cc:** Mike Matlat <mike@agrep.com>; Erik Potocek <EPotocek@agrep.com>; Jay Klug <jklug@granitecanyonpartners.com>; Paul Kang <pkang@granitecanyonpartners.com>
**Subject:** Re: Rite Aid bankruptcy - Westminster, MD

Early afternoon should work for me

Thank you,

# Emilio Amendola

### Co-President l A&G Real Estate Partners

445 Broadhollow Rd, Suite 420

Melville NY 11747

Direct: 631.465.9507

Mobile: 917-860-2192

emilio@agrep.com

www.agrep.com

10

*Turnaround Atlas Award 2019 -2023*

'Outstanding Restructuring

Real Estate Firm of the Year'

On May 22, 2025, at 9:15 AM, Angelo Alexander <aalexander@granitecanyonpartners.com> wrote:

Emilio, is there a time that works for you today?

---

**From:** Emilio Amendola <emilio@agrep.com>
**Sent:** Tuesday, May 20, 2025 6:19 PM
**To:** Angelo Alexander <aalexander@granitecanyonpartners.com>
**Cc:** Mike Matlat <mike@agrep.com>; Erik Potocek <EPotocek@agrep.com>; Jay Klug <jklug@granitecanyonpartners.com>; Paul Kang <pkang@granitecanyonpartners.com>
**Subject:** Re: Rite Aid bankruptcy - Westminster, MD

I am traveling you can call my office on Thursday

Thank you,

Emilio Amendola

A&G Realty Partners, LLC

445 Broadhollow Road Suite 410

Melville, NY 11747

Direct Dial 631-465-9507

Main # 631-420-0044

Cell Phone 917-860-2192

11

Fax # 631-420-4499

email: emilio@agrep.com

Website: www.agrep.com

*Please notice my new email address and our new website*

On May 20, 2025, at 1:55 PM, Angelo Alexander <aalexander@granitecanyonpartners.com> wrote:

Emilio/Mike/Erik -

We are reaching out as the landlord/owners for the Rite Aid store in Westminster, MD. We received the attached flyer from your group announcing the bankruptcy sale process, and we are hoping to connect with you regarding the plans and process for our location and lease. Would you have some time over the next few days to hop on a phone call to discuss?

Thank you,

**Angelo Alexander**

*Partner*

aalexander@granitecanyonpartners.com

M: 240.506.4115

<Outlook-11dxlfsr>

<AG - Rite Aid Flyer - 05-05-25.pdf>

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.