# Exhibit No 2 to Rost Declaration
# Re: Supplement to Limited Objection

## Rost, Brad

| | |
|---|---|
| **From:** | Rost, Brad <brost@tspclaw.com> |
| **Sent:** | Saturday, May 24, 2025 7:12 AM |
| **To:** | Rost, Brad; Walsh, Kelly (IB); Sireci, Vinny; Leney, Douglas G.; Horn, Michael S. |
| **Cc:** | Holtmeier, Werner; arosenberg@paulweiss.com; aeaton@paulweiss.com; chopkins@paulweiss.com; mspelman@paulweiss.com; smitchell@paulweiss.com; jesses@paulweiss.com; msirota@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com; svanaalten@coleschotz.com; Leney, Douglas G.; Horn, Michael S. |
| **Subject:** | RE: Rite Aid Bankruptcy |
| **Attachments:** | Rite Aid - Form NDA (2025) - Westminster Granite Main LLC -- 5.20.25(1203743.1).pdf |

Executed NDA now attached. Sorry about that.

BRADSHAW ROST

**TENENBAUM & SAAS** P.C.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Friday, May 23, 2025 2:54 PM
**To:** Walsh, Kelly (IB) <Kelly.Walsh@guggenheimpartners.com>; Sireci, Vinny <vsireci@paulweiss.com>; Leney, Douglas G. <dleney@archerlaw.com>; Horn, Michael S. <mhorn@archerlaw.com>
**Cc:** Holtmeier, Werner <wholtmeier@tspclaw.com>; arosenberg@paulweiss.com; aeaton@paulweiss.com; chopkins@paulweiss.com; mspelman@paulweiss.com; smitchell@paulweiss.com; jesses@paulweiss.com; msirota@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com; svanaalten@coleschotz.com; Leney, Douglas G. <dleney@archerlaw.com>; Horn, Michael S. <mhorn@archerlaw.com>
**Subject:** RE: Rite Aid Bankruptcy

Vinney, et. al.

On behalf of Westminster Granite Main LLC, the Landlord for store #6830, I am attaching the executed NDA as part of the required "Preliminary Bid Documents" required under Article III, Section 5(a) of the "Bidding Procedures" [Dkt #142, entered 5-7-25] for purposes of being a "Potential Bidder" on the Debtors' "Remaining Assets". Based upon my conversation with Vinny Sireci, I understand that further financial information required under Section 5(b) is not required in view of the Landlord's status, and with respect to Section 5(c) please be advised that the Landlord is not partnering with a third party for purposes of submitting the bid.

1

With this information, we understand that the Landlord has submitted the required Preliminary Bid Documents. If this assumption is incorrect please advise me immediately and identify what additional information you need at this time from the Landlord. Otherwise, we will rely upon the understanding we have submitted the required Preliminary Bid Documents.

| | | | |
|---|---|---|---|
| 386 | 25 Jones Station Road West | Severna Park | MD |
| 6830 | 7 Westminster Shopping Center | Westminster | MD |
| 4993 | 46 Allenstown Road | Allenstown | NH |

With respect to the non-binding indications of interest for the Remaining Assets due by May 30, 2025, in accordance with the Revised Dates Notice issued today, can you please confirm that liquor license the Debtor holds for operating the liquor business at store #6830 is being offered as part the lease for store #6830. **The Landlord is only interest in bidding for the lease if the liquor license is in fact being conveyed along with the lease as part of the sale** and therefore needs an answer to this pivotal question.

Your prompt response to this inquiry would be greatly appreciated.

BRADSHAW ROST

TENENBAUM
& SAAS p.c.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Holtmeier, Werner
**Sent:** Thursday, May 15, 2025 1:45 PM
**To:** 'arosenberg@paulweiss.com' <arosenberg@paulweiss.com>; 'aeaton@paulweiss.com' <aeaton@paulweiss.com>; 'chopkins@paulweiss.com' <chopkins@paulweiss.com>; 'mspelman@paulweiss.com' <mspelman@paulweiss.com>; 'smitchell@paulweiss.com' <smitchell@paulweiss.com>; 'jesses@paulweiss.com' <jesses@paulweiss.com>; 'msirota@coleschotz.com' <msirota@coleschotz.com>; 'wusatine@coleschotz.com' <wusatine@coleschotz.com>; 'fyudkin@coleschotz.com' <fyudkin@coleschotz.com>; 'svanaalten@coleschotz.com' <svanaalten@coleschotz.com>
**Cc:** Rost, Brad <brost@tspclaw.com>
**Subject:** Rite Aid Bankruptcy

Bankruptcy Counsel,

We represent WESTMINSTER GRANITE MAIN LLC ("Westminster"), as landlord, in connection with that certain Lease agreement with RITE AID OF MARYLAND, INC. for Rite Aid Store No. 6830.

Westminster is interested in qualifying as an Acceptable Bidder and potentially bidding for Rite Aid's Store No. 6830 assets.

Prior to submitting the Preliminary Bid Documents, we would like to confirm the below.

1. Would you please forward a copy of an acceptable form of NDA?
2. Would you please confirm the timeline between submission of the Preliminary Bid Documents (*i.e.*, NDA, financial information and bidding partners) and confirmation that the Potential Bidder qualifies as an Acceptable Bidder?
3. Would you please confirm that Rite Aid's Store No. 6830 (we understand it is a liquor store with no pharmacy sales) assets fall within the "Other Assets" class of assets and not the "Pharmacy Assets" class.
    a. For Other Assets, we understand that Westminster (i) first, needs to submit the Preliminary Bid Documents to qualify as an Acceptable Bidder, (ii) second, must submit a non-binding indication of interest not later than 5:00 p.m. (prevailing Eastern Time) on May 30, 2025, and (iii) third, must submit a Binding Bid by 5:00 p.m. (prevailing Eastern Time) on June 13, 2025. Please confirm if our understanding is correct.

Thank you,

Werner R. Holtmeier
Attorney

**TENENBAUM & SAAS, P.C.**
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
Tel: 301.961.5300
Fax: 301.961.5305

---

*STATEMENT OF CONFIDENTIALITY:*
*The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited.*

*TAX DISCLOSURE: Please note that any statement in this communication (including any attachments) is not written or intended to be used, and cannot be used, by any person for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing, or recommending to another person the tax treatment of any transaction or matter.*