# Exhibit No 3 to Rost Declaration
# Re: Supplement to Limited Objection

# Rost, Brad

| | |
|---|---|
| From: | Mike Matlat <mike@agrep.com> |
| Sent: | Friday, June 6, 2025 10:40 AM |
| To: | Rost, Brad; Jessica Brown (jessica.brown@hklaw.com) |
| Cc: | Erik Potocek |
| Subject: | RE: Rite Aid - June 23rd Bid Deadline on 271 leases |

Not for sale.

Thank you, Mike

Mike Matlat
Senior Managing Director
A&G Real Estate Partners
445 Broadhollow Rd, Suite 420
Melville NY 11747
Direct: 631.465.9508
mike@agrep.com
www.agrep.com



Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'

---

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Friday, June 6, 2025 6:11 AM
**To:** Mike Matlat <mike@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>
**Subject:** RE: Rite Aid - June 23rd Bid Deadline on 271 leases

Mike:

Can you advise whether the Debtor's attached liquor license is being auctioned as part of the below lease which it is associated with?

| 4000 | 101 Reisterstown Road | Pikesville | M |
|---|---|---|---|
| 386 | 25 Jones Station Road West | Severna Park | M |
| **6830** | **7 Westminster Shopping Center** | **Westminster** | M |
| 10295 | 5 Mill Road, Unit G | Durham | N |

BRADSHAW ROST

1

**TENENBAUM & SAAS** p.c.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Thursday, June 5, 2025 4:52 PM
**To:** Mike Matlat <mike@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>
**Subject:** Rite Aid - June 23rd Bid Deadline on 271 leases

Dear Interested Party:

As discussed, we will provide regularly updates as we know dates and give everyone the opportunity to participate.

12 new properties were added and can be found at the top of the flyer and xls.  ==The second wave of leases (271) are on the flyer and xls just below the 12 additions with a bid deadline of June 23rd and Auction for Qualified Bidders to follow.==  We expect to have a bid deadline and Auction for all remaining properties in July (leases and fee owned) with store closings to occur over the months to follow.

The attached xls now includes the additional charges Rite Aid pays directly so you have an all-inclusive gross rent in Column S.  Also included in the xls is Building Type in Column D.  Cure amounts are **estimated** to be one month's gross rent plus 5 days (35 days) but could be more.

**Attached please find the Bid Procedures & Exhibits Approved on interim basis**.  Please don't ask for dates on the other locations b/c we don't know yet.  We will provide them as soon as we know, and again these will be rolling closures over several months.

1. **Bidder Registration Form:** this is for all parties as required to become a qualified bidder
2. **Form Assumption and Assignment Agreement:** this is for third party tenants that are looking to buy the leasehold interest and have the lease assigned to them
3. **Form Lease Termination Agreement:** this is for Landlord who are looking to bid on their own lease and control their own space
4. **Form Asset Purchase Agreement**: This if for the purchase of fee owned properties

**Leased Properties** – Review leases and Bid Procedures. If you still need a lease to review, please let us know.  As a reminder we are selling the assignment of the existing lease terms to third parties as well as terminations to Landlords.

2

**Fee Properties** - DD material has been ordered on the Fee Properties. No dates have been set for the bid deadline and auction but they will take place following the completion of the DD material which should be by the end of June. We'll let you know when it's completed and will share the DD and dates from there.

Sincerely Mike, Erik & Emilio

As always store #, City, St in subject line if possible or body of e-mail.

Thank you, Mike

Mike Matlat
Senior Managing Director
A&G Real Estate Partners
445 Broadhollow Rd, Suite 420
Melville NY 11747
Direct: 631.465.9508
mike@agrep.com
www.agrep.com



Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'