# Exhibit No 4 to Rost Declaration
# Re: Supplement to Limited Objection

## Rost, Brad

**From:** Rost, Brad
**Sent:** Tuesday, June 17, 2025 6:35 AM
**To:** 'Bass, David'
**Cc:** Yudkin, Felice; Douglas G. Leney
**Subject:** RE: Rite Aid - June 23rd Bid Deadline on 271 leases

Thank you for the confirmation.

BRADSHAW ROST

TENENBAUM
& SAAS P.C.

4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

**From:** Bass, David <DBass@coleschotz.com>
**Sent:** Tuesday, June 17, 2025 6:29 AM
**To:** Rost, Brad <brost@tspclaw.com>
**Cc:** Yudkin, Felice <FYudkin@coleschotz.com>; Douglas G. Leney <dleney@archerlaw.com>
**Subject:** Re: Rite Aid - June 23rd Bid Deadline on 271 leases

You can certainly rely on my statement but I will discuss with the team what, if anything, we will file to memorialize it.



**DAVID BASS**
MEMBER

OFFICE  646.563.8932

EMAIL   dbass@coleschotz.com

Court Plaza North | 25 Main Street | Hackensack, NJ 07601

NEW JERSEY  NEW YORK  DELAWARE  MARYLAND  TEXAS  FLORIDA  WASHINGTON, D.C.
VCARD | BIO | COLESCHOTZ.COM

Legal Practice Assistant: Aishling Brennan | 201.489.3000 x 5008 | ABrennan@coleschotz.com

On Jun 17, 2025, at 6:27 AM, Rost, Brad <brost@tspclaw.com> wrote:

Thank you for the response.

Will the Debtor be filing an amendment to the Notice [Dkt #890] removing the lease or may we rely upon your statement below that the lease and license will not be sold at this auction, and in reliance thereupon we will not be submitting a bid?

BRADSHAW ROST

<image001.png>
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

**From:** Bass, David <DBass@coleschotz.com>
**Sent:** Tuesday, June 17, 2025 6:23 AM
**To:** Rost, Brad <brost@tspclaw.com>
**Cc:** Yudkin, Felice <FYudkin@coleschotz.com>; Douglas G. Leney <dleney@archerlaw.com>
**Subject:** Re: Rite Aid - June 23rd Bid Deadline on 271 leases

Good morning, Brad. My understanding is the debtors will be removing the lease from the auction and will not be soliciting bids on it. That will moot your objection to the auction procedures.

**DAVID BASS**
MEMBER

OFFICE  646.563.8932
EMAIL   dbass@coleschotz.com

Court Plaza North | 25 Main Street | Hackensack, NJ 07601

NEW JERSEY   NEW YORK   DELAWARE   MARYLAND   TEXAS   FLORIDA   WASHINGTON, D.C.
VCARD | BIO | COLESCHOTZ.COM

Legal Practice Assistant: Aishling Brennan | 201.489.3000 x 5008 | ABrennan@coleschotz.com

On Jun 17, 2025, at 6:14 AM, Rost, Brad <brost@tspclaw.com> wrote:

Felice and David:

Following our phone call yesterday we received the "Notice" regarding the upcoming auction (Dkt #890) which confirms that my client's lease is being auctioned.

The Notice, however, does not specify whether the sale of the lease will include the assignment of the liquor license.

Have you been able to confirm with the Debtor or the A&G representative that the liquor license associated with the lease for Store #6830 will be for sale at the auction identified in the attached Notice?

Please advise.

<image001.png>

BRADSHAW ROST

<image003.png>
4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Monday, June 16, 2025 11:31 AM
**To:** fyudkin@coleschotz.com; Bass, David <dbass@coleschotz.com>
**Cc:** Leney, Douglas G. <dleney@archerlaw.com>
**Subject:** FW: Rite Aid - June 23rd Bid Deadline on 271 leases

Counsel:

Thank you for the phone call just now.

As discussed, we look forward to receiving clarification from you today whether the license will be auctioned in conjunction with our client's lease.

3

As you see from Mr. Matlet's e-mail below, he was clear that the license was "not for sale", however, you indicated in our call that the debtor would consider a bid for the lease conditioned on the license being transferred also.

