# Exhibit No 5 to Rost Declaration
# Re: Supplement to Limited Objection

**Rost, Brad**
___

**From:** Zelinger, Tyler <tzelinger@paulweiss.com>
**Sent:** Wednesday, July 16, 2025 3:06 PM
**To:** Rost, Brad
**Cc:** Fazli, Nargis; Leney, Douglas G.; Yudkin, Felice; Milliaressis, Andreas
**Subject:** RE: RAD - Westminster Lease Discussion / FRE408

Brad,

Thank you. Further to our conversation yesterday, I confirmed that the requirements and timelines imposed by applicable law make ongoing support of a transfer impracticable in the context of the Debtors' cessation of operations at the leased premises. As such, the Debtors intend to proceed with rejection of the lease. Per the rejection procedures approved at Docket No. 776, the Debtors intend to notice this matter for hearing at the omnibus hearing scheduled for August 14 at 11:30 a.m. ET. Please let us know of any scheduling conflicts.

Best,
Tyler

**Tyler Zelinger** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3286 (Direct Phone) | +1 212 492 0286 (Direct Fax) | +1 516 551 0603 (Cell)
tzelinger@paulweiss.com | www.paulweiss.com


**From:** Rost, Brad <brost@tspclaw.com>
**Sent:** Wednesday, July 16, 2025 8:06 AM
**To:** Zelinger, Tyler <tzelinger@paulweiss.com>
**Cc:** Fazli, Nargis <nfazli@paulweiss.com>; Leney, Douglas G. <dleney@archerlaw.com>
**Subject:** RE: RAD - Westminster Lease Discussion / FRE408

Tyler:

Thank you for the information yesterday regarding the liquor license. My take-a-way from the conversation was that Rite Aid of Maryland, Inc. ("RAM") had decided not to auction the liquor license because of the need to close the store and the timing problem caused by the 10 day forfeiture provision of MD Code Al. Bev §4-702 ("Except as otherwise provided in this subtitle, a license issued by a local licensing board expires on the 10th day after a license holder has vacated or been evicted from the licensed premises.")

To say we were shocked by this news would be an understatement for the following reasons.

1. Paragraph 3(b) of the 5th Amendment to the Westminster Lease expressly states that: "During the Term of the Lease Tenant will take commercially reasonable action needed to maintain and preserve the validity of the Liquor License and shall not take any action which allows the Liquor License to expire or terminate, ***without reasonable prior notice to Landlord.***" [Emphasis Added]. Needless to say, RAM failed to provide the landlord with "any" advance notice of its intention forfeit the Liquor License, thereby depriving the Landlord of the ability to take the necessary to protect its rights in the Liquor License.

1

2. This blatant breach of RAM's contractual obligations is especially egregious when it is recognized that ever since the bankruptcy filing we have attempted repeatedly to engage RAM regarding its intentions with respect to the Liquor License and making clear the landlord's willingness to purchase the Liquor License at an auction or to discuss other arrangements to provide for the orderly assignment of the Liquor License to the Landlord as required by the 5th Amendment. As documented in the several filings we have made with the bankruptcy court, in response to those numerous overtures we received nothing but inconsistent, conflicting, and non-responsive information from RAM and its agents regarding its intentions with respect to the Liquor License, and a persistent refusal to engage the Landlord in any discussions to secure the assignment of the Liquor License. Nor was there ever any suggestion whatsoever that RAM planned to forfeit this valuable asset.

As I mentioned in our phone call, in light of this unexpected news I asked whether RAM would execute the application of the assignment of the Liquor License to the landlord consistent with its contractual obligation under the 5th Amendment which states in pertinent part that the Tenant agrees " to take all commercially reasonable steps to cooperate with any change of ownership application as filed by Landlord with respect to the Tenant's Liquor License to have the Liquor License transferred and assigned to either the Landlord or a new tenant of the Landlord as requested by the Landlord, which assistance includes but is not limited to, *executing such documents as needed to secure a transfer and assignment of the Liquor License*. [Emphasis Added].

Upon receipt of the executed application we will proceed to take the necessary action to process the assignment of the Liquor License before the Board of License Commissioners for Carrol County, Maryland.

Please have RAM execute the attached application on page 11 and return the signed document to me today. If RAM is unwilling to execute the application please provide me with an explanation for that reason, and upon receipt we will evaluate our next legal options to enforce this contractual obligation of RAM.


BRADSHAW ROST

TENENBAUM
& SAAS p.c.
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
301-986-1224 (direct)
202-494-9632 (mobile)
301.961.5300 (office)
301-961-5305 (facsimile)
www.tspclaw.com
*Admitted MD, DC, VA, NY, RI & MA*

---

**From:** Zelinger, Tyler <tzelinger@paulweiss.com>
**Sent:** Tuesday, July 15, 2025 3:38 PM
**To:** Rost, Brad <brost@tspclaw.com>
**Cc:** Fazli, Nargis <nfazli@paulweiss.com>
**Subject:** RAD - Westminster Lease Discussion / FRE408

Brad,

Thank you for calling me back just now.  As discussed, this is my email and my contact information is below.

Best,
Tyler


**Tyler Zelinger** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3286 (Direct Phone) | +1 212 492 0286 (Direct Fax) | +1 516 551 0603 (Cell)
tzelinger@paulweiss.com | www.paulweiss.com



This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.