| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradshaw Rost<br>**TENENBAUM & SAAS P.C.**<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD  20815<br>Tel: (301) 961-5300<br>Fax: (301) 961-5305<br>E-mail: brost@tspclaw.com<br><br>-and-<br><br>Douglas G. Leney<br>**ARCHER & GREINER, P.C.**<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043<br>Tel: (215) 963-3300<br>Fax: (215) 963-9999<br>E-mail:  dleney@archerlaw.com<br><br>*Counsel for Westminster Granite Main LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case Number:  25-14861-MBK<br>(Jointly Administered)<br><br>Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Amy M. Huber, am the Bankruptcy Paralegal for Douglas G. Leney, Esquire, who represents creditor, Westminster Granite Main LLC in this matter.

2. On August 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed on the chart below.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at:  https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

230835091 v1

- *Supplement to Limited Objection Filed by Westminster Granite Main LLC [Dkt #1309] to Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* (the "Supplement"); and
- *Declaration of Bradshaw Rose in Support of the Supplement.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 8, 2025  /s/ Amy M. Huber
Amy M. Huber, Bankruptcy Paralegal

230835091 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, PA 17319 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Felice R. Yudkin<br>Michael D. Sirota<br>Seth Van Aalten<br>Warren A. Usatine<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601-0800<br>fyudkin@coleschotz.com<br>msirota@coleschotz.com<br>svanaalten@coleschotz.com<br>wusatine@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alice Belisle Eaton<br>Andrew N. Rosenberg<br>Christopher Hopkins<br>Sean A. Mitchell<br>Paul, Weiss, Rifkind,<br>Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>aeaton@paulweiss.com<br>arosenberg@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John F. Ventola<br>Jonathan D. Marshall<br>Mark D. Silva<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>msilva@choate.com | Counsel to Prepetition ABL Agent and DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Brody<br>Julia Frost-Davies<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com | Attorneys for Prepetition ABL Agent and DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

230835091 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>One Newark Center<br>1085 Raymond Blvd., Ste. 2100<br>Newark, NJ 07102<br>lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | Counsel to U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller<br>James H. Burbage<br>Jessica D. Graber<br>Todd M. Goren<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>bmiller@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br>tgoren@willkie.com | Co-Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew H. Sherman<br>Boris I Mankovetskiy<br>Gregory Kopacz<br>Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>The Legal Center<br>1037 Raymond Blvd.<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Co-Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anna Gumport<br>Sidley Austin LLP<br>350 S. Grant Ave.<br>Los Angeles, CA 90071<br>agumport@sidley.com | Counsel to McKesson Corporation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey K. Garfinkle<br>Buchalter, A Professional Corporation<br>18400 Von Karman Ave., Ste. 800<br>Irvine, CA 92612<br>jgarfinkle@buchalter.com | Counsel to McKesson Corporation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

230835091 v1