| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Law Office of Shmuel Klein PA<br>113 Cedarhill Ave<br>Mahwah, NJ 07430<br>845-425-2510<br>Attorney ID 00851987<br>Email: shmuel.klein@verizon.net<br><br>-and-<br><br>NATALI A. RON (pro hac vice pending)<br>(CA SBN 302927)<br>Law Offices of Hastings & Ron<br>1330 W. Fremont Street, Suite 1<br>Stockton, CA 95203<br>(209) 476-1010<br>Email: nron@hastingslawoffice.com<br><br>*Attorneys for Stonebrier Commercial L.P.* | |
| In re:<br><br>NEW RITE AID, LLC<br><br>             Debtors[1]. | Case No.: 25-14861 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO
### D.N.J. L. CIV. R. 101.1 AND D.N.J. LBR 9010-1

Shmuel Klein Esq. (the "Movant"), a member in good standing of the bar of New Jersey,

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAir2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, hereby seeks entry of an order granting the admission *pro hac vice* of Natali A. Ron of the law firm of Hastings & Ron to represent Stonebriar Commercial L.P. in the above-captioned chapter 11 cases (the "Application").

In support of this Application, the Movant submits the attached Certification of Natali A. Ron, Esq. and requests that the proposed form of order submitted herewith be entered.

August 7, 2025,                      Respectfully submitted,

**LAW OFFICE OF SHMUEL KLEIN PA**

/s/ Shmuel Klein
Shmuel Klein