| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Law Office of Shmuel Klein PA<br>113 Cedarhill Ave<br>Mahwah, NJ 07430<br>845-425-2510<br>Attorney ID 00851987<br>email: shmuel.klein@verizon.net<br><br>-and-<br><br>NATALI A. RON (pro hac vice pending)<br>(CA SBN 302927)<br>Law Offices of Hastings & Ron<br>1330 W. Fremont Street, Suite 1<br>Stockton, CA 95203<br>(209) 476-1010<br>Email: nron@hastingslawoffice.com<br><br>*Attorneys for Stonebrier Commercial L.P.* | |
| In re:<br><br>NEW RITE AID, LLC<br><br>        Debtors[1]. | Case No.: 25-14861 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

**CERTIFICATION OF NATALI A. RON IN SUPPORT OF**
**APPLICATION FOR *PRO HAC VICE* ADMISSION**

I, Natali A. Ron, Esq., hereby certify as follows:

    1.    I am an attorney with the law firm of Hastings & Ron located at 1330 W. Fremont St., Suite 1, Stockton, CA 95203. I make this Certification in support of my application to appear in this

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAir2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

case *pro hac vice* pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey.

       2.     I was admitted to practice law in the State of California in 2015. I am admitted to practice and a member of good standing in the State of California and, among other courts, before the United States District Court for the Eastern District of California since approximately 2017, the United States District Court for the Northern District of California since approximately 2018, and the United States District Court for the Central District of California since approximately 2020.

       3.     I am a member in good standing of the Bar of the State of California and each court in which I am admitted to practice.

       4.     No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law, and no discipline has ever been imposed against me.

       5.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this court.

       6.     If the Application is granted, I agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: August 7, 2025

_____
NATALI A. RON (SBN 302927)
Law Offices of Hastings & Ron
1330 W. Fremont Street, Suite 1
Stockton, CA 95203
(209) 476-1010
Email: nron@hastingslawoffice.com