**CUTOLO BARROS LLC**
46-50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170
Joseph A. Kutschman III, Esq. (046732010)
jkutschman@cutolobarros.com
*Counsel to OSJ of Peterborough LLC*

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW
JERSEY

In re:                              Chapter 11

NEW RITE AID, LLC, *et al.,*        Case No. 25-14861 (MBK)

                                    (Jointly Administered)
        Debtors.[1]

## ADJOURNMENT REQUEST

1. I, Joseph A. Kutschman III, Esq.

   ☒ am the attorney for: OSJ of Peterborough LLC

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion of OSJ of Peterborough to Allow Administrative Expense Claim (Doc. 1463, filed 7/16/25

   Current hearing date and time: August 14, 2025 at 11:30 a.m.

   New date requested: September 16, 2025

   Reason for adjournment request: The Motion of OSJ may be resolved subject to the DIP Order (Doc. 1396) and the Debtor's Motion for Entry of an Order Authorizing the Administrative Claims Procedures (Doc. 1820)

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   I have consent from David Bass, Esq. of Cole Schotz, counsel to the debtors.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

I certify under penalty of perjury that the foregoing is true.

Date: August 6, 2025

_____
Signature

---

**COURT USE ONLY:**

The request for adjournment is:

- ☒ Granted    New hearing date: 9/6/2025 at 11:30 am    ☐ Peremptory
- ☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory
- ☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**