| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. [2] | Chapter 11<br><br>Case No. 25-14861 (MBK) (Jointly Administered) |

Order Filed on August 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# CONSENT ORDER EXTENDING RULE 4007(c) DEADLINE FOR WATERS KRAUS PAUL & SIEGEL TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. § 1141(d)(6)

The relief set forth on the following pages numbered three (3) through four (4) is **ORDERED**.

**DATED: August 11, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Consent Order Extending Rule 4007(c) Deadline for Waters Kraus Paul & Siegel to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 1141(d)(6) |

## RECITALS

**WHEREAS**, on May 5, 2025, the Debtors commenced these Chapter 11 Cases;

**WHEREAS**, on June 4, 2025, the Debtors held a meeting of creditors pursuant to section 341 of the Bankruptcy Code;

**WHEREAS**, section 1141(d)(6) of the Bankruptcy Code provides, in relevant part, that "the confirmation of a plan does not discharge a debtor that is a corporation from any debt . . . (A) of a kind specified in paragraph (2)(A) or (2)(B) of section 523(a) that is owed to a domestic governmental unit . . . .";

**WHEREAS**, Bankruptcy Rule 4007(c) provides that "a complaint to determine the dischargeability of a debt under § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under § 341(a)," which is August 3, 2025;

**WHEREAS**, Bankruptcy Rule 4007(c) provides further that "[o]n motion of a party in interest, after hearing on notice, the court may for cause extend the time fixed under this subdivision. . . ."

**WHEREAS**, WKPS takes the position that the Rule 4007(c) Deadline does not apply to a determination of the nondischargeability of a debt pursuant to Section 1141(d)(6) and the Debtors disagree; and

**WHEREAS**, to avoid an unnecessary dispute and without conceding the applicability of section 523(c) or Rule 4007(c) to WKPS's right to seek a determination of the dischargeabilty of a debt pursuant to section 1141(d)(6), the undersigned parties have agreed to extend the Rule

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Consent Order Extending Rule 4007(c) Deadline for Waters Kraus Paul & Siegel to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 1141(d)(6) |

4007(c) Deadline to December 31, 2025 for WKPS, without prejudice to WKPS's right to seek further extensions.

## STIPULATION AND ORDER

NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY AGREED, BY AND BETWEEN THE PARTIES, AND UPON COURT APPROVAL, IT IS HEREBY ORDERED THAT:

1. To the extent section 523(c) or Bankruptcy Rule 4007 applies, the deadline by which WKPS must file any complaints or take other action that may be required in these Chapter 11 Cases to determine the dischargeability of any debts arising from any civil actions by such domestic governmental unit against the Debtors pursuant to section 1141(d)(6) of the Bankruptcy Code shall be the latest of (a) December 31, 2025 or (b) such later date as may be ordered by the Court.

2. All rights to seek further extensions of the Rule 4007(c) Deadline are reserved.

3. Nothing in this Consent Order constitutes a determination that section 523(c) of the Bankruptcy Code or Bankruptcy Rule 4007(c) apply, or that any deadline exists for WKPS to seek a determination of dischargeability under section 1141(d)(6) of the Bankruptcy Code.

4. The Debtors and WKPS reserve all rights with respect to the amount of the WKPS claims.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Consent Order.

6. The signatories below have authority to enter into this Consent Order.

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **ROBINSON & COLE LLP** |
| */s/ Felice R. Yudkin* | */s/ Rachel Jaffe Mauceri* |
| Michael D. Sirota, Esq. | Rachel Jaffe Mauceri (NJ Bar No. 038102001) |
| Warren A. Usatine, Esq. | 1650 Market Street, Suite 3030 |
| Felice R. Yudkin, Esq. | Philadelphia, PA 19103 |
| Seth Van Aalten, Esq. (admitted *pro hac vice*) | Telephone: (215) 398-0600 |
| Court Plaza North, | Facsimile: (215) 827-5982 |
| 25 Main Street | Email: rmauceri@rc.com |
| Hackensack, NJ 07601 | |
| Telephone: (201) 489-3000 | -*and*- |
| msirota@coleschotz.com | |
| wusatine@coleschotz.com | Natalie D. Ramsey (admitted *pro hac vice*) |
| fyudkin@coleschotz.com | 1201 North Market Street, Suite 1406 |
| svanaalten@coleschotz.com | Wilmington, DE 19801 |
| | Telephone: (302) 516-1700 |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | Facsimile: (302) 516-1699 |
| | nramsey@rc.com |
| Andrew N. Rosenberg (admitted *pro hac vice*) | |
| Alice Belisle Eaton (admitted *pro hac vice*) | *Counsel for Waters Kraus Paul & Siegel* |
| Christopher Hopkins (admitted *pro hac vice*) | |
| Sean A. Mitchell (admitted *pro hac vice*) | |
| 1285 Avenue of the Americas | |
| New York, New York 10019 | |
| Telephone: (212) 373-3000 | |
| Facsimile: (212) 757-3990 | |
| Email: arosenberg@paulweiss.com | |
| aeaton@paulweiss.com | |
| chopkins@paulweiss.com | |
| smitchell@paulweiss.com | |
| | |
| *Co-Counsel to the Debtors and Debtors in Possession* | |