**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esquire
PO Box 5315
Princeton, NJ 08543-5315
(609) 896-9060
*Attorneys for First Priority Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, et al. | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF FIRST PRIORITY FUNDING, LLC**
**TO NOTICE OF SUCCESFUL AND BACKUP BIDDERS**
**WITH RESPECT TO THE AUCTION OF CERTAIN**
**OF THE DEBTORS' LEASES**

First Priority Funding ("Landlord"), by and through its undersigned counsel, hereby files this supplemental objection to the *Notice of Successful and Backup Bidders With Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524] ("Notice"), and in support hereof states as follows:

**Background**

**Supplemental Objection**

1. As set forth in Landlord's original objection (the "Objection"), Debtors set the proposed Cure Payment for Landlord at approximately $41,000. While the actual cure amount is significantly more than $41,000.00, Landlord recognizes that as part of any

-
#4996768v2

assumption and assignment, the assignee would be responsible for August rent, not the Debtor's estate.

2.      Accordingly, to be clear Landlord will cap the Cure Costs through July 2025 of $41,671.55 (see attached Exhibit "A") to be offset against the $85,000 sale price. The balance of the $85,000 plus an additional $5,000 in the amount of $48,328.45 will be paid to the estate ($85,000 - $41,671.55 = 43,328.45 plus the additional $5,000 = $48,328.45).

## Reservation of Rights

3.      Landlord further reserves the right to amend and/or supplement this objection and the Correct Cure Amount. All objections and reservations asserted herein apply with equal force to any proposed sale, assumption or assignment under the Lease Sale Procedures Order, to the extent applicable.

## Conclusion

**WHEREFORE**, Landlord respectfully requests that the Court sustain this objection.

Respectfully submitted,

Dated: August 11, 2025

**STARK & STARK**
**A Professional Corporation**

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin

#4996768v2
4898-5578-0698, v. 1