| 8/4/2025 | | DANA BUTCHER ASSOCIATES | | 10:00:13AM |
|---|---|---|---|---|
| User: JESSICA | | | | Page 1 of 1 |

## OCCUPANT LEDGER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit Reference Number | : | 1242-335 | Occupant Name/Type : | THRIFTY PAYLESS INC. / CURRENT | | | |
| Property Name | : | BETHARD SQUARE | Tenant Id : | 151440005987 | Bldg: | Floor: | 0 |
| Co. Name | | THRIFTY PAYLESS INC. | Phone Number | (559) 674-2182 | | | |
| Address1 | : | 335 W. OLIVE AVENUE | Cell Number | | | | |
| Address2 | : | | Fax Number | (717) 975-5952 | | | |
| City, State, Zip | | MADERA, CA 93637 | Unit Number | 335 | | | |
| D/B/A Name | : | RITE AID #5856 | | | | | |
| Email Address | : | landlord.lease.invoice@riteaid | | | | | |

**Forwarding Address**

| | | | |
|---|---|---|---|
| Name | | Correspondence Email | |
| Address1 | : | Billing Email | landlord.lease.invoice@riteaid.com |
| Address2 | : | | |
| City, State, Zip | | | |

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---:|---:|
| 01/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 20,000.00 |
| 01/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 23,639.13 |
| 01/06/2025 | CAM | Pymt. Batch 022 Check ACH | -23,639.13 | 0.00 |
| 02/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 20,000.00 |
| 02/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 23,639.13 |
| 02/05/2025 | CAM | Pymt. Batch 147 Check ACH | -23,639.13 | 0.00 |
| 03/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 20,000.00 |
| 03/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 23,639.13 |
| 03/05/2025 | CAM | Pymt. Batch 271 Check ACH | -23,639.13 | 0.00 |
| 03/13/2025 | PCT | PERCENTAGE RENT 2024 | 9,516.46 | 9,516.46 |
| 03/17/2025 | PCT | Pymt. Batch 329 Check ACH | -9,516.46 | 0.00 |
| 04/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 20,000.00 |
| 04/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 23,639.13 |
| 04/25/2025 | REC | 2024 CAM RECONCILIATION | -5,606.71 | 18,032.42 |
| 05/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 38,032.42 |
| 05/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 41,671.55 |
| 06/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 61,671.55 |
| 06/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 65,310.68 |
| 06/03/2025 | CAM | Pymt. Batch 697 Check ACH | -23,639.13 | 41,671.55 |
| 07/01/2025 | RNT | MONTHLY RENT | 20,000.00 | 61,671.55 |
| 07/01/2025 | CAM | COMMON AREA MAINTENANCE | 3,639.13 | 65,310.68 |
| 07/03/2025 | RNT | Pymt. Batch 838 Check ACH | -20,000.00 | 45,310.68 |
| 07/10/2025 | CAM | Pymt. Batch 866 Check ACH | -3,639.13 | 41,671.55 |

**There are no comments for this occupant.**