| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail:  bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | **SILLS CUMMIS & GROSS P.C.**<br>Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>E-mail:  asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 1, 2025 THROUGH JUNE 30, 2025**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1. As of August 11, 2025, Sills Cummis & Gross P.C. ("Sills"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates in the above-captioned cases (collectively, the "Debtors"), has received no

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

answer, objection or other responsive pleading to the *Second Monthly Fee Statement of Sills Cummis & Gross P.C. as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of June 1, 2025 Through June 30, 2025* [Docket No. 1579] (the "Monthly Fee Statement"), filed on July 25, 2025.  The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "Administrative Order"), objections to the Monthly Fee Statement were to be filed and served no later than August 8, 2025.

2. Pursuant to the Administrative Order, the Debtors are authorized to pay Sills $119,193.43, which represents the sum of $117,500.00 (80% of the $146,875.00 fees requested in the Monthly Fee Statement), *plus* $1,693.43 (100% of the expenses sought in the Monthly Fee Statement), upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

I certify under penalty of perjury that the foregoing statement is true and correct.

Dated: August 11, 2025

> */s/ Andrew H. Sherman*
> **SILLS CUMMIS & GROSS P.C.**
> Andrew Sherman, Esq.
> Boris Mankovetskiy, Esq.
> Gregory Kopacz, Esq.
> One Riverfront Plaza
> Newark, New Jersey 07102
> Telephone: (973) 643-7000
> Email:   asherman@sillscummis.com
>          bmankovetskiy@sillscummis.com
>          gkopacz@sillscummis.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*