---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin, Esq. (wjmartin@pbnlaw.com)
Kimberly N. Pageau, Esq (knpageau@pbnlaw.com)
(*admitted pro hac vice*)

*Counsel for SKD Construction Co., LLC*

---

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>     Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered)<br>Hearing Date:  August 14, 2025, 10:00 am. |

**NOTICE OF WITHDRAWAL OF MOTION OF**
**SKD CONSTRUCTION CO., LLC FOR AN ORDER LIFTING**
**THE AUTOMATIC STAY IN ORDER TO PERMIT CONTINUATION OF**
**FEDERAL DISTRICT COURT ACTION TO DETERMINE LEASE TERM END**

**PLEASE TAKE NOTICE** that, SKD Construction, LLC ("SKD"), by and through its

undersigned attorneys, Porzio, Bromberg & Newman, P.C., hereby withdraws, without prejudice,

the *Motion of SKD Construction Co., LLC For an Order Lifting the Automatic Stay in Order to*

*Permit Continuation of Federal District Court Action to Determine Lease Term End* filed on June

26, 2025 and located at Docket No. 1102 in the above-referenced matter.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

8258636

2

As a result, the hearing currently scheduled for August 14, 2025 at 10:00 am should be withdrawn from the Court's Calendar and cancelled.


Dated:  August 12, 2025

                                          */s/ Warren J. Martin  Jr.*
                                          Warren J. Martin Jr., Esq.
                                          **PORZIO, BROMBERG & NEWMAN, P.C.**
                                          Warren J. Martin Jr., Esq.
                                          (wjmartin@pbnlaw.com)
                                          Kimberly N. Pageau, Esq.
                                          (knpageau@pbnlaw.com)
                                          (*pro hac vice* pending)
                                          100 Southgate Parkway
                                          P.O. Box 1997
                                          Morristown, New Jersey 07962
                                          (973) 538-4006 Telephone
                                          (973) 538-5146 Facsimile

8258636