| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* | |
| In re:<br><br>A NEW RITE AID, LLC, *et al.*,[1]<br><br>            Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

### APPLICATION FOR ADMISSION OF MARIBETH THOMAS, ESQ. *PRO HAC VICE*

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Maribeth Thomas of the law firm of Tucker Arensberg, P.C. to practice before this Court in connection with the above-captioned case and proceeding. This application (the "**Application**") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the Applicant hereby represents as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. I am an attorney with Tucker Arensberg, P.C. ("TAPC"), which law firm maintains an office at 300 Corporate Center Drive, Suite 200, Camp Hill, Pennsylvania 17011. TAPC has been retained to serve as counsel to Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC, in connection with the above-captioned bankruptcy cases.

2. I am an attorney-at-law of the State of New Jersey and am admitted to practice before the United States District Court for New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission of Maribeth Thomas, Esq. *Pro Hac Vice*.

4. Ms. Thomas is an attorney with the law firm of TAPC, which maintains an office at 1500 One PPG Place, Pittsburgh, Pennsylvania 15222.

5. Attached is a certification of Ms. Thomas in which she certifies that she is, and has been, a member in good standing of the bar of the Commonwealth of Pennsylvania since 2008, and is admitted to practice in the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania. Additionally, Ms. Thomas certifies that she is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against her in any jurisdiction, and no discipline has previously been imposed on her in any jurisdiction.

6. If admitted *pro hac vice*, Ms. Thomas has represented that she will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Maribeth Thomas, Esq. to represent Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC, in connection with the above-captioned cases.

|  |  |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted,<br><br>TUCKER ARENSBERG, P.C.<br><br>*/s/ Evan C. Pappas*<br>Evan C. Pappas, Esquire<br>TUCKER ARENSBERG, P.C.<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, PA 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>E-mail: epappas@tuckerlaw.com<br><br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* |

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* | |
| In re:<br><br>A NEW RITE AID, LLC, *et al.*,[2]<br><br>   Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

**CERTIFICATION OF MARIBETH THOMAS
IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Maribeth Thomas, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am an attorney with the law firm of Tucker Arensberg, P.C. ("**TAPC**"), which maintains an address of 1500 One PPG Place, Pittsburgh, Pennsylvania 15222.

2. I make this certification in support of my application (the "**Application**") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), for admission to this Bankruptcy Court *pro hac vice*. TAPC has been

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

retained to serve as counsel to Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC in connection with the above-captioned cases.

3. I am, and have been, a member in good standing of the bar of the Commonwealth of Pennsylvania since 2008, and am admitted to practice in the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this case.

6. I have obtained a copy of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey and am generally familiar with such rules. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: August 12, 2025

*/s/ Maribeth Thomas*
Maribeth Thomas, Esq. (PA ID No. 208376)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mthomas@tuckerlaw.com

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |  |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* |  |
| In re:<br><br>A NEW RITE AID, LLC, *et al.*,[3]<br><br>        Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following page is ORDERED.

---

[3] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that MARIBETH THOMAS be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court District of New Jersey
Martin Luther King, Jr. Federal Building 50 Walnut Street
Newark, N.J. 07102
Attention: Pro Hac Vice Admissions

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 03/01/2024*