|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* |

| In re: | Case No. 25-14861 (MBK) |
|---|---|
| A NEW RITE AID, LLC, *et al.*,[2] | Chapter 11 |
| Debtors. | Hon. Michael B. Kaplan |

### CERTIFICATION OF MARIBETH THOMAS
### IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Maribeth Thomas, pursuant to 28 U.S.C. §1746, certify as follows:

1. I am an attorney with the law firm of Tucker Arensberg, P.C. ("**TAPC**"), which maintains an address of 1500 One PPG Place, Pittsburgh, Pennsylvania 15222.

2. I make this certification in support of my application (the "**Application**") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), for admission to this Bankruptcy Court *pro hac vice*. TAPC has been

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

retained to serve as counsel to Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC in connection with the above-captioned cases.

3. I am, and have been, a member in good standing of the bar of the Commonwealth of Pennsylvania since 2008, and am admitted to practice in the United States District Court for the Western District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this case.

6. I have obtained a copy of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey and am generally familiar with such rules. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated:  August 12, 2025

*/s/ Maribeth Thomas*
Maribeth Thomas, Esq. (PA ID No. 208376)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mthomas@tuckerlaw.com