**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Reese Campanalonga, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the document to be served by the method set forth on the Eighth Lease Rejection Parties Service List attached hereto as **Exhibit A**:

- Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1091]

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the document to be served by the method set forth on the Ninth Lease Rejection Parties Service List attached hereto as **Exhibit B**:

- Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1092]

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the document to be served by the method set forth on the Tenth Lease Rejection Parties Service List attached hereto as **Exhibit C**:

- Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1093]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: August 12, 2025

                                                                                        */s/ Reese Campanalonga*
                                                                                        Reese Campanalonga

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 12, 2025, by Reese Campanalonga, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Eighth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28083861 | 1021 FIRST AVENUE CONWAY, LLC | C/O RAY LEMME | 6675 CASA GRANDE WAY | DELRAY BEACH | FL | 33446 | | Overnight Mail |
| 28103105 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28110671 | 111 WEST MAIN LLC | 614 HEMPSTEAD GARDENS DR | | WEST HEMPSTEAD | NY | 11552 | | Overnight Mail |
| 28083875 | 1224 BROWNSVILLE RD., L.L.C. | ATTN: SAUL TAWIL | 123 EAST 23RD STREET | NEW YORK | NY | 10010 | | Overnight Mail |
| 28110679 | 1300 WEST F STREET OAKDALE LLC | C/O AIM PROPERTY MANAGEMENT | 1212 K STREET | MODESTO | CA | 95354-0000 | | Overnight Mail |
| 28110681 | 1396 W. CHESTNUT LLC | 4515 WILARD AVE #1903S | | CHEVY CHASE | MD | 20815 | OREN.GOLDBERG@GMAIL.COM | Overnight Mail and Email |
| 28110688 | 1509 AUBURN WAY LLC | 60 DOWNING ST | | LADERA RANCH | CA | 92694 | DANSHERBY@GMAIL.COM | Overnight Mail and Email |
| 28110690 | 16 VICTORY INVESTMENTS | 7027 WEST CHESTER PIKE | | UPPER DARBY | PA | 19082 | MODERNAUTOCRAFTERS@OUTLOOK.COM | Overnight Mail and Email |
| 28110692 | 1679, LLC | 124-19 METROPOLITAN AVENUE | | KEW GARDENS | NY | 11415-0000 | | Overnight Mail |
| 28166645 | 1851 EAST STATE STREET LLC | C/O MOSHE RUDICH | 1427 53RD ST | BROOKLYN | NY | 11219 | MRUDICH@ADRDEV.COM | Overnight Mail and Email |
| 28166650 | 2175 BUFFALO NY LLC | 549 EMPIRE BLVD | | BROOKLYN | NY | 11225 | DOVIE.SPERLIN@GMAIL.COM | Overnight Mail and Email |
| 28166652 | 224 GROUP, LLC | ELLICOT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-0000 | | Overnight Mail |
| 28166654 | 238 240 S BATTLEFIELD BLVD LLC | 142 INDEPENDENCE BLVD | | VIRGINIA BEACH | VA | 23462-6718 | DRBEHL@BEHLPRACTICESERVICES.COM | Overnight Mail and Email |
| 28110696 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28103159 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28110698 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28103160 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28084001 | 2801 FOSTER AVENUE LLC | 9654-A BELAIR ROAD | | BALTIMORE | MD | 21236-0000 | | Overnight Mail |
| 28161464 | 29200 SIX MILE, LLC | 30500 NORTHWESTERN HIGHWAY | STE 400 | FARMINGTON HILLS | MI | 48334 | THANNAWA@COMCAST.NET | Overnight Mail and Email |
| 28161466 | 3301 PROPERTIES LLC | C/O GRABINO | 15 WEST 72ND STREET, UNIT 7P | NEW YORK | NY | 10023 | AMGRABINO@GMAIL.COM | Overnight Mail and Email |
| 30170576 | 35TH STROUSS ASSOCS | C/O ECHO REAL ESTATE | 560 EPSILON DR | PITTSBURGH | PA | 15238 | | Overnight Mail |
| 30170575 | 35TH STROUSS ASSOCS | C/O ECHO REAL ESTATE | 560 EPSILON DR | PITTSBURGH | PA | 15238 | | Overnight Mail |
| 28161470 | 3-D ASSOCIATES, LLC | 117 WEST PATRICK STREET | | FREDERICK | MD | 21701 | | Overnight Mail |
| 28110709 | 4390 RICHMOND ST LLC | 1521 N 31ST STREET | SUITE 100 | PHILADELPHIA | PA | 19121 | | Overnight Mail |
| 28110713 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING | | BUFFALO | NY | 14203-2402 | | Overnight Mail |
| 28110714 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING | | BUFFALO | NY | 14203-2402 | | Overnight Mail |
| 28158957 | 569 BROADWAY ASSOCIATES | 1401 BROAD ST | | CLIFTON | NJ | 07013 | | Overnight Mail |
| 28158959 | 5-7 MILL ROAD LLC | C/O TORRINGTON PROPERTIES | 125 HIGH ST, 5TH FL MUS BLDG | BOSTON | MA | 02110 | JR@TORPROPS.COM | Overnight Mail and Email |
| 28110717 | 57701 TWENTYNINE PALMS LLC | 80 S LAKE AVE, STE 550 | | PASADENA | CA | 91101 | PRESRIUTHAM@UEIUS.COM | Overnight Mail and Email |
| 28110721 | 6300 YORK RD SHOPPING CTR LLC | 910 REISTERSTOWN ROAD | | BALTIMORE | MD | 21208-0000 | RHONDA@SCHWABERHOLDINGS.COM; MARKR@SCHWABERHOLDINGS.COM | Overnight Mail and Email |
| 28110726 | 6900 FOURTH LLC | 2040 VICTORY BLVD | | STATEN ISLAND | NY | 10314 | | Overnight Mail |
| 28160837 | 69TH STREET RETAIL OWNER LP | C/O ASHKENAZY ACQUISITION CORP | 600 MADISON AVE, 15TH FLOOR | NEW YORK | NY | 10022 | TJENKINS@AACREALTY.COM | Overnight Mail and Email |
| 28160846 | 8246 DELAWARE INC | 295 MAIN ST, STE 210 | | BUFFALO | NY | 14203 | KSELLECK@ELLICOTTDEVELOPMENT.COM | Overnight Mail and Email |
| 28110733 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28163467 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28110735 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING | 295 MAIN STREET, SUITE 210 | BUFFALO | NY | 14203-2219 | | Overnight Mail |
| 28163472 | ACV EMPORIUM LLC | C/O A&C VENTURES INC | 465 FIRST STREET WEST, 2ND FL | SONOMA | CA | 95476 | KCARTER@ACVENTURES.COM | Overnight Mail and Email |
| 28110743 | AJMAL DEVELOPMENT LLC | 106 SHEPHERDSON LANE NE | | VIENNA | VA | 22180 | AJMALNABIZADA23@GMAIL.COM | Overnight Mail and Email |
| 28165303 | AKMS LTD | 10982 ROEBLINGS AVE #203 BOX D | | LOS ANGELES | CA | 90024 | | Overnight Mail |

