UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Justin E. Kerner
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
E-mail: kernerj@ballardspahr.com

Nicholas J. Brannick
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: brannickn@ballardspahr.com

*Ross Dress for Less, Inc.*

In Re:

New Rite Aid, LLC, *et al.*,[1]

       Debtors.

Case No.: 25-14861 (MBK)

Chapter 11

(Jointly Administered)

## APPLICATION OF NICHOLAS J. BRANNICK
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), Ross Dress For Less, Inc. (the "Landlord"), through the undersigned counsel, respectfully moves this Court for entry of an Order granting Nicholas J. Brannick permission to appear *pro hac vice* as counsel on behalf of the Landlord in the above-captioned case and all matters arising therein or related thereto.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Annexed hereto as <u>Exhibit A</u> is a Declaration of Attorney Brannick, which conforms to Local Rule 9010-1(b).

Unless requested by other parties, no oral argument is requested.

A proposed form of order is submitted herewith.

WHEREFORE, the Landlord respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: August 13, 2025

*/s/ Justin E. Kerner*
Justin E. Kerner, Esquire
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
Email: kernerj@ballardspahr.com