# **EXHIBIT A**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BALLARD SPAHR LLP**<br>Justin E. Kerner<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054<br>Telephone: (856) 761-3400<br>Facsimile: (856) 761-1020<br>E-mail: kernerj@ballardspahr.com<br><br>Nicholas J. Brannick<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: brannickn@ballardspahr.com<br><br>*Ross Dress for Less, Inc.* | |
| In Re:<br><br>New Rite Aid, LLC, *et al.*,[1]<br><br>           Debtors. | Case No.: 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATION OF NICHOLAS J. BRANNICK
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Nicholas J. Brannick hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Ballard Spahr LLP. My office is located at 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. I was admitted to practice law in the State of Ohio in 2005, the State of New York in 2011, and the State of Delaware in 2012. In addition, I am admitted to practice before the following courts:

U.S. District Court for the District of Delaware

U.S. District Court for the Southern District of New York

U.S. District Court for the Northern District of Ohio

U.S. District Court for the Southern District of Ohio

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 13, 2025

/s/ Nicholas J. Brannick
Nicholas J. Brannick
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: brannickn@ballardspahr.com