| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**HODGSON RUSS LLP**<br>Jon T. Powers, Esq.<br>140 Pearl Street, Suite 140<br>Buffalo, New York 14202<br>Telephone: (716) 848-1598<br>Email: tpowers@hodgsonruss.com<br><br>*Counsel to 2545 Getzville LLC* | |
| In re:<br><br>New Rite Aid, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the law firm Hodgson Russ LLP, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), enters its appearance in the above-referenced chapter 11 cases as counsel to 2545 Getzville LLC ("2545 Getzville"), and requests that the name of the attorney listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in these cases, and all pleadings and other papers served or required to be served in these cases, be given to and served on the following:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

31984251v.1

> HODGSON RUSS LLP
> Jon T. Powers, Esq.
> 140 Pearl Street, Suite 140
> Buffalo, New York 14202
> Telephone: (716) 848-1598
> Email: tpowers@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced cases and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction of any type by 2545 Getzville, nor should it be deemed to waive: (i) 2545 Getzville's rights to have final orders in non-core matters in these cases entered only after de novo review by a District Court; (ii) 2545 Getzville's rights to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) 2545 Getzville's rights to have a District Court withdraw the reference in any matter in these cases subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which 2545 Getzville is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 13, 2025
      Buffalo, New York

HODGSON RUSS LLP

By:   */s/ Jon T. Powers*
     Jon T. Powers, Esq.
     140 Pearl Street, Suite 140
     Buffalo, New York 14202
     Telephone: (716) 848-1598
     Email: tpowers@hodgsonruss.com

*Counsel to 2545 Getzville LLC*