| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on August 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER BETWEEN THE DEBTORS AND TIJSMA, LLC APPROVING THE REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF PREMISES**

The relief set forth on the following pages, numbered three (3) through six (6), is **ORDERED**.

DATED: August 13, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

| | |
|---|---|
| (Page \| 3) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE DEBTORS AND TIJSMA, LLC APPROVING THE REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF PREMISES |

This Consent Order is made by and between TIJSMA, LLC (the "Landlord"), and New Rite Aid, LLC, together with its affiliated debtors and debtors in possession (collectively, the "Debtors," and together with the Landlord, the "Parties"), by and through their respective counsel of record, with regard to the following facts:

**WHEREAS**, on November 4, 1997, Landlord and Thrifty Payless, Inc., one of the Debtors, entered into a nonresidential real property lease (together with all amendments, modifications and extensions thereto, the "Lease") for commercial space at 23975 Ironwood Avenue, Moreno Valley, California (the "Premises"); and

**WHEREAS**, each of the Debtors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code on May 5, 2025, commencing these chapter 11 cases (the "Bankruptcy Cases"); and

**WHEREAS**, on May 29, 2025, the Landlord filed a *Motion for Entry of Order Vacating the Automatic Stay as to Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* [Docket No. 567] (the "Stay Relief Motion"), which the Debtors opposed pursuant to that certain *Objection to Motion for Entry of Order Vacating the Automatic Stay as to Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* [Docket No.1053]; and

**WHEREAS**, on July 15, 2025, the Landlord filed a *Supplemental Certification of Thomas Engel in Support of Motion for Entry of Order Vacating the Automatic Stay as to*

(Page | 4)
Debtors: NEW RITE AID, LLC, *et al*.
Case No. 25-14861 (MBK)
Caption of Order: CONSENT ORDER BETWEEN THE DEBTORS AND TIJSMA, LLC APPROVING THE REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF PREMISES

---

*Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* [Docket No. 1459]; and

**WHEREAS**, the Stay Relief Motion has been adjourned from time to time; and

**WHEREAS**, pursuant to an Order dated June 10, 2025 [Docket No 784], the Debtors engaged A&G Realty Partners ("A&G") to evaluate the market value of the Debtors' leasehold interests including the Lease; and

**WHEREAS,** A&G marketed the Lease for assignment or sublease but was unable to identify any interested parties; and

**WHEREAS**, A&G concluded that further marketing of the Lease would not generate any significant value to the Debtors' estates; and

**WHEREAS**, on July 10, 2025, the Court entered the *Final Order (I) Authorizing the Debtors to Assume and Perform Under the Consulting Agreement, (II) Authorizing and Approving the Sale of Closing Location Assets, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket No. 1397] (the "Store Closing Order"); and

**WHEREAS**, the Debtors are concluding their sales in accordance with the Store Closing Order and intend to vacate the Premises no later than August 31, 2025; and

**WHEREAS**, on June 9, 2025, the Court entered the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Rejection Procedures Order"); and

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE DEBTORS AND TIJSMA, LLC APPROVING THE REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF PREMISES |

**WHEREAS**, the Debtors and the Landlord wish to resolve issues relating to the Stay Relief Motion, pursuant to the terms hereof.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY AGREED AND ORDERED AS FOLLOWS**:

1. Effective 11:59 p.m. (Pacific Time) on August 31, 2025 (the "Effective Date"), (i) the Landlord shall be granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to enforce its rights and claims with respect to the Premises and the Lease, and (ii) the Lease shall be automatically rejected, pursuant to 11 U.S.C. § 365, and any right to possession of the Premises by or through the Debtors, the estates, and/or any person or entity claiming any interest in the Premises, is terminated and forfeited under applicable nonbankruptcy law as of the Effective Date.

2. Nothing herein is intended to alter the Debtors' rights and obligations pursuant to the Store Closing Order and the Rejection Procedures Order.

3. The terms of the Rejection Procedures Order shall be incorporated herein by reference and the rejection of the Lease shall be governed by the terms thereof.

4. The provisions of this Consent Order are binding on the Parties and their successors, shall survive any conversion or dismissal of the Bankruptcy Cases, and shall bind any subsequently appointed trustee or examiner.

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | CONSENT ORDER BETWEEN THE DEBTORS AND TIJSMA, LLC APPROVING THE REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY, RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF PREMISES |

5. Subject to Effective Date, this Consent Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable nonbankruptcy law.

6. This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

7. The Bankruptcy Court will retain jurisdiction to resolve any and all disputes relating to this Consent Order.

[*Remainder of Page Intentionally Left Blank – Signatures Appear on Following Page*]

The undersigned hereby consent to the form and entry of this Consent Order:

Dated: August 12, 2025

| | |
|---|---|
| */s/ Michael D. Sirota* | */s/ David H. Stein* |
| **COLE SCHOTZ P.C.** | **WILENTZ, GOLDMAN & SPITZER, P.A.** |
| Michael D. Sirota, Esq. | David H. Stein, Esq. |
| Warren A. Usatine, Esq. | 90 Woodbridge Center Drive |
| Felice R. Yudkin, Esq. | Suite 900, Box 10 |
| Seth Van Aalten, Esq. (admitted *pro hac vice*) | Woodbridge, New Jersey 07095-0958 |
| Court Plaza North, 25 Main Street | Office: (732) 636-8000 |
| Hackensack, New Jersey 07601 | Email: dstein@wilentz.com |
| Telephone: (201) 489-3000 | |
| msirota@coleschotz.com | *Counsel for TIJSMA, LLC* |
| wusatine@coleschotz.com | |
| fyudkin@coleschotz.com | |
| svanaalten@coleschotz.com | |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*