# **EXHIBIT 3**

