# **EXHIBIT 4**

# Lease Ledger

Date: 08/12/2025
Property: 3158
Tenant: ltc067   Thrifty Payless, Inc.
Unit(S): 11325

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 5/1/2025 | Operating Expenses Estimate (05/05-31/2025) :Revised by ctrl# 892807 :Revised by ctrl# 892811 | 11325 | 16,768.59 | 0.00 | 16,768.59 | C-887194 | No |
| 5/1/2025 | CAM Insurance Expenses Estimate (05/05-31/2025) :Revised by ctrl# 892808 :Revised by ctrl# 892812 | 11325 | 465.27 | 0.00 | 17,233.86 | C-887195 | No |
| 5/1/2025 | Base Rent (05/05-31/2025) | 11325 | 10,686.77 | 0.00 | 27,920.63 | C-887196 | No |
| 5/1/2025 | Waste Recoveries Estimate (05/05-31/2025) :Revised by ctrl# 892809 :Revised by ctrl# 892813 | 11325 | 2,278.53 | 0.00 | 30,199.16 | C-887197 | No |
| 6/1/2025 | Operating Expenses Estimate (06/2025) | 11325 | 5,160.34 | 0.00 | 35,359.50 | C-903372 | No |
| 6/1/2025 | CAM Insurance Expenses Estimate (06/2025) | 11325 | 241.02 | 0.00 | 35,600.52 | C-903373 | No |
| 6/1/2025 | Base Rent (06/2025) | 11325 | 12,270.00 | 0.00 | 47,870.52 | C-903374 | No |
| 6/9/2025 | Chk# 0007637824 :CHECKscan Payment - 06/2025 Charges | | 0.00 | 17,671.36 | 30,199.16 | R-329936 | |
| 6/12/2025 | Annual RET Reconciliation (01/2024 - 12/2024) | | -9.23 | 0.00 | 30,189.93 | C-919513 | No |
| 6/12/2025 | Annual CAM reconciliation (01/2024 - 12/2024) | | 32,638.55 | 0.00 | 62,828.48 | C-919514 | No |
| 6/12/2025 | Annual INS Reconciliation (01/2024 - 12/2024) | | 13,002.02 | 0.00 | 75,830.50 | C-919515 | No |
| 7/1/2025 | Operating Expenses Estimate (07/2025) | 11325 | 5,160.34 | 0.00 | 80,990.84 | C-916718 | No |
| 7/1/2025 | CAM Insurance Expenses Estimate (07/2025) | 11325 | 241.02 | 0.00 | 81,231.86 | C-916719 | No |
| 7/1/2025 | Base Rent (07/2025) | 11325 | 12,270.00 | 0.00 | 93,501.86 | C-916720 | No |
| 7/8/2025 | Chk# 0007638390 :CHECKscan Payment - 07/2025 Charges | | 0.00 | 12,270.00 | 81,231.86 | R-334140 | |
| 7/14/2025 | Chk# 0007638658 :CHECKscan Payment - 07/2025 Charges | | 0.00 | 5,401.36 | 75,830.50 | R-334642 | |
| 7/22/2025 | Chk# 0007638852 :CHECKscan Payment - May2025 | | 0.00 | 15,391.18 | 60,439.32 | R-335433 | |
| 8/1/2025 | Operating Expenses Estimate (08/2025) | 11325 | 5,160.34 | 0.00 | 65,599.66 | C-924579 | No |
| 8/1/2025 | CAM Insurance Expenses Estimate (08/2025) | 11325 | 241.02 | 0.00 | 65,840.68 | C-924580 | No |
| 8/1/2025 | Base Rent (08/2025) | 11325 | 12,270.00 | 0.00 | 78,110.68 | C-924581 | No |
| 8/11/2025 | Chk# 0007639262 :CHECKscan Payment - 08/2025 Charges | | 0.00 | 17,671.36 | **60,439.32** | R-340662 | |
| | **TOTAL** | | **128,844.58** | **68,405.26** | **60,439.32** | | |