| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BARCLAY DAMON LLP**<br>Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 2310<br>New York, NY 10020<br>Telephone: (212) 784-5810<br>Facsimile: (212) 784-5799<br>E-mail: sfleischer@barclaydamon.com<br><br>*Counsel to SVAP III Plaza Mexico, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

1. I, Audrey A. Vrooman, am in the employ of Barclay Damon LLP, counsel for SVAP III Plaza Mexico, LLC in this matter.

2. On the 13th day of August, 2025, I sent a copy of the following pleadings and/or documents to the parties list in the chart below.

*Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 13, 2025
Syracuse, New York

*/s/Audrey A. Vrooman*
Audrey A. Vrooman

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rite Aid Corporation<br>200 Newberry Commons<br>Etters, PA 17319<br><br>Cole Schotz P.C.<br>Attn: Michael D. Sirota, Esq.,<br>Warren A. Usatine, Esq.,<br>Felice R. Yudkin, Esq., and<br>Seth Van Aalten, Esq.<br>25 Main Street<br>Hackensack, NJ 07601<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alison R. Gross Benedon, Esq.,<br>Christopher Hopkins, Esq., and<br>Nick Krislov, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq. and<br>Jeffery M. Sponder, Esq.<br>U.S. Department of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>Willkie Farr & Gallagher LLP<br>Attn: Brett H. Miller, Esq.<br>Todd M. Goren, Esq.<br>James H. Burbage, Esq., and<br>Jessica D. Graber<br>787 Seventh Avenue<br>New York, NY 10019-6099<br><br>Sills Cummis & Gross, P.C.<br>Attn: Andrew H. Sherman, Esq.,<br>Boris I. Mankovetskiy, Esq., and<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>The Legal Center<br>Newark, NJ 07102<br><br>Choate, Hall & Stewart LLP<br>Attn: John F. Ventola, Esq.,<br>Jonathan D. Marshall, Esq., and<br>Mark D. Silva, Esq.<br>Two International Place<br>Boston, MA 02110 | Debtor<br><br><br><br>Attorneys for Debtor<br><br><br><br><br><br><br><br>Attorneys for Debtor<br><br><br><br><br><br><br>U.S. Trustee<br><br><br><br><br><br><br>Attorneys for the Official Committee of Unsecured Creditors<br><br><br><br><br><br><br><br>Attorneys for the Official Committee of Unsecured Creditors<br><br><br><br><br><br><br><br>Attorneys for the Pre-petition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Email<br>☐ Notice of Electronic filing (NEF)<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Greenberg Traurig, LLP<br>Attn: Alan j. Brody, Esq. and<br>Julia Frost-Davies, Esq.<br>500 Campus Drive, Suite 400<br>Florham, NJ 07932 | Attorneys for the Pre-petition ABL Agent and the DIP Agent | |
| Arthur Abramowitz aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com<br><br>Jason D. Angelo JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com<br><br>Jessica Apter japter@levyratner.com<br><br>Victoria N Argeroplos vargeroplos@jw.com, kgradney@jw.com; dtrevino@jw.com; jrego@jw.com; jpupo@jw.com<br><br>Simon Aron saron@wrslawyers.com, jlee@wrslawyers.com<br><br>Allison J. Arotsky aarotsky@moritthock.com<br><br>Franklin Barbosa fb@spsk.com, clm@spsk.com<br><br>D. Alexander Barnes njbkr@obermayer.com, alexander.barnes@obermayer.com; vanja.moraca@obermayer.com<br><br>Alexander F. Barth abarth@cohenseglias.com<br><br>Kenneth L. Baum kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com<br><br>Andrew Behlmann abehlmann@lowenstein.com<br><br>Alison Rebecca Gross Benedon abenedon@paulweiss.com, lcanty@paulweiss.com<br><br>Walter Benzija wbenzija@halperinlaw.net, mmurrayhbb@outlook.com<br><br>Lauren Bielskie lauren.bielskie@usdoj.gov<br><br>Jordan Seth Blask jblask@fbtlaw.com, rmccartney@fbtlaw.com<br><br>Jonathan S. Bodner jbodner@bodnerlawpllc.com<br><br>Charles E. Boulbol rtrack@msn.com<br><br>Liam Braber lbraber@jacobydonner.com<br><br>Morton R. Branzburg mbranzburg@klehr.com, jtaylor@klehr.com; nyackle@klehr.com<br><br>Corinne Samler Brennan csamler@klehr.com, scmcginly@klehr.com; nyackle@klehr.com<br><br>Gary D. Bressler gbressler@mdmc-law.com, hryan@mdmc-law.com<br><br>Alan J. Brody brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Email<br>☒ Notice of Electronic filing (NEF)<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Ronald Brown ron@rkbrownlaw.com<br><br>Stuart M. Brown stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com; docketingbaltimore@dlapiper.com<br><br>David L. Bruck bankruptcy@greenbaumlaw.com<br><br>William J. Burnett william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com; nicole.pettit@flastergreenberg.com<br><br>John P Byrne john.byrne@byrnelawcorp.com<br><br>Sophia L. Cahill scahill@sheppardmullin.com, ny-docketing@sheppardmullin.com; 1142443420@filings.docketbird.com<br><br>Kevin M. Capuzzi kcapuzzi@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com<br><br>James S. Carr KDWBankruptcyDepartment@KelleyDrye.com; MVicinanza@ecf.inforuptcy.com<br><br>Sue Liu Chin schin@borgeslawllc.com<br><br>Martha Baskett Chovanes mchovanes@foxrothschild.com, rsolomon@foxrothschild.com; brian-oneill-fox-5537@ecf.pacerpro.com<br><br>Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com<br><br>Kyriaki Christodoulou kchristodoulou@cullenllp.com<br><br>Albert Anthony Ciardi aciardi@ciardilaw.com, sfrizlen@ciardilaw.com; dtorres@ciardilaw.com<br><br>Donald W Clarke dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com; dclarke@ecfalerts.com<br><br>Mark B Conlan mconlan@gibbonslaw.com<br><br>Kelly D. Curtin kdcurtin@pbnlaw.com, mpdermatis@pbnlaw.com; pnbalala@pbnlaw.com; jmoconnor@pbnlaw.com; FESanchez@pbnlaw.com<br><br>Anthony J D'Artiglio ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com<br><br>Paul R. DeFilippo pdefilippo@wmd-law.com<br><br>Louis T. DeLucia louis.delucia@icemiller.com, john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com<br><br>Sam Della Fera sdellafera@csglaw.com<br><br>John P. Di Iorio jdiiorio@shapiro-croland.com<br><br>Monique Bair DiSabatino mdisabatino@saul.com, robyn.warren@saul.com | | |

