**agebPAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON AUGUST 14, 2025 AT 11:30 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
        via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

### I. UNCONTESTED MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 1337]

    **Status:** This matter is going forward with permission of the Court.

2. Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1820]

    Related Documents

    A. Application for Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1821]

    B. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 1826]

    **Status:** This matter is going forward with permission of the Court. Objections are due at the hearing. No objections have been filed with the Court at this time.

### II. CONTESTED MATTERS GOING FORWARD

3. Fourth Notice of Additional Closing Locations [Docket No. 595]

    Responses/Objections

    A. Objection of Landlord, AG WGI, LLC to Debtors' Notice of Fourth Store Closing Locations [Docket No. 780]

    **Status:** This matter is going forward with permission of the Court.

4. Tenth and Twelfth Notices of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket Nos. 1093 and 1308]

    Related Documents

    A. Objection of Westminster Granite Main LLC to Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1309]

    B. Objection of Westminster Granite Main LLC to Twelfth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1381]

    C. Supplemental Limited Objection filed by Westminster Granite Main LLC to Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1839]

    D. Omnibus Notice of Matters Scheduled to be Heard on August 14, 2025 at 11:30 A.M. [Docket No. 1837]

Responses/Objections

    A. Debtors' Response to Objections of Westminster Granite Main LLC to Debtors' Notices of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1846]

**Status:** This matter is going forward with permission of the Court.

5. Movant Donfred Francois Longware's Notice of Hearing and Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 to the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge [Case No. 23-185993-MBK, Docket No. 6069]

Related Documents

    A. Notice of Hearing [Case No. 23-18993-MBK, Docket No. 6070]

Responses/Objections

    A. Reorganized Debtors' Opposition to Motion of Donfred Francois Longware for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Docket No. 6069] [Case No. 23-18993-MBK, Docket No. 6077]

**Status:** This matter is going forward with permission of the Court.

### III. STATUS CONFERENCE

6. Motion of McKesson Corporation for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief [Docket No. 655]

Related Documents

    A. Stipulation and Agreed Order Between Debtors, DIP Agent, the Official Committee of Unsecured Creditors and McKesson Corporation (I) Scheduling Certain Dates and Deadlines in Connection with the Motion of McKesson Corporation for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related

  Relief, (II) Establishing Certain Protocols, and (III) Granting Related Relief [Docket No. 672]

 B. Letter to Honorable Michael B. Kaplan Regarding Hearing on McKesson's Motion to Compel Administrative Expense Claim [Docket No. 1860]

 C. Response of McKesson Corporation Regarding Hearing Date for Motion to Compel Payment of Administrative Claim [Docket No. 1875]

**Status:** A status conference regarding this matter is going forward with permission of the Court, solely with respect to the Debtors' request for an adjournment.

7. Sale Hearing regarding Certain Leases and Fee Owned Properties

 Related Documents

 A. Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 22]

 B. Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

 C. Interim Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 184]

 D. Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 804]

 E. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1320]

 F. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Fee Owned Properties [Docket No. 1321]

 G. Notice of Modification to Specified Leases Identified on the Second Auction Notice [Docket No. 1370]

 H. Notice of Qualified Bids and Virtual Auction [Docket No. 1498]

 I. Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1524]

 J. Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1525]

4

    K. Notice of Successful and Backup Bidder(s) with Respect to the Auction of Certain of the Debtors' Fee Owned Property [Docket No. 1788]

    L. Certificate of No Objection to (I) Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases and (II) Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1827]

Responses/Objections

    A. AJC Legacy Trust LLC's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1364]

    B. BM Properties' Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale of Certain Leases [Docket No. 1365]

    C. Investcal Realty Corporation, et. al. Joinder and Objection to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1387]

    D. Objection of CPT Shops at Rossmoor, LLC to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1389]

    E. Objection and Reservation of Rights of Alscott, Inc. to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1390]

    F. Limited Objection, Joinder and Reservation of Rights of Landlord, AG WGI, LLC Regarding Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1391]

    G. CHR-A LLP's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1393]

    H. Hillsborough Haven's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1394]

    I. Response of Landlord, TIJSMA, LLC to Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Assets [Docket No. 1418]

    J. PKM Holdings, Inc.'s Objection to the Sale of the Unexpired Lease [Docket No. 1435]

5

K. Limited Objection of SN Investment Properties, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Dkt. No. 1525] [Docket No. 1784]

L. Objection of the Chen 1998 family Trust, et al. to Notice of Assumption and Assignment of Lease and Cure Amount [Docket No. 1786]

M. AJC Legacy Trust LLC's Objection to Proposed Assumption and Assignment of Unexpired Non-Residential Real Property Lease [Docket No. 1795]

N. Objection of TMT Bear Creek Shopping Center, Inc. to Notice of Assumption and Assignment of Lease [Docket No. 1796]

O. Objection and Reservation of Rights of Landlord Mill Avenue Associates, LLC to the Debtors' Proposed Cure Amount and Assumption and Assignment of Its Lease [Docket No. 1797]

