| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Suite 201 <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Anthony Sodono, III <br> Email: asodono@msbnj.com <br> Michele M. Dudas <br> Email: mdudas@msbnj.com <br> *(Local Counsel to McKesson Corporation and certain corporate affiliates)* | **BUCHALTER, a PROFESSIONAL CORPORATION** <br> 18400 Von Karman Avenue, Suite 800 <br> Irvine, California 92612-0514 <br> (949) 760-1121 <br> Daniel H. Slate *(admitted pro hac vice)* <br> Email: dslate@buchalter.com <br> Jeffrey K. Garfinkle (admitted *pro hac vice*) <br> Email: jgarfinkle@buchalter.com <br> Brian T. Harvey (admitted *pro hac vice*) <br> Email: bharvey@buchalter.com <br> *(Co-Counsel to McKesson Corporation and certain corporate affiliates)* |
| **SIDLEY AUSTIN LLP** <br> One South Dearborn Street <br> Chicago, Illinois 60603 <br> Telephone: (312) 853-7000 <br> Dennis M. Twomey (admitted *pro hac vice*) <br> Email: dtwomey@sidley.com <br> -and- <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone: (212) 839-5300 <br> John J. Kuster (admitted *pro hac vice*) <br> Email: jkuster@sidley.com <br> Nicholas P. Crowell (*pro hac vice* pending*)* <br> Email: ncrowell@sidley.com <br> *(Co-Counsel to McKesson Corporation and certain corporate affiliates)* | Case No. 25-14861 (MBK) <br><br> Chapter 11 (Jointly Administered) <br><br> Honorable Michael B. Kaplan, U.S.B.J. |
| In re: <br><br> NEW RITE AID, LLC, *et al.*,[1] <br><br>                              Debtors. | |

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**CERTIFICATION OF NICHOLAS P. CROWELL, ESQ.**

I, Nicholas P. Crowell, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Sidley Austin LLP, co-counsel to McKesson Corporation and certain corporate affiliates (collectively, "McKesson"), creditors and contract counterparties in the above-captioned Chapter 11 cases (collectively, the "Cases"). My office is located at 787 Seventh Avenue, New York, New York 10019. I make this Certification in support of my Application to appear in these Cases *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1, to represent McKesson in the Cases and any related adversary proceedings involving McKesson.

2. I am admitted to practice law in the State of New York. I am admitted to practice before the following Courts:

- United States Court of Appeals for the First Circuit;
- United States Court of Appeals for the Second Circuit;
- United States Court of Appeals for the Eighth Circuit;
- United States Court of Appeals for the Ninth Circuit;
- United States District Court for the Eastern District of New York; and
- United States District Court for the Southern District of New York.

3. I am a member in good standing of the Bar in the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated: August 13, 2025 | /s/ Nicholas P. Crowell |
| | Nicholas P. Crowell (*pro hac vice* pending) |
| | **SIDLEY AUSTIN LLP** |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| | Telephone: (212) 839-5300 |
| | Email: ncrowell@sidley.com |
| | *Co-Counsel to McKesson Corporation, and certain corporate affiliates* |