| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BALLARD SPAHR LLP**<br>Justin E. Kerner<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054<br>Telephone: (856) 761-3400<br>Facsimile: (856) 761-1020<br>E-mail: kernerj@ballardspahr.com<br><br>Matthew G. Summers<br>Nicholas J. Brannick (admission *pro hac vice* requested)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>         brannickn@ballardspahr.com<br><br>*Ross Dress For Less, Inc.* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al.*[1]<br><br>           Debtors. | Chapter 11<br><br>Case No.  25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Ross Dress For Less, Inc. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

| | |
|---|---|
| Justin E. Kerner<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054<br>Telephone: (856) 761-3400<br>Facsimile: (856) 761-1020<br>E-mail: kernerj@ballardspahr.com | Matthew G. Summers<br>Nicholas J. Brannick<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>brannickn@ballardspahr.com |

DOCUMENTS:

  x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

  x    All documents and pleadings of any nature.

| | |
|---|---|
| Date: August 14, 2025 | Respectfully Submitted,<br><br>*/s/ Justin E. Kerner*<br>BALLARD SPAHR LLP<br>Justin E. Kerner<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054<br>Telephone: (856) 761-3400<br>Facsimile: (856) 761-1020<br>E-mail: kernerj@ballardspahr.com<br><br>Matthew G. Summers<br>Nicholas J. Brannick (admission *pro hac vice* requested)<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>brannickn@ballardspahr.com<br><br>*Counsel to Ross Dress For Less, Inc.* |