| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> Andrew N. Rosenberg (admitted *pro hac vice*) <br> Alice Belisle Eaton (admitted *pro hac vice*) <br> Christopher Hopkins (admitted *pro hac vice*) <br> Sean A. Mitchell (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> arosenberg@paulweiss.com <br> aeaton@paulweiss.com <br> chopkins@paulweiss.com <br> smitchell@paulweiss.com <br><br> *Proposed Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (admitted *pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors. [1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

**DECLARATION OF JUDITH WALTZ, ON BEHALF OF PROPOSED**
**ORDINARY COURSE PROFESSIONAL FOLEY & LARDNER, LLP**

I, Judith Waltz, pursuant to Section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my information, knowledge, and belief:

1.　I am a health care partner of Foley & Lardner, LLP, located at 555 California Street, San Francisco, CA, 94104 (the "Company").

2.　This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of New Jersey authorizing New Rite Aid, LLC and/or its

---

[1]　The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

4915-8100-2330.1

affiliated debtors (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases [Docket No. 770] (the "Order"). Following the date that the Debtors commenced their chapter 11 cases (the "Petition Date"), the Debtors requested that the Company provide professional services (or continue to provide such services) to the Debtors, and the Company has consented to provide such services. Accordingly, the Company is submitting this Declaration pursuant to the Order.

3. The Company, through me, and other members, partners, associates, or employees of the Company, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date: legal services regarding the obligations set forth in a Corporate Integrity Agreement entered into by the Debtors and the U.S. Office of the Inspector General. The Corporate Integrity Agreement was entered into on July 9, 2024, as part of a settlement of a case brought by the U.S. Department of Justice. By its terms, the CIA would extend for five (5) years after that date. For more detail, please see https://oig.hhs.gov/fraud/cia/agreements/Rite_Aid_Corporation_et_al_07092024.pdf

4. The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in these cases. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these cases. The Company does not perform services for any such person in connection with these cases except as disclosed in the Retention Questionnaire. In addition, the Company does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be employed.

4915-8100-2330.1

5. Neither I, nor any principal of, or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6. To the best of my knowledge, based on the results of the conflict report performed by the Company using the list of interested parties provided by counsel to the Debtors, neither I, nor any principal of, or professional employed by the Company, insofar as I have been able to discover, holds or represents any interest adverse to the Debtors or their estates with respect to the Corporate Integrity Agreement Services. Further, to the best of my knowledge, I am unaware as to whether any employee of the Company holds any claim against any of the Debtors that may relate to the Corporate Integrity Agreement Services.

7. The Company believes that it is owed approximately $28,000 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Company's employment by the Debtors. The Company agrees to waive all unpaid amounts for services rendered prior to the Petition Date.

8. As of the Petition Date, which was the date on which the Debtors commenced these chapter 11 cases, the Company was not party to an agreement for indemnification with the Debtors.

9. At any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

10. I, or a representative of the Company, have read and am familiar with the requirements of the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business.*

4915-8100-2330.1

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 13, 2025 in San Francisco, CA, United States.

<u>/s/ Judith Waltz</u>
Judith Waltz, Esq.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTORS

**This Questionnaire will be filed with the Court and must be returned to:**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

If more space is needed, please complete on a separate page and attach.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

4915-8100-2330.1

1.  Name and address of the Company:

Foley & Lardner, LLP, 555 California Street Suite 1700, San Francisco, CA 94104

2.  Date of retention:

Prepetition

3.  Type of services provided (accounting, legal, etc.):

Legal services

4.  Brief description of services to be provided:

Legal services related to that certain Corporate Integrity Agreement dated as of July 9, 2024 and additional compliance services related to the Debtors' wind-down.

5.  Prepetition claims against the Debtors held by the Company (if any):

$15,585

6.  Arrangements for compensation (hourly, contingent, etc.):

Hourly with a $65,000 per month cap and a total cap of $455,000.00.

   a.  Average hourly rate (if applicable):

$750 – 1050

   b.  Estimated average monthly compensation based on prepetition retention (if Company was employed prepetition):

$2,000 - $10,000 per month, however the $65,000 monthly cap is due to the expected increase in fees when a Rite Aid employee joins Foley & Lardner LLP ("Foley") and continues performing the legal services described herein.

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the Company:

None.

8.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its estate with respect to the matters on which the above-named firm is to be employed:

9.  Foley represents CVS Pharmacy, Inc. and certain of its affiliates ("CVS") in the connection with the purchase of RiteAid retail locations in the Pacific Northwest, as well as other assets associated with Rite Aid's retail locations in other states in these Chapter 11 Cases. See Dkt. No. 470. Both the Debtors and CVS have provided waivers with respect to this issue and the parties are aware of Foley's work for each party. In addition, as a condition of those waivers,

2

3

<u>Foley erected a screen to ensure that the attorneys working on this matter are screened off of away from any work related to the representation of CVS in these Chapter 11 Cases. Foley's representation of CVS is not adverse to Debtors or the estate interests in the matters which are contemplated in this filing (i.e. the legal compliance services for the Debtors' continued compliance with the Corporate Integrity Agreement and the wind-down). However, in an abundance of caution, Foley makes this disclosure to ensure all parties are aware of the matter.</u>

10. Name and title of individual completing this Retention Questionnaire:

Judith Waltz, partner at Foley & Lardner, LLP

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: August 13, 2025

/s/ Judith Waltz
Partner
Foley & Lardner, LLP

4915-8100-2330.1