| | |
|---|---|
| **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> Andrew N. Rosenberg (admitted *pro hac vice*) <br> Alice Belisle Eaton (admitted *pro hac vice*) <br> William A. Clareman (admitted *pro hac vice*) <br> Christopher J. Hopkins (admitted *pro hac vice*) <br> Sean A. Mitchell (admitted *pro hac vice*) <br> Alison R. Benedon <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> arosenberg@paulweiss.com <br> aeaton@paulweisss.com <br> chopkins@paulweiss.com <br> smitchell@paulweiss.com <br> abenedon@paulweiss.com <br><br> *Co-Counsel for the Debtors and* <br> *Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (*pro hac vice* pending) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Co-Counsel for the Debtors and* <br> *Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW RITE AID, LLC, *et al.*,[1] | ) Case No. 25-14861 (MBK) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DEBTORS' INITIAL WITNESS AND EXHIBIT LIST FOR AUGUST 19, 2025 HEARING

The above-captioned debtors and debtors in position (the "Debtors") submit this list of witnesses they may call and exhibits that they may introduce at the August 19, 2025 hearing (the "Hearing").

---

[1] The last four digits of New Rite Aid, LLC's tax identification number are 1483. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025]. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

## WITNESSES

The Debtors will call the following witness:

1. **Marc Liebman**, Managing Director at Alvarez & Marsal, and Chief Transformation Officer at New Rite Aid, LLC.

The Debtors may call the following witnesses

2. **Justin Bowers**, Senior Vice President & General Manager of Financial Shared Services at McKesson Corporation.

3. Any witness from whom McKesson Corporation submits a declaration.

4. Any witness necessary to establish the authenticity or admissibility of documents.

5. Any witness listed by any other party.

6. Rebuttal and impeachment witnesses as necessary.

The Debtors reserve the right to cross examine any witness called by another party. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below. The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtors further reserve the right to add to or modify this Exhibit List or to introduce any other document in rebuttal or cross examination. By including a document on this Exhibit List, the Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes.

The Debtors further state that where they have designated by Bates number a document that notes that a document has been produced in native form, the Debtors intend to include the native form of the document as well.

| No. | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX-01 | 8/16/2024 | N/A | N/A | Order Approving The Disclosure Statement And Confirming The Second Amended Joint Chapter 11 Plan Of Reorganization Of Rite Aid Corporation And Its Debtor Affiliates (With Further Modifications) (Case No. 23-18993, Dkt. No. 4532) |
| DX-02 | 8/30/2024 | N/A | N/A | Credit Agreement dated as of August 30, 2024 among Rite Aid Corporation, the Lenders Party Thereto, Bank of America, N.A., as Administrative Agent and Collateral Agent, and Bank of America, N.A. and Wells Fargo Bank, National Association, as Borrowing Base Agents |
| DX-03 | 8/30/2024 | RAD-MCK_00001085 | RAD-MCK_00001385 | Supply Agreement between McKesson Corporation and Rite Aid Corporation |
| DX-04 | 8/30/2024 | MCK_0000162 | MCK_0000247 | Security Agreement (Ex. Q to Supply Agreement) |
| DX-05 | 8/30/2024 | MCK_0000248 | MCK_0000273 | Subsidiary Guarantee Agreement (Ex. R to Supply Agreement) |
| DX-06 | 10/28/2024 | MCK_0004092 | MCK_0004092 | Email from D. Voss to D. Voss re: SNA EOM Forecasting October 2024 |
| DX-07 | 1/25/2025 | RAD-MCK_00012922 | RAD-MCK_00012932 | Rite Aid Corporation Weekly ABL Revolver Borrowing Base Certificate |
| DX-08 | 2/27/2025 | RAD-MCK_00010443 | RAD-MCK_00010471 | Email from J. Wagner-Parrish to R. Mehta et al. re: RAD Deliverables (Attachment: Weekly ABL Revolver Borrowing Base Certificate) |
| DX-09 | 3/2/2025 | RAD-MCK_00012912 | RAD-MCK_00012912 | Email from S. Bixler to B. Vitalone re: January Rite Aid Financials |
| DX-10 | 3/6/2025 | RAD-MCK_00010541 | RAD-MCK_00010541 | Email from J. Wagner-Parrish to R. Mehta et al. re: RAD Borrowing Breakdown |

