| | |
|---|---|
| **PAUL, WEISS, RIFKIND,** <br> **WHARTON & GARRISON LLP** <br> Andrew N. Rosenberg (admitted *pro hac vice*) <br> Alice Belisle Eaton (admitted *pro hac vice*) <br> Christopher J. Hopkins (admitted *pro hac vice*) <br> Sean A. Mitchell (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> arosenberg@paulweiss.com <br> aeaton@paulweisss.com <br> chopkins@paulweiss.com <br> smitchell@paulweiss.com <br><br> *Co-Counsel for the Debtors and* <br> *Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (admitted *pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Co-Counsel for the Debtors and* <br> *Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, *et al*., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF KYLE J. KIMPLER

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their counsel, Cole Schotz P.C. respectfully submit this application (the "Application"), for the *pro hac vice* admission of Kyle J. Kimpler, Esq. and represents as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. On May 5, 2025, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey (the "Court").

2. Kyle J. Kimpler, a partner at the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, has represented the Debtors in connection with these matters. Because of his familiarity with the facts and circumstances relevant to the Debtors in these matters, the Debtors request that Mr. Kimpler be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Mr. Kimpler, annexed hereto as **Exhibit A**, Mr. Kimpler is a member in good standing of the bar of the State of New York. Mr. Kimpler is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Kimpler has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

Respectfully submitted,

**COLE SCHOTZ P.C.**
Co-Counsel for Debtors and Debtors in Possession

By: /s/ *Michael D. Sirota*

Michael D. Sirota

Dated: August 15, 2025