| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>(*Local Counsel to McKesson Corporation and certain corporate affiliates*) | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Email: jgarfinkle@buchalter.com<br>Daniel H. Slate *(*admitted *pro hac vice)*<br>Email: dslate@buchalter.com<br>Brian T. Harvey (admitted *pro hac vice*)<br>Email: bharvey@buchalter.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Email: dtwomey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (admitted *pro hac vice*)<br>Email: jkuster@sidley.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) | Case No. 25-14861 (MBK)<br><br>Chapter 11 (Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                        Debtors. | |

**WITNESS AND EXHIBIT LIST OF McKESSON CORPORATION FOR AUGUST 19, 2025 HEARING ON MOTION FOR ENTRY OF ORDER (A) ALLOWING ADMINISTRATIVE EXPENSE CLAIM, (B) COMPELLING IMMEDIATE PAYMENT THEREOF, AND (C) GRANTING RELATED RELIEF**

McKesson Corporation and certain corporate affiliates (collectively, "McKesson"), by and

through its counsel, hereby submits its Witness and Exhibit List for the hearing on its Motion for

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

entry of an for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief ("Motion") [ECF 655], currently returnable on August 19, 2025, and for any adjourned or continued date of the Motion (the "Hearing").

## WITNESS LIST

McKesson intends to call the following witness(es) at the Hearing:

1. James Justin Bowers, Senior Vice President and General Manager of Financial Services and Solutions at McKesson;

2. Any witness listed, offered or called by any other party, including the right to cross-examine any witness offered or called by any other party; and

3. Any witness required for rebuttal or impeachment purposes.

## EXHIBIT LIST

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| 1 | [Dkt. No. 1] Voluntary Petition of Rite Aid Corp., *In re Rite Aid Corp.*, No. 25-14731-MBK (Bankr. D.N.J. May 5, 2025) | | | |
| 2 | [Dkt. No. 1] Voluntary Petition of Rite Aid Hdqtrs. Corp., *In re Rite Aid Hdqtrs. Corp.*, No. 25-14859-MBK (Bankr. D.N.J. May 5, 2025) | | | |
| 3 | Kuster Declaration Ex. 1, Deposition Transcript of Marc Liebman, dated August 5, 2025 | | | |
| 4 | Liebman Ex. 1, RAD-MCK_00005522, DIP Budget Update Slide deck | | | |
| 5 | Liebman Ex. 4, MCK_0000023, Supply Agreement, dated August 30, 2024 | | | |
| 6 | Liebman Ex. 5, Marc Liebman Declaration (ISO Opp'n to McKesson's Motion), filed under seal | | | |
| 7 | Liebman Ex. 6, RAD-MCK_00005916, letter from McKesson to Rite Aid, dated April 23, 2025 | | | |
| 8 | Executed Security Agreement, dated August 30, 2024 | | | |
| 9 | Executed Rite Aid-McKesson Subsidiary Guarantee Agreement, dated August 30, 2024 | | | |
| 10 | Liebman Ex. 10, [Dkt. No. 765] *Final Order (I) Authorizing the Debtors to (A) Continue to* | | | |

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| | *Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief*, ("Cash Management Order"), dated June 9, 2025 | | | |
| 11 | Liebman Ex. 11, Bank of America-Rite Aid Exit Credit Agreement, dated August 30, 2024 | | | |
| 12 | Liebman Ex. 12, RAD-MCK_00006027, Rite Aid Extended Daily Cash Flow Spreadsheet, dated April 28, 2025 | | | |
| 13 | Liebman Ex. 13, [Dkt. No. 655-2] Bowers Decl. Ex. 4, email from Rite Aid to McKesson, dated May 2, 2025 | | | |
| 14 | Liebman Ex. 14, [Dkt. No. 655-2] Bowers Decl. Ex. 5, Email from Steve Bixler to McKesson, dated May 5, 2025 | | | |
| 15 | Liebman Ex. 15, MCK_0013166, McKesson email chain with bank statement attachment, dated May 5, 2025 | | | |
| 16 | Liebman Ex. 16, RAD-MCK_00005598, Rite-Aid/A&M email chain, dated April 20, 2025 | | | |
| 17 | Liebman Ex. 17, [Dkt. No. 23], *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief*, ("Cash Management Motion"), dated May 6, 2025 | | | |
| 18 | Liebman Ex. 18, RAD-MCK_00010541, Rite Aid/Bank of America email chain, dated March 6, 2025 | | | |
| 19 | Liebman Ex. 19, [Dkt. No 1003] *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the debtors' Schedules of assets and Liabilities and Statements of Financial Affairs*, dated June 16, 2025 | | | |
| 20 | Liebman Ex. 20, [Dkt. No. 942-1] *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the debtors' Schedules of assets and Liabilities and Statements of Financial Affairs*, ("Rite Aid Statement of Financial | | | |

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| | Affairs"), dated June 16, 2025 | | | |
| 21 | Liebman Ex. 23, MCK_0013299, McKesson email chain, dated May 8, 2025 | | | |
| 22 | Liebman Ex. 24, RAD-MCK_00012908, Rite Aid/McKesson email chain, dated March 7, 2025 | | | |
| 23 | Liebman Ex. 25, RAD-MCK_00012912, Rite Aid/McKesson email chain, dated March 2, 2025 | | | |
| 24 | Liebman Ex. 26, RAD-MCK_00012922, Rite Aid Weekly ABL Revolver Borrowing Base Certificate, dated January 25, 2025 | | | |
| 25 | RAD-MCK_00010443, Rite Aid/Bank of America email chain with attachments, dated February 27, 2025 (parent email RAD-MCK_00010443 marked Liebman Ex. 27) | | | |
| 26 | Liebman Ex. 28, RAD-MCK_00010461, Rite Aid Weekly ABL Revolver Borrowing Base Certificate, dated February 22, 2025 | | | |
| 27 | [Dkt. No. 24] Declaration of Marc Liebman, Chief Transformation Office of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions, dated May 6, 2025 | | | |
| 28 | Bowers Ex. 8, MCK_0000820 | | | |
| 29 | *Final Order Authorizing and Approving the Settlement Between the Debtors and McKesson Corporation*, dated November 15, 2023 [Dkt. No. 613 of Rite Aid's First Bankruptcy] | | | |
| 30 | MCK_0000772, Rite Aid/McKesson email chain, dated April 25, 2025 | | | |
| 31 | MCK_0000773, Rite Aid Billing April 22, 2025 through April 24, 2025 spreadsheet | | | |
| 32 | MCK_0000794, McKesson/Rite Aid email chain, dated April 29, 2025 | | | |
| 33 | MCK_0000795, Rite Aid Billing April 25, 2025 through April 29, 2025 spreadsheet | | | |
| 34 | Debtors' Responses and Objections to McKesson Corporation's First Requests for Production, dated July 14, 2025 | | | |
| 35 | Kuster Decl. Ex. 5, MCK_0013367, McKesson email chain, dated May 9, 2025 | | | |
| 36 | Kuster Decl. Ex. 6, MCK_0013495, McKesson email chain, dated May 12, 2025 | | | |
| 37 | RAD-MCK_00012913, Unaudited Pro Forma Condensed Combined Financial Information | | | |
| 38 | RAD-MCK_00012903, Rite Aid email chain, | | | |

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| | dated March 7, 2025 | | | |
| 39 | [Dkt. No. 672] *Stipulation and Agreed Order Between the Debtors, DIP Agent, the Official Committee of Unsecured Creditors and McKesson Corporation (I) Scheduling Certain Dates and Deadlines in Connection with the Motion of McKesson Corporation for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief, (II) Establishing Certain Protocols, and (III) Granting Related Relief*, dated June 3, 2025 | | | |
| 40 | MCK__0010185, McKesson/Rite Aid email chains exchanging Rite Aid financials, dated March 7, 2025 | | | |
| 41 | Bowers Ex. 4, MCK-RAD_00005913 | | | |
| 42 | MCK_0013184, McKesson email chain, dated May 5, 2025 | | | |
| 43 | MCK_0013175, McKesson email chain, dated May 5, 2025 | | | |
| 44 | MCK_0000904, McKesson/Rite Aid email chain, dated May 5, 2025 | | | |
| 45 | MCK_0000799, Rite Aid/McKesson email chain, dated May 1, 2025 | | | |
| 46 | MCK_0010250, Rite Aid "RAD Update" slidedeck, dated January 2025 | | | |
| 47 | MCK_0013299, McKesson email chain, dated May 8, 2025 | | | |
| 48 | RAD-MCK_00000953, Rite Aid/A&M email chain, dated January 13, 2025 | | | |
| 49 | RAD-MCK_00000965, First Amendment to Credit Agreement, dated January 14, 2025 | | | |
| 50 | RAD-MCK_00000998, Bank of America Letter to Rite Aid, dated January 14, 2025 | | | |
| 51 | RAD-MCK_00005279, A&M/Guggenheim Partners email chain, dated April 10, 2025 | | | |
| 52 | RAD-MCK_00006168, Rite Aid/A&M email chain, dated May 2, 2025 | | | |
| 53 | RAD-MCK_00010443, Rite Aid/Bank of America email, dated February 27, 2025 | | | |
| 54 | RAD-MCK_00013381, Rite Aid/Bank of America email chain, dated February 28, 2025 | | | |
| 55 | RAD-MCK_00005395, Rite Aid DIP Budget slide deck, dated April 2025 | | | |

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| 56 | RAD-MCK_00005611, A&M/BRG email, dated April 21, 2025 | | | |
| 57 | RAD-MCK_0005612, Rite Aid Discussion Materials slide deck, dated April 2025 | | | |
| 58 | RAD-MCK_00005840, Rite Aid PMO slide deck, dated April 2025 | | | |
| 59 | RAD-MCK_00006026, Rite Aid/A&M email chain, dated April 28, 2025 | | | |
| 60 | RAD-MCK_00006028, Rite Aid Extended Daily Cash Flow, dated April 28, 2025 | | | |
| 61 | RAD-MCK_00006046, A&M/Rite Aid email chain, dated April 29, 2025 | | | |
| 62 | RAD-MCK_00006094, Rite Aid/A&M email chain, dated May 1, 2025 | | | |
| 63 | RAD-MCK_00014811, Rite Aid email chain, dated March 7, 2025 | | | |
| 64 | MCK_0013149, Rite Aid/McKesson email chain, May , 2025 | | | |
| 65 | Bowers Decl. Ex. 1, Supply Agreement excerpts | | | |
| 66 | Bowers Decl. Ex. 2, Security Agreement excerpts | | | |
| 67 | Bowers Decl. Ex. 3, Subsidiary Guarantee Agreement excerpts | | | |
| 68 | Bowers Decl. Ex. 4, Rite Aid/McKesson email, dated May 2, 2025 | | | |
| 69 | Bowers Decl. Ex. 5, Rite Aid/McKesson email chain, dated May 5, 2025 | | | |
| 70 | Bowers Decl. Ex. 6, Wire Transfer, dated May 5, 2025 | | | |
| 71 | Bowers Decl. Ex. 7, Rite Aid/McKesson email chain, dated May 1, 2025 | | | |
| 72 | MCK_0000846, McKesson Letter to Rite Aid, dated May 2, 2025 | | | |
| 73 | RAD-MCK_00005915, A&M/BRG email, dated April 23, 2025 | | | |
| 74 | *In re: Rite Aid Corp.*, 23-18993, ECF No. 4815 | | | |
| 75 | *In re: Rite Aid Corp.*, 23-18993, ECF No. 4532 | | | |
| 76 | Bank Statements (various Bates numbers) | | | |
| 77 | RAD-MCK_00009781, BOA/Rite Aid email | | | |
| | Any exhibit necessary to establish the authenticity or admissibility of documents | | | |
| | Any exhibit listed or introduced by any other party | | | |
| | Any document filed in the above-captioned | | | |

| Exhibit No. | Description | ID | Mark | Enter |
|---|---|---|---|---|
| | bankruptcy cases | | | |
| | Rebuttal and impeachment exhibits as necessary | | | |

McKesson reserves the right to object to the admission or admissibility of any exhibit of any other party.  Any designation of an exhibit on McKesson's Exhibit List does not waive any objection of McKesson for the inclusion of the exhibit on another party's list.

The Exhibits identified herein are only listed as potential exhibits for use in connection with the sole issue to be presented at the Hearing, i.e., whether the May 5 Wire (as defined in the Motion) was a pre-petition payment or a pre-payment for post-petition deliveries.  McKesson reserves the right to supplement its Exhibit List in the event that Debtors or any other party introduces any other issue in dispute.

McKesson reserves the right to supplement and/or amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

Dated: August 15, 2025

/s/ *Michele M. Dudas*
McMANIMON, SCOTLAND & BAUMANN, LLC
Michele M. Dudas, Esq.
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
Telephone: 973.622.1800
Email: mdudas@msbnj.com

Dennis Twomey (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7438
Email: dtwomey@sidley.com

John J. Kuster (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.7336
Email: jkuster@sidley.com

Jeffrey K. Garfinkle (admitted *pro hac vice*)
BUCHALTER, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.224.6252
Email: jgarfinkle@buchalter.com
*Counsel to McKesson Corporation and certain corporate affiliates*