| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| **LUNDY, BELDECOS & MILBY, P.C.**<br>Jessica M. Gulash, Esquire [N.J. Bar No. 019442008]<br>450 N. Narberth Avenue, Suite 200<br>Narberth, PA 19072<br>(610) 668-0772<br>jgulash@lbmlaw.com<br><br>*Counsel for Bloch Ironwood, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                    Debtors.[1] | Chapter 11<br>Case No. 25-14861 (MBK)<br>Judge: Hon. Michael B. Kaplan<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned appears for Bloch Ironwood, LLC, a creditor and party-in-interest in the above-captioned cases, and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

                              **LUNDY, BELDECOS & MILBY, P.C.**

Date:    8/19/2025              By:    */s/ Jessica M. Gulash*
                                    **JESSICA M. GULASH, ESQUIRE**
                                    450 N. Narberth Avenue, Suite 200
                                    Narberth, PA 19072
                                    (610) 668-0772
                                    jgulash@lbmlaw.com

                                    *Counsel for Bloch Ironwood, LLC*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.