IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

IN re:

VAN PRINCE,

    Plaintiff,

v.

RITE AID CORPORATION,

    Defendant.

Case Name: PRINCE et al v. RITE AID CORPORATION

Case Number: 3:24-cv-09138-GC

Jeanne A. Naughton

Clerk of Court

402 East State Street

Trenton, New Jersey 08608

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 14 2025

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

August 11, 2025

Dear Clerk:

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff requests a Default Judgment entered against the Defendant for the following reasons:

1. On June 6, 2025, the Court received and filed Plaintiff's 'Opposition Brief against the The New Rite Aid chapter 11 Bankruptcy filing by the defendant halting all pending appeals and the via electronic filing forwarded a copy to Michael D. Sirota, 'The Notice' on June 10, 2025, but said counsel has not responded under the 'Responses and Replies' Pursuant to 'The Notice.' [11 U. S. C. 342] or with the 14 days Bankruptcy Rule 7012.

2. Plaintiff also via counsel's email forwarded counsel a copy of the said 'Opposition Brief'. The same date as it was forwarded to the Court, but defendant refused to acknowledge it and It is useless to contact said counsel when it is evident no response will take place.

1.

The defendant is acting and refuse to answer plaintiff's 'Opposition Motion' in good faith and defendant is acting in bad faith and it is clear that the only legal path for the Court to take is for the Honorable Clerk to do is issue a Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure because 60 days has passed since defendant received the Court's 'Notice' and plaintiff can only seek a Default Judgment against the defendant in the Court only after the honorable clerk implemented the initial Default certification against the defendant.

Respectfully

Van Prince

676 E. Prince Anne Road

Norfolk, VA 23510

(757) 965-2546

Vanprince90@gmail.com

*/s/ Van Prince*