<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | **Order Filed on August 19, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br><div align="right">Debtors. [1]</div> | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## FIFTEENTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fifteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "<u>Final Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **<u>Schedule 1</u>**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **<u>Schedule 1</u>** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **<u>Schedule 1</u>** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fifteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **<u>Schedule 1</u>** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "<u>PII</u>"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fifteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1,2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | 1001 JEFFERSON, LLC | 767 DIXON WAY, LOS ALTOS, CA 94022 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2545 | 1001 JEFFERSON AVENUE, WASHINGTON, PA, 15301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | 1024 S. MAIN, LLC | PO BOX 81240, WELLESLEY HILLS, MA 02481 | Unexpired Store Lease | MAXI DRUG, INC. | 10203 | 1024 S. MAIN ST., FALL RIVER, MA, 02724 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1079 | 3924 HARLEM ROAD, AMHERST, NY, 14226 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1912 | 3987 LOCKPORT OLCOTT ROAD, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1    For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2    The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5 | 1093 GROUP, LLC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | ECKERD CORPORATION | 10880 | 2144 GRAND CENTRAL AVENUE, HORSEHEADS, NY, 14845 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | 11 KNOLLSCRESCENT LLC | C/O FRIEDLAND PROPERTIES, NEW YORK, NY 10022 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10543 | 21B KNOLLS CRESCENT, BRONX, NY, 10463 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | 1258 GROUP, LLC | 210 ELLICOTT SQUARE, BUFFALO, NY 14203-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10843 | 170 EASTERN BLVD., CANANDAIGUA, NY, 14424 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | 1289 HOOKSETT ROAD LLC | PO BOX 8907, CRANSTON, RI 02920 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10277 | 1285 HOOKSETT ROAD, HOOKSETT, NH, 03106 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | 1425 SOUTH H STREET, LLC | PO BOX 11356, GLENDALE, CA 91226 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5811 | 1425 SOUTH H STREET, BAKERSFIELD, CA, 93304 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | 143 LORI LLC | WEC 98G-21 LLC, CENTER HARBOR, NH 03226 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4961 | 48 ATWOOD ROAD, PELHAM, NH, 03076 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | 149 SPRING STREET LLC | 875 CAMBRIDGE ROAD, WOODMERE, NY 11598 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6515 | 211 WEST BIRCH STREET, CALEXICO, CA, 92231 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | 1590 BUTTE HOUSE LLC | 375 OBERMEYER AVE, GRIDLEY, CA 95948 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6342 | 1590 BUTTE HOUSE ROAD, YUBA CITY, CA, 95993 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | 1856 BROAD STREET ASSOCIATES, | 101 COWPATH ROAD, LANSDALE, PA 19446-0000 | Unexpired Store Lease | ECKERD CORPORATION | 11162 | 1856 NORTH BROAD STREET, LANSDALE, PA, 19446 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | 2260 JERUSALEM REALTY CORP | C/O MGD INVESTMENTS, BELLMORE, NY 11710-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3235 | 2260 JERUSALEM AVENUE, NORTH BELLMORE, NY, 11710 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | 2468 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1962 | 284 CONNECTICUT STREET, BUFFALO, NY, 14213 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | 2545 GETZVILLE LLC | C/O THE CABOT GROUP, ROCHESTER, NY 14625 | Unexpired Store Lease | ECKERD CORPORATION | 10814 | 2545 MILLERSPORT HIGHWAY, GETZVILLE, NY, 14068 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | 27 ROUND LAKE REALTY LLC | C/O KOENIG MANAGEMENT LTD, NEW CITY, NY 10956 | Unexpired Store Lease | THRIFT DRUG, INC. | 10899 | 3200 OREGON DRIVE, LOWER BURRELL, PA, 15068 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | 336 UNION REALTY LLC | C/O TKR PROPERTY SERVICES, BROOKLYN, NY 11215 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10584 | 320 SMITH STREET, BROOKLYN, NY, 11231 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 19 | 350 NIAGARA LLC | 111 WATERFORD PARK, GRAND ISLAND, NY 14072 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 497 | 350 NIAGARA STREET, BUFFALO, NY, 14201 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | 3730 BRIGHTON ROAD, L.L.C. | C/O MICHAEL SIDLEY, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10929 | 3730 BRIGHTON ROAD, PITTSBURGH, PA, 15212 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | 4 AMIGOS LLC | 1070 OCEAN BOULEVARD, HAMPTON, NH 03842-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10290 | 1390 LAFAYETTE ROAD UNIT A, PORTSMOUTH, NH, 03801 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | 4155 GIBSONIA PA LLC | 549 EMPIRE BLVD, BROOKLYN, NY 11225 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7832 | 4155 EWALT ROAD, GIBSONIA, PA, 15044 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2402 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 758 | 8015 NIAGARA FALLS BOULEVARD, NIAGARA FALLS, NY, 14304 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2402 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3373 | 3795 EAST MAIN ROAD, FREDONIA, NY, 14063 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | 5215 PROPERTIES LLC | C/O AMY M GRABINO, NEW YORK, NY 10023-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 543 | 5224 FIFTH AVENUE, BROOKLYN, NY, 11220 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 26 | 569 BROADWAY ASSOCIATES | 1401 BROAD ST, CLIFTON, NJ 07013 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4381 | 3600 TIDEWATER DRIVE, NORFOLK, VA, 23509 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | 6075-79 LLC | C/O MICHAEL I. SIDLEY, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5797 | 5530 LAKE ISABELLA BOULEVARD, LAKE ISABELLA, CA, 93240 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | 6365 LIBRARY ROAD LLC | 111 EAST JERICHO TURNPIKE STE 200, MINEOLA, NY 11501 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1589 | 6375 LIBRARY ROAD, SOUTH PARK, PA, 15129 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | 9160 MAIN LLC | 614 HEMPSTEAD GARDENS DR, WEST HEMPSTEAD, NY 11552 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3585 | 9160 MAIN STREET, CLARENCE, NY, 14031 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 568 | 50 SOUTH MAIN STREET, JAMESTOWN, NY, 14701 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 650 | 419 DIVISION STREET, NORTH TONAWANDA, NY, 14120 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 32 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1621 | 153 PROSPECT STREET, ATTICA, NY, 14011 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1649 | 81 WEST MAIN STREET, GOWANDA, NY, 14070 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1677 | 476 WILLIAM STREET, BUFFALO, NY, 14206 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3496 | 6616 LINCOLN AVENUE, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3838 | 40 WEST MAIN STREET, SPRINGVILLE, NY, 14141 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4672 | 9062 ERIE ROAD, ANGOLA, NY, 14006 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 38 | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4969 | 3050 UNION ROAD, ORCHARD PARK, NY, 14127 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | AAT DEL MONTE LLC | 3420 CARMEL MOUNTAIN RD, STE 100, SAN DIEGO, CA 92121 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5882 | 1301 MUNRAS AVENUE, MONTEREY, CA, 93940 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | ABNET REALTY COMPANY | FIRST NORTHERN STAR LLC, PALM BEACH, FL 33480 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3581 | 85-10 NORTHERN BOULEVARD, JACKSON HEIGHTS, NY, 11372 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | ACTC LLC | 2940 WESTWOOD BLVD., 2ND FLOOR, LOS ANGELES, CA 90064-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5999 | 230 SOUTH MAIN STREET, ANGELS CAMP, CA, 95222 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | ACV PIER HIGH POINT, LLC | C/O ACV PIER PORTFOLIO I, LLC, SONOMA, CA 95476 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5301 | 1630 SOUTH GRAND AVENUE, PULLMAN, WA, 99163 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | ADEN CAPITAL LLC | 655 W VISALIA RD, EXETER, CA 93221 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6395 | 1500 WHITLEY AVENUE, CORCORAN, CA, 93212 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | AF-SAVANNAH LLC | 2521 FAIRMOUNT ST, DALLAS, TX 75201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5796 | 707 WEST LACEY BOULEVARD, HANFORD, CA, 93230 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 45 | AG WG I LLC | PO BOX 709, FRANKLIN LAKES, NJ 07417 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 3948 | 10 WILLOW OAKS BLVD, HAMPTON, VA, 23669 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | AKMS LTD | 10982 ROEBLINGS AVE #203 BOX D, LOS ANGELES, CA 90024 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4263 | 525 WEST 21ST STREET, NORFOLK, VA, 23517 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | ALD CAPITAL PA, LLC | 679 BROADWAY, BAYONNE, NJ 07002 | Unexpired Store Lease | THRIFT DRUG, INC. | 11029 | 3205 CAPE HORN ROAD, RED LION, PA, 17356 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | ALLEGRO TOWERS, LP | 850 E DESERT INN RD, LAS VEGAS, NV 89109 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6466 | 1411 KETTNER BOULEVARD, SAN DIEGO, CA, 92101 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | ALMONTE FRANCIS BLVD RLTY LLC | C/O RICHARD ALMONTE, HEWLETTE, NY 11557-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4836 | 245-14 FRANCIS LEWIS BLVD, ROSEDALE, NY, 11422 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | ANDERSON RETAIL, LLC | C/O RETAIL SPECIALISTS, LLC, ROSEVILLE, CA 95661-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6100 | 3095 MCMURRAY DRIVE, ANDERSON, CA, 96007 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | ARC DBPPROP001 LLC | C/O VEREIT, INC, PHOENIX, AZ 85016 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2380 | 975 MARKET STREET, MEADVILLE, PA, 16335 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | ARC RACARPA001 LP | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7884 | 320 YORK ROAD, CARLISLE, PA, 17013 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 53 | ARDENA LR LLC | C/O COLLIERS - RICHMOND, RICHMOND, VA 23230 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 764 | THE CROSSINGS, HOPEWELL, VA, 23860 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | ARGO KENNEWICK LLC | 101 LARKSPUR LANDING CIRCLE, STE 120, LARKSPUR, CA 94939 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5230 | 4920-A EVERGREEN WAY, EVERETT, WA, 98203 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | ARNO & ADELHEID ROSCHER LVG TR | C/O ANDERSON SATULOFF MACHADO, WOODLAND HILLS, CA 91364 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 263 | 685 NORTH MAIN STREET, GREENSBURG, PA, 15601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | ATASCADERO PREC, LLC | 604 E COTA ST, STE 100A, SANTA BARBARA, CA 93103 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5827 | 7025 EL CAMINO REAL, ATASCADERO, CA, 93422 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | BALDRIDGE LACY, LLC | C/O BALDRIDGE PROPERTIES, ST CHARLES, MO 63304 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5281 | 4776 WHITMAN LANE, S.E., LACEY, WA, 98513 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | BATAVIA FINE INC | C/O VANGUARD FINE LLC, ALBANY, NY 12203 | Unexpired Store Lease | ECKERD CORPORATION | 10807 | 601 E. MAIN STREET, BATAVIA, NY, 14020 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59 | BESTE MANAGEMENT CO. | 315 N MARYLAND AVENUE, WILMINGTON, DE 19804 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 1294 | 636 SOUTH MARYLAND AVENUE, WILMINGTON, DE, 19804 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 60 | BETTY HA FONG IRREVOCABLETRUST | 448 SAMUEL COURT, BENICIA, CA 94510 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6088 | 1021 BRIDGE STREET, COLUSA, CA, 95932 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | BIRDS PATH PROPERITES LP | C/O RELIABLE PROPERTIES, LOS ANGELES, CA 90048-5561 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5435 | 1637 NORTH VERMONT AVENUE, LOS ANGELES, CA, 90027 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | BLOCH IRONWOOD LLC | C/O BLOCH PROP MGMT LLC, BELLEVUE, WA 98004 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5420 | 208 WEST IRONWOOD DRIVE, COEUR D'ALENE, ID, 83814 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | BLOCK FAMILY LLC | C/O AUDREY BLOCK, PORTLAND, OR 97210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6104 | 807 SOUTH MAIN STREET, YREKA, CA, 96097 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | BLP POLK LP | C/O LUKO MGMT, HUNTINGTON BEACH, CA 92649 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5697 | 15510 MAIN STREET, HESPERIA, CA, 92345 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65 | BNY EAC-I, LLC - C/O BENDERSON | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10812 | 190 MAIN STREET, EAST AURORA, NY, 14052 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | BOUTRONICS CORPORATION | 3000 LILLIAM AVENUE, MURRYSVILLE, PA 15668 | Unexpired Store Lease | THRIFT DRUG, INC. | 10966 | 314 EAST PITTSBURGH STREET, GREENSBURG, PA, 15601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 67 | BRANDYWINE VILLAGE ASSOC. | 16 INDUSTRIAL BLVD., SUITE 100, PAOLI, PA 19301-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3768 | 1249 HORSESHOE PIKE, DOWNINGTOWN, PA, 19335 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | BRENNAN FROST LLC | C/O BRICKPOINT PROPERTIES, STONEHAM, MA 02180-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10270 | 331 MAIN STREET, NASHUA, NH, 03060 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | BUFFALO-AKRON ASSOCIATES LLC | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10804 | 12983 MAIN ROAD, AKRON, NY, 14001 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | BUFFALO-MAIN STREET, LLC 60258 | C/O BENDERSON DEVELOPMENT CO., UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10733 | 5335 WEST GENESEE ST STE 20, CAMILLUS, NY, 13031 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | BWGW LLC | 12 ISELIN TERRACE, LARCHMONT, NY 10538 | Unexpired Store Lease | ECKERD CORPORATION | 10738 | 1067 STATE ROUTE 222, CORTLAND, NY, 13045 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72 | C & S PROPERTY INVESTMENT CORP | PO BOX 4048, TORRANCE, CA 90510 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6313 | 107 SOUTH LONG BEACH BLVD., COMPTON, CA, 90221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | C A H INVESTMENTS | 5312 PACIFIC HIGHWAY, FIFE, WA 98424-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5262 | 1323 EAST MAIN AVENUE, PUYALLUP, WA, 98372 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 74 | CAMERON APARTMENTS, GP | C/O MARIA MANETTI FARROW, SAN FRANCISCO, CA 94109-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10956 | 1121 BOWER HILL ROAD, PITTSBURGH, PA, 15243 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | CANYON CREST TOWNE CTR LLC | 5225 CANYON CREST DRIVE, RIVERSIDE, CA 92507-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5717 | 5225 CANYON CREST DRIVE, #8, RIVERSIDE, CA, 92507 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76 | CARMEL SHOPRITE PLAZA | C/O REGENCY CENTERS LP, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 7830 | 2093 ROUTE 130 N, BURLINGTON, NJ, 08016 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77 | CATHEDRAL VILLAGE S/C, LLC. | C/O LION PROPERTIES, L.L.C., DENVER, CO 80204 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5676 | 69155 RAMON ROAD, CATHEDRAL CITY, CA, 92234 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78 | CENTRAL COAST PROPERTIES | C/O CENTRAL COAST PROPERTIES, CAMARILLO, CA 93011-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5779 | 11496 NORTH VENTURA AVE., OJAI, CA, 93023 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | CENTRAL WAY MANAGEMENT LLC | C/O JOSEPH C GRECO, JR., SMITHTOWN, NY 11787 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 6742 | 94 JUNE DRIVE, ROARING SPRING, PA, 16673 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 80 | CHARLES HUENERGARDT | TRUSTEE OF THE ESTATE OF EDNA VETTER, TARZANA, CA 91357-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5575 | 12511 MAGNOLIA BOULEVARD, NORTH HOLLYWOOD, CA, 91607 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81 | CHELTEN PARTNERS LLC | 2160 HARTS LANE, CONSHOHOCKEN, PA 19428 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 872 | 164 WEST CHELTEN AVENUE, PHILADELPHIA, PA, 19144 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82 | CHENG GONG NJ REALTY LLC | 14 CONNETT DR, SAYREVILLE, NJ 8872 | Unexpired Store Lease | ECKERD CORPORATION | 10546 | 180 ROUTE 52, CARMEL, NY, 10512 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83 | CITIBANK, N.A. | C/O: HOPE BURBES - LEASE ADMINISTRATION, NEW YORK, NY 10013 | Unexpired Sublease | RITE AID OF NEW YORK, INC. | 2010ST | 4046 BROADWAY, NEW YORK, NY, 10032 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84 | CKR LLC | P.O. BOX 160, BRUNSWICK, ME 04011-0000 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4144 | 341 HIGH STREET, SOMERSWORTH, NH, 03878 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85 | CLAUDE LAMBERT MCCOMBS | 250 SAN JUAN AVE, SANTA CRUZ, CA 95062 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5968 | 6123 HIGHWAY 9, FELTON, CA, 95018 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86 | CLPF HARBOUR POINTE LLC | C/O CLARION PARTNERS, LOS ANGELES, CA 90017 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5246 | 11700 MUKILTEO SPEEDWAY # 500, MUKILTEO, WA, 98275 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 87 | COASTAL SERHOE | COOK NORTHWEST INC, THE LARSON BLDG STE 315, YAKIMA, WA 98901 | Unexpired Store Lease | The Bartell Drug Company | 6925 | 11020 19TH AVE SE, EVERETT, WA, 98208 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88 | COLONY HOLDING COMPANY | 714 MILLS DRIVE, STE 7, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10969 | 10 CLAY PIKE, NORTH HUNTINGDON, PA, 15642 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89 | CONSTANCE L CHRISTENSEN TRUST | C/O JAMES A. CHRISTENSEN, COSTA MESA, CA 92626-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5704 | 27350 SUN CITY BOULEVARD, MENIFEE, CA, 92586 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90 | CONTINGENCE LLC | C/O ANNA M. COY, BELLEVUE, WA 98005-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5267 | 21302 STATE ROUTE 410 EAST, BONNEY LAKE, WA, 98391 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91 | CONTINUUM PROPERTIES LLC | 10104 EMPYREAN WAY #203, LOS ANGELES, CA 90067 | Unexpired Store Lease | THRIFT DRUG, INC. | 11020 | 415 SOUTH 9TH STREET, LEBANON, PA, 17042 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | COOPER POINT CANYON PLAZA LLC | PO BOX 2720, SILVERDALE, WA 98383 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5278 | 305 COOPER POINT ROAD NW, OLYMPIA, WA, 98502 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 93 | COREPOWER YOGA, LLC | C/O: MELISSA NOCHLIN (SR REAL ESTATE MANAGER) & JYLL LOTTNER (VP LEGAL SERVICES), DENVER, CO 80216 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5462ST | 300 NORTH CANON DRIVE, BEVERLY HILLS, CA, 90210 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | CREST PROPERTIES LLC | 3134 SYCAMORE LANE, BILLINGS, MT 59102 | Unexpired Store Lease | ECKERD CORPORATION | 11179 | 399 NEW LONDON ROAD, NEWARK, DE, 19711 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | CROSSTOWN DUBOIS LLC | 594 BROADWAY STE 1010, NEW YORK, NY 10912 | Unexpired Store Lease | THRIFT DRUG, INC. | 10976 | 431 COMMONS DRIVE, DUBOIS, PA, 15801 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96 | D&A INVESTMENT GROUP LLC | PEREIRA MGMT LLC, ATLANTA, GA 30327 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 6744 | 6150 COLLEGE DRIVE, SUFFOLK, VA, 23435 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | DANIEL G KAMIN BANKSVILLE LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1094 | 3210 BANKSVILLE ROAD, PITTSBURGH, PA, 15216 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98 | DANIEL G KAMIN CLEMENTS BRIDGE | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 789 | 501 CLEMENTS BRIDGE ROAD, BARRINGTON, NJ, 08007 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 99 | DANIEL G KAMIN KINGSTON, LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | ECKERD CORPORATION | 10700 | 485 BROADWAY, KINGSTON, NY, 12401 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | DANIEL G KAMIN MILFORD LLC | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 406 | 86 ELM STREET, MILFORD, NH, 03055 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |