| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on August 19, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>         Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# THIRTEENTH ORDER APPROVING THE REJECTION
# OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
# LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.  Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1,2]

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 1. | ADECCO USA INC | CLIENT SERVICE AGREEMENT DATED 08/25/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 2. | ADECCO USA, INC. | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 3. | ADP, INC. | NON-DISCLOSURE AGREEMENT (NDA) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 4. | ADP, INC. | GLOBAL MASTER SERVICES AGREEMENT DATED 06/28/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 5. | AMERICAN EXPRESS | FIRST AMENDMENT TO MASTER SERVICES AGREEMENT DATED 01/31/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 6. | ANDA | TRADE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 7. | ANDA | AMENDMENT 37 TO PPA AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 8. | ANDA / GENERIC | AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 9. | ANDA / GENERIC | PHARMACEUTICALS PURCHASING AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 10. | ANDA / GENERIC | PHARMACY PURCHASING | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 11. | ARTICULATE STORYLINE | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 12. | ASHTEL STUDIOS INC | RETURNS AGREEMENT DATED 06/07/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 13. | ATD | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 14. | BLUE TRACTOR DESIGN CO LLC | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 15. | BUSINESS TALENT GROUP (BTG) | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 16. | BUSINESS TALENT GROUP (BTG) | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 17. | BUSINESS TALENT GROUP (BTG) | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 18. | BUSINESS TALENT GROUP (BTG) | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 19. | BUSINESS TALENT GROUP (BTG) | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 20. | BUSINESS TALENT GROUP (BTG) | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 21. | BUSINESS TALENT GROUP (BTG) | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 22. | BUSINESS TALENT GROUP (BTG) | BTG_RITEAID_CLIENT AMDT3_J.BLAZEY CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 23. | BUSINESS TALENT GROUP LLC | 2021 MASTER CONSULTING SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 24. | BUSINESS TALENT GROUP LLC | AMENDMENT NO. 1 TO MASTER CONSULTING SERVICES AGREEMENT DATED 09/01/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 25. | C.R. ENGLAND, INC. | TRADE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 26. | CALENDLY | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 28. | CALENDLY | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 29. | CAREERARC | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 30. | CAREERARC | SERVICE ORDER DATED 4/12/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 31. | CAREERARC GROUP LLC | CAREERARC SOCIAL RECRUITING SERVICE ORDER DATED 04/12/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 32. | CONDUENT HUMAN RESOURCES SVCS | ADDENDUM #10 DATED 01/01/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 33. | CONDUENT HUMAN RESOURCES SVCS | ADDENDUM #11 DATED 01/01/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 34. | CONDUENT HUMAN RESOURCES SVCS | AMENDMENT NO. 8 TO THE MASTER PROGRAM LICENSE AGREEMENT DATED 05/01/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 35. | CONDUENT HUMAN RESOURCES SVCS | BUSINESS ASSOCIATE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 36. | DATA QUEST INC | DATA QUEST - KIMBERLY COPEMAN - 20241128 STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 37. | DOORDASH | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 38. | DOORDASH, G&C, LLC | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 39. | DOORDASH, G&C, LLC | ASSENT TO TERMS CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 40. | DOORDASH, INC | AMENDMENT TO THE AMENDMENT TO THE DOORDASH DELIVERY & PROMOTION AGREEMENT DATED 11/18/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 41. | DOORDASH, INC | DOORDASH DRIVE FULFILLMENT ADDENDUM DATED 06/12/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 42. | DOORDASH, INC | DOORDASH PAYMENT ADDENDUM DATED 06/30/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 43. | DOORDASH, INC | DOORDASH TAX RETAILER AMENDMENT DATED 02/24/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 44. | DOORDASH, INC | FIRST AMENDMENT TO DOORDASH TAX RETAILER AMENDMENT DATED 02/24/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 45. | DOORDASH, INC | LOYALTY ADDENDUM TO THE MERCHANT SERVICES AGREEMENT DATED 10/01/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 46. | DOORDASH, INC | MERCHANT SERVICES AGREEMENT DATED 02/03/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 47. | DOORDASH, INC. | TRADE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 48. | DOORDASH, INC. | DOORDASH FOR BUSINESS AGREEMENT NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 49. | DRIZLY, LLC | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 50. | DYNATRACE LLC | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 51. | DYNATRACE LLC | DYNATRACE RENEWAL ORDER FORM CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 52. | DYNATRACE LLC | MASTER LICENSE AND SERVICES AGREEMENT DATED 12/23/2019 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 53. | DYNATRACE LLC | PROGRAM AGREEMENT DATED 09/14/2017 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 54. | EASYLLAMA | TRAINING PROPOSAL DATED 12/15/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 55. | EGON ZEHNDER | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 56. | EGON ZEHNDER | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 57. | EGON ZEHNDER | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 58. | EGON ZEHNDER INTERNATIONAL INC | TALENT ACQUSITION PRICING AGREEMENT LETTER OF PROPOSAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 59. | ERI ECONOMIC RESEARCH INST | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 60. | ERNST & YOUNG | SOW (STATEMENT OF WORK) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 61. | ERNST & YOUNG | EY SOW IRO STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 62. | ERNST & YOUNG LLP | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 63. | ERNST & YOUNG, LLP | NON-DISCLOSURE AGREEMENT (NDA) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 64. | EZRA (ANDA ON THE SHEET) | SOW (EXECUTIVE COACHING) SOW (STATEMENT OF WORK) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 65. | FABRICCOMMERCE | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 66. | GARTNER, INC | GARTNER SERVICE ORDER - RITE AID 5 MONTH AGREEMENT NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 67. | GARTNER, TALENT NEURON | GARTNER - TALENTNEURON RENEWAL CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 68. | GOLD STANDARD INC. | BUSINESS ASSOCIATE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 69. | GOLD STANDARD INC. | LICENSE AGREEMENT DATED 08/01/2008 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 70. | GRUBHUB HOLDINGS INC | AMENDMENT NO. 1 DATED 08/12/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 71. | GRUBHUB HOLDINGS INC | GRUBHUB ENTERPRISE AGREEMENT DATED 12/14/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 72. | GRUBHUB HOLDINGS INC | AMENDMENT 1 TO ENTERPRISE AGREEMENT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 73. | GUARDIAN FIRE PROTECTION SERVICES LLC | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 74. | GUIDEPOINT | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 75. | GUIDEPOINT LLC | AMENDMENT NO. 1 TO MASTER AGREEMENT DATED 09/20/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 76. | GUIDEPOINT LLC | AMENDMENT NO. 2 TO MASTER AGREEMENT DATED 06/09/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 77. | GUIDEPOINT LLC | GUIDEPOINT SECURITY ARCHITECTURE REVIEW DATED 09/30/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 78. | GUIDEPOINT LLC | MASTER AGREEMENT DATED 11/29/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 79. | GUIDEPOINT LLC | PROFESSIONAL SERVICES STATEMENT OF WORK DATED 05/28/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 80. | GUIDEPOINT LLC | SALES PROPOSAL 133168-9 DATED 11/01/2022 | RITE AID CORPORATION | 7/24/2025 |
| 81. | HEIDRICK & STRUGGLES | ENGAGEMENT LETTER FOR RITE AID SVP CMO OCT 2024 SOW (STATEMENT OF WORK) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 82. | HEIDRICK & STRUGGLES | ENGAGEMENT LETTER FOR RITE AID SVP CMO OCT 2024 SOW (STATEMENT OF WORK) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 83. | HEWITT ENNISKNUPP INC | ACTUARIAL PROJECTS PROPOSAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 84. | HEWITT ENNISKNUPP INC | AMENDMENT NO. 1 TO ADMINISTRATIVE SERVICES AGREEMENT | RITE AID CORPORATION | 7/24/2025 |
| 85. | HEWITT ENNISKNUPP INC | BUSINESS ASSOCIATE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 86. | INDEED | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 87. | INSIGHT GLOBAL LLC | CONTINGENT PLACEMENT AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 88. | J. B. HUNT TRANSPORT | TRADE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 89. | J.B. HUNT TRANSPORT | DEDICATED TRANSPORTATION AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 90. | J.B. HUNT TRANSPORT | RITE AID DEDICATED CONTRACT CARRIAGE SCHEDULE A | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 91. | J.B. HUNT TRANSPORT | TRANSPORTATION AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 92. | JS OPERATING COMPANY, LP | CONTRACT EXTENSION | RITE AID ONLINE STORE, INC. | 7/24/2025 |
| 93. | LEE HECHT HARRISON LLC | AMENDMENT TO LETTER AGREEMENT DATED DECEMBER 17, 2013 DATED 03/11/2019 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 94. | LEE HECHT HARRISON LLC | STATEMENT OF WORK DATED 01/25/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 95. | LEE HECHT HARRISON LLC | STATEMENT OF WORK DATED 12/17/2013 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 96. | LIQUIDITY SERVICES, INC, | REVERSE SUPPLY CHAIN SOLUTIONS AGREEMENT DATED 03/14/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 97. | LUCID CHART | SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 98. | MANDIANT, INC | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 99. | MAPLEBEAR (DBA INSTACART) | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 100. | MAPLEBEAR INC. | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |