| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on August 19, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                    Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# EIGHTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

DATED: August 19, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Eighteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Eighteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: Eighteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | RUI LING LU | 284 AVENUE P, BROOKLYN, NY 11204 | Unexpired Ground Lease | MAXI GREEN, INC. | 10309A | 12 NORTH MAIN STREET, RANDOLPH, VT, 05060 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | RULLO FAMILY LTD PARTNERSHIP | C/O DAN RULLO, SOMERSET, PA 15501-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1780 | 1516 JEFFERSON AVENUE, WINDBER, PA, 15963 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | RX COMPTON INVESTORS DBT | C/O NET LEASE CAPITAL ADVISORS, INC., PLYMOUTH, NH 03264 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6214 | 1001 NORTH CENTRAL AVENUE, COMPTON, CA, 90222 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | RX NEWBURG OWNERS LLC | C/O OLMSTEAD PROPERTIES, INC., NEW YORK, NY 10018-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1302 | 657 BROADWAY, NEWBURGH, NY, 12550 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5 | S & F MOTEL CO LLC | 98 CUTTERMILL RD, STE 240, GREAT NECK, NY 11021 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1413 | 155 EAST NORTHAMPTON STREET, WILKES-BARRE, PA, 18701 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | S & P INVESTMENTS | C/O R. POLTI & ASSOCIATES, SAN LUIS OBISPO, CA 93405-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5788 | 35 SOUTH MILPAS STREET, SANTA BARBARA, CA, 93103 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | S DAVIS REAL ESTATE HLDG LLC | 909 AMBERSON AVE, PITTSBURGH, PA 15232 | Unexpired Store Lease | ECKERD CORPORATION | 10877 | 100 CONHOCTON ST, CORNING, NY, 14830 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | SACC INC. | 23101 MOULTON PKY STE 210, LAGUNA HILLS, CA 92653 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6753 | 28995 NEWPORT ROAD, MENIFEE, CA, 92584 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | SADG-1 LIMITED PARTNERS | C/O THE DREHER GROUP, DICKSON CITY, PA 18519-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1371 | 102 NORTH MAIN STREET, PITTSTON, PA, 18640 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | SAFEWAY INC/PDA #9856610101 | BANK OF AMERICA LOCKBOX SERV., CHICAGO, IL 60693 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5369 | 30 EAST OAK STREET, LEBANON, OR, 97355 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | SANDEEP K GUPTA | 18201 COLLINS AVE APT 1901, SUNNY ISLES BEACH, FL 33160 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6000 | 520 WEST LODI AVENUE, LODI, CA, 95240 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | SARA & BENNY REALTY CORP. | ATTN: LINDA KAIRY, BROOKLYN, NY 11230-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4738 | 1631-43 PITKIN AVENUE, BROOKLYN, NY, 11212 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | SARNIA PROPERTIES INC | C/O CPMANAGEMENT INC, EXETER, NH 03833 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 1397 | 53 CHURCH STREET, KINGSTON, NH 03848 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | SEECHE REALTY TRUST | C/O JAMES E KERR, BONITA SPRINGS, FL 34134 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4282 | 92 SOUTH STREET, CONCORD, NH, 03301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | SERIES IV CHANNEL ISLAND BUS | WOLF FAMILY SERIES LP, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6557 | 5075 OLIVEHURST AVENUE, OLIVEHURST, CA, 95961 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | SHIRLEY OSUMI | DBA 1560 SYCAMORE LLC, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5923 | 1560 SYCAMORE AVENUE, HERCULES, CA, 94547 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | SHOPRITE SUPERMARKETS INC | 176 NORTH MAIN STREET, FLORIDA, NY 10921-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10708 | 103 HAWKINS DRIVE, MONTGOMERY, NY, 12549 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | SHOPS AT HAMPTON TOWNE CTR LLC | C/O COLLIERS INTL ASSET SVCS, NORFOLK, VA 23510 | Unexpired Store Lease | ECKERD CORPORATION | 11290 | 40 TOWNE CENTRE WAY, HAMPTON, VA, 23666 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 19 | SLACK & WINZLER PROPS, LTD | P.O. BOX 549, EUREKA, CA 95502-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6036 | 411 HARRIS STREET, EUREKA, CA, 95503 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | SLD-COLLINGSWOOD LLC AND | P.O. BOX 105, FURLONG, PA 18925-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10471 | 664 HADDON AVENUE, COLLINGSWOOD, NJ, 08108 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | SLF PROPERTIES LLC | C/O LAVERTY CHACON COMMERCIAL, CITRUS HEIGHTS, CA 95611-1003 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6228 | 4221 NORWOOD AVENUE, SACRAMENTO, CA, 95838 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | SPS I LLC | 21905 64TH AVE W, MOUNTLAKE TERRACE, WA 98043-2251 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6232 | 12811 MERIDIAN STREET EAST, PUYALLUP, WA, 98373 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | SRI AUSHADA LLC | 3579 E FOOTHILL BLVD #714, PASADENA, CA 91107 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5794 | 1809 CECIL AVENUE, DELANO, CA, 93215 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | STEPHEN INVESTMENTS INC | 2141 TUOLUMNE, SUITE A, FRESNO, CA 93721-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6289 | 4593 NORTH CEDAR AVENUE, FRESNO, CA, 93726 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | STEPNEY CROSSING LLC | STEPNEY CROSSING, LLC, MONROE, CT 06468 | Unexpired Store Lease | MAXI DRUG, INC. | 10370 | 435 MAIN ST., MONROE, CT, 06468 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 26 | STEVEN J OLIVA | C/O CC L STREET LLC, VANCOUVER, WA 98600 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5293 | 500 SOUTH PIONEER WAY, MOSES LAKE, WA, 98837 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | SUN ENTERPRISES, LLC | 220 WESTBURY AVE, CARLE PLACE, NY 11514 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10673 | 803 MONTAUK HWY UNIT D, SHIRLEY, NY, 11967 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | SUSO 4 GAINSBOROUGH LP | C/O SLATE ASSET MGMT, TORONTO, ON M5H 3T9 | Unexpired Store Lease | ECKERD CORPORATION | 11250 | 101 GAINSBOROUGH SQUARE, CHESAPEAKE, VA, 23320 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | SVSC HOLDING LP | 8100 LA MESA BLVD, SUITE 101, LA MESA, CA 91942-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5620 | 661 SWEETWATER ROAD, SPRING VALLEY, CA, 91977 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | TANKLAGE FAMILY LP II LLC | 1025 TANKLAGE RD UNIT B, SAN CARLOS, CA 94070 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6434 | 1710 CALIFORNIA STREET, ESCALON, CA, 95320 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | TEN PATELS HORSEHEADS LLC | 2750 WESTINGHOUSE RD, STE B, HORSEHEADS, NY 14845 | Unexpired Store Lease | ECKERD CORPORATION | 10881 | 2898 WESTINGHOUSE ROAD, HORSEHEADS, NY, 14845 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | THE BUNCHER COMPANY | ONE WATERFRONT PLACE, PITTSBURGH, PA 15222 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 6733 | 503 CLIFTON ROAD, BETHEL PARK, PA, 15102 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 33 | THE NIKI GROUP LLC | C/O THE NIKI GROUP LLV, SAN DIEGO, CA 92130 | Unexpired Store Lease | ECKERD CORPORATION | 11267 | 1373 N GREAT NECK ROAD, VIRGINIA BEACH, VA, 23454 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | THE NIKI GROUP LLC | THE NIKI GROUP, LLC - RAK1, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5316 | 1901 NORTH STEPTOE STREET, KENNEWICK, WA, 99336 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | THE NIKI GROUP LLC-RADNY1 | C/O THE NIKI GROUP LLC, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1617 | 238 HOOKER AVENUE, POUGHKEEPSIE, NY, 12603 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | THE NIKI GROUP LLC-RAFS1 | C/O THE NIKI GROUP LLC, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5872 | 5574 EAST KINGS CANYON, FRESNO, CA, 93727 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | THE NIKI GROUP, LLC-RANC1 | C/O THE NIKI GROUP LLC, SAN DIEGO, CA 92130 | Unexpired Store Lease | ECKERD CORPORATION | 11183 | 501 EAST BASIN ROAD, NEW CASTLE, DE, 19720 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | THE SHOPPES OF FLOWERS | C/O RC COMMERCIAL REALTY LLC, YARDLEY, PA 19067-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11110 | 96 NORTH FLOWERS MILL ROAD, LANGHORNE, PA, 19047 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | THOMPSON & THOMPSON | P.O. BOX 52, NASSAU, DE 19969-0000 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 4909 | 12154 BRITTINGHAM LANE, PRINCESS ANNE, MD, 21853 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 40 | THOMPSON & THOMPSON | P.O. BOX 52, NASSAU, DE 19969-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 4919 | 36729 OLD MILL ROAD, MILLVILLE, DE, 19967 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | TITANIC ASSOCIATES | C/O THE HAMPSHIRE COMPANIES, MORRISTOWN, NJ 07960-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1258 | 3400 NEW JERSEY AVENUE, WILDWOOD, NJ, 08260 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | T-M MFG CO | 1345 CORINNE LN, MENLO PARK, CA 94025 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5814 | 2505 MT VERNON AVENUE, BAKERSFIELD, CA, 93306 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | TRC MM LLC | C/O TERRAMAR RETAIL CENTERS LLC, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5597 | 2150 SOUTH ATLANTIC BOULEVARD, MONTEREY PARK, CA, 91754 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | TRIANGLE TOWN CENTER NW LLC | 2315 GALAHAD ROAD, SAN DIEGO, CA 92123-3954 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5288 | 364 TRIANGLE SHOPPING CENTER, LONGVIEW, WA, 98632 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | TSANG ENTERPRISES LLC | 3215 HUNTS POINT RD, HUNTS POINT, WA 98004 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6455 | 17615 140TH AVENUE SE, RENTON, WA, 98058 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | U & ME PROPERTIES LLC | 400 POST AVE, STE 303, WESTBURY, NY 11590 | Unexpired Store Lease | ECKERD CORPORATION | 11049 | 200 SOUTH BEST AVENUE, WALNUTPORT, PA, 18088 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 47 | UB BREWSTER LLC | 321 RAILROAD AVE, GREENWICH, CT 06830 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3656 | 1511 ROUTE 22 SUITE A, BREWSTER, NY, 10509 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | UNION DEVELOPMENT COMPANY | 11150 SANTA MONICA BLVD STE 760, LOS ANGELES, CA 90025 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5942 | 31836 ALVARADO BOULEVARD, UNION CITY, CA, 94587 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | UNITED BANK, INC | 187 STEUBENVILLE PIKE, BURGETTSTOWN, PA 15021 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2375 | 925 WEST ERIE PLAZA, ERIE, PA, 16505 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | UNIVERSITY PLAZA ASSOCIATES, L | C/O NIGRO COMPANIES, ALBANY, NY 12211 | Unexpired Store Lease | ECKERD CORPORATION | 10691 | 1225 WESTERN AVENUE, ALBANY, NY, 12203 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | USRP 1 LLC-SHOPPES OF GRAYLYN | C/O REGENCY CENTERS CORPORATION, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 839 | 1718 MARSH ROAD, WILMINGTON, DE, 19810 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | USRP 1 LLC-SHOPPES OF GRAYLYN | C/O REGENCY CENTERS CORPORATION, JACKSONVILLE, FL 32202-5019 | Unexpired Pylon Sign | RITE AID OF DELAWARE, INC. | 839A | 1718 MARSH ROAD, WILMINGTON, DE, 19810 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 53 | VANDERVERT NORTH, LLC | 12906 N. ADDISON STREET, SPOKANE, WA 99218-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5311 | 12420 NORTH DIVISION STREET, SPOKANE, WA, 99218 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | VAUGHAN VILLAGE, LLC | 13504 8TH AVE NW, SEATTLE, WA 98177 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5194 | 7500-A 196TH ST., SW, LYNNWOOD, WA, 98036 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | VENTURA REVOCABLE TRST-5/30/05 | 3241 HENRICH FARM LANE, ALLISON PARK, PA 15101 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3459 | 802 PENNSYLVANIA AVENUE, PITTSBURGH, PA, 15233 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | VEREIT REAL ESTATE LP | C/O REALTY INCOME CORP, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4800 | 10 MAIN STREET, WINCHESTER, NH, 03470 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | VESTAR JAMES CENTER LLC | C/O VESTAR PROPERTY MGMT, CITY OF INDUSTRY, CA 91716 | Unexpired Store Lease | The Bartell Drug Company | 6957 | 1850 SOUTH MILDRED STREET, TACOMA, WA, 98465 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | VISALIA HOLDINGS, LLC | ATTN: RABIN MICHAEL, LOS ANGELES, CA 90049 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6459 | 1735 E WALNUT AVENUE, VISALIA, CA, 93292 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 59 | WASHCO-SHIPPENSBURG COMMONS, L | C/O WASHCO MANAGEMENT CORPORATION, HAGERSTOWN, MD 21740-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11023 | 300 S. FAYETTE STREET, SHIPPENSBURG, PA, 17257 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60 | WATCH HILL CAF LLC | 1015 N HOLLYWOOD WAY, BURBANK, CA 91505 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5840 | 1356 WEST AVENUE J, LANCASTER, CA, 93534 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | WATERDAM PARTNERS C/O SILK AND | 5812 DARLINGTON ROAD, PITTSBURGH, PA 15217 | Unexpired Store Lease | THRIFT DRUG, INC. | 10961 | 4185 WASHINGTON ROAD, MCMURRAY, PA, 15317 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | WEC 97K-29 INVESTMENT TRUST | C/O BRIXTON INVESTMENT MANAGEMENT, SOLANA BEACH, CA 92075 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6013 | 1935 N STREET, NEWMAN, CA, 95360 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | WEC 98D-28 | C/O WESTERN DISTRIBUTION CENTERS, LLC, SAN DIEGO, CA 92121-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5830 | 740 QUINTANA ROAD, MORRO BAY, CA, 93442 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | WEC 98G 1 LP | 9034 WEST SUNSET BLVD., WEST HOLLYWOOD, CA 90069-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5462 | 300 NORTH CANON DRIVE, BEVERLY HILLS, CA, 90210 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 65 | WEDGEWOOD NO. 9 | C/O RLP DEVELOPMENT, SEATTLE, WA 98112-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5216 | 8500 35TH AVENUE NE, SEATTLE, WA, 98115 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | WESTCORE BRAVE LANCASTER LLC | 505 14TH AVE, STE 300, OAKLAND, CA 94612 | Unexpired Distribution Center Lease | THRIFTY PAYLESS, INC. | 88 | 30th Street West and Avenue H, Lancaster, California, 93586 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67 | WIG PROPERTIES, LLC-LKPV | C/O WIG PROPERTIES, LLC, BELLEVUE, WA 98006-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5277 | 5700 100TH STREET SW STE 100, LAKEWOOD, WA, 98499 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | WILSHIRE UNIONCENTER, LP | C/O FRED LEEDS PROPERTIES, LOS ANGELES, CA 90008 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5454 | 1744 WEST SIXTH STREET, LOS ANGELES, CA, 90017 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | WILSON CAPITAL LLC | 407 E NESHANNOCK AVE, NEW WILMINGTON, PA 16142 | Unexpired Store Lease | THRIFT DRUG, INC. | 10994 | 135 SOUTH MARKET STREET, NEW WILMINGTON, PA, 16142 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | WOLFGANG JORDAN, TRUSTEE | LIVING TRUST UTD 6/18/19, LOS ANGELES, CA 90027 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5679 | 12900 PALM DRIVE, DESERT HOT SPRINGS, CA, 92240 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | WOODMONT PLAZA ASSOCIATES, LLC | C/O THE KEMPNER CORPORATION, WHITE PLAINS, NY 10605 | Unexpired Store Lease | MAXI DRUG, INC. | 10367 | 1387 NEW HAVEN AVE., MILFORD, CT, 06460 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 72 | WOODSIDE PLAZA PARTNERS, LP | C/O DEANZA PROPERTIES, LOS ALTOS, CA 94022-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5892 | 340 WOODSIDE PLAZA, REDWOOD CITY, CA, 94061 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | XINSHIJIE INVESTMENT LLC | 17762 OLD WINERY WAY, POWAY, CA 92064 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5631 | 1331 SOUTH MISSION ROAD, FALLBROOK, CA, 92028 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74 | YUET-MING CHU & MIRIAM L CHU | C/O YOLANDA SCHEFFOLD, MOUNTAIN VIEW, CA 94043 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5952 | 1991 MOUNTAIN BOULEVARD, OAKLAND, CA, 94611 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |