| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bruce J. Wisotsky, Esq.<br>**NORRIS, McLAUGHLIN, P.A.**<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>Tel.: (908) 722-0700<br>Fax: (908) 722-0755<br>bjwisotsky@norris-law.com<br>*Attorneys for 169 Holding Corp.* | |
| In Re:<br><br>NEW RITE AID, LLC, et al.,<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 169 Holding Corp., creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Bruce J. Wisotsky, Esq.
                          NORRIS McLAUGHLIN, P.A.
                          400 Crossing Boulevard
                          8th Floor
                          Bridgewater, NJ 08807

    DOCUMENTS:
- All notices entered pursuant to Fed. R. Bankr. P. 2002.
- All documents and pleadings of any nature

                                                                        NORRIS McLAUGHLIN, P.A.

Date: August 19, 2025                                        By: */s/ Bruce J. Wisotsky*
                                                                          Bruce J. Wisotsky, Esq.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.