**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>*(Local Counsel to McKesson Corporation and certain corporate affiliates)* | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Email: jgarfinkle@buchalter.com<br>Daniel H. Slate (admitted *pro hac vice*)<br>Email: dslate@buchalter.com<br>Brian T. Harvey (admitted *pro hac vice*)<br>Email: bharvey@buchalter.com<br>*(Co-Counsel to McKesson Corporation and certain corporate affiliates)* |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Email: dtwomey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (admitted *pro hac vice*)<br>Email: jkuster@sidley.com<br>*(Co-Counsel to McKesson Corporation and certain corporate affiliates)* | Case No. 25-14861 (MBK)<br><br>Chapter 11 (Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                    Debtors. | |

## SWORN WITNESS STATEMENT OF JAMES JUSTIN BOWERS

I, James Justin Bowers, hereby declare under penalty of perjury as follows:

1.       I am a Senior Vice President and General Manager of Financial Services and Solutions at McKesson Corporation ("McKesson").  McKesson is a diversified healthcare services leader dedicated to advancing health outcomes for patients everywhere.  Our teams partner with

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

biopharma companies, care providers, pharmacies, manufacturers, governments and others to deliver insights, products and services to help make quality care more accessible and affordable. McKesson operates in four reportable segments: U.S. Pharmaceutical, Prescription Technology Solutions, Medical-Surgical Solutions, and International.  Its U.S. Pharmaceutical segment distributes branded, generic, specialty, biosimilar, and over-the-counter pharmaceutical drugs, and other healthcare-related products in the United States.  In addition, the segment sells financial, operational, and clinical solutions to pharmacies (retail, hospital, alternate sites) and provides consulting, outsourcing, technological, and other services.

2.      I make this sworn Witness Statement based on my personal knowledge and my review of the books and records of McKesson, and in further support of McKesson's *Motion for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief* (the "Motion") and for the purpose of providing my direct testimony at the August 21, 2025 Hearing on the Motion.

3.      At 3:11 pm ET on May 5, 2025, McKesson received a wire in the amount of $49,674,910.00 from Rite Aid Headquarters Corp. ("HQ"), approximately seven hours before HQ filed its petition in these cases (the "May 5 Wire").

4.      As I explain below, the May 5 Wire was a pre-petition payment made to satisfy a pre-existing trade debt owed by Debtors (as defined below) to McKesson.  It was not a pre-payment by Debtor Rite Aid Corporation to McKesson for deliveries of products that were to be made post-petition, after Debtors commenced these cases.

5.      McKesson was only ever informed by Debtors that the May 5 Wire was meant to satisfy McKesson invoices that were issued on 10-day terms, just like Debtors had paid without exception throughout the pre-petition term of the Supply Agreement.  Before the May 5 Wire was

2

made, Debtors never informed McKesson that they intended the May 5 Wire to be a pre-payment for post-petition deliveries to be made in the future.  Prior to filing for bankruptcy, Debtors had never made any such pre-payments under the Supply Agreement either.

6.      I am familiar with the history of McKesson's relationship with Rite Aid Corporation (together with Rite Aid filing affiliates, "Rite Aid" or "Debtors"), and the Supply Agreement (as defined below) between McKesson and Rite Aid, as well as the performance of the Parties in accordance with the Supply Agreement and the facts relevant to the May 5 Wire.  I am providing some background to the Parties' ordinary course of dealing which I believe is helpful to understanding how all of the invoices, deliveries and payments were made under the Parties' existing Supply Agreement, including the May 5 Wire, and then set forth the facts around the May 5 Wire.

**I.      Background Regarding the Parties Ordinary Course of Business Under the Supply Agreement**

7.      For the 20 years before Rite Aid's 2023 bankruptcy filing, McKesson and Debtors were operating under a prior supply agreement, which dates back to December 22, 2003, although it was amended, supplemented and/or otherwise modified several times.  McKesson thus has been a partner and supplier to Rite Aid for over 20 years.

8.      It is my understanding that on or about October 15, 2023, Rite Aid and its affiliated debtors' (collectively, the "Prior Debtors") filed voluntary bankruptcy petitions commencing chapter 11 cases in this Court.  (the "First Bankruptcy").

9.      In the First Bankruptcy, McKesson had outstanding claims for more than $720 million for goods delivered to the Prior Debtors during the 20-day period prior to the filing.  It is my understanding that, in connection with the First Bankruptcy, Rite Aid put out to bid the opportunity to become its supplier once it emerged from the First Bankruptcy.  Ultimately, Rite

Aid selected McKesson to be its supplier based on the negotiated terms and conditions that ultimately became the new Supply Agreement entered into on August 30, 2024 (the "Supply Agreement").  Attached hereto are relevant excerpts from **Exhibit 5** (the Supply Agreement) (Exhibit numbers I use correspond to the Exhibit number on the McKesson Witness & Exhibit List [Dkt. No. 1906]). McKesson had no obligation to continue to serve as Rite Aid's supplier, especially in light of the substantial losses McKesson experienced with Rite Aid in the First Bankruptcy.  Nonetheless, McKesson agreed to settle its claims with Debtors and enter into a new long-term Supply Agreement with Rite Aid and its subsidiaries, albeit with terms that would give McKesson better protection with respect to trade credit under that new Supply Agreement than the former one.

10.     The Supply Agreement was entered into only after lengthy negotiations between McKesson and Prior Debtors during the First Bankruptcy.  It is my understanding that the Supply Agreement was part of a settlement between McKesson and Debtors, which was expressly approved by this Court.  Without the Court's approval, McKesson would not have entered into the Supply Agreement.

### A.     The Supply Agreement

11.     The Parties anticipated that Debtors would have a successful exit from the First Bankruptcy, as the Supply Agreement provided for a five-year term, from August 31, 2024 through August 31, 2029.  Supply Agreement § 1.  That is certainly what McKesson wanted to happen.

12.     The Supply Agreement sets forth the specific duties and obligations of McKesson and the Debtors related to the Parties' business relationship, including the delivery of Products (as defined in the Supply Agreement) by McKesson to Rite Aid's retail pharmacies.  I understand Rite Aid's pharmacies, like all other pharmacies, are licensed by the individual states in which they are

located.  Notably, Rite Aid had scores of subsidiaries which owned and operated those pharmacies.

In the ordinary course of the Parties' business under the Supply Agreement, the various Rite Aid

retail pharmacies generally placed orders to and received deliveries from McKesson.  Instead of

contracting only with Rite Aid Corporation, or having separate supply agreements with each

individual subsidiary, the Supply Agreement was drafted to ensure that Rite Aid and each of its

relevant subsidiaries all were contractually responsible one way or another with respect to orders

placed with and deliveries received from McKesson, including for obligations to pay McKesson

for the Products it delivered to Rite Aid.

13.     Another reason for this arrangement was to ensure that the various specified

affiliates of Rite Aid Corporation, including HQ, were expressly required to enter into certain

guarantee, security and indemnity agreements to provide credit support for Rite Aid under the

Supply Agreement.  Various Rite Aid affiliates that served as obligors of the other material funded

debt owed by the Debtors (the reorganized Prior Debtors) also had to guarantee the Debtors'

obligations to McKesson and secure the Debtors' trade-related obligations to McKesson.

14.     For example, although the Supply Agreement's opening paragraph stated that two

of the parties to that agreement were Rite Aid Corporation and McKesson, it also made clear that

any Rite Aid Assignment Affiliate (as defined in the Supply Agreement) also would be a party to

the Supply Agreement.  Assignment Affiliates were authorized to place orders to McKesson and

to accept deliveries, while remaining responsible for payment on all such deliveries each received.

*See* §§ 18.1-18.4.  Each Assignment Affiliate was listed on Schedule A to Exhibit M of the Supply

Agreement.

15.     Based on my review of McKesson's books and records, HQ was the Rite Aid

affiliate that made all of the payments to McKesson.  Although HQ is not listed as one of the

Assignment Affiliates on Schedule A to Exhibit M of the Supply Agreement, HQ separately executed the Security Agreement and the Subsidiary Guarantee Agreement (each defined below) with McKesson, along with many other Rite Aid subsidiaries.  These agreements are among the Supply Documents (as defined in the Supply Agreement) that are part of the Supply Agreement. *See* § 7.15.

16.     In connection with the Supply Agreement, McKesson and Rite Aid Corporation along with its subsidiaries entered into a Security Agreement, dated as of August 30, 2024 (the "Security Agreement").   True and correct relevant excerpts of **Exhibit 8** (the Security Agreement) are attached hereto.  HQ and the other Rite Aid parties to the Security Agreement, concurrently with the Supply Agreement, granted McKesson a "security interest in all right, title or interest now owned or at any time hereafter acquired by [Rite Aid] or arising, or in which [Rite Aid] now has or at any time in the future may acquire any right, title or interest in, to and under all of the following, wherever located," including a delineated list of assets and "all other property of [Rite Aid], whether tangible or intangible."  Security Agreement § 2.

17.     In addition, HQ is a Grantor under and as defined in the Security Agreement.  Each Grantor under the Security Agreement, including HQ, agreed to pledge any right, title and interest all their respective Accounts Receivables, Deposit Accounts, Pledged Interests in Schedule 1, and all cash (among other assets) to serve as collateral.  HQ also is listed as the sole owner of certain Intellectual Property rights in Schedule 1.

18.     Another Supply Document made part of the Supply Agreement in § 7.15 was the Subsidiary Guarantee Agreement, dated as of August 30, 2024 (the "Subsidiary Guarantee Agreement").  HQ is a signatory to that Agreement and thus a Subsidiary Guarantor.  Although Section 7.9 of the Supply Agreement makes Rite Aid responsible for payments for all purchases

by it and a guarantor for purchases made by its Affiliates (including Assignment Affiliates), the Subsidiary Guarantee Agreement provides in Section 1 that "[e]ach Subsidiary Guarantor unconditionally guarantees, jointly with the other Subsidiary Guarantors and severally, as a primary obligor and not merely as a surety, the due and punctual payment of, and the due and punctual performance of, all Obligations." Subsidiary Guarantee Agreement § 1. The Subsidiary Guarantee Agreement defines the guaranteed "Obligations" as "all trade payables, trade debt and other obligations of every nature of the Company and its Subsidiaries from time to time owed to the Secured Party under the Supply Agreement or any other Supply Document." *Id*. True and correct copies of relevant excerpts of **Exhibit 9** (the Subsidiary Guarantee Agreement) are attached hereto.

19.     McKesson required that Rite Aid and its affiliates enter into this arrangement signing the Supply Agreement and/or the Security Agreement and the Subsidiary Guarantee Agreement because, as I noted above, it was important to have direct contractual privity between McKesson and the relevant Rite Aid entities to ensure that McKesson would not have to worry about whether an order for Product placed by Rite Aid would be honored by one of its subsidiaries, and that any payment Rite Aid received would be valid to apply against any invoices McKesson issued for products it delivered. In this way, the Supply Agreement made clear that each of the relevant Rite Aid affiliates were parties to the Supply Agreement, including HQ, such that the corporate separateness of Rite Aid and its subsidiaries did not affect the ordinary course of performance between the Parties, whereby tens of millions of dollars of Product were routinely ordered, delivered, invoiced and paid for pursuant to the terms of the Supply Agreement.

**B.     The May 5 Wire Payment Was Made in a Manner Consistent with the Terms of the Supply Agreement Which Did Not Contemplate Pre-Payments for Future Deliveries in the Ordinary Course of Business Between the Parties**

20.     The Supply Agreement contained provisions that governed the tens of millions of dollars' worth of transactions that occurred every business day.  During the entire pre-petition term of the Supply Agreement, the Parties' ordinary course of business operated like clockwork.  Rite Aid subsidiaries would place orders to McKesson, which then resulted in daily deliveries of millions of Products to Rite Aid pharmacies.  Those deliveries then generated McKesson receivables that got aggregated into invoices, which in turn would be issued by McKesson to Rite Aid.  Then, in further accord with the Supply Agreement, HQ paid each McKesson invoice within 10 days after the date on the invoice.  This same process was used throughout the pre-petition term of the Supply Agreement, and, as I explain below, was the exact same process the Parties used to order, deliver, invoice and pay in connection with the May 5 Wire.

21.     In the following paragraphs I have highlighted a number of the most relevant provisions of the Supply Agreement that reflect the steps I outlined above for the ordinary course of the Parties' business for the ordering, delivery, invoicing and payment throughout the term of that Agreement.

22.     **Section 4.1.**  Pursuant to Section 4.1 of the Supply Agreement, "Rite Aid or any Pharmacy may place Orders for Products at any time and from time to time," which were transmitted electronically to McKesson.

23.     **Section 5.1**.  Based on those orders, McKesson then delivered Products to a Pharmacy every business day during the week in accordance with conditions outlined therein (for most Products, an order placed by a Rite Aid pharmacy before 7:00 pm Monday through Friday were to be delivered no later than 1:00 pm the next business day).

24.      **Section 6.1.**   McKesson then would aggregate the amount of deliveries made to Rite Aid pharmacies on a given day, and then sent invoices for those amounts actually due and payable by Debtors on electronic invoices (the "<u>EDI Invoices</u>"), with the Invoice Date being the date of delivery of the described Products.

25.      The Supply Agreement also provided for McKesson to make a financial accommodation to Debtors by extending substantial trade credit to Rite Aid as part of the Parties' arrangement.  **Section 7.1** of the Supply Agreement also provided for a fixed cap on the amount of trade credit that can be outstanding at any given time:

> **Payment Terms.**
>
> (a) EDI Invoices for deliveries of Products directly to Pharmacies shall be due and payable ten (10) days after the Invoice Date, as determined according to Section 6.1, but, except as otherwise specified in this Section 7.1(a), in no event will the aggregate gross amount owed to McKesson for Products delivered directly to Pharmacies exceed an amount equal to Two Hundred Seventy Million and 00/100 Dollars ($270,000,000.00) (the "**10-Day Accounts Receivable Cap**").

26.      As noted above, throughout the entirety of the pre-petition term of the Supply Agreement, HQ always paid an invoice issued by McKesson on those 10-day terms.  That never varied.  **Exhibit 76** are excerpts of McKesson bank statements showing payments coming from HQ throughout different time frames from the pre-petition term of the Supply Agreement.

27.      Importantly, the Supply Agreement contained a provision to ensure payment of all invoices on the required 10-day terms.  Pursuant to **Section 7.1(d)**, if Debtors failed to make a payment timely, then in addition to other rights McKesson had, McKesson had "the immediate right to suspend any shipment of Products" to Debtors.  Because every single invoice due to be paid on 10-day terms in fact was timely paid up to and including the May 5 Wire, McKesson never had to invoke its rights under this provision to suspend delivery of Products to Rite Aid.

28.    **Section 7.5** of the Supply Agreement provides that "[p]ayments by Rite Aid for all purchases under this Agreement shall be via electronic funds transfer of immediately available funds or such other means of providing McKesson with immediately available funds as may be reasonably acceptable to McKesson."  That is in fact how McKesson got paid on every invoice it issued to Debtors under the Supply Agreement, including the May 5 Wire: via electronic funds.

29.    Although Section 7.1 set forth the payment terms Debtors had to adhere to under the Supply Agreement, McKesson had the right to change those terms pursuant to **Section 7.12(a)** under certain circumstances, including if McKesson determined that Rite Aid "ceases to meet McKesson credit requirements."  Rite Aid was required to provide certain financial information to McKesson, including certain financial information shared with Rite Aid's lenders and requested by McKesson (*see* §§ 7,11(d), 7.11(k)).  Although Rite Aid failed to provide all the information to which McKesson was entitled, what limited information McKesson had demonstrated that Rite Aid no longer was meeting those credit requirements (which were based on financial and liquidity projections Rite Aid provided to McKesson upon execution of the Supply Agreement).  *See* § 7.12(a).

30.    As a consequence, McKesson issued a letter on April 23, 2025, indicating that it would change payment terms, lowering the Accounts Receivable Cap and changing the 10-day payment term to 6 days, to be effective May 1, 2025.  A true and correct copy of the April 23, 2025 Letter is attached hereto as **Exhibit 7**.

31.    Five days later, on April 28, 2025, Rite Aid responded by email, requesting that the 6-day term be changed to 7 days, and that the new payment terms not be implemented until May 12, 2025.

32.     McKesson agreed to the change of payment terms from 6 to 7 days, and to move the effective date for the payment terms to May 12, 2025, while implementing a revised cap as of May 1, 2025.  Rite Aid agreed to these terms in its email of May 1, 2025.  A true and correct copy of the April 23, 2025 to May 1, 2025 email chain between McKesson and Rite Aid reflecting these negotiations is attached hereto as **Exhibit 45**.

33.     Thus, payment of invoices dated April 24 and 25, 2025 still were due on May 5, as I explain more fully below.  The 10-day term for payment of invoices issued by McKesson did not change during the relevant time frame affecting the May 5 Wire.  Regardless of any modification of the Accounts Receivable Cap amount on any given day, payment for deliveries made and invoiced 10 days earlier had to be paid by the 10th day from the Invoice Date, and Debtors always paid on those terms, up to and including the payment made via the May 5 Wire.

**II.     The Facts Concerning the May 5 Wire Payment Were Fully Consistent With the Parties' Ordinary Course of Business in Making All Other Pre-Petition Payments on 10-Day Terms.**

34.     On April 24, 2025, Rite Aid placed orders with McKesson totaling $28,092,801.85.  Pursuant to the Supply Agreement, payment was due 10 days later, on Sunday, May 4, 2025.  A true and correct copy of April 25, 2025 email between Rite Aid and McKesson showing the April 24, 2025 billing details is attached hereto as **Exhibit 30**.  However, because the due date fell on a Sunday (May 4), the adjusted due date for the April 24, 2025 invoice pursuant to Section 7.2 of the Supply Agreement was Monday, May 5, 2025.

35.     On April 25, 2025, Rite Aid placed orders with McKesson totaling $21,595,586.57.  Payment was due 10 days later, which was also on Monday, May 5, 2025.  A true and correct copy of the April 29, 2025 email between Rite Aid and McKesson showing the April 25, 2025 billing details is attached hereto as **Exhibit 32**.

11

36.      Combined, Rite Aid owed McKesson $49,688,388.42 for its orders placed on April 24, 2025 and April 25, 2025.  Both payments were due on Monday, May 5, 2025.

37.      In line with that agreed payment schedule, on May 2, 2025, Rite Aid wrote to McKesson: "Our payment wire for 5/5 will be $49,674,910.00, McKesson's expected amount for 5/4 and 5/5."  That same email contained a chart indicating that Rite Aid had an "AP Balance" (accounts payable balance) of $49,669,567.42, and that combined with an order for $5,310.68 dated April 25, 2025, that was due May 5, 2025, "McKesson['s] Expected Payment" was $49,674,878.10.  Email communications between Rite Aid and McKesson before payments were made by Rite Aid and received by McKesson were routine and typical communications made throughout the regular course of business between the Parties.  I was aware of this regular business practice and encouraged my staff to have such routine communications with Rite Aid.  A true and correct copy of the May 2, 2025 email from Rite Aid to McKesson is attached hereto as **Exhibit 13**.

38.      Combined with a "Rebill" for $31.90, Rite Aid totaled its expected payment to McKesson as $49,674,910.00. Ex. 13.  McKesson agreed with Rite Aid's calculation and therefore was expecting a payment of $49,674,910.00 on May 5, 2025 for amounts that were, in fact, due and owing on May 5, 2025.

39.      The April 24, 2025 and April 25, 2025 amounts ordered by Rite Aid were consistent with amounts typically ordered on Thursdays and Fridays during the course of the Supply Agreement.  Invoices due on Sundays were instead due and paid the next business day, Monday, throughout the course of the Parties' business relationship under the Supply Agreement pursuant to Section 7.2 thereof, and Sections 7.1 and 7.5 of the Supply Agreement required payment of invoices by wire transfer within 10 days of the date the invoice was issued.

40.     Based on communications from Rite Aid concerning its payment on May 5, 2025 for the invoices dated April 24 and 25, it was McKesson's understanding that the May 5 payment would be a normal payment made for invoices due on May 5.  Additionally, Rite Aid had never paid for its orders in advance since the Parties' entry into the Supply Agreement.

41.     From May 2 through May 5, 2025, Rite Aid and McKesson discussed the need for Rite Aid to manage toward the Accounts Receivable Cap.  On May 5, 2025, at 12:09 P.M. ET, Rite Aid indicated that it would be paying the May 5 Wire by stating that "[w]e anticipate making a wire payment in the amount of $49.7M today, which I believe will put our outstanding balance at approximately $138M.  Are you able to confirm that you will fulfill and ship orders up to the cap amount of $180M based upon receipt of that wire payment?"  A true and correct copy of the May 4, 2025 and May 5, 2025 email chain between Rite Aid and McKesson described in this paragraph and paragraph 20 above is attached hereto as **Exhibit 69**.

42.     This email confirmed to McKesson that Rite Aid intended to make the May 5 Wire to pay the April 24 and 25, 2025 invoices due pursuant to the applicable 10-day terms under Section 7.(a) of the Supply Agreement, which also would have resulted in Rite Aid meeting the Accounts Receivable Cap.  Rite Aid's response makes no sense if the May 5 Wire was a prepayment for future deliveries to be made, because it would not have referenced the exact amount due that day to pay for the April 24 and 25 invoices, and it would not have referenced compliance with the Accounts Receivable Cap (since a payment for *future* deliveries would not reduce the existing Accounts Receivable Cap at all, and leave the April 24 and 25 Invoices unpaid).

### III.     The Debtors Never Informed McKesson That They Intended the May 5 Wire to Be a Pre-Payment for Future Deliveries

43.     At no time prior to McKesson's receipt of the May 5 Wire did any of the Debtors communicate to McKesson that the May 5 Wire being paid was intended to be (much less

appropriately applied as) some kind of down payment for future, post-petition deliveries to or orders placed by Debtors to McKesson under the Supply Agreement.

44.     If Rite Aid wanted to make any kind of prepayment or any other payment on terms other than the normal 10-day terms to McKesson, it knew how to notify McKesson in advance and get its consent.  For example, on May 1, 2025 Rite Aid made an $11 million payment to McKesson that it wanted to consider a "prepayment" of outstanding trade debt due to be paid the following day.  (This was not a "prepayment" for future deliveries, but was instead a payment for certain outstanding invoices one day before those invoices became due on the 10-day terms.)  The Parties discussed this arrangement in advance and agreed to it over email.  A true and correct copy of the May 1-2, 2025 email correspondence is attached hereto as **Exhibit 28**.  Debtors did not do the same with respect to the May 5 Wire.

45.     As I stated above in Paragraph 3, at 3:11 P.M. ET on May 5, 2025, McKesson received a wire in the amount of $49,674,910.00 from HQ (i.e., the May 5 Wire), a subsidiary guarantor of Rite Aid.  The wire confirmation showed that the payment came from an account that the Debtors' own pleadings reflect was owned by HQ.  The payment of McKesson's invoices via a wire from HQ was consistent with all or virtually all prior payments received by McKesson under the Supply Agreement since the Debtors' emergence from the First Bankruptcy.  A true and correct copy of the wire confirmation with banking information (other than the last four digits of HQ's account) redacted is attached hereto as **Exhibit 70**.

46.     Similarly, the invoices issued on April 24 and 25, 2025 were not based on orders placed by Rite Aid Corporation or delivered by McKesson to Rite Aid Corporation.  Those were placed by various Rite Aid subsidiaries that owned and/or operated the retail Rite Aid pharmacies

and which received the deliveries that resulted in the April 24 and April 25 invoices being generated.

47.     Although Rite Aid filed its bankruptcy petition approximately 21 minutes prior to McKesson's receipt of the May 5 Wire from HQ, at the time that McKesson received the May 5 Wire, HQ had not yet filed for bankruptcy.  HQ filed its chapter 11 petition and entered bankruptcy more than seven hours later, at 10:35 P.M. ET.

## IV.     Rite Aid Knew How to Ask to Make Prepayments for Post-Petition Deliveries

48.     After Rite Aid's bankruptcy filing, the Parties moved to a cash in advance arrangement, whereby payment for goods delivered would be due before delivery.  Beginning on May 8, 2025, Rite Aid began making prepayments for deliveries to mitigate the possibility of missed payments.  At the time McKesson received the May 5 Wire, the Parties had never discussed, and McKesson had never agreed to, a prepayment arrangement.

49.     The prepayment on May 8, 2025 was intended for deliveries received on May 8, 2025 and for estimated deliveries for Friday, May 9.  From Friday, May 9, 2025 onwards, Rite Aid would make prepayments to McKesson for the forecasted amount of the next delivery day's deliveries.  The Parties would thereafter reconcile the prepayments to determine any overpayment or underpayment, based on the actual amounts delivered.

50.     On Thursday, May 8, 2025, Rite Aid wired its first prepayment amount of $40,000,000.  On Friday, May 9, 2025, Rite Aid wired a prepayment amount of $35,000,000.  On Monday, May 12, 2025, Rite Aid wired a prepayment amount $26,000,000.  True and correct copies of the May 8, May 9, and May 12, 2025 wire confirmation emails are attached hereto as **Exhibits 73**, **35**, and **36**, respectively.  Each of these prepayments was made in whole dollar amounts rounded to the nearest million dollars, and were made after Debtors informed McKesson

they were intended to be prepayments once the Parties discussed how McKesson deliveries would

be paid for post-petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct. Executed on August 19, 2025.

By: _____
James Justin Bowers

# McKesson

# EXHIBIT 5

(Supply Agreement)

(excerpted)

**EXHIBIT**

**4**

exhibitsticker.com

## SUPPLY AGREEMENT

This Supply Agreement (the "**Agreement**") is entered into as of August 30, 2024 (the "**Effective Date**"), by and between McKesson Corporation ("**McKesson**") and Rite Aid Corporation ("**Rite Aid**"). Rite Aid and its affiliates commenced bankruptcy cases in the United States Bankruptcy Court for the District of New Jersey (the "**Court**") on October 15, 2023 (the "**Petition Date**"), which cases were jointly administered under the caption *In re Rite Aid Corporation*, Case No. 23-18993 (MBK) (the "**Chapter 11 Cases**," and the debtors-in-possession in such Chapter 11 Cases, the "**Debtors**"). McKesson continued to supply the Debtors during the bankruptcy proceedings under the terms of an Amended Interim Post-Petition Supply Agreement (the "**Interim Agreement**") which was approved by the Court in an Order entered on November 16, 2023 as ECF 630. The Debtors have now confirmed a plan of reorganization (the "**Plan**") and Rite Aid and McKesson enter into this Agreement to continue to supply Products under the terms herein. Rite Aid and McKesson are referred to collectively, together with any Assignment Affiliate (as defined below), as the "**Parties**" or each individually as a "**Party**". Capitalized terms not expressly defined herein shall have the meanings set forth in **Schedule 1**.

For good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Parties agree as follows:

### 1. TERM

1.1    **Term.** The Agreement shall have a term commencing on August 31, 2024 and ending on August 31, 2029 (the "**Term**").

### 2. AGREEMENT TO BUY AND SELL

2.1    **Commitments**.

(a) **Requirements for Products**. Subject to the terms and conditions of this Agreement:

    (i)    McKesson agrees to sell, supply and deliver all McKesson Generic Products offered through its Proprietary Generics Programs and all Branded Rx Products upon Rite Aid's Orders therefor to Rite Aid's Pharmacies;

    (ii)    Rite Aid agrees that all Branded Rx Products (including Rite Aid-Negotiated Contract Products that are Branded Rx Products) purchased by Rite Aid and all of its Pharmacies each Contract Year will be purchased from McKesson;

    In each Contract Year, Rite Aid may purchase up to ten percent (10%) of the Generic Pharmaceutical Product needs of Rite Aid and all of its Pharmacies (as measured in dollars based on Rite Aid's aggregate Net Purchases of such Generic Pharmaceutical Products at their applicable Base Acquisition Price) per quarter from a source other than McKesson or as Rite Aid-Negotiated Contract Products. The products purchased as Rite Aid-Negotiated Contract Products will have an "Invoice Price" of Cost minus the current COGS Adjustment as outlined in **Exhibit A-2**.

Page **1** of **120**

Federal Food and Drug Administration ("**FDA**") pursuant to Section 505 of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 310 et seq. (as amended, the "**FDCA**"). McKesson will use commercially reasonable efforts to ensure no pharmaceutical product sold to Rite Aid under this Agreement shall be: (i) adulterated or misbranded within the meaning of the FDCA,; (ii) an article which may not, under the provisions of Section 404, 505 or 512 of the FDCA, be introduced in interstate commerce; (iii) an article which was re-imported in violation of Section 801(d) of the FDCA; (iv) a drug sample, as defined in Section 503(b) of the FDCA; (v) a drug that was previously sold to a hospital, health care entity or charitable organization, which may not, under the provision of Section 503(c) of the FDCA, be resold, traded, purchased or otherwise exchanged; or (vi) a counterfeit or diverted drug.

3.   **PRICING**

3.1   **Invoice Price**.

(a) **McKesson Generic Products**. McKesson Generic Products will be priced and invoiced in accordance with **Exhibit A-1**.

(b) **Cost of Goods Pricing**. Branded Rx Products, OTC Products, Rite Aid-Negotiated Contract Products, Drop Shipped Products, and Specially Priced Merchandise will be priced and invoiced in accordance with **Exhibit A-2** ("**Cost of Goods Pricing**").

(c) **Value of Products**. Rite Aid acknowledges that in each instance, the Invoice Price, as set forth in any particular invoice, is determinative of the value of the corresponding Products received by Rite Aid.

3.2   **Delivery and Risk of Loss**. For shipments in accordance with Section 5 of this Agreement, all Product is shipped F.O.B. destination and no shipping charges are applicable. For emergency deliveries from manufacturers, delivery fees may apply. Risk of loss with respect to the Product shall pass to Rite Aid upon delivery.

3.3   **Pricing Updates**.

(a) **Price Files**. Within two (2) Business Days of receiving written notice from a manufacturer of any price change, McKesson will provide Rite Aid an email notification of such price change. In addition, McKesson will provide Rite Aid on the fifth (5th) day of each month with a pricing file with the applicable Invoice Price for each McKesson Generic Product.

(b) **Price Changes for McKesson Generic Product**. During the ninety (90) day period following written notice to Rite Aid of a price increase, McKesson will not be required to supply to Rite Aid more than one hundred and twenty percent (120%) of the 90 Day Demand purchased by Rite Aid (net of Saleable returns) at the lower price for such McKesson Generic Product in effect prior to the effective date of the price increase.

3.4   **Returns Incentive Adjustment**. McKesson will apply a returns incentive adjustment as set forth in Section 3 of **Exhibit A-2**, except following a Generics Program Change, the returns incentive adjustment set forth in Section 5 of **Exhibit A-3** will apply.

HIGHLY CONFIDENTIAL

the month of May of each Contract Year, provided that the amount of such rebate shall not exceed one hundred ninety five thousand dollars ($195,000).

(f) **Payment of Rebates.** Except as otherwise explicitly stated herein, each rebate in this Section 3 of the Agreement, net of any upcharge, as applicable, earned in accordance with this Agreement shall be paid via credit memo no later than thirty (30) days following the end of the period in which it was earned.

(g) **Compliance with the Safe Harbor.** All rebates earned by Rite Aid, are a "discount or other reduction in price" as such term is used under Section 1128B(b)(3)(a) of the Social Security Act (42 U.S.C. 1320a7b(b)(3)(a)). If applicable, Rite Aid will (i) fully and accurately disclose the rebates received pursuant to this Agreement in cost reports or claims for reimbursement to Medicare, Medicaid, or other healthcare and third party payor programs requiring such disclosure; and (ii) retain related documentation and provide it to the Department of Health and Human Services and state agencies upon request in accordance with, in each case, all applicable laws and regulations, including without limitation 42 C.F.R. 1001.952(h).

## 4. ORDERS

4.1     **Product Orders.** Rite Aid or any Pharmacy may place Orders for Products at any time and from time to time. Orders shall be transmitted through McKesson Connect, EDI or other means of transmission mutually agreed by McKesson and Rite Aid. Notwithstanding the above in this Section 4.1, any initial orders in connection with a New Generic Launch shall be handled in accordance with Section 4.4.

(a) **Direct Store Delivery.** For every Product that is ordered by Rite Aid for DSD that McKesson repackages, McKesson shall not substitute repackaged Product for the Product ordered unless notified in writing by Rite Aid (V. P. Pharmacy Purchasing or designee) that such substitution is acceptable.

4.2     **Special Orders.** Rite Aid or any Pharmacy may from time to time issue special Orders for Specially Priced Merchandise not usually carried by McKesson (it being understood that Orders for Branded Rx Products shall never be considered special Orders), and, if the manufacturer is acceptable to McKesson, McKesson will fill such Orders at listed DSD terms if within the normal McKesson procurement cycle. If such requests require McKesson to procure such special Orders outside of McKesson's normal procurement cycle, Rite Aid will reimburse any special manufacturer's delivery charges for the initial delivery. Any such request for any Products except Branded Rx Products will be subject to the condition that the applicable McKesson distribution center sells at least three (3) units per month.

4.3     **Auto-Substitutions.**

(a) Absent any instruction to the contrary, in the event that an Order is for a OneStop Product that is unavailable at the distribution center servicing the Pharmacy identified in the Order, McKesson will auto-substitute the unavailable OneStop Product with a Generic Equivalent if such Generic Equivalent is available (an "**Auto-substitution**"). At Rite Aid's request, McKesson will source an available Generic Equivalent as a Secondary Product. A "**Secondary Product**" is defined as a Generic Equivalent, selected by Rite Aid, that will be the initial Auto-substitution when a OneStop Product is unavailable at the distribution center servicing the Pharmacy identified in the Order. This Secondary Product will be

Page **7** of **120**

(b) **Distribution and Logistics**. McKesson will support the distribution and logistics for all New Generic Launches at no cost to Rite Aid. If a New Generic Launch is an ASAP Launch, then McKesson will support the distribution and logistics for such ASAP Launch through its ASAP autoshipment program.

4.5     **Compliance; No Resale**. Pharmacies will only dispense or administer Products directly to patients in compliance with all Applicable Laws. Additionally, Rite Aid or its Pharmacies will not subsequently resell Products, except to a Rite Aid Affiliate.

4.6     **Exception**. Notwithstanding Section 4.5, in the event of the initial introduction of a generic version of a previously patent-protected Branded Rx Product, Rite Aid may request in writing from McKesson an exemption from the requirement that Rite Aid and its Pharmacies will not subsequently resell Products, so that Rite Aid may seek to eliminate its inventory position of said Branded Rx Product. McKesson shall not unreasonably withhold permission for any such exemption request, but shall be entitled to withhold permission if proper written documentation for such a denial is provided to Rite Aid within twenty (20) days from the date of Rite Aid's original request. Such denials may occur, but are not limited to the following situations: quantities in excess of thirty (30) days of normal Rite Aid purchase activity or the product in question not-yet-being generic. In the event that Rite Aid has Branded Rx Product in quantities in excess of thirty (30) days of normal Rite Aid purchase activity, McKesson and Rite Aid agree to work cooperatively in an effort to eliminate Rite Aid's inventory of said Branded Rx Product.

## 5.   **DELIVERIES**

5.1     **Delivery Schedule**. (a) McKesson will deliver Products to a Pharmacy Monday through Friday according to the conditions outlined in this Section 5.1. Each day Product is delivered to a Pharmacy will be referred to as a "**Delivery Day**."

(a) Orders submitted for a Pharmacy prior to 7:00 PM local time will be delivered to such Pharmacy by no later than 1:00 PM local time on the next Delivery Day.

(b) Order cutoff and delivery times may be modified due to courier and geographical situations in specific areas if mutually agreed upon by the Parties.

(c) McKesson shall only be required to deliver to each Pharmacy once per Delivery Day.

(d) Notwithstanding the foregoing and subject to Section 9.2, McKesson may require up to forty-eight (48) hours to deliver Schedule II Narcotics following the timely submission of DEA Form 222 by Rite Aid, if such submission is required by Applicable Laws.

5.2     **Service Levels.** McKesson commits to maintain separate minimum monthly Adjusted Service Level of at least ninety-seven and one-half percent (97.5%) for OneStop Products and Branded Rx Products, respectively, subject to the terms and conditions set forth in **Exhibit F**. If McKesson fails to maintain such ninety-seven and one-half percent (97.5%) Adjusted Service Level for either OneStop Products or Branded Rx Products, in each case, for two (2) consecutive full calendar months, within thirty (30) days thereof, McKesson will provide Rite Aid with liquidated damages in the form of a service level penalty credit in an amount equal to five one-hundredths of a percent (0.05%) of the Net Purchase of OneStop Products or Branded Rx Products, as applicable, by Rite Aid from McKesson during such period with an acceleration of one one-hundredth of one percent (0.01%) for each one percent (1%) below 97.5%. Such service level

Page **9** of **120**

HIGHLY CONFIDENTIAL

then Rite Aid will promptly notify McKesson and Rite Aid will return the Product in accordance with McKesson's instructions.

5.10 **Cross Docking Program**. McKesson agrees to administer and coordinate the merging of the central fill pharmacy shipments of Products and other related supplies for the Pharmacies (in Rite Aid's sealed totes) with McKesson's standard deliveries of Products to the Pharmacies (with such business arrangement referred to as the "**Cross-Docking Program**"). The parties expressly intend that this Cross-Docking Program shall not be construed by either party in any manner as the wholesale distribution of Products. The terms of the Cross-Docking Program are set forth in **Exhibit O** attached to this Agreement, which may be revised (via email) from time to time upon mutual agreement of the parties.

## 6. INVOICES

6.1 **EDI Invoices**. McKesson shall invoice all amounts actually due and payable by Rite Aid (or any other obligor pursuant to Section 18) on EDI Invoices. EDI Invoices shall be computed in accordance with Section 3 of this Agreement. No amount shall be due and payable by Rite Aid (or any other obligor pursuant to Section 18) with respect to any Product unless such amount is properly reflected on an EDI Invoice. The "**Invoice Date**" is the date of delivery of such invoice.

## 7. PAYMENT

7.1 **Payment Terms**

(a) EDI Invoices for deliveries of Products directly to Pharmacies shall be due and payable ten (10) days after the Invoice Date, as determined according to Section 6.1, but, except as otherwise specified in this Section 7.1(a), in no event will the aggregate gross amount owed to McKesson for Products delivered directly to Pharmacies exceed an amount equal to Two Hundred Seventy Million and 00/100 Dollars ($270,000,000.00) (the "**10-Day Accounts Receivable Cap**"). During August, September, and October of each year, a seasonal adjustment will be made to the 10-Day Accounts Receivable Cap such that the 10-Day Accounts Receivable Cap will be increased to Two Hundred Eighty-Eight Million Nine Hundred Thousand and 00/100 Dollars ($288,900,000.00) which is an amount equal to one hundred seven percent (107.0%) of the 10-Day Accounts Receivable Cap ("**10-Day Seasonally Adjusted Cap**").

(b) **Payment Terms Adjustments.**

(i) If Rite Aid pays Contingent Deferred Cash Payments (as defined in Exhibit P) to McKesson in an aggregate amount equal to or greater than Fifty Million and 00/100 Dollars ($50,000,000.00), but less than One Hundred Million and 00/100 Dollars ($100,000,000.00), then beginning on the first day of the month following the date upon which McKesson has received all such Contingent Deferred Cash Payments, EDI Invoices for deliveries of Products directly to Pharmacies shall be due and payable eleven (11) days after the Invoice Date, as determined according to Section 6.1, but, except as otherwise specified in this Section 7.1(b)(i), in no event will the aggregate gross amount owed to McKesson for Products delivered directly to Pharmacies exceed an amount equal to Two Hundred Ninety-Five Million and 00/100 Dollars ($295,000,000.00) (the "**11-Day Accounts Receivable Cap**"). During August, September, and October of

Page **11** of **120**

MCK_0000033

each year, a seasonal adjustment will be made to the 11-Day Accounts Receivable Cap such that the 11-Day Accounts Receivable Cap will be increased to Three Hundred Fifteen Million Six Hundred Fifty Thousand and 00/100 Dollars ($315,650,000.00) which is an amount equal to one hundred seven percent (107.0%) of the 11-Day Accounts Receivable Cap (the "**11-Day Seasonably Adjusted Cap**").

(ii)     If Rite Aid pays Contingent Deferred Cash Payments to McKesson an amount equal to One Hundred Million and 00/100 Dollars ($100,000,000.00), then beginning on the first day of the month following the date upon which McKesson has received all such Contingent Deferred Cash Payments, EDI Invoices for deliveries of Products directly to Pharmacies shall be due and payable twelve (12) days after the Invoice Date, as determined according to Section 6.1, but, except as otherwise specified in this Section 7.1(b)(ii), in no event will the aggregate gross amount owed to McKesson for Products delivered directly to Pharmacies exceed an amount equal to Three Hundred Twenty Million and 00/100 Dollars ($320,000,000.00) (the "**12-Day Accounts Receivable Cap**"). During August, September, and October of each year, a seasonal adjustment will be made to the 12-Day Accounts Receivable Cap such that the 12-Day Accounts Receivable Cap will be increased to Three Hundred Forty-Two Million Four Hundred Thousand and 00/100 Dollars ($342,400,000.00) which is an amount equal to one hundred seven percent (107.0%) of the 12-Day Accounts Receivable Cap (the "**12-Day Seasonably Adjusted Cap**" and, collectively with the 10-Day Accounts Receivable Cap, the 10-Day Seasonally Adjusted Cap, the 11-Day Accounts Receivable Cap, the 11-Day Seasonally Adjusted Cap, and the 12-Day Accounts Receivable Cap, the "**Accounts Receivable Caps**").

(iii)    If and when Rite Aid or any of its Affiliates (individually or collectively) sells, closes, or otherwise disposes of, either simultaneously or in the aggregate over time, five percent (5%) of then-existing store locations of Rite Aid and its Affiliates (collectively) after the Effective Date, all of the Accounts Receivable Caps shall be ratably decreased by five (5%) of the then-operative Accounts Receivable Caps. Such ratable decreases shall apply each time Rite Aid or any of its Affiliates (individually or collectively) disposes of five percent (5%) of then-existing stores of Rite Aid and its Affiliates (collectively) since the prior ratable decrease, as applicable, and shall be effective: (A) if five percent (5%) or more of then-existing store locations are disposed of simultaneously, as of the date of such disposition, and (B) if five percent (5%) of then-existing store locations are disposed of in the aggregate over time (excluding any store locations triggering a ratable decrease under clause (A)), as of the date of the disposition of the store location or store locations bringing the total aggregate percentage of store location dispositions since the Effective Date or the prior ratable decrease, as applicable, to five percent (5%); provided that in the case of each of the preceding clause (A) and clause (B), any percentage of then-existing store locations disposed of at such time above five percent (5%)) shall count toward the next ratable decrease under this Section 7.1(b)(iii). Any sale, closure or other disposition pursuant to which there is a transfer of inventory or other assets, including

HIGHLY CONFIDENTIAL                                                                                             MCK_0000034

prescription files, from one store to another store operated (and not itself subject to a disposition) shall not be counted for purposes of the calculations under this Section 7.1(b)(iii).

**Purchase Commitment Adjustments.** If (i) Rite Aid's aggregate gross amount owed to McKesson for Products delivered directly to Pharmacies has reached the applicable Accounts Receivable Cap and (ii) Rite Aid has purchased from non-McKesson sources the maximum amount of product allowed under Section 2.1, then McKesson and Rite Aid agree to enter into good-faith negotiations regarding possible temporary, incremental adjustments to Rite Aid's purchase commitments.

(c) **Reimbursement Rights Regarding MedImpact Cash Payment.**

  (i) Rite Aid will reimburse McKesson's reasonable and documented fees and expenses incurred in connection with any proceeding commenced by MedImpact against McKesson to remit any portion of the MedImpact Cash Payment, subject to McKesson complying with its obligation to cooperate in good faith with Rite Aid and the Affiliate Guarantors in connection with any proceeding by MedImpact (whether such proceeding is brought against Rite Aid and its Affiliate Guarantors, McKesson, or both) seeking entry of an order requiring McKesson to remit any portion of the MedImpact Cash Payment.

  (ii) If a court of competent jurisdiction, pursuant to a non-stayed order (such order, a "**Non-Stayed Remittance Order**") orders McKesson to remit any portion of the MedImpact Cash Payment to MedImpact, then McKesson shall be entitled to reimbursement for such remitted portion from Rite Aid and the Affiliate Guarantors. If the Reorganized Debtors do not reimburse McKesson within ten (10) business days of receiving McKesson's demand for such reimbursement, such failure shall constitute such failure shall constitute a default under Section 12.1(a) of this Agreement.

(d) **Suspension of Shipments after Payment Default.** If Rite Aid fails to make a payment timely, then, in addition to its other rights herein, including in Sections 3.7, 7.1(d), 7.7, 7.12, and 12, McKesson has the immediate right to suspend any shipment of Products to Rite Aid.

7.2     **Non-Business Days**. Notwithstanding anything to the contrary in this Section 7, if a payment is due pursuant to Section 7.1 on a day specified as a Saturday, then the payment shall instead be due on the preceding Business Day. If a payment is due pursuant to Section 7.1 on a day specified as a Sunday or Holiday, then the payment shall instead be due on the following Business Day.

7.3     **Offsets.**

(a) Rite Aid agrees to render payment in full to McKesson's designated bank on the applicable due date as specified in this Agreement without making any deductions, offsets short payments or other accounts payable adjustments to such payment obligation; provided that Rite Aid may, to the extent specifically set forth below in this Section 7.3, defer payment of the specified portion of a McKesson EDI Invoice (short

HIGHLY CONFIDENTIAL                                                    MCK_0000035

pay). All other setoffs, adjustments, recoupments, short payments and excuses for delay by Rite Aid are waived by Rite Aid as a ground for delaying payment.

(b) With respect to Products shipped directly to Pharmacies:

    (i) If McKesson has failed to provide Rite Aid with credit for: (i) any returns within fifteen (15) days of McKesson's receipt of written notice that the returned Products are ready to be picked up from Rite Aid or (ii) any Order Credits within fifteen (15) days of McKesson's receipt of written notice of such Order Credit, (shortage order credits will only be granted if the credit request is called into McKesson customer care within three (3) Business Days of its receipt at the Pharmacy and is verified by McKesson), then Rite Aid may defer payment of an amount equal to such credits until the earlier of McKesson's issuance of a credit memorandum to Rite Aid in such amount or McKesson's written notice that it has determined that no credit or a lower credit was required in accordance with the terms of this Agreement. If Rite Aid in good faith disputes such determination, Rite Aid may, upon written notice to McKesson, continue to defer payment of such amount until resolution of such dispute, provided that the deferred amount will be subject to the late payment fees described in Section 7.6 from and after the date of such written notice to the extent it is subsequently determined that such credit was not issuable to Rite Aid.

(c) With respect to Products delivered directly to Pharmacies:

    (i) In the case of an EDI Invoice from McKesson which fails to reflect any credit applicable to such EDI Invoice or in the case of a discrepancy between the price for the Product as set forth in this Agreement and the price for such Product listed in the EDI Invoice, Rite Aid shall give written notice thereof to McKesson within three (3) days after receipt of such invoice with supporting documentation, and Rite Aid may deduct the amount of such credit or discrepancy from its payment on such EDI Invoice.

    (ii) If Rite Aid has notified McKesson that it is returning any Product directly to the manufacturer or through McKesson and provided McKesson with reasonably detailed documentation of returns pursuant to Section 8.

    (iii) Amounts short paid, deducted, setoff, or otherwise deferred under this Section 7.3 will be subject to the late payment fees described in Section 7.6 from and after the date of such written notice, to the extent it is subsequently determined that Rite Aid did not have the right to short pay, deduct, setoff, or otherwise defer any such amount. To the extent that Rite Aid did have such right to short pay, deduct, set off, or otherwise defer any amount, said amount will not be subject to the late payment fees described in Section 7.6.

7.4 **Price Corrections**. If McKesson provides Rite Aid with written notice and documentation supporting such claim within one hundred and eighty (180) days following the Invoice Date, McKesson may correct the amount of any pricing error by McKesson for Products purchased under the terms of this Agreement by issuing a separate (non-EDI) invoice or credit memo.

Page **14** of **120**

7.5     **Payment Method**. Payments by Rite Aid for all purchases under this Agreement shall be via electronic funds transfer of immediately available funds or such other means of providing McKesson with immediately available funds as may be reasonably acceptable to McKesson.

7.6     **Late Payments**. Any payments or credits by either Party made after the due date set forth in this Agreement (including amounts wrongly withheld by either Party) shall be charged a one percent (1%) per month fee (or the maximum amount permissible under Applicable Laws, if lower). An amount shall be deemed to be wrongly withheld if the dispute to which the withholding relates is resolved against the withholding Party.

7.7     **Assurances of Performance**. McKesson reserves all of its rights and remedies against Rite Aid and its Assignment Affiliates as a seller of goods under the Delaware Commercial Code or any similar Applicable Laws; provided, that in the event of any conflict between the Delaware Commercial Code or similar Applicable Laws and the express terms or provisions of this Agreement, this Agreement shall control. Without limiting the generality of and subject to the foregoing, the Parties agree that any monetary defaults under this Agreement shall, among other things and without limitation, constitute reasonable grounds for McKesson to (a) deem itself insecure under section 2-609 of the Delaware Commercial Code, (b) demand adequate assurances of future performance under such section 2-609; and (c) exercise any remedies available to McKesson under such section 2-609. The rights and remedies set forth in this Section 7.7 are in addition to and not in lieu of those set forth elsewhere in this Agreement, including in Sections 3.7, 7.1, 7.12, and 12. For the avoidance of doubt, nothing in this Section 7.7 may be interpreted as a limitation on the right of McKesson to (a) deem itself insecure under section 2-609 of the Delaware Commercial Code, (b) demand adequate assurances of future performance under such section 2-609, and (c) exercise any remedies available to McKesson under such section 2-609 on other grounds.

7.8     **Periodic Accounting**. Every three (3) months after the Effective Date of this Agreement, each Party shall submit to the other a reasonably detailed written summary of all late payments owed to it within the meaning of Section 7.6. A Party shall forgo its right to receive late payment penalties if it fails to submit a claim with respect to the late payment giving rise to such penalties by the next quarterly accounting period following discovery of such claim. Notwithstanding anything to the contrary in Section 7.6, no late payment penalties shall accrue until the obligor of the payment or credit has received written notice that it is due and owing. McKesson will provide Rite Aid with a complete monthly statement of all open past due activity and in-process returns by category, which is also referred to as the "Grand Summary" on a monthly basis as of the dates designated by Rite Aid. McKesson will also provide Rite Aid with a reasonable number of proof of delivery requests (not to exceed one hundred (100) per month) selected by Rite Aid each month. With regard to any items in dispute, the Parties shall cooperate with each other in good faith to resolve all such disagreements and discrepancies.

7.9     **Payment for Purchases**. Rite Aid (including any entity or entities that succeed to or acquire substantially all of its assets) shall be responsible for payment for all purchases hereunder by Rite Aid and shall unconditionally guarantee the prompt payment of all purchases by its Affiliates, including its Assignment Affiliates.

7.10    **New Store Allowance**. For any new Pharmacy, McKesson will provide Rite Aid a credit of two hundred and fifty-three dollars ($253) on such new Pharmacy's opening order; provided that, for purposes of this Section 7.10, the new Pharmacies shall not include (a) any existing Pharmacy that changes its address; or (b) any store or pharmacy acquired through acquisition, merger, partnership or other combination that is already serviced by McKesson.

Page **15** of **120**

7.11    **Financial Information**. So long as this Agreement shall be in effect, Rite Aid shall provide the following financial statements, reports, notices or certificates to McKesson:

(a) as soon as available and in any event within 105 days (or such earlier date that is the earlier of (x) 10 days after the then-current filing deadline for Rite Aid's annual report on Form 10-K and (y) the date such reporting is delivered to any other holder of Rite Aid's Material Indebtedness) after the end of each fiscal year of Rite Aid, its audited consolidated balance sheet and related statements of income and cash flows as of the end of and for such year, setting forth in each case in comparative form the figures for the previous fiscal year, all reported on by Deloitte & Touche LLP or another registered independent public accounting firm of recognized national standing (without a "going concern" or like qualification or exception and without any material qualification or exception as to the scope of such audit) to the effect that such consolidated financial statements present fairly in all material respects the financial position, results of operations and cash flows of Rite Aid and its subsidiaries on a consolidated basis in accordance with GAAP;

(b) as soon as available and in any event within 20 days (or such earlier date that is the earlier of (x) five days after the then-current filing deadline for Rite Aid's quarterly report on Form 10-Q and (y) the date such reporting is delivered to any other holder of Rite Aid's Material Indebtedness) after the end of each of the first three fiscal quarters of each fiscal year of Rite Aid, its consolidated balance sheet as of the end of such fiscal quarter and related statements of income for such fiscal quarter and of income and cash flows for the then elapsed portion of such fiscal year, setting forth in each case in comparative form the figures for the corresponding period or periods of (or, in the case of the balance sheet, as of the end of) the previous fiscal year;

(c) concurrently with any delivery of financial statements under clause (a) or (b) above, a financial officer certificate (i) certifying as to whether a default has occurred with respect to any Material Indebtedness and, if such a default has occurred, specifying the details thereof and any action taken or proposed to be taken with respect thereto, (ii) stating whether any change in GAAP or in the application thereof has occurred since the date of Rite Aid's audited financial statements and, if any such change has occurred, specifying the effect of such change on the financial statements accompanying such certificate, (iii) identifying any subsidiary formed or acquired since the end of the fiscal quarter immediately preceding the most recent fiscal quarter covered by such financial statements, (iv) identifying any change in the name, form of organization or jurisdiction of organization, including as a result of any merger transaction, of Rite Aid or any of its subsidiaries, including any of their securitization entities and any of their respective joint ventures, since the end of the fiscal quarter immediately preceding the most recent fiscal quarter covered by such financial statements, (v) setting forth the aggregate principal amount of optional debt repurchases made by Rite Aid during the most recent fiscal quarter covered by such financial statements, identifying the indebtedness repurchased, redeemed, retired or defeased, (vi) setting forth the amount and type of Material Indebtedness issued or incurred and securitizations (or increases in the amounts thereof) or factoring transactions consummated during the most recent fiscal quarter covered by such financial statements, (vii) setting forth the aggregate sale price of eligible script lists sold since the most recent date on which the eligible script list value was provided to the senior lenders in the event aggregate sale price for all eligible script lists sold since such date of determination exceeds 5% of the most recently determined the eligible

Page **16** of **120**

script list value, and (viii) certifying as to Rite Aid's Adjusted EBITDA calculation for the fiscal quarter and last twelve months most recently ended, along with reasonably detail supporting calculations in respect thereof as further detailed in Exhibit P and, to the extent a change in GAAP would affect the calculation of Adjusted EBITDA, a written reconciliation in form and substance reasonably satisfactory to McKesson detailing the difference in the calculation of Adjusted EBITDA made before and after giving effect to such change and a comparison between the current period and immediately prior periods;

(d) notice not less than five (5) business days prior to any proposed amendment to the documents governing any Material Indebtedness, together with a draft of such amendment and any documentation ancillary thereto as well as, promptly after consummation thereof, the final version of any such document (if entered into);

(e) within three (3) Business Days after the end of each fiscal month of Rite Aid, a certificate of a financial officer setting forth in reasonable detail a description of each disposition of assets not in the ordinary course of business for which the book value or fair market value of the assets of Rite Aid or the subsidiaries disposed or the consideration received therefor was greater than $10,000,000;

(f) at the earlier of (i) 20 days after the end of each calendar month and (ii) concurrently with its delivery to its senior lenders pursuant to its senior debt documents or any other holders of Material Indebtedness, (1) any and all borrowing base certificates, availability calculations under senior debt documents, collateral valuation reports or other reports and quarterly financial officer compliance certificates, if any, delivered to such lenders or debtholders, (2) copies of any notices of defaults or events of default and other material events (including, without limitation, notices of the filing or commencement of any action, suit or proceeding by or before any arbitrator or governmental authority against or affecting Rite Aid or any of its subsidiaries thereof that could reasonably be expected to result in a material adverse effect, the occurrence of any ERISA event or casualty event, the creation or imposition of any liens) or any other any other development that results in, or could reasonably be expected to result in, a material adverse effect, with each such notice described in (2) accompanied by a statement of a responsible officer or other executive officer of the Rite Aid setting forth the details of the event or development requiring such notice and any action taken or proposed to be taken with respect thereto, (3) its consolidated balance sheet as of the end of such calendar month and related statements of income for such calendar month and of income and cash flows for the then elapsed portion of such fiscal year;

(g) no later than 60 days following the end of each fiscal year of Rite Aid (or, in the reasonable discretion of McKesson, no later than 30 days after the end of such 60-day period), forecasts for Rite Aid and its subsidiaries of (i) quarterly consolidated balance sheet data and related consolidated statements of income and cash flows for each quarter in the next succeeding fiscal year, (ii) consolidated balance sheet data and related consolidated statements of income and cash flows for each of the five fiscal years immediately following such fiscal year (or, if shorter, each fiscal year following such fiscal year through the end of the Term) and (iii) month-end availability under the secured debt facilities of Rite Aid and its subsidiaries for each of the 12 months in the next succeeding fiscal year;

Page **17** of **120**

(h) not later than 30 days prior to the commencement of each fiscal year, a certificate of a financial officer of Rite Aid setting forth the end dates of each of the fiscal quarters in such fiscal year;

(i) promptly after the same become publicly available, copies of all periodic and other reports, proxy statements and other materials filed by Rite Aid or any of its subsidiaries with the SEC, or with any national securities exchange, or distributed by Rite Aid to its shareholders generally, as the case may be;

(j) prompt written notice of any change (and in no case later than the day after such change) (i) in the corporate name of Rite Aid or any subsidiary of Rite Aid, (ii) in the location of Rite Aid or any subsidiary of Rite Aid's jurisdiction of incorporation or organization, or (iii) in Rite Aid or any of its subsidiaries' form of organization; provided that Rite Aid agrees not to effect or permit any change referred to in the preceding sentence unless all filings have been made (or arrangements have been approved by the McKesson for such filings to be made) under the Uniform Commercial Code or otherwise that are required in order for the McKesson to continue at all times following such change to have a valid, legal and perfected security interest in all the collateral described in the Security Agreement;

(k) promptly following any request therefor, such other information regarding the operations, properties, business or financial condition, or identity of Rite Aid or its subsidiaries, or compliance with the terms of any Material Indebtedness as McKesson may from time to time reasonably request, including a telephonic briefing with the Chief Financial Officer of Rite Aid; provided that neither Rite Aid nor any of its subsidiaries shall be required to deliver any information or other documentation pursuant to this Section 7.11(k) that (i) constitutes trade secrets or proprietary information, (ii) in respect of which disclosure to McKesson (or its representatives or contractors) is prohibited by applicable law, court order or regulation or any contractual obligation or (iii) is subject to attorney-client or similar privilege or constitutes attorney work product; provided, however, that, in the event that Rite Aid or any of its subsidiaries not provide any document or information in reliance on the foregoing clauses (ii) or (iii), such party shall provide notice to McKesson that such documents or information is being withheld and such party shall use commercially reasonable efforts to communicate the applicable documents or information in a way that would not violate the applicable obligation or risk waiver of such privilege; and

(l) not later than thirty (30) days before the relevant dispositions, notice of any dispositions triggering the parties' respective rights and obligations (A) under Section 7.1(b)(iii) or (B) with respect to any Adjustment Trigger (as defined in Exhibit P).

7.12 **Change in Payment Terms**.

(a) McKesson reserves the right to change a payment term in any material respect (including imposing the requirement of pre-payment, same day or next day electronic payment) or limit total credit (i) immediately upon an occurrence of a payment default under section 12.1(a), (ii) following two (2) days written notice, if McKesson concludes there has been a material adverse change in Rite Aid's financial condition, or (iii) following seven (7) days written notice, if Rite Aid ceases to meet McKesson's credit requirements, with such 7-day notice period to apply only to the extent Rite Aid is and remains fully compliant with the terms of this Agreement, including timely

Page **18** of **120**

making all payments hereunder; provided, however, that such 7-day notice period shall not alter any rights of McKesson under this Agreement, including without limitation McKesson's right to change payment terms or terminate the Agreement pursuant to any other applicable provision, in which case the notice requirement (if any) for such other provision would apply. McKesson hereby acknowledges that: (x) Rite Aid meets McKesson's credit requirements on the date of execution of this Agreement, based upon Rite Aid's financial projections and liquidity projections, as provided to McKesson, Rite Aid's exit financing facilities and related limitations on indebtedness, and other factors considered by McKesson; and (y) McKesson will not change its credit requirements during the term of the Agreement.

(b) Upon Rite Aid's written request, a member of McKesson's credit department will be available to meet with Rite Aid's chief financial officer by phone during normal business hours to discuss the circumstances giving rise to McKesson's determination in accordance with Section 7.12(a). If within five (5) days following such request, (i) the parties are unable to agree on modified payment, credit terms or other adequate assurances of performance, or (ii) McKesson does not agree to remove any conditions or requirements imposed by it in accordance with Section 7.12(a), Rite Aid shall have the right for a period of sixty (60) days thereafter to terminate this Agreement upon thirty (30) days written notice.

(c) If Rite Aid determines in good faith that due to an improvement in its financial condition its creditworthiness has increased to a level that is at least as sound as it was prior to the material adverse change which gave rise to the modification of payment or credit terms by McKesson, Rite Aid may request in writing (not more than once every ninety (90) days) that McKesson conduct a credit analysis. If within ten (10) days following such request, (i) the parties are unable to agree on more favorable payment or credit terms, or (ii) McKesson does not agree to remove any conditions or requirements imposed in accordance with Section 7.12(a), Rite Aid shall have the right for a period of sixty (60) days thereafter to terminate this Agreement upon thirty (30) days' written notice.

7.13    **Additional Payments to McKesson**. Rite Aid additionally shall make or cause to be made all payments to McKesson on account of the Existing McKesson Debt in accordance with and subject to the terms of Exhibit P. McKesson shall have no obligation to invoice Rite Aid for amounts due and payable on account of the Existing McKesson Debt.

7.14    **Grant of Second Lien Security Interest**. As collateral security for the payment and performance in full of all the obligations under this Agreement, other than the Existing McKesson Debt, Rite Aid and its subsidiaries shall, on or before the Effective Date, pursuant to a duly-executed Security Agreement in substantially the form attached hereto as **Exhibit Q** (as the same may be amended, amended and restated, restated, supplemented or otherwise modified from time to time, the "**Security Agreement**"), pledge and grant to McKesson a lien on and security interest in the property and assets and with the priority set forth in the Security Agreement. Rite Aid on its own behalf and on behalf of its subsidiaries hereby irrevocably authorizes McKesson at any time and from time to time to file in any relevant jurisdiction any financing statements (including fixture filings) and amendments thereto that contain the information required by Article 9 of the Uniform

Page **19** of **120**

Commercial Code of each applicable jurisdiction for the filing of any financing statement or amendment relating to the pledged collateral described in the Security Agreement.

7.15 **Other Supply Documents**. In addition to entering into this Agreement and the Security Agreement, Rite Aid and its subsidiaries, as applicable, shall, on or before the Effective Date, enter into a duly-executed (i) ABL Intercreditor Agreement, (ii) 3L Notes Intercreditor Agreement, (iii) Notice and Consent Agreement in substantially the form attached hereto as **Exhibit M** (the "**Initial Affiliate Notice**"), (iv) Subsidiary Guarantee Agreement in substantially the form attached hereto as **Exhibit R** (as the same may be amended, amended and restated, restated, supplemented or otherwise modified from time to time, the "**Subsidiary Guarantee Agreement**"), pursuant to which the initial Affiliate Guarantors agree to guarantee certain obligations of Rite Aid and the other Affiliate Guarantors under this Agreement and the other Supply Documents; and (v) Indemnity, Subrogation and Contribution Agreement in substantially the form attached hereto as **Exhibit S** (as the same may be amended, amended and restated, restated, supplemented or otherwise modified from time to time, the "**Contribution Agreement**," and together with this Agreement, the Intercreditor Agreements, the Security Agreement, the Subsidiary Guarantee Agreement, the Contribution Agreement, and any Affiliate Notice, the "**Supply Documents**"). On and after the Effective Date, Rite Aid and the Affiliate Guarantors shall deliver to McKesson all notices required by this Agreement and the other Supply Documents and comply in all material respects with the obligations contained in the Supply Documents. Any Rite Aid Affiliate that becomes a party to any documentation for any ABL Indebtedness, 1.5L Notes Indebtedness or 3L Notes Indebtedness, and any Rite Aid subsidiary formed or acquired from time to time, shall be required to concurrently become (if not already) a party to all Supply Documents other than the Initial Affiliate Notice and any Affiliate Notice, and any Affiliate, other than the subsidiaries party to the Initial Affiliate Notice, to which Rite Aid is assigning its right to place Orders (whether or not such Affiliate is a party to any documentation for any ABL Indebtedness, 1.5L Notes Indebtedness or 3L Notes Indebtedness) shall also be required to become party to an Affiliate Notice pursuant Section 18.1.

# 8. RETURNS

8.1 **Saleable and Unsaleable Returns**.

(a) **Regular DSD Returns**.

 (i) Products purchased by Rite Aid from McKesson prior to or pursuant to this Agreement shall be subject to the terms and conditions of the Returned Goods Policy set forth in **Exhibit G**.

 (ii) Notwithstanding Section 8.1(a)(i), Unsaleable Products purchased by Rite Aid prior to or pursuant to this Agreement that Rite Aid chooses to process through a third party processor will be processed in accordance with and subject to the terms of **Exhibit H-1**.

8.2 **Recalled Product Returns**. Notwithstanding anything herein to the contrary, in the event that Rite Aid discovers that any adulterated (including drugs determined to be improperly stored or handled), misbranded or counterfeit drugs are in its inventory or were dispensed to its customers ("**Recalled Product**"), then the Parties will work together in a timely fashion to determine the source of such Recalled Product. If the Parties determine that McKesson is the source of the Recalled Product, then McKesson shall promptly issue an appropriate recall response for such Recalled Product, which may include, if appropriate, accepting returns of such Recalled Product

Page **20** of **120**

Entity) is subject to contractual commitments in effect as of the closing date of such Change of Control that (a) conflict with the obligations set forth in Section 2.1(a) of this Agreement and (b) cannot be terminated without cost ("**Conflicting Obligations**").

17.2    **Assignment**. This Agreement will be binding upon and inure to the benefit of the Parties and their permitted successors and assigns. Neither Party may assign, transfer, delegate or otherwise dispose of, whether voluntarily or involuntarily, by operation of law, through a Change of Control event or otherwise, this Agreement or any of its rights or obligations under this Agreement without the prior written consent of the other Party. Notwithstanding the immediately previous sentence, if Rite Aid undergoes a Change of Control event, Rite Aid may, with prior written notice to McKesson (but not requiring McKesson's consent), assign this Agreement, in whole but not in part, together with all of its rights and obligations hereunder to the ultimate parent corporation of the entity acquiring Rite Aid through the Change of Control event, but only if (a) such entity acquiring Rite Aid through the Change of Control is a corporation or other entity organized and existing under the laws of the United States of America or any state thereof and (b) the ultimate parent corporation of the entity acquiring Rite Aid through the Change of Control event (i.e., the entity to which this Agreement may be assigned) agrees in writing to be (i) bound by and comply with the terms and conditions of this Agreement and (ii) jointly and severally liable for any breach of the terms or conditions by any of its Affiliates or other Representatives. Any purported assignment in contravention of the foregoing will be null and void.

## 18.  RITE AID AFFILIATES

18.1    Rite Aid may assign its right to place Orders under Section 4.1 to one or more of its Affiliates listed on Schedule A to **Exhibit M** (provided that any such Affiliate first executes the Initial Affiliate Notice as required under Section 7.15), as may be updated by Rite Aid from time to time by submitting to McKesson an Affiliate Notice (each Affiliate party to the Initial Affiliate Notice or any Affiliate Notice, an "**Assignment Affiliate**"). Each Assignment Affiliate will be independently responsible (in addition to Rite Aid) for paying McKesson for all Orders placed under this Agreement (irrespective of whether such Orders are delivered to, or directly benefit, another entity). Before any Rite Aid Affiliate not party to the Initial Assignment Notice and listed on Schedule A to **Exhibit M** has the right to place an Order for Products as an Assignment Affiliate, it must first execute a notice and consent agreement in substantially the form attached hereto as **Exhibit D** (the "**Affiliate Notice**"). Without limiting the generality of the foregoing, by submitting an Order, the Rite Aid Affiliate submitting such Order is deemed to consent to, and is obligated to comply with, the applicable terms and conditions of this Agreement and further acknowledges: (i) notice and acceptance of the terms and conditions of this Agreement, including Section 18.2; (ii) that it is the buyer of such Products as that term is defined in section 2-103 of the Delaware Commercial Code; (iii) that it promises to pay McKesson for all Orders placed by it pursuant to the applicable payment terms set forth in this Agreement; and (iv) that it is buying such Products from McKesson in the ordinary course of its business. Neither Rite Aid nor an Assignment Affiliate may place an Order for Products on behalf of a Rite Aid Affiliate that has not complied with this Section 18. From time to time, upon written request of McKesson, Rite Aid must provide within five (5) Business Days an updated list of all Rite Aid Affiliates that are placing Orders for Products or receiving Products under this Agreement and McKesson has no obligation to accept Orders for Products or deliver Products to any Rite Aid Affiliate that has not executed and delivered the Initial Affiliate Notice or an Affiliate Notice.

18.2    McKesson reserves all rights and remedies under Applicable Laws against Rite Aid and its Affiliates; provided, however, in the event of any conflict between the Delaware Commercial Code or other Applicable Laws and the express terms or provisions of this Agreement, this Agreement

HIGHLY CONFIDENTIAL                                                                    MCK_0000055

controls. For the removal of doubt, Rite Aid and each Rite Aid Affiliate each jointly and severally grants to McKesson the rights and remedies provided to a seller under the Delaware Commercial Code, including Section 2-702 thereof, and under the Bankruptcy Code, including Sections 503(b)(9) and 546(c) thereof. Such rights under the Bankruptcy Code may be asserted jointly and severally against Rite Aid and all Rite Aid Affiliates. In the event of any conflict between the Delaware Commercial Code or other Applicable Laws and the express terms or provisions of this Agreement, this Agreement controls.

18.3  Each Assignment Affiliate hereby appoints Rite Aid as its agent under this Agreement, and in such capacity Rite Aid shall serve as the agent for all purposes of administration of this Agreement and communications with McKesson pertaining to this Agreement. McKesson shall be entitled to rely exclusively upon any communications it receives with respect to this Agreement from Rite Aid as binding with respect to Rite Aid and each Rite Aid Affiliate.

18.4  Rite Aid and each Rite Aid Affiliate agree that their respective obligations under this Agreement will be joint and several. To the fullest extent permitted by law, Rite Aid and each Rite Aid Affiliate, each waives any and all suretyship defenses, which such entity might otherwise have with regard to their obligations to pay for Products purchased by such entity under this Agreement. Without limiting the foregoing, such waiver includes waiver of the defense that the original obligations were altered in any respect or the remedies or rights of McKesson with respect to the original obligations were in any way impaired or suspended.

## 19. EXTERNAL EVENT

19.1  For purposes of this Section 19.1, a "**McKesson External Event**" shall mean an event or series of events external to and beyond the control of McKesson or its Affiliates, and affecting pharmaceutical wholesalers generally, that has or is likely to have a significant adverse impact on McKesson's business or operations. A McKesson External Event shall be limited to actual changes in governmental law, the actual enactment or promulgation of a regulation or administrative action, or a fundamental change in manufacturers' pricing or distribution policies. Changes that are proposed (including those that are likely) and not yet effective do not qualify as a McKesson External Event. In response to a McKesson External Event, McKesson may, at its option, request in writing that the pricing or other terms of this Agreement be renegotiated so as to equitably reflect the effect of the McKesson External Event (each, a "**McKesson External Event Request**"). The McKesson External Event Request shall identify the McKesson External Event and set forth the general nature and scope of the adjustment requested, all of which shall be set forth in reasonable detail. Rite Aid shall have the right, by written notice given within five (5) Business Days following receipt of the McKesson External Event Request, to require an audit pursuant to Section 15 to verify that the McKesson External Event has resulted in a significant adverse impact. Rite Aid shall use its most diligent efforts to complete such audit within thirty (30) days following Rite Aid's written notice requesting such audit. As soon as practicable after receipt of such request by Rite Aid and completion of such audit, if any, the Parties shall meet and begin good faith negotiations. If, at the end of ninety (90) days following the completion of the audit, the Parties have been unable to agree upon satisfactory pricing or other terms, either Party shall have the right to terminate this Agreement, effective one-hundred and eighty (180) days following written notice of termination. Any new pricing or other terms due to a McKesson External Event shall only be effective following an amendment to this Agreement and not retroactively, it being agreed that the pricing and other terms set forth in this Agreement (as amended by mutual agreement) shall remain in effect until this Agreement is terminated or renegotiated, as the case may be.

Page **34** of **120**

HIGHLY CONFIDENTIAL

IN WITNESS WHEREOF the Parties have caused this Agreement to be duly executed as of the date and year written below and the persons signing warrant that they are duly authorized to sign for and on behalf of the respective Parties. This Agreement shall be deemed accepted by McKesson only upon execution by a duly authorized representative of McKesson.

| **RITE AID CORPORATION** | **McKESSON CORPORATION** |
|---|---|
| By: | By: |
| Name: Matthew Schroeder | Name: |
| (Print or Type) | (Print or Type) |
| Title: Chief Financial Officer | Title: |
| Date: August 30, 2024 | Date: |

MCK_0000063

Docusign Envelope ID: 7AB1D397-EAD0-453D-890D-907C240BF93B

IN WITNESS WHEREOF the Parties have caused this Agreement to be duly executed as of the date and year written below and the persons signing warrant that they are duly authorized to sign for and on behalf of the respective Parties. This Agreement shall be deemed accepted by McKesson only upon execution by a duly authorized representative of McKesson.

| RITE AID CORPORATION | McKESSON CORPORATION |
|---|---|
| | By: _Britt Vitalone_ |
| _____ | Name: _____ Britt Vitalone |
| (Print or Type) | (Print or Type) |
| | Executive Vice President |
| _____ | Title: _____ Chief Financial Officer |
| _____ | Date: _____ August 30, 2024 |

MCK_0000064

## Schedule A

### Affiliates

JCG (PJC) USA, LLC
THE JEAN COUTU GROUP (PJC) USA, INC.
JCG Holdings (USA), Inc.
Eckerd Corporation
Genovese Drug Stores, Inc.
Thrift Drug, Inc.
EDC Drug Stores, Inc.
Maxi Drug, Inc.
Maxi Green Inc.
Maxi Drug North, Inc.
Maxi Drug South, L.P.
P.J.C. Realty Co., Inc.
PJC of Massachusetts, Inc.
PJC Lease Holdings, Inc.
PJC of Rhode Island, Inc.
PJC of Vermont Inc.
P.J.C. Distribution, Inc.
PJC Realty MA, Inc.
PJC Manchester Realty LLC
PJC Peterborough Realty LLC
PJC Revere Realty LLC
PJC Special Realty Holdings, Inc.
Thrifty PayLess, Inc.
The Bartell Drug Company
Thrifty Corporation
Thrifty Ice Cream, LLC
Name Rite, L.L.C.
LMW - 90B AVENUE LAKE OSWEGO, INC.
ILG - 90 B Avenue Lake Oswego, LLC
RITE AID LEASE MANAGEMENT COMPANY
RITE AID REALTY CORP.
Rite Aid of Michigan, Inc.
1740 Associates, L.L.C.
Perry Drug Stores, Inc.
Richfield Road-Flint, Michigan, LLC
Apex Drug Stores, Inc.
PDS-1 Michigan, Inc.
RDS Detroit, Inc.
Rite Aid of Pennsylvania, LLC
Rite Aid Specialty Pharmacy, LLC
RediClinic LLC
RITE AID OF NEW YORK, INC.
RITE AID ROME DISTRIBUTION CENTER, INC.

Rite Aid of Ohio, Inc.
Munson & Andrews, LLC
Gettysburg and Hoover - Dayton, Ohio, LLC
RITE AID OF MARYLAND, INC.
Read's, Inc.
K & B, INCORPORATED
K & B SERVICES, INCORPORATED
K&B TEXAS CORPORATION
K & B TENNESSEE CORPORATION
K & B Mississippi Corporation
K & B Louisiana Corporation
K & B ALABAMA CORPORATION
Rite Aid of New Jersey, Inc.
The Lane Drug Company
Rite Aid of Virginia, Inc.
RITE AID OF NEW HAMPSHIRE, INC.
Rite Aid of Delaware, Inc.
Rite Aid of Connecticut, Inc.
RITE AID DRUG PALACE, INC.
Rite Aid Online Store, Inc.
Harco, Inc.
RITE AID OF INDIANA, INC.
RITE AID OF GEORGIA, INC.
Rite Aid Hdqtrs. Funding, Inc.
RITE AID OF KENTUCKY, INC.
Rite Aid of Maine, Inc.
Rite Aid of North Carolina, Inc.
RITE AID OF SOUTH CAROLINA, INC.
RITE AID OF VERMONT, INC.
Rite Aid of Washington, D.C., Inc.
Rite Aid of West Virginia, Inc.
Rite Aid Transport, Inc.
Rx Choice, Inc.
RITE AID OF TENNESSEE, INC.
4042 Warrensville Center Road - Warrensville Ohio, Inc.
5277 ASSOCIATES, INC.
5600 Superior Properties, Inc.
Broadview and Wallings-Broadview Heights Ohio, Inc.
Drug Palace, Inc.
GDF, INC.
Grand River & Fenkell, LLC
LAKEHURST AND BROADWAY CORPORATION
Rite Aid Payroll Management, Inc.
Rx USA, Inc.
RediClinic of DC, LLC
RediClinic of Dallas-Fort Worth, LLC
RCMH LLC

HIGHLY CONFIDENTIAL

RediClinic of MD, LLC
RediClinic of PA, LLC
RediClinic of VA, LLC
RediClinic US, LLC
RediClinic of DE, LLC
Rite Investments Corp.
Rite Investments Corp., LLC
RediClinic Associates, Inc.

HIGHLY CONFIDENTIAL

# McKesson

# EXHIBIT 7

(Liebman Deposition Ex. 6)

EXHIBIT

6

April 23, 2025

***VIA FAX, ELECTRONIC MAIL AND CERTIFIED MAIL***

**TO:**    Rite Aid Corporation                     Rite Aid Corporation
       1200 Intrepid Avenue, 2nd Floor      1200 Intrepid Avenue, 2nd Floor
       Philadelphia, PA 19112               Philadelphia, PA 19112
       Attn: GVP, Enterprise Pharmaceutical Attn: SVP, Chief Accounting Officer
       Purchasing                           Email: sbixler@riteaid.com
       Email: omcmahon@riteaid.com

**CC:**    Rite Aid Corporation
       200 Newberry Commons
       Etters, PA 17319
       Attn: Christin Bassett, Acting General
       Counsel and Corporate Secretary
       Email: christin.bassett@riteaid.com
       Website Address: www.riteid.com

**RE:**    McKesson Corporation Supply Agreement – Notice of Change in Payment Terms
       and Credit Availability under Section 7.12(a)

Dear Owen:

      Pursuant to Sections 7.12 and 16 of that certain supply agreement between McKesson
Corporation ("McKesson") and Rite Aid Corporation ("Rite Aid") entered into as of August 30,
2024 (the "Supply Agreement"), McKesson hereby gives notice (this "Notice") of certain changes
in payment terms and credit availability under the Supply Agreement as set forth herein. All
undefined capitalized terms used in this Notice shall have the meaning assigned to them in the
Supply Agreement.

      Pursuant to the clear terms of Section 7.12(a) of the Supply Agreement, McKesson has the
right to change payment terms and limit total credit following seven (7) days' written notice if Rite
Aid fails to maintain compliance with McKesson's credit requirements.

      The financial reporting and other information furnished to McKesson in recent months
pursuant to the Supply Agreement demonstrates that Rite Aid's financial performance fails to meet
McKesson's credit requirements. Among other things, the financial reporting provided to
McKesson demonstrates that Rite Aid's actual performance has fallen far short of the financial
projections (including with respect to projected EBITDA and liquidity) provided to McKesson at
the time of Rite Aid's emergence from bankruptcy. We further note that as of April 23, we have
only been provided with information through January. Based on such post-emergence financial
reporting and all other available information regarding Rite Aid's financial condition, McKesson
has determined that Rite Aid is not in compliance with McKesson's credit requirements.

Accordingly, McKesson hereby gives notice of the following changes to payment terms and credit availability under Section 7.1 of the Supply Agreement, which changes will take effect, automatically, without further action by any party, on May 1, 2025:

    a.  **Accounts Receivable Cap:** The aggregate gross amount owed to McKesson for deliveries of Products directly to Pharmacies may not in any event exceed 175 Million Dollars ($175,000,000.00).

    b.  **Payment Terms:** EDI Invoices for deliveries of Products directly to Pharmacies shall be due and payable six (6) days after the Invoice Date.

The above new Accounts Receivable Cap and Payment Terms are required given Rite Aid's failure to meet McKesson's credit requirements as conclusively established by the information received to date. Please be advised, however, that McKesson continues to evaluate whether further changes are warranted in light of McKesson's ongoing analysis of existing (and/or any supplemental) information regarding the nature and extent of Rite Aid's noncompliance with McKesson's credit requirements and reserves the right to make any such changes as it deems necessary, including, without limitation, further downward adjustments to the Accounts Receivable Cap and Payment Terms and/or requiring cash on delivery. McKesson further notes that the seven (7) day notice period under Section 7.12(a) of the Supply Agreement does not excuse Rite Aid from otherwise remaining fully compliant with the terms of the Supply Agreement.

Please also be advised that McKesson further reserves all rights and remedies available to it under the Supply Agreement, as well as all rights and remedies available to McKesson under applicable law and equity. McKesson remains willing to consider additional financial information concerning Rite Aid's ability to satisfy McKesson's credit requirements, but the new Accounts Receivable Cap and Payment Terms set forth above shall remain in place unless agreed to in writing by McKesson.

**McKesson Corporation**

By: _____

Justin Bowers
Senior Vice President
General Manager
Financial Services and Solutions

RAD-MCK_00005917

# McKesson

# EXHIBIT 8

(Security Agreement)

(excerpted)

**Execution Version**

**NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY, THE LIEN AND SECURITY INTEREST GRANTED TO THE SECURED PARTY PURSUANT TO THIS AGREEMENT AND THE EXERCISE OF ANY RIGHT OR REMEDY BY THE SECURED PARTY HEREUNDER ARE SUBJECT TO THE PROVISIONS OF THE INTERCREDITOR AGREEMENT (AS DEFINED BELOW).  IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS OF THE INTERCREDITOR AGREEMENT AND THIS AGREEMENT, THE TERMS OF THE INTERCREDITOR AGREEMENT SHALL GOVERN AND CONTROL.**

**SECURITY AGREEMENT**

dated as of August 30, 2024,

by, among others,

**RITE AID CORPORATION**,

**THE SUBSIDIARIES OF RITE AID CORPORATION FROM TIME TO TIME PARTY HERETO,**

and

**MCKESSON CORPORATION**,
as Secured Party

## SECURITY AGREEMENT

**SECURITY AGREEMENT**, dated as of August 30, 2024, (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, this "Agreement"), entered into, by among others, **RITE AID CORPORATION**, a Delaware corporation (the "Company"), each of the Affiliates and Subsidiaries of the Company listed on Schedules I, II, III and IV hereto and each of the other Affiliates and Subsidiaries of the Company that becomes a party hereto pursuant to Section 24 hereof (including by a joinder) from time to time (collectively with the Company, the "Grantors", and each individually, a "Grantor"), and **MCKESSON CORPORATION**, a Delaware corporation ("McKesson" and together with its successors and assigns, the "Secured Party")

**WHEREAS**, as a condition precedent for McKesson continuing to supply products and services to certain of the Grantors, the Grantors have agreed to (A) enter into this Agreement and grant a lien on substantially all the assets of the Grantors to secure certain of the obligations of the Grantors under (i) that certain Supply Agreement, dated as the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time (including by the Supply Agreement Initial Joinder referred to below), the "Supply Agreement") with the Company and the Secured Party, (ii) that certain Notice and Consent Agreement, dated as of the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "Supply Agreement Initial Joinder"), pursuant to which the Grantors named therein agree to be bound by the terms of the Supply Agreement and guarantee the obligations of the Grantors thereunder and under the Supply Documents, (iii) that certain Subsidiary Guarantee Agreement, dated as of the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "Subsidiary Guarantee Agreement"), made by the Grantors in favor of the Secured Party, and (iv) that certain Indemnity, Subrogation and Contribution Agreement, dated as of the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "Contribution Agreement"), made by the Grantors in favor of the Secured Party and (B) have each of the Subsidiaries and Affiliates of the Company that desire to receive products and services from time to time from McKesson as well as any of the Subsidiaries and Affiliates that become parties to the Supply Agreement directly or pursuant to a notice and consent agreement or other joinder or that enter into any guarantee or security agreement in connection with other Material Indebtedness become parties to this Agreement and grant the Liens described herein;

**WHEREAS**, the Company and the other Grantors are affiliates of one another, will derive substantial direct and indirect benefits from the supply of products to certain of the Grantors and other arrangements pursuant to the Supply Agreement and the Supply Documents;

**NOW, THEREFORE**, in consideration of the premises set forth above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Grantors and the Secured Party hereby agree as follows:

SECTION 1.    ***Defined Terms***.

12229473v2

"Trademark License" means any written agreement to which any Grantor is a party, now or hereafter in effect, granting to any third party any right to use any trademark now or hereafter owned by any Grantor or that any Grantor otherwise has the right to license, or granting to any Grantor any right to use any trademark now or hereafter owned by any third party, and all rights of any Grantor under any such agreement.

"Trademarks" means all of the following now owned or hereafter acquired by any Grantor: (a) all trademarks, service marks, trade names, corporate names, company names, business names, fictitious business names, trade styles, trade dress, logos, other source or business identifiers, designs and general intangibles of like nature, now existing or hereafter adopted or acquired, all registrations and recordings thereof, and all registration and recording applications filed in connection therewith, including registrations and registration applications in the United States Patent and Trademark Office or any similar offices in any State of the United States or any other country or any political subdivision thereof, and all extensions or renewals thereof, (b) all goodwill associated therewith or symbolized thereby and (c) all other assets, rights and interests that uniquely reflect or embody such goodwill.

"UCC" means the Uniform Commercial Code as in effect from time to time in the State of New York; *provided* that, if by reason of mandatory provisions of law, perfection, or the effect of perfection or non-perfection, of a security interest in any Collateral or the availability of any remedy hereunder is governed by the Uniform Commercial Code as in effect in a jurisdiction other than New York, "UCC" means the Uniform Commercial Code as in effect from time to time in such other jurisdiction for purposes of the provisions hereof relating to such perfection or effect of perfection or non-perfection or availability of such remedy, as the case may be.

SECTION 1.02.  Rules of Construction.   The rules of construction specified in Article 22.12 of the Supply Agreement also apply to this Agreement, *mutatis mutandis*, as if fully set forth herein.

SECTION 1.03. Recitals Incorporated by Reference. The recitals to this Agreement are incorporated herein by reference and made part hereof.

SECTION 2.  ***Grant of Security Interest***.  As security for the payment and performance, as the case may be, in full of the Secured Obligations, each Grantor hereby assigns and pledges to the Secured Party, and hereby grants to the Secured Party, a security interest in all right, title or interest now owned or at any time hereafter acquired by such Grantor or arising, or in which such Grantor now has or at any time in the future may acquire any right, title or interest in, to and under all of the following, wherever located (collectively, the "Collateral"):

(a)      all Accounts Receivable and Chattel Paper (including all Tangible Chattel Paper and all Electronic Chattel Paper);

(b)      each Deposit Account and the funds on deposit therein;

(c)      all Pledged Interests, including all Pledged Interests set forth on Schedule 1;

(d)      all Investment Property;

10

(e)      all money, cash, and cash equivalents and all Deposit Accounts, Securities Accounts and Commodities Accounts (and all money, cash and cash equivalents, checks, other negotiable instruments, funds, evidences of payment, Commodities Contracts, Security Entitlements, Securities and other assets (including Financial Assets) contained in, or credited to, such Accounts);

(f)      all Contracts;

(g)      all Documents (including, if applicable, electronic documents);

(h)      all Instruments (including Promissory Notes);

(i)      all Intellectual Property, and all embodiments or fixations thereof and related documentation;

(j)      all Goods, including Equipment, Inventory and Fixtures;

(k)      all Prescription Files;

(l)      all Letters of Credit and Letter-of-Credit Rights (whether or not the Letter of Credit is evidenced by a writing);

(m)      all Commercial Tort Claims, including, without limitation, those described on Schedule 1 (as it may be amended or supplemented from time to time);

(n)      all General Intangibles (including, without limitation, all General Intangibles relating to or arising from, evidencing or governing any of the items referred to in the preceding clauses (a) through (m) constituting Collateral and all Payment Intangibles);

(o)      all books and records pertaining to any and all of the foregoing; and

(p)      to the extent not otherwise included above, (x) all other property of such Grantor, whether tangible or intangible and (y) all Proceeds, Supporting Obligations and products of each of the foregoing and all accessions to, substitutions and replacements for, and rents, profits and products of, each of the foregoing, any and all insurance claims, proceeds of any insurance, indemnity, warranty or guaranty payable to such Grantor from time to time with respect to any of the foregoing and any other contract rights or rights to the payment of money or tort claims.

Notwithstanding anything herein to the contrary, Collateral shall not include, and in no event shall the security interest granted under this Section 2 attach to, any Excluded Assets.

Each Grantor hereby irrevocably authorizes the Secured Party at any time and from time to time to file in any Uniform Commercial Code jurisdiction any initial financing statements (including fixture filings) and amendments thereto without the signature of such Grantor in such form and in such filing offices as the Secured Party reasonably determines, that contain the information required by Article 9 of the UCC of each applicable jurisdiction for the filing of any financing statement or amendment, including, if required, (a) whether the Grantor is an organization and the type of organization and (b) in the case of a financing statement filed as a

11

fixture filing, a sufficient description of the real property to which such Collateral relates. The Grantor agrees to provide such information to the Secured Party promptly upon request by it. In addition, each Grantor hereby authorizes and agrees that such financing statements may describe the Collateral in the same manner as described herein or may contain an indication or description of collateral that describes such property in any other manner as the Secured Party may determine, in its sole discretion, is necessary, advisable or prudent to ensure the perfection of the security interest in the Collateral granted to the Secured Party herein, including describing such property as "all assets now owned or hereafter acquired" or "all personal property now owned or hereafter acquired" or using words of similar effect.

The Secured Party is further authorized to file filings with the U.S. Patent and Trademark Office or U.S. Copyright Office (or any successor office) or other documents for the purpose of perfecting, confirming, continuing, enforcing or protecting the security interest in the Collateral granted by each Grantor hereunder. Upon request of the Secured Party, in order to facilitate filings with the U.S. Patent and Trademark Office or U.S. Copyright Office (or any successor office), each Grantor shall execute and deliver to the Secured Party one or more grants or notice filings to further evidence the Secured Party's security interest in such Grantor's Intellectual Property. Notwithstanding anything to the contrary herein or in any other Supply Document, no actions in any non-U.S. jurisdiction or required by the laws of any non-U.S. jurisdiction shall be required to perfect or make enforceable any security interest in any Patents, Trademarks or Copyrights existing under, or registered or applied-for in, any non-U.S. jurisdiction.

Such security interests are granted as security only and shall not subject the Secured Party to, or in any way alter or modify, any obligation or liability of any Grantor with respect to or arising out of the Collateral.

Nothing contained in this <u>Section 2</u> is intended to limit any Grantor's rights to create liens permitted by the terms of the Intercreditor Agreements and all obligations and representations and warranties contained herein shall be subject to <u>Section 26</u> below.

SECTION 3.   ***Representations and Warranties***.   Each Grantor hereby represents and warrants, as to itself and the Collateral in which the security interest is created hereunder, that:

SECTION 3.01. <u>Title; No Other Liens</u>.   Except for the security interest granted to the Secured Party pursuant to this Agreement and the Senior Obligations, and other Liens permitted to exist pursuant to the Senior ABL Credit Agreement and not prohibited by the Intercreditor Agreement (the "<u>Permitted Liens</u>"), each Grantor owns each item of the Collateral free and clear of any and all Liens or claims of others (or arrangements reasonably satisfactory to the Secured Party have been made for the timely release or discharge of such Liens). No security agreement, financing statement or other public notice with respect to all or any part of such Collateral is on file or of record in any public office, except such as have been filed or will be filed, pursuant to this Agreement, in favor of the Secured Party, or in respect of Permitted Liens (or arrangements reasonably satisfactory to the Secured Party have been made for the timely termination of such agreement or financing statement). Further, no Grantor has intentionally entered into any contract, lease or license in anticipation of this Agreement, which by its terms, validly prohibits the granting of a security interest in the Collateral herein.

12

**IN WITNESS WHEREOF**, the parties hereto have caused this Security Agreement to be duly executed by their respective authorized officers as of the day and year first above written.

<u>**GRANTORS:**</u>

**RITE AID CORPORATION**

By: _____

Name: Matthew Schroeder

Title:  Executive Vice President and Chief Financial Officer

[Rite Aid – Signature Page to Security Agreement]

**<u>GRANTORS</u>:**

**Ex Solutions of OH, LLC**
**Ex Tech, LLC**
**Ex Design, LLC**
**Ex Design Holdings, LLC**
**Ex Rxclusives, LLC**
**Ex Savings, LLC**
**Ex HoldCo, LLC**
**Ex Options, LLC**
**Ex Solutions of MO, LLC**
**Ex Solutions of NV, LLC**
**Ex PR, Inc.**
**FIRST FLORIDA INSURERS OF TAMPA, LLC**
**Hunter Lane, LLC**
**Ex Software, LLC**
**Ex Pharmacy, LLC**
**Ex Initiatives, LLC**
**Ex Procurement, LLC**

In each case:

By: _____
Name: Matthew Schroeder
Title:  President

**Thrifty Ice Cream, LLC**
**1740 Associates, L.L.C.**
**4042 Warrensville Center Road – Warrensville Ohio, Inc.**
**5277 ASSOCIATES, INC.**
**5600 Superior Properties, Inc.**
**Apex Drug Stores, Inc.**
**Broadview and Wallings–Broadview Heights Ohio, Inc.**
**Eckerd Corporation**
**EDC DRUG STORES, INC.**
**GDF, INC.**
**Genovese Drug Stores, Inc.**
**Gettysburg and Hoover-Dayton, Ohio, LLC**
**Harco, Inc.**
**Health Dialog Services Corporation**
**K & B ALABAMA CORPORATION**
**K & B Louisiana Corporation**

**K & B Mississippi Corporation**
**K & B SERVICES, INCORPORATED**
**K & B TENNESSEE CORPORATION**
**K&B TEXAS CORPORATION**
**K & B, Incorporated**
**LAKEHURST AND BROADWAY CORPORATION**
**Maxi Drug North, Inc.**
**Maxi Drug South, L.P.**
**Maxi Drug, Inc.**
**Maxi Green Inc.**
**Munson & Andrews, LLC**
**Name Rite, L.L.C.**
**P.J.C. Distribution, Inc.**
**P.J.C. Realty Co., Inc.**
**PDS-1 Michigan, Inc.**
**Perry Drug Stores, Inc.**
**PJC Lease Holdings, Inc.**
**PJC Manchester Realty LLC**
**PJC of Massachusetts, Inc.**
**PJC of Rhode Island, Inc.**
**PJC of Vermont Inc.**
**PJC Peterborough Realty LLC**
**PJC Realty MA, Inc.**
**PJC Revere Realty LLC**
**PJC Special Realty Holdings, Inc.**
**RDS Detroit, Inc.**
**Read's, Inc.**
**Rite Aid Drug Palace, Inc.**
**Rite Aid Hdqtrs. Corp.**
**Rite Aid Lease Management Company**
**Rite Aid of Connecticut, Inc.**
**Rite Aid of Delaware, Inc.**
**Rite Aid of Georgia, Inc.**
**Rite Aid of Indiana, Inc.**
**Rite Aid of Kentucky, Inc.**
**Rite Aid of Maine, Inc.**
**Rite Aid of Maryland, Inc.**
**Rite Aid of Michigan, Inc.**
**Rite Aid of New Hampshire, Inc.**
**Rite Aid of New Jersey, Inc.**
**Rite Aid of New York, Inc.**
**Rite Aid of North Carolina, Inc.**
**Rite Aid of Ohio, Inc.**
**Rite Aid of Pennsylvania, LLC**
**Rite Aid of South Carolina, Inc.**
**Rite Aid of Tennessee, Inc.**
**Rite Aid of Vermont, Inc.**

[Rite Aid – Signature Page to Security Agreement]

**Rite Aid of Virginia, Inc.**
**Rite Aid of Washington, D.C., Inc.**
**Rite Aid of West Virginia, Inc.**
**Rite Aid Online Store, Inc.**
**Rite Aid Payroll Management, Inc.**
**Rite Aid Realty Corp.**
**Rite Aid Rome Distribution Center, Inc.**
**Rite Aid Specialty Pharmacy LLC**
**Rite Aid Transport, Inc.**
**Rx Choice, Inc.**
**The Lane Drug Company**
**Thrift Drug, Inc.**
**Thrifty Corporation**
**Thrifty PayLess, Inc.**
**THE BARTELL DRUG COMPANY**
**JCG Holdings (USA), Inc.**
**JCG (PJC) USA, LLC**
**Rite Aid Hdqtrs. Funding, Inc.**
**Rite Investments Corp.**
**Rite Investments Corp., LLC**
**THE JEAN COUTU GROUP (PJC) USA, INC.**
**RediClinic LLC**
**RCMH LLC**
**RediClinic Associates, Inc.**
**RediClinic of PA, LLC**
**Ex Benefits, LLC**
**Drug Palace, Inc.**
**Grand River & Fenkell, LLC**
**ILG - 90 B Avenue Lake Oswego, LLC**
**LMW - 90B AVENUE LAKE OSWEGO, INC.**
**RediClinic of Dallas-Fort Worth, LLC**
**RediClinic of DC, LLC**
**RediClinic of DE, LLC**
**RediClinic of MD, LLC**
**RediClinic of VA, LLC**
**RediClinic US, LLC**
**Richfield Road-Flint, Michigan, LLC**
**Rx USA, Inc.**

In each case:

By: _____

Name: Matthew Schroeder
Title:  Authorized Signatory

[Rite Aid – Signature Page to Security Agreement]

**SECURED PARTY:**

**MCKESSON CORPORATION**

By: _____

Name: Britt Vitalone
Title:   Executive Vice President
         Chief Financial Officer

Schedule I to the
Security Agreement

## **GRANTORS**

1.   Thrifty Ice Cream, LLC
2.   1740 Associates, L.L.C.
3.   4042 Warrensville Center Road – Warrensville Ohio, Inc.
4.   5277 ASSOCIATES, INC.
5.   5600 Superior Properties, Inc.
6.   Apex Drug Stores, Inc.
7.   Broadview and Wallings–Broadview Heights Ohio, Inc.
8.   Eckerd Corporation
9.   EDC Drug Stores, Inc.
10.  GDF, INC.
11.  Genovese Drug Stores, Inc.
12.  Gettysburg and Hoover-Dayton, Ohio, LLC
13.  Harco, Inc.
14.  Health Dialog Services Corporation
15.  K & B ALABAMA CORPORATION
16.  K & B Louisiana Corporation
17.  K & B MISSISSIPPI CORPORATION
18.  K & B SERVICES, INCORPORATED
19.  K & B TENNESSEE CORPORATION
20.  K&B TEXAS CORPORATION
21.  K & B, Incorporated
22.  LAKEHURST AND BROADWAY CORPORATION
23.  Maxi Drug North, Inc.
24.  Maxi Drug South, L.P.
25.  Maxi Drug, Inc.
26.  Maxi Green Inc.
27.  Munson & Andrews, LLC
28.  NAME RITE, L.L.C.
29.  P.J.C. Distribution, Inc.
30.  P.J.C. Realty Co., Inc.
31.  PDS-1 Michigan, Inc.
32.  Perry Drug Stores, Inc.
33.  PJC Lease Holdings, Inc.
34.  PJC Manchester Realty LLC
35.  PJC of Massachusetts, Inc.
36.  PJC of Rhode Island, Inc.
37.  PJC of Vermont Inc.
38.  PJC Peterborough Realty LLC
39.  PJC Realty MA, Inc.
40.  PJC Revere Realty LLC
41.  PJC Special Realty Holdings, Inc.
42.  RDS Detroit, Inc.
43.  Read's, Inc.
44.  RITE AID DRUG PALACE, INC.
45.  Rite Aid Hdqtrs. Corp.

46.    RITE AID LEASE MANAGEMENT COMPANY
47.    Rite Aid of Connecticut, Inc.
48.    Rite Aid of Delaware, Inc.
49.    RITE AID OF GEORGIA, INC.
50.    RITE AID OF INDIANA, INC.
51.    RITE AID OF KENTUCKY, INC.
52.    Rite Aid of Maine, Inc.
53.    RITE AID OF MARYLAND, INC.
54.    RITE AID OF MICHIGAN, INC.
55.    RITE AID OF NEW HAMPSHIRE, INC.
56.    Rite Aid of New Jersey, Inc.
57.    RITE AID OF NEW YORK, INC.
58.    Rite Aid of North Carolina, Inc.
59.    Rite Aid of Ohio, Inc.
60.    Rite Aid of Pennsylvania, LLC
61.    RITE AID OF SOUTH CAROLINA, INC.
62.    RITE AID OF TENNESSEE, INC.
63.    RITE AID OF VERMONT, INC.
64.    Rite Aid of Virginia, Inc.
65.    Rite Aid of Washington, D.C., Inc.
66.    RITE AID OF WEST VIRGINIA, INC.
67.    Rite Aid Online Store, Inc.
68.    Rite Aid Payroll Management, Inc.
69.    RITE AID REALTY CORP.
70.    RITE AID ROME DISTRIBUTION CENTER, INC.
71.    RITE AID SPECIALTY PHARMACY LLC
72.    Rite Aid Transport, Inc.
73.    RX CHOICE, INC.
74.    The Lane Drug Company
75.    Thrift Drug, Inc.
76.    THRIFTY CORPORATION
77.    Thrifty PayLess, Inc.
78.    THE BARTELL DRUG COMPANY

## SCHEDULE 1

### Intellectual Property; Pending Actions; Commercial Tort Claims; and Pledged Interests

### UNITED STATES PATENTS

| Owner/Applicant | Title/Description | Application No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| Rite Aid Hdqtrs. Corp. | Medical Kiosk And Method Of Use | 13/314,473 | 12/8/2011 | 8,996,392 | 3/31/2015 |
| Rite Aid Hdqtrs. Corp. | Medical Kiosk | 29/403,857 | 10/12/2011 | D694,909 | 12/3/2013 |
| Rite Aid Hdqtrs. Corp. | Medical Kiosk and Method Of Use | 13/760,345 | 2/6/2013 | 9,043,217 | 5/26/2015 |
| Rite Aid Hdqtrs. Corp. | Medical Kiosk and Method of Use | 14/663,792 | 3/20/2015 | 10,074,148 | 9/11/2018 |
| Rite Aid Hdqtrs. Corp. | Veterinary Kiosk with Integrated Veterinary Medical Devices | 13/967,424 | 8/15/2013 | 10,223,681 | 3/5/2019 |
| Rite Aid Hdqtrs. Corp. | Clinical Services Patient Management System | 16/775,911 | 1/29/2020 | 11,728,028 | 8/15/2023 |
| Rite Aid Hdqtrs. Corp. | Prescription Prepayment Web Platform | 17/071,076 | 10/15/2020 | N/A | N/A |

# McKesson

# EXHIBIT 9

## (Subsidiary Guarantee Agreement)
## (excerpted)

*Execution Version*

**SUBSIDIARY GUARANTEE AGREEMENT**

dated as of August 30, 2024,

by, among other,

**THE SUBSIDIARIES OF RITE AID CORPORATION
FROM TIME TO TIME PARTY HERETO**,

and

**MCKESSON CORPORATION**,
as Secured Party

## SUBSIDIARY GUARANTEE AGREEMENT

**SUBSIDIARY GUARANTEE AGREEMENT**, dated as of August 30, 2024 (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, this "<u>Agreement</u>"), entered into, by among others, each of the Affiliates and Subsidiaries of **RITE AID CORPORATION**, a Delaware corporation (the "<u>Company</u>"), listed on <u>Schedule I</u>, <u>Schedule II</u>, <u>Schedule III</u>, and <u>Schedule IV</u> hereto and each of the other Affiliates and Subsidiaries of the Company that becomes a party hereto pursuant to <u>Section 23</u> hereof (including by joinder) from time to time (collectively, the "<u>Subsidiary Guarantors</u>", and each individually, a "<u>Subsidiary Guarantor</u>"), and **MCKESSON CORPORATION**, a Delaware corporation ("<u>McKesson</u>" and together with its successors and assigns, the "<u>Secured Party</u>"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings given to such terms in the Supply Agreement or Security Agreement (each as hereinafter defined), as applicable.

**WHEREAS**, as a condition precedent for McKesson continuing to supply products and services to the Company and certain of the Subsidiary Guarantors, the Subsidiary Guarantors have agreed to (A) enter into this Agreement and to guaranty certain of the obligations of the Company and Subsidiary Guarantors under (i) that certain Supply Agreement, dated as the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time (including by the Supply Agreement Initial Joinder referred to below), the "<u>Supply Agreement</u>") with the Company and the Secured Party, (ii) that certain Notice and Consent Agreement dated as of the date hereof as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "<u>Supply Agreement Initial Joinder</u>") pursuant to which the Grantors named therein agree to be bound by the terms of the Supply Agreement and guarantee the obligations of the Grantors thereunder and under the Supply Documents; (iii) that certain Security Agreement dated as of the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "<u>Security Agreement</u>") made by the Company and Subsidiary Guarantors in favor of the Secured Party and (iv) that certain Indemnity, Subrogation and Contribution Agreement dated as of the date hereof (as amended, amended and restated, restated, supplemented or otherwise modified and in effect from time to time, the "<u>Contribution Agreement</u>") made by the Company and Subsidiary Guarantors in favor of the Secured Party and (B) have each of the Subsidiaries and Affiliates of the Company that desire to receive products and services from time to time as well as any of the Subsidiaries and Affiliates that become parties to the Supply Agreement directly or pursuant to a notice and consent agreement or other joinder or that enter into any guarantee or security agreement in connection with other Material Indebtedness become parties to this Agreement and guarantee the obligations described herein;

**WHEREAS**, the Subsidiary Guarantors and the Company are affiliates of one another, will derive substantial direct and indirect benefits from the supply of products to the Company and certain Subsidiary Guarantors and other arrangements pursuant to the Supply Agreement and the Supply Documents;

**NOW, THEREFORE**, in consideration of the premises set forth above and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Subsidiary Guarantors and the Secured Party, hereby agree as follows:

1

SECTION 1.   **Guarantee**. Each Subsidiary Guarantor unconditionally guarantees, jointly with the other Subsidiary Guarantors and severally, as a primary obligor and not merely as a surety, the due and punctual payment of, and the due and punctual performance of, all Obligations (as defined below).  Each Subsidiary Guarantor agrees that the Obligations may be extended or renewed, in whole or in part, or increased, in each case, without notice to or further assent from it, and that it will remain bound upon its guarantee under this Agreement notwithstanding any extension or renewal of any Obligation.  Without limiting the generality of the foregoing, the guarantee of the Obligations set forth herein shall include any such indebtedness, obligations, and liabilities which may be or hereafter becomes unenforceable or shall be treated as a disallowed claim in any bankruptcy, reorganization or insolvency proceeding commenced by or against the Company or any Subsidiary Guarantor, and shall include interest that accrues after the commencement of any bankruptcy, reorganization or insolvency proceeding by or against the Company or any Subsidiary Guarantor.  For purposes hereof, "<u>Obligations</u>" means all trade payables, trade debt and other obligations of every nature of the Company and its Subsidiaries from time to time owed to the Secured Party under the Supply Agreement or any other Supply Document (including, without limitation, the Secured Obligations (as defined in the Security Agreement)), regardless of how such obligation arises or by what agreement or instrument it may be evidenced, whether or not it is or may be direct, indirect, matured, unmatured, absolute, contingent, primary, secondary, liquidated, unliquidated, disputed, undisputed, joint, joint and several, legal, equitable, secured or unsecured, and whether or not any claim for such liability or obligation is discharged, stayed or otherwise affected by any proceeding under any bankruptcy, reorganization, insolvency or moratorium laws.

SECTION 2.   ***Certain Waivers; Obligations Not Waived***.

(a)     To the fullest extent permitted by applicable law, each Subsidiary Guarantor waives (i) presentment to, demand of payment from and protest to the Company of any of the Obligations, (ii) notice of acceptance of its guarantee under this Agreement or of the existence, creation or incurrence of new or additional Obligations, (iii) notice of protest for nonpayment or nonperformance or other notices or demands of any kind, (iv) the benefit of any statute of limitations affecting such Subsidiary Guarantor's liability hereunder, and (v) any and all other defenses or benefits that may be derived from or afforded by applicable law limiting the liability of or exonerating guarantors or sureties (other than the defense that the Obligations have been indefeasibly paid in full in cash).

(b)     To the fullest extent permitted by applicable law, the obligations of each Subsidiary Guarantor hereunder shall not be affected by (i) the failure of the Secured Party to assert any claim or demand or to enforce or exercise any right or remedy against the Company or any other Subsidiary Guarantor under the provisions of the Supply Agreement, any other Supply Document or otherwise, (ii) any rescission, waiver, amendment or modification of, or any release from any of the terms or provisions of, this Agreement, any other Supply Document, any guarantee or any other agreement, including with respect to any other Subsidiary Guarantor under this Agreement, (iii) the failure to perfect any security interest in, or the existence, validity, enforceability, or release of, any of the security held by or on behalf of the Secured Party, or (iv) the genuineness, validity, regularity or enforceability of the Obligations or any instrument or agreement evidencing any Obligations or the guarantees made hereunder.

**IN WITNESS WHEREOF**, the parties hereto have caused this Subsidiary Guarantee Agreement to be duly executed by their respective authorized officers as of the day and year first above written.

<u>**SUBSIDIARY GUARANTORS:**</u>

**Thrifty Ice Cream, LLC**
**1740 Associates, L.L.C.**
**4042 Warrensville Center Road – Warrensville Ohio, Inc.**
**5277 ASSOCIATES, INC.**
**5600 Superior Properties, Inc.**
**Apex Drug Stores, Inc.**
**Broadview and Wallings–Broadview Heights Ohio, Inc.**
**Eckerd Corporation**
**EDC DRUG STORES, INC.**
**GDF, INC.**
**Genovese Drug Stores, Inc.**
**Gettysburg and Hoover-Dayton, Ohio, LLC**
**Harco, Inc.**
**Health Dialog Services Corporation**
**K & B ALABAMA CORPORATION**
**K & B Louisiana Corporation**
**K & B Mississippi Corporation**
**K & B SERVICES, INCORPORATED**
**K & B TENNESSEE CORPORATION**
**K&B TEXAS CORPORATION**
**K & B, Incorporated**
**LAKEHURST AND BROADWAY CORPORATION**
**Maxi Drug North, Inc.**
**Maxi Drug South, L.P.**
**Maxi Drug, Inc.**
**Maxi Green Inc.**
**Munson & Andrews, LLC**
**Name Rite, L.L.C.**
**P.J.C. Distribution, Inc.**
**P.J.C. Realty Co., Inc.**
**PDS-1 Michigan, Inc.**
**Perry Drug Stores, Inc.**
**PJC Lease Holdings, Inc.**
**PJC Manchester Realty LLC**
**PJC of Massachusetts, Inc.**
**PJC of Rhode Island, Inc.**
**PJC of Vermont Inc.**
**PJC Peterborough Realty LLC**
**PJC Realty MA, Inc.**
**PJC Revere Realty LLC**

**PJC Special Realty Holdings, Inc.**
**RDS Detroit, Inc.**
**Read's, Inc.**
**Rite Aid Drug Palace, Inc.**
**Rite Aid Hdqtrs. Corp.**
**Rite Aid Lease Management Company**
**Rite Aid of Connecticut, Inc.**
**Rite Aid of Delaware, Inc.**
**Rite Aid of Georgia, Inc.**
**Rite Aid of Indiana, Inc.**
**Rite Aid of Kentucky, Inc.**
**Rite Aid of Maine, Inc.**
**Rite Aid of Maryland, Inc.**
**Rite Aid of Michigan, Inc.**
**Rite Aid of New Hampshire, Inc.**
**Rite Aid of New Jersey, Inc.**
**Rite Aid of New York, Inc.**
**Rite Aid of North Carolina, Inc.**
**Rite Aid of Ohio, Inc.**
**Rite Aid of Pennsylvania, LLC**
**Rite Aid of South Carolina, Inc.**
**Rite Aid of Tennessee, Inc.**
**Rite Aid of Vermont, Inc.**
**Rite Aid of Virginia, Inc.**
**Rite Aid of Washington, D.C., Inc.**
**Rite Aid of West Virginia, Inc.**
**Rite Aid Online Store, Inc.**
**Rite Aid Payroll Management, Inc.**
**Rite Aid Realty Corp.**
**Rite Aid Rome Distribution Center, Inc.**
**Rite Aid Specialty Pharmacy LLC**
**Rite Aid Transport, Inc.**
**Rx Choice, Inc.**
**The Lane Drug Company**
**Thrift Drug, Inc.**
**Thrifty Corporation**
**Thrifty PayLess, Inc.**
**THE BARTELL DRUG COMPANY**
**JCG Holdings (USA), Inc.**
**JCG (PJC) USA, LLC**
**Rite Aid Hdqtrs. Funding, Inc.**
**Rite Investments Corp.**
**Rite Investments Corp., LLC**
**THE JEAN COUTU GROUP (PJC) USA, INC.**
**RediClinic LLC**
**RCMH LLC**
**RediClinic Associates, Inc.**

[Rite Aid – Signature Page to Subsidiary Guarantee Agreement]

**RediClinic of PA, LLC**
**Ex Benefits, LLC**
**Drug Palace, Inc.**
**Grand River & Fenkell, LLC**
**ILG - 90 B Avenue Lake Oswego, LLC**
**LMW - 90B AVENUE LAKE OSWEGO, INC.**
**RediClinic of Dallas-Fort Worth, LLC**
**RediClinic of DC, LLC**
**RediClinic of DE, LLC**
**RediClinic of MD, LLC**
**RediClinic of VA, LLC**
**RediClinic US, LLC**
**Richfield Road-Flint, Michigan, LLC**
**Rx USA, Inc.**

In each case:

By: _____
Name: Matthew Schroeder
Title:  Authorized Signatory

**Ex Solutions of OH, LLC**
**Ex Tech, LLC**
**Ex Design, LLC**
**Ex Design Holdings, LLC**
**Ex Rxclusives, LLC**
**Ex Savings, LLC**
**Ex HoldCo, LLC**
**Ex Options, LLC**
**Ex Solutions of MO, LLC**
**Ex Solutions of NV, LLC**
**Ex PR, Inc.**
**FIRST FLORIDA INSURERS OF TAMPA, LLC**
**Hunter Lane, LLC**
**Ex Software, LLC**
**Ex Pharmacy, LLC**
**Ex Initiatives, LLC**
**Ex Procurement, LLC**

In each case:

By: _____
Name: Matthew Schroeder
 Title:  President

[Rite Aid – Signature Page to Subsidiary Guarantee Agreement]

**SECURED PARTY:**

**MCKESSON CORPORATION**

By: _____

Name: Britt Vitalone
Title:  Executive Vice President
        Chief Financial Officer

[Rite Aid – Signature Page to Subsidiary Guarantee Agreement]

Schedule I to the
Subsidiary Guarantee Agreement

## SUBSIDIARY GUARANTORS

1. Thrifty Ice Cream, LLC
2. 1740 Associates, L.L.C.
3. 4042 Warrensville Center Road – Warrensville Ohio, Inc.
4. 5277 ASSOCIATES, INC.
5. 5600 Superior Properties, Inc.
6. Apex Drug Stores, Inc.
7. Broadview and Wallings–Broadview Heights Ohio, Inc.
8. Eckerd Corporation
9. EDC DRUG STORES, INC.
10. GDF, INC.
11. Genovese Drug Stores, Inc.
12. Gettysburg and Hoover-Dayton, Ohio, LLC
13. Harco, Inc.
14. Health Dialog Services Corporation
15. K & B ALABAMA CORPORATION
16. K & B Louisiana Corporation
17. K & B Mississippi Corporation
18. K & B SERVICES, INCORPORATED
19. K & B TENNESSEE CORPORATION
20. K&B TEXAS CORPORATION
21. K & B, Incorporated
22. LAKEHURST AND BROADWAY CORPORATION
23. Maxi Drug North, Inc.
24. Maxi Drug South, L.P.
25. Maxi Drug, Inc.
26. Maxi Green Inc.
27. Munson & Andrews, LLC
28. Name Rite, L.L.C.
29. P.J.C. Distribution, Inc.
30. P.J.C. Realty Co., Inc.
31. PDS-1 Michigan, Inc.
32. Perry Drug Stores, Inc.
33. PJC Lease Holdings, Inc.
34. PJC Manchester Realty LLC
35. PJC of Massachusetts, Inc.
36. PJC of Rhode Island, Inc.
37. PJC of Vermont Inc.
38. PJC Peterborough Realty LLC
39. PJC Realty MA, Inc.
40. PJC Revere Realty LLC

41. PJC Special Realty Holdings, Inc.
42. RDS Detroit, Inc.
43. Read's, Inc.
44. RITE AID DRUG PALACE, INC.
45. Rite Aid Hdqtrs. Corp.
46. RITE AID LEASE MANAGEMENT COMPANY
47. Rite Aid of Connecticut, Inc.
48. Rite Aid of Delaware, Inc.
49. RITE AID OF GEORGIA, INC.
50. RITE AID OF INDIANA, INC.
51. RITE AID OF KENTUCKY, INC.
52. Rite Aid of Maine, Inc.
53. RITE AID OF MARYLAND, INC.
54. RITE AID OF MICHIGAN, INC.
55. RITE AID OF NEW HAMPSHIRE, INC.
56. Rite Aid of New Jersey, Inc.
57. RITE AID OF NEW YORK, INC.
58. Rite Aid of North Carolina, Inc.
59. Rite Aid of Ohio, Inc.
60. Rite Aid of Pennsylvania, LLC
61. RITE AID OF SOUTH CAROLINA, INC.
62. RITE AID OF TENNESSEE, INC.
63. RITE AID OF VERMONT, INC.
64. Rite Aid of Virginia, Inc.
65. Rite Aid of Washington, D.C., Inc.
66. RITE AID OF WEST VIRGINIA, INC.
67. Rite Aid Online Store, Inc.
68. Rite Aid Payroll Management, Inc.
69. RITE AID REALTY CORP.
70. RITE AID ROME DISTRIBUTION CENTER, INC.
71. RITE AID SPECIALTY PHARMACY LLC
72. Rite Aid Transport, Inc.
73. RX CHOICE, INC.
74. The Lane Drug Company
75. Thrift Drug, Inc.
76. THRIFTY CORPORATION
77. Thrifty PayLess, Inc.
78. THE BARTELL DRUG COMPANY

# McKesson

# EXHIBIT 13

(Liebman Deposition Ex. 13)

| | | |
|---|---|---|
| **From:** | ki.thomas | |
| **Sent:** | Friday, May 2, 2025 6:12 AM | |
| **To:** | Evans, Kimberly | |
| **Cc:** | Voss, Daniela; Mathai, Daniel; Singh, Ganesh; Amy Miller; blatterner; Scott T. Marakovits; Sharma, Dhananjay | |
| **Subject:** | [EXTERNAL] McK Pymt ACH 5/05 | |
| | | |
| **Follow Up Flag:** | Follow up | |
| **Flag Status:** | Flagged | |

**EXHIBIT**

**13**

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Hi Kimberly,

Our payment wire for 5/5 will be $49,674,910.00, McKesson's expected amount for 5/4 and 5/5. There is no ACH scheduled for Monday.

| Rite Aid AP Balance | | $ | 49,669,567.42 | | | |
|---|---|---|---|---|---|---|
| McKesson Expected Payment | | $ | 49,674,878.10 | | | |
| McK Rebill | Inv 762136001 | $ | 31.90 | | | |
| | | $ | **49,674,910.00** | | | |
| | | | | | | |
| | | | | | | |
| **Store** | **Document No** | **Date** | **Due Date** | **Amount** | | |
| RITE AID CNT FLL 6811 | 7564976057 | 4/25/2025 | 5/5/2025 | $ | 5,310.68 | *In WiP* |

Thanks,

Ki Thomas
Senior Accountant – Accounts Payable
717-730-8377

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

# McKesson

# EXHIBIT 28

(Bowers Deposition Ex. 8)

| From: | Bowers, Justin </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d575e9df9964ebf9988703faaca7ede8-e2xhgux> |
|---|---|
| To: | Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com> |
| Subject: | Re: Rite Aid payment: 5/1/25 |
| Sent: | 2025/05/02 16:36:47 (UTC +00:00) |

Understood and we appreciate the continued collaboration.

Thanks,
Justin

---

**From:** Steven K Bixler <sbixler@riteaid.com>
**Sent:** Friday, May 2, 2025 10:21 AM
**To:** Bowers, Justin <Justin.Bowers@McKesson.com>; Owen P McMahon <omcmahon@riteaid.com>
**Subject:** [EXTERNAL] RE: Rite Aid payment: 5/1/25

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Justin –

As we continue to manage toward the cap, I wanted to reach out to let you know that we intend to deduct the $11M in incremental payment (prepayment) made yesterday from today's payment.  I believe that we will be well below the cap even after that deduction while still making timely payment on all invoices due.

Please let me know if you have any concerns.  Assuming not, we plan to initiate our payment net of the $11M.

Steve

---

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Thursday, May 1, 2025 7:00 PM
**To:** Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com>
**Subject:** Fw: Rite Aid payment: 5/1/25

Hi Steve,

Thank you for your prompt response and quick action in addressing the $11M overage. We appreciate your efforts to ensure everything is on track.

We believe that with the anticipated payment from Rite Aid due tomorrow, this will set them up for success in managing within the credit limits going forward.

But in general Rite Aid should pay down balances to operate under credit limit with active ordering and shipments.

Thanks again for your cooperation and support.

Justin Bowers

---

**From:** Steven K Bixler <sbixler@riteaid.com>
**Sent:** Thursday, May 1, 2025 2:46 PM
**To:** Bowers, Justin <Justin.Bowers@McKesson.com>; Owen P McMahon <omcmahon@riteaid.com>
**Subject:** [EXTERNAL] RE: Rite Aid payment: 5/1/25

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Justin –

In addition to today's normal course payment, I had the team initiate an additional wire in the amount of $11M as presented below.  There appears to be some slight difference in our amounts but nothing that we cannot work through.

I would like to connect on the inclusion of today's orders in the lower portion of your calculation below.  Am I correct that this represents orders being placed today for delivery tomorrow?  If so, I'm confused as to why those would be included in the cap as that is a departure from my understanding of the cap calculation.

Steve

---

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Thursday, May 1, 2025 2:20 PM

CONFIDENTIAL

MCK_0000819

**EXHIBIT**
**8**

**To:** Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com>
**Subject:** Rite Aid payment: 5/1/25

Steve and Owen -
I wanted to touch base regarding the agreed-upon terms between McKesson and Rite Aid. As it stands, our forecast indicates that Rite Aid is set to exceed the established credit limit of $200M by the end of the business day.

To ensure everything stays on track, it's crucial that McKesson receives the necessary payments accordingly. Please make sure to follow up and facilitate the payments as outlined.  Thanks for your attention to this matter.

| | |
|---|---|
| 5/1 Open Balance (net of credits): | $241M |
| Plus: Additional invoices from 4/30 orders: | $2M |
| Less: Payment received today (5/1) | ($32M) |
| Subtotal Balance | $211M |
| **Payment to meet $200M Cap requirement** | **$11M** |

| | |
|---|---|
| 5/1 Expected forecast of daily orders: | |
| Estimated current day orders | $18M |

| | |
|---|---|
| *Total incremental estimated payment required* | *\*$29M* |

*\*Note: this is based on expected orders today.  The additional payment should cover today's orders and will vary higher or lower driven by Rite Aid's ordering behavior today.*

Justin Bowers

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

# McKesson

# EXHIBIT 30

# (MCK_0000772)

| From: | Evans, Kimberly </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=24F6EC44FAC8467FBEACA5E1727EB01A-E3KR8DK> |
|---|---|
| To: | ki.thomas <Ki.Thomas@riteaid.com>; blattemer <blattemer@riteaid.com>; 'Amy Miller' <asmiller@riteaid.com>; 'Scott T. Marakovits' <smarakovits@riteaid.com> |
| CC: | Mathai, Daniel <Daniel.Mathai2@McKesson.com>; Ujjawal, Upadhaya <Upadhaya.Ujjawal@McKesson.com>; Kwiatkowski, Jaclyn <Jaclyn.Kwiatkowski@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Sheffield, Jennifer <Jennifer.Sheffield@McKesson.com>; 'Jessica Brautigam' <Jessica.Brautigam@riteaid.com> |
| Subject: | Rite Aid - Billing details 04.22 to 04.24 |
| Sent: | 2025/04/25 19:31:27 (UTC +00:00) |
| Attachments: | Rite Aid Billing 04.22 to 04.24.xlsx |

Hi Scott,

Please see below the Rite Aid billings by the billing date 04.22 to 04.24

RITE AID

Sum of
Amount

| | Column Labels | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | OTC | | | OTC Total | RX | | | RX Total | Grand Total |
| **Billing Date** | 5/2/2025 | 5/3/2025 | 5/4/2025 | | 5/2/2025 | 5/3/2025 | 5/4/2025 | | |
| 4/22/2025 | $6,080.93 | $0.00 | $0.00 | $6,080.93 | $33,765,700.80 | $0.00 | $0.00 | $33,765,700.80 | $33,771,781.73 |
| 4/23/2025 | $0.00 | $11,134.42 | $0.00 | $11,134.42 | $0.00 | $30,658,763.41 | $0.00 | $30,658,763.41 | $30,669,897.83 |
| 4/24/2025 | $0.00 | $0.00 | $10,798.42 | $10,798.42 | $0.00 | $0.00 | $28,082,003.43 | $28,082,003.43 | $28,092,801.85 |
| **Grand Total** | $6,080.93 | $11,134.42 | $10,798.42 | $28,013.77 | $33,765,700.80 | $30,658,763.41 | $28,082,003.43 | $92,506,467.64 | $92,534,481.41 |

Thank you,

**Kimberly Evans**
Escalations Lead, Credit & AR Operations |t-972-446-5462 |kimberly.evans@Mckesson.com
Corporate Mission

**Emerging Professionals**
**McKesson** | 6555 State Hwy 161, Las Colinas, TX 75039 www.McKesson.com

Confidential Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

# McKesson

# EXHIBIT 32

(MCK_0000794)

| From: | Evans, Kimberly </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=24F6EC44FAC8467FBEACA5E1727EB01A-E3KR8DK> |
|---|---|
| To: | ki.thomas <Ki.Thomas@riteaid.com>; blatterner <blatterner@riteaid.com>; 'Amy Miller' <asmiller@riteaid.com>; 'Scott T. Marakovits' <smarakovits@riteaid.com> |
| CC: | Mathai, Daniel <Daniel.Mathai2@McKesson.com>; Ujjawal, Upadhaya <Upadhaya.Ujjawal@McKesson.com>; Kwiatkowski, Jaclyn <Jaclyn.Kwiatkowski@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Sheffield, Jennifer <Jennifer.Sheffield@McKesson.com>; 'Jessica Brautigam' <Jessica.Brautigam@riteaid.com> |
| Subject: | Rite Aid - Billing details 04.25 to 04.28 |
| Sent: | 2025/04/29 17:40:01 (UTC +00:00) |
| Attachments: | Rite Aid Billing 04.25 to 04.28.xlsx |

Hi Scott,

Please see below the Rite Aid billings by the billing date 04.25 to 04.28.

RITE AID

Sum of
Amount        Column Labels

| | OTC | | OTC Total | RX | | | RX Total | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Billing Date | 5/5/2025 | 5/8/2025 | | 5/5/2025 | 5/7/2025 | 5/8/2025 | | |
| 4/25/2025 | $2,711.90 | $0.00 | $2,711.90 | $21,592,874.67 | $0.00 | $0.00 | $21,592,874.67 | $21,595,586.57 |
| 4/27/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $3,587.14 | $0.00 | $3,587.14 | $3,587.14 |
| 4/28/2025 | $0.00 | $7,391.41 | $7,391.41 | $0.00 | $0.00 | $38,903,844.73 | $38,903,844.73 | $38,911,236.14 |
| Grand Total | $2,711.90 | $7,391.41 | $10,103.31 | $21,592,874.67 | $3,587.14 | $38,903,844.73 | $60,500,306.54 | $60,510,409.85 |

Thank you,

**Kimberly Evans**
Escalations Lead, Credit & AR Operations |t 972-446-5462 |KimberlyEvans@McKesson.com
Corporate Finance

Emerging Professionals
**McKesson** | 6555 State Hwy 161, Las Colinas, TX 75039 |www.McKesson.com

Confidential Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

# McKesson
# EXHIBIT 35
## (MCK_0013367)

| From: | Dev, Karan </O=EXCHANGELABS/OU=EXCHANGE ADMINSTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B9C55A0E7F624A9487D9EF1A089D25DB-EZPIT03> |
|---|---|
| To: | Voss, Danisla <Danisla.Voss@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com> |
| CC: | Femando, Dhan <Dhan.Femando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com> |
| Subject: | RE: RITE AID 05/09/2025 |
| Sent: | 2025/05/09 20:39:15 (UTC +00:00) |

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413118252 / CC 8000.

```
Doc.Type : DZ ( Customer paymct ) Normal document
Doc. Number   1413118252      Company Code   8000       Fiscal Year   2026
Doc. Date     05/09/2025       Posting Date   05/08/2025  Period        02
Calculate Tax  
Ref.Doc.      CK20256539005104
Doc. Currency  USD
```

| Ita | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount Crcy. | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 35,000,000.00 USD | RITE AID HDQTR |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 35,000,000.00- USD | RITL AID HDQTR |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Voss, Daniela <Daniela.Voss@McKesson.com>
**Sent:** Friday, May 9, 2025 1:28 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dhan <Dhan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/08/2025

Thank you – please post to 602735 as unapplied until AR can provide the remit instructions.

Best,
Daniela

**Daniela Voss**
Sr. Manager, Credit & AR Operations | +972-969-0034 | Daniela.Voss@McKesson.com
RBS Financial Services and Solutions

McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 8, 2025 2:52 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dhan <Dhan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/08/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413110341 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number   1413110341      Company Code   8000       Fiscal Year   2026
Doc. Date     05/08/2025       Posting Date   05/08/2025  Period        02
Calculate Tax  
Ref.Doc.      CK20250508005125
Doc. Currency  USD
```

| Ite | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount Crcy. | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 40,000,000.00 USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 40,000,000.00- USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, May 6, 2025 3:11 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>

Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 05/05/2025

Hi All,

We have received WIRE of $ 49,674,910.00 on 05/05/2025

Total of the Remit is $ 49,674,910.00

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

From: Dev, Karan <Karan.Dev@McKesson.com>
Sent: Tuesday, May 6, 2025 2:11 AM
To: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 05/05/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413105754 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413105754      Company Code    8000       Fiscal Year    2026
Doc. Date      05/05/2025      Posting Date    05/05/2025  Period         02
Calculate Tax
Ref.Doc.       CX20259505005176
Doc. Currency  USD
```

| Item | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 49,674,910.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 49,674,910.00- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

From: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
Sent: Saturday, May 3, 2025 3:06 AM
To: Dev, Karan <Karan.Dev@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 05/02/2025

Hi All,

We have received WIRE of $ 11,000,000.00 on 05/01/2025 and WIRE of $ 52,347,149.66 on 05/02/2025

Total of the Remit is $ 63,347,149.66 and total of both WIRE's is $ 63,347,149.66 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

From: Dev, Karan <Karan.Dev@McKesson.com>
Sent: Saturday, May 3, 2025 1:56 AM
To: Voss, Daniela <Daniela.Voss@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 05/02/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413104683 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413104683      Company Code    8000       Fiscal Year    2026
Doc. Date      05/02/2026      Posting Date    05/02/2025  Period         02
Calculate Tax
Ref.Doc.       CX20250502004061
Doc. Currency  USD
```

| Item | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 802735 | | 52,347,149.66 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 52,347,149.66- | USD | RITE AID HDQTRS |

Thanks & Regards,

MCK_0013368

Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Voss, Daniela <Daniela.Voss@McKesson.com>
**Sent:** Friday, May 2, 2025 2:50 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Thank you, Karan and Sandeep –

Please leave on acct #602735 in unapplied as discussed. We'll share remit/application instructions once available.

Best,
Daniela

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 1, 2025 4:07 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

The second payment from Rite Aid is now booked manually through Sap Doc# 1413102456 / CC 8000.

| Doc.Type | DZ ( Customer payment ) Nores: document | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413102456 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 05/01/2025 | Posting Date | 05/01/2025 | Period | 02 |
| Calculate Tax | | | | | |
| Ref.Doc. | CK20250501004711 | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIPES - 8 OF A | 8210 | | | 602735 | | 11,000,000.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 11,000,000.00- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Friday, May 2, 2025 12:23 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

We have received ACH of $ 436,354.81 and WIRE of $ 32,115,624.04 on 05/01/2025

Total of the Remit is $ 32,551,978.85 and total of ACH and WIRE is $ 32,551,978.85 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 1, 2025 11:59 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

The payment has been booked through Sap Doc# 1413102233 / CC 8000.

CONFIDENTIAL

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413102283       Company Code    8000      Fiscal Year    2026
Doc. Date      05/01/2025       Posting Date    05/01/2025 Period        02
Calculate Tax  
Ref.Doc.       CK20250501003089
Doc. Currency  USD
Doc. Hcr Text  0031943100007
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|-----|----|---------|------|---------------------|-----------|------|----------|------------|-----------|--------|------|------|
| 1 | 40 | 12106 | 8600 | UNID CASH - CARROLL | 8210 | | | 0031943100007 | | 32,115,674.04 | USD | CK20250501003 |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 0031943100007 | | 32,115,674.04- | USD | CK20250501003 |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 29, 2025 1:22 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 04/28/2025

Hi All,

We have received ACH of $ 194,385.76 and WIRE of $ 51,977,508.76 on 04/28/2025

Total of the Remit is $ 52,171,894.52(including credit of $2,126,626.44 & $9,901.98) and total of ACH and WIRE is $ 52,171,894.52 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Tuesday, April 29, 2025 12:55 AM
**To:** Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 04/28/2025

Hi All,

The payment for Rite Aid has been booked manually through Sap Doc# 1413097821 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413097821       Company Code    8000      Fiscal Year    2026
Doc. Date      04/28/2025       Posting Date    04/28/2025 Period        01
Calculate Tax  
Ref.Doc.       CK20250428005412
Doc. Currency  USD
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|-----|----|---------|------|---------------------|-----------|------|----------|------------|-----------|--------|------|------|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 51,977,508.76 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 51,977,508.76- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Negi, Shivam <Shivam.Negi@McKesson.com>
**Sent:** Saturday, April 26, 2025 1:16 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 04/25/2025

Hi All,

We have received ACH of $ 385,150.35 and WIRE of $ 48,789,238.34 on 04/25/2025

Total of the Remit is $ 49,174,388.69 and total of ACH and WIRE is $ 49,174,388.69 (what we have received)

There is no overpayment. It has been applied at net.

*Thanks & Regards,*
*Shivam Negi*

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Saturday, April 26, 2025 12:22 AM

CONFIDENTIAL

To: Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 04/25/2025

Hi All,

The payment has been booked through Sap Doc# 1413095925 / CC 8000.

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413095925 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/25/2025 | Posting Date | 04/25/2025 | Period | 01 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CX20250425004476 | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | 0031904900012 | | | | |

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 12196 | 8000 | UNID CASH - CARROLL | 8210 | | | 0031904900012 | | 48,789,238.34 | USD | CX20250425004 |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 0031904900012 | | 48,789,238.34- | USD | CX20250425004 |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

From: Negi, Shivam <Shivam.Negi@McKesson.com>
Sent: Friday, April 25, 2025 6:14 PM
To: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

We have received ACH of $ 598,135.03 and WIRE of $ 45,576,708.28 on 04/24/2025

Total of the Remit is $ 46,170,783.95 (excluding # 7562628295 which is already cleared)  and total of ACH and WIRE is $ 46,174,843.31 (what we have received)

There is over payment of $ 4,059.36, for which we have created a credit residual on #601132.

*Thanks & Regards,*
*Shivam Negi*

From: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
Sent: Friday, April 25, 2025 5:42 PM
To: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

The payment has been posted through SAP doc#1413095483 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413095483 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/24/2025 | Posting Date | 04/24/2025 | Period | 01 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CX20250424005610 | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | 0031899800004 | | | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 45,576,708.28 | 45,576,708.28 | 0031899800004 | CX20250424005 |
| 2 | 8000 | 15 | 04/24/2025 | 602735 | RITE AID 777 | | | | | | 45,576,708.28- | 45,576,708.28- | 0031899800004 | CX20250424005 |

Regards,
Ritesh

From: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
Sent: Tuesday, April 22, 2025 8:34 PM
To: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/21/2025

Hi All,

We have received ACH of $233,783.57 and WIRE of $ 54,949,517.56 on 04/21/2025

Total of the Remit is $ 55,183,301.13. and total of ACH and WIRE is $55,183,301.13 (what we have received)

CONFIDENTIAL

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Tuesday, April 22, 2025 6:27 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/21/2025

Hi All,

The payment has been posted through SAP doc#1413085176

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413085176    Company Code    8000    Fiscal Year    2026
Doc. Date      04/21/2025    Posting Date    04/21/2025  Period          01
Calculate Tax  []
Ref.Doc.       CX20250421003551
Doc. Currency  USD
Doc. Hdr Text  9031876200005
```

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng.doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 54,949,517.56 | 54,949,517.56 | 9031876200005 | CX20250421003 |
| 2 | 8000 | 15 | 04/21/2025 | 902735 | RITE AID 777 | | | | | | 54,949,517.56- | 54,949,517.56- | 9031876200005 | CX20250421003 |

Regards,
Ritesh Sharma

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Saturday, April 19, 2025 2:40 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/18/2025

Hi All,

We have received ACH of $ 442,014.89 and WIRE of $ 55,901,460.87 on 04/18/2025

Total of the Remit is $ 56,347,535.12 (excluding # 143401001 which is already cleared) and total of ACH and WIRE is $ 56,343,475.76 (what we have received)

There is short payment of $ 4,059.36, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Saturday, April 19, 2025 1:48 AM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/18/2025

Hi All,

The payment has been booked through Sap Doc# 1413082288 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413082288    Company Code    8000    Fiscal Year    2026
Doc. Date      04/18/2025    Posting Date    04/18/2025  Period          01
Calculate Tax  []
Ref.Doc.       CX20250418002492
Doc. Currency  USD
Doc. Hdr Text  9031859100009
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | SusA | Cost Ctr | Assignment | Clrng.doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 12106 | 8000 | UNID CASH - CARROLL | 8210 | | | 9031859100009 | | 55,901,460.87 | USD | CX20250418002 |
| 2 | 15 | 902735 | 8000 | RITE AID 777 | | | | 9031859100009 | | 55,901,460.87- | USD | CX20250418002 |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Friday, April 18, 2025 7:29 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>

CONFIDENTIAL

Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/17/2025

Hi All,

We have received ACH of $ 544,361.46 and WIRE of $ 43,611,452.59 on 04/17/2025

Total of the Remit is $ 44,155,814.05 (including # 172943001,#143401001,#1600034712 and excluding # 7560833905,# 7560359665 they are already cleared) . and total of ACH and WIRE is $ 44,155,814.05 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Friday, April 18, 2025 5:07 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/17/2025

Hi All,

The payment has been posted through SAP doc#1413081636

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413081636 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/17/2025 | Posting Date | 04/17/2025 | Period | 01 |
| Calculate Tax | ☐ | | |
| Ref.Doc. | CK20250417084430 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031853600007 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 43,611,452.59 | 43,611,452.59 | 0031853600007 | CK20250417004 |
| 2 | 8000 | 15 | 04/17/2025 | 602735 | RITE AID 777 | | | | | | 43,611,452.59- | 43,611,452.59- | 0031853600007 | CK20250417004 |

Thanks,
Ritesh Sharma

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 15, 2025 11:21 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/14/2025

Hi All,

We have received ACH of $ 354,915.10 and WIRE of $ 52,904,608.37 on 04/14/2025

Total of the Remit is $ 53,259,523.47 (including # 7560833905) . and total of ACH and WIRE is $ 53,259,523.47 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Tuesday, April 15, 2025 4:44 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/14/2025

Hi All,

The payment has been posted through SAP doc#1413076938 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413076938 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/14/2025 | Posting Date | 04/14/2025 | Period | 01 |
| Calculate Tax | ☐ | | |
| Ref.Doc. | CK20250414004763 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031830800004 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 52,904,608.37 | 52,904,608.37 | 0031830800004 | CK20250414004 |
| 2 | 8000 | 15 | 04/14/2025 | 602735 | RITE AID 777 | | | | | | 52,904,608.37- | 52,904,608.37- | 0031830800004 | CK20250414004 |

Regards,
Ritesh Sharma

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>

CONFIDENTIAL

**Sent:** Monday, April 14, 2025 8:50 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/11/2025

Hi All,

We have received ACH of $ 506,702.33 and WIRE of $ 53,974,714.90 on 04/11/2025

Total of the Remit is $ 54,481,722.82 (including # 7560359665 ) and total of ACH and WIRE is $ 54,481,417.23  (what we have received)

There is short payment of $ 305.59, for which we have created a debit residual on #501132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Monday, April 14, 2025 4:45 PM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/11/2025

Hi All,

The payment has been posted through SAP doc#1413074547 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | | |
|---|---|---|---|---|
| Doc. Number | 1413074547 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/11/2025 | Posting Date | 04/11/2025 | Period | 01 |
| Calculate Tax | ☐ | | | |
| Ref.Doc. | CK20250411004793 | | | |
| Doc. Currency | USD | | | |
| Doc. Hdr Text | 0031816300004 | | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 53,974,714.90 | 53,974,714.90 | 0031816300004 | CK20250411004 |
| 2 | 8000 | 15 | 04/11/2025 | 602735 | RITE AID 777 | | | | | | 53,974,714.90- | 53,974,714.90- | 0031816300004 | CK20250411004 |

Regards,
Ritesh

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Friday, April 11, 2025 2:21 AM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/10/2025

Hi All,

As per the attached request the payment for Rite Aid dated 04/10/2025 has been booked manually through Sap Doc# 1413071054 / CC 8000.

Please reverse the 16° Document Number which will be generated in SAP tomorrow morning so that there are no duplicates for the payment.

| Doc.Type : DZ ( Customer payment ) Normal document | | | | |
|---|---|---|---|---|
| Doc. Number | 1413071054 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/10/2025 | Posting Date | 04/10/2025 | Period | 01 |
| Calculate Tax | ☐ | | | |
| Ref.Doc. | CK20250410004763 | | | |
| Doc. Currency | USD | | | |

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10139 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 44,858,917.82 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 44,858,917.82- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 8, 2025 11:31 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/07/2025

Hi All,

We have received ACH of $ 225,799.55 and WIRE of $ 52,056,651.53 on 04/07/2025

Total of the Remit is $ 52,282,451.08(including # 7559372534) , and total of ACH and WIRE is $ 52,282,451.08 (what we have received)

MCK_0013374

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Tuesday, April 8, 2025 5:32 PM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela
<Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra,
Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/07/2025

Hi All,

The payment has been posted through SAP doc#1413062254 / CC8000

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413062254     Company Code    8000     Fiscal Year    2026
Doc. Date      04/07/2025     Posting Date    04/07/2025   Period         01
Calculate Tax  ☐
Ref.Doc.       CK20250407005749
Doc. Currency  USD
Doc. Hdr Text  0031785500005
```

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 52,056,651.53 | 52,056,651.53 | 0031785500005 |
| 2 | 8000 | 15 | 04/07/2025 | 602735 | RITE AID 777 | | | | | | 52,056,651.53- | 52,056,651.53- | 0031785500005 |

Regards,
Ritesh

**From:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>
**Sent:** Monday, April 7, 2025 9:31 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans,
Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra,
Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/04/2025

Hi All,

We have received ACH of $ 568,007.56 and WIRE of $ 53,958,949.81 on 04/04/2025

Total of the Remit is $ 54,529,628.65 (excluding # 7558888867 which was already cleared in offset) and total of ACH and WIRE is $ 54,526,957.37 (what we have received)

There is short payment of $ 2,671.28, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Monday, April 7, 2025 6:01 PM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela
<Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra,
Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/04/2025

Hi All,

The payment has been posted through SAP doc#1413060221 / CC8000

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413060221     Company Code    8000     Fiscal Year    2026
Doc. Date      04/04/2025     Posting Date    04/04/2025   Period         01
Calculate Tax  ☐
Ref.Doc.       CK20250404004344
Doc. Currency  USD
Doc. Hdr Text  0031771100008
```

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 53,958,949.81 | 53,958,949.81 | 0031771100008 | |
| 2 | 8000 | 15 | 04/04/2025 | 602735 | RITE AID 777 | | | | | | 53,958,949.81- | 53,958,949.81- | 0031771100008 | |

Regards,
Ritesh

**From:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>
**Sent:** Friday, April 4, 2025 7:34 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans,
Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra,
Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/03/2025

Hi All,

We have received ACH of $ 628,305.71 and WIRE of $ 42,861,017.55 on 04/03/2025

MCK_0013375

Total of the Remit is $ 45,162,141.80. and total of ACH and WIRE is $43,489,323.26 (what we have received)

There is short payment of $   1,672,818.54, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Friday, April 4, 2025 4:38 PM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/03/2025

Hi All,

The payment has been posted through SAP doc#1413058644 / CC8000

| Doc. Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413058644 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/03/2025 | Posting Date | 04/03/2025 | Period | 01 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | C520250403004601 | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | 0031763300004 | | | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNID CASH - CARROLL | | 8210 | | | | 42,861,017.55 | 42,861,017.55 | 0031763300004 | C820250403004 |
| 2 | 8000 | 15 | 04/03/2025 | 502735 | RITE AID 777 | | | | | | 42,861,017.55- | 42,861,017.55- | 0031763300004 | C820250403004 |

Regards,
Ritesh

MCK_0013376

# McKesson
# EXHIBIT 36
(MCK_0013495)

| From: | Dev, Karan <O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B9C55A0E7F624A94B7D9EF1A099D25DB-EZPIT03> |
|---|---|
| To: | Voss, Daniela <Daniela.Voss@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com> |
| CC: | Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com> |
| Subject: | RE: RITE AID 05/12/2025 |
| Sent: | 2025/05/12 20:21:16 (UTC +00:00) |

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413120239 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413120239      Company Code    8000      Fiscal Year    2026
Doc. Date      05/12/2025      Posting Date    05/12/2025    Period    02
Calculate Tax
Ref.Doc.       CK202565120005178
Doc. Currency  USD
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 26,000,000.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 26,000,000.00- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Voss, Daniela <Daniela.Voss@McKesson.com>
**Sent:** Saturday, May 10, 2025 1:40 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/09/2025

Thank you – please post to 602735 as unapplied until AR can provide the remit instructions.

Best,
Daniela

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Friday, May 9, 2025 3:09 PM
**To:** Voss, Daniela <Daniela.Voss@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/09/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413118252 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413118252      Company Code    8000      Fiscal Year    2026
Doc. Date      05/09/2025      Posting Date    05/09/2025    Period    02
Calculate Tax
Ref.Doc.       CK202565090005394
Doc. Currency  USD
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 35,000,000.00 | USD | RITE AID HDQTR |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 35,000,000.00- | USD | RITE AID HDQTR |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Voss, Daniela <Daniela.Voss@McKesson.com>
**Sent:** Friday, May 9, 2025 1:28 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/08/2025

Thank you – please post to 602735 as unapplied until AR can provide the remit instructions.

Best,
Daniela

CONFIDENTIAL

**Daniela Voss**
Sr. Manager, Credit & AR Operations | t 972-969-6036 | Daniela.Voss@McKesson.com
FS8 Riverside Services and Solutions

McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 8, 2025 2:52 PM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/08/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413110341 / CC 8000.

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 413110341 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 05/08/2025 | Posting Date | 05/08/2025 | Period | 02 |
| Calculate Tax | | | | | |
| Ref.Doc. | CK20250508005125 | | | | |
| Doc. Currency | USD | | | | |

| Ite | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 40,000,000.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 40,000,000.00- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>
**Sent:** Tuesday, May 6, 2025 3:11 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/05/2025

Hi All,

We have received WIRE of $ 49,674,910.00 on 05/05/2025

Total of the Remit is $ 49,674,910.00

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Tuesday, May 6, 2025 2:11 AM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/05/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413105754 / CC 8000.

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 413105754 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 05/05/2025 | Posting Date | 05/05/2025 | Period | 02 |
| Calculate Tax | | | | | |
| Ref.Doc. | CK20250505005176 | | | | |
| Doc. Currency | USD | | | | |

| Ite | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 49,674,910.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 49,674,910.00- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

CONFIDENTIAL

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Saturday, May 3, 2025 3:06 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/02/2025

Hi All,

We have received WIRE of $ 11,000,000.00 on 05/01/2025 and WIRE of $ 52,347,149.66 on 05/02/2025

Total of the Remit is $ 63,347,149.66 and total of both WIRE's is $ 63,347,149.66 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Saturday, May 3, 2025 1:58 AM
**To:** Voss, Daniela <Daniela.Voss@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/02/2025

Hi All,

The payment from Rite Aid is now booked manually through Sap Doc# 1413104683 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number   1413104683      Company Code    8000      Fiscal Year    2026
Doc. Date     05/02/2025      Posting Date    05/02/2025     Period      02
Calculate Tax  □
Ref.Doc.      CK20250502064061
Doc. Currency  USD
```

| Item | PK | Account | LoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES -  B OF A | 8210 | | | 602735 | | 52,347,149.66 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 52,347,149.66- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Voss, Daniela <Daniela.Voss@McKesson.com>
**Sent:** Friday, May 2, 2025 2:50 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Thank you, Karan and Sandeep –

Please leave on acct #602735 in unapplied as discussed. We'll share remit/application instructions once available.

Best,
Daniela

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 1, 2025 4:07 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

The second payment from Rite Aid is now booked manually through Sap Doc# 1413102456 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number   1413102456      Company Code    8000      Fiscal Year    2026
Doc. Date     05/01/2025      Posting Date    05/01/2025     Period      02
Calculate Tax  □
Ref.Doc.      CK20250501004711
Doc. Currency  USD
```

| Item | PK | Account | LoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10130 | 8000 | WIRES -  B OF A | 8210 | | | 602735 | | 11,000,000.00 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 11,000,000.00- | USD | RITE AID HDQTRS |

CONFIDENTIAL

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Friday, May 2, 2025 12:23 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

We have received ACH of $ 438,354.81 and WIRE of $ 32,115,624.04 on 05/01/2025

Total of the Remit is $ 32,551,978.85 and total of ACH and WIRE is $ 32,551,978.85 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Thursday, May 1, 2025 11:59 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 05/01/2025

Hi All,

The payment has been booked through Sap Doc# 1413102283 / CC 8000.

| Doc.Type : DZ ( Customer payment ) Normal document |
| --- |

| Doc. Number | 1413102283 | Company Code | 8000 | Fiscal Year | 2026 |
| --- | --- | --- | --- | --- | --- |
| Doc. Date | 05/01/2025 | Posting Date | 05/01/2025 | Period | 02 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CK20250501003000 | | | | |
| Doc. Currency | USD | | | | |
| Doc. Her Text | 0031943100007 | | | | |

| Itm | PK | Account | CoCd | Account short Text | Profit Ctr | BusA | Cost Ctr | Assignment | CIreg.doc. | Amount | Crcy | Text |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 40 | 12106 | 8000 | UNID CASH - CARROLL | 8210 | | | 0031943100007 | | 32,115,624.04 | USD | CK20250501003 |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 0031943100007 | | 32,115,624.04- | USD | CK20250501003 |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 29, 2025 1:22 AM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 04/28/2025

Hi All,

We have received ACH of $ 194,385.76 and WIRE of $ 51,977,508.76 on 04/28/2025

Total of the Remit is $ 52,171,894.52(including credit of $2,125,826.44 & $9,901.98) and total of ACH and WIRE is $ 52,171,894.52 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Tuesday, April 29, 2025 12:56 AM
**To:** Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
**Subject:** RE: RITE AID 04/28/2025

Hi All,

The payment for Rite Aid has been booked manually through Sap Doc# 1413097821 / CC 8000.

MCK_0013498

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413095925          Company Code    8000       Fiscal Year    2026
Doc. Date      04/28/2025          Posting Date    04/28/2025  Period         01
Calculate Tax
Ref.Doc.       CK20250428005412
Doc. Currency  USD
```

| Item | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 19130 | 8000 | WIRES - B OF A | 8210 | | | 602735 | | 51,977,508.76 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 51,977,508.76- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

From: Negi, Shivam <Shivam.Negi@McKesson.com>
Sent: Saturday, April 26, 2025 1:16 AM
To: Dev, Karan <Karan.Dev@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 04/25/2025

Hi All,

We have received ACH of $ 385,150.35 and WIRE of $ 48,789,238.34 on 04/25/2025

Total of the Remit is $ 49,174,388.69 and total of ACH and WIRE is $ 49,174,388.69 (what we have received)

There is no overpayment. It has been applied at net.

*Thanks & Regards,*
*Shivam Negi*

From: Dev, Karan <Karan.Dev@McKesson.com>
Sent: Saturday, April 26, 2025 12:22 AM
To: Negi, Shivam <Shivam.Negi@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 04/25/2025

Hi All,

The payment has been booked through Sap Doc# 1413095925 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413095925          Company Code    8000       Fiscal Year    2026
Doc. Date      04/25/2025          Posting Date    04/25/2025  Period         01
Calculate Tax
Ref.Doc.       CK20250425004476
Doc. Currency  USD
Doc. Hdr Text  0031984900012
```

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 12106 | 8000 | UNID CASH - CARROLL | 8210 | | | 0031984900012 | | 48,789,238.34 | USD | CK20250425004 |
| 2 | 15 | 802735 | 8000 | RITE AID 777 | | | | 0031984900012 | | 48,789,238.34- | USD | CK20250425004 |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

From: Negi, Shivam <Shivam.Negi@McKesson.com>
Sent: Friday, April 25, 2025 6:14 PM
To: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

We have received ACH of $ 598,135.03 and WIRE of $ 45,576,708.28 on 04/24/2025

Total of the Remit is $ 46,170,783.95 (excluding # 7562628288 which is already cleared) and total of ACH and WIRE is $ 46,174,843.31 (what we have received)

There is over payment of $ 4,059.36, for which we have created a credit residual on #601132.

*Thanks & Regards,*
*Shivam Negi*

From: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
Sent: Friday, April 25, 2025 5:42 PM

CONFIDENTIAL

To: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>; Eakes, Darrell <Darrell.Eakes@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

The payment has been posted through SAP doc#1413095483 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413095483 | Company Code 8000 | Fiscal Year 2026 |
| Doc. Date | 04/24/2025 | Posting Date 04/24/2025 | Period 01 |
| Calculate Tax | ☐ | | |
| Ref.Doc. | CK20250424005610 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031899800004 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 45,576,708.28 | 45,576,708.28 | 0031899800004 | CK20250424005 |
| 2 | 8000 | 15 | 04/24/2025 | 602735 | RITE AID 777 | | | | | | 45,576,708.28- | 45,576,708.28- | 0031899800004 | CK20250424005 |

Regards,
Ritesh

From: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
Sent: Tuesday, April 22, 2025 8:34 PM
To: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

We have received ACH of $ 233,783.57 and WIRE of $ 54,949,517.56 on 04/21/2025

Total of the Remit is $ 55,183,301.13, and total of ACH and WIRE is $ 55,183,301.13 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

From: Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
Sent: Tuesday, April 22, 2025 6:27 PM
To: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/24/2025

Hi All,

The payment has been posted through SAP doc#1413085176

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413085176 | Company Code 8000 | Fiscal Year 2026 |
| Doc. Date | 04/21/2025 | Posting Date 04/21/2025 | Period 01 |
| Calculate Tax | ☐ | | |
| Ref.Doc. | CK20250421003551 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031876200005 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 54,949,517.56 | 54,949,517.56 | 0031876200005 | CK20250421003 |
| 2 | 8000 | 15 | 04/21/2025 | 602735 | RITE AID 777 | | | | | | 54,949,517.56- | 54,949,517.56- | 0031876200005 | CK20250421003 |

Regards,
Ritesh Sharma

From: Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
Sent: Saturday, April 19, 2025 2:40 AM
To: Dev, Karan <Karan.Dev@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
Cc: Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
Subject: RE: RITE AID 04/18/2025

Hi All,

We have received ACH of $ 442,014.89 and WIRE of $ 55,901,460.87 on 04/18/2025

Total of the Remit is $ 56,347,535.12 (excluding # 143401001 which is already cleared) and total of ACH and WIRE is $ 56,343,475.76 (what we have received)

There is short payment of $ 4,069.36, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Saturday, April 19, 2025 1:48 AM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fieles@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/18/2025

Hi All,

The payment has been booked through Sap Doc# 1413082288 / CC 8000.

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413082288      Company Code    8000    Fiscal Year    2026
Doc. Date      04/18/2025      Posting Date    04/18/2025    Period        01
Calculate Tax  [ ]
Ref.Doc.       CK2025041800249?
Doc. Currency  USD
Doc. Hdr Text  0031859100000
```

| Ite | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 12106 | 8000 | UNIO CASH - CARROLL | 8210 | | | 0031859100000 | | 55,901,460.57 | USD | CK2025041800249? |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 0031859100000 | | 55,901,460.57- | USD | CK20250418009? |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Friday, April 18, 2025 7:29 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fieles@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/17/2025

Hi All,

We have received ACH of $ 544,361.46 and WIRE of $ 43,611,452.59 on 04/17/2025

Total of the Remit is $ 44,155,814.05 (including # 172043001,#143401001,#1600034712 and excluding # 7560833905,# 7560359065 they are already cleared) , and total of ACH and WIRE is $ 44,155,814.05 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Friday, April 18, 2025 5:07 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fieles@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/17/2025

Hi All,

The payment has been posted through SAP doc#1413081636

```
Doc.Type : DZ ( Customer payment ) Normal document
Doc. Number    1413081636      Company Code    8000    Fiscal Year    2026
Doc. Date      04/17/2025      Posting Date    04/17/2025    Period        01
Calculate Tax  [ ]
Ref.Doc.       CK2025041700443?
Doc. Currency  USD
Doc. Hdr Text  0031853600007
```

| Ite | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNIO CASH - CARROLL | | 8210 | | | | 43,611,452.59 | 43,611,452.59 | 0031853600007 | CK2025041700443? |
| 2 | 8000 | 15 | 04/17/2025 | 602735 | RITE AID 777 | | | | | | 43,611,452.59- | 43,611,452.59- | 0031853600007 | CK2025041700443? |

Thanks,
Ritesh Sharma

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 15, 2025 11:21 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fieles, Jimica <Jimica.Fieles@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/14/2025

Hi All,

We have received ACH of $ 354,915.10 and WIRE of $ 52,904,608.37 on 04/14/2025

Total of the Remit is $ 53,259,523.47 (including # 7560833905) . and total of ACH and WIRE is $ 53,259,523.47 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Tuesday, April 15, 2025 4:44 PM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/14/2025

Hi All,

The payment has been posted through SAP doc#1413076938 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413076938 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/14/2025 | Posting Date | 04/14/2025 | Period | 01 |
| Calculate Tax | | | |
| Ref.Doc. | CK20250414004763 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031830800004 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 52,904,608.37 | 52,904,608.37 | 0031830800004 | CK20250414004 |
| 2 | 8000 | 15 | 04/14/2025 | 602735 | RITE AID 777 | | | | | | 52,904,608.37- | 52,904,608.37- | 0031830800004 | CK20250414004 |

Regards,
Ritesh Sharma

**From:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>
**Sent:** Monday, April 14, 2025 8:50 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/11/2025

Hi All,

We have received ACH of $ 506,702.33 and WIRE of $ 53,974,714.90 on 04/11/2025

Total of the Remit is $ 54,481,722.82 (including # 7560359665 ) and total of ACH and WIRE is $ 54,481,417.23 (what we have received)

There is short payment of $ 305.59, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Monday, April 14, 2025 4:45 PM
**To:** Dev, Karan <Karan.Dev@McKesson.com>; Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/11/2025

Hi All,

The payment has been posted through SAP doc#1413074547 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | |
|---|---|---|---|
| Doc. Number | 1413074547 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/11/2025 | Posting Date | 04/11/2025 | Period | 01 |
| Calculate Tax | | | |
| Ref.Doc. | CK20250411004793 | | |
| Doc. Currency | USD | | |
| Doc. Hdr Text | 0031816300004 | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12196 | UNID CASH - CARROLL | | 8210 | | | | 53,974,714.90 | 53,974,714.90 | 0031816300004 | CK20250411004 |
| 2 | 8000 | 15 | 04/11/2025 | 602735 | RITE AID 777 | | | | | | 53,974,714.90- | 53,974,714.90- | 0031816300004 | CK20250411004 |

Regards,
Ritesh

**From:** Dev, Karan <Karan.Dev@McKesson.com>
**Sent:** Friday, April 11, 2025 2:21 AM
**To:** Panwar, Sandeep Kumar <Sandeep.Kumar.Panwar@McKesson.com>; Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>

**Subject: RE: RITE AID 04/10/2025**

Hi All,

As per the attached request the payment for Rite Aid dated 04/10/2025 has been booked manually through Sap Doc# 1413071054 / CC 8000.

Please reverse the 16" Document Number which will be generated in SAP tomorrow morning so that there are no duplicates for the payment.

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413071054 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/10/2025 | Posting Date | 04/10/2025 | Period | 01 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CX20250410004763 | | | | |
| Doc. Currency | USD | | | | |

| Itm | PK | Account | CoCd | Account short text | Profit Ctr | BusA | Cost Ctr | Assignment | Clrng doc. | Amount | Crcy | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 10110 | 8000 | WIRES - R OF A | 8210 | | | 602735 | | 44,858,917.82 | USD | RITE AID HDQTRS |
| 2 | 15 | 602735 | 8000 | RITE AID 777 | | | | 602735 | | 44,858,917.82- | USD | RITE AID HDQTRS |

Thanks & Regards,
Karan Dev

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.mckesson.com

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Tuesday, April 8, 2025 11:31 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/07/2025

Hi All,

We have received ACH of $ 225,799.55 and WIRE of $ 52,056,651.53 on 04/07/2025

Total of the Remit is $ 52,282,451.08(including # 7559372534) , and total of ACH and WIRE is $ 52,282,451.08 (what we have received)

There is no overpayment. It has been applied at net.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Tuesday, April 8, 2025 5:32 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/07/2025

Hi All,

The payment has been posted through SAP doc#1413062254 / CC8000

| Doc.Type : DZ ( Customer payment ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 1413062254 | Company Code | 8000 | Fiscal Year | 2026 |
| Doc. Date | 04/07/2025 | Posting Date | 04/07/2025 | Period | 01 |
| Calculate Tax | ☐ | | | | |
| Ref.Doc. | CX20250407005749 | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | 0031785500005 | | | | |

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNIO CASH - CARROLL | | 8210 | | | | 52,056,651.53 | 52,056,651.53 | 0031785500005 |
| 2 | 8000 | 15 | 04/07/2025 | 602735 | RITE AID 777 | | | | | | 52,056,651.53- | 52,056,651.53- | 0031785500005 |

Regards,
Ritesh

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Monday, April 7, 2025 9:53 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/04/2025

Hi All,

We have received ACH of $ 568,007.56 and WIRE of $ 53,958,949.81 on 04/04/2025

Total of the Remit is $ 54,529,628.65 (excluding # 7555888867 which was already cleared in offset)  and total of ACH and WIRE is $ 54,526,957.37 (what we have received)

There is short payment of $ 2,671.28, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Monday, April 7, 2025 6:01 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fielos, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/04/2025

Hi All,

The payment has been posted through SAP doc#1413060221 / CC8000

```
Doc.Type  DZ ( Customer payment ) Normal document
Doc. Number    1413060221    Company Code    8000     Fiscal Year    2026
Doc. Date      04/04/2025    Posting Date    04/04/2025  Period        01
Calculate Tax
Ref.Doc.       CK20250404004344
Doc. Currency  USD
Doc. Hdr Text  0031771100008
```

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNTD CASH - CARROLL | | 8210 | | | | 53,958,940.81 | 53,958,940.81 | 0031771100008 |
| 2 | 8000 | 15 | 04/04/2025 | 602735 | RITE AID 777 | | | | | | 53,958,940.81- | 53,958,940.81- | 0031771100008 |

Regards,
Ritesh

**From:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>
**Sent:** Friday, April 4, 2025 7:54 PM
**To:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/03/2025

Hi All,

We have received ACH of $ 628,305.71 and WIRE of $ 42,861,017.55 on 04/03/2025

Total of the Remit is $ 45,162,141.80.  and total of ACH and WIRE is $43,489,323.26  (what we have received)

There is short payment of $  1,672,818.54, for which we have created a debit residual on #601132.

Regards,
Sandeep Kumar Tanwar

**From:** Sharma, Ritesh <Ritesh.Sharma@McKesson.com>
**Sent:** Friday, April 4, 2025 4:38 PM
**To:** Panwar, Sandeep Kumar <SandeepKumar.Panwar@McKesson.com>; Dev, Karan <Karan.Dev@McKesson.com>; Singh, Ganesh <Ganesh.Singh@McKesson.com>; Voss, Daniela <Daniela.Voss@McKesson.com>; Evans, Kimberly <Kimberly.Evans@McKesson.com>; Lira, Esmeralda <Esmeralda.Lira@McKesson.com>; Sharma, Dhananjay <Dhananjay.Sharma@McKesson.com>
**Cc:** Fernando, Dihan <Dihan.Fernando@McKesson.com>; Fields, Jimica <Jimica.Fields@McKesson.com>; Tyagi, Kapil <Kapil.Tyagi@McKesson.com>; McCray, Abigail <Abby.McCray@McKesson.com>; Kalra, Amit <Amit.Kalra@McKesson.com>; Ellis, Stephen <Stephen.Ellis@McKesson.com>; Negi, Shivam <Shivam.Negi@McKesson.com>
**Subject:** RE: RITE AID 04/03/2025

Hi All,

The payment has been posted through SAP doc#1413058644 / CC8000

```
Doc.Type  DZ ( Customer payment ) Normal document
Doc. Number    1413058644    Company Code    8000     Fiscal Year    2026
Doc. Date      04/03/2025    Posting Date    04/03/2025  Period        01
Calculate Tax
Ref.Doc.       CK20250403004681
Doc. Currency  USD
Doc. Hdr Text  0031763300004
```

| Itm | CoCd | PK | Net due dt | Account | Account short text | Cost Ctr | Profit Ctr | Tx | Clrng doc. | Clearing | Amount | LC2 amount | Assignment | Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8000 | 40 | | 12106 | UNTD CASH - CARROLL | | 8210 | | | | 42,861,017.55 | 42,861,017.55 | 0031763300004 | CK20250403004 |
| 2 | 8000 | 15 | 04/03/2025 | 602735 | RITE AID 777 | | | | | | 42,861,017.55- | 42,861,017.55- | 0031763300004 | CK20250403004 |

Regards,
Ritesh

# McKesson

# EXHIBIT 45

# (MCK_0000799)

| From: | Steven K Bixler <sbixler@riteaid.com> |
|---|---|
| To: | Bowers, Justin <Justin.Bowers@McKesson.com>; Owen P McMahon <omcmahon@riteaid.com>; Christin Bassett <Christin.Bassett@riteaid.com> |
| Subject: | [EXTERNAL] RE: Letter From McKesson |
| Sent: | 2025/05/01 13:22:20 (UTC +00:00) |

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Justin –

I appreciate the collaboration. I have confirmed that we at Rite Aid agree with what is outlined below. If you can have your legal team draft the required documents I would appreciate it.

Thanks,
Steve

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Wednesday, April 30, 2025 7:45 PM
**To:** Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com>; Christin Bassett <Christin.Bassett@riteaid.com>
**Subject:** RE: Letter From McKesson

Steve –

Thank you for your note below in response to McKesson's letter dated April 23, 2025 (the "Letter"). McKesson set the new trade cap as it did pursuant to its rights under the Supply Agreement because it bargained for the right to protect itself from further, ongoing credit risks as outlined in the Letter. Based on the updates provided to us thus far, McKesson is willing to consider adjusting the Payment Terms to 7 days rather than the 6 days required by the Letter and to delay the effectiveness of such adjusted 7-day Payment Terms until May 12, 2025. However, McKesson requires that the Accounts Receivable Cap be reduced to $200 million effective on May 1, 2025, rather than $175 million as set forth in the Letter, but with additional incremental $5 million reductions of such Accounts Receivable Cap on each day thereafter (i.e., $195 million on May 2, 2025, $190 million on May 3, 2025, etc.).

Please confirm RAD's agreement to the foregoing as soon as possible, and we will have our legal team draft up an appropriate written document memorializing the same. However, please note that the offer in this email shall not alter the notice period triggered by and set forth in the Letter, and absent the written agreement by McKesson to the contrary I just mentioned, the changes to Payment Terms and credit availability set forth in the Letter shall take effect on May 1, 2025. McKesson is continuing to review and assess the situation and reserves all rights and remedies and waives none.

Justin Bowers

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Steven K Bixler <sbixler@riteaid.com>
**Sent:** Monday, April 28, 2025 9:58 AM
**To:** Bowers, Justin <Justin.Bowers@McKesson.com>; Owen P McMahon <omcmahon@riteaid.com>; Christin Bassett <Christin.Bassett@riteaid.com>
**Subject:** [EXTERNAL] RE: Letter From McKesson

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Justin –

We at Rite Aid have reviewed the letter and notice of change of payment terms and credit availability dated April 23rd, 2025. While we are disappointed that the decision was made to accelerate terms and reduce credit availability, we also acknowledge the pressure that our business and the corresponding results have been under in recent months. With that said, a reduction in credit availability at this point only serves to increase that pressure. We have done analysis to evaluate the steps necessary to meet the credit limit along with the accelerated payment terms noticed in the letter. As a result, we began executing on steps to reduce overall inventory purchasing volumes on April 24th, and intend to continue to execute on reductions to move toward the revised volume limit. As you can appreciate, these changes take time to fully implement and a full ordering cycle to achieve their maximum impact. With that in mind, we request that payment terms be adjusted to 7 days from invoice date and allowing until May 12th, 2025 for the changes to become effective.

Steve Bixler

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Wednesday, April 23, 2025 6:04 PM
**To:** Owen P McMahon <omcmahon@riteaid.com>; Christin Bassett <Christin.Bassett@riteaid.com>; Steven K Bixler <sbixler@riteaid.com>

**Subject:** Letter From McKesson

Please see attached letter.

Justin

**Justin Bowers**
SVP | GM, Financial Services & Solutions | m:214.336.1796
**McKesson** www.McKesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

CONFIDENTIAL

# McKesson

# EXHIBIT 69

## (Bowers Declaration Ex. 5)

| | |
|---|---|
| **From:** | Steven K Bixler |
| **To:** | Bowers, Justin; Owen P McMahon |
| **Subject:** | [EXTERNAL] RE: Rite Aid payment: 5/2/25 |
| **Date:** | Monday, May 5, 2025 12:09:27 PM |

---

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

---

Justin –

Appreciate your note.  The pause in order processing is likely to cause operational and patient disruption and we want to try to minimize that impact going forward.  We anticipate making a wire payment in the amount of $49.7M today, which I believe will put our outstanding balance at approximately $138M.  Are you able to confirm that you will fulfill and ship orders up to the cap amount of $180M based upon receipt of that wire payment?

Steve

---

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Sunday, May 4, 2025 7:54 PM
**To:** Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com>
**Subject:** RE: Rite Aid payment: 5/2/25

Steve and Owen,

I wanted to inform you that as of this evening, McKesson is holding all new incoming orders because Rite Aid has exceeded today's cap of $185M. So far, Rite Aid's orders have amounted to a little over $21M, and we are anticipating more orders from the West Coast.

We will not be able to process any further orders until Rite Aid makes the necessary payment.

Justin Bowers

---

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Friday, May 2, 2025 4:59 PM
**To:** Steven K Bixler <sbixler@riteaid.com>; Owen P McMahon <omcmahon@riteaid.com> **Subject:** Rite Aid payment: 5/2/25

Steve and Owen,

I have attached the letter to document the agreement we agreed to by email to update the A/R cap and the payment terms.

As of today, Friday at 6PM ET, Rite Aid's A/R balance sits at $164.83 million with $3 million in placed

orders, on a cap of $195 million. As communicated previously the cap decreases every day by $5 million therefore the expectation is Rite Aid remains under the cap throughout the weekend and always going forward.

Ops will be monitoring the orders placed over the weekend, and will pause any orders placed that would put Rite Aid over the cap.

If there are additional wires coming in, that could free up some more space.

Justin Bowers

---

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

# McKesson

# EXHIBIT 70

(Bowers Declaration Ex. 6)



Individual Incoming INTERNAL Money TRF (191)

•••

49,674,910.00

Text

WIRE TYPE:BOOK IN DATE:050525 TIME:1511 ET

TRN:      SNDR REF:

SERVICE REF:

RELATED REF:

ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 Hunter Lane

Camp Hill 17011 US ID:    2257

ORG BK: ID:

INS BK:CASHPRO-ONLINE ID:CPOP

SND BK: ID:

BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER

6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402

ID:

BNF BK: ID:

PAYMENT DETAILS:

# McKesson
# EXHIBIT 73
# (RAD-MCK_00005915)

Message

---

**From:**        Behrens, Richard [rbehrens@alvarezandmarsal.com]
**Sent:**        4/23/2025 10:56:39 PM
**To:**          BRG RAD Team [BRGRADteam@thinkbrg.com]
**CC:**          Liebman, Marc [Marc.Liebman@alvarezandmarsal.com]; Bain, Jonathan [jbain@alvarezandmarsal.com]; Dailey,
                 Chuck [cdailey@alvarezandmarsal.com]
**Subject:**     FW: Letter From McKesson
**Attachments:** McKesson letter to Rite Aid - 04.23.2025.pdf

See attached.  Mck term change attached.  Our read is the 6 days is less concerning with a 5/4 or 5/7 filing, but
the 175M cap is an issue.

---

**From:** Bowers, Justin <Justin.Bowers@McKesson.com>
**Sent:** Wednesday, April 23, 2025 6:04 PM
**To:** Owen P McMahon <omcmahon@riteaid.com>; Christin Bassett <Christin.Bassett@riteaid.com>; Steven K Bixler
<sbixler@riteaid.com>
**Subject:** Letter From McKesson

Please see attached letter.


Justin


**Justin Bowers**
SVP | GM, Financial Services & Solutions | *m* 214.336.1798
**McKesson** | www.McKesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to
which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any
dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and
delete this e-mail and all attachments immediately.

# McKesson

# EXHIBIT 76

(Bank Statements)

**Previous 8000**

**BANK OF AMERICA** 🏦

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 09/30/2024 07:06:55 CDT

**As of: 09/27/2024**

Bank of America, Northern California |   PII

  PII   | CGSF FUNDING CORP | USD | As of: 09/27/2024

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 97,178,683.25 | | | | |
| Total ACH Credits (140) | 2,820,485.57 | | | | |
| Total Incoming Money Trnsfr CR (190) | 94,358,197.68 | | | | |
| Total Debits (400) | 97,178,683.25 | | | | |
| Total ZBA Debits (570) | 97,178,683.25 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |

Page 1

HIGHLY CONFIDENTIAL

REDACTED

| Preauthorized ACH Credit (165) | 14,780.97 | 14,780.97 | 0.00 | 0.00 | 70012927195 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001330603<br>INDN:MCK FE OTC CO ID:4232308342 CCD |
|---|---|

REDACTED

| Individual Incoming INTERNAL Money TRF (191) | 53,853,321.47 | 53,853,321.47 | 0.00 | 0.00 | 00370438166 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:092724 TIME:1552 ET<br>TRN:2024092700438166 SNDR REF:249R825439JF3874<br>SERVICE REF:<br>RELATED REF:<br>ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE<br>CAMP HILL 17011 US PA ID:1291142257<br>ORG BK: ID:<br>INS BK:CASHPRO-ONLINE ID:CPOP<br>SND BK: ID:<br>BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER<br>6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402<br>ID:001233833656<br>BNF BK: ID:<br>PAYMENT DETAILS: |
|---|---|

HIGHLY CONFIDENTIAL

MCK_0002698

**Current Day 8000**

**BANK OF AMERICA** 🇺🇸

**Company:** McKesson Corporation
**Requestor:** SAHIL BHATT
**Run Date:** 10/21/2024 15:49:06 CDT

**As of: 10/21/2024**

Bank of America, Northern California | [PII]
[PII] | CGSF FUNDING CORP | USD | As of: 10/21/2024

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 360,957.29 | 2,580.13 | 358,377.16 | 0.00 | 00050319829 | 0848442000 |
| Lockbox Deposit Credit (115) | 294,698.75 | 6,246.99 | 288,451.76 | 0.00 | 00050735292 | 0848442000 |
| Lockbox Deposit Credit (115) | 74,497.50 | 0.00 | 74,497.50 | 0.00 | 00051919125 | 0848442000 |
| Lockbox Deposit Credit (115) | 58,362.43 | 0.00 | 58,362.43 | 0.00 | 00051532991 | 0848442000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref |
|---|---|---|---|
| ZBA Debit Transfer ( | 655,656.04 | 00722006579 | 0000000000 |
| Text   TRSF TO | | | |
| ZBA Debit Transfer ( | 74,497.50 | 00722001863 | 0000000000 |
| Text   TRSF TO   PII | | | |
| ZBA Debit Transfer ( | 58,362.43 | 00722001368 | 0000000000 |
| Text   TRSF TO | | | |

1233403137 | CGSF [PII] SD | As of: 10/21/2024

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 280,298.63 | 0.00 | 280,298.63 | 0.00 | 00052415030 | 0012748000 |
| Lockbox Deposit Credit (115) | 184,690.18 | 0.00 | 184,690.18 | 0.00 | 00052637758 | 0012748000 |
| Lockbox Deposit Credit (115) | 69,785.83 | 0.00 | 69,785.83 | 0.00 | 00052213147 | 0012748000 |
| Lockbox Deposit Credit (115) | 23,652.81 | 0.00 | 23,652.81 | 0.00 | 00052816039 | 0012748000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref |
|---|---|---|---|
| ZBA Debit Transfer ( | 534,774.64 | 00722006701 | 0000000000 |
| Text   TRSF TO   PII | | | |
| ZBA Debit Transfer ( | 23,652.81 | 00722001664 | 0000000000 |
| Text   TRSF TO | | | |

1233403151 | CGSF FUNDING CORP | USD | As of: 10/21/2024

HIGHLY CONFIDENTIAL

MCK_0003629

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 193,492.99 | 0.00 | 193,492.99 | 0.00 | 00054904854 | 0057256000 |
| Lockbox Deposit Credit (115) | 15,287.94 | 0.00 | 15,287.94 | 0.00 | 00054705363 | 0057256000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref | |
|---|---|---|---|---|
| ZBA Debit Transfer (577) | 193,492.99 | 00722000818 | 0000000000 | |
| Text  TRSF TO | | | | |
| ZBA Debit Transfer | 15,287.94 | 00722006703 | 0000000000 | |
| Text  TRSF TO | | | | |

PII

1233403156 | CGSF FUNDING CORP | USD | As of: 10/21/2024

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 525,697.82 | 62,034.61 | 463,663.21 | 0.00 | 00096223156 | 0409521000 |
| Lockbox Deposit Credit (115) | 195,072.23 | 0.00 | 195,072.23 | 0.00 | 00097015172 | 0409521000 |
| Lockbox Deposit Credit (115) | 188,661.06 | 6,905.36 | 181,755.70 | 0.00 | 00096622905 | 0409521000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref | |
|---|---|---|---|---|
| ZBA Debit Transfer (577) | 909,431.11 | 00722006705 | 0000000000 | |
| Text  TRSF TO  PII | | | | |

1233833656 | CGSF FUNDING CORP | USD | As of: 10/21/2024

PII

PII

| Preauthorized ACH Credit (165) | 8,191.12 | | 92022414674 | 0000000000 |
|---|---|---|---|---|
| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001333103 INDN:MCK FE OTC CO ID:4232308342 CCD | | | |

PII

Page 3

HIGHLY CONFIDENTIAL

MCK_0003631

PII

| Individual Incoming INTERNAL Money TRF (191) | 53,734,427.91 | 53,734,427.91 | 0.00 | 0.00 | 241021450276 | 1021450276 |
|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:102124 TIME:1533 ET<br>TRN:2024102100450276 SNDR REF:24AL72932A6T2487<br>SERVICE REF:<br>RELATED REF:<br>ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE<br>CAMP HILL 17011 US PA ID:1291142257<br>ORG BK: ID:<br>INS BK:CASHPRO-ONLINE ID:CPOP<br>SND BK: ID:<br>BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER<br>8555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402<br>ID:001233833656<br>BNF BK: ID:<br>PAYMENT DETAILS: |
|---|---|

PII

HIGHLY CONFIDENTIAL

MCK_0003632

## Current 8000

**BANK OF AMERICA** 🇺🇸

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 11/12/2024 14:52:44 CST

**As of: 11/12/2024**

Bank of America, Northern California | ☐ PII
☐ PII ☐ | CGSF FUNDING CORP | USD | As of: 11/12/2024

**Summary Balances**

| Transaction | Amount | |
|---|---:|---|
| Opening Ledger Balance (010) | 0.00 | |
| Current Ledger Balance (030) | 2,000.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| Current Available Balance (060) | 2,000.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---:|---|---|---|---|
| Total Credits (100) | 117,938,317.70 | | | | |
| Total ACH Credits (140) | 919,611.24 | | | | |
| Total Incoming Money Trnsfr CR (190) | 117,018,706.46 | | | | |
| Total Debits (400) | 117,936,317.70 | | | | |
| Total ZBA Debits (570) | 117,936,317.70 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|

REDACTED

Page 1

REDACTED

**Preauthorized ACH Credit (165)**          6,535.97                                        13019635509          0000000000

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001336466 INDN:MCK FE OTC CO ID:4232308342 CCD |
|------|-----------------------------------------------------------------------------------|

REDACTED

HIGHLY CONFIDENTIAL

MCK_0004891

REDACTED

| Individual Incoming INTERNAL Money TRF (191) | 51,633,741.56 | 51,633,741.56 | 0.00 | 0.00 | 241112728376 | 1112728376 |
|---|---|---|---|---|---|---|

**Text**

WIRE TYPE:BOOK IN DATE:111224 TIME:1252 ET
TRN:2024111200728376 SNDR REF:24BC74556I2Q2F82
SERVICE REF:
RELATED REF:
ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE
CAMP HILL 17011 US PA ID:1291142257
ORG BK: ID:
INS BK:CASHPRO-ONLINE ID:CPOP
SND BK: ID:
BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER
8555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402
ID:001233833656
BNF BK: ID:
PAYMENT DETAILS:

REDACTED

HIGHLY CONFIDENTIAL                MCK_0004892

**Previous 8000**

**BANK OF AMERICA** 🇺🇸

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 12/16/2024 07:10:16 CST

**As of: 12/13/2024**

Bank of America, Northern California | [PII]

[PII] | CGSF FUNDING CORP | USD | As of: 12/13/2024

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 115,023,462.06 | | | | |
| Total ACH Credits (140) | 3,086,554.65 | | | | |
| Total Incoming Money Trnsfr CR (190) | 111,936,907.41 | | | | |
| Total Debits (400) | 115,023,462.06 | | | | |
| Total ZBA Debits (570) | 115,023,462.06 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|

REDACTED

Page 1

MCK_0006468

REDACTED

| Preauthorized ACH Credit (165) | 9,146.08 | 9,146.08 | 0.00 | 0.00 | 47020981313 | 0000000000 |

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001339469 INDN:MCK FE OTC CO ID:4232308342 CCD |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0006469

REDACTED

| Individual Incoming **INTERNAL** Money TRF (191) | | 53,334,115.66 | 53,334,115.66 | 0.00 | 0.00 | 00370457292 | 0000000000 |
|---|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:121324 TIME:1537 ET |
|---|---|
| | TRN:2024121300457292 SNDR REF:24CD73531PGY2J28 |
| | SERVICE REF: |
| | RELATED REF: |
| | ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE |
| | CAMP HILL 17011 US PA ID:1291142257 |
| | ORG BK: ID: |
| | INS BK:CASHPRO-ONLINE ID:CPOP |
| | SND BK: ID: |
| | BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER |
| | 6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 |
| | ID:001233833656 |
| | BNF BK: ID: |
| | PAYMENT DETAILS: |

REDACTED

HIGHLY CONFIDENTIAL                                                                                                    MCK_0006470

**Current Day 8000**

**BANK OF AMERICA** 🇺🇸

**Company:** McKesson Corporation
**Requestor:** SAHIL BHATT
**Run Date:** 01/23/2025 15:32:20 CST

**As of: 01/23/2025**

Bank of America, Northern California | PII
PII | CGSF FUNDING CORP | USD | As of: 01/23/2025

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 780,359.89 | 0.00 | 780,359.89 | 0.00 | 00051511305 | 0848442000 |
| Lockbox Deposit Credit (115) | 257,592.13 | 0.00 | 257,592.13 | 0.00 | 00050502645 | 0848442000 |
| Lockbox Deposit Credit (115) | 106,024.87 | 26,167.60 | 79,857.27 | 0.00 | 00051118514 | 0848442000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref | |
|---|---|---|---|---|
| PII | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 187,257.78 | 0.00 | 187,257.78 | 0.00 | 00052207012 | 0012748000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref | |
|---|---|---|---|---|
| PII | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 10,383.37 | 0.00 | 10,383.37 | 0.00 | 00054301424 | 0057256000 |

**Detail Debits**

| Transaction | Amount | Bank Ref | Cust Ref | |
|---|---|---|---|---|
| PII | | | | |

HIGHLY CONFIDENTIAL

MCK_0008099

1233403156 | CGSF FUNDING CORP | USD | As of: 01/23/2025

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| Lockbox Deposit Credit (115) | 4,019.00 | 0.00 | 4,019.00 | 0.00 | 00096406833 | 0409521000 |
| Lockbox Deposit Credit (115) | 2,585.33 | 2,585.33 | 0.00 | 0.00 | 00096202434 | 0409521000 |

**Detail Debits**

PII

1233833656 | CGSF FUNDING CORP | USD | As of: 01/23/2025

REDACTED

Page 2

HIGHLY CONFIDENTIAL

MCK_0008100



REDACTED

HIGHLY CONFIDENTIAL



REDACTED

HIGHLY CONFIDENTIAL

MCK_0008102

REDACTED

| Individual Incoming INTERNAL Money TRF (191) | | 32,120,045.27 | 32,120,045.27 | 0.00 | 0.00 | 250123476878 | 0123476878 |
|---|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:012325 TIME:1533 ET |
|---|---|
| | TRN:2025012300476878 SNDR REF:251N747231K73323 |
| | SERVICE REF: |
| | RELATED REF: |
| | ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE |
| | CAMP HILL 17011 US PA ID:1291142257 |
| | ORG BK: ID: |
| | INS BK:CASHPRO-ONLINE ID:CPOP |
| | SND BK: ID: |
| | BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER |
| | 8555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 |
| | ID:001233833656 |
| | BNF BK: ID: |
| | PAYMENT DETAILS. |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0008103

**Previous 8000**

BANK OF AMERICA

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 02/03/2025 07:12:51 CST

**As of: 01/31/2025**

Bank of America, Northern California | ⬜ PII

⬜ PII   CGSF FUNDING CORP | USD | As of: 01/31/2025

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 98,018,991.39 | | | | |
| Total ACH Credits (140) | 2,762,976.20 | | | | |
| Total Incoming Money Trnsfr CR (190) | 95,256,015.19 | | | | |
| Total Debits (400) | 98,018,991.39 | | | | |
| Total ZBA Debits (570) | 98,018,991.39 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |

HIGHLY CONFIDENTIAL

MCK_0008690

REDACTED

| Preauthorized ACH Credit (165) | 63,782.76 | 63,782.76 | 0.00 | 0.00 | 30014764140 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001342222<br>INDN:MCK FE OTC CO ID:4232308342 CCD |
|---|---|

REDACTED

HIGHLY CONFIDENTIAL

MCK_0008691



REDACTED

HIGHLY CONFIDENTIAL

REDACTED

| Individual Incoming INTERNAL Money TRF (191) | 49,745,105.96 | 49,745,105.96 | 0.00 | 0.00 | 00370527996 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:013125 TIME:1659 ET<br>TRN:2025013100527996 SNDR REF:251VC1333Q752U79<br>SERVICE REF:<br>RELATED REF:<br>ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE<br>CAMP HILL 17011 US PA ID:1291142257<br>ORG BK: ID:<br>INS BK:CASHPRO-ONLINE ID:CPOP<br>SND BK: ID:<br>BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER<br>6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402<br>ID:001233833656<br>BNF BK: ID:<br>PAYMENT DETAILS: |
|---|---|

REDACTED

Page 4

**Previous 8000**

**BANK OF AMERICA** 🦅

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 02/24/2025 07:36:57 CST

**As of: 02/21/2025**

Bank of America, Northern California | [ PII ]
[ PII ] | CGSF FUNDING CORP | USD | As of: 02/21/2025

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 115,473,746.56 | | | | |
| Total ACH Credits (140) | 8,176,549.39 | | | | |
| Total Incoming Money Trnsfr CR (190) | 107,297,197.17 | | | | |
| Total Debits (400) | 115,473,746.56 | | | | |
| Total ZBA Debits (570) | 115,473,746.56 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |

HIGHLY CONFIDENTIAL

MCK_0009703

REDACTED

| Preauthorized ACH Credit (165) | 9,814.83 | 9,814.83 | 0.00 | 0.00 | 51021211648 | 0000000000 |

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001344118 INDN:MCK FE OTC CO ID:4232308342 CCD |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0009704

REDACTED

HIGHLY CONFIDENTIAL

| **Individual Incoming INTERNAL Money TRF (191)** | 54,217,694.02 | 54,217,694.02 | 0.00 | 0.00 | 00370400235 | 0000000000 |

| Text | WIRE TYPE:BOOK IN DATE:022125 TIME:1652 ET |
| --- | --- |
| | TRN:2025022100400235 SNDR REF:252L823518872104 |
| | SERVICE REF: |
| | RELATED REF: |
| | ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 HUNTER LANE |
| | CAMP HILL 17011 US PA ID:1291142257 |
| | ORG BK: ID: |
| | INS BK:CASHPRO-ONLINE ID:CPOP |
| | SND BK: ID: |
| | BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER |
| | 6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 |
| | ID:001233833656 |
| | BNF BK: ID: |
| | PAYMENT DETAILS: |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0009706

**Previous 8000**

**BANK OF AMERICA** 🏦

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 03/28/2025 07:20:33 CDT

**As of: 03/27/2025**

Bank of America, Northern California | [ PII ]
[ PII ] CGSF FUNDING CORP | USD | As of: 03/27/2025

**Summary Balances**

| Transaction | Amount | |
|---|---:|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---:|---|---|---|---|
| Total Credits (100) | 48,931,366.27 | | | | |
| Total ACH Credits (140) | 480,466.03 | | | | |
| Total Incoming Money Trnsfr CR (190) | 48,450,900.24 | | | | |
| Total Debits (400) | 48,931,366.27 | | | | |
| Total ZBA Debits (570) | 48,931,366.27 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|

REDACTED

Page 1

REDACTED

| Preauthorized ACH Credit (165) | 6,194.96 | 6,194.96 | 0.00 | 0.00 | 85025099656 | 0000000000 |

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001346599 |
| | INDN:MCK FE OTC CO ID:4232308342 CCD |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0011408

REDACTED

| **Individual Incoming INTERNAL Money TRF (191)** | 33,873,181.55 | 33,873,181.55 | 0.00 | 0.00 | 00370412246 | 0000000000 |

| Text | WIRE TYPE:BOOK IN DATE:032725 TIME:1542 ET |
|------|-------------------------------------------|
|      | TRN:2025032700412246 SNDR REF:T0P3FKIF2ETNBIH1 |
|      | SERVICE REF: |
|      | RELATED REF: |
|      | ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 Hunter Lane |
|      | Camp Hill 17011 US ID:1291142257 |
|      | ORG BK: ID: |
|      | INS BK:CASHPRO-ONLINE ID:CPOP |
|      | SND BK: ID: |
|      | BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER |
|      | 6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 |
|      | ID:001233833656 |
|      | BNF BK: ID: |
|      | PAYMENT DETAILS: |

REDACTED

Page 3

HIGHLY CONFIDENTIAL

MCK_0011409

**Previous 8000**

**BANK OF AMERICA** 🦅

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 04/25/2025 07:05:04 CDT

**As of: 04/24/2025**

Bank of America, Northern California | [ PII ]
[ PII ] CGSF FUNDING CORP | USD | As of: 04/24/2025

**Summary Balances**

| Transaction | Amount | |
|---|---:|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---:|---|---|---|---|
| Total Credits (100) | 82,903,154.02 | | | | |
| Total ACH Credits (140) | 378,222.56 | | | | |
| Total Incoming Money Trnsfr CR (190) | 82,524,931.46 | | | | |
| Total Debits (400) | 82,903,154.02 | | | | |
| Total ZBA Debits (570) | 82,903,154.02 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|

REDACTED

Page 1

MCK_0012661

REDACTED

| Preauthorized ACH Credit (165) | 6,704.51 | 6,704.51 | 0.00 | 0.00 | 13015404317 | 0000000000 |

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001348035 INDN:MCK FE OTC CO ID:4232308342 CCD |

REDACTED

Page 2

HIGHLY CONFIDENTIAL

| Individual Incoming INTERNAL Money TRF (191) | 45,576,708.28 | 45,576,708.28 | 0.00 | 0.00 | 00370561067 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:042425 TIME:1533 ET |
|---|---|
| | TRN:2025042400561067 SNDR REF:T0P4JKUQE3HQACD1 |
| | SERVICE REF: |
| | RELATED REF: |
| | ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 Hunter Lane |
| | Camp Hill 17011 US ID:1291142257 |
| | ORG BK: ID: |
| | INS BK:CASHPRO-ONLINE ID:CPOP |
| | SND BK: ID: |
| | BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER |
| | 6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 |
| | ID:001233833656 |
| | BNF BK: ID: |
| | PAYMENT DETAILS: |

REDACTED

HIGHLY CONFIDENTIAL

MCK_0012663

**Previous 8000**                                      **BANK OF AMERICA** 🏦

**Company:** McKesson Corporation
**Requestor:** Ritesh Sharma
**Run Date:** 04/29/2025 07:45:47 CDT

**As of: 04/28/2025**

Bank of America, Northern California |    PII

[   PII   ] CGSF FUNDING CORP | USD | As of: 04/28/2025

**Summary Balances**

| Transaction | Amount | |
|---|---|---|
| Opening Ledger Balance (010) | 0.00 | |
| Closing Ledger Balance (015) | 0.00 | |
| Average Closing Ledger MTD (020) | 0.00 | |
| Opening Avail Balance (040) | 0.00 | |
| Collected/Closing Avail Bal (045) | 0.00 | |
| Average Collected Balance MTD (050) | 0.00 | |
| Total Investment Position (057) | 0.00 | |
| 1 Day Float (072) | 0.00 | |
| Float Adjustment (073) | 0.00 | |
| 2 or More Days Float (074) | 0.00 | |
| 3 or More Days Float (075) | 0.00 | |
| 4 Day Float (079) | 0.00 | |
| 5 Day Float (080) | 0.00 | |
| 6 Day Float (081) | 0.00 | |

**Summary Totals**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Count |
|---|---|---|---|---|---|
| Total Credits (100) | 134,584,749.78 | | | | |
| Total ACH Credits (140) | 590,218.04 | | | | |
| Total Incoming Money Trnsfr CR (190) | 133,994,531.74 | | | | |
| Total Debits (400) | 134,584,749.78 | | | | |
| Total ZBA Debits (570) | 134,584,749.78 | | | | |

**Detail Credits**

| Transaction | Amount | 0 Day | 1 Day Float | 2+ Day Float | Bank Ref | Cust Ref |
|---|---|---|---|---|---|---|
| | | | | | | |

REDACTED

HIGHLY CONFIDENTIAL
MCK_0012888

REDACTED

| Preauthorized ACH Credit (165) | 7,835.81 | 7,835.81 | 0.00 | 0.00 | 15022827088 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | RITE AID HDQTRS. DES:EFT PYMT ID:0001348078 INDN:MCK FE OTC CO ID:4232308342 CCD |
|---|---|

REDACTED

| Individual Incoming INTERNAL Money TRF (191) | 51,977,508.76 | 51,977,508.76 | 0.00 | 0.00 | 00370541251 | 0000000000 |
|---|---|---|---|---|---|---|

| Text | WIRE TYPE:BOOK IN DATE:042825 TIME:1358 ET TRN:2025042800541251 SNDR REF:T0P4PALVYMQGAJYY SERVICE REF: RELATED REF: ORIG:RITE AID HDQTRS CORP CONCENTRATION 30 Hunter Lane Camp Hill 17011 US ID:1291142257 ORG BK: ID: INS BK:CASHPRO-ONLINE ID:CPOP SND BK: ID: BNF:CGSF FUNDING LLC MCKESSON CORPORATION SOLE MEMBER 6555 NORTH STATE HIGHWAY # 161 IRVING TX 75039-2402 ID:001233833656 BNF BK: ID: PAYMENT DETAILS: |
|---|---|

HIGHLY CONFIDENTIAL

MCK_0012889