**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:  (212) 682-7474
Fax:  (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:  (312) 832-4500
Fax:  (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. **Name(s) of appellant(s):**  CVS Pharmacy, Inc.

2. **Position of appellant in the bankruptcy case that is the subject of this appeal:** Appellant is the buyer counterparty to asset purchase agreements with the Debtors and a party in interest and objector with respect to the *Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements* [Docket No. 1322].

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025]. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003, hereby gives notice of appeal to the United States District Court for the District of New Jersey from each and every part of the *Order Granting, in Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance By CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement* [Docket No. 1800] entered by the United States Bankruptcy Court for the District of New Jersey and annexed hereto as Exhibit A.

2. **State the date on which the judgment, order, or decree was entered:** August 5, 2025

**Part 3: Identify the other parties to the appeal**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):**

| Party: | Attorney: |
|---|---|
| The above-captioned debtors and debtors-in-possession | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (*admitted pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>**PAUL, WEISS, RIFICEND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (*admitted pro hac vice*)<br>Alice Belisle Eaton (*admitted pro hac vice*)<br>Christopher Hopkins (*admitted pro hac vice*)<br>Sean A. Mitchell (*admitted pro hac vice*)<br>Alison R. Benedon<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com |

        smitchell@paulweiss.com
        abenedon@paulweiss.com

*Counsel for Debtors*

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Sign below**

DATED: August 19, 2025        Respectfully submitted,

*/s/ Anne B. Sekel*
**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-and-

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*