**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:   (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>                                              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

**ELECTION TO APPEAL**

**PLEASE TAKE NOTICE** that CVS Pharmacy, Inc. ("Appellant"), through counsel, hereby elects to have heard by the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §158 and Rules 8002, 8003 and 8005 of the Federal Rules of Bankruptcy Procedure, the Notice of Appeal, filed by the Appellant on the docket as Docket No. 1947, from the *Order Granting, in Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel*

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

*Performance By CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement* [Docket No. 1800] entered by the United States Bankruptcy Court for the District of New Jersey on August 5, 2025.

DATED: August 19, 2025

Respectfully submitted,

*/s/ Anne B. Sekel*
**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:    (212) 687-2329
E-mail: ASekel@foley.com

-and-

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:    (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*