**MS&B** McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

_____

**Michele M. Dudas, Esq.**
Direct Dial:  973-721-5021
Email:  mdudas@msbnj.com

August 19, 2025

**Via ECF**
Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: **In re New Rite Aid, LLC,** *et al.*
    **Chapter 11 Case No. 25-14861 (MBK)**
    **Motion of McKesson Corporation for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief**
    **Hearing Date and Time: August 21, 2025, at 1:30 p.m.**

Dear Judge Kaplan:

  This firm serves as local counsel to McKesson Corporation and certain corporate affiliates (collectively, "McKesson").  In connection with McKesson's pending *Motion for Entry of an Order (A) Allowing Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting Related Relief* [ECF 655], the Sworn Witness Statement of James Justin Bowers ("Witness Statement") was docketed this date at ECF 1946.  Reference is herein made to the Witness & Exhibit List of McKesson Corporation [ECF 1906] (the "McKesson Exhibits").

  Paragraph 50 of the Witness Statement inadvertently references McKesson Exhibit 73.  This letter is to inform the Court and the Parties that the correct exhibit reference should be McKesson Exhibit 21 (Bates number MCK_0013299).

  We thank the Court for its consideration.

            Respectfully submitted,

            /s/ Michele M. Dudas

            Michele M. Dudas

cc: All Counsel (via ECF)