UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 25-14861
New Rite Aid, LLC :
: Chapter: 11
:
Debtor(s) : Adv. Pro. No.:
:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I __Wendy Quiles__, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On __August 19, 2025__ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated __August 5, 2025__ was filed.

A copy of the appeal was served on the following parties on __August 20, 2025__.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| New Rite Aid, LLC, Michael D. Sirota, Esq. attorney for debtor | 25 Main Street Hackensack, New Jersey 07601 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Andrew N. Rosenberg (admitted pro hac vice) Alice Belisle Eaton (admitted pro hac vice) Christopher Hopkins (admitted pro | 1285 Avenue of the Americas New York, New York 10019 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Anne B. Sekel, Esq. Counsel for CVS Pharmacy, Inc. | 321 N. Clark Street, Suite 3000 Chicago, IL 60654 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: August 20, 2025        By: __Wendy Quiles__
                                  Deputy Clerk

*rev. 1/13/17*