# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| New Rite Aid, LLC | Case Number: 25-14861 |
| | Civil Number: |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other   Election to Appeal to District Court

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on August 19, 2025. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | CVS Pharmacy, Inc. | Appellee(s): | New Rite Aid, LLC |
| Attorney: | Anne B. Sekel, Esq. | Attorney: | Michael D. Sirota, Esq. |
| Address: | 90 Park Avenue | Address: | 25 Main Street |
| | New York, NY 10016-1314 | | Hackensack, NJ 07601 |

Title of Order Appealed: [#1800] Order Granting, in Part, Debtors Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement

Date Entered On Docket: _____

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*