**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS

[Related Docket No. 341 and 783]

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("**Cole Schotz**") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Approving the Employment and Retention of Cole Schotz P.C. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 783].

Pursuant to its internal operating procedures, Cole Schotz revisits, and adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for those certain

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

professionals specified in the *Declaration of Michael D. Sirota, Esq.* attached as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 341].

| Name | Title | Hourly Rate as of Cole Schotz P.C. Retention Application | Hourly Rate, Effective September 1, 2025 |
|---|---|---|---|
| Michael D. Sirota | Member | $1,575.00 | $1,800.00 |
| Warren A. Usatine | Member | $1,250.00 | $1,375.00 |
| Felice R. Yudkin | Member | $940.00 | $1,150.00 |
| Seth Van Aalten | Member | $1,150.00 | $1,375.00 |
| David M. Bass | Member | $1,075.00 | $1,250.00 |
| Daniel J. Harris | Member | $850.00 | $950.00 |
| Jacob S. Frumkin | Member | $770.00 | $875.00 |
| Mark Tsukerman | Member | $770.00 | $875.00 |
| Andreas D. Milliaressis | Associate | $650.00 | $735.00 |
| Bryant P. Churbuck | Associate | $640.00 | $725.00 |
| Melissa M. Hartlipp | Associate | $430.00 | $485.00 |
| Danielle Delehanty | Paralegal | $400.00 | $420.00 |
| Frances Pisano | Paralegal | $400.00 | $420.00 |

The rate increases for other attorneys and paralegals who may be involved in representing the Debtors are as follows:

| Title | Hourly Rates Effective as of September 1, 2024 | Hourly Rates Effective as of September 1, 2025 |
|---|---|---|
| Members | $615.00 to $1,575.00 | $670.00 to $1,800.00 |
| Special Counsel | $625.00 to $840.00 | $700.00 to $950.00 |
| Associates | $380.00 to $695.00 | $400.00 to $765.00 |
| Paralegals | $315.00 to $460.00 | $330.00 to $485.00 |

The foregoing rates will be effective on September 1, 2025.

Dated:  August 20, 2025

/s/  *Michael D. Sirota,*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com
           svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*