| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> **BROWN NIMEROFF LLC** <br> A Pennsylvania Limited Liability Company <br> Jami B. Nimeroff, Esquire # 044171993 <br> 18 Kings Highway West <br> Haddonfield, NJ 08033 <br> Telephone: (267) 861-5330 <br> *Attorneys for Profectus Capital, LLC* |
| In re: <br><br> NEW RITE AID, LLC, *et al.,*[1] <br><br> Debtors. |

Case No. 25-14861 (MBK)

Chapter 11

(Jointly Administered)

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD, PROFECTUS CAPITAL, LLC, A CALIFORNIA LIMITIED LIABILITY COMPANY IN RESPONSE TO DEBTOR'S SEVENTEENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS <br> AND/OR UNEXPIRED LEASES**

Profectus Capital, LLC, a California limited liability company ("<u>Profectus</u>" or "<u>Landlord</u>"), by and through its undersigned counsel, hereby withdrawals its Limited Objection and Reservation of Rights to Debtors' *Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* filed on August 4, 2025 [DI 1778].

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: August 20, 2025

                                    **BROWN NIMEROFF LLC**
A Pennsylvania Limited Liability Company

/s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire # 044171993
18 Kings Highway West
Haddonfield, NJ 08033
Telephone: (267) 861-5330

*Attorneys for Profectus Capital, LLC*

Of Counsel:
Allan D. Sarver, Esquire
LAW OFFICES OF ALLAN D. SARVER
16000 Ventura Blvd., Suite 1000
Encino, CA, 91436
Tel: 818- 981-0581
Fax: 818- 981-0026
Email: ADS@asarverlaw.com

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **BROWN NIMEROFF LLC** <br> A Pennsylvania Limited Liability Company <br> Jami B. Nimeroff, Esquire # 044171993 <br> 18 Kings Highway West <br> Haddonfield, NJ 08033 <br> Telephone: (267) 861-5330 <br> *Attorneys for Profectus Capital, LLC* |

In re:

NEW RITE AID LLC, *et al.,*[1]

             Debtors.

Case No. 25-14861 (MBK)

Chapter 11

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on the 20th day of August, 2025 I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF System and to be served upon all parties requesting service therefrom. The document is available for viewing and downloading. I further certify that I caused a true and correct copy of the foregoing to be served upon the parties on the attached Service List via electronic mail.

Dated: August 20, 2025

                                                                                                 */s/ Jami B. Nimeroff*
                                                                                                        Jami B. Nimeroff

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**SERVICE LIST**

| Name and Address of Party Served | Relationship of Party to the Case |
|---|---|
| **UNITED STATES TRUSTEE FOR THE DISTRICT OF NEW JERSEY** <br> One Newark Center, Suite 2100 <br> Newark, NJ 07102 <br> Lauren Bielskie, Esq. <br> lauren.bielskie@usdoj.gov <br> Jeffrey M. Sponder, Esq. <br> jeffrey.m.sponder@usdoj.gov | United States Trustee for the District of New Jersey |
| **NEW RITE AID, LLC** <br> 200 Newberry Commons <br> Etters, Pennsylvania 17319 <br> David Kastin, Esq. <br> David.Kastin@riteaid.com | Debtor |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Andrew N. Rosenberg, Esq. <br> arosenberg@paulweiss.com <br> Alice Belisle Eaton, Esq. <br> aeaton@paulweiss.com <br> Christopher Hopkins, Esq. <br> chopkins@paulweiss.com <br> Nick Krislov, Esq. <br> nkrislov@paulweiss.com | Debtors' Co-Counsel |
| **COLE SCHOTZ, P.C.** <br> Court Plaza North <br> 25 Main Street <br> Hackensack, New Jersey 07601 <br> Michael D. Sirota, Esq. <br> msirota@coleschotz.com <br> Warren A. Usatine, Esq. <br> wusatine@coleschotz.com <br> Felice R. Yudkin, Esq. <br> FYudkin@coleschotz.com <br> Seth Van Aalten, Esq. <br> svanaalten@coleschotz.com | Debtors' Co-Counsel |

| Name and Address of Party Served | Relationship of Party to the Case |
|---|---|
| **CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>John F. Ventola, Esq.<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>jmarshall@choate.com<br>Mark D. Silva, Esq.<br>msilva@choate.com | Counsel to the Senior Credit Facility Agent and the DIP Agent |
| **GREENBERG TRAURIG, LLP**<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esq.<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esq.<br>julia.frostdavies@gtlaw.com | Counsel to the Senior Credit Facility Agent and the DIP Agent |
| **WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Brett H. Miller<br>bmiller@willkie.com<br>Todd M. Goren<br>tgoren@willkie.com<br>H. Burbage<br>jburbage@willkie.com<br>Jessica D. Graber<br>jgraber@willkie.com | Proposed Co-Counsel to the Committee |
| **SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Andrew S. Sherman<br>asherman@sillscummis.com<br>Boris Mankovetskiy<br>bmankovetskiy@sillscummis.com<br>Gregory Kopacz<br>gkopacz@sillscummis.com | Proposed Co-Counsel to the Committee |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Dennis M. Twomey, Esq.<br>dtwomey@sidley.com | Co-Counsel to McKesson |

| | |
|---|---|
| 350 South Grant Avenue<br>Los Angeles, CA 90071<br>Anna Gumport<br>agumport@sidley.com | |
| **BUCHALTER**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514,<br>Jeffrey K. Garfinkle, Esq.<br>jgarfinkle@buchalter.com | Co-Counsel to McKesson |

3