

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                    Debtors. [1] | Chapter 11<br>Case No.: 25-14861<br>(Jointly<br>Administered) |

Order Filed
August 20, 2025
by Clerk U.S.
Bankruptcy Court
Didtrict of New
Jersey

## NINETEENTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the

Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location
of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11
cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Nineteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Nineteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **<u>Schedule 1</u>** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "<u>PII</u>"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Nineteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | KERRY WILEY | 205 EAST GLENOLDEN AVENUE, GLENOLDEN, PA 19036-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 856 | 762 CHESTER PIKE, PROSPECT PARK, PA 19076 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | VH CLEONA LLP | C/O VASTGOOD PROPERTIES LLC, PORT WASHINGTON, NY 11050 | Unexpired Store Lease | THRIFT DRUG, INC. | 11021 | 469 WEST PENN AVENUE, CLEONA, PA, 17042 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.