

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                     Debtors. [1] | Chapter 11<br><br>Case No. **25-14861**<br><br>(Jointly Administered |

**Order Filed on August 20, 2025**
**by  Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**TWENTY-FIRST ORDER APPROVING THE REJECTION**
**OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED**
**LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 20, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the

Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location
of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11
cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

Debtors:               NEW RITE AID, LLC, *et al*.
Case No.               25-14861 (MBK)
Caption of Order:      Twenty-First Order Approving the Rejection of Certain Executory
                       Contracts and/or Unexpired Leases and the Abandonment of Certain
                       Personal Property, If Any

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow

such disposition.

      3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before

the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any,

and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving

rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed,

such claimant shall be forever barred from asserting a claim for damages arising from the rejection

and from participating in any distributions on such a claim that may be made in connection with

these chapter 11 cases.

      4.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted in this Order and the rejection without further order from this Court.

      5.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |
| 2. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 08/29/2023 | 8/1/2025 |
| 3. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | PRIVATE BRAND DEVELOPMENT PROGRAM FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 4. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 5. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 6. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 7. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 | 8/1/2025 |
| 8. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 | 8/1/2025 |
| 9. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 10. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | ADDENDUM NO. 4 TO THE RITE AID SUPPLY AGREEMENT DATED 03/31/2014 | 8/1/2025 |
| 11. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | ADDENDUM NO. 5 TO THE RITE AID SUPPLY AGREEMENT DATED 03/31/2017 | 8/1/2025 |
| 12. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | ADDENDUM NUMBER 2 TO THE RITE AID SUPPLY AGREEMENT DATED 09/10/2013 | 8/1/2025 |
| 13. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | ADDENDUM TO THE RITE AID SUPPLY AGREEMENT DATED 09/10/2013 | 8/1/2025 |
| 14. | FUJIFILM NORTH AMERICA CORP | RITE AID CORPORATION | SERVICE AGREEMENT, DATED 09/01/2011 | 8/1/2025 |
| 15. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | SUPPLY AGREEMENT DATED 04/01/2008 | 8/1/2025 |
| 16. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | SUPPLY AGREEMENT DATED 04/01/2011 | 8/1/2025 |
| 17. | FUJIFILM NORTH AMERICA CORP | RITE AID HDQTRS. CORP. | SUPPLY AGREEMENT DATED 04/01/2011 | 8/1/2025 |
| 18. | GARDEN OF LIFE | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT | 8/1/2025 |
| 19. | GLENMARK THERAPEUTICS INC USA | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT | 8/1/2025 |
| 20. | GLENMARK THERAPEUTICS INC USA | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 10/14/2022 | 8/1/2025 |
| 21. | GLENMARK THERAPEUTICS INC USA | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |
| 22. | GLENMARK THERAPEUTICS INC USA | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 10/14/2022 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 23. | GREENERWAYS LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT | 8/1/2025 |
| 24. | GREENTREE FOOD MANAGEMENT | RITE AID HDQTRS. CORP. | AGREEMENT FOR SERVICES DATED 11/21/2007 | 8/1/2025 |
| 25. | GREENTREE FOOD MANAGEMENT | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 11/21/2007 | 8/1/2025 |
| 26. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | BRAND SUPPLIER AGREEMENT DATED 08/19/2022 | 8/1/2025 |
| 27. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | DATED 01/01/2014 | 8/1/2025 |
| 28. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/01/2014 | 8/1/2025 |
| 29. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/15/2021 | 8/1/2025 |
| 30. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 02/22/2021 | 8/1/2025 |
| 31. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 1/1/2014 | 8/1/2025 |
| 32. | GREENWOOD BRANDS, LLC | RITE AID HDQTRS. CORP. | MUTUAL CONFIDENTIALITY AGREEMENT | 8/1/2025 |
| 33. | GUY & O'NEILL INC | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 10/27/2022 | 8/1/2025 |
| 34. | HANDCRAFT LLC | RITE AID HDQTRS. CORP. | DATA SHARING DATED 07/30/2019 | 8/1/2025 |
| 35. | HANDCRAFT LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING POS PREMIUM DATA SHARING | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 36. | HARBOR DISTRIBUTING LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 08/28/2019 | 8/1/2025 |
| 37. | HEAROS LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT DATED 10/14/2019 | 8/1/2025 |
| 38. | HEAROS LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING POS PREMIUM DATA SHARING | 8/1/2025 |
| 39. | HELLO CAKE INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/17/2023 | 8/1/2025 |
| 40. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 41. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 42. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 43. | HFC PRESTIGE INTL US LLC | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 44. | HFC PRESTIGE INTL US LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 45. | HFC PRESTIGE INTL-COSMETICS | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 46. | HFC PRESTIGE INTL-COSMETICS | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 47. | HG GLOBAL LLC | RITE AID HDQTRS. CORP. | SUPPLIER CUSTOMER PICK-UP AGREEMENT DATED 02/01/2023 | 8/1/2025 |
| 48. | HIMS INC | RITE AID HDQTRS. CORP. | SALES AGREEMENT DATED 03/22/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 49. | HOME ESSENTIALS BRANDS LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/22/2022 | 8/1/2025 |
| 50. | HOME ESSENTIALS BRANDS LLC | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 09/15/2022 | 8/1/2025 |
| 51. | HU PRODUCTS LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/18/2021 | 8/1/2025 |
| 52. | IMPACT ANALYTICS INC. | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 53. | IN MOTION DESIGN INC (NEXXUS) | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT | 8/1/2025 |
| 54. | IN STORE GROUP (ISG) | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 55. | INSTANTWHIP - EASTERN NEW YORK | RITE AID HDQTRS. CORP. | SUPPLIER AGREEMENT DATED 4/19/2023 | 8/1/2025 |
| 56. | INSTANTWHIP - ROCHESTER INC | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 04/19/2023 | 8/1/2025 |
| 57. | INTEPLAST GROUP LTD | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 01/01/2013 | 8/1/2025 |
| 58. | INTERSTATE GOURMET COFFEE ROASTERS, INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 59. | IRON ROCK VENTURES LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/15/2023 | 8/1/2025 |
| 60. | ITG BRANDS LLC | RITE AID HDQTRS. CORP. | ITG BRANDS 2023 RETAIL MERCHANDISING AGREEMENT | 8/1/2025 |
| 61. | ITG BRANDS LLC | RITE AID HDQTRS. CORP. | ITG BRANDS 2023 RETAIL MERCHANDISING AGREEMENT DATED 05/11/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 62. | JOHNSON & JOHNSON CONSUMER INC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT DATED 12/06/2022 | 8/1/2025 |
| 63. | JOHNSON & JOHNSON CONSUMER INC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT DATED 12/06/2022 | 8/1/2025 |
| 64. | JOHNSON & JOHNSON CONSUMER INC | RITE AID HDQTRS. CORP. | RITEAID INCREMENTAL INVESTMENT AGREEMENT | 8/1/2025 |
| 65. | KAO USA INC | RITE AID HDQTRS. CORP. | RITEAID INCREMENTAL INVESTMENT AGREEMENT CONTRACT DATED 06/26/2016 | 8/1/2025 |
| 66. | KAO USA INC | RITE AID HDQTRS. CORP. | RITEAID INCREMENTAL INVESTMENT AGREEMENT DATED 05/27/2016 | 8/1/2025 |
| 67. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER FIVE TO RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE JANUARY 1, 2006 DATED 01/01/2006 | 8/1/2025 |
| 68. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER FOUR TO THE RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE JANUARY 1, 2006 DATED 01/01/2009 | 8/1/2025 |
| 69. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER ONE TO LOCAL SERVICE AGREEMENT NUMBER ACNUS-1 | 8/1/2025 |
| 70. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER ONE TO LOCAL SERVICE AGREEMENT NUMBER ACNUS-1 DATED 01/01/2018 | 8/1/2025 |
| 71. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER ONE TO RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE JANUARY 1, 2006 DATED 11/01/2007 | 8/1/2025 |
| 72. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER THREE TO THE RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE JANUARY 1, 2006 DATED 07/01/2008 | 8/1/2025 |
| 73. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER TWO TO LOCAL SERVICE AGREEMENT NUMBER ACNUS-1 DATED 01/01/2019 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 74. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER TWO TO RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE APRIL 1, 2013 DATED 01/01/2017 | 8/1/2025 |
| 75. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER TWO TO RETAIL COOPERATION AGREEMENT ("AGREEMENF) EFFECTIVE APRIL 1,2013 DATED 01/01/2017 | 8/1/2025 |
| 76. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER TWO TO THE RETAIL COOPERATION AGREEMENT ("AGREEMENT") EFFECTIVE JANUARY 1, 2006 DATED 06/01/2008 | 8/1/2025 |
| 77. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | CHANGE ORDER DATED 12/29/2014 | 8/1/2025 |
| 78. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | CONSULTING SERVICES AGREEMENT | 8/1/2025 |
| 79. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | CONTRACT TRANSMITTAL FORM DATED 01/01/2022 | 8/1/2025 |
| 80. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER | 8/1/2025 |
| 81. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER DATED 06/03/2010 | 8/1/2025 |
| 82. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER DATED 06/04/2010 | 8/1/2025 |
| 83. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER DATED 06/17/2010 | 8/1/2025 |
| 84. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER DATED 07/22/2010 | 8/1/2025 |
| 85. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LICENSE ORDER DATED 12/29/2011 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 86. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LOCAL SERVICE AGREEMENT | 8/1/2025 |
| 87. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LOCAL SERVICE AGREEMENT DATED 01/01/2017 | 8/1/2025 |
| 88. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | LOCAL SERVICE AGREEMENT NUMBER ACNUS-1 DATED 01/01/2017 | 8/1/2025 |
| 89. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 90. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | RETAIL AGREEMENT BETWEEN AC NIELSEN (US), INC. C'ACNIELSEN") AND RITE AID HDQTRS. CORP. ("RITE AID") DATED 01/01/2006 | 8/1/2025 |
| 91. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | RETAIL COOPERATION AGREEMENT | 8/1/2025 |
| 92. | NIELSEN HOLDINGS INC | RITE AID HDQTRS. CORP. | RETAIL COOPERATION AGREEMENT DATED 05/15/2013 | 8/1/2025 |
| 93. | NOW HEALTH GROUP INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/28/2023 | 8/1/2025 |
| 94. | OKAMOTO USA INC | RITE AID HDQTRS. CORP. | DATA SHARING AGREEMENT | 8/1/2025 |
| 95. | ONNIT LABS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 10/17/2022 | 8/1/2025 |
| 96. | ORBIT INNOVATIONS | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/02/2023 | 8/1/2025 |
| 97. | ORGANICARE | RITE AID HDQTRS. CORP. | POS PREMIUM DATA SHARING | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 98. | PLATINUM GOODS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 99. | PLATINUM GOODS CORP | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 12/06/2022 | 8/1/2025 |
| 100. | PREMIUM RETAIL SERVICES INC | RITE AID HDQTRS. CORP. | RETAIL SERVICES AGREEMENT DATED 02/01/2020 | 8/1/2025 |