| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors. [1] | Chapter 11<br>Case No.: 25-14861<br>(Jointly<br>Administered) |

**Order Filed on August 20, 2025**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

### TWENTY-SECOND ORDER APPROVING THE REJECTION
### OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
### LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

    The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the

    Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
    website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location
    of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11
    cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | PREMIUM RETAIL SERVICES INC | RITE AID HDQTRS. CORP. | RETAIL SERVICES AGREEMENT DATED 02/01/2023 | 8/1/2025 |
| 2. | PREMIUM RETAIL SERVICES INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 8/1/2025 |
| 3. | PREMIUM RETAIL SERVICES INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK #2 DATED 12/17/2019 | 8/1/2025 |
| 4. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 8/1/2025 |
| 5. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT DATED 05/21/2015 | 8/1/2025 |
| 6. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | MASTER PURCHASE AND SERVICES AGREEMENT DATED 06/12/2015 | 8/1/2025 |
| 7. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 8. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | MILESTONE ACCEPTANCE - SOW EXECUTION - CORE DATED 12/14/2015 | 8/1/2025 |
| 9. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | PRESIDO DATED 12/09/2015 | 8/1/2025 |

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 10. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | RITE AID - UC CORE HWALJATI-CM - PCR001 DATED 12/10/2015 | 8/1/2025 |
| 11. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | RITE AID UC CORE INSTALLATION - PCR001 DATED 12/10/2015 | 8/1/2025 |
| 12. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 8/1/2025 |
| 13. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 12/10/2015 | 8/1/2025 |
| 14. | PRESIDIO BRANDS | RITE AID HDQTRS. CORP. | UNIFIED COMMUNICATIONS CORE INSTALLATION | 8/1/2025 |
| 15. | PRICEMOOV INC | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 16. | PRIME HYDRATION LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/20/2022 | 8/1/2025 |
| 17. | PRINCO LLC | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 11/10/2022 | 8/1/2025 |
| 18. | PRIVATE PROJECTS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 19. | PROCTER & GAMBLE DIST CO | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 MINIMUM FUNDING | 8/1/2025 |
| 20. | PROCTER & GAMBLE DIST CO | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 MINIMUM FUNDING | 8/1/2025 |
| 21. | PROCTER & GAMBLE DIST CO | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 MINIMUM FUNDING | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 22. | PROCTER & GAMBLE DIST CO | RITE INVESTMENTS CORP. | RITEAID INCREMENTAL INVESTMENT AGREEMENT | 8/1/2025 |
| 23. | PROCTER & GAMBLE DIST CO | RITE AID HDQTRS. CORP. | RITEAID INCREMENTAL INVESTMENT AGREEMENT | 8/1/2025 |
| 24. | PROPER CONSULTING GROUP LLC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 8/1/2025 |
| 25. | PROPER CONSULTING GROUP LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 05/01/2023 | 8/1/2025 |
| 26. | PROTEKT PRODUCTS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 11/29/2022 | 8/1/2025 |
| 27. | PROTHERA INC DBA SFI USA | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 01/13/2023 | 8/1/2025 |
| 28. | PSIGNITE GROUP, INC | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 29. | QUICKLIZARD LTD | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 30. | RADIENZ LIVING LLC. | RITE AID HDQTRS. CORP. | SUPPLIER CUSTOMER PICK-UP AGREEMENT DATED 03/20/2023 | 8/1/2025 |
| 31. | RALLYBRANDS LLC DBA BIOLYTE | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 10/05/2022 | 8/1/2025 |
| 32. | RB HEALTH US LLC | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 33. | RB HEALTH US LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 34. | REPOSITRAK, INC. | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 35. | RIP VAN INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/03/2023 | 8/1/2025 |
| 36. | ROCHE DIABETES CARE | RITE AID HDQTRS. CORP. | REBATE PROGRAM AGREEMENT DATED 01/01/2009 | 8/1/2025 |
| 37. | ROCHE DIABETES CARE | RITE AID HDQTRS. CORP. | REBATE PROGRAM AGREEMENT DATED 10/01/2008 | 8/1/2025 |
| 38. | ROYAL CREST HOME PRODUCTS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 04/13/2022 | 8/1/2025 |
| 39. | ROYAL CREST HOME PRODUCTS INC | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 04/13/2022 | 8/1/2025 |
| 40. | SAUCE LABS INC | RITE AID HDQTRS. CORP. | ORDER FORM | 8/1/2025 |
| 41. | SAUCE LABS INC | RITE AID HDQTRS. CORP. | ORDER FORM | 8/1/2025 |
| 42. | SAUCE LABS INC | RITE AID HDQTRS. CORP. | SAUCE LABS MASTER SUBSCRIPTION AGREEMENT | 8/1/2025 |
| 43. | SAVE-A-LOT | RITE AID CORPORATION | MASTER LICENSE AGREEMENT DATED 07/26/2010 | 8/1/2025 |
| 44. | SCHYLLING INC | RITE AID CORPORATION | EDI PAYMENT AGREEMENT DATED 07/12/2022 | 8/1/2025 |
| 45. | SCHYLLING INC | RITE AID HDQTRS. CORP. | SALES AGREEMENT DATED 08/25/2022 | 8/1/2025 |
| 46. | SCHYLLING INC | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 07/12/2022 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 47. | SCIENCESOFT USA CORPORATION | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 48. | SCIENTIFIC HAIR RESEARCH LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 06/01/2022 | 8/1/2025 |
| 49. | SEAPOINT FARMS LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 02/28/2023 | 8/1/2025 |
| 50. | SF1 INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 1 TO BUSINESS CONSULTING AGREEMENT DATED 02/27/2022 | 8/1/2025 |
| 51. | SF1 INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 2 TO BUSINESS CONSULTING AGREEMENT DATED 02/15/2023 | 8/1/2025 |
| 52. | SF1 INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 3 TO BUSINESS CONSULTING AGREEMENT DATED 09/01/2023 | 8/1/2025 |
| 53. | SF1 INC | RITE AID HDQTRS. CORP. | MENDMENT NUMBER 2 TO BUSINESS CONSULTING AGREEMENT DATED 02/15/2023 | 8/1/2025 |
| 54. | SIOUX HONEY ASSOCIATION | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 02/05/2023 | 8/1/2025 |
| 55. | SIOUX HONEY ASSOCIATION | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 05/10/2023 | 8/1/2025 |
| 56. | SODASTREAM | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/13/2021 | 8/1/2025 |
| 57. | SPICEBOX PROD DEV (NEXXUS) | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/06/2022 | 8/1/2025 |
| 58. | SPICEBOX PROD DEV (NEXXUS) | RITE AID HDQTRS. CORP. | SCAN BASED TRADING ("SBT") PURCHASE AGREEMENT DATED 07/06/2022 | 8/1/2025 |
| 59. | STARFACE WORLD INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/16/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 60. | SUNTREE SNACK FOODS LLC | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 09/07/2022 | 8/1/2025 |
| 61. | SUNTREE SNACK FOODS LLC | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 08/17/2022 | 8/1/2025 |
| 62. | SYMPHONYIRI | RITE AID HDQTRS. CORP. | AMENDMENT NO. 2 TO DATA LICENSE AND SERVICES AGREEMENT | 8/1/2025 |
| 63. | SYMPHONYIRI | RITE AID HDQTRS. CORP. | AMENDMENT NO. 3 TO DATA LICENSE AND SERVICES AGREEMENT | 8/1/2025 |
| 64. | SYMPHONYIRI | RITE AID HDQTRS. CORP. | AMENDMENT TO DATA LICENSE AND SERVICES AGREEMENT | 8/1/2025 |
| 65. | SYMPHONYIRI | RITE AID HDQTRS. CORP. | DATA LICENSE AND SERVICES AGREEMENT | 8/1/2025 |
| 66. | TARGETED PET TREATS LLC | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 05/05/2023 | 8/1/2025 |
| 67. | TECTA AMERICA CORP DBA TECTA | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 09/01/2023 | 8/1/2025 |
| 68. | THE GOOD PATCH | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 04/04/2023 | 8/1/2025 |
| 69. | THE LANG COMPANIES INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/12/2023 | 8/1/2025 |
| 70. | THE LANG COMPANIES INC | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 08/15/2023 | 8/1/2025 |
| 71. | THRIVING BRANDS LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/03/2022 | 8/1/2025 |
| 72. | TOTES ISOTONER CORP (NEXXUS) | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 05/23/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 73. | TRACFONE WIRELESS INC | RITE AID HDQTRS. CORP. | FISCAL YEAR 2018 SUPPLIER PARTICIPATION DATED 12/06/2017 | 8/1/2025 |
| 74. | TRACFONE WIRELESS INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 75. | TRACFONE WIRELESS INC | RITE AID HDQTRS. CORP. | RITE AID PLENTI LOYALTY CARD PROMOTION AND FUNDING AGREEMENT DATED 04/17/2017 | 8/1/2025 |
| 76. | TRANE COMPANY | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 8/1/2025 |
| 77. | TRANSCOLD DISTRIBUTION USA INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 04/27/2023 | 8/1/2025 |
| 78. | TREND MAKERS LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/18/2022 | 8/1/2025 |
| 79. | TRENDSTAR CORPORATION | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/21/2022 | 8/1/2025 |
| 80. | TRENDSTAR CORPORATION | RITE AID CORPORATION | TRADING PARTNER LETTER OF UNDERSTANDING. DATED 03/21/2022 | 8/1/2025 |
| 81. | TRIVIDIA HEALTH INC | RITE AID HDQTRS. CORP. | HUMANA REBATE AGREEMENT AND ALL AMENDMENTS | 8/1/2025 |
| 82. | TRIVIDIA HEALTH INC | RITE AID HDQTRS. CORP. | REBATE AGREEMENT AND ALL AMENDMENTS | 8/1/2025 |
| 83. | TRIVIDIA HEALTH INC | RITE AID HDQTRS. CORP. | RX SAVINGS REBATE AGREEMENT AND ALL AMENDMENTS | 8/1/2025 |
| 84. | USAOPOLY INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/18/2022 | 8/1/2025 |
| 85. | VITA WAREHOUSE CORP | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 03/16/2022 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 86. | VITRY USA INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 11/17/2022 | 8/1/2025 |
| 87. | WAHL CLIPPER CORP | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 88. | WAYMOUTH FARMS - (WAREHOUSE SNACK) | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 89. | WEEKS & LEO COMPANY INC | RITE AID HDQTRS. CORP. | ADVERSE EVENT AND PRODUCT COMPLAINT REPORTING AGREEMENT DATED 07/21/2022 | 8/1/2025 |
| 90. | WEEKS & LEO COMPANY INC | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 07/21/2022 | 8/1/2025 |
| 91. | WP BEVERAGES LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/19/2023 | 8/1/2025 |
| 92. | WP BEVERAGES LLC | RITE AID CORPORATION | PAYMENT AGREEMENT DATED 03/09/2023 | 8/1/2025 |
| 93. | WUNUVAKIND LLC (NEXXUS) | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/10/2022 | 8/1/2025 |
| 94. | WUNUVAKIND LLC (NEXXUS) | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 05/10/2022 | 8/1/2025 |
| 95. | ZEN ENTERPRISES LLC | RITE AID HDQTRS. CORP. | DATA SHARING AGREEMENT DATED 04/15/2019 | 8/1/2025 |
| 96. | ZILLIANT INCORPORATED | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 97. | 345 GLOBAL | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 98. | 345 GLOBAL | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 99. | 360 PRIVACY | RITE AID HDQTRS. CORP. | 360 PRIVACY - ORDER FORM W-T&CS NEW CONTRACT | 8/1/2025 |
| 100. | 3E COMPANY | RITE AID HDQTRS. CORP. | AMENDMENT NO. 03 TO MASTER PURCHASE AGREEMENT DATED 08/01/2023 | 8/1/2025 |