| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 25-14861<br>(Jointly Administered) | **Order Filed on August 20, 2025<br>By Clerk U.S. Bankruptcy<br>Court<br>District of New Jersey** |

# TWENTY-THIRD ORDER APPROVING THE REJECTION
# OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
# LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: Twenty-Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts**[1,2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | 3E COMPANY ENVIRONMENTAL, ECOLOGICAL AND ENGINEERING, LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 2. | 4C'S ENVIRONMENTAL INC. | THRIFTY PAYLESS, INC. | NEW CONTRACT | 8/1/2025 |
| 3. | A CHEERFUL CANDLE CO | RITE AID HDQTRS. CORP. | NEW VENDOR PAPERWORK A CHEERFUL GIVER CANDLE CO | 8/1/2025 |
| 4. | A&A GLOBAL | RITE AID HDQTRS. CORP. | PAYMENT TERMS AND DIRECTOR CHANGE | 8/1/2025 |
| 5. | A&A GLOBAL INDUSTRIES LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 6. | ABBOTT RAPID DX NORTH AMERICA | RITE AID HDQTRS. CORP. | AMENDMENT | 8/1/2025 |
| 7. | ABBVIE US LLC | RITE AID HDQTRS. CORP. | V31016 ABBVIE US LLC PAYMENT TERMS CHANGE | 8/1/2025 |
| 8. | ABRAMS INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |

---

1 For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 9. | ABRAMS INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 10. | ACCURATE BACKGROUND, LLC | RITE AID HDQTRS. CORP. | J.J. KELLER MSA SUB ADDENDUM CONTRACT AMENDMENT | 8/1/2025 |
| 11. | ACCU-TIME SYSTEMS, INC | RITE AID HDQTRS. CORP. | SALES ORDER DATED 09/09/2022 | 8/1/2025 |
| 12. | ACON LABORATORIES, INC. | RITE AID HDQTRS. CORP. | ASSUMPTION OF ALL VENDOR SET-UP AGREEMENTS AGREEMENT | 8/1/2025 |
| 13. | ACTIVE COSMETICS DIV OF LOREAL | RITE AID HDQTRS. CORP. | TERMS CHANGES - ACTIVE COSMETICS | 8/1/2025 |
| 14. | AIDANCE SCIENTIFIC, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 15. | ALCON VISION LLC | RITE AID HDQTRS. CORP. | V36270 ALCON VISION PAYMENT TERMS UPDATE | 8/1/2025 |
| 16. | ALCON VISION LLC | RITE AID HDQTRS. CORP. | V36270 ALCON VISION PAYMENT TERMS UPDATE | 8/1/2025 |
| 17. | ALL POP | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 18. | ALL SEASONS POWER, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 19. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | AMENDMENT NO. 2 TO TRANSPORTATION AGREEMENT DATED 10/01/2023 | 8/1/2025 |
| 20. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | ATTACHMENT 1 TO TRANSPORTATION AGREEMENT DATED 10/01/2022 | 8/1/2025 |
| 21. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | ATTACHMENT 3 - RITE AID RULES TARIFF AND SCHEDULE OF ACCESSORIAL CHARGES DATED 09/29/2021 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 22. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | SCHEDULE OF FUEL SURCHARGES - TRUCKLOAD AND INTERMODAL | 8/1/2025 |
| 23. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | SCHEDULE OF FUEL SURCHARGES - TRUCKLOAD AND INTERMODAL DATED 10/01/2022 | 8/1/2025 |
| 24. | ALLIANCE SHIPPERS | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT DATED 09/17/2021 | 8/1/2025 |
| 25. | ALTO US LLC | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER SERVICES AGREEMENT | 8/1/2025 |
| 26. | ALTO US LLC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT | 8/1/2025 |
| 27. | ALTO US LLC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 28. | ALTO USA, LCC | RITE AID HDQTRS. CORP. | REPRESENTATION LETTERS UNDER EXISTING ALTO MSA CONTRACT AMENDMENT | 8/1/2025 |
| 29. | ALTO USA, LCC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 30. | ANDERSON'S CANDIES INC | RITE AID HDQTRS. CORP. | ANDERSON'S CANDIES INC - PAYMENT TERMS CHANGE | 8/1/2025 |
| 31. | APOLLO HEALTH AND BEAUTY CARE | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 32. | AQUA LEISURE RECREATION LLC. | RITE AID HDQTRS. CORP. | NEW VENDOR PAPERWORK AQUA LEISURE | 8/1/2025 |
| 33. | ARCTIC GLACIER | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 34. | ASCENSIA DIABETES CARE | RITE AID HDQTRS. CORP. | MASTER PROMOTIONAL PROGRAM SERVICES AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 35. | ASHTEL STUDIOS INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 36. | AUDIOEC INC, DBA ARTCREATIVITY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 37. | AUROR | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 38. | BARNARD COLLEGE | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 39. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SERVICE AGREEMENT DATED 10/10/2017 | 8/1/2025 |
| 40. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | LETTER OF INTENT DATED 02/01/2016 | 8/1/2025 |
| 41. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 8/1/2025 |
| 42. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 12/20/2010 | 8/1/2025 |
| 43. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT AMENDMENT NOT DATED 10/10/2017 | 8/1/2025 |
| 44. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 05/29/2015 | 8/1/2025 |
| 45. | BASS SECURITY SERVICES, INC. | RITE AID HDQTRS. CORP. | PURCHASE ORDER DATED 07/13/2017 | 8/1/2025 |
| 46. | BAUSCH & LOMB AMERICAS INC | RITE AID HDQTRS. CORP. | BAUSCH & LOMB PAYMENT TERMS AGREEMENT | 8/1/2025 |
| 47. | BEEKEEPER'S NATURALS USA INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | BEST VALUE PRODUCT, INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 49. | BIOCODEX | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 50. | BLOOM ROOFING SYSTEMS INC | RITE AID HDQTRS. CORP. | CONSTRUCTION AGREEMENT DATED 06/30/2023 | 8/1/2025 |
| 51. | BLOOMBERG INDUSTRY GROUP | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 52. | BLUE TRITON | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 53. | BROWN & HALEY | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 54. | BUFFALO LAWN & LANDSCAPE | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT | 8/1/2025 |
| 55. | CALOCERINOUS ENGINEERING, PLLC | RITE AID HDQTRS. CORP. | PROFESSIONAL ENGINEERING SERVICES - REMOVAL OF FIRE HYDRANT PERMITTING - CONNECTED TO ALE OF 7245 HENRY CLAY BLVD NEW CONTRACT | 8/1/2025 |
| 56. | CANON FINANCIAL SVCS INC | RITE AID OF PENNSYLVANIA, LLC | TERM RENTAL AGREEMENT | 8/1/2025 |
| 57. | CARGOMATIC, INC. | RITE AID HDQTRS. CORP. | SHIPPER RATE CARD DATED 07/12/2023 | 8/1/2025 |
| 58. | CARROLL COMMUNITY COLLEGE | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 59. | CARTER INTRALOGISTICS | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 06/10/2022 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 60. | CATALINA BEVERAGE COMPANY INC. | RITE AID HDQTRS. CORP. | CATALINA BEVERAGE COMPANY, INC (MAMMOTH LAKES) | 8/1/2025 |
| 61. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO AGREEMENT DATED 04/16/2020 | 8/1/2025 |
| 62. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO AGREEMENT DATED 04/16/2020 | 8/1/2025 |
| 63. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | FIRST ADDENDUM TO THE PURCHASE AGREEMENT DATED 03/01/2012 | 8/1/2025 |
| 64. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | FIRST ADDENDUM TO THE PURCHASE AGREEMENT DATED 04/16/2012 | 8/1/2025 |
| 65. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 09/01/2023 | 8/1/2025 |
| 66. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | PROFESSIONAL SERVICES AGREEMENT DATED 08/08/2016 | 8/1/2025 |
| 67. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 03/01/2012 | 8/1/2025 |
| 68. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 03/01/2023 | 8/1/2025 |
| 69. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 04/22/2015 | 8/1/2025 |
| 70. | CHECKPOINT SYSTEMS | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT DATED 06/01/2022 | 8/1/2025 |
| 71. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | NET TERMS CHANGE | 8/1/2025 |
| 72. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | NET TERMS CHANGE | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 73. | CITY OF WILMINGTON POLICE DEPARTMENT | RITE AID HDQTRS. CORP. | APPLICATION AND AGREEMENT | 8/1/2025 |
| 74. | COAST PERSONNEL | THRIFTY PAYLESS, INC. | AGREEMENT FOR TEMPORARY PERSONNEL SERVICES DATED 03/11/2020 | 8/1/2025 |
| 75. | COGNIRA | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 76. | COLONIAL DAMES | RITE AID HDQTRS. CORP. | MOCRA UPDATE | 8/1/2025 |
| 77. | COMCO SYSTEMS | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 05/05/2023 | 8/1/2025 |
| 78. | COMMERCIAL TRAFFIC COMPANY | RITE AID HDQTRS. CORP. | CT LOGISTICS SERVICE AGREEMENT DATED 09/04/2023 | 8/1/2025 |
| 79. | COMPASS GROUP USA INC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 80. | COMPASS GROUP USA, INC. (CANTEEN DIVISION) | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT | 8/1/2025 |
| 81. | COMPASS HEALTH | RITE AID HDQTRS. CORP. | ANNUAL EXCLUSIVITY PAYMENT CONFIRMATION LETTER | 8/1/2025 |
| 82. | COMPASS HEALTH BRANDS CORP | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 83. | CONAIR LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 84. | CONAIR LLC | RITE AID HDQTRS. CORP. | CONAIR EXCLUSIVITY CONTRACT FY26 & FY27 | 8/1/2025 |
| 85. | CONAIR LLC | RITE AID HDQTRS. CORP. | CONAIR EXCLUSIVITY CONTRACT FY26 & FY27 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 86. | CONAIR LLC - HAIR GOODS | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 87. | COYOTE LOGISTICS, LLC | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT DATED 09/19/2023 | 8/1/2025 |
| 88. | CP RANKIN INC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT | 8/1/2025 |
| 89. | CRAZY AARON ENTERPRISES INC | RITE AID HDQTRS. CORP. | CRAZY AARONS TERMS CHANGE CHANGE ORDER | 8/1/2025 |
| 90. | CURADEN USA INC. | RITE AID HDQTRS. CORP. | NEW SUPPLIER AGREEMENT | 8/1/2025 |
| 91. | D&D GARDEN LLC | RITE AID HDQTRS. CORP. | D&D GARDEN LLC NEW VENDOR PAPERWORK | 8/1/2025 |
| 92. | D&D GARDEN LLC | RITE AID HDQTRS. CORP. | D&D GARDEN LLC NEW VENDOR PAPERWORK | 8/1/2025 |
| 93. | DANSON DECOR | RITE AID HDQTRS. CORP. | DANSON DECOR - TERMS CHANGE | 8/1/2025 |
| 94. | DARIFILL INC | THRIFTY PAYLESS, INC. | DARIFILL & THRIFTY PAYLESS, INC EQUIPMENT USAGE AGREEMENT | 8/1/2025 |
| 95. | DEANS MODERN MARKETING LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 08/09/2022 | 8/1/2025 |
| 96. | DEMATIC | RITE AID HDQTRS. CORP. | RITE AID 172344 RENEWAL 167388 CONTRACT RENEWAL | 8/1/2025 |
| 97. | DEMATIC CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 98. | DEMATIC CORPORATION | RITE AID HDQTRS. CORP. | DATA PRIVACY AND SECURITY REQUIREMENTS AGREEMENT DATED 03/28/2012 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 99. | DESCARTES US HOLDINGS, INC. | RITE AID HDQTRS. CORP. | ANY AND ALL AGREEMENTS BY AND BETWEEN RITE AID HDQTRS. CORP., OR ITS SUBSIDIARIES, AND DESCARTES US HOLDINGS, INC. | 8/1/2025 |
| 100. | DETECTIVE ANALYTICS | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |