**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ACCEPTANCE OF NEW SUCCESSFUL BIDDER**
**WITH RESPECT TO STORE NO. 5736**

   **PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order") by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction") for the sale of certain unexpired leases of nonresidential real property in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

   **PLEASE TAKE FURTHER NOTICE** that, on July 21, 2025, pursuant to the Order, the Debtors conducted the Auction with respect to certain of the Leases.

   **PLEASE TAKE FURTHER NOTICE** that, on July 22, 2025, the Debtors filed the *Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524] (the "Successful Bidder Notice"),[2] *inter alia*, providing notice of Universal Group Companies ("Universal Group") successful bid with respect to the lease (the "Lease") for Store No. 5736, located at 24330 El Toro Road, Laguna Woods, California.

   **PLEASE TAKE FURTHER NOTICE** that following the auction and the filing of the Successful Bidder Notice, the Debtors received an unsolicited offer for $800,000, plus an assumption of all cure costs, from Laguna Woods RA, LLC ("Laguna Woods RA"), which amount far exceeds the consideration that would be received from Universal Group for the Lease.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Successful Bidder Notice.

**PLEASE TAKE FURTHER NOTICE** that, in consultation with the Consultation Parties, the Debtors have determined, in their business judgment and in the exercise of their fiduciary duties consistent with the Auction Procedures, to name Laguna Woods RA as the new successful bidder. *See* Auction Procedures, ¶¶ P, S.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing has been continued to **August 28, 2025**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures, the Order and the Successful Bidder Notice, as well as all related exhibits are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

Dated: August 21, 2025

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*