**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

David L. Bruck, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 476-2440
dbruck@greenbaumlaw.com
Attorneys for creditor, SVCN 1 LLC

Chapter 11 Proceeding

In re:

New Rite Aid LLC

                    Debtors.

**Case No.: 25-14731 (MBK)**

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters

an appearance in this case on behalf of creditor, SVCN 1 LLC.  Request is made that the documents

filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                    99 Wood Avenue South
                    Iselin, New Jersey 08830
                    Attention:  David L. Bruck, Esq.
                    Telephone:  (732) 476-2440
                    Telecopy:   (732) 476-2441
                    Email: dbruck@greenbaumlaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                    Counsel for creditor, SVCN 1 LLC

                    By:/s/ David L. Bruck
Date: August 21, 2025        David L. Bruck, Esq.

9460615.1