| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>luke.murley@saul.com<br>*Counsel for Ross Dress for Less, Inc.* | |
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>Debtors[4] | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I hereby certify that on August 22, 2025, I did cause Ross Dress for Less, Inc.'s *Reply to the Objection of SVAP III Plaza Mexico, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

                                        **SAUL EWING LLP**

                                        */s/ Turner N. Falk*
                                        Turner N. Falk
                                        1500 Market Street, 38th Floor
                                        Philadelphia, PA 19102
                                        Telephone: (215) 972-7777
                                        turner.falk@saul.com

---

[4] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.