| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors. [1] | Chapter 11<br>Case No. 25-14861<br>Joint ly Administered |

Order Filed on August 20, 2025
by Clerk Us.S Bankruptcy Court
District of New Jersey

**TWENTIETH ORDER APPROVING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
<u>LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY</u>**

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 20, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the

  Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twentieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| | |
|---|---|
| (Page \| 4) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twentieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twentieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | 3M | RITE AID HDQTRS. CORP. | EXTENSION AGREEMENT DATED 03/01/2013 | 8/1/2025 |
| 2. | 3M | RITE AID CORPORATION | RITE AID / 3M CONSUMER HEALTH CARE VENDOR PROGRAM AGREEMENT DATED 03/01/2011 | 8/1/2025 |
| 3. | 3M | RITE AID HDQTRS. CORP. | RITE AID / 3M CONSUMER HEALTH CARE VENDOR PROGRAM AGREEMENTS | 8/1/2025 |
| 4. | 3M | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT DATED 05/17/2019 | 8/1/2025 |
| 5. | ABBOTT NUTRITION | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 6. | ABBOTT NUTRITION | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 7. | ALANI NUTRITION LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/20/2022 | 8/1/2025 |
| 8. | ALCON VISION LLC | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 9. | ALCON VISION LLC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 10. | ALLSOURCE SCREENING SOLUTIONS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 11. | AMERICAN BEVERAGE MARKETERS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 12. | AMERICAN CANCER SOCIETY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 13. | AMOS SWEETS - NICK NICHOLS (CANDY) | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 14. | ANTHEM | RITE AID HDQTRS. CORP. | INFLUENZA VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 08/15/2018 | 8/1/2025 |
| 15. | ANTHEM | RITE AID HDQTRS. CORP. | MARKETING AGREEMENT DATED 05/23/2013 | 8/1/2025 |
| 16. | ANTHEM | RITE AID HDQTRS. CORP. | MARKETING AGREEMENT DATED 05/25/2012 | 8/1/2025 |
| 17. | ANTHEM | RITE AID HDQTRS. CORP. | MARKETING AGREEMENT DATED 07/10/2011 | 8/1/2025 |
| 18. | ANTHEM | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 08/010/2020 | 8/1/2025 |
| 19. | ANTHEM | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 08/07/2019 | 8/1/2025 |
| 20. | ANTHEM | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 08/29/2020 | 8/1/2025 |
| 21. | ANTHEM | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 10/10/2017 | 8/1/2025 |
| 22. | ANTHEM | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT DATED 10/13/2017 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 23. | AON RISK SERVICES INC | RITE AID HDQTRS. CORP. | CERTIFICATE OF LIABILITY INSURANCE | 8/1/2025 |
| 24. | APOTHECARY PRODUCTS | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT APOTHECARY PRODUCTS DATED 06/01/2023 | 8/1/2025 |
| 25. | APOTHECARY PRODUCTS | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT APOTHECARY PRODUCTS DATED 06/01/2023 | 8/1/2025 |
| 26. | APTAPHARMA | RITE AID HDQTRS. CORP. | ADVERSE EVENT AND PRODUCT COMPLAINT REPORTING AGREEMENT DATED 12/15/2022 | 8/1/2025 |
| 27. | APTAPHARMA | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 12/15/2022 | 8/1/2025 |
| 28. | APTAPHARMA | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |
| 29. | ARIZONA BEVERAGES USA LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 10/11/2010 | 8/1/2025 |
| 30. | ASCENSIA DIABETES CARE US INC | RITE AID HDQTRS. CORP. | PROPOSAL FOR A MEDICATION MINUTE PHARMACIST COMMUNICATION DATED 08/01/2023 | 8/1/2025 |
| 31. | ASCENT CONSUMER PRODUCTS INC | RITE AID HDQTRS. CORP. | SUPPLIER CUSTOMER PICK-UP AGREEMENT DATED 05/18/2023 | 8/1/2025 |
| 32. | ASCENT CONSUMER PRODUCTS INC | RITE AID HDQTRS. CORP. | SUPPLIER CUSTOMER PICK-UP AGREEMENT DATED 12/27/2017 | 8/1/2025 |
| 33. | AUSSIE BUBS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 10/07/2022 | 8/1/2025 |
| 34. | BACK TO THE ROOTS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 06/30/2022 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 35. | BACK TO THE ROOTS INC | RITE AID HDQTRS. CORP. | SCAN BASED TRADING ("SBT") PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND [BACK TO THE ROOTS, INC.] DATED 08/09/2022 | 8/1/2025 |
| 36. | BACK TO THE ROOTS INC | RITE AID HDQTRS. CORP. | SCAN BASED TRADING ("SBT") PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND [BACK TO THE ROOTS, INC.] DATED 08/22/2022 | 8/1/2025 |
| 37. | BAYER HEALTHCARE LLC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 12/28/2010 | 8/1/2025 |
| 38. | BECTON DICKINSON | RITE AID HDQTRS. CORP. | LOGO LICENSE AGREEMENT DATED 11/10/2022 | 8/1/2025 |
| 39. | BECTON DICKINSON | RITE AID HDQTRS. CORP. | PARTNERS IN INJECTION DELIVERY PROGRAM DATED 10/01/2011 | 8/1/2025 |
| 40. | BEELINE IMPORT AND SERVICES | RITE AID HDQTRS. CORP. | SBT PRODUCT DISTRIBUTION AGREEMENT DATED 06/30/2021 | 8/1/2025 |
| 41. | BENTLIN PRODUCTS LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT | 8/1/2025 |
| 42. | BENTLIN PRODUCTS LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT DATED 05/16/2019 | 8/1/2025 |
| 43. | BEURER NORTH AMERICA | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/19/2023 | 8/1/2025 |
| 44. | BIC CORPORATION | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT | 8/1/2025 |
| 45. | BIG 3 PACKAGING | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/01/2023 | 8/1/2025 |
| 46. | BIG SKY BRANDS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 47. | BLACK OPAL LLC | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT DATED 01/24/2020 | 8/1/2025 |
| 48. | BLENDJET INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/22/2023 | 8/1/2025 |
| 49. | BLINC INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 07/17/2023 | 8/1/2025 |
| 50. | BLIND BARBER GROOMING LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 02/15/2023 | 8/1/2025 |
| 51. | BLUE ORANGE GAMES/DENMAY INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 06/21/2022 | 8/1/2025 |
| 52. | BLUE TRITON BRANDS | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/11/2022 | 8/1/2025 |
| 53. | CAPE SALES SOLUTIONS (NEXXUS) | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 04/28/2022 | 8/1/2025 |
| 54. | CHASE PRODUCTS CO | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 09/28/2022 | 8/1/2025 |
| 55. | CHATTEM INC | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 56. | CHATTEM INC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 57. | CHATTEM INC | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 58. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | CHURCH & DWIGHT  MCA - FULL | 8/1/2025 |
| 59. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 60. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 61. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 62. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 63. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 64. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 65. | CHURCH & DWIGHT | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 | 8/1/2025 |
| 66. | CLEAR DEMAND, INC. | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 67. | COGNIRA INC | RITE AID HDQTRS. CORP. | SOFTWARE SERVICES AGREEMENT DATED 04/21/2023 | 8/1/2025 |
| 68. | COLGATE PALMOLIVE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT | 8/1/2025 |
| 69. | COLGATE PALMOLIVE | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT | 8/1/2025 |
| 70. | COMPETERA US LLC | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 8/1/2025 |
| 71. | COOLA LLC | RITE AID HDQTRS. CORP. | DATA SHARING AGREEMENT DATED 04/25/2021 | 8/1/2025 |
| 72. | COOLA LLC | RITE AID HDQTRS. CORP. | DATA SHARING AGREEMENT DATED 05/14/2021 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 73. | CORE-MARK INTERNATIONAL | RITE AID HDQTRS. CORP. | 2017 DISTRIBUTION AGREEMENT DATED 04/25/2017 | 8/1/2025 |
| 74. | CORE-MARK INTERNATIONAL | RITE AID HDQTRS. CORP. | 2020 DISTRIBUTION AGREEMENT DATED 04/26/2020 | 8/1/2025 |
| 75. | CORE-MARK INTERNATIONAL | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO DISTRIBUTION AGREEMENT DATED 06/26/2015 | 8/1/2025 |
| 76. | CRAIG ELECTRONICS INC | RITE AID HDQTRS. CORP. | CRAIG - DATA SHARING AGREEMENT | 8/1/2025 |
| 77. | CRAZY AARON'S ENTERPRISES | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 06/09/2022 | 8/1/2025 |
| 78. | CRYOCONCEPTS | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 79. | DELANEY CONSULTING | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 80. | DGS IMPORTS INC | RITE AID HDQTRS. CORP. | FIRST ADDENDUM TO DGS IMPORT, LLC AGREEMENT DATED 03/01/2018 | 8/1/2025 |
| 81. | DGS IMPORTS INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 02/01/2016 | 8/1/2025 |
| 82. | DNP PHOTO IMAGING AMERICA | RITE AID HDQTRS. CORP. | MEDIA AGREEMENT DATED 06/04/2012 | 8/1/2025 |
| 83. | DNP PHOTO IMAGING AMERICA | RITE AID HDQTRS. CORP. | MEDIA AGREEMENT DATED 06/04/2012 | 8/1/2025 |
| 84. | DNP PHOTO IMAGING AMERICA | RITE AID HDQTRS. CORP. | MEDIA AGREEMENT DATED 06/04/2014 | 8/1/2025 |
| 85. | DNP PHOTO IMAGING AMERICA | RITE AID HDQTRS. CORP. | MEDIA AGREEMENT DATED 06/04/2017 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 86. | DREYER'S GRAND ICE CREAM INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 11/04/2022 | 8/1/2025 |
| 87. | DRIVELINE RETAIL MERCH INC | RITE AID HDQTRS. CORP. | SOW AGREEMENT TO PERFORM MERCHANDISING SERVICES TO RITE AID HDQTRS. CORP. DATED 07/05/2022 | 8/1/2025 |
| 88. | DRYLOCK TECHNOLOGIES LTD | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 01/12/2023 | 8/1/2025 |
| 89. | DYCE LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 06/15/2023 | 8/1/2025 |
| 90. | E.T. BROWNE | RITE AID HDQTRS. CORP. | RITE AID DATA SHARING AGREEMENT | 8/1/2025 |
| 91. | EARTH RANCH LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 09/27/2022 | 8/1/2025 |
| 92. | EASTERN TEA CORPORATION | RITE AID HDQTRS. CORP. | ADVERSE EVENT AND PRODUCT COMPLAINT REPORTING AGREEMENT DATED 09/19/2023 | 8/1/2025 |
| 93. | EASTERN TEA CORPORATION | RITE AID HDQTRS. CORP. | BRAND MANUFACTURER AGREEMENT DATED 09/19/2023 | 8/1/2025 |
| 94. | EIS INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 11/12/2020 | 8/1/2025 |
| 95. | EIS INC | RITE AID HDQTRS. CORP. | POS PREMIUM DATA SHARING | 8/1/2025 |
| 96. | EKATERRA TEA MSO USA LLC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 12/09/2022 | 8/1/2025 |
| 97. | EMERGENT HEALTH DEVICES, INC. | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 05/01/2023 | 8/1/2025 |
| 98. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 99. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |
| 100. | EMERSON HEALTHCARE LLC | RITE AID HDQTRS. CORP. | FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14861-MBK |
| New Rite Aid, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025      Signature:      /s/Gustava Winters