**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
       aeaton@paulweiss.com
       chopkins@paulweiss.com
       smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
       wusatine@coleschotz.com
       fyudkin@coleschotz.com
       svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**APPLICATION IN LIEU OF MOTION IN SUPPORT OF
ENTRY OF STIPULATION AND CONSENT ORDER BETWEEN THE
DEBTORS AND COLGATE TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned co-counsel, respectfully state the following in support of this application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Stipulation and Consent Order Between Debtors and Colgate to Modify Automatic*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Stay to Effect Setoff* (the "Stipulation and Consent Order"),² a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. On May 5, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Colgate (as defined below) is a large household and consumer goods company that produces and distributes a variety of household, health care, personal care, and other related products worldwide.

3. Prior to the Petition Date, certain of the Debtors would, from time to time and in the ordinary course of business, submit purchase orders (the "Purchase Orders") to Colgate-Palmolive Company ("CPC") and Tom's of Maine, Inc. ("TOM," and together with CPC, "Colgate"), pursuant to which Colgate provided the Debtors with household and consumer goods.

4. In addition to entering into Purchase Orders, prior to the Petition Date and in the ordinary course of business, certain of the Debtors would, from time to time, enter into agreements with Colgate (collectively, the "Agreements"), pursuant to which the Debtors would run promotions on Colgate products in exchange for Colgate's payment of certain fees.

5. In the ordinary course of business, the Debtors and Colgate (each a "Party" and together, the "Parties") would review and reconcile their claims under the Purchaser Orders or

---

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the proposed Stipulation and Consent Order.

2

Agreements (as applicable), and thereafter, set off each Party's claims and debts as against the other.

6. In the 2023 Cases,[3] Colgate filed a motion seeking relief from the automatic stay to allow Colgate to exercise its right of setoff against the debts it owed to the 2023 Cases' debtors [2023 Cases, Docket No. 5381-1]. The United States Bankruptcy Court for the District of New Jersey (the "Court") recognized this right and, upon finding that cause existed to lift the stay, entered the *Order Granting Motion of Colgate-Palmolive Company to Modify Automatic Stay to Effect Setoff* [2023 Cases, Docket No. 5564] (the "Prior Setoff Order"). As set forth in the Prior Setoff Order, at the time the 2023 Cases were commenced: (a) pursuant to the applicable Agreements, Colgate owed the Debtors $676,960.00 (the "Prior Colgate Indebtedness"); (b) pursuant to the applicable Purchase Orders, the Debtors owed Colgate $250,291.00 (the "Prior Colgate Claims"); and (c) the net effect of the setoff resulted in Colgate owing the Debtors $426,669.00 (the "Prior Setoff Amount"). As of the commencement of the Debtors' current chapter 11 cases, Colgate had not paid the Prior Setoff Amount.

7. As set forth in the Prior Setoff Order, the net effect of the setoff authorized therein remained subject to any further reconciliation conducted by the Parties following entry of such order. The Parties have completed their internal review and reconciliation processes and agree that as of the date hereof: (a) pursuant to the applicable Agreements, Colgate's obligations to the Debtors, exclusive of the Prior Colgate Indebtedness, total $8,918,717.14 (the "Additional Colgate Indebtedness"), (b) pursuant to the applicable Purchase Orders, Colgate's claims against the Debtors, exclusive of the Prior Colgate Claims, total $8,551,668.43 (the "Additional Colgate

---

[3] "2023 Cases" means the jointly administered chapter 11 cases of Rite Aid Corporation and certain of its subsidiaries commenced on October 15, 2023 under lead case no. 23-18993.

3

Claims"), and (c) the net effect of the set off of the Additional Colgate Indebtedness against the Additional Colgate Claims result in Colgate owing the Debtors an additional $367,048.71 (the "Current Setoff Amount"). Upon entry of the Stipulation and Consent Order, the Debtors' net claims against Colgate would be the sum of the Current Setoff Amount and the Prior Setoff Amount, which total $793,717.71 (the "Setoff Amount").

8. Colgate and the Debtors agree that they would both materially benefit from a modification of the automatic stay to allow Colgate to exercise its setoff rights and, in prompt fashion, pay the Setoff Amount to the Debtors. Such setoffs and net payment would resolve, in an orderly and efficient manner, potential claim-related disputes between the Parties.

9. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Stipulation and Consent Order, attached hereto as **Exhibit 1**. For the avoidance of doubt, the Debtors submit that the proposed Stipulation and Consent Order is in the best interest of the Debtors' estates.

10. No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Consent Order and grant such other or further relief as the Court deems just and appropriate under the circumstances.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 25, 2025

*/s/ Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit 1

**Proposed Stipulation and Consent Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

# STIPULATION AND CONSENT ORDER BETWEEN THE
# DEBTORS AND COLGATE TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

Debtors:            NEW RITE AID, LLC, *et al*.
Case No.:           25-14861 (MBK)
Caption of Order:   Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff

This Stipulation and Consent Order is entered into by and among the Debtors and Colgate-Palmolive Company ("CPC," together with its affiliate Tom's of Maine, Inc., "Colgate," and collectively with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:[1]

### RECITALS

**WHEREAS**, on October 15, 2023, Rite Aid Corporation and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on December 17, 2024, this Court recognized Colgate's right of set off and entered the Prior Setoff Order. The Prior Setoff Order modified the automatic stay to permit Colgate to set off its Purchase Order claims against amounts owed to the 2023 Cases' debtors pursuant to the Agreements.

**WHEREAS**, as of the date hereof, Colgate has additional prepetition claims against the Debtors (pursuant to the Purchase Orders and exclusive of the Prior Colgate Claims) that total $8,551,668.43 (the "Current Colgate Claims").

**WHEREAS**, as of the date hereof, Colgate owes the Debtors $8,918,717.14 (the "Current Colgate Indebtedness") on account of promotional allowances and related credits under the Agreements and exclusive of the Prior Colgate Indebtedness.

**WHEREAS**, the Parties have reconciled their respective prepetition claims and debts, and agree that, after setting off the Current Colgate Claims against the Current Colgate Indebtedness, the net amount Colgate owes to the Debtors totals $367,048.71 (the "Current Setoff Amount").

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

(Page | 4)
Debtors:            NEW RITE AID, LLC, *et al*.
Case No.:           25-14861 (MBK)
Caption of Order:   Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff

**WHEREAS**, the Parties agree that Colgate's total net obligations to the Debtors, which consist of the Prior Setoff Amount and the Current Setoff Amount, total $793,717.71 (the "Setoff Amount").

**WHEREAS**, the Debtors, in their business judgment, believe the Stipulation and Consent Order is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Colgate's setoff rights, and payment of the Setoff Amount (which, for the avoidance of doubt, includes the Prior Setoff Amount).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND, IT IS HEREBY ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. Colgate's obligation to pay the Debtors the Prior Setoff Amount remains outstanding as of the date hereof.

3. Effective as of the date the Court enters this Stipulation and Consent Order (such date, the "Effective Date"), the Current Colgate Claim and Current Colgate Indebtedness shall be fixed at $8,551,668.43 and $8,918,717.14, respectively.

4. The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Colgate to set off the Current Colgate Claim against the Current Colgate Indebtedness. The net effect of such set off results in Colgate owing the Debtors $367,048.71.

5. Upon effectuating all of its setoff rights, Colgate's prepetition claims against the Debtors shall be extinguished in their entirety and, additionally, all of Colgate's trade debt with the Debtors shall be reduced to a net $793,717.71, the Setoff Amount.

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff

6. Within 20 days of the Effective Date, and assuming no appeal of this Stipulation and Consent Order has been filed and remains pending, Colgate shall pay the Debtors the Setoff Amount in accordance with payment instructions to be provided by the Debtors at least ten (10) days in advance of the payment due date. Payment of the Setoff Amount shall be in full and final satisfaction of any and all claims the Debtors have against Colgate under any of the Agreements.

7. Except as expressly provided herein, the terms of this Stipulation and Consent Order are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Colgate on the one hand and the Debtors and the Debtors' bankruptcy estates on the other hand, each of their current and former affiliates, and each of their current and former affiliates' respective current and former directors, officers, and equity holders, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods or services provided by any of the Debtors to Colgate or by Colgate to any of the Debtors pursuant to the Purchase Orders and the Agreements; *provided*, *however*, the foregoing shall not (a) release or otherwise impact the Parties' rights, claims, and obligations under this Stipulation and Consent Order, including, for the avoidance of doubt Colgate's payment obligations set forth in paragraph 6 above, or (b) release, waive, impair, or otherwise affect any rights, claims, causes of action, or defenses of the DIP Agent[2], the DIP Lenders, or any other DIP Secured Parties, or any rights, claims, causes of action, or defenses

---

[2] Capitalized terms used in this paragraph but not otherwise defined shall have the meanings ascribed to them in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 1397] (the "DIP Order").

(Page | 6)
Debtors: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff

preserved for the benefit of the DIP Secured Parties under the DIP Loan Documents or the DIP Order, including, without limitation, any rights, claims, or causes of action arising under or related to the DIP Facilities, the DIP Collateral, or the DIP Superpriority. For the avoidance of doubt, nothing herein shall impair or affect any rights, claims, or defenses of the DIP Secured Parties as set forth in the Final DIP Order or the DIP Loan Documents.

8. Notwithstanding anything to the contrary herein, pursuant to section 365(a) of the Bankruptcy Code, any executory contracts between the Debtors and Colgate (if any) are hereby rejected, effective as of the date of entry of this Stipulation and Consent Order.

9. The Parties acknowledge that this Stipulation and Consent Order is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Consent Order.

10. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation and Consent Order. Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation and Consent Order.

11. The terms and provisions contained within this Stipulation and Consent Order shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

Case 25-14861-MBK    Doc 2031    Filed 08/25/25    Entered 08/25/25 15:06:18    Desc Main
Document    Page 13 of 14

(Page | 7)
Debtors:             NEW RITE AID, LLC, *et al*.
Case No.:            25-14861 (MBK)
Caption of Order:    Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff

---

12. This Stipulation and Consent Order sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

13. Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation and Consent Order will be immediately effective and enforceable upon its entry. The Debtors and Colgate are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Consent Order.

14. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation and Consent Order as of the date first set forth below.

<u>**ACCEPTED AND AGREED**</u>:

| | |
|---|---|
| **COLE SCHOTZ, P.C.** <br> *Counsel for the Debtors* | **ASHBY & GEDDES** <br> *Counsel for Colgate-Palmolive Company, on behalf of itself and its affiliate Tom's of Maine, Inc.* |
| By: */s/ David M. Bass* <br> David M. Bass | By: */s/ Michael D. DeBaecke* <br> Michael D. DeBaecke |
| Dated: August 25, 2025 | Dated: August 25, 2025 |