UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025

In re New Rite Aid LLC, *et al.*[1]              Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)                Client: Official Committee of Unsecured
                                       Creditors

Chapter 11                             Case Filed: May 5, 2025


COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED


*/s/ Brett H. Miller*          *8/25/2025*
BRETT H. MILLER          Date

---

[1]   The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the
    Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
    website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The
    location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these
    chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**SECTION I
FEE SUMMARY**

Summary of Amounts Requested for the Period
July 1, 2025 through July 31, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $420,730.50 |
| Disbursement Total | $155.76 |
| Total Fees Plus Disbursements | $420,886.26 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $1,410,347.54 |
| Total Fees and Expenses Allowed to Date | $1,130,165.74 |
| Total Retainer Remaining | n/a |
| Total Holdback | $280,181.80 |
| Total Received by Applicant | $1,130,165.74 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 11.0 | $1,825.00 | $20,075.00 |
| Todd M. Goren<br>Partner | 2003 | 47.0 | $2,350.00 | $110,450.00 |
| Paul Labov<br>Partner | 2003 | 13.7 | $2,350.00 | $32,195.00 |
| Brett H. Miller<br>Partner | 1992 | 20.9 | $2,500.00 | $52,250.00 |
| Craig A. Damast<br>Counsel | 1992 | 6.1 | $1,650.00 | $10,065.00 |
| Drishti Barar<br>Associate | 2025 | 1.0 | $825.00 | $825.00 |
| Zachary Charlton<br>Associate | 2025 | 2.6 | $825.00 | $2,145.00 |
| Sean Daly<br>Associate | 2015 | 1.8 | $1,400.00 | $2,520.00 |
| Misha Emanoil<br>Associate | 2025 | 49.1 | $825.00 | $40,507.50 |
| Jessica Flynn<br>Associate | 2025 | 0.7 | $825.00 | $577.50 |
| Jessica D. Graber<br>Associate | 2022 | 73.1 | $1,325.00 | $96,857.50 |
| Marine Loison<br>Associate | 2024 | 59.6 | $1,025.00 | $61,090.00 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and Discovery Attorney Programs | n/a | 1.2 | $720.00 | $864.00 |
| William Collins<br>Paralegal | n/a | 5.7 | $380.00 | $2,166.00 |

---

[2]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

3

| | | | | |
|---|---|---|---|---|
| Rohan Sasso<br>Paralegal | n/a | 5.4 | $380.00 | $2,052.00 |
| Lauren Walker<br>Paralegal | n/a | 0.8 | $380.00 | $304.00 |
| Joanna Zervaki | n/a | 0.4 | $380.00 | $152.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (13.4) | | ($14,365.00) |
| **PROFESSIONAL TOTAL** | | 286.7 | | $420,730.50 |

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 28.6 | $42,938.50 |
| Assumption and Rejection of Leases and Contracts (003) | 0.2 | $470.00 |
| Avoidance Action Analysis (004) | 11.4 | $10,765.00 |
| Budgeting (Case) (005) | 1.0 | $1,275.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 28.4 | $35,821.00 |
| Claims Administration and Objections (008) | 4.7 | $8,517.50 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 0.8 | $820.00 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 51.3 | $89,882.50 |
| Other Litigation (014) | 0.0 | $0.00 |
| Meetings and Communications with Creditors (015) | 38.1 | $63,192.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 2.1 | $3,010.00 |
| Real Estate (018) | 0.0 | $0.00 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.2 | $265.00 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 48.2 | $76,743.50 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 22.9 | $33,200.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 0.4 | $410.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 15.7 | $16,446.50 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 13.4 | $14,365.00 |
| Non-Willkie Retention Applications (037) | 5.6 | $7,072.50 |
| Willkie Retention Application (038) | 27.1 | $29,901.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (13.4) | ($14,365.00) |
| **SERVICES TOTALS** | 286.7 | $420,730.50 |

<div style="border:1px solid">

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

</div>

| Disbursements | Amount |
|---|---|
| Local Meals | $155.76 |
| **DISBURSEMENTS TOTAL** | **$155.76** |

<div style="border:1px solid black">

**SECTION IV**
**CASE HISTORY**

</div>

1.      Date cases filed: May 5, 2025.

2.      Chapter under which cases commenced: Chapter 11.

3.      Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

If limit on number of hours or other limitations to retention, set forth: n/a.

4.      Summarize in brief the benefits to the estate and attach supplements as needed:[3]

a.      The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including the Final DIP hearing and the hearing regarding the Debtors' motion to compel performance under the sale order from CVS [Docket No. 1322].  The Applicant also attended the remaining assets and certain leases auctions.

b.      The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.

c.      The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, payment of stub rent, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors and worked to resolve related disputes.

d.      The Applicant discussed, negotiated, and resolved its *Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Obtain Senior-Secured, Superpriority, Postpetition Financing* [Docket No. 1094] with certain improvements to the Debtors' proposed DIP financing facility that benefitted all general unsecured creditors.

e.      The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

f.      The Applicant conducted an investigation into the perfection of prepetition liens on the Debtors' assets.

g.      The Applicant prepared and filed the *Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official*

---

[3]    The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

*Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1313] and a supplemental declaration in support of its retention [Docket No. 1443]. The Applicant also addressed inquiries by the United States Trustee regarding the retention of the Committee's professionals.

      h.    The Applicant continued to review and analyze the McKesson motion to compel payment of administrative expenses [Docket No. 655] and engaged in negotiations with the Debtors, McKesson, and the DIP lenders regarding the same.

      i.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

      5.    This is the Applicant's second monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

## Exhibit A

**Retention Order**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
       tgoren@willkie.com
       jburbage@willkie.com
       jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

**Order Filed on July 15, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025

    The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code,

Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain

and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on

the terms set forth in the Application and Miller Declaration, as may be modified herein, including

to perform the services set forth below:

a)  advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b)  assisting and advising the Committee relative to the administration of these Chapter 11 Cases;

c)  attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

d)  assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

e)  assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f)  assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g)  taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, the review and analysis of claims filed against the Debtors' estates;

h)  generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i)  appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j)  performing all other necessary legal services in these Chapter 11 Cases.

3.      Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.      Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.      Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.      Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.      Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit B

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

PLEASE  INDICATE  INVOICE
NUMBER ON REMITTANCE
Invoice No. 12521604
Client/Matter No. 136121.00001
August 22, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through July 31, 2025 as set out in the
attached detail

| | | |
|---|---|---:|
| Asset Disposition | $ | 42,938.50 |
| Assumption and Rejection of Leases and Contracts | | 470.00 |
| Avoidance Action Analysis | | 10,765.00 |
| Budgeting (Case) | | 1,275.00 |
| Case Administration | | 35,821.00 |
| Claims Administration and Objections | | 8,517.50 |
| Non-Willkie Fee Statements & Applications | | 820.00 |
| Financing and Cash Collateral | | 89,882.50 |
| Meetings and Communications with Creditors | | 63,192.50 |
| Plan and Disclosure Statement | | 3,010.00 |
| Reporting | | 265.00 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

New Rite Aid Official Committee of Unsecured Creditors                    Page  2
New Rite Aid Bankruptcy
Invoice No. 12521604
Client/Matter No. 136121.00001

| | |
|---|---|
| Hearings | 76,743.50 |
| Lien Investigation | 33,200.00 |
| Other Motions/Applications | 410.00 |
| Willkie Fee Statements and Applications | 16,446.50 |
| Non- Willkie Retention Applications | 7,072.50 |
| Willkie Retention Application | 29,901.00 |
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $    420,886.26 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 3
Invoice No. 12521604
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

**Asset Disposition**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 7/1/25 | M E | Corr. with Willkie team re: notice of remaining assets auction. | | 0.30 | 247.50 |
| 7/1/25 | P L | Corr. with Willkie team re: open issues with stub rent issues. | | 0.40 | 940.00 |
| 7/2/25 | M E | Corr. with Willkie team re: notice of successful bidder. | | 0.50 | 412.50 |
| 7/3/25 | M L | Review/analyze updated sale process dates. | | 0.10 | 102.50 |
| 7/3/25 | J G | Corr. with Paul Weiss re: landlord rent payments. | | 0.10 | 132.50 |
| 7/3/25 | M E | Review/analyze landlord objections, Debtors' stipulation re: store sale (1.2); corr. with J. Graber re: same (.8). | | 2.00 | 1,650.00 |
| 7/4/25 | B M | Review/comment on the motion to compel CVS to abide by the asset purchase agreement (.4); prepare memorandum regarding open points for the CVS sale (.4). | | 0.80 | 2,000.00 |
| 7/5/25 | J G | Corr. with M. Emanoil and M. Loison re: Debtors' Motion to Enforce the Sale Order and Compel Performance by CVS (.1); review/analyze same (.3). | | 0.40 | 530.00 |
| 7/5/25 | M E | Corr. with UCC re: Debtors' motion to compel performance by CVS. | | 0.90 | 742.50 |

New Rite Aid Official Committee of Unsecured Creditors                                       Page  4
Invoice No. 12521604
Client/Matter No. 136121.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 7/5/25 | JHB | Review/analyze motion to compel CVS payment. | | 0.30 | 547.50 |
| 7/6/25 | M E | Corr. with Willkie team re: landlord objections to sale, Debtors' stipulation. | | 0.10 | 82.50 |
| 7/7/25 | M L | Review/analyze landlord objections to sale. | | 0.20 | 205.00 |
| 7/7/25 | M E | Corr. with Willkie team re: landlord objections, hearing agenda. | | 0.70 | 577.50 |
| 7/8/25 | T G | Review/analyze briefing re: Debtors' motion to enforce the sale order and compel performance by CVS. | | 1.10 | 2,585.00 |
| 7/9/25 | T G | Review/analyze pleadings from Debtors' motion to enforce the sale order and compel performance by CVS re: open issues. | | 0.80 | 1,880.00 |
| 7/9/25 | J G | Analyze notice of amended exhibits to auction notice (July leases) (.3); corr. with UCC Professionals re: same (.2). | | 0.50 | 662.50 |
| 7/9/25 | CAD | Correspondence w/ T. Goren, other Committee professionals regarding status of stub rent negotiations. | | 0.20 | 330.00 |
| 7/9/25 | M E | Corr. with Willkie team re: landlord objections to auction and sale of leases (1.1). | | 1.10 | 907.50 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 5
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | J G | Analyze notice of adjourned dates re: remaining assets auction and sale timeline (.5); corr. with Willkie team (.2) and Paul Weiss (.1) re: same and Bids. | | 0.80 | 1,060.00 |
| 7/15/25 | J G | Analyze notice of remaining assets sale timeline (.3); corr. with M. Emanoil re: same (.2); corr. with Paul Weiss re: remaining asset bids (.2). | | 0.70 | 927.50 |
| 7/18/25 | M L | Review/analyze auction information (.3); review/analyze notice of successful bidder (.9). | | 1.20 | 1,230.00 |
| 7/18/25 | J G | Review/analyze lease termination bids, unity APA, notice of successful bidders and related auction materials (1.2); corr. with Willkie team re: same (.2) and communications to Committee re: same (.1). | | 1.50 | 1,987.50 |
| 7/21/25 | T G | Correspondence w/ Willkie team re: auction status. | | 0.40 | 940.00 |
| 7/21/25 | Z C | Attend auction for certain leases (1.9); corr. with M. Loison, J. Graber re: same (.3). | | 2.20 | 1,815.00 |
| 7/21/25 | J G | Attend auction for certain leases (1.9); corr. with Willkie team re: same (.4). | | 2.30 | 3,047.50 |
| 7/21/25 | P L | Corr. with Willkie team re: Debtors' motion to compel administrative payments from CVS. | | 0.80 | 1,880.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 6
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/22/25 | CAD | Correspondence w/ Willkie team regarding Debtors' specified second leases auction and results. | | 0.20 | 330.00 |
| 7/22/25 | T G | Review/analyze auction results (.3) and correspondence w/ Willkie team re: same (.1). | | 0.40 | 940.00 |
| 7/22/25 | M L | Review/analyze notices of successful bidder. | | 0.40 | 410.00 |
| 7/22/25 | M L | Review/analyze witness and exhibit lists re: CVS litigation. | | 0.20 | 205.00 |
| 7/22/25 | J G | Corr. with D. Bass (Cole Schotz) re: auction results (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 7/23/25 | B M | Call with the Debtors to discuss the CVS hearing and negotiations with the lenders (.5); call with the UCC professionals to discuss open issues for the UCC (.4). | | 0.90 | 2,250.00 |
| 7/24/25 | M L | Corr. with Willkie team re: CVS litigation documents. | | 0.50 | 512.50 |
| 7/24/25 | T G | Review/analyze pre-trial briefs and supporting declarations re CVS dispute. | | 1.40 | 3,290.00 |
| 7/28/25 | CAD | Correspondence w/ Willkie team, Committee regarding dispute w/ CVS. | | 0.20 | 330.00 |
| 7/28/25 | T G | Review/analyze CVS litigation decision (.6) and correspondence w/ Willkie team re same (.3). | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 7
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/28/25 | M L | Review/analyze summary of order re: Debtors' motion to compel payment from CVS. | | 0.20 | 205.00 |
| 7/28/25 | J G | Review/analyze court's written CVS opinion (.3); corr. with Willkie team re: same (2.). | | 0.50 | 662.50 |
| 7/28/25 | P L | Review/analyze Judge's decision on CVS and various open items. | | 1.40 | 3,290.00 |
| 7/29/25 | M E | Review/analyze notice of adjournment of remaining assets auction (.1); corr. with M. Loison, J. Graber re: same (.1). | | 0.20 | 165.00 |
| 7/30/25 | W C | Review/analyze objections filed by landlords to: Debtors' motion. | | 0.20 | 76.00 |
| 7/31/25 | M L | Corr. with Paul Weiss re: auction details (.1); corr. with Willkie team re: same (.1). | | 0.20 | 205.00 |
| | **Subtotal - Asset Disposition** | | | **28.60** | **42,938.50** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/30/25 | T G | Correspondence w/ creditor and Willkie team re: lease assumption question. | | 0.20 | 470.00 |
| | **Subtotal - Assumption and Rejection of Leases and Contracts** | | | **0.20** | **470.00** |

## Avoidance Action Analysis

New Rite Aid Official Committee of Unsecured Creditors                                    Page 8
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 7/23/25 | M L | Corr. with Willkie team re: preference research. | | 0.30 | 307.50 |
| 7/28/25 | M L | Corr. with Willkie team re: preference claims disposition. | | 0.20 | 205.00 |
| 7/29/25 | M L | Review/analyze preference claim research. | | 0.20 | 205.00 |
| 7/29/25 | M E | Corr. M. Loison re: preference action research (.1); conduct research re: same (.2). | | 0.30 | 247.50 |
| 7/30/25 | M L | Conduct research on preference claims. | | 2.50 | 2,562.50 |
| 7/30/25 | M E | Conduct research re: preference actions. | | 2.00 | 1,650.00 |
| 7/31/25 | M E | Conduct research re: preference actions (1.0); summarize findings (1.0); corr. with M. Loison, J. Graber re: same (.3). | | 2.30 | 1,897.50 |
| 7/31/25 | M L | Conduct research treatment of preference actions (2.4); corr. with J. Graber re: same (1.2). | | 3.60 | 3,690.00 |
| | **Subtotal - Avoidance Action Analysis** | | | **11.40** | **10,765.00** |

## Budgeting (Case)

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 7/1/25 | CAD | Correspondence w/ M. Loison, Willkie team regarding draft of Willkie budget and staffing plan (.2); review/analyze same (.2). | | 0.40 | 660.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 9
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | M L | Corr. with M. Gates (AlixPartners) re: case budget (.2); draft Willkie case budget (.3). | | 0.50 | 512.50 |
| 7/3/25 | M L | Corr. with Willkie team re: UCC professionals fee budget. | | 0.10 | 102.50 |
| | **Subtotal - Budgeting (Case)** | | | **1.00** | **1,275.00** |

## Case Administration

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | M L | Prepare for (.1) and attend (.4) meeting with Debtors re: exit strategy and plan deal. | | 0.50 | 512.50 |
| 7/1/25 | T G | Call w/ Debtors' professionals re: DIP, exit strategy negotiations (.4); follow-up discussion w/ Willkie team re: same (.4). | | 0.80 | 1,880.00 |
| 7/2/25 | M E | Draft/revise 7/3 UCC meeting agenda (.6), corr. with J. Graber, M. Loison re: same (.2). | | 0.80 | 660.00 |
| 7/2/25 | J G | Analyze agenda for upcoming UCC meeting (.2); corr. with M. Emanoil re: same (.1); attention to case administration re: upcoming UCC meeting and hearings (.5). | | 0.80 | 1,060.00 |
| 7/2/25 | P L | Corr. with B. Miller regarding case posture and open issues. | | 0.40 | 940.00 |
| 7/3/25 | J Z | Review/analyze notices of appearance. | | 0.40 | 152.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 10
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | R S | Review/analyze notices of appearance. | | 0.30 | 114.00 |
| 7/4/25 | J G | Corr. with Paul Weiss re: landlord lease payments. | | 0.20 | 265.00 |
| 7/6/25 | J G | Attention to case administration re: upcoming hearings (.2); communications with landlords (.2) and Paul Weiss (.1) re: outstanding payments, and budgeting updates from AlixPartners. | | 0.50 | 662.50 |
| 7/7/25 | J G | Attention to case administration re: upcoming DIP hearing and outstanding pleadings re: same. | | 0.80 | 1,060.00 |
| 7/8/25 | M E | Corr. with J. Graber re: Debtors' CAM/base rent obligations. | | 0.50 | 412.50 |
| 7/9/25 | JHB | Correspondence with Willkie team re: DIP modifications following CVS ruling. | | 0.30 | 547.50 |
| 7/9/25 | M L | Corr. with M. Emanoil re: weekly UCC agenda. | | 0.10 | 102.50 |
| 7/9/25 | R S | Assist w/ attorney research re: notices of appearance. | | 0.40 | 152.00 |
| 7/9/25 | M E | Draft UCC meeting agenda (.6); corr. with J. Graber, M. Loison re: same (.2). | | 0.80 | 660.00 |
| 7/10/25 | M E | Corr. with Willkie team re: landlord objections, Morgan Lewis fee cap increase. | | 1.30 | 1,072.50 |
| 7/10/25 | B M | Call with Debtors regarding open UCC issues. | | 0.50 | 1,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                                  Page 11
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | J G | Attention to case administration re: upcoming dates and deadlines, final DIP order, sale proceedings (.5); corr. with M. Emanoil and M. Loison re: same (.2). | | 0.70 | 927.50 |
| 7/14/25 | P L | Corr. with Willkie team re: operational issues. | | 0.90 | 2,115.00 |
| 7/15/25 | M E | Review/analyze motions to be heard at 7/23 hearing (.6); corr. with Willkie team re: same (.2). | | 0.80 | 660.00 |
| 7/16/25 | M L | Attend meeting with Debtors re: exit strategy, challenge period. | | 0.30 | 307.50 |
| 7/16/25 | T G | Prepare for (.1) and attend (.3) call w/ Debtors' professionals re: CVS status, exit strategy. | | 0.40 | 940.00 |
| 7/16/25 | M E | Revise 7/17 UCC meeting agenda (.3); corr. with M. Loison, J. Graber re: same (.1). | | 0.40 | 330.00 |
| 7/16/25 | M E | Attend meeting with Paul Weiss, Willkie, AlixPartners teams re: plan process update, challenge period. | | 0.30 | 247.50 |
| 7/16/25 | P L | Attend call w/ Debtors' professionals re: CVS status, exit strategy. | | 0.30 | 705.00 |
| 7/16/25 | J G | Attend meeting with Debtors re: creditor negotiations, challenge period. (.3). | | 0.30 | 397.50 |
| 7/17/25 | JHB | Correspondence w/ J. Graber re: docket updates in connection with 2023 cases. | | 0.20 | 365.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 12
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/17/25 | W C | Review/analyze notices of appearance in connection with supplemental parties in interest list (1.9); corr. w/ M. Loison re: Notice of Appearance research (.2). | | 2.10 | 798.00 |
| 7/17/25 | Z C | Review/analyze Sub-Trust A statement (.2); corr. with Willkie team re: same (.2). | | 0.40 | 330.00 |
| 7/17/25 | J G | Corr. with Willkie team re: 2023 cases pleadings, status report re: general unsecured claim equity trust (.2); review/analyze same (.2); attention to same, upcoming dates and deadlines, and upcoming lease auctions (.5) | | 0.90 | 1,192.50 |
| 7/18/25 | M E | Corr. with Willkie team re: 7/23 hearing, 7/25 hearing. | | 0.10 | 82.50 |
| 7/18/25 | P L | Corr. with Willkie team re: open issues, DIP, exit strategy plan, and landlord issues. | | 0.70 | 1,645.00 |
| 7/22/25 | J G | Attention to case administration re: upcoming filings, dates and deadlines, and open work streams re: same (.8); corr. with Willkie team re: same (.2). | | 1.00 | 1,325.00 |
| 7/23/25 | M L | Attend meeting with Debtors re: CVS hearing, exit strategy update (.5); draft agenda for UCC meeting on 7/24 (.2). | | 0.70 | 717.50 |
| 7/23/25 | JHB | Corr. with M. Loison re: July 25 hearing issues (.3); corr. with M. Loison re: hearing (.2). | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 13
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------|------|------|------|------|
| 7/23/25 | W C | Review/analyze new notices of appearance. | | 0.20 | 76.00 |
| 7/23/25 | T G | Prepare for (.1) and attend (.5) call w/ Debtors' professionals re: CVS, exit strategy. | | 0.60 | 1,410.00 |
| 7/24/25 | M E | Corr. with M. Loison re CVS hearing, declarations (.7); corr. with Willkie team re: Holland & Knight fee cap increase (.2). | | 0.90 | 742.50 |
| 7/25/25 | W C | Review/analyze documents in virtual data room re: Committee investigation. | | 1.40 | 532.00 |
| 7/28/25 | J G | Analyze outstanding case administration items, creditor communications, strategic alternatives re: same, upcoming dates and deadlines. | | 0.70 | 927.50 |
| 7/29/25 | T G | Confer w/ Willkie team re status of discussions post-CVS decision/exit strategy. | | 0.40 | 940.00 |
| 7/29/25 | W C | Review/analyze internal database re: Debtors' as-filed pleadings. | | 0.40 | 152.00 |
| 7/30/25 | M L | Attend meeting with Debtors re: plan, CVS litigation, and claims. | | 0.50 | 512.50 |
| 7/30/25 | T G | Call w/ Debtors' professionals re CVS, exit strategy update (.5) and follow-up discussion w/ Willkie team re: same (.2). | | 0.70 | 1,645.00 |
| 7/30/25 | M E | Draft agenda for 7/31 UCC meeting re: exit strategy, CVS hearing. | | 0.50 | 412.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 14
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/30/25 | M E | Attend meeting with Paul Weiss, Cole Schotz, Willkie, Sills Cummis, AlixPartners teams re: exit strategy update. | | 0.50 | 412.50 |
| 7/30/25 | JHB | Attend weekly committee professionals call re: exit strategy. | | 0.50 | 912.50 |
| 7/30/25 | P L | Conference with Debtors' team on current issues, upcoming pleadings, exit strategy. | | 0.70 | 1,645.00 |
| | **Subtotal - Case Administration** | | | **28.40** | **35,821.00** |

## Claims Administration and Objections

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | CAD | Correspondence w/ B. Miller regarding status of discussions w/ McKesson regarding its claim and related litigation. | | 0.10 | 165.00 |
| 7/2/25 | P L | Review/analyze open issues on stub rent and administrative claims. | | 1.40 | 3,290.00 |
| 7/3/25 | J G | Analyze precedent research re: treatment of administrative claims. | | 0.50 | 662.50 |
| 7/7/25 | J G | Analyze precedential research re: administrative claims treatment. | | 2.00 | 2,650.00 |
| 7/25/25 | B M | Review/analyze of the Alix Partners materials regarding administrative claims. | | 0.70 | 1,750.00 |
| | **Subtotal - Claims Administration and Objections** | | | **4.70** | **8,517.50** |

New Rite Aid Official Committee of Unsecured Creditors                    Page 15
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/21/25 | M L | Review/analyze AlixPartners June monthly fee statement (.3); corr. with J. Burbage re: same (.3). | | 0.60 | 615.00 |
| 7/22/25 | M L | Corr. with AlixPartners re: monthly fee statement. | | 0.20 | 205.00 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | | **0.80** | **820.00** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | B M | Call with the Debtors to discuss the DIP and budget issues (.4); call with the UCC professionals to discuss the UCC issues with the DIP (.4); prepare memorandum regarding the DIP and budget issues (.5). | | 1.30 | 3,250.00 |
| 7/1/25 | M E | Call with Paul Weiss, Cole Schotz, Willkie teams re: plan, DIP (.4), call w/ Willkie team re: same (.4). | | 0.80 | 660.00 |
| 7/1/25 | J G | Attend meeting with Debtors' professionals re: DIP negotiations, creditor negotiations (.4); corr. with UCC professional re: same (.4); corr. with D. Keeton (Paul Weiss) re: same, deadlines in DIP Order (.1); corr. with Willkie team re: same (.2). | | 1.10 | 1,457.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  16
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | B M | Calls with the Debtors to discuss the open DIP and litigation issues and the UCC comments re: same (1.4); call with the UCC professionals to discuss the UCC response to same (.4); prepare memorandum regarding the DIP budget and litigation open issues (.5). | | 2.30 | 5,750.00 |
| 7/2/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding extension of DIP challenge period and status of DIP budget issues. | | 0.20 | 330.00 |
| 7/2/25 | JHB | Attend update call with Paul Weiss re: DIP and budget issues. | | 0.50 | 912.50 |
| 7/2/25 | T G | Call w/ Debtors' professionals re: DIP status/next steps (.8); follow-up call w/ UCC professionals re: same (.4); correspondence w/ Willkie team re: same/proposed language (.6). | | 1.80 | 4,230.00 |

New Rite Aid Official Committee of Unsecured Creditors                                   Page  17
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | J G | Attend meeting with Debtors professionals and UCC professionals re: DIP negotiations, upcoming DIP hearing, outstanding UCC objections (.8); corr. with J. Marshall (Choate) re: DIP challenge period (.2); attention to DIP order re: same (.2); corr. with Willkie team (.3) and Sills team (.1) re: same; attend call with Paul Weiss and landlords' counsel re: DIP negotiations and related budget (.5). | | 2.10 | 2,782.50 |
| 7/2/25 | M E | Draft resolution terms re: DIP order (.4), corr. with M. Loison, J. Burbage re: same (.1). | | 0.50 | 412.50 |
| 7/2/25 | M E | Prepare for (.4) and attend (.8) call with Paul Weiss team, Willkie team re: DIP issues. | | 1.20 | 990.00 |
| 7/2/25 | JHB | Corr. with M. Loison re: settlement bullets for DIP Lenders. | | 0.40 | 730.00 |
| 7/3/25 | M L | Attend meeting with AlixPartners and landlord groups re: DIP budget. | | 0.80 | 820.00 |
| 7/3/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding outline of potential settlement of Committee's issues w/ DIP financing motion. | | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 18
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | T G | Call w/ Debtors and Landlords re: DIP budget/potential resolution (.8) and follow-up correspondence w/ Willkie team re: same (.4); review/revise proposed DIP settlement key points (.4). | | 1.60 | 3,760.00 |
| 7/3/25 | J G | Corr. with M. Loison re: DIP language revisions. | | 0.20 | 265.00 |
| 7/3/25 | J G | Attend UCC meeting re: DIP negotiations, upcoming hearing, budget analysis (.6); corr. with Debtors' professionals, UCC professionals, and landlord counsel re: budget analysis and DIP objections (1.0). | | 1.60 | 2,120.00 |
| 7/3/25 | M E | Prepare for (.2) and attend (.5) conference with Debtors professionals, landlords re: DIP budget. | | 0.70 | 577.50 |
| 7/3/25 | B M | Call with the Debtors to discuss the DIP financing order (.5); correspondence with the DIP lenders regarding proposed language for the DIP order (.4); review/comment on the DIP order language (.4); review/analyze the AlixPartners report on landlord claims and escrow for stub rent payment (.5). | | 1.80 | 4,500.00 |
| 7/3/25 | P L | Conference with J. Burbage regarding language in DIP order. | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  19
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | P L | Conference with B. Miller regarding language in DIP order. | | 0.20 | 470.00 |
| 7/4/25 | CAD | Correspondence w/ Willkie, Sills teams regarding proposed revisions to final DIP order, including mediation language. | | 0.40 | 660.00 |
| 7/4/25 | M L | Attend meeting with Paul Weiss re: Committee DIP objection. | | 0.30 | 307.50 |
| 7/4/25 | JHB | Update call with Paul Weiss re: status of negotiations with DIP Lenders (.4); call with B. Miller re: next steps (.1); draft resolution language for DIP Order (.3); correspondence with Willkie re: same (.2). | | 1.00 | 1,825.00 |
| 7/4/25 | T G | Correspondence w/ Willkie team re: potential DIP language. | | 0.60 | 1,410.00 |
| 7/4/25 | J G | Corr. with Paul Weiss and Willkie team re: ongoing DIP negotiations (.4); continuous corr. with Willkie team re: same (.7); continuous corr. with D. Keeton (Paul Weiss) re: same (.5). | | 1.60 | 2,120.00 |
| 7/5/25 | JHB | Correspondence with M. Gates (AlixPartners) re: avoidance action data in connection with DIP Objection. | | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  20
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/5/25 | P L | Review/analyze DIP objection (1.6) and correspondence with Willkie team re: possible resolution (.2). | | 1.80 | 4,230.00 |
| 7/6/25 | CAD | Correspondence w/ Willkie team regarding status of negotiations regarding DIP financing/possible resolution of Committee's DIP objection and language to be included in proposed final DIP order. | | 0.30 | 495.00 |
| 7/6/25 | JHB | Review/analyze re: settlement of Committee DIP objection. | | 0.40 | 730.00 |
| 7/6/25 | T G | Review/analyze proposed resolution of DIP issues (.4) and correspondence w/ Willkie team re: same (.3); correspondence w/ Alix re: preference claims/DIP budget (.3). | | 1.00 | 2,350.00 |
| 7/6/25 | J G | Continuous corr. with Willkie team and Paul Weiss re: ongoing DIP negotiations and upcoming hearing re: same (1.4); analyze revisions re: same (.2). | | 1.60 | 2,120.00 |
| 7/6/25 | B M | Review/comment on the revised DIP order (.6); correspondence with the Debtors and the lenders regarding the revised DIP order (.5). | | 1.10 | 2,750.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 21
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | CAD | Various correspondence w/ Willkie, Paul Weiss teams regarding updated draft of proposed final DIP order and Committee comments (.5); review/analyze same (.2); correspondence w/ T. Goren regarding status of potential DIP resolution (.1). | | 0.80 | 1,320.00 |
| 7/7/25 | M L | Review/analyze Final DIP Order (.4); corr. with J. Graber re: same (.3). | | 0.70 | 717.50 |
| 7/7/25 | JHB | Correspondence with J. Graber re: review of DIP markup (.2); review/revise same (.3); correspondence with J. Graber re: Final DIP order and challenge period (.5). | | 1.00 | 1,825.00 |
| 7/7/25 | M E | Attend conference with Debtors' professionals, landlords, Willkie team re: DIP issues, hearing. | | 0.20 | 165.00 |
| 7/7/25 | J G | Review/revise final DIP order (1.7); continuous corr. with Willkie team (.5) and Paul Weiss team re: same (.6); review/analyze Debtors' statement re: DIP order (.2); corr. with Willkie team (.2) and Paul Weiss (.1) re: same; corr. with Choate re: DIP negotiations (.2); attend call with Paul Weiss and landlords' counsel re: DIP negotiations (.3). | | 3.80 | 5,035.00 |
| 7/7/25 | P L | Corr. with B. Miller re: DIP objection. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 22
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | T G | Calls w/ D. Keeton (Paul Weiss) (.3) and A. Eaton (Paul Weiss) (.2) re: DIP; call w/ B. Miller re: same (.3); call w/ landlords re: DIP (.3); review/revise drafts of Interim DIP Order (.8) and correspondence w/ Willkie team re: same (.4); review/revise Debtors' DIP statement (.3); correspondence w/ Willkie and Sills team re: DIP conference (.3). | | 2.90 | 6,815.00 |
| 7/8/25 | M L | Review/analyze DIP research (1.5); review/analyze interim DIP order (.3). | | 1.80 | 1,845.00 |
| 7/8/25 | CAD | Correspondence w/ J. Graber, Committee regarding status conference regarding DIP financing and CVS sale issues. | | 0.10 | 165.00 |
| 7/8/25 | T G | Call w/ I. Gold re: budget questions (.3); follow-up correspondence w/ Alix and Willkie team re: same (.3). | | 0.60 | 1,410.00 |
| 7/9/25 | T G | Call w/ Paul Weiss re: DIP status/CVS litigation (.7); follow-up correspondence w/ UCC advisors re: same (.4); call w/ P. Labov re: same (.2); review/revise updated draft DIP Order (.6) and correspondence w/ Paul Weiss re: same (.4). | | 2.30 | 5,405.00 |
| 7/9/25 | M L | Corr. with J. Graber re: interim DIP order. | | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 23
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/9/25 | J G | Attend and participate in call with Debtors Professionals and UCC professionals re: DIP discussions, CVS negotiations, and strategic alternatives re: same (.5); corr. with Willkie team re: same (.4); corr. with M. Gates (AlixPartners) re: same (.1); corr. with M. Loison re: treatment of avoidance actions re: same (.2); review/analyze final DIP order re: same (.2). | | 1.40 | 1,855.00 |
| 7/10/25 | JHB | Attend conference re: resolution of DIP objections. | | 0.40 | 730.00 |
| 7/10/25 | T G | Call w/ Debtors/Landlords re: DIP Order (.3); review/revise updated drafts of DIP Order (.4); correspondence w/ Paul Weiss and Willkie team re: same (.4). | | 1.10 | 2,585.00 |
| 7/11/25 | M E | Review/revise stipulation between Debtors, Committee, Lenders re: lien challenges. | | 0.20 | 165.00 |
| 7/14/25 | M E | Corr. with Willkie team re: DIP Milestones, deadline to object to store closing notice, McKesson motion | | 0.30 | 247.50 |
| 7/15/25 | S D | Discuss collateral issues for stipulation with J. Graber (.2); review/analyze analysis of same to inform advice (.3). | | 0.50 | 700.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 24
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/17/25 | CAD | Correspondence w/ Willkie team regarding DIP order/ Committee challenge deadline issues (.2); correspondence w/ Willkie, Choate teams regarding same (.2). | | 0.40 | 660.00 |
| 7/21/25 | JHB | Correspondence with M. Loison re: DIP Order mechanics. | | 0.30 | 547.50 |
| 7/22/25 | M L | Review/analyze final DIP order re: milestones and reporting requirements. | | 1.70 | 1,742.50 |
| | | **Subtotal - Financing and Cash Collateral** | | **51.30** | **89,882.50** |

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | M L | Attend UCC professionals meeting re: exit strategy, estimated budget. | | 0.30 | 307.50 |
| 7/1/25 | T G | Prepare for (.1) and attend (.4) call w/ UCC professionals re: weekly call topics, DIP, exit strategy. | | 0.50 | 1,175.00 |
| 7/1/25 | M E | Corr. with Willkie team re: P&F Retail, Debtors stipulation. | | 0.30 | 247.50 |
| 7/1/25 | P L | Attend UCC professionals call re: DIP, exit strategy negotiations. | | 0.40 | 940.00 |
| 7/2/25 | M L | Prepare for (.3) and attend (.4) meeting with UCC professionals re: DIP objection. | | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 25
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/2/25 | JHB | Correspondence with I. Gold and L. Roglan re: stub rent settlement. | | 0.20 | 365.00 |
| 7/2/25 | M E | Attend conference with landlord parties, Paul Weiss, Cole Schotz professionals, Willkie team re: DIP issues. | | 0.40 | 330.00 |
| 7/3/25 | M L | Attend UCC meeting re: DIP/plan update, administrative claims update, Committee retention applications, financial advisor update. | | 0.70 | 717.50 |
| 7/3/25 | JHB | Attend weekly UCC meeting re: DIP/plan update, administrative claims update, Committee retention applications, financial advisor update (.7); corr. with Willkie team re: same (.1). | | 0.80 | 1,460.00 |
| 7/3/25 | T G | Prepare for (.3) and participate on (.7) UCC call re: DIP, case update; corr. with Willkie team re: same (.1); review/analyze Alix materials for call (.4); call w/ creditor re: rent payments and follow-up correspondence w/ Willkie team re: same (.3). | | 1.80 | 4,230.00 |
| 7/3/25 | M E | Prepare for (.2) and attend (.7) UCC meeting re: DIP issues, administrative claims update, and financial advisor update. | | 0.90 | 742.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 26
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 7/5/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding Debtors' motion to enforce sale order and compel enforcement by CVS. | | 0.20 | 330.00 |
| 7/6/25 | T G | Review/revise correspondence to UCC re: DIP resolution. | | 0.40 | 940.00 |
| 7/6/25 | M E | Corr. with Willkie team, UCC re: DIP resolution. | | 1.40 | 1,155.00 |
| 7/7/25 | P L | Corr. with Willkie team, UCC professionals re: DIP Objection, CVS issues. | | 0.80 | 1,880.00 |
| 7/8/25 | M L | Review/analyze update to Committee re: Debtors' motion to compel payment from CVS. | | 0.50 | 512.50 |
| 7/8/25 | M E | Corr. with UCC re: CVS motion hearing. | | 0.90 | 742.50 |
| 7/9/25 | J G | Review/revise agenda for upcoming UCC meeting (.2); corr. with M. Emanoil re: same (.1). | | 0.30 | 397.50 |
| 7/9/25 | M E | Prepare for (.1) and attend (.4) call with Willkie, AlixPartners, Sills Cummis, Paul Weiss teams re: CVS proceeds calculations. | | 0.50 | 412.50 |
| 7/10/25 | JHB | Attend weekly Committee call re: DIP proposal, sale process (.4); corr. with Willkie team re: same (.1). | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 27
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/10/25 | M L | Attend meeting with UCC professionals re: DIP proposal, sale process (.3); attend UCC meeting re: same (.4). | | 0.70 | 717.50 |
| 7/10/25 | T G | Prepare for (.3) and participate in (.4) Committee call re: DIP/case update; corr. with Willkie team re: same (.3); review/analyze Alix materials for call (.4). | | 1.40 | 3,290.00 |
| 7/10/25 | M E | Attend conference with Paul Weiss team, Willkie team, landlords re: DIP objections. | | 0.20 | 165.00 |
| 7/10/25 | M E | Corr. with J. Blau (UFCW) re: UCC meeting (.2); prepare for (.1) and attend (.3) UCC meeting re: DIP hearing. | | 0.60 | 495.00 |
| 7/10/25 | J G | Prepare for (.1) and attend meeting with UCC professionals re: DIP proposal, sale process (.3); attend UCC meeting re: same (.4). | | 0.80 | 1,060.00 |
| 7/10/25 | JHB | Attend weekly professionals meeting re: exit strategy, DIP. | | 0.40 | 730.00 |
| 7/10/25 | M E | Attend meeting with Willkie team, Sills Cummis team, AlixPartners team re: DIP hearing, CVS motion, plan process. | | 0.40 | 330.00 |
| 7/10/25 | B M | Prepare for (.3) and participate in the UCC meeting to discuss the DIP, sale process and plan option (.5). | | 0.80 | 2,000.00 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 28
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | T G | Call w/ I. Gold re: budget issues (.4); correspondence w/ Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 7/14/25 | M E | Draft UCC meeting agenda (.2); corr. with Willkie team re: MedImpact motion, revised remaining assets auction notice (.8) | | 1.00 | 825.00 |
| 7/15/25 | M E | Corr. with Willkie team, UCC re: revised auction notice, bid procedures. | | 0.50 | 412.50 |
| 7/16/25 | M L | Attend meeting with UCC professionals re: UCC meeting, exit strategy update (.1); draft Committee update re: exit strategy, CVS, and July 23rd hearing (.6). | | 0.70 | 717.50 |
| 7/16/25 | T G | Call w/ UCC advisors re: UCC call, case status and strategic alternatives re: same (.2); follow-up call w/ B. Miller re: same (.3). | | 0.50 | 1,175.00 |
| 7/16/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss the DIP., plan options and sale process. | | 1.20 | 3,000.00 |
| 7/16/25 | P L | Attend call w/ UCC professionals re: CVS status, exit strategy. | | 0.30 | 705.00 |
| 7/16/25 | J G | Attend meeting with UCC professionals re: UCC meeting, plan/litigation update. | | 0.10 | 132.50 |
| 7/18/25 | M L | Corr. with UCC re: notice of successful bidder. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 29
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 7/21/25 | JHB | Correspondence with M. Sorenson re: meeting with 1970 group. | | 0.20 | 365.00 |
| 7/22/25 | M L | Corr. with UCC re: auction results. | | 0.20 | 205.00 |
| 7/23/25 | M L | Corr. with Committee re: successful bidder (.3); attend meeting with UCC professionals re: CVS hearing, exit strategies (.5); corr. with Committee re: weekly agenda (.1). | | 0.90 | 922.50 |
| 7/23/25 | M L | Review/analyze AlixPartners presentation. | | 0.30 | 307.50 |
| 7/23/25 | T G | Call w/ UCC professionals re: CVS, exit strategy, strategic alternatives re: same (.5); review/revise agenda for UCC call (.2); call w/ 1970 group re: workers comp questions (.2) and follow-up correspondence re: same (.2). | | 1.10 | 2,585.00 |
| 7/23/25 | J G | Attend meeting with Debtors re: CVS hearing, plan update (.5); attend meeting with UCC professionals re: CVS hearing, plan update (.5). | | 1.00 | 1,325.00 |
| 7/23/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss CVS, plan options and sale process. | | 1.30 | 3,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 30
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/24/25 | T G | Prepare for (.2) and participate in (.4) Committee call re: case update; review/analyze Alix materials for call (.4). | | 1.00 | 2,350.00 |
| 7/24/25 | M E | Attend UCC meeting re: CVS litigation, plan options. | | 0.40 | 330.00 |
| 7/24/25 | B M | Participation in the UCC meeting to discuss the DIP, sale process and plan option (.4); call with A. Eaton (Paul Weiss) regarding open UCC issues (.3); call with I. Gold regarding lessor issues (.2). | | 0.90 | 2,250.00 |
| 7/25/25 | M E | Corr. with UCC re: CVS hearing. | | 0.70 | 577.50 |
| 7/25/25 | JHB | Corr. with M. Emanoil re: CVS hearing summary for Committee. | | 0.40 | 730.00 |
| 7/28/25 | M E | Corr. with UCC, Willkie team re: Kaplan opinion on CVS motion (.4) review/analyze same (.4). | | 0.80 | 660.00 |
| 7/30/25 | M L | Attend meeting with UCC professionals re: ongoing creditor litigation, UCC meeting on 7/31. | | 0.20 | 205.00 |
| 7/30/25 | T G | Call w/ UCC advisors re: UCC call topics, creditor litigation (.2); review/revise agenda for UCC call (.3). | | 0.50 | 1,175.00 |
| 7/30/25 | B M | Review and comment on the agenda, exhibits and handouts for the UCC meeting to discuss CVS, plan options and sale process. | | 0.90 | 2,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                     Page  31
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/30/25 | M E | Corr. with UCC re: UCC meeting agenda, AlixPartners materials. | | 0.10 | 82.50 |
| 7/30/25 | J G | Prepare for (.2) and attend meeting with Debtors re: creditor inquiries, strategic alternatives re: plan, CVS litigation, and claims. (.5); corr. with UCC professionals re: same (.2); corr. with B. Parlin (Holland&Knight) re: cure amounts (.2); attention to same (.2); corr. with Cole Schotz re: same (.2). | | 1.50 | 1,987.50 |
| 7/30/25 | P L | Conference with internal team and other UCC professionals regarding current issues, upcoming pleadings, exit strategy. | | 0.30 | 705.00 |
| 7/31/25 | B M | Prepare for and participate in the UCC meeting to discuss the CVS hearing and plan option (.2); call with M. Branzberg regarding Cencora issues (.6). | | 0.80 | 2,000.00 |
| 7/31/25 | M E | Corr. with UCC re: fee owned properties auction. | | 0.10 | 82.50 |
| 7/31/25 | M E | Corr. with M. Loison, Willkie team re: Willkie fee statement objection deadline. | | 0.10 | 82.50 |
| 7/31/25 | M L | Attend UCC meeting re: exit strategy update, CVS hearing recap, financial advisor update. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                           Page 32
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/31/25 | J G | Prepare for (.1) and attend UCC meeting (.2) re: exit strategy update, CVS hearing recap, financial advisor update. corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 7/31/25 | T G | Prepare for (.2) and participate on (.2) Committee call re: CVS/creditor inquiries and financial update; review and analyze Alix materials for UCC call (.4); correspondence w/ creditor re: cure question (.1). | | 0.90 | 2,115.00 |
| | **Subtotal - Meetings and Communications with Creditors** | | | **38.10** | **63,192.50** |

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | M L | Attend meeting with Debtors re: exit strategy and plan construct (1.0); review/analyze proposal for Debtors re: exit strategy (.4). | | 1.40 | 1,435.00 |
| 7/3/25 | P L | Correspondence with Willkie team re: plan construct and other open issues. | | 0.60 | 1,410.00 |
| 7/24/25 | CAD | Correspondence w/ B. Miller regarding plan-related discussions between Debtors and McKesson. | | 0.10 | 165.00 |
| | **Subtotal - Plan and Disclosure Statement** | | | **2.10** | **3,010.00** |

## Reporting

New Rite Aid Official Committee of Unsecured Creditors                        Page  33
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/29/25 | J G | Review/analyze Debtors' reporting requirements (.1); corr. with AlixPartners team re: same (.1). | | 0.20 | 265.00 |
| | | **Subtotal - Reporting** | | **0.20** | **265.00** |

## Hearings

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | M L | Prepare documents for 7/8 hearing. | | 0.30 | 307.50 |
| 7/7/25 | M E | Review/analyze hearing agenda (.2); review/analyze documents in connection with July 8 hearing (3.2); corr. with M. Loison, R. Sasso re: same (.3); corr. with Willkie team re: same (.3). | | 4.00 | 3,300.00 |
| 7/7/25 | R S | Prepare documents for 7/8 hearing. | | 1.20 | 456.00 |
| 7/8/25 | M L | Attend Rite Aid status conference (.3); attend Rite Aid hearing re: motion to compel payment from CVS (1.3). | | 1.60 | 1,640.00 |
| 7/8/25 | T G | Attend pre-hearing conference with Judge (.3); prepare for (.3) and participate in hearing re: CVS dispute (1.4); continuous corr. with Willkie team re: same (1.1). | | 3.10 | 7,285.00 |
| 7/8/25 | M E | Prepare for (.1) and attend (1.4) CVS motion hearing; corr. with Willkie team re: same (.2). | | 1.70 | 1,402.50 |

New Rite Aid Official Committee of Unsecured Creditors                     Page  34
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 7/8/25 | J G | Attend chambers conference re: CVS negotiations and upcoming hearing re: same (.3); corr. with UCC professionals (.4) and creditors (.2) re: same; prepare for (.5) and attend hearing re: CVS motions and DIP (1.4); corr. with Willkie team re: same (.5); corr. with M. Emanoil and M. Loison re: communications with UCC re: same (.3). | | 3.60 | 4,770.00 |
| 7/8/25 | B M | Prepare for (.7) and attend (1.5) the pre-hearing chambers conference and the hearing on the DIP and sale of assets; review and comment on the DIP order (.8); discussions with the landlords regarding the stub rent payment options (.6). | | 3.60 | 9,000.00 |
| 7/8/25 | JHB | Prepare for (.5) and attend (.3) Chambers conference in advance of DIP hearing and discussion re: next steps. | | 0.80 | 1,460.00 |
| 7/8/25 | M E | Attend chambers conference with Paul Weiss team, Cole Schotz team, Willkie team, landlord parties re: DIP issues, 7/8 hearing. | | 0.30 | 247.50 |
| 7/10/25 | JHB | Attend chambers conference re: CVS Sale disputes (.4); prepare for (.1) and attend (.7) hearing re: final DIP Order. | | 1.20 | 2,190.00 |
| 7/10/25 | M L | Attend hearing re: DIP and store closing notices. | | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 35
Invoice No. 12521604
Client/Matter No. 136121.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 7/10/25 | T G | Prepare for (.4) and participate in (.4) pre-hearing conference and hearing re: final DIP approval (.7); corr. w/ B. Miller re: same (.3). | | 1.80 | 4,230.00 |
| 7/10/25 | M E | Prepare for (.1) and attend (.7) hearing re: DIP motion, store closing motion, 365(d)(4) motion. | | 0.80 | 660.00 |
| 7/10/25 | J G | Attend chambers conference re: DIP motion, outstanding items re: same, strategic exit alternatives (.4); corr. with Willkie team re: case administration for upcoming hearing and chambers conference (.4); attend hearing re: final DIP order (.7). | | 1.50 | 1,987.50 |
| 7/10/25 | M E | Prepare for (.1) and attend (.4) chambers conference with Paul Weiss, Cole Schotz, Foley & Lardner, Willkie teams re: CVS motion. | | 0.50 | 412.50 |
| 7/11/25 | M L | Corr. with N. Fazli (Paul Weiss) re: hearing transcripts. | | 0.10 | 102.50 |
| 7/17/25 | M L | Review/analyze adjournment of hearings re: motion to compel. | | 0.20 | 205.00 |
| 7/18/25 | M L | Review/analyze motions set for hearing on August 14th. | | 0.30 | 307.50 |
| 7/22/25 | T G | Correspondence w/ A. Sherman (Sills) re: upcoming hearings/conference. | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 36
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/22/25 | M L | Prepare documents for July 24 hearing re: sale motion. | | 0.10 | 102.50 |
| 7/22/25 | P L | Review/analyze agenda for hearing on lease sale and stay relief motions and pleadings re: same (1.3); corr. with Willkie team re: same (.3). | | 1.60 | 3,760.00 |
| 7/23/25 | M L | Review/analyze pleadings re: July 24 hearing re: sale motion (.6); attend hearing re: sale orders and motion for relief from stay (.6); draft summary of same (.6). | | 1.80 | 1,845.00 |
| 7/23/25 | CAD | Correspondence w/ M. Loison regarding status conference regarding Debtors' motion to compel payment from CVS. | | 0.10 | 165.00 |
| 7/23/25 | T G | Attend conference w/ Court re: Rite Aid (.5); prepare for (.3) and participate in omnibus hearing re: rejection/stay relief matters (.9); call w/ P. Labov re: open matters re: same (.2). | | 1.90 | 4,465.00 |
| 7/23/25 | J F | Attend status conference re: 7/25 hearing (.5); corr. with M. Loison re: same (.2). | | 0.70 | 577.50 |
| 7/25/25 | T G | Participate in CVS dispute hearing (partial) (4.6); review/analyze briefing re: same (.7); corr. with P. Labov re: same (.3); review/revise summary of same for UCC (.3). | | 5.90 | 13,865.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page  37
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/25/25 | M E | Prepare for (.1) and attend (6.1) hearing on Debtors' motion to compel CVS performance. | | 6.20 | 5,115.00 |
| 7/25/25 | CAD | Correspondence w/ Willkie team regarding hearing on Debtors' motion to enforce the sale order and compel performance by CVS and summary thereof. | | 0.20 | 330.00 |
| 7/25/25 | B M | Attend the hearing on Debtors' motion to compel payment by CVS under the asset purchase agreement (partial). | | 2.00 | 5,000.00 |
| 7/29/25 | J G | Corr. with M. Emanoil re: upcoming hearings. | | 0.10 | 132.50 |
| | **Subtotal - Hearings** | | | **48.20** | **76,743.50** |

## Lien Investigation

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding claims investigation challenge deadline/possible extension. | | 0.20 | 330.00 |
| 7/1/25 | T G | Correspondence w/ Paul Weiss and Willkie team re: challenge deadline. | | 0.30 | 705.00 |
| 7/7/25 | J G | Analyze challenge investigations and related opens items re: same. | | 0.60 | 795.00 |
| 7/8/25 | D B | Correspondence with Willkie team re: finance related documents | | 1.00 | 825.00 |

New Rite Aid Official Committee of Unsecured Creditors                                 Page  38
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/8/25 | J G | Analyze challenge investigations (.3) and draft stipulation re: same (1.6); corr. with Willkie team re: same (.3). | | 2.20 | 2,915.00 |
| 7/9/25 | S D | Correspond with Willkie team re: prepetition security documents issue. | | 0.20 | 280.00 |
| 7/9/25 | J G | Review/revise challenge investigations and stipulation re: same (.7); corr. with J. Burbage re: same (.1); corr. with D. Barar re: credit agreement schedules and outstanding inquiries (.3). | | 1.10 | 1,457.50 |
| 7/10/25 | JHB | Review/revise draft investigation stipulation. | | 0.40 | 730.00 |
| 7/11/25 | J G | Corr. with M. Emanoil re: draft challenge stipulation (.1); review/analyze same (.1). | | 0.20 | 265.00 |
| 7/13/25 | J G | Attention to lien investigation and challenge period deadline (.4); draft stipulation re: same (1.1); corr. with Willkie team re: same (.2). | | 1.70 | 2,252.50 |
| 7/14/25 | M L | Revise stipulation in connection with lien investigation. | | 1.80 | 1,845.00 |
| 7/14/25 | T G | Review/analyze draft challenge stipulation (.4) and correspondence w/ Willkie team re: same (.2). | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  39
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | S D | Correspond with Willkie team re: successor trustees issue (.3); review/analyze 1.5 lien and third lien indentures and related agreements to inform same (.4). | | 0.70 | 980.00 |
| 7/14/25 | M E | Revise McKesson, Debtors, Lenders, UCC stipulation (.5); corr. with M. Loison, J. Graber re: same (.1). | | 0.60 | 495.00 |
| 7/14/25 | J G | Review/analyze challenges investigations (1.0); review/revise draft stipulation re: same (1.0); corr. with Willkie team re: same (1.3); corr. with M. Salvucci (Paul Weiss) re: same (.1). | | 3.40 | 4,505.00 |
| 7/15/25 | M L | Revise stipulation re: lien investigation. | | 0.20 | 205.00 |
| 7/15/25 | T G | Review/revise updated challenge stipulation (.4); calls w/ J. Graber and W. Eguchi re: same (.8). | | 1.20 | 2,820.00 |
| 7/15/25 | J G | Analyze stipulation re: liens investigation and challenge period (.3); corr. with T. Goren and W. Eguchi re: challenge analyses and liens investigations (1.3); review/analyze security agreements and DIP re: same (1.0); corr. with S. Daly re: same (.1); corr. with Willkie team re: same (.5). | | 3.20 | 4,240.00 |
| 7/16/25 | T G | Correspondence w/ Choate and Willkie team re: challenge deadline. | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 40
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/16/25 | J G | Corr. with Choate and Willkie team re: challenge period (.2); attention to same (.2). | | 0.40 | 530.00 |
| 7/17/25 | S D | Review/analyze additional prepetition security documentation provided by Choate (.2); correspond with Willkie team re: same (.2). | | 0.40 | 560.00 |
| 7/17/25 | T G | Review/analyze updated materials from Choate (.4); correspondence w/ Willkie team re: same (.3); correspondence w/ Choate and Willkie team re: challenge deadline extension (.4). | | 1.10 | 2,585.00 |
| 7/17/25 | J G | Continuous corr. with Willkie team re: challenge period deadline, open investigative items re: same (.5); corr. with J. Marshall (Choate) re: same (.2); corr. with Paul Weiss re: same (.1). | | 0.80 | 1,060.00 |
| | | **Subtotal – Lien Investigation** | | **22.90** | **33,200.00** |

## Other Motions/Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/14/25 | M L | Review/analyze MedImpact motion to exercise recoupment. | | 0.20 | 205.00 |
| 7/17/25 | M L | Review/analyze 2023 chapter 11 cases as-filed status report. | | 0.20 | 205.00 |
| | | **Subtotal – Other Motions/Applications** | | **0.40** | **410.00** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 41
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|

## Willkie Fee Statements and Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 7/7/25 | M L | Review/revise Willkie fee statement for privilege and completeness for May, June monthly fee statement. | | 1.20 | 1,230.00 |
| 7/10/25 | M E | Review/revise Willkie fee statement for privilege and completeness for May, June. | | 0.80 | 660.00 |
| 7/11/25 | M E | Review/revise Willkie fee statement for privilege and completeness for May, June (1.8); corr. with M. Loison, J. Graber re: same (.1). | | 1.90 | 1,567.50 |
| 7/14/25 | M L | Corr. with Willkie team re: Willkie monthly fee application. | | 0.20 | 205.00 |
| 7/15/25 | M L | Corr. with J. Graber re: Willkie monthly fee application (.1); corr. with Sills team re: same (.1). | | 0.40 | 410.00 |
| 7/15/25 | R S | Assist w/ attorney research re: monthly fee statements. | | 0.80 | 304.00 |
| 7/15/25 | J G | Corr. with M. Loison re: monthly fee statement (.2); analyze precedent re: same (.2). | | 0.40 | 530.00 |
| 7/17/25 | J G | Review/revise Willkie monthly fee application. | | 0.80 | 1,060.00 |
| 7/20/25 | M L | Draft Willkie first monthly fee statement. | | 0.40 | 410.00 |
| 7/21/25 | M L | Draft Willkie first monthly fee statement. | | 2.40 | 2,460.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  42
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/21/25 | W C | Corr. with M. Loison re: Willkie first monthly fee statement. | | 0.50 | 190.00 |
| 7/21/25 | J G | Review and revise fee statement (.3); corr. with M. Loison and J. Burbage re: same (.4). | | 0.70 | 927.50 |
| 7/22/25 | M L | Revise Willkie monthly fee statement (.4); corr. with J. Graber re: same (.2). | | 0.60 | 615.00 |
| 7/22/25 | J G | Review/revise first Willkie fee statement (.4); corr. with M. Loison re: same (.2). | | 0.60 | 795.00 |
| 7/23/25 | M L | Revise Willkie monthly fee statement. | | 0.90 | 922.50 |
| 7/24/25 | CAD | Review/revise draft of Willkie May-June 2025 monthly fee statement (.7); correspondence w/ M. Loison regarding same (.2). | | 0.90 | 1,485.00 |
| 7/24/25 | M L | Corr. with C. Damast re: Willkie monthly fee statement (.2); attention to same (.1). | | 0.30 | 307.50 |
| 7/25/25 | M L | Revise and file Willkie first monthly fee statement. | | 0.50 | 512.50 |
| 7/30/25 | J G | Review/revise attachments to fee statement for privilege and completeness. | | 1.40 | 1,855.00 |
| | **Subtotal - Willkie Fee Statements and Applications** | | | **15.70** | **16,446.50** |

New Rite Aid Official Committee of Unsecured Creditors                               Page 43
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Non- Willkie Retention Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | CAD | Review/revise draft of AlixPartners engagement letter (.3); correspondence w/ M. Loison, J. Burbage regarding same (.2). | | 0.50 | 825.00 |
| 7/1/25 | M L | Review/analyze precedent re: engagement letter. | | 1.00 | 1,025.00 |
| 7/1/25 | J G | Attention to Sills and AlixPartners' retention applications. | | 1.00 | 1,325.00 |
| 7/2/25 | J G | Corr. with AlixPartners and Sills re: retention applications (.2); review/analyze same (1.3); corr. with T. Pitta re: same (.1). | | 1.60 | 2,120.00 |
| 7/3/25 | M L | Review/analyze AlixPartners retention application. | | 0.50 | 512.50 |
| 7/3/25 | J G | Review/revise outstanding retention applications for filing. | | 0.80 | 1,060.00 |
| 7/18/25 | M L | Corr. with AlixPartners and Sills teams re: supplemental PII list. | | 0.20 | 205.00 |
| | **Subtotal - Non- Willkie Retention Applications** | | | **5.60** | **7,072.50** |

New Rite Aid Official Committee of Unsecured Creditors                    Page 44
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Willkie Retention Application

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | M L | Corr. with J. Graber re: Willkie retention application. | | 0.10 | 102.50 |
| 7/1/25 | M L | Revise retention application disclosure (.8); corr. with J. Graber re: same (.2). | | 1.00 | 1,025.00 |
| 7/1/25 | E W | Attention to retention application and outstanding workstreams re: same. | | 0.80 | 304.00 |
| 7/1/25 | R S | Attention to retention application and outstanding workstreams re: same. | | 2.40 | 912.00 |
| 7/1/25 | J G | Review/revise retention application (.9); corr. with Willkie team re: same (.3); corr. with Willkie team re: budget and staffing plan (.4); review/revise same (.3); corr. with M. Loison re: same (.1). | | 2.00 | 2,650.00 |
| 7/3/25 | CAD | Correspondence w/ Willkie team regarding status of/filing Willkie retention application. | | 0.20 | 330.00 |
| 7/9/25 | J G | Corr. with G. Kopacz (Sills), Willkie team re: UST inquiries re: retention order (.3); attention to same (.7). | | 1.00 | 1,325.00 |
| 7/10/25 | CAD | Correspondence w/ US Trustee, Willkie team regarding Willkie retention application and requested additional disclosures. | | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 45
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/10/25 | LGF | Research firm disclosures re: Willkie retention application (.2); emails with M. Loison regarding same (.1). | | 0.30 | 216.00 |
| 7/10/25 | M L | Corr. with L. Feldman re: U.S. Trustee comments to Willkie retention application (.8); revise Willkie retention application (1.5); corr. with J. Graber re: same (.3); revise supplemental declaration in support of retention application (.6). | | 3.20 | 3,280.00 |
| 7/10/25 | R S | Corr. w/ J. Graber re: supplemental declaration in support of retention application. | | 0.30 | 114.00 |
| 7/10/25 | J G | Corr. with M. Loison re: Willkie supplemental declaration ISO retention application in light of US Trustee inquiries (.3); analyze and draft same (1.3). | | 1.60 | 2,120.00 |
| 7/11/25 | M L | Revise supplemental declaration in support of Willkie's retention . | | 0.40 | 410.00 |
| 7/11/25 | M L | Corr. with J. Graber re: supplemental declaration ISO Willkie's retention. | | 0.40 | 410.00 |
| 7/11/25 | LGF | Research firm disclosures re: Willkie retention application; emails with M. Loison regarding same. | | 0.20 | 144.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 46
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/11/25 | J G | Corr. with J. Burbage and M. Loison re: US Trustee inquiries and draft declaration in support of retention application (.4); analyze outstanding inquiries re: same (.3); corr. with B. Miller and T. Goren re: same (.2); corr. with G. Kopacz re: same (.1). | | 1.00 | 1,325.00 |
| 7/11/25 | T G | Correspondence w/ Willkie team re: Willkie retention issues (.3); review/analyze supplemental declaration (.4). | | 0.70 | 1,645.00 |
| 7/12/25 | J G | Review/analyze supplemental declaration in support of retention application and responses to UST re: same (.5); corr. with M. Loison re: same (.1). | | 0.60 | 795.00 |
| 7/13/25 | J G | Review/analyze supplemental declaration in support of retention application and responses to UST re: same. | | 0.40 | 530.00 |
| 7/14/25 | M L | Corr. with J. Graber re: supplemental declaration in support of Willkie's retention (.3); review/analyze supplemental declaration (.5). | | 0.80 | 820.00 |
| 7/14/25 | T G | Review/analyze updated Willkie declaration (.2); correspondence w/ Willkie team re: same (.2). | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 47
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | J G | Corr. with U.S. Trustee (.2) re: retention order; revise same (.5); review/analyze precedent re: same (.5); corr. with Sills Cummis re: same (.2); corr. with Willkie team re: communications to US Trustee (.4). | | 1.80 | 2,385.00 |
| 7/15/25 | M L | Review/analyze reports re: supplemental declaration in support of Willkie retention. | | 1.30 | 1,332.50 |
| 7/15/25 | LGF | Research firm disclosures re: Willkie retention application (.2); emails with M. Loison regarding same (.2). | | 0.40 | 288.00 |
| 7/15/25 | J G | Review/analyze final order re: retention application for filing (.2); corr. with US Trustee (.1) and G. Kopacz (Sills) (.1) re: same. | | 0.40 | 530.00 |
| 7/15/25 | W C | Corr. w/ M. Loison re: notices of appearance and supplemental declaration in support of Willkie retention. | | 0.90 | 342.00 |
| 7/17/25 | M L | Review/revise Willkie supplemental declaration in support of retention. | | 0.40 | 410.00 |
| 7/18/25 | M L | Review/revise Willkie supplemental declaration in support of retention. | | 0.90 | 922.50 |
| 7/18/25 | LGF | Research firm disclosures re: Willkie retention application; corr. with M. Loison regarding same. | | 0.30 | 216.00 |
| 7/21/25 | M L | Revise Willkie second supplemental declaration in support of retention. | | 0.60 | 615.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  48
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 7/21/25 | T G | Review/revise 2nd supplemental retention declaration (.2) and correspondence w/ Willkie team re same (.2). | | 0.40 | 940.00 |
| 7/21/25 | J G | Review and revise supplemental declaration ISO retention app (.7); corr. with M. Loison (.4) and Willkie team (.4) re: same. | | 1.50 | 1,987.50 |
| 7/22/25 | M L | Revise second supplemental declaration in support of Willkie retention. | | 0.20 | 205.00 |
| | | **Subtotal - Willkie Retention Application** | | **27.10** | **29,901.00** |

New Rite Aid Official Committee of Unsecured Creditors                                           Page 49
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|---|---|---|---|---|---|
| Paul Labov | 13.70 | $ | 2,350.00 | $ | 32,195.00 |
| JAMES H. BURBAGE | 11.00 | | 1,825.00 | | 20,075.00 |
| BRETT MILLER | 20.90 | | 2,500.00 | | 52,250.00 |
| TODD GOREN | 47.00 | | 2,350.00 | | 110,450.00 |
| CRAIG A. DAMAST | 6.10 | | 1,650.00 | | 10,065.00 |
| LAURA GOTTLIEB FELDMAN | 1.20 | | 720.00 | | 864.00 |
| MARINE LOISON | 51.30 | | 1,025.00 | | 52,582.50 |
| ZACHARY CHARLTON | 2.60 | | 825.00 | | 2,145.00 |
| MISHA EMANOIL | 47.30 | | 825.00 | | 39,022.50 |
| Sean Daly | 1.80 | | 1,400.00 | | 2,520.00 |
| DRISHTI BARAR | 1.00 | | 825.00 | | 825.00 |
| JESSICA FLYNN | 0.70 | | 825.00 | | 577.50 |
| JESSICA GRABER | 69.80 | | 1,325.00 | | 92,485.00 |
| LAUREN WALKER | 0.80 | | 380.00 | | 304.00 |
| ROHAN SASSO | 5.40 | | 380.00 | | 2,052.00 |
| William Collins | 5.70 | | 380.00 | | 2,166.00 |
| Joanna, Zervaki | 0.40 | | 380.00 | | 152.00 |

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| 6/13/25 | Local Meals | $ | 155.76 |

| **Disbursements and Other Charges** | **Amount** |
|---|---|
| Local Meals | $      155.76 |

| | |
|---|---|
| Professional Fees | $      420,730.50 |
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $      420,886.26 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12521604
Client/Matter No. 136121.00001
August 22, 2025

**New Rite Aid Bankruptcy**

Remit To:

    Willkie Farr & Gallagher LLP
    787 Seventh Avenue, 37th Floor
    New York, NY 10019-6099
    Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through July 31, 2025

| | |
|---|---:|
| Asset Disposition | $ 42,938.50 |
| Assumption and Rejection of Leases and Contracts | 470.00 |
| Avoidance Action Analysis | 10,765.00 |
| Budgeting (Case) | 1,275.00 |
| Case Administration | 35,821.00 |
| Claims Administration and Objections | 8,517.50 |
| Non-Willkie Fee Statements & Applications | 820.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: ███
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ███
INTERNATIONAL SWIFT NUMBER ███
REFERENCE: ███

Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---:|
| Financing and Cash Collateral | 89,882.50 |
| Meetings and Communications with Creditors | 63,192.50 |
| Plan and Disclosure Statement | 3,010.00 |
| Reporting | 265.00 |
| Hearings | 76,743.50 |
| Lien Investigation | 33,200.00 |
| Other Motions/Applications | 410.00 |
| Willkie Fee Statements and Applications | 16,446.50 |
| Non- Willkie Retention Applications | 7,072.50 |
| Willkie Retention Application | 29,901.00 |
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $    420,886.26 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE:
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.