| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **SILLS CUMMIS & GROSS P.C.** |
| Brett H. Miller, Esq. (admitted *pro hac vice*) | Andrew H. Sherman, Esq. |
| Todd M. Goren, Esq. (admitted *pro hac vice*) | Boris Mankovetskiy, Esq. |
| James H. Burbage, Esq. (admitted *pro hac vice*) | Gregory Kopacz, Esq. |
| Jessica D. Graber, Esq. (admitted *pro hac vice*) | One Riverfront Plaza |
| 787 Seventh Avenue | Newark, New Jersey 07102 |
| New York, NY 10019-6099 | Telephone: (973) 643-7000 |
| Telephone: (212) 728-8000 | E-mail: asherman@sillscummis.com |
| E-mail: bmiller@willkie.com | bmankovetskiy@sillscummis.com |
| tgoren@willkie.com | gkopacz@sillscummis.com |
| jburbage@willkie.com | |
| jgraber@willkie.com | |

*Co-Counsel to the Official Committee of Unsecured Creditors*    *Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## THIRD MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2025 THROUGH JULY 31, 2025

Sills Cummis & Gross P.C. ("Sills"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors"), submits this monthly fee statement for the period of July 1, 2025 through July 31, 2025 (the "Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on June 9, 2025 [Docket No. 767] (the "Administrative Order").

---

[1]    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Pursuant to the Administrative Order, responses to the Fee Statement, if any, are due by

September 8, 2025.


Dated: August 25, 2025

<div style="margin-left: 40%;">

*/s/ Andrew H. Sherman*
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:   asherman@sillscummis.com
             bmankovetskiy@sillscummis.com
             gkopacz@sillscummis.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
             tgoren@willkie.com
             jburbage@willkie.com
             jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

</div>

13487806

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| **Debtors:** | **New Rite Aid, LLC, *et al.*[1]** | **Applicant:** | **Sills Cummis & Gross P.C.** |
| **Case No.:** | **25-14861 (MBK)** | **Client:** | **The Official Committee of Unsecured Creditors** |
| **Chapter:** | **11** | **Case Filed:** | **May 5, 2025** |

### SECTION I
### FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | **$257,632.50** | **$2,825.01** |
| Total Fees Allowed to Date | **$206,106.00** | **$2,825.01** |
| Total Retainer (If Applicable) | **N/A** | **N/A** |
| Total Holdback (If Applicable) | **$51,526.50** | **N/A** |
| Total Received by Sills | **$206,106.00** | **$2,825.01** |

| | |
|---|---|
| **FEE TOTALS:** | **$129,932.50** |
| **DISBURSEMENT TOTALS** | **$3,486.43** |
| **TOTAL FEE APPLICATION** | **$133,418.93** |
| **MINUS 20% HOLDBACK** | **$25,986.50** |
| **AMOUNT SOUGHT AT THIS TIME** | **$107,432.43** |

---

[1]     The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

13487806

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1991 | Member, Bankruptcy | 23.0 | $1,150 | $26,450.00 |
| Boris Mankovetskiy | 2001 | Member, Bankruptcy | 20.5 | $985 | $20,192.50 |
| Gregory A. Kopacz | 2010 | Member, Bankruptcy | 59.2 | $850 | $50,320.00 |
| Oleh Matviyishyn | 2022 | Associate, Bankruptcy | 62.8 | $525 | $32,970.00 |
| | **TOTAL:** | | **165.5** | | **$129,932.50** |

2

13487806

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours Billed | Fees |
|---|---|---|---|
| 102 | Asset Disposition | 20.1 | $17,307.00 |
| 104 | Case Administration | 67.4 | $55,686.00 |
| 105 | Claims Administration and Objections | 0.4 | $275.00 |
| 107 | Fee/Employment Applications | 57.9 | $38,987.50 |
| 108 | Fee/Employment Objections | 0.8 | $582.50 |
| 109 | Financing | 18.4 | $16,669.50 |
| 113 | Plan and Disclosure Statement | 0.3 | $255.00 |
| 114 | Relief from Stay Proceedings | 0.2 | $170.00 |
| | **TOTAL:** | **165.5** | **$129,932.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| B&W Copies | $3,304.05 |
| Postage | $182.38 |
| **TOTAL:** | **$3,486.43** |

3

13487806

**SECTION IV**
**CASE HISTORY**

| 1. | DATE CASE FILED | **May 5, 2025** |
|---|---|---|
| 2. | CHAPTER UNDER WHICH CASE WAS COMMENCED | **Chapter 11** |
| 3. | DATE OF RETENTION | **July 15, 2025 *Nunc Pro Tunc* to May 16, 2025** |
| 4. | SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2] | |
| | (a)      Sills analyzed and addressed matters related to the Debtors' various asset sales, store closures and lease rejections, including the Debtors' motion to enforce the CVS sale order.<br><br>(b)      Sills attended hearings, Court conferences, Committee meetings, and conferences with the Debtors' and the Committee's respective professionals and addressed related matters.<br><br>(c)      Sills analyzed and addressed DIP financing issues, including drafting a motion to extend the Committee's challenge deadline and addressing matters related to the resolution of the Committee's DIP objection.<br><br>(d)      Sills finalized its retention application, worked on supplemental declarations in support thereof, and reviewed and commented on the Committee's other professionals' retention applications and supplemental declarations.<br><br>(e)      Sills reviewed and analyzed pleadings, requests to compel payment of administrative expense claims and stay relief requests, and addressed related matters, including maintaining a "critical dates" calendar.<br><br>(f)      Sills prepared its May and June monthly fee statements and reviewed and advised the Committee's other professionals regarding their monthly fee statements.<br><br>(g)      Sills filed and served documents, prepared certifications of service, and addressed creditor queries.<br><br>(h)      Sills communicated with the Committee's professionals, the Debtors' professionals, landlords, creditors, the U.S. Trustee, Chambers and other parties regarding the foregoing and other matters. | |
| 5. | FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): | TBD |

---

[2] The following summary is intended to highlight the general categories of services Sills rendered on behalf of the Committee and for the benefit of the estates; it is not intended to itemize each and every professional service performed by Sills.

13487806

I certify under penalty of perjury that the above is true.

Date:   August 25, 2025                                    _/s/ Andrew H. Sherman_____
                                                           Andrew H. Sherman

13487806

**EXHIBIT A**

**RETENTION ORDER**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com

*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*



Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*,
*NUNC PRO TUNC* TO MAY 16, 2025**

The relief set forth on the following pages, numbered two (2) through five (5) is

**ORDERED.**

**DATED: July 15, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtor:   New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* (the "Application"),[2] seeking entry of an order (this "Order") authorizing the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors") to retain and employ Sills Cummis & Gross P.C. ("Sills") as its co-counsel effective *nunc pro tunc* to May 16, 2025, all as more fully set forth in the Application and the declarations of Andrew H. Sherman (the "Sherman Declaration") and Thomas A. Pitta in support; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee provided appropriate notice of the Application and the opportunity for a hearing on the Application under the circumstances; and the Court having reviewed the Application and its supporting materials; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Application, if any, before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:   3
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
            Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
            LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.      The Committee is authorized to retain and employ Sills as its co-counsel pursuant
to 11 U.S.C. §§ 328(a) and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1 effective as of
May 16, 2025 on the terms set forth in the Application and the Sherman Declaration, as may be
modified herein.

3.      Sills shall file interim and final applications for allowance of compensation and
reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the
applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense
guidelines of this Court, and other such procedures established by order of this Court.

4.      Sills shall make a reasonable effort to comply with the U.S. Trustee's requests for
information and additional disclosures as set forth in the *Guidelines for Reviewing Applications
for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in
Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application
and any interim and/or final fee application(s) to be filed by Sills in these cases.

5.      Prior to any increases in Sills' hourly rates, Sills shall provide ten (10) business
days' notice to the Debtor and the U.S. Trustee before any increases in the rates set forth in the
Application are implemented and shall file such notice with the Court. Parties-in-interest retain
all rights to object to any rate increase on all grounds, including but not limited to, the
reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains
the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Sills (i) shall only bill 50% for non-working travel; (ii) shall not seek the
reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of

Page: 4
Debtor:   New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

any objections to any of Sills' fee applications in these cases; (iii) shall use the billing and

expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of

Compensation Requested by Project Category"); and (iv) provide any and all monthly fee

statements, interim fee applications, and final fee applications in "LEDES" format to the U.S.

Trustee.

7.      Notwithstanding anything in the Application and the Sherman Declaration to the

contrary, Sills shall (i) to the extent that it uses the services of independent contractors or

subcontractors (collectively, the "Contractors") in this case, pass through the cost of such

Contractors at the same rate that Sills pays the Contractors; (ii) seek reimbursement for actual

costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required

for Sills; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v)

attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or

final fee applications filed in this case.

8.      Sills shall use its best efforts to avoid any duplication of services provided by any

of the Committee's other retained professionals in these chapter 11 cases.

9.      To the extent that there may be any inconsistency among the terms of the

Application, the Sherman Declaration, and this Order, the terms of this Order shall govern.

10.      The terms and conditions of this Order shall be effective and enforceable

immediately upon its entry, and the Committee and Sills are authorized to take all actions

necessary to effectuate the relief granted pursuant to this Order in accordance with the

Application.

Page:  5
Debtor:      New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:     Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
             Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
             LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

11.    Notice of the Application as provided therein is deemed to be good and sufficient

notice thereof, and the requirements of the Local Rules are satisfied by the contents of the

Application.

12.    The Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**EXHIBIT B**

**INVOICE**

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
New Rite Aid, LLC

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors Committee

For Legal Services Rendered Through July 31, 2025

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 07/01/25 | GAK | 102 | Review New Hartford Holdings objection to store closure. | 0.10 | |
| 07/01/25 | GAK | 102 | Review notice of sale by auction and sale hearing for remaining assets. | 0.20 | |
| 07/01/25 | OM | 102 | Analysis of Debtor's Reply in Support of Thrifty Asset Sale. | 0.30 | |
| 07/02/25 | GAK | 102 | Review notice of successful bidder. | 0.20 | |
| 07/03/25 | GAK | 102 | Review notification regarding store closures. | 0.10 | |
| 07/03/25 | GAK | 102 | Review multiple notifications regarding bid deadlines, potential auctions and potential sales of certain lease assets. | 0.40 | |
| 07/04/25 | BM | 102 | Analysis regarding motion to enforce CVS asset purchase agreement. | 0.40 | |
| 07/05/25 | GAK | 102 | Email from Willkie regarding motion to enforce sale order and related matters. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/05/25 | GAK | 102 | Review order shortening time on motion to enforce sale order. | 0.10 | |
| 07/05/25 | GAK | 102 | Review Debtors' motion to enforce sale order and supporting declarations. | 0.50 | |
| 07/05/25 | GAK | 102 | Review application to shorten time on motion to enforce sale order. | 0.10 | |
| 07/05/25 | AHS | 102 | Review of motion to enforce sale order and emails regarding same. | 0.60 | |
| 07/07/25 | GAK | 102 | Review notice of amendment to notice of successful bidder. | 0.10 | |
| 07/07/25 | GAK | 102 | Review store closing objections. | 0.20 | |
| 07/07/25 | OM | 102 | Analysis of Hilrod APA, and related sale documents. | 1.30 | |
| 07/07/25 | OM | 102 | Analysis of Debtors' Motion to Extend Time to Remove Actions and related documentation in support. | 0.50 | |
| 07/08/25 | GAK | 102 | Review CVS's objection to motion to enforce sale order. | 0.40 | |
| 07/08/25 | BM | 102 | Analysis regarding CVS' response to motion to enforce asset purchase agreement. | 0.40 | |
| 07/09/25 | GAK | 102 | Review sale/assumption objections. | 0.20 | |
| 07/09/25 | GAK | 102 | Review BM Properties' auction objection. | 0.10 | |
| 07/09/25 | GAK | 102 | Review notification regarding leases subject to auction. | 0.10 | |
| 07/09/25 | BM | 102 | Analysis regarding impact of Court's preliminary ruling on motion to compel CVS and next steps. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/09/25 | OM | 102 | Analysis of court preliminary ruling on Debtors' motion to compel CVS and related briefing schedule. | 0.20 |  |
| 07/14/25 | GAK | 102 | Email from Debtors' counsel regarding remaining assets auction. | 0.10 |  |
| 07/14/25 | GAK | 102 | Review notification regarding remaining asset sale auction and process. | 0.20 |  |
| 07/15/25 | GAK | 102 | Communications with Willkie regarding remaining assets auction. | 0.10 |  |
| 07/15/25 | OM | 102 | Analyze remaining assets revised notice and related remaining asset sale documents. | 0.30 |  |
| 07/16/25 | OM | 102 | Analysis of Notice of Successful bidders related to auction of certain of Debtors' leases and specified leases Order. | 0.30 |  |
| 07/17/25 | GAK | 102 | Review bids from third parties. | 0.40 |  |
| 07/17/25 | AHS | 102 | Call from counsel to landlord regarding store acquisition, follow up with counsel for Debtors and follow up with counsel for landlord. | 0.50 |  |
| 07/18/25 | GAK | 102 | Communications with Willkie and Committee regarding Pharmacy sale. | 0.20 |  |
| 07/18/25 | GAK | 102 | Communications with Willkie regarding Monday auction. | 0.10 |  |
| 07/18/25 | GAK | 102 | Review notice of qualified bids and auction. | 0.10 |  |
| 07/18/25 | OM | 102 | Analysis of pharmacy asset notice of successful bidder and related APA. | 0.50 |  |
| 07/21/25 | GAK | 102 | Review notification regarding additional store closures. | 0.10 |  |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/25 | GAK | 102 | Review notification regarding adjournment of remaining asset auction. | 0.10 | |
| 07/21/25 | GAK | 102 | Email from Debtors regarding today's auction. | 0.10 | |
| 07/22/25 | GAK | 102 | Communications with Willkie regarding auction for specified leases. | 0.20 | |
| 07/22/25 | BM | 102 | Respond to interested parties' inquiries regarding leases auction. | 0.60 | |
| 07/22/25 | OM | 102 | Analysis of specified leases auction. | 0.20 | |
| 07/23/25 | GAK | 102 | Review notification regarding leases to be assumed. | 0.10 | |
| 07/23/25 | GAK | 102 | Attend chambers conference regarding CVS sale. | 0.40 | |
| 07/23/25 | GAK | 102 | Review notice of successful bidder. | 0.20 | |
| 07/23/25 | GAK | 102 | Email from Willkie on specified lease sale matters. | 0.10 | |
| 07/23/25 | BM | 102 | Call with lease bidder regarding auction process concerns. | 0.40 | |
| 07/23/25 | AHS | 102 | Call from counsel to bidder regarding sale of assets and potential objection to asset sale. | 0.40 | |
| 07/24/25 | GAK | 102 | Review CVS declarations related to APA litigation. | 0.30 | |
| 07/24/25 | GAK | 102 | Review 13th and 14th omnibus rejection notifications. | 0.10 | |
| 07/25/25 | GAK | 102 | Review notification regarding store closures. | 0.10 | |
| 07/25/25 | GAK | 102 | Review numerous omnibus notifications regarding contracts/leases to be rejected. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/25/25 | BM | 102 | Attend hearing motion to compel CVS's compliance with APA. | 4.80 | |
| 07/28/25 | GAK | 102 | Review Judge's opinion on CVS dispute. | 0.40 | |
| 07/28/25 | GAK | 102 | Review stipulation/consent order with MedImpact. | 0.10 | |
| 07/28/25 | GAK | 102 | Email from Willkie on CVS ruling and next steps. | 0.10 | |
| 07/28/25 | OM | 102 | Review status of remaining asset sale. | 0.20 | |
| 07/29/25 | GAK | 102 | Review notification regarding leases/contracts to be rejected. | 0.10 | |
| 07/29/25 | GAK | 102 | Review State Street's supplemental assumption objection and email from counsel on same. | 0.10 | |
| 07/29/25 | OM | 102 | Analysis of text order related to remaining asset sale. | 0.10 | |
| | | **TASK TOTAL 102** | | **20.10** | **$17,307.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 07/01/25 | GAK | 104 | Meeting with P. Weiss regarding case matters. | 0.40 | |
| 07/01/25 | GAK | 104 | Attend meeting with Committee professionals regarding case matters. | 0.30 | |
| 07/01/25 | BM | 104 | Call with Debtors' professionals regarding pending matters. | 0.40 | |
| 07/01/25 | AHS | 104 | Call with Debtors' professionals regarding status and update call with Committee professionals regarding status. | 0.80 | |
| 07/02/25 | GAK | 104 | Communications with Willkie regarding landlord matters and McKesson matters. | 0.20 | |

Sills Cummis & Gross P.C.

| Creditors Committee | | | | | August 19, 2025 |
| | | | | | Client/Matter No. 08650166.000001 |
| | | | | | Invoice: 2083946 |
| | | | | | Page 6 |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/02/25 | GAK | 104 | Email from Cole Schotz regarding union severance and WARN matters. | 0.10 | |
| 07/02/25 | GAK | 104 | Review case management procedures and local rules regarding extension motion. | 0.40 | |
| 07/02/25 | GAK | 104 | Meeting with Committee professionals to discuss case matters. | 0.40 | |
| 07/02/25 | GAK | 104 | Meeting with Paul Weiss and Willkie regarding case matters. | 0.90 | |
| 07/02/25 | BM | 104 | Update call with Debtors' professionals. | 0.90 | |
| 07/02/25 | OM | 104 | Analysis of recently filed pleadings, notices of sale, and extension of McKesson challenge deadline. | 1.10 | |
| 07/02/25 | OM | 104 | Revise critical dates calendar pursuant to numerous updates from 6/30 hearing. | 0.80 | |
| 07/03/25 | GAK | 104 | Communications with A. Sherman regarding work flow and next steps. | 0.10 | |
| 07/03/25 | GAK | 104 | Prepare for Committee meeting and review of related materials from Willkie and Alix. | 0.30 | |
| 07/03/25 | GAK | 104 | Meeting with Committee members on case matters. | 0.70 | |
| 07/03/25 | BM | 104 | Attend Committee meeting. | 0.60 | |
| 07/03/25 | OM | 104 | Telephone and e-mail correspondence with G. Kopacz regarding service of Committee professionals' retention application. | 0.30 | |
| 07/03/25 | OM | 104 | File Sills', Willkie's and AlixPartner's retention applications. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 7

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/03/25 | OM | 104 | Analysis of declarations in support of Debtors' motion to compel CVS. | 0.30 | |
| 07/03/25 | OM | 104 | Prepare service of Committee professionals' retention applications. | 1.60 | |
| 07/06/25 | GAK | 104 | Numerous emails with Willkie regarding potential settlement/next steps and Committee update. | 0.30 | |
| 07/06/25 | OM | 104 | Review pleadings, orders and review and update critical dates calendar. | 1.40 | |
| 07/07/25 | GAK | 104 | Emails with Chambers regarding tomorrow's hearing. | 0.20 | |
| 07/07/25 | GAK | 104 | Emails with Willkie regarding tomorrow's hearing. | 0.20 | |
| 07/07/25 | GAK | 104 | Draft proposed email regarding conference and communications with A. Sherman and Willkie on same. | 0.40 | |
| 07/07/25 | GAK | 104 | Emails with Chambers regarding chambers conference. | 0.30 | |
| 07/07/25 | GAK | 104 | Review and comment on COS for retention applications. | 0.20 | |
| 07/07/25 | GAK | 104 | Review agenda for tomorrow's hearing. | 0.10 | |
| 07/07/25 | GAK | 104 | Review and revise case calendar. | 2.60 | |
| 07/07/25 | GAK | 104 | Communications with O, Matviyhshyn regarding case calendar and work flow. | 0.30 | |
| 07/07/25 | GAK | 104 | Communications with Willkie regarding chambers conference. | 0.20 | |
| 07/07/25 | OM | 104 | Analysis of notice of agenda and revised notice of sale in preparation for July 8 hearing. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/07/25 | OM | 104 | File certification of service related to committee professionals' retention applications. | 0.10 | |
| 07/07/25 | OM | 104 | Review docket, update critical dates calendar and circulate to team with reminders. | 0.50 | |
| 07/07/25 | OM | 104 | Draft certification of service for service of Committee's professionals' fee applications. | 1.10 | |
| 07/07/25 | OM | 104 | E-mail to co-counsel regarding critical case dates. | 0.20 | |
| 07/08/25 | GAK | 104 | Prepare for Chambers conference on DIP and other case matters. | 0.10 | |
| 07/08/25 | GAK | 104 | Attend Chambers conference regarding DIP and case matters. | 0.30 | |
| 07/08/25 | GAK | 104 | Email with Committee members regarding chambers conference. | 0.10 | |
| 07/08/25 | GAK | 104 | Prepare for hearing on DIP and motion to compel compliance with sale order. | 0.20 | |
| 07/08/25 | GAK | 104 | Communications with Committee members regarding today's hearing. | 0.10 | |
| 07/08/25 | GAK | 104 | Email from creditor regarding unpaid amounts. | 0.10 | |
| 07/08/25 | GAK | 104 | Attend hearing on DIP and motion to compel. | 1.60 | |
| 07/08/25 | GAK | 104 | Email from Willkie regarding stub rent and discussions with landlords. | 0.10 | |
| 07/08/25 | GAK | 104 | Communications with B. Mankovetskiy and A. Sherman regarding hearing. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/08/25 | GAK | 104 | Numerous emails with Willkie and Alix regarding stub rent, landlord-related matters and DIP budget. | 0.30 | |
| 07/08/25 | BM | 104 | Attend conference with the Court in advance of omnibus hearing. | 0.30 | |
| 07/08/25 | AHS | 104 | Emails regarding objections/concerns with retention and adjournment of hearing. | 0.30 | |
| 07/08/25 | AHS | 104 | Review of pleadings in advance of hearing. | 0.70 | |
| 07/08/25 | AHS | 104 | Attend hearing on motion to compel CVS and DIP financing hearing. | 1.40 | |
| 07/08/25 | OM | 104 | Revise critical dates schedule pursuant to July 8 hearing. | 0.20 | |
| 07/09/25 | GAK | 104 | Review notifications from Court regarding July 24 hearing and multiple adjournments. | 0.20 | |
| 07/09/25 | GAK | 104 | Emails with Willkie regarding tomorrow's hearing. | 0.30 | |
| 07/09/25 | GAK | 104 | Email Chambers regarding tomorrow's hearing. | 0.20 | |
| 07/09/25 | GAK | 104 | Email from Paul Weiss regarding next steps and upcoming meeting. | 0.10 | |
| 07/09/25 | GAK | 104 | Email from T. Goren regarding landlord matters. | 0.10 | |
| 07/09/25 | GAK | 104 | Meeting with Debtors' professionals regarding DIP and case matters. | 0.50 | |
| 07/09/25 | GAK | 104 | Communications with O. Matviyishyn regarding next steps and case calendar. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/09/25 | GAK | 104 | Email from Cole Schotz regarding chambers conference and emails to Willkie and B. Mankovetskiy on same. | 0.10 | |
| 07/09/25 | BM | 104 | Update call with Debtors' professionals. | 0.50 | |
| 07/09/25 | AHS | 104 | Call with Committee professionals regarding status and upcoming meeting. | 0.40 | |
| 07/10/25 | GAK | 104 | Attend hearing on DIP and other matters. | 0.70 | |
| 07/10/25 | GAK | 104 | Meeting with Committee's professionals regarding case matters in advance of Committee meeting. | 0.40 | |
| 07/10/25 | GAK | 104 | Preparations for today's hearing on DIP and other matters. | 0.10 | |
| 07/10/25 | GAK | 104 | Attend meeting with Committee members. | 0.40 | |
| 07/10/25 | GAK | 104 | Attend chambers conference in advance of hearing. | 0.50 | |
| 07/10/25 | GAK | 104 | Review email from Willkie regarding Committee meeting and agenda for same. | 0.10 | |
| 07/10/25 | GAK | 104 | Review Alix Partners materials regarding the Debtors' financial performance. | 0.30 | |
| 07/10/25 | GAK | 104 | Email from Chambers regarding pre-hearing conference. | 0.10 | |
| 07/10/25 | BM | 104 | Update call with Committee professionals. | 0.30 | |
| 07/10/25 | BM | 104 | Attend chambers conference. | 0.50 | |
| 07/10/25 | BM | 104 | Attend Committee meeting. | 0.30 | |
| 07/10/25 | AHS | 104 | Attend Chamber's conference regarding case status. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/10/25 | AHS | 104 | Attend hearing regarding DIP financing and store closing issues. | 0.70 | |
| 07/10/25 | OM | 104 | Prepare service of AlixPartner's supplemental declaration. | 0.50 | |
| 07/10/25 | OM | 104 | Revise critical dates calendar pursuant to hearing and analysis of revised bidding procedures. | 0.70 | |
| 07/11/25 | OM | 104 | Analysis of 364(d) order and closing locations order. | 0.40 | |
| 07/14/25 | GAK | 104 | Email from Debtors regarding stub rent escrow account. | 0.10 | |
| 07/14/25 | GAK | 104 | Communications with O. Matviyishyn regarding service matters and work flow. | 0.10 | |
| 07/14/25 | OM | 104 | Draft certification of service for AlixPartners' supplemental declaration. | 0.20 | |
| 07/14/25 | OM | 104 | Coordinate e-mail service of Sills' and Willkie's supplemental declarations in support of retention. | 0.20 | |
| 07/15/25 | GAK | 104 | Review and comment on proposed order and communications with O. Matviyishyn on same. | 0.40 | |
| 07/15/25 | OM | 104 | Update critical dates schedule pursuant to recently filed documents and notices from the Court. | 0.70 | |
| 07/16/25 | GAK | 104 | Meeting with Debtors' professionals regarding McKesson, CVS and other matters. | 0.20 | |
| 07/16/25 | GAK | 104 | Meeting with Committee's advisors regarding pending matters. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/16/25 | GAK | 104 | Emails from Willkie on case matters and next steps. | 0.20 | |
| 07/16/25 | BM | 104 | Update call with Debtors' professionals. | 0.30 | |
| 07/16/25 | AHS | 104 | Update call with Debtors' professionals and follow up with Committee professionals, review of draft email to Committee. | 0.40 | |
| 07/16/25 | OM | 104 | Coordinate service of AlixPartners' second supplemental declaration. | 0.20 | |
| 07/16/25 | OM | 104 | Finalize and file certification of service related to supplemental declarations. | 0.50 | |
| 07/16/25 | OM | 104 | Draft email to Chambers regarding AlixPartners' retention order. | 0.30 | |
| 07/17/25 | GAK | 104 | Review and revise critical dates calendar. | 1.60 | |
| 07/17/25 | OM | 104 | Correspondence with G. Kopacz regarding case developments and next steps. | 0.20 | |
| 07/17/25 | OM | 104 | Analysis of Motions to Compel and lease rejection motions. | 0.50 | |
| 07/18/25 | GAK | 104 | Review adjournment notifications. | 0.10 | |
| 07/18/25 | GAK | 104 | Communications from Chambers regarding upcoming hearing. | 0.10 | |
| 07/18/25 | OM | 104 | Review notice of adjournment related to July 23 hearing and make corresponding revisions to critical dates schedule. | 0.30 | |
| 07/21/25 | GAK | 104 | Review and revise critical dates calendar. | 0.60 | |
| 07/21/25 | GAK | 104 | Email Chambers regarding Wednesday hearing. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/25 | GAK | 104 | Communications with Willkie regarding Wednesday and Friday hearings. | 0.20 | |
| 07/21/25 | GAK | 104 | Communications with Willkie regarding WARN Act pretrial conference. | 0.10 | |
| 07/21/25 | AHS | 104 | Email from landlord regarding stub rent and respond to same. | 0.30 | |
| 07/21/25 | OM | 104 | Finalize updated critical dates schedule to be provided to Committee professionals. | 0.90 | |
| 07/21/25 | OM | 104 | Attend to matters related to the Debtors' WARN act adversary pre-trial hearing. | 0.20 | |
| 07/22/25 | GAK | 104 | Communications with Willkie on upcoming hearings and chambers conference. | 0.30 | |
| 07/22/25 | AHS | 104 | Call with Debtors' counsel regarding upcoming hearings and CVS status, emails to Willkie regarding: status issues and upcoming court conference | 0.40 | |
| 07/22/25 | OM | 104 | Attention to service of second supplemental declaration of Willkie. | 0.60 | |
| 07/22/25 | OM | 104 | Finalize and file Willkie's second supplemental declaration in support of retention. | 0.40 | |
| 07/23/25 | GAK | 104 | Prepare for hearing on lease sale and stay relief request. | 0.10 | |
| 07/23/25 | GAK | 104 | Review agenda for today's hearing. | 0.10 | |
| 07/23/25 | GAK | 104 | Communications with Committee members on CVS and other sale/hearing matters. | 0.20 | |
| 07/23/25 | GAK | 104 | Attend hearing on lease sale and other matters. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/23/25 | GAK | 104 | Emails with Willkie regarding Friday hearing. | 0.20 | |
| 07/23/25 | GAK | 104 | Correspondence from creditor regarding outstanding obligations owed. | 0.10 | |
| 07/23/25 | GAK | 104 | Review notifications regarding upcoming hearings. | 0.10 | |
| 07/23/25 | GAK | 104 | Attend meeting with Committee's advisors regarding case matters. | 0.50 | |
| 07/23/25 | GAK | 104 | Attend meeting with Debtors' professionals regarding case matters. | 0.50 | |
| 07/23/25 | BM | 104 | Attend Court status conference. | 0.40 | |
| 07/23/25 | BM | 104 | Attend omnibus hearing. | 0.60 | |
| 07/23/25 | BM | 104 | Status call with Committee's professionals. | 0.40 | |
| 07/23/25 | BM | 104 | Attend status call with Debtors' professionals. | 0.40 | |
| 07/23/25 | AHS | 104 | Attend conference regarding CVS motion and upcoming hearing. | 0.50 | |
| 07/23/25 | AHS | 104 | Attend hearing regarding lease and sale issues. | 0.50 | |
| 07/23/25 | AHS | 104 | Call with Debtors re: current status and CVS issues. | 0.50 | |
| 07/23/25 | OM | 104 | Additional correspondence with chambers regarding July 25 hearing. | 0.20 | |
| 07/23/25 | OM | 104 | Draft email to Committee professionals related to procedures for July 25 hearing on Motion to enforce sale to CVS. | 0.20 | |
| 07/23/25 | OM | 104 | Correspondence with B. Mankovetskiy regarding July 25 hearing. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/23/25 | OM | 104 | Draft email to Chambers regarding participation in Motion to Compel performance by CVS. | 0.30 | |
| 07/24/25 | GAK | 104 | Review witness/exhibit lists for tomorrow's hearing. | 0.10 | |
| 07/24/25 | GAK | 104 | Review Willkie/Alix materials for Committee meeting. | 0.20 | |
| 07/24/25 | GAK | 104 | Attend Committee meeting. | 0.20 | |
| 07/24/25 | GAK | 104 | Communications with O. Matviyishyn regarding tomorrow's hearing. | 0.20 | |
| 07/24/25 | GAK | 104 | Communications with Willkie regarding McKesson, lender and sale matters. | 0.20 | |
| 07/24/25 | BM | 104 | Attend Committee meeting. | 0.30 | |
| 07/24/25 | BM | 104 | Analysis regarding declarations filed in connection with CVS litigation. | 1.10 | |
| 07/24/25 | AHS | 104 | Email regarding CVS dispute and plan update. | 0.20 | |
| 07/24/25 | OM | 104 | Correspondence with G. Kopacz regarding preparation for July 25 hearing. | 0.20 | |
| 07/24/25 | OM | 104 | Correspondence with M. Loison of co-counsel regarding July 25 hearing. | 0.10 | |
| 07/24/25 | OM | 104 | Review declarations and documents filed related to Debtor's Motion to Compel payment by CVS. | 0.70 | |
| 07/24/25 | OM | 104 | Updates and revisions to critical dates calendar pursuant to hearings and recent court updates. | 0.90 | |
| 07/25/25 | GAK | 104 | Communications with Willkie regarding today's hearing. | 0.20 | |
| 07/25/25 | AHS | 104 | Attend hearing regarding CVS motion to compel. | 4.80 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 16

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/25/25 | OM | 104 | File AlixPartners' May and June monthly fee statements. | 0.20 | |
| 07/25/25 | OM | 104 | File Sills' May and June monthly fee statements. | 0.10 | |
| 07/25/25 | OM | 104 | File Willkie's May and June Fee Statement. | 0.20 | |
| 07/25/25 | OM | 104 | Coordinate service of Committee's professionals' fee applications. | 0.50 | |
| 07/25/25 | OM | 104 | Analysis of administrative fee order and correspondence with G. Kopacz regarding same. | 0.20 | |
| 07/25/25 | OM | 104 | Prepare for filings Sills' monthly May and June applications. | 0.40 | |
| 07/28/25 | GAK | 104 | Email from Debtors' counsel on tax and insurance matters. | 0.10 | |
| 07/28/25 | OM | 104 | Draft certification of service related to Committee's professionals' fee applications. | 0.70 | |
| 07/28/25 | OM | 104 | Finalize and file certification of service related to Committee's professionals fee applications. | 0.30 | |
| 07/29/25 | GAK | 104 | Review notification from Court regarding hearing on remaining asset sale. | 0.10 | |
| 07/30/25 | GAK | 104 | Emails with Willkie and Debtors' counsel regarding meeting. | 0.10 | |
| 07/30/25 | GAK | 104 | Meeting with Debtors' professionals regarding case matters. | 0.50 | |
| 07/30/25 | GAK | 104 | Meeting with Committee's professionals regarding case matters. | 0.20 | |
| 07/30/25 | BM | 104 | Call with Debtors' professionals regarding pending matters. | 0.50 | |

Sills Cummis & Gross P.C.

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 17

---

| Date | Init. | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/30/25 | BM | 104 | Update call with Committee professionals. | 0.30 | |
| 07/30/25 | AHS | 104 | Calls with Debtors professionals team regarding status and call with Committee professional team regarding upcoming meeting. | 0.70 | |
| 07/31/25 | GAK | 104 | Meeting with Committee members regarding case matters. | 0.20 | |
| 07/31/25 | GAK | 104 | Review materials from Willkie and Alix in advance of Committee meeting. | 0.30 | |
| 07/31/25 | BM | 104 | Attend Committee meeting. | 0.50 | |
| | | **TASK TOTAL 104** | | **67.40** | **$55,686.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Init. | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/10/25 | GAK | 105 | Review landlord's motion to compel payment of real estate taxes. | 0.10 | |
| 07/14/25 | OM | 105 | Analysis of McKesson motion to compel and updated briefing schedule. | 0.20 | |
| 07/17/25 | GAK | 105 | Review OSJ Motion to compel payment of administrative expense claim. | 0.10 | |
| | | **TASK TOTAL 105** | | **0.40** | **$275.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Init. | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/01/25 | GAK | 107 | Emails with Willkie and UST regarding retention applications. | 0.30 | |
| 07/01/25 | GAK | 107 | Finalize retention application for Committee and UST review. | 1.00 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 18

|          |      |     |                                                                                                                   | HOURS | AMOUNT |
|----------|------|-----|-------------------------------------------------------------------------------------------------------------------|-------|--------|
| 07/01/25 | GAK  | 107 | Communications with Willkie regarding retention matters.                                                          | 0.10  |        |
| 07/01/25 | AHS  | 107 | Review and revise retention application.                                                                          | 0.40  |        |
| 07/01/25 | AHS  | 107 | Review of retention application and have sent to UST for review and comment.                                      | 0.40  |        |
| 07/01/25 | OM   | 107 | Revise retention application pursuant to instructions from A. Sherman and forward to G. Kopacz for review.        | 0.20  |        |
| 07/02/25 | GAK  | 107 | Communications with O. Matviyishyn regarding retention application.                                                | 0.20  |        |
| 07/02/25 | GAK  | 107 | Communications with Willkie and A. Sherman regarding retention applications and next steps.                       | 0.10  |        |
| 07/02/25 | OM   | 107 | Further revisions to Sills' retention application.                                                                | 1.80  |        |
| 07/02/25 | OM   | 107 | E-mails to U.S. Trustee and co-counsel regarding Sills' revisions to its retention application.                   | 0.30  |        |
| 07/03/25 | GAK  | 107 | Communications with Willkie and Alix regarding retention matters.                                                 | 0.40  |        |
| 07/03/25 | GAK  | 107 | Communications with O. Matviyishyn regarding retention applications and service matters.                          | 0.60  |        |
| 07/03/25 | AHS  | 107 | Final review of retention application and have filed.                                                             | 0.40  |        |
| 07/03/25 | OM   | 107 | Correspondence with G. Kopacz regarding filing of Committee professionals' retention applications.                | 0.20  |        |
| 07/03/25 | OM   | 107 | Finalize Sills' retention application in preparation for filing.                                                  | 0.30  |        |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 19

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/03/25 | OM | 107 | Emails with co-counsel regarding Committee's professionals' retention applications. | 0.20 | |
| 07/03/25 | OM | 107 | Prepare and finalize co-counsel's and the Committee's financial professionals' retention applications for filing. | 1.80 | |
| 07/07/25 | GAK | 107 | Review correspondence from UST on Alix retention. | 0.20 | |
| 07/07/25 | GAK | 107 | Emails with Willkie on fee application matters. | 0.30 | |
| 07/07/25 | GAK | 107 | Attention to first fee application matters. | 0.20 | |
| 07/08/25 | GAK | 107 | Draft email to Chambers regarding extension of UST objection deadline for Alix retention. | 0.30 | |
| 07/08/25 | GAK | 107 | Emails with Willkie regarding fee application matters and the compensation procedures. | 0.60 | |
| 07/08/25 | GAK | 107 | Communications with Alix and Willkie regarding UST comments regarding retention and related matters. | 0.20 | |
| 07/09/25 | GAK | 107 | Communications with A. Sherman regarding supplemental declaration and related matters. | 0.30 | |
| 07/09/25 | GAK | 107 | Communications with J. Graber regarding retention matters and comments from UST. | 0.20 | |
| 07/09/25 | GAK | 107 | Work on first monthly fee application. | 0.30 | |
| 07/09/25 | GAK | 107 | Review UST correspondence regarding Sills retention. | 0.20 | |
| 07/09/25 | GAK | 107 | Analysis in response to US queries regarding retention. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 20

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/09/25 | GAK | 107 | Review UST email/comments regarding Willkie retention application. | 0.20 | |
| 07/09/25 | GAK | 107 | Draft email to Chambers regarding extension of the UST's deadline to object to retention applications of Sills and Willkie. | 0.20 | |
| 07/09/25 | AHS | 107 | Call with UST regarding disclosures for retention issues and follow up with information requests. | 0.60 | |
| 07/09/25 | OM | 107 | Correspondence with A. Sherman regarding U.S. Trustee's comments on Sills' retention application. | 0.10 | |
| 07/09/25 | OM | 107 | Conference with G. Kopacz, B. Mankovetskiy and A. Sherman regarding Sills' retention application and supplemental declaration. | 0.20 | |
| 07/09/25 | OM | 107 | Correspondence with G. Kopacz related a revised form of Order regarding Sills' retention application. | 0.10 | |
| 07/09/25 | OM | 107 | Begin drafting Supplemental Sherman declaration pursuant to comments from the U.S. Trustee. | 3.10 | |
| 07/09/25 | OM | 107 | Further correspondence with G. Kopacz regarding supplemental declaration in response to inquiries from the United States Trustee. | 0.20 | |
| 07/10/25 | GAK | 107 | Communications with Alix regarding retention matters and supplemental declaration. | 0.20 | |
| 07/10/25 | GAK | 107 | Communications with O. Matviyishyn regarding supplemental declaration. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 21

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/10/25 | GAK | 107 | Work on supplemental declaration. | 2.20 | |
| 07/10/25 | GAK | 107 | Communications with A. Sherman regarding supplemental retention declaration. | 0.10 | |
| 07/10/25 | OM | 107 | Conference With G. Kopacz regarding UST's request for additional disclosures. | 0.20 | |
| 07/10/25 | OM | 107 | Analysis of the Committee's financial advisors' draft supplemental declaration. | 0.20 | |
| 07/10/25 | OM | 107 | Finalize draft of supplemental Sherman Declaration related to Sills retention application for G. Kopacz to review. | 2.40 | |
| 07/10/25 | OM | 107 | Finalize and file AlixPartners' supplemental declaration in support of retention. | 0.50 | |
| 07/10/25 | OM | 107 | Further analysis of U.S. Trustee's comments on Sills' proposed retention order and correspondence with G. Kopacz regarding same. | 0.40 | |
| 07/11/25 | GAK | 107 | Review Willkie supplemental declaration and responses to UST. | 0.60 | |
| 07/11/25 | GAK | 107 | Communications with A. Sherman and O. Matviyishyn regarding supplemental declaration. | 0.40 | |
| 07/11/25 | GAK | 107 | Review and revise Sills' supplemental declaration. | 0.60 | |
| 07/11/25 | AHS | 107 | Review and revise supplemental declaration for retention issues. | 0.40 | |
| 07/11/25 | OM | 107 | Strategy meeting with G. Kopacz regarding Sills' supplemental declaration. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 22

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/11/25 | OM | 107 | Revise retention order pursuant to comments from the United States Trustee. | 0.70 | |
| 07/11/25 | OM | 107 | Revise supplemental Sherman declaration pursuant to comments from G. Kopacz. | 0.80 | |
| 07/14/25 | GAK | 107 | Draft response to UST regarding retention matters. | 0.40 | |
| 07/14/25 | GAK | 107 | Work on first fee statement. | 0.90 | |
| 07/14/25 | GAK | 107 | Finalize and file Sills supplemental declaration and communications with UST on same. | 0.30 | |
| 07/14/25 | GAK | 107 | Review and revise proposed order for Sills retention. | 0.30 | |
| 07/14/25 | GAK | 107 | Various communications with Willkie and UST regarding Willkie retention matters. | 0.30 | |
| 07/14/25 | GAK | 107 | Communications with Alix and UST regarding Alix retention matters. | 0.30 | |
| 07/14/25 | OM | 107 | Finalize revised retention order and correspondence with G. Kopacz regarding same. | 0.30 | |
| 07/14/25 | OM | 107 | Begin drafting first monthly fee statement. | 0.50 | |
| 07/14/25 | OM | 107 | Finalize and file supplemental declaration in support of retention of co-counsel. | 0.30 | |
| 07/14/25 | OM | 107 | Correspondence with G. Kopacz regarding supplemental declaration in support of Sills' retention application. | 0.20 | |
| 07/15/25 | GAK | 107 | Analysis of compensation procedures order and local rules in connection with fee application matters. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 23

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/15/25 | GAK | 107 | Numerous emails with Willkie team regarding fee application matters. | 0.40 | |
| 07/15/25 | GAK | 107 | Communications with Alix and UST regarding Alix retention matters. | 0.10 | |
| 07/15/25 | GAK | 107 | Communications with Willkie and O. Matviyishyn regarding fee statements. | 0.20 | |
| 07/15/25 | GAK | 107 | Communications with J. Graber on retention matters and next steps. | 0.20 | |
| 07/15/25 | GAK | 107 | Draft email to Chambers regarding retention orders. | 0.30 | |
| 07/15/25 | OM | 107 | Continue working on first monthly fee statement. | 0.60 | |
| 07/15/25 | OM | 107 | Further attention to Sills' revised retention order. | 0.20 | |
| 07/15/25 | OM | 107 | Correspondence with M. Loison from co-counsel regarding local requirements for monthly fee statements. | 0.20 | |
| 07/15/25 | OM | 107 | Analysis of New Jersey fee statement matters. | 0.30 | |
| 07/15/25 | OM | 107 | Further address query of co-counsel regarding NJ local requirements pertaining to monthly fee statements. | 0.30 | |
| 07/16/25 | GAK | 107 | Draft email to chambers regarding Alix retention order. | 0.30 | |
| 07/16/25 | GAK | 107 | Communications with O. Matviyishyn regarding next steps for Alix retention. | 0.20 | |
| 07/16/25 | GAK | 107 | Communications with Alix regarding retention matters. | 0.40 | |
| 07/16/25 | OM | 107 | Email and telephonic correspondence with G. Kopacz regarding the filing of AlixPartners' supplemental | 0.20 | |

Sills Cummis & Gross P.C.

| | | | | | |
|---|---|---|---|---|---|
| Creditors Committee | | | | | August 19, 2025 |
| | | | | | Client/Matter No. 08650166.000001 |
| | | | | | Invoice: 2083946 |
| | | | | | Page 24 |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | declaration and submitting a revised order with the Court. | | |
| 07/16/25 | OM | 107 | Revise retention order provided by AlixPartners. | 0.50 | |
| 07/16/25 | OM | 107 | Finalize and file AlixPartners' Second Supplemental declaration in support of retention. | 0.30 | |
| 07/16/25 | OM | 107 | Correspondence with S. Rosenfeld regarding AlixPartners' supplemental declaration and revised retention order. | 0.10 | |
| 07/17/25 | GAK | 107 | Communications with Alix regarding retention matters. | 0.10 | |
| 07/18/25 | GAK | 107 | Communications with Alix and O. Matviyishyn regarding Alix retention. | 0.20 | |
| 07/18/25 | GAK | 107 | Communications with Willkie team regarding additional party-in-interest list. | 0.10 | |
| 07/18/25 | OM | 107 | Continue working on Sills' first fee application. | 1.70 | |
| 07/18/25 | OM | 107 | Correspondence with S. Rosenfeld of AlixPartners regarding entry of their retention Order. | 0.10 | |
| 07/18/25 | OM | 107 | Correspondence with G. Kopacz regarding status of AlixPartners' retention order. | 0.10 | |
| 07/18/25 | OM | 107 | Correspondence with Chambers regarding entry of AlixPartners' retention order. | 0.10 | |
| 07/21/25 | OM | 107 | Finalize Sills' first monthly fee application. | 1.30 | |
| 07/21/25 | OM | 107 | Correspondence with G. Kopacz regarding the Committee's professionals' monthly fee applications. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 25

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/25 | OM | 107 | Begin drafting second monthly fee statement. | 0.80 | |
| 07/21/25 | OM | 107 | Correspondence with J. Graber regarding Committee's professionals' fee applications. | 0.10 | |
| 07/22/25 | GAK | 107 | Numerous communications with Willkie regarding fee statements and related matters. | 0.30 | |
| 07/22/25 | GAK | 107 | Review and revise first monthly fee statement. | 0.80 | |
| 07/22/25 | GAK | 107 | Review and revise second monthly fee application. | 0.60 | |
| 07/22/25 | GAK | 107 | Email from Willkie on supplemental declaration and communications with O. Matviyishyn on same. | 0.20 | |
| 07/22/25 | OM | 107 | Finalize Sills' second monthly fee statement. | 1.60 | |
| 07/23/25 | GAK | 107 | Revise first fee statement. | 0.60 | |
| 07/23/25 | GAK | 107 | Revise second monthly fee statement. | 0.70 | |
| 07/23/25 | OM | 107 | Draft second supplemental Sherman Declaration. | 3.30 | |
| 07/23/25 | OM | 107 | Conduct conflict analysis related to Additional Conflict Check Parties for second supplemental Sherman declaration. | 1.70 | |
| 07/24/25 | GAK | 107 | Review and revise second supplemental declaration. | 1.10 | |
| 07/24/25 | GAK | 107 | Communications with O. Matviyishyn regarding supplemental declaration. | 0.20 | |
| 07/24/25 | OM | 107 | Revise second supplemental Sherman Declaration pursuant to correspondence with G. Kopacz. | 1.70 | |
| 07/24/25 | OM | 107 | Update Sills' monthly fee applications for filing. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 26

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/25/25 | GAK | 107 | Review Willkie fee statement and communications with Willkie on same. | 0.20 | |
| 07/25/25 | GAK | 107 | Review compensation procedures order regarding service of fee applications. | 0.10 | |
| 07/25/25 | GAK | 107 | Review revised supplemental declaration. | 0.20 | |
| 07/25/25 | GAK | 107 | Review Alix monthly fee statements and communications with Alix on same. | 0.30 | |
| 07/25/25 | GAK | 107 | Communications with O. Matviyishyn regarding supplemental declaration and fee statements. | 0.30 | |
| 07/25/25 | OM | 107 | E-mail correspondence with Committee professionals regarding preparation and filing of May and June fee applications. | 0.30 | |
| 07/25/25 | OM | 107 | Draft e-mail to U.S. Trustee regarding filed fee applications. | 0.20 | |
| 07/25/25 | OM | 107 | Finalize second Sherman declaration. | 0.20 | |
| 07/25/25 | OM | 107 | Correspondence with G. Kopacz regarding the filing of the Committee's professionals' fee applications. | 0.20 | |
| 07/29/25 | GAK | 107 | Communications with O. Matviyishyn regarding supplemental declaration. | 0.20 | |
| 07/29/25 | GAK | 107 | Review revised supplemental declaration and communications with A. Sherman and M. Larkin on same. | 0.30 | |
| 07/29/25 | OM | 107 | Attention to Supplemental Parties in interest list. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 27

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/29/25 | OM | 107 | Correspondence with A. Sherman regarding Second Supplemental Sherman Declaration. | 0.20 | |
| 07/29/25 | OM | 107 | Revise second supplemental Sherman declaration pursuant to comments from A. Sherman. | 0.80 | |
| 07/30/25 | OM | 107 | Further revisions to second supplemental Sherman declaration. | 0.20 | |
| | | **TASK TOTAL 107** | | **57.90** | **$38,987.50** |

## 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 07/09/25 | GAK | 108 | Review Cole Schotz May fee statement. | 0.20 | |
| 07/09/25 | OM | 108 | Analysis of Cole Schotz's first monthly fee statement. | 0.30 | |
| 07/31/25 | GAK | 108 | Review Cole Schotz June fee statement. | 0.10 | |
| 07/31/25 | GAK | 108 | Review A&M June fee statement. | 0.10 | |
| 07/31/25 | GAK | 108 | Review Paul Weiss fee statement. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.80** | **$582.50** |

## 109 – FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 07/01/25 | GAK | 109 | Emails with Paul Weiss and Willkie regarding DIP/budget matters and next steps. | 0.10 | |
| 07/01/25 | BM | 109 | Analysis regarding potential resolution of Committee's objection to final DIP financing order. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 28

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/02/25 | GAK | 109 | Communications with Willkie regarding DIP challenge matters. | 0.30 | |
| 07/02/25 | GAK | 109 | Review draft motion to extend challenge deadline. | 0.20 | |
| 07/02/25 | AHS | 109 | Call with Debtors regarding DIP financing issues and follow up call with Willkie regarding DIP issues and lender negotiations. | 0.90 | |
| 07/02/25 | AHS | 109 | Calls and emails regarding extension of challenge deadline, have motion drafted, review of same and follow up emails on extension. | 0.60 | |
| 07/02/25 | AHS | 109 | Address issues regarding challenge deadline and have motion drafted. | 0.30 | |
| 07/02/25 | OM | 109 | Correspondence with G. Kopacz regarding Motion to Extend Challenge Deadline. | 0.10 | |
| 07/02/25 | OM | 109 | Draft motion to extend committee challenge deadline. | 3.30 | |
| 07/03/25 | GAK | 109 | Review proposal to Paul Weiss/Choate regarding DIP resolution. | 0.10 | |
| 07/03/25 | GAK | 109 | Communications with Willkie and Alix regarding DIP matters/next steps and related matters. | 0.30 | |
| 07/03/25 | GAK | 109 | Communications with Willkie and Paul Weiss regarding DIP objection resolution matters. | 0.20 | |
| 07/03/25 | BM | 109 | Analysis regarding potential resolution of Committee's objection to final DIP financing order. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 29

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/03/25 | AHS | 109 | Call and email with Debtors' counsel regarding DIP financing issues, call with Willkie regarding same and follow up emails regarding possible settlement of DIP financing issues. | 0.60 |  |
| 07/03/25 | AHS | 109 | Attend Committee meeting regarding DIP financing issues and follow up with Willkie after meeting. | 1.10 |  |
| 07/04/25 | GAK | 109 | Communications with Willkie team regarding DIP settlement proposal and related matters. | 0.50 |  |
| 07/04/25 | BM | 109 | Analysis regarding potential resolution of Committee's objection to final DIP financing order. | 0.60 |  |
| 07/04/25 | AHS | 109 | Review of emails regarding DIP financing proposals and possible settlement. | 0.70 |  |
| 07/05/25 | BM | 109 | Analysis regarding potential resolution of Committee's objection to final DIP financing order. | 0.40 |  |
| 07/06/25 | GAK | 109 | Emails with Willkie and Alix on DIP matters and discussions with lenders. | 0.40 |  |
| 07/06/25 | BM | 109 | Analysis regarding potential resolution of Committee's objection to final DIP financing order. | 0.50 |  |
| 07/06/25 | AHS | 109 | Calls with creditor regarding DIP financing issues. | 0.20 |  |
| 07/06/25 | AHS | 109 | Review of emails regarding possible settlement of DIP financing issues and review of draft email to Committee regarding same. | 0.50 |  |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 30

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/07/25 | GAK | 109 | Review proposed statement regarding DIP resolution and communications with Willkie on same. | 0.40 | |
| 07/07/25 | GAK | 109 | Communications with Paul Weiss regarding DIP matters. | 0.20 | |
| 07/07/25 | GAK | 109 | Communications with Willkie regarding challenge matters. | 0.20 | |
| 07/07/25 | GAK | 109 | Review revisions to proposed final DIP order and emails with Paul Weiss and Willkie on same. | 0.40 | |
| 07/07/25 | BM | 109 | Analysis regarding resolution of Committee's objection to final DIP financing order. | 0.70 | |
| 07/07/25 | AHS | 109 | Call with Debtors' counsel regarding status conference and DIP financing issues, have email drafted regarding request for status conference and review of emails regarding DIP financing and forms of order in advance of hearing. | 0.90 | |
| 07/07/25 | AHS | 109 | Review of emails regarding forms of financing order and review of draft orders. | 0.40 | |
| 07/09/25 | GAK | 109 | Review markup of proposed DIP order. | 0.20 | |
| 07/09/25 | GAK | 109 | Review correspondence from Debtors and Willkie regarding proposed DIP order. | 0.20 | |
| 07/10/25 | BM | 109 | Attend continued final DIP financing hearing. | 0.80 | |
| 07/11/25 | OM | 109 | Conduct analysis of Final DIP Order. | 0.90 | |
| | **TASK TOTAL 109** | | | **18.40** | **$16,669.50** |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 31

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **113 – PLAN AND DISCLOSURE STATEMENT** |  |  |  |  |  |
| 07/30/25 | GAK | 113 | Review materials from Debtors regarding case disposition strategies. | 0.30 |  |
|  |  | **TASK TOTAL 113** |  | **0.30** | **$255.00** |
| **114 – RELIEF FROM STAY PROCEEDINGS** |  |  |  |  |  |
| 07/14/25 | GAK | 114 | Review MedImpact's stay relief motion. | 0.20 |  |
|  |  | **TASK TOTAL 114** |  | **0.20** | **$170.00** |
|  |  | **TOTAL FEES** |  | **165.50** | **$129,932.50** |

**TASK CODE SUMMARY**

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 102 | Asset Disposition | | 20.10 | $17,307.00 |
| 104 | Case Administration | | 67.40 | $55,686.00 |
| 105 | Claims Administration and Objections | | 0.40 | $275.00 |
| 107 | Fee/Employment Applications | | 57.90 | $38,987.50 |
| 108 | Fee/Employment Objections | | 0.80 | $582.50 |
| 109 | Financing | | 18.40 | $16,669.50 |
| 113 | Plan and Disclosure Statement | | 0.30 | $255.00 |
| 114 | Relief from Stay Proceedings | | 0.20 | $170.00 |
| | TOTAL FEES | | 165.50 | $129,932.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew H. Sherman | 23.00 | x | $1,150.00 | = | $26,450.00 |
| Boris Mankovetskiy | 20.50 | x | $985.00 | = | $20,192.50 |
| Gregory A. Kopacz | 59.20 | x | $850.00 | = | $50,320.00 |
| Oleh Matviyishyn | 62.80 | x | $525.00 | = | $32,970.00 |

Sills Cummis & Gross P.C.

Creditors Committee

August 19, 2025
Client/Matter No. 08650166.000001
Invoice: 2083946
Page 32

---

<u>Disbursement Detail</u>

| | | |
|---|---|---|
| 07/25/25 | B&W Copies | $3,304.05 |
| 07/07/25 | Postage | $182.38 |
| | Total Disbursements | $3,486.43 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $129,932.50 |
| Total Disbursements | $3,486.43 |
| **TOTAL THIS INVOICE** | **$133,418.93** |