UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. McAuliffe, Esq.
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, 15th Floor
Uniondale, New York 11556
Telephone: (516) 663-6600
Email: dmcauliffe@rmfpc.com

| | |
|---|---|
| In Re: | Case No: 25-14861 (MBK) |
| NEW RITE AID, et al. | (Jointly Administered) |
| Debtors.[1] | Chapter: 11 |
| | Judge: Michael B. Kaplan |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Daniel L. McAuliffe, Esq. hereby withdraws his appearance as counsel for Series IV, Channel Island Business Mart, of the Wolf Family Series, LP and requests that he be removed from all service lists, including CM/ECF electronic service.

Dated: Uniondale, New York
August 26, 2025

/s/ *Daniel L. McAuliffe*
Daniel L. McAuliffe
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza, 15th Floor
Uniondale, NY 11554
(516) 663-6600
dmcauliffe@rmfpc.com

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtor's service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1058687

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2025, a true and correct copy of the foregoing document was filed electronically with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Date:  August 26, 2025                /s/ *Daniel L. McAuliffe*
                                         Daniel L. McAuliffe
                                         RUSKIN MOSCOU FALTISCHEK, P.C.
                                         1425 RXR Plaza, 15th Floor
                                         Uniondale, NY 11554
                                         (516) 663-6600
                                         dmcauliffe@rmfpc.com

                                         *Counsel to Series IV, Channel Island Business Mart, of the Wolf Family Series, LP*

1058687