**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
*Counsel for Larchmont Properties, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, et al. | Case No. 25-14861 (MBK) |
| Debtors. | (Joint Administration Requested) |
| | **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATIONS** |

PLEASE TAKE NOTICE that Kelly M. Purcaro of Greenspoon Marder, LLP One Gateway Center, Suite 2600, Newark, New Jersey 07102 AND Alan Tippie of Greenspoon Marder, LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067 hereby withdraw their appearance as attorney for Creditor Larchmont Properties, Ltd. ("Larchmont") in the above-entitled action. In accordance with the Stipulation and Consent Order filed on June 13, 2025, [Docket Entry 855], Larchmont has received payment from the Debtor and the debt has been resolved. As such, counsel of Larchmont, Kelly Purcaro and Alan Tippie, respectfully request to be withdrawn from electronic notifications in the within case.

1

DATED: August 26, 2025.　　　　　　　Respectfully submitted,

*/s/ Kelly M. Purcaro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
*Counsel for Larchmont Properties, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025 I filed a true and correct copy of the foregoing with the court and a copy will be served upon all parties of record via CM/ECF.

*/s/ Kelly M. Purcaro*
KELLY M. PURCARO

61584791v1