| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 476-2440<br>dbruck@greenbaumlaw.com<br>Local Attorneys for creditor, SVCN 1 LLC |
| In re:<br><br>New Rite Aid LLC<br>　　　　　　　　Debtors. |

Chapter 11 Proceeding

**Case No.: 25-14731 (MBK)**

# APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF DOUGLAS S. ROSNER

David L. Bruck, Esq., a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Douglas S. Rosner, Esq., of the law firm Goulston & Storrs, to practice before this Court in connection with the above captioned Chapter 11 case (the "Case").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent SVCN 1 LLC, ("SVCN"), as a creditor and contract counterparty in the Case. The scope of the Application will be the representation of SVCN in the Case. In support of this application, counsel submits the attached Certification of Douglas S. Rosner, Esq., and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

11030377.1

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Douglas S. Rosner, Esq. to this Court.

3. Mr. Rosner is an attorney at law of the Commonwealth of Massachusetts and the State of New York, and a member and director with the law firm of Goulston & Storrs, with an address of One Post Office Square, 25th Floor, Boston, MA 02109.

4. Attached is the Certification of Mr. Rosner in which he certifies that he is and has been a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York. Mr. Rosner is also admitted to practice before the Supreme Court of the United States, US Court of Appeals for First and Seventh Circuit and US District Courts in Massachusetts, Southern District of Texas, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois and Southern District of New York.  Additionally, Mr. Rosner certifies that he is and has remained a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. Rosner's law firm, Goulston & Storrs, serves as national bankruptcy counsel to SVCN. As a result, Mr. Rosner is familiar with the circumstances surrounding this matter and the business relationships between SVCN and New Rite Aid, and his presence will serve the best interests of SVCN 1 LLC.

11030377.1

6.  Mr. Rosner is not licensed as an attorney in the State of New Jersey. He wishes to appear in the Case as counsel to SVCN and respectfully requests this Court to admit him *pro hac vice*.

7.  If Mr. Rosner is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Douglas S. Rosner, Esq. to represent SVCN 1 LLC, in connection with the Case.

Dated: August 26, 2025

_____
David L. Bruck

11030377.1