| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 476-2440<br>dbruck@greenbaumlaw.com<br>Local Attorneys for creditor, SVCN 1 LLC |
| In re:<br><br>New Rite Aid LLC<br><br>            Debtors. |

Chapter 11 Proceeding

**Case No.: 25-14731 (MBK)**

# CERTIFICATION OF DOUG S. ROSNER

I, Douglas S. Rosner, Esq., hereby certify as follows:

1. I am an attorney and a director with the law firm of Goulston & Storrs, a Professional Corporation, counsel to SVCN 1 LLC ("SVCN"), creditor and contract counterparty in the above captioned Chapter 11 case (New Rite Aid LLC, the "Case"). My office is located at One Post Office Square, 25th Floor, Boston, MA 02109. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1, to represent SVCN 1 LLC, in the Case.

2. I am admitted to practice law in the Commonwealth of Massachusetts and the State of New York. I am also admitted to practice before the Supreme Court of the United States, US Court of Appeals for First and Seventh Circuit and US District Courts in Massachusetts, Southern District of Texas, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois and Southern District of New York.

11030384.1

3. I am a member in good standing of the Bars in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 26, 2025        /s/ Douglas S. Rosner
Douglas S. Rosner (*pro hac vice* pending)
**GOULSTON & STORRS PC**
One Post Office Square, 25th Floor
Boston, MA
(617) 574-6517
Email: drosner@goulstonstorrs.com
*Counsel for SCVN 1 LLC*

11030384.1