**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**

Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**THIRTIETH NOTICE OF REJECTION OF**
**CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY**

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

PLEASE TAKE NOTICE that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered a final order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject executory contracts and unexpired leases and (ii) granting related relief [Docket No. 776] (the "Final Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Final Procedures Order and by this this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on **Schedule 1**, or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

PLEASE TAKE FURTHER NOTICE that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten (10) calendar days after the date that the Debtors file and served this Notice: (a) the Debtors, New Rite Aid, LLC, 200 Newberry Commons, Etters, Pennsylvania

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

17319; (b) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten, Esq. (svanaalten@coleschotz.com), and Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com), Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Sean A. Mitchell (smitchell@paulweiss.com); (c) counsel to the Prepetition ABL Agent and DIP Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com), and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com); (d) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (e) counsel to the applicable Contract counterparty; (f) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (g) counsel to McKesson Corporation, Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071, Attn: Anna Gumport (agumport@sidley.com), and Buchalter, A Professional

Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612, Attn: Jeffrey K. Garfinkle (jgarfinkle@buchalter.com).

   **PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date set forth on **Schedule 1** or such other date to which the Debtors and the counterparty or counterparties to such Contract agree.[3]

   **PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order resolving the objection as between the objecting party and the Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as ordered by the Court.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such

---

[3]   An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Final Procedures Order.

monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any Personal Property of the Debtors that is listed and described on **Schedule 1** shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty (30) calendar days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (B) the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated:  August 26, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

## **Exhibit 1**

**Proposed Rejection Order**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

## THIRTIETH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "<u>Final Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **<u>Schedule 1</u>**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **<u>Schedule 1</u>** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **<u>Schedule 1</u>** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **<u>Schedule 1</u>** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided, however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "<u>PII</u>"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | DCTN3448 PLUMSTEADVILLE PA LLC | 1240 N KIMBALL AVE, SOUTHLAKE, TX 76092 | Unexpired Store Lease | THRIFT DRUG, INC. | 11091 | 5707 EASTON ROAD, PIPERSVILLE, PA, 18947 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | DG RAN, LLC | P.O. BOX 479, AMBLER, PA 19002-0000 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 218 | 5 EAST MAIN STREET, NANTICOKE, PA, 18634 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | DIADON LLC | 1300 WHITE OAK COURT, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10939 | 4411 HOWLEY STREET, PITTSBURGH, PA, 15224 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | DJM NNN IV LLC | C/O DJM CAPITAL PARTNERS INC, 60 SOUTH MARKET ST, STE 1120, SAN JOSE, CA 95113 | Unexpired Store Lease | ECKERD CORPORATION | 10842 | 539 North Main Street, Canandaigua, New York, 14424-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5. | DON FRUCIANO TRUSTEE OF THE | WASHINGTON VAN BUREN TRUST, 9390 CONATY PLACE, RIVERSIDE, CA 92503 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5713 | 17055 VAN BUREN BOULEVARD, RIVERSIDE, CA, 92504 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2]  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6. | DOUGLAS WAY BLDG CORP | C/O MELISSA BAUER, 3403 NE 19TH AVE, PORTLAND, OR 97212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5318 | 1549 GEORGE WASHINGTON WAY, RICHLAND, WA, 99354 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | DS PROPERTIES 18 LP | C/O FIRST WASHINGTON REALTY, INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6059 | 2111 GOLDEN CENTRE LANE, RANCHO CORDOVA, CA, 95670 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | EASTPORT REGENCY, LLC | C/O REGENCY CENTERS LP, PO BOX 844235, BOSTON, MA 02284-4235 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10668 | 23 EASTPORT MANOR ROAD, EASTPORT, NY, 11941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | ELBE ASSOCIATES LLC | 1358 PARK ROW, SAN DIEGO, CA 92037-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5759 | 111 NORTH MAIN STREET, SANTA ANA, CA, 92701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | ELTINGVILLE SHOPPING CTR OWNER | 118-35 QUEENS BLVD 16TH FL, FOREST HILLS, NY 11375 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10538 | 43-68 AMBOY ROAD, STATEN ISLAND, NY, 10312 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11. | ESC PARTNERS LP TRUST | DBA-ESTUDILLO SHOPPING CNTR, 4725 THORNTON AVE, FREEMONT, CA 94536 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5937 | 1355 MACARTHUR BOULEVARD, SAN LEANDRO, CA, 94577 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | F & N SHOPPING VILLAGE | C/O  R.J. WATERS & ASSOC, INC., 200 OLD FORGE LANE, SUITE 201, KENNETT SQUARE, PA 19348-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 731 | 2096 NAAMANS ROAD, WILMINGTON, DE, 19810 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 13. | FACCIOLA REAL ESTATE AND INVES | 951 PROSPECT HEIGHTS, SANTA CRUZ, CA 95065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6454 | 1645 E TULARE AVENUE, TULARE, CA, 93274 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | FAMTAN ASSOCIATES | 43-29 BELL BLVD, BAYSIDE, NY 11361 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10592 | 43-20 BELL BLVD., BAYSIDE, NY, 11361 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | FARMERS & MERCHANTS BANK FOR | 45 GENEVA WALK, LONG BEACH, CA 90803 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6219 | 5128 EAST 2ND STREET, LONG BEACH, CA, 90803 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | FASO GROUP LLC | 295 MAIN ST, STE 210, BUFFALO, NY 14203 | Unexpired Store Lease | ECKERD CORPORATION | 10824 | 789 TONAWANDA STREET, BUFFALO, NY, 14207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | FELFAM LP | 17521 SUPERIOR STREET, NORTHRIDGE, CA 91325-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6492 | 15890 SOQUEL CANYON PARKWAY, CHINO HILLS, CA, 91709 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | FELOS ASSOCIATES LLC | FELIPE RESTREPO, 7928 EAST DRIVE, APT 1008, NORTH BAY VILLAGE, FL 33141 | Unexpired Store Lease | ECKERD CORPORATION | 10836 | 2401 GENESEE STREET, CHEEKTOWAGA, NY, 14225 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | FG-10 LINCOLN HWY, LLC | C/O FINE FARE SUPERMARKET, 1221 FTELEY AVE, BRONX, NY 10472 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4821 | 10 LINCOLN HIGHWAY, EDISON, NJ, 08820 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | FICUS COLUMNS PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5576 | 153 EAST GLADSTONE STREET, AZUSA, CA, 91702 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 21. | FIRST TRACKS REALTY LLC | PO BOX 1491, LINCOLN, NH 03251 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4156 | 50 MAIN STREET, LINCOLN, NH, 03251 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | FISHS EDDY IV LLC | 101 KNIGHT ROAD, VESTAL, NY 13850-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10790 | 511 HOOPER ROAD, ENDWELL, NY, 13760 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | FOUR CITY CENTER OP LP | 645 HAMILTON ST, STE 600, ALLENTOWN, PA 18101 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA,INC. | 6778 | 27 N 7TH STREET, SUITE 100, ALLENTOWN, PA, 18101 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | FOUR H INVESTMENTS, INC. | 7890 FLETCHER BAY RD NE, BAINBRIDGE ISLAND, WA 98110 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5228 | 655 NW RICHMOND BEACH ROAD, SHORELINE, WA, 98177 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | FOWLER CLWA LLC | C/O RED TAIL ACQUISITIONS LLC, 2082 MICHAELSON DR, STE 307, IRVINE, CA 92612 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5832 | 2424 SPRING STREET, PASO ROBLES, CA, 93446 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | FREDERICK JEAN | JESSICA JEAN, 21 SPINNAKER WAY, PORTSMOUTH, NH 03801 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3482 | 145 AMHERST STREET, NASHUA, NH, 03064 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | G & N REALTY INC. | P.O. BOX 674, BEDFORD, PA 15522-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1429 | 211 EAST MAIN STREET, EVERETT, PA, 15537 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | G DAVIS PROPERTIES LLC | 2027 SPRING VALLEY ROAD, LANSDALE, PA 19446 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2693 | 44 KINGS VILLAGE, MINERSVILLE, PA, 17954 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 29. | GABRIELSEN FAMILY LP I | C/O THE HIGNELL COMPANIES, 2858 PARK MARINA DR, REDDING, CA 96001 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6714 | 9340 DESCHUTES RD, PALO CEDRO, CA, 96073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | GIBRALTAR MANAGEMENT CO INC | GBR VALLEY COTTAGE LLC, 150 WHITE PLAINS RD, STE 400, TARRYTOWN, NY 10591-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1019 | 133 ROUTE 303, VALLEY COTTAGE, NY, 10989 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | GITOMER FAMILY REALTY LLC | 131 BENTLEY DRIVE, MT LAUREL, NJ 08054 | Unexpired Store Lease | ECKERD CORPORATION | 10445 | 1360 BRACE ROAD, CHERRY HILL, NJ, 08034 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | GKGF, LLC | C/O GASKA, INC., 100 W. BROADWAY, SUITE 950, GLENDALE, CA 91210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5532 | 10465 SUNLAND BOULEVARD, SUNLAND, CA, 91040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | GOLDENBERG ASSOCS | 350 SENTRY PARKWAY, BUILDING 630, SUITE 300, BLUE BELL, PA 19422-2316 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1766 | 10 SNYDER AVENUE, PHILADELPHIA, PA, 19148 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34. | GOULD SHOPPING CENTER | C/O JLL AMERICAS, 655 REDWOOD WHY, STE 177, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5985 | 1029 EAST CAPITOL EXPRESSWAY, SAN JOSE, CA, 95121 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35. | GRACE CHAI - AKA FANTA SEA | C/O: GRACE CHAI, 2418 NEW AVENUE, ROSEMEAD, CA 91770-2938 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5531ST2 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 36. | GRAND & ELM PARTNERS, LP | C/O PHIL A FONTES, 8200 STOCKDALE HIGHWAY, STE M10, BOX 180, BAKERSFIELD, CA 93311-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5824 | 1207 GRAND AVENUE, ARROYO GRANDE, CA, 93420 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5674 | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5674ST | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | GRANTS PASS VENTURE LLC | C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR, 97526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | GRI SUNSET PLAZA LLC | C/O FIRST WASHINGTON REALTY INC, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10623 | 1200 DEER PARK AVENUE, NORTH BABYLON, NY, 11703 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41. | GROTHE FAMILY TRUST | C/O JG CONSTRUCTION, INC., 15632 EL PRADO DRIVE, CHINO, CA 91710-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5848 | 48 ROBERTSON BLVD, CHOWCHILLA, CA, 93610 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 42. | GSA I SPE LLC | C/O DELLE DONNE & ASSOC INC, 200 CONTINENTAL DR, STE 200, NEWARD, DE 19713 | Unexpired Store Lease | THRIFT DRUG, INC. | 11176 | 701 GOVERNORS PLACE, BEAR, DE, 19701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | GULL INDUSTRIES  INC | PO BOX 24687, SEATTLE, WA 98124 | Unexpired Store Lease | The Bartell Drug Company | 6964 | 7205 267TH ST NW, STANWOOD, WA, 98292 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44. | GVH CLEARFIELD LLC | 300 N PISGAH RD, EADS, TN 38028 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, LLC | 6839 | 307 E MARKET STREET, CLEARFIELD, PA, 16830 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | HAMBURG REALTY PROPERTIES INC | 1776 CENTRAL PARK, OREFIELD, PA 18069 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3425 | 807 SOUTH 4TH STREET, HAMBURG, PA, 19526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | HASTINGS RANCH INVESTMENT CO | C/O  THE ARBA GROUP, 6300 WILSHIRE BLVD, SUITE 1800, LOS ANGELES, CA 90048-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5535 | 3745 EAST FOOTHILL BOULEVARD, PASADENA, CA, 91107 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | HAWLEY REALTY LIMITED PARTNERS | 30 GERMANTOWN RD, DANBURY, CT 06810 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10383 | 215 FEDERAL ROAD, BROOKFIELD, CT, 06804 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | HPT (DERRY) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1628 | 222 Y STREET, DERRY, PA, 15627 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49. | HPT (NATRONA HEIGHTS) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4419 | 1529 FREEPORT ROAD, NATRONA HEIGHTS, PA, 15065 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 50. | HPT (SHAMOKIN) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 205 | 26 WEST INDEPENDENCE STREET, SHAMOKIN, PA, 17872 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | HUNT MANAGEMENT COMPANY | OF PATRICIA R KATES, 10,001 ARTESIA BLVD, BELLFLOWER, CA 90706 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5518 | 601 PINE AVENUE, LONG BEACH, CA, 90802 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | I SCHREIBER & ASSOCIATES LLC | 18915 142ND AVE NE, STE 155, WOODINVILLE, WA 98072 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5264 | 11220 CANYON ROAD EAST, PUYALLUP, WA, 98373 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | I.C. WASHINGTON, INC. | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10432 | 354 STATE ROUTE 57 WEST, WASHINGTON, NJ, 07882 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | IA SAN PEDRO GARDEN LLC | C/O INVENTRUST PROPERTY MANAGEMENT LLC, 3025 HIGHLAND PARKWAY STE 350, DOWNERS GROVE, IL 60515 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5514 | 28100 S WESTERN AVENUE, SAN PEDRO, CA, 90732 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55. | IC SOMERVILLE INC | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4746 | 132 NORTH GASTON AVENUE, SOMERVILLE, NJ, 08876 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 56. | INLAND COMMERCIAL RE LLC | INDLAND COMMERCIAL REAL ESTATE SERVICES LLC/BLDG#75064, 2901 BUTTERFIELD ROAD, OAK BROOK, IL 60523 | Unexpired Store Lease | THRIFT DRUG, INC. | 11114 | 696 STONEY HILL ROAD, YARDLEY, PA, 19067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | IRVIN WEINSTOCK | 2101 STRATFORD WAY, SAN MATEO, CA 94403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6081 | 9133 KIEFER BOULEVARD, SACRAMENTO, CA, 95826 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | IRVINE COMPANY | 101 INNOVATION DRIVE, ATTN: GENERAL COUNSEL, RETAIL PROPERITES, IRVINE, CA 92617-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5766 | 18112 CULVER DRIVE, IRVINE, CA, 92612 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | JAMES MICHAEL CRANFORD | 2240 GAITHER STREET, SELMA, CA 93662 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5860 | 2640 FLORAL AVENUE, SELMA, CA, 93662 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | JLK NEWTOWN SQUARE ASSOC LLC | 1801 A BRASSFIELD RD, GREENSBORO, NC 27410 | Unexpired Store Lease | THRIFT DRUG, INC. | 11116 | 3599 WEST CHESTER PIKE, NEWTOWN SQUARE, PA, 19073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61. | JOANIE MICHAELSON | 736 BLUE OAK AVENUE, NEWBURY PARK, CA 91320 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5800 | 1076 WEST KERN STREET, TAFT, CA, 93268 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 62. | JOHN M. O'BRIEN | C/O: O'BRIEN & ZEHNDERINJURY LAWYERS, 9401 E STOCKTON BLVD, SUITE 225, ELK GROVE, CA 95624 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6480 | 5350 SHASTA DAM BOULEVARD, SHASTA LAKE, CA, 96019 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63. | JOSEPH AMMENDOLA | 465 DUNDEE DRIVE, BLUE BELL, PA 19422-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3273 | 1201 SOUTH BETHLEHEM PIKE, AMBLER, PA, 19002 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | JOSEPH MURPHY CORPORATION | PO BOX 2740, SANTA ROSA, CA 95405-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6023 | 1551 FARMERS LANE, SANTA ROSA, CA, 95405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | JUMPING HORSE RANCH, INC. | ATTN: HELENE BECK, PRESIDENT, PO BOX 2890, FALLBROOK, CA 92088 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5634 | 1201 SOUTH COAST HIGHWAY, OCEANSIDE, CA, 92054 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | KATHY L MINDLER | 4109 SHILEAGH COURT, BETHLEHEM, PA 18020-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 836 | 1781 STEFKO BOULEVARD, BETHLEHEM, PA, 18017 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67. | KEARNEY PALMS LLC | 204 W. RIDGEPOINT DRIVE, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6295 | 1101 FRESNO STREET, FRESNO, CA, 93706 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | KK GREAT NECK 2470, LLC | 113 CROSSWAYS PARK DRIVE, SUITE 100, WOODBURY, NY 11797-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4861 | 50 GREAT NECK ROAD, GREAT NECK, NY, 11021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | LAGUNA OAKS LLC | 1916 PARK OAK DR, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6788 | 6420 RIO LINDA BLVD, RIO LINDA, CA, 95673 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 70. | LAKEVIEW PLACE BUILDING A LLC | 1429 AVENUE D PMB 521, SNOHOMISH, WA 98290-1742 | Unexpired Store Lease | The Bartell Drug Company | 6933 | 1115 13TH ST, SNOHOMISH, WA, 98290 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71. | LAMAR BUILDING CO INC | HARIANNE ZOLKOVER, 9889 GLOUCESTER DR, BEVERLY HILLS, CA 90210 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 819 | 340 EAST HIGH STREET, POTTSTOWN, PA, 19464 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | LAO CO | 1414 RIDGE RD, LANCASTER, PA 17603 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3400 | 420 NORTH 3RD STREET, WOMELSDORF, PA, 19567 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73. | LAURIE DAVIS | 500 ADMIRALS WAY, APT. 101, PHILADELPHIA, PA 19146 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1963 | 262 CONNELLSVILLE STREET, UNIONTOWN, PA, 15401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | LAWRENCE M KAPLAN LLC | 5215 SCOTTS VALLEY DRIVE, STE C, SCOTTS VALLEY, CA 95066-3522 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6379 | 500 MAIN STREET, LIVINGSTON, CA, 95334 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | LDC ALTA LOMA SQUARE LLC | C/O LEWIS OPERATING CORP., 1156 NORTH MOUNTAIN AVE., UPLAND, CA 91785-0670 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5587 | 8760 19TH STREET, RANCHO CUCAMONGA, CA, 91701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76. | LEVIN MANAGEMENT CORP | 975 ROUTE 22 WEST, NORTH PLAINFIELD, NJ 07060-3622 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1384 | 450 BLUE VALLEY DRIVE, BANGOR, PA, 18013 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | LINCOLN PARTNERSHIP 2015 LLC | 26527 AGOURA RD, STE 200, CALABASAS, CA 91302 | Unexpired Store Lease | ECKERD CORPORATION | 10827 | 2585 MAIN STREET, BUFFALO, NY, 14214 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 78. | LINCOLN PROPERTIES LTD | 374 LINCOLN CENTER, STOCKTON, CA 95207-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5998 | 6455 PACIFIC AVENUE, STOCKTON, CA, 95207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79. | LONGMEADOW WOLCOTT LLC | 11 SCOVILLE STREET, P.O. BOX 2763, WATERBURY, CT 06723-2763 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 4620 | 744 WOLCOTT ROAD, WOLCOTT, CT, 06716 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | LUCILLE F MORGAN IRREVOC LIVIN | C/O ANDREA L MERRILL, SUCCESSOR TRUSTEE, PO BOX 219, MOUNT SHASTA, CA 96067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6103 | 310 WEST LAKE STREET, MOUNT SHASTA, CA, 96067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | LYNNFIELD CENTRE REALTY LLC | 2 EVERETT AVE, WINCHESTER, MA 01890 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2397 | 419 CLAREMONT AVENUE, ASHLAND, OH, 44805 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82. | M. NASIR & NILOFAR SHAIKH | 106 ROCKY ROAD, GREENSBURG, PA 15601-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1709 | 15 CENTENNIAL WAY, SCOTTDALE, PA, 15683 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | MAHOPAC IMPROVEMENTS OWNER LLC | C/O DLC MGMT CORP, 565 TAXTER RD, STE 400, ELMSFORD, NY 10523 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1451 | 159 ROUTE 6, MAHOPAC, NY, 10541 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | MANP CDM LLC | C/O DMP MGMT, LLC DBA DMP PROPERTIES, 250 NEWPORT CENTER DR STE 300, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6207 | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA, 92625 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 85. | MAR-BANK INVESTMENT COMPANY | C/O UNITED TRUST REALTY CORPORATION, 4 PARK PLAZA, STE 830, IRVINE, CA 92614 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5516 | 108 WEST ANAHEIM STREET, WILMINGTON, CA, 90744 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | MARIST CENTERPOINT, LLC | C/O METRO COMMERCIAL MANAGEMENT, 303 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ 08054-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10714 | 3350 NORTH ROAD, POUGHKEEPSIE, NY, 12601 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | MARKET SQUARE PLAZA I, LLC | C/O PRESTIGE PROPERTIES & DEVELOPMENT CO., INC., 546 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY 10036-0000 | Unexpired Store Lease | THRIFTY DRUG, INC. | 11130 | 7700 CRITTENDEN STREET, PHILADELPHIA, PA, 19118 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | MARTIN LIN & ALICE FANG | 67 WATERSIDE CIRCLE, REDWOOD CITY, CA 94065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5961 | 701 EAST BLITHEDALE AVE., MILL VALLEY, CA, 94941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89. | MARY CATHERINE DENUNZIO, FRED E. VAN ALEN, AND ALFRED G. VAN ALEN | MARY CATHERINE DENUNZIO, PO BOX 74, JEANNETTE, PA 15644 | Unexpired Ground Lease | THRIFTY PAYLESS, INC. | 5531A | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E |
| 90. | MAY DEVELOPMENT, LLC | 4017 B STATE STREET, SCHENECTADY, NY 12304 | Unexpired Store Lease | ECKERD CORPORATION | 10717 | 124 RIDGE STREET, GLENS FALLS, NY, 12801 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 91. | MESA SHOPPING CENTER | C/O INVESTEC MANAGEMENT CORP., 200 E. CARRILLO STREET, SUITE 200, SANTA BARBARA, CA 93101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5790 | 1976 CLIFF DRIVE, SANTA BARBARA, CA, 93109 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92. | MGPXI-A TWN CTR LAKEFOREST LLC | C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5225 | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA, 98155 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | MLG REAL ESTATE LLC | P.O. BOX X, WAYMART, PA 18472-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2768 | 54 NORTH MAIN STREET, CARBONDALE, PA, 18407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | MONIEM SHAABAN | 427 LINCOLN BLVD, SANTA MONICA, CA 90402 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5815 | 100 CHINA GRADE LOOP, BAKERSFIELD, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95. | MONTEBELLO (EDENS) LLC | 1221 MAIN STREET, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5504 | 802 BEVERLY BOULEVARD, MONTEBELLO, CA, 90640 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | MONTGOMERY DEL VAL ASSN., LP | C/O LFT REALTY GROUP, INC., 600 OLD ELM STREET, CONSHOHOCKEN, PA 19428-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2017 | 762 EAST JOHNSON HIGHWAY, NORRISTOWN, PA, 19401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97. | MS JOANN DISCHINAT | 180 NAZARETH DRIVE, NAZARETH, PA 18064-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 927 | 231 WEST STREET, GETTYSBURG, PA, 17325 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 98. | NATHAN FAMILY LLC | 198 THOMAS JOHNSON DR, STE 207, FREDERICK, MD 29128 | Unexpired Store Lease | ECKERD CORPORATION | 11211 | 1003 PULASKI HIGHWAY, HAVRE DE GRACE, MD, 21078 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99. | NEFESH MANAGEMENT CORP | P.O. BOX 110158, BROOKLYN, NY 11211-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4991 | 109-07 101ST AVENUE, JAMAICA, NY, 11419 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | NEW HARTFORD HOLDINGS LLC | C/O MADISON PROPERTIES, 3611 14TH AVE, STE 420, BROOKLYN, NY 11218 | Unexpired Store Lease | ECKERD CORPORATION | 10773 | 46 KELLOGG ROAD, NEW HARTFORD, NY, 13413 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |