**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Heather Lennox (Admission *pro hac vice* forthcoming)
T. Daniel Reynolds (Admission *pro hac vice* pending)
901 Lakeside Ave
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com
tdreynolds@jonesday.com

*ATTORNEYS FOR FIVE BELOW, INC.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No.: 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Hon. Michael B. Kaplan |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES**
**AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal

Rules of Bankruptcy Procedure, the undersigned enters an appearance in the above-referenced case

on behalf of Five Below, Inc., interested party in the above captioned case, and requests service of

all notices and documents herein upon:

---

[1]      The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
pdefilippo@wmd-law.com

Counsel also requests that all ECF/electronic notices be sent to pdefilippo@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above captioned Debtors, its property, or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* and *Request for Addition to Matrix* (the "<u>Notice</u>") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Dated: August 26, 2025
New York, New York

Respectfully submitted,

**WOLLMUTH MAHER & DEUTSCH LLP**

/s/ *Paul R. DeFilippo*
Paul R. DeFilippo
500 Fifth Avenue, 12th
Floor New York, New
York 10110
-and-
90 Washington Valley Road
Bedminster, New Jersey 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: pdefilippo@wmd-law.com

*Counsel for Five Below, Inc.*