| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>David L. Bruck, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 476-2440<br>dbruck@greenbaumlaw.com<br>Attorneys for creditor, SVCN 1 LLC | |
| In re:<br><br>New Rite Aid LLC<br>                      Debtors. | Chapter 11 Proceeding<br><br>**Case No.: 25-14861 (MBK)**<br><br>**(Jointly Administered)** |

# CERTIFICATION OF SERVICE

    I, JENNIFER A. ZEEB

1. ☐ represent the _____ in the above captioned matter.

   ☑ am the secretary/paralegal for Greenbaum, Rowe, Smith & Davis, LLP, who represents the creditor, SVCN 1 LLC in the above captioned matter.
   ☐ am the _____ in the above case and am representing myself.

2. On August 27, 2025 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

   **Application for an Order for Admission Pro Hac Vice of Douglas S. Rosner; Certification of Doug S. Rosner and Proposed Order for Admission Pro Hac Vice of SVCN 1 LLC (Docket No. 2162);**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                              /s/Jennifer A. Zeeb_____
                                                              JENNIFER A. ZEEB

Dated: August 27, 2025

11037460.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| UNITED STATES TRUSTEE FOR THE DISTRICT OF NEW JERSEY<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Lauren Bielski, Esq.<br>Lauren.bielskie@usdoj.gov<br>Jeffrey M. Sponder, Esq.<br>Jeffrey.m.sponder@usdoj.gov | United States Trustee for the District of New Jersey | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email (as authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW RITE AID, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania 17319<br>David Kastin, Esq.<br>David.Kastin@riteaid.com | Debtor | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email (as authorized by the Court or by rule. Cite the rule if applicable.) |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg, Esq.<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton, Esq.<br>aeaton@paulweiss.com<br>Christopher Hopkins, Esq.<br>chopkins@paulweiss.com<br>Nick Krislov, Esq.<br>nkrislov@paulweiss.com | Debtors proposed Co-Counsel | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email (as authorized by the Court or by rule. Cite the rule if applicable.) |
| COLE SCHOTZ, PC<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esq.<br>msirota@coleschotz.com | Debtors proposed Co-Counsel | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR |

11037460.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Warren A. Usatine, Esq.<br>wusatine@coleschotz.com<br>Felice R. Yudkin, Esq.<br>FYudkin@coleschotz.com<br>Seth Van Aalten, Esq.<br>SVanaalten@coleschotz.com | | ☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| CHOATE, HALL & STEWART LLP<br>Two Intenral Place<br>Boston, MA 02110<br>John F. Ventola, Esq.<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>Jmarshall@choate.com<br>Mark D. Silva, Esq.<br>msilva@choate.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| GREENBERG TRAURIG, LLC<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esq.<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esq.<br>Julia.frostdavies@gtlaw.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| LEICHTMAN LAW PLLC<br>Maura I. Russell, Esq.<br>Mrussell@leichtmanlaw.com | Counsel to the Consultants | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RRR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Email |

11037460.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | (as authorized by the Court or by rule. Cite the rule if applicable.) |
| LOWENSTEIN SANDLER LLP<br>Jeffrey Cohen, Esq.<br>jcohen@lowenstein.com<br>Andrew Behlmann, Esq.<br>abehlmann@lowenstein.com | Counsel to the Consultants | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| SIDLEY AUSTIN LLP<br>Dennis M. Twomey, Esq.<br>dtwomey@sidley.com | Co-Counsel to McKesson | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| BUCHALTER<br>Jeffrey K. Garfinkle, Esq.<br>jgarfinkle@buchalter.com | Co-Counsel to McKesson | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email<br>(as authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller, Esq.<br>Tood M. Goren, Esq.<br>James H. Burbage, Esq.<br>Jessica D. Gaber, Esq. | Proposed Co-Counsel to the Committee | ☐ Hand-delivered<br><br>☐ Regular Mail |

4

11037460.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willkie, Farr & Gallagher, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbages@willkie.com<br>jgraber@willkie.com | | ☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email (as authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew S. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>Sills, Commis & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Proposed Co-Counsel to the Committee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified Mail/RRR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☒ Other: Email (as authorized by the Court or by rule. Cite the rule if applicable.) |

11037460.1