| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LUNDY, BELDECOS & MILBY, P.C.**<br>Jessica M. Gulash, Esquire [N.J. Bar No. 019442008]<br>450 N. Narberth Avenue, Suite 200<br>Narberth, PA 19072<br>(610) 668-0772<br>jgulash@lbmlaw.com<br><br>*Counsel for Bloch Ironwood, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                         Debtors.[1] | Chapter 11<br>Case No. 25-14861 (MBK)<br>Judge: Hon. Michael B. Kaplan<br><br>(Jointly Administered) |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Bloch Ironwood, LLC (the "**Movant**"), by and through its counsel, Lundy, Beldecos & Milby, P.C., has filed a Motion to Allow Administrative Expense Claim and Compel Immediate Payment Thereof in connection with the above-captioned action.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to grant this Motion, or if you want the Court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

    Hearing Date:        September 25, 2025

    Hearing Time:       10:00 AM

    Hearing Location:   Clarkson S. Fisher U.S. Courthouse
                                  402 East State Street
                                  Trenton, NJ 08608

---

1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Courtroom Number:    Courtroom #8

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

>Jessica M. Gulash, Esquire
>Lundy, Beldecos & Milby, P.C.
>450 N. Narberth Avenue, Suite 200
>Narberth, PA 19072

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**LUNDY, BELDECOS & MILBY, P.C.**

Date:  8/27/2025           By:   /s/ Jessica M. Gulash
                                 **JESSICA M. GULASH, ESQUIRE**
                                 450 N. Narberth Avenue, Suite 200
                                 Narberth, PA 19072
                                 (610) 668-0772
                                 jgulash@lbmlaw.com

*Counsel for Bloch Ironwood, LLC*