| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LUNDY, BELDECOS & MILBY, P.C.**<br>Jessica M. Gulash, Esquire [N.J. Bar No. 019442008]<br>450 N. Narberth Avenue, Suite 200<br>Narberth, PA 19072<br>(610) 668-0772<br>jgulash@lbmlaw.com<br><br>*Counsel for Bloch Ironwood, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 25-14861 (MBK)<br>Judge: Hon. Michael B. Kaplan<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF 9TH & HIGHLAND, LLC
TO ALLOW ADMINISTRATIVE EXPENSE CLAIM AND
COMPEL IMMEDIATE PAYMENT THEREOF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

Dated: _____

                                                                 Honorable Michael B. Kaplan
                                                                 United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

**THIS MATTER** having been brought before the Court on application by Bloch Ironwood, LLC ("**Landlord**") for an Order granting its Motion to Allow Administrative Expense Claim and Compelling Immediate Payment Thereof (the "**Motion**"); and the Court finding that (a) it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and (d) notice of the Motion was proper and sufficient under the circumstances and that no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Landlord's claim in the amount of $39,951.61 is allowed as an administrative expense pursuant to Sections 105(a), 365(d)(3), 503(b)(1), and 507(a)(2) of the Bankruptcy Code, as applicable.

3. Debtor shall make payment to Landlord in the amount of $39,951.61 within ten (10) calendar days of the date of this Order.

4. The parties are authorized to take all steps or actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

5. Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules are satisfied by such notice.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion

or otherwise waived.

7. This Court shall retain exclusive jurisdiction to enforce the terms of this Order.