| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LUNDY, BELDECOS & MILBY, P.C.**<br>Jessica M. Gulash, Esquire [N.J. Bar No. 019442008]<br>450 N. Narberth Avenue, Suite 200<br>Narberth, PA 19072<br>(610) 668-0772<br>jgulash@lbmlaw.com<br><br>*Counsel for Bloch Ironwood, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                      Debtors.[1] | Chapter 11<br>Case No. 25-14861 (MBK)<br>Judge: Hon. Michael B. Kaplan<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jessica M. Gulash, Esquire, certify that on the date set forth below I caused a true and correct copy of the Motion of Bloch Ironwood, LLC to Allow Administrative Expense Claim and Compel Immediate Payment Thereof to be served on the following parties via the method indicated:

<u>Via Regular Mail</u>
New Rite Aid, LLC
200 Newberry Commons
Etters, PA 17319

<u>Via ECF & Regular Mail</u>
Alison Rebecca Gross Benedon, Esquire
Andrew N. Rosenberg, Esquire
Alice Belisle Eaton, Esquire
Christopher Hopkins, Esquire
Sean A. Mitchell, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*Attorneys for Debtor*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<table>
<tr><td>

<u>Via ECF & Regular Mail</u>
Michael D. Siota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Seth Val Aalten, Esquire
Cole Schotz, P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
*Attorneys for Debtor*

</td><td>

<u>Via ECF & Regular Mail</u>
U.S. Trustee
US Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

</td></tr>
<tr><td>

<u>Via ECF & Regular Mail</u>
Lauren Bielskie, Esquire
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
*Attorney for U.S. Trustee*

</td><td>

<u>Via ECF & Regular Mail</u>
Official Committee of Unsecured Creditors
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

</td></tr>
<tr><td>

<u>Via ECF & Regular Mail</u>
Gregory Kopacz, Esquire
Boris I. Mankovetskiy, Esquire
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
*Attorneys for Official Committee of Unsecured Creditors*

</td><td></td></tr>
</table>

**LUNDY, BELDECOS & MILBY, P.C.**

Date:  8/27/2025        By:    /s/ Jessica M. Gulash
**JESSICA M. GULASH, ESQUIRE**
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com

*Counsel for Bloch Ironwood, LLC*