UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Justin E. Kerner
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
E-mail: kernerj@ballardspahr.com

Matthew G. Summers
(*pro hac vice* application pending)
Nicholas J. Brannick (admitted *pro hac vice*)
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
          brannickn@ballardspahr.com

*Ross Dress For Less, Inc.*

| | |
|---|---|
| In Re: | Case No.:  25-14861 (MBK) |
| New Rite Aid, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## APPLICATION OF MATTHEW G. SUMMERS
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

District of New Jersey (the "Local Rules"), Ross Dress For Less, Inc. (the "Landlord"), through

the undersigned counsel, respectfully moves this Court for entry of an Order granting Matthew G.

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Summers permission to appear *pro hac vice* as counsel on behalf of the Landlord in the above-captioned case and all matters arising therein or related thereto.

Annexed hereto as <u>Exhibit A</u> is a Declaration of Attorney Summers, which conforms to Local Rule 9010-1(b).

Unless requested by other parties, no oral argument is requested.

A proposed form of order is submitted herewith.

WHEREFORE, the Landlord respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: August 27, 2025

*/s/ Justin E. Kerner*
Justin E. Kerner, Esquire
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
Email: kernerj@ballardspahr.com