| |
|---|
| isUNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BERNSTEIN-BURKLEY, P.C.**<br>Keri P. Ebeck, Esq. (NJ I.D. #262092017)<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-8100 Telephone<br>(412) 456-8135 Facsimile<br>E-Mail kebeck@bernsteinlaw.com<br><br>*Counsel for Murray Avenue Market* |
| In Re:<br><br>NEW RITE AID, LLC<br><br>Debtor. |

Chapter 11

Case No. 25-14861-MBK

Judge: Michael B. Kaplan

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Keri P. Ebeck, a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Mason S. Shelton, of the law firm of Bernstein-Burkley, P.C., to practice before this Court in connection with the above-captioned Chapter 11 case (the "Case").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent Murray Avenue Market, as a party in interest in the Case.  The scope of the Application will be the representation of Murray Avenue Market in the Case and any related adversary proceedings involving Murray Avenue Market.  In support of this application, counsel submits the attached Certification of Mason S. Shelton, and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Mason S. Shelton to this Court.

3. Mr. Shelton is attorney at law of the States of Pennsylvania and Tennessee, and an associate with the law firm of Bernstein-Burkley, P.C., with an address of 601 Grant Street, 9th Floor, Pittsburgh, Pennsylvania 15219.

4. Attached is the Certification of Mr. Shelton in which he certifies that he is and has been a member in good standing of the bars of the States of Pennsylvania and Tennessee. Additionally, Mr. Shelton certifies that he is, and has remained a member in good standing of said bars at all time, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has been previously imposed on him in any jurisdiction.

5. Mr. Shelton is not licensed in the State of New Jersey. He wishes to appear in the Case and respectfully requests this Court to admit him *pro hac vice*.

6. If Mr. Shelton is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Mason S. Shelton, Esq., to represent Murray Avenue Market in connection with the Case and any related adversary proceedings in which Murray Avenue Market is a party.

Dated: August 27, 2025

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
N.J I.D. # 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8112

*Counsel for Murray Avenue Market*

**CERTIFICATE OF SERVICE**

I, Keri P. Ebeck, hereby certify that on this 27th day of August, 2025, I cause the foregoing *Application for Admission Pro Hac Vice* to be served by this Court's CM/ECF system.

                                                  */s/ Keri P. Ebeck*
                                                  Keri P. Ebeck, (NJ Bar No. 262092017)