| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **BERNSTEIN-BURKLEY, P.C.** <br> Keri P. Ebeck, Esq. (NJ I.D. #262092017) <br> 601 Grant Street, 9th Floor <br> Pittsburgh, PA 15219 <br> (412) 456-8100 Telephone <br> (412) 456-8135 Facsimile <br> E-Mail kebeck@bernsteinlaw.com <br><br> *Counsel for Murray Avenue Market* |

| | |
|---|---|
| In Re: <br><br> NEW RITE AID, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-14861-MBK <br><br> Judge: Michael B. Kaplan |

<u>**CERTIFICATION OF MASON S. SHELTON**</u>

I, Mason S. Shelton, hereby certify as follows:

1. I am an associate with the law firm of Bernstein-Burkley, P.C., counsel to Murray Avenue Market, an interested party in the above-captioned Chapter 11 case (the "Case"). My office is located at 601 Grant Street, 9th Floor, Pittsburgh, Pennsylvania 15219. I make this Certification in support of my Application to appear in this Case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1, to represent Murray Avenue Market in the Case and any related adversary proceedings involving Murray Avenue Market.

2. I am admitted to practice law in the States of Pennsylvania and Tennessee. I am admitted to practice before the following Courts:

    a. United States District Court for the Western District of Pennsylvania

    b. United States Bankruptcy Court for the Western District of Pennsylvania

    c. The Pennsylvania Supreme Court

    d.   The Tennessee Supreme Court

3.     I am a member in good standing of the Bars of each of the jurisdictions in which I am admitted to practice.

4.     No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.     I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.     I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 27, 2025

             BERNSTEIN-BURKLEY, P.C.

             By: */s/ Mason S. Shelton*
             Mason S. Shelton, Esq.
             mshelton@bernsteinlaw.com
             601 Grant Street, 9th Floor
             Pittsburgh, PA 15219
             Phone: (412) 456-8112

             *Counsel for Murray Avenue Market*