# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH
RESPECT TO THE AUCTION OF CERTAIN OF THE DEBTORS' LEASES**

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order")[2] by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction") for the sale of certain unexpired leases of nonresidential real property (each, a "Lease"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2025 pursuant to the Order, the Debtors conducted the Auction with respect to certain of the Leases.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in consultation with their professionals, selected the following Successful Bidder and Backup Bidder with respect to each of the Leases listed on Exhibit A attached hereto.  The Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each unexpired lease set forth on Exhibit A shall be assumed and assigned or terminated, as applicable, effective as of the earlier of the (i) date set forth in Exhibit A, (ii) entry of an order approving such assumption and assignment or termination, or (iii) such other date as the Debtors, any counterpart to such Leases, and the proposed assignee agree (the "Assumption or Termination Date").

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale, transfer, or other disposition of the Leases to the Successful Bidders at the Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held **on August 14, 2025**, before Honorable Judge Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton,

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

New Jersey 08608 or by videoconference or such other form of remote communication established by the Court.

**PLEASE TAKE FURTHER NOTICE** that any party that objects to the proposed sale or disposition of any Lease must file a written objection (each, a "Sale Objection") with the Court and serve such Sale Objection so as to be actually received on or before **August 5, 2025 at 5:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline") by (a) the Debtors' co-counsel, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Nick Krislov (nkrislov@paulweiss.com)) and (ii) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601 (Attn: Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (FYudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com)); (b) the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn: Jeffrey M. Sponder and Lauren Bielskie (the "U.S. Trustee"); (c) counsel to the Prepetition ABL Agent and the DIP Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com) and Mark D. Silva (msilva@choate.com)) and (ii) Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 (Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)); (d) proposed co-counsel to the Committee, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.com), and Jessica D. Graber (jgraber@willkie.com) and Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sills cummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); (e) any affected Lease Counterparty or their known counsel; and (f) the applicable Successful Bidder(s) and Backup Bidder(s), if known.

**PLEASE TAKE FURTHER NOTICE** that, if no Sale Objection is timely filed, the Debtors may seek to have the Court enter, under a certificate of no objection, an order, consistent with the form Attached hereto as Exhibit B-1 (the "Assumption Order") or Exhibit B-2 (the "Termination Order"), as applicable, approving the assumption and assignment or termination of each Lease set forth in Exhibit A, in each case, effective on the Assumption or Termination Date set forth therein or such other date as the Debtors, any counterparty to such Lease, and the proposed assignee agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if a Sale Objection is timely filed and not withdrawn or resolved, such Sale Objection will be heard at the Sale Hearing or such other date and time as determined by the Debtors or ordered by the Court. If such Sale Objection is overruled

---

[3] An objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders shall not constitute an objection to the assumption and assignment of any other Lease listed in this Notice of Successful and Backup Bidders. Any objection to the assumption and assignment of any particular Lease listed in this Notice of Successful and Backup Bidders must state with specificity the Lease(s) to which it is directed. For each particular unexpired lease whose assumption and assignment is not timely or properly objected to, such assumption and assignment will be effective in accordance with this Notice of Successful and Backup Bidders and the Order.

or withdrawn, such Lease shall be assumed or terminated, pursuant to an Assumption Order or Termination Order, as applicable, as of the Assumption or Termination Date.

PLEASE TAKE FURTHER NOTICE that, at the Sale Hearing, the Debtors will seek the Court's approval of each Successful Bid.  Unless the Court orders otherwise or as agreed to by the applicable parties, the Sale Hearing shall be an evidentiary hearing on matters relating to the sale and there will be no further bidding at the Sale Hearing.  In the event that a Successful Bidder cannot or refuses to consummate the sale following entry of an Assumption Order or Termination Order because of the breach or failure on the part of the Successful Bidder, within three (3) calendar days thereafter, the Debtors shall file a supplemental notice, seeking to approve the sale to the Backup Bidder, if applicable, on expedited notice and a hearing.

PLEASE TAKE FURTHER NOTICE that the Debtors believe that the party to which each Lease, as applicable, will be assigned has the financial wherewithal to meet all future obligations under such unexpired lease and the Debtors will, within twenty-four (24) hours of the Auction, provide evidence thereof to such applicable Lease Counterparty (and their counsel, if known) thereby demonstrating that the proposed assignee of the Lease has the ability to comply with the requirements of adequate assurance of future performance.

PLEASE TAKE FURTHER NOTICE that copies of the Auction Procedures and the Order, as well as all related exhibits, including the form Assumption and Assignment Agreement, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

*[Remainder of Page Intentionally Left Blank.]*

Dated:  July 22, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:       msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com
             svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:       arosenberg@paulweiss.com
             aeaton@paulweiss.com
             chopkins@paulweiss.com
             smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

Exhibit B:  Notice of Successful Bidders

## Exhibit A

### Successful and Backup Bidder List[1]

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 246 | 337 WEST CHOCOLATE AVENUE, HERSHEY, PA, 17033 | CKAD HOLDINGS LLC, 285 DUNHAM DR, HUMMELSTOWN, PA 17033 | Landlord - CKAD Holdings LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $100,000.00 | N/A | August 31, 2025 |
| 274 | 1700 MURRAY AVENUE, PITTSBURGH, PA, 15217 | 1700 MURRAY AVENUE LLC, C/O CLS STAR LLC, ATTN AHRON, FREILICH,  657 PRATT DRIVE, INDIANA, PA 15101 | Murray Ave Market | N/A | $93,275.00 | $32,670.00 | August 31, 2025 |
| 1326 | 1801 KUSER ROAD, TRENTON, NJ, 08690 | RA2 MERCERVILLE LLC, C/O NAI HANSON MGMT LLC, 195 NORTH ST, STE 100, TETERBORO, NJ 07608 | Landlord - RA2 MERCERVILLE LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |

---

[1]    The Cure Costs listed reflect prepetition **and** postpetition amounts outstanding, as of the date hereof.

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 1404 | 30 GERMANTOWN ROAD, DANBURY, CT, 06810 | GERMANTOWN PLAZA, C/O HAWLEY REALTY, 30 GERMANTOWN ROAD, DANBURY, CT 06810-0000 | Anthony Pena | N/A | $29,634.58 | $14,900.83 | August 31, 2025 |
| 2422 | 480 WEST BERTSCH STREET, LANSFORD, PA, 18232 | LEONZI ENTERPRISES LLC, C/O JOSEPH P LEONZI, JR, 21 TAMAQUA ST, TAMAQUA, PA 18252 | Dollar General Corporation | N/A | $27,611.20 (Part of Package Deal totaling $136,590.46) | $13,270.50 | August 31, 2025 |
| 2527 | 2101 ROUTE 70, MANCHESTER, NJ, 08759 | TITANIC ASSOCIATES, C/O THE HAMPSHIRE COMPANIES, 21 SOUTH STREET, MORRISTOWN, NJ 07960-0000 | Landlord - RA2 Lakehurst, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $39,957.50 | August 31, 2025 |
| 3288 | 3 FREETOWN ROAD, RAYMOND, NH, 03077 | DOUBLE RAYMOND, LLC, C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Dollar General Corporation | N/A | $49,709.83 (Part of Package Deal totaling $136,590.46) | $20,629.20 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 3440 | 190 EAST AVENUE, NORWALK, CT, 06855 | MARY ANN S GENUARIO, 2 SINGING WOODS ROAD, NORWALK, CT 06850-0000 | Anthony Pena | N/A | $79,000.00 | $15,364.17 | August 31, 2025 |
| 3871 | 9300 LAKESIDE BOULEVARD, OWINGS MILLS, MD, 21117 | TURABDIN REALTY, 550 KINDERKAMACK RD, STE 107, ORADELL, NJ 07649 | Universal Group Companies | N/A | $71,046.79 | $31,481.62 | August 31, 2025 |
| 4205 | 81 1ST AVENUE, NEW YORK, NY, 10003 | TANDEM EQUITIES, LLC, 303 FRANKLIN STREET, HAWORTH, NJ 07641-0000 | KF Ennis FOOD LLC | N/A | $500,000.00 | $75,000.00 | August 31, 2025 |
| 4782 | 783 MANHATTAN AVENUE, BROOKLYN, NY, 11222 | DOVER MANAGEMENT CO, P.O. BOX 386, GREAT NECK, NY 11022-0000 | Double U Development LLC | N/A | $500,000.00 | $44,268.34 | August 31, 2025 |
| 4812 | 981 WEST SIDE AVENUE, JERSEY CITY, NJ, 07306 | CLG PROPERTIES LLC, C/O CHARLES GROESCHKE, 15 JOANNA WAY, KINNELON, NJ 07405-0000 | Doleh 919 Food Corp | N/A | $206,000.00 | $81,503.52 | August 31, 2025 |

3

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 4965 | 201 GRACE STREET, PITTSBURGH, PA, 15211 | MT. WASHINGTON MOSITES, LP, 2425 HENRY W. OLIVER BLDG., 535 SMITHFIELD STREET, PITTSBURGH, PA 15222-2321 | Giant Eagle Inc | N/A | $90,000.00 | $19,182.56 | August 31, 2025 |
| 5178 | 3905 FACTORIA MALL SE, BELLEVUE, WA, 98006 | KIMCO REALTY OP LLC-KIMSFACT, C/O KIMSCHOTT FCTORIA MALL LLC, 500 N BROADWAY, STE 201 PO BOX 9010, JERICHO, NY 11753 | Kimschott Factoria Mall LLC | Westlake Hardware, Inc. | $1,500,000.00 | $62,850.23 | August 31, 2025 |
| 5184 | 22631 BOTHELL EVERETT HIGHWAY, BOTHELL, WA, 98021 | B10 MOUNTAIN B WA LLC, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain B WA LLC (Perform Properties LLC) | Westlake Hardware, Inc. | $1,500,000.00 | $16,052.50 | August 31, 2025 |

4

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5187 | 1065 N.W. GILMAN BLVD., ISSAQUAH, WA, 98027 | 1170 NW GILMAN HOLDINGS LLC, C/O PACIFIC ASSET ADVISORS, INC, 14205 SE 36TH ST, STE 215, BELLEVUE, WA 98006 | Uwajimaya Tenant LLC | N/A | $300,000.00 | $48,322.59 | August 31, 2025 |
| 5199 | 17220 REDMOND WAY NORTHEAST, REDMOND, WA, 98052 | BEAR CREEK SHPG CTR, C/O JSH PRIOERTIES INC, 7325 166TH AVE, STE F260, REDMOND, WA 98052 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $14,177.08 | August 31, 2025 |
| 5225 | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA, 98155 | MGPXI-A TWN CTR LAKEFOREST LLC, C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $72,219.05 | August 31, 2025 |
| 5239 | 1225 EAST SUNSET DR STE 110, BELLINGHAM, WA, 98226 | BLI SUNSET SQUARE, LLC, C/O TOURMALINE CAPITAL, 11250 EL CAMINO REAL,STE 102, SAN DIEGO, CA, 92130 | Landlord – BLI Sunset Square, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | September 30, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5257 | 621 SOUTH LINCOLN ST., PORT ANGELES, WA, 98362 (Building Lease) | WEMBLEY PORPERTIES, INC., 11000 BATTLEMENT AVE, LAS VEGAS, NV 89134 | Landlord - Wembly Properties, Inc. | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $14,965.35 | July 31, 2025 |
| 5261 | 19475 7TH AVENUE, NE, POULSBO, WA, 98370 | LOT-2-WILLIAMS-MULHOLLAND LLC, C/O EMILY AUTHENRIETH, 19351 8TH AVENUE NE, SUITE 151, POULSBO, WA 98370 | Landlord - Lot 2-Williams Mulholland LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $58,188.37 | July 31, 2025 |
| 5314 | 1308 NORTH 20TH AVENUE, PASCO, WA, 99301 | CSP PASCO, LLC, C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIR # 120, LARKSPUR, CA 94939 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $55,196.56 | September 30, 2025 |
| 5355 | 16200 SW PACIFIC HWY.,#E, TIGARD, OR, 97224 | SN INVESTMENT PROPERTIES LLC, PO BOX 2708, PORTLAND, OR 97208 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $28,346.47 | September 30, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR, 97526 | GRANTS PASS VENTURE LLC, C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $44,742.68 | August 31, 2025 |
| 5395 | 1900 SW COURT PLACE, PENDLETON, OR, 97801 | UNIVERSITY PLAZA LLC, P.O. BOX 1583, CORVALLIS, OR 97339-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $24,241.16 | August 31, 2025 |
| 5445 | 4322 SOUTH FIGUEROA STREET, LOS ANGELES, CA, 90037 | B.A.G. FIGVIEW #199C, LP, C/O B.A.G. INVESTMENTS, INC., 10100 CULVER BLVD., SUITE D, CULVER CITY, CA 90232-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $108,947.34 | August 31, 2025 |
| 5464 | 11096 JEFFERSON BOULEVARD, CULVER CITY, CA, 90230 | RAINTREE REALTY LLC, 100 SHORELINE HIGHWAY, BUILDING B, SUITE 395, MILL VALLEY, CA 94941-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $47,142.37 | August 31, 2025 |

7

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5476 | 11325 LONG BEACH BOULEVARD, LYNWOOD, CA, 90262 | SVAP III PLAZA MEXICO LLC, C/O STERLING RETAIL SERVICES INC, 201 DATURA ST, STE 100, WEST PALM BEACH, FL 33401 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $35,342.72 | August 31, 2025 |
| 5479 | 4410 EAST SLAUSON AVENUE, MAYWOOD, CA, 90270 | 5931 ATLANTIC LLC, C/O ROBHANA MGMT INC, 606 S OLIVE ST, STE 600, LOS ANGELES, CA 90014 | Landlord - 5931 Atlantic, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $25,559.06 | August 31, 2025 |
| 5491 | 2240 WEST SEPULVEDA BOULEVARD, TORRANCE, CA, 90501 | SOUTH BAY PROPERTIES LLC, C/O COASTLINE EQUITY, 1411 W 190TH ST, STE 225, GARDENA, CA 90248 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5694) | $28,252.27 | August 31, 2025 |
| 5512 | 8447 ALONDRA BOULEVARD, PARAMOUNT, CA, 90723 | ROIC PARAMOUNT PLAZA LLC, P.O. BOX 749814, LOS ANGELES, CA 90074-9814 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $76,763.23 | August 31, 2025 |

8

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5515 | 12541 SEAL BEACH BOULEVARD, SEAL BEACH, CA, 90740 (Building Lease) | CPT SHOPS AT ROSSMOOR LLC, C/O AEW CAPITAL MANAGEMENT LP, TWO SEAPORT LANE, BOSTON, MA 02210-2021 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $89,834.36 | August 31, 2025 |
| 5529 | 647 FOOTHILL BOULEVARD, LA CANADA FLINTRIDGE, CA, 91011 | ROIC CALIFORNIA, LLC, C/O RETAIL OPPORTUNITY INVESTMENTS CORP, 11250 EL CAMINO REAL STE 200, SAN DIEGO, CA 92130 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $55,979.64 | August 31, 2025 |
| 5537 | 531 NORTH GLENDALE AVENUE, GLENDALE, CA, 91206 | GLENDALE PLAZA SHOPPING CENTER, 741 GLENVIA STREET, SUITE 101, GLENDALE, CA 91206-0000 | Brothers Fresh Marketplace, Inc. | N/A | $150,000.00 | $76,493.80 | August 31, 2025 |
| 5549 | 12739 VAN NUYS BOULEVARD, PACOIMA, CA, 91331 | PACOIMA PLAZA, C/O THE PIKEN COMPANY, 12725 VENTURA BOULEVARD, SUITE A, STUDIO CITY, CA 91604-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $106,424.85 | August 31, 2025 |

9

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5552 | 13803 FOOTHILL BLVD, SYLMAR, CA, 91342 | FOOTHILL INVESTMENT PARTNERS, 2388 SALLY STREET, SIMI VALLEY, CA 93065-0000 | Landlord – Foothill Investment Partners, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $1,000.00. | N/A | July 31, 2025 |
| 5568 | 17266 SATICOY STREET, VAN NUYS, CA, 91406 | SATICOY PLAZA LLC, C/O NASS INC., 128 AUBURN COURT, SUITE 205, THOUSAND OAKS, CA 91362-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,958.34 | August 31, 2025 |
| 5600 | 1050 NORTH MOUNTAIN AVENUE, ONTARIO, CA, 91762 | B10 MOUNTAIN A LA LP, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain A LA LP (Perform Properties LLC) | N/A | Full Waiver of Prepetition Obligations, plus $150,000.00 (less any outstanding postpetition amounts). Package Deal with Store No. 5682 | $31,245.98 | July 31, 2025 |
| 5602 | 1841 EAST 4TH STREET, ONTARIO, CA, 91764 | MABELA VP, LP, 1321 WEST 11TH STREET, LOS ANGELES, CA 90015-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $47,958.98 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5615 | 507 TELEGRAPH CANYON ROAD, CHULA VISTA, CA, 91910 | CANYON GATEWAY PLAZA LLC, C/O MDS PROPERTY MANAGEMENT, 1333 E MADISON AVE., STE 102, EL CAJON, CA 92021-8572 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $41,079.22 | August 31, 2025 |
| 5621 | 955 TAMARACK AVENUE, CARLSBAD, CA, 92008 | KIN PROPERTIES, INC., 185 N.W. SPANISH RIVER BLVD., SUITE 100, PROPERTY #3312, BOCA RATON, FL 33431-4230 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $41,027.07 | August 31, 2025 |
| 5623 | 2516 JAMACHA ROAD, EL CAJON, CA, 92019 | PL RANCHO LP, 500 N BROADWAY, STE 201, PO BOX 9010, JERIOCHO, NY 11753 | Landlord – PL Rancho LP | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |
| 5646 | 1735 EUCLID AVENUE, SAN DIEGO, CA, 92105 | OCEAN BLUE INVESTMENTS, LLC, 121 SWIFT, IRVINE, CA 92618 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $16,600.00 | August 31, 2025 |
| 5662 | 11845 CARMEL MOUNTAIN RD., SAN DIEGO, CA, 92128 | TAC PROPERTIES LLC, 50 UNITED NATIONS PLAZA #9B, NEW YORK, NY 10017 | Platinum Hill Capital LLC | N/A | $178,523.66 | $122,119.07 | August 31, 2025 |

11

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5666 | 3515 DELMAR HEIGHTS ROAD, SAN DIEGO, CA, 92130 | DEL MAR HIGHLANDS, C/O FIRST WASHINGTON REALTY, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Landlord - Del Mar Highlands Town Center Assoc. I , LLC | ALDI Inc. | $1,100,000.00 | $83,557.53 | July 31, 2025 |
| 5668 | 1854 CORONADO AVENUE, SAN DIEGO, CA, 92154 | GERSHMAN PROPERTIES LLC, 12300 WILSHIRE BLVD., SUITE 310, LOS ANGELES, CA 90025-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $60,972.23 | August 31, 2025 |
| 5682 | 74958 COUNTRY CLUB DRIVE, PALM DESERT, CA, 92260 | B10 MOUNTAIN A OC LP, C/O PERFORM PROPERTIES LLC, TWO LIBERTY PLACE, 50 S. 16TH STREET, SUITE 3325, PHILADELPHIA 19102 | Landlord - B10 Mountain A OC LP (Perform Properties LLC) | N/A | Full Waiver of Prepetition Obligations, plus $150,000.00 (less any outstanding postpetition amounts). Package Deal with Store No. 5600. | $72,457.19 | July 31, 2025 |
| 5694 | 1133 N. MOUNT VERNON AVE., COLTON, CA, 92324 | HIGHPOINT PROPERTIES, LP, C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048-5561 | Burlington Coat Factory Warehouse Corporation | N/A | $226,628.00 (Package Deal with Store No. 5491) | $33,692.54 | August 31, 2025 |

12

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5696 | 11673 CHERRY AVENUE, FONTANA, CA, 92337 | FONTANA SOUTHRIDGE PARTNERS LP, 8445 CAMINO SANTA FE STE 205, SAN DIEGO, CA 92121 | Landlord - Fontana Southridge Partners, LP | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $105,000.00. | N/A | August 31, 2025 |
| 5700 | 4120 PHELAN ROAD, PHELAN, CA, 92371 | THE NIKI GROUP, LLC RAPLN1, C/O THE NIKI GROUP LLC, 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | ATV Hardware, Inc. | N/A | $112,000.00 | $58,745.59 | August 31, 2025 |
| 5736 | 24330 EL TORO ROAD, LAGUNA WOODS, CA, 92637 | MANP LAGUNA WOODS LLC, AND D&S TOULON, LLC, 250 NEWPORT CENTER DRIVE STE 300, NEWPORT BEACH, CA 92660 | Universal Group Companies | N/A | $138,810.62 | $91,895.94 | August 31, 2025 |
| 5739 | 12897 HARBOR BOULEVARD, GARDEN GROVE, CA, 92840 | LIFETIME BENEFITS TRUST FOR, C/O BETH HANSEN, SUCCESSOR TRUSTEE, 900 JEFFREY LANE, WALNUT CREEK, CA 94598-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $46,729.60 | August 31, 2025 |

13

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5754 | 13151 JAMBOREE ROAD, TUSTIN, CA, 92782 | SANDERSON J RAY-TUSTIN RANCH, TUSTIN RANCH PLAZA, 19200 VON KARMAN AVE, STE 340, IRVINE, CA 92612 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $93,078.57 | August 31, 2025 |
| 5775 | 2400 B LAS POSAS ROAD, CAMARILLO, CA, 93010 | 7900 BELLAIRE I LTD, C/O MILAN CAPITAL MGMT, 701 S PARKER ST, STE 5200, ORANGE, CA 92868 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $40,533.04 | August 31, 2025 |
| 5786 | 5845 EAST LOS ANGELES AVE., SIMI VALLEY, CA, 93063 | ARCADIA LIVE OAK INV LLC, 252 S BEVERLY DR STE C, BEVERLY HILLS, CA 90212 | Landlord - Arcadia Live Oak Investments, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,416.58 | August 31, 2025 |
| 5793 | 159 WEST POLK STREET, COALINGA, CA, 93210 | 113 WEST POLK STREET LLC, C/O MANCO ABBOTT, INC, PO BOX 9440, FRESNO, CA 93792 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $25,833.32 | August 31, 2025 |
| 5799 | 66 WEST MORTON AVENUE, PORTERVILLE, CA, 93257 | WILSON H PARK & HYESUN PARK, 77 FREMONT PLACE, LOS ANGELES, CA 90005 | Fisel Obaid/Apple Supermarkets | N/A | $103,000.00 | $39,558.84 | August 31, 2025 |

14

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5807 | 2501 HIGHWAY 46, WASCO, CA, 93280 | PAVILION DEVELOPMENT FOUR, C/O PAVILION PROPERTIES, 7080 NORTH MARKS AVENUE, SUITE 118, FRESNO, CA 93711-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $22,508.00 | August 31, 2025 |
| 5814 | 2505 MT VERNON AVENUE, BAKERSFIELD, CA, 93306 | T-M MFG CO, 1345 CORINNE LN, MENLO PARK, CA 94025 | Fisel Obaid/Apple Supermarkets | N/A | $100,000.00 | $47,494.15 | August 31, 2025 |
| 5842 | 26 OLD MAMMOTH ROAD, MAMMOTH LAKES, CA, 93546 | ZENTMYER PROPERTIES II LLC, 1434 FOOTHILL BOULEVARD, LA CANADA, CA 91011-0000 | Landlord - Zentmyer Properties II LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $51,490.14 | July 31, 2025 |
| 5856 | 335 WEST OLIVE AVENUE, MADERA, CA, 93637 | FIRST PRIORITY FUNDING LLC, 15821 VENTURA BLVD, STE 455, ENCINO, CA 91436 | Fisel Obaid/Apple Supermarkets | N/A | $85,000.00 | $41,669.55 | August 31, 2025 |
| 5865 | 2011 WEST SHAW AVENUE, FRESNO, CA, 93711 | 2097 W SHAW LLC, 29231 HEATHERCLIFF RD, UNIT 1, MALIBU, CA 90265 | Landlord - Raarama-11 LLC | N/A | Full Waiver of Prepetition plus $50,000.00. | $32,735.24 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5879 | 650 WALNUT AVENUE, GREENFIELD, CA, 93927 | WY HERITAGE GROVE LLC, 1630 OAKLAND RD #A215, SAN JOSE, CA 95131 | Westlake Hardware, Inc. | N/A | $40,000.00 | $54,760.50 | August 31, 2025 |
| 5885 | 170 SAN MATEO ROAD, HALF MOON BAY, CA, 94019 | MID-PENINSULA MANAGEMENT INC, PO BOX 1652, BURLINGAME, CA 94011-1652 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $47,623.17 | August 31, 2025 |
| 5891 | 200 FAIRMONT SHOPPING CENTER, PACIFICA, CA, 94044 | GLOBAL RETAIL INVESTORS LLC, C/O FIRST WASHINGTON REALTY, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Ohana Growth Partners | N/A | $760,000.00 | $58,169.79 | August 31, 2025 |
| 5893 | 2150 ROOSEVELT AVENUE, REDWOOD CITY, CA, 94061 | FAIR OAKS LLC, P.O. BOX 1203, LOS ALTOS, CA 94023-0000 | Landlord - Fair Oaks, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $88,828.47 | July 31, 2025 |
| 5941 | 135 SUNSET AVENUE, SUISUN CITY, CA, 94585 | CENTRE PLACE WALNUT CREEK LLC, C/O HALL EQUITIES GROUP, 150 N WIGET LANE, STE 250, WALNUT CREEK, CA 94598 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $98,435.77 | August 31, 2025 |

16

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 5944 | 2819 HOPYARD ROAD, PLEASANTON, CA, 94588 | BLUE MERCED R1414 LLC, 252 S BEVERLY DR, STE C, BEVERLY HILLS, CA 90212 | Landlord - Blue Merfced R 1414, LLC | N/A | Full Waiver of Prepetition Obligations, plus $100,000.00 (less any outstanding postpetition amounts). | $17,484.77 | August 31, 2025 |
| 5975 | 16000 MONTEREY STREET, MORGAN HILL, CA, 95037 | TONI A DIMICELI REVOCABLE TRUS, C/O COLLIERS INTERNATIONAL, 225 W SANTA CLARA ST 10FL #1000, SAN JOSE, CA 95113 | Landlord – Toni A. Dimiceli Revocable Truste | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | August 31, 2025 |
| 6015 | 1449 EAST F STREET SUITE 102, OAKDALE, CA, 95361 | FOOTHILL OAKS SHOPPING CENTER, 308 GREENWICH LANE, MODESTO, CA 95355-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $21,666.66 | August 31, 2025 |
| 6019 | 653 NORTH GOLDEN STATE BLVD., TURLOCK, CA, 95380 | SHIV SHAKTI INDUSTRIES, INC., PO BOX 41, SAN BERNARDINO, CA 92402 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $21,826.95 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6032 | 19205 SONOMA HIGHWAY, SONOMA, CA, 95476 | S & N II, LTD, C/O CROSSPOINT REALTY SERVICES, INC., PO BOX 104025, PASADENA, CA 91189-4025 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $16,767.67 | August 31, 2025 |
| 6043 | 2805 BELL ROAD, AUBURN, CA, 95603 (Building Lease) | ALSCOTT REAL ESTATE LLC, 501 EAST BAYBROOK COURT, BOISE, ID 83706-0000 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $113,644.04 | August 31, 2025 |
| 6084 | 980 FLORIN ROAD, SACRAMENTO, CA, 95831 | PETER BOLLINGER INVESTMENT, C/O INTERCAL REAL ESTATE CORP., 540 FULTON AVENUE, SACRAMENTO, CA 95825-0000 | Ross Dress For Less, Inc. | N/A | Package Deal totaling $3,790,000.00, plus prepetition cure amount and stub rent. | $86,738.65 | August 31, 2025 |
| 6195 | 9000-A MING AVENUE, BAKERSFIELD, CA, 93311 | DONAHUE SCHRIBER REALTY GRP LP, C/O FIRST WASHINGTON REALTY INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $46,769.27 | August 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6303 | 3225 PANAMA LANE, BAKERSFIELD, CA, 93313 | CONTEMPO TEMPE, 3939 BERNARD STREET, SUITE 1, BAKERSFIELD, CA 93306-0000 | Abdusalam Ali | N/A | $118,723.99 | $71,999.41 | August 31, 2025 |
| 6346 | 211 CHERRY AVENUE, LONG BEACH, CA, 90802 | RICH/CHERRY LLC, 1000 NORTH WESTERN AVENUE, SUITE 200, SAN PEDRO, CA 90732-0000 | Landlord – Rich/Cherry, LLC | N/A | Full Waiver of Prepetition Obligations and August Rent and related occupancy charges. | $30,656.03 | August 31, 2025 |
| 6764 | 1710 N FARMERSVILLE BLVD, FARMERSVILLE, CA, 93223 | XUAN NGA THI NGUYEN, 671 SHETLAND COURT, MILIPITAS, CA 95035 | Fisel Obaid | N/A | $60,000.00 | $0.00 | August 31, 2025 |
| 6768 | 150 W KERN AVE, MCFARLAND, CA, 93250 | KERNYEE PROPERTY LLC, PO BOX 8433, RANCHO SANTA FE, CA 92067-8433 | Saif Ali | N/A | $150,000.00 | $66,069.39 | August 31, 2025 |
| 6928 | 14130 JUANITA DR NE STE 107, KIRKLAND, WA, 98034 | INGLEWOOD VILLAGE LLC, C/O TOURMALINE CAPITAL, 11250 EL CAMINO REAL, STE 102, SAN DIEGO, CA, 92130 | Landlord – Inglewood Village LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations. | N/A | September 30, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 6939 | 5500 OLYMPIC DR, GIG HARBOR, WA, 98335 | WWR PROPERTIES, 3803 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WA 98466 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $62,642.38 | September 30, 2025 |
| 6990 | 3909 HOYT AVE, EVERETT, WA, 98201 | JONES LANG LASALLE AMERICAS, TEC PLLC, 3901 HOYT AVE, EVERETT, WA 98201 | Karmayoghi LLC | N/A | $11,788.00 | $5,665.16 | August 31, 2025 |
| 10273 | 53 SOUTH BROADWAY, SALEM, NH, 03079 | GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST, 27 EASTMAN STREET, NASHUA, NH 03060 | Landlord - GEORGE APOSTOLICAS, TRUSTEE OF 29 ROCKINGHAM REALTY TRUST | HCA Health Services of New Hampshire, Inc. | $251,000.00 | $19,220.25 | August 31, 2025 |
| 10297 | 73 EXETER ROAD, NEWMARKET, NH, 03857 | NEWMARK LLC, 100 CONIFER HILL DR, STE 402, DANVERS, MA 01923 | Dollar General Corporation | N/A | $59,269.43 (Part of Package Deal totaling $136,590.46) | $25,000.00 | August 31, 2025 |
| 10490 | 1889 SOUTH LINCOLN AVENUE, VINELAND, NJ, 08361 | SRP VINELAND LLC, PO BOX 3844, WILMINGTON, DE 19807 | Landlord - SRP Vineland, LLC | N/A | Full Waiver of Prepetition and Postpetition Obligations, plus $250,000.00. | N/A | July 31, 2025 |

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 10579 | 6423 FORT HAMILTON PKWY., BROOKLYN, NY, 11219 | JOHN CALABRIA, C/O AJC LEGACY TRUST LLC, 232 CRESTGATE WAY, EASLEY, SC 29642 | Capital D Acquisitions LLC | N/A | $500,000.00 | $51,021.66 | August 31, 2025 |
| 10585 | 2064 MILL AVENUE, BROOKLYN, NY, 11234 | MILL AVENUE ASSOCIATES, LLC, 25 E 83RD ST, APT 10C, NEW YORK, NY 10028 | Richard Almonte (Almonte Mill Food Corp). | N/A | $150,000.00 | $56,435.16 | August 31, 2025 |
| 10640 | 391 WEST MAIN STREET, HUNTINGTON, NY, 11743 | LIGHTHOUSE COMMONS, LLC, 220 WESTBURY AVENUE, SUITE 200, CARLE PLACE, NY 11514-0000 | Value Drug Stores, Inc. | N/A | $214,076.80 | $92,253.34 | August 31, 2025 |
| 10916 | 517 BEAVER STREET, SEWICKLEY, PA, 15143 | GLIMCOR SEWICKLEY 1995 LIMITED, ONE MELLON BANK CENTER, 500 GRANT STREET, SUITE 2000, PITTSBURGH, PA 15219 | Giant Eagle Inc | N/A | $78,508.00 | $41,646.52 | August 31, 2025 |
| 11122 | 284 EAST LANCASTER AVENUE, WYNNEWOOD, PA, 19096 | WHITEMARSH INVESTMENT ASSOCIAT, C/O CBRE, 555 E LANCASTER AVE, STE 120, RADNOT, PA 19087 | Five Below, Inc. | N/A | Designation Rights Agreement: $350,000.00 for up to five Leases, plus $70,000.00 for each Lease thereafter. | $44,056.18 | August 31, 2025 |

21

| Store No. | Lease(s) | Lease Counterparty & Address | Successful Bidder/Assignee | Backup Bidder | Price | Cure Costs | Assignment or Termination Date |
|---|---|---|---|---|---|---|---|
| 11139 | 6515 CASTOR AVENUE, PHILADELPHIA, PA, 19149 | 6515 ASSOCIATES LP, C/O GOODMAN PROPERTIES, 636 OLD YORK ROAD, SECOND FLOOR, JENKINTOWN, PA 19046 | R&F Investment LLC | N/A | $135,555.82 | $66,660.46 | August 31, 2025 |

**Exhibit B-1**

**Proposed  Assumption Order**

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*,

                        Debtors.[1]

</td><td>

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

</td></tr>
</table>

### ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF
### UNEXPIRED LEASE TO [•]

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO [•] |

Upon the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Final Order")[6] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a *Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Lease Assets* [Docket No. 1320], a *Notice of Successful and Backup Bidders With Respect to the Auction of Certain of the Debtors' Leases* [Docket No. •] (the "Notice of Successful Bidder") and the *Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. •] (the "Assumption and Assignment Notice" and, together with the Notice of Successful Bidder, the "Bid Notice Documents") on the Objection Notice Parties, the Successful Bidder(s), the Backup Bidder(s), and the applicable Lease Counterparties, in accordance with the terms of the Final Order; and it appearing that no other notice need be provided; and this Court having determined that the Debtors having complied with the Final Order and the Auction Procedures (as defined therein), and that the Debtors' entry into the Assumption and Assignment Agreement, in the form attached hereto as **Exhibit 1** (the

---

[6]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Order or the *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 22].

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO [•] |

"Assignment Agreement"), is in the best interest of the Debtors and their estates and provides for the highest or best offer for the Lease (as defined in the Assignment Agreement); and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The applicable Debtor and Assignee (as defined in the Assignment Agreement) are authorized to enter into and perform under the Assignment Agreement, and to implement the Assignment Agreement and the transactions contemplated thereunder and hereunder.   The Assignment Agreement and all of the terms and conditions thereof is hereby approved in all respects.

2.      Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code, the applicable Debtor is hereby authorized to assume, sell and assign to Assignee the Lease, pursuant to the terms and provisions of this Order and the Assignment Agreement, all of the terms of which are hereby approved.   Assignee shall be deemed to be substituted for the applicable Debtor as a party to the Lease and the Debtors shall be relieved, pursuant to section 365(k) of the Bankruptcy Code, from any further liability under the Lease from and after the Assumption Date.

3.      Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the assignment of the Lease shall: (a) be free and clear of (i) all interests including, but not limited to, any liens, claims, rights, interests, charges, or encumbrances, except with respect to any interests related to reciprocal easement agreements or that may be assumed liabilities under the Assignment Agreement (collectively, the "Interests") and any Interests shall attach to the proceeds in the same order and priority, as applicable, and subject to all existing defenses, claims, setoffs, and rights and (ii) any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code),

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO [•] |

obligations, demands, guarantees of or by the Debtors, debts, rights, contractual commitments, restrictions, interests, and matters of any kind and nature, whether arising prior to or subsequent to the commencement of these chapter 11 cases, and whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims and encumbrances (A) that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the Lease (but only in connection with the assignment by the Debtor to the Assignee), *provided* that any such assignment shall not be free and clear of any accrued but unbilled or not due rent and charges under the Lease, including adjustments, reconciliations, and indemnity obligations, liability for which shall be assumed or assumed and assigned by the Debtors or the Assignee, as agreed by and among the Debtors and the Assignee or (B) in respect of any taxes, and (b) constitute a legal, valid, and effective transfer of the Lease and vest the Assignee with all rights, titles, and interests to the Lease.  For the avoidance of doubt, all provisions of the Lease, including any provision limiting assignment, shall be binding on the Assignee.

4.     Subject to the other provisions of this Order, the Debtors are hereby authorized in accordance with sections 365(b) and (f) of the Bankruptcy Code to (a) assume and assign to Assignee the Lease with Assignee being responsible only for the post-assignment liabilities or defaults under the Lease except as otherwise provided for in this Order and (b) execute and deliver to Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer the Lease.

5.     The Assignee shall have no liability or obligation with respect to defaults relating to the Lease arising, accruing, or relating to a period prior to the Assumption Date except as

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO [•] |

otherwise agreed to between the Assignee and the Debtors.

6. Upon payment of the applicable Cure Cost, the Lease Counterparty is hereby barred and permanently enjoined from asserting against the Debtors and Assignee any default, claim, or liability existing, accrued, arising, or relating to the Lease for the period prior to the entry of this Order. The Cure Cost is hereby fixed at the amounts set forth in the Assumption and Assignment Notice, except as forth in this Order, on the record of the Hearing (if any), as otherwise agreed between the Lease Counterparty and the Debtors, or as determined by Court order, as the case may be; *provided, however*, that the Lease Counterparty shall not be barred from seeking additional amounts on account of any defaults occurring between the deadline to object to Cure Cost set forth in the Assumption and Assignment Notice and the Assumption Date.

7. The Debtors are authorized to execute and deliver all instruments and documents and take all additional actions necessary to effectuate the relief granted in this Order and the assumption without further order from this Court.

8. For the avoidance of doubt, the assumption or assumption and assignment of the Lease shall not be free and clear of, and instead shall be subject to: (a) amounts that are unbilled or not yet due as of the Assumption Date, regardless of when such amounts accrued, such as common area maintenance, insurance, taxes, and similar charges; (b) any regular or periodic adjustment or reconciliation of charges that are not due or have not been determined as of the Assumption Date; (c) any percentage rent that may come due; (d) indemnification obligations; (e) any unpaid cure amount, calculated in accordance with the terms of any applicable amendment or other agreement of the Parties; and (f) agreements that run with the land such as REAs and COREAs.

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE TO [•] |

9.      Notwithstanding anything to the contrary in this Order or the Auction Procedures, any Assumption and Assignment Notice, Assumption and Assignment Agreement or Purchase Agreement, side letter(s), or any document or agreement related to any of the forgoing, none of the Debtors' insurance policies (and/or any agreements related thereto between any of the Debtors, on the one hand, and the applicable insurer(s) and/or third-party administrators, on the other hand), including, without limitation, any collateral or security provided by or on behalf of any of the Debtors,  and any rights, proceeds, benefits, claims, rights to payments and/or recoveries thereunder and/or any claims handling service agreements, shall be abandoned, sold, assigned, or otherwise transferred without the express prior written consent of the applicable insurer and/or third-party administrator.

10.      The 14-day stay required of any assignment of any contract or lease pursuant to Bankruptcy Rule 6006(d) is hereby waived.

11.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1
## ASSUMPTION AND ASSIGNMENT AGREEMENT

**Exhibit B-2**

**Proposed Termination Order**

<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</strong></td></tr>
<tr><td>In re:<br><br>NEW RITE AID, LLC, <em>et al.</em>,<br><br> Debtors. [1] </td><td>Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)</td></tr>
</table>

### ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH [•]

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH [●] |

Upon the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Final Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Notice of Successful and Backup Bidders on the Objection Notice Parties in accordance with the terms of the Final Order; and it appearing that no other notice need be provided; and no timely objections having been filed; and after due deliberation and sufficient cause appearing therefor; and this Court having reviewed the pleadings and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the Debtors having complied with the Final Order, and that the Debtors' entry into the lease termination agreement, in the form annexed hereto as **Exhibit 1** (the "Lease Termination Agreement"), is in the best interest of the Debtors and their estates and provides for the highest or best bid for the Lease (as defined in the Lease Termination Agreement); and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH [•] |

1.      Pursuant to sections 105(a), 363(b)(1) and (f) and 365(a) of the Bankruptcy Code, the Debtors and Landlord (as defined in the Lease Termination Agreement) are authorized to enter into and perform under the Lease Termination Agreement, and to implement the Lease Termination Agreement and the transactions contemplated thereunder and hereunder.  The Lease Termination Agreement and all of the terms and conditions thereof, including, without limitation, the rejection and termination of the Lease, the Debtors' surrender of the Premises (as defined in the Lease Termination Agreement), the consummation of the transactions contemplated thereunder and hereunder, and the releases contemplated therein, which for the avoidance of doubt includes the Landlord's release of any administrative claims (except as provided thereunder), are hereby approved in all respects.

2.      Upon the Termination Date (as defined in the Lease Termination Agreement), the Debtors' rejection and termination of the Lease shall occur without any further action required by the Debtors, and the Debtors shall surrender the Premises pursuant to the terms of the Lease Termination Agreement.

3.      The Debtors are authorized, pursuant to section 363(b)(1) of the Bankruptcy Code, to transfer any rights in and under the Lease and the Premises to the Landlord, pursuant to the terms of the Lease Termination Agreement, which transfer shall, pursuant to section 363(f) of the Bankruptcy Code, be free and clear of any and all liens, claims and encumbrances, with such liens, claims and encumbrances to attach to the proceeds received on account of such transfer in the same order of priority and with the same validity, force and effect that any creditor had prior to the transfer, subject to any claims and defenses the Debtors and the Debtors' estates may have with respect thereto.

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER PURSUANT TO SECTIONS 365 AND 363 APPROVING THE LEASE TERMINATION AGREEMENT WITH [•] |

4.      The Debtors and the Landlord are authorized to take any and all actions reasonably necessary or appropriate to consummate the Lease Termination Agreement and the transactions contemplated thereunder and hereunder.

5.      The Lease Termination Agreement and each of the transactions contemplated therein were negotiated, proposed and are undertaken by the Debtors and the Landlord from arm's-length bargaining positions without collusion or fraud, and in good faith within the meaning of section 363(m) of the Bankruptcy Code.  As a result of the foregoing, the Landlord is entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.

6.      The Debtors and Landlord are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), this Order shall be effective and enforceable immediately upon entry hereof.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

<u>Exhibit 1</u>

Lease Termination Agreement