# EXHIBIT E





| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>*Office of the Secretary of State*<br>**ARTICLES OF ORGANIZATION**<br>**CA LIMITED LIABILITY COMPANY**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 657-5448 | | **For Office Use Only**<br>**-FILED-**<br>File No.: B20250243646<br>Date Filed: 8/7/2025 |

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Laguna Woods RA, LLC |

| Initial Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 8322 BEVERLY BLVD<br>STE 301<br>LOS ANGELES, CA 90048 |

| Initial Mailing Address of LLC | |
|---|---|
| Mailing Address | 8322 BEVERLY BLVD<br>STE 301<br>LOS ANGELES, CA 90048 |
| Attention | |

| Agent for Service of Process | |
|---|---|
| Agent Name | David Ravanshenas |
| Agent Address | 8322 BEVERLY BLVD<br>STE 301<br>LOS ANGELES, CA 90048 |

| Purpose Statement |
|---|
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. |

| Management Structure | |
|---|---|
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

| Electronic Signature |
|---|
| ☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign. |

| *David Ravanshenas* | *08/07/2025* |
|---|---|
| Organizer Signature | Date |

B3917-4431 08/07/2025 1:14 PM Received by California Secretary of State

B20250243646