**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON AUGUST 28, 2025 AT 12:30 P.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
      via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**I.     CONTESTED MATTERS GOING FORWARD**

1. Sale Hearing regarding Certain Leases and Fee Owned Properties

    Related Documents

    A. Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 22]

    B. Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

    C. Interim Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 184]

    D. Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief [Docket No. 804]

    E. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1320]

    F. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Fee Owned Properties [Docket No. 1321]

    G. Notice of Modification to Specified Leases Identified on the Second Auction Notice [Docket No. 1370]

    H. Notice of Qualified Bids and Virtual Auction [Docket No. 1498]

    I. Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1524]

    J. Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1525]

    K. Notice of Successful and Backup Bidder(s) with Respect to the Auction of Certain of the Debtors' Fee Owned Property [Docket No. 1788]

    L. Certificate of No Objection to (I) Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases and (II) Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1827]

    M. Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Fee Owned Properties [Docket No. 1887]

    N. Notice of Acceptance of New Successful Bidder with Respect to Store No. 10579 [Docket No. 1957]

    O. Notice of Proposed Sale Order Regarding Designation Rights Agreement Between the Debtors and Five Below, Inc. [Docket No. 1963]

    P. Notice of Acceptance of New Successful Bidder with Respect to Store No. 5736 [Docket No. 1987]

    Q. Notice of Acceptance of New Successful Bidder with Respect to Store No. 5891 [Docket No. 1997]

    R. Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1999]

    S. Debtors' Limited Omnibus Reply in Response to Cure Objections and in Support of Sale of Certain of the Debtors' Leases [Docket No. 2004]

    T. Ross Dress for Less, Inc.'s Reply to the Objection of SVAP III Plaza Mexico, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 2005]

    U. Debtors' Reply in Response to Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to Auction of Certain of the Debtors' Leases [Docket No. 2007]

<u>Responses/Objections</u>

    A. Objection of CPT Shops at Rossmoor, LLC to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1389]

    B. Limited Objection of SN Investment Properties, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Dkt. No. 1525] [Docket No. 1784]

    C. Objection of the Chen 1998 family Trust, et al. to Notice of Assumption and Assignment of Lease and Cure Amount [Docket No. 1786]

    D. AJC Legacy Trust LLC's Objection to Proposed Assumption and Assignment of Unexpired Non-Residential Real Property Lease [Docket No. 1795]

3

E. Objection of TMT Bear Creek Shopping Center, Inc. to Notice of Assumption and Assignment of Lease [Docket No. 1796]

F. Objection and Reservation of Rights of Landlord Mill Avenue Associates, LLC to the Debtors' Proposed Cure Amount and Assumption and Assignment of Its Lease [Docket No. 1797]

G. Objection of PFK Partners LP to Debtor's Proposed Assumption and Assignment of Lease [Docket No. 1803]

H. Response and Reservation of Rights of B10 Mountain B LA LP, MGP XI-A Town Center Lake Forest, LLC and ROIC Paramount Plaza, LLC to Debtors' Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1804]

I. Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC's Objection to Assumption and Assignment Notice [Docket No. 1805, as amended by Docket No. 1808]

J. Limited Objection of 5931 Atlantic LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1806]

K. Reservation of Rights of B10 Mountain A LA LP, B10 Mountain A OC LP, B10 Mountain A WA LLC And Zentmyer Properties II LLC to Debtors' Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1809]

L. Limited Objection of S & N II, Ltd. to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1811]

M. Objection of DS Properties 18 LP to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1813]

N. Lease Counterparty 7900 Bellaire I, Ltd.'s Sale Objection Regarding Five Below, Inc.'s Assumption to the Lease for Store 5775; Supporting Declaration of Kelly Horner [Docket No. 1825]

O. Limited Objection of Tandem Equities L.L.C. to Notice of Assumption and Assignment of Lease [Docket No. 1833]

P. Objection of Mary Ann Genuario to Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1834]

    Q. City of Philadelphia's Limited Objection to Debtors' Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property and Reservation Of Rights [Docket No. 1835]

    R. Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1873]

    S. Ross Dress For Less, Inc.'s Reply to the Objection of SVAP III Plaza Mexico, LLC to Notice Of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 2005]

    T. Objection To Debtors' Replacement Of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736 [Docket No. 2187]

Moot Objections

    A. AJC Legacy Trust LLC's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1364]

    B. BM Properties' Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale of Certain Leases [Docket No. 1365]

    C. Investcal Realty Corporation, et. al. Joinder and Objection to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1387]

    D. Objection and Reservation of Rights of Alscott, Inc. to Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1390]

    E. Limited Objection, Joinder and Reservation of Rights of Landlord, AG WGI, LLC Regarding Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1391]

    F. CHR-A LLP's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1393]

    G. Hillsborough Haven's Limited Objection to the Debtors' Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1394]

    H. Response of Landlord, TIJSMA, LLC to Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Assets [Docket No. 1418]

I. PKM Holdings, Inc.'s Objection to the Sale of the Unexpired Lease [Docket No. 1435]

J. Objection of First Priority Funding, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1802]

K. Objection and Reservation of Rights of Alscott, Inc. to Debtors' Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases and Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1810]

L. Limited Objection of MDC Seal Beach, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1812]

M. Objection of First Priority Funding, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1852]

**Status:** This matter is going forward with permission of the Court. The (i) Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC's Objection to Assumption and Assignment Notice [Docket No. 1805, as amended by Docket No. 1808] and (ii) Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1873] will proceed as contested matters. As set forth in the Debtors' Limited Omnibus Reply in Response to Cure Objections and in Support of Sale of Certain of the Debtors' Leases [Docket No. 2004], the Debtors do not intend to proceed with any cure objections and will request that such matters be adjourned to a date set by the Court. The Debtors intend to address such other matters identified above and will seek entry of orders related to proposed assignments and sales of fee owned property following the hearing.

[*Remainder of page intentionally left blank*]

Dated: August 27, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*