Since 1974

# Market Business Plan

Neighborhood Market Business Plan Location: 1700 Murray Ave, Pittsburgh, PA

## 1. Executive Summary

We propose relocating a full-service kosher neighborhood market to a strategically located 1700 Murray Avenue, Pittsburgh, PA. The site is highly visible, easily accessible, and offers ample parking. The market will serve both the strictly kosher community, the broader Jewish population, and will also expand to serve the halal market segment.

Key Highlights:

Existing Market with successful track record.

Market does $5M in gross sales yearly and produces net profits of over $500k yearly.

- Target Market: 600 fully kosher families, approximately 5,000 Jewish residents who purchase kosher products, and growing demand from halal consumers. The Market also aims to be a convenience store and neighborhood market for the broader Squirrel Hill neighborhood with daily needs and sundries available.

- Projected Sales: $10M–$15M annually.

- Profitability: Target 10% net margin ($1M–$1.5M annually).

- Growth Outlook: Within 4–5 years, expected net profit of ~$1.2M–$1.5M.

- Location Advantage: Prominent site with parking, positioned as the central hub for kosher and halal shopping.

**New rent in new location is within 5% of existing rent at current location but with far superior visibility and infrastructure.**

## 2. Market Opportunity

The kosher community in Pittsburgh is growing, with 600 families maintaining fully kosher homes. In addition, approximately 5,000 Jewish residents regularly purchase kosher products, especially for

Shabbat, holidays, and family gatherings. The halal food market is also expanding rapidly, creating an additional opportunity to serve Muslim families seeking high-quality, trusted food products.

Demand for kosher and halal foods is consistently strong, with an emphasis on trust, convenience, and quality. The Kosher Neighborhood Market will provide a modern, community-focused shopping environment that offers variety, freshness, and a one-stop experience.

## 3. Location & Operations

The location at 1700 Murray Avenue is ideal due to its visibility, accessibility, and dedicated parking. The market will be approximately 12,000 sq. ft. and designed for shopper comfort and efficiency.

Departments will include grocery, produce, butcher (meat & fish), bakery, prepared foods, sushi, and catering services. Technology will support online ordering and delivery, expanding reach beyond in-store shoppers.

## 4. Revenue Model & Projections

Sales Assumptions: - 600 kosher families spending $350/week = $10.9M/year.

5,000 broader Jewish residents spending $20/week = $5.2M/year.

Capturing a conservative 25% of broader demand = $1.3M/year.

Total projected annual revenue: $10M–$15M. Expense Breakdown (Year 1 Projection)

Total Operating Expenses: $1,998,000  (COGS @ 65%)



## 5. Sponsorship & Leadership

The Kosher Neighborhood Market is backed by respected community members and business leaders:

- Isaac Glassner – Sponsor and investor with extensive experience in community development and business ventures, as well as distribution and online retail.
- Julius Rudolph – Sponsor and investor bringing financial expertise and strong ties to the Jewish community as well as construction and facility maintenance.
- Yakov Shemtov – Sponsor and investor with a track record of successful projects on retail strategies

and data analytics within costumer trends.

Together, they provide financial strength, professional management, and deep community connections.

## 6. Key Advantages

- Prominent location with ample parking. - Community-driven market with personalized service.

 Wide selection including produce, butcher (meat & fish), bakery, prepared foods, sushi, catering, and kosher/halal imports.

With a strong background in online retail, our leadership team is uniquely positioned to implement a seamless

online ordering and delivery system. This capability not only extends our reach beyond the store but also brings

modern convenience to the neighborhood—effectively integrating 21st-century retail solutions into a traditionally

underserved market.

## 7. Funding Requirements

Although not necessary for the functionality of the market, owners are projecting Leasehold

improvements/buildout of $800K in order to refresh the existing space. These improvements will be funded

through business loans against the existing business.

Leasehold improvements/buildout; $800k

Equipment & fixtures: $650K

 Initial inventory: $200K

Working capital & marketing: $250K

 Total: ~$1.9M

Strong relationships with both local and national lenders that will cover these costs given the strong

financial footing of existing market and growth potential in new location.

## 8. Risk Analysis

 Risks include economic shifts, supply chain variability, and customer adoption. These are mitigated
 through necessity-driven demand for food staples, multiple distributor partnerships, halal and kosher
 cross-market appeal, and strong community engagement.

## 9. Conclusion

 Murray's Market presents a unique opportunity to serve a loyal and growing customer base, capitalize on
 strong demand, and leverage a prime location at 1700 Murray Avenue. With the support of sponsors
 Isaac Glassner, Julius Rudolph, and Yakov Shemtov, the project is well-positioned to achieve $10M–
 $15M in annual revenue and $2.9M net profit within five years.

### Heritage, Stability & Partnership

 The Kosher Neighborhood Market is not a start-up — it represents a strategic partnership between the
 existing kosher market with over 50 years of proven service and financial stability, and a group of new
 investors bringing fresh energy, resources, and professional management expertise.

 - Proven Legacy: For half a century, the existing market has been a cornerstone of kosher food supply
 in Squirrel Hill, meeting the needs of families, synagogues, and schools.
 - Financial Stability: The store has consistently demonstrated good financial health, maintaining reliable
 operations and a loyal customer base.
 - Fresh Investment & Growth: The new investor group contributes both capital and expertise in real
 estate, distribution, and community engagement, ensuring long-term sustainability and expansion.
 - Seamless Continuity: Customers will continue to enjoy the same trusted products and service, now
 enhanced by a modernized facility with better visibility and parking.
 - Shared Commitment: Legacy operators and new investors are united in strengthening the
 community's access to high-quality kosher food while positioning the market for future growth.

## Prime Location & Rent Advantage



Central location in Squirrel Hill—surrounded by key Jewish communal hubs including synagogues and schools, with Murray's (#1) prominently featured and centrally positioned.

**$16,000/mo ± NNN. Same Rent. Superior Location. Better Facility.**

The proposed new store location offers the exact same rent ($16,000 per month ± NNN) as our current premises, but comes with significant added value: premium visibility on a high-traffic street, a modern and inviting building, and dedicated parking infrastructure—enhanced accessibility that our previous location lacked.

| Feature | Current Location | Proposed Location |
|---|---|---|
| Monthly Rent | $16,000/mo ± NNN | $16,000/mo ± NNN |
| Street Visibility | Limited | Prime, high-traffic frontage |
| Building Quality | Older infrastructure | Newer construction, appealing aesthetics |
| Parking Availability | Minimal or street-only | Onsite or dedicated parking—customer convenience |