**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Heather Lennox
T. Daniel Reynolds
901 Lakeside Ave
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com
tdreynolds@jonesday.com
(Admissions *pro hac vice* pending)

*ATTORNEYS FOR FIVE BELOW, INC.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No.: 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF PAUL R. DeFILIPPO IN SUPPORT OF APPLICATION**
**FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF HEATHER LENNOX**

I, Paul R. DeFilippo, of full age, hereby certify as follows:

1. I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Case 25-14861-MBK    Doc 2196-1    Filed 08/28/25    Entered 08/28/25 17:57:20    Desc
Certification of Paul R. DeFilippo    Page 2 of 2

2

      2.      I make this Certification in support of the application of Heather Lennox to practice before this court *pro hac vice* pursuant to D.N.J. LBR 2090-1. The facts contained in the Certification of Heather Lennox are true and correct to the best of my knowledge, information, and belief.

      3.      I am co-counsel of record in this matter and will work closely with Heather Lennox. As co-counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Heather Lennox and the conduct of this case.

I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated: August 28, 2025

                                                   */s/ Paul R. DeFilippo*
                                                   Paul R. DeFilippo