**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Heather Lennox
T. Daniel Reynolds
901 Lakeside Ave
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com
tdreynolds@jonesday.com
(Admissions *pro hac vice* pending)

*ATTORNEYS FOR FIVE BELOW, INC.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No.:  25-14861 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge:  Hon. Michael B. Kaplan |

**CERTIFICATION OF HEATHER LENNOX IN SUPPORT OF**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

     I, Heather Lennox, of full age, hereby certify as follows:

     1.     I am a partner with the law firm of Jones Day, 901 Lakeside Avenue, Cleveland,

Ohio 44114.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases and 200 Newberry Commons, Etters, Pennsylvania 17319.

2.      I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy case to represent Five Below, Inc., interested party in the above captioned case, as co-counsel.

3.      I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated:  State of New York (2011), State of Ohio (1992), United States District Court for the Southern District of New York (2015), United States District Court for the Eastern District of New York (2015), United States District Court for the Eastern District of Michigan (2013), United States District Court for the Northern District of Ohio (1993), United States District Court for the Southern District of Ohio (2008), and United States Court of Appeals for the Sixth Circuit (2005).

4.      I am not under suspension or disbarment by any court.

5.      I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6.      I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2, in connection with my admission *pro hac vice* before this Court.

7.      I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8.      I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 28, 2025

_____*/s/ Heather Lennox*_____
Heather Lennox