**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
*Attorneys for 4151 White Plains Road LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD, 4151 WHITE PLAINS ROAD LLC, IN RESPONSE TO DEBTORS' TWENTY-NINTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**
**(Related Docket No.: 2163)**

4151 White Plains Road LLC (the "**Landlord**"), the owner and landlord of non-residential real property located at 4159 White Plains Road, Bronx, New York (the "**Property**"), designated as Store No. 18 by the Debtors on Schedule 1 of the Rejection Notice, by and through its attorneys, Law Offices of Kenneth L. Baum LLC, submits this Limited Objection and Reservation of Rights in response to the *Debtors' Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Doc. No. 2163] (the "**Rejection Notice**") and states as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.

1. The Landlord, as Landlord, and Rite Aid of New York, Inc. (the "**Debtor**"), as Tenant, are parties to that certain Lease dated as of December 8, 1995, in connection with the Property, as amended by that certain Amendment to Lease dated November 1, 2023 (collectively, the "**Lease**").  Pursuant to the Lease, *inter alia*, the Debtor is obligated to pay base rent in the amount of $215,000.00 per year, or $17,916.67 per month, which is due the first day of every month.  In addition, pursuant to the Lease, the Debtor is solely responsible for directly paying all charges for heat, water, gas, electricity, or any other utility used or consumed in the Property.

2. As of May 5, 2025 (the "**Petition Date**"), when the Debtors commenced these Chapter 11 proceedings, the Debtor owed the Landlord a total of $40,191.52, comprised of $35,833.34 in base rent, $3,305.99 in unpaid metered water charges, $156.36 in municipal violations, and $895.83 in late fees.  *See* August 27, 2025, statement of the Debtor's account with the Landlord, a true copy of which is attached as **Exhibit A**.

3. Since the Petition Date, the Debtor has paid base rent and CAM on a timely basis for June, July, and August but has not paid stub base rent for May ($15,604.92, at a per diem rate of $577.96 for 27 days) or the associated late fee ($895.83).  In addition, a water meter reading in the amount of $529.76 for the period March 31-June 26, 2025, a portion of which is attributable to post-petition periods, remains unpaid.  *See* **Exhibit A**.

4. Pursuant to the Rejection Notice, the Debtors have identified the Lease as one of a list which the Debtors propose to reject, effective as of August 31, 2025.

5. The Landlord does not oppose the rejection of the Lease in principle but directs the Court to Paragraph 49 of its July 10, 2025, Final Order authorizing the Debtors to obtain post-petition financing and other relief [Dkt. No. 1396], wherein the Debtors were ordered to pay

their Stub Rent Claims from a Stub Rent Escrow Account to be created. Based on that Order, any order approving the rejection of the Lease should also require the Debtors to pay the Landlord the full amount of its unpaid post-petition obligations immediately.

6. The Landlord reserves its rights to amend or supplement this Objection and to raise any additional objections to the Rejection Notice at the time of hearing. In addition, the Landlord reserves its rights to prosecute a motion for the allowance and payment of an administrative claim and assert any claims for unpaid pre-petition arrears and potential lease rejection damages.

WHEREFORE, the Landlord respectfully requests that the Court enter an order consistent with the above Limited Objection and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for 4151 White Plains Road LLC

By:  */s/ Kenneth L. Baum*
  Kenneth L. Baum

DATED: August 29, 2025