# EXHIBIT A

Sopher Management LLC
6132 Riverdale Avenue
Bronx, NY  10471

**8/27/2025**    **ACCOUNT NUMBER**

RITE AID CORP.- STORE #4294                                    00000120        1
ATTENTION:  REAL ESTATE A/P                                    411-  4159
P.O.BOX 3165
HARRISBURG, PA  17105

**MAKE CHECKS PAYABLE TO:**  4151 White Plains Road LLC        BALANCE DUE    42,941.51

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---:|---:|---:|
| 8/22/2023 | WS | MTR #5179 4/21/23-6/22/23 | 166.80 | .00 | 166.80 |
| 1/30/2024 | WS | MTR #5179 6/22/23-9/28/23 | 220.19 | .00 | 220.19 |
| 6/11/2024 | WS | MTR #5179 9/28/23-12/28/23 | 337.27 | .00 | 337.27 |
| 6/24/2024 | WS | MTR #5179 12/28/23-3/19/24 | 267.49 | .00 | 267.49 |
| 10/9/2024 | WS | MTR #5179 6/27/24-9/29/24 | 691.43 | .00 | 691.43 |
| 12/31/2024 | WS | MTR #5179 3/19/24-6/27/24 | 638.97 | .00 | 638.97 |
| 1/13/2025 | WS | MTR #5179 9/29/24-12/26/24 | 1,324.40 | .00 | 1,324.40 |
| 3/21/2025 | ECB | Violations - Backflow | 156.36 | .00 | 156.36 |
| 4/1/2025 | RER | Base Rent - Retail | 17,916.67 | .00 | 17,916.67 |
| 4/22/2025 | LAT | LATE FEE | 895.83 | .00 | 895.83 |
| 5/1/2025 | RER | Base Rent - Retail | 17,916.67 | .00 | 17,916.67 |
| 5/2/2025 | WS | Meter# 5179 12/26/24 - 3/31/25 | 983.84 | .00 | 983.84 |
| 5/23/2025 | LAT | LATE FEE | 895.83 | .00 | 895.83 |
| 8/2/2025 | WS | Meter# 5179 3/31/25 - 6/26/25 | 529.76 | .00 | 529.76 |

**8/27/2025**    **ACCOUNT NUMBER**

Please send this portion of the statement with your remittance.    00000120    1
RITE AID CORP.- STORE #4294                                        411-  4159

Sopher Management LLC
P.O. Box 223
Emerson, NJ  07630

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---:|---:|---:|---:|---:|---:|
| 529.76 | 0.00 | 0.00 | 19,796.34 | 22,615.41 | 42,941.51 |