Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                            Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# FOURTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

DATED: August 29, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "<u>Final Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

   2.  The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 1. | MAPLEBEAR INC. DBA INSTACART | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 2. | MERCER | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 3. | MIRABEL PROMOTIONS LTD | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 4. | MONGODB | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 5. | MONGODB | GCP MARKETPLACE - MONGODB ATLAS ENTERPRISE PACKAGE CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 6. | MTI DIGITAL INC | AMENDMENT TO BROADCAST AGREEMENT DATED 10/25/2018 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 7. | MTI DIGITAL INC | BROADCAST AGREEMENT DATED 03/01/2015 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 8. | MTI DIGITAL INC | BROADCAST AGREEMENT DATED 03/09/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 9. | MTI_DIGITAL_INC | RITE AID BROADCAST AGREEMENT - ASSUMPTION AGREEMENT CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 10. | NATIONAL RECOVERY AGENCY | AMENDMENT NO. 1 | RITE AID CORPORATION | 7/24/2025 |
| 11. | OMNISYS | BUSINESS ASSOCIATE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |

---

1  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 12. | OPW FMS | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 13. | PARTNERS PERSONNEL - MANAGEMENT SERVICES, LLC | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 14. | PAYSCALE, INC. | RENEWAL CHANGE ORDER | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 15. | PERCEPTYX | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 16. | PERSONALYSIS | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 17. | PORTIER, LLC D/B/A UBEREATS | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 18. | PWC | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 19. | RESERVEBAR HOLDINGS CORP. D/B/A RESERVEBAR | MASTER SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 20. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | RELEX ORDER FORM | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 21. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | RELEX ORDER FORM #3 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 22. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | RELEX ORDER FORM #5 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 23. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | STATEMENT OF WORK # [2] | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 24. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | STATEMENT OF WORK # 001 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 25. | RETAIL LOGISTICS EXCELLENCE - RELEX Oy | PILOT AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 26. | RETAIL LOGISTICS EXCELLENCE (RELEX) | RELEX ORDER FORM FOR RITE AID RENEWAL - 011825-06 CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 27. | RIVAL (FORMERLY SILKROAD) | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 28. | RUSSELL REYNOLDS ASSOCIATES | SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 29. | SALSIFY | STATEMENT OF WORK (SOW) | RITE AID ONLINE STORE, INC. | 7/24/2025 |
| 30. | SALSIFY INC | MASTER SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 31. | SALSIFY INC | SALSIFY ORDER | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 32. | SALSIFY INC | SALSIFY ORDER FORM | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 33. | SALSIFY INC. | CONTRACT EXTENSION | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 34. | SATO AMERICA | MAINTENANCE AGREEMENT DATED 01/01/2011 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 35. | SATO AMERICA, INC. | TRADE AGREEMENT (FOR BANKRUPTCY ONLY) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 36. | SATO AMERICA, LLC | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 37. | SERVICE IT DIRECT | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 38. | SERVICE IT DIRECT | QUOTE# QUO0008249 CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 39. | SIRVA RELOCATION | ADDENDUM TO THE RELOCATION SERVICES AGREEMENT DATED 02/25/2005 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 40. | SIRVA RELOCATION | RELOCATION SERVICES AGREEMENT DATED 06/14/2004 | RITE AID CORPORATION | 7/24/2025 |
| 41. | SNAGIT | SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 42. | SOFTWARE PARTNERS LLC | MATCHMERGE DECISION SUPPORT FOR RITE AID DATED 07/08/2014 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 43. | SOFTWARE PARTNERS LLC | SOFTWARE PARTNERS LLC TERMS AND CONDITIONS IMPLEMENTED BY A WORK STATEMENT DATED 07/09/2014 | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 44. | SOFTWARE PARTNERS LLC | WORK STATEMENT DATED 07/09/2014 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 45. | SOFTWARE PARTNERS LLC | WORK STATEMENT DATED 07/24/2019 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 46. | SONATYPE | SONATYPE RENEWAL 2025 CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 47. | SONATYPE, INC | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 48. | SONATYPE, INC. | MASTER SUBSCRIPTION AND SERVICES AGREEMENT DATED 12/12/2022 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 49. | SONATYPE, INC. | ORDERING DOCUMENT DATED 01/11/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 50. | SPENCERSTUART | LETTER OF RETENTION FOR SEARCH ASSIGNMENT | RITE AID CORPORATION | 7/24/2025 |
| 51. | SPS COMMERCE | STATEMENT OF WORK (SOW) | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 52. | SPS COMMERCE INC | AMENDMENT TO THE SCOPE AND PROPOSAL DATED 09/12/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 53. | SPS COMMERCE INC | MASTER SERVICES AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 54. | SPS COMMERCE INC | SCOPE AND PROPOSAL DATED 03/22/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 55. | STORED VALUE SOLUTIONS | SERVICES AGREEMENT | RITE AID CORPORATION | 7/24/2025 |
| 56. | TALENTNEURON, LLC | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 57. | TECHNOLOGY RECOVERY GROUP | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 58. | TECHNOLOGY RECOVERY GROUP | NEW CONTRACT | THRIFTY PAYLESS, INC. | 7/24/2025 |
| 59. | TECHNOLOGY RECOVERY GROUP | AMENDMENT NO. 1 TO MASTER SERVICE AGREEMENT DATED 02/03/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 60. | TECHNOLOGY RECOVERY GROUP | MASTER SERVICE AGREEMENT DATED 02/03/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 61. | TECHNOLOGY RECOVERY GROUP | STATEMENT OF WORK DATED 08/14/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 62. | THE CLOROX SALES CO | ADDENDUM TO THE CLOROX COMPANY CUSTOMER PICK UP FUEL SURCHARGE AGREEMENT DATED 06/24/2019 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 63. | THE CLOROX SALES CO | CUSTOMER PICKUP AGREEMENT TERMS & CONDITIONS DATED 05/01/2012 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 64. | THE CLOROX SALES CO | CUSTOMER PICKUP AGREEMENT TERMS & CONDITIONS DATED 10/01/2018 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 65. | THE CLOROX SALES CO | CUSTOMER PICKUP RATE SCHEDULE DATED 08/16/2021 | RITE AID HDQTRS. FUNDING, INC. | 7/24/2025 |
| 66. | THE CLOROX SALES COMPANY | CONTRACT AMENDMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 67. | THE UNSTOPPABLE GROUP, INC. | NEW CONTRACT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 68. | UBER TECHNOLOGIES INC | AMENDED AND RESTATED PARTICIPATION ADDENDUM TO THE U.S. MASTER FRAMEWORK AGREEMENT FOR UBER EATS DATED 05/30/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 69. | UBER TECHNOLOGIES INC | AMENDMENT NO. 2 TO U.S. MASTER FRAMEWORK AGREEMENT FOR UBER EATS DATED 05/30/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 70. | UBER TECHNOLOGIES INC | UBER DIRECT DRIZLY RETAIL PARTNER ACCESS AGREEMENT DATED 05/30/2023 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 71. | ULTRA/STANDARD DISTRIBUTORS | DEFENSE AND INDEMNITY AGREEMENT DATED 01/12/2021 | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 72. | UNIRGY LLC | INVOICE 2000671 & EULA LICENSE AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 73. | VISME | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 74. | VYOND | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 75. | VYOND | ANNUAL RENEWAL FOR 2023-2024 | RITE AID CORPORATION | 7/24/2025 |

| # | Non-Debtor Counterparty | Contract Description | Debtor Party | Rejection Effective Date |
|---|---|---|---|---|
| 76. | WEB SCRIBBLE SOLUTIONS INC | SUBSCRIPTION AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 77. | WELLSAID | CONTRACT RENEWAL | RITE AID HDQTRS. CORP. | 7/24/2025 |
| 78. | WELLSAID LABS | VENDOR AGREEMENT | RITE AID HDQTRS. CORP. | 7/24/2025 |