| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                     Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) | **Order Filed on August 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

### TWENTY-FOURTH ORDER APPROVING THE REJECTION
### OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
### LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 29, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1,2]**

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | DETECTIVE ANALYTICS | RITE AID HDQTRS. CORP. | SAAS ORDER FORM DATED 05/05/2021 | 8/1/2025 |
| 2. | DNP IMAGINGCOMM AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 3. | DOLPHIN HAT GAMES, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 4. | DRAGONFRUIT AI INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 5. | EAST PENN MANUFACTURING | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND EAST PENN MANUFACTURING COMPANY DATED 10/01/2022 | 8/1/2025 |
| 6. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 7. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |

1 For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | EATON CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 9. | EATON CORPORATION | RITE AID HDQTRS. CORP. | EATON SERVICE AGREEMENT CONTRACT RENEWAL | 8/1/2025 |
| 10. | EATON CORPORATION | RITE AID CORPORATION | UPS SERVICE AGREEMENT | 8/1/2025 |
| 11. | ECHO GLOBAL LOGISTICS, INC. | RITE AID HDQTRS. CORP. | AMENDMENT NO. 4 TO TRANSPORTATION AGREEMENT DATED 10/01/2023 | 8/1/2025 |
| 12. | EDGEWELL | RITE AID HDQTRS. CORP. | EDGEWELL U.S. AUTHORIZED SELLER PROGRAM DOCUMENTS | 8/1/2025 |
| 13. | EDGEWELL PERSONAL CARE, LLC, A DELAWARE CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 14. | EISAI | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 15. | ENERGIZER PERSONAL CARE | RITE AID HDQTRS. CORP. | ENERGIZER PERSONAL CARE TERMS CHANGE | 8/1/2025 |
| 16. | ENGIE | RITE AID HDQTRS. CORP. | ENGIE TRANSITION CONTRACT EXTENSION | 8/1/2025 |
| 17. | ENGIE INSIGHT SERVICES | RITE AID HDQTRS. CORP. | TERMINATION | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | MASTER ELECTRIC ENERGY SALES AGREEMENT DATED 11/10/2015 | 8/1/2025 |
| 19. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/13/2023 | 8/1/2025 |
| 20. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 21. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 22. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA DATED 04/13/2023 | 8/1/2025 |
| 23. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA FIXED PRICE RTC DATED 04/13/2023 | 8/1/2025 |
| 24. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 06/30/2023 | 8/1/2025 |
| 25. | ESSIE | RITE AID HDQTRS. CORP. | ESSIE TERMS CHANGES | 8/1/2025 |
| 26. | ESSIE | RITE AID HDQTRS. CORP. | TERMS CHANGE - ESSIE | 8/1/2025 |
| 27. | EVERGREEN REFRESHMENTS | RITE AID HDQTRS. CORP. | ACCOUNT SERVICE AGREEMENT DATED 06/01/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | EVERGREEN SHIPPING AGENCY | RITE AID HDQTRS. CORP. | JOINT SERVICE AGREEMENT DATED 05/01/2022 | 8/1/2025 |
| 29. | EVERLYWELL INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |
| 30. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 31. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | STATEMENT OF WORK - SOW #1 | 8/1/2025 |
| 32. | FANCY THAT GIFT | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 33. | FAR EAST BROKERS AND CONSULTANTS, INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 34. | FISHER-PRICE | RITE AID HDQTRS. CORP. | FISHER-PRICE - TERMS CHANGE | 8/1/2025 |
| 35. | FOX ELECTRIC CO | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 11/09/2022 | 8/1/2025 |
| 36. | FRUIT OF THE EARTH, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 37. | FUEL CELL ENERGY | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | FUJIFILM NORTH AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 39. | GARNIER | RITE AID HDQTRS. CORP. | TERMS CHANGE - GARNIER | 8/1/2025 |
| 40. | GCE INTERNATIONAL, INC. DBA PARIS ACCESSORIES | RITE AID HDQTRS. CORP. | PARIS - VENDOR UPDATE | 8/1/2025 |
| 41. | GEOCON INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 42. | GEOCON INCORPORATED | RITE AID HDQTRS. CORP. | GEOCON INCORPORATED NEW CONTRACT | 8/1/2025 |
| 43. | GIFTWARES COMPANY INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 44. | GINA GROUP | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 45. | GLACIERPOINT ENTERPRISES | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 46. | GOLD MEDAL BAKERY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 47. | GOOD CHARCOAL | RITE AID HDQTRS. CORP. | NEW VENDOR - GOOD CHARCOAL | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 49. | HALEON US SERVICES, INC., FORMERLY KNOWN AS GSK CONSUMER HEALTHCARE SERVICES INC. | RITE AID HDQTRS. CORP. | TRADE AGREEMENT AGREEMENT | 8/1/2025 |
| 50. | HENKEL CORPORATION (DIAL) | RITE AID HDQTRS. CORP. | HENKEL (DIAL) TERMS CHANGE | 8/1/2025 |
| 51. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL (SUN) TERMS CHANGE | 8/1/2025 |
| 52. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL CORPORATION (SUN) - NET TERMS CHANGE | 8/1/2025 |
| 53. | HENRY THAYER | RITE AID HDQTRS. CORP. | HENRY THAYER TERMS CHANGE | 8/1/2025 |
| 54. | HENRY THAYER COMPANY | RITE AID HDQTRS. CORP. | TERMS CHANGE - HENRY THAYER COMPANY | 8/1/2025 |
| 55. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | HERSHEY'S - PAYMENT TERMS CHANGE | 8/1/2025 |
| 56. | HORIZON ORGANIC, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 57. | INSTAKEY SECURITY SYSTEMS | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | 8/1/2025 |
| 58. | INSTANT WHIP | RITE AID HDQTRS. CORP. | PAYMENT TERMS CHANGE | 8/1/2025 |
| 59. | INTELLIGRATED SYSTEMS LLC | RITE AID HDQTRS. CORP. | DATA PRIVACY AND SECURITY REQUIREMENTS DATED 03/28/2012 | 8/1/2025 |
| 60. | ISLE OF WIGHT COUNTY | RITE AID HDQTRS. CORP. | IMMUNIZATION CLINIC REDLINES NEW CONTRACT | 8/1/2025 |
| 61. | ITG | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 8/1/2025 |
| 62. | J. J. KELLER & ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 63. | JEANMARIE CREATIONS, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 64. | JITTERYGIT | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 65. | JOHN E FISHER CONSTRUCTION CO, INC | RITE AID HDQTRS. CORP. | WATER LEAK IN SMALL NORTH LOT - REPAIR NEW CONTRACT | 8/1/2025 |
| 66. | JOHN E. FISHER CONSTRUCTION CO., INC. | RITE AID HDQTRS. CORP. | BOS FOR 055 EQUIPMENT NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 67. | JOSEPH S SMITH ROOFING INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 68. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 69. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | PURCHASE ORDER DATED 09/18/2015 | 8/1/2025 |
| 70. | K&M INTERNATIONAL INC. DBA WILD REPUBLIC | RITE AID HDQTRS. CORP. | NEW VENDOR - WILD REPUBLIC | 8/1/2025 |
| 71. | KAYAK SOFTWARE COMPANY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 72. | KAYSER-ROTH CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 73. | KCH TRANSPORTATION, INC. | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT | 8/1/2025 |
| 74. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 75. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | KENVUE TERMS CHANGE | 8/1/2025 |
| 76. | KIMBERLY-CLARK CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 77. | KINDLER & CRIMMINS ASSOCIATES | RITE AID HDQTRS. CORP. | PHARMACEUTICAL RETURN AUDIT SERVICES AGREEMENT DATED 09/06/2023 | 8/1/2025 |
| 78. | KING HENRY | RITE AID HDQTRS. CORP. | KING HENRY NEW FRONT END VENDOR | 8/1/2025 |
| 79. | KINSA HEALTH LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 80. | L. PERRIGO | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 81. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | PRIVATE BRAND DEVELOPMENT PROGRAM FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 82. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 83. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 84. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 85. | L. PERRIGO COMPANY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 86. | L'ORÉAL USA, INC | RITE AID HDQTRS. CORP. | L'OREAL $200K TEST ORDER | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 87. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | ORDER #1 DATED 3/6/2023 | 8/1/2025 |
| 88. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2025 |
| 89. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 8/1/2025 |
| 90. | LEIDOS ENGINEERING LLC | RITE AID HDQTRS. CORP. | INDEPENDENT CONSULTANT AGREEMENT | 8/1/2025 |
| 91. | LIFESTYLE BRANDS | RITE AID HDQTRS. CORP. | LIFESTYLE BRANDS TERMS CHANGE | 8/1/2025 |
| 92. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | L'OREAL PARIS TERMS CHANGE | 8/1/2025 |
| 93. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL PARIS | 8/1/2025 |
| 94. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | L'OREAL USA S/D INC TERMS CHANGE | 8/1/2025 |
| 95. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL USA S/D INC | 8/1/2025 |
| 96. | LUMINA DATAMATICS, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 97. | M & M MARS | RITE AID HDQTRS. CORP. | M&M MARS - PAYMENT TERMS CHANGE | 8/1/2025 |
| 98. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 99. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | SOW - MANHATTAN PASSWORD LENGTH CHANGE STATEMENT OF WORK (SOW) | 8/1/2025 |