Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# TWENTY-FIFTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 29, 2025**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2.    The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts**[1, 2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | SOW - MAO_STORE INTRADAY SALES INVENTORY UPDATES (NEAR REAL TIME INVENTORY SYNC FOR BOPS) STATEMENT OF WORK (SOW) | 8/1/2025 |
| 2. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | SOW - SCI ALERTING FOR MANHATTAN ACTIVE ONLINE STATEMENT OF WORK (SOW) | 8/1/2025 |
| 3. | MANHATTAN ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 4. | MANHATTAN ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 5. | MANHATTAN ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | AMENDMENT (NO. 4), TO ATTACHMENT D OF THE SOFTWARE LICENSE, SERVICES, SUPPORT, AND ENHANCEMENTS AGREEMENT CONTRACT AMENDMENT | 8/1/2025 |
| 6. | MANHATTAN ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | SOW_CSO-2024-10_MAO_MIF_RTAD_DOORDASH_THRESHOLD_SKIP_FOR_CERTAIN_ORDERS STATEMENT OF WORK (SOW) | 8/1/2025 |
| 7. | MANHATTAN ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |

---

1  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | AMENDMENT TO SOFTWARE, LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT DATED 04/07/2022 | 8/1/2025 |
| 9. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | AMENDMENT TO SOFTWARE, LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT DATED 06/30/2023 | 8/1/2025 |
| 10. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | AMENDMENT TO SOFTWARE, LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT DATED 07/01/2022 | 8/1/2025 |
| 11. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | AMENDMENT TO THE SOFTWARE LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT DATED 07/01/2019 | 8/1/2025 |
| 12. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | CONSULTING SERVICES DATED 11/22/2023 | 8/1/2025 |
| 13. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | MANHATTAN ASSOCIATES DATED 06/28/2019 | 8/1/2025 |
| 14. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | RITE AID DES MOINES AUTOMATION, WA IMPLEMENTATION SOW DATED 03/01/2023 | 8/1/2025 |
| 15. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SAAS SERVICE AGREEMENT DATED 04/30/2020 | 8/1/2025 |
| 16. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SECOND AMENDMENT TO SAAS SERVICES AGREEMENT | 8/1/2025 |
| 17. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SOFTWARE HOSTING SERVICES AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE AGREEMENT DATED 01/09/2015 | 8/1/2025 |
| 19. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE SERVICES, SUPPORT AND ENHANCEMENT AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 20. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT | 8/1/2025 |
| 21. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT DATED 01/09/2015 | 8/1/2025 |
| 22. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 06/19/2023 | 8/1/2025 |
| 23. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | SUBSCRIPTION FORM DATED 06/02/2023 | 8/1/2025 |
| 24. | MANHATTAN ASSOCS | RITE AID HDQTRS. CORP. | THIRD-PARTY PRODUCT PURCHASE AGREEMENT DATED 01/22/2016 | 8/1/2025 |
| 25. | MANSKAPE, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 26. | MATTHEWS INTERNATIONAL CORP | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 09/01/2022 | 8/1/2025 |
| 27. | MATTHEWS INTERNATIONAL CORP | RITE AID HDQTRS. CORP. | MATTHEWS TELEPHONE SUPPORT AGREEMENT DATED 03/01/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | MATTHEWS INTERNATIONAL CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 29. | MAYBELLINE COSMETICS | RITE AID HDQTRS. CORP. | MAYBELLINE COSMETICS TERMS CHANGE | 8/1/2025 |
| 30. | MAYBELLINE COSMETICS | RITE AID HDQTRS. CORP. | TERMS CHANGE - MAYBELLINE COSMETICS | 8/1/2025 |
| 31. | MCGUIRE'S SERVICE CORP | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT DATED 09/01/2022 | 8/1/2025 |
| 32. | MCGUIRE'S SERVICE CORP | RITE AID HDQTRS. CORP. | AMENDMENT NO. 2 TO MASTER SERVICES AGREEMENT DATED 03/01/2023 | 8/1/2025 |
| 33. | MEDICAL GROUP CARE, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 34. | MEDLINE INDUSTRIES INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 35. | MEDLINE INDUSTRIES, LP | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 36. | MEDTECH LABS | RITE AID HDQTRS. CORP. | PRIVATE BRAND DEVELOPMENT PROGRAM FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 37. | MEDTECH LABS | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | MEDTECH LABS | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 39. | MIDCOM SERVICE GROUP | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 40. | MIDCOM SERVICE GROUP | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 41. | MIDDLETON O2COOL LLC | RITE AID HDQTRS. CORP. | O2COOL - NEW VENDOR - DOMESTIC | 8/1/2025 |
| 42. | MIDWAY IMPORTING, INC. | RITE AID HDQTRS. CORP. | MIDWAY TERMS CHANGE | 8/1/2025 |
| 43. | MJ MORGAN GROUP | RITE AID HDQTRS. CORP. | AGREEMENT FOR TEMPORARY PERSONNEL SERVICES DATED 10/01/2021 | 8/1/2025 |
| 44. | MJ MORGAN GROUP | RITE AID HDQTRS. CORP. | AGREEMENT FOR TEMPORARY SERVICES OF INDEPENDENT CONTRACTOR DATED 08/07/2018 | 8/1/2025 |
| 45. | MONDELEZ GLOBAL LLC | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 46. | MONOFLO INTERNATIONAL, INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND MONOFLO INTERNATIONAL, INC. DATED 05/29/2012 | 8/1/2025 |
| 47. | MR.BAR-B-Q PRODUCTS LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | MSC INDUSTRIAL SUPPLY CO INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND MSC INDUSTRIAL DIRECT CO. INC. DATED 11/01/2010 | 8/1/2025 |
| 49. | MSC INDUSTRIAL SUPPLY CO INC. | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 01/11/2023 | 8/1/2025 |
| 50. | MSC INDUSTRIAL SUPPLY CO. | RITE AID HDQTRS. CORP. | TERMINATION | 8/1/2025 |
| 51. | NAC MARKETING CO | RITE AID HDQTRS. CORP. | NAC MARKETING CO PAYMENT TERMS CHANGE | 8/1/2025 |
| 52. | NATIONWIDE POWER | RITE AID HDQTRS. CORP. | PURCHASE ORDER/ORDER FORM | 8/1/2025 |
| 53. | NATIONWIDE POWER | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 54. | NATIONWIDE POWER SOLUTIONS, INC. | RITE AID HDQTRS. CORP. | PURCHASE ORDER/ORDER FORM | 8/1/2025 |
| 55. | NATIONWIDE POWER SOLUTIONS, INC. | RITE AID HDQTRS. CORP. | NATIONWIDE POWER PROPOSAL 67710 CONTRACT RENEWAL | 8/1/2025 |
| 56. | NATURE MADE-PHARMAVITE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |
| 57. | NATURE MADE-PHARMAVITE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 58. | NATURE'S JEANNIE INC. | RITE AID HDQTRS. CORP. | NATURE'S JEANNIE TERMS REVERSION (IMPROVEMENT TO CURRENT, TEMPORARY TEMRS) | 8/1/2025 |
| 59. | NAVAJO MANUFACTURING COMPANY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 60. | NESTLE | RITE AID HDQTRS. CORP. | NESTLE NDA MUTUAL CONFIDENTIALITY AGREEMENT/NDA | 8/1/2025 |
| 61. | NOLAN TRANSPORTATION GROUP, LLC | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT DATED 10/01/2023 | 8/1/2025 |
| 62. | NOVEL BRANDS LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 63. | NOVILAND INTERNATIONAL LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 64. | NUTRABOLT/C4 | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 65. | OCEAN SPRAY | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 66. | OCEAN SPRAY | RITE AID HDQTRS. CORP. | PAYMENT TERMS AGREEMENT - OCEAN SPRAY | 8/1/2025 |
| 67. | OCEAN SPRAY CRANBERRIES INC | RITE AID HDQTRS. CORP. | SWELL ALLOWANCE - OCEAN SPRAY AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 68. | OLIPOP | RITE AID HDQTRS. CORP. | NEW VENDOR CONTRACT - OLIPOP | 8/1/2025 |
| 69. | ORANGE INDUSTRIES, LLC | RITE AID HDQTRS. CORP. | BILL OF SALE NEW CONTRACT | 8/1/2025 |
| 70. | OREGON TILTH | RITE AID HDQTRS. CORP. | TRIGG LABORATORIES - PRIVATE LABEL AGREEMENT (OREGON TILTH LOGO USE) AGREEMENT | 8/1/2025 |
| 71. | OREGON TILTH | RITE AID HDQTRS. CORP. | PRIVATE LABEL AGREEMENT AGREEMENT | 8/1/2025 |
| 72. | PARSONS-MCKENNA CONSTRUCTION | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 08/01/2022 | 8/1/2025 |
| 73. | PATHWATER | RITE AID HDQTRS. CORP. | PAYMENT TERMS AGREEMENT - PATHWATER | 8/1/2025 |
| 74. | PATRIOT FIRE PROTECTION, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 01/11/2023 | 8/1/2025 |
| 75. | PEACH STATE ROOFING INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 06/28/2021 | 8/1/2025 |
| 76. | PEPSI-COLA | RITE AID HDQTRS. CORP. | FY25 CDA PEPSI | 8/1/2025 |
| 77. | PEPSI-COLA | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 MINIMUM FUNDING | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 78. | PERRIGO COMPANY | RITE AID HDQTRS. CORP. | MOCRA UPDATE | 8/1/2025 |
| 79. | PERRY ICE CREAM | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 80. | PINNACLE BRANDS, LLC. | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 81. | PIPING ROCK | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 82. | PIPING ROCK HEALTH PRODUCTS | RITE AID HDQTRS. CORP. | V44631 PIPING ROCK PAYMENT TERMS UPDATE | 8/1/2025 |
| 83. | PIPING ROCK HEALTH PRODUCTS, LLC | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 84. | PL DEVELOPMENT | RITE AID HDQTRS. CORP. | PL DEVELOPMENTS TERMS CHANGE | 8/1/2025 |
| 85. | PLATINIUM PEST CONTROL | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 86. | PLATINUM PEST CONTROL INC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER PURCHASE AGREEMENT DATED 12/31/2020 | 8/1/2025 |
| 87. | PLATINUM PEST CONTROL INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 09/14/2020 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 88. | PLM TRAILER LEASING | RITE AID HDQTRS. CORP. | PLM TRAILER LEASING | 8/1/2025 |
| 89. | POINTE DAIRY SERVICES INC | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 90. | POINTE DAIRY SERVICES INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 03/17/2023 | 8/1/2025 |
| 91. | POOPH | RITE AID HDQTRS. CORP. | POOPH TERMS CHANGE | 8/1/2025 |
| 92. | POOPH INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT DATED 12/12/2022 | 8/1/2025 |
| 93. | PPI BEAUTY | RITE AID HDQTRS. CORP. | PAYMENT TERMS CHANGE AGREEMENT | 8/1/2025 |
| 94. | PREMIUM WATERS INC | RITE AID HDQTRS. CORP. | SUPPLIER CUSTOMER PICK-UP AGREEMENT DATED 06/26/2023 | 8/1/2025 |
| 95. | PRIME360 | RITE AID HDQTRS. CORP. | AMENDMENT #5 TO MASTER PURCHASE AGREEMENT DATED 06/05/2023 | 8/1/2025 |
| 96. | PRO'S CHOICE | RITE AID HDQTRS. CORP. | TERMS CHANGE - PRO'S CHOICE & AFFILIATES | 8/1/2025 |
| 97. | PRO'S CHOICE BEAUTY CARE | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 98. | PRO'S CHOICE BEAUTY CARE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT DATED 03/05/2023 | 8/1/2025 |
| 99. | PRO'S CHOICE BEAUTY CARE | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 100. | PRO'S CHOICE BEAUTY CARE | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |