Law Office of Shmuel Klein PA
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

NATALI A. RON (SBN 302927)
Law Offices of Hastings & Ron
1330 W. Fremont Street, Suite 1
Stockton, CA 95203
(209) 476-1010
email: nron@hastingslawoffice.com

*Attorneys for Stonebrier Commercial, L.P.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>NEW RITE AID LLC, *et al.*,<br>Debtors | Chapter 11<br>Case No. 25-14861 (MBK) |

TO: HONORABLE MICHAEL B. KAPLAN
United States Bankruptcy Judge

PLEASE TAKE NOTICE, that STONEBRIER COMMERCIAL L.P. ("STONEBRIER"), by and through its undersigned counsel, submits the attached Motion which will move on September 25, 2025 at 10:00 A.M. seeking an Order Granting Stonebrier Commercial L.P. Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(7) and § 503(b)(9).

PLEASE TAKE FURTHER NOTICE that in support of the Motion, STONEBRIER will rely upon the certification of counsel and brief filed in support of the relief requested.

PLEASE TAKE FURTHER NOTICE objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

WHEREFORE it is respectfully requested STONEBRIER's motion be granted.

Dated: August 29, 2025                                   LAW OFFICE OF SHMUEL KLIEN PA

                                                By: /s/ Shmuel Klein
                                                   Shmuel Klein, Esq.

                                                LAW OFFICE OF HASTINGS & RON

                                              By: /s/ Natali A. Ron,
                                                   Natali A. Ron, Esq.
                                                   Attorney for Stonebrier Commercial L.P.