Law Office of Shmuel Klein PA
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
Email: shmuel.klein@verizon.net

-and-

NATALI A. RON (SBN 302927)
Law Offices of Hastings & Ron
1330 W. Fremont Street, Suite 1
Stockton, CA 95203
(209) 476-1010
email: nron@hastingslawoffice.com
*Attorneys for Stonebrier Commercial, L.P.*

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| NEW RITE AID LLC, *et al.,* | Case No. 25-14861 (MBK) |
| Debtors. | |

**ORDER GRANTING STONEBRIER COMMERCIAL L.P. MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(7) AND § 503(B)(9)**

The relief set forth on the following pages, it is **ORDERED**

Upon the motion (the "Motion") of STONEBRIER COMMERCIAL L.P. for entry of an order (this "Order") authorizing and approving allowance of an administrative expense claim and payment of said administrative expense claim to the Movant in the amount of $116,031.92 pursuant to § 503(b)(7) of the Bankruptcy Code; and authorizing and approving allowance of an administrative expense claim and payment of said administrative expense claim to the Movant in the amount $41,016.70 pursuant to § 503(b)(9) of the Bankruptcy Code; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this court having found the STONEBRIER COMMERCIAL L.P. notice of Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT:**

(a) The Motion is **GRANTED** as set forth herein.

(b) This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of, interpretation, and enforcement of this Order.