Rite Aid Store No. 6510

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective June 20, 2024 (the "*Effective Date*") by and between STONEBRIER COMMERCIAL LIMITED PARTNERSHIP, a(n) California partnership ("*Landlord*"), and THRIFTY PAYLESS, INC., a California corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated June 25, 2008 (the "*Lease*"), with respect to that certain premises located at 4774 West Lane Stockton, California 95210-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1. <u>Capitalized Terms</u>. Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2. <u>Effective Date</u>. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, pursuant to entry of an order by the Bankruptcy Court approving the assumption of the Lease and confirming the Debtors' chapter 11 plan of reorganization in the Chapter 11 Cases (the "*Restructuring Effective Date*"). In the event the Restructuring Effective Date does not occur, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party. Tenant hereby agrees to assume the Lease pursuant to section 365 of the Bankruptcy Code.

3. <u>Lease Modification</u>.

   (a) <u>Term</u>. Notwithstanding anything in the Lease to the contrary, Landlord and Tenant acknowledge and agree that Tenant shall have the option to terminate the Lease (the "*Termination Option*") effective on July 31, 2025 (the "*Early Termination Date*"); *provided* that Tenant issues notice to Landlord of Tenant's election to exercise the Termination Option no later than five (5) months prior to the Early Termination Date.

   (b) <u>Attorneys' Fees</u>. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment.

Rite Aid Store No. 6510

4. <u>Authority</u>. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

5. <u>Notices.</u>

(a) Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
THRIFTY PAYLESS, INC.
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
THRIFTY PAYLESS, INC.
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b) Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

Name:       STONEBRIER COMMERCIAL LIMITED PARTNERSHIP
Address:    1919 Grand Canal Blvd.
            Stockton CA 95207
Email:      _____
Telephone:  (209) 951-4391

6. <u>Miscellaneous</u>.

(a) This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party. Additions, modifications and/or alterations to the language of this Amendment are subject to written approval of the Parties.

(b) Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

Rite Aid Store No. 6510

    (c) This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

    (d) The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

    (e) Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same. Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein. In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

[<i>signature pages follow</i>]

Rite Aid Store No. 6510

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

STONEBRIER COMMERCIAL LIMITED PARTNERSHIP
By Stonebrier, LLC, General Partner

By: _____
Name: Charles G. Patmon, III
Title: President

**TENANT:**

THRIFTY PAYLESS, INC.

By: _____Lisa M. Winnick_____
Name: Lisa M. Winnick
Title: Vice President