## EXHIBIT C: Statement of Accounting

### Claimed under § 503(b)(7)

| § 503(b)(7) | GRAND TOTAL: | $116,031.92 | |
|---|---|---|---|
| | **Rent & Late Fees** | **Maintenance and Repair** | **Attorney Fees** |
| May-25 | $49,568.75 | $3,626.73 | $1,062.50 |
| Jun-25 | | $3,339.35 | $765.00 |
| Jul-25 | $49,568.42 | $3,148.67 | $552.50 |
| Aug-25 | | | $4,400.00 |
| **Totals Due** | $99,137.17 | $10,114.75 | $6,780.00 |

### Claimed under § 503(b)(9)

| § 503(b)(9) | GRAND TOTAL: | $41,016.70 | | |
|---|---|---|---|---|
| | **Rent & Late Fees** | **Maintenance and Repair** | **Property Taxes-2024** | **Attorney Fees** |
| Mar-25 | | $3,095.52 | | |
| Apr-25 | $2,360.42 | $3,361.22 | $30,290.04 | $1,909.50 |
| **Totals Due** | $2,360.42 | $6,456.74 | $30,290.04 | $1,909.50 |