| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## TWENTY-FOURTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: August 29, 2025**

*Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com


-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| (Page | 4) | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **<u>Schedule 1</u>** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "<u>PII</u>"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

| (Page | 5) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.     Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | DETECTIVE ANALYTICS | RITE AID HDQTRS. CORP. | SAAS ORDER FORM DATED 05/05/2021 | 8/1/2025 |
| 2. | DNP IMAGINGCOMM AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 3. | DOLPHIN HAT GAMES, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 4. | DRAGONFRUIT AI INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 5. | EAST PENN MANUFACTURING | RITE AID HDQTRS. CORP. | FIRST AMENDMENT TO MASTER PURCHASE AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND EAST PENN MANUFACTURING COMPANY DATED 10/01/2022 | 8/1/2025 |
| 6. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 7. | EATON CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | EATON CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 9. | EATON CORPORATION | RITE AID HDQTRS. CORP. | EATON SERVICE AGREEMENT CONTRACT RENEWAL | 8/1/2025 |
| 10. | EATON CORPORATION | RITE AID CORPORATION | UPS SERVICE AGREEMENT | 8/1/2025 |
| 11. | ECHO GLOBAL LOGISTICS, INC. | RITE AID HDQTRS. CORP. | AMENDMENT NO. 4 TO TRANSPORTATION AGREEMENT DATED 10/01/2023 | 8/1/2025 |
| 12. | EDGEWELL | RITE AID HDQTRS. CORP. | EDGEWELL U.S. AUTHORIZED SELLER PROGRAM DOCUMENTS | 8/1/2025 |
| 13. | EDGEWELL PERSONAL CARE, LLC, A DELAWARE CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 14. | EISAI | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 15. | ENERGIZER PERSONAL CARE | RITE AID HDQTRS. CORP. | ENERGIZER PERSONAL CARE TERMS CHANGE | 8/1/2025 |
| 16. | ENGIE | RITE AID HDQTRS. CORP. | ENGIE TRANSITION CONTRACT EXTENSION | 8/1/2025 |
| 17. | ENGIE INSIGHT SERVICES | RITE AID HDQTRS. CORP. | TERMINATION | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | MASTER ELECTRIC ENERGY SALES AGREEMENT DATED 11/10/2015 | 8/1/2025 |
| 19. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/13/2023 | 8/1/2025 |
| 20. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 21. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION DATED 04/20/2023 | 8/1/2025 |
| 22. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA DATED 04/13/2023 | 8/1/2025 |
| 23. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | SALES CONFIRMATION PENNSYLVANIA FIXED PRICE RTC DATED 04/13/2023 | 8/1/2025 |
| 24. | ENGIE INSIGHT SERVICES INC | RITE AID HDQTRS. CORP. | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 06/30/2023 | 8/1/2025 |
| 25. | ESSIE | RITE AID HDQTRS. CORP. | ESSIE TERMS CHANGES | 8/1/2025 |
| 26. | ESSIE | RITE AID HDQTRS. CORP. | TERMS CHANGE - ESSIE | 8/1/2025 |
| 27. | EVERGREEN REFRESHMENTS | RITE AID HDQTRS. CORP. | ACCOUNT SERVICE AGREEMENT DATED 06/01/2023 | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | EVERGREEN SHIPPING AGENCY | RITE AID HDQTRS. CORP. | JOINT SERVICE AGREEMENT DATED 05/01/2022 | 8/1/2025 |
| 29. | EVERLYWELL INC | RITE AID HDQTRS. CORP. | GUARANTEED SALES AGREEMENT | 8/1/2025 |
| 30. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 8/1/2025 |
| 31. | EVERSEEN LIMITED | RITE AID HDQTRS. CORP. | STATEMENT OF WORK - SOW #1 | 8/1/2025 |
| 32. | FANCY THAT GIFT | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 33. | FAR EAST BROKERS AND CONSULTANTS, INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 34. | FISHER-PRICE | RITE AID HDQTRS. CORP. | FISHER-PRICE - TERMS CHANGE | 8/1/2025 |
| 35. | FOX ELECTRIC CO | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 11/09/2022 | 8/1/2025 |
| 36. | FRUIT OF THE EARTH, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 37. | FUEL CELL ENERGY | RITE AID HDQTRS. CORP. | VACCINE ADMINISTRATION PROGRAM AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | FUJIFILM NORTH AMERICA CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 8/1/2025 |
| 39. | GARNIER | RITE AID HDQTRS. CORP. | TERMS CHANGE - GARNIER | 8/1/2025 |
| 40. | GCE INTERNATIONAL, INC. DBA PARIS ACCESSORIES | RITE AID HDQTRS. CORP. | PARIS - VENDOR UPDATE | 8/1/2025 |
| 41. | GEOCON INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 42. | GEOCON INCORPORATED | RITE AID HDQTRS. CORP. | GEOCON INCORPORATED NEW CONTRACT | 8/1/2025 |
| 43. | GIFTWARES COMPANY INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 44. | GINA GROUP | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 45. | GLACIERPOINT ENTERPRISES | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 46. | GOLD MEDAL BAKERY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 47. | GOOD CHARCOAL | RITE AID HDQTRS. CORP. | NEW VENDOR - GOOD CHARCOAL | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | GUAYAKI SUSTAINABLE RAINFOREST PRODUCTS, INC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 49. | HALEON US SERVICES, INC., FORMERLY KNOWN AS GSK CONSUMER HEALTHCARE SERVICES INC. | RITE AID HDQTRS. CORP. | TRADE AGREEMENT AGREEMENT | 8/1/2025 |
| 50. | HENKEL CORPORATION (DIAL) | RITE AID HDQTRS. CORP. | HENKEL (DIAL) TERMS CHANGE | 8/1/2025 |
| 51. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL (SUN) TERMS CHANGE | 8/1/2025 |
| 52. | HENKEL CORPORATION (SUN) | RITE AID HDQTRS. CORP. | HENKEL CORPORATION (SUN) – NET TERMS CHANGE | 8/1/2025 |
| 53. | HENRY THAYER | RITE AID HDQTRS. CORP. | HENRY THAYER TERMS CHANGE | 8/1/2025 |
| 54. | HENRY THAYER COMPANY | RITE AID HDQTRS. CORP. | TERMS CHANGE - HENRY THAYER COMPANY | 8/1/2025 |
| 55. | HERSHEY CHOCOLATE | RITE AID HDQTRS. CORP. | HERSHEY'S - PAYMENT TERMS CHANGE | 8/1/2025 |
| 56. | HORIZON ORGANIC, LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 57. | INSTAKEY SECURITY SYSTEMS | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | 8/1/2025 |
| 58. | INSTANT WHIP | RITE AID HDQTRS. CORP. | PAYMENT TERMS CHANGE | 8/1/2025 |
| 59. | INTELLIGRATED SYSTEMS LLC | RITE AID HDQTRS. CORP. | DATA PRIVACY AND SECURITY REQUIREMENTS DATED 03/28/2012 | 8/1/2025 |
| 60. | ISLE OF WIGHT COUNTY | RITE AID HDQTRS. CORP. | IMMUNIZATION CLINIC REDLINES NEW CONTRACT | 8/1/2025 |
| 61. | ITG | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 8/1/2025 |
| 62. | J.J. KELLER & ASSOCIATES, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 63. | JEANMARIE CREATIONS, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 64. | JITTERYGIT | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 65. | JOHN F FISHER CONSTRUCTION CO.,INC | RITE AID HDQTRS. CORP. | WATER LEAK IN SMALL NORTH LOT - REPAIR NEW CONTRACT | 8/1/2025 |
| 66. | JOHN E. FISHER CONSTRUCTION CO.,INC. | RITE AID HDQTRS. CORP. | BOS FOR 055 EQUIPMENT NEW CONTRACT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 67. | JOSEPH S SMITH ROOFING INC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 68. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | MASTER PURCHASE AGREEMENT DATED 09/01/2015 | 8/1/2025 |
| 69. | JOSEPH S SMITH ROOFING INC | RITE AID CORPORATION | PURCHASE ORDER DATED 09/18/2015 | 8/1/2025 |
| 70. | K&M INTERNATIONAL INC. DBA WILD REPUBLIC | RITE AID HDQTRS. CORP. | NEW VENDOR – WILD REPUBLIC | 8/1/2025 |
| 71. | KAYAK SOFTWARE COMPANY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 72. | KAYSER-ROTH CORPORATION | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 73. | KCH TRANSPORTATION, INC. | RITE AID HDQTRS. CORP. | TRANSPORTATION AGREEMENT | 8/1/2025 |
| 74. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |
| 75. | KENVUE BRANDS LLC | RITE AID HDQTRS. CORP. | KENVUE TERMS CHANGE | 8/1/2025 |
| 76. | KIMBERLY-CLARK CORPORATION | RITE AID HDQTRS. CORP. | AGREEMENT | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 77. | KINDLER & CRIMMINS ASSOCIATES | RITE AID HDQTRS. CORP. | PHARMACEUTICAL RETURN AUDIT SERVICES AGREEMENT DATED 09/06/2023 | 8/1/2025 |
| 78. | KING HENRY | RITE AID HDQTRS. CORP. | KING HENRY NEW FRONT END VENDOR | 8/1/2025 |
| 79. | KINSA HEALTH LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 8/1/2025 |
| 80. | L. PERRIGO | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 81. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | PRIVATE BRAND DEVELOPMENT PROGRAM FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 82. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID LOYALTY CARD PROMOTION AND FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 83. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | RITE AID PROMOTIONAL FUNDING AGREEMENT FISCAL 2024 BASED ON ACTUAL PURCHASES | 8/1/2025 |
| 84. | L. PERRIGO CO. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 8/1/2025 |
| 85. | L. PERRIGO COMPANY | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 8/1/2025 |
| 86. | L'ORÉAL USA, INC | RITE AID HDQTRS. CORP. | L'OREAL $200K TEST ORDER | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 87. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | ORDER #1 DATED 3/6/2023 | 8/1/2025 |
| 88. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2025 |
| 89. | LEGION TECHNOLOGIES, INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | 8/1/2025 |
| 90. | LEIDOS ENGINEERING LLC | RITE AID HDQTRS. CORP. | INDEPENDENT CONSULTANT AGREEMENT | 8/1/2025 |
| 91. | LIFESTYLE BRANDS | RITE AID HDQTRS. CORP. | LIFESTYLE BRANDS TERMS CHANGE | 8/1/2025 |
| 92. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | L'OREAL PARIS TERMS CHANGE | 8/1/2025 |
| 93. | L'OREAL PARIS | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL PARIS | 8/1/2025 |
| 94. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | L'OREAL USA S/D INC TERMS CHANGE | 8/1/2025 |
| 95. | L'OREAL USA S/D INC | RITE AID HDQTRS. CORP. | TERMS CHANGE - L'OREAL USA S/D INC | 8/1/2025 |
| 96. | LUMINA DATAMATICS, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 97. | M & M MARS | RITE AID HDQTRS. CORP. | M&M MARS - PAYMENT TERMS CHANGE | 8/1/2025 |
| 98. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 8/1/2025 |
| 99. | MANHATTAN ASSOCIATES INC | RITE AID HDQTRS. CORP. | SOW - MANHATTAN PASSWORD LENGTH CHANGE STATEMENT OF WORK (SOW) | 8/1/2025 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 25-14861-MBK
New Rite Aid, LLC                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 29
Date Rcvd: Aug 29, 2025                        Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agostino Angelo Zammiello | on behalf of Interested Party The American Bottling Company azammiello@foxrothschild.com |
| Alan G Tippie | on behalf of Creditor Larchmont Properties  Ltd. Alan.Tippie@gmlaw.com |
| Alan I. Nahmias | on behalf of Creditor Kevin Chamas anahmias@mbn.law  anahmias@prnlaw.com |
| Alan J. Brody | on behalf of Creditor BANK OF AMERICA brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Parkwood Joint Venture aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor Glenwood Associates  LLC abarth@cohenseglias.com |

District/off: 0312-3                                    User: admin                                         Page 2 of 29
Date Rcvd: Aug 29, 2025                              Form ID: pdf903                                    Total Noticed: 1

Alexandra Pontrello
on behalf of Creditor Mar-Mart Realty Co. Inc. apontrello@westermanllp.com

Alison Rebecca Gross Benedon
on behalf of Debtor New Rite Aid LLC abenedon@paulweiss.com, lcanty@paulweiss.com

Allan D Sarver
on behalf of Creditor Profectus Capital LLC ads@asarverlaw.com

Allison J. Arotsky
on behalf of Creditor BTS (Wyomissing) L.P. Orion Development RA LXVII, LLC and Orion Development XXIII, LLC
aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Creditor BTS (Wyomissing) L.P. aarotsky@moritthock.com

Alvin Chien-Chih Lin
on behalf of Creditor DGMM LP and MMDG LP alin@morrisoncohen.com

Andrew Behlmann
on behalf of Interested Party SB360 Capital Partners LLC, Gordon Brothers Retail Partners, LLC, GA Retail Solutions, Tiger
Capital Group, LLC, and Hilco Merchant Resources, LLC abehlmann@lowenstein.com

Andrew Small
on behalf of Petitioning Creditor Rared Manchester NH LLC asmall@wglaw.com

Andrew Small
on behalf of Petitioning Creditor RARED ALLENSTOWN LLC asmall@wglaw.com

Andrew Small
on behalf of Petitioning Creditor Rared Jaffrey LLC asmall@wglaw.com

Andrew H. Sherman
on behalf of Creditor Committee Willkie Farr & Gallagher LLP on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew H. Sherman
on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew H. Sherman
on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew W Ferich
on behalf of Creditor Margaret Bianucci aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Kathryn Edwards aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Faith Spiker aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Erica Judka aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Anna Pia Felix
on behalf of Creditor Tennington Associates LP afelix@lpgmlaw.com

Anna Pia Felix
on behalf of Creditor Pinehaven Associates Motel LP afelix@lpgmlaw.com

Anne B. Sekel
on behalf of Interested Party CVS Pharmacy Inc. asekel@foley.com jnicholson@foley.com;jlee@foley.com

Anthony J D'Artiglio
on behalf of Creditor Aztec Inn L.P. ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor RAARAMA-11-LLC ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com

Arthur Abramowitz
on behalf of Creditor Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com

Benjamin F Johns
on behalf of Creditor Faith Spiker bjohns@shublawyers.com

Benjamin F Johns
on behalf of Creditor Erica Judka bjohns@shublawyers.com

District/off: 0312-3                          User: admin                          Page 3 of 29
Date Rcvd: Aug 29, 2025                       Form ID: pdf903                       Total Noticed: 1

Benjamin F Johns
on behalf of Creditor Margaret Bianucci bjohns@shublawyers.com

Benjamin F Johns
on behalf of Creditor Kathryn Edwards bjohns@shublawyers.com

Boris I Mankovetskiy
on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com  asherman@sillscummis.com

Bradford J. Sandler
on behalf of Interested Party Hilrod Holdings L.P. bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradshaw Rost
on behalf of Creditor Westminster Granite Main LLC brost@tspclaw.com

Brett D. Goodman
on behalf of Creditor KK Great Neck 2470  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimschott Factoria Mall  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor 11 Knolls Crescent LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PL Rancho LP brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Independence Plaza SC  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Pan Pacific (Jefferson Square) LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PK I Silverdale Shopping Center LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor WRI Freedom Centre  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Gateway at Donner Pass  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimco Realty Corporation brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Linda Mar S.C.  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PK II Tanasbourne Village LP brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brian I. Kantar
on behalf of Creditor Berkley Insurance Company bkantar@csglaw.com

Brian I. Kantar
on behalf of Creditor The Hanover Insurance Company bkantar@csglaw.com

Brigid K Ndege
on behalf of Creditor Ensono  Inc. brigid.ndege@bclplaw.com, brigid-ndege-4743@ecf.pacerpro.com

Bruce J. Wisotsky
on behalf of Creditor 169 Holding Corp. bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com

Bruce J. Wisotsky
on behalf of Creditor Cascade Wholesale Hardware  Inc. bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Charles E. Boulbol
on behalf of Creditor RX Newburgh Owners LLC rtrack@msn.com

Christopher P. Mazza

on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Clement J Farley

on behalf of Creditor Nova Nordisk Inc. cfarley@mccarter.com

Corey E Taylor

on behalf of Creditor Lease Counterparty 7900 Bellaire I Ltd. corey@taylorlawoc.com

Corinne Samler Brennan

on behalf of Creditor RAP Smyrna LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP East Market York LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Pena Realty Holdings Company LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Etters LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Audubon Square Inc. csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Milford LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Crystal Johnson Geise

on behalf of Interested Party UNITED STATES OF AMERICA crystal.geise@usdoj.gov

D. Alexander Barnes

on behalf of Creditor Tinuiti Inc. njbkr@obermayer.com, alexander.barnes@obermayer.com;vanja.moraca@obermayer.com

Dana S. Plon

on behalf of Creditor GC Main Street Owners LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Marist Centerpoint LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Center Plaza Limited Partnership dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor RAD Connellsville LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Blumel-211 Associates LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor New Wappingers Centerpoint LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Market Square Plaza I LLC dplon@sirlinlaw.com

Daniel H Roseman

on behalf of Creditor Fishs Eddy IV LLC droseman@hhk.com, twalker@hhk.com;lpucciarelli@hhk.com;gkielbasinski@hhk.com

David Edelberg

on behalf of Unknown Role Type The Jackson Investment Company LLC dedelberg@sh-law.com,
edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Unknown Role Type Musso Properties dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David E. Sklar

on behalf of Creditor PCE Partners LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

on behalf of Creditor Kaz USA Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

on behalf of Creditor Helen of Troy L.P. dsklar@pashmanstein.com lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David H. Stein

on behalf of Creditor TIJSMA LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck

on behalf of Creditor SVCN 1 LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Westcore Bravo Lancaster LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Attorney State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor TMT Bear Creek Shopping Center  Inc. bankruptcy@greenbaumlaw.com

Deborah Kovsky-Apap

on behalf of Interested Party Skyline Rocky Road Acquisition  LLC deborah.kovsky@troutman.com,
susan.henry@troutman.com;WLBank@troutman.com

Debra Djupman Warring

on behalf of Creditor Commonwealth Of Pennsylvania dwarring@attorneygeneral.gov

Dimitri L Karapelou

on behalf of Creditor 65 Victory Inestments dlk@mmdlawfirm.com

Dimitri L Karapelou

on behalf of Creditor 16 Victory Investments  LLC dlk@mmdlawfirm.com

Dimitri L Karapelou

on behalf of Creditor 92 Victory Investments  LLC dlk@mmdlawfirm.com

Douglas G. Leney

on behalf of Creditor Lincoln Properties  Ltd. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Westminster Granite Main LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas J. McGill

on behalf of Creditor Class Action Plaintiffs Margaret Bianucci  Kathryn Edwards, Erica Judka, and Faith Spiker
dmcgill@webbermcgill.com

Douglas J. McGill

on behalf of Creditor Kathryn Edwards dmcgill@webbermcgill.com

Douglas J. McGill

on behalf of Creditor Erica Judka dmcgill@webbermcgill.com

Douglas J. McGill

on behalf of Creditor Faith Spiker dmcgill@webbermcgill.com

Douglas J. McGill

on behalf of Creditor Red Eagle Management LLC dmcgill@webbermcgill.com

Douglas J. McGill

on behalf of Creditor Margaret Bianucci dmcgill@webbermcgill.com

Douglas J. Pick

on behalf of Creditor 1950 Fulton LLC dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick

on behalf of Creditor 3301 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Douglas J. Pick

on behalf of Creditor 5215 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Drew S. McGehrin

on behalf of Creditor Thompson & Thompson  LLC and The Edge Group, Inc. dsmcgehrin@duanemorris.com,
drew-mcgehrin-5282@ecf.pacerpro.com

Edmond M. George

on behalf of Creditor Pintzuk Brown Realty Group edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com

Elie Jonathan Worenklein

on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Eric Goldstein

on behalf of Creditor ERx Network Holdings  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric R. Perkins

on behalf of Creditor Anderson Retail  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins

on behalf of Creditor Laguna Oaks  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

District/off: 0312-3                    User: admin                    Page 6 of 29
Date Rcvd: Aug 29, 2025                  Form ID: pdf903                Total Noticed: 1

Eric R. Perkins
on behalf of Creditor Retail Site Specialists  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
on behalf of Creditor Laguna Harbour LLC EPerkins@hlgslaw.com
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Ericka Fredricks Johnson
on behalf of Interested Party Kin Properties  Inc., Fundamentals Company LLC, Mascot LLC, Masue LLC, Maby LLC,
Hillsborough Associates, Janess Associates, Musue LLC, Bayview Associates, Nathan Jeffrey LLC, and Jasue LLC
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Interested Party Elbe Associates  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Evan Lazerowitz
on behalf of Interested Party Simone Development Companies elazerowitz@rc.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Evan C. Pappas
on behalf of Creditor Ameriserv Financial Bank epappas@tuckerlaw.com

Evan C. Pappas
on behalf of Creditor Martin Perry  as Receiver for 1700 Murray Avenue, LLC epappas@tuckerlaw.com

Faye C Rasch
on behalf of Creditor Heidi Gonzales faye@wrlawgroup.com  hazel@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor New Rite Aid  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Franklin Barbosa, Jr
on behalf of Creditor AudioEC Inc. d/b/a ArtCreativity fb@spsk.com  clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor Configure  Inc. fb@spsk.com, clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor AG WGI LLC fb@spsk.com  clm@spsk.com

Gail C. Lin
on behalf of Plaintiff Martin C Gordon II  on behalf of himself and all others similarly situated gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gary D. Bressler
on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
gbressler@mdmc-law.com, hryan@mdmc-law.com

Gregory Kopacz
on behalf of Creditor Committee Official Committee of Unsecured Creditors gkopacz@sillscummis.com

Gregory Francis Vizza
on behalf of Creditor P&F Retail Associates  L.P. vizza@blankrome.com

Holly Smith Miller
on behalf of Interested Party Investcal Realty Corporation  et. al. hsmiller@gsbblaw.com

Jaclynn McDonnell
on behalf of Creditor Danita and Donald Brown jmcdonnell@genovaburns.com  dmendez@genovaburns.com

James Martin Charles McHale
on behalf of Creditor State of Maryland jmchale@oag.state.md.us
szadrozny@oag.state.md.us;bedmunds@oag.state.md.us;ckellogg@oag.state.md.us

James N. Lawlor
on behalf of Creditor American Greetings Corp. jlawlor@wmd-law.com

James N. Lawlor
on behalf of Creditor Papyrus-Recycled Greetings  Inc. jlawlor@wmd-law.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics  Inc. and Ryder Transportation Solutions, LLC
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor Dover Management Co. jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
on behalf of Interested Party 111 North High Associates  L.P. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff

District/off: 0312-3

Date Rcvd: Aug 29, 2025

User: admin

Form ID: pdf903

Page 7 of 29

Total Noticed: 1

on behalf of Creditor Profectus Capital LLC jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jami B. Nimeroff

on behalf of Creditor Kevin Chamas jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jason D. Angelo

on behalf of Creditor Interactive Communications International  Inc. JAngelo@reedsmith.com,
jason-angelo-3987@ecf.pacerpro.com

Javier L. Merino

on behalf of Interested Party West Virginia NAS Committee jmerino@dannlaw.com  9497659420@filings.docketbird.com

Javier L. Merino

on behalf of Interested Party The Ad Hoc Committee for NAS Children jmerino@dannlaw.com
9497659420@filings.docketbird.com

Jay Lavroff

on behalf of Interested Party Great American Assurance Company jlavroff@lindabury.com

Jay Lavroff

on behalf of Interested Party Great American Spirit Insurance Company jlavroff@lindabury.com

Jay Lavroff

on behalf of Interested Party Great American Insurance Company of New York jlavroff@lindabury.com

Jay B. Solomon

on behalf of Creditor B-21  LLC jsolomon@bbgllp.com

Jay B. Solomon

on behalf of Creditor Eltingville Shopping Center LLC jsolomon@bbgllp.com

Jay B. Solomon

on behalf of Creditor Brithym Realty Co. jsolomon@bbgllp.com

Jeffrey Kurtzman

on behalf of Creditor The Goldenberg Group kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Kingsway Realty Company kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor DJM NNN IV  LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Mustang Square LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Goodman Properties kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor AMS Olyphant RA  LLC kurtzman@kurtzmansteady.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey Thomas Testa

on behalf of Creditor Nova Nordisk Inc. jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer Hoover

on behalf of Creditor Canyon Crest Towne Centre  LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Cranston McEntee

on behalf of Creditor Parkwood Joint Venture jcranston@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jeremiah Vandermark

on behalf of Creditor Google LLC vandermarkjj@whiteandwilliams.com

Jerome Bennett Friedman

on behalf of Creditor DJM NNN IV  LLC jfriedman@flg-law.com

Jessica Apter

on behalf of Creditor 1199SEIU League Training & Upgrading Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU United Healthcare Workers East japter@levyratner.com

Jessica Apter

on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

Jessica M. Gulash
on behalf of Creditor RAD PA  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Bloch Ironwood  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Rita Rudman Revocable Trust jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor 9th & Highland  LLC jgulash@lbmlaw.com

Joel W. Ruderman
on behalf of Creditor Penson Benefit Guaranty Corporation ruderman.joel@pbgc.gov  efile@pbgc.gov

John O'Boyle
on behalf of Interested Party Universal Group Companies joboyle@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John Piskora
on behalf of Creditor Schwartz Halfmoon Associates  LLC jpiskora@loeb.com, nydocket@loeb.com,vrubinstein@loeb.com

John Willard
on behalf of Creditor Ipsos MMA  Inc. jgwillard@spencerfane.com

John Willard
on behalf of Creditor Ipsos-Insight  LLC jgwillard@spencerfane.com

John C. Stellakis
on behalf of Creditor Cannonbut LLC jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor Midwood Management Corp. jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor RC Southampton LLC jstellakis@farrellfritz.com

John J. Jacko
on behalf of Creditor Blue Jay Center  LLC jjacko@leechtishman.com, john@fellheimer.net

John P Byrne
on behalf of Creditor Robins Carlsbad  LLC john.byrne@byrnelawcorp.com

John P. Di Iorio
on behalf of Creditor Rizona Inc. jdiiorio@shapiro-croland.com

John S. Mairo
on behalf of Creditor PHR Village  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor JoAnn Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor William Burke jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu,
Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold jmairo@gibbonslaw.com,
emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Gregory P. Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor PA Hopewell LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor T.F. Associates jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor ECK-Aliquippa PA LP jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Crest Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Derry Realty Group LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

Jon Travis Powers
on behalf of Creditor 2545 Getzville LLC tpowers@hodgsonruss.com

Jonathan S. Bodner

District/off: 0312-3
Date Rcvd: Aug 29, 2025

User: admin

Form ID: pdf903

Page 9 of 29

Total Noticed: 1

on behalf of Creditor MTI Digital Inc. jbodner@bodnerlawpllc.com

Jordan Seth Blask

on behalf of Creditor CRH-A LLP jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Hillsborough Haven jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group jblask@fbtlaw.com  rmccartney@fbtlaw.com

Joseph Andrew Kutschman, III

on behalf of Creditor OSJ of Peterborough LLC jkutschman@cutolobarros.com  ecourts@cutolobarros.com

Joseph H. Lemkin

on behalf of Creditor Harbor Center Partners  L.P. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor The Libman Company jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Edgemark Littleton  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Joseph Murphy Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Mt. Lebanon Cooke  LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-1 Limited Partners jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Felos Associates LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Bethel Park Library  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Red Lion Broadway  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Yoko C. Gates Trust jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor First Priority Funding  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor LS Morrell  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Santiago Holdings II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-3 Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor RAP Hamlin LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. d/b/a Unilever NA jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor RAP Dallas LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Ald Capital PA  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor 569 Broadway Associates jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-4 Limited Partnership jlemkin@stark-stark.com

Justin Kerner

on behalf of Creditor Ross Dress for Less  Inc. kernerj@ballardspahr.com,
weickk@ballardspahr.com;BallardDocketEast@ballardspahr.com

District/off: 0312-3    User: admin    Page 10 of 29
Date Rcvd: Aug 29, 2025    Form ID: pdf903    Total Noticed: 1

Justin S Krell
on behalf of Creditor D & L Rentals  LLC jkrell@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Kaitlin R. Walsh
on behalf of Creditor NBPIV Delran LLC krwalsh@mintz.com  docketing@mintz.com

Keara Waldron
on behalf of Creditor Mill Avenue Associates  LLC kwaldron@halperinlaw.net, adroz@lowenstein.com

Kelly D. Curtin
on behalf of Creditor SACC Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Kelly M. Purcaro
on behalf of Creditor Larchmont Properties  Ltd. Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com

Kelsey L Owens
on behalf of Creditor Penson Benefit Guaranty Corporation owens.kelsey@pbgc.gov

Kenneth L. Baum
on behalf of Creditor 4151 White Plains Road LLC kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Washington Town Center  LLC kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor The Auldan Company  L.L.C. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor West Capitol Shopping Center  LLC kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Keri P. Ebeck
on behalf of Creditor The Ventura Family 2023 Trust KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Interested Party Murray Avenue Market KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin J. Mangan
on behalf of Creditor CorVel Enterprise Claims  Inc. (f/k/a CorVel Enterprise Comp, Inc.) kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Williams Scotsman  Inc., as successor-in-interest to Mobile Mini, Inc. kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin T Fogerty
on behalf of Creditor Goldco Partners kfogerty@fogertylaw.com

Kimberly Nelson
on behalf of Interested Party Federal Trade Commission knelson@ftc.gov

Kyriaki Christodoulou
on behalf of Creditor Metropolitan Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor San Diego Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor The Connecticut Light & Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Appalachian Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Pennsylvania Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Delmarva Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor West Penn Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor The Brooklyn Union Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Niagara Mohawk Power Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor PSEG Long Island kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Yankee Gas Service Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor NStar Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor PECO Energy Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Western Massachusetts kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Consolidated Edison Company of New York  Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor KeySpan Gas East Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Southern California Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Public Service Company of New Hampshire kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Boston Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Rochester Gas and Electric Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Baltimore Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Atlantic City Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Massachusetts Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Ohio Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Orange & Rockland Utilities  Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Ohio Power Company d/b/a AEP Ohio kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Southern California Gas Company kchristodoulou@cullenllp.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leslie Carol Heilman

on behalf of Creditor BCORE WESTWOOD VILLAGE LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Manoa Shopping Center Associates  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

District/off: 0312-3                               User: admin                                    Page 12 of 29
Date Rcvd: Aug 29, 2025                         Form ID: pdf903                              Total Noticed: 1

Leslie Carol Heilman

on behalf of Creditor Prime/FRIT Bell Gardens  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor RAR 2 Queen Anne Eden Hill QRS  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor RI - Grass Valley  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Balden Towne Plaza Limited Partnership HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Spirit EK Vineland NJ  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor c/oLeslie C. Heilman CLPF HARBOUR POINTE  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GKGF  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor S & N II  LTD. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ROIC Paramount Plaza  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor HCP RRF Sand Canyon LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Lancaster Development Company  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Rich/Cherry  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor The Irvine Company LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Perform Properties HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain A OC LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Spirit RA Plains PA  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 5931 Atlantic  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Merlone Geier Partners HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Weis Markets Inc. HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor AAT Del Monte LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor The Commons at Calabasas  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Zentmyer Properties II LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor CP/IPERS Woodfield  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 Mountain B LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor MGP XI-A TOWN CENTER LAKE FOREST  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 MOUNTAIN A WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor QCSI SIX LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Realty Income Corporation HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 MOUNTAIN B OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor MDC Seal Beach  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Huntingdon Pike Company HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 Mountain A LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Montecito Market Place Associates HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Valley Mall  L.L.C. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 MOUNTAIN B WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor EDENS HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Redondo Prime 1  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor B10 MOUNTAIN A OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor SO-Goodnoes Corner JV LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman
           on behalf of Creditor Northern Trust Bank of CA  N.A. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SVAP III Plaza Mexico  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixton Capital HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Harbour Pointe  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Liam Braber

on behalf of Creditor New Century Associates Group  L.P. lbraber@jacobydonner.com

Lindsey E. Snavely

on behalf of Creditor U D Properties lsnavely@pillaraught.com  tlaughead@pillaraught.com

Lindsey E. Snavely

on behalf of Creditor Boyd & Mahoney lsnavely@pillaraught.com  tlaughead@pillaraught.com

Louis Anthony Modugno

on behalf of Interested Party Chartis Excess Limited lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Commerce and Industry Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Insurance Company of The State of Pennsylvania lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party AIG Specialty Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party American Home Assurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party American International Reinsurance Company  LTD lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Illinois National Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pennsylvania lmodugno@tm-firm.com

Louis T. DeLucia

on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman

on behalf of Creditor The Greystone Group mkurzman@carmodylaw.com

Mark B Conlan

on behalf of Creditor RA Hopewell Associates  LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Chu Family Trust  Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold
mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor PHR Village  LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor JoAnn Dischinat mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Gregory P. Dischinat mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor William Burke mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor T F Associates mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Derry Realty Group LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-Aliquippa PA LP mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Crest Properties LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor RA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu,
Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor PA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-ALIQUIPPA Associates  L.P. mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor T.F. Associates mconlan@gibbonslaw.com

Martha Baskett Chovanes

on behalf of Creditor Parsi Investments  LLC mchovanes@foxrothschild.com,
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew E. Kaslow

on behalf of Interested Party Terramar Retail  LLC a/k/a Tierrasanta Town Centers, LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor Rochdale Village  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Sligo Realty and Service Corp. mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor 508 Monroe Turnpike  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth Of Pennsylvania mvaneck@attorneygeneral.gov

Michael Kahme

on behalf of Creditor Universal Protein Supplements Corp. dba Universal Nutrition mkahme@hillwallack.com
fmansmann@hillwallack.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas and Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric & Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

Michael Kwiatkowski

    on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Orange & Rockland Utilities  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Western Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor KeySpan Gas East Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Ohio Power Company d/b/a AEP Ohio mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Metropolitan Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com
crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Appalachian Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor The Brooklyn Union Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

    on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of Washington  D.C. Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Maxi Drug North  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Rx USA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of Connecticut  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

    on behalf of Debtor EDC Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor PJC Realty MA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of MO  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Design Holdings  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor 4042 Warrensville Center Road Warrensville Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of West Virginia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor JCG (PJC) USA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Payroll Management  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Manchester Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Apex Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of VA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor P.J.C. Realty Co.  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC of Vermont Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New York  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Hunter Lane  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Rome Distribution Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Initiatives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rx Choice  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Specialty Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K & B Services  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Drug Palace  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Special Realty Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Delaware  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor P.J.C. Distribution  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Tech  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Eckerd Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harco  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor The Jean Coutu Group (PJC) USA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K&B Texas Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Hdqtrs. Funding  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Savings  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RDS Detroit  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

District/off: 0312-3    User: admin    Page 19 of 29
Date Rcvd: Aug 29, 2025    Form ID: pdf903    Total Noticed: 1

Michael D. Sirota
on behalf of Debtor 1740 Associates  L.L.C. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor K & B  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Grand River & Fenkell  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor First Florida Insurers of Tampa  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor The Bartell Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor The Lane Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor New Rite Aid  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Name Rite  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor PDS-1 Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Ex Holdco  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Tennessee  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor PJC of Rhode Island  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor K & B Tennessee Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Ex Rxclusives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid Realty Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid of North Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor RediClinic of PA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of DC  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Genovese Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Perry Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Kentucky  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Investments Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Georgia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Maxi Green Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Investments Corp.  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of NV  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Thrifty Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New Jersey  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor GDF  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Software  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Ohio  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New Hampshire  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic US  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrift Drug  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Pennsylvania  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Alabama Corporation msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Broadview and Wallings-Broadview Heights Ohio  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Maxi Drug South  L.P. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor JCG Holdings (USA)  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrifty Ice Cream  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor LMW - 90B Avenue Lake Oswego  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Virginia  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Lease Management Company msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of Dallas-Fort Worth  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

District/off: 0312-3                         User: admin                              Page 22 of 29
Date Rcvd: Aug 29, 2025                       Form ID: pdf903                          Total Noticed: 1

Michael D. Sirota

on behalf of Debtor Rite Aid Online Store  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Procurement  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Louisiana Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor ILG - 90 B Avenue Lake Oswego  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrifty PayLess  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Maryland  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Benefits  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Lease Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor READ's Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Vermont  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor 5277 Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of OH  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of DE  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Gettysburg and Hoover-Dayton  Ohio, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Munson & Andrews  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Drug Palace  Inc msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor 5600 Superior Properties  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of South Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Options  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Richfield Road - Flint  Michigan, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC of Massachusetts  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of MD  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Peterborough Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Indiana  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Design  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RCMH LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Transport  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Mississippi Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Maxi Drug  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Maine  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Revere Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael E. Holt

on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael J. Goettig

on behalf of Creditor Green Dot Bank MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael J. Goettig

on behalf of Creditor Green Dot Corporation MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael R. Herz

on behalf of Interested Party Alsoctt  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Michele M. Dudas

on behalf of Creditor McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Monique Bair DiSabatino

on behalf of Creditor Forest Valley Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Famtan LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Mary Ann Genuario mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor L/S 1200 Intrepid Avenue  LP mdisabatino@saul.com, robyn.warren@saul.com

Morton R. Branzburg

on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com;nyackle@klehr.com

Moshie Solomon

on behalf of Creditor Tandem Equities L.L.C. msolomon@golenbock.com

Norman N Kinel

on behalf of Interested Party CSC Delaware Trust Company  as Successor Trustee norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Oleh Matviyishyn

on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Owen Lipnick

on behalf of Creditor JRC Assets  LP olipnick@bertonepiccini.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul J. Winterhalter

on behalf of Creditor Vernon Central Warehouse  Inc. pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Fair Oaks  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Sheldon Plaza  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor The Chen 1998 Family Trust & 170 San Mateo Road Partnership pwinterhalter@offitkurman.com
cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Attorney Breck E Milde pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Toni A. Dimiceli  Trustee et al pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul R. DeFilippo

on behalf of Interested Party Five Below  Inc. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor American Greetings Corp. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor Papyrus-Recycled Greetings  Inc. pdefilippo@wmd-law.com

Rachel A. Parisi

on behalf of Creditor JSK Lebanon LLC raparisi@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Raymond M. Patella

on behalf of Creditor Contingence LLC rpatella@lawjw.com

Rebecca Starner
on behalf of Creditor Levy Affiliates rebecca.starner@huschblackwell.com  serena.gray@huschblackwell.com

Richard D. Trenk
on behalf of Creditor Ohiopyle Prints  Inc. rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard D. Trenk
on behalf of Creditor Major Trading Inc. rtrenk@trenkisabel.law  averdugo@tisslaw.com

Richard D. Trenk
on behalf of Creditor One Paragon Drive  LP rtrenk@trenkisabel.law, averdugo@tisslaw.com

Robert L Murphy
on behalf of Creditor Greater Butler Mart Holdings  LLC rmurphy@papernick-gefsky.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
of the RAD GUC Equity Trust rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor East Park Development LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brixmor Property Group  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Fox Chapel Plaza rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor DS Properties 18 LP rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor First Washington Realty rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers L.P. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert P. Shapiro
on behalf of Creditor RA2 Wildwood LLC rshapiro@shapirocroland.com

Robert P. Shapiro
on behalf of Creditor RA2 Lakehurst LLC rshapiro@shapirocroland.com

Ronald Brown, Jr
on behalf of Creditor Platt Partners. L.P. ron@rkbrownlaw.com

Ronald Brown, Jr
on behalf of Creditor Harbor Center Partners  L.P. ron@rkbrownlaw.com

Ross J. Switkes
on behalf of Creditor Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Lamb
on behalf of Interested Party UNITED STATES OF AMERICA ryan.lamb@usdoj.gov

Sam Della Fera, Jr
on behalf of Creditor Greenwood Shopping Center  Inc. sdellafera@csglaw.com

Scott Fleischer
on behalf of Creditor Kempner Properties  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor SVAP III Plaza Mexico  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

District/off: 0312-3                                     User: admin                                     Page 26 of 29
Date Rcvd: Aug 29, 2025                                  Form ID: pdf903                                Total Noticed: 1

Scott Fleischer
                    on behalf of Creditor Ironhorn Enterprises  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                    on behalf of Creditor Gibraltar Management Co.  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                    on behalf of Creditor The Widewaters Group  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                    on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com
                    scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                    on behalf of Creditor Paragon Management Group  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
                    on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott A. Zuber
                    on behalf of Creditor The Hanover Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
                    on behalf of Creditor Berkley Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
                    on behalf of Creditor Mahnaz Javaheri szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
                    on behalf of Creditor Eliseo Medellin Hernandez szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
                    on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
                    on behalf of Creditor Ieka Monique Lucas szuber@csglaw.com  ecf@csglaw.com

Scott M. Klein
                    on behalf of Creditor 4000 Woodhaven Holdings DE LLC sklein@fekmlaw.com
                    kpower@fekmlaw.com;keckman@fekmlaw.com

Seth H. Lieberman
                    on behalf of Creditor Computershare Trust Company  National Association, as Successor Trustee
                    slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Shawn J. Lau
                    on behalf of Creditor RWY Trust shawn_lau@msn.com

Shawn M. Christianson
                    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein
                    on behalf of Creditor New Hartford Holdings LLC shmuel.klein@verizon.net
                    bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
                    on behalf of Attorney Natali A. Ron shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
                    on behalf of Creditor Gallashea Properties  LLC shmuel.klein@verizon.net,
                    bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
                    on behalf of Creditor Hvp2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Simon Aron
                    on behalf of Interested Party Series IV  channel Island Business Mart, of The Wolf Family Series, LP saron@wrslawyers.com,
                    jlee@wrslawyers.com

Sophia L. Cahill
                    on behalf of Interested Party Optimal Investment Group  Inc. scahill@sheppardmullin.com,
                    ny-docketing@sheppardmullin.com;1142443420@filings.docketbird.com

Steven A. Jayson
                    on behalf of Creditor IVI World LLC sjayson@msklaw.net
                    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
                    on behalf of Creditor HS Belmont LLC sjayson@msklaw.net
                    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson
                    on behalf of Creditor 1021 First Avenue Conway  LLC sjayson@msklaw.net,

District/off: 0312-3
Date Rcvd: Aug 29, 2025

User: admin
Form ID: pdf903

Page 27 of 29
Total Noticed: 1

jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M Richman

on behalf of Creditor CPT Shops at Rossmoor  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Vestar Peninsula Retail  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Summit Apartments  Inc. srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor S. Davis Real Estate Holdings  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Stuart Kossar

on behalf of Creditor Rochdale Village  Inc. slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor 508 Monroe Turnpike  LLC slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor Sligo Realty and Service Corp. slkossar@norris-law.com  aburton@norris-law.com

Stuart M. Brown

on behalf of Interested Party MedImpact Healthcare Systems  Inc. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Sue Liu Chin

on behalf of Creditor Reyes Holdings  L.L.C. schin@borgeslawllc.com

Terri Jane Freedman

on behalf of Creditor Berkley Insurance Company tfreedman@csglaw.com  mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor 1396 W. Chestnut LLC tfreedman@csglaw.com  mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals tfreedman@csglaw.com,
mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor The Hanover Insurance Company tfreedman@csglaw.com
mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Thomas Pitta

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
of the RAD GUC Equity Trust tpitta@emmetmarvin.com

Thomas S. Onder

on behalf of Creditor LS Morrell  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-3 Limited Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Edgemark Littleton  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor 569 Broadway Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Conopco  Inc. d/b/a Unilever NA tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor The Libman Company tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Red Lion Broadway  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

| | |
|---|---|
| Thomas S. Onder | on behalf of Creditor Bethel Park Library  LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Levin Management Corporation tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Mt. Lebanon Cooke  LP tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Santiago Holdings II  LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor RAP Dallas LP tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Harbor Center Partners  L.P. tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Ald Capital PA  LLC tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Trust for the Benefit of Catherine M. Levin  et als. tonder@stark-stark.com |
| Thomas S. Onder | on behalf of Creditor Felos Associates LLC tonder@stark-stark.com |
| Turner Falk | on behalf of Creditor PFK Partners LP turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Ross Dress for Less  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie Palma DeLuisi | on behalf of Creditor Ebony Bates vpd@palmalawfirm.com  r51449@notify.bestcase.com |
| Victoria N Argeroplos | on behalf of Interested Party Burlington Stores  Inc. vargeroplos@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;jpupo@jw.com |
| Vincent J. Roldan | on behalf of Creditor SN Investment Properties  LLC vroldan@mblawfirm.com |
| Vincent J. Roldan | on behalf of Creditor Cascade Commons LLC vroldan@mblawfirm.com |
| Virginia T. Shea | on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates vshea@mdmc-law.com, gbressler@mdmc-law.com |
| Walter Benzija | on behalf of Creditor Mill Avenue Associates  LLC wbenzija@halperinlaw.net, mmurrayhbb@outlook.com |
| Warren A. Usatine | on behalf of Debtor New Rite Aid  LLC wusatine@coleschotz.com, fpisano@coleschotz.com;ddelehanty@coleschotz.com |
| Warren J. Martin, Jr. | on behalf of Creditor SKD Construction Co.  LLC wjmartin@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wendy M Simkulak | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| William G. Wright | on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com |
| William J. Burnett | on behalf of Creditor Colella Family Partners and Samuel D. Colella  Trustee of the Colella Family Non-Exempt Marital Deduction Trust dated 9/21/1992 william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| William J. Burnett | on behalf of Creditor Aquitania  Corp. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| William J. Levant | on behalf of Creditor FNRP Realty Advisors  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |

District/off: 0312-3                              User: admin                                    Page 29 of 29
Date Rcvd: Aug 29, 2025                         Form ID: pdf903                              Total Noticed: 1

William John Maffucci
    on behalf of Creditor ImageOne Interco  LLC d/b/a ImageOne Industries, LLC wmaffucci@sogtlaw.com

William Joseph Oxley
    on behalf of Creditor Township of Barnegat woxley@dastilaw.com

William Joseph Oxley
    on behalf of Creditor Manchester Township Tax Office woxley@dastilaw.com

Wojciech F. Jung
    on behalf of Interested Party Burlington Stores  Inc. Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com

Wojciech F. Jung
    on behalf of Creditor TRC Master Fund LLC Wojciech.Jung@wbd-us.com  cindy.giobbe@wbd-us.com


TOTAL: 631