**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*[1]

Debtors.

Chapter 11

Case No.  25-14861 (MBK)

(Jointly Administered)

Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING THE
## ASSUMPTION AND ASSIGNMENT OF
## CERTAIN UNEXPIRED LEASES TO ROSS DRESS FOR LESS, INC.

The relief set forth on the following pages, numbered three (3) through eleven (11) is

**ORDERED**.

DATED: August 29, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-**

**1(b) PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)

Alice Belisle Eaton (admitted *pro hac vice*)

Christopher Hopkins (admitted *pro hac vice*)

Sean A. Mitchell (admitted *pro hac vice*)

1285 Avenue of the Americas

New York, New York 10019

Telephone: (212) 373-3000

Facsimile:  (212)  757-3990

arosenberg@paulweiss.com

aeaton@paulweiss.com

chopkins@paulweiss.com

smitchell@paulweiss.com


-and-


**COLE SCHOTZ P.C.**

Michael D. Sirota, Esq.

Warren A. Usatine, Esq.

Felice R. Yudkin, Esq.

Seth Van Aalten, Esq. (admitted *pro hac vice*)

Court Plaza North

25 Main Street Hackensack, New Jersey 07601

Telephone: (201) 489-3000

msirota@coleschotz.com

wusatine@coleschotz.com

fyudkin@coleschotz.com

svanaalten@coleschotz.com


*Co-Counsel to the Debtors and Debtors in Possession*

Case 25-14861-MBK    Doc 2238    Filed 08/31/25    Entered 09/01/25 00:20:32    Desc
Imaged Certificate of Notice    Page 3 of 51
( P a g e | 3)

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

Upon the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Final Order")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a *Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Lease Assets* [Docket No. 1320] (the "Auction Notice"), a *Notice of Successful and Backup Bidders* [Docket No. 1524] (the "Successful Bidder Notice") and the *Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. 1525] (the "Assumption and Assignment Notice"), and together with Auction Notice, the Successful Bidder Notice, the collectively, the "Bid Notice Documents") on the Objection Notice Parties, the Successful Bidder(s), the Backup Bidder(s), and the applicable Lease Counterparties, in accordance with the terms of the Final Order; and no timely objections having been filed to the assumption or assumption and assignment of such Leases; and due and proper notice of the Final Order and the Notice of Successful and Backup Bidders having been provided to  each  applicable Lease Counterparty as set forth in the assumption schedule (the "Assumption Schedule"),

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Order or the *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 22].

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

attached hereto as **Exhibit 1**, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY FOUND THAT**:

A.    The assumption, assignment and sale of the leases identified on the Assumption Schedule (each a "Lease" and together the "Leases") to Ross Dress for Less, Inc. ("Assignee") pursuant to Sections 363 and 365 of the Bankruptcy Code is in the best interests of the Debtors, their estates and their creditors, and is consistent with the terms of the Final Order.

B.    Pursuant to Sections 365(b)(1)(C), 365(f)(2)(B) and 365(b)(3) of the Bankruptcy Code, to the extent required, Assignee has provided adequate assurance of future performance under the Leases.

C.    The assumption and assignment of the Leases to Assignee complies with Section 365(b)(3) of the Bankruptcy Code.

D.    The Assumption and Assignment Agreement attached to this Order as **Exhibit 2** (the "Assignment Agreement") between the Debtors and Assignee was negotiated and entered into in good faith, and from arm's length bargaining positions. Assignee is found to be a good faith purchaser of the Leases and is found to be entitled to the protections of a good faith purchaser under Section 363(m) of the Bankruptcy Code.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.    Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code, the applicable Debtor is hereby authorized to assume, sell and assign to Assignee each Lease, pursuant to the terms and provisions of this Order and the Assignment Agreement, all of the terms of which are hereby approved.[3]

---

[3] This Order shall not apply to the Leases for the following locations subject to the Assignment Agreement, which

( P a g e  | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

2.      In accordance with Section 363 of the Bankruptcy Code, effective as of the occurrence of a closing of the assignment of the Leases under the Assignment Agreement (such date being hereinafter defined as the "Closing Date") each Lease shall be transferred free and clear of any leasehold mortgages, subleases, licenses, holdover rights under applicable bankruptcy and non-bankruptcy law and rules, claims, liens, interests, mechanics liens, bills, any rights under Section 365(h) of the Bankruptcy Code, and other rights and encumbrances.

3.      Upon the entry of this Order and the occurrence of the Closing Date, and subject to the terms of the Assignment Agreement, Assignee shall be deemed to have assumed and succeeded to the entirety of the Debtors' rights and obligations in and to the Leases which are due and owing from and after the Closing Date and shall have the rights of the tenant thereunder.

4.      Upon entry of this Order and the occurrence of the Closing Date, Assignee is a good faith purchaser and shall be entitled to the protections of Bankruptcy Code Section 363(m).

5.      The Cure Costs due to each Lease Counterparty are hereby fixed at the amounts set forth on **Exhibit 1**, or as otherwise agreed to by the Debtors, Assignee and the Lease Counterparty in writing. Pursuant to Section 365(b)(l) of the Bankruptcy Code, the Cure Cost shall be promptly paid by the Debtors. Any objection of any Lease Counterparty to the assumption or assignment or transfer of any Lease, any Cure Cost, or seeking further adequate assurance of future performance, to the extent not otherwise resolved by agreement or disposed of by separate order of this Court, is hereby overruled. There shall be no accelerations, assignment fees, increases, or any other fees charged to the Assignee or the Debtors as a result of the assumption and assignment of the Leases. Upon remittance of the Cure Costs by the Debtors to each Lease Counterparty pursuant to the terms of this Order, such Lease Counterparty shall be barred

---

Leases shall be subject to a further Order of this Court: (i) Store 5355 Tigard, OR, (ii) Store 5476 Lynwood, CA, (iii) 5621 Carlsbad, CA, (iv) 5885 Half Moon Bay, CA, and (v) 6032 Sonoma, CA.

( P a g e | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

from asserting any additional cure amounts or other claims with respect to the applicable Lease. For the avoidance of doubt, such Lease Counterparty shall be forever (i) barred from objecting to the applicable Cure Cost and from asserting any additional cure or other amounts with respect to the applicable Lease and (ii) barred, estopped, and permanently enjoined from asserting or claiming against the Debtors or Assignee, or their respective property, that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under the applicable Lease, or that there is any objection or defense to the assumption or assumption and assignment of the applicable Lease. On and after the Closing Date, and subject to the Assignment Agreement, Assignee shall be responsible for paying (and shall be entitled to receive any credits for) all amounts outstanding under each Lease due on or after the Closing Date.

6.    All personal property and furniture, fixtures and equipment ("FF&E") of the Debtors remaining in any store subject to any Lease on or after the Closing Date shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as of the Closing Date. Assignee may, in its sole discretion and without further order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or any consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

7.    Any party that did not object within the time set forth in any applicable notice, including the Bid Notice Documents, is deemed to consent to the Debtors' assumption and assignment of the Leases, and the satisfaction of the requirements of Section 365 of the Bankruptcy Code. Upon the sale and assignment of the Leases, payment of the Cure Costs and the transfer of the FF&E pursuant to the paragraph immediately above, as applicable, the Debtors shall be relieved from any further liability pursuant to Section 365(k) of the Bankruptcy Code.

8.    Solely with respect to the transactions contemplated by this Order and the Assignment Agreement, and except as otherwise agreed between any Lease Counterparty and

( P a g e | 7 )

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

Assignee, the following provisions of any Lease shall be unenforceable against Assignee (the

"Unenforceable Provisions"):

      a.      a provision prohibiting Assignee's intended use of the premises;

      b.      a provision unreasonably prohibiting necessary alterations to the premises or signage required to convert the premises to Assignee's intended use; provided such alterations are deemed necessary by Assignee to conform such store consistent with Assignee's intended use of the premises;

      c.      a provision commonly referred to as a "going dark" or "continuous operations" provision, providing in substance for a forfeiture of the Leases or an increase in rent or any other penalty by reason of the Debtors' cessation of retail operations before the assignment, and/or any delay by Assignee in reestablishing retail operations after the assignment, to the extent any such provision does not permit Assignee to "go dark" until the date that is two hundred and seventy (270) days after the Closing Date of the assignment of the Leases;

      d.      a provision conditioning assignment on Lease Counterparty consent, or requiring any payment to the Lease Counterparty as the price of assignment, or granting Lease Counterparty the right to recapture the leased premises following the assignment;

      e.      a provision effecting forfeiture or a modification of any of Assignee's rights or obligations presently in effect under the Leases upon an assignment by the Debtors of the Leases;

      f.      a provision conditioning the Debtors' ability to assign their leasehold rights upon any terms not otherwise required under the Bankruptcy Code;

Debtors:        NEW RITE AID, LLC, *et al.*
Case No.        25-14861 (MBK)
Caption of Order:    Order Approving the Assumption and Assignment of Certain Unexpired
Leases to Ross Dress For Less, Inc.

g.    a provision restricting Assignee's ability to place reasonable signage on the premises; <u>provided</u>, that such signage is deemed necessary by Assignee to conform such store with Assignee's intended use of the premises;

h.    a provision requiring the use of a certain tradename; and

i.    a provision regarding minimum sales revenues required to be satisfied at the premises covered by the Leases.

9.    Solely with respect to the transactions contemplated by this Order and the Assignment Agreement, none of the Unenforceable Provisions shall apply to Assignee in any respect and, without limiting the generality of the foregoing, no violation by the Debtors or Assignee of the Unenforceable Provisions shall constitute an event of default under any of the Leases.

10.    Notwithstanding the provisions of Bankruptcy Rules 6004(h) and 6006(d), this Order shall not be stayed for fourteen (14) days after its entry and shall be effective immediately upon entry, and the Debtors and Assignee are authorized to close the sale of the Leases set forth in the Assignment Agreement immediately upon entry of this Order. Time is of the essence in closing the Lease sale transaction referenced herein, and the Debtors and Assignee intend to close the Lease sale transaction as soon as practicable. This Order is a final order and the period in which an appeal must be filed shall commence upon the entry of this Order.

11.    Upon entry of this Order, this Order and the findings hereunder shall be binding upon all parties to the Leases and the Assignment Agreement.

12.    Upon the entry of this Order and the occurrence of the Closing Date, each Lease Counterparty shall accept and honor the assignment of the Leases to Assignee.

( P a g e  | 9)

| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

13.     Each Lease Counterparty shall cooperate and expeditiously execute and deliver, within ten (10) days of any reasonable requests of Assignee and at no cost to the Lease Counterparty, any instruments, applications, consents or other documents which may be required by any public or quasi-public authority or other party or entity, for the purpose of obtaining any permits, approvals or other necessary documents required for the alteration, opening and operating of the properties as contemplated under the Assignment Agreement.

14.     Notwithstanding anything to the contrary in this Order or the Auction Procedures, any Assumption and Assignment Notice, Assumption and Assignment Agreement or Purchase Agreement, side letter(s), or any document or agreement related to any of the forgoing, none of the Debtors' insurance policies (and/or any agreements related thereto between any of the Debtors, on the one hand, and the applicable insurer(s) and/or third-party administrators, on the other hand), including, without limitation, any collateral or security provided by or on behalf of any of the Debtors, and any rights, proceeds, benefits, claims, rights to payments and/or recoveries thereunder and/or any claims handling service agreements, shall be abandoned, sold, assigned, or otherwise transferred without the express prior written consent of the applicable insurer and/or third-party administrator.

15.     This Court shall retain jurisdiction (i) to construe and determine any disputes under this Order, (ii) to enforce and implement the terms and provisions of the Assignment Agreement, all amendments thereto, any waivers and consents thereunder, and of each of the agreements executed in connection therewith, and (iii) to resolve any disputes arising under or related to the Lease sales (but all landlord/tenant disputes arising subsequent to the Closing Date which do not involve the Lease sales, this Order or the Debtors shall not be subject to the jurisdiction of this Court).

16.     The Debtors and Assignee are hereby authorized and directed to execute and deliver

| Debtors: | NEW RITE AID, LLC, *et al.* |
|---|---|
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

any and all documents, and to do all things reasonably necessary, to effectuate the purposes of this Order, to transfer the Debtors' interests in and to the Leases, in accordance with the terms of the Assignment Agreement, and to carry out the terms and conditions of the Assignment Agreement.

17.    Assignee is not a successor in interest to the Debtors (other than with respect to the Debtors' rights and obligations under each Lease first accruing after Assignee takes assignment thereunder as provided for under the Assignment Agreement), or their bankruptcy estates as a result of Assignee taking title or possession of each Lease and the subject premises, and Assignee is not assuming any liabilities or obligations of the Debtors or their bankruptcy estates, except as may be specifically provided for in the Assignment Agreement.

18.    This Order shall be effective and enforceable after its entry as provided by Bankruptcy Rule 7062.

19.    Any remaining objections to the assignment of the Leases that have not been withdrawn, waived, adjourned, or settled, and all reservations of rights included in such objections, are overruled in all respects and denied.

20.    Any provision in the Leases regarding percentage rent to the extent of Debtors' sales prior to the Closing Date shall not be imputed against Assignee and no percentage rent is due and owing by Assignee for the period prior to the Closing Date.

21.    To the extent there is any inconsistency between the terms of this Order and the terms of the Assignment Agreement (including all ancillary documents executed in connection therewith), the terms of the Assignment Agreement shall govern.

22.    To the extent that Assignee and any Lease Counterparty enter into a side letter with respect to any Lease, such side letter shall govern with respect to rights and obligations of Assignee

( P a g e | 11)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Unexpired Leases to Ross Dress For Less, Inc. |

and the Lease Counterparty with respect to any matters addressed in such side letter.  For the avoidance of doubt, no side letter shall modify the rights and obligations of any third party without such third party's consent.

23.     The failure to specifically include any particular provision of the Assignment Agreement or other related documents in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Court that the Assignment Agreement and all other related documents be authorized and approved in their entirety pursuant to this Order.

24.     The Assignment Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties thereto and in accordance with the terms thereof, without further order of this Court, provided that any such modification, amendment, or supplement is consistent with this Order and does not have any adverse effect on the Debtors' estates.

25.     This Order shall be deemed to constitute a separate order with respect to each Lease Any stay of this Order pending appeal by any party objecting to any of the relief granted in this Order shall stay this Order only with respect to the particular Lease(s) that are the subject of such objection(s) and/or such appeal, and shall not stay this Order with respect to any other Leases, and/or any other relief granted in this Order.

**Exhibit 1**

Assumption Schedule

| Store # | Address | Landlord | Cure Costs |
|---|---|---|---|
| 5445 | 4322 Figueroa Street, Los Angeles, CA | B.A.G. Figview #199C, LP | $108,947.00 |
| 5549 | 12739 Van Nuys Boulevard, Pacoima, CA 91331 | Pacoima Plaza Shopping Center, L.L.C. | $0.00 |
| 5568 | 17266 Saticoy Street, Van Nuys [Lake Balboa] CA, 91406 | Saticoy Plaza, L.L.C. | $46,958.00 |
| 5602 | 1841 East 4th Street, Ontario, CA 91764 | Mabela VP, L.P. | $0.00 |
| 5754 | 13151 Jamboree Road, Tustin, CA 92782 | Sanderson J. Ray – Tustin Ranch Plaza; Sanderson J. Ray Development, LLC; and Woodbridge Square East, LP | $93,079.00 |
| 5793 | 159 West Polk Street, Coalinga, CA 93210 | Gabrielsen Family Trust as Amended and Restated August 3, 2001 | $28,833.00 |
| 5941 | 135 Sunset Avenue, Suisun City, CA 94585 | Centre Place Walnut Creek, LLC | $98,436.00 |
| 6084 | 980 Florin Road, Sacramento, CA 95831 | Peter P. Bollinger Investment Company | $86,739.00 |
| 5314 | 1308 North 20th Avenue, Pasco, WA 99301 | CSP Pasco, LLC | $0.00 |
| 5668 | 1854 Coronado Avenue, San Diego, CA 92154 | Gershman Properties, LLC | $60,972.00 |
| 5615 | 507 Telegraph Canyon Road, Chula Vista, CA 91910 | Canyon Gateway Plaza, LLC | $0.00 |
| 5739 | 12897 Harbor Boulevard, Garden Grove, CA 92840 | Lifetime Benefits Trust for Zinayda Troussard | $46,730.00 |

| Store # | Address | Landlord | Cure Costs |
|---|---|---|---|
| 6015 | 1449 East F Street, Suite 102, Oakdale, CA 95361 | Foothill Oaks Shopping Center, Inc. | $21,667.00 |

## Exhibit 2

Assumption & Assignment Agreement

## ASSUMPTION AND ASSIGNMENT AGREEMENT

This ASSIGNMENT AND ASSUMPTION AGREEMENT (the "Agreement"), dated as of July ___, 2025, is by and between **Thrifty Payless, Inc.**, a California corporation ("Assignor") and **Ross Dress For Less, Inc.**, a Virginia corporation ("Assignee" and together with Assignor, the "Parties").

## RECITALS

WHEREAS, Assignor, along with its affiliated debtors and debtors in possession (collectively, the "Debtors"), filed a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") in the jointly administered chapter 11 cases captioned *In re New Rite Aid, LLC*, Case No. 25-14861 (MBK) (the "Chapter 11 Cases"); and

WHEREAS, on June 11, 2025, the Bankruptcy Court entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Lease Sale Procedures Order") approving certain procedures (the "Auction Procedures") for the auction and sale of real property leases of the Assignor; and

WHEREAS, on July 3, 2025, the Debtors filed the *Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets* [Docket No. 1320] (the "Bid Notice") pursuant to the Lease Sale Procedures Order; and

WHEREAS, Assignor has agreed to assume and assign, and Assignee has agreed to purchase from Assignor, the real property leases listed on the attached Schedule A (each a "Lease" and together the "Leases") with respect to the premises set forth on Schedule A (the "Premises"), which were identified in the Bid Notice, pursuant to the terms and conditions of this Agreement, subject to entry of an order approving the terms of this Agreement by the Bankruptcy Court.

NOW, THEREFORE, in consideration of the premises and the mutual agreements in this Agreement, the parties ("Parties") agree as follows:

## AGREEMENT

1.    Assignment and Assumption. Effective upon the receipt of Bankruptcy Court Approval (the "Closing Date"):

(a)    Assignor hereby sells, transfers, conveys, assigns and sets over to Assignee, its successors and assigns, all of Assignor's right, title, and interest in and to the Leases, free and clear of leasehold mortgages (if any), subleases, licenses, holdover rights under applicable bankruptcy and non-bankruptcy law and rules, claims liens, mechanics liens, bills, interests, any rights under Section 365(h) of the Bankruptcy Code, and any other rights or encumbrances.

#4928-1562-5301 v5

(b)    Assignee hereby assumes and undertakes to pay, perform, and discharge all of Assignor's obligations and duties with respect to the Leases arising from and after the Closing Date (the "Post-Closing Obligations").

2.    Payment of Purchase Price. Assignee shall, on or before the Closing Date, deliver the purchase price for the Lease(s) in the amount of $4,802,128.00 less any Cure Cost Reduction (as hereinafter defined) (the "Purchase Price") in immediately available funds wired to the account specified by Assignor. If the assumption and assignment of the Lease(s) do(es) not occur by September 30, 2025, Assignee will additionally reimburse Assignor for all amounts that came due, were required to be paid, and were in fact paid in connection with the Lease(s) on and after September 30, 2025. The Parties acknowledge that if the assignment and assumption of the Lease(s) does not occur on or before September 30, 2025, the Lease(s) may thereafter be rejected in the Bankruptcy Court proceeding referenced above. If Bankruptcy Court Approval is not obtained by September 30, 2025 (the "Outside Date") Assignee may terminate this Agreement without any liability hereunder (unless such failure of Closing to occur prior to the Outside Date was due to a failure of Assignee to perform its obligations hereunder). On the Closing Date, Assignor shall deliver possession to Assignee of the Premises and all access codes and keys (or written confirmation that Assignee is authorized to change the locks), key codes and alarm codes for each Premises. If Assignee has paid a deposit with respect to the Purchase Price pursuant to the Auction Procedures or otherwise, the amount of any such deposit shall be credited against the Purchase Price at Closing. Assignee shall have no obligation to pay any amounts to cure any monetary (including any failure to pay any item of rent including CAM, real estate taxes and insurance) or non-monetary defaults under the Leases, including any actual pecuniary losses incurred by the landlord/lessor under the Leases (a "Landlord"), pursuant to section 365(b) of the Bankruptcy Code under the Leases (the "Cure Costs") and the payment of the Cure Costs shall be the sole responsibility of Assignor and be paid by Assignor to the Landlords from the Purchase Price.  If Assignor has paid any rent and other charges under a Lease for the month in which the Closing Date occurs and any subsequent months, there shall be an adjustment or pro-ration of the Purchase Price on account of any such rent or other charges paid by Assignor under the Lease for the month in which the Closing Date occurs and any subsequent months such that Assignee shall pay Assignor, in addition to the Purchase Price set forth herein, for any such rents or other charges paid by Assignor with respect to any periods occurring after the closing date (which amounts shall be pro-rated on a daily basis).  Notwithstanding anything to the contrary contained herein, the Purchase Price is based on the Cure Costs not exceeding the amount of Cure Costs for each Lease set forth on Schedule A attached hereto (any such Cure Costs with respect to each such Lease, the "Maximum Cure Costs").  Prior to the Closing Date, Assignor, Assignee and the Landlord for each such Lease shall agree upon the actual Cure Costs for each such Lease (such agreed Cure Costs with respect to each such Lease, the "Agreed Cure Costs").  If the Agreed Cure Costs for any Lease are less than the Maximum Cure Costs for such Lease, the Purchase Price shall be reduced on a dollar for dollar basis based upon the difference between the Maximum Cure Costs for such Lease and the Agreed Cure Costs for such Lease (the "Cure Cost Reduction").  By way of example only, if the Maximum Cure Costs for a particular Lease are $50,000.00 and the Agreed Cure Costs for such particular Lease are $25,000.00, the Purchase Price will be reduced by $25,000.00.  If, for any reason, the Agreed Cure Costs for a particular Lease exceed the Maximum Cure Costs for such particular Lease, Assignee may, in its sole and exclusive discretion, terminate this Agreement solely with respect to such Lease(s) by providing written notice to Assignor (a "Partial Termination"), and upon such Partial Termination, the Parties will have no further rights or

2

obligations to each other relating to the Lease(s) subject to such Partial Termination; provided, however, that if the Agreed Cure Costs for a particular Lease exceed the Maximum Cure Costs for such particular Lease and Assignee does not exercise a Partial Termination with respect to such Lease, the Purchase Price shall be increased on a dollar for dollar basis based upon the difference between the Agreed Cure Costs for such Lease and the Maximum Cure Costs for such Lease. If there is a Partial Termination with respect to any Lease(s), the Purchase Price shall be reduced by an amount equal to the "Total Cost" associated with such Lease(s) as such Total Cost with respect to each Lease is identified on Schedule A hereto.

3.     Assumption of Liabilities. Assignee shall assume, as of the Closing Date, all remaining obligations that exist with respect to the Lease(s), including, but not limited to, accrued but unbilled adjustments for CAM, real estate taxes, and insurance.

4.     No Further Liability of Assignor. From and after the Closing Date, Assignor shall have no further obligations and duties with respect to the Leases except Assignor's obligation to pay all Cure Costs.

5.     Approval of the Bankruptcy Court. Assignor shall, at its sole cost and expense, comply with all of the procedures and other requirements (including notice requirements) contained in the Lease Sale Procedures Order with respect to the assumption and assignment of the Leases to Assignee, and obtain entry of a final and non-appealable order of the Bankruptcy Court in a form satisfactory to Assignee and substantially in the form attached hereto as Exhibit 1 authorizing the assumption and assignment of the Leases to Assignee (the "Bankruptcy Court Approval").

6.     Conditions to Closing.

(a)     Assignee's obligations under this Agreement are subject to the timely fulfillment of the conditions set forth in this Section 6(a) on or before the Closing Date. Each condition may be waived in whole or in part only by written notice of such waiver from Assignee to Assignor:

(i)     Assignor shall have performed and complied in all material respects with all of the other terms of this Agreement to be performed and complied with by it prior to or at the Closing including, without limitation, Assignor's obligation to pay the Cure Costs to any applicable Landlord under the Leases, and Assignor's obligation to deliver the Premises to Assignee; and

(ii)     Assignor shall have obtained the Bankruptcy Court Approval.

(b)     Assignor's obligations under this Agreement are subject to the timely fulfillment of the conditions set forth in this Section 6(b) on or before the Closing Date. Each condition may be waived in whole or part only by written notice of such waiver from Assignee to Assignee:

(i)     Assignee shall have delivered the Purchase Price (less any deposit) to Assignor.

(ii)     Assignor shall have obtained the Bankruptcy Court Approval.

3

7.     Further Assurances. At any time and from time to time after the date hereof, at the request of Assignee, and without further consideration, Assignor shall execute and deliver such other instruments of sale, transfer, conveyance, assignment, and confirmation or consents and take such other action as Assignee may reasonably request as necessary or desirable in order to more effectively transfer, convey, and assign to Assignee Assignor's rights to the Leases.

8.     "As Is Where Is" Transaction. Assignee hereby acknowledges and agrees that Assignor makes no representations or warranties whatsoever, express or implied, with respect to any matter relating to the Leases. Without limiting the foregoing, Assignor hereby disclaims any warranty (express or implied) of merchantability or fitness for any premises subject to the Leases. Assignee further acknowledges that Assignee has conducted an independent inspection and investigation of the physical condition of premises subject to the Leases and all such other matters relating to or affecting the Leases as Assignee deemed necessary or appropriate and that in proceeding with its acquisition of the Leases, Assignee is doing so based upon such independent inspections and investigations. Accordingly, Assignee will accept the Leases "AS IS" and "WHERE IS."

9.     Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to principles of conflicts of law.

10.     Jurisdiction. The Parties consent to the exclusive jurisdiction of the United States Bankruptcy Court for the District of New Jersey with respect to all matters arising under or relating to this Agreement. The Parties irrevocably waive any objection on the grounds of venue, forum non conveniens, or any similar grounds and irrevocably consent to service of process by mail or in any other manner permitted by applicable law. The Parties waive any right to a trial by jury with respect to any lawsuit or judicial proceeding arising or relating to this Agreement.

11.     No Reliance. Each Party represents and warrants that in entering into this Agreement it is relying on its own judgment, belief and knowledge and, as applicable, on that of any attorney it has retained to represent it in this matter. In entering into this Agreement, no Party is relying on any representation or statement made by any other Party or any person representing such other Party.

12.     Construction. This Agreement has been drafted through a cooperative effort of both Parties, and neither Party shall be considered the drafter of this Agreement so as to give rise to any presumption of convention regarding construction of this document. All terms of this Agreement were negotiated in good faith and at arm's-length, and this Agreement was prepared and executed without fraud, duress, undue influence, or coercion of any kind exerted by any of the Parties upon the other. The execution and delivery of this Agreement is the free and voluntary act of the Parties.

13.     Entire Agreement and Amendment. This Agreement contains the entire agreement of the Parties regarding the subject matter of this Agreement. This Agreement may be amended only in a writing signed by both Parties.

14.     Execution in Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Electronic signature systems such as "PDF" or "DocuSign" format

may be used in place of wet signatures and shall have the same force and effect for all purposes as original signatures, even if the dates or time stamps on the document are not identical in all respects. Each Party intends to be legally bound by the signatures on such PDF or DocuSign documents, is aware that the other Party will be rely on the PDF or DocuSign signatures, and waives all defenses to the enforcement of this Agreement based on the use of PDF or DocuSign Signature. All signatures of the Parties to this Agreement may be transmitted by facsimile or by electronic mail or DocuSign or similar electronic delivery system, and such transmission will, for all purposes, be deemed to be the original signature of such Party whose signature it reproduces, and will be binding upon such Party.

[*Signatures appear on following page*]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

**ASSIGNOR:**
**Thrifty Payless, Inc.**

By: _____
Name: _____
Its: _____

**ASSIGNEE:**
**Ross Dress For Less, Inc.**

By: _____
Name: Jeff Sealy
Its: Group Senior Vice President, Real Estate

*Assumption and Assignment Agreement*

## Schedule A

<u>Leases, Maximum Cure Costs and Total Costs</u>

| Store # | Address | Landlord | Cure Costs | Total Cost |
|---|---|---|---|---|
| 5445 | 4322 Figueroa Street, Los Angeles, CA | B.A.G. Figview #199C, LP | | |
| 5549 | 12739 Van Nuys Boulevard, Pacoima, CA 91331 | Pacoima Plaza Shopping Center, L.L.C. | | |
| 5568 | 17266 Saticoy Street, Van Nuys [Lake Balboa] CA, 91406 | Saticoy Plaza, L.L.C. | | |
| 5602 | 1841 East 4th Street, Ontario, CA 91764 | Mabela VP, L.P. | | |
| 6032 | 19205 Sonoma Highway, Sonoma, CA 94576 | S & N Ltd. | | |
| 5754 | 13151 Jamboree Road, Tustin, CA 92782 | Sanderson J. Ray – Tustin Ranch Plaza; Sanderson J. Ray Development, LLC; and Woodbridge Square East, LP | | |
| 5793 | 159 West Polk Street, Coalinga, CA 93210 | Gabrielsen Family Trust as Amended and Restated August 3, 2001 | | |
| 5941 | 135 Sunset Avenue, Suisun City, CA 94585 | Centre Place Walnut Creek, LLC | | |
| 5621 | 955 Tamarack Avenue, Carlsbad, CA 92008 | MASUE LLC | | |
| 6084 | 980 Florin Road, Sacramento, CA 95831 | Peter P. Bollinger Investment Company | | |
| 5314 | 1308 North 20th Avenue, Pasco, WA 99301 | CSP Pasco, LLC | | |
| 5476 | 11325 Long Beach Boulevard, Lynwood, CA 90262 | SVAP III Plaza Mexico, LLC | | |
| 5668 | 1854 Coronado Avenue, San Diego, CA 92154 | Gershman Properties, LLC | | |
| 5615 | 507 Telegraph Canyon Road, Chula Vista, CA 91910 | Canyon Gateway Plaza, LLC | | |

| Store # | Address | Landlord | Cure Costs | Total Cost |
|---|---|---|---|---|
| 5739 | 12897 Harbor Boulevard, Garden Grove, CA 92840 | Lifetime Benefits Trust for Zinayda Troussard | | |
| 5355 | 16200 SW Pacific Highway, Ste E, Tigard, OR 97224 | SN Investment Properties, LLC | | |
| 5885 | 170 San Mateo Road, Half Moon Bay, CA 94019 | The Chen 1998 Family Trust | | |
| 6015 | 1449 East F Street, Suite 102, Oakdale, CA 95361 | Foothill Oaks Shopping Center, Inc. | | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 25-14861-MBK

New Rite Aid, LLC                                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                     Page 1 of 29

Date Rcvd: Aug 29, 2025                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agostino Angelo Zammiello | on behalf of Interested Party The American Bottling Company azammiello@foxrothschild.com |
| Alan G Tippie | on behalf of Creditor Larchmont Properties  Ltd. Alan.Tippie@gmlaw.com |
| Alan I. Nahmias | on behalf of Creditor Kevin Chamas anahmias@mbn.law  anahmias@prnlaw.com |
| Alan J. Brody | on behalf of Creditor BANK OF AMERICA brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Parkwood Joint Venture aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor Glenwood Associates  LLC abarth@cohenseglias.com |

District/off: 0312-3
Date Rcvd: Aug 29, 2025

User: admin
Form ID: pdf903

Page 2 of 29
Total Noticed: 1

Alexandra Pontrello
    on behalf of Creditor Mar-Mart Realty Co.  Inc. apontrello@westermanllp.com

Alison Rebecca Gross Benedon
    on behalf of Debtor New Rite Aid  LLC abenedon@paulweiss.com, lcanty@paulweiss.com

Allan D Sarver
    on behalf of Creditor Profectus Capital LLC ads@asarverlaw.com

Allison J. Arotsky
    on behalf of Creditor BTS (Wyomissing) L.P.  Orion Development RA LXVII, LLC and Orion Development XXIII, LLC
    aarotsky@moritthock.com

Allison J. Arotsky
    on behalf of Creditor BTS (Wyomissing) L.P. aarotsky@moritthock.com

Alvin Chien-Chih Lin
    on behalf of Creditor DGMM LP and MMDG LP alin@morrisoncohen.com

Andrew Behlmann
    on behalf of Interested Party SB360 Capital Partners  LLC, Gordon Brothers Retail Partners, LLC, GA Retail Solutions, Tiger
    Capital Group, LLC, and Hilco Merchant Resources, LLC abehlmann@lowenstein.com

Andrew Small
    on behalf of Petitioning Creditor Rared Manchester NH  LLC asmall@wglaw.com

Andrew Small
    on behalf of Petitioning Creditor RARED ALLENSTOWN  LLC asmall@wglaw.com

Andrew Small
    on behalf of Petitioning Creditor Rared Jaffrey  LLC asmall@wglaw.com

Andrew H. Sherman
    on behalf of Creditor Committee Willkie Farr & Gallagher LLP on behalf of Official Committee of Unsecured Creditors
    asherman@sillscummis.com

Andrew H. Sherman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew H. Sherman
    on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
    asherman@sillscummis.com

Andrew W Ferich
    on behalf of Creditor Margaret Bianucci aferich@ahdootwolfson.com
    mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
    on behalf of Creditor Kathryn Edwards aferich@ahdootwolfson.com
    mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
    on behalf of Creditor Faith Spiker aferich@ahdootwolfson.com
    mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
    on behalf of Creditor Erica Judka aferich@ahdootwolfson.com
    mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Anna Pia Felix
    on behalf of Creditor Tennington Associates  LP afelix@lpgmlaw.com

Anna Pia Felix
    on behalf of Creditor Pinehaven Associates Motel LP afelix@lpgmlaw.com

Anne B. Sekel
    on behalf of Interested Party CVS Pharmacy Inc. asekel@foley.com  jnicholson@foley.com;jlee@foley.com

Anthony J D'Artiglio
    on behalf of Creditor Aztec Inn L.P. ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Anthony J D'Artiglio
    on behalf of Creditor RAARAMA-11-LLC ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Arthur Abramowitz
    on behalf of Creditor Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com

Benjamin F Johns
    on behalf of Creditor Faith Spiker bjohns@shublawyers.com

Benjamin F Johns
    on behalf of Creditor Erica Judka bjohns@shublawyers.com

Benjamin F Johns
on behalf of Creditor Margaret Bianucci bjohns@shublawyers.com

Benjamin F Johns
on behalf of Creditor Kathryn Edwards bjohns@shublawyers.com

Boris I Mankovetskiy
on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com  asherman@sillscummis.com

Bradford J. Sandler
on behalf of Interested Party Hilrod Holdings L.P. bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradshaw Rost
on behalf of Creditor Westminster Granite Main LLC brost@tspclaw.com

Brett D. Goodman
on behalf of Creditor KK Great Neck 2470  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimschott Factoria Mall  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor 11 Knolls Crescent LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PL Rancho LP brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Independence Plaza SC  LLC brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Pan Pacific (Jefferson Square) LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PK I Silverdale Shopping Center LLC brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor WRI Freedom Centre  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Gateway at Donner Pass  LP brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Kimco Realty Corporation brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor Linda Mar S.C.  L.P. brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman
on behalf of Creditor PK II Tanasbourne Village LP brett.goodman@afslaw.com
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brian I. Kantar
on behalf of Creditor Berkley Insurance Company bkantar@csglaw.com

Brian I. Kantar
on behalf of Creditor The Hanover Insurance Company bkantar@csglaw.com

Brigid K Ndege
on behalf of Creditor Ensono  Inc. brigid.ndege@bclplaw.com, brigid-ndege-4743@ecf.pacerpro.com

Bruce J. Wisotsky
on behalf of Creditor 169 Holding Corp. bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com

Bruce J. Wisotsky
on behalf of Creditor Cascade Wholesale Hardware  Inc. bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Charles E. Boulbol
on behalf of Creditor RX Newburgh Owners LLC rtrack@msn.com

Christopher P. Mazza

on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Clement J Farley

on behalf of Creditor Nova Nordisk Inc. cfarley@mccarter.com

Corey E Taylor

on behalf of Creditor Lease Counterparty 7900 Bellaire I  Ltd. corey@taylorlawoc.com

Corinne Samler Brennan

on behalf of Creditor RAP Smyrna  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP East Market York  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Pena Realty Holdings Company  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Etters  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Audubon Square  Inc. csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Milford  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Crystal Johnson Geise

on behalf of Interested Party UNITED STATES OF AMERICA crystal.geise@usdoj.gov

D. Alexander Barnes

on behalf of Creditor Tinuiti  Inc. njbkr@obermayer.com, alexander.barnes@obermayer.com;vanja.moraca@obermayer.com

Dana S. Plon

on behalf of Creditor GC Main Street Owners LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Marist Centerpoint  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Center Plaza Limited Partnership dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor RAD Connellsville  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Blumel-211 Associates  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor New Wappingers Centerpoint  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Market Square Plaza I  LLC dplon@sirlinlaw.com

Daniel H Roseman

on behalf of Creditor Fishs Eddy IV  LLC droseman@hhk.com, twalker@hhk.com;lpucciarelli@hhk.com;gkielbasinski@hhk.com

David Edelberg

on behalf of Unknown Role Type The Jackson Investment Company  LLC dedelberg@sh-law.com,
edelbergdr82964@notify.bestcase.com

David Edelberg

on behalf of Unknown Role Type Musso Properties dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com

David E. Sklar

on behalf of Creditor PCE Partners  LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

on behalf of Creditor Kaz USA  Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar

on behalf of Creditor Helen of Troy L.P. dsklar@pashmanstein.com  lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David H. Stein

on behalf of Creditor TIJSMA  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck

on behalf of Creditor SVCN 1 LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor Westcore Bravo Lancaster LLC bankruptcy@greenbaumlaw.com

David L. Bruck

on behalf of Creditor State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                        on behalf of Attorney State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                        on behalf of Creditor TMT Bear Creek Shopping Center  Inc. bankruptcy@greenbaumlaw.com

Deborah Kovsky-Apap
                        on behalf of Interested Party Skyline Rocky Road Acquisition  LLC deborah.kovsky@troutman.com,
                        susan.henry@troutman.com;WLBank@troutman.com

Debra Djupman Warring
                        on behalf of Creditor Commonwealth Of Pennsylvania dwarring@attorneygeneral.gov

Dimitri L Karapelou
                        on behalf of Creditor 65 Victory Inestments dlk@mmdlawfirm.com

Dimitri L Karapelou
                        on behalf of Creditor 16 Victory Investments  LLC dlk@mmdlawfirm.com

Dimitri L Karapelou
                        on behalf of Creditor 92 Victory Investments  LLC dlk@mmdlawfirm.com

Douglas G. Leney
                        on behalf of Creditor Lincoln Properties  Ltd. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                        on behalf of Creditor Westminster Granite Main LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas J. McGill
                        on behalf of Creditor Class Action Plaintiffs Margaret Bianucci  Kathryn Edwards, Erica Judka, and Faith Spiker
                        dmcgill@webbermcgill.com

Douglas J. McGill
                        on behalf of Creditor Kathryn Edwards dmcgill@webbermcgill.com

Douglas J. McGill
                        on behalf of Creditor Erica Judka dmcgill@webbermcgill.com

Douglas J. McGill
                        on behalf of Creditor Faith Spiker dmcgill@webbermcgill.com

Douglas J. McGill
                        on behalf of Creditor Red Eagle Management LLC dmcgill@webbermcgill.com

Douglas J. McGill
                        on behalf of Creditor Margaret Bianucci dmcgill@webbermcgill.com

Douglas J. Pick
                        on behalf of Creditor 1950 Fulton LLC dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick
                        on behalf of Creditor 3301 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Douglas J. Pick
                        on behalf of Creditor 5215 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Drew S. McGehrin
                        on behalf of Creditor Thompson & Thompson  LLC and The Edge Group, Inc. dsmcgehrin@duanemorris.com,
                        drew-mcgehrin-5282@ecf.pacerpro.com

Edmond M. George
                        on behalf of Creditor Pintzuk Brown Realty Group edmond.george@obermayer.com
                        michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.
                        com

Elie Jonathan Worenklein
                        on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
                        ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Eric Goldstein
                        on behalf of Creditor ERx Network Holdings  Inc. egoldstein@goodwin.com,
                        bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric R. Perkins
                        on behalf of Creditor Anderson Retail  LLC EPerkins@hlgslaw.com,
                        tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
                        on behalf of Creditor Laguna Oaks  LLC EPerkins@hlgslaw.com,
                        tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

District/off: 0312-3                                   User: admin                                      Page 6 of 29
Date Rcvd: Aug 29, 2025                         Form ID: pdf903                              Total Noticed: 1

Eric R. Perkins
on behalf of Creditor Retail Site Specialists  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
on behalf of Creditor Laguna Harbour LLC EPerkins@hlgslaw.com
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Ericka Fredricks Johnson
on behalf of Interested Party Kin Properties  Inc., Fundamentals Company LLC, Mascot LLC, Masue LLC, Maby LLC,
Hillsborough Associates, Janess Associates, Musue LLC, Bayview Associates, Nathan Jeffrey LLC, and Jasue LLC
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Interested Party Elbe Associates  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Evan Lazerowitz
on behalf of Interested Party Simone Development Companies elazerowitz@rc.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Evan C. Pappas
on behalf of Creditor Ameriserv Financial Bank epappas@tuckerlaw.com

Evan C. Pappas
on behalf of Creditor Martin Perry  as Receiver for 1700 Murray Avenue, LLC epappas@tuckerlaw.com

Faye C Rasch
on behalf of Creditor Heidi Gonzales faye@wrlawgroup.com  hazel@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor New Rite Aid  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Franklin Barbosa, Jr
on behalf of Creditor AudioEC Inc. d/b/a ArtCreativity fb@spsk.com  clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor Configure  Inc. fb@spsk.com, clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor AG WGI LLC fb@spsk.com  clm@spsk.com

Gail C. Lin
on behalf of Plaintiff Martin C Gordon II  on behalf of himself and all others similarly situated gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gary D. Bressler
on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
gbressler@mdmc-law.com, hryan@mdmc-law.com

Gregory Kopacz
on behalf of Creditor Committee Official Committee of Unsecured Creditors gkopacz@sillscummis.com

Gregory Francis Vizza
on behalf of Creditor P&F Retail Associates  L.P. vizza@blankrome.com

Holly Smith Miller
on behalf of Interested Party Investcal Realty Corporation  et. al. hsmiller@gsbblaw.com

Jaclynn McDonnell
on behalf of Creditor Danita and Donald Brown jmcdonnell@genovaburns.com  dmendez@genovaburns.com

James Martin Charles McHale
on behalf of Creditor State of Maryland jmchale@oag.state.md.us
szadrozny@oag.state.md.us;bedmunds@oag.state.md.us;ckellogg@oag.state.md.us

James N. Lawlor
on behalf of Creditor American Greetings Corp. jlawlor@wmd-law.com

James N. Lawlor
on behalf of Creditor Papyrus-Recycled Greetings  Inc. jlawlor@wmd-law.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics  Inc. and Ryder Transportation Solutions, LLC
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor Dover Management Co. jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
on behalf of Interested Party 111 North High Associates  L.P. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff

on behalf of Creditor Profectus Capital LLC jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jami B. Nimeroff
                    on behalf of Creditor Kevin Chamas jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jason D. Angelo
                    on behalf of Creditor Interactive Communications International  Inc. JAngelo@reedsmith.com,
                    jason-angelo-3987@ecf.pacerpro.com

Javier L. Merino
                    on behalf of Interested Party West Virginia NAS Committee jmerino@dannlaw.com  9497659420@filings.docketbird.com

Javier L. Merino
                    on behalf of Interested Party The Ad Hoc Committee for NAS Children jmerino@dannlaw.com
                    9497659420@filings.docketbird.com

Jay Lavroff
                    on behalf of Interested Party Great American Assurance Company jlavroff@lindabury.com

Jay Lavroff
                    on behalf of Interested Party Great American Spirit Insurance Company jlavroff@lindabury.com

Jay Lavroff
                    on behalf of Interested Party Great American Insurance Company of New York jlavroff@lindabury.com

Jay B. Solomon
                    on behalf of Creditor B-21  LLC jsolomon@bbgllp.com

Jay B. Solomon
                    on behalf of Creditor Eltingville Shopping Center LLC jsolomon@bbgllp.com

Jay B. Solomon
                    on behalf of Creditor Brithym Realty Co. jsolomon@bbgllp.com

Jeffrey Kurtzman
                    on behalf of Creditor The Goldenberg Group kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor Kingsway Realty Company kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor DJM NNN IV  LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor Mustang Square LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor Goodman Properties kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
                    on behalf of Creditor AMS Olyphant RA  LLC kurtzman@kurtzmansteady.com

Jeffrey M. Sponder
                    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey Thomas Testa
                    on behalf of Creditor Nova Nordisk Inc. jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer Hoover
                    on behalf of Creditor Canyon Crest Towne Centre  LLC jhoover@beneschlaw.com,
                    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Cranston McEntee
                    on behalf of Creditor Parkwood Joint Venture jcranston@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jeremiah Vandermark
                    on behalf of Creditor Google LLC vandermarkjj@whiteandwilliams.com

Jerome Bennett Friedman
                    on behalf of Creditor DJM NNN IV  LLC jfriedman@flg-law.com

Jessica Apter
                    on behalf of Creditor 1199SEIU League Training & Upgrading Fund japter@levyratner.com

Jessica Apter
                    on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
                    on behalf of Creditor 1199SEIU United Healthcare Workers East japter@levyratner.com

Jessica Apter
                    on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

District/off: 0312-3                                    User: admin                                    Page 8 of 29
Date Rcvd: Aug 29, 2025                            Form ID: pdf903                            Total Noticed: 1

Jessica M. Gulash
on behalf of Creditor RAD PA  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Bloch Ironwood  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Rita Rudman Revocable Trust jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor 9th & Highland  LLC jgulash@lbmlaw.com

Joel W. Ruderman
on behalf of Creditor Penson Benefit Guaranty Corporation ruderman.joel@pbgc.gov  efile@pbgc.gov

John O'Boyle
on behalf of Interested Party Universal Group Companies joboyle@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John Piskora
on behalf of Creditor Schwartz Halfmoon Associates  LLC jpiskora@loeb.com, nydocket@loeb.com,vrubinstein@loeb.com

John Willard
on behalf of Creditor Ipsos MMA  Inc. jgwillard@spencerfane.com

John Willard
on behalf of Creditor Ipsos-Insight  LLC jgwillard@spencerfane.com

John C. Stellakis
on behalf of Creditor Cannonbut LLC jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor Midwood Management Corp. jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor RC Southampton LLC jstellakis@farrellfritz.com

John J. Jacko
on behalf of Creditor Blue Jay Center  LLC jjacko@leechtishman.com, john@fellheimer.net

John P Byrne
on behalf of Creditor Robins Carlsbad  LLC john.byrne@byrnelawcorp.com

John P. Di Iorio
on behalf of Creditor Rizona Inc. jdiiorio@shapiro-croland.com

John S. Mairo
on behalf of Creditor PHR Village  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor JoAnn Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor William Burke jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu,
Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold jmairo@gibbonslaw.com,
emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Gregory P. Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor PA Hopewell LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor T.F. Associates jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor ECK-Aliquippa PA LP jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Crest Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
on behalf of Creditor Derry Realty Group LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

Jon Travis Powers
on behalf of Creditor 2545 Getzville LLC tpowers@hodgsonruss.com

Jonathan S. Bodner

on behalf of Creditor MTI Digital Inc. jbodner@bodnerlawpllc.com

Jordan Seth Blask

on behalf of Creditor CRH-A LLP jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Hillsborough Haven jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group jblask@fbtlaw.com  rmccartney@fbtlaw.com

Joseph Andrew Kutschman, III

on behalf of Creditor OSJ of Peterborough LLC jkutschman@cutolobarros.com  ecourts@cutolobarros.com

Joseph H. Lemkin

on behalf of Creditor Harbor Center Partners  L.P. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor The Libman Company jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Edgemark Littleton  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Joseph Murphy Corporation jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Mt. Lebanon Cooke  LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-1 Limited Partners jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Felos Associates LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Bethel Park Library  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Red Lion Broadway  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Yoko C. Gates Trust jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor First Priority Funding  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor LS Morrell  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Santiago Holdings II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-3 Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor RAP Hamlin LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Conopco  Inc. d/b/a Unilever NA jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor RAP Dallas LP jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Ald Capital PA  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor 569 Broadway Associates jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor SADG-4 Limited Partnership jlemkin@stark-stark.com

Justin Kerner

on behalf of Creditor Ross Dress for Less  Inc. kernerj@ballardspahr.com,
weickk@ballardspahr.com;BallardDocketEast@ballardspahr.com

Justin S Krell
on behalf of Creditor D & L Rentals  LLC jkrell@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Kaitlin R. Walsh
on behalf of Creditor NBPIV Delran LLC krwalsh@mintz.com  docketing@mintz.com

Keara Waldron
on behalf of Creditor Mill Avenue Associates  LLC kwaldron@halperinlaw.net, adroz@lowenstein.com

Kelly D. Curtin
on behalf of Creditor SACC Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Kelly M. Purcaro
on behalf of Creditor Larchmont Properties  Ltd. Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com

Kelsey L Owens
on behalf of Creditor Penson Benefit Guaranty Corporation owens.kelsey@pbgc.gov

Kenneth L. Baum
on behalf of Creditor 4151 White Plains Road LLC kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor Washington Town Center  LLC kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor The Auldan Company  L.L.C. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor West Capitol Shopping Center  LLC kbaum@kenbaumdebtsolutions.com,
ddipiazza@kenbaumdebtsolutions.com

Keri P. Ebeck
on behalf of Creditor The Ventura Family 2023 Trust KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Interested Party Murray Avenue Market KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin J. Mangan
on behalf of Creditor CorVel Enterprise Claims  Inc. (f/k/a CorVel Enterprise Comp, Inc.) kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Williams Scotsman  Inc., as successor-in-interest to Mobile Mini, Inc. kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin T Fogerty
on behalf of Creditor Goldco Partners kfogerty@fogertylaw.com

Kimberly Nelson
on behalf of Interested Party Federal Trade Commission knelson@ftc.gov

Kyriaki Christodoulou
on behalf of Creditor Metropolitan Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor San Diego Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor The Connecticut Light & Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Appalachian Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Pennsylvania Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Delmarva Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia kchristodoulou@cullenllp.com

District/off: 0312-3                          User: admin                                    Page 11 of 29
Date Rcvd: Aug 29, 2025                       Form ID: pdf903                                 Total Noticed: 1

Kyriaki Christodoulou

on behalf of Creditor West Penn Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor The Brooklyn Union Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Niagara Mohawk Power Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor PSEG Long Island kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Yankee Gas Service Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor NStar Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor PECO Energy Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Western Massachusetts kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Consolidated Edison Company of New York  Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor KeySpan Gas East Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Southern California Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Public Service Company of New Hampshire kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Boston Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Rochester Gas and Electric Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Baltimore Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Atlantic City Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Massachusetts Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Ohio Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Orange & Rockland Utilities  Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Ohio Power Company d/b/a AEP Ohio kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

on behalf of Creditor Southern California Gas Company kchristodoulou@cullenllp.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leslie Carol Heilman

on behalf of Creditor BCORE WESTWOOD VILLAGE LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Manoa Shopping Center Associates  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Prime/FRIT Bell Gardens  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor RAR 2 Queen Anne Eden Hill QRS  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor RI - Grass Valley  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Balden Towne Plaza Limited Partnership HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Spirit EK Vineland NJ  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor c/oLeslie C. Heilman CLPF HARBOUR POINTE  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor GKGF  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor S & N II  LTD. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ROIC Paramount Plaza  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor HCP RRF Sand Canyon LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Lancaster Development Company  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Rich/Cherry  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor The Irvine Company LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Perform Properties HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain A OC LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Spirit RA Plains PA  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 5931 Atlantic  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Merlone Geier Partners HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Weis Markets Inc. HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor AAT Del Monte LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

District/off: 0312-3                                User: admin                                Page 13 of 29
Date Rcvd: Aug 29, 2025                             Form ID: pdf903                           Total Noticed: 1

Leslie Carol Heilman

on behalf of Creditor The Commons at Calabasas  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Zentmyer Properties II LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CP/IPERS Woodfield  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain B LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XI-A TOWN CENTER LAKE FOREST  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN A WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor QCSI SIX LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Realty Income Corporation HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN B OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MDC Seal Beach  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Huntingdon Pike Company HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain A LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Montecito Market Place Associates HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Valley Mall  L.L.C. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN B WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Redondo Prime 1  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN A OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SO-Goodnoes Corner JV LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Northern Trust Bank of CA  N.A. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

District/off: 0312-3                                    User: admin                                    Page 14 of 29
Date Rcvd: Aug 29, 2025                          Form ID: pdf903                              Total Noticed: 1

Leslie Carol Heilman
                    on behalf of Creditor SVAP III Plaza Mexico  LLC HeilmanL@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor Brixton Capital HeilmanL@ballardspahr.com
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
                    on behalf of Creditor CLPF Harbour Pointe  LLC HeilmanL@ballardspahr.com,
                    vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Liam Braber
                    on behalf of Creditor New Century Associates Group  L.P. lbraber@jacobydonner.com

Lindsey E. Snavely
                    on behalf of Creditor U D Properties lsnavely@pillaraught.com  tlaughead@pillaraught.com

Lindsey E. Snavely
                    on behalf of Creditor Boyd & Mahoney lsnavely@pillaraught.com  tlaughead@pillaraught.com

Louis Anthony Modugno
                    on behalf of Interested Party Chartis Excess Limited lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party Commerce and Industry Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party Insurance Company of The State of Pennsylvania lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party AIG Specialty Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party American Home Assurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party American International Reinsurance Company  LTD lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party Illinois National Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno
                    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pennsylvania lmodugno@tm-firm.com

Louis T. DeLucia
                    on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
                    john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
                    basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman
                    on behalf of Creditor The Greystone Group mkurzman@carmodylaw.com

Mark B Conlan
                    on behalf of Creditor RA Hopewell Associates  LLC mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor Chu Family Trust  Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold
                    mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor PHR Village  LLC mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor JoAnn Dischinat mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor Gregory P. Dischinat mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor William Burke mconlan@gibbonslaw.com

Mark B Conlan
                    on behalf of Creditor T F Associates mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Derry Realty Group LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-Aliquippa PA LP mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Crest Properties LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor RA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu,
Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor PA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-ALIQUIPPA Associates  L.P. mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor T.F. Associates mconlan@gibbonslaw.com

Martha Baskett Chovanes

on behalf of Creditor Parsi Investments  LLC mchovanes@foxrothschild.com,
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew E. Kaslow

on behalf of Interested Party Terramar Retail  LLC a/k/a Tierrasanta Town Centers, LLC mkaslow@blankrome.com

Melissa A. Pena

on behalf of Creditor Rochdale Village  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor Sligo Realty and Service Corp. mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena

on behalf of Creditor 508 Monroe Turnpike  LLC mapena@norris-law.com, pfreda@nmmlaw.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth Of Pennsylvania mvaneck@attorneygeneral.gov

Michael Kahme

on behalf of Creditor Universal Protein Supplements Corp. dba Universal Nutrition mkahme@hillwallack.com
fmansmann@hillwallack.com

Michael Kwiatkowski

on behalf of Creditor Rochester Gas and Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor New York State Electric & Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com,
crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor NStar Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

District/off: 0312-3                                     User: admin                                     Page 16 of 29
Date Rcvd: Aug 29, 2025                                  Form ID: pdf903                                 Total Noticed: 1

Michael Kwiatkowski

on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Orange & Rockland Utilities Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Western Massachusetts mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor KeySpan Gas East Corporation mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Power Company d/b/a AEP Ohio mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Metropolitan Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Appalachian Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Brooklyn Union Gas Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Washington D.C. Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Maxi Drug North Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rx USA Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Connecticut Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor EDC Drug Stores Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor PJC Realty MA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of MO  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Design Holdings  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor 4042 Warrensville Center Road Warrensville Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of West Virginia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor JCG (PJC) USA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Payroll Management  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Manchester Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Apex Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of VA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor P.J.C. Realty Co.  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC of Vermont Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New York  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Hunter Lane  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Rome Distribution Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

Michael D. Sirota

on behalf of Debtor Ex Initiatives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rx Choice  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Specialty Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Services  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Drug Palace  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Special Realty Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Delaware  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor P.J.C. Distribution  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Tech  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Eckerd Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Harco  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor The Jean Coutu Group (PJC) USA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K&B Texas Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Hdqtrs. Funding  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Savings  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RDS Detroit  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor 1740 Associates  L.L.C. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Grand River & Fenkell  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor First Florida Insurers of Tampa  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor The Bartell Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor The Lane Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor New Rite Aid  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Name Rite  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PDS-1 Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Holdco  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Tennessee  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC of Rhode Island  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Tennessee Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Rxclusives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Realty Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of North Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor RediClinic of PA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of DC  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Genovese Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Perry Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Kentucky  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Investments Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Georgia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Maxi Green Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Investments Corp.  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of NV  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Thrifty Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New Jersey  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor GDF  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Software  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New Hampshire  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic US  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrift Drug  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Pennsylvania  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Alabama Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Broadview and Wallings-Broadview Heights Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Maxi Drug South  L.P. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor JCG Holdings (USA)  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrifty Ice Cream  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor LMW - 90B Avenue Lake Oswego  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Virginia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Lease Management Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of Dallas-Fort Worth  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid Online Store  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Ex Procurement  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor K & B Louisiana Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor ILG - 90 B Avenue Lake Oswego  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Thrifty PayLess  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Maryland  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Ex Benefits  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor PJC Lease Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Ex Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor READ's Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Vermont  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor 5277 Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Ex Solutions of OH  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor RediClinic of DE  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Gettysburg and Hoover-Dayton  Ohio, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Munson & Andrews  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid Drug Palace  Inc msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor 5600 Superior Properties  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of South Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Options  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Richfield Road - Flint  Michigan, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC of Massachusetts  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of MD  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Peterborough Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Indiana  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Design  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RCMH LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Transport  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K & B Mississippi Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Maxi Drug  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Maine  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Revere Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt

District/off: 0312-3
Date Rcvd: Aug 29, 2025

User: admin
Form ID: pdf903

Page 24 of 29
Total Noticed: 1

on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael J. Goettig

on behalf of Creditor Green Dot Bank MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael J. Goettig

on behalf of Creditor Green Dot Corporation MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael R. Herz

on behalf of Interested Party Alsoctt  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Michele M. Dudas

on behalf of Creditor McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Monique Bair DiSabatino

on behalf of Creditor Forest Valley Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Famtan LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Mary Ann Genuario mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor L/S 1200 Intrepid Avenue  LP mdisabatino@saul.com, robyn.warren@saul.com

Morton R. Branzburg

on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com;nyackle@klehr.com

Moshie Solomon

on behalf of Creditor Tandem Equities L.L.C. msolomon@golenbock.com

Norman N Kinel

on behalf of Interested Party CSC Delaware Trust Company  as Successor Trustee norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Oleh Matviyishyn

on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Owen Lipnick

on behalf of Creditor JRC Assets  LP olipnick@bertonepiccini.com

Pamela Elchert Thurmond

on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul J. Winterhalter

on behalf of Creditor Vernon Central Warehouse  Inc. pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Fair Oaks  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Sheldon Plaza  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor The Chen 1998 Family Trust & 170 San Mateo Road Partnership pwinterhalter@offitkurman.com
cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Attorney Breck E Milde pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Toni A. Dimiceli  Trustee et al pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul R. DeFilippo

on behalf of Interested Party Five Below  Inc. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor American Greetings Corp. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor Papyrus-Recycled Greetings  Inc. pdefilippo@wmd-law.com

Rachel A. Parisi

on behalf of Creditor JSK Lebanon LLC raparisi@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Raymond M. Patella

on behalf of Creditor Contingence LLC rpatella@lawjw.com

Rebecca Starner
on behalf of Creditor Levy Affiliates rebecca.starner@huschblackwell.com  serena.gray@huschblackwell.com

Richard D. Trenk
on behalf of Creditor Ohiopyle Prints  Inc. rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard D. Trenk
on behalf of Creditor Major Trading Inc. rtrenk@trenkisabel.law  averdugo@tisslaw.com

Richard D. Trenk
on behalf of Creditor One Paragon Drive  LP rtrenk@trenkisabel.law, averdugo@tisslaw.com

Robert L Murphy
on behalf of Creditor Greater Butler Mart Holdings  LLC rmurphy@papernick-gefsky.com

Robert L. LeHane
on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
of the RAD GUC Equity Trust rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor East Park Development LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Brixmor Property Group  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Fox Chapel Plaza rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor DS Properties 18 LP rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor First Washington Realty rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane
on behalf of Creditor Regency Centers L.P. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert P. Shapiro
on behalf of Creditor RA2 Wildwood LLC rshapiro@shapirocroland.com

Robert P. Shapiro
on behalf of Creditor RA2 Lakehurst LLC rshapiro@shapirocroland.com

Ronald Brown, Jr
on behalf of Creditor Platt Partners. L.P. ron@rkbrownlaw.com

Ronald Brown, Jr
on behalf of Creditor Harbor Center Partners  L.P. ron@rkbrownlaw.com

Ross J. Switkes
on behalf of Creditor Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Lamb
on behalf of Interested Party UNITED STATES OF AMERICA ryan.lamb@usdoj.gov

Sam Della Fera, Jr
on behalf of Creditor Greenwood Shopping Center  Inc. sdellafera@csglaw.com

Scott Fleischer
on behalf of Creditor Kempner Properties  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor SVAP III Plaza Mexico  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

District/off: 0312-3                                         User: admin                                    Page 26 of 29
Date Rcvd: Aug 29, 2025                                   Form ID: pdf903                              Total Noticed: 1

Scott Fleischer

on behalf of Creditor Ironhorn Enterprises  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Gibraltar Management Co.  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor The Widewaters Group  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor Paragon Management Group  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer

on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott A. Zuber

on behalf of Creditor The Hanover Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor Berkley Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor Mahnaz Javaheri szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor Eliseo Medellin Hernandez szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber

on behalf of Creditor Ieka Monique Lucas szuber@csglaw.com  ecf@csglaw.com

Scott M. Klein

on behalf of Creditor 4000 Woodhaven Holdings DE LLC sklein@fekmlaw.com
kpower@fekmlaw.com;keckman@fekmlaw.com

Seth H. Lieberman

on behalf of Creditor Computershare Trust Company  National Association, as Successor Trustee
slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Shawn J. Lau

on behalf of Creditor RWY Trust shawn_lau@msn.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

on behalf of Creditor New Hartford Holdings LLC shmuel.klein@verizon.net
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Attorney Natali A. Ron shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Creditor Gallashea Properties  LLC shmuel.klein@verizon.net,
bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Creditor Hvp2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Simon Aron

on behalf of Interested Party Series IV  channel Island Business Mart, of The Wolf Family Series, LP saron@wrslawyers.com,
jlee@wrslawyers.com

Sophia L. Cahill

on behalf of Interested Party Optimal Investment Group  Inc. scahill@sheppardmullin.com,
ny-docketing@sheppardmullin.com;1142443420@filings.docketbird.com

Steven A. Jayson

on behalf of Creditor IVI World LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Creditor HS Belmont LLC sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Creditor 1021 First Avenue Conway  LLC sjayson@msklaw.net,

jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M Richman

on behalf of Creditor CPT Shops at Rossmoor  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Vestar Peninsula Retail  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Summit Apartments  Inc. srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor S. Davis Real Estate Holdings  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Stuart Kossar

on behalf of Creditor Rochdale Village  Inc. slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor 508 Monroe Turnpike  LLC slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor Sligo Realty and Service Corp. slkossar@norris-law.com  aburton@norris-law.com

Stuart M. Brown

on behalf of Interested Party MedImpact Healthcare Systems  Inc. stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Sue Liu Chin

on behalf of Creditor Reyes Holdings  L.L.C. schin@borgeslawllc.com

Terri Jane Freedman

on behalf of Creditor Berkley Insurance Company tfreedman@csglaw.com  mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor 1396 W. Chestnut LLC tfreedman@csglaw.com  mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals tfreedman@csglaw.com,
mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Terri Jane Freedman

on behalf of Creditor The Hanover Insurance Company tfreedman@csglaw.com
mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Thomas Pitta

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
of the RAD GUC Equity Trust tpitta@emmetmarvin.com

Thomas S. Onder

on behalf of Creditor LS Morrell  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-3 Limited Partnership tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Edgemark Littleton  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor 569 Broadway Associates tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Conopco  Inc. d/b/a Unilever NA tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor The Libman Company tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Red Lion Broadway  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

District/off: 0312-3                                    User: admin                                    Page 28 of 29
Date Rcvd: Aug 29, 2025                              Form ID: pdf903                                Total Noticed: 1

Thomas S. Onder

on behalf of Creditor Bethel Park Library  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Mt. Lebanon Cooke  LP tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Santiago Holdings II  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor RAP Dallas LP tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Harbor Center Partners  L.P. tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Ald Capital PA  LLC tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Trust for the Benefit of Catherine M. Levin  et als. tonder@stark-stark.com

Thomas S. Onder

on behalf of Creditor Felos Associates LLC tonder@stark-stark.com

Turner Falk

on behalf of Creditor PFK Partners LP turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk

on behalf of Creditor Ross Dress for Less  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Valerie Palma DeLuisi

on behalf of Creditor Ebony Bates vpd@palmalawfirm.com  r51449@notify.bestcase.com

Victoria N Argeroplos

on behalf of Interested Party Burlington Stores  Inc. vargeroplos@jw.com,
kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;jpupo@jw.com

Vincent J. Roldan

on behalf of Creditor SN Investment Properties  LLC vroldan@mblawfirm.com

Vincent J. Roldan

on behalf of Creditor Cascade Commons LLC vroldan@mblawfirm.com

Virginia T. Shea

on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
vshea@mdmc-law.com, gbressler@mdmc-law.com

Walter Benzija

on behalf of Creditor Mill Avenue Associates  LLC wbenzija@halperinlaw.net, mmurrayhbb@outlook.com

Warren A. Usatine

on behalf of Debtor New Rite Aid  LLC wusatine@coleschotz.com, fpisano@coleschotz.com;ddelehanty@coleschotz.com

Warren J. Martin, Jr.

on behalf of Creditor SKD Construction Co.  LLC wjmartin@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Wendy M Simkulak

on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

William G. Wright

on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com

William J. Burnett

on behalf of Creditor Colella Family Partners and Samuel D. Colella  Trustee of the Colella Family Non-Exempt Marital
Deduction Trust dated 9/21/1992 william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Burnett

on behalf of Creditor Aquitania  Corp. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Levant

on behalf of Creditor FNRP Realty Advisors  LLC efile.wjl@kaplaw.com, wlevant@gmail.com

William John Maffucci
on behalf of Creditor ImageOne Interco  LLC d/b/a ImageOne Industries, LLC wmaffucci@sogtlaw.com

William Joseph Oxley
on behalf of Creditor Township of Barnegat woxley@dastilaw.com

William Joseph Oxley
on behalf of Creditor Manchester Township Tax Office woxley@dastilaw.com

Wojciech F. Jung
on behalf of Interested Party Burlington Stores  Inc. Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com

Wojciech F. Jung
on behalf of Creditor TRC Master Fund LLC Wojciech.Jung@wbd-us.com  cindy.giobbe@wbd-us.com


TOTAL: 631