# EXHIBIT "B"

**From:** Kevin Cohen <KCOHEN3@dollartree.com>
**Date:** August 22, 2025 at 12:31:39 PM EDT
**To:** Daniel Bleznak <dbleznak@adcopa.com>, Phil Licht <plicht@adcopa.com>
**Subject: RE: Rite Aid - Trevose, PA**

Dan – thanks again for your time this morning. As discussed, we must decide by end of day Wednesday unless you are willing to toll rent for September while we finalize the deal. Proposal below. Let me know if you have any questions. Thanks.

1. New 10-year term
2. Base rent of $13.07psf (what RAD is paying)
3. 4 options (5 years each) at 10% bumps (RAD currently has 8 options)
4. 60 days of free rent (to build out the store)
5. $5psf in TA to replace HVAC
6. If applicable, waive cure
7. If applicable, LL take over responsibility for roof and structure
8. Family Dollar waiver (we will help with)
9. No broker fees

**Kevin Cohen**
*Regional Director – Leasing*



6175 SOM Center Rd. Suite 220, Solon, OH 44139
(216-650-2773) | kcohen3@dollartree.com