**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anne B. Sekel, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-*and*-

Geoffrey S. Goodman, Esq.(admitted *pro hac vice*)
Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: (312) 832-4500
Fax: (312) 832-4700
Email:  ggoodman@foley.com
        jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

**CVS PHARMACY INC.'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellant CVS Pharmacy, Inc. ("CVS"), by and through its undersigned counsel, hereby respectfully (i) designates the following items from bankruptcy case number 25-14861 for inclusion in the record on appeal from the *Order Granting, in Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance By CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement* [Docket No. 1800] (the "Order"), entered by the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on August 5, 2025, and (ii) provides the following statement of issues to be presented on appeal.

CVS's appeal is pending before the Hon. Robert Kirsch, of the United States District Court for the District of New Jersey, Case No. 25-cv-14757.

**I.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

CVS designates the following documents and each attachment, exhibit, or appendix thereto.  Sealed documents are identified by "**[SEALED]**" in the document description.

| Filing Date | Docket No. | Description |
|---|---|---|
| 05/06/2025 | 17 | Motion re: Debtors' Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing (A) the Sale of Assets and (B) Shortened Notice with Respect Thereto, and (VII) Granting Related Relief Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Sirota, Michael) (Entered: 05/06/2025) |
| 05/06/2025 | 19 | Declaration of Elise S. Frejka in Support of Debtors' Motion for Entry of Orders (I) Approving Bidding Procedures and Related Relief and (II) Authorizing and Approving the Conduct of Closing Location Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances and Related Relief in support of (related document:17 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, |

2

| Filing Date | Docket No. | Description |
|---|---|---|
| | | Michael) (Entered: 05/06/2025) |
| 05/06/2025 | 20 | Declaration of Adam Rifkin in Support of the Debtors' Bidding Procedures Motion in support of (related document:17 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 05/06/2025) |
| 05/06/2025 | 24 | Document re: / Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions (related document:1 Voluntary Petition (Chapter 11) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 05/06/2025) |
| 05/07/2025 | 142 | ORDER (I) APPROVING THE AUCTION AND BIDDING PROCEDURES, (II) SCHEDULING CERTAIN DATES AND DEADLINES WITH RESPECT THERETO, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, (V) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF ASSUMED CONTRACTS, (VI) AUTHORIZING (A) THE SALE OF ASSETS AND (B) SHORTENED NOTICE WITH RESPECT THERETO, AND (VII) GRANTING RELATED RELIEF. (Related Doc # 17). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/7/2025. (wiq) (Entered: 05/07/2025) |
| 05/21/2025 | 470 | ORDER (I) APPROVING AND AUTHORIZING THE SALE OF CERTAIN PHARMACY ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, INTERESTS, AND ENCUMBRANCES, (II) APPROVING CERTAIN ASSET PURCHASE AGREEMENTS AND RELATED AGREEMENTS AMONG THE DEBTORS AND PURCHASER, (III) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS IN CONNECTION THEREWITH, AND (IV) GRANTING RELATED RELIEF (related document:17 Motion re: Debtors' Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing (A) the Sale of |

| Filing Date | Docket No. | Description |
|---|---|---|
| | | Assets and (B) Shortened Notice with Respect Thereto, and (VII) Granting Related Relief Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. filed by Debtor New Rite Aid, LLC, 329 Proposed Order (I) Approving and Authorizing the Sale of Certain Pharmacy Assets Free and Clear of All Liens, Claims, Rights, Interests, and Encumbrances, (II) Approving Certain Asset Purchase Agreements and Related Agreements Among the Debtors and Purchaser, (III) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (IV) Granting Related Relief in support of (related document:327 Support filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. filed by Debtor New Rite Aid, LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2025. (dmi) (Entered: 05/21/2025) |
| 07/03/2025 | 1322 | Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # 1 Proposed Order) (Sirota, Michael) (Entered: 07/03/2025) |
| 07/03/2025 | 1323 | Declaration of George Zhushma in Support of Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements in support of (related document:1322 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/03/2025) |
| 07/03/2025 | 1324 | Declaration of Megan Spelman in Support of Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements in support of (related document:1322 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/03/2025) |
| 07/03/2025 | 1325 | Application to Shorten Time (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements filed by Debtor New Rite Aid, LLC) Filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/03/2025) |

| Filing Date | Docket No. | Description |
|---|---|---|
| 07/05/2025 | 1332 | Order Granting Application to Shorten Time (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements filed by Debtor New Rite Aid, LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/5/2025. Hearing scheduled for 7/8/2025 at 02:00 PM (VIA ZOOM), MBK - Courtroom 8, Trenton. *** Parties may request to appear by Zoom by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date *** (wiq) (Entered: 07/05/2025) |
| 07/07/2025 | 1343 | Document re: Debtors' Witness and Exhibit List for Hearing Scheduled for July 8, 2025 at 2:00 p.m. (prevailing Eastern Time) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/07/2025) |
| 07/08/2025 | 1355 | Response to (related document:467 ORDER AUTHORIZING THE DEBTORS TO REDACT AND FILE UNDER SEAL CONFIDENTIAL INFORMATION CONTAINED IN THE ASSET PURCHASE AGREEMENTS (Related Doc 353). Service of notice of this entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2025. (dmi), 1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # 1 Proposed Order) filed by Debtor New Rite Aid, LLC) filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/08/2025) |
| 07/08/2025 | | Hearing Rescheduled from 7/8/2025. (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # 1 Proposed Order) Filed by Debtor New Rite Aid, LLC)Hearing scheduled for 07/24/2025 at 11:30 AM, MBK - Courtroom 8, Trenton. (llb) (Entered: 07/09/2025) |
| 07/08/2025 | | Amended Hearing Rescheduled from 7/8/2025. (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # 1 Proposed |

| Filing Date | Docket No. | Description |
|---|---|---|
| | | Order) Filed by Debtor New Rite Aid, LLC) Hearing scheduled for 07/25/2025 at 11:30 AM, MBK - Courtroom 8, Trenton. (llb) (Entered: 07/09/2025) |
| 07/10/2025 | 1392 | Transcript regarding Hearing Held 007/08/25 (related document:143 Order (Generic), 184 Order (Generic), 185 Document filed by Debtor New Rite Aid, LLC, 333 Document filed by Debtor New Rite Aid, LLC, 505 Document filed by Debtor New Rite Aid, LLC, 537 Motion (Generic) filed by Debtor New Rite Aid, LLC, 567 Motion for Relief From Stay filed by Creditor TIJSMA, LLC, 595 Document filed by Debtor New Rite Aid, LLC, 810 Cross Motion filed by Creditor Manoa Shopping Center Associates, L.P., Creditor Realty Income Corporation, Creditor Fairview Shopping Center, LLC, Creditor Brixton Capital, Creditor Valley Mall, L.L.C., Creditor S & N II, LTD., Creditor HCP RRF Sand Canyon LLC, Creditor Weis Markets Inc., Creditor Gartin Properties LLC, Creditor Balden Towne Plaza Limited Partnership, Creditor Huntingdon Pike Company, Creditor Prime/FRIT Bell Gardens, LLC, Creditor QCSI SIX LLC, Creditor Redondo Prime 1, LLC, Creditor 5931 Atlantic, LLC, Creditor AAT Del Monte LLC, Creditor EDENS, Creditor Lancaster Development Company, LLC, Creditor RAR 2 Queen Anne Eden Hill QRS, LLC, Creditor SO-Goodnoes Corner JV LLC, Creditor Spirit EK Vineland NJ, LLC, Creditor Spirit RA Plains PA, LLC, Creditor SVAP III Plaza Mexico, LLC, Creditor The Irvine Company LLC, Creditor CP/IPERS Woodfield, LLC, Creditor Northern Trust Bank of CA, N.A., 1322 Motion (Generic) filed by Debtor New Rite Aid, LLC). The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to contact the transcriber, call the Clerk's Office. Notice of Intent to Request Redaction Deadline Due By 7/17/2025. List of Items to be Redacted Due By 07/31/2025. Redacted Transcript Submission Due By 08/11/2025. Remote electronic access to the transcript will be restricted through 10/8/2025. (J&J Court Transcribers) (Entered: 07/10/2025) |
| 07/22/2025 | 1523 | Document re: CVS Pharmacy Inc.'s Witness and Exhibit List for July 25, 2025 Hearing filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/22/2025) |
| 07/22/2025 | 1527 | Document re: Debtors' Initial Witness and Exhibit List for July 25, 2025 Hearing filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/22/2025) |
| 07/23/2025 | - | *CVS Pharmacy Inc.'s Pre-Hearing Brief in Opposition to Debtor's Emergency Motion to Enforce the Sale Order and Compel Performance Under the CVS Asset Purchase Agreements* |

6

| Filing Date | Docket No. | Description |
|---|---|---|
| | | **[SEALED]** |
| 07/23/2025 | 1531 | Debtors' Supplemental Brief in Further Support of Their Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements in support of (related document:1322 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) *** REVIEWED BY CHAMBERS. SEALED FOR SUBSTANTIALLY THE SAME REASONS UNDERLYING THE COURT'S ORDER AT ECF NO. 467. NO MOTION NECESSARY ** TEXT/Modified on 7/24/2025 (wiq). (Entered: 07/23/2025) **[SEALED]** |
| 07/23/2025 | 1532 | Document re: CVS Pharmacy Inc.'s First Amended Witness and Exhibit List for July 25, 2025 Hearing filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/23/2025) |
| 07/23/2025 | 1536 | Declaration of Alison R. Benedon in Support of Debtors' Supplemental Brief in Further Support of Their Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements in support of (related document:1322 Motion (Generic) filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Attachments: # 1 Exhibits A - P # 2 Exhibit Q - Part 1 # 3 Exhibit Q - Part 2 # 4 Exhibit Q - Part 3 # 5 Exhibits R- W) (Sirota, Michael) (Entered: 07/24/2025) **[SEALED]** |
| 07/24/2025 | 1537 | Document re: Declaration of Robin White filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/24/2025) |
| 07/24/2025 | 1538 | Document re: Declaration of Stephen Frumento filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/24/2025) |
| 07/24/2025 | 1539 | Document re: Declaration of Guilherme Coutinho De Melo Serrano filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 07/24/2025) |
| 07/24/2025 | 1560 | Debtors' First Amended Witness and Exhibit List for July 25, 2025 Hearing in support of (related document:1527 Document filed by Debtor New Rite Aid, LLC) filed by Michael D. Sirota on behalf of New Rite Aid, LLC. (Sirota, Michael) (Entered: 07/24/2025) |
| 07/25/2025 | | Minute of 7/25/2025; Hearing Held, OUTCOME: RESERVED; (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # |

7

| Filing Date | Docket No. | Description |
|---|---|---|
| | | 1 Proposed Order) Filed by Debtor New Rite Aid, LLC) (wiq) (Entered: 07/28/2025) |
| 07/28/2025 | 1591 | Letter Opinion Granting in Part Debtors Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy. (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements filed by Debtor New Rite Aid, LLC).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/28/2025. (wiq) (Entered: 07/28/2025) |
| 08/05/2025 | 1800 | ORDER GRANTING, IN PART, DEBTORS EMERGENCY MOTION TO ENFORCE THE SALE ORDER AND COMPEL PERFORMANCE BY CVS PHARMACY, INC. UNDER THE CVS ASSET PURCHASE AGREEMENT (related document:1322 Motion re: Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. (Attachments: # 1 Proposed Order) filed by Debtor New Rite Aid, LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/5/2025. (wiq) (Entered: 08/05/2025) |
| 08/08/2025 | 1841 | Transcript regarding Hearing Held 07/25/25 (related document:702 Objection filed by Creditor Realty Income Corporation, Creditor Valley Mall, L.L.C., Creditor Gartin Properties LLC, Creditor RAR 2 Queen Anne Eden Hill QRS, LLC, 1322 Motion (Generic) filed by Debtor New Rite Aid, LLC). The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to contact the transcriber, call the Clerk's Office. Notice of Intent to Request Redaction Deadline Due By 8/15/2025. List of Items to be Redacted Due By 08/29/2025. Redacted Transcript Submission Due By 09/8/2025. Remote electronic access to the transcript will be restricted through 11/6/2025. (J&J Court Transcribers) (Entered: 08/08/2025) |
| 08/19/2025 | 1947 | Notice of Appeal to District Court Court. (related document:1800 Order (Generic)). Fee Amount $ 298. Filed by Anne B. Sekel on behalf of CVS Pharmacy Inc.. Appellant Designation due by 09/2/2025. Transmission of Designation Due by 09/18/2025. (Attachments: # 1 Exhibit A) (Sekel, Anne) (Entered: 08/19/2025) |
| 08/19/2025 | 1948 | Election to Appeal to District Court Filed by Anne B. Sekel on |

8

| Filing Date | Docket No. | Description |
|---|---|---|
| | | behalf of CVS Pharmacy Inc.. (Sekel, Anne) (Entered: 08/19/2025) |
| 08/20/2025 | 1953 | Transmittal of Record on Appeal to U.S. District Court (related document:1800 ORDER GRANTING, IN PART, DEBTORS EMERGENCY MOTION TO ENFORCE THE SALE ORDER AND COMPEL PERFORMANCE BY CVS PHARMACY, INC. UNDER THE CVS ASSET PURCHASE AGREEMENT 1947 Notice of Appeal filed by Interested Party CVS Pharmacy Inc., 1948 Election to Appeal filed by Interested Party CVS Pharmacy Inc.) (wiq) (Entered: 08/20/2025) |
| - | - | Unredacted copy of Docket No. 1322 |
| - | - | Unredacted copy of Docket No. 1323 |
| - | - | Unredacted copy of Docket No. 1324 |
| - | - | Unredacted copy of Docket No. 1355 |
| - | - | All exhibits listed on *CVS Pharmacy Inc.'s First Amended Witness and Exhibit List for July 25, 2025 Hearing* [Docket No. 1532] |
| - | - | All exhibits listed on *Debtors' First Amended Witness and Exhibit List for July 25, 2025 Hearing* [Docket No. 1560] |

## II.  STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant CVS submits the following statement of issues to be presented on appeal:

A.  Whether the Bankruptcy Court erred by granting in part, rather than denying in full, the Debtors' *Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement* [Docket No. 1322];

B.  Whether the Bankruptcy Court erred by ruling that the "Lookback Period" set forth in Section 2.3(b)(i) of the PNW APA (as defined in the Bankruptcy Court's letter opinion [Docket No. 1591]) and Section 6(b)(i) of the National File Buy APAs (as defined *id.*) is ambiguous;

C. Whether the Bankruptcy Court erred by considering purported "evidence" of course of dealing prior to the formation of the APAs (as defined in the Order) between CVS and the Debtors' predecessors to determine the meaning of the "Lookback Period";

D. Whether the Bankruptcy Court erred in its application of course of dealing "evidence" to determine the meaning of the "Lookback Period";

E. Whether the Bankruptcy Court erred in its interpretation of the "Lookback Period" set forth in the APAs;

F. Whether the Bankruptcy Court erred by ruling that the phrase "prescriptions filled" in the APAs is ambiguous;

G. Whether the Court erred by considering purported "evidence" of course of dealing prior to the formation of the APAs between CVS and the Debtors' predecessors to determine that the phrase "prescriptions filled" actually means "prescriptions dispensed" or "prescriptions sold" instead of "prescriptions filled"; and

H. Whether the Bankruptcy Court erred in its interpretation of the phrase "prescriptions filled" in the APAs.

DATED: September 2, 2025                    Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Anne B. Sekel*
Anne B. Sekel, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-and-

10

        Geoffrey S. Goodman, Esq.(admitted *pro hac vice*)
        Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
        **FOLEY & LARDNER LLP**
        321 N. Clark Street, Suite 3000
        Chicago, Illinois 60654-4762
        Tel: (312) 832-4500
        Fax: (312) 832-4700
        Email: ggoodman@foley.com
                jgarlough@foley.com

        *Counsel for CVS Pharmacy, Inc.*

11

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, a true and correct redacted copy of the foregoing document was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*s/ Anne B. Sekel*