**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anne B. Sekel, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-and-

Geoffrey S. Goodman, Esq.(admitted *pro hac vice*)
Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: (312) 832-4500
Fax: (312) 832-4700
Email:  ggoodman@foley.com
         jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

## **CVS PHARMACY INC.'S NOTICE OF ORDER OF TRANSCRIPTS FOR APPEAL**

PLEASE TAKE NOTICE that, pursuant to Rule 8009(b) of the Federal Rules of

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025]. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Bankruptcy Procedure, Appellant CVS Pharmacy, Inc. ("CVS"), by and through its undersigned counsel, ordered transcripts for this Court's July 8, 2025 hearing and July 25, 2025 hearing (collectively, the "Transcripts"), in writing, via email, pursuant to this Court's instructions set forth on its website, and made satisfactory arrangements with the clerk for the payment of the costs of the Transcripts. CVS has designated the transcripts for inclusion in the record on appeal. *See* Docket No. 2259.

DATED: September 2, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Anne B. Sekel*
Anne B. Sekel, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-and-

Geoffrey S. Goodman, Esq.(admitted *pro hac vice*)
Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Tel: (312) 832-4500
Fax: (312) 832-4700
Email: ggoodman@foley.com
           jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, a true and correct redacted copy of the foregoing document was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*s/ Anne B. Sekel*