# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| NEW RITE AID, LLC, et al. | : | CASE NO.  25-14861-MBK |
| | : | |
| Debtors. | : | |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF GITOMER FAMILY REALTY LLC'S MOTION (A) DIRECTING PAYMENT OF POST-PETITION REAL ESTATE TAXES AND (B) SETTING DEADLINE FOR ECKERD CORPORATION TO DETERMINE WHETHER TO ASSUME OR REJECT LEASE

**PLEASE TAKE NOTICE** that Gitomer Family Realty LLC, by and through its undersigned attorneys, hereby withdraws its Motion (A) Directing Payment of Post-Petition Real Estate Taxes and (B) Setting Deadline for Eckerd Corporation to Determine Whether to Assume or Reject Lease filed on August 27, 2025, as Docket Number 2178 in the above-captioned case.  The hearing scheduled for September 16, 2025, at 11:30 a.m. should be withdrawn from the court's calendar and cancelled.

Dated:  September 2, 2025          /s/ **William G. Wright**
                                   WILLIAM G. WRIGHT
                                   CAPEHART & SCATCHARD, P.A.
                                   A Professional Corporation
                                   8000 Midlantic Drive, Suite 300 S
                                   Mt. Laurel, New Jersey  08054
                                   (856) 234-6800
                                   Fax: (856) 235-2786
                                   wwright@capehart.com