UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
Stephen M. Gengaro, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law
Email: sgengaro@trenkisabel.law
Counsel to Creditor, Major Trading Inc.

In Re:

NEW RITE AID, LLC et al.,

Debtor.

Case No.: 25-14861
Chapter: 11
Hearing Date: 9/16/25 at 11:30 am
Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion to Compel Payment of Proceeds of Consigned Goods Dkt. No. 491.

Date: 9/3/2025

/s/ Richard D. Trenk
Signature

*rev.8/1/15*