Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### STIPULATION AND CONSENT ORDER BETWEEN THE
### DEBTORS AND COLGATE TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The relief set forth on the following pages, numbered three (3) through seven (7), is **ORDERED**.

**DATED: September 3, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
   aeaton@paulweiss.com
   chopkins@paulweiss.com
   smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
   wusatine@coleschotz.com
   fyudkin@coleschotz.com
   svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff |

This Stipulation and Consent Order is entered into by and among the Debtors and Colgate-Palmolive Company ("CPC," together with its affiliate Tom's of Maine, Inc., "Colgate," and collectively with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:[1]

## RECITALS

**WHEREAS**, on October 15, 2023, Rite Aid Corporation and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on December 17, 2024, this Court recognized Colgate's right of set off and entered the Prior Setoff Order. The Prior Setoff Order modified the automatic stay to permit Colgate to set off its Purchase Order claims against amounts owed to the 2023 Cases' debtors pursuant to the Agreements.

**WHEREAS**, as of the date hereof, Colgate has additional prepetition claims against the Debtors (pursuant to the Purchase Orders and exclusive of the Prior Colgate Claims) that total $8,551,668.43 (the "Current Colgate Claims").

**WHEREAS**, as of the date hereof, Colgate owes the Debtors $8,918,717.14 (the "Current Colgate Indebtedness") on account of promotional allowances and related credits under the Agreements and exclusive of the Prior Colgate Indebtedness.

**WHEREAS**, the Parties have reconciled their respective prepetition claims and debts, and agree that, after setting off the Current Colgate Claims against the Current Colgate Indebtedness, the net amount Colgate owes to the Debtors totals $367,048.71 (the "Current Setoff Amount").

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff |

**WHEREAS**, the Parties agree that Colgate's total net obligations to the Debtors, which consist of the Prior Setoff Amount and the Current Setoff Amount, total $793,717.71 (the "Setoff Amount").

**WHEREAS**, the Debtors, in their business judgment, believe the Stipulation and Consent Order is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Colgate's setoff rights, and payment of the Setoff Amount (which, for the avoidance of doubt, includes the Prior Setoff Amount).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND, IT IS HEREBY ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. Colgate's obligation to pay the Debtors the Prior Setoff Amount remains outstanding as of the date hereof.

3. Effective as of the date the Court enters this Stipulation and Consent Order (such date, the "Effective Date"), the Current Colgate Claim and Current Colgate Indebtedness shall be fixed at $8,551,668.43 and $8,918,717.14, respectively.

4. The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Colgate to set off the Current Colgate Claim against the Current Colgate Indebtedness. The net effect of such set off results in Colgate owing the Debtors $367,048.71.

5. Upon effectuating all of its setoff rights, Colgate's prepetition claims against the Debtors shall be extinguished in their entirety and, additionally, all of Colgate's trade debt with the Debtors shall be reduced to a net $793,717.71, the Setoff Amount.

| | |
|---|---|
| (Page \| 5) | |
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff |

6. Within 20 days of the Effective Date, and assuming no appeal of this Stipulation and Consent Order has been filed and remains pending, Colgate shall pay the Debtors the Setoff Amount in accordance with payment instructions to be provided by the Debtors at least ten (10) days in advance of the payment due date. Payment of the Setoff Amount shall be in full and final satisfaction of any and all claims the Debtors have against Colgate under any of the Agreements.

7. Except as expressly provided herein, the terms of this Stipulation and Consent Order are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Colgate on the one hand and the Debtors and the Debtors' bankruptcy estates on the other hand, each of their current and former affiliates, and each of their current and former affiliates' respective current and former directors, officers, and equity holders, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods or services provided by any of the Debtors to Colgate or by Colgate to any of the Debtors pursuant to the Purchase Orders and the Agreements; *provided*, *however*, the foregoing shall not (a) release or otherwise impact the Parties' rights, claims, and obligations under this Stipulation and Consent Order, including, for the avoidance of doubt Colgate's payment obligations set forth in paragraph 6 above, or (b) release, waive, impair, or otherwise affect any rights, claims, causes of action, or defenses of the DIP Agent[2], the DIP Lenders, or any other DIP Secured Parties, or any rights, claims, causes of action, or defenses

---

[2] Capitalized terms used in this paragraph but not otherwise defined shall have the meanings ascribed to them in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 1397] (the "DIP Order").

| | |
|---|---|
| (Page \| 6) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff |

preserved for the benefit of the DIP Secured Parties under the DIP Loan Documents or the DIP Order, including, without limitation, any rights, claims, or causes of action arising under or related to the DIP Facilities, the DIP Collateral, or the DIP Superpriority. For the avoidance of doubt, nothing herein shall impair or affect any rights, claims, or defenses of the DIP Secured Parties as set forth in the Final DIP Order or the DIP Loan Documents.

8. Notwithstanding anything to the contrary herein, pursuant to section 365(a) of the Bankruptcy Code, any executory contracts between the Debtors and Colgate (if any) are hereby rejected, effective as of the date of entry of this Stipulation and Consent Order.

9. The Parties acknowledge that this Stipulation and Consent Order is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Consent Order.

10. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation and Consent Order. Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation and Consent Order.

11. The terms and provisions contained within this Stipulation and Consent Order shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

(Page | 7)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Colgate to Modify Automatic Stay to Effect Setoff |

12.  This Stipulation and Consent Order sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

13.  Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation and Consent Order will be immediately effective and enforceable upon its entry. The Debtors and Colgate are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Consent Order.

14.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation and Consent Order as of the date first set forth below.

**ACCEPTED AND AGREED**:

| | |
|---|---|
| **COLE SCHOTZ, P.C.**<br>*Counsel for the Debtors* | **ASHBY & GEDDES**<br>*Counsel for Colgate-Palmolive Company, on behalf of itself and its affiliate Tom's of Maine, Inc.* |
| By: */s/ David M. Bass*<br>David M. Bass | By: */s/ Michael D. DeBaecke*<br>Michael D. DeBaecke |
| Dated: August 25, 2025 | Dated: August 25, 2025 |