| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>　　　　　　　　　　　　Debtors. [1] |

**Order Filed on September 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

# SUPPLEMENTAL TENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through six (6), is

**ORDERED**.

**DATED: September 3, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Supplemental Tenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and on June 25, 2025, the Debtors having properly filed and served a Rejection Notice [Docket No. 1093] (the "Rejection Notice") on, among other contract and lease counterparties, Westminster Granite Main LLC (the "Westminster Landlord"), as more particularly identified on **Schedule 1** attached hereto, seeking to reject the Lease (as defined below), which is a lease of real property between Rite of Maryland, Inc. ("RAM") and the Westminster Landlord, in accordance with the terms of the Final Procedures Order; and the Westminster Landlord having timely filed an objection to the Rejection Notice [Docket No. 1309] and a supplement to the objection [Docket No. 1839] (collectively, the "Objection"); and the Debtors have filed a response to the Objection [Docket No. 1846] (the "Debtors' Response"); and the Court having held a hearing on August 14, 2025 and having considered the Objection, the Debtors' Response and the arguments of counsel; and due and proper notice of the Final Procedures Order and the Rejection Notice having been

---

[1]  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Supplemental Tenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

provided to the Westminster Landlord and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Objection is overruled, subject to the terms of this Order.

2. The lease, dated July 2, 1985 (the "Lease Agreement"), as amended and assigned by the (i) Lease Modification Agreement, dated September 4, 1987, (ii) First Amendment to Lease, dated April 9, 2002, (iii) Second Amendment to Lease, dated February 28, 2007, (iv) Third Amendment to Lease, dated March 6, 2012, (v) Fourth Amendment to Lease, dated November 21, 2021; and (vi) Fifth Amendment to Lease, dated July 12, 2024, collectively with clauses (i) through (v) and the Lease Agreement, the "Lease"), covering certain premises located at 7 Westminster Shopping Center, Westminster, Maryland, 21157 (the "Premises"), is and shall be rejected under section 365 of the Bankruptcy Code effective as of June 30, 2025 (the "Rejection Effective Date"), with RAM having vacated and relinquished control of the Premises on the Rejection Effective Date in accordance with the Final Procedures Order.

3. The rejection of the Lease does not terminate the Lease.

4. The rejection of the Lease shall be without prejudice to the rights of the Westminster Landlord to seek administrative relief in front of the Board of License Commissioners of Carroll County, Westminster, Maryland (the "Carroll County Board") in order to secure rights under the liquor license previously issued to the Debtors (the "Liquor License").

5. The Debtors shall upon the provision of documentation that the Carroll County Board has authorized the modification of its form application (the "Application") for an alcohol

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: Supplemental Tenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

beverage license to permit the Debtors to execute the Application by the Westminster Landlord for transfer of the Liquor License as a prior, as opposed to current, licensee, execute the Application through an authorized representative of the Debtors solely in its capacity as a prior, as opposed to current, licensee. Apart from the foregoing, no Debtor shall have any other continuing obligation with respect to any Application by the Westminster Landlord including, without limitation, any obligation to provide further documents, signatures, or other materials or attestations, or to appear at any hearing regarding such Application or liquor license.

6. The Debtors are authorized, but not directed, at any time on or before the Rejection Effective Date, to remove or abandon any of the Debtors' Personal Property that may be located on or within the Premises; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from the Premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on or within the Premises on the Rejection Effective Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date. The Westminster Landlord may, in its sole discretion and without further notice or

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Supplemental Tenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

7. Claims arising out of the rejection of the Lease, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order, and (b) the Rejection Effective Date. If no proof of claim is timely filed, the Westminster Landlord shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1,2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | WESTMINSTER GRANITE MAIN LLC | C/O ROSENTHAL PROPERTIES, LLC, 1945 OLD GALLOWS RD, STE 300, VIENNA, VA 22182 | Unexpired Lease | RITE AID OF MARYLAND, INC. | 6830 | 7 WESTMINSTER SHOPPING CENTER, WESTMINSTER, MD, 21157 | 6/30/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.