UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael D. Sirota
Cole Schotz P.C.
25 Main St.
Hackensack, NJ 07601
(201) 489-3000
Email: msirota@coleschotz.com

Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

Case No.: 25-14861-MBK

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __Michael D. Sirota on behalf of Debtor__ for the reduction of time for a hearing on __Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __September 11, 2025__ at __11:30am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, NJ 08608__, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __U.S. Trustee and all Interested Parties__

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __9/10/25__ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*