| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>SAUL EWING LLP<br>Monique B. DiSabatino (Bar No. 200901040)<br>1201 N. Market Street, Suite 2300<br>P. O. Box 1266<br>Wilmington, DE 19899<br>Office : (302) 421-6840<br>monique.disabatino@saul.com<br><br>*Counsel for Forest Valley Station LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Jointly Administered |

### CERTIFICATION OF SERVICE

I hereby certify that on September 4, 2025, I caused a true and correct copy of the foregoing *Reservation of Rights of Forest Valley Station, LLC to Second Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

                                                            */s/ Monique B. DiSabatino*
                                                            Monique B. DiSabatino
                                                            **SAUL EWING LLP**
                                                            1201 N. Market Street, Suite 2300
                                                            P.O. Box 1266
                                                            Wilmington, DE 19899
                                                            (302) 421-6806

Dated: September 4, 2025

56165570.1

## Service List

Alice Belisle Eaton, Esquire
Christopher Hopkins, Esquire
Nick Krislov, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
aeaton@paulweiss.com
chopkins@paulweiss.com
nkrislow@paulweiss.com
*Counsel for the Debtors*

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Seth Van Aalten, Esquire
Cole Schotz, P.C.
25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com
*Counsel to the Debtors*

Brett H. Miller, Esquire
Todd M. Goren, Esquire
James H. Burbage, Esquire
Jessica D. Graber, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
bmiller@wilkie.com
tgoren@wilkie.com
jburbage@wilkie.com
jgraber@wilkie.com
*Counsel to the Committee*

Andrew S. Sherman, Esquire
Boris Mankovetskiy, Esquire
Gregory Kopacz, Esquire
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillcummis.com
*Counsel to the Committee*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Mark D. Silva, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
msilva@choate.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Alan J. Brody, Esquire
Julia Frost-Davies, Esquire
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com
julia.frostdavies@gtlaw.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
Office of the United States Trustee
District of New Jersey
Raymond Boulevard, Suite 2100
Newark, NJ 07102
jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

Jonathan Gordon, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Jonathan.gordon@lw.com
*Counsel to Dollar Tree Stores, Inc.*

56165570.1