**Exhibit A**

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD · MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

**Penalty is 2.5% per Quarter**

| LOCATION |
| --- |
| 500 EAST LANCASTER AVENUE/RITE AID |

| ACCOUNT NO. | FROM | TO |
| --- | --- | --- |
| 08010003002 | 01/01/2025 | 03/31/2025 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
| --- | --- | --- | --- |
| 935 | 862 | 73 | $1,058.50 |

| PAST DUE | THIS BILLING | TOTAL DUE |
| --- | --- | --- |
| -100.89 | 1,058.50 | $957.61 |

Due Date:  06/10/2025

Pmt After Due Date: $981.55



**US POSTAGE**
**$000.56⁰**
First-Class - IMI
ZIP 19540
05/08/2025
036B 0011814323

Your Acct #:                08010003002

Total Amt Due:              $957.61

Total Amt Remiting:        _____

**RWY TRUST YODER ROBERT R TRUSTE**
**8175 E EVANS RD #13598**

**SCOTTSDALE, AZ 85267**

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD - MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

**US POSTAGE**
**$000.61⁸**
First-Class - IM
ZIP 19540
08/14/2025
0368 0011814325

### Penalty is 2.5% per Quarter

| LOCATION |
|---|
| 500 EAST LANCASTER AVENUE/RITE AID |

| ACCOUNT NO. | FROM | TO |
|---|---|---|
| )8010003002 | 04/01/2025 | 06/30/2025 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
|---|---|---|---|
| 992 | 935 | 57 | $826.50 |

| PAST DUE | THIS BILLING | TOTAL DUE |
|---|---|---|
| 0.00 | 826.50 | $826.50 |

Due Date: 09/12/2025

Pmt After Due Date: $847.16

| | |
|---|---|
| **Your Acct #:** | 08010003002 |
| **Total Amt Due:** | $826.50 |
| **Total Amt Remiting:** | _____ |



**RWY TRUST YODER ROBERT R TRUSTE**
**8175 E EVANS RD #13598**

**SCOTTSDALE, AZ 85267**



**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

**2025 Real Estate Tax - County and District - (39)  CUMRU TWP**

**Bill Date: 03/01/2025**          **Duplicate ID: 3925R-CD**          **Bill #: 4465**

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | 5.34500 M | | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | 2.30000 M | | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.34000 M | | 360.86 | 368.22 | | 405.04 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt MAR/APR/JUL/AUG:
Tues 11AM-4:30PM, Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC: Tues 11AM-4:30PM
Thurs 8AM-12PM, Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

**Last day to pay: 12/31/2025**
Bills are considered unpaid until funds clear the bank.          733286

---

**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

**2025 Real Estate Tax - County and District - (39)  CUMRU TWP**

**Bill Date: 03/01/2025**          **Duplicate ID: 3925R-CD**          **Bill #: 4465**

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | 5.34500 M | | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | 2.30000 M | | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.34000 M | | 360.86 | 368.22 | | 405.04 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt MAR/APR/JUL/AUG:
Tues 11AM-4:30PM, Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC: Tues 11AM-4:30PM
Thurs 8AM-12PM, Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

**Tax Collector Copy**          733286

1. The installment option allows for the payment of the flat amount in three (3) equal installments, with the payment amounts due on or before the dates as listed:

| First Installment | 11,956.32 | July 31, 2025 |
|---|---|---|
| Second Installment | 11,956.32 | September 30, 2025 |
| Third Installment | 11,956.32 | November 30, 2025 |

2. Payment of the first installment must be made on or before July 31, 2025 to indicate your intention to pay the taxes on the installment plan.
3. After receiving the first payment on or before July 31, 2025, the remaining installment coupons will be mailed to you.
4. Installment payments are made in the same manner as if paying the bill in full (either mailed or in person).
5. Failure to make any one of the installment payments by the due date stated above will result in a penalty of ten percent (10.00%) on each such late installment.
6. A tax payer who is delinquent by more than ten days on more than two installment payments **shall be ineligible for the installment payment option** in the following school fiscal year.
7. Payment of all installments prior to August 31, 2025 **DOES NOT** entitle you to the two percent (2.00%) discount.

---

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB P
**TAX PAYER:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD #13598
SCOTTSDALE AZ 85267

GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP
**2025 SCHOOL REAL ESTATE TAX BILL**      **BILL # 4465**
SITTING JULY & AUGUST:
TUES 11AM - 4:30PM, WED 8AM - 12PM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM - 4:30PM
THURS 8AM - 12PM
CLOSED: 7/10, 7/24, 9/4, 10/7-10/16,
10/23, 11/20, 12/18-1/1/26

| Mills | 33.12000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $35,868.96 |

| Bill Date | 07/01/2025 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 35,151.58 | 35,868.96 | 39,455.86 |

Please review instructions before selecting Installment Plan

**or if selecting Installment Plan ==>** FIRST INSTALLMENT: **11,956.32**
DUE DATE: July 31, 2025



---

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB P
**TAX PAYER:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD #13598
SCOTTSDALE AZ 85267

GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP
**2025 SCHOOL REAL ESTATE TAX BILL**      **BILL # 4465**
SITTING JULY & AUGUST:
TUES 11AM - 4:30PM, WED 8AM - 12PM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM - 4:30PM
THURS 8AM - 12PM
CLOSED: 7/10, 7/24, 9/4, 10/7-10/16,
10/23, 11/20, 12/18-1/1/26

| Mills | 33.12000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $35,868.96 |

| Bill Date | 07/01/2025 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 35,151.58 | 35,868.96 | 39,455.86 |

Please review instructions before selecting Installment Plan

**or if selecting Installment Plan ==>** FIRST INSTALLMENT: **11,956.32**
DUE DATE: July 31, 2025



---

**COMMENT:** 24-HOUR DROP BOXES AVAILABLE OUTSIDE THE UPPER AND LOWER LEVELS OF THE CUMRU TOWNSHIP ADMINISTRATION BUILDING

CASH PAYMENTS NOT ACCEPTED IN THE DROP BOXES
**TAX PAYER INSTRUCTIONS**
**1. Bring both copies of the bill when paying in person.**
**2. If you pay by mail and a receipt is required, please include both copies of the bill and a self-addressed stamped envelope; otherwise only one copy of the bill is required with payment.**
3. Failure to receive a bill does not entitle the owner to discount or remission of penalty on taxes.
4. If paying the bill in full, you have the following alternatives:
   A. Pay the net amount by August 31, 2025, for a two percent (2.00%) discount.
   B. Pay in full at the flat amount from September 1, 2025 until October 31, 2025.
   C. Payment after October 31, 2025 is subject to penalties and interest as provided in the tax code.
5. If you no longer own this property, please provide name of new owner on bill and return to tax collector's office.
**6. If serviced by a Mortgage Company, forward bill to them immediately.**
7. Only full or installment payment is accepted. EXACT payment only.