Caption in Compliance with D.N.J. LBR 9004-1(b)

YODER & LANGFORD, P.C.
Robert R. Yoder, Esq.
(*pro hac vice*)
8175 East Evans Road, #13598
Scottsdale, Arizona 85267
Phone: (602) 808-9578
Facsimile: (602) 468-0688
robert@yoderlangford.com

LAU & ASSOCIATES, P.C.
Shawn J. Lau, Esq. (PA Bar No. 56071)
New Jersey Court Attorney ID No. 041021989
4228 Saint Lawrence Avenue
Reading, Pennsylvania 19606
Phone: (610) 674-0498
Facsimile: (610) 370-0700
shawn_lau@msn.com

*Counsel to RWY Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:**<br><br>**NEW RITE AID, LLC,** *et al.*,<br><br>Debtors.¹ | Case No. 25-14861 (MBK)<br><br>**Chapter 11**<br><br>**(Jointly Administered)**<br><br>Hearing Date: _____ |

## CERTIFICATE OF SERVICE

1.  I, Robert Yoder, Yoder & Langford, P.C. (admitted *pro hac vice*):

    ☒ represent <u>RWY Trust</u> in this matter.

---

¹ The last four digits of Debtor New Rite Aid, LLC's tax identification number is 1843.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2. On September 4, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 4, 2025.

Respectfully submitted,

YODER & LANGFORD, P.C.

Robert R. Yoder
*Pro Hac Vice*

LAU & ASSOCIATES, P.C.

/s/ Shawn J Lau
Shawn J. Lau
*Attorneys for RWY Trust*

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania 17319 | The Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Warren A. Usatine, Esq.<br>wusatine@coleschotz.com<br>Felice Yudkin<br>fyudkin@coleschotz.com<br>Seth Van Aalten, Esq.<br>svanaalten@coleschotz.com<br><br>Paul, Weiss, Rifkind,<br>Wharton & Garrison LLP<br>1285 6th Avenue<br>New York, NY 10019<br>Attn: Andrew N. Rosenberg<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton<br>aeaton@paulweiss.com)<br>Christopher Hopkins<br>chopkins@paulweiss.com<br>Sean A. Mitchell<br>smitchell@paulweiss.com | Co-counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola<br>jventola@choate.com<br>Jonathan D. Marshall<br>jmarshall@choate.com<br>Mark D. Silva<br>msilva@choate.com<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400 | Counsel to the PrePetition ABL Agent and DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

| | | |
|---|---|---|
| Florham Park, NJ 07932<br>Attn: Alan J. Brody<br>brodya@gtlaw.com<br>Julia Frost-Davies<br>julia.frostdavies@gtlaw.com | | |
| The Office of the United States Trustee for the District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102<br>Attn: Jeffrey M. Sponder<br>Jeffrey.M.Sponder@usdoj.gov<br>Lauren Bielskie<br>lauren.bielskie@usdoj.gov | The Office of the United States Trustee for the District of New Jersey | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Brett H. Miller<br>bmiller@willkie.com<br>Todd M. Goren<br>tgoren@willkie.com<br>James H. Burbage<br>jburbage@willkie.come<br>Jessica D. Graber<br>jgraber@willkie.com<br><br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew S. Sherman<br>asherman@sillscummis.com<br>Boris Mankovetskiy<br>bmankovetskiy@sillscummis.com<br>Gregory Kopacz<br>gkopacz@sillscummis.com | Proposed Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sidley Austin LLP<br>350 South Grant Avenue<br>Los Angeles, CA 90071<br>Attn: Anna Gumport<br>agumport@sidley.com<br><br>Buchalter, A Professional Corporation | Counsel to McKesson Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| 18400 Von Karman Avenue<br>Suite 800<br>Irvine, California 92612<br>Attn: Jeffrey K. Garfinkle<br>jgarfinkle@buchalter.com | | |
|---|---|---|