**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
*Attorneys for 10-24 Portland Avenue, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD, 10-24 PORTLAND AVENUE, LLC, IN RESPONSE TO DEBTORS' TWENTY-NINTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**
**(Related Docket No.: 2163)**

10-24 Portland Avenue, LLC (the "**Landlord**"), the owner and landlord of non-residential real property located at 10 Portland Avenue, Bergenfield, New Jersey (the "**Property**"), designated as Store No. 1 in Schedule 1 by the Debtors in the Rejection Notice (as defined below), by and through its attorneys, Law Offices of Kenneth L. Baum LLC, submits this Limited Objection and Reservation of Rights in response to the *Debtors' Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Doc. No. 2163] (the "**Rejection Notice**") and states as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.

1.       The Landlord, as Landlord, and Rite Aid of New Jersey, Inc. (the "**Debtor**"), as Tenant, are parties to that certain Lease dated May 1, 1975, in connection with the Property, as amended pursuant to that certain Amendment to Lease dated November 1, 2023 (collectively, the "**Lease**").  Pursuant to the Lease, *inter alia*, the Debtor is obligated to pay Base Rent in the amount of $99,600.00 per annum, or $8,300.00 per month, which is due the first day of every month, plus its *pro rata* share of real property taxes.  The latter charge is reconciled on an annual basis and the Debtor is billed for its shortfall, if any.

2.       As of May 5, 2025 (the "**Petition Date**"), when the Debtors commenced these Chapter 11 proceedings, the Debtor owed the Landlord approximately $16,600.00 under the Lease in base rent for the months of April and May 2025.

3.       Since the Petition Date, the Debtor has paid base rent and CAM on a timely basis for June-August 2025 but has not paid post-petition stub base rent for May.  In addition, the post-petition portion of the 2025 property tax bill, $9,395.05, remains unpaid.  A true copy of the tenant ledger for the Debtor is attached as **Exhibit A**.

4.       Pursuant to the Rejection Notice, the Debtors have identified the Lease as one of a list which the Debtors propose to reject, effective as of August 31, 2025.

5.       The Landlord does not oppose the rejection of the Lease in principle but directs the Court to Paragraph 49 of its July 10, 2025, Final Order authorizing the Debtors to obtain postpetition financing and other relief [Dkt. No. 1396], wherein the Debtors were ordered to pay their Stub Rent Claims from a Stub Rent Escrow Account to be created.  Based on that Order, any order approving the rejection of the Lease should also require the Debtors to pay the Landlord the full amount of its unpaid post-petition obligations immediately.

6. The Landlord reserves its rights to amend or supplement this Objection and to raise any additional objections to the Rejection Notice at the time of hearing. In addition, the Landlord reserves its rights to prosecute a motion for the allowance and payment of an administrative claim and assert any claims for unpaid pre-petition arrears and potential lease rejection damages.

WHEREFORE, the Landlord respectfully requests that the Court enter an order consistent with the above Limited Objection and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for 10-24 Portland Avenue, LLC

By: /s/ *Kenneth L. Baum*
    Kenneth L. Baum

DATED: September 4, 2025

3

# EXHIBIT A

**10-24 PORTLAND AVENUE, LLC**
c/o A.H. SAUER ASSOCIATES, LLC
332 ROUTE 4 EAST, SOUTH LOBBY
PARAMUS, NJ 07652

Invoice Date  9/3/25                                                                                              Invoice No.  PT2025

| Tenant |
|---|
| RITE AID CORPORATION |
| PO Box 3165 |
| Harrisburg, PA 17105 |
| |
| Attn:  Real Estate Payables Department |
|          Store #238 |

Re:  **10-24 PORTLAND AVENUE, LLC TAXES - 2025**

| ✓ Real Estate Taxes | ☐ Maintenance | ☐ On-site Management | ☐ Parking Lot & Common Areas | ☐ Water Charges |
|---|---|---|---|---|
| ☐ Insurance | ☐ Security | ☐ Parking Lot Sweeping | ☐ Interior Common Areas | ☐ Electric & Gas |
| ☐ Sewer Service | ☐ Landscaping | ☐ Snow Removal | ☐ Tenant's Association | ☐ Misc. |

| | |
|---|---|
| **Pro Rata Share** | 22.99% |
| **Admin. Fee** | 0.00% |
| **Total Share** | 22.99% |

| Annual Taxes (PASC) | | 1990 Base Yr (Rite Aid) | | Increase (Rite Aid) | | Total Share (Rite Aid) | | Annual Taxes (Rite Aid) |
|---|---|---|---|---|---|---|---|---|
| $ 182,403.19 | - | $ 57,057.00 | = | $125,346.19 | x | 22.99% | = | $ 28,817.09 |

| *Rite Aid Taxes - 2025* | | *Amount Due |
|---|---|---|
| Pre Pet. (1/1/25-5/4/25)    $28,817.09 / 365 = $78.95/day x 124 days = $9,789.80 | $ | 9,789.80 |
| Post Pet. (5/5/25-8/31/25)  $28,817.09 / 365 = $78.95/day x 119 days = $9,395.05 | $ | 9,395.05 |
| **Total Due** | **$** | **19,184.85** |

*Due Upon Receipt.  Thank you.*

*Please make check payable to:*
**10-24 Portland Avenue, LLC**
*and remit to:  c/o A.H. Sauer & Associates, LLC*
*332 Route 4 East, South Lobby*
*Paramus, NJ 07652*

*Should you have any questions, please contact Elizabeth Sauer at:  201.843.1600 or ejsauer1@gmail.com*
Enclosed please find Tax Bills 2025