**EXHIBIT A**

**10-Q for Quarter Ending August 31, 1996**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

[X] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended August 31, 1996

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ----- to ------

Commission file number 1-5742

RITE AID CORPORATION

(Exact name of Registrant as specified in its charter)

| Delaware | 23-1614034 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 30 Hunter Lane Camp Hill, Pennsylvania | 17011 |
| (Address of principal executive offices) | (Zip Code) |

(717) 761-2633
(Registrant's telephone number, including area code)

Not Applicable
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days.

YES   X                                      NO _____

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| CLASS OF COMMON STOCK | OUTSTANDING AT AUGUST 31, 1996 |
|---|---|
| $1.00 PAR VALUE | 83,909,074 SHARES |

Total number of sequentially numbered pages in this filing, including exhibits thereto:   18 .

RITE AID CORPORATION

INDEX

PART I. FINANCIAL INFORMATION

Item 1.   Financial Statements:

          Condensed Consolidated Balance Sheets as of August 31, 1996
          and March 2, 1996 . . . . . . . . . . . . . . . . . . . . . . . .2

          Condensed Consolidated Statements of Income Twenty-Six
          Weeks Ended August 31, 1996 and September 2, 1995. . . . . . . .4

          Condensed Consolidated Statements of Income Thirteen
          Weeks Ended August 31, 1996 and September 2, 1995 . . . . . . . 5

          Condensed Consolidated Statements of Cash Flows
          Twenty-Six Weeks Ended August 31, 1996 and
          September 2, 1995 . . . . . . . . . . . . . . . . . . . . . . . 6

          Notes to Condensed Consolidated Financial Statements  . . . . . 7

          Independent Auditors' Report  . . . . . . . . . . . . . . . . . 8

Item 2.   Management's Discussion and Analysis of Financial
          Condition and Results of Operations . . . . . . . . . . . . . . 9

PART II. OTHER INFORMATION

Item 6.   Exhibits and Reports on Form 8-K . . . . . . . . . . . . . . . 12

RITE AID CORPORATION
FORM 10-Q
FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996

PART I.  FINANCIAL INFORMATION

Item 1. Financial Statements:

RITE AID CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEET
(Dollars in Thousands)

| ASSETS | AUGUST 31, 1996 | MARCH 2, 1996 |
|---|---|---|
| | (UNAUDITED) | |
| Current Assets | | |
| Cash | $ 9,407 | $ 3,131 |
| Accounts Receivable, Net | 248,038 | 246,966 |
| Inventories | 1,222,105 | 1,170,747 |
| Prepaid Expenses and Other Current Assets | 40,917 | 44,204 |
| Total Current Assets | 1,520,467 | 1,465,048 |
| Property, Plant and Equipment | 1,888,234 | 1,677,510 |
| Less: Accumulated Depreciation and Amortization | 746,100 | 697,961 |
| Total Property, Plant & Equipment, Net | 1,142,134 | 979,549 |
| Intangible Assets | | |
| Excess of Cost Over Underlying Equity in Subsidiaries (less accumulated amortization of $11,248 and $9,619) | 151,321 | 141,266 |
| Lease Acquisition Costs and Other Intangible Assets (less accumulated amortization of $125,688 and $115,430) | 221,002 | 197,129 |
| Total Intangible Assets | 372,323 | 338,395 |
| Other Assets | 67,557 | 59,003 |
| Total Assets | $3,102,481 | $2,841,995 |

See accompanying independent auditors' report and notes to condensed
consolidated financial statements.

RITE AID CORPORATION
FORM 10-Q
FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996

Item 1.  Financial Statements:  (Continued)

RITE AID CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEET
(Dollars in Thousands)

| LIABILITIES | AUGUST 31, 1996 | MARCH 2, 1996 |
|---|---|---|
|  | (UNAUDITED) |  |
| Current Liabilities |  |  |
| Short-Term Debt and Current Maturities of Long-Term Debt | $   58,344 | $  232,811 |
| Accounts Payable | 253,305 | 271,782 |
| Income Taxes | 68,580 | 42,463 |
| Sales and Other Taxes Payable | 13,519 | 13,913 |
| Accrued Expenses | 66,153 | 50,158 |
| Reserve for Restructuring and Other Charges | 4,222 | 18,872 |
| Total Current Liabilities | 464,123 | 629,999 |
| Long-Term Debt, Less Current Maturities | 1,382,859 | 994,321 |
| Deferred Income Taxes | 113,862 | 114,056 |
| Total Liabilities | 1,960,844 | 1,738,376 |
| Stockholders' Equity |  |  |
| Common Stock | 90,441 | 90,380 |
| Additional Paid-In Capital | 63,713 | 62,623 |
| Retained Earnings | 1,092,662 | 1,055,795 |
| Cumulative Pension Liability Adjustments | (433) | (433) |
| Treasury Stock, At Cost | (104,746) | (104,746) |
| Total Stockholders' Equity | 1,141,637 | 1,103,619 |
| Total Liabilities and Stockholders' Equity | $3,102,481 | $2,841,995 |

See accompanying independent auditors' report and notes to condensed
consolidated financial statements.

RITE AID CORPORATION
FORM 10-Q
FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996

Item 1.  Financial Statements:  (Continued)

RITE AID CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENT OF INCOME
(Dollars In Thousands Except Per Share Amounts)
(UNAUDITED)

|  | TWENTY-SIX WEEKS ENDED AUGUST 31, 1996 | TWENTY-SIX WEEKS ENDED SEPTEMBER 2, 1995 |
|---|---:|---:|
| NET SALES | $2,828,378 | $2,683,240 |
| COSTS AND EXPENSES |  |  |
| Cost of Goods Sold Including Occupancy Costs | 2,084,762 | 1,975,544 |
| Selling, General and Administrative Expenses | 580,451 | 561,255 |
| Interest Expense | 37,199 | 33,031 |
| Nonrecurring Charge Related to Revco D.S., Inc. Acquisition Costs | 16,057 | - |
|  | 2,718,469 | 2,569,830 |
| Income Before Income Taxes | 109,909 | 113,410 |
| Income Taxes | 41,984 | 44,117 |
| NET INCOME | $ 67,925 | $ 69,293 |
| EARNINGS PER SHARE | $.81 | $.83 |
| CASH DIVIDENDS PER COMMON SHARE | $.37 | $.34 |
| AVERAGE SHARES OUTSTANDING | 83,878,000 | 83,844,000 |

See accompanying independent auditors' report and notes to condensed
consolidated financial statements.

```
                           RITE AID CORPORATION
                           FORM 10-Q
                           FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996
```

Item 1.  Financial Statements:  (Continued)

```
                    RITE AID CORPORATION AND SUBSIDIARIES
                    CONDENSED CONSOLIDATED STATEMENT OF INCOME
                    (Dollars In Thousands Except Per Share Amounts)
                                    (UNAUDITED)
```

|  | THIRTEEN WEEKS ENDED AUGUST 31, 1996 | THIRTEEN WEEKS ENDED SEPTEMBER 2, 1995 |
|---|---:|---:|
| NET SALES | $1,423,076 | $1,328,399 |
| COSTS AND EXPENSES |  |  |
| Cost of Goods Sold Including Occupancy Costs | 1,050,635 | 979,333 |
| Selling, General and Administrative Expenses | 296,060 | 281,804 |
| Interest Expense | 19,412 | 16,775 |
|  | 1,366,107 | 1,277,912 |
| Income Before Income Taxes | 56,969 | 50,487 |
| Income Taxes | 21,760 | 19,577 |
| NET INCOME | $ 35,209 | $ 30,910 |
| EARNINGS PER SHARE | $.42 | $.37 |
| CASH DIVIDENDS PER COMMON SHARE | $.185 | $.17 |
| AVERAGE SHARES OUTSTANDING | 83,890,000 | 83,758,000 |

See accompanying independent auditors' report and notes to condensed
consolidated financial statements.

RITE AID CORPORATION
FORM 10-Q
FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996

Item 1. Financial Statements: (Continued)

RITE AID CORPORATION AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS
(Dollars in Thousands)
(UNAUDITED)

|  | TWENTY-SIX WEEKS ENDED AUGUST 31, 1996 | TWENTY-SIX WEEKS ENDED SEPTEMBER 2, 1995 |
|---|---|---|
| **Operating Activities** | | |
| Income from Continuing Operations Before Income Taxes | $ 109,909 | $ 113,410 |
| Depreciation and Amortization | 70,397 | 56,876 |
| Accreted Interest on Zero Coupon Notes | 6,588 | 6,368 |
| Changes in Operating Assets and Liabilities, Net of Effects from Acquisitions | (57,631) | (86,072) |
|  | 129,263 | 90,582 |
| Discontinued Operations | | |
| Income from Operations Before Income Taxes | - | 190 |
| Depreciation and Amortization | - | 700 |
|  | - | 890 |
| Income Taxes Paid | (16,391) | (29,322) |
| Net Cash Provided by Operations | 112,872 | 62,150 |
| **Investing Activities** | | |
| Purchase of Property, Plant and Equipment | (216,309) | (123,766) |
| Purchase of Businesses, Net of Cash Acquired | (25,771) | (84,385) |
| Intangible Assets Acquired | (33,298) | (16,330) |
| Proceeds from Dispositions | - | 136,357 |
| Other | (8,794) | (3,637) |
| Net Cash Used by Investing Activities | (284,172) | (91,761) |
| **Financing Activities** | | |
| Proceeds from Sale of Senior Notes | - | 197,702 |
| Proceeds (Payments) of Commercial Paper | 221,645 | (79,920) |
| Payments of Long-Term Debt | (14,143) | (44,980) |
| Cash Dividends Paid | (31,058) | (28,494) |
| Acquisition of Stock for Treasury | - | (8,969) |
| Proceeds from the Sale of Stock | 1,132 | 470 |
| Net Cash Provided by Financing Activities | 177,576 | 35,809 |
| Increase in Cash | $ 6,276 | $ 6,198 |

See accompanying independent auditors' report and notes to condensed
consolidated financial statements.

```
                    RITE AID CORPORATION
                    FORM 10-Q
                    FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996
```

ITEM 1.  Financial Statements: (Continued)

                    RITE AID CORPORATION AND SUBSIDIARIES


              NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

NOTE 1 - BASIS OF PRESENTATION

        The financial information included herein is unaudited.  In addition,
        the financial information does not include all disclosures required
        under generally accepted accounting principles because certain note
        information included in the Company's annual report has been omitted;
        however, such information reflects all adjustments (consisting solely
        of normal recurring adjustments) which are, in the opinion of
        management, necessary to a fair statement of the results for the
        interim periods.  The report of KPMG Peat Marwick LLP, independent
        auditors, commenting upon their review accompanies the condensed
        consolidated financial statements included in Item 1 of Part I.

        The results of operations for the twenty-six weeks and thirteen weeks
        ended August 31, 1996 and September 2, 1995 are not necessarily
        indicative of the results to be expected for the full year.

NOTE 2 - EARNINGS PER SHARE

        Earnings per share were computed by dividing net income by the
        weighted average number of shares of common stock outstanding during
        the periods.

NOTE 3 - NONRECURRING CHARGE

        On April 17, 1996, the Federal Trade Commission (FTC) voted to deny
        approval of Rite Aid's proposed acquisition with Revco D.S., Inc.  As
        a result of the FTC's action, Rite Aid charged approximately
        $16,057,000 against earnings for costs related to the proposed
        acquisition in the first quarter of the current fiscal year.  The
        charge had the effect of reducing net income approximately $.12 per
        share for the twenty-six week period ended August 31, 1996.

NOTE 4 - COMMITMENTS AND CONTINGENCIES

        The company had standby letters of credit of $33,900,000 and
        $33,188,000 at August 31, 1996 and March 2, 1996, respectively.

        The company is the defendant in claims and lawsuits arising in the
        ordinary course of business.  In the opinion of management, these
        matters are covered adequately by insurance, or if not so covered, are
        of such nature or involve such amounts as would not have a material
        effect on the financial statements of the company if decided
        adversely.

Item 1.  Financial Statements:  (Continued)

                         INDEPENDENT AUDITORS' REPORT

The Board of Directors
Rite Aid Corporation
Camp Hill, Pennsylvania

     We have reviewed the condensed consolidated balance sheet of Rite Aid
Corporation and subsidiaries as of August 31, 1996, and the related condensed
consolidated statements of income for the twenty-six and thirteen week periods
ended August 31, 1996 and September 2, 1995, and the condensed consolidated
statements of cash flows for the twenty-six week periods ended August 31, 1996
and September 2, 1995.  These financial statements are the responsibility of
the Company's management.

     We conducted our review in accordance with standards established by the
American Institute of Certified Public Accountants.  A review of interim
financial information consists principally of applying analytical procedures to
financial data, and making inquiries of persons responsible for financial and
accounting matters.  It is substantially less in scope than an audit in
accordance with generally accepted auditing standards, the objective of which
is the expression of an opinion regarding the financial statements taken as a
whole.  Accordingly, we do not express such an opinion.

     Based on our review, we are not aware of any material modifications that
should be made to the condensed consolidated financial statements referred to
above for them to be in conformity with generally accepted accounting
principles.

     We have previously audited, in accordance with generally accepted auditing
standards, the consolidated balance sheet of Rite Aid Corporation and
subsidiaries as of March 2, 1996, and the related consolidated statements of
income, stockholders' equity and cash flows for the year then ended (not
presented herein); and in our report dated April 24, 1996, we expressed an
unqualified opinion on those consolidated financial statements.  In our
opinion, the information set forth in the accompanying condensed consolidated
balance sheet as of March 2, 1996, is fairly stated, in all material respects,
in relation to the consolidated balance sheet from which it has been derived.




                              KPMG PEAT MARWICK LLP


Harrisburg, Pennsylvania
October 4, 1996

Item 2.   Management's Discussion and Analysis of Financial Condition and
          Results of Operations:

Net sales for the thirteen-week and twenty-six week periods ended August 31,
1996 were $1,423,076,000 and $2,828,378,000, respectively, representing
increases of 7.1% and 5.4% over the same periods from the previous year.
Same-store sales increased 7.1% for the thirteen weeks and 6.9% year to date
compared to 6.8% and 7.1% for the comparable periods last year.  Revenues a
year ago included sales of approximately $69,000,000 for the second quarter
from the 183 stores which were sold or closed in the Florida, Massachusetts and
Rhode Island markets and the nursing home line of business.  Excluding the
revenues from these dispositions, the adjusted sales increases for the quarter
would have been approximately 13%. As of August 31, 1996, the company operated
2,796 stores.

Cost of goods sold including occupancy costs, as a percentage of sales, was
73.8% for the quarter and 73.7% for the year-to-date period compared to 73.7%
and 73.6% for the respective periods a year earlier. Following the industry
trend, a growing percentage of prescription sales are paid for by third-party
plans.  These third-party sales typically provide a lower gross margin than
other pharmacy sales.   Historically, the company has reported the portion of
prescription sales reimbursed by entities other than the customers as
third-party sales. Co-payment amounts required to be paid by the customers
under third-party plans were not included in the third-party sales figures.  In
order to present third-party sales information in a manner consistent for
industry comparisons, the company has elected to begin reporting the total
sales controlled by third-party or managed care entities, including the
customers' co-payments and third-party cash card programs, as third-party
sales. The ratios of third-party to total pharmacy sales under the restated
method compared to the previous method of reporting is as follows:

|                   | Fiscal 1997 |          | Fiscal 1996 |          |
|                   | Restated    | Previous | Restated    | Previous |
|-------------------|-------------|----------|-------------|----------|
| First Quarter     | 78.6%       | 64.5%    | 74.0%       | 60.6%    |
| Second Quarter    | 79.0%       | 65.2%    | 74.0%       | 62.3%    |
| Twenty-Six Weeks  | 78.8%       | 64.7%    | 74.0%       | 61.6%    |
| Third Quarter     |             |          | 75.7%       | 64.0%    |
| Thirty-Nine Weeks |             |          | 74.6%       | 62.3%    |
| Fourth Quarter    |             |          | 76.9%       | 63.0%    |
| Fiscal Year       |             |          | 75.3%       | 62.8%    |

The company was able to offset the effect of greater third-party sales somewhat
through a favorable front-end sales mix, increasing sales of generic versus
brand drugs, stabilizing margins in third party plans and the discontinuance of
the nursing home line of business last year which was realizing lower margins.

Selling, general and administrative costs of $296,000,000 for the quarter and
$580,451,000 year to date were 20.8% and 20.5% of sales, respectively.  This
compares favorably to 21.2% and 20.9% for the respective periods in the
previous year.  The decrease demonstrates the benefits of the company's
continuing cost control efforts at all levels of the organization and the
elimination of overhead costs related to the Florida and New England stores
which historically had higher operating expense to sales ratios.

```
                        RITE AID CORPORATION
                        FORM 10-Q
                        FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996
```

Item 2.   Management's Discussion and Analysis of Financial Condition and
          Results of Operations:   (CONTINUED)


Interest expense was $19,412,000 for the thirteen week period and $37,199,000 for the twenty-six week period this year compared to $16,775,000 and $33,031,000 for the respective periods last year. The higher expense resulted from increased debt which is being used to support store construction, expansion and relocations, fund working capital for the larger prototype stores being built; and the purchase of independent drugstores and smaller drugstore chains. The impact of the higher indebtedness was offset by slightly lower weighted average rates on the company's commercial paper of approximately 5.5% for the quarter and year-to-date periods compared to 6.0% for the quarter and 6.1% for the twenty-six week period in the prior year.

During the first quarter of fiscal 1997, the company recorded a nonrecurring, pre-tax charge of $16,057,000 to write off the costs associated with the proposed acquisition of Revco D. S., Inc. The charge reflected legal fees incurred in conjunction with settling federal and state issues regarding the proposed merger, professional fees to prepare economic analyses for the Federal Trade Commission, costs incurred to arrange financing for the merger, and consulting fees for information system integration to provide compatibility between systems and accommodate the increased volume of activity.

The reserve for restructuring and other charges remains adequate to cover the unsettled leases of the 200 drugstores closed during fiscal 1995. The company continues to negotiate with landlords of the remaining stores with leases which have not been terminated. Where favorable terms cannot be agreed upon, the company will endeavor to sublet the locations until the leases expire.

Working capital was $1,056,344,000 at August 31, 1996 compared to $898,295,000 at September 2, 1995 and the current ratios were 3.3:1 and 2.9:1 respectively. Cash from operations is used to support current operations, fund dividend distributions to shareholders and contribute to investing activities including store expansion and acquisitions. For the twenty-six week period ended August 31, 1996, cash from operations and working capital were impacted primarily by increased inventories. The rise in inventories was due principally to the nonrenewal of a wholesaler contract to carry and supply pharmaceuticals to stores in the Michigan market. As a result, the company is now carrying increased stock levels at its distribution centers for servicing the Michigan stores which had previously been serviced by that wholesaler.

On July 24, 1996, certain holders of the company's 6 3/4% zero coupon subordinated convertible notes exercised the right to tender their notes at a price of $514.86 which was equal to the issue price plus accrued original discount. The company redeemed approximately 27,400 of the notes.

```
                          RITE AID CORPORATION
                          FORM 10-Q
                          FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996
```

Item 2.  Management's Discussion and Analysis of Financial Condition and
Results of Operations:   (CONTINUED)

During the second quarter, the company entered into a five-year $1 billion
revolving credit commitment to provide additional borrowing capacity and
support its commercial paper program.  This new commitment replaces the
company's $600,000,000 revolving credit commitment which consisted of a
$250,000,000 364-day facility and a $350,000,000 five-year credit facility.
This  new credit facility has an .085% per annum facility fee irrespective of
usage. The increased facility allowed the company to expand its commercial
paper program which is used for general corporate purposes including financing
the company's store expansion, relocation, construction and acquisition
programs.  During the quarter, the company added 49 drugstores, closed 20
smaller outlets,  enlarged 15 locations and relocated 36 units.  Since the
beginning of the fiscal year, the company has added 67 stores, closed 30
outlets, enlarged 24 locations and relocated 62 units.  The company also has
shelf registration statements filed on Forms S-3 which provide the ability to
issue up to $400 million in debt securities.

```
                         RITE AID CORPORATION
                         FORM 10-Q
                         FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996


                                PART II

Item 6.  Exhibits and Reports on Form 8-K:

  (a)  Exhibits

       Item 11. - Statement regarding computation of per share
                    earnings

       Item 15. - Copy of letter from independent accountants'
                    regarding unaudited interim financial information

       Item 27. - Financial Data Schedule (EDGAR Filing Only)
```

```
                         RITE AID CORPORATION
                         FORM 10-Q
                         FOR THE THIRTEEN WEEKS ENDED AUGUST 31, 1996
```

                                   SIGNATURES

     Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned thereunto duly authorized.

                                        RITE AID CORPORATION

                                        (Registrant)


Date:   October 9, 1996                 /S/ FRANK BERGONZI
        -------------------------       -------------------------
                                        Frank Bergonzi
                                        Executive Vice President,
                                        Chief Financial Officer

RITE AID CORPORATION AND SUBSIDIARIES
STATEMENT RE COMPUTATION OF PER SHARE EARNINGS
TWENTY-SIX WEEKS ENDED AUGUST 31, 1996 AND SEPTEMBER 2, 1995
(In Thousands Except Per Share Amounts)

|  | 1996 | 1995 |
|---|---|---|
| **Earnings Per Common Share-Assuming No Dilution** | | |
| Net Income | $ 67,925 | $ 69,293 |
| Weighted average number of common shares outstanding | 83,878 | 83,844 |
| Primary earnings per common share | $.81 | $.83 |
| **Earnings Per Common Share-Assuming Full Dilution** | | |
| Earnings | | |
| Net Income | $ 67,925 | $ 69,293 |
| Add after tax interest expense applicable to 6 3/4% convertible notes (a) | 4,071 | 3,891 |
| Net income as adjusted | $ 71,996 | $ 73,184 |
| Shares | | |
| Weighted average number of common shares outstanding | 83,878 | 83,844 |
| Assuming conversion of 6 3/4% convertible notes | 5,953 | 6,395 |
| Assuming exercise of options reduced by the number of shares which could have been purchased with the proceeds from exercise of such options | 714 | 758 |
| Weighted average number of common shares outstanding as adjusted | 90,545 | 90,997 |
| Earnings per common share assuming full dilution | $.80(b) | $.80(b) |

(a) Shown net of income taxes which were calculated at the company's effective tax rate.

(b) This calculation is submitted in accordance with Regulation S-K item 601 (b)(11) although not required by APB Opinion No. 15 since dilution is less than 3%.

15

EXHIBIT 11

RITE AID CORPORATION AND SUBSIDIARIES
STATEMENT RE COMPUTATION OF PER SHARE EARNINGS
THIRTEEN WEEKS ENDED AUGUST 31, 1996 AND SEPTEMBER 2, 1995
(In Thousands Except Per Share Amounts)

|  | 1996 | 1995 |
|---|---|---|
| **Earnings Per Common Share-Assuming No Dilution** | | |
| Net Income | $ 35,209 | $ 30,910 |
| Weighted average number of common shares outstanding | 83,890 | 83,758 |
| Primary earnings per common share | $.42 | $.37 |
| **Earnings Per Common Share-Assuming Full Dilution** | | |
| Earnings | | |
| Net Income | $ 35,209 | $ 30,910 |
| Add after tax interest expense applicable to 6 3/4% convertible notes (a) | 2,073 | 1,951 |
| Net income as adjusted | $ 37,282 | $ 32,861 |
| Shares | | |
| Weighted average number of common shares outstanding | 83,890 | 83,758 |
| Assuming conversion of 6 3/4% convertible notes | 5,953 | 6,395 |
| Assuming exercise of options reduced by the number of shares which could have been purchased with the proceeds from exercise of such options | 714 | 758 |
| Weighted average number of common shares outstanding as adjusted | 90,557 | 90,911 |
| Earnings per common share assuming full dilution | $.41(b) | $.36(b) |

(a)  Shown net of income taxes which were calculated at the company's effective
     tax rate.

(b)  This calculation is submitted in accordance with Regulation S-K item 601
     (b)(11) although not required by APB Opinion No. 15 since dilution is less
     than 3%.

(KPMG PEAT MARWICK LLP LETTERHEAD)

Rite Aid Corporation
Camp Hill, Pennsylvania

Gentlemen:

Re:   Registration Statement No. 2-87981; No. 33-61185; and No. 333-8071

With respect to the subject registration statements, we acknowledge our awareness of the incorporation by reference therein of our report dated October 4, 1996 related to our review of interim financial information.

Pursuant to Rule 436(c) under the Securities Act of 1933, such report is not considered a part of a registration statement prepared or certified by an accountant or a report prepared or certified by an accountant within the meaning of Sections 7 and 11 of the Act.

Very truly yours,


KPMG PEAT MARWICK LLP

Harrisburg, Pennsylvania
October 4, 1996

17

THIS SCHEDULE CONTAINS SUMMARY FINANCIAL INFORMATION EXTRACTED FROM RITE AID
CORPORATION AND SUBSIDIARIES ARTICLE 5 FINANCIAL DATA SCHEDULES FORM 10-Q AND IS
QUALIFIED IN ITS ENTIRETY BY REFERENCE TO SUCH SECOND QUARTER ENDED AUGUST 31,
1996

1,000

```
                    6-MOS
                       MAR-01-1997
                          AUG-31-1996
                                  9,407
                                      0
                            251,537
                              3,499
                          1,222,105
                    1,520,467
                              1,888,234
                            746,100
                          3,102,481
                    464,123
                              1,382,859
                          0
                                    0
                            90,441
                          1,051,196
              3,102,481
                              2,828,378
                    2,828,378
                              2,084,762
                          2,084,762
                          596,508
                                0
                           37,199
                          109,909
                             41,984
                      67,925
                                  0
                                  0
                                      0
                          67,925
                            .81
                            .80
```