**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweisss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' SUPPLEMENTAL REPLY IN RESPONSE TO OBJECTION OF SVAP III PLAZA MEXICO, LLC TO NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO AUCTION OF CERTAIN OF THE DEBTORS' LEASES**

New Rite Aid, LLC, together with its affiliated debtors and debtors in possession (collectively, the "Debtors"), file this supplemental reply (the "Supplement Reply")[2] in connection with the *Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] On August 22, 2025, the Debtors filed the *Debtors' Reply in Response to Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to Auction of Certain of the Debtors' Leases* [Docket No. 2007] (the "Debtors' Reply"). Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Debtors' Reply.

*with Respect to Auction of Certain of the Debtors' Leases* [Docket No. 1873] (the "<u>Objection</u>").

In support of the Supplemental Reply, the Debtors respectfully state as follows:

<u>**RELEVANT FACTUAL BACKGROUND**</u>

1.      On or about February 20, 1987, Thrifty Corporation and Lynwood Associates

executed a Lease for the premises located at 11325 Long Beach Boulevard, Lynwood, California

(the "<u>Premises</u>").

2.      Thrifty Corporation was not affiliated with the Debtors at the time it entered into

the Lease.

3.      Based on publicly available information, in 1983 Thrifty Corporation had gross

sales of $1.19 billion and income before taxes of $42 million.  *See* 1983 Annual Report of Thrifty

Corporation at pg. 1.[3]  The Quarterly Earnings of Thrifty Corporation published in the New York

Times on July 10, 1985 indicate sales of $342 million, with net income of $5.6 million.



*See* New York Times Late Edition, NYT. VOL. CXXXIV … No. 46,466.

4.      According to an article from the *Los Angeles Times*, dated March 21, 1986, at

around the time it entered into the Lease, Thrifty Corporation was a Los Angeles-based retail drug

store chain that operated 550 Thrifty Drug stores, and owned 90 Big 5 Sporting Goods stores and

---

[3]      Annexed hereto as **<u>Exhibit A</u>** is a copy of the 1983 Annual Report of Thrifty Corporation found at
https://archive.org/details/thriftydrugstoresannualreports/thriftydrug1983/.

held interests in the 187-store Crown Books chain and the 72-store Trak Auto West discount automobile parts chain.    *See* https://www.latimes.com/archives/la-xpm-1986-03-21-fi-5327-story.html, a copy of which is annexed hereto as **Exhibit B**.[4]

5.    On or about December 12, 1996, the Debtors acquired Thrifty PayLess, Inc., the corporate parent of Thrifty Corporation.[5]  For the fiscal year ending March 1, 1997, the Debtors had sales of $6.97 billion and income before taxes and extraordinary loss of $259 million.  *See* 1997 10-K of Rite Aid, at pgs. 16 and 23.[6]  "Included in fiscal 1997 are sales of approximately $1.071 billion generated by 1,007 Thrifty PayLess stores since their December 12, 1996 acquisition date." *Id.*  With the addition of the Thrifty PayLess stores, the Debtors operated 3,623 stores in 27 states and the District of Columbia as of March 1, 1997.  *Id.* at p. 6.

---

[4]    According to news reports, Thrifty Corporation was acquired by Pacific Lighting, the parent of Southern California Gas, in or around May 1986.  *See*, *e.g.*, https://www.latimes.com/archives/la-xpm-1986-08-06-fi-1412-story.html#:~:text=The%20merger%2C%20which%20involved%20an,Big%205%20sporting%20goods%20cha in.  According to that *Los Angeles Times* article, at the time of Pacific Lighting acquisition, Thrifty owned 555 drug and discount stores and the Big 5 sporting goods chain.  *See also* http://www.nytimes.com/1986/05/29/business/utility-will-buy-drug-chain.html.  As set forth in the *New York Times* article:

> Thrifty operates California's largest chain of drug and discount stores. About 467 of the 555 Thrifty Drug and Discount stores are in California, mostly in the southern part of the state, and the others are in eight nearby Western states. The company also runs Big 5 Sporting Goods stores, with 89 outlets, mostly in California, and owns 34 percent of Crown Books, a discount chain, and half of Trak Auto West, a chain of discount automotive parts and accessories. Thrifty has grown steadily in recent years, rising from $7.9 million in profits on revenues of $610 million in 1976 to earnings of $31.9 million on revenues of $1.4 billion in its 1985 fiscal year. Profit margins have also increased significantly over that time. Pacific Lighting earned $156 million last year on sales of $5.1 billion, with 68 percent of its profits coming from the utility.

Copies of the foregoing articles are annexed hereto as **Exhibits C and D**, respectively.

[5]    To the extent the Debtors have any information regarding the financial condition or operating performance of Thrifty Payless, Inc. or Thrifty Corporation relating to periods prior to the Debtors' acquisition, such information is not readily available.

[6]    Annexed hereto as **Exhibit E** is a copy of the 1997 10-K of Rite Aid. (https://www.sec.gov/Archives/edgar/data/84129/0000893220-97-001091.txt)

6.      As set forth in *Ross Dress for Less, Inc.'s Reply to the Objection of SVAP III Plaza Mexico, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. 2005] (the "Ross Reply"), Ross's earnings before taxes for the fiscal quarter ending May 4, 2025 was $640 million.  *See* Ross Reply, ¶ 12e.  In order for the Debtors to compare this figure to the Debtors fiscal year 1997 income they consulted the CPI Inflation Calculator provided by the U.S. Bureau of Labor Statistics to determine the value of the Debtors' yearly income in 1997 to today.[7]



7.      As shown above, the Debtors' yearly income before taxes and extraordinary loss for 1997 would be worth $523 million today.  To be clear, the Debtors' *yearly* income at the time "the debtor became the lessee under the lease" is less than Ross's current *quarterly* income.  If the Court is inclined to compare Ross's earnings to those of Thrifty Corporation, as close in time to the execution of the Lease as possible and prior to the Debtors' acquisition of the lessee, Thrifty Corporation's quarterly net income in 1985 would be worth $17 million dollars today – less than 3% of Ross's quarterly net income.

---

[7] https://www.bls.gov/data/inflation_calculator.htm

## AN ASSIGNMENT TO ROSS WILL INDISPUTABLY MEET THE REQUIREMENTS FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE PURSUANT TO SECTION 365(B)(3)(A)

8.      Section 365(b)(3)(A) provides, in relevant part:

> [A]dequate assurance of future performance of a lease of real property in a shopping center includes adequate assurance . . . that the financial condition and operating performance of the proposed assignee and its guarantors, if any, shall be ***similar*** to the financial condition and operating performance of the debtor and its guarantors, if any, ***as of the time the debtor became the lessee under the lease*** . . . .

11 U.S.C. § 365(b)(3)(A) (emphasis added).

9.      The terms of the Bankruptcy Code do not define "similar."  Nevertheless, it is common sense that to be "similar" is not to be "identical."  The legislative history confirms that the use of the word "similar" was intentionally selected to avoid arguments that an assignee must be "exactly the same" as a debtor at the relevant time.  This provision was amended by the full Judiciary Committee to ensure that it would ***not*** be interpreted to mean that the assignee must have exactly the same financial posture as the assignor.  ***Instead***, the assignee should have a similar operating and financial performance when all factors, including advertising aggressiveness, profit margins, growth potential, and other financial indicia, are weighed.  S. Rep. No. 98-65, at 42 (1983) (emphasis added).  *See also In re Sears Holdings Corp.*, 613 B.R. 51, 75 (S.D.N.Y.), *order vacated on reh'g*, 616 B.R. 615 (S.D.N.Y. 2020), *vacated and remanded*, No. 20-1846-BK, 2023 WL 7294833 (2d Cir. Nov. 6, 2023) ("But by using the word 'similar' rather than 'identical,' Congress indicated that identity of financial condition and operating performance is not required.  The few courts that have considered what the statutory phrase 'similar to the financial condition and operating performance of the debtor means have concluded that it requires at the very least that there be proportionally comparable financial health between the assignee and/or its guarantors and the debtor as of the lease's inception.'") (citing *In re Ames Dep't Stores, Inc.*, 2003 WL 749172,

at *2 (S.D.N.Y. Mar. 5, 2003) (comparing Form 10-Ks and per-store sales and profit); *Ramco-Gershenson Props., L.P. v. Serv. Merch. Co.*, 293 B.R. 169, 177-78 (M.D. Tenn. 2003) (considering cashflow analysis for store; guaranty from assignee's parent company; and financial statements for the debtors, the proposed subtenant, and assignee's parent companies where assignee was a new entity with no operating history or financial record); *In re Casual Male Corp.*, 120 B.R. 256, 265 (Bankr. D. Mass. 1990) (comparing ratios of current assets to current liabilities and noting owner and CEO's business experience where assignee was recently incorporated)).

10.     The statute's prime purpose is to "provide adequate assurance for the payment of future rent." *Service Merchandise*, 297 B.R. at 682.  Courts should apply the requirements in section 365(b)(3)(A) in a "commercially reasonable standard." *Id.* at 177.

11.     Regardless of the exact similitude that Ross must bear in relation to the past operational performance and financial condition of Thrifty Corporation in 1987 or the Debtors when they acquired Thrifty Payless, Inc. in 1996, here such "similarities" are abundantly clear.

12.     And, regardless of the time period, it is the Debtors' understanding that Ross' abilities today are *at least* reasonably comparable to the Thrifty Corporation's abilities to meet the rent obligations under the Lease when originally entered into or when the Debtors acquired Thrifty Payless, Inc. and Thrifty Corporation in 1996 and "became the lessee under the lease."  Indeed, by any measure, Ross's financial condition and operating performance seemingly far surpass that of Thrifty Corporation in or around 1987 or that of the Debtors when they acquired Thrifty Payless, Inc. in 1996.

13.     Without identifying any specific concerns, the "Landlord demands strict proof of Ross's adequate assurance of future performance, which includes information in support of the

financial condition and operating performance of Tenant under the Lease at the time of initial leasing." *See* Objection at ¶ 29.

14.    Putting aside whether the "demand" tracks the language of section 365(b)(3)(A), which it does not, the Landlord's demand would ask this Court to ignore the publicly available information regarding Ross' financial strength and operating performance altogether simply because there was no explicit demonstration that Ross' financial condition and operating performance is "similar" to that which existed at the time the Landlord (through its predecessor) entered into the Lease with Thrifty Corporation (or the date in which the Debtors acquired Thrifty Corporation when the "debtor became the lessee under the lease").

15.    According to the "Corporate Profile" on Ross' investors relation page:

> Ross Stores, Inc. is an S&P 500, Fortune 500, and Nasdaq 100 (ROST) company headquartered in Dublin, California, with fiscal 2024 revenues of $21.1 billion. Currently, the Company operates Ross Dress for Less® ("Ross"), the largest off-price apparel and home fashion chain in the United States with 1,873 locations in 44 states, the District of Columbia, Guam, and Puerto Rico.  Ross offers first-quality, in-season, name brand and designer apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 60% off department and specialty store regular prices every day. The Company also operates 360 dd's DISCOUNTS® stores in 22 states that feature a more moderately-priced assortment of first-quality, in-season, name brand apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 70% off moderate department and discount store regular prices every day.

Annexed    hereto    as    **Exhibit F**    is    a    copy    of    Ross's    investors    relation    page (https://investors.rossstores.com/).

16.    Based on publicly information about Thrifty Corporation in or around 1987 and the Debtors when they acquired Thrifty Corporation in 1996, all of which is and was available to the Landlord (and which this Court can take judicial notice of), it defies credulity for the Landlord to suggest (or to put the Debtors or the Court to the test) that Ross, as the proposed assignee, would

be unable to provide adequate assurance of future performance or that it was ever in doubt that the "financial condition and operating performance" of Ross would not have been "similar" to *any* retailer at *any* time.

17.    The    financial    performance    of    Ross    is    available    at: https://www.sec.gov/edgar/browse/?CIK=745732 and, as the Landlord concedes in the Objection, the Landlord was provided with Ross' Form 10-K for 2024 as proof of adequate assurance of future performance.  *See* Objection, ¶ 29; and see Ross' Form 10-K for 2024, annexed hereto as **Exhibit G**.  Among other things, that 10-K reflects that as of February 1, 2025, Ross Dress For Less, Inc., the proposed assignee, operated 1,831 stores in 43 states, the District of Columbia and Guam and that Ross Stores, Inc., through its additional brand dd's DISCOUNTS, operated 355 stores in 22 states.  Moreover, as reflected in that 10-K, as of February 1, 2025, Ross Stores operated 476 stores in California alone, where the Premises is located.

18.    As of today, Ross' market capitalization is $49.30 billion.

19.    As set forth in its public filings, the financial and operating performance of Ross is unquestionably sufficient to satisfy section 365(b)(3)(A) and is, undoubtedly, "similar" or "proportionally comparable" to that of Thrifty Corporation when it entered into the Lease nearly 40 years ago in 1987 and at the time that the Debtors acquired Thrifty Corporation nearly 30 years ago when it "became the lessee under the lease."

### IF THE LEASE IS ASSIGNED OVER THE LANDLORD'S OBJECTION, THE DEBTORS, AS THE SUCCESSFUL PARTY UNDER THE TERMS OF THE LEASE, SHOULD BE AWARDED THEIR ATTORNEYS' FEES INCURRED

20.    Section 11.1 of the Lease provides, in relevant part, that "Lessee shall have the right to assign or sublet the Demised Premises or any part thereof for any lawful purpose . . ."  *See* Lease, Exhibit 2 to Objection.  Section 11.2 of the Lease, which is an unenforceable anti-assignment provision, provides:

> Provided, however, upon notice to Lessee from Lessor of Lessee's intent to assign or sublease, Lessor shall within thirty (30) days after its receipt of such notice of proposed transfer from Lessee, (a) consent to such transfer; (b) sublease the Premises from Lessee on the same terms and conditions set forth herein; or (c) terminate this Lease, such termination to be effective thirty (30) days after receipt of such notice by Lessee. . . .  Lessor's election to recapture the Premises is not subject to the reasonable standard and is in the Lessor's sole and absolute discretion.  Notwithstanding anything to the contrary in this Section 11.2, if Lessor elects to recapture the Premises and thereby terminate the Lease, Lessee shall have ten (10) days after written notice thereof from Lessor to Lessee to withdraw Lessee's notice of intent to assign or sublease, whereupon Tenant's request shall be withdrawn and the Lease shall remain in full force and effect.

Lease, Exhibit 2 to Objection, § 11.2.

21.     Section 13.1 of the Lease provides, in relevant part, as follows:

> In the event either party hereto commences legal proceedings to enforce any of the terms of this Lease, or for damages resulting from a breach of this Lease, the successful party in such action shall receive from the other party, in each such action, including any appeal taken thereof, its actual attorneys' fees and costs incurred.... The term attorneys' fees as used in this Paragraph shall include the fair market value of Lessor's and Lessee's in-house counsel's services.

Lease, Exhibit 2 to Objection, § 13.1.

22.     Because the Landlord objected to the Debtors' assignment of the Lease, the Debtors were obligated to participate in this contested matter to enforce their rights of assignment under the Lease.  To the extent the Debtors are successful in assigning the Lease to Ross, the Debtors request that the Court award the Debtors their attorneys' fees and costs incurred pursuant to the terms of the Lease.

23.     For all of these reasons, and the reasons set forth in the Debtors' Reply, the Ross' Reply and the *Ross Dress For Less, Inc.'s Supplemental Reply to the Objection of SVAP III Plaza Mexico, LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket

No. 2303], the Objection should be overruled and the Debtors should be awarded their attorneys'

fees and costs incurred.

[*Remainder of page intentionally left blank*]

## CONCLUSION

For the foregoing reasons, the Debtors respectfully request that the Court overrule the Objection, grant the Debtors the authority to assume and assign the Lease to Ross, provided that the Debtors reserve any disputed portion of the amounts asserted in the Objection with respect to the Cure Costs, award the Debtors their attorneys' fees and costs incurred, and grant such other and further relief as the Court deems appropriate.

Dated:  September 4, 2025

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**<u>EXHIBIT A</u>**




UT ARLINGTON LIBRARIES
3 1334 00703 8496


UNIVERSITY OF TEXAS AT ARLINGTON LIBRARY

# THRIFTY CORPORATION

## 1983 Annual Report



## Table of Contents

|  | Page |
|---|---|
| Highlights of the Year | 1 |
| Letter to Shareholders | 2-3 |
| Description of the Company | 4-8 |
| Market and Dividend Information | 8 |
| Five Year Summary of Selected Financial Data | 9 |
| Management's Discussion | 9 |

### Financial Statements

| | |
|---|---|
| Balance Sheets | 10-11 |
| Income Statements | 12 |
| Changes in Financial Position | 13 |
| Shareholders' Equity | 14 |
| Auditors' Report | 14 |
| Notes to Financial Statements | 15-19 |
| Summary of Growth | 20 |
| Directors and Officers . . . . Inside Back Cover | |

**Form 10-K Report.**

A copy of the Company's Annual Report
to the Securities and Exchange
Commission on Form 10-K is available
to shareholders without charge by writing to:

Thrifty Corporation
Attention: Secretary
Post Office Box 92333
Los Angeles, California 90009

**Transfer Agent:**
Bank of America NT & SA
Los Angeles and New York
(Also dividend disbursing agent)

**Registrar:**
Bank of America NT & SA
San Francisco and New York

**Auditors:**
Arthur Andersen & Co., Los Angeles

**General Counsel:**
O'Melveny & Myers, Los Angeles

# Highlights of the Year

for the years ended August 31, 1983 and 1982

|  | 1983 | 1982 |
|---|---|---|
| Sales | **$1,187,813,000** | $1,126,203,000 |
| Income Before Income Taxes | **$ 41,778,000** | $ 33,199,000 |
| Net Income | **$ 22,503,000** | $ 18,302,000 |
| Net Income Per Common Share | **$ 1.13** | $ .92 |
| Average Number of Common Shares Outstanding | **19,914,000** | 19,892,000 |
| Shareholders' Equity | **$ 135,962,000** | $ 122,089,000 |
| Return on Average Shareholders' Equity | **17.4%** | 15.7% |
| Total Assets | **$ 419,978,000** | $ 390,973,600 |
| Cash Dividends Paid Per Common Share | **$ .44** | $ .40 |
| Number of Stores |  |  |
| Thrifty Drug and Discount Stores | **537** | 533 |
| Big 5 Sporting Goods Stores | **65** | 62 |
| Thrifty Food Service Units | **26** | 29 |
| Crown Books Stores (34%-owned) | **140** | 91 |
| Trak Auto Parts Stores (50%-owned) | **20** | — |

Both years reflect the use of the last-in, first-out (LIFO) method of determining merchandise inventory cost.

## Sales $



## Net Income $



## Shareholders' Equity $



## Stores (Thrifty and Big 5 Stores)



1

# To Our Shareholders:

During the fiscal year which ended August 31, 1983, sales and profits of Thrifty Corporation were better than the year before, exceeding all previous records.

## Sales

Sales in fiscal 1983, were $1,187,813,000 compared with $1,126,203,000 the previous year, an increase of 5.5 percent. Sales of the Wonder World Company which was sold in 1982, are not included in 1983's sales volume, but are included in the first seven months of 1982. This sales record represents the **54th consecutive year** in which sales have increased over the previous year.

In addition, Thrifty Drug and Discount "same store" sales (which do not include sales of stores opened during the last two fiscal years) continued to be greater than the previous year for the **29th consecutive year** and increased 6.7 percent over the previous year. Sales of same stores in the second half of fiscal 1983 increased by 8.2%. In the first two months of fiscal 1984, Thrifty Drug and Discount same store sales increases are higher than they were in the second half of 1983. These same store sales increases are particularly significant in view of the fluctuations in the levels of the economy in the areas in which we operate and the continued strong competition from all retailers for the consumer dollar.

## Profits

Consolidated income before income taxes for the 1983 fiscal year amounted to $41,778,000 compared with $33,199,000 for the previous year, an increase of 25.8%.

Consolidated net income after taxes for fiscal 1983 exceeded all previous records, amounting to $22,503,000 compared with $18,302,000 for fiscal 1982, an increase of 23.0%.

Common share earnings for fiscal 1983 were $1.13 per share compared with $.92 per share for the previous year. The earnings per share in each year were based on the average shares outstanding in the period involved (19,914,000 in fiscal 1983 and 19,892,000 in 1982). The earnings per share and number of shares outstanding in both years reflect a two-for-one stock split which was effected upon the issuance of additional shares on June 10, 1983 to shareholders of record May 10, 1983. We believe that the increased number of outstanding shares and the reduced market value per share result in broader distribution and greater marketability of Thrifty common shares.

It is noted that both years reflect the last-in, first-out (LIFO) method of determining merchandise inventory cost.

The net income of Crown Books Corporation (now 34%-owned by Thrifty) and the net loss of Trak Auto West, Inc. (50%-owned by Thrifty) are included in Thrifty's results based on the equity method of accounting. Their combined earnings had no significant impact on Thrifty's earnings in fiscal 1983 or 1982.

Big 5 Sporting Goods operations continue to comprise an important element in Thrifty's overall sales and profits. Both its sales and profits increased over the previous year.

## Dividends

During fiscal 1983, your Board of Directors increased the cash dividend and the Company paid total dividends of 44¢ on our common shares during the fiscal year. Our current annual dividend rate is 46¢. We have increased the dividend eight times in the last eight years, and have paid cash dividends on our common shares in every fiscal year since 1937, **46 consecutive years.**

## Expansion And Remodeling

The remodeling and remerchandising of the Thrifty Drug and Discount stores is progressing satisfactorily. The stores completed under this program have been labeled "Perfecto". A Perfecto store incorporates brighter interior decor, low profile fixturization, additional self-service merchandising and improved customer traffic patterns, and emphasizes mass merchandising of nationally branded consumable merchandise. In addition, each remodeled store, as well as all new stores, are utilizing various energy saving techniques such as watt saving fluorescent fixtures and bulbs and

computerized energy management systems which automatically restrict energy consumption to a minimum. At August 31, 1983, Thrifty and its affiliates were operating 788 retail stores including 537 Thrifty Drug & Discount stores, 65 Big 5 Sporting Goods stores, 26 food service units, 140 of the 34%-owned Crown Books stores, and 20 of the 50%-owned Trak Auto parts stores. A table on page 8 sets forth the store expansion and remodeling statistics for the last two years.

During the year, we completed the testing of in-store pharmacy computer systems. Based on the test, we decided to install IBM Series I minicomputers in our pharmacies during the next several years. Use of computers in the pharmacies is expected to provide increased productivity of our personnel and better service to our customers.

## Other Matters

In August, 1983, Crown Books Corporation made an initial public offering of 2,500,000 shares of its common stock, 32% of the shares outstanding, for a total of $62,500,000. After the offering, Thrifty Corporation and Dart Drug Corporation each own 34% of Crown Books Corporation. At August 31, 1983 Crown Books Corporation was operating 73 discount book stores in California, 34 stores in the Washington, D.C. metropolitan area, 24 stores in the Chicago area, and 9 stores in the Houston area.

Trak Auto West, Inc. is a discount automotive parts and accessories chain, 50%-owned by Thrifty Corporation and 50%-owned by Trak Auto Corporation, a subsidiary of Dart Drug Corporation. Trak West opened its first store in April, 1983 and at August 31, 1983 was operating 20 automotive parts and accessories stores in the Los Angeles area. The stores are patterned after a chain of Trak Auto stores currently operated by Dart, principally in the Washington, D.C. area.

As was noted in our First Quarter Report, Thrifty Corporation sold all the outstanding shares of The Akron in December, 1982. The transaction did not have a significant impact on the Company's fiscal 1983 earnings.

At August 31, 1983, the Company's profit sharing trust owned 3,884,300 shares or 19.5% of the com-

mon shares outstanding. In addition, members of the Board of Directors, present or former officers, executives and their families owned approximately 20.3% of the shares outstanding. Thus, it would appear that the "floating supply" of our stock exceeds 12,000,000 shares. On October 31, 1983, we had 7,700 registered shareholders representing over 14,000 beneficial shareholders in 50 states of the United States and 7 foreign countries.

In the succeeding pages of this report, there are comparative consolidated financial statements showing the results of our operations for the past three fiscal years, and our financial condition as of August 31, 1983 and August 31, 1982. On page 20 of this report, you will find a chart showing the growth of the Company since 1952. We are proud not only of the attainment of our present size and financial strength but also of the over 14,000 individuals who comprise our organization whose loyalty and dedication are unquestionably the principal reasons for our successful record.

Although Thrifty's results are subject to general economic conditions in the areas in which it operates, we expect that fiscal 1984 will represent the **55th consecutive year** of increasing all store sales, the **30th consecutive year** of increasing same store sales and that fiscal 1984's profits will exceed 1983.

We will all continue to exert every effort to build an organization which will be noted for the high level of its relations with its employees, service to its customers and for its attractiveness as an investment for its shareholders.

Respectfully submitted,

Leonard H. Straus        Richard G. Eils
*Chairman*                    *President*

November 18, 1983



## The Company

The Company has been engaged in the chain drug and discount store business for the past 54 years, with particular emphasis on discount pricing policies since 1967.

The Company has grown from a single retail store opened in Los Angeles in 1929 to the operation on August 31, 1983 of:

- 537 retail drug and discount units

- 65 sporting goods stores under the trade name "Big 5"

- 26 food service units

- 140 discount book stores (34%-owned)

- 20 discount automotive parts and accessories stores (50%-owned)

- an importing business

The Company and its subsidiaries employ approximately 14,000 persons.

## Thrifty Drug and Discount Stores

The Company's drug and discount stores, which carry a broad range of general merchandise, are operated primarily on a self-service basis utilizing centrally located checkout counters, with sales personnel used where a product requires special service. Most of these stores are located in community shopping centers and remain open 13 hours per day every day of the year. The Company's business increases during the Christmas season and to a lesser degree during other holiday periods. Sales are generally on a cash basis except for certain sales of prescriptions under government or private health care plans. The drug and discount stores division includes a wholly-owned subsidiary, Discount Drug Stores, which operates some stores under the trade name "Giant T."

At August 31, 1983, 295 of Thrifty's stores were located in Southern California, 155 in Northern California, and 87 in the states of Arizona, Idaho, Nevada, New Mexico, Oregon, Utah, Washington and Wyoming.

4

## Merchandising

Over the years the Company has greatly broadened the range of merchandise sold in its Thrifty stores to include items normally carried by drug, variety and discount department stores. Store purchasing records indicate that only prescription drugs represent as much as 10% of the total Company's sales.

## Competition

Highly competitive conditions prevail in the drug, general merchandise, and sporting goods store fields. In the areas in which the Company operates its stores, there are numerous competing retail outlets of various types, including discount stores, variety stores, specialty stores, and drug stores, many of which are operated by large chains. Price, product breadth and quality, service, advertising, and the convenience of store location are important factors in such competition. The Company has traditionally emphasized these elements in its operations.

## Food Service Operations

The Company operates 26 fountain and coffee shop facilities for food service, most of which are located adjacent to its retail stores. All are located in California. Locations with greater potential are modernized.

## Distribution Centers

The Company operates three distribution centers to supply its drug and discount stores:

- a 400,000 square foot facility in Sparks, Nevada, services 187 Thrifty and Giant T stores in Northern California, Oregon, Washington, Idaho, Nevada, Wyoming and Utah.

- a distribution center in Anaheim occupies 400,000 square feet, and services 222 stores throughout Arizona, New Mexico and Southern California.

- a Los Angeles distribution center utilizes 380,000 square feet, and services 128 stores in Southern and Central California.

Thrifty Drug and Discount stores and Giant T stores receive approximately 85% of their general merchandise through these distribution centers.

## Manufacturing And Processing Plants

The Company operates the following manufacturing and processing plants:

- a 50,000 sq. ft. ice cream plant for the manufacture of Thrifty brand ice cream in package and bulk. This modern plant has a production capacity of approximately 20 million gallons annually and services 463 of the Thrifty stores.

- a 60,000 sq. ft. film processing plant serving 480 of the Thrifty stores utilizing the latest Kodak print processing equipment.

- a 125,000 sq. ft. cabinet shop which manufactures and distributes display fixtures and equipment for new and remodeled stores.

- a 20,000 sq. ft. sign production plant which designs and produces sign and display materials for Thrifty and Big 5 Stores.

## Auxiliary Services

The Company operates numerous in-house service departments. Among these are:

- a loss prevention department which performs investigative, protective and shopper services for all operations.





- an inventory department whose crews take store physical inventories on a rotating basis.
- an installation department which operates crews which install equipment and merchandise in new and remodeled stores.
- a maintenance department which performs repairs and preventive maintenance in the stores and other facilities.
- an audio visual training department responsible for producing management training programs and merchandising seminars.

## Big 5 Sporting Goods Stores

United Merchandising Corp., a wholly-owned subsidiary, is engaged in the operation of sporting goods stores under the trade name "Big 5." Big 5 stores carry a wide variety of sporting goods and related equipment and supplies, and follow merchandising and purchasing policies which are compatible with those of the Company. At August 31, 1983, there were 65 Big 5 stores of which 36 are located in Southern California, 24 in Northern California, and five in Nevada. It is planned that Big 5 will continue to open new stores in existing and new market areas.

## Thrifty Realty

The Company's executive offices are located on a 13½ acre complex in Los Angeles owned by Thrifty Realty Company. Facilities of the Company at this location also include a Thrifty Drug and Discount store, a Thrifty coffee shop and a distribution center. As of August 31, 1983, Thrifty Realty also owned the distribution centers in Anaheim, California, and in Sparks, Nevada, an ice cream processing plant in El Monte, California, and a film processing plant in Los Angeles.

At the present time, 30 Thrifty Drug and Discount Store properties are owned by Thrifty Realty Company. All of the other store facilities operated or managed by the Company are leased. Substantially all leases will expire during the next 30 years, and virtually all contain options to extend exercisable by the Company. In the normal course of business, expiring leases are generally renewed, or replaced by leases on other properties if the location is still considered to be attractive.

## Newman Importing

The Newman Importing Company, Inc., a wholly-owned subsidiary, operates an importing business, including sporting goods, camping equipment and general sundry merchandise with sales to jobbers, retailers and mail order houses.



## Crown Books Stores

Crown Books Corporation is a national chain of discount book stores. In August, 1983, Crown, then 50%-owned by Thrifty, made an initial public offering of 2,500,000 shares of its common stock. After the offering, Thrifty and Dart Drug Corporation each own 2,750,000 Crown shares, or about 34%. The proceeds of the offering were to be used by Crown for additional stores, repayment of advances, working capital, and general corporate purposes. At August 31, 1983, Crown was operating 140 book stores in seven major metropolitan areas throughout the nation.

## Trak Auto Stores

Trak Auto West, Inc. ("Trak West"), a discount automotive parts and accessories chain, opened its first store in April, 1983 and at August 31 was operating 20 stores in the Los Angeles area. Thrifty Corporation owns 50% of Trak West. During the year, Dart Drug Corporation transferred its 50% interest in Trak West to Trak Auto Corporation, which operates Trak Auto stores east of the Mississippi River.

## Store Expansion and Remodeling Highlights

| | Thrifty Drug And Discount Stores | | Thrifty Food Service Units | Big 5 Sporting Goods Stores | Crown Books Stores | Trak Auto Parts Stores |
| --- | --- | --- | --- | --- | --- | --- |
| | Total Stores | Perfecto Stores | | | | |
| August 31, 1981 . . . . . | 534 | 190 | 30 | 58 | 48 | |
| Openings . . . . . . . . | 8 | 8 | 1 | 5 | 43 | |
| Closings . . . . . . . . | 9 | — | 2 | 1 | — | |
| Remodels . . . . . . . . | | 30 | | | | |
| August 31, 1982 . . . . . | 533 | 228 | 29 | 62 | 91 | |
| Openings . . . . . . . . | 11 | 11 | — | 4 | 49 | 20 |
| Closings . . . . . . . . | 7 | — | 3 | 1 | — | — |
| Remodels . . . . . . . . | | 23 | | | | |
| August 31, 1983 . . . . . | 537 | 262 | 26 | 65 | 140 | 20 |

## Market And Dividend Information

The Company's common stock is traded on the New York Stock Exchange and Pacific Stock Exchange (ticker symbol TFD). As of October 31, 1983, the number of registered holders of common stock was 7,700 representing approximately 14,000 beneficial shareholders.

Cash dividends have been paid on common stock in every fiscal year since 1937. Future dividend payments will be dependent upon the level of earnings, financial position, capital expenditures and other considerations. Note 2 to the Consolidated Financial Statements specifies the current restrictions on cash dividend payments under loan agreements.

The range of market prices and cash dividends paid during the past five years were as follows:

| | Market Prices | | Cash Dividends Per Share |
| --- | --- | --- | --- |
| | High | Low | |
| Year Ended August 31, 1983 | | | |
| Fourth Quarter Ended August 31, 1983 . . . . . . . . . . | $25-1/4 | $16-1/8 | $ .115 |
| Third Quarter Ended May 31, 1983 . . . . . . . . . . . . | 20 | 10-3/8 | .115 |
| Second Quarter Ended February 28, 1983 . . . . . . . . | 11-9/16 | 8-5/8 | .11 |
| First Quarter Ended November 30, 1982 . . . . . . . . . | 10-7/16 | 6-5/8 | .10 |
| | | | $ .44 |
| Year Ended August 31, 1982 | | | |
| Fourth Quarter Ended August 31, 1982 . . . . . . . . . . | $ 7-1/8 | $ 5-1/8 | $ .10 |
| Third Quarter Ended May 31, 1982 . . . . . . . . . . . . | 6-1/4 | 5-7/16 | .10 |
| Second Quarter Ended February 28, 1982 . . . . . . . . | 6-7/16 | 5-3/16 | .10 |
| First Quarter Ended November 30, 1981 . . . . . . . . . | 6-1/2 | 5-3/8 | .10 |
| | | | $ .40 |
| Year Ended August 31, 1981 . . . . . . . . . . . . . . . . . . | $ 8-11/16 | $ 4-7/8 | $ .39 |
| Year Ended August 31, 1980 . . . . . . . . . . . . . . . . . . | $ 7-1/2 | $ 4-1/8 | $ .3525 |
| Year Ended August 31, 1979 . . . . . . . . . . . . . . . . . . | $ 8-5/8 | $ 4-3/4 | $ .29 |

## Summary of Selected Financial Data (in thousands, except per share amounts)

| | | | | Year Ended August 31 | | |
|---|---|---|---|---|---|---|
| **Operations:** | **1983** | | 1982 | 1981 | 1980 | 1979 |
| Sales . . . . . . . . . . . . . . . . . . . . . . . . | **$1,187,813** | | $1,126,203 | $1,054,418 | $949,304 | $858,358 |
| Net Income . . . . . . . . . . . . . . . . . . . . . | **22,503** | | 18,302 | 17,752 | 14,745 | 14,200 |
| Net income per common share . . . . . . . . . . . | **$** | **1.13** | $ .92 | $ .90 | $ .75 | $ .725 |
| **Financial Position:** | | | | | | |
| Merchandise Inventories at LIFO cost . . . . . . . | **$ 216,126** | | $ 191,295 | $ 181,577 | $162,678 | $161,724 |
| Property, Plant and Equipment, net . . . . . . . . | **129,914** | | 127,195 | 119,151 | 98,695 | 85,495 |
| Total assets . . . . . . . . . . . . . . . . . . . . . | **419,978** | | 390,973 | 359,958 | 323,202 | 308,546 |
| Long-Term Obligations: | | | | | | |
| Unsecured notes payable . . . . . . . . . . . . . | **$** | **48,885** | $ 49,058 | $ 37,155 | $ 35,902 | $ 27,978 |
| Notes payable, secured by real estate . . . . . . | **15,521** | | 16,539 | 18,036 | 19,731 | 21,791 |
| Unsecured interim building construction note | | | | | | |
| payable . . . . . . . . . . . . . . . . . . . . . . | **17,300** | | 20,000 | 16,000 | 10,000 | 10,200 |
| Long-term notes payable . . . . . . . . . . . . . | **81,706** | | 85,597 | 71,191 | 65,633 | 59,969 |
| Obligations under capital leases and deferred | | | | | | |
| taxes . . . . . . . . . . . . . . . . . . . . . . . . | **39,714** | | 36,525 | 34,088 | 32,052 | 31,460 |
| Total Long-Term Obligations . . . . . . . . . . . | **$ 121,420** | | $ 122,122 | $ 105,279 | $ 97,685 | $ 91,429 |
| **Cash dividends per common share** . . . . . . . . | **$** | **.44** | $ .40 | $ .39 | $ .3525 | $ .29 |

## Management's Discussion and Analysis of Financial Condition and Results of Operations

### Results of Operations

During the five years ended August 31, 1983, the Company experienced a steady growth in sales and net income. Sales increased at a compound growth rate of 9.4 percent, to $1,187,813,000 in 1983. Net income increased at a compound growth rate of 16.1 percent to $22,503,000. Thrifty Drug and Discount Stores "same store" sales increases (which do not include sales of stores opened during the last two fiscal years) were 6.7 percent in 1983 and 7.7 percent in 1982. We attribute our same store sales increases to our remodeling and remerchandising program.

Cost of goods sold, buying and occupancy decreased as a percentage of sales from 72.1% in 1982 to 71.8% in 1983 and selling and administrative expenses decreased from 22.4% of sales in fiscal 1982 to 22.3% in 1983, a net improvement of .4%. These improvements resulted primarily from tighter expense controls.

Interest expense decreased as a percent of sales in each of the three years ended August 31, 1983 and decreased in absolute dollars in 1982 and 1983. The decreases were caused by lower interest rates in 1982 and 1983. The income tax rates were 46.1% in 1983, 44.9% in 1982 and 42.6% in 1981. The increase was due to the fact that investment tax credits declined as a percentage of income before taxes.

### Financial Condition

During the five years beginning August 31, 1978 and ending August 31, 1983, the Company made net additions to property, plant and equipment (excluding property under capital leases) of $110 million, increased inventories (on a FIFO basis) by $103 million, paid $37 million in cash dividends, and made a cash investment in Crown Books of $12 million, comprising a total outlay of $262 million. During this same period, long-term debt increased by $39 million. Most of the Company's growth has been financed from operations. Cash flow from operations is expected to continue to be a major source of funds. At August 31, 1983, the Company had unused long-term lines of credit totalling $64,000,000.

THRIFTY CORPORATION

# Consolidated Balance Sheets

August 31, 1983 and 1982

## ASSETS

|  | 1983 | 1982 |
|---|---|---|
| Current Assets: | | |
| Cash | $ 10,867,000 | $ 10,929,000 |
| Receivables | 10,918,000 | 10,485,000 |
| Merchandise inventories, at LIFO cost (Note 1) | 216,126,000 | 191,295,000 |
| Prepaid expenses | 1,106,000 | 1,095,000 |
| Prepaid income taxes | 5,432,000 | 5,397,000 |
| Total current assets | 244,449,000 | 219,201,000 |
| | | |
| | | |
| Property, Plant and Equipment, at cost: | | |
| Land | 13,408,000 | 13,155,000 |
| Building and land improvements | 30,325,000 | 30,376,000 |
| Fixtures and equipment | 168,966,000 | 153,048,000 |
| | 212,699,000 | 196,579,000 |
| Less — accumulated depreciation and amortization | 82,785,000 | 69,384,000 |
| | 129,914,000 | 127,195,000 |
| | | |
| | | |
| Leased Property Under Capital Leases, less accumulated amortization of $10,977,000 in 1983 and $9,955,000 in 1982 (Note 4) | 18,971,000 | 20,142,000 |
| Other Assets | 26,644,000 | 24,435,000 |
| | $419,978,000 | $390,973,000 |

*The accompanying notes are an integral part of these balance sheets.*

## LIABILITIES AND SHAREHOLDERS' EQUITY

|  | 1983 | 1982 |
|---|---|---|
| **Current Liabilities:** | | |
| Accounts payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$116,659,000** | $107,710,000 |
| Accrued payroll costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26,668,000** | 22,722,000 |
| Accrued sales and other taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13,029,000** | 13,422,000 |
| Federal income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3,852,000** | 649,000 |
| Current maturities of long-term notes payable . . . . . . . . . . . . . . . . . . . . | **1,713,000** | 1,681,000 |
| Current portion of capital lease obligations (Note 4) . . . . . . . . . . . . . . . . | **675,000** | 578,000 |
| Total current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **162,596,000** | 146,762,000 |
| **Long-Term Notes Payable (Note 2):** | | |
| Unsecured notes payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **48,885,000** | 49,058,000 |
| Notes payable, secured by real estate . . . . . . . . . . . . . . . . . . . . . . . . . | **15,521,000** | 16,539,000 |
| Unsecured interim building construction note payable . . . . . . . . . . . . . . . | **17,300,000** | 20,000,000 |
|  | **81,706,000** | 85,597,000 |
| Obligations Under Capital Leases (Note 4) . . . . . . . . . . . . . . . . . . . . . . | **25,727,000** | 26,225,000 |
| Deferred Federal Income Taxes (Note 3) . . . . . . . . . . . . . . . . . . . . . . . . | **13,987,000** | 10,300,000 |
| **Commitments and Contingencies (Note 4)** | | |
| **Shareholders' Equity (Notes 2 and 5):** | | |
| Common stock, without par value — | | |
| Authorized — 30,000,000 shares | | |
| Outstanding — 19,924,434 in 1983 and 19,898,434 in 1982 stated at . . . . . . | **2,725,000** | 2,722,000 |
| Additional paid-in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4,483,000** | 4,353,000 |
| Retained earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **128,754,000** | 115,014,000 |
|  | **135,962,000** | 122,089,000 |
|  | **$419,978,000** | $390,973,000 |

*The accompanying notes are an integral part of these balance sheets.*

THRIFTY CORPORATION

# Consolidated Statements of Income

For the years ended August 31, 1983, 1982 and 1981

| | 1983 | 1982 | 1981 |
|---|---|---|---|
| Sales | $1,187,813,000 | $1,126,203,000 | $1,054,418,000 |
| **Costs and Expenses:** | | | |
| Costs of goods sold, buying and occupancy | 853,402,000 | 811,697,000 | 765,786,000 |
| Selling and administration | 264,841,000 | 252,110,000 | 229,812,000 |
| Depreciation and amortization | 14,815,000 | 13,701,000 | 11,445,000 |
| Interest expense (Note 3) | 13,543,000 | 15,598,000 | 16,587,000 |
| Equity in earnings of affiliates and other income | (566,000) | (102,000) | (144,000) |
| | 1,146,035,000 | 1,093,004,000 | 1,023,486,000 |
| Income Before Provision for Taxes on Income | 41,778,000 | 33,199,000 | 30,932,000 |
| **Provision for Taxes on Income (Note 3):** | | | |
| Current | 15,588,000 | 10,759,000 | 10,558,000 |
| Deferred | 3,687,000 | 4,138,000 | 2,622,000 |
| | 19,275,000 | 14,897,000 | 13,180,000 |
| Net Income | $ 22,503,000 | $ 18,302,000 | $ 17,752,000 |
| Net Income Per Common Share, based on average shares outstanding | $ 1.13 | $ .92 | $ .90 |

*The accompanying notes are an integral part of these statements.*

THRIFTY CORPORATION

# Consolidated Statements of Changes in Financial Position

For the years ended August 31, 1983, 1982 and 1981

|  | 1983 | 1982 | 1981 |
|---|---|---|---|
| **Sources of Funds:** |  |  |  |
| Net income | $ 22,503,000 | $ 18,302,000 | $ 17,752,000 |
| Depreciation and amortization | 14,815,000 | 13,701,000 | 11,445,000 |
| Deferred income taxes | 3,687,000 | 4,138,000 | 2,622,000 |
| Funds provided from operations | 41,005,000 | 36,141,000 | 31,819,000 |
| Additions to long-term notes payable — |  |  |  |
| Unsecured notes payable | — | 12,000,000 | 2,138,000 |
| Notes payable, secured by real estate | — | 192,000 | — |
| Unsecured interim building construction note payable | — | 4,000,000 | 6,000,000 |
| Proceeds from sale and leaseback of stores | 3,400,000 | — | — |
| Sale of stock under stock option plan | 133,000 | 26,000 | 845,000 |
|  | 44,538,000 | 52,359,000 | 40,802,000 |
| **Uses of Funds:** |  |  |  |
| Cash dividends on common stock | 8,763,000 | 7,958,000 | 7,720,000 |
| Additions to property, net | 19,829,000 | 20,640,000 | 30,788,000 |
| Reduction of obligations under capital leases | 498,000 | 1,701,000 | 586,000 |
| Reductions of long-term notes payable — |  |  |  |
| Unsecured notes payable | 173,000 | 97,000 | 885,000 |
| Notes payable, secured by real estate | 1,018,000 | 1,689,000 | 1,695,000 |
| Unsecured interim building construction note payable | 2,700,000 | — | — |
| Purchase of interest in Crown Books Corporation | — | 11,615,000 | — |
| Other assets | 2,143,000 | 2,231,000 | 101,000 |
|  | 35,124,000 | 45,931,000 | 41,775,000 |
| Increase (decrease) in working capital | $ 9,414,000 | $ 6,428,000 | $ (973,000) |
| **Increase (decrease) in working capital accounted for by changes in:** |  |  |  |
| Cash | $ (62,000) | $ 157,000 | $ (279,000) |
| Merchandise inventories | 24,831,000 | 9,718,000 | 18,899,000 |
| Other current assets | 479,000 | 355,000 | (1,308,000) |
| Accounts payable | (8,949,000) | (3,776,000) | (13,858,000) |
| Accrued liabilities | (6,756,000) | (303,000) | (4,368,000) |
| Current maturities of long-term notes payable and capital lease obligations | (129,000) | 277,000 | (59,000) |
|  | $ 9,414,000 | $ 6,428,000 | $ (973,000) |

*The accompanying notes are an integral part of these statements.*

# Consolidated Statement of Shareholders' Equity
For the years ended August 31, 1983, 1982, and 1981

|  | 1983 | 1982 | 1981 |
|---|---|---|---|
| **Common Stock** |  |  |  |
| Beginning balance | $ 2,724,000 | $ 2,721,000 | $ 2,691,000 |
| Stock options exercised | 1,000 | 1,000 | 30,000 |
| Ending balance | $ 2,725,000 | $ 2,722,000 | $ 2,721,000 |
| **Additional Paid-in Capital** |  |  |  |
| Beginning balance | $ 4,351,000 | $ 4,328,000 | $ 3,513,000 |
| Stock options exercised | 132,000 | 25,000 | 815,000 |
| Ending balance | $ 4,483,000 | $ 4,353,000 | $ 4,328,000 |
| **Retained Earnings** |  |  |  |
| Beginning balance | $115,014,000 | $104,670,000 | $ 94,638,000 |
| Net income | 22,503,000 | 18,302,000 | 17,752,000 |
| Cash dividends on common stock | (8,763,000) | (7,958,000) | (7,720,000) |
| Ending balance | $128,754,000 | $115,014,000 | $104,670,000 |
| Total Shareholders' Equity | $135,962,000 | $122,089,000 | $111,719,000 |

*The accompanying notes are an integral part of these statements.*

# Auditors' Report

To the Board of Directors and Shareholders, Thrifty Corporation:

We have examined the consolidated balance sheets of THRIFTY CORPORATION (a California corporation) and subsidiaries as of August 31, 1983 and 1982, and the related consolidated statements of income, shareholders' equity and changes in financial position for each of the three years in the period ended August 31, 1983. Our examinations were made in accordance with generally accepted auditing standards and, accordingly, included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances.

In our opinion, the financial statements referred to above present fairly the financial position of Thrifty Corporation and subsidiaries as of August 31, 1983 and 1982, and the results of their operations and the changes in their financial position for each of the three years in the period ended August 31, 1983, in conformity with generally accepted accounting principles applied on a consistent basis.

ARTHUR ANDERSEN & CO.

Los Angeles, California,
November 4, 1983.

# Notes to Consolidated Financial Statements

## 1. Summary of Significant Accounting Policies

*Principles of Consolidation* — The consolidated financial statements include the accounts of Thrifty Corporation and all subsidiaries. Results of affiliates are included in the statement of income on the equity basis. All significant intercompany accounts and transactions have been eliminated.

*Inventories* — Merchandise inventories are principally stated on the LIFO (last-in, first-out) cost basis, which is lower than market. If the FIFO method had been used by the Company, inventories would have been greater by $42,506,000 and $39,566,000 at August 31, 1983 and 1982, respectively.

*Property, Plant and Equipment* — Depreciation is provided on a straight line basis over the estimated useful lives of the assets. Expenditures for property maintenance and repairs are charged to expense; asset additions and major improvements are added to the property accounts at cost. The annual rates of depreciation being applied are: building — 4 to 7 percent; fixtures and equipment — 10 to 14 percent.

*Leases* — Reference is made to Note 4, Commitments and Contingencies for accounting policies regarding leases.

*Pre-opening Expenses* — New store pre-opening expenses are charged against operations as incurred.

*Leased Department Sales* — Sales include the sales of leased departments of Wonder World Discount Department Stores as follows: 1983, none; 1982, $18,260,000; 1981, $30,899,000. Wonder World Company was sold as of March 31, 1982.

*Investment Tax Credit* — Available investment tax credits are reported as a reduction of the provision for taxes on income, as they are realized.

*Profit Sharing Plan* — The Company maintains a defined contribution profit sharing trust covering eligible employees. The policy is to accrue and fund contributions due based on the current year's income. The amount of these contributions was $2,351,000 in 1983, $1,901,000 in 1982 and $1,788,000 in 1981. All contributions to the Profit Sharing Plan are made by the Company. No contributions by the participants are required.

*Excess of Cost over Net Assets of Companies Acquired* — The excess of cost over net assets acquired ($10,100,000 at August 31, 1983) is being amortized over 40 years using the straight-line method.

*Business Segments* — The Company and its subsidiaries are primarily engaged in the operation of retail drug and discount and sporting goods stores, selling a broad range of general merchandise.

## 2. Long-Term Notes Payable

Long-term notes payable consist of the following at August 31, 1983:

|  | (In Thousands) |
| --- | --- |
| Unsecured notes payable to banks . . . . . . . . . . . . . . . | $48,885 |
| Notes payable to insurance companies (5% - 9%, averaging 7.1%) secured by deeds of trust and/or assignment of leases due in varying installments through 2004 . . . . . . . . . . . . . . . | 17,234 |
| Unsecured interim building construction note payable to bank . . . . . . . . . . . . . . . | 17,300 |
|  | 83,419 |
| Less current maturities . . . . . . | 1,713 |
|  | $81,706 |

The Company and its subsidiaries have long-term lines of credit totaling $130,000,000 of which $64,000,000 is unused at August 31, 1983. The unsecured notes generally bear interest at the banks' prime rate, or various money market related rates, at the Company's option.

The aggregate amount of maturities of long-term notes payable are as follows (in thousands): 1984, 1985 and 1986, $1,800; 1987 and 1988, $5,900.

The most restrictive covenants of the loan agreements require that Thrifty Corporation and subsidiaries maintain current assets equal to at least 1.4 times current liabilities and net working capital equal to the greater of $35,000,000 or the total of the unsecured notes payable to banks and unsecured interim building construction note payable to bank. Certain of the loan agreements also limit the extent to which the Company may incur additional debt, create or assume encumbrances, consolidate or merge with other companies, or dispose of portions of the business. At August 31, 1983, under the terms of the most restrictive loan agreement, consolidated retained earnings of approximately $44,778,000 is eligible for the declaration of dividends on or the acquisition of common shares.

Subsequent to year end, the Company borrowed $30,000,000 from an insurance company. This debt bears interest at the fixed rate of 11% and is due in

three equal annual installments beginning in September, 1986. Proceeds of this loan were used to reduce notes payable to banks.

## 3. Income Taxes

The provision for income taxes is summarized as follows:

|  | 1983 | 1982 | 1981 |
|---|---|---|---|
|  |  | (In Thousands) |  |
| Current |  |  |  |
| Federal . . . . . | $13,291 | $ 9,651 | $ 9,945 |
| State . . . . . . . | 3,976 | 3,187 | 2,969 |
| Tax credits . . . | (1,679) | (2,079) | (2,356) |
|  | 15,588 | 10,759 | 10,558 |
| Deferred . . . . . | 3,687 | 4,138 | 2,622 |
| Total . . . . . . . . | $19,275 | $14,897 | $13,180 |

Deferred taxes result primarily from the use of the straight-line method of depreciation for financial statements, and accelerated methods for tax purposes, and the fact that interest ($190,000 in 1983, $358,000 in 1982 and $430,000 in 1981) and property taxes on properties under construction are capitalized for financial statements and charged to income for tax purposes, partially offset by the fact that interest and depreciation under SFAS No. 13 included in the financial statements exceed rentals for tax return purposes.

The computed "expected" tax expense is reconciled to the provision for income taxes as follows:

|  | 1983 | 1982 | 1981 |
|---|---|---|---|
| Federal statutory rate | 46.0% | 46.0% | 46.0% |
|  |  | (In Thousands) |  |
| Provision for Federal |  |  |  |
| income tax . . . . . . | $19,218 | $15,272 | $14,229 |
| State income taxes, net of Federal |  |  |  |
| income tax benefit . . | 2,147 | 1,721 | 1,604 |
| Tax credits (primarily investment tax |  |  |  |
| credits) . . . . . . . . | (1,679) | (2,079) | (2,356) |
| Other . . . . . . . . . . | (411) | (17) | (297) |
| Total provision for |  |  |  |
| income taxes . . . . . | $19,275 | $14,897 | $13,180 |
| Effective income tax |  |  |  |
| rate . . . . . . . . . . | 46.1% | 44.9% | 42.6% |

## 4. Commitments and Contingencies

The Company has leases on real and personal property expiring at various dates from 1984 to 2009. The

rentals payable under these leases are determined on four principal bases: fixed rentals, percentage-of-sales without minimum, percentage-of-sales with required minimum, and percentage-of-sales with minimum payable to prevent cancellation. Most leases contain options to extend which are exercisable by the Company.

In compliance with Statement of Financial Accounting Standards No. 13, "Accounting for Leases" the accompanying balance sheets include capital leases for store locations which have met the appropriate criteria. Depreciation and amortization in the consolidated statements of income includes amortization of assets recorded under capital leases in the consolidated balance sheets.

Total rental expense for the fiscal years ended August 31 was as follows:

|  | 1983 | 1982 | 1981 |
|---|---|---|---|
|  |  | (In Thousands) |  |
| Capital leases: |  |  |  |
| Contingent |  |  |  |
| rentals . . . . . . . | $ 140 | $ 135 | $ 107 |
| Operating leases: |  |  |  |
| Minimum |  |  |  |
| rentals . . . . . . . | 17,194 | 17,083 | 16,578 |
| Contingent |  |  |  |
| rentals . . . . . . . | 10,368 | 8,841 | 7,849 |
| Sublease rental |  |  |  |
| income . . . . . . . | (2,395) | (1,727) | (1,827) |
| Totals . . . . . . . . | 25,167 | 24,197 | 22,600 |
| Total leases . . . . . | $25,307 | $24,332 | $22,707 |

*Capital Leases* — The following is a schedule, by year, of future minimum lease payments under capital leases, together with the present value of the net minimum lease payments as of August 31, 1983:

| Year ending August 31 | (In Thousands) |
|---|---|
| 1984 | $ 2,903 |
| 1985 | 2,903 |
| 1986 | 2,890 |
| 1987 | 2,886 |
| 1988 | 2,886 |
| Later years | 40,470 |
| Total minimum lease payments . . . . . . . . . . . . . . . | 54,938 |
| Less amount representing estimated executory costs included in total minimum lease payments . . . . . . . . . . . . . . . | 151 |
| Net minimum lease payments . . . | 54,787 |
| Less amount representing interest | 28,385 |
| Present value of net minimum lease payments (including current installments of $675) . . . | $26,402 |

*Operating Leases* — The following is a schedule, by year, of future minimum rental payments required under operating leases that have initial or remaining noncancelable lease terms in excess of one year as of August 31, 1983:

| Year ending August 31 | (In Thousands) |
|---|---|
| 1984 | $ 18,565 |
| 1985 | 18,096 |
| 1986 | 17,678 |
| 1987 | 17,232 |
| 1988 | 16,799 |
| Later years | 180,260 |
| Total minimum lease payments . . . | 268,630 |
| Less minimum rentals for noncancelable subleases . . . . . | 20,972 |
| Net minimum lease payments . . . | $247,658 |

*Affiliates' Obligations*—In order to obtain the best rental and interest rates available, Thrifty Corporation and Dart Drug Corporation have guaranteed certain leases for Crown Books Corporation and for Trak Auto West, Inc., and bank lines of credit for Trak Auto West, Inc.

*Legal Proceedings*—There were no material legal proceedings pending at the date of this report.

### 5. Stock Option Plan

At August 31, 1983, 478,000 shares of common stock were reserved for options granted to certain employees under a stock option plan which provides that a maximum of 900,000 shares may be issued (of which 307,000 have been issued) upon exercise of options granted under the plan, but that options outstanding may not at any one time cover more than 500,000 shares of the Company's stock. Options are granted at prices equal to the fair market value at the date of grant and are contingent upon continued employment.

Following is a summary of stock option transactions for the year ended August 31, 1983:

| | Shares | Price |
|---|---|---|
| **Options Outstanding:** | | |
| Beginning of year . . . . | 223,100 | $3.94-7.91 |
| Granted . . . . . . . . . | 293,200 | 9.25 |
| Exercised . . . . . . . . | (26,000) | 3.94-7.345 |
| Cancelled . . . . . . . . | (12,300) | 5.72-9.25 |
| End of year . . . . . . . | 478,000 | 5.72-9.25 |
| **Shares Available for Options:** | | |
| Beginning of year . . . . | 276,900 | |
| Exercised . . . . . . . . | 26,000 | |
| Shares granted . . . . . . | (293,200) | |
| Cancelled . . . . . . . . | 12,300 | |
| End of year . . . . . . . | 22,000 | |

### 6. Pension Costs

The Company contributed and charged to expense $7,206,000 in 1983, $7,420,000 in 1982, and $7,495,000 in 1981 for collectively bargained, multi-employer pension plans. These contributions are determined in accordance with the provisions of negotiated labor contracts and generally are based on the number of man-hours worked. Information from the plans' administrators is not available to permit the Company to determine its liability, if any, with respect to unfunded vested benefits.

### 7. Supplemental Data

Advertising has been charged to expense in the consolidated statements of income as follows: 1983, $40,240,000; 1982, $35,332,000; 1981, $30,912,000.

### 8. Two-for-One Stock Split

In April, the Board of Directors declared a two-for-one stock split effected as a 100% stock dividend, distributed June 10, 1983 to shareholders of record May 10, 1983. All reference to the number of shares outstanding and amounts per share reflect this transaction.

### 9. Financial Reporting and Changing Prices (unaudited)

In September, 1979, the Financial Accounting Standards Board (FASB) issued Statement No. 33, Financial Reporting and Changing Prices. This Statement establishes standards for disclosing the effects of inflation on selected financial data in corporate annual reports. It also specifies that a supplemental presentation be made of certain financial data to portray (a) the effect of general price level changes (constant dollars) and (b) price changes of specific assets (current cost).

The areas most affected by inflation are cost of goods sold and depreciation. Substantially all inventories are valued using the LIFO method which more closely matches current costs with current revenues in periods of changing prices. The constant dollar depreciation and amortization was computed by restating the historical cost of depreciable assets to average 1983 dollars and using these restated costs to calculate depreciation, assuming no change to useful lives. The current cost depreciation and amortization utilized estimates and appraisals of depreciable assets, using appropriate cost indices. These revised amounts were used to calculate depreciation, with no change in asset life.

The supplemental data presented below, prepared in accordance with Statement No. 33, is considered experimental by the FASB and should be viewed accordingly. The reader is cautioned that the supplemental information on changing prices does not reflect a comprehensive application of either type of inflation accounting but is limited to estimated adjustments of selected financial data.

For example, Statement 33 does not require nor permit any adjustment to the provision for taxes on income. As a result, the adjustments below are not tax affected and the effective tax rates and net income are severely distorted which could lead to erroneous judgments on the part of readers of this supplementary data.

Thrifty Corporation historically has been able to adjust prices and improve productivity to compensate for the impact of inflation and thus maintain profit margins.

Selected Supplementary Financial Data Adjusted for Effects of Changing Prices (In average 1983 dollars)

| | 1983 | 1982 | 1981 | 1980 | 1979 |
|---|---|---|---|---|---|
| | | (In Millions, except per share data) | | | |
| **Sales** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $1,187.8 | $1,126.2 | $1,054.4 | $ 949.3 | $ 858.4 |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | 1,187.8 | 1,167.7 | 1,179.7 | 1,181.2 | 1,212.6 |
| **Net income** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $ 22.5 | $ 18.3 | $ 17.8 | $ 14.7 | |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | 14.7 | 10.8 | 12.4 | 11.8 | |
| in current cost . . . . . . . . . . . . . . . . . . . . . . | 18.1 | 14.8 | 14.6 | 12.6 | |
| **Net income per common share** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $ 1.13 | $ .92 | $ .90 | $ .75 | |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | .74 | .54 | .63 | .60 | |
| in current cost . . . . . . . . . . . . . . . . . . . . . . | .91 | .74 | .74 | .64 | |
| **Net assets at year end** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $ 136.0 | $ 122.1 | $ 111.7 | $ 100.8 | |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | 267.4 | 228.5 | 225.4 | 218.8 | |
| in current cost . . . . . . . . . . . . . . . . . . . . . . | 264.0 | 250.9 | 264.2 | 269.2 | |
| **Cash dividends per common share** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $ .44 | $ .40 | $ .39 | $ .35 | $ .29 |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | .44 | .41 | .44 | .44 | .41 |
| **Market price per common share at year end** | | | | | |
| as reported . . . . . . . . . . . . . . . . . . . . . . . . | $ 18.00 | $ 6.94 | $ 6.19 | $ 5.88 | $ 7.56 |
| in constant dollars . . . . . . . . . . . . . . . . . . . . | 17.70 | 7.00 | 6.61 | 6.96 | 10.08 |
| Average consumer price index . . . . . . . . . . . . . . | 295.3 | 284.8 | 263.9 | 237.3 | 209.0 |

At August 31, 1983, the current cost of inventories and property, plant and equipment was $260,000,000 and $254,800,000, respectively.

1983 Consolidated Statement of Income Adjusted for Changing Prices

| | As reported in the Primary Statements (Historical Cost) | Adjusted for General Inflation (Constant Cost) | Adjusted for Changes in Specific Prices (Current Cost) |
|---|---|---|---|
| | (In Millions, except per share data) | | |
| Net income as reported . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 22.5 | $ 22.5 | $ 22.5 |
| Adjustments | | | |
| Cost of goods sold . . . . . . . . . . . . . . . . . . . . . . . . . . . | — | — | — |
| Depreciation and amortization . . . . . . . . . . . . . . . . . . . . | — | 7.8 | 4.4 |
| Net income as adjusted . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 22.5 | $ 14.7 | $ 18.1 |
| Earnings per share, as adjusted . . . . . . . . . . . . . . . . . . . . . . | $ 1.13 | $ .74 | $ .91 |
| Net assets at August 31, 1983 . . . . . . . . . . . . . . . . . . . . . . | $136.0 | $267.4 | $264.0 |
| Gain from decline in purchasing power on net amounts owed . . . . . . . . . . . | | $ 6.0 | $ 6.0 |

| | |
|---|---|
| Increase in specific prices (current cost) of inventories and property, plant, and equipment held during the year . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 11.1 |
| Effect of increase in general price level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12.7 |
| Decrease in current cost of inventories and property, plant, and equipment held during the year net of changes in the general price level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1.6 |

**10. Quarterly Financial Information (unaudited)** (In thousands, except per share figures)

|  | First Quarter | | Second Quarter | |
| --- | --- | --- | --- | --- |
|  | **1983** | 1982 | **1983** | 1982 |
| Sales | **$256,665** | $251,660 | **$328,245** | $317,757 |
| Cost of goods sold, buying and occupancy | **183,636** | 182,836 | **240,822** | 232,364 |
| Net income | **2,559** | 2,253 | **9,956** | 8,591 |
| Net income per share | **.13** | .12 | **.50** | .43 |

|  | Third Quarter | | Fourth Quarter | |
| --- | --- | --- | --- | --- |
|  | **1983** | 1982 | **1983** | 1982 |
| Sales | **$290,768** | $268,635 | **$312,135** | $288,151 |
| Cost of goods sold, buying and occupancy | **213,538** | 195,985 | **215,406** | 200,512 |
| Net income | **3,984** | 3,048 | **6,004** | 4,410 |
| Net income per share | **.20** | .15 | **.30** | .22 |

# Summary of Growth

| Year Ended Aug. 31 | Thrifty Stores at End of Year | Big 5 Stores at End of Year | Sales | Income Before Income Taxes | Net Income | Shareholders' Equity at End of Year |
|---|---|---|---|---|---|---|
| 1952 | 96 | | $ 54,038,000 | $ 1,054,000 | $ 513,000 | $ 10,250,000 |
| 1953 | 103 | | 60,571,000 | 1,865,000 | 884,000 | 10,542,000 |
| 1954 | 108 | | 63,119,000 | 1,719,000 | 757,000 | 10,741,000 |
| 1955 | 114 | | 66,661,000 | 2,081,000 | 960,000 | 11,142,000 |
| 1956 | 123 | | 74,875,000 | 3,385,000 | 1,576,000 | 11,820,000 |
| 1957 | 129 | | 86,771,000 | 4,596,000 | 2,095,000 | 13,054,000 |
| 1958 | 136 | | 97,712,000 | 5,892,000 | 2,729,000 | 14,645,000 |
| 1959 | 145 | | 115,586,000 | 8,135,000 | 3,789,000 | 20,658,000 |
| 1960 | 160 | | 134,195,000 | 9,023,000 | 4,147,000 | 22,861,000 |
| 1961 | 178 | | 151,857,000 | 9,229,000 | 4,226,000 | 24,956,000 |
| 1962 | 196 | | 170,173,000 | 9,423,000 | 4,289,000 | 26,984,000 |
| 1963 | 215 | | 189,043,000 | 10,536,000 | 4,808,000 | 29,821,000 |
| 1964 | 238 | | 210,816,000 | 11,312,000 | 5,419,000 | 33,222,000 |
| 1965 | 255 | | 226,819,000 | 12,823,000 | 6,297,000 | 39,396,000 |
| 1966 | 272 | | 243,261,000 | 14,501,000 | 7,256,000 | 43,894,000 |
| 1967 | 291 | 13 | 259,156,000 | 12,801,000 | 6,346,000 | 47,428,000 |
| 1968 | 313 | 15 | 284,321,000 | 13,776,000 | 6,398,000 | 51,093,000 |
| 1969 | 325 | 17 | 309,588,000 | 15,757,000 | 7,076,000 | 55,377,000 |
| 1970 | 346 | 19 | 335,583,000 | 16,164,000 | 7,693,000 | 61,088,000 |
| 1971 | 362 | 19 | 356,196,000 | 16,822,000 | 8,105,000 | 66,022,000 |
| 1972 | 387 | 24 | 388,287,000 | 17,047,000 | 8,939,000 | 71,863,000 |
| 1973 | 413 | 26 | 426,342,000 | 18,623,000 | 9,565,000 | 76,245,000 |
| 1974 | 441 | 32 | 480,476,000 | 6,228,000 | 3,654,000 | 76,726,000 |
| 1975 | 469 | 36 | 546,716,000 | 10,011,000 | 5,352,000 | 78,157,000 |
| 1976 | 490 | 43 | 610,074,000 | 14,030,000 | 7,530,000 | 81,766,000 |
| 1977 | 506 | 45 | 674,626,000 | 14,794,000 | 8,237,000 | 78,355,000 |
| 1978 | 515 | 48 | 759,236,000 | 20,437,000 | 10,685,000 | 84,057,000 |
| 1979 | 517 | 53 | 858,358,000 | 24,676,000 | 14,200,000 | 92,940,000 |
| 1980 | 529 | 56 | 949,304,000 | 24,825,000 | 14,745,000 | 100,842,000 |
| 1981 | 534 | 58 | 1,054,418,000 | 30,932,000 | 17,752,000 | 111,719,000 |
| 1982 | 533 | 62 | 1,126,203,000 | 33,199,000 | 18,302,000 | 122,089,000 |
| 1983 | 537 | 65 | 1,187,813,000 | 41,778,000 | 22,503,000 | 135,962,000 |

All years ended August 31, 1974 and later reflect the use of the LIFO method of accounting for inventories.

*Honorary Chairman of the Board: Robert Borun*

# Directors

**M. Axelrod,**[4] *Executive Vice President, Buying, of the Company*
**William S. Banowsky,**[1, 4, 3] *President, University of Oklahoma*
**Harry M. Bardt,**[1, 2, 3] *Retired Executive Vice President, Bank of America*
**Barton Beek,**[2, 3] *Partner, O'Melveny & Myers, Attorneys, Los Angeles*
**Frederick T. Burrill,**[1, 2, 3] *Retired President, California Federal Savings and Loan Association*

**Richard G. Eils,**[5, 4] *President of the Company*
**R. W. Henry,**[2, 3] *Retired Executive Vice President of the Company*
**H. A. Liff,** *Executive Vice President and Secretary, United Merchandising Corp.*
**Walter Ralphs,**[2, 4] *Rancher, former President, Ralphs Grocery Company*
**Leonard H. Straus,**[2, 4] *Chairman of the Board of the Company*

[1] *Member of the Audit Committee*
[2] *Member of the Executive Compensation Committee*
[3] *Member of the Stock Option Committee*
[4] *Member of the Finance Committee*

# Officers

Leonard H. Straus,[5, 4] *Chairman of the Board, Chief Executive Officer*
Richard G. Eils,[2, 4] *President, Chief Operating Officer*
M. Axelrod,[4] *Executive Vice President, Buying*
Maurie I. Liff, *Executive Vice President, Merchandising and Sales*
Dominic J. Cavallo,[4] *Senior Vice President, Director of Store Operations*
Kenneth M. Crosby,[4] *Senior Vice President, Director of Buying and Merchandising*
Robert W. Henry, Jr.,[4] *Senior Vice President, Director of Real Estate and Construction*
Christian Bement,[4] *Vice President, Director of Industrial Relations*
Frank L. DeJohn, *Vice President, Director of Store Management Personnel*
Robert E. Gebhardt, *Vice President, Director of Loss Prevention*
John Onestinghel,[4] *Vice President, Director of Manufacturing and Distribution*
R. Ricciuti, *Vice President, Director of Advertising*
Laurence R. Abramson, *Vice President, Controller*
Mildred Arnold, *Vice President, Buying*
Richard A. Dortch, *Vice President, Director of Management Information Services*
Iris M. Hackett, *Vice President, Government and Community Relations*
James T. Haight, *Vice President, Secretary and Chief Corporate Counsel*
James Koblensky, *Vice President, Buying*
Richard Ramsey,[4] *Vice President, Finance, and Treasurer*
Ray C. Rumel, *Vice President, Store Operations*
Herbert Zarrow, *Vice President, Pharmacy Operations*
H. A. Liff, *Vice President*
Robert W. Miller, *Vice President*
William Newman, *Vice President*

P. James Barth, *Vice President, Real Estate Division*
E. Charles Straus, *Vice President, Real Estate Division*
James F. Arnold, *Asst. Vice President*
Ellis H. Axelrod, *Asst. Vice President*
Arthur Berger, *Asst. Vice President*
Richard L. Borun, *Asst. Vice President*
Robert A. Brown, *Asst. Vice President*
H. C. Burbach, *Asst. Vice President*
Charles Burgess, *Asst. Vice President*
Sidney Chambers, *Asst. Vice President*
J. Jerry Christman, *Asst. Vice President*
Thurmon A. Crosswhite, *Asst. Vice President*
William A. DiDominic, *Asst. Vice President*
William Everett, *Asst. Vice President*
Jack Ferigo, *Asst. Vice President*
Jack Freeman, *Asst. Vice President*
Philip S. Gallo, *Asst. Vice President*
William C. Gilkey, *Asst. Vice President*
Bradley G. Gold, *Asst. Vice President*
Ralph K. Hines, *Asst. Vice President*
Robert LaFerriere, *Asst. Vice President*
Scott Lay, *Asst. Vice President*
Gene M. Liticker, *Asst. Vice President*
Arthur London, *Asst. Vice President, Asst. Secretary*
Robert L. Mallory, *Asst. Vice President*
Gary S. Meade, *Asst. Vice President, Legal Affairs, Asst. Secretary*
Daniel L. Medrano, *Asst. Vice President*
W. Gary Norton, *Asst. Vice President*
Bradford Lee Orloff, *Asst. Vice President*
Ronald Parham, *Asst. Vice President*
Gerald J. Sauer, *Asst. Vice President*
Billy B. Shelton, *Asst. Vice President*
Rule E. Shows, *Asst. Vice President*
C. E. Smith, *Asst. Vice President*
Paul G. Strauss, *Assistant Vice President, Real Estate Division*
Cory Ode Tennant, *Asst. Vice President*
Ryan Tondro, *Asst. Vice President, Asst. Controller*

Steve Keh, *Assistant Secretary*
Wes Wood, *Assistant Secretary*
Stuart M. Finkel, *Assistant Controller*

### United Merchandising Corp.
Maurie I. Liff, *Chairman of the Board*
Robert W. Miller, *President*
H. A. Liff, *Executive Vice President and Secretary*
Martin B. Alpert, *Executive Vice President*
Allen L. Hutsell, *Senior Vice President, Operations*
Steven G. Miller, *Senior Vice President, Administration*
Duncan Reed, *Vice President, Personnel*
R. Ricciuti, *Vice President*
Thomas Schlauch, *Vice President*
E. Charles Straus, *Vice President, Real Estate*
Erwin J. Wolff, *Vice President, Controller and Asst. Secretary*
D. Steven Nelson, *Treasurer*
Richard A. Johnson, *Asst. Vice President*
William R. Jones, *Asst. Vice President*
Ronald Kovach, *Asst. Vice President*
Ernest I. Shelby, *Asst. Vice President*
Dale L. Sullivan, *Asst. Vice President*
Dorothy Groat, *Asst. Controller*
Maxine Purcell, *Asst. Treasurer*

### The Newman Importing Company, Inc.
William Newman, *Chairman of the Board*
Alec Newman, *Executive Vice President and Assistant Secretary*
Harlan Posen, *Executive Vice President*
Bernard Field, *Vice President*
Bernard Marcus, *Secretary-Treasurer*

### Thrifty Realty Company
Leonard H. Straus, *Chairman of the Board*
Richard G. Eils, *President*

November 18, 1983

**<u>EXHIBIT B</u>**

*Los Angeles Times*

BUSINESS

# Thrifty Will Buy Guild Drugstore Chain

**By DENISE GELLENE**

March 21, 1986 12 AM PT

TIMES STAFF WRITER

Thrifty Corp., a Los Angeles-based retail drugstore chain, agreed Thursday to acquire the Guild Inc. for stock worth about $12.5 million.

Leonard H. Straus, Thrifty chairman, said most of the 13 Guild Drug stores included in the acquisition would be converted to Thrifty Jr. stores. Thrifty Jr. stores are one-third the size of Thrifty Drug stores and "are located in places that would not accommodate the larger stores," Straus said.

The Guild acquisition is the second by Thrifty this year. The company purchased the 15-store Drug King chain Jan. 30 and is in the process of converting some of those stores into Thrifty Jr. outlets.

Also part of the Guild acquisition are a "number of leases" on retail properties in Los Angeles and Orange counties, Straus said. Those would be held as income properties, he said, adding that there are no plans to convert them into Thrifty stores.

Thrifty said it expected to close the sale in late April. Donald G. Guild, president of the Guild, which is based in Carson, declined to comment on the sale.

Straus said that Thrifty may acquire other retail drugstore companies to expand the Thrifty Jr. chain and that he plans to add 25 stores a year to the chain.

Thrifty Jr. stores are located within neighborhood shopping districts or within shopping centers "that either because of space or high rents can't accommodate a regular Thrifty," Straus said.

The larger Thrifty Drug stores generally anchor strip shopping centers.

Besides about 550 Thrifty Drug stores, Thrifty Corp. also owns 90 Big 5 Sporting Goods stores and has interests in the 187-store Crown Books chain and the 72-store Trak Auto West discount automobile parts chain.

## More to Read

FOR SUBSCRIBERS

### Is this the end of Thrifty ice cream as we know it?

May 26, 2025



### B. Riley-backed Vitamin Shoppe owner files for bankruptcy protection

Nov. 4, 2024



### Virgin Music Group acquires Downtown Music Holdings for $775 million

Dec. 16, 2024



Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT C**

# Pacific Lighting officially acquired Thrifty.

archive.is/jsQXk

September 4, 2025



L.A. Times Archives

Aug. 6, 1986 12 AM PT

The merger, which involved an exchange of stock valued at about $810 million based on Tuesday's prices, became effective after shareholders of the two companies approved the deal at special meetings. In the merger, each outstanding share of Thrifty's common stock was converted into 0.802 of a share of Pacific Lighting common stock. The merger plan was announced May 28. In addition, Thrifty Chairman Leonard H. Straus was named to the board of Pacific Lighting, parent of Southern California Gas. Thrifty owns 555 drug and discount stores and the Big 5 sporting goods chain.

[Business](#)

**<u>EXHIBIT D</u>**

# Utility Will Buy Drug Chain

### By NICHOLAS D. KRISTOF

Special to The New York Times

LOS ANGELES, May 28 — The Pacific Lighting Corporation said today that it was acquiring the Thrifty Corporation, the biggest operator of drugstores in the West, in a stock exchange valued at $886 million.

The acquisition is another stride toward diversification by Pacific Lighting, whose Southern California Gas subsidiary is the nation's largest natural gas distribution utility. Pacific Lighting is also active in land development and in oil and gas exploration and production.

The boards of both companies agreed unanimously to the transaction, which was announced late this afternoon in Los Angeles, where the two companies have their headquarters. The acquisition, which is subject to shareholder approval, involves the exchange of each Thrifty share for 0.802 of a Pacific common share.

Today's trading on the New York Stock Exchange had ended by the time the acquisition was announced. Pacific Lighting stock closed at $51.50, up 37.5 cents. At that price, the exchange of stock would give Thrifty holders a value of $41.30 for their shares, a moderate premium.

Thrifty stock gained 50 cents, to close at $38, although earlier in the day it reached a high of $40.375. The gain followed a leap of $5.50 Tuesday.

The combined company, with sales of nearly $6.5 billion and 27,000 employees, would have been the fifth-biggest company last year in the Los Angeles area, after the Atlantic Richfield Company, Occidental Petroleum Corporation, Unocal and the Lockheed Corporation.

"We expect this acquisition to add stability to our total enterprise and

# Drug Chain to Utility

**Continued From First Business Page**

provide accelerated growth because of the strong demand for health care products in the already growing California market," said Paul A. Miller, Pacific Lighting's chairman and chief executive.

Mr. Miller said that Thrifty would operate as a subsidiary of Pacific Lighting, retaining its name and its current management team of Leonard H. Straus, chairman and chief executive, and Richard G. Eils, president.

"Paul made us an offer that was impossible to refuse," said Mr. Straus, who will also serve on Pacific Lighting's board.

Analysts said the match was surprising, yet appeared to fit comfortably. "They paid a fancy price but a fair price," said Hugh Denison, director of research for the Milwaukee Company, a securities firm in Milwaukee. "It looks as if it will be good for both sides."

Thrifty operates California's largest chain of drug and discount stores. About 467 of the 555 Thrifty Drug and Discount stores are in California, mostly in the southern part of the state, and the others are in eight nearby Western states.

The company also runs Big 5 Sporting Goods stores, with 89 outlets, mostly in California, and owns 34 percent of Crown Books, a discount chain, and half of Trak Auto West, a chain of discount automotive parts and accessories.

Thrifty has grown steadily in recent years, rising from $7.9 million in profits on revenues of $610 million in 1976 to earnings of $31.9 million on revenues of $1.4 billion in its 1985 fiscal year. Profit margins have also increased significantly over that time.

Pacific Lighting earned $156 million last year on sales of $5.1 billion, with 68 percent of its profits coming from the utility.

GIVE TO THE FRESH AIR FUND

# EXHIBIT E

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 U5x2aMjlg6pGYuBH6tRfPgA6f2ebznQAGGMZqqzQWf9FyGqfU4npSfxC8jW3fqAh
 79r+IcdrzMCWkSZEsg5Tjw==

<SEC-DOCUMENT>0000893220-97-001091.txt : 19970530
<SEC-HEADER>0000893220-97-001091.hdr.sgml : 19970530
ACCESSION NUMBER:           0000893220-97-001091
CONFORMED SUBMISSION TYPE:  10-K405
PUBLIC DOCUMENT COUNT:      7
CONFORMED PERIOD OF REPORT: 19970301
FILED AS OF DATE:           19970529
SROS:             NYSE
SROS:             PSE

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:            RITE AID CORP
                CENTRAL INDEX KEY:                 0000084129
                STANDARD INDUSTRIAL CLASSIFICATION:    RETAIL-DRUG STORES AND PROPRIETARY STORES
[5912]
                IRS NUMBER:                        231614034
                STATE OF INCORPORATION:            DE
                FISCAL YEAR END:                   0302

        FILING VALUES:
                FORM TYPE:         10-K405
                SEC ACT:           1934 Act
                SEC FILE NUMBER:   001-05742
                FILM NUMBER:       97616254

        BUSINESS ADDRESS:
                STREET 1:          30 HUNTER LANE
                CITY:              CAMP HILL OWN
                STATE:             PA
                ZIP:               17011
                BUSINESS PHONE:    7177612633

        MAIL ADDRESS:
                STREET 1:          PO BOX 3165
                CITY:              HARRISBURG
                STATE:             PA
                ZIP:               17105

        FORMER COMPANY:
                FORMER CONFORMED NAME:  LEHRMAN LOUIS & CO
                DATE OF NAME CHANGE:    19680510

        FORMER COMPANY:
                FORMER CONFORMED NAME:  RACK RITE DISTRIBUTORS
                DATE OF NAME CHANGE:    19680510
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K405
<SEQUENCE>1
<DESCRIPTION>FORM 10-K RITE AID CORPORATION
<TEXT>

<PAGE>   1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-K

FOR ANNUAL AND TRANSITION REPORTS PURSUANT TO
SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

/x/    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
       ACT OF 1934 FOR THE FISCAL YEAR ENDED MARCH 1, 1997 (NO FEE REQUIRED).

                                    or

/ /    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
       EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD
       FROM          TO           (NO FEE REQUIRED).
       ----------   ----------

Commission File Number 1-5742

                          RITE AID CORPORATION
- --------------------------------------------------------------------------------
              (Exact name of registrant as specified in its charter)

          Delaware                              23-1614034
-------------------------------         ---------------------
(State or other jurisdiction of         (I.R.S. Employer
incorporation or organization)          Identification No.)

30 Hunter Lane, Camp Hill, Pennsylvania             17011
- -------------------------------------------         --------------
(Address of principal executive offices)          (Zip Code)

Registrant's telephone number, including area code: (717) 761-2633
                                                    ----------------

        Securities registered pursuant to Section 12(b) of the Act:

<TABLE>
<CAPTION>

                                        Name of Each Exchange
       Title of Each Class              on Which Registered
       -------------------              -------------------
<S>                                     <C>
  Common Stock, $1.00 par value         New York Stock Exchange
                                        Pacific Stock Exchange

  6 3/4% Zero Coupon Convertible
  Subordinated Notes due July 24, 2006  New York Stock Exchange
</TABLE>

   Securities registered pursuant to Section 12(g) of the Act:  None

Indicate by check mark whether the registrant (1) has filed all reports required
to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during
the preceding 12 months or for such shorter period that the registrant was
required to file such reports), and (2) has been subject to such filing
requirements for the past 90 days.

                          Yes   x     No
                               ---        ---

                                  -1-
<PAGE>   2

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405
of Regulation S-K is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
Form 10-K.

                                                       /X/


The aggregate market value of the voting stock of the registrant held by
non-affiliates of the registrant on May 23, 1997 based on the closing price at
which such stock was sold on the New York Stock Exchange on such date was
approximately $5,483,624,000.

The registrant's Common Stock outstanding at May 23, 1997 was 122,910,205
shares, par value $1.00 per share.

Portions of the Annual Report to Stockholders for the year ended March 1, 1997
are incorporated by reference into Parts I, II and IV of this Report. Portions
of the Proxy Statement prepared for the 1997 Annual Meeting of Stockholders are
incorporated by reference into Part III of this Report.


                               -2-
<PAGE>   3

                       RITE AID CORPORATION

                 INDEX TO ANNUAL REPORT ON FORM 10-K


                          Caption                              Page
PART I

        Item 1.  Business.........................................   1
        Item 2.  Properties.......................................   2
        Item 3.  Legal Proceedings................................   4
        Item 4.  Submission of Matters to a Vote
                   of Security Holders............................   4

Unnumbered Item. Executive Officers of the Registrant.............   5

PART II

        Item 5.  Market for the Registrant's Common Equity
                   and Related Stockholder Matters................   9
        Item 6.  Selected Financial Data..........................   9
        Item 7.  Management's Discussion and Analysis
                   of Results of Operations and
                   Financial Condition............................   9
        Item 8.  Financial Statements and Supplementary Data......  10
        Item 9.  Changes in and Disagreements with
                   Accountants on Accounting and
                   Financial Disclosure...........................  10

PART III

        Item 10. Directors and Executive Officers
                   of the Registrant..............................  10
        Item 11. Executive Compensation...........................  10
        Item 12. Security Ownership of Certain
                   Beneficial Owners and Management...............  10
        Item 13. Certain Relationships and Related
                   Transactions...................................  11

PART IV

        Item 14. Exhibits, Financial Statement
              Schedules and Reports on Form 8-K..............      11

                              -i-

<PAGE>   4

                           PART I

ITEM 1. BUSINESS

        (a)      General Development of Business

              The information set forth on the inside front cover and under
the captions "A Discussion with Rite Aid Management," "Real Estate/Store
Development," "Leading-edge Technology," "Store Operations," "Merchandising and
Marketing," "Financial Strategies" and "Supporting Our Communities," commencing
on page 3 and ending on page 12 of the Registrant's 1997 Annual Report to
Stockholders ("1997 Annual Report"), filed as an exhibit to this Annual Report
on Form 10-K, is incorporated herein by reference, excluding any projections and
forecasts, all of which shall not be deemed a part of this Annual Report on Form
10-K.

        (b)      Financial Information About Industry Segments

              The company's primary business is the operation of retail
drugstores.

        (c)      Narrative Description of Business

              The information set forth under the captions "A Discussion
with Rite Aid Management," "Real Estate/Store Development," "Leading-edge
Technology," "Store Operations," "Merchandising and Marketing," "Financial
Strategies" and "Supporting Our Communities," and "Management's Discussion and
Analysis of Results of Operations and Financial Condition" commencing on page 3
and ending on page 17 of the 1997 Annual Report, is incorporated herein by
reference, excluding any

                              -1-

<PAGE>   5

projections and forecasts, all of which shall not be deemed a part of this
Annual Report on Form 10-K. At March 1, 1997, the Registrant employed
approximately 73,000 persons.

        (d)      Financial Information About Foreign and Domestic and Export
Sales

              Not Applicable.

ITEM 2. PROPERTIES

        The Registrant's general offices and corporate headquarters are located
in a 205,000 square foot building in Camp Hill, Pennsylvania owned by the
Registrant. The registrant also owns approximately 160,000 square feet of office
space in Wilsonville, Oregon that was formerly the corporate headquarters of
Thrifty PayLess, Inc.

        The Registrant operates several distribution centers consisting of the
following locations and approximate square footage:

```
<TABLE>
<CAPTION>
                                              Approximate
Location                                      Square Footage
- --------                                    --------------
<S>                                           <C>
Shiremanstown, Pennsylvania                      350,000
Rome, New York                                   291,000
Nitro, West Virginia                             280,000
Winnsboro, South Carolina                        265,000
Pontiac, Michigan                                370,000
Ogden, Utah                                      638,000
Woodland, California                             500,000
Wilsonville, Oregon                              500,000
Ontario, California                              415,900
Las Vegas, Nevada                                281,000
</TABLE>
```

With the exception of the Pontiac, Michigan and Las Vegas, Nevada facilities,
the Registrant owns each of its distribution centers.


                                  -2-

<PAGE>   6

The Michigan distribution center is leased under a capitalized lease and was
financed with an industrial revenue bond issue. The lease expires in 2009, at
which time the Registrant has the option to purchase the facility for $100. The
South Carolina, West Virginia and New York distribution centers are subject to
liens arising under industrial development authority financing.

     The Registrant has developed a plan to streamline its merchandise
distribution facilities by closing or relocating the operations of it's
Shiremanstown, Pennsylvania, Winnsboro, South Carolina and Ontario, California
distribution centers. The Registrant's Melbourne, Florida distribution center
was closed in August 1995. The Registrant has developed several strategies for
disposition of these properties.

     The Registrant leases most of its drugstore facilities under
noncancelable operating leases, many of which expire within ten to fifteen
years. In addition to minimum rental payments, which are set at competitive
market rates, certain leases require additional payments based on sales volume,
as well as reimbursement for taxes, maintenance and insurance. Most of the
Registrant's leases contain renewal options, some of which involve rent
increases. At March 1, 1997, the Registrant had 3,623 retail drugstores.

     The registrant also owns its 52,200 square foot ice cream manufacturing
facility located in El Monte, CA.


                                  -3-

<PAGE>   7

ITEM 3. LEGAL PROCEEDINGS

     Not Applicable.

ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS

     A special meeting of Stockholders of the Registrant was held at the
Holiday Inn Harrisburg East, 4751 Lindle Road, Harrisburg, Pennsylvania, on
Thursday, December 12, 1996, to consider and vote upon a proposal to adopt an
Agreement and Plan of Merger, dated as of October 13, 1996, as amended (the
"Merger Agreement"), providing for the merger of Thrifty PayLess Holdings, Inc.
with and into Rite Aid, the issuance of shares of Rite Aid common stock

pursuant to the Merger Agreement and the amendment to Rite Aid's Certificate of
Incorporation in order to increase the total number of authorized shares of
Rite Aid common stock from 240 million to 300 million, simplify the purpose
clause, remove certain obsolete provisions and effect certain other minor
technical amendments, all as more fully described in the Joint Proxy
Statements/Prospectus dated November 12, 1996. The proposal to adopt the Merger
Agreement was approved by holders of 81.3% of Rite Aid common stock
(representing more than 97% of the votes cast at the meeting). Holders of 0.1%
of Rite Aid common stock voted against the proposal and holders of 18.6% of
Rite Aid common stock abstained from voting.

-4-
<PAGE>   8

## EXECUTIVE OFFICERS OF THE REGISTRANT

        Pursuant to General Instruction G(3) of Annual Report on Form 10-K, the
following is included as an unnumbered Item in Part I of this Annual Report in
lieu of being included in the Proxy Statement for the 1997 Annual Meeting of
Stockholders to be held on July 9, 1997.

        The following is a list of names and ages of all of the executive
officers of the Registrant, indicating all positions and offices with the
Registrant held by each such person and each such person's principal occupations
or employment during the past five years. All such persons have been appointed
to serve until the next annual election of officers (which shall occur on July
9, 1997) and until their successors are appointed, or until their earlier
resignation or removal. No person other than those listed below has been chosen
to become an executive officer of the Registrant.

<TABLE>
<CAPTION>

| Name | Age | Offices and Positions Held | First Elected an Officer |
| ---- | --- | -------------- | ---------- |
| <S> | <C> | <C> | <C> |
| Martin L. Grass | 43 | Chairman of the Board, Chief Executive Officer and Director | 1980 |
| Timothy J. Noonan | 55 | President, Chief Operating Officer and Director | 1973 |
| Frank M. Bergonzi | 51 | Executive Vice President | 1977 |
| Franklin C. Brown | 69 | Executive Vice President and Director | 1969 |
| Beth J. Kaplan | 39 | Executive Vice President | 1996 |
| Kevin J. Mann | 44 | Executive Vice President | 1988 |
| Richard J. Varmecky | 44 | Treasurer | 1987 |

</TABLE>

-5-
<PAGE>   9

<TABLE>
<CAPTION>

| | | Offices and | First Elected |

| Name | Age | Positions Held | an Officer |
| ---- | --- | -------------- | ---------- |
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; |
| I. Lawrence Gelman | 50 | Secretary | 1981 |
| Eric S. Elliott | 33 | Senior Vice President | 1994 |
| Elliot S. Gerson | 55 | Senior Vice President | 1995 |
| Charles R. Kibler | 50 | Senior Vice President | 1987 |
| Philip D. Markovitz | 56 | Senior Vice President | 1974 |
| Ronald A. Miller | 57 | Senior Vice President | 1981 |
| Robert R. Souder | 57 | Senior Vice President | 1972 |
| Joseph S. Speaker | 38 | Senior Vice President | 1991 |
| James M. Talton | 51 | Senior Vice President | 1995 |
| Kent L. Whiting | 37 | Senior Vice President | 1992 |

&lt;/TABLE&gt;

Each of the executive officers listed above has served the Registrant
or its subsidiaries in their present executive capacities for the past five
years, except for the following individuals:

Mr. Grass has been Chairman of the Board and Chief Executive Officer of
the Registrant since March 4, 1995. Previously, Mr. Grass was President and
Chief Operating Officer of the Registrant for more than five years.

Mr. Noonan was appointed President and Chief Operating Officer on March
4, 1995. Previously, Mr. Noonan was Executive Vice President of Drugstore
Operations for the Registrant, a position he held for more than five years.

Mr. Bergonzi was appointed Executive Vice President and Chief Financial
Officer for the Registrant on March 4, 1995. Previously, Mr. Bergonzi was Senior
Vice President of Finance for the Registrant, a position he held for more than
five years.

-6-

&lt;PAGE&gt;   10

Ms. Kaplan was appointed Executive Vice President of Marketing for the
Registrant on September 9, 1996. Previously, Ms. Kaplan was Vice President of
Procter & Gamble Cosmetics and Fragrances, from March 1994 to August 1996, and
General Manager, Procter & Gamble, Food and Beverage, from January 1991 to
February 1994, both divisions of Procter & Gamble N.A.

Mr. Mann was appointed Executive Vice President of Category Management
for the Registrant on September 1996. Previously, Mr. Mann was Executive Vice
President of Marketing for the Registrant since March 4, 1995. Prior to March 4,
1995, Mr. Mann was Senior Vice President of Purchasing for the Registrant, a
position he held for more than five years.

Mr. Varmecky was appointed Treasurer of the Registrant in July 1995.
Previously, Mr. Varmecky held the positions of Assistant Vice President and
Corporate Controller of the Registrant for more than five years.

Mr. Gelman was appointed Associate Counsel and Secretary of the
Registrant on January 11, 1995. Previously, Mr. Gelman held the positions of
Assistant Vice President and Assistant Secretary of the Registrant for more than
five years.

Mr. Elliott was appointed Senior Vice President, Managed Care of the
Registrant on March 31, 1997. Previously, Mr. Elliot held various positions
with the Registrant, including Vice President, Pharmacy Marketing from March
1996 to February 1997; Vice President, Third Party Administration from March
1995 to February 1996; Assistant Vice President, Third Party Administration
from March 1994 to February 1995;, Director, Third Party Administration from
November 1993 to February 1994 and

-7-

<PAGE>   11

Assistant Director Retail Accounting from August 1989 to November 1993.

Mr. Gerson joined the Registrant as Senior Vice President and Assistant
Chief Legal Counsel in November 1995. Previously, Mr. Gerson was a partner in
the law firm of Bolger, Picker, Hankin & Tannenbaum from May 1993 until joining
the Registrant, and a partner in the law firm of Wolf, Block, Schorr and
Solis-Cohen from May 1984 to May 1993.

Mr. Kibler was appointed Senior Vice President of Drugstore Operations
on March 4, 1995. Previously, Mr. Kibler served as Vice President of Drugstore
Operations for the Registrant for more than five years.

Mr. Speaker was appointed Senior Vice President of Accounting and
Administration on May 24, 1996. Previously, Mr. Speaker served as Vice President
and Retail Controller since April 1993. From February 1991 until his appointment
as Vice President, he had the positions of Assistant Vice President and Retail
Controller. Mr. Speaker attained the status of Retail Controller in June 1989.

Mr. Talton was appointed Senior Vice President of Human Resources in
November 1995. Mr. Talton joined the Registrant on April 1, 1995 as Vice
President of Human Resources. For the year prior to his employment with the
Registrant, he was a Senior Vice President for Executive Assets Company. Prior
thereto he held the position of Director of Employee and Labor Relations for
PECO Energy Company since 1989.

Mr. Whiting was appointed Senior Vice President of Information Services
on April 18, 1996. He rejoined the Registrant in February

-8-

<PAGE>   12

1996 as Vice President of Strategic Business Solutions. From March 1995 until
rejoining the Registrant, Mr. Whiting was Vice President of Operations for ADT
Data Systems. Prior thereto, he held the positions of Assistant Vice President
and Director of Strategic Business Solutions for the Registrant since 1988.


PART II

ITEM 5. MARKET FOR THE REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER
MATTERS

The information set forth under the caption "Common Stock and
Dividends," which appears on the inside back cover page of the Registrant's 1997
Annual Report, is incorporated herein by reference.

ITEM 6. SELECTED FINANCIAL DATA

The information set forth under the caption "Ten-Year Financial
Review," which appears on pages 34 and 35 of the Registrant's 1997 Annual
Report, is incorporated herein by reference.

ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF OPERATIONS AND
FINANCIAL CONDITION

       The information set forth under the caption "Management's Discussion
and Analysis of Results of Operations and Financial Condition," which appears on
pages 14 through 17 of the Registrant's 1997 Annual Report, is incorporated
herein by reference.


                                     -9-

<PAGE>   13

ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

       The consolidated financial statement information, which appears on
pages 19 through 33 of the Registrant's 1997 Annual Report, is incorporated
herein by reference.

ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND
FINANCIAL DISCLOSURE

       None.

                                  PART III

ITEM 10. DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT

       For information with respect to the executive officers of the
Registrant, reference is made to "Executive Officers of the Registrant," set
forth as an unnumbered item in Part I of this Annual Report on Form 10-K. The
information set forth under the caption "Election of Directors" in the
Registrant's Proxy Statement for the 1997 Annual Meeting of Stockholders to be
held July 9, 1997 is incorporated herein by reference.

ITEM 11. EXECUTIVE COMPENSATION

       The information set forth under the caption "Compensation of Executive
Officers" in the Registrant's Proxy Statement for the 1997 Annual Meeting of
Stockholders to be held July 9, 1997 is incorporated herein by reference.

ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

       The information set forth under the caption "Security Ownership of
Certain Beneficial Owners and Management" in the


                                    -10-

<PAGE>   14

Registrant's Proxy Statement for the 1997 Annual Meeting of Stockholders to be
held July 9, 1997 is incorporated herein by reference.

ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS

       The information set forth under the caption "Related Party
Transactions" in the Registrant's Proxy Statement for the 1997 Annual Meeting of
Stockholders to be held July 9, 1997 is incorporated herein by reference.

                                  PART IV

ITEM 14. EXHIBITS, FINANCIAL STATEMENT SCHEDULES AND REPORTS ON FORM 8-K

       (a)     List of Documents Filed as Part of this Report

(1)      Financial Statements

                The following consolidated financial statements of
the Registrant and its subsidiaries, required to be included in Part II, Item 8
of this Annual Report on Form 10-K, are included in the 1997 Annual Report and
are incorporated herein by reference:

                Independent Auditors' Report

                Consolidated Balance Sheets - March 1, 1997 and March
                2, 1996

                Consolidated Statements of Income - Each of the years
                in the three year period ended March 1, 1997

                Consolidated Statements of Stockholders' Equity -
                Each of the years in the three year period ended
                March 1, 1997

                Consolidated Statements of Cash Flows - Each of the
                years in the three year period ended March 1, 1997

                Notes to Consolidated Financial Statements

        (2)      Financial Statement Schedules

                              -11-
<PAGE>   15

                The following additional information for the years
1997, 1996 and 1995 is included in Part IV of this Report:

<TABLE>
<CAPTION>
                                                          Page No.
<S>                                                         <C>
        Schedule II - Valuation and Qualifying Accounts       16

        Independent Auditors' Report                          17
</TABLE>

                All other schedules are omitted because they are not
required, inapplicable or the information is included in the consolidated
financial statements or the notes thereto.

                Financial statements of 50% or less owned companies
have been omitted since they do not constitute significant subsidiaries.

        (3)      Exhibits (numbered in accordance with Item 601 of
Regulation S-K)

| Exhibit Numbers | Description | Incorporation by Reference to |
|---|---|---|
| (2) | Not Applicable | ----- |
| (3)(i) | Restated Articles of Incorporation dated December 12, 1996. | Exhibit (4.1) to Form S-3 filed January 10, 1997 |
| (ii) | By-laws | Exhibit (3a) to Form S-1 Registration Statement filed April 26, 1968 |
| | Amendments to By-laws approved | Exhibit (3) to Form 10-K |

April 6, 1983                                      Filed May 29, 1983

(4)        The rights of security holders of                -----
           Registrant are defined by a) the Laws
           of the State of Delaware, b) the
           Certificate of Incorporation of
           Registrant and c) the By-laws of
           Registrant.  The Certificate of
           Incorporation and By-laws of
           Registrant are hereby incorporated by
           reference in accordance with Exhibit
           (3) above.

(9)        Not Applicable                                   -----

                                -12-

<PAGE>   16

(10)(i)    Not Applicable                                   -----

   (ii)    Not Applicable                                   -----

   (iii)   Salary Continuation Agreement with       Exhibit (10)(iii) to Form
           Key Officers*                             10-K filed May 29, 1983

           1990 Omnibus Stock Incentive Plan,        Exhibit 4 to Form S-8
           as amended*                               filed July 12, 1996.

           Annual Performance-Based Incentive        Included in Proxy
           Program*                                  Statement dated June 7,
                                                     1995

           Deferred Compensation Agreement*          Exhibit (10)(iii) to Form
                                                     10-K filed May 31, 1996

(11)       Statements re Computation of Per          Included herein
           Share Earnings

(12)       Statements re Computation of Ratios       Included herein

(13)       1997 Annual Report to Stockholders        Included herein

(16)       Not Applicable                                   -----

(18)       Not Applicable                                   -----

(21)       Registrant's Subsidiaries                 Included herein

(22)       Not Applicable                                   -----

(23)       Consent of Independent Certified Public   Included herein
           Accountants

(24)       Not Applicable                                   -----

(27)       Financial Data Schedule                   Included herein
                                                     (EDGAR Filing Only)

(28)       Not Applicable                                   -----

- ----------------------

*          Constitutes a compensatory plan or arrangement required to be filed
           with this Form.

-13-

<PAGE>   17

      (b)        Reports on Form 8-K

        During the last quarter of the period covered by this Report
the Registrant filed Reports on Form 8-K as follows:

    Report on Form 8-K dated December 16, 1996

        Third quarter fiscal 1997 earnings announcement and
        computation of fixed charged ratios.

    Report on Form 8-K dated December 17, 1996

        Pricing and underwriting agreements for debt securities.

    Report on Form 8-K dated January 9, 1997

        Financial statements, pro forma financial information and
        exhibits of the acquired Thrifty PayLess Holdings, Inc.

    Report on Form 8-K dated January 16, 1997

        Pricing and underwriting agreements for common stock between
        Rite Aid Corporation, K-Mart and Morgan Stanley & Co.
        Incorporated.

    Report on Form 8-K dated February 11, 1997

        Pricing and underwriting agreements for common stock between
        Rite Aid Corporation, Green Equity Investors, L.P. and Morgan
        Stanley & Co. Incorporated.

-14-

<PAGE>   18

SIGNATURES

        Pursuant to the requirements of Section 13 or 15(d) of the Securities
Exchange Act of 1934, the Registrant has duly caused this Report to be signed on
its behalf by the undersigned, thereunto duly authorized.

Dated:  May 29, 1997                RITE AID CORPORATION
                                (Registrant)

                                By:  /s/Martin L. Grass
                                -----------------------------------
                                Martin L. Grass, Chairman of
                                the Board of Directors and
                                Chief Executive Officer

        Pursuant to the requirements of the Securities Exchange Act of 1934,
this Report has been signed by the following persons, which include the
Principal Executive Officer, the Principal Accounting and Financial Officer and
a majority of the Board of Directors, on behalf of the Registrant and in the
capacities and on the dates indicated:

May 29, 1997        /s/Martin L. Grass
                      -------------------------
                      Martin L. Grass
                      Chairman of the Board of Directors,

Chief Executive Officer and Director

| | | |
|---|---|---|
| May 29, 1997 | /s/Timothy J. Noonan | |
| | ---------------------------- | |
| | Timothy J. Noonan | |
| | President, Chief Operating Officer and Director | |

May 29, 1997      /s/Frank M. Bergonzi
                  ----------------------------
                  Frank M. Bergonzi
                  Chief Financial Officer

May 29, 1997      /s/Franklin C. Brown
                  ----------------------------
                  Franklin C. Brown
                  Director

May 29, 1997      /s/Alex Grass
                  ----------------------------
                  Alex Grass
                  Director

May 29, 1997      /s/Nancy A. Lieberman
                  ----------------------------
                  Nancy A. Lieberman
                  Director

May 29, 1997      /s/Preston Robert Tisch
                  ----------------------------
                  Preston Robert Tisch
                  Director

May 29, 1997      /s/Leonard N. Stern
                  ----------------------------
                  Leonard N. Stern
                  Director

-15-

<PAGE>   19

RITE AID CORPORATION AND SUBSIDIARIES

SCHEDULE II--VALUATION AND QUALIFYING ACCOUNTS

FOR THE YEARS ENDED MARCH 1, 1997, MARCH 2, 1996 AND MARCH 4, 1995

(Dollars in Thousands)

```
<TABLE>
<CAPTION>
                                  Balance at      Additions       Additions
Balance at
                                  Beginning       Charged to      Charged to
End
                                      of          Costs and         Other
of
Classification                     Period         Expenses        Accounts          Deductions
Period
- --------------                    ------         --------        --------          --------
--        ------
<S>                               <C>             <C>             <C>               <C>
<C>
Allowances deducted from
```

accounts receivable for
estimated uncollectible
amounts:

| | | | | | | |
|---|---|---|---|---|---|---|
| Year ended March 1, 1997 | 5,545 | 13,178 | 7,503 | (a) | 11,643 | 14,583 |
| Year ended March 2, 1996 | 5,079 | 16,785 | - | | 16,319 | 5,545 |
| Year ended March 4, 1995 | 342 | 22,938 | 3,769 | (b) | 21,970 | 5,079 |

</TABLE>

(a)     Allowance for estimated uncollectible accounts acquired from Thrifty
        PayLess Holdings Inc. on December 12, 1996.

(b)     Allowance for estimated uncollectible accounts acquired from Perry
        Drugstores on January 11, 1995.


                                    -16-
<PAGE>   20

                    INDEPENDENT AUDITOR'S REPORT


The Board of Directors
Rite Aid Corporation:

Under date of April 24, 1997, we reported on the consolidated balance sheets of
Rite Aid Corporation and subsidiaries as of March 1, 1997 and March 2, 1996, and
the related consolidated statements of income, stockholders' equity, and cash
flows for each of the years in the three-year period ended March 1, 1997, which
are incorporated by reference in the Company's annual report on Form 10-K. In
connection with our audits of the aforementioned consolidated financial
statements, we also audited the related consolidated financial statement
schedule in the Company's annual report on Form 10-K. This financial statement
schedule is the responsibility of the Company's management. Our responsibility
is to express an opinion on this financial statement schedule based on our
audits.

In our opinion, such financial statement schedule, when considered in relation
to the basic consolidated financial statements taken as a whole, presents
fairly, in all material respects, the information set forth therein.

As discussed in note 1 to the consolidated financial statements, the Company
changed its method of accounting for investments in fiscal year 1995.

                                        KMPG Peat Marwick LLP


Harrisburg, Pennsylvania
April 24, 1997




<PAGE>   21


                        EXHIBIT INDEX

Exhibit No.                     Description
- -----------                   -----------

11      Statement Regarding Computation of Per Share Earnings.

```
12        Statement Regarding Computation of Ratios
          of Earnings to Fixed Charges.

13        1997 Annual Report to Stockholders.

21        Registrant's Subsidiaries.

23        Consent of Independent Certified Public Accountants.

27        Financial Data Schedule (EDGAR filing only).


                              -18-
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-11
<SEQUENCE>2
<DESCRIPTION>STATEMENT REGARDING COMPUTATION PER SHARE EARNINGS
<TEXT>

<PAGE>   1


                         EXHIBIT 11


              Rite Aid Corporation and Subsidiaries
          Statement Regarding Computation of Per Share Earnings
          Years ended March 1, 1997, March 2, 1996 and March 4, 1995

                 In thousands except per share amounts
```

<TABLE>
<CAPTION>

| EARNINGS PER COMMON SHARE - ASSUMING NO DILUTION | 1997 | 1996 | 1995 |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Earnings | | | |
| Income before extraordinary loss | $160,534 | $158,947 | $141,286 |
| Extraordinary loss, net of tax | (45,157) | -- | -- |
| Net Income | $115,377 | $158,947 | $141,286 |
| | ======== | ======== | ========= |
| Shares | | | |
| Weighted average number of common shares outstanding | 92,211 | 83,808 | 84,771 |
| | ======== | ======== | ========= |
| Earnings per common share - assuming no dilution | | | |
| Income before extraordinary loss | $   1.74 | $  1.90 | $   1.67 |
| Extraordinary loss, net of tax | (.49) | -- | -- |
| Net Income | $   1.25 | $  1.90 | $   1.67 |

```
========   =========
EARNINGS PER COMMON SHARE - ASSUMING FULL DILUTION (b)
 Earnings (b)
    Income before extraordinary loss                        $160,534
$158,947     $141,286
       Add after tax interest expense applicable
        to 6 3/4% convertible debentures (a)                   8,245
8,356        7,425

                                                            --------     -----
---      --------
    Income before extraordinary loss, as adjusted            168,779
167,303      148,711
    Extraordinary loss, net of tax                           (45,157)
--       --
                                                            --------     -----
---      --------
    Net Income                                              $123,622
$167,303     $148,711
                                                            ========
========   =========
 Shares (b)
    Weighted average number of common shares outstanding       92,211
83,808       84,771
    Assuming conversion of 6 3/4% convertible debentures        5,943
6,395        6,395
    Assuming exercise of options reduced by the number of shares which could
     have been purchased with the proceeds
     from exercise of such options                              1,724
585          657
                                                            --------     -----
---      --------
    Weighted average number of common shares outstanding as
     adjusted                                                  99,878
90,788       91,823
                                                            ========
========   =========
 Earnings per common share assuming full dilution (b)
    Income before extraordinary loss                        $   1.69     $
1.84    $   1.62
    Extraordinary loss, net of tax                             (.45)
--       --
                                                            --------     -----
---      --------
    Net Income                                              $   1.24     $
1.84    $   1.62
                                                            ========
========   =========
</TABLE>

(a)     Shown net of income taxes which were calculated at the Company's tax
        rate.

(b)     This calculation is submitted in accordance with Regulation S-K item
        601(b)(11) although not required by APB Opinion No. 15 since the
        dilution is not material.
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-12
<SEQUENCE>3
<DESCRIPTION>STATEMENT REGARDING COMPUTATION OF RATIOS
<TEXT>

<PAGE>   1
```

Rite Aid Corporation and Subsidiaries
Statement Regarding Computation of Ratios of Earnings to Fixed Charges
Years ended March 1, 1997, March 2, 1996, March 4, 1995, February 26, 1994
and February 27, 1993
(Dollar Amounts in Thousands)

<TABLE>
<CAPTION>

| | Year Ended March 1, 1997 | Year Ended March 2, 1996 | Year Ended March 4, 1995 | Year Ended February 26, 1994 | Year Ended February 27, 1993 |
|---|---|---|---|---|---|
| | ---- | ---- | ---- | ---- | ---- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| Fixed Charges | | | | | |
| Interest Expense | $ 96,473 | $ 68,341 | $ 42,300 | $ 28,683 | $ 29,387 |
| Interest Portion(1) of Net Rental Expense | 66,067 | 52,080 | 40,424 | 40,427 | 37,659 |
| | -------- | -------- | -------- | -------- | ----- |
| Fixed Charges Before Capitalized Interest | 162,540 | 120,421 | 82,724 | 69,110 | 67,046 |
| Capitalized Interest | 1,897 | 1,948 | 373 | 217 | 445 |
| | -------- | -------- | -------- | -------- | ----- |
| Total Fixed Charges | $164,437 | $122,369 | $ 83,097 | $ 69,327 | $ 67,491 |
| | ======== | ======== | ======== | ======== | ======== |
| Earnings | | | | | |
| Income Before Extra-ordinary Loss and Income Taxes | $258,927(3) | $256,202 | $231,464 | $ 45,670(2) | $200,569 |
| Fixed Charges Before Capitalized Interest | 162,540 | 120,421 | 82,724 | 69,110 | 67,046 |
| | -------- | -------- | -------- | -------- | ----- |
| Total Adjusted Earnings | $421,467 | $376,623 | $314,188 | $114,780 | $267,615 |
| | ======== | ======== | ======== | ======== | ======== |
| Ratio of Earnings to Fixed Charges | 2.56 | 3.08 | 3.78 | 1.66 | 3.97 |

========
</TABLE>

(1) The interest portion of the net rental expense is estimated to be equal to
    one-third of the minimum rental expense for the period.

(2) Income before extraordinary loss and income taxes for fiscal year 1994
    includes a $149,196,000 one-time, pre-tax provision for corporate
    restructuring and other charges.

(3) Income before extraordinary loss and income taxes for fiscal year 1997
    includes a $68,057,000 one-time, pre-tax charge for nonrecurring and other
    charges.

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-13
<SEQUENCE>4
<DESCRIPTION>1997 ANNUAL REPORT TO STOCKHOLDERS
<TEXT>

<PAGE>    1

                                                                    EXHIBIT 13


RITE AID 1997 ANNUAL REPORT

                    [PHOTO OF WOMAN ON PHONE]
                     [PHOTO OF MAN WITH BABY]
                  [PHOTO OF TWO WOMEN RUNNING]
              [PHOTO OF THREE PEOPLE SITTING ON GRASS]

For your life, Rite Aid's got it.

<PAGE>    2

73,000 associates                                    55 million customers

RITE AID CORPORATION IS ONE OF THE LARGEST RETAIL DRUGSTORE CHAINS IN THE
COUNTRY, OPERATING OVER 3,600 DRUGSTORES IN 27 EASTERN AND WESTERN STATES AND
THE DISTRICT OF COLUMBIA. RITE AID IS COMMITTED TO PROVIDING OUR CUSTOMERS WITH
SUPERIOR PRODUCTS AND SERVICE. FOUNDED IN 1962, RITE AID TODAY HAS OVER 73,000
ASSOCIATES WHO SERVE MORE THAN 55 MILLION CUSTOMERS ANNUALLY.

        IN DECEMBER 1996, RITE AID ACQUIRED THRIFTY PAYLESS, INC., THE LARGEST
DRUGSTORE RETAILER IN THE WESTERN UNITED STATES WITH OVER 1,000 STORES IN 10
STATES. THE ACQUISITION GIVES RITE AID THE FIRST OR SECOND POSITION IN 25 OF THE
TOP 50 U.S. METROPOLITAN AREAS.

        RITE AID ALSO OPERATES EAGLE MANAGED CARE CORPORATION, A WHOLLY OWNED
SUBSIDIARY THAT MARKETS PRESCRIPTION PLANS AND SELLS OTHER MANAGED HEALTHCARE
SERVICES TO EMPLOYERS, HEALTH MAINTENANCE ORGANIZATIONS AND GOVERNMENT-SPONSORED
EMPLOYEE BENEFIT PROGRAMS.

        RITE AID COMMON STOCK IS LISTED ON THE NEW YORK AND PACIFIC STOCK
EXCHANGES AS RAD.

                            CONTENTS

                    1  Financial Highlights
                    2  To Our Stockholders
                    3  A Discussion with Rite Aid Management
                    4  Real Estate / Store Development
                    6  Leading-edge Technology

      7  Future Operations
      8  Merchandising and Marketing
     11  Financial Strategies
     12  Supporting Our Communities
     13  Financial Review
     36  Directors and Corporate Officers
     37  Investor Information

<PAGE>   3

FINANCIAL HIGHLIGHTS

<TABLE>
<CAPTION>

| Dollars in thousands except per share amounts | YEAR ENDED MARCH 1, 1997 (52 WEEKS) | YEAR ENDED MARCH 2, 1996 (52 WEEKS) |
|---|---|---|
| <S> | <C> | <C> |
| Net Sales | $ 6,970,201 | $ 5,446,017 |
| Income Before Nonrecurring Charges and Extraordinary Loss | $   202,897* | $   158,947 |
| Net Income | $   115,377* | $   158,947 |
| Earnings per Common Share: | | |
| Income Before Nonrecurring Charges and Extraordinary Loss | $     2.20* | $     1.90 |
| Net Income | $     1.25* | $     1.90 |
| Dividends per Common Share | $      .755 | $      .695 |
| Average Number of Common Shares Outstanding | 92,211,000 | 83,808,000 |
| Total Assets | $ 6,416,981 | $ 2,841,995 |
| Stockholders' Equity | $ 2,488,685 | $ 1,103,619 |
| Number of Employees | 73,000 | 35,700 |

</TABLE>

Note: The company uses the LIFO method of accounting for substantially all of
its inventories. Under the FIFO method, net income would have been higher by
$9,975,000 or $.11 per share, and $11,152,000 or $.13 per share, for fiscal
years 1997 and 1996, respectively.

* Income before nonrecurring charges and extraordinary loss was $202,897,000 or
$2.20 per share, compared with $158,947,000 or $1.90 per share last year. Net
income for the year ended March 1, 1997 included nonrecurring and other
charges of $42,363,000 or $.46 per share and an extraordinary loss on the
early extinguishment of debt totaling $45,157,000 or $.49 per share.

DRUGSTORE SALES

<TABLE>
<CAPTION>

| | 93 | 94 | 95 | 96 | 97 |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| dollars in billions | 3.83 | 4.06 | 4.53 | 5.45 | 6.97 |

</TABLE>

INCOME BEFORE NONRECURRING
CHARGES AND EXTRAORDINARY LOSS

<TABLE>
<CAPTION>

|              | 93    | 94    | 95    | 96    | 97    |
|--------------|-------|-------|-------|-------|-------|
|              | ----  | ----  | ----  | ----  | ----  |
| <S>          | <C>   | <C>   | <C>   | <C>   | <C>   |
| dollars in millions | 123.8 | 116.8 | 141.3 | 158.9 | 202.9 |

</TABLE>

<div align="right">1</div>

<PAGE>   4

TO OUR STOCKHOLDERS

Fiscal 1997 was another successful year as we continued our efforts to
restructure our business to operate larger, higher volume and more profitable
drugstores. We achieved record revenues and earnings and, at the same time,
implemented an unprecedented real estate program.

        Sales for the year ended March 1, 1997 were $6.97 billion and earnings
from operations before nonrecurring charges and extraordinary items were $202.9
million. More importantly, our same-store sales increased 7.9% for the year as
compared to 6.6% in fiscal 1996. This trend of higher pharmacy and front-end
sales has been accomplished in an environment that has yielded inflation of only
1.6%.

        The consolidation in the drugstore industry continued full force. In
June we purchased Taylor Drugs, a chain of 34 stores operating in metropolitan
Louisville, Kentucky. This acquisition strengthened our presence in Kentucky,
where we were already the largest drugstore operator, and enabled us to enter
Louisville with a major share of the market.

        In December we consummated the largest acquisition in our history,
merging with Thrifty PayLess, Inc. Thrifty PayLess had sales of $4.4 billion in
1,007 stores located in the western part of the United States. It is the largest
chain drugstore operator in California, Oregon, Washington, Utah and Idaho. This
transaction has positioned us at an entirely new level in the industry. We now
operate more than 3,600 stores with revenue for fiscal 1998 anticipated to
exceed $11 billion.

        Today we are integrating the West Coast operation into our chain. We
are installing new computer hardware in all Thrifty PayLess stores, a process we
expect to complete by the end of May. The software systems necessary to operate
Thrifty PayLess as Rite Aid stores will be fully operational by September. The
opportunity to enhance our earnings from Thrifty PayLess is enormous. In fact,
core Rite Aid store operating margins should be achievable on the West Coast
approximately two years after the integration is finished.

        In November we entered into a joint venture to provide mail order
pharmacy services with SmithKline Beecham's Diversified Pharmaceutical Services,
one of the nation's leading pharmacy benefit managers. This business will give
us another channel of distribution to provide prescriptions to select managed
care customers. First-year revenues are expected to be more than $100 million.

        As we continue to seek opportunities to expand through mergers and
acquisitions, we will follow a very disciplined strategy of only entering into
transactions that are not dilutive to earnings per share. Not all drugstore
chains fit into our strategic plan or are worth the same multiple of cash flow.
We continue to turn down more acquisition opportunities than we accept.

        In September we hired Beth J. Kaplan as Executive Vice President of
Marketing. Beth was previously a corporate Vice President with Procter & Gamble
in charge of cosmetics and fragrances. Beth has assumed responsibility for all
of our marketing, advertising, category management and merchandising. She is
well on her way to continuing the transformation begun in 1995 to create a more
marketing-oriented Rite Aid, focused on creating a major brand in the drugstore
industry.

During the year, Leonard Green, Senior Partner of Leonard Green
Partners, an investment firm, and William J. Bratton, current President of First
Security Consulting, Inc. and former Commissioner of the New York City Police
Department, were appointed to the Board of Directors. We look forward to their
contributions as we move forward. Henry Taub, the founder of ADP Services, has
retired from our Board after 13 years of excellent service. Henry provided
insightful, careful analysis to the Board and senior management benefited from
his probing questions.

In fiscal 1998 we will challenge and motivate our 73,000 associates
toward another year of record sales and earnings. The Rite Aid management team
is committed to enhancing shareholder value. This is the number one measurement
in determining our success.

/s/ Martin L. Grass              /s/ Timothy J. Noonan
Martin L. Grass                  Timothy J. Noonan
Chairman and                     President and
Chief Executive Officer          Chief Operating Officer

May 2, 1997

2
<PAGE>   5

A DISCUSSION WITH RITE AID MANAGEMENT

Our growth initiatives generated real
momentum in fiscal 1997 as we acquired
Thrifty PayLess and moved ahead
aggressively to expand and enhance our
store base in the East. As a result, we
acquired or opened more than 1,300
stores, creating a company with over $11
billion a year in revenue. In the pages
that follow, our senior executive team
takes a look at the rapidly changing
face of Rite Aid.

BUILDING
OUR BUSINESS
FROM COAST
TO COAST

[ 3 PICTURES OF PEOPLE ]

3
<PAGE>   6

REAL ESTATE / STORE DEVELOPMENT

Martin Grass      [ PICTURE OF MARTIN GRASS ]
Chairman & CEO

WHAT MADE THRIFTY PAYLESS THE RIGHT ACQUISITION CANDIDATE? WHAT DOES THE DEAL
MEAN FOR SHAREHOLDERS?

A number of factors made Thrifty PayLess the right choice for us. First, we
believe the purchase will be good for our customers, who will benefit from the
buying power of a large chain. Second, the acquisition strengthens our position
with managed care customers, which translates into better options and more
benefits for their plan members. Third, Thrifty PayLess will introduce us to
product categories not currently offered in Rite Aid stores.

The acquisition also responds to our belief that to survive and prosper in this business, you have to get bigger. With Thrifty PayLess, we've not only extended our reach to include a base of 1,007 outlets in 10 western states, we've added the dominant drugstore chain on the West Coast, with the number one or two market share position in 18 of its 20 metropolitan markets. With the ongoing consolidation in our industry, we had to move quickly or this opportunity would have disappeared.

It's also the right deal because it shortly will become a major contributor to our bottom line. The cost of the purchase worked out to $34.58 per share. The acquisition is not dilutive to earnings. We incurred a one-time charge of approximately $125 million principally related to the integration of the acquired stores and the closing of Thrifty PayLess headquarters in Oregon. With a total of 3,623 stores in 27 states and the District of Columbia, and the first or second position in 25 of the nation's top 50 drugstore markets, we anticipate even stronger performance in fiscal 1998. We are well on our way to achieving our most fundamental objective: to grow Rite Aid's revenue, profits and most importantly, the value of our stock.

3,623 DRUGSTORES

[ 3 PICTURES OF DRUGSTORES ]

MOST OF OUR NEW STORES ARE FREESTANDING UNITS
WITH A DRIVE-THRU PHARMACY WINDOW AND PARKING FOR
50 OR MORE CARS.


4
<PAGE>   7

DO YOU EXPECT GROWTH TO COME EQUALLY FROM ALL OF YOUR NATIONAL MARKETS?

Yes. There are tremendous expansion opportunities for us on the West Coast. California is once again recording a rapid increase in population. In addition, major cities such as Seattle, Portland and Las Vegas are showing explosive growth. In the East, we expect to continue to add stores at a record rate in our existing markets. We are, very simply, extending the growth plan we've been implementing on the East Coast to the West Coast. In fiscal 1998, we expect to add 100 new stores on the East Coast and as many as 30 on the West Coast. Looking further ahead, we plan to open 100 new stores a year in both regions.

HOW MANY STORES DID YOU OPEN IN FISCAL 1997?

We opened 369 new, larger 10,500 square-foot prototype stores. The added space and innovative design of these units is already paying off in a big way. On an annualized basis, they're generating first-year volume of greater than $3 million compared with the $2 million average of our older, smaller stores. Given the number of new stores we've opened during the past two years, we'll easily surpass our goal of 1,000 new prototype stores in place by the end of 1998.


WHAT IS THE RATIONALE FOR THE CLOSURE AND SALE OF 200 STORES IN THE SOUTHEAST?

The rationale is straightforward. We're doing everything we can to enhance our business, and it doesn't make sense to deploy resources in markets where we have limited market share or little growth potential. We sold our stores in North Carolina and South Carolina to J.C. Penney Co., Inc., eliminating states where we had weak market penetration. All of this frees us to concentrate our energies on markets where we believe we can secure a more dominant market share and become the low-cost retailer of prescription service.

WHAT IS YOUR REAL ESTATE STRATEGY?

Today we are primarily opening new stores in freestanding locations. Typically these sites encompass an acre of ground and have parking for at least 50 cars. Almost all new freestanding stores include a drive-thru window for pharmacy service. We open stores in every type of neighborhood. You will find profitable Rite Aid stores in urban cities, suburbia and smaller, rural towns.

[ GRAPHIC OF MAP OF U.S. SHOWING LOCATIONS OF DRUGSTORES ]

5

<PAGE>   8

LEADING-EDGE TECHNOLOGY

[ 2 GRAPHICS OF COMPUTER SCREENS DISPLAYING RITE AID WEB SITE ]

OUR WEB SITE PROVIDES UP-TO-THE-MINUTE INFORMATION ABOUT ALL ASPECTS OF THE CORPORATION.

HOW WILL RITE AID'S LEADERSHIP IN TECHNOLOGY AFFECT THRIFTY PAYLESS' OPERATIONS?

When completed, the rollout of Rite Aid's superior systems will enhance Thrifty PayLess' efficiencies. To date, we have installed our satellite, point-of-sale, office computer and front-end auto-replenishment systems in almost all Thrifty PayLess stores. We are already seeing a substantial reduction in the workload at store levels and a smooth flow of financial and marketing data to our home office. By Fall 1997, we expect to complete installation of our pharmacy system, which will give us better control over third party payments and reduce rejects. The pharmacy system will enable our customers to fill prescriptions at any store in the Rite Aid network.

YOU'VE DEMONSTRATED YOUR COMMITMENT TO TECHNOLOGY. WHAT WAS NEWSWORTHY IN FISCAL 1997 AND WHAT'S NEXT?

Being committed to technology means being in constant motion. In fiscal 1997, we continued to keep Rite Aid on the cutting edge of the chain drug industry with a number of initiatives. Our new point-of-sale decision-support technology enables us to view data at the product level, allowing us to identify the best selling mix of merchandise or the effectiveness of promotions. We can break this information down by region, store type and time frame to make decisions from market to market, and even from store to store. We are currently test marketing a program of Smart Cards that contain either monetary value or marketing incentives tailored to customers' individual shopping patterns.

Advanced technology is what is allowing us to eliminate more than 780 jobs at Thrifty PayLess headquarters in Wilsonville, Oregon. Our ability to collect and analyze data will enable us to integrate all back office functions in less than six months.

To enhance customer service, we have introduced a voice response unit that is being installed throughout the chain, enabling customers to refill prescriptions by telephone 24 hours a day. This capability saves hours of our pharmacists' time. We are also in the process of developing a new, automated prescription-filling system that will completely transform the way in which prescriptions are filled, allowing our pharmacists to provide more personalized service. In addition, the rollout of our auto-replenishment system for pharmacy merchandise will begin this September, further reducing the time required to write orders and maintain better in-stock positions with a smaller inventory investment.

TECHNOLOGY ENABLES US TO REACT TO CONSTANTLY CHANGING CONSUMER PREFERENCES.

[ PICTURE OF PEOPLE WORKING ]

STORE OPERATIONS

                          Tim Noonan            [ PICTURE OF TIM NOONAN ]
                          President & COO

HOW DO YOU PLAN TO INTEGRATE RITE AID'S 10,500 SQUARE-FOOT PROTOTYPE STORE INTO
THE THRIFTY PAYLESS STORES?

Thrifty PayLess stores will become Rite Aid stores. We are implementing our
prototype design and our brand identity in all our West Coast units and have
developed a 17,300 square-foot prototype for the region. A similar format to our
East Coast prototype, the new design emphasizes cosmetics and over-the-counter
items but also accommodates Thrifty PayLess' additional product categories and
seasonal offerings.

        Our merchandising philosophy of stressing drugstore basics,
supplemented with convenience items, is being well received by Thrifty PayLess
customers. The remerchandising and remodeling effort is under way. We expect the
Thrifty PayLess stores to benefit from a better in-stock condition at the
distribution centers on the West Coast as well.

WHAT IS RITE AID'S DISTRIBUTION STRATEGY AND HOW DOES THE WEST COAST
DISTRIBUTION SYSTEM FIT IN?

Actually, there is room to make major improvements on both Coasts. Recently, we
announced the building of a state-of-the-art, 835,000 square-foot facility in
Perryman, Maryland. This $70 million distribution center should be operational
in late 1998. When it commences operation, we will close an older, antiquated
building in Shiremanstown, Pennsylvania. We also are closing an ineffective
Thrifty PayLess facility located in Ontario, California, and replacing it with a
cross-dock facility in Las Vegas, Nevada. A study is under way to identify
additional opportunities in distribution.

HOW HAS YOUR AUTO-REPLENISHMENT CAPABILITY PAID OFF?

We've now instituted auto-replenishment for all front-end merchandise that comes
out of our distribution centers. As goods are sold, they're reordered
automatically by computer. This innovation alone saves us about 15 hours a week
of writing orders at the store level. Plus, it greatly improves our in-stock
condition. Our research has confirmed that we have better same-store sales with
less inventory when using the auto-replenishment system.

WHAT ARE YOUR PLANS FOR THE THIRD PARTY BUSINESS?

The integration of Thrifty PayLess' pharmacy benefits management unit (PBM) --
Thrifty PayLess Health Services -- into our Eagle Managed Care Corporation (EMC)
has created one of the largest PBMs owned by a drug chain. Today, EMC covers
three million people. Given the current environment, we believe growth will be
exponential. The expansion makes us more attractive to third party payers, since
with more stores and greater efficiency, we can offer managed care plans lower
prescription pricing. For example, with EMC now covering such a vast area, we
can more effectively market our services to large national managed care
organizations.

        In fiscal 1997, EMC continued to be very active in formulary management
with its Preferred Prescription Program, which offers lower-cost prescription
items within a class of therapeutic drugs. We also are continuing to develop
Intel-Rx, which performs drug utilization reviews and operates a compliance
telephone call center. Additionally, we recently made a 24-hour drug information
phone line available in six markets, which sets a new standard for customer
service in the industry.

HOW LARGE IS YOUR THIRD PARTY BUSINESS? ARE THERE ANY NEW INITIATIVES?

We're already quite strong in this area. Both Rite Aid and Thrifty PayLess have been among the most active companies in the industry when it comes to dealing with managed care. Over 83% of prescriptions at Rite Aid, and 75% at Thrifty PayLess, are paid for by third party providers.

We've continuously taken steps to build this part of our business -- redesigning our drug dispensing areas and installing sophisticated computer systems to enhance pharmacy operations. In fiscal 1997 we entered the mail order prescription business through a joint venture with SmithKline Beecham. As a result, EMC is now a full-service managed care provider with significant new growth potential. In addition, we have implemented sophisticated patient education through such vehicles as our disease state management and wellness programs.

7

<PAGE>   10

MERCHANDISING AND MARKETING

                    Beth Kaplan, Executive        [ PICTURE OF BETH KAPLAN ]
                    Vice President, Marketing

HOW ARE YOU BUILDING BRAND EQUITY FOR RITE AID?

Today, more than ever, we are aggressively competing for a greater share of our customers' drugstore purchases. We are trying to create more loyalty to the Rite Aid brand. This is especially true of our target customers -- women, 25 to 54 years old with families and jobs. It's our goal to be their first choice whenever they need a prescription, beauty care item, greeting card or film processed. To achieve this, we are concentrating on establishing Rite Aid as the superior choice in terms of assortment, value and service.

We've begun by developing meaningful, proprietary benefits around a number of core front-end businesses. Last month we launched a holistic marketing program that includes print and broadcast advertising, as well as continual updates of our cosmetics assortment and displays. In addition, we have instituted a money-back cosmetic guarantee. We are pursuing similar marketing initiatives in the vitamin, photo and greeting card categories -- all areas where we have tremendous upside potential.

While our product assortments are obviously critical, we're equally committed to being the premier customer-oriented service provider in our industry. Rite Aid today is creating a culture of service. We're training store associates and pharmacists to assist customers more effectively. We're also leading with innovations like our 24-hour drug information line and voice-activated prescription refill service.

HOW, SPECIFICALLY, WILL YOU BUILD RITE AID'S IMAGE ON THE WEST COAST?

We'll go about establishing our presence and image in the West in much the same, systematic, bold way we did it in the East. We're in the process of introducing the Rite Aid identity in our new markets -- getting the message across to Thrifty PayLess customers that everything they liked about the chain stays, but now they'll get a whole lot more. A key focus of our brand-building effort is our superior pharmacy system. Rite Aid customers on both Coasts count on quick service, accurate advice and timely information -- all of which go far in building customer loyalty.

YOUR STORES NOW OFFER EVERYTHING FROM PHARMACEUTICALS TO COSMETICS TO CONVENIENCE FOODS. HOW ARE THESE AREAS ADDING SALES MOMENTUM? WHAT MIGHT YOU ADD TO THE CURRENT MERCHANDISE MIX?

For starters, we intend to maximize the return in the categories we know sell
well. Cosmetics, our fastest-growing product category, offers enormous growth
opportunity. Not only is it profitable, but the category hits a bull's-eye with
our target audience.

We are always studying new business opportunities. For example, we
began

[ PICTURE OF WOMAN ON BIKE ]

OUR ENHANCED PRODUCT OFFERINGS, PARTICULARLY IN BEAUTY CARE AND NATURAL HEALTH,
RESPOND TO OUR TARGET CONSUMERS.

8
<PAGE>   11

testing our Natural Health Centers, situated next to the pharmacy, which offer a
selection of homeopathic and herbal remedies, nutritional products and
literature on the subject. We are pleased with early results from this growing
category. We are also learning from our Thrifty PayLess units about product
categories our East Coast units don't presently offer, such as green goods and
extra-large seasonal displays. With our ability to customize the mix unit by
unit, it's easy for us to offer items that may be unique to a particular store
or market.

While individual products and categories are building sales momentum
incrementally, our new prototype is driving growth across the board. The new
format, unveiled in Baltimore, has enabled Rite Aid to add SKUs and bolster its
products in hot categories. Cosmetics and photo departments, convenience food
sections and checkouts have all been dramatically enhanced.

HOW DOES THE THRIFTY PAYLESS APPROACH TO MERCHANDISING FIT WITH YOURS?

It is complementary in the sense that the Thrifty PayLess units also offer a mix
of products tailored to their diverse markets. At this point, we only plan minor
alterations to the merchandise mix. The chain clearly went through the process
of analyzing what product selection they needed to fill their stores profitably.
From the start, we've maintained the attitude that we would keep everything they
have in the mix -- such as large seasonal assortments, Thrifty-brand ice cream
and plants and garden items -- and learn to do it better.

[ 2 PICTURES OF LATE NIGHT SERVICE AT DRUGSTORES ]

AROUND THE CLOCK OR IN A RUSH, RITE AID CUSTOMERS COUNT ON CONVENIENT SERVICE.

HOW DO YOU INTERACT WITH YOUR VENDORS?

We place tremendous value on our relationships with our suppliers. Of all the
things we have done to develop true partnerships with our vendors, our
commitment to category management is probably the most important. It signifies a
total partnership with suppliers in all our product categories. Suppliers work
closely with us, helping with logistics, inventory control, merchandise mix and
promotions of every category in their area. Category management is an evolving
process, so as we achieve our initial goals, we keep setting new ones.

The vendor community has been very receptive to this program as it
ensures we both win satisfied customers. The exchange of data enables all of us
to make accurate, targeted data-based decisions. We are experiencing phenomenal
increases in market share in categories where we have implemented this approach.

9
<PAGE>   12

[ PICTURE OF PERSON HOLDING A CARD ]

OUR RITE REWARDS CARD IDENTIFIES AND REWARDS OUR BEST CUSTOMERS WITH SPECIAL
SAVINGS, DISCOUNTS AND TARGETED OFFERS.

WHEN WILL YOU ROLLOUT THE PREFERRED CUSTOMER CARD PROGRAM?

We've test marketed a loyalty incentive program called Rite Rewards in New
England where it's been well received. The average transaction size, in both
dollars and units, increased significantly -- better than in any other market in
the chain. Since all card purchases are tracked electronically, we now have a
valuable database we can use to market directly to those customers and
cross-promote other categories as well.

        Most importantly, Smart Card technology is an example of our growing
ability to invest marketing dollars towards our most profitable customers. The
data we've gathered has helped us identify the 40 percent of our customer base
that generates roughly 80 percent of our sales. We are leveraging our
technological expertise to reward these customers with incentives to increase
their purchases. We'll do more and more of this in the future.

KEEPING UP WITH TRENDS IN OUR PRIVATE LABEL OFFERINGS IS ANOTHER WAY WE DELIVER
VALUE TO OUR CUSTOMERS.

             [ PICTURE OF RITE AID PRODUCTS ]


10
<PAGE>   13

FINANCIAL STRATEGIES

                Frank Bergonzi, Executive      [ PICTURE OF FRANK BERGONZI ]
                Vice President & CFO

CAPITAL EXPENDITURES

<TABLE>
<CAPTION>

| | 93 | 94 | 95 | 96 | 97 |
| --- | ---- | ---- | ---- | ---- | ---- |
| <S> | <C> | <C> | <C> | <C> | <C> |
| dollars in millions | 114.8 | 169.1 | 182.7 | 315.1 | 371.2 |

</TABLE>

WHAT IMPACT DOES THE THRIFTY PAYLESS DEAL HAVE ON CASH FLOWS?

It's important to mention that the chain drug industry is known for generating
strong cash flows, and this has long been true of Rite Aid. We are acutely
aware, however, that to stay successful we have to invest our cash flow back
into our business, which is one of the things we did in purchasing Thrifty
PayLess. For the short term, the acquisition will have an impact on cash flows
as we absorb an anticipated expense of $50 million to $60 million for
integrating the two companies. We will use some of Thrifty PayLess' cash flow to
cover the costs of remodeling and relocating units on the West Coast, but we
expect Thrifty PayLess to be cash-flow positive by the end of fiscal 1998.

WHAT SORT OF GROWTH RATE DO YOU ANTICIPATE FOR THE COMBINED BUSINESSES?

Our expectation is that, with the Thrifty PayLess transaction, the stores we're
opening and expanding, and the strong same-store sales reported in fiscal 1997,
we will have sales growth for the next few years in the 13 to 15 percent range.
It will take roughly a year and a half to ramp up expansion on the West Coast,
where we expect to open 30 new stores in fiscal 1998. Therefore, we will
continue to derive a greater proportion of business from our East Coast

operations in the near term.

Overall we are very optimistic about what lies ahead, in terms of Rite Aid specifically and our industry sector as a whole. Our industry is benefiting from three of the most robust demand trends in retailing. The aging U.S. population, new pharmaceuticals extending life expectancy, along with the growth of managed care, all lead to stronger prescription business. With increased traffic at the pharmacy counter we derive greater sales from additional categories, such as over-the-counter drugs, cosmetics, beauty aids and vitamins.

LOOKING AHEAD, WHAT IS YOUR FINANCIAL STRATEGY, ESPECIALLY REGARDING THE CAPITAL INVESTMENTS PROMISED ON BOTH COASTS?

We will continue to invest in our business to achieve dominance in the markets we serve, and in the new markets we choose to enter. We believe there's a tremendous opportunity to enhance our earnings at a faster rate with the addition of Thrifty PayLess. Our strategy is focused on maintaining the highest operating margin in the industry. To accomplish this we have to improve our return on assets. It is our goal to achieve better working capital utilization over the next two years. In addition, we will relocate or enlarge approximately 250 stores annually, expanding our square footage on the East Coast by seven to eight percent per year -- achieving one of the fastest growth rates in the drugstore industry. We'll continue to leverage technology to drive costs down with productivity improvements and by enhancing revenues with marketing programs.

11

<PAGE>   14

SUPPORTING OUR COMMUNITIES

WHAT CHAIN-WIDE COMMUNITY PROGRAMS DOES RITE AID SPONSOR ON A NATIONAL LEVEL?

We are very committed to supporting children's and women's healthcare. One of our signature programs is the Children's Miracle Network (CMN), a national organization that raises funds for more than 160 pediatric hospitals around the country. Rite Aid has been a supporter of CMN since its inception in 1984. In fiscal 1997, we expanded our commitment to the national level through Miracle Balloon Sales in all Rite Aid and Thrifty PayLess stores and raised over a million dollars.

Rite Aid's Mother's Day Mammogram program is fast becoming one of the nation's largest breast cancer education and outreach campaigns. It encourages women 40 and older to get regular mammogram screenings and provides free mammograms to uninsured or underinsured women. Thousands of women have already benefitted from the program. We plan to expand the campaign to the West Coast in fiscal 1998.

HOW DO YOU PARTICIPATE ON A LOCAL LEVEL IN YOUR MARKETS?

Rite Aid is proud to support many different kinds of programs that serve our communities on a grassroots level. For example, our School-to-Business program, which was launched four years ago in Philadelphia, is a notable success. The program helps disadvantaged inner-city high school students, who work as interns for a range of participating businesses, including hospitals, banks and Rite Aid. Students earn academic credit and grades and acquire the fundamental skills they'll need to enter the job market upon graduation.

Poison prevention has become another focus in many of our markets. A good example is the poison control effort we kicked off at a Washington, D.C.-area elementary school. This program exemplifies the level of commitment we bring as a company and as individuals to our communities. In addition to presiding over presentations about poison control, we distributed educational materials and stickers, and certified participating children as "Rite Aid Junior

Poison Prevention Officers." Plans are under way to expand this successful
program to other neighborhood schools.

[ 2 PICTURES ONE OF BOOKLETS ONE OF PEOPLE ]

WE ARE COMMITTED TO PARTICIPATING ACTIVELY IN OUR COMMUNITIES AND SUPPORT A WIDE
RANGE OF HEALTH AND EDUCATIONAL PROGRAMS.


12
<PAGE>   15
     FINANCIAL REVIEW


     CONTENTS

14   Management's Discussion and Analysis of
     Results of Operations and Financial Condition
18   Management's Responsibility for
     Financial Statements
19   Independent Auditors' Report
20   Consolidated Balance Sheets
21   Consolidated Statements of Income
22   Consolidated Statements of Stockholders' Equity
23   Consolidated Statements of Cash Flows
24   Notes to Consolidated Financial Statements
33   Interim Financial Results (Unaudited)
34   Ten-Year Financial Review

                                                              13
<PAGE>   16
MANAGEMENT'S DISCUSSION AND ANALYSIS
OF RESULTS OF OPERATIONS AND FINANCIAL CONDITION


RESULTS OF OPERATIONS


Sales:

Net sales for the fiscal year ended March 1, 1997, totaled $6.970 billion, an
increase of $1.524 billion or 28% higher than last year. Included in fiscal 1997
are sales of approximately $1.071 billion generated by 1,007 Thrifty PayLess
("Thrifty") stores since their December 12, 1996 acquisition date. Prescription
revenues lead sales growth with same-store sales increases of 11.6%. Overall
same-store sales grew 7.9%. For fiscal years 1996 and 1995, net sales were
$5.446 billion and $4.534 billion, respectively, representing increases of 20.1%
and 11.7% over the year-earlier periods. Fiscal 1996 sales were favorably
impacted by the inclusion of a full year of Perry drugstore sales compared to
only five revenue weeks of Perry revenue in fiscal 1995. Same-store sales growth was
6.6% in 1996 and 7.2% in 1995. Fiscal 1995 benefited from having one additional
sales week for a 53-week fiscal year.


Costs and Expenses:

Cost of goods sold including occupancy costs were 73.4% of sales for the current
year compared to 73.8% for fiscal 1996 and 73.4% for fiscal 1995. Favorably
impacting gross profits were sales gains in certain higher margin front-end
categories and Thrifty's greater proportion of non-pharmacy merchandise.
Pharmacy sales, representing 54.0%, 55.2% and 53.1% of total drugstore sales for
fiscal years 1997, 1996 and 1995, respectively, resulted in declines of pharmacy
gross profit margins because of increases in lower margin third party sales. The
ratios of third party sales to total pharmacy sales were 79.9%, 75.3% and 71.0%,

for fiscal years 1997, 1996 and 1995, respectively. Fiscal 1996 compared to 1995
was impacted by the inclusion of the Perry drugstores, which had higher third
party sales and lower gross margins than the rest of the chain. The company's
weighted average internal inflation indexes were 1.6% for fiscal 1997, 2.2% for
fiscal 1996 and 2.0% for fiscal 1995 resulting in LIFO (last in, first out)
inventory charges of $16.0 million, $18.0 million and $15.4 million,
respectively.

PHARMACY SALES AS A
PERCENTAGE OF DRUGSTORE SALES

| (percent) | |
| --- | --- |
| 93 | 48.5 |
| 94 | 50.8 |
| 95 | 53.1 |
| 96 | 55.2 |
| 97 | 54.0 |

THIRD PARTY SALES AS A
PERCENTAGE OF PHARMACY

| (percent) | |
| --- | --- |
| 93 | 63.8 |
| 94 | 66.6 |
| 95 | 71.0 |
| 96 | 75.3 |
| 97 | 79.9 |

14

17

    Selling, general and administrative expenses, expressed as a percentage
of sales, were 20.6%, 20.3% and 20.6% for fiscal years 1997, 1996 and 1995,
respectively. The growth in the operating expense ratio in fiscal 1997 was
attributable to incremental overhead expenses associated with Thrifty's
headquarters operations and costs associated with integration of the Thrifty
drugstores. The lower operating expense ratio in fiscal 1996 was due primarily
to benefits derived from integration of the Perry acquisition and 215 stores
that were sold or closed during the year; because of their lower sales volume
these stores had higher expense to sales ratios. Fiscal 1995, compared to the
previous year, benefited from higher same-store sales increases and an
additional week of sales in which to leverage operating expenses.

    Interest expense was $96.5 million in 1997, $68.3 million in 1996 and
$42.3 million in 1995. The upward trend was mainly due to higher levels of
indebtedness throughout each year. The annual weighted average interest rates on
the company's commercial paper were 5.5%, 5.9% and 5.0% for fiscal years 1997,
1996 and 1995, respectively. Proceeds from increased borrowings were used to
refinance Thrifty debt and fund expenses associated with the merger; finance
other acquisitions; and finance store remodeling, relocations and expansions.
During the current year, 167 stores were acquired or built, along with 169
relocations and 46 expansions to the larger store prototype. In prior years,
higher debt resulted from increased borrowings for acquisitions and for store
remodeling, relocations and expansions.

Nonrecurring and Other Charges:

During fiscal 1997, the company recorded nonrecurring and other charges of $68.1 million related to certain noncapitalizable costs associated with the integration of Thrifty, costs associated with closing distribution facilities in the midatlantic and southeast regions, expenses associated with the attempted acquisition of Revco D. S., Inc. and other charges.

Income Taxes:

The effective income tax rate was 38.0% for fiscal years 1997 and 1996, a decline from 39.0% for fiscal 1995. In 1996, the decline in the tax rate from 1995 resulted from tax planning strategies which utilized state net operating loss carryforwards (NOLs), the tax benefits of which were previously considered unlikely to be realized. Consequently, the deferred tax benefits related to these state NOLs carried a valuation allowance in prior years.

Income Before Extraordinary Loss:

Income before extraordinary loss for fiscal 1997 rose to $160.5 million compared to $158.9 million in 1996 and $141.3 million in 1995. The current year benefited from solid same-store sales increases, Thrifty operating results since its acquisition date and lower LIFO inventory charges. Adversely impacting 1997 were nonrecurring and other charges, decreases in pharmacy gross profit margins and increased interest expense. In the prior year, the Perry acquisition positively impacted income by contributing a full year of sales with a more favorable operating expense ratio as compared to 1995. The higher earnings for fiscal 1996 also resulted from solid same-store sales gains and a decrease in the effective income tax rate, despite continued pressure on margins from third party reimbursements and higher interest cost. Results from 1995 reflected strong same-store sales increases, an additional sales week and the favorable impact of a lower ratio of expense to sales compared to the year earlier. Adversely affecting fiscal 1995 were a greater percentage of third party prescription sales, higher interest cost and a larger LIFO inventory charge.

Extraordinary Loss:

Early extinguishment of certain Thrifty indebtedness resulted in an extraordinary loss of $45.1 million, net of taxes, for the year ended March 1, 1997. The extraordinary loss consisted primarily of premiums associated with the tender offer of 12 1/4% senior subordinated notes and write-off of the related debt discount, unamortized debt issuance costs and other costs associated with completing the tender offer.

15

<PAGE>   18
Net Income:

Net income was $115.4 million, $158.9 million and $141.3 million for fiscal years 1997, 1996 and 1995, respectively. Nonrecurring charges and extraordinary losses on early debt extinguishment of approximately $87.5 million, net of taxes, adversely impacted net income in 1997 when compared to 1996 and 1995 net income amounts.

LIQUIDITY AND CAPITAL RESOURCES

Cash provided by operating activities was $226.3 million, $148.6 million and $190.2 million for fiscal years 1997, 1996 and 1995, respectively. Cash provided by operating activities outpaced growth from income before extraordinary loss during 1997 because of greater depreciation and amortization expenses, a decline in income taxes paid and increases in accrued expenses. Adversely impacting cash

provided from operating activities were increases in accounts receivable
reflecting the trend of greater numbers of prescriptions being reimbursed by
third party payers, and increases in inventories in new and remodeled stores
during the year. Prior year earnings increases did not result in additional
levels of cash provided by operations largely due to increases in inventory
levels and cash expenditures for store closings of $28.2 million in 1996 and
$29.1 million in 1995. In fiscal year 1996, cash outlays were also necessary to
settle accrued liabilities acquired from Perry. Net working capital was $1.6
billion at March 1, 1997, $835 million at March 2, 1996 and $796 million at
March 4, 1995. The current ratios were 2.4:1, 2.3:1 and 2.4:1, respectively.
Typically, cash provided by operations is adequate to supply working capital,
provide cash for dividend payments and substantially contribute to investing
activities. External sources of cash are used mainly to help finance the
purchase of businesses and to fund other large cash requirements.

        The company issues commercial paper rated A-2 by Standard & Poors and
P-2 by Moody's, supported by unused revolving credit commitments, to supplement
cash generated by operations. Outstanding commercial paper of the company
amounted to $701.5 million at March 1, 1997, $556.8 million at March 2, 1996 and
$436.5 million at March 4, 1995. Increases in commercial paper borrowings were
used to finance acquisitions and capital expenditures. Supplementing liquidity
in 1997 were proceeds of approximately $277.4 million received for drugstore
dispositions, the sale of Bi-Mart Membership Discount Stores and a sale and
leaseback transaction for 56 drugstores. On December 20, 1996, the company
issued $1 billion in debt securities, consisting of $350 million, 6.70% notes
due December 15, 2001; $350 million, 7.125% notes due January 15, 2007; and $300
million, 7.70% debentures due February 15, 2027. The net proceeds from these
securities were used to repay commercial paper initially issued by the company
in connection with the Thrifty merger and to refinance other commercial paper
borrowings previously issued by the company. In March 1995, $50 million of 8.5%
convertible debentures acquired from Perry were redeemed by the company through
proceeds from commercial paper borrowings. In April 1995, the company issued
$200 million of 7 5/8% senior notes, due April 15, 2005, to repay part of its
outstanding commercial paper. The company redeemed its 9 5/8% sinking fund
debentures totaling $45 million in July 1995.

        Total debt, including capital lease obligations, was 49.7% of total
capitalization at fiscal year end 1997, compared to 52.6% in 1996, and 48.3% for
1995. Both debt and equity increased during the year as a result of
acquisitions, debt refinancing and store construction, relocation and expansion.
The company utilized its common stock to effect the Thrifty merger, converting
each share of Thrifty common stock for 0.65 shares of Rite Aid common stock.
Approximately 38.7 million shares of Rite Aid common stock were issued to
holders of Thrifty common stock at a fair market value of $34.58 per share. The
fair market value was measured for the time period beginning before the date
agreement of the purchase price was reached, until after the date that the
transaction was announced to the public. Accordingly, the improved debt to total
capitalization ratio in 1997 reflects the strong financial position that the
company has attained. Management believes that the company has additional debt
capacity available, if needed, to capitalize on future growth opportunities.


16
<PAGE>   19
NEW ACCOUNTING STANDARDS


In March 1995, the Financial Accounting Standards Board (FASB) issued Statement
of Financial Accounting Standard (SFAS) No. 121 "Accounting for the Impairment
of Long-Lived Assets and for Long-Lived Assets to be Disposed Of." The FASB
issued SFAS No. 123 "Accounting for Stock-Based Compensation" in October 1995.
The company adopted SFAS 123 during the year ending March 1, 1997 in accordance
with its provisions, and has included pro forma disclosures as part of the notes
to the consolidated financial statements. The adoption of SFAS 121 during the
year ended March 2, 1996, and SFAS 123 during 1997, did not have a significant

effect on the company's financial statements.

    In February 1997, the FASB issued SFAS No. 128 "Earnings Per Share."
SFAS 128 establishes standards for computing and presenting earnings per share.
In accordance with the effective date of SFAS 128, the company will adopt
SFAS 128 for the year ending February 28, 1998. This statement is not expected
to have a material impact on the company's financial statements.


IMPACT OF INFLATION AND CHANGING PRICES


The company's internal inflation trend remained consistent during the three-year
period with decreases in front-end merchandise offset by higher pharmacy costs.
Though not significant, inflation continues to cause increases in product,
occupancy and operating expenses, as well as the cost of acquiring capital
assets. The effect of higher costs is minimized by achieving operating
efficiencies and passing vendor price increases along to consumers.


                                                                      17
<PAGE>  20
MANAGEMENT'S RESPONSIBILITY FOR FINANCIAL STATEMENTS


The management of Rite Aid Corporation is responsible for the preparation,
integrity and objectivity of the consolidated financial statements contained
in this annual report. The financial statements have been prepared in
conformity with generally accepted accounting principles appropriate in the
circumstances and necessarily include some amounts that are based on our best
estimates and judgments. The other financial information in this annual
report is consistent with the financial statements.

    The company maintains an effective internal control structure designed
to provide reasonable assurance at reasonable costs that assets are safeguarded
from material loss, that transactions are executed in accordance with
management's authorization and that financial records are reliable for use in
preparing financial statements. In addition, the company maintains an internal
audit department to review the adequacy, application and compliance of internal
accounting controls.

    KPMG Peat Marwick LLP, Independent Certified Public Accountants, have
been engaged to audit the financial statements and to render an opinion as to
their conformity with generally accepted accounting principles. Their audit is
conducted in accordance with generally accepted auditing standards and includes
such procedures deemed necessary to provide reasonable assurance that the
financial statements are presented fairly. KPMG Peat Marwick LLP is a member of
the SEC Practice Section of the American Institute of Certified Public
Accountants and has submitted a copy of their peer review results to management.

    The Board of Directors pursues its responsibility for these financial
statements through its audit committee, composed of outside directors, which
meets periodically with both management and the independent auditors to assure
that each is carrying out its responsibilities. KPMG Peat Marwick LLP and the
internal audit department have free access to the audit committee, with and
without the presence of management.


18
<PAGE>  21
INDEPENDENT AUDITORS' REPORT


The Board of Directors
Rite Aid Corporation

We have audited the accompanying consolidated balance sheets of Rite Aid
Corporation and subsidiaries as of March 1, 1997 and March 2, 1996, and the
related consolidated statements of income, stockholders' equity, and cash flows
for each of the years in the three-year period ended March 1, 1997. These
consolidated financial statements are the responsibility of the company's
management. Our responsibility is to express an opinion on these consolidated
financial statements based on our audits.

       We conducted our audits in accordance with generally accepted auditing
standards. Those standards require that we plan and perform the audit to obtain
reasonable assurance about whether the financial statements are free of material
misstatement. An audit includes examining, on a test basis, evidence supporting
the amounts and disclosures in the financial statements. An audit also includes
assessing the accounting principles used and significant estimates made by
management, as well as evaluating the overall financial statement presentation.
We believe that our audits provide a reasonable basis for our opinion.

       In our opinion, the consolidated financial statements referred to above
present fairly, in all material respects, the financial position of Rite Aid
Corporation and subsidiaries as of March 1, 1997 and March 2, 1996, and the
results of their operations and their cash flows for each of the years in the
three-year period ended March 1, 1997, in conformity with generally accepted
accounting principles.

       As discussed in Note 1 to the financial statements, the company changed
its method of accounting for investments to conform with Statement of Financial
Accounting Standards No. 115 in fiscal year 1995.


/s/ KPMG Peat Marwick LLP

KPMG Peat Marwick LLP
Harrisburg, Pennsylvania
April 24, 1997


                                                                    19

<PAGE>   22
CONSOLIDATED BALANCE SHEETS             Rite Aid Corporation and Subsidiaries



<TABLE>
<CAPTION>
In thousands of dollars                                    March 1, 1997 and
March 2, 1996
- ------------------------------------------------------------------------------
---------------
                                                                  1997
1996
- ------------------------------------------------------------------------------
---------------
<S>                                                        <C>
<C>
ASSETS
CURRENT ASSETS:
Cash                                                       $     7,042
$     3,131
Accounts receivable, net (Note 1)                               370,588
246,966
Inventories (Note 1)                                         2,336,659
1,170,747
Prepaid expenses and other current assets                       57,210

|  |  |  |
|---|---|---|
|  |  | 44,204 |
| ------ |  |  |
| Total current assets | 2,771,499 | 1,465,048 |
| ------ |  |  |
| **PROPERTY, PLANT AND EQUIPMENT, AT COST (NOTE 7):** |  |  |
| Land | 352,416 | 109,246 |
| Buildings | 547,077 | 269,095 |
| Leasehold improvements | 680,297 | 509,523 |
| Equipment | 1,024,673 | 765,286 |
| Construction in progress | 65,393 | 24,360 |
| ------ |  |  |
|  | 2,669,856 | 1,677,510 |
| Accumulated depreciation and amortization | 773,786 | 697,961 |
| ------ |  |  |
| Total property, plant and equipment, net | 1,896,070 | 979,549 |
| ------ |  |  |
| **INTANGIBLE ASSETS (NOTE 1):** |  |  |
| Excess of cost over underlying equity in subsidiaries (less accumulated amortization of $19,595 and $9,619) | 1,260,777 | 141,266 |
| Lease acquisition costs and other intangible assets (less accumulated amortization of $132,696 and $115,430) | 383,862 | 197,129 |
| ------ |  |  |
| Total intangible assets | 1,644,639 | 338,395 |
| ------ |  |  |
| OTHER ASSETS | 104,773 | 59,003 |
| ------ |  |  |
| Total Assets | $ 6,416,981 | $ 2,841,995 |

===========================

**LIABILITIES AND STOCKHOLDERS' EQUITY**
**CURRENT LIABILITIES:**

|  |  |  |
|---|---|---|
| Short-term debt and current maturities of long-term debt (Note 6) | $   44,255 | $   232,811 |
| Accounts payable | 601,301 | 271,782 |
| Income taxes (Notes 1 and 5) | 18,484 | 42,463 |
| Sales and other taxes payable | 34,985 | 13,913 |
| Accrued salaries, wages and other current liabilities (Note 10) | 472,985 | 69,030 |
| ------ |  |  |

```
        Total current liabilities                                                    1,172,010
629,999
- --------------------------------------------------------------------------------------------
---------------
LONG-TERM DEBT, LESS CURRENT MATURITIES (NOTE 6)                                      2,317,789
974,321
CAPITAL LEASE OBLIGATIONS (NOTE 6)                                                       97,863
20,000
DEFERRED INCOME TAXES (NOTES 1 AND 5)                                                   221,855
114,056
OTHER NONCURRENT LIABILITIES (NOTE 10)                                                  118,779
--
- --------------------------------------------------------------------------------------------
---------------
        Total liabilities                                                            3,928,296
1,738,376
- --------------------------------------------------------------------------------------------
---------------
COMMITMENTS AND CONTINGENCIES (NOTES 10 AND 14)
STOCKHOLDERS' EQUITY (NOTES 11, 12 AND 13):
Preferred stock, par value $1 per share, none issued or outstanding                         --
--
Common stock, par value $1 per share, issued 129,342,043 and 90,379,823 shares         129,342
90,380
Additional paid-in capital                                                           1,365,771
62,623
Retained earnings                                                                    1,100,185
1,055,795
Cumulative pension liability adjustments (Note 9)                                        (1,867)
(433)
Treasury stock, at cost (6,532,169 shares)                                            (104,746)
(104,746)
- --------------------------------------------------------------------------------------------
---------------
        Total stockholders' equity                                                   2,488,685
1,103,619
- --------------------------------------------------------------------------------------------
---------------
        Total Liabilities and Stockholders' Equity                                $ 6,416,981
$ 2,841,995
=============================================================================================
=============
</TABLE>
```

The accompanying notes are an integral part of these financial statements.


20
<PAGE>   23
CONSOLIDATED STATEMENTS OF INCOME          Rite Aid Corporation and Subsidiaries


```
<TABLE>
<CAPTION>
In thousands of dollars except per share amounts        Years ended March 1, 1997, March 2, 1996 and
March 4, 1995
- --------------------------------------------------------------------------------------------
---------------
                                                              1997              1996
1995
- --------------------------------------------------------------------------------------------
---------------
<S>                                                           <C>               <C>
```

<C>

| | | | |
|---|---|---|---|
| Net sales | $ 6,970,201 | $5,446,017 | $4,533,851 |
| COSTS AND EXPENSES: | | | |
| Cost of goods sold, including occupancy costs | 5,113,047 | 4,017,351 | 3,327,920 |
| Selling, general and administrative expenses | 1,433,697 | 1,104,123 | 932,167 |
| Interest expense | 96,473 | 68,341 | 42,300 |
| Nonrecurring and other charges (Note 3) | 68,057 | -- | -- |
| | 6,711,274 | 5,189,815 | 4,302,387 |
| Income before extraordinary loss and income taxes | 258,927 | 256,202 | 231,464 |
| Income taxes (Notes 1 and 5) | 98,393 | 97,255 | 90,178 |
| Income before extraordinary loss | 160,534 | 158,947 | 141,286 |
| Extraordinary loss--early extinguishment of debt, net of taxes (Notes 5 and 6) | (45,157) | -- | -- |
| Net income | $ 115,377 | $ 158,947 | $ 141,286 |

EARNINGS PER SHARE (NOTES 1 AND 11):

| | | | |
|---|---|---|---|
| Income before extraordinary loss | $ 1.74 | $ 1.90 | $ 1.67 |
| Extraordinary loss, net of taxes | (.49) | -- | -- |
| Net income | $ 1.25 | $ 1.90 | $ 1.67 |

</TABLE>

The accompanying notes are an integral part of these financial statements.

21

<PAGE>   24
CONSOLIDATED STATEMENTS OF                    Rite Aid Corporation and Subsidiaries
STOCKHOLDERS' EQUITY


<TABLE>

<CAPTION>

In thousands of dollars except per share amounts                     Years ended March 1, 1997,
March 2, 1996 and March 4, 1995

---

| | COMMON STOCK | | ADDITIONAL | | | CUMULATIVE ADJUSTMENTS | |
| | ISSUED | TREASURY | PAID-IN CAPITAL | RETAINED EARNINGS | UNREALIZED SECURITIES GAIN | PENSION LIABILITY | TOTAL |
|---|---|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| BALANCE FEBRUARY 26, 1994 | $ 90,288 | $ (59,215) | $ 59,423 | $ 866,134 | $ -- | $(1,916) | $ 954,714 |
| Stock acquired for treasury | | (36,562) | | | | | (36,562) |
| Stock options exercised | 2 | | 1,232 | | | | 1,234 |
| Net income | | | | 141,286 | | | 141,286 |
| Cash dividends paid ($.62 per share) | | | | (52,309) | | | (52,309) |
| Net unrealized gain on marketable securities | | | | | 2,847 | | 2,847 |
| Minimum pension liability adjustments | | | | | | 602 | 602 |
| BALANCE MARCH 4, 1995 | 90,290 | (95,777) | 60,655 | 955,111 | 2,847 | (1,314) | 1,011,812 |
| Stock acquired for treasury | | (8,969) | | | | | (8,969) |
| Stock options exercised | 90 | | 1,968 | | | | 2,058 |
| Net income | | | | 158,947 | | | 158,947 |
| Cash dividends paid ($.695 per share) | | | | (58,263) | | | (58,263) |
| Sale of marketable securities | | | | | (2,847) | | (2,847) |
| Minimum pension liability adjustments | | | | | | 881 | 881 |
| BALANCE MARCH 2, 1996 | 90,380 | (104,746) | 62,623 | 1,055,795 | -- | (433) | 1,103,619 |
| Stock options exercised | 276 | | 4,914 | | | | 5,190 |
| Net income | | | | 115,377 | | | 115,377 |
| Cash dividends paid ($.755 per share) | | | | (70,987) | | | (70,987) |
| Redemption of stockholders' rights | | | (839) | | | | |

(839)
Acquisition of Thrifty
    PayLess Holdings, Inc.        38,676              1,298,741
1,337,417
Conversion of debt securities        10                  332
342
Minimum pension liability
    adjustments
(1,434)      (1,434)
- ------------------------------------------------------------------------------
------------------------------
BALANCE MARCH 1, 1997        $129,342    $(104,746) $1,365,771    $1,100,185        $    --
$(1,867)    $2,488,685
==============================================================================
==============================
</TABLE>


        The accompanying notes are an integral part of these financial statements.


22
<PAGE>   25
CONSOLIDATED STATEMENTS OF                      Rite Aid Corporation and Subsidiaries
CASH FLOWS



<TABLE>
<CAPTION>
In thousands of dollars                                          Years ended March 1, 1997,
March 2, 1996 and March 4, 1995
- ------------------------------------------------------------------------------
------------------------------
                                                                            1997
1996            1995
- ------------------------------------------------------------------------------
------------------------------
<S>                                                          <C>
<C>            <C>
OPERATING ACTIVITIES
Income before extraordinary loss and income taxes            $    258,927
$ 256,202      $ 231,464
ADJUSTMENTS TO RECONCILE TO NET CASH PROVIDED BY INCOME BEFORE EXTRAORDINARY
    LOSS AND INCOME TAXES:
    Depreciation and amortization                                168,064
118,662          98,560
    Accreted interest on long-term debt                           15,310
12,855          12,215
    Nonrecurring and other charges (Note 3)                       48,220
--              --
    Changes in operating assets and liabilities
        net of effects from acquisitions (Note 2)
        (Increase) in accounts receivable                        (41,777)
(20,195)        (23,291)
        (Increase) in inventories                                (29,404)
(111,087)        (63,911)
        (Increase) decrease in prepaid
            expenses and other current assets                     15,047
(21,092)         (3,646)
        Increase (decrease) in accounts payable                  (35,950)
(1,859)         33,184
        (Decrease) in accrued expenses
            and other current liabilities                       (143,400)
(52,306)        (21,276)

| | | | |
|---|---|---|---|
| Cash provided by continuing operations before extraordinary loss and income taxes | 255,037 | 181,180 | 263,299 |
| Cash provided by (used in) discontinued operations before income taxes | -- | 890 | (1,339) |
| Income taxes paid | (28,743) | (33,453) | (71,717) |
| Net cash provided by operating activities | 226,294 | 148,617 | 190,243 |
| **INVESTING ACTIVITIES** | | | |
| Expenditures for property, plant and equipment | (371,226) | (315,120) | (182,665) |
| Purchase of businesses, net of cash acquired (Note 2) | (35,087) | (131,714) | (175,729) |
| Intangible assets acquired | (26,316) | (15,909) | (14,476) |
| Investments and advances in joint venture | (30,714) | -- | -- |
| Investing activities of discontinued operations | -- | -- | (14,336) |
| Proceeds from dispositions | 106,937 | 136,928 | 91,488 |
| Other | 27,975 | (6,774) | 1,215 |
| Net cash (used in) investing activities | (328,431) | (332,589) | (294,503) |
| **FINANCING ACTIVITIES** | | | |
| Proceeds from the issuance of long-term debt (Note 6) | 1,068,401 | 224,212 | -- |
| Net proceeds of commercial paper borrowings | 144,735 | 120,265 | 197,662 |
| Principal payments on long-term debt | (1,040,452) | (99,348) | (16,020) |
| Cash dividends paid | (70,987) | (58,263) | (52,309) |
| Redemption of stockholders' rights | (839) | -- | -- |
| Stock acquired for treasury | -- | (8,969) | (36,562) |
| Proceeds from the sale of stock | 5,190 | 2,058 | 1,234 |
| Net cash provided by financing activities | 106,048 | 179,955 | 94,005 |
| Increase (decrease) in cash | 3,911 | (4,017) | (10,255) |
| Cash at beginning of year | 3,131 | 7,148 | 17,403 |
| Cash at end of year | $ 7,042 | | |

```
$    3,131        $    7,148
===================================================================================
=============================
Supplemental disclosure of cash paid for interest
     (net of amounts capitalized of $1,897, $1,948 and $373)                $    75,434
$  56,851        $  32,664
===================================================================================
=============================
</TABLE>
```

        The accompanying notes are an integral part of these financial statements.

                                                                          23

<PAGE>   26
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS


1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES


Description of Business

Rite Aid Corporation operates over 3,600 retail drugstores in the eastern and
western United States.


Fiscal Year

The company's fiscal year ends on the Saturday closest to February 29 or March
1. The fiscal years ended March 1, 1997 and March 2, 1996 contained 52 weeks.
The fiscal year ended March 4, 1995 contained 53 weeks.


Principles of Consolidation

The consolidated financial statements include the accounts of the company and
all of its wholly owned subsidiaries. All significant intercompany accounts and
transactions have been eliminated in consolidation.


Accounts Receivable

Accounts receivable are stated net of an allowance for uncollectible accounts of
$14,583,000 at March 1, 1997 and $5,545,000 at March 2, 1996. Most of the
company's accounts receivable are due from third party providers (e.g.,
insurance companies and governmental agencies) under third party payment plans
and are booked net of any allowances provided for under the respective plans.
Since payments due from third party payers are sensitive to payment criteria
changes and legislative actions, the allowance is reviewed continually and
adjusted for accounts deemed uncollectible by management.


Inventories

Inventories are stated at the lower of cost or market. The company uses the
last-in, first-out (LIFO) method of accounting for substantially all of its
inventories. At March 1, 1997, March 2, 1996 and March 4, 1995, respectively,
inventories were $166,702,000, $178,932,000 and $170,464,000 lower than the
amounts that would have been reported using the first-in, first-out (FIFO)
method.

Intangible Assets

The excess of cost over underlying equity in subsidiaries (goodwill) generally
is being amortized on a straight-line basis over 40 years. Lease acquisition
costs incurred principally for the purchase of new and existing store locations
are generally amortized over the terms of the leases on a straight-line basis.
Patient prescription file purchases are amortized over their estimated useful
lives. The company reviews the realizability of its intangible assets annually,
based upon expectations of nondiscounted cash flows and operating income. As of
March 1, 1997, management believes that there are no materially impaired
intangible assets.


Marketable Securities

In fiscal year 1995, the company adopted Statement of Financial Accounting
Standards No. 115, "Accounting for Certain Investments in Debt and Equity
Securities" (SFAS No. 115). During fiscal year 1996, the company sold all of its
marketable securities and recognized a pre-tax gain of $8,343,000 on the
transaction. At March 4, 1995, the company's investment in marketable equity
securities was categorized as available-for-sale. The resulting gross unrealized
holding gain of $4,380,000 was reported, net of income taxes, as a separate
component of stockholders' equity.


Preopening Expenses

Expenditures of a noncapital nature incurred prior to the opening of a new store
or associated with a remodeled store are charged against earnings as
administrative and general expenses when incurred.


Insurance

The company is substantially self-insured with respect to general liability,
workers' compensation and covered employee medical claims. Excess insurance
coverage is maintained for general liability and workers' compensation claims.
Management believes its reserve for claims reported and claims incurred but not
reported is adequate.


Income Taxes

Deferred tax assets and liabilities are recognized for the future tax
consequences attributable to differences between the financial statement
carrying amounts of existing assets and liabilities and their respective tax
bases. Deferred tax assets and liabilities are measured

24
<PAGE>   27
using enacted tax rates expected to apply to taxable income in the years in
which those temporary differences are expected to be recovered or settled. The
effect of a change in tax rates on deferred tax assets and liabilities is
recognized in income in the period that includes the enactment date.


Stock-Based Compensation

Statement of Financial Accounting Standards (SFAS) No. 123, "Accounting for
Stock-Based Compensation," encourages, but does not require companies to record
compensation cost for stock-based employee compensation plans at fair value. The
company has chosen to continue to account for stock-based compensation using the
intrinsic value method prescribed in Accounting Principles Board Opinion No. 25,
"Accounting for Stock Issued to Employees," and related interpretations.

Accordingly, compensation cost for stock options is measured as the excess, if
any, of the quoted market price of the company's stock at the date of the grant
over the amount an employee must pay to acquire the stock. Compensation cost for
stock appreciation rights and performance equity units is recorded annually
based on the quoted market price of the company's stock at the end of the
period.


Earnings per Share

Primary earnings per share have been computed based on the weighted average
number of shares of common stock outstanding during each fiscal year (92,211,000
in 1997, 83,808,000 in 1996 and 84,771,000 in 1995). Fully diluted earnings per
share are not shown since the dilution is not material.


Use of Estimates

The preparation of the financial statements in conformity with generally
accepted accounting principles requires management to make estimates and
assumptions that affect the amounts reported in the financial statements and
accompanying notes. Actual results could differ from those estimates.


2. ACQUISITIONS


On December 12, 1996, Thrifty PayLess Holdings, Inc., (Thrifty PayLess) was
merged with and into the company. Pursuant to the merger agreement, as amended,
each share of Thrifty PayLess common stock was converted to Rite Aid common
stock at the exchange ratio of 0.65 shares of Rite Aid common stock for each
share of Thrifty PayLess common stock. Total Rite Aid common stock exchanged in
connection with this transaction was approximately 38,676,000 shares.

        The fair market value per share of the Rite Aid common stock exchanged
in consideration of the Thrifty PayLess common stock was $34.58. The fair market
value was measured for the time period beginning before the date that an
agreement of the purchase price was reached, until after the date that the
transaction was announced to the public. The aggregate fair market value of
stock issued was approximately $1,337,417,000.

        The purchase method of accounting for business combinations was used to
record the merger of Thrifty PayLess. Total consideration given for Thrifty
PayLess amounted to approximately $1,496,428,000 as of March 1, 1997, including
direct acquisition costs, involuntary employee termination benefits and costs to
exit activities of Thrifty PayLess. The value of goodwill assigned to Thrifty
amounted to approximately $1,112,109,000 and is being amortized on a
straight-line basis over 40 years.

        Results of operations for Thrifty PayLess are included in these
consolidated financial statements since December 12, 1996. The following
represents the unaudited pro forma results of operations as if the merger of
Thrifty PayLess had occurred at the beginning of fiscal years 1997 and 1996:

<TABLE>
<CAPTION>

- -------------------------------------------------------------------------------
In thousands of dollars except per share amounts                      PRO FORMA
- -------------------------------------------------------------------------------
UNAUDITED                                        YEAR ENDED      YEAR ENDED
                                                MARCH 1, 1997   MARCH 2, 1996
- -------------------------------------------------------------------------------
<S>                                             <C>             <C>
Net sales                                       $10,742,704      $10,110,500
Income before

<table>
| | | | | |
|---|---|---|---|---|
| extraordinary loss | $ | 230,301 | $ | 163,000 |
| Net income | $ | 78,405 | $ | 151,100 |
</table>

EARNINGS PER SHARE:
Income before
    extraordinary loss                 $      1.93     $     1.33
Net income                               $      .64     $     1.23

================================================================================
</TABLE>

<PAGE>  28

The company also purchased the assets of Taylor Drug Stores, Inc., Concord Drugs, Inc., and acquired a 50% interest in mail order pharmacy provider Diversified Prescription Delivery, L.L.C. ("DPD"). The total consideration paid for these acquisitions amounted to approximately $64,301,000.

The acquisitions of Taylor Drug Stores, Inc. and Concord Drugs, Inc. were accounted for as purchases; accordingly, the acquired assets and liabilities were recorded at their estimated fair values at date of acquisition. The value of goodwill assigned to these acquisitions was approximately $2,673,000 and is being amortized on a straight-line basis over 40 years.

As of March 1, 1997, the company had investment and advances of $30,714,000 in DPD and is accounting for this investment using the equity method. The investment in DPD is included with other assets on the balance sheet. Results of operations for each of these acquisitions are included with those of Rite Aid since each respective acquisition date.

In July 1995, the company purchased the entire chain of conventional, freestanding drugstores owned and operated by Pathmark Stores, Inc. The chain consisted of 30 stores located in the New York metropolitan region. In October 1995, an additional 20 stores, located in the state of Maine, were purchased from Brooks Pharmacy. Also during fiscal 1996, Rite Aid obtained certain assets, mainly inventories, pharmacy prescription files, store fixtures and favorable lease agreements, through various single store acquisitions. Total consideration paid for the above acquisitions amounted to $105,878,000. The value of goodwill assigned to the acquisitions totaled $15,062,000 and is being amortized on a straight-line basis over 40 years.

All of the 1996 acquisitions discussed above were accounted for as purchases; accordingly, the acquired assets and liabilities were recorded at their estimated fair values at date of acquisition. Operating results of the acquired companies were included with those of Rite Aid since their respective acquisition dates.


3. NONRECURRING AND OTHER CHARGES


During 1997, the company began integration of Thrifty PayLess and developed a plan to realign certain merchandise distribution facilities. The company recorded $68,057,000 pretax, nonrecurring and other charges related to certain noncapitalizable costs associated with the integration of the Thrifty PayLess operations, closing of distribution facilities in the midatlantic and southeast regions, expenses incurred in the attempted acquisition of Revco D. S., Inc. and other charges. The company is converting the Thrifty PayLess drugstores to the Rite Aid prototype through the following activities:

- -        remodeling Thrifty PayLess stores to Rite Aid's store design and
           signage,

- -        installing the Rite Aid Dispensing System in all Thrifty PayLess
           stores,

- -       installing Rite Aid's point-of-sale systems in all Thrifty PayLess
          stores,

- -       merchandising Thrifty PayLess stores with Rite Aid's preferred product
          mix, and

- -       installing Rite Aid's pricing and advertising programs.

        Conversion of the Thrifty PayLess store systems to Rite Aid store
systems is anticipated to be completed in the third quarter of fiscal 1998.
Accordingly, the company will incur duplicative overhead expenses during the
integration period.


4. DISPOSITIONS


In February 1997, 63 stores in North Carolina and South Carolina were sold to a
unit of J.C. Penney Co., and 126 units are expected to be transferred in May
1997 to a party designated by J. C. Penney. An additional 121 stores were closed
or sold during the year ended March 1, 1997. The company received proceeds
amounting to approximately $106,937,000 associated with drugstore dispositions.
Gains from drugstore closings and dispositions were not significant.

        In February 1997, the company completed its sale of Bi-Mart Membership
Discount Stores. Disposition of Bi-Mart was planned pursuant to the Thrifty
PayLess Holdings Inc. merger. Accordingly, the fair market


26
<PAGE>   29
value of acquired Bi-Mart assets was adjusted to the proceeds received upon
disposition and resulted in no gain recognition.

        During fiscal year 1996, Rite Aid sold 37 drugstores and the assets of
72 other stores located in Florida to the Eckerd Corporation, 33 stores and the
assets of 21 other stores located in Massachusetts and Rhode Island to Brooks
Pharmacy and CVS, Inc., and completed the sale of its nursing home pharmacy
business. As a result of these transactions, the company received approximately
$85,873,000 in cash proceeds. The gain from these transactions was not
significant.


5. INCOME TAXES


Total income tax expense for fiscal years ended March 1, 1997, March 2, 1996,
and March 4, 1995, is allocated as follows:

<TABLE>
<CAPTION>

| In thousands of dollars | 1997 | 1996 | 1995 |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| Continuing operations | $98,393 | $97,255 | $90,178 |
| Extraordinary loss | (27,678) | -- | -- |
| Total income tax expense | $70,715 | $97,255 | $90,178 |

</TABLE>

Tax benefits of $27,678,000 associated with early debt extinguishment losses are
included in income taxes currently payable as of March 1, 1997. The components

of the provision for income taxes are as follows:

| In thousands of dollars | 1997 | 1996 | 1995 |
|---|---|---|---|
| CURRENTLY PAYABLE: | | | |
| Federal | $ 5,316 | $21,488 | $53,617 |
| State | 7,081 | 4,927 | 4,632 |
| | 12,397 | 26,415 | 58,249 |
| DEFERRED TAX EXPENSE: | | | |
| Federal | 46,954 | 60,486 | 30,149 |
| State | 11,364 | 10,354 | 1,780 |
| | 58,318 | 70,840 | 31,929 |
| Total income tax expense | $70,715 | $97,255 | $90,178 |

Presented below are the deferred tax liabilities and deferred tax assets at
March 1, 1997 and March 2, 1996:

| In thousands of dollars | 1997 | 1996 |
|---|---|---|
| DEFERRED TAX LIABILITIES: | | |
| Accelerated depreciation and amortization | $150,011 | $105,298 |
| Inventory valuation | 137,121 | 45,416 |
| Purchased tax benefits | 5,951 | 16,559 |
| Prepaid and other expenses | 33,014 | 20,360 |
| Total gross deferred tax liabilities | 326,097 | 187,633 |
| DEFERRED TAX ASSETS: | | |
| Accrued expenses | (75,550) | (15,917) |
| Net operating loss carryforwards | (3,081) | (3,198) |
| Other | (3,151) | (4,764) |
| Total gross deferred tax assets | (81,782) | (23,879) |
| Valuation allowance | 1,777 | 1,777 |
| Net deferred tax assets | (80,005) | (22,102) |
| Net deferred tax liabilities | $246,092 | $165,531 |

Net deferred tax liabilities of $22,243,000 and net deferred tax assets
of $23,477,000 associated with acquisitions made during fiscal years 1997 and
1996, respectively, are included in the above table. Based on the company's
historical and current pre-tax earnings, management believes it is more likely
than not that the company will realize the net deferred tax assets.

The valuation allowance as of March 1, 1997 and March 2, 1996
principally applies to net operating loss carryforwards (NOLs) for state income
tax purposes. The current portions of net deferred taxes for 1997 and 1996

amounted to $24,237,000 and $51,475,000, respectively and are included with
income taxes on the balance sheet.

        State income taxes and prior year accrual adjustments account for most
of the differences between the actual provision for income taxes and taxes
computed

<PAGE>    30
by applying the statutory rate. Following is a reconciliation of the statutory
to effective tax rate:

| Percentage | 1997 | 1996 | 1995 |
|---|---|---|---|
| Federal statutory rate | 35.0 | 35.0 | 35.0 |
| State income taxes, net of federal tax benefit | 6.3 | 4.0 | 1.6 |
| Nondeductible expenses | 1.9 | .7 | .4 |
| Adjustments to prior year tax liabilities | (2.9) | -- | -- |
| Tax credits | (1.0) | -- | -- |
| Change in valuation allowance | -- | (2.4) | .4 |
| Other, net | (1.3) | .7 | 1.6 |
| | 38.0 | 38.0 | 39.0 |

6. INDEBTEDNESS AND CREDIT AGREEMENTS

Following is a summary of indebtedness at March 1, 1997 and March 2, 1996:

| In thousands of dollars | 1997 | 1996 |
|---|---|---|
| Commercial paper, 5.5% and 5.4% weighted average rates at year-end 1997 and 1996 | $ 701,500 | $ 556,765 |
| 6.70% notes due 2001 | 350,000 | -- |
| 7.125% notes due 2007 | 350,000 | -- |
| 7.70% debentures due 2027 | 300,000 | -- |
| 7 5/8% senior notes due 2005 | 200,000 | 200,000 |
| 6 7/8% senior debentures due 2013 | 200,000 | 200,000 |
| 6 3/4% zero coupon convertible subordinated notes due 2006 | 199,111 | 200,680 |
| 5 7/8% to 10.475% industrial development bonds due through 2016 | 19,050 | 19,050 |
| Obligations under capital leases | 108,565 | 44,200 |
| Other | 31,681 | 6,437 |
| | 2,459,907 | 1,227,132 |
| Short-term debt and current maturities of long-term debt | (44,255) | (232,811) |

```
Long-term debt,
    less current maturities                    $2,415,652      $ 994,321
==============================================================================
```
</TABLE>

The company has $1,500,000,000 in revolving credit commitments to
support its commercial paper program consisting of a $1,000,000,000 facility
that expires July 2001, and a $500,000,000 facility that converts in December
1997 to a term loan that will mature in December 1998. Borrowings under these
facilities bear interest rates, at the company's option, based on the prime,
federal funds, certificate of deposit or London interbank rates, as well as
competitive bid. Pricing on loans and commitments will vary commensurate with
credit quality. The $1,000,000,000 and $500,000,000 commitments have per annum
facility fees, irrespective of usage, of 8.5 basis points and 7 basis points,
respectively. At March 1, 1997 and March 2, 1996, there were no amounts
outstanding under these agreements.

Rite Aid maintains, at all times, unused long-term revolving credit
agreement commitments at least equal to the principal amount of its outstanding
commercial paper that the company intends to carry on a long-term basis.

On December 20, 1996, the company issued securities aggregating
$1,000,000,000. The sale of securities included $350,000,000, 6.70% notes due
December 15, 2001; $350,000,000, 7.125% notes due January 15, 2007; and
$300,000,000, 7.70% debentures due February 15, 2027. The net proceeds from the
sale of these securities were used to repay commercial paper issued by the
company in connection with the Thrifty PayLess merger and to refinance other
commercial paper borrowings previously issued by the company.

Early extinguishment of certain Thrifty Payless indebtedness resulted
in an extraordinary loss of $45,157,000, net of taxes during the year ended
March 1, 1997. Repayment of Thrifty PayLess indebtedness included revolving
notes payable of $504,000,000, a term loan of $243,667,000 and 12 1/4% senior
subordinated notes of $195,000,000 due April 15, 2004. The extraordinary loss
consisted primarily of premiums associated with the tender offer of the 12 1/4%
senior subordinated notes and write-off of the related debt discount,
unamortized debt issuance costs and other costs associated with completing the
tender offer.

On April 20, 1995, the company issued $200,000,000 of 7 5/8% senior
notes due April 15, 2005. Net proceeds from the sale of the notes were used for
general corporate purposes including the repayment of outstanding

28
<PAGE>  31
commercial paper of the company. The notes may not be redeemed prior to maturity
and will not be entitled to any sinking fund.

In August 1993, Rite Aid issued 6 7/8% senior debentures having an
aggregate principal amount of $200,000,000. These debentures are due August 15,
2013 and may not be redeemed prior to maturity or be entitled to any sinking
fund. The net proceeds from this issuance were used for working capital and
general corporate purposes, including the repayment of outstanding commercial
paper of the company.

The 6 3/4% zero coupon convertible subordinated notes due on July 24,
2006 are convertible at any time by the holder into Rite Aid common stock at a
rate of 15.993 shares per note. The conversion rate will not be adjusted for
accrued original issue discount. Any note will be purchased by the company, at
the option of the holder, on July 24, 2001 for a purchase price per note of
$717.54, representing the issue price plus accrued original issue discount. The
company may redeem the notes for cash at any time, in whole or in part, at
redemption prices equal to the issue price plus accrued original issue discount
to the date of redemption.

On July 24, 1996, the company redeemed 27,608 zero coupon convertible subordinated notes for a purchase price per note of $514.86. Noteholders converted an additional 645 notes to common stock during the year at prices per note ranging from approximately $502 to $535.

In February 1996, the company entered into a sale and leaseback transaction of certain leasehold improvements for which it received consideration totaling $120,700,000 and was accounted for as a financing. The lease obligation accrues interest at a rate of 5.6% in the first year, 6.8% for years two through six and 12.5% for years seven through nine. As part of the consideration of the transaction, the company received a $20,000,000, 12.5% note receivable from the lessor which matures in six years. The company may exercise a purchase option for $40,600,000 at the end of the sixth year. Principal maturities of $24,200,000 were repaid to the lessor during the year ended March 1, 1997.

The aggregate annual principal payments of long-term debt for the five succeeding fiscal years are as follows: 1998, $44,255,000; 1999, $17,962,000; 2000, $21,780,000; 2001, $23,213,000 and 2002, $374,462,000.

The company has complied with restrictions and limitations included in the provisions of various loan and credit agreements. At March 1, 1997, retained earnings were not restricted as to payment of dividends by these provisions.

## 7. PROPERTY, PLANT AND EQUIPMENT

Depreciation and amortization generally are computed on a straight-line basis over the following estimated lives: Buildings, 30 to 45 years; Leasehold improvements, term of lease or useful lives of assets, whichever is shorter; and Equipment, 3 to 15 years. Accelerated methods are used for income tax purposes. Depreciation and amortization expenses were $120,751,000 for 1997, $96,974,000 for 1996 and $82,740,000 for 1995.

## 8. FINANCIAL INSTRUMENTS

The carrying amounts and fair values of financial instruments at March 1, 1997 and March 2, 1996 are listed as follows:

| In thousands of dollars | 1997 | | 1996 | |
|---|---|---|---|---|
| | CARRYING AMOUNT | FAIR VALUE | CARRYING AMOUNT | FAIR VALUE |
| Commercial paper indebtedness | $ 701,500 | $ 701,500 | $556,765 | $556,765 |
| Long-term indebtedness | 1,649,842 | 1,689,030 | 626,167 | 646,009 |
| Note receivable | 20,000 | 20,000 | 20,000 | 20,000 |

It was not practicable to estimate the fair values of non-marketable investments because of the lack of quoted market prices and the inability to estimate fair values without incurring excessive costs. The carrying amounts of $33,260,000 at March 1, 1997 and $4,702,000 at March 2, 1996 represent the original costs of

the investments currently owned, which management believes are not impaired.

<PAGE>   32
The following methods and assumptions were used in estimating fair value
disclosures for financial instruments:


Commercial paper indebtedness:

The carrying amounts for commercial paper indebtedness approximate their fair
market values.


Long-term indebtedness:

The fair values of long-term indebtedness are estimated based on the quoted
market prices for the same or similar issues, or on the current rates offered to
the company for debt of the same remaining maturities.


Note receivable:

The fair value of the fixed rate note receivable was determined using the
present value of projected cash flows. The discount rate was based upon the
U.S. Treasury yield curve adjusted for credit risk.


9. RETIREMENT PLANS


The company and its subsidiaries have several retirement plans covering salaried
employees and certain hourly paid employees.

        The retirement plans include a profit sharing retirement plan.
Contributions are a percent of each covered employee's salary, as determined by
the Board of Directors based on the company's profitability.

        There are also several defined benefit plans that call for benefits to
be paid to eligible employees based upon years of service with the company or
formulas applied to their compensation. The company's funding policy is to
contribute the minimum required by the Employee Retirement Income Security Act
of 1974.

        Pension expense for the defined benefit plans includes the following
components:

<TABLE>
<CAPTION>

| In thousands of dollars | 1997 | 1996 | 1995 |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| Service cost | $2,088 | $1,390 | $1,776 |
| Interest cost | 2,112 | 1,782 | 1,570 |
| Actual return on plan assets | (3,757) | (5,258) | 527 |
| Net amortization and deferral | 1,307 | 3,118 | (2,606) |
| Pension expense | $1,750 | $1,032 | $1,267 |

</TABLE>

The table below sets forth the funded status and amounts recognized in the
company's balance sheet for its defined benefit plans as of March 1, 1997 and

March 2, 1996:

| In thousands of dollars | 1997 | | 1996 | |
|---|---|---|---|---|
| | PLAN ASSETS EXCEED ACCUMULATED BENEFITS | ACCUMULATED BENEFITS EXCEED PLAN ASSETS | PLAN ASSETS EXCEED ACCUMULATED BENEFITS | ACCUMULATED BENEFITS EXCEED PLAN ASSETS |
| ACTUARIAL PRESENT VALUE OF BENEfiT OBLIGATIONS: | | | | |
| Vested benefits | $(25,518) | $(19,717) | $ (8,556) | $(15,251) |
| Nonvested benefits | (213) | (1,253) | (185) | (884) |
| Accumulated benefit obligation | (25,731) | (20,970) | (8,741) | (16,135) |
| Effect of anticipated future compensation levels and other events | (840) | -- | (678) | (510) |
| Projected benefit obligation | (26,571) | (20,970) | (9,419) | (16,645) |
| Fair value of assets held in the plans | 31,428 | 18,176 | 12,385 | 15,451 |
| Plan assets in excess of (less than) benefit obligation | 4,857 | (2,794) | 2,966 | (1,194) |
| Unrecognized net (gain) loss | (840) | 1,986 | (456) | 1,082 |
| Unrecognized prior service cost | 63 | 1,730 | 70 | 1,150 |
| Unrecognized net obligation (asset) at March 1, 1987, net of amortization | (699) | (119) | (838) | (139) |
| Adjustment to recognize additional minimum liability | -- | (3,597) | -- | (1,584) |
| Prepaid (accrued) pension cost | $ 3,381 | $ (2,794) | $ 1,742 | $ (685) |

30

The significant actuarial assumptions used were as follows:

<TABLE>
<CAPTION>

| Percentage | 1997 | 1996 | 1995 |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| Discount rate | 7.25 | 7.25 | 8.0 |
| Rate of increase in future compensation levels | 5.0 | 5.0 | 5.0 |
| Expected long-term rate of return on plan assets | 9.0 | 9.0 | 9.0 |

</TABLE>

Assets of the defined benefit plans are invested in a directed trust that invests in money market funds, common stock, corporate bonds and U.S. government obligations.

In accordance with the provisions of Statement of Financial Accounting Standards No. 87, "Employers' Accounting for Pensions," an additional minimum pension liability was recognized resulting in a direct reduction of stockholders' equity of $1,867,000 at March 1, 1997 and $433,000 at March 2, 1996.

10. LEASES

The company leases most of its retail store facilities under noncancelable operating leases, many of which expire within ten to fifteen years. The approximate minimum rental commitments of $3,918,467,000 at March 1, 1997, are payable as follows: 1998, $332,662,000; 1999, $320,408,000; 2000, $295,054,000; 2001, $266,446,000; 2002, $240,669,000; and $2,463,228,000 thereafter. Included in other current liabilities and noncurrent liabilities are accrued minimum rental commitments for store closings totaling $86,531,000 and $63,500,000, respectively, as of March 1, 1997. These amounts are net of sublease income, which is not significant.

In addition to minimum rental payments, certain leases require additional payments based on sales volume, as well as reimbursements for taxes, maintenance and insurance. Most leases contain renewal options, certain of which involve rent increases.

Total rental expense, net of sublease income, was approximately $211,359,000 in 1997, $163,965,000 in 1996 and $130,788,000 in 1995. These amounts include contingent rentals of $13,158,000, $7,728,000 and $9,516,000, respectively. During February 1997, the company completed a sale and leaseback transaction for certain owned retail store facilities, receiving approximately $105,270,000 representing the net book value of these assets. Future minimum rental commitments associated with noncancelable operating leases for these facilities have been included above.

In addition, the company has agreed to lease certain store locations that presently are under construction or in the process of renovation. The terms of these leases generally will commence upon completion of the building and will extend from 10 to 15 years with options to renew for varying terms. The minimum annual rentals are not determinable at the present time and, therefore, are not included above.

11. CAPITAL STOCK

The authorized capital stock of the company consists of 300,000,000 shares of

common stock and 20,000,000 shares of preferred stock, each having a par value
of $1.00 per share. The preferred stock is issuable in series with terms
established by the Board of Directors. No preferred stock has been issued.


## 12. STOCKHOLDER RIGHTS PLAN


The company redeemed its preferred stock purchase rights program in accordance
with stockholder resolution at the 1996 annual meeting of stockholders.
Redemption of preferred stock purchase rights amounted to approximately $839,000
at March 1, 1997.


## 13. STOCK OPTION AND STOCK AWARD PLANS


The company reserved 7,000,000 shares of its common stock for the granting of
stock options and other incentive awards to officers and key employees under the
1990 Omnibus Stock Incentive Plan.

                                                                        31
<PAGE>   34
        Options may be granted, with or without stock appreciation rights
(SARs), at prices that are not less than the fair market value of a share of
common stock on the date of grant. The 1990 Plan provides for the Compensation
Committee to determine both when and in what manner options may be exercised;
however, it may not be more than 10 years from the date of grant. The exercise
of either a SAR or option automatically will cancel any related option or SAR.
Under the Plan, the payment for SARs will be made in shares, cash or cash and
shares at the discretion of the Compensation Committee.

        Following is a summary of stock option transactions for the three
fiscal years ended March 1, 1997:

<TABLE>
<CAPTION>

| Shares under option | 1997 | 1996 | 1995 |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| STOCK OPTIONS: | | | |
| Outstanding--beginning of year | 3,058,289 | 2,484,651 | 2,437,606 |
| Granted | 2,307,550 | 823,400 | 604,400 |
| Exercised ($15.88 to $33.50 per share) | (275,901) | (89,687) | (375) |
| Converted to and exercised as SARs | -- | (153,200) | (312,592) |
| Expired and cancelled | (64,363) | (6,875) | (244,388) |
| Outstanding--end of year ($15.88 to $42.00 per share) | 5,025,575 | 3,058,289 | 2,484,651 |
| Exercisable--end of year | 1,643,772 | 1,391,076 | 190,876 |

</TABLE>

        As of March 1, 1997, March 2, 1996 and March 4, 1995 there were
998,713, 3,241,900 and 3,067,162 shares, respectively, available for future
grants under the Plan.

        The company adopted Statement of Financial Accounting Standards (SFAS)
No. 123, "Accounting for Stock-Based Compensation," issued in October 1995. In
accordance with the provisions of SFAS No. 123, the company applies APB Opinion

25 and related interpretations in accounting for its stock option plans and,
accordingly, does not recognize compensation cost. If the company had elected to
recognize compensation cost based upon the fair value of the options granted at
the grant date as prescribed by SFAS No. 123, net income and earnings per share
would have been reduced to the pro forma amounts indicated in the table below:

| In thousands of dollars except per share amounts | 1997 | 1996 |
|---|---|---|
| Net income--as reported | $115,377 | $158,947 |
| Net income--pro forma | 112,937 | 158,436 |
| Earnings per share--as reported | $  1.25 | $  1.90 |
| Earnings per share--pro forma | 1.22 | 1.89 |

The fair value of each option grant is estimated on the date of grant
using the Black-Scholes option-pricing model with the following assumptions:

| | 1997 | 1996 |
|---|---|---|
| Expected stock price volatility | 23.0% | 23.5% |
| Expected dividend yield | 3.0 | 3.0 |
| Risk-free interest rate | 5.5 | 6.5 |
| Expected life of options | 5 YEARS | 5 years |

The weighted average fair value of options granted was $6.86 per share
in 1997 and $5.67 in 1996.


14. COMMITMENTS AND CONTINGENCIES


The company had letters of credit of $112,592,000 and $33,188,000 at
March 1, 1997 and March 2, 1996, respectively.

The company is the defendant in claims and lawsuits arising in the
ordinary course of business. In the opinion of management, these matters are
covered adequately by insurance, or if not so covered, are without merit or are
of such nature or involve such amounts as would not have a material effect on
the financial statements of the company if decided adversely.


32
<PAGE>   35
INTERIM FINANCIAL RESULTS (UNAUDITED)       Rite Aid Corporation and Subsidiaries


| In thousands of dollars except per share amounts YEAR 1997 | FIRST | SECOND | THIRD |
|---|---|---|---|

| | | FIRST QUARTER | SECOND QUARTER | THIRD QUARTER | FOURTH QUARTER | YEAR |
|---|---|---|---|---|---|---|
| <S> | | <C> | <C> | <C> | <C> | <C> |
| Net sales | | $1,405,302 | $1,423,076 | $1,484,641 | $ 2,657,182 | $ 6,970,201 |
| Costs and expenses | | 1,352,362 | 1,366,107 | 1,424,106 | 2,568,699 | 6,711,274 |
| Income before extraordinary loss and income taxes | | 52,940 | 56,969 | 60,535 | 88,483 | 258,927 |
| Income taxes | | 20,224 | 21,760 | 23,126 | 33,283 | 98,393 |
| Income before extraordinary loss | | 32,716 | 35,209 | 37,409 | 55,200 | 160,534 |
| Extraordinary loss, net of taxes | | -- | -- | -- | (45,157) | (45,157) |
| Net income | | $ 32,716 | $ 35,209 | $ 37,409 | $ 10,043 | $ 115,377 |

EARNINGS PER SHARE*:

| | | FIRST QUARTER | SECOND QUARTER | THIRD QUARTER | FOURTH QUARTER | YEAR |
|---|---|---|---|---|---|---|
| Income before extraordinary loss | | $ .39 | $ .42 | $ .45 | $ .47 | $ 1.74 |
| Extraordinary loss, net of taxes | | -- | -- | -- | (.38) | (.49) |
| Net income | | $ .39 | $ .42 | $ .45 | $ .09 | $ 1.25 |

</TABLE>

*Common stock issued in connection with the acquisition of Thrifty PayLess Holdings, Inc., is included in the calculation of weighted average shares since the date of acquisition. Weighted average shares were 33,151,000 for the fourth quarter and 8,288,000 for the year ended March 1, 1997. As a result of the weighting differences for the fourth quarter and annual periods, aggregation of quarterly earnings per share data do not equal annual earnings per share amounts.

<TABLE>
<CAPTION>
In thousands of dollars except per share amounts
YEAR 1996

| | | FIRST QUARTER | SECOND QUARTER | THIRD QUARTER | FOURTH QUARTER | YEAR |
|---|---|---|---|---|---|---|

| <S> | <C> | <C> | <C> | <C> |
|---|---|---|---|---|
| <C> | | | | |
| Net sales | $1,354,841 | $1,328,399 | $1,331,796 | |
| $1,430,981    $5,446,017 | | | | |
| Costs and expenses | 1,291,918 | 1,277,912 | 1,278,343 | |
| 1,341,642    5,189,815 | | | | |
| Income before extraordinary loss and income taxes | 62,923 | 50,487 | 53,453 | |
| 89,339    256,202 | | | | |
| Income taxes | 24,540 | 19,577 | 20,793 | |
| 32,345    97,255 | | | | |
| Income before extraordinary loss | $  38,383 | $  30,910 | $  32,660 | $ |
| 56,994    $ 158,947 | | | | |
| Extraordinary loss, net of taxes | -- | -- | -- | |
| --    -- | | | | |
| Net income | $  38,383 | $  30,910 | $  32,660 | $ |
| 56,994    $ 158,947 | | | | |

EARNINGS PER SHARE:

| | | | | |
|---|---|---|---|---|
| Income before extraordinary loss | $    .46 | $    .37 | $    .39 | $ |
| .68    $   1.90 | | | | |
| Extraordinary loss, net of taxes | -- | -- | -- | |
| --    -- | | | | |
| Net income | $    .46 | $    .37 | $    .39 | $ |
| .68    $   1.90 | | | | |

</TABLE>

33

<PAGE>   36
TEN-YEAR FINANCIAL REVIEW                      Rite Aid Corporation and Subsidiaries

<TABLE>
<CAPTION>
In thousands of dollars except per share amounts

| | | MARCH 1, 1997 | MARCH 2, 1996 |
|---|---|---|---|
| MARCH 4, 1995   FEB. 26, 1994 | | | |
| | | (52 WEEKS) | (52 WEEKS) |
| (53 WEEKS)    (52 WEEKS) | | | |
| <S> | | <C> | <C> |
| <C>         <C> | | | |
| SUMMARY OF OPERATIONS | | | |
| Net sales | | $  6,970,201 | $ 5,446,017 |
| $ 4,533,851    $ 4,058,711 | | | |

| | | | | |
|---|---|---|---|---|
| Cost of goods sold, including occupancy costs | 5,113,047 | 4,017,351 | 3,327,920 | 2,970,025 |
| Selling, general and administrative expenses | 1,433,697 | 1,104,123 | 932,167 | 865,137 |
| Interest expense | 96,473 | 68,341 | 42,300 | 28,683 |
| Provision for videocassette rental department closings | -- | -- | -- | -- |
| Restructuring and other charges | 68,057 | -- | -- | 149,196 |
| Income from continuing operations before income taxes | 258,927 | 256,202 | 231,464 | 45,670 |
| Income taxes | 98,393 | 97,255 | 90,178 | 19,462 |
| Income from continuing operations | 160,534 | 158,947 | 141,286 | 26,208 |
| Income (loss) from discontinued operations, net of income taxes | -- | -- | -- | (16,920) |
| Extraordinary loss, net of taxes | (45,157) | -- | -- | -- |
| Cumulative effect of accounting change | -- | -- | -- | -- |
| Net income | $ 115,377 | $ 158,947 | $ 141,286 | $ 9,288 |

PER SHARE OF COMMON STOCK

| | | | | |
|---|---|---|---|---|
| Income from continuing operations | $ 1.74 | $ 1.90 | $ 1.67 | $ .30 |
| Net income | $ 1.25 | $ 1.90 | $ 1.67 | $ .11 |
| Dividends per share | $ .755 | $ .695 | $ .62 | $ .60 |
| Book value, based on shares outstanding at year end | $ 20.26 | $ 13.16 | $ 12.02 | $ 11.10 |

YEAR-END FINANCIAL POSITION

| | | | | |
|---|---|---|---|---|
| Working capital | $ 1,599,489 | $ 835,049 | $ 795,995 | $ 763,216 |
| Current ratio | 2.36:1 | 2.33:1 | 2.38:1 | 3.11:1 |
| Property, plant and equipment (net) | $ 1,896,070 | $ 979,549 | $ 778,479 | $ 638,694 |
| Long-term debt | $ 2,415,652 | $ 994,321 | $ 805,984 | $ 613,418 |
| Total assets | $ 6,416,981 | $ 2,841,995 | $ 2,472,607 | $ 1,989,070 |
| Stockholders' equity | $ 2,488,685 | $ 1,103,619 | $ 1,011,812 | $ 954,714 |

OTHER DATA

| | | | | |
|---|---|---|---|---|
| Weighted average shares outstanding | 92,211,000 | 83,808,000 | 84,771,000 | 87,972,000 |
| Number of retail drugstores | 3,623 | 2,759 | | |

```
2,829          2,690
Number of employees                                    73,000        35,700
36,700        28,550
- -----------------------------------------------------------------------------
-------------------------------


SUPPLEMENTARY DATA
RESULTS PREPARED ON A FIFO BASIS:
Income from continuing operations               $    170,509   $    170,099
$   150,663  $    32,864
     Per share amount                           $      1.85    $      2.03
$      1.78  $      .37
Net income                                      $    125,352   $    170,099
$   150,663  $    15,944
     Per share amount                           $      1.36    $      2.03
$      1.78  $      .18
=====================================================================================
============================
</TABLE>

34
<PAGE>   37
TEN-YEAR FINANCIAL REVIEW                  Rite Aid Corporation and Subsidiaries

<TABLE>
<CAPTION>
In thousands of dollars except per share amounts
- -----------------------------------------------------------------------------
-------------------------------

                                                FEB. 27, 1993   FEB. 29, 1992
MARCH 2, 1991   MARCH 3, 1990
                                                 (52 WEEKS)      (52 WEEKS)
(52 WEEKS)     (52 WEEKS)
- -----------------------------------------------------------------------------
-------------------------------
<S>                                              <C>             <C>
<C>            <C>
SUMMARY OF OPERATIONS
Net sales                                       $ 3,833,591    $ 3,530,560
$ 3,259,766  $ 3,011,250
Cost of goods sold, including occupancy costs     2,804,787      2,564,751
2,350,873      2,165,097
Selling, general and administrative expenses        798,848        741,144
696,401        646,540
Interest expense                                     29,387         37,463
49,484         51,933
Provision for videocassette rental department closings    --             --
--          22,000
Restructuring and other charges                          --             --
--             --
- -----------------------------------------------------------------------------
-------------------------------
Income from continuing operations before income taxes  200,569      187,202
163,008        125,680
Income taxes                                         76,819         72,261
62,879         48,764
- -----------------------------------------------------------------------------
-------------------------------
Income from continuing operations                   123,750        114,941
100,129         76,916
Income (loss) from discontinued operations, net of income taxes  8,646     9,075
7,171         25,142
Extraordinary loss, net of taxes                         --             --
--             --
Cumulative effect of accounting change                   --             --
```

--          --
- ------------------------------------------------------------------------------
-------------------------------

Net income                                                        $   132,396   $   124,016
$   107,300    $   102,058

- ------------------------------------------------------------------------------
-------------------------------

PER SHARE OF COMMON STOCK
Income from continuing operations                                 $      1.41   $      1.32
$     1.21    $      .93
Net income                                                        $      1.51   $      1.43
$     1.29    $     1.23
Dividends per share                                               $     .5625   $     .5125
$    .4625    $      .42
Book value, based on shares outstanding at year end               $     11.76   $     10.82
$     9.32    $     8.49
- ------------------------------------------------------------------------------
-------------------------------

YEAR-END FINANCIAL POSITION
Working capital                                                   $   811,645   $   723,195
$   707,451    $   633,326
Current ratio                                                         4.03:1        3.49:1
3.98:1         3.93:1
Property, plant and equipment (net)                               $   551,392   $   502,728
$   493,947    $   475,548
Long-term debt                                                    $   489,220   $   427,503
$   585,434    $   542,051
Total assets                                                      $ 1,858,506   $ 1,734,479
$ 1,666,958    $ 1,539,311
Stockholders' equity                                              $ 1,035,643   $   950,575
$   773,948    $   704,413
- ------------------------------------------------------------------------------
-------------------------------

OTHER DATA
Weighted average shares outstanding                                  87,933,000    86,917,000
82,996,000     82,958,000
Number of retail drugstores                                             2,573         2,452
2,420          2,352
Number of employees                                                    27,750        27,607
27,290         26,935
- ------------------------------------------------------------------------------
-------------------------------

SUPPLEMENTARY DATA
RESULTS PREPARED ON A FIFO BASIS:
Income from continuing operations                                 $   134,335   $   125,228
$   111,290    $    86,504
    Per share amount                                              $      1.53   $      1.44
$     1.34    $     1.04
Net income                                                        $   142,981   $   134,303
$   118,461    $   111,646
    Per share amount                                              $      1.63   $      1.55
$     1.42    $     1.35
================================================================================
===============================
</TABLE>

<TABLE>
<CAPTION>
In thousands of dollars except per share amounts                                  YEARS ENDED
- ------------------------------------------------------------------------------

                                                                  MARCH 4, 1989   FEB. 27, 1988

|  | (53 WEEKS) | (52 WEEKS) |
| --- | --- | --- |
| <S> | <C> | <C> |
| SUMMARY OF OPERATIONS | | |
| Net sales | $ 2,729,325 | $ 2,381,022 |
| Cost of goods sold, including occupancy costs | 1,960,627 | 1,721,528 |
| Selling, general and administrative expenses | 583,860 | 481,921 |
| Interest expense | 40,840 | 32,344 |
| Provision for videocassette rental department closings | -- | -- |
| Restructuring and other charges | -- | -- |
| Income from continuing operations before income taxes | 143,998 | 145,229 |
| Income taxes | 56,325 | 59,135 |
| Income from continuing operations | 87,673 | 86,094 |
| Income (loss) from discontinued operations, net of income taxes | 7,537 | 54,747 |
| Extraordinary loss, net of taxes | -- | -- |
| Cumulative effect of accounting change | -- | 3,712 |
| Net income | $    95,210 | $   144,553 |
| | | |
| PER SHARE OF COMMON STOCK | | |
| Income from continuing operations | $     1.06 | $     1.04 |
| Net income | $     1.15 | $     1.75 |
| Dividends per share | $      .38 | $      .34 |
| Book value, based on shares outstanding at year end | $     7.67 | $     6.90 |
| | | |
| YEAR-END FINANCIAL POSITION | | |
| Working capital | $   297,334 | $   309,130 |
| Current ratio | 1.62:1 | 1.86:1 |
| Property, plant and equipment (net) | $   434,801 | $   383,653 |
| Long-term debt | $   228,260 | $   227,153 |
| Total assets | $ 1,417,520 | $ 1,224,244 |
| Stockholders' equity | $   636,184 | $   571,014 |
| | | |
| OTHER DATA | | |
| Weighted average shares outstanding | 82,904,000 | 82,660,000 |
| Number of retail drugstores | 2,184 | 2,072 |
| Number of employees | 27,347 | 26,703 |
| | | |
| SUPPLEMENTARY DATA | | |
| RESULTS PREPARED ON A FIFO BASIS: | | |
| Income from continuing operations | $    95,481 | $    92,041 |
| Per share amount | $     1.15 | $     1.11 |
| Net income | $   103,018 | $   150,500 |
| Per share amount | $     1.24 | $     1.82 |

</TABLE>

35

<PAGE>   38
DIRECTORS AND CORPORATE OFFICERS

<TABLE>
DIRECTORS
- -------------------------------------------------------------------------------
-------------

| <S> | <C> | <C> | <C> |

WILLIAM J. BRATTON
ROBERT TISCH
Vice Chairman of First
and Co-chief
Security Services Corporation
Officer
President of First
Corporation
Security Consulting, Inc.

FRANKLIN C. BROWN
President and
Executive Vice President
and Chief Legal Counsel
Corporation

ALEX GRASS
Honorary Chairman
of the Board and Chairman
of the Executive Committee
</TABLE>

MARTIN L. GRASS
Chairman of the Board and
Chief Executive Officer

LEONARD I. GREEN
Senior Partner, Leonard
Green and Partners

NANCY A. LIEBERMAN
Partner, Skadden, Arps,
Slate, Meagher and Flom

PHILIP NEIVERT
Private Investor

TIMOTHY J. NOONAN
President and
Chief Operating Officer

LEONARD N. STERN
Chairman of the Board and
Chief Executive Officer
The Hartz Group, Inc.

PRESTON

Co-chairman

Executive

Loews

GERALD TSAI,
JR.
Chairman,

Chief

Delta Life

<TABLE>
<CAPTION>

| CHAIRMAN | PRESIDENT | EXECUTIVE VICE PRESIDENTS | |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| MARTIN L. GRASS | TIMOTHY J. NOONAN | FRANK M. BERGONZI | BETH J. KAPLAN |
| Chief Executive Officer | Chief Operating Officer | Chief Financial Officer | Marketing |
| | | FRANKLIN C. BROWN | KEVIN J. MANN |
| | | Chief Legal Counsel | Category Management |

</TABLE>

<TABLE>
SENIOR VICE PRESIDENTS

| | | | |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| ERIC S. ELLIOTT | CHARLES R. KIBLER | RONALD A. MILLER | JAMES M. TALTON |
| Pharmacy Marketing | Drugstore Operations | Distribution | Human Resources |
| ELLIOT S. GERSON | PHILIP D. MARKOVITZ | ROBERT R. SOUDER | KENT L. WHITING |
| Assistant Chief | Store Development | Labor Relations | Information Services |
| Legal Counsel | | | |
| | | JOSEPH S. SPEAKER | |
| | | Finance and Administration | |

</TABLE>

<TABLE>
VICE PRESIDENTS

| | | | |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| EUGENE P. BROWN | STEPHEN J. KINDLER | JAMES O. LOTT | ERIC S. SORKIN |
| Information Services | Corporate Controller | Risk Management | Pharmacy Purchasing |
| GERALD P. CARDINALE | W. MICHAEL KNIEVEL | RAYMOND B. MCKEEBY | RICHARD J. VARMECKY |
| Information Services | Corporate Security | Pricing | Treasurer |
| I. LAWRENCE GELMAN | JAMES E. KRAHULEC | SUZANNE MEAD | MARY A. VERBRYKE |
| Associate Counsel | Government and | Corporate Communications | Category Management, |
| and Secretary | Trade Relations | | Purchasing |
| | | MICHAEL F. MORRIS | |

Store Development

```
</TABLE>


36
<PAGE>  39
INVESTOR INFORMATION


ANNUAL MEETING
- ------------------------------------------------------------------------------
The Annual meeting will be held on July 9, 1997, at 10:00 a.m. at:

Radisson Penn Harris Hotel and Convention Center,
1150 Camp Hill Bypass
Camp Hill, PA 17011
717 763 7117


FORM 10-K
- ------------------------------------------------------------------------------
The annual report to the Securities and Exchange Commission on Form 10-K is
available upon written request to the secretary of the company, or through the
SEC EDGAR database on the World Wide Web at: http://www.sec.gov


REGISTRAR AND TRANSFER AGENT
- ------------------------------------------------------------------------------
Harris Trust Company
of New York
c/o Harris Bank
311 West Monroe Street
11th Floor
Chicago, IL 60606
312 461 3309


DIVIDEND REINVESTMENT
- ------------------------------------------------------------------------------
The company offers an automatic dividend reinvestment plan for the convenience
of stockholders and employees. For further information, contact:

Harris Trust Company
of New York
Dividend Reinvestment Plan
P.O. Box A3309
Chicago, IL 60690-3309
312 461 3309


COMMON STOCK AND DIVIDENDS
- ------------------------------------------------------------------------------
Rite Aid Corporation's common stock is listed on the New York and Pacific Stock
Exchanges with the stock symbol RAD. On April 22, 1997, there were approximately
25,000 shareholders. Quarterly high and low stock prices, based on New York
Stock Exchange composite transactions, together with dividend information are
shown below:

<TABLE>
<CAPTION>
- -----------------------------------------------------------------
FISCAL        QUARTER       HIGH          LOW          DIVIDEND
- -----------------------------------------------------------------
<S>           <C>           <C>           <C>          <C>
1997          First         34 1/2        28 5/8       18.5(cent)
```

```
                Second      33 5/8       27 1/4       16.5(cent)
                Third       40 7/8       31 3/8       18.5(cent)
                Fourth      43 1/4       37 5/8       20.0(cent)
- -----------------------------------------------------------------
1996            First       25 1/2       22 1/4       17.0(cent)
                Second      29           24 1/4       17.0(cent)
                Third       32 5/8       26 5/8       17.0(cent)
                Fourth      34 1/4       30 1/4       18.5(cent)
=================================================================
</TABLE>
```

CORPORATE INFORMATION
- ---------------------------------------------------------------------
General information about the company, including corporate background and
current announcements, is available through the company's News-On-Demand fax
service at 800 916 7788, and our World Wide Web site at: http://www.RiteAid.com

Rite Aid Corporation
General Offices:
30 Hunter Lane
Camp Hill, PA 17011-2404

Mailing Address:
P.O. Box 3165
Harrisburg, PA 17105-3165
717 761 2633

UNCERTAINTIES IN THE FUTURE
- ---------------------------------------------------------------------
"Safe Harbor" Statements under the U.S. Private Securities Litigation Reform Act
of 1995: Some statements in the 1997 Annual Report are forward-looking and
actual results may differ materially from those stated. In addition to the
factors discussed, among the other factors that may affect actual results are
product demand and supply, the effect of economic conditions, interest-rate
movements, the impact of competitive pricing, commercialization and
technological difficulties and changes in governmental regulations. Investors
are also directed to consider other risks and uncertainties discussed in
documents filed by the company with the Securities and Exchange Commission.

DRUGSTORE LOCATIONS AS OF MARCH 1, 1997
- ---------------------------------------
```
Alaska                       10
Arizona                       3
California                  681
Colorado                     30
Connecticut                  48
Delaware                     19
District of Columbia          8
Georgia                      55
Idaho                        19
Indiana                      34
Kentucky                    139
Maine                        93
Maryland                    172
Michigan                    361
Nevada                       13
New Hampshire                42
New Jersey                  192
New York                    364
Ohio                        324
Oregon                       77
Pennsylvania                413
```

```
Tennessee                            46
Utah                                 27
Vermont                              13
Virginia                            164
Washington                          148
West Virginia                       133
Wyoming                               1
- -------------------------------------
TOTAL                             3,623
```

                                                                    37

<PAGE>   40
[LOGO]


Rite Aid Corporation
General Offices:
30 Hunter Lane
Camp Hill, PA 17011-2404
http://www.RiteAid.com
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-21
<SEQUENCE>5
<DESCRIPTION>REGISTRANT'S SUBSIDIARIES
<TEXT>

<PAGE>    1

                              EXHIBIT 21


                        Registrant's Subsidiaries


        The following table sets forth certain of the subsidiaries of
the Registrant at March 1, 1997, all of which are wholly-owned and are included
in the consolidated financial statements:


|                              | Organized        |
| Name                         | Under the Laws of |
| ----                         | ----------------- |
| APEX Drugstores Inc.         | Michigan          |
| Eagle Managed Care Corp.     | Delaware          |
| GDF, Inc.                    | Maryland          |
| Gray Drug Fair, Inc.         | Ohio              |
| Keystone Centers, Inc.       | Pennsylvania      |
| Lake Acquisition Corporation | Delaware          |
| Lane Drug Company            | Ohio              |
| Name Rite, Inc.              | Delaware          |
| Ocean Acquisition Corporation | Delaware         |
| Perry Drug Stores, Inc.      | Michigan          |
| PL Xpress, Inc               | Oregon            |
| Rack Rite Distributors, Inc. | Pennsylvania      |
| RAFS, Inc.                   | Delaware          |
| Rite Aid Drug Palace, Inc.   | Delaware          |
| Rite Aid Hdqtrs. Corp.       | Delaware          |
| Rite Aid of Alabama, Inc.    | Alabama           |
| Rite Aid of Connecticut, Inc. | Connecticut      |
| Rite Aid of Delaware, Inc.   | Delaware          |
| Ride Aid of Florida, Inc.    | Florida           |
| Rite Aid of Georgia, Inc.    | Georgia           |
| Rite Aid of Indiana, Inc.    | Indiana           |
| Rite Aid of Kentucky, Inc.   | Kentucky          |
| Rite Aid of Maine, Inc.      | Maine             |
| Rite Aid of Maryland, Inc.   | Maryland          |
```

```
Rite Aid of Massachusetts, Inc.         Massachusetts
Rite Aid of Michigan, Inc.              Michigan
Rite Aid of New Hampshire, Inc.         New Hampshire
Rite Aid of New Jersey, Inc.            New Jersey
Rite Aid of New York, Inc.              New York
Rite Aid of North Carolina, Inc.        North Carolina
Rite Aid of Ohio, Inc.                  Ohio
Rite Aid of Pennsylvania, Inc.          Pennsylvania
Rite Aid of South Carolina, Inc.        South Carolina
Rite Aid of Tennessee, Inc.             Tennessee
Rite Aid of Vermont, Inc.               Vermont
Rite Aid of Virginia, Inc.              Virginia
Rite Aid of Washington, D.C., Inc.      District of Columbia
Rite Aid of West Virginia, Inc.         West Virginia
Rite Aid Realty Corp.                   Delaware
Rite Aid Rome Distribution Center, Inc. New York
Rite Fund, Inc.                         Delaware
Rite Investments, Inc.                  Delaware
Thrifty Corporation                     California
Thrifty PayLess, Inc.                   California
Thrifty Realty Company                  California
WRAC, Inc.                              Pennsylvania
```

At March 1, 1997, the Registrant also had additional wholly-owned subsidiaries,
which considered in the aggregate, would not constitute a significant subsidiary
under Rule 1-02 of Regulation S-X.
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-23
<SEQUENCE>6
<DESCRIPTION>CONSENT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTS
<TEXT>

<PAGE>    1

                        EXHIBIT 23

          CONSENT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS

The Board of Directors
Rite Aid Corporation:


We consent to incorporation by reference in the Registration Statement
(No. 333-08071) on Form S-8 and Registration Statement (No. 333-21207) on
Form S-3 of Rite Aid Corporation of our reports dated April 24, 1997, relating
to the consolidated balance sheets of Rite Aid Corporation and subsidiaries as
of March 1, 1997 and March 2, 1996, and the related consolidated statements of
income, stockholders' equity, and cash flows for each of the years in the
three-year period ended March 1, 1997, and the related schedule, which reports
appear in or are incorporated by reference in the March 1, 1997 Annual Report
on Form 10-K of Rite Aid Corporation.


Our reports on the consolidated financial statements and schedule refer to a
change in the method of accounting for investments in the fiscal year 1995.

                              KPMG Peat Marwick LLP


Harrisburg, Pennsylvania
May 29, 1997
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-27
<SEQUENCE>7

&lt;DESCRIPTION&gt;FINANCIAL DATA SCHEDULE
&lt;TEXT&gt;


&lt;TABLE&gt; &lt;S&gt; &lt;C&gt;


&lt;ARTICLE&gt; 5
&lt;LEGEND&gt;
THIS SCHEDULE CONTAINS SUMMARY FINANCIAL INFORMATION EXTRACTED FROM THE
REGISTRANT'S 1997 ANNUAL REPORT AND IS QUALIFIED IN ITS ENTIRETY BY REFERENCE TO
SUCH FINANCIAL STATEMENTS.
&lt;/LEGEND&gt;
&lt;MULTIPLIER&gt; 1,000

| &lt;S&gt; | &lt;C&gt; |
|---|---|
| &lt;PERIOD-TYPE&gt; | YEAR |
| &lt;FISCAL-YEAR-END&gt; | MAR-01-1997 |
| &lt;PERIOD-END&gt; | MAR-01-1997 |
| &lt;CASH&gt; | 7,042 |
| &lt;SECURITIES&gt; | 0 |
| &lt;RECEIVABLES&gt; | 385,171 |
| &lt;ALLOWANCES&gt; | 14,583 |
| &lt;INVENTORY&gt; | 2,336,659 |
| &lt;CURRENT-ASSETS&gt; | 2,771,499 |
| &lt;PP&E&gt; | 2,669,856 |
| &lt;DEPRECIATION&gt; | 773,786 |
| &lt;TOTAL-ASSETS&gt; | 6,416,981 |
| &lt;CURRENT-LIABILITIES&gt; | 1,172,010 |
| &lt;BONDS&gt; | 2,415,652 |
| &lt;PREFERRED-MANDATORY&gt; | 0 |
| &lt;PREFERRED&gt; | 0 |
| &lt;COMMON&gt; | 129,342 |
| &lt;OTHER-SE&gt; | 2,359,343 |
| &lt;TOTAL-LIABILITY-AND-EQUITY&gt; | 6,416,981 |
| &lt;SALES&gt; | 6,970,201 |
| &lt;TOTAL-REVENUES&gt; | 6,970,201 |
| &lt;CGS&gt; | 5,113,047 |
| &lt;TOTAL-COSTS&gt; | 5,113,047 |
| &lt;OTHER-EXPENSES&gt; | 1,501,754 |
| &lt;LOSS-PROVISION&gt; | 0 |
| &lt;INTEREST-EXPENSE&gt; | 96,473 |
| &lt;INCOME-PRETAX&gt; | 258,927 |
| &lt;INCOME-TAX&gt; | 98,393 |
| &lt;INCOME-CONTINUING&gt; | 160,534 |
| &lt;DISCONTINUED&gt; | 0 |
| &lt;EXTRAORDINARY&gt; | 45,157 |
| &lt;CHANGES&gt; | 0 |
| &lt;NET-INCOME&gt; | 115,377 |
| &lt;EPS-PRIMARY&gt; | 1.25 |
| &lt;EPS-DILUTED&gt; | 1.24 |


&lt;/TABLE&gt;
&lt;/TEXT&gt;
&lt;/DOCUMENT&gt;
&lt;/SEC-DOCUMENT&gt;
-----END PRIVACY-ENHANCED MESSAGE-----

**<u>EXHIBIT F</u>**

CORPORATE PROFILE

Ross Stores, Inc. is an S&P 500, Fortune 500, and Nasdaq 100 (ROST) company headquartered in Dublin, California, with fiscal 2024 revenues of $21.1 billion. Currently, the Company operates Ross Dress for Less® ("Ross"), the largest off-price apparel and home fashion chain in the United States with 1,873 locations in 44 states, the District of Columbia, Guam, and Puerto Rico. Ross offers first-quality, in-season, name brand and designer apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 60% off department and specialty store regular prices every day. The Company also operates 360 dd's DISCOUNTS® stores in 22 states that feature a more moderately-priced assortment of first-quality, in-season, name brand apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 70% off moderate department and discount store regular prices every day. Additional information is available at www.rossstores.com.



LATEST REPORTS

Investor Presentation

10-K

Annual Report

10-Q

TODAY'S QUOTE

ROST (COMMON STOCK)

| | |
|---|---|
| Exchange | NASDAQ (US Dollar) |
| LAST TRADE | **$151.66** |
| Change (%) | +0.93 (+0.62%) |
| Volume | 442,242 |

09/04/25 11:33 am EDT
*Minimum 15 minutes delayed.*
*Source: LSEG LSEG*

EVENTS

Q2 2025 Ross Stores, Inc. Earnings Conference Call
Aug 21, 2025 at 4:15 PM EDT

RECENT NEWS

| | |
|---|---|
| 08/21/25 | Ross Stores Reports Second Quarter Earnings |
| 08/20/25 | Ross Stores Announces Quarterly Dividend |
| 08/07/25 | Ross Stores, Inc. Announces Second Quarter 2025 Earnings Release And Conference Call |
| 07/21/25 | Ross Stores Opens 31 New Locations |

... more news

UPCOMING EVENTS

There are currently no events to display.

... more events

## EXHIBIT G

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark one)

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended February 01, 2025**

or

☐  TRANSITION REPORT PURSUANT TO SECTION 13 or 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number 0-14678

## Ross Stores, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **94-1390387** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **5130 Hacienda Drive, Dublin, California** | **94568-7579** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code    **(925) 965-4400**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol | Name of each exchange on which registered |
|---|---|---|
| **Common stock, par value $.01** | **ROST** | **Nasdaq Global Select Market** |

Securities registered pursuant to Section 12(g) of the Act:
Title of class
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒ Accelerated filer ☐  Non-accelerated filer ☐
Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the voting common stock held by non-affiliates of the Registrant as of August 3, 2024 was $45,630,083,382, based on the closing price on that date as reported by the Nasdaq Global Select Market®. Shares of voting stock held by each director and executive officer have been excluded, in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of shares of Common Stock, $.01 par value, outstanding on March 10, 2025 was 328,821,469.

Documents incorporated by reference:

Portions of the Proxy Statement for the Registrant's 2025 Annual Meeting of Stockholders, which will be filed on or before June 2, 2025, are incorporated herein by reference into Part III.

1

**Ross Stores, Inc.**
Form 10-K
Table of Contents

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 10 |
| Item 1B. | Unresolved Staff Comments | 17 |
| Item 1C. | Cybersecurity | 18 |
| Item 2. | Properties | 19 |
| Item 3. | Legal Proceedings | 21 |
| Item 4. | Mine Safety Disclosures | 21 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 22 |
| Item 6. | Reserved | 25 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 33 |
| Item 8. | Financial Statements and Supplementary Data | 34 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 56 |
| Item 9A. | Controls and Procedures | 56 |
| Item 9B. | Other Information | 57 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 57 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 57 |
| Item 11. | Executive Compensation | 57 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 58 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 58 |
| Item 14. | Principal Accountant Fees and Services | 58 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 59 |
| | Signatures | 60 |
| | Index to Exhibits | 62 |

2

# PART I

## ITEM 1. BUSINESS

Ross Stores, Inc. and its subsidiaries ("we", "our", or the "Company") operate two brands of off-price retail apparel and home fashion stores—Ross Dress for Less® ("Ross") and dd's DISCOUNTS®.

Ross is the largest off-price apparel and home fashion chain in the United States, with 1,831 locations in 43 states, the District of Columbia, and Guam, as of February 1, 2025. Ross offers first-quality, in-season, name brand and designer apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 60% off department and specialty store regular prices every day. Ross' target customers are primarily from middle income households.

We also operate 355 dd's DISCOUNTS stores in 22 states as of February 1, 2025. dd's DISCOUNTS features more moderately-priced first-quality, in-season, name brand apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 70% off moderate department and discount store regular prices every day. The typical dd's DISCOUNTS store is located in an established shopping center in a densely populated urban or suburban neighborhood, and its target customers typically come from households with lower to more moderate incomes.

Both our Ross and dd's DISCOUNTS brands target value-driven customers. The decisions we make, from merchandising, purchasing, and pricing, to the locations of our stores, are based on these customer profiles. We believe that both brands derive a competitive advantage by offering a wide assortment of product within each of our merchandise categories, in organized and easy-to-shop in-store environments.

Our mission is to offer competitive values to our target customers by focusing on the following key strategic objectives:

• Maintain an appropriate level of recognizable brands, labels, and fashions at strong discounts throughout the store.

• Meet customer needs on a local basis.

• Deliver an in-store shopping experience that reflects the expectations of the off-price customer.

• Manage real estate growth to compete effectively across all our markets.

Our fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023 are referred to as fiscal 2024, fiscal 2023, and fiscal 2022, respectively. Fiscal 2023 was a 53-week year. Fiscal 2024 and 2022 were each 52-week years.

### Merchandising, Purchasing, and Pricing

We seek to provide our customers with a wide assortment of first-quality, in-season, brand name and designer apparel, accessories, footwear, and home merchandise for the entire family at savings of 20% to 60% below department and specialty store regular prices every day at Ross, and 20% to 70% below moderate department and discount store regular prices at dd's DISCOUNTS. We aim to sell recognizable brand name merchandise that is on trend and fashionable in each category. New merchandise typically is received from three to six times per week at both Ross and dd's DISCOUNTS stores. Our buyers review their merchandise assortments on a weekly basis, enabling them to respond to selling trends and buying opportunities in the market. Our merchandising strategy is reflected in our marketing, which emphasizes a strong value message. Our stores offer a "treasure-hunt" shopping experience where customers can find great savings every day on a broad assortment of brand name bargains for the family and the home.

**Merchandising.** Our merchandising strategy incorporates a combination of off-price buying techniques to purchase advance-of-season, in-season, and past-season merchandise for both Ross and dd's DISCOUNTS. We believe merchandise with nationally recognized name brands sold at compelling discounts will continue to be an important determinant of our success. We generally leave the brand name label on the merchandise we sell.

3

We establish merchandise assortments that we believe are attractive to our target customers. We generally offer a large selection within each classification of our merchandise, with a wide assortment of vendors, labels, prices, colors, styles, and fabrics within each size or item. Our merchandise offerings include apparel, footwear, home accents and furniture, bed and bath, beauty, accessories, toys, gourmet food, luggage, electronics, pet accessories, jewelry and watches, and cookware.

**Purchasing.** We have a large network of merchandise vendors and manufacturers for both Ross and dd's DISCOUNTS, and believe we have adequate sources of first-quality merchandise to meet our requirements. We purchase the majority of our merchandise directly from manufacturers.

We believe our ability to effectively execute certain off-price buying strategies is a key factor in our success. Our buyers use a number of methods that enable us to offer our customers brand name and designer merchandise at strong discounts every day relative to department and specialty stores for Ross, and to moderate department and discount stores for dd's DISCOUNTS. By purchasing later in the merchandise buying cycle than department, specialty, and discount stores, we are able to take advantage of imbalances between retailers' demand for products and manufacturers' supply of those products.

We typically do not require that vendors or manufacturers provide promotional allowances, co-op advertising allowances, return privileges, drop shipments to stores, or delayed deliveries of merchandise. For most orders, delivery is made to one of our distribution centers. These flexible requirements further enable our buyers to obtain significant discounts on purchases.

The merchandise that we offer in all of our stores is acquired through opportunistic purchases created by manufacturer and brand overruns and canceled orders, both during and at the end of a season ("close-out" purchases), and production direct from brands and factories ("upfront" purchases). We also source merchandise under in-house brands or vendor brands. Upon receipt, merchandise can be shipped to stores in-season or can be stored in our warehouses as "packaway" merchandise.

Packaway merchandise is purchased with the intent that it will be stored in our warehouses until a later date, which may even be the beginning of the same selling season in the following year. Packaway purchases are an effective method of increasing the percentage of prestige and national brands at competitive savings within our merchandise assortments. The timing of the release of packaway inventory to our stores is principally driven by the product mix and seasonality of the merchandise, and its relation to our store merchandise assortment plans. As such, the aging of packaway varies by merchandise category and seasonality of purchase, but typically packaway remains in storage less than six months.

In fiscal 2024, we continued our emphasis on this important sourcing strategy in response to compelling opportunities available in the marketplace. As of February 1, 2025 and February 3, 2024, packaway accounted for approximately 41% and 40% of total inventories, respectively.

Our primary buying offices are located in New York City and Los Angeles, the nation's two largest apparel markets. We also operate a smaller buying office located in Boston. These strategic locations allow our buyers to be in the market frequently, sourcing opportunities and negotiating purchases with vendors and manufacturers. These locations also enable our buyers to strengthen vendor relationships—a key element to the success of our off-price buying strategies.

At the end of fiscal 2024, we had over 800 merchants for Ross and dd's DISCOUNTS combined. The Ross and dd's DISCOUNTS buying organizations are separate and distinct, with each organization led by its own chief merchandising officer with a team of merchandise management, buyers, and assistant buyers. Ross and dd's DISCOUNTS buyers have on average over seven years of experience, including merchandising positions with other retailers. We expect to make continued investments in our merchant organization to further develop our relationships with our manufacturers and vendors. Our ongoing objective is to strengthen our ability to procure the most desirable brands and fashions at competitive discounts.

The off-price buying strategies utilized by our experienced team of merchants enable us to purchase Ross merchandise at net prices that are lower than prices paid by department and specialty stores, and to purchase dd's DISCOUNTS merchandise at net prices that are lower than prices paid by moderate department and discount stores.

9/4/25, 6:2... Case 25-14861-MBK    Doc 2306    Filed 09/04/25 ost-E Entered 09/04/25 21:04:17    Desc Main
Document      Page 118 of 199

4

**Pricing.** We sell brand name merchandise at Ross that is priced 20% to 60% below most department and specialty store regular prices. At dd's DISCOUNTS, we sell more moderate brand name merchandise that is priced 20% to 70% below most moderate department and discount store regular prices. Our pricing is reflected on most of our price tags, which display our selling price as well as the comparable value for that item in department and specialty stores for Ross merchandise, or in more moderate department and discount stores for dd's DISCOUNTS merchandise.

Our pricing strategy at Ross differs from that of a department or specialty store. We purchase our merchandise at lower prices and mark it up less than a department or specialty store. This strategy enables us to offer customers consistently low prices and compelling value. Our buyers review their departments in our stores for possible markdowns based on the rate of sale on a weekly basis, as well as at the end of fashion seasons, to promote faster turnover of merchandise inventory and to accelerate the flow of fresh product to our stores. A similar pricing strategy is in place at dd's DISCOUNTS where prices are compared to those in moderate department and discount stores.

### Stores

As of February 1, 2025, we operated a total of 2,186 stores, comprised of 1,831 Ross stores and 355 dd's DISCOUNTS stores. Our stores are located predominantly in community and neighborhood shopping centers in heavily populated urban and suburban areas. Where the size of the market and real estate opportunities permit, our real estate strategy is to cluster Ross stores with the objective to increase our market penetration and to benefit from economies of scale in advertising, distribution, field management, and other costs. When evaluating a new store location, we consider factors such as the availability and quality of potential sites, demographic characteristics, competition, and population density of the local trade area. In addition, we continue to consider opportunistic real estate acquisitions. Where possible, we obtain sites in buildings requiring minimal alterations, allowing us to establish stores in new locations in a relatively short period of time and at reasonable costs in a given market. We do the same for dd's DISCOUNTS stores.

We believe a key element of our success at both Ross and dd's DISCOUNTS is our organized and easy-to-shop in-store environment, which allows customers to shop at their own pace. While our stores promote a self-service, treasure-hunt shopping experience, the layouts are designed to enhance customer convenience in their merchandise presentation, dressing rooms, checkout, and merchandise return areas. Our store's sales area is based on a prototype single floor design with a racetrack aisle layout. A customer can locate desired departments by signs displayed just below the ceiling of each department. We enable our customers to select among sizes and styles through prominent category and sizing markers. Our stores have shopping carts and/or baskets available at the entrance for customer convenience. Cash registers are primarily located at store exits for customer ease and efficient staffing.

We accept a variety of payment methods. We provide refunds or store credit on all merchandise (not used, worn, or altered) returned with a receipt within 30 days. Merchandise returns having a receipt older than 30 days are exchanged or refunded with store credit.

### Operating Costs

Consistent with the other aspects of our business strategy, we strive to keep operating costs as low as possible. Among the factors which have enabled us to do this are: labor costs that are generally lower than full-price department and specialty stores, due to a store design that creates a self-service retail format and due to the utilization of labor saving technologies; economies of scale with respect to general and administrative costs resulting from centralized merchandising, marketing, and purchasing decisions; and flexible store layout criteria which facilitate conversion of existing buildings to our formats.

### Information Systems

We continue to invest in new information systems and technology to provide a platform for growth over the next several years. Current initiatives include continued enhancements to our stores, supply chain, merchandising, and cybersecurity systems. These initiatives are intended to support future growth, the execution and achievement of our plans, efficiency improvement, ongoing stability, and compliance.

5

**Distribution**

We operate distribution processing facilities where we receive and ship all of our merchandise to our stores. These distribution centers are large, highly automated, and built to suit our specific off-price business model. We also operate warehouse facilities for packaway storage.

We utilize a combination of owned, leased, and third-party cross-dock facilities to distribute merchandise from distribution centers to stores on a regional basis. Shipments are made by contract carriers to the stores three to six times per week depending on location.

We believe that our distribution centers and warehouses with their current expansion capabilities will provide adequate processing and storage capacity to support our near term store growth plans. Information on the size and locations of our distribution centers and warehouse facilities is found in ITEM 2. PROPERTIES.

**Marketing and Advertising**

We use a variety of marketing and advertising media to communicate our value proposition to customers—savings off the same brands carried at department or specialty stores every day. This includes a mix of traditional and streaming television, digital channels, and new store grand openings. We continue to shift our marketing and advertising towards digital channels, including social media, digital video, and digital audio, to reflect changes in media consumption. Our social media strategy includes influencer marketing and user generated content. We believe that a mix of channels and marketing strategies is important to effectively reach our customers.

**Trademarks**

Our principal trademarks are ROSS®, Ross Dress For Less®, and dd's DISCOUNTS®, which are registered in the United States and in certain other countries. We expect our rights in these trademarks to endure in locations where we use them for as long as our use continues.

**Human Capital**

As of February 1, 2025, we had approximately 107,000 total associates, which includes both full- and part-time associates in our stores, distribution centers, and buying and corporate offices. Over 85% of these associates worked in our retail stores. Additionally, we hire temporary associates, especially during peak seasons. We have no associates who are covered by a collective bargaining agreement. Management considers the relationship between the Company and our associates to be strong.

Our associates play essential roles not only in delivering great values to our customers but also in evolving and strengthening the culture at Ross. We strive to have a workforce that reflects our values, supports our business growth, and strengthens our communities. Throughout our organization, we recognize and appreciate the importance of attracting, retaining, and developing our associates, and we have a number of key programs to do so.

**Our culture.** Values start with our people. At Ross, we value integrity, accountability, respect, learning, and humility. We strive to do what is right for our associates, customers, and the communities we serve. We are also committed to promoting an inclusive culture and work environment in which our associates are treated with dignity and respect.

**Talent development.** The professional growth and retention of our associates is important to our success as a business. We identify and enumerate key competencies we believe are critical to our ability to execute our business model and deliver the values our customers expect. We utilize these competencies in the hiring, development, evaluation, and future planning of our teams. We provide training opportunities to help associates grow and build their careers. Our associates, managers, and executives may participate in technical and leadership development activities. We support associates interested in leadership roles by offering opportunities to gain experience and build the skills necessary to advance within the Company.

**Compensation and benefits.** We are dedicated to providing our associates with competitive pay and benefits, a safe working environment, recognition for achievements, channels to share opinions and ideas, opportunities to give back, support for educational advancement, and merchandise and other discounts. We are also continuing to invest in our associates with programs that assist with physical, emotional, and financial wellness.

6

**Diversity, equality, and inclusion.** We care about our associates and the communities we serve. We are committed to building diverse teams and an inclusive culture that respects, values, and celebrates the diversity of backgrounds, identities, and ideas of those who work and shop with us. We are focused on executing strategies to support our commitment to diversity, equality, and inclusion.

**Community and social impact.** We provide our associates the opportunity to give back to their communities and make a social impact through various programs such as our matching gift program, volunteer time off for eligible associates, and a scholarship program for our associates and their dependents.

## Competition

We believe the principal competitive factors in the off-price retail apparel and home fashion industry are offering significant discounts on brand name merchandise, offering a well-balanced assortment that appeals to our target customers, and consistently providing store environments that are convenient and easy to shop. To execute this concept, we continue to make strategic investments in our organization. We also continue to make improvements to our merchandising systems to strengthen our ability to plan, buy, and allocate product to our stores. We operate in an attractive sector of retail which offers both value and convenience. We believe that we are well-positioned within the off-price retail apparel and home fashion industry to compete based on these factors.

Nevertheless, the retail apparel and home fashion markets are highly fragmented and competitive. We face a challenging and rapidly changing macroeconomic and retail environment that creates intense competition for our business from online retailers, department stores, specialty stores, discount stores, warehouse stores, other off-price retailers, and manufacturer-owned outlet stores, many of which are units of large national or regional chains that have substantial resources. The retail apparel and home-related businesses may become even more competitive in the future.

## Seasonality

Although our off-price business is subject to less seasonality than traditional retailers, sales are generally higher during the second half of the year, which includes the back-to-school and holiday seasons.

## Available Information

The internet address for our corporate website is www.rossstores.com. Our Annual Reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, Proxy Statements, and any amendments to those reports are made available free of charge on or through the Investors section of our corporate website, promptly after being electronically filed with the Securities and Exchange Commission. Our annual Corporate Social Responsibility Report is found in the Social Responsibility section of our corporate website. That report and the other information found on our corporate website are not part of this report or of any other report or regulatory filing we file with or furnish to the Securities and Exchange Commission.

7

## Executive Officers of the Registrant

The following sets forth the names and ages of our executive officers, indicating each person's principal occupation or employment during at least the past five years. The term of office is at the discretion of our Board of Directors.

| Name | Age | Position |
|------|-----|----------|
| Michael Balmuth | 74 | Executive Chairman |
| James G. Conroy | 55 | Chief Executive Officer |
| Michael J. Hartshorn | 57 | Group President, Chief Operating Officer |
| Michael Kobayashi | 60 | President, Chief Capability Officer |
| Karen Fleming | 58 | President, Chief Merchandising Officer – Ross Dress for Less |
| Karen Sykes | 64 | President, Chief Merchandising Officer – dd's DISCOUNTS |
| Stephen Brinkley | 52 | President, Operations |
| Adam Orvos | 60 | Executive Vice President, Chief Financial Officer |

Mr. Balmuth has served as Executive Chairman since September 2023 and also rejoined our Board of Directors at that time. Prior to rejoining the Board in 2023, Mr. Balmuth had served on the Board from 1996 to 2021. Previously, he served as Strategic Advisor of the Company from 2021 to 2023, Chairman of the Board and Senior Advisor from 2019 to 2021, and Executive Chairman from 2014 to 2019. He was also Vice Chairman of the Board of Directors and Chief Executive Officer for 18 years from 1996 to 2014, during which time he also served as President from 2005 to 2009. Prior to this, Mr. Balmuth was Executive Vice President, Merchandising from 1993 to 1996 and Senior Vice President and General Merchandise Manager from 1989 to 1993. Before joining Ross, he was Senior Vice President and General Merchandising Manager at Bon Marché in Seattle from 1988 to 1989 and Executive Vice President and General Merchandising Manager for Karen Austin Petites from 1986 to 1988.

Mr. Conroy joined the Company in December 2024 as Chief Executive Officer – Elect and has served as Chief Executive Officer since February 2025. Previously, he served as President and Chief Executive Officer of Boot Barn Holdings, Inc. from 2012 to November 2024. Prior to this, Mr. Conroy was with Claire's Stores, Inc. from 2007 to 2012, where he served as Chief Operating Officer and Interim Co-Chief Executive Officer in 2012, President from 2009 to 2012, and Executive Vice President from 2007 to 2009. From 2001 to 2007, Mr. Conroy served in various consulting roles, including with Kurt Salmon Associates and Deloitte Consulting. Previously, Mr. Conroy held several roles with consumer, entertainment, and consulting companies.

Mr. Hartshorn has served as Group President and Chief Operating Officer since 2019 and a member of the Board of Directors since 2021. Previously, he was Group Executive Vice President, Finance and Legal, Chief Financial Officer in 2019; Executive Vice President, Chief Financial Officer from 2018 to 2019; Group Senior Vice President, Chief Financial Officer from 2015 to 2018; Senior Vice President and Chief Financial Officer from 2014 to 2015; and Senior Vice President and Deputy Chief Financial Officer from 2012 to 2014. He was also Group Vice President, Finance and Treasurer from 2011 to 2012, and Vice President, Finance and Treasurer from 2006 to 2011. From 2002 to 2006, he held a number of management roles in the Ross IT and supply chain organizations. He initially joined the Company in 2000 as Director and Assistant Controller. For seven years prior to joining Ross, Mr. Hartshorn held various financial roles at The May Department Stores Company.

Mr. Kobayashi has served as President and Chief Capability Officer since 2022. He will leave his officer position on March 31, 2025, at which time he will transition to an advisor role. Prior to his current role, he served as President, Operations and Technology from 2019 to 2022; Group Executive Vice President, Supply Chain, Merchant Operations, and Technology from 2014 to 2019; and Executive Vice President, Supply Chain, Allocation, and Chief Information Officer from 2010 to 2014. Previously, he was Group Senior Vice President, Supply Chain and Chief Information Officer from 2008 to 2010, and Senior Vice President and Chief Information Officer from 2004 to 2008. Prior to joining Ross, Mr. Kobayashi was a Partner with Accenture, providing consulting services to clients in Accenture's Retail & Consumer Goods practice.

8

Ms. Fleming has served as President and Chief Merchandising Officer – Ross Dress for Less since December 2024. She held the corresponding role at dd's DISCOUNTS earlier in that year. Previously, she served as Group Executive Vice President, Merchandising at dd's DISCOUNTS since 2023 and Executive Vice President, Merchandising at dd's DISCOUNTS since 2022. Prior to this, Ms. Fleming served as Group Senior Vice President of Merchandising from 2018 to 2022 and Senior Vice President of Merchandising from 2015 to 2018. Prior to that, she held various merchandising positions since joining the Company in 1999.

Ms. Sykes has served as President and Chief Merchandising Officer – dd's DISCOUNTS since December 2024. Previously, she served as Executive Vice President of Merchandising at Ross Dress for Less since 2022. From 2018 to 2022, Ms. Sykes served as Group Senior Vice President of Merchandising. She served as Senior Vice President of Merchandising from 2010 to 2018. Before this, she held various merchandising positions since joining the Company in 1992.

Mr. Brinkley has served as President, Operations since 2023. Prior to joining Ross, he served as President of SportChek, a subsidiary of Canadian Tire Corporation, since 2020 and as Senior Vice President, Stores from 2019 to 2020. Previously, he held roles at Save A Lot Food Stores Ltd. as Executive Vice President and Chief Operating Officer from 2017 to 2019 and before that as Senior Vice President, Corporate Store Operations since 2017. He also held several store and field management positions during his 14-year tenure at Target Corporation.

Mr. Orvos has served as Executive Vice President and Chief Financial Officer since 2021. He will leave his officer position at the end of September 2025 when he retires from the Company. Mr. Orvos joined Ross in 2021 as Group Senior Vice President, Supply Chain Administration. Prior to joining Ross, Mr. Orvos served as Senior Vice President, Retail Finance and Global Financial Planning and Analysis at Lowe's from 2019 to 2020; Chief Financial Officer and Chief Operating Officer at Neiman Marcus from 2018 to 2019; and Executive Vice President, Retail and then Chief Executive Officer at Total Wine & More from 2016 to 2017. Mr. Orvos held several senior management positions at Belk Department Stores from 2006 to 2016, where he eventually became its Chief Financial Officer. For almost 20 years prior to this, Mr. Orvos held various financial roles at The May Department Stores Company, including Chief Financial Officer of their Foley's division.

9

## ITEM 1A. RISK FACTORS

Our fiscal 2024 Annual Report on Form 10-K and information we provide in our Annual Report to Stockholders, press releases, and other investor communications, including those on our corporate website, may contain forward-looking statements with respect to anticipated future events, our projected future financial performance, operations, competitive position, and our planned growth, that are all subject to risks and uncertainties that could cause our actual results to differ materially from those forward-looking statements and from our prior expectations and projections. Refer to Management's Discussion and Analysis for a more complete identification and discussion of "Forward-Looking Statements."

Our financial condition, results of operations, cash flows, and the performance of our common stock may be adversely affected by a number of risk factors. Risks and uncertainties that apply to both Ross and dd's DISCOUNTS include, without limitation, the following:

### MACROECONOMIC AND RETAIL INDUSTRY BUSINESS RISKS

**We are subject to impacts from changes in the macroeconomic environment, financial and credit markets, geopolitical conditions, and government regulation or policy. Continuing inflation, tariff increases (or threats of increases), potential supply chain disruptions, and other external events may have significant negative effects on our costs, and also on consumer confidence, shopping behavior, and spending, which may adversely affect our sales and profitability.**
Elevated inflation, government policy and regulatory changes (including trade and tariff changes and threats of changes), geopolitical conflicts, bank failures, public health crises, and other potential, adverse developments and related uncertainties, could reduce demand for our merchandise, disrupt our buying patterns, increase our cost of goods, freight, and payroll, decrease our inventory turnover, cause greater markdowns, and negatively affect our sales and margins. All of our stores are located in the United States and its territories, so we are especially susceptible to changes in the U.S. economy and trade policy.

Consumer spending levels and shopping behaviors for the merchandise we sell are affected by many external macroeconomic factors. Elevated inflation, including increased fuel and energy costs, food prices, interest rates, and housing costs, wage rates, unemployment levels, availability of consumer credit, consumer debt levels, income tax rates and the timing of tax refunds, and various government policies and practices (including immigration), and the resulting effects on consumers' disposable income and consumer confidence in future economic conditions all have an impact on consumer spending habits for our merchandise.

**Changes and uncertainty in U.S. trade or tax policy regarding apparel and home-related merchandise produced in other countries could adversely affect our business.**
A predominant portion of the apparel and other goods we sell is originally manufactured in other countries. The U.S. government has indicated a willingness to significantly change existing trade policies. This exposes us to risks of disruption and cost increases in our established patterns for sourcing our merchandise and creates increased uncertainties in planning our sourcing strategies and forecasting our margins. Changes in tariffs, quotas, trade relationships, or tax provisions that reduce the supply or increase the relative cost of goods produced in other countries could increase our cost of goods and/or increase our effective tax rate. Although such changes would have implications across the entire industry, we may fail to effectively adapt and manage the adjustments in strategy that would be necessary in response to those changes. In addition to the general uncertainty and overall risk from potential changes in laws and policies, as we make business decisions in the face of uncertainty as to potential changes, we may incorrectly anticipate the outcomes, miss out on business opportunities, or fail to effectively adapt our business strategies and manage the adjustments that are necessary in response to those changes. These risks could adversely affect our revenues and expenses, increase our effective tax rates, and reduce our profitability and market share.

10

**Competitive pressures in the apparel and home-related merchandise retailing industry are high.**

The retail industry is highly competitive and the marketplace is fragmented, as many different retailers compete for market share by utilizing a variety of store and online formats and merchandising strategies. We expect competition to increase in the future. There are limited economic barriers for others to enter the off-price retail sector. We compete for customers, associates, store locations, and merchandise with other off-price retailers, traditional department stores, mass merchandisers, specialty stores, online and catalog businesses, and other local, regional, and national retailers. Our retail competitors constantly adjust their pricing, business strategies, and promotional activity (particularly during holiday periods) in response to changing market conditions or their own financial condition. The substantial sales growth in e-commerce has also encouraged the entry of many new competitors, new business models, and an increase in competition from established companies looking for ways to create successful online shopping alternatives. Intense pressures from our competitors, our inability to adapt effectively and quickly to a changing competitive landscape, or a failure to effectively execute our off-price model, could reduce demand for our merchandise, decrease our inventory turnover, cause us to take greater markdowns, and negatively affect our sales and margins.

**Unexpected changes in the level of consumer spending on or preferences for apparel and home-related merchandise could adversely affect us.**

Our success depends on our ability to effectively buy and sell merchandise that meets customer demand. We continually work to identify customer trends and preferences, and to obtain merchandise inventory to meet anticipated customer needs. It is very challenging to successfully do this well and consistently across our diverse merchandise categories and in the multiple markets in which we operate throughout the United States and its territories. Although our off-price business model provides us certain advantages and may allow us greater flexibility than traditional retailers have in adjusting our merchandise mix to ever-changing consumer tastes, our merchandising decisions may still fail to correctly anticipate and match consumer trends and preferences, particularly in our newer geographic markets. Failure to correctly anticipate and match the trends, preferences, and demands of our customers could adversely affect our business, financial condition, and operating results.

**Adverse or unseasonable weather may affect shopping patterns and consumer demand for seasonal apparel and other merchandise, and may result in temporary store closures and disruptions in deliveries of merchandise to our stores.**

Unseasonable weather and prolonged, extreme temperatures, as well as events such as storms, affect consumers' buying patterns and willingness to shop, and may adversely affect the demand for merchandise in our stores, particularly in apparel and seasonal merchandise. Among other things, weather conditions may also affect our ability to deliver our products to our stores or require us to close certain stores temporarily, thereby reducing store traffic. Even if stores are not closed, many customers may be unable to go, or may decide to avoid going to stores in bad weather. As a result, adverse or unseasonable weather in any of our markets could lead to lower-than-expected sales and cause us to increase our markdowns, which may negatively affect our sales and margins.

**We may experience volatility in sales and earnings.**

Our business has slower and busier periods based on holiday and back-to-school seasons, weather, and other factors. We may experience unexpected decreases in sales from time to time, which could result in increased markdowns and reduced margins. If sales in a certain period are lower than our plans, we may not be able to adjust operating expenses concurrently, which could adversely affect our operating results.

11

## STRATEGIC RISKS

**We depend on the market availability, quantity, and quality of attractive brand name merchandise at desirable discounts, and on the ability of our buyers to source and purchase merchandise to enable us to offer customers a wide assortment of merchandise at competitive prices.**

Opportunistic buying, lean inventory levels, and frequent inventory turns are critical elements of our off-price business strategy. Maintaining an overall pricing differential to our competitors is also key to our ability to attract customers and sustain our sales and gross margins. Our opportunistic buying places considerable discretion with our merchants, who are in the marketplace continually and who are generally purchasing merchandise for the current or upcoming season. Our ability to meet or exceed our operating performance targets depends upon the continuous, sufficient availability of high quality merchandise that we can acquire at prices sufficiently below those paid by conventional retailers and that will represent a value to our customers. To the extent that certain of our vendors are better able to manage their inventory levels and reduce the amount of their excess inventory, the amount of high quality merchandise available to us could be materially reduced. To the extent that certain of our vendors decide not to sell to us or go out of business, the amount of high quality merchandise available to us could also be materially reduced. Because a significant portion of the apparel and other goods we sell is originally manufactured in other countries, constraints on the availability of shipping capacity, changes in transportation or tariff costs, trade relationships or tax policies, geopolitical conflicts, natural disasters, or public health issues, that reduce the supply or increase the relative cost of imported goods, could also result in disruptions to our supply relationships. Cost increases, shortages, delays, or disruptions in the availability to us of high quality, value-priced merchandise could have a material adverse effect on our sales and margins.

**Our inability to continually attract, train, and retain associates with the retail talent necessary to execute our off-price retail strategies, as well as labor shortages, increased turnover, or increased labor costs could adversely affect our operating results.**

Like other retailers, we face challenges in recruiting and retaining sufficient talent in our buying organization, management, stores, distribution centers, and other key areas. Many of our retail store associates are in entry level or part-time positions with elevated rates of turnover. Our ability to control labor costs is subject to numerous external factors, including prevailing wage rates and health and other insurance costs, potential labor organizing activities, as well as the impact of legislation or regulations governing minimum wage or healthcare benefits.

Any increase in labor costs may adversely impact our profitability or, if we fail to pay competitive wages, may result in increased turnover. Excessive turnover may result in higher costs associated with finding, hiring, and training new associates. If we cannot hire enough qualified associates, or if there is a disruption in the supply of personnel we hire from third-party providers, especially during our peak seasons, our operations could be negatively impacted.

Because of the distinctive nature of our off-price model, we must also attract, train, and retain our key associates across the Company, especially within our buying organization. The loss of one or more of our key personnel or the inability to effectively identify and successfully transition suitable successors for key roles could have a material adverse effect on our business. There is no assurance that we will be able to attract or retain highly qualified associates in the future and any failure to do so could have a material adverse effect on our growth, operations, or financial position.

**We need to obtain acceptable new store sites with favorable consumer demographics to achieve our planned growth.**

Successful growth requires us to find appropriate real estate sites in our targeted market areas. We compete with other retailers and businesses for acceptable store locations. For the purpose of identifying locations, we rely on consumer demographics. While we believe consumer demographics are helpful indicators of acceptable store locations, we recognize that this information cannot predict future consumer preferences and buying trends with complete accuracy. Time frames for negotiations and store development vary from location to location and can be subject to unforeseen delays or unexpected cancellations. We may not be able to open new stores or, if opened, operate those new stores profitably. Construction and other delays in store openings could have a negative impact on our business and operating results. Additionally, we may not be able to renegotiate our current lease terms which could negatively impact our operating results. New stores may not achieve the same sales or profit levels as our existing stores and adding stores to existing markets may adversely affect the sales and profitability of other existing stores. If we cannot acquire sites on attractive terms, it could limit our ability to grow or adversely affect the economics of our new stores in various markets.

9/4/25, 6:26 AM Case 25-14861-MBK Doc 2306 Filed 09/04/25 Post-Entered 09/04/25 21:04:17 Desc Main Document Page 129 of 199

12

**To achieve growth, we need to expand in existing markets and enter new geographic markets.**

Our growth strategy is based on successfully expanding our off-price model in current markets and in new geographic regions. There are significant risks associated with our ability to continue to expand our current business and to enter new markets. Stores we open in new markets may take longer to reach expected sales and profit levels on a consistent basis, and may have higher construction, occupancy, advertising, or operating costs than stores we open in existing markets, thereby affecting our overall profitability. New markets may have competitive conditions, consumer tastes, and discretionary spending patterns that are more difficult to predict or satisfy than our existing markets. Our limited operating experience and limited brand recognition in new markets may require us to build brand awareness in that market through greater investments in marketing, advertising, and promotional activity than we originally planned. We may find it more difficult in new markets to hire, motivate, and retain qualified associates.

**We are subject to risks associated with importing and selling merchandise produced in other countries.**

Risks in importing and selling such merchandise include tariffs and quotas, economic and supply chain uncertainties and adverse economic conditions (including shipping capacity limitations, cost increases, inflation, recession, and exchange rate fluctuations), foreign government regulations, employment and labor matters, concerns relating to human rights, working conditions, and other issues in factories or countries where merchandise is produced, transparency of sourcing and supply chains, exposure on product warranty and intellectual property issues, consumer perceptions of the safety of imported merchandise, geopolitical conflict (including wars and fears of war), political unrest, natural disasters, regulations to address climate change, and trade restrictions.

A predominant portion of the apparel and other goods we sell (even when we purchase it domestically, often as excess inventory sold to us by a domestic vendor) is originally manufactured in other countries. In addition, we directly source a portion of the products sold in our stores from foreign vendors, predominantly in Asia (including China). We also buy products that originate from foreign sources indirectly through domestic vendors and manufacturers' representatives. Although our foreign purchases of merchandise are negotiated and paid for in U.S. dollars, tariffs or other import duties, or decreases in the value of the U.S. dollar relative to foreign currencies could increase the cost of products we purchase from overseas vendors. When we are the importer of record, we may be subject to regulatory or other requirements similar to those applicable to a manufacturer.

To the extent that our vendors are located overseas or rely on overseas sources for a large portion of their products, any event causing a disruption, delay, or increase in the cost of imports, including imposition of import or other restrictions such as product detention, war, acts of terrorism, natural disasters, or public health issues could adversely affect our business. The flow of merchandise from our vendors could also be adversely affected by global shipping capacity limitations, labor stoppages, or by financial or political instability in any of the countries in which the goods we purchase are manufactured. Trade restrictions in the form of tariffs or quotas, or both, applicable to the products we sell could also affect the importation of those products and could increase the cost and reduce the supply of products available to us. We cannot predict whether any of the countries from which our products are sourced, or in which our products are currently manufactured or may be manufactured in the future, will be subject to trade restrictions imposed by the U.S. or foreign governments or the likelihood, type, or effect of any such restrictions.

**Our ability to effectively advertise and market our business could impact customer traffic and demand for our merchandise.**

Customer traffic and demand for our merchandise is influenced by our advertising and marketing activities, the name recognition and reputation of our brands, and the location of our stores. Although we use a variety of marketing and advertising mediums to attract customers to our stores, particularly through a mix of traditional and streaming television, digital channels (including social media), and new store grand openings, our competitors may spend more or use different approaches, which could provide them with a competitive advantage. Our advertising and other promotional programs may not be effective or may be perceived negatively, or could require increased expenditures, any of which could adversely affect sales or increase costs.

13

## OPERATIONAL RISKS

**In order to achieve our planned gross margins, we must effectively manage our inventories, markdowns, and inventory shortage.**
We purchase the majority of our inventory based on our sales plans. If our actual demand is lower than our sales plans at our intended price points, we may experience excess inventory levels and need to take markdowns on excess or slow-moving inventory, resulting in decreased profit margins. We also may have insufficient inventory to meet customer demand, leading to lost sales opportunities.

As a regular part of our business, we purchase "packaway" inventory with the intent that it will be stored in our warehouses until a later date. The timing of the release of packaway inventory to our stores is principally driven by the product mix and seasonality of the merchandise, and its relation to our store merchandise assortment plans, but it typically remains in storage less than six months. Packaway inventory is frequently a significant portion of our overall inventory. If we make packaway purchases that do not align with consumer preferences at the later time of release to our stores, we could have significant inventory markdowns. Changes in packaway inventory levels could impact our operating cash flow. Although we have various systems to help protect against loss or theft of our inventory, both when in storage and once distributed to our stores, we may have damaged, lost, or stolen inventory (called "shortage") in higher amounts than we forecast, which would result in write-offs, lost sales, and reduced margins.

**Information or data security breaches, including cyberattacks on our transaction processing and computer information systems (including malware intrusion, data exfiltration, identity theft, and other types of cybersecurity threats), could disrupt our operations, result in theft or unauthorized disclosure of our confidential and valuable business information or credit card and other customer information, and could adversely affect our business, disrupt our operations, damage our reputation, increase our costs, and create significant legal exposure.**
Like other large retailers, we rely on commercially available computer and telecommunications systems to process, transmit, and store payment card and other personal and confidential information, and to provide information or data security for those transactions. Many of the key information systems and processes we use to handle payment card transactions and check approvals, and the levels of security technology utilized in payment cards, are controlled by the banking and payment card industry, not by us. Cybercriminals may attempt to penetrate our point of sale and other transaction processing information systems to misappropriate customer or business information, including but not limited to credit/debit card, personnel, or trade information.

Cybercriminals (including state-sponsored actors) may attempt to penetrate our information systems, including supply chain and logistics systems, to deprive us from access to necessary business information and to disrupt our operations, as part of so-called "ransomware" extortion activity or otherwise. A disruption within our logistics or supply chain network could adversely affect our ability to timely and efficiently transport merchandise to our stores or our distribution centers, which could impair our ability to meet customer demand for products and result in lost sales or increased supply chain costs.

Despite security measures we have in place, and our efforts to prevent, monitor, and mitigate attacks and errors, our facilities and systems (or those of third-party service providers we utilize or connect to) may be vulnerable to security breaches, acts of vandalism, computer viruses, misplaced or lost data, programming and/or human errors, phishing, ransomware attacks, and similar fraudulent attacks, or other similar events. It is also possible that an associate within our Company, or at a third party we do business with, may purposefully or inadvertently cause a security breach involving such information. The increasing sophistication of cybercriminals, the increased potential for cyberattacks, the advances in computer capabilities and artificial intelligence ("AI"), and remote access increases these risks. A breach of our information or data security, a system shut down or other response we may take, or our failure or delay in detecting and mitigating a system breach and a loss of personal or business information, could result in damage to our reputation, loss of customer confidence, violation (or alleged violation) of applicable laws (including laws relating to consumer data protection and privacy, and required notifications of data security breaches), and expose us to civil claims, litigation, and regulatory action, and to unanticipated costs and disruption of our operations.

14

**Disruptions in our supply chain or in our information systems could impact our ability to process sales and to deliver product to our stores in a timely and cost-effective manner.**

Various information systems are critical to our ability to operate and to manage key aspects of our business. We depend on the integrity, continuous availability, and consistent operations of these systems to process transactions in our stores, track inventory flow, manage merchandise allocation and distribution logistics, generate performance and financial reports, and support merchandising decisions.

We are currently making, and will continue to make, technology investments to improve or replace information processes and systems that are key to managing our business. We must monitor and choose sound investments and implement them at the right pace. The risk of system disruption is increased whenever significant system changes are undertaken. An excessive rate of technological change could detract from the effectiveness of adoption and could make it more difficult for us to realize benefits from new technology. Poorly targeting opportunities, failing to make good investments, or making an investment commitment significantly above or below our needs could damage our competitive position and adversely impact our business and results of operations. Additionally, the potential problems and interruptions associated with implementing technology system changes could disrupt or reduce the efficiency of our operations in the short term. These initiatives might not provide us with the anticipated benefits, or may provide them on a delayed schedule or at a higher cost.

Our information systems, including our back-up systems, are subject to damage or interruption from power outages, computer and telecommunications failures, cyberattacks, computer viruses, internal or external security breaches, catastrophic events such as severe storms, fires, earthquakes, floods, acts of terrorism, and design or usage errors by our associates or by third parties. If our information systems or our back-up systems are damaged or cease to function properly, we may have to make significant investments to fix or replace them, and we may suffer interruptions in our operations in the interim. Any material interruption in our computer systems could have a material adverse effect on our business and results of operations.

A disruption within our logistics or supply chain network could adversely affect our ability to timely and efficiently transport merchandise to our stores or our distribution centers, which could impair our ability to meet customer demand for products and result in lost sales or increased supply chain costs. Such disruptions may result from public health issues such as pandemics, cyberattacks, damage or destruction to our distribution centers, weather-related events, natural disasters, trade restrictions, tariffs, third-party strikes or ineffective cross-dock operations, work stoppages or slowdowns, shipping capacity constraints, supply or shipping interruptions, or other factors beyond our control. Any such disruptions could negatively impact our financial performance or financial condition.

**Damage to our corporate reputation or brands could adversely affect our sales and operating results.**

Our reputation is partially based on perceptions of various subjective qualities and overall integrity. Any incident that erodes the trust or confidence of our customers or the general public could adversely affect our reputation and business, particularly if the incident results in significant adverse publicity or governmental inquiry. Such an incident could also include alleged acts or omissions by, or situations involving, our vendors (or their contractors or subcontractors), the landlords for our stores, or our associates outside of work, and may pertain to social or political issues or protests largely unrelated to our business. Similarly, our responses to events or crises and our position (or perceived lack of position) on environmental, social, and governance ("ESG") matters, such as sustainability, corporate social responsibility, diversity, equality, and inclusion ("DE&I"), responsible sourcing, and any perceived lack of transparency about those matters could harm our reputation, receive negative feedback from stakeholders, including our customers and investors, and could adversely affect our sales.

The use of social media and other online platforms, including blogs, applications, websites, and other forms of internet-based communications, which allow individuals access to a broad audience of consumers and other interested persons, continues to increase. The availability of information (whether correct or erroneous) on social media and other online platforms is virtually immediate, as is its impact. Many social media and other online platforms immediately publish the content their subscribers and participants post, often without filters or checks on accuracy of the content. The opportunity for dissemination of information, including inaccurate information, is seemingly limitless and readily available. Information concerning our Company may be posted on such platforms at any time. Information posted may be adverse to our interests or may be inaccurate, which could negatively affect our sales, diminish customer trust, reduce employee morale and productivity, and lead to difficulties in recruiting and retaining qualified associates. The harm may be immediate, without affording us an opportunity for redress or correction.

15

**To support our continuing operations, our new store and distribution center growth plans and other capital investment plans, our stock repurchase program, our debt repayments, and our quarterly dividends, we must maintain sufficient liquidity.**

We depend upon our operations to generate strong cash flows to support our general operating activities, and to finance our operations, make capital expenditures and acquisitions, manage our debt levels, and return value to our stockholders through stock repurchases and dividends. Disruptions to our operations may occur, nationally, regionally, or in specific locations. If we are unable to generate sufficient cash flows from operations to support our activities, our growth plans and our financial performance would be adversely affected.

If our access to capital is restricted or our borrowing costs increase, our operations and financial condition could be adversely impacted. In addition, if we do not properly allocate our capital resources to maximize returns, our operations, cash flows, and returns to stockholders could be adversely affected.

**A natural or man-made disaster in a region where we have a concentration of stores, offices, or a distribution center could harm our business.**

We have a concentration of store locations in the states of California, Texas, and Florida; together those states include almost 50% of our stores. More than half of our distribution center and warehouse capacity, approximately 22% of our stores, and our corporate headquarters, are located in California. Natural or other disasters, such as wildfires, earthquakes, hurricanes, tornadoes, floods, or other extreme weather and climate conditions, or fires, explosions, and acts of war or terrorism, or public health issues, in any of our markets could disrupt our operations or our supply chain, or could shut down, damage, or destroy our stores or distribution facilities.

## COMPLIANCE, REGULATORY, AND LEGAL RISKS

**Consumer problems or legal issues involving the quality, safety, or authenticity of products we sell could harm our reputation, result in lost sales, and/or increase our costs.**

Various governmental authorities regulate the quality and safety of merchandise we sell. These regulations and related laws frequently change, and the ultimate cost of compliance cannot be precisely estimated. Because of our opportunistic buying strategies, we sometimes obtain merchandise in new categories or from new vendors we have not previously dealt with. Although our vendor arrangements typically place contractual responsibility on the vendor for resulting liability and we generally rely on our vendors to provide authentic merchandise that matches the stated quality attributes and complies with applicable product safety and other laws, any non-compliance with consumer product safety laws may subject us to product recalls, make certain products unsalable, or require us to incur significant compliance costs.

We require our vendors (for both import and domestic purchasing) to contractually confirm that they adhere to various conduct, compliance, and other requirements, including those relating to environmental, employment and labor (including wages and working conditions), health, safety, and anti-bribery standards. From time to time, our vendors, their contractors, or their subcontractors may be alleged to not be in compliance with these standards or with applicable local laws. Although we have implemented policies and procedures to promote compliance with laws and regulations relating to doing business in foreign markets and importing merchandise, and to monitor the compliance of our suppliers, this does not guarantee that suppliers and other third parties with whom we do business will not violate (or not allegedly violate) such laws and regulations or our policies. Significant or continuing non-compliance (or alleged non-compliance) with such standards and laws by one or more vendors could have a negative impact on our reputation, could subject us to claims and liability, and could have an adverse effect on our results of operations.

Regardless of fault, any real or perceived issues with the quality and safety of merchandise we offer (particularly products such as food and children's items), issues with the authenticity of merchandise, or our inability or that of our vendors, to comply on a timely basis with laws and regulatory requirements, could adversely affect our reputation, result in lost sales, inventory write-offs, uninsured product liability or other legal claims, penalties or losses, merchandise recalls, and increased costs.

**An adverse outcome in various legal, regulatory, or tax matters could damage our reputation or brand and increase our costs.**

As an ordinary part of our business, we are involved in various legal proceedings, regulatory reviews, tax audits, and/or other legal matters. These may include lawsuits, inquiries, demands, or other claims or proceedings by governmental entities and private plaintiffs, including those relating to employment and employee benefits (including

classification, employment rights, discrimination, harassment, wage and hour, and retaliation), workplace safety, securities, real estate, tort, commercial, consumer protection, privacy, product compliance and safety, advertising, environmental, comparative pricing, product labeling, intellectual property, tax, escheat, and whistle-blower claims. We continue to be involved in a number of employment-related lawsuits, including class/representative actions which are primarily in California.

We are subject to federal, state, and local rules and regulations in the United States, and to various international laws, which change from time to time. These legal requirements collectively affect multiple aspects of our business, including the cost of health care, workforce management and employee benefits, minimum wages, advertising, comparative pricing, import/export, sourcing and manufacturing, data protection (including customer and associate data privacy, choice, and notification rights), intellectual property, and others. If we fail to comply (or are alleged not to comply) with any of these requirements, we may be subject to fines, settlements, penalties, or other costs. In addition, an adverse outcome (or the adverse publicity from the claims) in any of these matters may damage our reputation or brand. We are also subject to the continuous examination of our tax returns and reports by federal, state, and local tax authorities and these examining authorities may challenge positions we take.

Significant judgment is required in evaluating and estimating our tax provisions and reserves for legal claims. Actual results may differ, and our costs may exceed the reserves we establish in estimating the probable outcomes. In addition, applicable accounting principles and interpretations may change from time to time, and those changes could have material effects on our reported operating results and financial condition.

## ITEM 1B. UNRESOLVED STAFF COMMENTS

Not applicable.

17

## ITEM 1C. CYBERSECURITY RISK

## RISK MANAGEMENT AND STRATEGY

We have a cybersecurity program that is intended to assess, identify, and manage material risks from cybersecurity threats to our business. Our program includes policies and procedures for detection, assessment, response, mitigation, remediation, and reporting of cybersecurity incidents and threats. Overall, our cybersecurity program is a strategic component of our company-wide risk management framework and activities.

Our cybersecurity program is led by our Information Technology (IT) team. The IT team is principally responsible for developing, managing, and implementing our cybersecurity risk assessment processes, maintaining and implementing our incident response plans, selecting and implementing security controls, providing cybersecurity training, performing ongoing threat analysis, and responding to cybersecurity threats and incidents. The cybersecurity program also draws upon a combination of industry frameworks, including the National Institute of Standards and Technology (NIST) Cybersecurity Framework, that are designed to help companies measure their security posture, reduce cybersecurity risks, and provide guidance for implementing effective security controls.

Our risk management approach and processes for cybersecurity extend to assessing and managing risks from cybersecurity threats associated with our use of third-party service providers, by employing vetting processes, including the conducting of security assessments and monitoring activities, to verify that third-party service providers adhere to our policies and contractual requirements.

In addition, we engage and work with a range of third-party advisors, including cybersecurity consultants, legal counsel, and auditors, to help us assess, test, and otherwise assist in the development and review of our cybersecurity processes. These relationships enable us to benefit from specialized knowledge and insights to help inform our cybersecurity strategies.

As of the date of this filing, to our knowledge, our business strategy, results of operations, and financial condition have not been materially affected by risks from cybersecurity threats or previously identified cybersecurity incidents, but there is no assurance that we will not be materially affected in the future by such risks or future incidents. For more information on our cybersecurity related risks, see ITEM 1A. RISK FACTORS.

## GOVERNANCE

Our Board of Directors exercises general oversight of our risk management activities, including our cybersecurity program. With respect to risks related to cybersecurity, our Board of Directors has delegated the primary oversight responsibility to the Audit Committee. The Audit Committee, along with management, reports to the full Board of Directors on these matters throughout the year.

The Audit Committee receives quarterly cybersecurity reports and engages directly with our management team, including our Chief Information Officer (CIO) and Chief Information Security Officer (CISO), on cybersecurity risk management and related risk topics, including incident response and recovery protocols, associate trainings and awareness, recent Company and industry developments, and our related compliance programs and practices. Our cybersecurity program and practices are also evaluated through various internal and third-party audits and assessments, with the results reported to the Audit Committee.

Our CIO and CISO are principally responsible for assessing and managing our material risks from cybersecurity threats. They lead efforts to prevent, identify, detect, mitigate, and remediate material cybersecurity risks and incidents through various means, including by receiving alerts and reports produced by security tools deployed in our IT systems. Together, our CIO and CISO have decades of experience in cybersecurity and in retail, including leadership experience in cybersecurity risk management, incident response and recovery, compliance, governance, IT systems and technology, and overall cyber defense methodologies.

9/4/25, 6:20 AM Case 25-14861-MBK    Doc 2306    Filed 09/04/25 ost-Entered 09/04/25 21:04:17    Desc Main
Document    Page 138 of 199

18

**ITEM 2. PROPERTIES**

At February 1, 2025, we operated a total of 2,186 stores, of which 1,831 were Ross stores in 43 states, the District of Columbia, and Guam, and 355 were dd's DISCOUNTS stores in 22 states. See additional discussion under "Stores" in ITEM 1. BUSINESS.

The following table summarizes the locations of our stores by state/territory as of February 1, 2025 and February 3, 2024.

| State/Territory | February 1, 2025 | February 3, 2024 |
|---|---|---|
| Alabama | 30 | 27 |
| Arizona | 91 | 89 |
| Arkansas | 11 | 10 |
| California | 476 | 463 |
| Colorado | 43 | 42 |
| Delaware | 4 | 4 |
| District of Columbia | 2 | 2 |
| Florida | 248 | 244 |
| Georgia | 70 | 70 |
| Guam | 3 | 3 |
| Hawaii | 19 | 21 |
| Idaho | 12 | 12 |
| Illinois | 104 | 102 |
| Indiana | 36 | 33 |
| Iowa | 9 | 9 |
| Kansas | 15 | 15 |
| Kentucky | 19 | 17 |
| Louisiana | 24 | 24 |
| Maryland | 35 | 32 |
| Michigan | 16 | 8 |
| Minnesota | 4 | 1 |
| Mississippi | 12 | 12 |
| Missouri | 32 | 31 |
| Montana | 6 | 6 |
| Nebraska | 10 | 8 |
| Nevada | 43 | 43 |
| New Jersey | 22 | 21 |
| New Mexico | 23 | 22 |
| New York | 7 | 4 |
| North Carolina | 56 | 53 |
| North Dakota | 4 | 3 |
| Ohio | 27 | 25 |
| Oklahoma | 31 | 30 |
| Oregon | 31 | 32 |
| Pennsylvania | 64 | 56 |
| South Carolina | 32 | 31 |
| South Dakota | 2 | 2 |
| Tennessee | 45 | 45 |
| Texas | 312 | 304 |
| Utah | 27 | 27 |
| Virginia | 44 | 43 |
| Washington | 48 | 48 |
| West Virginia | 4 | 4 |
| Wisconsin | 29 | 28 |
| Wyoming | 4 | 3 |
| Total | 2,186 | 2,109 |

19

Where possible, we obtain sites in buildings requiring minimal alterations, allowing us to establish stores in new locations in a relatively short period of time and at reasonable costs in a given market. Nearly all of our stores are leased. The majority of our new stores have unexpired original lease terms ranging from three years to ten years, with three to four renewal options of five years each.

The following table summarizes the location and approximate sizes of our distribution/warehouse facilities and office locations as of February 1, 2025. Square footage information for the distribution and warehouse facilities represents total ground floor area of the facility.

| Location | Number of Facilities | Total Approximate Square Footage | |
| --- | --- | --- | --- |
| | | Owned | Leased |
| **Distribution and Warehouse Facilities** | | | |
| Buckeye, Arizona[1] | 1 | 1,700,000 | — |
| Moreno Valley, California | 3 | 1,300,000 | 1,850,000 |
| Perris, California | 2 | 1,999,000 | — |
| Shafter, California | 3 | 1,700,000 | 1,353,000 |
| Statesville, North Carolina | 1 | — | 640,000 |
| Carlisle, Pennsylvania | 4 | 465,000 | 604,000 |
| Fort Mill, South Carolina | 5 | 2,051,000 | 415,000 |
| Rock Hill, South Carolina | 2 | 1,200,000 | 431,000 |
| Brookshire, Texas | 1 | 1,890,000 | — |
| **Office Space** | | | |
| Dublin, California | 1 | 414,000 | — |
| Los Angeles, California | 1 | — | 120,000 |
| Boston, Massachusetts | 1 | — | 5,000 |
| New York City, New York[2] | 1 | 572,000 | — |

[1] We are currently in the process of completing the construction of this distribution center.

[2] Our New York buying office building is subject to a 99-year ground lease.

See additional discussion under "Distribution" in ITEM 1. BUSINESS.

20

**ITEM 3. LEGAL PROCEEDINGS**

We have been named in class/representative action lawsuits, primarily in California, alleging violations by us of wage and hour laws. Class/representative action litigation remains pending as of February 1, 2025.

We are also party to various other legal and regulatory proceedings arising in the normal course of business. Actions filed against us may include commercial, product and product safety, consumer, intellectual property, environmental, and labor and employment-related claims, including lawsuits in which private plaintiffs or governmental agencies allege that we violated federal, state, and/or local laws. Actions against us are in various procedural stages. Many of these proceedings raise factual and legal issues and are subject to uncertainties.

Like many retailers and other businesses, we have filed a lawsuit as plaintiff against various insurance companies with respect to our claims for insurance coverage for business interruption and for other losses that we have experienced as a result of the COVID-19 pandemic. Our suit was filed in Alameda County, California in December 2020. The proceedings are ongoing and remain subject to significant uncertainties.

We believe that the resolution of our currently pending class/representative action litigation and other currently pending legal and regulatory proceedings will not have a material adverse effect on our financial condition, results of operations, or cash flows.

**ITEM 4. MINE SAFETY DISCLOSURES**

Not applicable.

21

PART II

## ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES

**General information.** Our stock is traded on The Nasdaq Global Select Market® under the symbol ROST. There were 1,146 stockholders of record as of March 10, 2025, and the closing stock price on that date was $132.12 per share.

**Cash dividends.** On March 4, 2025, our Board of Directors declared a quarterly cash dividend of $0.4050 per common share, payable on March 31, 2025. Our Board of Directors declared a cash dividend of $0.3675 per common share in March, May, August, and November 2024. Our Board of Directors declared a cash dividend of $0.3350 per common share in February, May, August, and November 2023.

**Issuer purchases of equity securities.** Information regarding shares of common stock we repurchased during the fourth quarter of fiscal 2024 is as follows:

| Period | Total number of shares (or units) purchased[1] | Average price paid per share (or unit) | Total number of shares (or units) purchased as part of publicly announced plans or programs | Maximum number (or approximate dollar value) of shares (or units) that may yet be purchased under the plans or programs ($000) |
|---|---|---|---|---|
| November (11/03/2024 - 11/30/2024) | 452,426 | $145.05 | 452,426 | $1,246,900 |
| December (12/01/2024 - 01/04/2025) | 704,593 | $153.01 | 704,593 | $1,139,090 |
| January (01/05/2025 - 02/01/2025) | 592,070 | $150.43 | 592,070 | $1,050,020 |
| Total | 1,749,089 | $150.08 | 1,749,089 | $1,050,020 |

[1] We did not acquire shares of treasury stock during the quarter ended February 1, 2025. Treasury stock includes shares acquired from employees for tax withholding purposes related to vesting of restricted stock grants.

In March 2024, our Board of Directors approved a two-year program to repurchase up to $2.1 billion of the Company's common stock through January 31, 2026. This program followed the previous two-year $1.9 billion stock repurchase program, effective at the end of fiscal 2023.

Refer to Note C: Stock-Based Compensation in the Notes to Consolidated Financial Statements for equity compensation plan information. The information under Item 12 of this Annual Report on Form 10-K under the caption "Equity compensation plan information" is incorporated herein by reference.

22

**Stockholder Return Performance Graph**

The following information in this Item 5 shall not be deemed filed for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933.

The graph below compares total stockholder returns over the last five years for our common stock to the Standard & Poor's 500 Index ("S&P Index") and the Dow Jones Apparel Retailers Index.

We use the Dow Jones Apparel Retailers Index in our performance graph because we believe the retail companies comprising that index are aligned with the segment of the retail industry in which we operate, and it provides a relevant comparison against which to measure our stock performance.

The cumulative total return listed below assumed an initial investment of $100 and reinvestment of dividends at each fiscal year-end and measures the performance of this investment as of the last trading day in the month of January for each of the following five years. These measurement dates are based on the historical month-end data available and vary slightly from our actual fiscal year end date for each period. Data with respect to returns for the S&P Index and the Dow Jones Apparel Retailers Index is not readily available for periods shorter than one month. The graph is a historical representation of past performance only and is not necessarily indicative of future performance.

23

### COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN
Among Ross Stores, Inc., the S&P 500 Index, and Dow Jones Apparel Retailers



| Company/Index | Base Period 2019 | Indexed Returns for Fiscal Years Ended | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | 2021 | 2022 | 2023 | 2024 |
| Ross Stores, Inc. | 100 | 100 | 87 | 109 | 133 | 141 |
| S&P 500 Index | 100 | 117 | 145 | 133 | 160 | 203 |
| Dow Jones Apparel Retailers | 100 | 109 | 120 | 131 | 155 | 187 |

24

**ITEM 6. RESERVED**

**ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Overview**

Ross Stores, Inc. operates two brands of off-price retail apparel and home fashion stores—Ross Dress for Less® ("Ross") and dd's DISCOUNTS®. Ross is the largest off-price apparel and home fashion chain in the United States, with 1,831 locations in 43 states, the District of Columbia, and Guam, as of February 1, 2025. Ross offers first-quality, in-season, name brand and designer apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 60% off department and specialty store regular prices every day. We also operate 355 dd's DISCOUNTS stores in 22 states as of February 1, 2025 that feature a more moderately-priced assortment of first-quality, in-season, name brand apparel, accessories, footwear, and home fashions for the entire family at savings of 20% to 70% off moderate department and discount store regular prices every day.

Our primary objective is to pursue and refine our existing off-price strategies to maintain and improve both profitability and financial returns over the long term. Macroeconomic pressures and uncertainties continue to impact both consumer confidence and discretionary spending. We are closely monitoring these external factors, along with market share trends for the off-price industry. We believe that our flexible business model better positions us to navigate through uncertainty, and we plan to continue to focus on strong execution of our key initiatives. We believe that our market share gains can continue to grow through our continued focus on bringing value and convenience to our customers.

Our merchandising strategies emphasize consistently offering a wide assortment of quality branded bargains for our customers. We believe that our merchandising and operational strategies enable us to deliver the most competitive bargains available to meet our customers' ongoing demand for quality branded goods for the family and home at compelling discounts every day. Additionally, we anticipate the current retail environment will result in more opportunities for us to obtain close-out merchandise and to deliver even greater values on branded goods. We believe that staying diligently focused on executing our merchandising strategies is an important driver of our ability to gain market share in fiscal 2025 and the long term.

The fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023 are referred to as fiscal 2024, fiscal 2023, and fiscal 2022, respectively. Fiscal 2023 was a 53-week year. Fiscal 2024 and 2022 were each 52-week years.

The discussion that follows relates to fiscal 2024 and fiscal 2023. Discussion of fiscal 2022 items and year-to-year comparisons between fiscal 2023 and fiscal 2022 that are not included in this Annual Report on Form 10-K can be found in Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for fiscal 2023.

25

## Results of Operations

The following table summarizes our financial results for fiscal 2024, 2023, and 2022:

|  | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|
| **Sales** | | | | | |
| Sales (millions) | $ | **21,129** | $ | 20,377 | $ | 18,696 |
| Sales growth (decline) | | **3.7%** | | 9.0% | | (1.2)% |
| Comparable store sales growth (decline)[1] | | **3%** | | 5% | | (4)% |
| | | | | | |
| **Costs and expenses (as a percent of sales)** | | | | | |
| Cost of goods sold | | **72.2%** | | 72.7% | | 74.6% |
| Selling, general and administrative | | **15.5%** | | 16.0% | | 14.8% |
| | | | | | |
| **Operating income (as a percent of sales)** | | **12.2%** | | 11.3% | | 10.7% |
| | | | | | |
| **Interest (income) expense, net** | | **(0.8)%** | | (0.8)% | | 0.0% |
| | | | | | |
| **Net earnings (as a percent of sales)** | | **9.9%** | | 9.2% | | 8.1% |

[1] Comparable stores are stores open for more than 14 complete months.

**Stores.** Total stores open at the end of fiscal 2024, 2023, and 2022 were 2,186, 2,109, and 2,015, respectively. The number of stores at the end of fiscal 2024, 2023, and 2022 increased by 4%, 5%, and 5% from the respective prior years. In fiscal 2024, we opened 89 new stores. Looking forward to 2025, we expect to open approximately 90 new stores. Our long-term strategy is to open additional stores based on market penetration, local demographic characteristics, competition, expected store profitability, and the ability to leverage overhead expenses. We continually evaluate opportunistic real estate acquisitions and opportunities for potential new store locations. We also evaluate our current store locations and determine store closures based on similar criteria. We continue to believe that consumers' focus on value and convenience provide opportunities for us to gain market share.

The following table summarizes the stores opened and closed during fiscal 2024, 2023, and 2022:

| Store Count | 2024 | 2023 | 2022 |
|---|---|---|---|
| **Ross Dress for Less** | | | |
| Beginning of the period | **1,764** | 1,693 | 1,628 |
| Opened in the period | **75** | 72 [1] | 71 |
| Closed in the period | **(8)** | (1) | (6) [2] |
| Total Ross Dress for Less stores end of period | **1,831** | 1,764 | 1,693 |
| **dd's DISCOUNTS** | | | |
| Beginning of the period | **345** | 322 | 295 |
| Opened in the period | **14** | 25 | 28 |
| Closed in the period | **(4)** | (2) | (1) |
| Total dd's DISCOUNTS stores end of period | **355** | 345 | 322 |
| Total stores end of period | **2,186** | 2,109 | 2,015 |

[1] Includes the reopening of a store previously temporarily closed due to a weather event.

[2] Includes the temporary closure of a store impacted by a weather event.

The total selling square footage as of February 1, 2025, February 3, 2024, and January 28, 2023 was 43.9 million, 42.8 million, and 41.4 million, respectively.

26

**Sales.** Sales for fiscal 2024 increased $752.3 million, or 3.7%, compared to the prior year. This was primarily due to the 3% increase in comparable store sales and the opening of 77 net new stores during fiscal 2024. Sales for fiscal 2023 included approximately $308 million from the additional week of sales due to the 53rd week.

Our sales mix is shown below for fiscal 2024, 2023, and 2022:

|  | 2024 [1] | 2023 | 2022 |
|---|---|---|---|
| Home Accents and Bed and Bath | 26 % | 26 % | 26 % |
| Ladies | 22 % | 23 % | 24 % |
| Men's | 16 % | 15 % | 15 % |
| Accessories, Lingerie, Fine Jewelry, and Cosmetics | 15 % | 15 % | 14 % |
| Shoes | 12 % | 13 % | 12 % |
| Children's | 9 % | 8 % | 9 % |
| Total | 100 % | 100 % | 100 % |

**Cost of goods sold.** Cost of goods sold in fiscal 2024 increased $458.9 million compared to the prior year primarily due to the 3% comparable store sales increase and higher sales from the opening of 77 net new stores during fiscal 2024.

Cost of goods sold as a percentage of sales for fiscal 2024 decreased approximately 40 basis points from fiscal 2023 primarily due to a 45 basis point decrease in buying costs mainly due to lower incentive compensation expense, a 45 basis point decrease in distribution costs, and a 30 basis point decrease in domestic freight costs. Partially offsetting these items was a 60 basis point decrease in merchandise margin primarily due to our continued efforts to offer more sharply priced branded bargains and a 20 basis point increase in occupancy costs.

**Selling, general and administrative expenses.** For fiscal 2024, selling, general and administrative expenses ("SG&A") increased $15.5 million compared to the prior year. In December 2024, we completed the sale of a packaway warehouse facility and recognized a pre-tax gain on sale of $61.6 million. This sale, along with lower incentive compensation expense, partially offset the increase in SG&A which was primarily driven by the opening of 77 net new stores during fiscal 2024.

SG&A as a percentage of sales for fiscal 2024 decreased 50 basis points compared to fiscal 2023, primarily due to the gain recognized from the previously mentioned packaway facility sale and lower incentive compensation expense.

**Operating income.** Operating income as a percentage of sales for fiscal 2024 increased 90 basis points compared to fiscal 2023, primarily due to lower cost of goods sold and lower SG&A expenses.

In fiscal 2025, we expect operating income as a percentage of sales to be impacted by sales deleverage, higher distribution costs, and lower incentive compensation expense.

**Interest (income) expense, net.** In fiscal 2024, interest (income) expense, net improved by $7.5 million compared to fiscal 2023. Interest (income), expense, net as a percentage of sales, was flat compared to the prior year.

The table below shows the components of interest (income) expense, net for fiscal 2024, 2023, and 2022:

| ($000) | 2024 | 2023 | 2022 |
|---|---|---|---|
| Interest income | $ (234,955) | $ (238,207) | $ (77,706) |
| Capitalized interest expense | (19,447) | (12,106) | (5,678) |
| Other interest expense | 1,571 | 1,599 | 1,668 |
| Interest expense on long-term debt | 81,263 | 84,596 | 84,558 |
| Interest (income) expense, net | $ (171,568) | $ (164,118) | $ 2,842 |

27

**Taxes on earnings.** Our effective tax rate for fiscal 2024, 2023, and 2022 was approximately 24%. Our effective tax rate represents the applicable combined federal and state statutory rates reduced by the federal benefit of state taxes deductible on federal returns. Our effective tax rate is impacted by changes in tax law and accounting guidance, location of new stores, level of earnings, tax effects associated with stock-based compensation, and the resolution of tax positions with various tax authorities.

**Earnings per share.** Diluted earnings per share in fiscal 2024 was $6.32 compared to $5.56 in the prior year. Fiscal 2024 earnings include a per share benefit of approximately $0.14 from the sale of the packaway warehouse facility. Fiscal 2023 earnings include a per share benefit of approximately $0.20 from the 53rd week. The $0.76 increase in diluted earnings per share in fiscal 2024 was primarily attributable to a 12% increase in net earnings and a 2% reduction in weighted-average diluted shares outstanding largely due to stock repurchases under our stock repurchase program.

## Financial Condition

### Liquidity and Capital Resources

The primary sources of funds for our business activities are cash flows from operations and short-term trade credit. Our primary ongoing cash requirements are for merchandise inventory purchases, payroll, operating and variable lease costs, taxes, capital expenditures related to our new and existing stores, and investments in distribution centers, information systems, and buying and corporate offices. We also use cash to repurchase stock under our stock repurchase programs, pay dividends, and repay debt as it becomes due. In September 2024, we repaid at maturity the $250 million principal amount of the 3.375% Senior Notes. As of February 1, 2025, we had $700 million principal amount of 4.600% Senior Notes that will reach maturity in 2025.

| ($ millions) | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|
| Cash provided by operating activities | $ | 2,357 | $  2,514 | $ | 1,689 |
| Cash used in investing activities | | (637) | (763) | | (654) |
| Cash used in financing activities | | (1,859) | (1,428) | | (1,405) |
| Net (decrease) increase in cash, cash equivalents, and restricted cash and cash equivalents | $ | (139) | $   323 | $ | (370) |

### Operating Activities

Net cash provided by operating activities was $2.4 billion in fiscal 2024. This was primarily driven by net earnings excluding non-cash expenses for depreciation, amortization, stock-based compensation, and the gain on sale of property (i.e., packaway warehouse facility), partially offset by the payment of fiscal 2023 incentive bonuses in fiscal 2024. Net cash provided by operating activities was $2.5 billion in fiscal 2023. This was primarily driven by net earnings excluding non-cash expenses for depreciation, amortization, and stock-based compensation. Net cash provided by operating activities was $1.7 billion in fiscal 2022. This was primarily driven by net earnings excluding non-cash expenses for depreciation, amortization, and stock-based compensation, and an increase in deferred income taxes, partially offset by merchandise inventory payments and payment of fiscal 2021 incentive bonuses.

The decrease in cash provided by operating activities in fiscal 2024 compared to fiscal 2023 was primarily driven by higher incentive compensation payments, partially offset by higher net earnings.

Accounts payable leverage (defined as accounts payable divided by merchandise inventory) was 87% and 89% as of February 1, 2025 and February 3, 2024, respectively. The decrease in accounts payable leverage in fiscal 2024 compared to fiscal 2023 was primarily due to the timing of inventory receipts and related payments versus last year.

As a regular part of our business, packaway inventory levels will vary over time based on availability of compelling merchandise purchase opportunities in the marketplace and our decisions on the timing for release of that inventory to our stores. Packaway merchandise is purchased with the intent that it will be stored in our warehouses until a later date. The timing of the release of packaway inventory to our stores is principally driven by the product mix and seasonality of the merchandise, and its relation to our store merchandise assortment plans. As such, the aging of packaway varies by merchandise category and seasonality of purchase, but typically packaway remains in storage for less than six months. We expect to continue to take advantage of packaway inventory opportunities to maximize our ability to deliver bargains to our customers.

Changes in packaway inventory levels affect our operating cash flow. Packaway inventory was 41% of total inventory at the end of fiscal 2024, compared to 40% at the end of fiscal 2023.

**Investing Activities**

Net cash used in investing activities was $637 million, $763 million, and $654 million in fiscal 2024, 2023, and 2022, respectively, and was primarily related to our capital expenditures. In fiscal 2024, capital expenditures were partially offset by cash proceeds from the sale of the packaway warehouse facility. Our capital expenditures include costs to build, expand, and improve distribution centers, open new stores and improve existing stores, and for various other expenditures related to our information technology systems and buying and corporate offices.

The decrease in cash used in investing activities in fiscal 2024 compared to fiscal 2023 was primarily due to lower capital expenditures in fiscal 2024 related to our new Buckeye, Arizona distribution center and cash proceeds from the sale of the packaway facility, partially offset by the purchase of land and the start of construction for our next distribution center.

Our capital expenditures over the last three years are set forth in the table below:

| ($ millions) | | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|---|
| Distribution and transportation | $ | 260 | $ | 306 | $ | 270 |
| New stores | | 193 | | 209 | | 171 |
| Existing stores | | 171 | | 168 | | 148 |
| Information systems, corporate, and other | | 96 | | 80 | | 65 |
| Total capital expenditures | $ | 720 | $ | 763 | $ | 654 |

Capital expenditures for fiscal 2025 are projected to be approximately $855 million. Our planned capital expenditures for fiscal 2025 are for costs to open new stores and improve existing stores, investments in our supply chain to support long-term growth, including construction of our next distribution centers, investments in our information technology systems, and for various other expenditures related to our stores, distribution centers, and buying and corporate offices. We expect to fund capital expenditures with available cash. The increase in our planned capital expenditures for fiscal 2025 compared to fiscal 2024 is primarily driven by investments in our next distribution centers, new and existing store improvements, and various investments in our information technology systems.

**Financing Activities**

Net cash used in financing activities was $1.9 billion, $1.4 billion, and $1.4 billion in fiscal 2024, 2023, and 2022, respectively, primarily resulting from stock repurchases under our stock repurchase program and dividend payments. In fiscal 2024, we repaid the $250 million principal amount of the 3.375% Senior Notes in September 2024.

**Revolving credit facilities.** We have a $1.3 billion senior unsecured revolving credit facility ("Credit Facility"). As of February 1, 2025, we had no borrowings or standby letters of credit outstanding under the Credit Facility, the $1.3 billion Credit Facility remained in place and available, and we were in compliance with the financial covenant. Refer to Note D: Debt in the Notes to Consolidated Financial Statements for additional information.

**Senior notes.** As of February 1, 2025, we had approximately $2.2 billion of outstanding unsecured Senior Notes, of which $699.7 million was classified within Current Liabilities on our Consolidated Balance Sheet. Refer to Note D: Debt in the Notes to Consolidated Financial Statements for additional information.

**Other financing activities.** In March 2024, our Board of Directors approved a two-year program to repurchase up to $2.1 billion of the Company's common stock through January 31, 2026. This program followed the previous two-year $1.9 billion stock repurchase program, effective at the end of fiscal 2023.

The following table summarizes our stock repurchase activity in fiscal 2024, 2023, and 2022:

| Fiscal Year | Shares repurchased (in millions) | Average repurchase price | Amount repurchased (in millions) |
|---|---|---|---|
| **2024** | **7.3** | **$ 144.46** | **$ 1,050** [1] |
| 2023 | 8.2 | $ 115.24 | $ 950 [1] |
| 2022 | 10.3 | $ 92.15 | $ 950 |

[1] Amount excludes excise tax due under the Inflation Reduction Act of 2022.

During fiscal 2024, 2023, and 2022, we also acquired 0.6 million, 0.5 million, and 0.5 million shares of treasury stock, respectively, from our employee equity incentive plans for aggregate purchase prices of approximately $86.1 million, $48.6 million, and $48.9 million, respectively.

On March 4, 2025, our Board of Directors declared a quarterly cash dividend of $0.4050 per common share, payable on March 31, 2025.

Our Board of Directors declared a cash dividend of $0.3675 per common share in March, May, August, and November 2024. Our Board of Directors declared a cash dividend of $0.3350 per common share in February, May, August, and November 2023, and a cash dividend of $0.3100 per common share in March, May, August, and November 2022.

During fiscal 2024, 2023, and 2022, we paid dividends of $488.7 million, $454.8 million, and $431.3 million, respectively.

Short-term trade credit represents a significant source of financing for our merchandise inventory. Trade credit arises from customary payment terms and trade practices with our vendors. We regularly review the adequacy of credit available to us from all sources and expect to be able to maintain adequate trade credit, bank credit facility, and other credit sources to meet our capital and liquidity requirements.

During fiscal 2024, fiscal 2023, and fiscal 2022, our liquidity and capital requirements were provided by available cash and cash flows from operations.

We ended fiscal 2024 with $4.7 billion of unrestricted cash balances, which were held primarily in overnight money market funds invested in U.S. treasury and government instruments across a highly diversified set of banks and other financial institutions. We also have $1.3 billion available under our Credit Facility. We estimate that existing cash and cash equivalent balances, cash flows from operations, our bank credit facility, and trade credit are adequate to meet our operating cash needs and to fund our planned capital investments, debt repayments, interest payments, common stock repurchases, and quarterly dividend payments for at least the next 12 months.

30

## Contractual Obligations

The table below presents our significant contractual obligations as of February 1, 2025:

| ($000) | Less than 1 year | Greater than 1 year | Total[1] |
|---|---|---|---|
| **Recorded contractual obligations:** | | | |
| Senior notes | $ 700,000 | $ 1,524,991 | $ 2,224,991 |
| Operating leases | 758,519 | 2,869,467 | 3,627,986 |
| New York buying office ground lease[2] | 7,552 | 1,092,953 | 1,100,505 |
| **Unrecorded contractual obligations:** | | | |
| Real estate obligations[3] | 9,026 | 178,204 | 187,230 |
| Interest payment obligations | 55,778 | 299,040 | 354,818 |
| Purchase obligations[4] | 4,183,454 | 104,916 | 4,288,370 |
| Total contractual obligations | $ 5,714,329 | $ 6,069,571 | $ 11,783,900 |

[1] We have a $61.3 million liability for unrecognized tax benefits that is included in Other long-term liabilities on our Consolidated Balance Sheets. This liability is excluded from the schedule above as the timing of payments cannot be reasonably estimated.

[2] Our New York buying office building is subject to a 99-year ground lease.

[3] Minimum lease payments for operating leases signed that have not yet commenced.

[4] Purchase obligations primarily consist of merchandise inventory purchase orders, commitments related to construction projects, transportation, information technology services, store fixtures and supplies, and maintenance contracts.

**Supply chain finance program.** We facilitate a voluntary supply chain finance program (the "program") to provide certain suppliers with the opportunity to sell their receivables due from us to participating financial institutions at the sole discretion of both the suppliers and the financial institutions. A third-party financial institution administers the program. Our responsibility is limited to making payments on the terms originally negotiated with each supplier, regardless of whether a supplier sells its receivable to a financial institution. We are not a party to the agreements between the participating financial institutions and the suppliers in connection with the program, and we do not receive financial incentives from the suppliers or the financial institutions. We do not provide guarantees under the program, and our rights and obligations to our suppliers are not affected by the program. The range of payment terms negotiated with suppliers is consistent, irrespective of whether a supplier participates in the program.

All outstanding payments owed under the program are recorded within Accounts payable in the Consolidated Balance Sheets. We account for all payments made under the program as a reduction to operating cash flows in Accounts payable within the Consolidated Statements of Cash Flows. The amounts owed to participating financial institutions under the program and included in Accounts payable were $159.2 million and $146.9 million at February 1, 2025 and February 3, 2024, respectively.

**Standby letters of credit and collateral trust.** We use standby letters of credit outside of our revolving credit facility and a funded trust to collateralize some of our insurance obligations. As of February 1, 2025 and February 3, 2024, we had $1.8 million and $2.2 million, respectively, in standby letters of credit outstanding. As of February 1, 2025 and February 3, 2024, we had $63.9 million and $60.8 million, respectively, held in a collateral trust. The standby letters of credit are collateralized by restricted cash and the collateral trust consists of restricted cash and cash equivalents.

Other than the unrecorded contractual obligations noted above, we did not have any material off-balance sheet arrangements as of February 1, 2025.

31

**Other**

**Critical Accounting Estimates**

The preparation of our consolidated financial statements requires our management to make estimates and assumptions that affect the reported amounts. These estimates and assumptions are evaluated on an ongoing basis and are based on historical experience and on various other factors that management believes to be reasonable. We believe the following critical accounting estimates describe the more significant judgments and estimates used in the preparation of our consolidated financial statements and are not intended to be a comprehensive list of all of our accounting estimates.

**Merchandise inventory.** Our merchandise inventory is stated at the lower of cost (determined using a weighted-average basis) or net realizable value. Inventory we purchase can either be shipped to stores or processed as packaway merchandise with the intent that it will be warehoused and released to stores at a later date. Merchandise inventory includes acquisition, transportation, processing, and storage costs. Included in the carrying value of our merchandise inventory is a provision for shortage. The shortage reserve is based on historical shortage rates as determined through our annual physical inventory counts and cycle counts. Historically, our actual physical inventory count results have shown our provision for shortage to be reliable. A five percent change in shortage rates as of February 1, 2025 would not have materially impacted our cost of goods sold in fiscal 2024.

**Insurance obligations.** We use a combination of insurance and self-insurance for a number of risk management activities, including workers' compensation, general liability, and employee-related health care benefits. Our self-insurance and deductible liability is determined actuarially, based on claims filed and an estimate of claims incurred but not reported. Should a greater amount of claims occur compared to what is estimated or the costs of medical care increase beyond what was anticipated, our recorded reserves may not be sufficient and additional charges could be required. A five percent increase or decrease in our insurance reserves would not have materially impacted our net earnings in fiscal 2024.

**Recent Accounting Pronouncements**

Refer to Note A: Summary of Significant Accounting Policies in the Notes to Consolidated Financial Statements for a discussion of recent accounting pronouncements and their impact to our Consolidated Financial Statements.

**Forward-Looking Statements**

Our Annual Report on Form 10-K for fiscal 2024, and information we provide in our Annual Report to Stockholders, press releases, and other investor communications including those on our corporate website, may contain a number of forward-looking statements regarding, without limitation, projected sales, costs, earnings, planned new store growth, capital expenditures, sustainability and carbon reduction targets, and other matters. These forward-looking statements reflect our then-current beliefs, plans, and estimates with respect to future events and our projected financial performance, operations, and competitive position. The words "plan," "expect," "target," "anticipate," "estimate," "believe," "forecast," "projected," "guidance," "outlook," "looking ahead," and similar expressions identify forward-looking statements.

Future impact from inflation, high interest rates and interest rate changes, tariffs, ongoing military conflicts and economic sanctions, extreme weather, public health events, natural disasters, climate change, and other economic, regulatory, consumer spending, and industry trends that could potentially adversely affect our revenue, profitability, operating conditions, and growth are difficult to predict. Our forward-looking statements are subject to risks and uncertainties which could cause our actual results to differ materially from those forward-looking statements and our previous expectations, plans, and projections. Refer to ITEM 1A. RISK FACTORS in this Annual Report on Form 10-K for a more complete discussion of risk factors for Ross and dd's DISCOUNTS. The factors underlying our forecasts and plans are dynamic and subject to change. As a result, any forecasts or forward-looking statements speak only as of the date they are given, and do not necessarily reflect our outlook at any other point in time. We disclaim any obligation to update or revise these forward-looking statements.

## ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to market risks, which primarily include changes in interest rates. We do not engage in financial transactions for trading or speculative purposes.

We occasionally use forward contracts to hedge against fluctuations in foreign currency prices. We had no outstanding forward contracts as of February 1, 2025.

Interest that is payable on our revolving credit facility is based on variable interest rates and is, therefore, affected by changes in market interest rates. As of February 1, 2025, we had no borrowings outstanding under our revolving credit facility.

As of February 1, 2025, we had outstanding six series of unsecured Senior Notes. Interest that is payable on all series of our Senior Notes is based on fixed interest rates, and is therefore unaffected by changes in market interest rates.

We receive interest on our short- and long-term investments. Changes in interest rates may impact interest income recognized in the future, or the fair value of our investment portfolio.

A hypothetical 100 basis point increase or decrease in prevailing market interest rates would not have a material negative impact on our consolidated financial position, results of operations, cash flows, or the fair values of our short- and long-term investments as of and for the year ended February 1, 2025. We do not consider the potential losses in future earnings and cash flows from reasonably possible, near-term changes in interest rates to be material.

33

**ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

**Consolidated Statements of Earnings**

| | | Fiscal Year Ended | |
|---|---|---|---|
| ($000, except per share data) | February 1, 2025 | February 3, 2024 | January 28, 2023 |
| **Sales** | $ 21,129,219 | $ 20,376,941 | $ 18,695,829 |
| | | | |
| **Costs and Expenses** | | | |
| Cost of goods sold | 15,260,506 | 14,801,601 | 13,946,230 |
| Selling, general and administrative | 3,283,127 | 3,267,677 | 2,759,268 |
| | | | |
| Operating income | 2,585,586 | 2,307,663 | 1,990,331 |
| Interest (income) expense, net | (171,568) | (164,118) | 2,842 |
| Earnings before taxes | 2,757,154 | 2,471,781 | 1,987,489 |
| Provision for taxes on earnings | 666,424 | 597,261 | 475,448 |
| Net earnings | $ 2,090,730 | $ 1,874,520 | $ 1,512,041 |
| | | | |
| **Earnings per share** | | | |
| Basic | $ 6.36 | $ 5.59 | $ 4.40 |
| Diluted | $ 6.32 | $ 5.56 | $ 4.38 |
| | | | |
| **Weighted-average shares outstanding (000)** | | | |
| Basic | 328,593 | 335,187 | 343,452 |
| Diluted | 330,984 | 337,433 | 345,222 |

The accompanying notes are an integral part of these consolidated financial statements.

34

**Consolidated Statements of Comprehensive Income**

| ($000) | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | February 1, 2025 | February 3, 2024 | January 28, 2023 |
| Net earnings | $ 2,090,730 | $ 1,874,520 | $ 1,512,041 |
| Other comprehensive income | — | — | — |
| Comprehensive income | $ 2,090,730 | $ 1,874,520 | $ 1,512,041 |

The accompanying notes are an integral part of these consolidated financial statements.

35

**Consolidated Balance Sheets**

| ($000, except share data) | | **February 1, 2025** | | February 3, 2024 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | $ | **4,730,744** | $ | 4,872,446 |
| Accounts receivable | | **144,482** | | 130,766 |
| Merchandise inventory | | **2,444,513** | | 2,192,220 |
| Prepaid expenses and other | | **218,957** | | 202,706 |
| Total current assets | | **7,538,696** | | 7,398,138 |
| | | | | |
| **Property and Equipment** | | | | |
| Land and buildings | | **1,493,496** | | 1,486,557 |
| Fixtures and equipment | | **4,521,044** | | 4,220,221 |
| Leasehold improvements | | **1,701,340** | | 1,577,102 |
| Construction-in-progress | | **807,256** | | 628,730 |
| | | **8,523,136** | | 7,912,610 |
| Less accumulated depreciation and amortization | | **4,730,733** | | 4,380,709 |
| Property and equipment, net | | **3,792,403** | | 3,531,901 |
| | | | | |
| Operating lease assets | | **3,294,858** | | 3,126,841 |
| Other long-term assets | | **279,375** | | 243,229 |
| Total assets | $ | **14,905,332** | $ | 14,300,109 |
| | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $ | **2,126,317** | $ | 1,955,850 |
| Accrued expenses and other | | **626,490** | | 671,867 |
| Current operating lease liabilities | | **703,337** | | 683,625 |
| Accrued payroll and benefits | | **462,284** | | 548,371 |
| Income taxes payable | | **43,666** | | 76,370 |
| Current portion of long-term debt | | **699,731** | | 249,713 |
| Total current liabilities | | **4,661,825** | | 4,185,796 |
| | | | | |
| Long-term debt | | **1,515,080** | | 2,211,017 |
| Non-current operating lease liabilities | | **2,764,281** | | 2,603,349 |
| Other long-term liabilities | | **267,911** | | 232,383 |
| Deferred income taxes | | **187,040** | | 196,238 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| **Stockholders' Equity** | | | | |
| Common stock, par value $0.01 per share | | | | |
| Authorized 1,000,000,000 shares | | | | |
| Issued and outstanding 328,813,000 and | | | | |
| 335,172,000 shares, respectively | | **3,288** | | 3,352 |
| Additional paid-in capital | | **2,097,110** | | 1,952,625 |
| Treasury stock | | **(719,410)** | | (633,318) |
| Retained earnings | | **4,128,207** | | 3,548,667 |
| Total stockholders' equity | | **5,509,195** | | 4,871,326 |
| Total liabilities and stockholders' equity | $ | **14,905,332** | $ | 14,300,109 |

The accompanying notes are an integral part of these consolidated financial statements.

**Consolidated Statements of Stockholders' Equity**

| (000) | Common stock Shares | Amount | Additional paid-in capital | Treasury stock | Retained earnings | Total |
|---|---|---|---|---|---|---|
| **Balance at January 29, 2022** | 351,720 | $ 3,517 | $ 1,717,530 | $ (535,895) | $ 2,874,898 | $ 4,060,050 |
| Net earnings | — | — | — | — | 1,512,041 | 1,512,041 |
| Common stock issued under stock plans, net of shares used for tax withholding | 1,343 | 14 | 24,688 | (48,855) | — | (24,153) |
| Stock-based compensation | — | — | 121,936 | — | — | 121,936 |
| Common stock repurchased | (10,310) | (103) | (43,905) | — | (905,988) | (949,996) |
| Dividends declared ($1.240 per share) | — | — | — | — | (431,295) | (431,295) |
| **Balance at January 28, 2023** | 342,753 | $ 3,428 | $ 1,820,249 | $ (584,750) | $ 3,049,656 | $ 4,288,583 |
| Net earnings | — | — | — | — | 1,874,520 | 1,874,520 |
| Common stock issued under stock plans, net of shares used for tax withholding | 662 | 7 | 24,893 | (48,568) | — | (23,668) |
| Stock-based compensation | — | — | 145,490 | — | — | 145,490 |
| Common stock repurchased, inclusive of excise tax | (8,243) | (83) | (38,007) | — | (920,695) | (958,785) |
| Dividends declared ($1.340 per share) | — | — | — | — | (454,814) | (454,814) |
| **Balance at February 3, 2024** | 335,172 | $ 3,352 | $ 1,952,625 | $ (633,318) | $ 3,548,667 | $ 4,871,326 |
| Net earnings | — | — | — | — | 2,090,730 | 2,090,730 |
| Common stock issued under stock plans, net of shares used for tax withholding | 910 | 9 | 25,076 | (86,092) | — | (61,007) |
| Stock-based compensation | — | — | 156,298 | — | — | 156,298 |
| Common stock repurchased, inclusive of excise tax | (7,269) | (73) | (36,889) | — | (1,022,469) | (1,059,431) |
| Dividends declared ($1.470 per share) | — | — | — | — | (488,721) | (488,721) |
| **Balance at February 1, 2025** | **328,813** | **$ 3,288** | **$ 2,097,110** | **$ (719,410)** | **$ 4,128,207** | **$ 5,509,195** |

The accompanying notes are an integral part of these consolidated financial statements.

**Consolidated Statements of Cash Flows**

| ($000) | Fiscal Year Ended | | |
|---|---|---|---|
| | February 1, 2025 | February 3, 2024 | January 28, 2023 |
| **Cash Flows From Operating Activities** | | | |
| Net earnings | $ 2,090,730 | $ 1,874,520 | $ 1,512,041 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | | |
| Depreciation and amortization | 446,788 | 419,432 | 394,655 |
| Stock-based compensation | 156,298 | 145,490 | 121,936 |
| Gain on sale of property | (61,575) | — | — |
| Deferred income taxes | (9,198) | (20,821) | 79,417 |
| Change in assets and liabilities: | | | |
| Merchandise inventory | (252,293) | (168,725) | 238,778 |
| Other current assets | (27,319) | (2,261) | (39,487) |
| Accounts payable | 154,664 | (65,327) | (365,262) |
| Other current liabilities | (123,556) | 296,980 | (304,454) |
| Income taxes | (27,457) | 22,931 | 33,876 |
| Operating lease assets and liabilities, net | 12,627 | 8,330 | 9,261 |
| Other long-term, net | (2,721) | 3,941 | 8,612 |
| Net cash provided by operating activities | 2,356,988 | 2,514,490 | 1,689,373 |
| | | | |
| **Cash Flows From Investing Activities** | | | |
| Additions to property and equipment | (720,104) | (762,812) | (654,070) |
| Proceeds from sale of property | 82,642 | — | — |
| Net cash used in investing activities | (637,462) | (762,812) | (654,070) |
| | | | |
| **Cash Flows From Financing Activities** | | | |
| Issuance of common stock related to stock plans | 25,085 | 24,900 | 24,702 |
| Treasury stock purchased | (86,092) | (48,568) | (48,855) |
| Repurchase of common stock | (1,049,979) | (949,996) | (949,996) |
| Excise tax paid on repurchase of common stock | (8,798) | — | — |
| Dividends paid | (488,721) | (454,814) | (431,295) |
| Payment of long-term debt | (250,000) | — | — |
| Net cash used in financing activities | (1,858,505) | (1,428,478) | (1,405,444) |
| | | | |
| Net (decrease) increase in cash, cash equivalents, and restricted cash and cash equivalents | (138,979) | 323,200 | (370,141) |
| | | | |
| Cash and cash equivalents, and restricted cash and cash equivalents: | | | |
| Beginning of year | 4,935,441 | 4,612,241 | 4,982,382 |
| End of year | $ 4,796,462 | $ 4,935,441 | $ 4,612,241 |
| | | | |
| **Supplemental Cash Flow Disclosures** | | | |
| Interest paid | $ 80,316 | $ 80,316 | $ 80,316 |
| Income taxes paid, net | $ 703,079 | $ 595,152 | $ 362,156 |

The accompanying notes are an integral part of these consolidated financial statements.

38

**Notes to Consolidated Financial Statements**

**Note A: Summary of Significant Accounting Policies**

**Business.** Ross Stores, Inc. and its subsidiaries (the "Company") is an off-price retailer of first-quality, in-season, name brand and designer apparel, accessories, footwear, and home fashions for the entire family. At the end of fiscal 2024, the Company operated 1,831 Ross Dress for Less® ("Ross") locations in 43 states, the District of Columbia, and Guam, and 355 dd's DISCOUNTS® stores in 22 states. The Ross and dd's DISCOUNTS stores are supported by the Company's headquarters, buying offices, and its network of distribution centers and warehouses.

**Basis of presentation and fiscal year.** The consolidated financial statements include the accounts of the Company and its subsidiaries, all of which are wholly-owned. Intercompany transactions and accounts have been eliminated. The Company follows the National Retail Federation fiscal calendar and utilizes a 52-53 week fiscal year whereby the fiscal year ends on the Saturday nearest to January 31. The fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023 are referred to as fiscal 2024, fiscal 2023, and fiscal 2022, respectively. Fiscal 2023 was a 53-week year. Fiscal 2024 and 2022 were each 52-week years.

**Use of accounting estimates.** The preparation of consolidated financial statements in conformity with Generally Accepted Accounting Principles in the United States of America ("GAAP") requires the Company to make estimates and assumptions that affect the reported amounts of assets, liabilities, and disclosures of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ materially from the Company's estimates. The Company's significant accounting estimates include valuation reserves for inventory, packaway and other inventory carrying costs, useful lives of fixed assets, insurance reserves, reserves for uncertain tax positions, and legal claims.

**Segment reporting.** The Company has one reportable segment. Refer to Note I: Segment Reporting for additional information.

**Cash and cash equivalents.** Cash equivalents consist of highly liquid, fixed income instruments purchased with an original maturity of three months or less. The institutions where these instruments are held could potentially subject the Company to concentrations of credit risk. The Company manages its risk associated with these instruments by primarily holding its cash and cash equivalents across a highly diversified set of banks and other financial institutions.

**Restricted cash and cash equivalents.** Restricted cash and cash equivalents serve as collateral for certain insurance obligations. These restricted funds are invested in bank deposits, money market mutual funds, and U.S. Government and agency securities, and cannot be withdrawn from the Company's account without the prior written consent of the secured parties. The classification between current and long-term is based on the timing of expected payments of the obligations.

The Company uses standby letters of credit in addition to a funded trust to collateralize certain insurance obligations. The standby letters of credit are collateralized by restricted cash. As of February 1, 2025, February 3, 2024, and January 28, 2023, the Company had $1.8 million, $2.2 million, and $2.6 million, respectively, in standby letters of credit outstanding. As of February 1, 2025, February 3, 2024, and January 28, 2023, the Company had $63.9 million, $60.8 million, and $57.8 million, respectively, in a collateral trust.

The following table provides a reconciliation of cash, cash equivalents, and restricted cash and cash equivalents in the Consolidated Balance Sheets, that reconcile to the amounts shown on the Consolidated Statements of Cash Flows:

| ($000) | 2024 | 2023 | 2022 |
|---|---|---|---|
| Cash and cash equivalents | $  4,730,744 | $  4,872,446 | $  4,551,876 |
| **Restricted cash and cash equivalents included in:** | | | |
| Prepaid expenses and other | 17,087 | 14,489 | 12,677 |
| Other long-term assets | 48,631 | 48,506 | 47,688 |
| Total restricted cash and cash equivalents | 65,718 | 62,995 | 60,365 |
| Total cash and cash equivalents, and restricted cash and cash equivalents | $  4,796,462 | $  4,935,441 | $  4,612,241 |

**Estimated fair value of financial instruments.** The carrying value of cash and cash equivalents, restricted cash and cash equivalents, accounts receivable, other long-term assets, accounts payable, and other long-term liabilities approximates their estimated fair value. Refer to Note B: Fair Value Measurements and Note D: Debt for additional information.

Cash and cash equivalents were $4.7 billion and $4.9 billion at February 1, 2025 and February 3, 2024, respectively, and include bank deposits, money market funds, and U.S. Government and agency securities for which the fair value was determined using quoted prices for identical assets in active markets, which are considered to be Level 1 inputs under the fair value measurements and disclosures guidance.

**Merchandise inventory.** Merchandise inventory is stated at the lower of cost (determined using a weighted-average basis) or net realizable value. Inventory purchased by the Company can either be shipped to stores or processed as packaway merchandise with the intent that it will be warehoused and released to stores at a later date. Merchandise inventory includes acquisition, transportation, processing, and storage costs. The timing of the release of packaway inventory to the stores is principally driven by the product mix, seasonality of the merchandise, and its relation to the Company's store merchandise assortment plans. As such, the aging of packaway varies by merchandise category and seasonality of purchase, but typically packaway remains in storage less than six months. Included in the carrying value of the Company's merchandise inventory is a provision for shortage. The shortage reserve is based on historical shortage rates as determined through our annual physical merchandise inventory counts and cycle counts.

**Property and equipment.** Property and equipment are stated at cost, less accumulated depreciation and amortization. Depreciation is calculated using the straight-line method over the estimated useful life of the asset, typically ranging from three years to 12 years for equipment, 20 years to 40 years for land improvements and buildings, and three years to seven years for computer software costs incurred in developing or obtaining software for internal use. The cost of leasehold improvements is amortized over the useful life of the asset or the applicable lease term, whichever is less. Depreciation and amortization expense on property and equipment was $446.8 million, $419.4 million, and $394.7 million for fiscal 2024, 2023, and 2022, respectively. The Company capitalizes interest during the construction period of facilities and during the development and implementation phase of software projects. Interest capitalized was $19.4 million, $12.1 million, and $5.7 million in fiscal 2024, 2023, and 2022, respectively.

As of February 1, 2025, February 3, 2024, and January 28, 2023, the Company had $85.4 million, $78.2 million, and $71.0 million, respectively, of property and equipment purchased but not yet paid. These purchases are included in Property and Equipment and the related liabilities are included in Accounts payable and Accrued expenses and other in the accompanying Consolidated Balance Sheets.

In December 2024, the Company completed the sale of a packaway warehouse facility and recognized a pre-tax gain on sale of $61.6 million which is included within Selling, general and administrative on the Consolidated Statements of Earnings. Cash proceeds from the sale of the facility were $82.6 million.

40

**Other long-term assets.** Other long-term assets as of February 1, 2025 and February 3, 2024 consisted of the following:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| Deferred compensation (Note G) | $ | 196,786 | $ | 165,582 |
| Restricted cash and cash equivalents | | 48,631 | | 48,506 |
| Other | | 33,958 | | 29,141 |
| Total | $ | 279,375 | $ | 243,229 |

**Impairment of long-lived assets.** Property and other long-term assets that are subject to depreciation and amortization are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable based on estimated undiscounted future cash flows. For stores that are closed, the Company records an impairment charge, if appropriate, or accelerates depreciation over the revised useful life of the asset. Intangible assets that are not subject to amortization, including goodwill, are tested for impairment annually or more frequently if events or changes in circumstances indicate that the asset may be impaired. No material impairment charges were recorded during fiscal 2024, 2023, and 2022.

**Accounts payable.** Accounts payable represents amounts owed to third parties at the end of the period. Accounts payable includes book cash overdrafts (checks issued under zero balance accounts not yet presented for payment) in excess of cash balances in such accounts of approximately $71.3 million and $61.4 million at February 1, 2025 and February 3, 2024, respectively. The Company includes the change in book cash overdrafts in operating cash flows.

**Supply chain finance program.** The Company facilitates a voluntary supply chain finance program (the "program") to provide certain suppliers with the opportunity to sell their receivables due from the Company to participating financial institutions at the sole discretion of both the suppliers and the financial institutions. A third-party financial institution administers the program. The Company's responsibility is limited to making payments on the terms originally negotiated with each supplier, regardless of whether a supplier sells its receivable to a financial institution. The Company is not a party to the agreements between the participating financial institutions and the suppliers in connection with the program, and does not receive financial incentives from the suppliers or the financial institutions. The Company does not provide guarantees under the program, and the Company's rights and obligations to its suppliers are not affected by the program. The range of payment terms negotiated with a supplier is consistent, irrespective of whether a supplier participates in the program.

All outstanding payments owed under the program are recorded within Accounts payable in the Consolidated Balance Sheets. The Company accounts for all payments made under the program as a reduction to operating cash flows in Accounts payable within the Consolidated Statements of Cash Flows. The amounts owed to participating financial institutions under the program and included in Accounts payable were $159.2 million and $146.9 million as of February 1, 2025 and February 3, 2024, respectively.

The following table is a reconciliation of the outstanding obligations confirmed as valid under the Company's supply chain finance program for fiscal 2024:

| ($000) | | 2024 |
|---|---|---|
| Confirmed obligations outstanding at the beginning of the year | $ | 146,937 |
| Invoices confirmed during the year | | 856,294 |
| Confirmed invoices paid during the year | | (844,022) |
| Confirmed obligations outstanding at the end of the year | $ | 159,209 |

41

**Insurance obligations.** The Company uses a combination of insurance and self-insurance for a number of risk management activities, including workers' compensation, general liability, and employee-related health care benefits. The self-insurance and deductible liability is determined actuarially, based on claims filed and an estimate of claims incurred but not yet reported. Self-insurance and deductible reserves as of February 1, 2025 and February 3, 2024 consisted of the following:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| Workers' compensation | $ | 70,747 | $ | 80,791 |
| General liability | | 58,460 | | 47,663 |
| Medical plans | | 7,938 | | 8,145 |
| Total | $ | 137,145 | $ | 136,599 |

Workers' compensation and self-insured medical plan liabilities are included in Accrued payroll and benefits, and accruals for general liability are included in Accrued expenses and other in the accompanying Consolidated Balance Sheets.

**Other long-term liabilities.** Other long-term liabilities as of February 1, 2025 and February 3, 2024 consisted of the following:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| Deferred compensation (Note G) | $ | 196,786 | $ | 165,582 |
| Income taxes (Note F) | | 61,292 | | 56,045 |
| Other | | 9,833 | | 10,756 |
| Total | $ | 267,911 | $ | 232,383 |

**Lease accounting.** As the Company's leases generally do not provide an implicit discount rate, the Company uses the estimated collateralized incremental borrowing rate based on information available at the lease commencement date in determining the present value of lease payments for use in the calculation of the operating lease liabilities and right-of-use assets. This rate is determined using a portfolio approach based on the risk-adjusted rate of interest and requires estimates and assumptions including credit rating, credit spread, and adjustments for the impact of collateral. The Company believes that this is the rate it would have to pay to borrow an amount equal to the lease payments on a collateralized basis over a similar lease term. Operating lease liabilities and corresponding right-of-use assets include options to extend lease terms that are reasonably certain of being exercised. The Company does not record a lease liability and corresponding right-of-use asset for leases with terms of 12 months or less and accounts for lease and non-lease components as a single lease component. The Company's lease portfolio is comprised of operating leases with the lease cost recorded on a straight-line basis over the lease term. Refer to Note E: Leases for additional information.

**Revenue recognition.** The Company recognizes revenue at the point of sale, net of sales taxes collected and an allowance for estimated future returns. The Company recognizes allowances for estimated sales returns on a gross basis as a reduction to sales. The asset recorded for the expected recovery of merchandise inventory was $12.4 million, $12.1 million, and $11.8 million and the liability recorded for the refund due to the customer was $24.1 million, $23.7 million, and $23.1 million as of February 1, 2025, February 3, 2024, and January 28, 2023, respectively. Sales taxes collected that are outstanding and the allowance for estimated future returns are included in Accrued expenses and other, and the asset for expected recovery of merchandise is included in Prepaid expenses and other in the Consolidated Balance Sheets.

Sales of stored value cards are deferred until they are redeemed for the purchase of Company merchandise. The Company's stored value cards do not have expiration dates. Based upon historical redemption rates, a small percentage of stored value cards will never be redeemed, which represents breakage. Breakage is estimated and recognized as revenue based upon the historical pattern of customer redemptions. Breakage was not material to the consolidated financial statements in fiscal 2024, 2023, and 2022.

The following sales mix table disaggregates revenue by merchandise category for fiscal 2024, 2023, and 2022:

|  | 2024 [1] | 2023 | 2022 |
|---|---|---|---|
| Home Accents and Bed and Bath | 26 % | 26 % | 26 % |
| Ladies | 22 % | 23 % | 24 % |
| Men's | 16 % | 15 % | 15 % |
| Accessories, Lingerie, Fine Jewelry, and Cosmetics | 15 % | 15 % | 14 % |
| Shoes | 12 % | 13 % | 12 % |
| Children's | 9 % | 8 % | 9 % |
| Total | 100 % | 100 % | 100 % |

**Cost of goods sold.** In addition to product costs, the Company includes in cost of goods sold its buying, distribution, and freight expenses, as well as occupancy costs and depreciation and amortization related to the Company's retail stores, buying, and distribution facilities. Buying expenses include costs to procure merchandise inventories. Distribution expenses include the cost of operating the Company's distribution centers, warehouses, and cross-dock facilities.

**Store pre-opening.** Store pre-opening costs are expensed in the period incurred.

**Advertising.** Advertising costs are expensed in the period incurred and are included in Selling, general and administrative expenses. Advertising costs for fiscal 2024, 2023, and 2022 were $70.2 million, $67.7 million, and $66.5 million, respectively.

**Stock-based compensation.** The Company recognizes compensation expense based upon the grant date fair value of all stock-based awards, typically over the vesting period. Refer to Note C: Stock-Based Compensation for more information on the Company's stock-based compensation plans.

**Interest (income) expense, net.** Interest (income) expense, net primarily includes interest income, capitalized interest expense, interest expense on long-term debt, and other interest expense.

The table below shows the components of interest (income) expense, net for fiscal 2024, 2023, and 2022:

| ($000) | | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|---|
| Interest income | $ | (234,955) | $ | (238,207) | $ | (77,706) |
| Capitalized interest expense | | (19,447) | | (12,106) | | (5,678) |
| Other interest expense | | 1,571 | | 1,599 | | 1,668 |
| Interest expense on long-term debt | | 81,263 | | 84,596 | | 84,558 |
| Interest (income) expense, net | $ | (171,568) | $ | (164,118) | $ | 2,842 |

**Taxes on earnings.** The Company accounts for income taxes in accordance with the Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 740, *Accounting for Income Taxes*, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been recognized in the Company's consolidated financial statements or tax returns. In estimating future tax consequences, the Company generally considers all expected future events other than changes in the tax law or tax rates. ASC 740 clarifies the criteria that an individual tax position must satisfy for some or all of the benefits of that position to be recognized in a company's consolidated financial statements. ASC 740 prescribes a recognition threshold of more-likely-than-not and a measurement standard for all tax positions taken or expected to be taken on a tax return in order for those tax positions to be recognized in the consolidated financial statements. Refer to Note F: Taxes on Earnings for additional information.

**Treasury stock.** The Company records treasury stock at cost. Treasury stock includes shares purchased from employees for tax withholding purposes related to vesting of equity plan awards.

9/4/25, 6:20 PM

**Earnings per share.** The Company computes and reports both basic earnings per share ("EPS") and diluted EPS. Basic EPS is computed by dividing net earnings by the weighted-average number of common shares outstanding for the period. Diluted EPS is computed by dividing net earnings by the sum of the weighted-average number of common shares and dilutive common stock equivalents outstanding during the period. Diluted EPS reflects the total potential dilution that could occur from outstanding equity plan awards and unvested shares of both performance and non-performance based awards of restricted stock and restricted stock units.

Shares are excluded from the calculation of diluted EPS if their effect would have been anti-dilutive to the calculation of diluted EPS. In fiscal 2024, 2023, and 2022 approximately 49,600, 200, and 11,100 weighted-average shares were excluded from the calculation of diluted EPS, respectively.

The following is a reconciliation of the number of shares (denominator) used in the basic and diluted EPS computations:

| Shares in (000s) | Basic EPS | | Effect of dilutive common stock equivalents | | Diluted EPS |
|---|---|---|---|---|---|
| **2024** | | | | | |
| **Shares** | **328,593** | | **2,391** | | **330,984** |
| **Amount** | $ | **6.36** | $ | **(0.04)** | $ **6.32** |
| 2023 | | | | | |
| Shares | 335,187 | | 2,246 | | 337,433 |
| Amount | $ | 5.59 | $ | (0.03) | $ 5.56 |
| 2022 | | | | | |
| Shares | 343,452 | | 1,770 | | 345,222 |
| Amount | $ | 4.40 | $ | (0.02) | $ 4.38 |

**Recently adopted accounting standards.** In November 2023, the FASB issued Accounting Standards Update ("ASU") 2023-07, *Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures.* The ASU is intended to improve reportable segment disclosure requirements, primarily through enhanced disclosures about significant segment expenses. The Company adopted ASU 2023-07 for the fiscal year ended February 1, 2025 on a retrospective basis. The adoption of the standard did not have a material impact on the Company's consolidated financial statements.

In September 2022, the FASB issued ASU 2022-04, *Liabilities — Supplier Finance Programs (Subtopic 405-50): Disclosure of Supplier Finance Program Obligations*, to enhance transparency about an entity's use of supplier finance programs. The ASU requires enhanced and additional disclosures about the key terms of supplier finance programs including a description of where in the financial statements any related amounts are presented. The Company adopted ASU 2022-04 in the first quarter of fiscal 2023 on a retrospective basis, and the rollforward requirements for the fiscal year ended February 1, 2025 on a prospective basis. The adoption of this standard did not have a material impact on the Company's consolidated financial statements.

**Recently issued accounting standards.** In November 2024, the FASB issued ASU 2024-03, *Income Statement— Reporting Comprehensive Income—Expense Disaggregation Disclosures (Subtopic 220-40): Disaggregation of Income Statement Expenses*. The ASU is intended to enhance transparency of income statement disclosures primarily through additional disaggregation of relevant expense captions. The standard is effective for annual reporting periods beginning after December 15, 2026, and interim periods within annual reporting periods beginning after December 15, 2027, with prospective or retrospective application permitted. The Company is currently evaluating the impact of this guidance on its disclosures in the consolidated financial statements.

44

In December 2023, the FASB issued ASU 2023-09, *Income Taxes (Topic 740)*: *Improvements to Income Tax Disclosures*. The ASU is intended to enhance the transparency and decision usefulness of income tax disclosures. It requires the Company to disclose disaggregated jurisdictional and categorical information for the tax rate reconciliation and the amount of income taxes paid as well as additional income tax related amounts. The new guidance is effective for annual reporting periods beginning after December 15, 2024, with retrospective application permitted. The Company is currently evaluating the impact of this guidance on its disclosures in the consolidated financial statements.

**Note B: Fair Value Measurements**

Accounting standards pertaining to fair value measurements establish a three-tier fair value hierarchy which prioritizes the inputs used in measuring fair value. The inputs used to measure fair value include: Level 1, observable inputs such as quoted prices in active markets; Level 2, inputs other than quoted prices in active markets that are either directly or indirectly observable; and Level 3, unobservable inputs in which little or no market data exists. This fair value hierarchy requires the Company to develop its own assumptions, maximize the use of observable inputs, and minimize the use of unobservable inputs when measuring fair value. Corporate and U.S. government and agency securities are classified within Level 1 because these securities are valued using quoted market prices.

The fair value of the Company's financial instruments as of February 1, 2025 and February 3, 2024 are as follows:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| Cash and cash equivalents (Level 1) | $ | 4,730,744 | $ | 4,872,446 |
| Restricted cash and cash equivalents (Level 1) | $ | 65,718 | $ | 62,995 |

The underlying assets in the Company's nonqualified deferred compensation program as of February 1, 2025 and February 3, 2024 (included in Other long-term assets and Other long-term liabilities) primarily consist of participant-directed money market, stock, and bond funds. The fair value measurement for funds with quoted market prices in active markets (Level 1) are as follows:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| Nonqualified deferred compensation program (Level 1) | $ | 196,786 | $ | 165,582 |

**Note C: Stock-Based Compensation**

On May 17, 2017, the Company's stockholders approved the Ross Stores, Inc. 2017 Equity Incentive Plan (the "2017 Plan"). The 2017 Plan had an initial share reserve of 12.0 million shares of the Company's common stock, which could be increased by a maximum of 5.5 million shares from certain expired, withheld, or forfeited shares from the 2017 Plan or the predecessor plan. The 2017 Plan provides for various types of incentive awards, which may potentially include the grant of stock options, stock appreciation rights, restricted stock purchase rights, restricted stock bonuses, restricted stock units, performance shares, performance units, and deferred compensation awards.

**Restricted stock.** The Company grants shares of restricted stock and restricted stock units to directors, officers, and key employees. The fair value of shares of restricted stock and restricted stock units at the date of grant is amortized to expense over the vesting period of generally three to five years.

**Performance awards.** The Company has a performance share award program for senior executives. A performance share award represents a right to receive shares of restricted stock on a specified settlement date based on the Company's attainment of a performance goal during the performance period, which is the Company's fiscal year. If attained, the restricted stock then vests over a service period, generally three years from the date the performance award was granted.

In fiscal 2024, the Company also granted a performance-conditioned restricted stock unit award ("PRSU") in connection with the hiring of its new CEO. The PRSU is subject to vesting based on both service and market-based conditions, over a period that ends in March 2029. The fair value of the PRSU on the grant date was $6.9 million, determined using a Monte Carlo simulation model, and will be amortized to expense over the service period.

45

Restricted stock awards and performance awards (including the PRSU) are collectively referred to as stock awards.

A summary of stock awards activity for fiscal 2024 is presented below:

| | Number of shares (000) | | Weighted-average grant date fair value |
|---|---|---|---|
| Unvested at February 3, 2024 | 4,395 | $ | 104.52 |
| Awarded | 1,214 | | 148.08 |
| Released | (1,307) | | 104.80 |
| Forfeited | (145) | | 108.39 |
| **Unvested at February 1, 2025** | **4,157** | $ | **117.02** |

All unvested shares at February 1, 2025, with the exception of the PRSU shares, are only subject to service vesting conditions. The 51,164 PRSU shares awarded in fiscal 2024 all remain unvested as of February 1, 2025. The weighted-average grant date fair value of the PRSU shares was $135.83.

The unamortized stock award compensation expense at February 1, 2025 and February 3, 2024 was $229.3 million and $217.1 million, respectively, which are each expected to be recognized over a weighted-average remaining period of 1.7 years. Intrinsic value for unvested stock awards, defined as the closing market value per share on the last business day of fiscal year 2024 (or $150.56), applied to the unvested shares was $625.9 million. A total of 7.3 million, 7.8 million, and 8.9 million shares were available under the 2017 Plan for new stock awards at the end of fiscal 2024, 2023, and 2022, respectively.

**Employee Stock Purchase Plan.** Under the Employee Stock Purchase Plan ("ESPP"), eligible employees participating in the quarterly offering period can choose to have up to the lesser of 10% of their annual base earnings or the IRS annual share purchase limit of $25,000 in aggregate market value to purchase the Company's common stock. The purchase price of the stock is 85% of the closing market price on the date of purchase. Purchases occur on a quarterly basis (on the last trading day of each calendar quarter). The Company recognizes expense for ESPP purchase rights equal to the value of the 15% discount given on the purchase date.

During fiscal 2024, 2023, and 2022, employees purchased approximately 0.2 million, 0.3 million, and 0.3 million shares, respectively, of the Company's common stock under the plan at weighted-average per share prices of $126.18, $98.86, and $74.54, respectively. Through February 1, 2025, approximately 41.5 million shares had been issued under this plan and 3.4 million shares remained available for future issuance.

For fiscal 2024, 2023, and 2022, the Company recognized stock-based compensation expense as follows:

| ($000) | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|
| Restricted stock | $ **92,837** | $ | 92,511 | $ | 85,092 |
| Performance awards | **59,033** | | 48,584 | | 32,484 |
| Employee stock purchase plan | **4,428** | | 4,395 | | 4,360 |
| Total | $ **156,298** | $ | 145,490 | $ | 121,936 |

Capitalized stock-based compensation cost was not material in any year presented.

46

Total stock-based compensation recognized in the Company's Consolidated Statements of Earnings for fiscal 2024, 2023, and 2022 is as follows:

| Statements of Earnings Classification ($000) | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|
| Cost of goods sold | $ | 73,901 | $ | 76,301 | $ | 67,141 |
| Selling, general and administrative | | 82,397 | | 69,189 | | 54,795 |
| Total | $ | 156,298 | $ | 145,490 | $ | 121,936 |

The tax benefits related to stock-based compensation expense for fiscal 2024, 2023, and 2022 were $29.6 million, $29.6 million, and $24.8 million, respectively.

**Note D: Debt**

**Long-term debt.** Unsecured senior debt (the "Senior Notes"), net of unamortized discounts and debt issuance costs, as of February 1, 2025 and February 3, 2024 consisted of the following:

| ($000) | | 2024 | | 2023 |
|---|---|---|---|---|
| 3.375% Senior Notes due 2024 | $ | — | $ | 249,713 |
| 4.600% Senior Notes due 2025 | | 699,731 | | 698,441 |
| 0.875% Senior Notes due 2026 | | 498,503 | | 497,268 |
| 4.700% Senior Notes due 2027 | | 240,778 | | 240,335 |
| 4.800% Senior Notes due 2030 | | 132,953 | | 132,776 |
| 1.875% Senior Notes due 2031 | | 496,390 | | 495,820 |
| 5.450% Senior Notes due 2050 | | 146,456 | | 146,377 |
| Total long-term debt[1] | $ | 2,214,811 | $ | 2,460,730 |
| | | | | |
| Less: current portion | $ | 699,731 | $ | 249,713 |
| Total due beyond one year | $ | 1,515,080 | $ | 2,211,017 |

[1] Net of unamortized discount and debt issuance costs of $10.2 million and $14.3 million as of February 1, 2025 and February 3, 2024, respectively.

Interest on all Senior Notes is payable semi-annually and the Senior Notes are subject to prepayment penalties for early payment of principal.

In September 2024, the Company repaid at maturity the $250 million principal amount of the 3.375% Senior Notes.

The aggregate fair value of the remaining six outstanding series of Senior Notes was approximately $2.1 billion as of February 1, 2025. The aggregate fair value of the seven outstanding series of Senior Notes was approximately $2.3 billion as of February 3, 2024. The fair value is estimated by obtaining comparable market quotes which are considered to be Level 1 inputs under the fair value measurements and disclosures guidance.

The following table shows scheduled annual principal payments on long-term debt:

| ($000) | | |
|---|---|---|
| 2025 | $ | 700,000 |
| 2026 | $ | 500,000 |
| 2027 | $ | 241,786 |
| Thereafter | $ | 783,205 |

**Revolving credit facilities.** The Company's $1.3 billion senior unsecured revolving credit facility ("Credit Facility") expires in February 2027 and may be extended at the Company's request for up to two additional one-year periods subject to customary conditions. The Credit Facility contains a $300 million sublimit for issuance of standby letters of credit. It also contains an option allowing the Company to increase the size of its Credit Facility by up to an additional $700 million, with the agreement of the committing lenders. Interest on borrowings under this Credit Facility is a term rate based on the Secured Overnight Financing Rate ("Term SOFR") (or an alternate benchmark rate, if Term SOFR is no longer available) plus an applicable margin and is payable quarterly and upon maturity.

The Credit Facility is subject to a quarterly Consolidated Adjusted Debt to Consolidated EBITDAR financial leverage ratio covenant. As of February 1, 2025, the Company was in compliance with the financial covenant, had no borrowings or standby letters of credit outstanding under the Credit Facility, and the $1.3 billion Credit Facility remained in place and available.

## Note E: Leases

The Company currently leases its store locations with original, non-cancelable terms that in general range from three years to ten years. Store leases typically contain provisions for three to four renewal options of five years each. The exercise of lease renewal options is at the sole discretion of the Company. Most store leases also provide for minimum annual rentals and for payment of variable lease costs. In addition, some store leases also have provisions for additional rent based on a percentage of sales ("percentage rent") and others include rental payments adjusted periodically for inflation. The Company's lease agreements do not contain any material residual guarantees or material restrictive covenants. The Company does not have any financing leases.

The Company leases certain distribution/warehouse facilities with expiration dates ranging from 2025 to 2031 and the majority contain renewal provisions. The Company also leases office space for its Los Angeles and Boston buying offices. The lease terms for these facilities expire in 2027 and 2026, respectively. The Los Angeles and Boston buying office facilities contain renewal provisions. In addition, the Company has a ground lease related to its New York buying office.

The following table presents net operating lease cost included in the Consolidated Statement of Earnings for fiscal 2024, 2023, and 2022:

| ($000) | | **2024** | 2023 | 2022 |
|---|---|---|---|---|
| Operating lease cost[1] | $ | **800,834** $ | 760,268 $ | 721,340 |
| Variable lease costs[2] | | **246,315** | 219,526 | 206,262 |
| Net lease cost[3] | $ | **1,047,149** $ | 979,794 $ | 927,602 |

[1] Net of sublease income which was immaterial.

[2] Includes property and rent taxes, insurance, common area maintenance, percentage rent, and negotiated rent abatements.

[3] Excludes short-term lease costs which were immaterial.

48

The maturity of operating lease liabilities, including the ground lease related to the New York buying office as of February 1, 2025, are as follows:

| ($000) | | Operating Leases[1] |
|---|---|---|
| 2025 | $ | 766,071 |
| 2026 | | 774,352 |
| 2027 | | 663,938 |
| 2028 | | 536,465 |
| 2029 | | 362,872 |
| Thereafter | | 1,624,793 |
| Total lease payments | $ | 4,728,491 |
| Less: interest | | 1,260,873 |
| Present value of lease liabilities | $ | 3,467,618 |
| Less: current operating lease liabilities | | 703,337 |
| Non-current operating lease liabilities | $ | 2,764,281 |

[1] Operating leases exclude $187.2 million of minimum lease payments for leases signed that have not yet commenced.

The weighted-average remaining lease term and the weighted-average discount rate for operating leases as of February 1, 2025 and February 3, 2024 are as follows:

| | 2024 | 2023 |
|---|---|---|
| **Weighted-average remaining lease term (years):** | | |
| Including the long-term ground lease related to the New York buying office | **9.6** | 9.8 |
| Excluding the long-term ground lease related to the New York buying office | **5.5** | 5.4 |
| | | |
| **Weighted-average discount rate:** | | |
| Including the long-term ground lease related to the New York buying office | **4.2 %** | 3.9 % |
| Excluding the long-term ground lease related to the New York buying office | **4.1 %** | 3.6 % |

The following table presents cash paid for amounts included in the measurement of operating lease liabilities and operating lease assets obtained in exchange for operating lease liabilities (includes new leases and remeasurements or modifications of existing leases) for fiscal 2024, 2023, and 2022:

| ($000) | | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|---|
| Cash paid for amounts included in the measurement of operating lease liabilities | $ | **789,211** | $ | 746,254 | $ | 701,478 |
| Operating lease assets obtained in exchange for operating lease liabilities | $ | **841,891** | $ | 682,580 | $ | 705,220 |

49

**Note F: Taxes on Earnings**

The provision for income taxes consisted of the following:

| ($000) | 2024 | 2023 | 2022 |
|---|---|---|---|
| **Current** | | | |
| Federal | $ **580,253** | $ 532,913 | $ 338,479 |
| State | **95,369** | 85,169 | 57,552 |
| | **675,622** | 618,082 | 396,031 |
| **Deferred** | | | |
| Federal | **(7,016)** | (16,265) | 74,062 |
| State | **(2,182)** | (4,556) | 5,355 |
| | **(9,198)** | (20,821) | 79,417 |
| Total | $ **666,424** | $ 597,261 | $ 475,448 |

The provision for taxes for financial reporting purposes is different from the tax provision computed by applying the statutory federal income tax rate. The differences are reconciled below:

| | 2024 | 2023 | 2022 |
|---|---|---|---|
| Federal income taxes at the statutory rate | **21.0 %** | 21.0 % | 21.0 % |
| State income taxes (net of federal benefit) and other, net | **3.2 %** | 3.2 % | 2.9 % |
| Total | **24.2 %** | 24.2 % | 23.9 % |

The components of deferred taxes at February 1, 2025 and February 3, 2024 are as follows:

| ($000) | 2024 | 2023 |
|---|---|---|
| **Deferred Tax Assets** | | |
| Accrued liabilities | $ **32,819** | $ 35,010 |
| Deferred compensation | **45,689** | 39,366 |
| Stock-based compensation | **53,995** | 52,431 |
| State taxes and credits | **20,534** | 18,494 |
| Employee benefits | **29,549** | 33,764 |
| Operating lease liabilities | **870,577** | 826,566 |
| Other | **9,633** | 9,053 |
| Gross Deferred Tax Assets | **1,062,796** | 1,014,684 |
| Less: Valuation allowance | **(583)** | — |
| Deferred Tax Assets | **1,062,213** | 1,014,684 |
| | | |
| **Deferred Tax Liabilities** | | |
| Depreciation and amortization | **(364,320)** | (369,529) |
| Merchandise inventory | **(26,004)** | (25,410) |
| Supplies | **(14,873)** | (14,137) |
| Operating lease assets | **(826,425)** | (785,608) |
| Other | **(17,631)** | (16,238) |
| Deferred Tax Liabilities | **(1,249,253)** | (1,210,922) |
| Net Deferred Tax Liabilities | $ **(187,040)** | $ (196,238) |

At the end of fiscal 2024 and 2023, the Company's state tax credit carryforwards for income tax purposes were approximately $9.6 million and $10.1 million, respectively. The state tax credit carryforwards will begin to expire in fiscal 2031. The Company has provided a valuation allowance of $0.6 million as of the end of fiscal 2024 for deferred tax assets related to state tax credits that are not expected to be realized.

The changes in amounts of unrecognized tax benefits (gross of federal tax benefits and excluding interest and penalties) at fiscal 2024, 2023, and 2022 are as follows:

| ($000) | 2024 | 2023 | 2022 |
|---|---|---|---|
| Unrecognized tax benefits - beginning of year | $ 52,379 | $ 53,544 | $ 60,547 |
| Gross increases: | | | |
| Tax positions in current period | 13,100 | 13,206 | 10,132 |
| Tax positions in prior period | 1,163 | 2,295 | 672 |
| Gross decreases: | | | |
| Tax positions in prior periods | (3,405) | (4,366) | (6,808) |
| Lapse of statutes of limitations | (8,820) | (11,148) | (9,989) |
| Settlements | (126) | (1,152) | (1,010) |
| Unrecognized tax benefits - end of year | $ 54,291 | $ 52,379 | $ 53,544 |

At the end of fiscal 2024, 2023, and 2022, the reserves for unrecognized tax benefits were $62.2 million, $58.6 million, and $60.6 million inclusive of $7.9 million, $6.2 million, and $7.1 million of related reserves for interest and penalties, respectively. The Company accounts for interest and penalties related to unrecognized tax benefits as a part of its provision for taxes on earnings. If recognized, $49.4 million would impact the Company's effective tax rate. The difference between the total amount of unrecognized tax benefits and the amounts that would impact the effective tax rate relates to amounts attributable to deferred tax assets and liabilities. These amounts are net of federal and state income taxes.

It is reasonably possible that certain federal and state tax matters may be concluded or statutes of limitations may lapse during the next twelve months. Accordingly, the total amount of unrecognized tax benefits may decrease by up to $7.7 million.

The Company is open to audit by the Internal Revenue Service under the statute of limitations for fiscal years 2021 through 2024. The Company's state income tax returns are generally open to audit under the various statutes of limitations for fiscal years 2020 through 2024. Certain state tax returns are currently under audit by various tax authorities. The Company does not expect the results of these audits to have a material impact on the consolidated financial statements.

In December 2021, the Organization for Economic Co-operation and Development released Pillar Two Model Rules ("Pillar Two"), which provide for a global minimum tax of 15% on multinational entities. Although the United States has not yet adopted Pillar Two, several countries enacted Pillar Two with an initial effective date of January 1, 2024. The impact of Pillar Two on the Company's effective tax rate was not material for fiscal 2024. The Company will continue to monitor future Pillar Two legislation in relevant jurisdictions for any impacts to its effective tax rate.

**Note G: Employee Benefit Plans**

The Company has a defined contribution plan that is available to certain employees. Under the plan, employee and Company contributions and accumulated plan earnings qualify for favorable tax treatment under Section 401(k) of the Internal Revenue Code. This plan permits employees to make contributions up to the maximum limits allowable under the Internal Revenue Code. The Company matches up to 4% of the employee's salary up to the plan limits. Company matching contributions to the 401(k) plan were $28.6 million, $26.9 million, and $24.8 million in fiscal 2024, 2023, and 2022, respectively.

The Company also makes available to management a Nonqualified Deferred Compensation Plan which allows management to make payroll contributions on a pre-tax basis in addition to the 401(k) plan. Other long-term assets include $196.8 million and $165.6 million at February 1, 2025 and February 3, 2024, respectively, of long-term plan investments, at market value, set aside or designated for the Nonqualified Deferred Compensation Plan. Refer to

Note B: Fair Value Measurements for additional information. Plan investments are designated by the participants, and investment returns are not guaranteed by the Company. The Company has a corresponding liability to participants of $196.8 million and $165.6 million at February 1, 2025 and February 3, 2024, respectively, included in Other long-term liabilities in the Consolidated Balance Sheets.

In addition, the Company has certain individuals who receive or will receive post-employment medical benefits. The estimated liability for these benefits of $13.2 million and $13.1 million is included in Accrued expenses and other in the accompanying Consolidated Balance Sheets as of February 1, 2025 and February 3, 2024, respectively.

**Note H: Shareholders' Equity**

**Stock repurchase program.** In March 2024, the Company's Board of Directors approved a two-year program to repurchase up to $2.1 billion of the Company's common stock through January 31, 2026. This program followed the previous two-year $1.9 billion stock repurchase program, effective at the end of fiscal 2023.

The following table summarizes the Company's stock repurchase activity in fiscal 2024, 2023, and 2022:

| Fiscal Year | Shares repurchased (in millions) | | Average repurchase price | | Amount repurchased (in millions) | |
|---|---|---|---|---|---|---|
| **2024** | **7.3** | **$** | **144.46** | **$** | **1,050** | [1] |
| 2023 | 8.2 | $ | 115.24 | $ | 950 | [1] |
| 2022 | 10.3 | $ | 92.15 | $ | 950 | |

[1] Amount excludes excise tax due under the Inflation Reduction Act of 2022.

**Treasury stock.** As of February 1, 2025 and February 3, 2024, the Company held 16.4 million and 15.8 million shares of treasury stock, respectively. Shares repurchased for tax withholding are considered treasury shares which are available for reissuance. Shares purchased by the Company for tax withholding totaled 0.6 million, 0.5 million, and 0.5 million shares for fiscal 2024, 2023, and 2022, respectively.

**Preferred stock.** The Company has 4.0 million shares of preferred stock authorized, with a par value of $.01 per share. No preferred stock is issued or outstanding.

**Dividends.** On March 4, 2025, the Company's Board of Directors declared a quarterly cash dividend of $0.4050 per common share, payable on March 31, 2025. The Company's Board of Directors declared a cash dividend of $0.3675 per common share in March, May, August, and November 2024. The Company's Board of Directors declared a cash dividend of $0.3350 per common share in February, May, August, and November 2023. The Company's Board of Directors declared a cash dividend of $0.3100 per common share in March, May, August, and November 2022. During fiscal 2024, 2023, and 2022, the Company paid dividends of $488.7 million, $454.8 million, and $431.3 million, respectively.

**Note I: Segment Reporting**

The Company has one reportable segment. As of February 3, 2024, the Company identified two operating segments; Ross and dd's DISCOUNTS. Each operating segment's operations include only activities related to off-price retailing in stores throughout the United States and its territories. The Company determined that the two operating segments share similar economic and other qualitative characteristics and are therefore aggregated into one reportable segment.

The Company considers operating income, defined as earnings before interest and taxes, to be the measure of profit or loss for its reportable segment. The measure of segment assets is reported on the Consolidated Balance Sheets as Total assets. Segment information is prepared on the same basis that the Company's Chief Executive Officer, who is the Chief Operating Decision Maker (CODM), manages the segments. The CODM uses operating income to monitor budget versus actual results, make key operating decisions, perform competitive analysis to the Company's peers, and make resource allocation decisions.

The financial information below, including the significant expense categories regularly provided to the CODM, is presented for the Company's reportable segment for the fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023:

| ($000) | 2024 | 2023 | 2022 |
|---|---|---|---|
| **Sales** | $ 21,129,219 | $ 20,376,941 | $ 18,695,829 |
| Less: | | | |
| **Costs and Expenses[1]** | | | |
| Cost of goods sold, excluding occupancy costs[2] | 13,983,087 | 13,612,994 | 12,810,290 |
| Occupancy costs | 1,277,419 | 1,188,607 | 1,135,940 |
| Store related costs[3] | 2,859,879 | 2,762,186 | 2,435,313 |
| Other segment items[4] | 423,248 | 505,491 | 323,955 |
| Segment operating income | 2,585,586 | 2,307,663 | 1,990,331 |
| Interest (income) expense, net[5] | (171,568) | (164,118) | 2,842 |
| Earnings before taxes | $ 2,757,154 | $ 2,471,781 | $ 1,987,489 |

[1] Refer to Note A: Summary of Significant Accounting Policies in the Notes to Consolidated Financial Statements for depreciation and amortization expense.

[2] Cost of goods sold, excluding occupancy costs primarily includes merchandise related costs, distribution costs, freight costs, and buying costs.

[3] Store related costs primarily includes store payroll, other store operating expenses, and advertising costs.

[4] Other segment items included in Segment operating income primarily includes other general and administrative expenses.

[5] Refer to Note A: Summary of Significant Accounting Policies in the Notes to Consolidated Financial Statements for disclosure of the components of Interest (income) expense, net.

### Note J: Litigation, Claims, and Assessments

Like many retailers, the Company has been named in class/representative action lawsuits, primarily in California, alleging violations by the Company of wage and hour laws. Class/representative action litigation remains pending as of February 1, 2025.

The Company is also party to various other legal and regulatory proceedings arising in the normal course of business. Actions filed against the Company may include commercial, product and product safety, consumer, intellectual property, environmental, and labor and employment-related claims, including lawsuits in which private plaintiffs or governmental agencies allege that the Company violated federal, state, and/or local laws. Actions against the Company are in various procedural stages. Many of these proceedings raise factual and legal issues and are subject to uncertainties.

In the opinion of management, the resolution of currently pending class/representative action litigation and other currently pending legal and regulatory proceedings will not have a material adverse effect on the Company's financial condition, results of operations, or cash flows.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and the Board of Directors of Ross Stores, Inc.

**Opinions on the Financial Statements and Internal Control over Financial Reporting**

We have audited the accompanying consolidated balance sheets of Ross Stores, Inc. and subsidiaries (the "Company") as of February 1, 2025 and February 3, 2024, the related consolidated statements of earnings, comprehensive income, stockholders' equity, and cash flows for each of the fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023, and the related notes (collectively referred to as the "financial statements"). We also have audited the Company's internal control over financial reporting as of February 1, 2025, based on criteria established in *Internal Control - Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Company as of February 1, 2025 and February 3, 2024, and the results of its operations and its cash flows for each of the fiscal years ended February 1, 2025, February 3, 2024, and January 28, 2023, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of February 1, 2025, based on criteria established *in Internal Control - Integrated Framework* (2013) issued by COSO.

**Basis for Opinions**

The Company's management is responsible for these financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying "Management's Annual Report on Internal Control over Financial Reporting." Our responsibility is to express an opinion on these financial statements and an opinion on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the financial statements included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures to respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection

of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

54

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

**Critical Audit Matters**

Critical audit matters are matters arising from the current-period audit of the financial statements that were communicated or required to be communicated to the audit committee and that (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. We determined that there are no critical audit matters.


/s/DELOITTE & TOUCHE LLP


San Francisco, California
March 31, 2025


We have served as the Company's auditor since 1982.

---

55

---

**ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None

**ITEM 9A. CONTROLS AND PROCEDURES**

**Disclosure Controls and Procedures**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, conducted an evaluation of the effectiveness of our "disclosure controls and procedures," (as defined in Exchange Act Rule 13a-15(e)), as of the end of the period covered by this report. Our disclosure controls and procedures are designed to provide reasonable assurance of achieving their objectives. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective at that reasonable assurance level as of the end of the period covered by this report.

It should be noted that any system of controls, however well designed and operated, can provide only reasonable, and not absolute, assurance that the objectives of the system will be met. In addition, the design of any control system is based in part upon certain assumptions about the likelihood of future events.

**Management's Annual Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Exchange Act Rule 13a-15(f). Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with generally accepted accounting principles.

Under the supervision and with the participation of our management, including our Chief Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework established by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") as set forth in *Internal Control — Integrated Framework* (2013). Based on our evaluation under the framework in *Internal Control — Integrated Framework* (2013), our management concluded that our internal control over financial reporting was effective as of February 1, 2025.

Our internal control over financial reporting as of February 1, 2025 has also been audited by Deloitte & Touche LLP, an independent registered public accounting firm, and their opinion as to the effectiveness of our internal control over financial reporting is stated in their report, dated March 31, 2025, which is included in Item 8 in this Annual Report on Form 10-K.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. It should be noted that any system of controls, however well designed and operated, can provide only reasonable, and not absolute, assurance that the objectives of the system will be met. In addition, the design of any control system is based in part upon certain assumptions about the likelihood of future events. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

**Quarterly Evaluation of Changes in Internal Control Over Financial Reporting**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, also conducted an evaluation of our internal control over financial reporting to determine whether any change occurred during the fourth fiscal quarter of 2024 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting. Based on that evaluation, our management concluded that there was no such change during the fourth fiscal quarter.

**ITEM 9B. OTHER INFORMATION**

None

**ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS**

None

**PART III**

**ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

The information required by Item 401 of Regulation S-K is incorporated herein by reference to the section entitled "Executive Officers of the Registrant" at the end of Item I of this report; and to the section of the Ross Stores, Inc. Proxy Statement for the Annual Meeting of Stockholders to be held on Wednesday, May 21, 2025 (the "Proxy Statement") entitled "Information Regarding Nominees and Incumbent Directors." Information required by Item 405 of Regulation S-K is incorporated by reference to the Proxy Statement under the section titled "Delinquent Section 16(a) Reports." Since our last Annual Report on Form 10-K, we have not made any material changes to the procedures by which our stockholders may recommend nominees to the Board of Directors. Information required by Item 407(d)(4) and (d)(5) of Regulation S-K is incorporated by reference to the Proxy Statement under the section entitled "Information Regarding Nominees and Incumbent Directors" under the caption "Audit Committee." The information required by Item 408(b) of Regulation S-K is incorporated by reference to the section of the Proxy Statement entitled "Additional Executive Compensation Policies, Practices, and Guidelines" under the caption "Insider Trading Policy and Procedures and Guidelines Governing Hedging and Securities Trades by Directors, Officers, and Employees."

Our Board of Directors has adopted a Code of Ethics for Senior Financial Officers that applies to our Chief Executive Officer (Principal Executive Officer), Chief Financial Officer (Principal Financial Officer), and Chief Accounting Officer (Principal Accounting Officer), along with other of our senior operating and financial executives. This Code of Ethics is posted on our corporate website (www.rossstores.com) under Corporate Governance in the Investors Section. We intend to satisfy the disclosure requirements of Item 5.05 of Form 8-K regarding any future amendments to, or waivers from, our Code of Ethics for Senior Financial Officers by posting any changed version on the same corporate website.

**ITEM 11. EXECUTIVE COMPENSATION**

The information required by Item 402 of Regulation S-K is incorporated herein by reference to the sections of the Proxy Statement entitled "Compensation of Directors" and "Executive Compensation" under the captions "Compensation Discussion and Analysis," "Summary Compensation Table," "All Other Compensation," "Discussion of Summary Compensation Table," "CEO Pay Ratio," "Grants of Plan-Based Awards During Fiscal Year," "Outstanding Equity Awards at Fiscal Year-End," "Option Exercises and Stock Vested," "Non-Qualified Deferred Compensation," and "Potential Payments Upon Termination or Change in Control."

The information required by Items 407(e)(4) and (e)(5) of Regulation S-K are incorporated herein by reference to the sections of the Proxy Statement entitled "Compensation Committee Interlocks and Insider Participation" and "Compensation Committee Report."

57

**ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS**

**Equity compensation plan information.** The following table summarizes the equity compensation plans under which the Company's common stock may be issued as of February 1, 2025:

| Shares in (000s) | (a) Number of securities to be issued upon exercise of outstanding options and rights | (b) Weighted-average exercise price per share of outstanding options and rights | (c) Number of securities remaining available for future issuance (excluding securities reflected in column (a)) |
|---|---|---|---|
| Equity compensation plans approved by security holders | 495 | — | 10,744 [1] |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 495 | — | 10,744 |

[1] Includes 3.4 million shares reserved for issuance under the Employee Stock Purchase Plan and 7.3 million shares reserved for issuance under the 2017 Equity Incentive Plan.

The information required by Item 403 of Regulation S-K is incorporated herein by reference to the section of the Proxy Statement entitled "Stock Ownership of Certain Beneficial Owners and Management."

**ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE**

The information required by Item 404 of Regulation S-K is incorporated herein by reference to the section of the Proxy Statement entitled "Related Person Transactions." The information required by Item 407(a) of Regulation S-K is incorporated herein by reference to the section of the Proxy Statement entitled "Information Regarding Nominees and Incumbent Directors" including the captions "Audit Committee," "Compensation Committee," and "Nominating and Corporate Governance Committee."

**ITEM 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES**

Information concerning principal accountant fees and services, and the pre-approval of those services by the Audit Committee, will appear in the Proxy Statement under the caption "Summary of Audit, Audit-Related, Tax, and All Other Fees." Such information is incorporated herein by reference.

**PART IV**

**ITEM 15. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES**

(a)  The following consolidated financial statements, schedules, and exhibits are filed as part of this report or are incorporated herein as indicated:

　1.　List of Consolidated Financial Statements.

　　　The following consolidated financial statements are included herein under Item 8:

　　　　Consolidated Statements of Earnings for the years ended February 1, 2025, February 3, 2024, and January 28, 2023.

　　　　Consolidated Statements of Comprehensive Income for the years ended February 1, 2025, February 3, 2024, and January 28, 2023.

　　　　Consolidated Balance Sheets at February 1, 2025 and February 3, 2024.

　　　　Consolidated Statements of Stockholders' Equity for the years ended February 1, 2025, February 3, 2024, and January 28, 2023.

　　　　Consolidated Statements of Cash Flows for the years ended February 1, 2025, February 3, 2024, and January 28, 2023.

　　　　Notes to Consolidated Financial Statements.

　　　　Report of Independent Registered Public Accounting Firm (PCAOB ID: 34).

　2.　List of Consolidated Financial Statement Schedules.

　　　　Schedules are omitted because they are not required, not applicable, or such information is included in the consolidated financial statements or notes thereto which are included in this Report.

　3.　List of Exhibits (in accordance with Item 601 of Regulation S-K).

　　　　Incorporated herein by reference to the list of Exhibits contained in the Exhibit Index within this Report.

<div style="text-align:center">59</div>

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15 (d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ROSS STORES, INC.**

(Registrant)

By:  /s/James G. Conroy

Date:   March 31, 2025

James G. Conroy

Chief Executive Officer

60

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/James G. Conroy<br>James G. Conroy | Chief Executive Officer, Director<br>(Principal Executive Officer) | March 31, 2025 |
| /s/Adam Orvos<br>Adam Orvos | Executive Vice President and Chief Financial Officer<br>(Principal Financial Officer) | March 31, 2025 |
| /s/Jeffrey P. Burrill<br>Jeffrey P. Burrill | Senior Vice President, Chief Accounting Officer and<br>Corporate Controller (Principal Accounting Officer) | March 31, 2025 |
| /s/Michael Balmuth<br>Michael Balmuth | Executive Chairman, Director | March 31, 2025 |
| /s/K. Gunnar Bjorklund<br>K. Gunnar Bjorklund | Director | March 31, 2025 |
| /s/Michael J. Bush<br>Michael J. Bush | Director | March 31, 2025 |
| /s/Edward G. Cannizzaro<br>Edward G. Cannizzaro | Director | March 31, 2025 |
| /s/Sharon D. Garrett<br>Sharon D. Garrett | Director | March 31, 2025 |
| /s/Michael J. Hartshorn<br>Michael J. Hartshorn | Group President and Chief Operating Officer, Director | March 31, 2025 |
| /s/Stephen D. Milligan<br>Stephen D. Milligan | Director | March 31, 2025 |
| /s/Patricia H. Mueller<br>Patricia H. Mueller | Director | March 31, 2025 |
| /s/George P. Orban<br>George P. Orban | Director | March 31, 2025 |
| /s/Doniel N. Sutton<br>Doniel N. Sutton | Director | March 31, 2025 |

61

## INDEX TO EXHIBITS

| Exhibit Number | Exhibit |
|---|---|
| 3.1 | Certificate of Incorporation of Ross Stores, Inc. as amended (Corrected First Restated Certificate of Incorporation, dated March 17, 1999, together with amendments thereto through Amendment of Certificate of Incorporation dated May 29, 2015) incorporated by reference to Exhibit 3.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended August 1, 2015. |
| 3.2 | Amended and Restated Bylaws of Ross Stores, Inc. (as amended March 8, 2023) incorporated by reference to Exhibit 3.2 to the Form 8-K filed by Ross Stores, Inc. on March 14, 2023. |
| 4.1 | Description of Common Stock of Ross Stores, Inc., incorporated by reference to Exhibit 4.5 to the Form 10-K filed by Ross Stores, Inc. for its year ended February 1, 2020. |
| 4.2 | Indenture, dated as of September 18, 2014, between Ross Stores, Inc. and U.S. Bank National Association, incorporated by reference to Exhibit 4.1 to the Form 8-K filed by Ross Stores on September 18, 2014. |
| 4.3 | Officers' Certificate, dated as of April 6, 2020, establishing the aggregate amounts, terms and form of the Notes, incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on April 7, 2020. |
| 4.4 | Form of 4.600% Senior Notes Due 2025, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on April 7, 2020. |
| 4.5 | Form of 4.700% Senior Notes Due 2027, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on April 7, 2020. |
| 4.6 | Form of 4.800% Senior Notes Due 2030, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on April 7, 2020. |
| 4.7 | Form of 5.450% Senior Notes Due 2050, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on April 7, 2020. |
| 4.8 | Officers' Certificate, dated as of October 21, 2020 establishing the aggregate amounts, terms and forms of the Notes., incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on October 22, 2020. |
| 4.9 | Form of the 0.875% Senior Notes Due 2026, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on October 22, 2020. |
| 4.10 | Form of the 1.875% Senior Notes Due 2031, included in and incorporated by reference to Exhibit 4.2 to the Form 8-K filed by Ross Stores, Inc. on October 22, 2020. |
| 10.1 | Credit Agreement dated February 17, 2022, among Ross Stores, Inc., various lenders and Bank of America, N.A., as Administrative Agent, incorporated by reference to Exhibit 4.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 30, 2022. |

**MANAGEMENT CONTRACTS AND COMPENSATORY PLANS (EXHIBITS 10.2 - 10.35)**

| | |
|---|---|
| 10.2 | Form of Indemnity Agreement for Directors and Executive Officers, incorporated by reference to Exhibit 10.26 to the Form 10-K filed by Ross Stores, Inc. for its fiscal year ended February 2, 2013. |

| 10.3 | Third Amended and Restated Ross Stores, Inc. Non-Qualified Deferred Compensation Plan effective December 31, 2008 (as amended effective January 1, 2015 and October 1, 2017), incorporated by reference to Exhibit 10.3 filed by Ross Stores, Inc. for its fiscal year ended February 3, 2018. |
|---|---|
| 10.4 | Second Amended and Restated Ross Stores, Inc. Incentive Compensation Plan, incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 31, 2020. |
| 10.5 | Ross Stores, Inc. 2017 Equity Incentive Plan, incorporated by reference to Exhibit 99 to the Registration Statement on Form S-8 filed by Ross Stores, Inc. on May 17, 2017 (Registration No. 333-218052). |
| 10.6 | Amended Ross Stores, Inc. 2017 Equity Incentive Plan, incorporated by reference to Exhibit 10.3 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 31, 2020. |
| 10.7 | Form of Restricted Stock Agreement, incorporated by reference to Exhibit 10.4 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended July 29, 2017. |
| 10.8 | Form of Restricted Stock Agreement, incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 5, 2018. |
| 10.9 | Form of Restricted Stock Agreement for Nonemployee Director, incorporated by reference to Exhibit 10.5 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended July 29, 2017. |
| 10.10 | Form of Performance Shares Grant Agreement, incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 5, 2018. |
| 10.11 | Ross Stores, Inc. Notice of Grant of Performance Shares, incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended July 31, 2021. |
| 10.12 | Form of Notice of Grant of Restricted Stock Units and Form of Restricted Stock Units Agreement (For Non-employee Directors) pursuant to the Ross Stores, Inc. 2017 Equity Incentive Plan, incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended August 3, 2024. |
| 10.13 | Form of Executive Employment Agreement for Executive Officers (CA), incorporated by reference to Exhibit 10.4 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 2, 2020. |
| 10.14 | Form of Executive Employment Agreement for Executive Officers (NON-CA), incorporated by reference to Exhibit 10.5 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 2, 2020. |
| 10.15 | Form of Executive Employment Agreement for Executive Officers (CA), incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 1, 2021. |
| 10.16 | Form of Executive Employment Agreement for Executive Officers (NON-CA), incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 1, 2021. |
| 10.17 | Form of Executive Employment Agreement for Executive Officers (CA), incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 30, 2022. |
| 10.18 | Form of Executive Employment Agreement for Executive Officers (NON-CA), incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 30, 2022. |
| 10.19 | Form of Executive Employment Agreement for Executive Officers (CA), incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 29, 2023. |

63

| 10.20 | Form of Executive Employment Agreement for Executive Officers (NON-CA), incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 29, 2023. |
| 10.21 | Form of Executive Employment Agreement for Executive Officers (CA), incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 5, 2024. |
| 10.22 | Form of Executive Employment Agreement for Executive Officers (NON-CA), incorporated by reference to Exhibit 10.2 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended May 5, 2024. |
| 10.23 | Employment Agreement effective June 1, 2012 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 27, 2012. |
| 10.24 | Second Amendment to Employment Agreement effective January 1, 2016 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.49 to the Form 10-K filed by Ross Stores, Inc. for its fiscal year ended January 30, 2016. |
| 10.25 | Fourth Amendment to the Employment Agreement effective April 15, 2017 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.4 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 29, 2017. |
| 10.26 | Fifth Amendment to the Employment Agreement effective July 3, 2018 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.1 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended August 4, 2018. |
| 10.27 | Eighth Amendment to the Employment Agreement effective September 24, 2020 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.5 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 31, 2020. |
| 10.28 | Ninth Amendment to Employment Agreement effective May 2, 2022 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.6 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 28, 2023. |
| 10.29 | Tenth Amendment to Employment Agreement effective August 29, 2023 between Michael Balmuth and Ross Stores, Inc., incorporated by reference to Exhibit 10.7 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended October 28, 2023. |
| 10.30 | Employment Agreement effective March 16, 2023 between Michael Hartshorn and Ross Stores, Inc., incorporated by reference to Exhibit 10.4 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 29, 2023. |
| 10.31 | Employment Agreement effective March 16, 2023 between Adam Orvos and Ross Stores, Inc., incorporated by reference to Exhibit 10.3 to the Form 10-Q filed by Ross Stores, Inc. for its quarter ended April 29, 2023. |
| 10.32 | Employment Agreement effective October 21, 2024 between James G. Conroy and Ross Stores, Inc. |
| 10.33 | First Amendment to Employment Agreement effective February 27, 2025 between James G. Conroy and Ross Stores, Inc. |
| 10.34 | Repayment Agreement effective October 21, 2024 between James G. Conroy and Ross Stores, Inc. |
| 10.35 | Ross Stores, Inc. Notice of Grant of Restricted Stock Units to James G. Conroy. |

| 19 | Ross Stores, Inc. Insider Trading Policy (December 2024). |
| 21 | Subsidiaries. |
| 23 | Consent of Independent Registered Public Accounting Firm. |
| 31.1 | Certification of Chief Executive Officer Pursuant to Sarbanes-Oxley Act Section 302(a). |
| 31.2 | Certification of Chief Financial Officer Pursuant to Sarbanes-Oxley Act Section 302(a). |
| 32.1 | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350. |
| 32.2 | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350. |
| 97.1 | Ross Stores, Inc. Policy for Recovery of Erroneously Awarded Incentive Compensation, adopted November 5, 2023 incorporated by reference to Exhibit 97.1 to the Form 10-K filed by Ross Stores, Inc. for its fiscal year ended February 3, 2024. |
| 101.INS | XBRL Instance Document. (The instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document.) |
| 101.SCH | Inline XBRL Taxonomy Extension Schema |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase |
| 104 | Cover Page Interactive Data File. (The cover page interactive data file does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document.) |

65