**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweisss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF MIKE MATLAT IN SUPPORT OF RESPONSE TO OBJECTION OF SVAP III PLAZA MEXICO, LLC TO NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO AUCTION OF CERTAIN OF THE DEBTORS' LEASES**

I, Mike Matlat, hereby declare under penalty of perjury:

1. I am a Senior Managing Director of A&G Realty Partners, LLC ("A&G"), a real estate consulting firm. As more fully described in the retention application filed with this Court [Docket No. 332], A&G has been engaged to, among other things, conduct the sale of certain of

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

the real estate assets of New Rite Aid, LLC and its affiliated debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "Debtors").

2. I have over 32 years of experience in the commercial real estate industry and have assisted more than 100 distressed retailers with the disposition or restructuring of their real estate assets.

3. I submit this declaration (this "Declaration") to support the relief requested in the *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 22] (the, the *Notice of Bid Deadline, Potential Auction and Potential Sale Hearing for Certain Lease Assets* [Docket No. 1320], the *Notice of Successful and Backup Bidders With Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524], the *Notice of Assumption and Assignment of Certain of the Debtors' Leases* [Docket No. 1525] and in connection with the Debtors' response to the *Objection of SVAP III Plaza Mexico, LLC to Notice of Successful and Backup Bidders with Respect to Auction of Certain of the Debtors' Leases* [Docket No. 1873] (the "Objection"). Unless otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with members of the Debtors' management team and the Debtors' advisors, my review of relevant documents and information concerning the Debtors' operations, real estate portfolio, and restructuring initiatives, or my opinions based upon my experience and knowledge. If called as a witness, I could and would testify competently to the facts set forth in this Declaration on that basis. I am over the age of 18 years and am authorized to submit this Declaration on behalf of the Debtors.

4. A&G has been advising the Debtors since June 2023. In the lead up to the filing of these cases and the 2023 chapter 11 cases, A&G assisted the Debtors in a portfolio review of their

real estate holdings and with respect to optimizing that portfolio. As a result, I am generally familiar with the Debtors' real estate portfolio and related marketing efforts.

5. At the time the Debtors filed these chapter 11 cases, the Debtors maintained a leased real estate portfolio that consisted of approximately 1,250 properties spanning 15 states.

6. Following the Debtors' commencement of these chapter 11 cases on May 5, 2025 (the "Petition Date"), and in accordance with the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Procedures Order"),[2] the Debtors, their advisors, and A&G conducted a marketing and sale process of the Debtors' lease portfolio (the "Marketing Process").

7. In connection with that Marketing Process, shortly after the Petition Date, the Debtors, with the assistance of A&G, circulated a flyer marketing hundreds of the Debtors' Leases, to approximately 3,000 potential purchasers.

8. These marketing efforts culminated in bids for approximately 175 Leases, which would be available in at least 2 waves of sales from June through July of 2025.

9. I was personally involved in all aspects of the Marketing Process, the Auction, discussions with prospective purchasers, and negotiations that ultimately led to the receipt of Bids to be included in the July Auction from, among others, Ross Dress For Less, Inc. ("Ross"), and SVAP III Plaza Mexico, LLC (the "Landlord"), the landlord for the Debtors' premises located at 11325 Long Beach Boulevard, Lynwood, California (the "Premises").

---

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Procedures Order.

10. In that regard, on or about June 18, 2025, A&G received a bid from the Landlord which consisted of the documents that are attached to the Objection as Exhibit "1,"[3] including (a) a letter dated June 18, 2025, from Leslie C. Heilman, counsel for the Landlord, (b) a document referred to as an Offer & Bidder Registration Form, executed by executed by Bob Dake, Vice President, of SVAP III GP, LLC, on June 17, 2025, and (c) an unexecuted form of Lease Termination Agreement.

11. I personally reviewed and considered the value of the Landlord's Bid.

12. Additionally, during the Marketing Process, I engaged in extensive and numerous arms' length discussions with representatives of Ross that ultimately culminated in a Bid from Ross for 18 non-residential real property Leases where a debtor-entity is the lessee or the tenant under such Leases (the "Ross Package Bid").

13. Specifically, on or about July 17, 2025, A&G received from Ross a Bid package, which consisted of, among other documents, (a) a letter dated July 17, 2025, from Matthew G. Summers, counsel for Ross, a copy of which is attached hereto as **Exhibit 1**, (b) a document referred to as an Offer and Bidder Registration Form, executed by executed by Jeff Sealy, Group Senior Vice President, Real Estate for Ross, on July 17, 2025, a redacted copy of which is attached hereto as **Exhibit 2**, and (c) a form of Assumption and Assignment Agreement executed by Mr. Sealy, a redacted copy of which is attached hereto as **Exhibit 3**.[4]

14. Based on my extensive discussions with Ross' representatives and confirmed by my review of the documents comprising the Ross Package Bid, I understood that the Ross Package

---

[3] Exhibit "1" to the Objection was admitted into evidence at the hearing held before the Bankruptcy Court on August 28, 2025.

[4] Exhibits 1-3 were admitted into evidence at the hearing held before the Bankruptcy Court on August 28, 2025.

Bid was expressly submitted upon the condition that it was a package Bid for all eighteen (18) Leases identified in the Ross Package Bid and was not a separate Bid for each individual Lease.

15. Further, based on my extensive discussions with Ross' representatives and confirmed by my review of the documents comprising the Ross Package Bid, I understood that the allocation of any Bid/Purchase Price contained in the Ross Package Bid was for informational purposes only and did not allow the Debtors to remove any Lease from the Ross Package Bid if the Debtors received an individual bid for a Lease that would have exceeded the Bid/Purchase Price contained in the Ross Package Bid.

16. Following the Debtors' receipt of the Bids, I and other individuals at A&G, including those under my supervision and direction, analyzed the value of the Bids for the Leases that were included in the Ross Package Bid, including any individual Bids received for those Leases, and with my input, and following discussions with the Debtors' advisors and the representatives of the Consultation Parties, the Debtors determined that (a) the Ross Package Bid would maximize the Debtors' return on the Leases within the Ross Package Bid, (b) the Ross Package Bid represented the highest and best value that the Debtors could reasonably expect to receive for the Leases in the Ross Package Bid, and (c) accepting the Ross Package Bid in advance of the Auction, without subjecting the Leases to any further competitive bidding at the Auction, was a proper and sound exercise of the Debtors' business judgment.

17. Accordingly, the Debtors' determined, in the sound exercise of their business judgment, and consistent with, and permitted by, the Sale Procedures and the Sale Procedures Order, to not subject the Leases included in the Ross Package Bid, to any further competitive bidding at the Auction and instead to seek approval of the Ross Package Bid at a Sale Hearing.

18. Moreover, the agreements set forth in the Ross Package Bid were negotiated at arm's-length and in good faith. To my knowledge, Ross did not act in a collusive or fraudulent manner with any person, and Ross' prospective performance under its Assumption and Assignment is in good faith and for a valid business purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 4, 2025

*/s/ Mike Matlat*
Mike Matlat
Senior Managing Director
A&G Real Estate Partners