In view of the bid deadline of June 23, 2025, a response today clarifying this matter would be important to enable my client to formulate the most attractive bid for the debtor to consider for this asset.

PS – a copy of our limited objection is attached for your ease of reference.

BRADSHAW ROST

<image003.png>
4504 Walsh Street
Suite 200
Chevy Chase, MD 20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Friday, June 6, 2025 10:40 AM
**To:** Rost, Brad <brost@tspclaw.com>; Jessica Brown (jessica.brown@hklaw.com) <jessica.brown@hklaw.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>
**Subject:** RE: Rite Aid - June 23rd Bid Deadline on 271 leases

Not for sale.

Thank you, Mike

Mike Matlat
Senior Managing Director
A&G Real Estate Partners
445 Broadhollow Rd, Suite 420
Melville NY 11747
Direct: 631.465.9508
mike@agrep.com
www.agrep.com

<image004.png>
Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'

---

**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Friday, June 6, 2025 6:11 AM

4

**To:** Mike Matlat <mike@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>
**Subject:** RE: Rite Aid - June 23rd Bid Deadline on 271 leases

Mike:

Can you advise whether the Debtor's attached liquor license is being auctioned as part of the below lease which it is associated with?

<image005.png>

BRADSHAW ROST

<image003.png>
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Mike Matlat <mike@agrep.com>
**Sent:** Thursday, June 5, 2025 4:52 PM
**To:** Mike Matlat <mike@agrep.com>
**Cc:** Erik Potocek <EPotocek@agrep.com>
**Subject:** Rite Aid - June 23rd Bid Deadline on 271 leases

Dear Interested Party:

As discussed, we will provide regularly updates as we know dates and give everyone the opportunity to participate.

12 new properties were added and can be found at the top of the flyer and xls.  ==The second wave of leases (271) are on the flyer and xls just below the 12 additions with a bid deadline of June 23rd and Auction for Qualified Bidders to follow.==  We expect to have a bid deadline and Auction for all remaining properties in July (leases and fee owned) with store closings to occur over the months to follow.

The attached xls now includes the additional charges Rite Aid pays directly so you have an all-inclusive gross rent in Column S.  Also included in the xls is Building Type in Column D.  Cure amounts are **estimated** to be one month's gross rent plus 5 days (35 days) but could be more.

**Attached please find the Bid Procedures & Exhibits Approved on interim basis**. Please don't ask for dates on the other locations b/c we don't know

5

yet. We will provide them as soon as we know, and again these will be rolling closures over several months.

1. **Bidder Registration Form:** this is for all parties as required to become a qualified bidder
2. **Form Assumption and Assignment Agreement:** this is for third party tenants that are looking to buy the leasehold interest and have the lease assigned to them
3. **Form Lease Termination Agreement:** this is for Landlord who are looking to bid on their own lease and control their own space
4. **Form Asset Purchase Agreement:** This if for the purchase of fee owned properties

**Leased Properties** – Review leases and Bid Procedures. If you still need a lease to review, please let us know. As a reminder we are selling the assignment of the existing lease terms to third parties as well as terminations to Landlords.

**Fee Properties** - DD material has been ordered on the Fee Properties. No dates have been set for the bid deadline and auction but they will take place following the completion of the DD material which should be by the end of June. We'll let you know when it's completed and will share the DD and dates from there.

Sincerely Mike, Erik & Emilio

As always store #, City, St in subject line if possible or body of e-mail.

Thank you, Mike

Mike Matlat
Senior Managing Director
A&G Real Estate Partners
445 Broadhollow Rd, Suite 420
Melville NY 11747
Direct: 631.465.9508
mike@agrep.com
www.agrep.com

<image004.png>
Turnaround Atlas Award 2019, 2020, 2021, 2022 & 2023 'Outstanding Restructuring Real Estate Firm of the Year'
<Notice of Bid Deadline [Dkt #890 6-16-25](1208987.1).pdf>

\* \* \* \* \* \*

This e-mail message from Cole Schotz P.C. is private and may contain privileged

6

information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.