Exhibit A
Eighth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28166662 | ALTRA REALTY LLC | #812922, | ONE GROVE ST | WELLESLEY | MA | 02482 | JRCONNOR1@VERIZON.NET; MROY@CHARTERHOUSEDEVELOPMENT.COM | Overnight Mail and Email |
| 28110754 | ARC RAPITPA001 LP | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 30076910 | AREA 59 LLC | C/O STEPHEN B AWALT PA | 210 W PENNSYLVANIA AVE, STE 400 | TOWSON | MD | 21204-4511 | | Overnight Mail |
| 28161108 | ASP REALTY, INC | C/O SUPERVALU | P.O. BOX 20 | BOISE | ID | 83726-0000 | JARRY.HORNER@ALBERTSONS.COM | Overnight Mail and Email |
| 28161109 | ASSET PROPERTY HOLDINGS LLC | 3 RUSS RD | | CAMDEN | ME | 04843 | DANIELLE.R.LITALIEN@GMAIL.COM | Overnight Mail and Email |
| 28161111 | AUBAY LLC | 135-27 38TH ST MGMT | | FLUSHING | NY | 11354 | | Overnight Mail |
| 28110761 | B.A.G. RITE AID 188 L.P. | C/O B.A.G. INVESTMENTS, INC. | 10100 CULVER BLVD, SUITE D | CULVER CITY | CA | 90232-0000 | | Overnight Mail |
| 28110764 | BA ARIZONA PARTNERS LLC | C/O R&L PROPERTIES | 10940 WILSHIRE BLVD #2250 | LOS ANGELES | CA | 90024 | HARRYDITLOVE@GMAIL.COM | Overnight Mail and Email |
| 28110765 | BACK9 REALTY LLC | 1060 RITTERS ROAD | | READING | PA | 19606 | CHIP@BACK9REALTY.NET | Overnight Mail and Email |
| 28166670 | BALDRIDGE PORT ORCHARD, LLC | C/O BALDRIDGE PROPERTIES # 4-379 | 6209 MID RIVERS MALL DR, STE 318 | ST CHARLES | MO | 63304 | BALDRIDGEPROPERTIES@OUTLOOK.COM | Overnight Mail and Email |
| 28166675 | BALZAC PROPERTIES II | C/O WAYNE TURKHEIMER, ATTORNEY AT LAW | 8029 NW HAWKINS BOULEVARD | PORTLAND | OR | 97229-0000 | WTURKHEIMER@COMCAST.NET | Overnight Mail and Email |
| 28166674 | BALZAC PROPERTIES II | C/O WAYNE TURKHEIMER, ATTORNEY AT LAW | 8029 NW HAWKINS BOULEVARD | PORTLAND | OR | 97229-0000 | WTURKHEIMER@COMCAST.NET | Overnight Mail and Email |
| 28110767 | BANDAID NORTH HAMPTON, LLC | 1070 OCEAN BOULEVARD | | HAMPTON | NH | 03842-0000 | | Overnight Mail |
| 28110768 | BANETTE PROPERTIES LLC | C/O NAI ELLIOTT | 901 NE GLISAN ST, STE 200 | PORTLAND | OR | 97232 | SKILLIAN@NAIELLIOTT.COM | Overnight Mail and Email |
| 28110773 | BENCHMARK HAMBURG PLAZA | 4053 MAPLE ROAD | SUITE 200 | AMHERST | NY | 14226-1072 | | Overnight Mail |
| 28110774 | BENDERSON 85-1 TRUST | PO BOX 713201 | | PHILADELPHIA | PA | 19171-3201 | | Overnight Mail |
| 28162419 | BETHEL PARK LIBRARY LLC | 1401 BROAD STREET | | CLIFTON | NJ | 07013 | NDOORHEIM@ARCTRUST.COM | Overnight Mail and Email |
| 28162423 | BG214 PROPERTIES LLC | C/O GO REALTY | PO BOX 645735 | PITTSBURGH | PA | 15264-5255 | MRUSSO@GOREALTYCO.COM | Overnight Mail and Email |
| 28110789 | BMY LLC | 328 ALABAMA ST | | SAN GABRIEL | CA | 91775 | MOKBRENDA@GMAIL.COM | Overnight Mail and Email |
| 28110791 | BOLO CORPORATION | 151 KALMUS DRIVE H-1 | | COSTA MESA | CA | 92626 | JOHN@BOLOGROUP.COM | Overnight Mail and Email |
| 28110793 | BONITA POINT PLAZA | C/O SENTRE, INC | 225 BROADWAY, STE 2075 | SAN DIEGO | CA | 92101 | MANAGEMENT@SENTRE.COM | Overnight Mail and Email |
| 28110795 | BOYD & MAHONEY PARTNERS | P.O. BOX 4153 | ATTENTION: PAUL MAHONEY | HARRISBURG | PA | 17111-0000 | DAWN.HECKART@THECENTRALHOTELHARRISBURG.COM | Overnight Mail and Email |
| 28110800 | BRITHYM REALTY CO. | MR RORY BREIDBART | 52 ARLEIGH RD | GREAT NECK | NY | 11021 | | Overnight Mail |
| 28110804 | BRUNSWICK SQUARE REALTY LLC | RAM GUPTA | 71 OVERLOOK DR | CARLISLE | MA | 01741 | RAMGUPT@HOTMAIL.COM | Overnight Mail and Email |
| 28719152 | C.Z. SURVEYING AND LAND DEVELOPMENT CO. | C/O JOHN CENKNER | 3682 STATE ROUTE 31 | DONEGAL | PA | 15628 | | First Class Mail |
| 28110816 | CAMELOT HOLDING LP | 11030 SANTA MONICA BLVD, STE 300 | | LOS ANGELES | CA | 90025 | TOM@SAFCOCAPITAL.COM | Overnight Mail and Email |
| 28110820 | CARBON PLAZA SHOPPING CTR LLC | C/O LARKEN ASSOCIATES | 1250 ROUTE 28, SUITE 101 | BRANCHBURG | NJ | 08876 | RMAREK@LARKEN.COM | Overnight Mail and Email |
| 28110823 | CAROLINA CHERRY PROPERTIES, LP | C/O RELIABLE PROPERTIES | 6420 WILSHIRE BLVD, STE 1500 | LOS ANGELES | CA | 90048-5561 | SALESREPORT@RELIABLEPROP.COM | Overnight Mail and Email |
| 28161115 | CASTE VILLAGE INC. | C/O CASTE COMPANIES | 300 WEYMAN ROAD, SUITE 210 | PITTSBURGH | PA | 15236 | | Overnight Mail |
| 28161118 | CELTIC PROPERTIES | 1916 PARK OAK DRIVE | | ROSEVILLE | CA | 95661-0000 | RETAILSITE@COMCAST.NET | Overnight Mail and Email |
| 30170578 | CHESAPEAKE INVESTMENT COMPANY | C/O LARRYMORE ORGANIZATION | 6477 COLLEGE PARK SQUARE, SUITE 306 | VIRGINIA BEACH | VA | 23464 | | Overnight Mail |

Exhibit A
Eighth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28110832 | CHURCHILL SECURITY INVST. LLC | C/O LAURICH PROPERTIES, INC. | 10655 PARK RUN DR, STE 160 | LAS VEGAS | NV | 89144-4590 | HGORDON@LAURICHPROPERTIES.COM | Overnight Mail and Email |
| 28110838 | CLIFFORD D. STEVES | ADDRESS ON FILE | | | | | | Overnight Mail |
| 28110844 | COLE EK PHILADELPHIA PA, LLC | C/O VEREIT, INC. | 2325 E. CAMELBACK RD., 9TH FLOOR | PHOENIX | AZ | 85016-0000 | FINANCIALSTATEMENTS@REALTYINCOME.COM | Overnight Mail and Email |
| 28110849 | CONNOLLY REALTY | 481 UNION STREET | | LUZERNE | PA | 18709 | | Overnight Mail |
| 28105452 | CONTINUUM PROPERTIES LLC | 10104 EMPYREAN WAY #203 | | LOS ANGELES | CA | 90067 | | Overnight Mail |
| 28162737 | CP MANAGEMENT GROUP II LLC | 192 US HIGHWAY 22 WEST | | GREEN BROOK | NJ | 08812 | | Overnight Mail |
| 28162739 | CPG LATROBE LLC | 20 FENNELL ST UNIT 550 | | SKANEATELES | NY | 13152 | MICHAELFEEHAN78@HOTMAIL.COM | Overnight Mail and Email |
| 30076908 | CPUS 601 CHELSEA ROAD, LP | C/O CBRE INVESTMENT MGMT LLC | 200 PARK AVE, 20TH FLOOR | NEW YORK | NY | 10166 | elizabeth.miller@cbre.com | Overnight Mail and Email |
| 28110859 | CSQUARED, LLC | C/O ROBERT TWILLEY, RESIDENT AGENT | P.O. BOX 550 | SALISBURY | MD | 21803-0550 | | Overnight Mail |
| 28110865 | DANIEL G KAMIN | BALDWINSVILLE LLC | PO BOX 10234 | PITTSBURGH | PA | 15232 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110867 | DANIEL G KAMIN BATH LLC | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232-0000 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110868 | DANIEL G KAMIN CHARLEROI LLC | C/O KAMIN REALTY COMPANY | PO BOX 10234 | PITTSBURGH | PA | 15232 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110869 | DANIEL G KAMIN CHESAPEAKE LLC | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232-0000 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110873 | DANIEL G KAMIN IRONDEQUOIT LLC | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232-0000 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110876 | DANIEL G KAMIN OXFORD AVE CORP | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110877 | DANIEL G KAMIN QUARRYVILLE LLC | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232-0000 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110886 | DANIEL KAMIN | C/O KAMIN REALTY COMPANY | P.O. BOX 10234 | PITTSBURGH | PA | 15232-0000 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28110888 | DCE PROPERTIES LP | 800 MUTUAL BUILDING | 816 FIFTH AVE | PITTSBURGH | PA | 15219 | ACDAMIAN@VERIZON.NET | Overnight Mail and Email |
| 28110890 | DEER PARK REALTY CO LLC | C/O DPC MANAGEMENT | 140 ADAMS AVENUE, SUITE A-8 | HAPPAUGA | NY | 11788-0000 | | Overnight Mail |
| 28110901 | DILLSBURG CENTER LLC | C/O VASTGOOD PROPERITES LLC | 44 BAYLES AVE, STE 210 | PORT WASHINGTON | NY | 11050 | AHG@VASTGOOD.COM | Overnight Mail and Email |
| 28110902 | DINO PERSIO | ADDRESS ON FILE | | | | | | Overnight Mail |
| 28110905 | DOMAIN CORPORATION | P.O. BOX 4005 | 2716 OCEAN PARK BLVD. #3006 | SANTA MONICA | CA | 90405-0000 | | Overnight Mail |
| 28110912 | DREW MANAGEMENT CORP. | 1151 FREEPORT ROAD | PMB # 500 | PITTSBURGH | PA | 15238-3103 | | Overnight Mail |
| 28110915 | DSM MB I LLC | PO BOX 419021 | | BOSTON | MA | 02241-9021 | CDAHBOUR@DEMOULASMARKETBASKET.COM | Overnight Mail and Email |
| 30076909 | DUKE REALTY L | C/O DUKE REALTY CORP | 200 SPECTRUM CENTER, STE 1600 | IRVIN | CA | 92618 | steven.donnay@dukerealty.com | Overnight Mail and Email |
| 28110917 | EAGLE PROPERTIES AND MANAGEMEN | PO BOX 214 | | CHELTENHAM | PA | 19012 | | Overnight Mail |
| 28110919 | EASTON SHOPPING CENTER LLC | PO BOX 232108 | | CENTREVILLE | VA | 20120 | JUKYSIM@GMAIL.COM | Overnight Mail and Email |
| 28110921 | ECHO HOLLOW PROPERTIES LLC | 975 OAK ST, STE 950 | | EUGENE | OR | 97401 | | Overnight Mail |
| 28110923 | ECKVILLE, LP | 1820 AVENUE M, STE 114 | | BROOKLYN | NY | 11230-5213 | ELIREAL69@AOL.COM | Overnight Mail and Email |
| 28110925 | EDWARD E. SIMPKINS | ADDRESS ON FILE | | | | | | Overnight Mail |
| 28159949 | ENNABE PROPERTIES INC | 11310 VALLEY BLVD | | EL MONTE | CA | 91731 | MICHAEL@ENNABE.COM | Overnight Mail and Email |
| 28719139 | FIT KIDS GYMNASTICS CENTER, INC. | C/O CHRISTOPHER LAIRD OLSEN | 2641 MANHATTAN BEACH BLVD | REDONDO BEACH | CA | 90278 | | First Class Mail |
| 28719153 | RICHARD CLARK AND DELORES LORI CLARK T/D/B/A LITTLE CUBS DAYCARE & LEARNING CENTER | ADDRESS ON FILE | | | | | | First Class Mail |

Exhibit A
Eighth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28719154 | ST. AGNES HEALTHCARE, INC. - AKA ASCENSION HEALTH MINISTRY | C/O LEASE ADMINISTRATION (FILE ID # MDBAL010) | 4040 VINCENNES CIRCLE | INDIANAPOLIS | IN | 46268 | | First Class Mail |

**Exhibit B**

Exhibit B
Ninth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 28166676 | FRANCIS BELLERIVE INVT US CORP | C/O FRANCIS BELLERIVE INVT COR | 150 DE LA FOUGERE ST | TROIS RIVERES | QC | G9B 7G1 | CANADA | BERRERIVEF@GMAIL.COM | Overnight Mail and Email |
| 28159955 | ETHAN CONRAD PROPERTIES | 1300 NATIONAL DRIVE, STE 100 | | SACRAMENTO | CA | 95834 | | TLONG@ETHANCONRADPROP.COM; NATASHA@ETHANCONRADPROP.COM | Overnight Mail and Email |
| 28159956 | EVERGREEN VILLAGE LLC | 3314 CESAR CHAVEZ STREET | | SAN FRANCISCO | CA | 94110 | | WILLITSLLC@GMAIL.COM | Overnight Mail and Email |
| 28110926 | EXCELA HEALTH VENTURES LLC | C/O WESTMORELAND HOSPITAL | 532 W PITTSBURGH ST, REAL EST | GREENSBURG | PA | 15601 | | | Overnight Mail |
| 28163753 | FIRST BANKS | 1000 NORTH WESTERN AVENUE, SUITE 200 | | SAN PEDRO | CA | 90732-0000 | | RRYNO@RICHDEVELOPMENT.COM | Overnight Mail and Email |
| 28110946 | G2 PROPERTIES, LLC | P.O. BOX 4322 | | SALISBURY | MD | 21803-0000 | | KDORMAN@GGIBUILDS.COM | Overnight Mail and Email |
| 28110949 | GALLUP & WHALEN SANTA MARIA | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28110954 | GC MAIN STREET OWNERS LLC | PO BOX 5461 | | NEW YORK | NY | 10185-5461 | | ANTHONY.ULLMAN@GMAIL.COM | Overnight Mail and Email |
| 28110955 | GELB INVESTMENTS RA LLC | 2493 CEDARWOOD RD | | PEPPER PIKE | OH | 44124 | | | Overnight Mail |
| 28110956 | GELSOMIN FAMILY LTD PARTNERSHI | 902 BRIDLE PATH LANE | | MESQUITE | NV | 89034 | | | Overnight Mail |
| 28110957 | GENERAL LEASING & MGMT CORP | C/O GENERAL LEASING & MGMT | 313 5TH AVENUE, 2ND FL | NEW YORK | NY | 10016-0000 | | JAMES@ELIJAHEQUITIES.COM | Overnight Mail and Email |
| 28110959 | GEORGETOWN PLAZA ASSOC, LLC | 201 E DELEWARE AVE | | NEWARK | DE | 19711 | | LRUDERMAN@TSIONASINC.COM | Overnight Mail and Email |
| 28110963 | GIFFORD MEDICAL CENTER | P.O. BOX 2000 | 44 SOUTH MAIN STREET | RANDOLPH | VT | 05060 | | | Overnight Mail |
| 28110966 | GLACIER PARTNERS | 2100 NORTHWEST BLVD., #350 | | COEUR D'ALENE | ID | 83814-0000 | | | Overnight Mail |
| 28110967 | GLASGOW SHOP CTR, INC | 2750 WRANGLE HILL ROAD | | BEAR | DE | 19701-0000 | | DEBRUTH1@VERIZON.NET | Overnight Mail and Email |
| 28110969 | GLENMORE 7118 LLC | 6906 GRAND AVENUE | | MASPETH | NY | 11378 | | REALESTATEKAL@GMAIL.COM | Overnight Mail and Email |
| 28090342 | GOH PROPERTIES LP | 1924 FOURTH STREET | | SAN RAFAEL | CA | 94901-0000 | | | Overnight Mail |
| 28159339 | GOTTLIEB HAMPTON DRUGSTORE LLC | C/O BRINDELL GOTTLIEB | 642 SIENA WAY | LOS ANGELES | CA | 90077-0000 | | GMT@BRINDELLG.COM | Overnight Mail and Email |
| 28159345 | GREAT CHI INVESTMENT LLC | 3579 E FOOTHILL BLVD STE 755 | | PASADENA | CA | 91107 | | CNZZZZJ@GMAIL.COM | Overnight Mail and Email |
| 28110978 | GREENSPRING MALL LTD PTSHP | 1829 REISTERSTOWN RD., SUITE 440 | | BALTIMORE | MD | 21208-8591 | | DGOLDMAN@BROGOL.COM | Overnight Mail and Email |
| 28110980 | GREGORY P DISCHINAT | ADDRESS ON FILE | | | | | | | Overnight Mail |
| 28110982 | GRH ALBANY PLAZA LLC | C/O HAWKINS COMPANIES | 855 BROAD STREET, SUITE 300 | BOISE | ID | 83702-0000 | | RWATSON@HCOLLC.COM; KSTEWART@HCOLLC.COM | Overnight Mail and Email |
| 28110991 | GUSTAVE MEYER | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28110993 | H&C HOLDINGS LLC | PO BOX 1068 | | WILSONVILLE | OR | 97070 | | COX@COXGROUPPDX.COM | Overnight Mail and Email |
| 28110997 | HAMILTON SAN JOSE CA SR LP | 4300 E. FIFTH AVENUE | ATTN: SR. VP LEASING | COLUMBUS | OH | 43209-0000 | | | Overnight Mail |
| 28111002 | HARMONY FOUR ASSOCS L P | P.O. BOX 1909 | | WILMINGTON | DE | 19899 | | BILL@BILLFINCHER.COM | Overnight Mail and Email |
| 28111011 | HCP RRF SAND CANYON LLC | C/O THE HUTENSKY GROUP LLC | 100 CONSTITUTION PLAZA,7TH FL | HARTFORD | CT | 06103-1703 | | TENANTSALES@HUTENSKYGROUP.COM | Overnight Mail and Email |
| 28111015 | HERITAGE HOLDINGS MGMT GROUP | PO BOX 1372 | | WEXFORD | PA | 15090 | | MICHAEL.DERENZO@HHMGP.COM | Overnight Mail and Email |
| 30173943 | HOLDENER HOLDINGS LLC | 3991 FRENCH GULCH RD | | MURPHYS | CA | 95247 | | rlinks25@gmail.com | Overnight Mail and Email |
| 28166689 | HPT (GEISTOWN) LP | PO BOX 158247 | | NASHVILLE | TN | 37215-8247 | | BROOKENAPIER@YAHOO.COM | Overnight Mail and Email |
| 28166691 | HPT (KANE) LP | PO BOX 158247 | | NASHVILLE | TN | 37215-8247 | | BROOKENAPIER@YAHOO.COM | Overnight Mail and Email |

Exhibit B
Ninth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 28166694 | HPT (SPRING GROVE) LP | PO BOX 158247 | | NASHVILLE | TN | 37215-8247 | | BROOKENAPIER@YAHOO.COM | Overnight Mail and Email |
| 28166695 | HPT (WAYNESBURG) LP | PO BOX 158247 | | NASHVILLE | TN | 37315-8247 | | BROOKENAPIER@YAHOO.COM | Overnight Mail and Email |
| 28091737 | HS BELMONT LLC | C/O WESTWOOD FINANCIAL CORP. | 10877 WILSHIRE BLVD, STE 1105 | LOS ANGELES | CA | 90024 | | TAMEKAC@HALLEQUITIESGROUP.COM, GROSSSALESLA@WESTFIN.COM | Overnight Mail and Email |
| 28111027 | HUBERT TSANG | ADDRESS ON FILE | | | | | | | Overnight Mail |
| 28111033 | HW RIVERSIDE ARLINGTON LLC | C/O 1ST COMMERCIAL REALTY GROUP | 2009 PORTERFIELD WAY, SUITE P | UPLAND | CA | 91786 | | M.GONZALEZ@1ST-COMM.COM | Overnight Mail and Email |
| 28158830 | I.C. WASHINGTON, INC. | C/O CYZNER PROPERTIES | 192 ROUTE 22 WEST | GREEN BROOK | NJ | 08812-0000 | | | Overnight Mail |
| 28111040 | IMOLA CABOT PARTNERS LLC | C/O BEST PROPERTIES ASSOC INC | 2580 SIERRA BLVD, STE E | SACRAMENTO | CA | 95825 | | | Overnight Mail |
| 28111052 | J MARC BAUERLE & MARCI K RADEL | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111053 | JACJHIN LLC | JACLYN HEE KYVNG JHIN | 359 NORTH ALFRED ST | LOS ANGELES | CA | 90048 | | JACJHIN@GMAIL.COM | Overnight Mail and Email |
| 28111058 | JAY ANDRE | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111065 | JEVELI HOLDINGS LLC | DAY SQUARE 2 LLC | 125 LOCUST ST | HARRISBURG | PA | 17101 | | TEDDY.JEVELI@JEVELIHOLDINGS.COM | Overnight Mail and Email |
| 28111075 | JR SIMPLOT CO | 1099 W FRONT ST | | BOISE | ID | 83702-0000 | | VIC.CONRAD@SIMPLOT.COM | Overnight Mail and Email |
| 28160676 | JRC ASSETS, LP | C/O JOHN CHARSHAFIAN | 5 POLLOCK CT | WEST BERLIN | NJ | 08091 | | JRCASSETS@GMAIL.COM | Overnight Mail and Email |
| 28160677 | JSK LEBANON LLC | 1430 SUMMIT WAY | | MECHANICSBURG | PA | 17050 | | ACHARYA21@YAHOO.COM | Overnight Mail and Email |
| 28160683 | KARYGIANNIS AND GRILAS | ADDRESS ON FILE | | | | | | | Overnight Mail |
| 28160686 | KEIZER CREEKSIDE CENTER | C/O POWELL DEVELOPMENT CO | P.O. BOX 97070 | KIRKLAND | WA | 98033 | | | Overnight Mail |
| 28111078 | KENNIE SANCHEZ | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111081 | KEVIN J CHAMAS | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111087 | KIN PROPERTIES, INC. | 185 NW SPANISH RIVER BLVD STE 100 | | BOCA RATON | FL | 33431 | | LCHERNEY@KINPROPERTIES.COM | Overnight Mail and Email |
| 28111089 | KING HOOF LLC | C/O DICKERHOOF PROPERTIES LLC | 777 NE SECOND STREET, SUITE 200 | CORVALLIS | OR | 97330 | | DARREN@DICKERHOOF.COM | Overnight Mail and Email |
| 28111094 | KSL HOLDINGS-MEREDITH NH LLC | 1070 OCEAN BOULEVARD | | HAMPTON | NH | 03842-0000 | | | Overnight Mail |
| 28111096 | L E H T PARTNERS LP | C/O REALMARQ CORP. | 290 KING OF PRUSSIA ROAD, SUITE 100 | RADNOR | PA | 19087-0000 | | | Overnight Mail |
| 28111098 | LA SIERRA & PIERCE ASSOCIATES | 11150 SANTA MONICA BLVD STE 760 | | LOS ANGELES | CA | 90025 | | | Overnight Mail |
| 28111105 | LANCASTER DEVELOPMENT CO | 1701 S.E. COLUMBIA RIVER DRIVE | | VANCOUVER | WA | 98661-0000 | | | Overnight Mail |
| 28107203 | LEVINE INVESTMENT LP | 2801 E CAMELBACK RD, STE 450 | | PHOENIX | AZ | 85016-0000 | | | Overnight Mail |
| 28111122 | LIMONITE AVE HOLDINGS LLC | C/O ADL PROPERTY MANAGEMENT, INC. | 2845 WESTWOOD BOULEVARD | LOS ANGELES | CA | 90064-0000 | | BEVERLY@ADLPM.COM | Overnight Mail and Email |
| 28111128 | LITTLE SAFFORD CORP | 501 MAIN STREET | | UTICA | NY | 13501 | | JCROOP@PACEMAKERSTEEL.COM | Overnight Mail and Email |
| 28111134 | LONGVIEW SHOPPING CENTER LLC | 279 REYNOLDS AVE | | PARSIPPANY | NJ | 07054 | | SRPAREDDYUS@GMAIL.COM | Overnight Mail and Email |
| 28111138 | LOYAL PLAZA SC LLC | C/O FIRST NATL PROP MGMT LLC | 151 BODMAN PLACE, STE 201 | RED BANK | NJ | 07701 | | CBENNETT@FNRPUSA.COM | Overnight Mail and Email |
| 28111140 | LUCILLE E DAVISON TRST OF 2000 | RICHARD THORNER, TRUSTEE | 95 MARKET STREET | MANCHESTER | NH | 03101 | | WREDDINGTON@WADLEIGHLAW.COM | Overnight Mail and Email |
| 28166697 | MAAT HOLDINGS LLC | DBA MAAT RITE LLC (IN PENNA) | 432 N CANAL ST UNIT 17 | SOUTH SAN FRANCISCO | CA | 94080 | | DIANE.ZINGALE@GMAIL.COM | Overnight Mail and Email |
| 28166700 | MAIN STREET PRESERVATION TRUST | C/O THALIMER | ONE BAYPORT WAY, STE 100 | NEWPORT NEWS | VA | 23606 | | JULI.CORBETT@THALHIMER.CO | Overnight Mail and Email |

Case 25-14861-MBK   Doc 1864   Filed 08/12/25   Entered 08/12/25 17:00:43   Desc Main
Document    Page 11 of 17

Exhibit B
Ninth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 28111147 | MARGARET WANG DREAM TRUST | C/O KEY POINT PROP MGMT LLC | 71 DURANGO CIRCLE | RANCHO MIRAGE | CA | 92270 | | JOEKIM@KWCOMMERCIAL.COM | Overnight Mail and Email |
| 28111152 | MAR-MART REALTY CO INC | C/O PF FINANCIAL SERVICES INC | 159 WEST 53RD ST, STE 32G/H | NEW YORK | NY | 10019 | | | Overnight Mail |
| 28163226 | MCKNIGHT REALTY GROUP # 6 | 310 GRANT STREET, SUITE 2500 | | PITTSBURGH | PA | 15219-2303 | | | Overnight Mail |
| 30170577 | MDC EAST COLLEGE LLC | C/O REALTY INCOME CORP | 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130 | | | Overnight Mail |
| 30170579 | MDC EAST HOBSON LLC | C/O REALTY INCOME CORP | 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130 | | | Overnight Mail |
| 28163229 | MELBOURNE ASSOCIATES, VII, L.L | 1811 HADDONFIELD-BERLIN RD | | CHERRY HILL | NJ | 08003 | | JMH@KINGSWAYMGMT.COM | Overnight Mail and Email |
| 28163230 | MELVIN & MARY SCHAEFER | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111159 | MIDDLE ISLAND PLAZA, LLC | 750 NORTH COUNTY ROAD | SUITE 3 | SETAUKET | NY | 11733 | | | Overnight Mail |
| 28111161 | MIDWOOD MANAGEMENT CORP | 430 PARK AVE, STE 201 | | NEW YORK | NY | 10022 | | JD@MIDWOODID.COM | Overnight Mail and Email |
| 28111162 | MIKE & JOSEPHINE MRA, LP | 32 BENMORE TERRACE | | BAYONNE | NJ | 07002-0000 | | | Overnight Mail |
| 28162914 | MINDSET GURUS LLC | 2401 E DIVISION ST | | NATIONAL CITY | CA | 91950 | | RPI96@YAHOO.COM | Overnight Mail and Email |
| 28162922 | MKR RITE LLC | C/O SHANAZ BEG | 23090 RED SUNSET PLACE | ALDIE | VA | 20105 | | | Overnight Mail |
| 28111165 | MLJM 228 LLC | 720 PARKVIEW DR | | GIBSONIA | PA | 15044 | | | Overnight Mail |
| 28159201 | MORELAND ARIZONA PROPERTIES | 1665 EAST LAYTON DRIVE | | ENGLEWOOD | CO | 80013 | | | Overnight Mail |
| 28095832 | MSF RACH-I, LLC - C/O BENDERSO | C/O BENDERSON DEVELOPMENT CO. | 7978 COOPER CREEK BLVD, STE 100 | UNIVERSITY PARK | FL | 34201-0000 | | | Overnight Mail |
| 28111179 | MT VERNON PLAZA CENTER ASSOC | 18915 142ND AVE NE, STE 155 | | WOODINVILLE | WA | 98072 | | EZRAGENAUER@GMAIL.COM | Overnight Mail and Email |
| 28111181 | MUSSO 3636 LLC | 265 BROADHOLLOW ROAD, STE 115 | | MELVILLE | NY | 11747 | | DANA@MUSSOPROPERTIES.COM | Overnight Mail and Email |
| 28111185 | NATIONAL RETAIL PROPERTIES, IN | 450 SOUTH ORANGE AVENUE, SUITE 900 | | ORLANDO | FL | 32801 | | FINANCIAL-REPORTING@NNNREIT.COM | Overnight Mail and Email |
| 28111188 | NB PENN LLC | 10380 WILSHIRE BLVD #1501 | | LOS ANGELES | CA | 90024 | | BERRDEV@ME.COM | Overnight Mail and Email |
| 28111194 | NEW WAPPINGERS CENTER POINT, L | C/O METRO COMMERCIAL MANAGEMENT | 307 FELLOWSHIP ROAD, SUITE 300 | MOUNT LAUREL | NJ | 08054-0000 | | LMILLER@CENTERPOINTPROP.COM; TDURHAM@METROCOMMERCIAL.COM | Overnight Mail and Email |
| 28111204 | NG19 LP | 11720 EL CAMINO REAL, STE 250 | | SAN DIEGO | CA | 92130 | | | Overnight Mail |
| 28162937 | NICHOLAS KARTSONAS | ADDRESS ON FILE | | | | | | | Overnight Mail |
| 28111212 | NORTH NATOMAS TOWN CENTER LLC | C/O LEWIS MGMT CORP | PO BOX 670 | UPLAND | CA | 91785-0670 | | JOHN.DVORAK@LEWISOP.COM | Overnight Mail and Email |
| 28111214 | NORTH STATE DEVELOPMENT CO | C/O SIERRA PACIFIC PROPERTIES, INC. | 1800 WILLOW PASS COURT | CONCORD | CA | 94520-0000 | | KELLY.ARRIGAN-DIAZ@SPPROP.COM | Overnight Mail and Email |
| 28096453 | NORTHGATE ENTERPRISES LLC | PO BOX 1583 | | CORVALLIS | OR | 97339 | | DARREN@DICKERHOOF.COM | Overnight Mail and Email |
| 28161588 | NOSTRAND PROPERTY OWNER LLC | C/O ASHKENAZY ACQUISITION CORP | 600 MADISON AVE, 15TH FL | NEW YORK | NY | 10022 | | MSHUBOWITZ@AACREALTY.COM | Overnight Mail and Email |
| 28111227 | OREGON CTR LLC | C/O INVESTMENT CONCEPTS INC | 1667 E LINCOLN AVE | ORANGE | CA | 92865 | | HUBERTK@ICICORPORATE.COM | Overnight Mail and Email |
| 28111232 | OSBORNE ASSOCIATES, VI, L.L.C. | C/O KINGSWAY REALTY COMPANY | 1811 HADDONFIELD-BERLIN RD | CHERRY HILL | NJ | 08003 | | | Overnight Mail |
| 28111248 | PANOS PROPERTIES LLC | 6850 E GREEN LAKE WAY N #201 | | SEATTLE | WA | 98115 | | TIM@PANOSPROPERTIESLLC.COM | Overnight Mail and Email |
| 28111254 | PARSI INVESTMENTS LLC | 301 CENTRAL AVE, STE B | | EGG HARBOR TWP | NJ | 08234 | | INFO@NIKMEHRPARSI.COM | Overnight Mail and Email |
| 28111257 | PAULO ALTOONA LLC | 7322 WESTMORE RD | | ROCKVILLE | MD | 20850 | | TONY@TONYWOODJR.COM | Overnight Mail and Email |
| 28111264 | PENALVER PROPERTIES PA, LLC | 11253 VINEDALE STREET | | SUN VALLEY | CA | 91352 | | MIKEH@PENAWEB.COM | Overnight Mail and Email |
| 28111271 | PETERKORT TOWNE SQ LLC-CTA | C/O PETERKORT PROPERTY MANAGEMENT CO. | 200 SW MARTKET ST, STE 200 | PORTLAND | OR | 97201 | | | Overnight Mail |
| 28111272 | PFEIL MURRELL CO LLC | 178 TWIN RIDGE DR | | SAN LUIS OBISPO | CA | 93405 | | | Overnight Mail |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)
Page 3 of 4

Exhibit B
Ninth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 28166710 | PLAZA K REALTY-COLUMBIA LLC | C/O BENNETT WILLIAMS COMM | 3528 CONCORD RD | YORK | PA | 17402 | | BWPM@BENNETTWILLIAMS.COM | Overnight Mail and Email |
| 28166712 | POND STREET PARTNERS | C/O REAL MARQ CORPORATION | PO BOX 8263 | RADNOR | PA | 19087 | | JPMEEHAN@REALMARQ.COM | Overnight Mail and Email |
| 28166714 | POQUOSON COMMONS RETAIL INVEST | C/O JDH CAPITAL | 3735 BEAM ROAD, SUITE B | CHARLOTTE | NC | 28217 | | | Overnight Mail |
| 28719148 | RODDA PAINT CO. | C/O STEVE HOLBROOK | 6107 NORTH MARINE DRIVE | PORTLAND | OR | 97203 | | | First Class Mail |
| 28719155 | UPMC ST. MARGARET - AKA UNIVERSITY OF PITTSBURGH MEDICAL CENTER | C/O MICHAEL BRENENBORG, SR. LEASE SPECIALIST | US STEEL TOWER, FLOOR 60 | PITTSBURGH | PA | 15219 | | | First Class Mail |

**Exhibit C**

Exhibit C
Tenth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28166716 | PRH LCC | ATTN: JUSTIN GOFF | 6020 192ND ST SE | SNOHOMISH | WA | 98296 | JUSTIN@PRHNW.COM | Overnight Mail and Email |
| 28111286 | PROPERTIES 1959 LLC | 2305 FOXFIRE CIRCLE | | MECHANICSBURG | PA | 17055 | SCOTT.KARNS@KARNS.NET | Overnight Mail and Email |
| 28111287 | PT-88 REALTY CO, INC | 952 LAKEWOOD ROAD | | TOMS RIVER | NJ | 08753-0000 | NANCYS@D2710.COM | Overnight Mail and Email |
| 28111291 | QCSI SIX LLC | C/O THE KRAUSZ COMPANIES LLC | 6823 S EASTERN AVE, STE 101 | LAS VEGAS | NV | 89119-4684 | | Overnight Mail |
| 28111292 | QUAD B ENTERPRISES LLC | P.O. BOX 487 | | SHERMANS DALE | PA | 17090-0000 | BBRUNNER1@COMCAST.NET | Overnight Mail and Email |
| 28163561 | R.A. BENTLEYVILLE LLC | C/O LRF SLATER COMPANIES | 600 SO LIVINGSTON AVE | LIVINGSTON | NJ | 07039-0000 | FSLATER@SLATERCOMPANIES.COM | Overnight Mail and Email |
| 28163565 | RA STONEROOK | 161 HAMILTON RD, STE 101 | | LANCASTER | PA | 17603-0000 | TOM@STONEROOK.NET | Overnight Mail and Email |
| 28097914 | RA2 PASADENA LP | C/O EXCEL PROPERTY MGMT SVCS INC | 9034 W SUNSET BLVD | WEST HOLLYWOOD | CA | 90069 | MARK@CHARLES-COMPANY.COM | Overnight Mail and Email |
| 28163570 | RAD CHILI LLC | 280 CHESTNUT STREET | | NEWARK | NJ | 07105 | MOSHASHO@YAHOO.COM | Overnight Mail and Email |
| 28163571 | RAD CONNELLSVILLE LLC | C/O HOFING MANAGEMENT | 928 W. STATE STREET | TRENTON | NJ | 08618-0000 | GHOFING@YAHOO.COM, DEBBI@HOFINGMANAGEMENT.COM | Overnight Mail and Email |
| 28111295 | RAD NY ELMIRA I PROP OWNER LLC | 850 OAK GROVE AVENUE | | MENLO PARK | CA | 94025 | DANIELLE@MENLOCAP.COM | Overnight Mail and Email |
| 28111299 | RANCHO DEL MAR CENTER LLC | C/O TERRAMAR RETAIL CENTERS LLC | 4695 MACARTHUR CT, STE 700 | NEWPORT BEACH | CA | 92660 | NORCALSALES@TRCRETAIL.COM | Overnight Mail and Email |
| 28111303 | RANDALL BENDERSON 1993-1 TRUST | C/O 93 NYRPT, LLC | 570 DELEWARE AVE | BUFFALO | NY | 14202 | BILLINGDEPT@BENDERSON.COM | Overnight Mail and Email |
| 28169405 | RANDALL BENDERSON 1993-1 TRUST | PO BOX 713201 | | PHILADELPHIA | PA | 19171-3201 | | Overnight Mail |
| 28111306 | RAP ETTERS, LLC | 305 W. CHESAPEAKE AVE, #306 | | TOWSON | MD | 21204-0000 | | Overnight Mail |
| 28111309 | RAP MILFORD, LLC | 305 W. CHESAPEAKE AVE #306 | | TOWSON | MD | 21204-0000 | | Overnight Mail |
| 28111311 | RA-PA, LLC | C/O JOSEPH LUCANIA | 91 CROFT LANE | SMITHTOWN | NY | 11787 | JLUCANIAL3@GMAIL.COM | Overnight Mail and Email |
| 28111318 | RAX OHPA OWNER LLC | 850 OAK GROVE AVE | | MENLO PARK | CA | 94025 | DANIELLE@MENLOCAP.COM | Overnight Mail and Email |
| 28111317 | RAX OHPA OWNER LLC | 850 OAK GROVE AVE | | MENLO PARK | CA | 94025 | | Overnight Mail |
| 28098170 | RCCA INC | 44811 DATE AVE, STE A | | LANCASTER | CA | 93534 | DRRAMIHADDAD@ROADRUNNER.COM | Overnight Mail and Email |
| 28111323 | REALTY INCOME CORP | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 28111325 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 28162570 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 28162568 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 28111324 | REALTY INCOME PA PROPERTIES | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | SSPAR@REALTYINCOME.COM | Overnight Mail and Email |
| 28162569 | REALTY INCOME PA PROPERTIES | C/O CENTURION REALTY, LLC | 512 7TH AVENUE, 37TH FLOOR | NEW YORK | NY | 10018-0000 | MBROWN@CENTURIONRE.COM | Overnight Mail and Email |
| 28111326 | REALTY INCOME PROP 16 LLC | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130 | | Overnight Mail |
| 28111338 | REHOBOTH MALL G.P. LIMITED PA | C/O THE CORDISH COMPANY | 601 EAST PRATT ST., STE 600 | BALTIMORE | MD | 21202-0000 | TALEXANDER@CORDISH.COM | Overnight Mail and Email |

Exhibit C
Tenth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28111343 | RI-GRASS VALLEY, LLC | C/O READ MANAGEMENT, LLC | 2025 FOURTH STREET | BERKELEY | CA | 94710-0000 | KMONSCHKE@READINVESTMENTS.COM | Overnight Mail and Email |
| 28111344 | RITA RUDMAN REVOCABLE TRUST | 1102 BALTIMORE PIKE,STE 206 | | GLEN MILLS | PA | 19342 | MRUDMAN@PREMIEREPROPERTIESPA.COM | Overnight Mail and Email |
| 28111347 | RITE INVESTORS #2-MD | C/O KAMIN REALTY COMPANY | PO BOX 10234 | PITTSBURGH | PA | 15232 | KSERENKO@KAMINREALTY.COM | Overnight Mail and Email |
| 28111350 | RIVERBAY CORP | 2049 BARTOW AVENUE | | BRONX | NY | 10475-0000 | | Overnight Mail |
| 28163332 | RJ LAND CO LP | PO BOX 12567 | | LA JOLLA | CA | 92039-2567 | | Overnight Mail |
| 28163338 | ROCHDALE VILLAGE, INC | 169-65 137TH AVENUE | | JAMAICA | NY | 11434-0000 | | Overnight Mail |
| 28163339 | ROCHESTER NY REAL ESTATE LLC | 3 RUSS RD | | CAMDEN | ME | 04843 | DANIELLE.R.LITALIEN@GMAIL.COM | Overnight Mail and Email |
| 28111354 | RODRIGUEZ FAMILY TRUST UDT | ADDRESS ON FILE | | | | | | Overnight Mail |
| 28098685 | ROIC OREGON LLC | C/O RETAIL OPPORTUNITY INVESTMENTS CORP | 8905 TOWNE CENTRE DR STE 108 | SAN DIEGO | CA | 92122 | | Overnight Mail |
| 28108764 | ROIC OREGON LLC | C/O RETAIL OPPORTUNITY INVESTMENTS CORP | 8905 TOWNE CENTRE DRIVE, STE 108 | SAN DIEGO | CA | 92122 | | Overnight Mail |
| 28111366 | ROJEN, LP C/O HOLLAND PROPERTI | 751 FREDERICK STREET | | HANOVER | PA | 17331 | LISA@HOSTETTERCONSTRUCTION.COM | Overnight Mail and Email |
| 28111367 | RONALD & LOLA BRASHEAR | ADDRESS ON FILE | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111372 | ROWLAND RANCH PROPERTIES LLC | C/O STC MANAGEMENT | 10722 BEVERLY BLVD, STE P | WHITTIER | CA | 90601 | | Overnight Mail |
| 28098930 | RX NANTY GLO INVESTORS LLC | CHARLES D'AMICO SVP | 800 THIRD AVE, 5TH FL | NEW YORK | NY | 10022 | | Overnight Mail |
| 28161447 | SADG-4 LP | ATTN: RICHARD DREHER | 100 COLLIERY ROAD | DICKSON CITY | PA | 18519-0000 | | Overnight Mail |
| 28099065 | SAM CAPE HENRY, LLC | C/O S.L. NUSBAUM REALTY CO | PO BOX 2491 | NORFOLK | VA | 23501 | LEASEADM@SLNUSBAUM.COM | Overnight Mail and Email |
| 28111386 | SAMUEL AND MARGOT THOMAS | C/O LARRYMORE ORGANIZATION, INC. | 6477 COLLEGE PARK SQUARE, SUITE 306 | VIRGINIA BEACH | VA | 23464-0000 | LSHACKELFORD@LARRYMORE.COM | Overnight Mail and Email |
| 28111389 | SANDY SELF STORAGE | 6707 LOOMIS ST | | LAKEWOOD | CA | 90713 | CONNIE@RANDCCCONTRACTING.COM | Overnight Mail and Email |
| 28111392 | SATHER GATE PARTNERS LLC | C/O HUMMELT DEVELOPMENT | 29911 SW BOONES FERRY RD STE 3 | WILSONVILLE | OR | 97070 | JON.HUMMELT@FRONTIER.COM | Overnight Mail and Email |
| 28111400 | SEAFORD COMMERCIAL 28 LLC | C/O THE CARL M FREEMAN CO | 909 ROSE AVE, STE 1000 | NORTH BETHESDA | MD | 20852 | VBONHAG@CMFA.COM | Overnight Mail and Email |
| 28111408 | SHALER ZAMAGIAS | C/O ZAMAGIAS PROPERTIES | 336 FOURTH AVENUE, 8TH FLOOR | PITTSBURGH | PA | 15222-0000 | DANIEL.GUSTINE@ZAMAGIAS.COM | Overnight Mail and Email |
| 28111410 | SHENANDOAH RX ASSOCIATES LLC | PO BOX 541 | | VILLANOVA | PA | 19085-0541 | NKARALIS@COMCAST.NET | Overnight Mail and Email |
| 28111412 | SHIV LAND COMPANY, LLC | 1101 TALL TREES DR | | PITTSBURGH | PA | 15241 | KAUSHPATEL71@GMAIL.COM | Overnight Mail and Email |
| 28161734 | SHOP CITY PW/LB, LLC | 244 WEST 39TH ST, 4TH FL | | NEW YORK | NY | 10018 | | Overnight Mail |
| 28111416 | SOMIL GANDHI | ADDRESS ON FILE | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111419 | SOUTHSIDE GATEWAY HOLDINGS LLC | 10544 SOUTH TRIPP AVE | | OAK LAWN | IL | 60453 | KFODC1@COMCAST.NET | Overnight Mail and Email |
| 28111420 | SOUTHSIDE REAL ESTATE LP | C/O PARAGON MANAGEMENT GROUP, LLC | 276 POST ROAD WEST, SUITE 201 | WESTPORT | CT | 06880-0000 | ANELSON@PARAGONCT.COM | Overnight Mail and Email |
| 28111421 | SPENCER SQUARE LTD | 6743 NEWPORT LAKE CTR | | BOCA RATION | FL | 33496 | RJDWTRUST@GMAIL.COM | Overnight Mail and Email |
| 28111422 | SPP INVESTORS LLC | C/O SKYLINE PACIFIC PROPERTIES, LLC | 221 PINE STREET, 4TH FLOOR | SAN FRANCISCO | CA | 94104-0000 | DAVID.MOORE@SKYLINEPACIFIC.COM | Overnight Mail and Email |
| 28111436 | STEWARTSTOWN STATION VILLAGE S | 6259 REYNOLDS MILL ROAD | | SEVEN VALLEYS | PA | 17360 | | Overnight Mail |

Exhibit C
Tenth Lease Rejection Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28111437 | STONEBRIER COMMERCIAL LP | 1919 GRAND CANAL BOULEVARD | | STOCKTON | CA | 95207-0000 | | Overnight Mail |
| 28111438 | STONEGATE INV TRUST LLC | 4931 SW 76TH AVE #364 | | PORTLAND | OR | 97225 | STEPHANIE@SBRCONSULTINGLLC.COM | Overnight Mail and Email |
| 28719156 | SUBWAY #13876 AKA COUNTRY VIEW ENTERPRISES'S INC | C/O BARBARA LANGHANS | 553 DAIRY ROAD | ELIZABETHVILLE | PA | 17023 | | First Class Mail |
| 28163354 | SUNQUITZ SWC LLC | C/O LAURICH PROPERTIES, INC. | 10655 PARK RUN DR, STE 160 | LAS VEGAS | NV | 89144 | | Overnight Mail |
| 28100722 | SVN REAL ESTATE, LLC | 1114 CEDAR TOP ROAD | | READING | PA | 19607 | | Overnight Mail |
| 28163361 | SVN REAL ESTATE, LLC | 1114 CEDAR TOP ROAD | | READING | PA | 19607 | | Overnight Mail |
| 28163360 | SVN REAL ESTATE, LLC | 1114 CEDAR TOP ROAD | | READING | PA | 19607 | | Overnight Mail |
| 28162350 | THE EDGE GROUP INC | P.O. BOX 52 | | NASSAU | DE | 19969-0000 | CAROL@THE-EDGEGROUP.COM | Overnight Mail and Email |
| 28162351 | THE JACKSON INVST COMPANY, LLC | 511 W CLEVELAND ST #S-608 | | TAMPA | FL | 33606 | TJACKSONJIC@AOL.COM | Overnight Mail and Email |
| 28111455 | THE NIKI GROUP LLC | C/O THE NIKI GROUP LLC | 11720 EL CAMINO REAL, STE 250 | SAN DIEGO | CA | 92130 | KAYDEE@THENIKIGROUP.COM | Overnight Mail and Email |
| 28111456 | THE NIKI GROUP LLC - RAVI | C/O THE NIKI GROUP LLC | 11720 EL CAMINO REAL, STE 250 | SAN DIEGO | CA | 92130 | KAYDEE@THENIKIGROUP.COM | Overnight Mail and Email |
| 28111461 | THE NIKI GROUP, LLC-RABF1 | C/O THE NIKI GROUP LLC | 11720 EL CAMINO REAL, STE 250 | SAN DIEGO | CA | 92130 | KAYDEE@THENIKIGROUP.COM | Overnight Mail and Email |
| 28163426 | THE NIKI GROUP, LLC-RAPA1 | C/O THE NIKI GROUP LLC | 11720 EL CAMINO REAL, STE 250 | SAN DIEGO | CA | 92130 | KAYDEE@THENIKIGROUP.COM | Overnight Mail and Email |
| 28163433 | THOMPSON HOLDINGS 19971 LLC | 115 DRAPER DR | | TEHOBETH | DE | 19971 | TIMARIEK@YAHOO.COM | Overnight Mail and Email |
| 28163435 | THRIFTY PROPS OF ANACORTES | C/O KG INVESTMENT PROPERTIES | 11225 SE 6TH ST, STE 215 | BELLEVUE | WA | 98004 | KFULLER@KGIP.COM | Overnight Mail and Email |
| 28111475 | U & ME 3 LLC | 400 POST AVE, STE 303 | | WESTBURY | NY | 11590 | OFFICE@MPDMANAGEMENT.NET, MARC@AHCONCO.COM | Overnight Mail and Email |
| 28111485 | UNION REAL ESTATE COMPANY | ONE OXFORD CENTRE | 301 GRANT ST, STE 1250 | PITTSBURGH | PA | 15219-1629 | EKERNISKY@UNIONREALESTATE.COM, BTAYLOR@UNIONREALESTATE.COM | Overnight Mail and Email |
| 28110135 | UNION REAL ESTATE COMPANY | ONE OXFORD CENTRE | 301 GRANT STREET, SUITE 1250 | PITTSBURGH | PA | 15219 | MDEMARDO@UNIONREALESTATE.COM | Overnight Mail and Email |
| 28111483 | UNION REAL ESTATE COMPANY | ONE OXFORD CENTRE | 301 GRANT ST, STE 1250 | PITTSBURGH | PA | 15219-1629 | EKERNISKY@UNIONREALESTATE.COM, BTAYLOR@UNIONREALESTATE.COM | Overnight Mail and Email |
| 28111482 | UNION REAL ESTATE COMPANY | ONE OXFORD CENTRE | 301 GRANT ST, STE 1250 | PITTSBURGH | PA | 15219-1629 | EKERNISKY@UNIONREALESTATE.COM, BTAYLOR@UNIONREALESTATE.COM | Overnight Mail and Email |
| 28101628 | USPA GREEN FIRS TOWNE CTR LLC | C/O PRINCIPAL RE INVESTORS LLC | 711 HIGH STREET | DES MOINES | IA | 50392-0094 | SALESREPORT@PMFINVESTMENTS.COM | Overnight Mail and Email |
| 28165184 | VERRAZANO BUILDERS LLC | 17-20 WHITESTONE EXPRESSWAY, SUITE 303 | | WHITESTONE | NY | 11357-0000 | STAG11@BELLSOUTH.NET | Overnight Mail and Email |
| 28111503 | VESTAR PENINSULA RETAIL LLC | C/O VESTAR | 2415 E. CAMELBACK, SUITE 100 | PHOENIX | AZ | 85016-0000 | JSCOTT@VESTAR.COM | Overnight Mail and Email |
| 28111506 | VIOLA'S FOOD STORES, INC. | 8001 ROWAN ROAD | | CRANBERRY | PA | 16066 | | Overnight Mail |
| 28111507 | WARWICK SHOPPING CENTER | 12525 JEFFERSON AVENUE | ATTENTION: RAYMOND H. SUTTLE | NEWPORT NEWS | VA | 23602-0000 | | Overnight Mail |
| 28111509 | WASHINGTON GARDEN I LP | SAMUEL LAND COMPANY | 372 N GRAIG ST | PITTSBURGH | PA | 15213 | JYOUNG@SLCREALTY.COM | Overnight Mail and Email |
| 28111514 | WAYNE HEIGHTS MALL, LLC | 678 REISTERSTOWN ROAD | | BALTIMORE | MD | 21208-0000 | | Overnight Mail |
| 28111516 | WEC 97K-19 INVESTMENT TRUST | C/O ALLERAND REALTY HOLDINGS | 675 W. INDIANTOWN RD, STE 103 | JUPITER | FL | 33458-0000 | ASABELLA@ALLERAND.COM | Overnight Mail and Email |
| 28111519 | WEC 98D-1 LLC | KEYBANK RE CAPITAL | PO BOX 145404 | CINCINNATI | OH | 45250 | | Overnight Mail |
| 28111526 | WEIS MARKETS INC. | P.O. BOX 471 | | SUNBURY | PA | 17801-0471 | LLAUBACH@WEISMARKETS.COM | Overnight Mail and Email |

Exhibit C

Tenth Lease Rejection Parties Service List

Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 28111529 | WEST CAPITOL SHOPPING CENTER | 727 VALENCIA STREET | | SAN FRANCISCO | CA | 94110 | WESTCAPITOLSHOPPINGCENTER@GMAIL.COM | Overnight Mail and Email |
| 28111531 | WESTMINSTER GRANITE MAIN LLC | C/O ROSENTHAL PROPERTIES, LLC | 1945 OLD GALLOWS RD, STE 300 | VIENNA | VA | 22182 | KBLANCO@ROSENTHALPROPERTIES.COM | Overnight Mail and Email |
| 28111535 | WHITEHOUSE MALL, LLC | DE MATTHEIS INVESTMENTS | 60 MAPLE AVE | MORRISTOWN | NJ | 07960 | | Overnight Mail |
| 28111538 | WILDERNESS MAPLE VALLEY LLC | C/O PACIFIC ASSET ADVISORS INC | 14205 SE 36TH ST, STE 215 | BELLEVUE | WA | 98005 | BRAD@PAADVISORS.COM | Overnight Mail and Email |
| 28111539 | WILLIAM J BURKE III | ADDRESS ON FILE | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111540 | WILLIAM LATTARULO | ADDRESS ON FILE | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111547 | WINICK GARDENS LLC | 100 WEST 18TH ST CF1 | | NEW YORK | NY | 10011 | | Overnight Mail |
| 28111549 | WOMBAT, LLC | C/O DICKERHOOF PROPERTIES LLC | 777 NE SECOND ST, STE 200 | CORVALLIS | OR | 97330 | DARREN@DICKERHOOF.COM | Overnight Mail and Email |
| 28162696 | YELM PARTNERS LLC | 4850 PERACCA ROAD | | SANTA ROSA | CA | 95404-0000 | | Overnight Mail |
| 28111559 | YOKO C. GATES TRUST | ADDRESS ON FILE | | | | | EMAIL ADDRESS ON FILE | Overnight Mail and Email |
| 28111561 | YPI PENNSYLVANIA, LLC | 2400 NW 94TH AVE | | MIAMI | FL | 33172 | ESUAREZ@YESPROPERTYINC.COM | Overnight Mail and Email |