| | | |
|---|---|---|
| Michele M. Dudas mdudas@msbnj.com<br><br>Keri P. Ebeck KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com; kebeck@ecf.courtdrive.com; agilbert@bernsteinlaw.com<br><br>David Edelberg dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com<br><br>Turner Falk turner.falk@saul.com, catherine.santangelo@saul.com; tnfalk@recap.email<br><br>Clement J Farley cfarley@mccarter.com<br><br>Anna Pia Felix afelix@lpgmlaw.com<br><br>Andrew W Ferich aferich@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com; 3559819420@filings.docketbird.com<br><br>Scott Fleischer sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com<br><br>Kevin T Fogerty kfogerty@fogertylaw.com<br><br>Terri Jane Freedman tfreedman@csglaw.com, mpdermatis@pbnlaw.com; rasegall@pbnlaw.com<br><br>Jerome Bennett Friedman jfriedman@flg-law.com<br><br>Crystal Johnson Geise crystal.geise@usdoj.gov<br><br>Edmond M. George edmond.george@obermayer.com, michael.vagnoni@obermayer.com; Lucille.acello@obermayer.com; coleen.schmidt@obermayer.com; kelsey.sheronas@obermayer.com<br><br>Michael J. Goettig MichaelGoettig@dwt.com, nycdocket@dwt.com<br><br>Eric Goldstein egoldstein@goodwin.com, bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com<br><br>Brett D. Goodman brett.goodman@afslaw.com, jeffrey.gleit@afslaw.com; matthew.bentley@afslaw.com; edocket@afslaw.com<br><br>Jessica M. Gulash jgulash@lbmlaw.com<br><br>Leslie Carol Heilman HeilmanL@ballardspahr.com, vesperm@ballardspahr.com; roglenl@ballardspahr.com; weidmanb@ballardspahr.com<br><br>Michael R. Herz mherz@foxrothschild.com, cbrown@foxrothschild.com<br><br>Michael E. Holt mholt@formanlaw.com, kanema@formanlaw.com<br><br>Jennifer Hoover jhoover@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com<br><br>John J. Jacko jjacko@leechtishman.com, john@fellheimer.net | | |

| | | |
|---|---|---|
| Steven A. Jayson sjayson@msklaw.net, jloewenstein@msklaw.net; donnaz@msklaw.net; pmasiello@msklaw.net<br><br>Benjamin F Johns bjohns@shublawyers.com<br><br>Ericka Fredricks Johnson ejohnson@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com<br><br>Wojciech F. Jung Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com<br><br>Michael Kahme mkahme@hillwallack.com, fmansmann@hillwallack.com<br><br>Brian I. Kantar bkantar@csglaw.com<br><br>Dimitri L Karapelou dlk@mmdlawfirm.com<br><br>Matthew E. Kaslow mkaslow@blankrome.com<br><br>Justin Kerner kernerj@ballardspahr.com, weickk@ballardspahr.com; BallardDocketEast@ballardspahr.com<br><br>Norman N Kinel norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com<br><br>Scott M. Klein sklein@fekmlaw.com, kpower@fekmlaw.com; keckman@fekmlaw.com<br><br>Shmuel Klein shmuel.klein@verizon.net, bleichmanklein@gmail.com; kleinsr88450@notify.bestcase.com<br><br>Gregory Kopacz gkopacz@sillscummis.com<br><br>Stuart Kossar slkossar@norris-law.com, aburton@norris-law.com<br><br>Deborah Kovsky-Apap deborah.kovsky@troutman.com, susan.henry@troutman.com; WLBank@troutman.com<br><br>Justin S Krell jkrell@bsk.com, kdoner@bsk.com; CourtMail@bsk.com<br><br>Jeffrey Kurtzman kurtzman@kurtzmansteady.com<br><br>Marc Justin Kurzman mkurzman@carmodylaw.com<br><br>Joseph Andrew Kutschman jkutschman@cutolobarros.com, ecourts@cutolobarros.com<br><br>Michael Kwiatkowski mkwiatkowski@moritthock.com, crodriguez@cullenllp.com<br><br>Ryan Lamb ryan.lamb@usdoj.gov<br><br>Shawn J. Lau shawn_lau@msn.com<br><br>Jay Lavroff jlavroff@lindabury.com<br><br>James N. Lawlor jlawlor@wmd-law.com | | |

| | | |
|---|---|---|
| Evan Lazerowitz elazerowitz@rc.com, efiling-notice@ecf.pacerpro.com; efilingnotice@cooley.com<br><br>Robert L. LeHane rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com; BankruptcyDepartment2@KelleyDrye.com; MVicinanza@ecf.inforuptcy.com<br><br>Joseph H. Lemkin jlemkin@stark-stark.com<br><br>Douglas G. Leney dleney@archerlaw.com, ahuber@archerlaw.com<br><br>William J. Levant efile.wjl@kaplaw.com, wlevant@gmail.com<br><br>Seth H. Lieberman slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com<br><br>Alvin Chien-Chih Lin alin@morrisoncohen.com<br><br>Gail C. Lin gcl@raisnerroupinian.com, rsr@raisnerroupinian.com; jar@raisnerroupinian.com; warnlawyers@raisnerroupinian.com; rrllp@ecf.courtdrive.com<br><br>Owen Lipnick olipnick@bertonepiccini.com<br><br>William John Maffucci wmaffucci@sogtlaw.com<br><br>John S. Mairo jmairo@gibbonslaw.com, emunera@gibbonslaw.com<br><br>Kevin J. Mangan kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com<br><br>Boris I Mankovetskiy bmankovetskiy@sillscummis.com, asherman@sillscummis.com<br><br>Warren J. Martin wjmartin@pbnlaw.com, mpdermatis@pbnlaw.com; pnbalala@pbnlaw.com; raparisi@pbnlaw.com; jmoconnor@pbnlaw.com<br><br>Oleh Matviyishyn omatviyishyn@sillscummis.com<br><br>Christopher P. Mazza cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com; pnbalala@pbnlaw.com; jmoconnor@pbnlaw.com; FESanchez@pbnlaw.com<br><br>Daniel L. McAuliffe dmcauliffe@rmfpc.com, mamato@rmfpc.com; samiel@rmfpc.com<br><br>Jaclynn McDonnell jmcdonnell@genovaburns.com, dmendez@genovaburns.com<br><br>Jennifer Cranston McEntee jcranston@ciardilaw.com, dtorres@ciardilaw.com; sfrizlen@ciardilaw.com<br><br>Drew S. McGehrin dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com<br><br>Douglas J. McGill dmcgill@webbermcgill.com<br><br>James Martin Charles McHale jmchale@oag.state.md.us, | | |

| | | |
|---|---|---|
| szadrozny@oag.state.md.us; bedmunds@oag.state.md.us; ckellogg@oag.state.md.us<br><br>Javier L. Merino jmerino@dannlaw.com, 9497659420@filings.docketbird.com<br><br>Holly Smith Miller hsmiller@gsbblaw.com<br><br>Louis Anthony Modugno lmodugno@tm-firm.com<br><br>Robert L Murphy rmurphy@papernick-gefsky.com<br><br>Alan I. Nahmias anahmias@mbn.law, anahmias@prnlaw.com<br><br>Brigid K Ndege brigid.ndege@bclplaw.com, brigid-ndege-4743@ecf.pacerpro.com<br><br>Kimberly Nelson knelson@ftc.gov<br><br>Jami B. Nimeroff jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com<br><br>Thomas S. Onder tonder@stark-stark.com<br><br>Kelsey L Owens owens.kelsey@pbgc.gov<br><br>William Joseph Oxley woxley@dastilaw.com<br><br>Valerie Palma DeLuisi vpd@palmalawfirm.com, r51449@notify.bestcase.com<br><br>Evan C. Pappas epappas@tuckerlaw.com<br><br>Rachel A. Parisi raparisi@pbnlaw.com, mpdermatis@pbnlaw.com; pnbalala@pbnlaw.com; jmoconnor@pbnlaw.com; FESanchez@pbnlaw.com<br><br>Raymond M. Patella rpatella@lawjw.com<br><br>Melissa A. Pena mapena@norris-law.com, pfreda@nmmlaw.com<br><br>Eric R. Perkins EPerkins@hlgslaw.com, tcolombini@hlgslaw.com; Perkins.EricB146050@notify.bestcase.com<br><br>Douglas J. Pick dpick@picklaw.net, ezabicki@picklaw.net<br><br>John Piskora jpiskora@loeb.com, nydocket@loeb.com,vrubinstein@loeb.com<br><br>Thomas Pitta tpitta@emmetmarvin.com<br><br>Dana S. Plon dplon@sirlinlaw.com<br><br>Alexandra Pontrello atroiano@westermanllp.com<br><br>Kelly M. Purcaro Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com<br><br>Faye C Rasch faye@wrlawgroup.com, hazel@wrlawgroup.com<br><br>Steven M Richman srichman@clarkhill.com, mfaas@clarkhill.com<br><br>Vincent J. Roldan vroldan@mblawfirm.com | | |

| | | |
|---|---|---|
| Daniel H Roseman droseman@hhk.com, twalker@hhk.com; lpucciarelli@hhk.com; gkielbasinski@hhk.com<br><br>Bradshaw Rost brost@tspclaw.com<br><br>Joel W. Ruderman ruderman.joel@pbgc.gov, efile@pbgc.gov<br><br>Bradford J. Sandler bsandler@pszjlaw.com, mseidl@pszjlaw.com; abates@pszjlaw.com<br><br>Allan D Sarver ads@asarverlaw.com<br><br>Anne B. Sekel asekel@foley.com, jnicholson@foley.com; jlee@foley.com<br><br>Robert P. Shapiro rshapiro@shapirocroland.com<br><br>Virginia T. Shea vshea@mdmc-law.com, gbressler@mdmc-law.com<br><br>Andrew H. Sherman asherman@sillscummis.com<br><br>Wendy M Simkulak wmsimkulak@duanemorris.com<br><br>Michael D. Sirota msirota@coleschotz.com, fpisano@coleschotz.com; ssallie@coleschotz.com; lmorton@coleschotz.com; pratkowiak@coleschotz.com; ddelehanty@coleschotz.com<br><br>David E. Sklar dsklar@pashmanstein.com, lsalcedo@pashmanstein.com; gkarnick@pashmanstein.com<br><br>Andrew Small asmall@wglaw.com<br><br>Lindsey E. Snavely lsnavely@pillaraught.com, tlaughead@pillaraught.com<br><br>Jay B. Solomon jsolomon@bbgllp.com<br><br>Moshie Solomon msolomon@golenbock.com<br><br>Jeffrey M. Sponder jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov<br><br>Rebecca Starner rebecca.starner@huschblackwell.com, serena.gray@huschblackwell.com<br><br>David H. Stein dstein@wilentz.com, ciarkowski@wilentz.com<br><br>John C. Stellakis jstellakis@farrellfritz.com<br><br>Daniel Stolz dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com; msousa@genovaburns.com<br><br>Ross J. Switkes rswitkes@shermansilverstein.com<br><br>Corey E Taylor corey@taylorlawoc.com<br><br>Jeffrey Thomas Testa jtesta@mccarter.com, lrestivo@mccarter.com<br><br>Pamela Elchert Thurmond Pamela.Thurmond@phila.gov<br><br>Alan G Tippie Alan.Tippie@gmlaw.com | | |

| | | |
|---|---|---|
| Richard D. Trenk rtrenk@trenkisabel.law, averdugo@tisslaw.com<br><br>U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov<br><br>Warren A. Usatine wusatine@coleschotz.com, fpisano@coleschotz.com; ddelehanty@coleschotz.com<br><br>Melissa L. Van Eck mvaneck@attorneygeneral.gov<br><br>Jeremiah Vandermark vandermarkjj@whiteandwilliams.com<br><br>Gregory Francis Vizza vizza@blankrome.com<br><br>Keara Waldron kwaldron@halperinlaw.net, adroz@lowenstein.com<br><br>Kaitlin R. Walsh krwalsh@mintz.com, docketing@mintz.com<br><br>Debra Djupman Warring dwarring@attorneygeneral.gov<br><br>John Willard jgwillard@spencerfane.com<br><br>Paul J. Winterhalter pwinterhalter@offitkurman.com, cballasy@offitkurman.com<br><br>Bruce J. Wisotsky bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com<br><br>Elie Jonathan Worenklein eworenklein@debevoise.com, skoboci@debevoise.com; mdavis@debevoise.com; rbheller@debevoise.com; nlabovitz@debevoise.com; slevinson@debevoise.com; bamishkin@debevoise.com; jpark@debevoise.com; ajcostin@debevoise.com; mao-bk-ecf@debevoise.com; crce<br><br>William G. Wright wwright@capehart.com, jlafferty@capehart.com<br><br>James S. Yu jyu@seyfarth.com, nycdocket@seyfarth.com; rpinkston@seyfarth.com<br><br>Felice R. Yudkin fyudkin@coleschotz.com, fpisano@coleschotz.com<br><br>Agostino Angelo Zammiello azammiello@foxrothschild.com<br><br>Scott A. Zuber szuber@csglaw.com, ecf@csglaw.com | | |