P. Objection of First Priority Funding, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1802]

Q. Objection of PFK Partners LP to Debtor's Proposed Assumption and Assignment of Lease [Docket No. 1803]

R. Response and Reservation of Rights of B10 Mountain B LA LP, MGP XI-A Town Center Lake Forest, LLC and ROIC Paramount Plaza, LLC to Debtors' Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1804]

S. Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC's Objection to Assumption and Assignment Notice [Docket No. 1805, as amended by Docket No. 1808]

T. Limited Objection of 5931 Atlantic LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1806]

U. Reservation of Rights of B10 Mountain A LA LP, B10 Mountain A OC LP, B10 Mountain A WA LLC And Zentmyer Properties II LLC to Debtors' Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1809]

V. Objection and Reservation of Rights of Alscott, Inc. to Debtors' Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases and Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1810]

W. Limited Objection of S & N II, Ltd. to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1811]

X. Limited Objection of MDC Seal Beach, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1812]

Y. Objection of DS Properties 18 LP to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1813]

Z. Lease Counterparty 7900 Bellaire I, Ltd.'s Sale Objection Regarding Five Below, Inc.'s Assumption to the Lease for Store 5775; Supporting Declaration of Kelly Horner [Docket No. 1825]

AA. Manishkumar Patel Sale Objection [Docket No. 1829]

BB. Manishkumar Patel Sale Objection [Docket No. 1830]

CC. Limited Objection of Tandem Equities L.L.C. to Notice of Assumption and Assignment of Lease [Docket No. 1833]

DD. Objection of Mary Ann Genuario to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1834]

EE. City of Philadelphia's Limited Objection to Debtors' Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property and Reservation Of Rights [Docket No. 1835]

FF. Objection of First Priority Funding, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1852]

**Status:** This matter is going forward with permission of the Court, solely to advise the Court and related parties of the status. The Debtors will request that the Court adjourn the pending objections to August 26, 2025 at 11:30 a.m., while the Debtors continue to work to resolve such objections.

### III.  ADJOURNED MATTERS NOT GOING FORWARD

8. Motion of Westminster Granite Main LLC to Allow Administrative Expense Claim and Compel Immediate Payment Thereof [Docket No. 695]

   **Status:**  The Debtors respectfully request that this matter be adjourned to September 16, 2025 at 11:30 a.m..  The movant has consented to the adjournment.

9. One Paragon Drive, LP's Motion Directing Payment of Post-Petition Real Estate Taxes [Docket No. 1376]

   **Status:**  The Debtors respectfully request that this matter be adjourned to September 16, 2025 at 11:30 a.m.  The movant has consented to the adjournment.

10. Notice of Revised Dates Relating to the Auction and Sale Hearing for Debtors' Remaining Assets [Docket No. 1444]

    **Status:**  The Debtors respectfully request that this matter be adjourned to a date to be set at the hearing.

11. Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-185993-MBK, Docket No. 5922]

    Related Documents

    A. Motion for Entry of an Order Authorizing RAD Sub-Trust A to File Under Seal the Motion of Rad Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 5923]

    B. Notice of Hearing on Motions of RAD Sub-Trust A for Orders: (A) Enforcing the Plan and Confirmation Order Against McKesson Corporation and Granting Related Relief ("Motion to Compel"); and (B) Authorizing RAD Sub-Trust A to File Under Seal the Motion to Compel [Case No. 23-18993-MBK, Docket No. 5929]

    C. Adjournment Request [Docket No. 6079]

    Responses/Objections

    A. McKesson Corporation's Opposition to Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 6058]

**Status:** This matter has been adjourned to September 16, 2025 at 11:30 a.m.

## IV. RESOLVED MATTERS NOT GOING FORWARD

12. Motion for Entry of Order Vacating the Automatic Stay as to Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001 (a)(3) [Docket No. 567]

    Related Documents

    A. Supplemental Certification of Thomas Engel in Support of Motion for Entry of Order Vacating the Automatic Stay as to Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001 (a) (3) [Docket No. 1459]

    B. Consent Order Between the Debtors and TIJSMA, LLC Approving the Rejection of Unexpired Lease of Nonresidential Real Property, Relief from the Automatic Stay and Turnover of Premises [Docket No. 1871]

    Responses/Objections:

    A. Debtors' Objection to Motion for Entry of Order Vacating the Automatic Stay as to Landlord, TIJSMA, LLC and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) [Docket No. 567] [Docket No. 1053]

    **Status:** The consent order resolving this matter has been entered on the Court's docket.

13. Sixth Notice of Additional Closing Locations [Docket No. 743]

    Responses/Objections

    A. Contingence LLC's Objection and Reservation of Rights to Sixth Store Closing Locations [Docket No. 885]

    **Status:** Contingence LLC agrees that the objection was resolved by the Court's ruling during the July 10, 2025 hearing. This matter will not be going forward.

Dated: August 13, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*