| No. | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX-11 | 3/7/2025 | RAD-MCK_00012908 | RAD-MCK_00012911 | Email from S. Bixler to R. Ensman et al. re: Rite Aid Reporting |
| DX-12 | 4/20/2025 | RAD-MCK_00005598 | RAD-MCK_00005600 | Email from M. Liebman to M. Schroeder re: Update |
| DX-13 | 4/23/2025 | RAD-MCK_00005915 | RAD-MCK_00005915 | Email from R. Behrens to BRG RAD Team et al. re: Letter from McKesson |
| DX-14 | 4/23/2025 | RAD-MCK_00005916 | RAD-MCK_00005917 | Letter from J. Bowers to Rite Aid Corporation re McKesson Corporation Supply Agreement - Notice of Change in Payment Terms and Credit Availability under Section 7.12(a) |
| DX-15 | 4/25/2025 | RAD-MCK_00005522 | RAD-MCK_00005537 | DIP Budget Update Slide Deck |
| DX-16 | 4/28/2025 | RAD-MCK_00006027 | RAD-MCK_00006027 | RAD - Extended Daily Budget |
| DX-17 | 4/29/2025 | MCK_0000788 | MCK_0000789 | Email from D. Voss to D. Eakes re: AR Forecast Model – WIP |
| DX-18 | 5/1/2025 | MCK_0000799 | MCK_0000800 | Email from S. Bixler to J. Bowers et al. re: Letter From McKesson |
| DX-19 | 5/1/2025 | MCK_0000802 | MCK_0000802 | Email from J. Bowers to S. Bixler re: Rite Aid payment 5/1/25 |
| DX-20 | 5/1/2025 | MCK_0000803 | MCK_0000803 | Email from S. Bixler to J. Bowers et al. re: Rite Aid payment: 5/1/25 |
| DX-21 | 5/1/2025 | MCK_0000805 | MCK_0000806 | Email from J. Bowers to S. Bixer re Rite Aid payment: 5/1/25 |
| DX-22 | 5/2/2025 | MCK_0000819 | MCK_0000820 | Email from J. Bowers to S. Bixler et al. re: Rite Aid Payment: 5/1/25 |
| DX-23 | 5/2/2025 | MCK_0000849 | MCK_0000852 | Email from J. Bowers to S. Bixler et al. re: Rite Aid payment: 5/2/25 |
| DX-24 | 5/2/2025 | N/A | N/A | Email from K. Thomas to K. Evans re McK Pymt ACH 5/05 (Dkt. No. 655-2) |
| DX-25 | 5/3/2025 | MCK_0013107 | MCK_0013108 | Email from A. McAsey to J. Marshall re: Rite Aid question |
| DX-26 | 5/4/2025 | MCK_0013123 | MCK_0013123 | Email from J. Bowers to S. Bixler et al. re: Rite Aid payment: 5/2/25 |
| DX-27 | 5/5/2025 | MCK_0000898 | MCK_0000898 | Email from J. Bowers to S. Bixler et al. re: Rite Aid payment: 5/2/25 |
| DX-28 | 5/5/2025 | MCK_0000903 | MCK_0000903 | Message from Copilot in Outlook to J. Bowers re: status of Rite Aid |
| DX-29 | 5/5/2025 | MCK_0000904 | MCK_0000905 | Email from K. Thomas to K. Evans et al. re: McK Pymt ACH 5/05 |
| DX-30 | 5/5/2025 | MCK_0013124 | MCK_0013124 | Email from D. Eakes to J. Bowers re: Rite Aid update 5/2 |

| No. | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX-31 | 5/5/2025 | MCK_0013166 | MCK_0013174 | Email from S. Bhatt to ARLOCKBOX et al. re: 05/05/2025 Bank of America wires for Pharma / 8000 |
| DX-32 | 5/5/2025 | N/A | N/A | Email from S. Bixler to J. Bowers et al. re: Rite Aid payment 5/2/25 (Dkt. No. 655-2) |
| DX-33 | 5/6/2025 | N/A | N/A | Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Continue To Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, And (D) Perform Intercompany Transactions And (II) Granting Related Relief (Dkt. No. 23) |
| DX-34 | 5/6/2025 | MCK_0013299 | MCK_0013307 | Email from K. Dev to S. Panwar et al. re: RITE AID 05/08/2025 |
| DX-35 | 5/7/2025 | RAD-MCK_00007009 | RAD-MCK_00007010 | Email from R. Behrens to O. McMahon et al. re: McKesson Shipping Update |
| DX-36 | 5/8/2025 | RAD-MCK_00007030 | RAD-MCK_00007031 | Email from R. Behrens to M. Schroeder |
| DX-37 | 5/23/2025 | MCK_0014248 | MCK_0014248 | Email from K. Evans to D. Voss re: SNA EOM Forecasting May 2025 |
| DX-38 | 5/29/2025 | MCK_0014495 | MCK_0014495 | Email from D. Voss to D. Eakes re: Daily View 5.29.25 |
| DX-39 | 6/2/2025 | N/A | N/A | Motion of McKesson Corporation for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief (Dkt. No. 655) |
| DX-40 | 6/9/2025 | N/A | N/A | Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief (Dkt. No. 765) |

| No. | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| DX-41 | 6/16/2025 | N/A | N/A | Global Notes And Statements Of Limitations, Methodology, And Disclaimers Regarding The Debtors' Schedules Of Assets And Liabilities And Statements Of Financial Affairs (Dkt. No. 942-1) |
| DX-42 | 6/16/2025 | N/A | N/A | Global Notes And Statements Of Limitations, Methodology, And Disclaimers Regarding The Debtors' Schedules Of Assets And Liabilities And Statements Of Financial Affairs (Dkt. No. 1003) |
| DX-43 | 7/25/2025 | N/A | N/A | McKesson Corporation's Notice of Deposition to Debtors Pursuant to Federal Rule of Civil Procedure 30(b)(6) |
| DX-44 | 7/28/2025 | N/A | N/A | Debtors' Notice of Deposition of McKesson Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6) |
| DX-45 | 7/31/2025 | N/A | N/A | Declaration of Marc Liebman in Opposition to McKesson Corporation's Motion for an Order Allowing Administrative Expense Claim and Related Relief |
| DX-46 | 7/31/2025 | N/A | N/A | Declaration of Alison Benedon in Opposition to McKesson Corporation's Motion for an Order Allowing Administrative Expense Claim and Related Relief |

In addition to the foregoing, the Debtors reserve the right to introduce or refer to any exhibit necessary to establish the authenticity or admissibility of documents, any exhibit listed or introduced by any other party, any documents filed in the above-captioned bankruptcy case, and rebuttal and impeachment exhibits.

The inclusion of a document on this list does not waive any objections available under the Federal Rules of Evidence or otherwise.

| | |
|---|---|
| Dated: August 15, 2025 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. |
| | Warren A. Usatine, Esq. |
| | Felice R. Yudkin, Esq. |
| | Seth Van Aalten, Esq. (admitted *pro hac vice*) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | Telephone: (201) 489-3000 |
| | Email: msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | fyudkin@coleschotz.com |
| | svanaalten@coleschotz.com |
| | |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Alice Belisle Eaton (admitted *pro hac vice*) |
| | William A. Clareman (admitted *pro hac vice*) |
| | Christopher Hopkins (admitted *pro hac vice*) |
| | Sean A. Mitchell (admitted *pro hac vice*) |
| | Alison R. Benedon |
| | 1285 Avenue of the Americas |
| | New York, New York 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: arosenberg@paulweiss.com |
| | aeaton@paulweiss.com |
| | chopkins@paulweiss.com |
| | smitchell@paulweiss.com |
| | abenedon@paulweiss.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |