**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*,

                                Debtors. [1]

Order Filed on September 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

## SIXTEENTH ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: September 5, 2025**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "<u>Final Procedures Order</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Sixteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1, 2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | DANIEL G KAMIN RANDOLPH LLC | PO BOX 10234, PITTSBURGH, PA 15232 | Unexpired Store Lease | MAXI GREEN, INC. | 10309 | 12 NORTH MAIN STREET, RANDOLPH, VT, 05060 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | DANIEL G KAMIN VIRGINIA BEACH | C/O KAMIN REALTY COMPANY, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 1072 | 1177 SOUTH ROSEMONT ROAD, VIRGINIA BEACH, VA, 23453 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | DANIEL G KAMIN WILMINGTON LLC | C/O KAMIN REALTY CO., PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 1782 | 3801 N. MARKET STREET, WILMINGTON, DE, 19802 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | DELILAH REALTY CO. | MAJESTIC PROPERTY MGT CORP, GREAT NECK, NY 11021 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10665 | 532A UNION BLVD., WEST ISLIP, NY, 11795 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5 | DERRY REALTY GROUP LLC | 20 DEPOT ST, STE 220, PETERBOROUGH, NH 03458 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3310 | 52 ROCKINGHAM ROAD, DERRY, NH, 03038 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | DESI AMIGOS SOCAL LLC | 2023 W VISTA WAY, STE D, VISTA, CA 92083 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3775 | 500 NORTH MAIN AVENUE, SCRANTON, PA, 18504 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | DGMM, LP | 199 LEE AVENUE, SUITE 185, BROOKLYN, NY 11211 | Unexpired Store Lease | THRIFT DRUG, INC. | 10980 | 1759 GOUCHER STREET, JOHNSTOWN, PA, 15905 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | DOUGLASS | EAST 815 ROSEWOOD, SPOKANE, WA 99208-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5313 | 4514 SOUTH REGAL STREET, SPOKANE, WA, 99223 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | E A GRANCHELLI DEVELOPER LLC | 36 PINE STREET, 2ND FLOOR, LOCKPORT, NY 14094-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1537 | 130 WASHBURN STREET, LOCKPORT, NY, 14094 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | EAST PARK DEVELOPMENT LLC | 199 WEST ROAD, SUITE 100, PLEASANT VALLEY, NY 12569-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 7849 | 1 CRUM ELBOW ROAD, HYDE PARK, NY, 12538 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | ECK ALIQUIPPA LLC. | C/O I. REISS AND SON, NEW YORK, NY 10021 | Unexpired Store Lease | THRIFT DRUG, INC. | 10888 | 2302 SHEFFIELD ROAD, ALIQUIPPA, PA, 15001 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | EDGEMARK LITTLETON LLC | C/O CHARLES DUNN RE SVC INC, LOS ANGELES, CA 90017 | Unexpired Store Lease | THRIFT DRUG, INC. | 10893 | 1200 PITTSBURGH STREET, CHESWICK, PA, 15024 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | EXCEL REALTY PARTNERS LP | C/O BRIXMOR PROPERTY GROUP, NEW YORK, NY 10017 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5761 | 3325 SOUTH BRISTOL STREET, SANTA ANA, CA, 92704 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | FAIRVIEW SHOPPING CENTER | C/O FINANCIAL MGMT GROUP, BEVERLY HILLS, CA 90210 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5791 | 199 NORTH FAIRVIEW AVENUE, GOLETA, CA, 93117 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | FGR EXPO 13 LLC | C/O JF INVESTMENTS, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5203 | 3116 NE SUNSET BOULEVARD, RENTON, WA, 98056 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | FIRST CALIFORNIA HOLDINGS, LLC | C/O NEWMARK MERRILL COMPANIES, WOODLAND HILLS, CA 91367-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5836 | 2405 SOUTH BROADWAY, SANTA MARIA, CA, 93454 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | FIRST TENNESSEE BANK NA | 6725 MONUMENT DRIVE, WILMINGTON, NC 28405 | Unexpired Store Lease | ECKERD CORPORATION | 11256 | 3005 OLD MILL ROAD, CHESAPEAKE, VA, 23323 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 18 | FOOTHILL CENTER PARTNERS LLC | C/O PACIFICA ENTERPRISES, LLC, RANCHO SANTA FE, CA 92091-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5642 | 1363 EAST VISTA WAY, VISTA, CA, 92084 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19 | FORTY FORTY BROADWAY RLTY CORP | C/O MITCHELL KAPLAN, NEW YORK, NY 10023-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 2010 | 4046 BROADWAY, NEW YORK, NY, 10032 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | FRO LLC II | 305 PIPING ROCK DRIVE, SILVER SPRING, MD 20905-0000 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4872 | 5795 PRINCESS ANNE ROAD, VIRGINIA BEACH, VA, 23462 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | FW CA-GRANADA VILLAGE LLC | C/O REGENCY CENTERS CORPORATION, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5553 | 10823 ZELZAH AVENUE BLDG D, GRANADA HILLS, CA, 91344 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | G TUMBER, J SAGGI, D HARRISON | JAGDISH KUMAR AND DEVINDER S. SHOKER, SAN JOSE, CA 95148 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6083 | 7860 GERBER ROAD, SACRAMENTO, CA, 95828 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | GLENWOOD ASSOCIATES, LLC | C/O SOVEREIGN PROP. MGMT LLC, WILMINGTON, DE 19804-2363 | Unexpired Store Lease | ECKERD CORPORATION | 11195 | 66 E GLENWOOD AVENUE, SMYRNA, DE, 19977 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | GLORIA BEEMAN | 214 N LAKEVIEW DR APT 7, CLEAR LAKE, IO 50428 | Unexpired Ground Lease | THRIFTY PAYLESS, INC. | 5257A | 621 SOUTH LINCOLN ST., PORT ANGELES, WA, 98362 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 25 | GMF DRUG STORES, LLC | C/O CHIP & JIM.COM, LLC, SAN DIEGO, CA 92107-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1866 | 375  WHITE HORSE PIKE, ATCO, NJ, 08004 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26 | GMS MGT CO, INC | C/O GMS MANAGEMENT CO., INC., CLEVELAND, OH 44128-0000 | Unexpired Store Lease | RITE AID OF OHIO, INC. | 3028 | 1955 CLEVELAND ROAD, WOOSTER, OH, 44691 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | GRANT LINE STATION LP | SUITE 240, 333 W EL CAMINO REAL, CA 97087 | Unexpired Storage Lease | THRIFTY PAYLESS, INC. | 6291A | 1970 WEST GRANTLINE ROAD, TRACY, CA, 95376 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | GREAT BUTLER MART | C/O BRANDYWINE AGENCY, INC., NORTH VERSAILLES, PA 15137-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10983 | 200 GREATER BUTLER MART, BUTLER, PA, 16001 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | GREATER HILANDS LLC | C/O GELFAND RENNERT & FELDMAN, WHITE PLAINS, NY 10601 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5237 | 3227 NORTHWEST AVENUE, BELLINGHAM, WA, 98225 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | GREEN LAKE PHASE II LLC | WALLACE PROPERTIES INC, BELLEVUE, WA 98004 | Unexpired Store Lease | The Bartell Drug Company | 6973 | 419 NE 71ST ST, SEATTLE, WA, 98115 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | GREGORY P DISCHINAT | 180 NAZARETH DRIVE, NAZARETH, PA 18064 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 264 | 375 PHILADELPHIA STREET, INDIANA, PA, 15701 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 32 | GRIFFIN FAMILY CORP. | C/O CPMANAGEMENT, INC.,, EXETER, NH 03833-0000 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4165 | 800 ISLINGTON STREET UNIT 1, PORTSMOUTH, NH, 03801 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | GROTHE FAMILY TRUST | C/O JG CONSTRUCTION, CHINO, CA 91710-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6003 | 1830 MITCHELL ROAD, CERES, CA, 95307 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | H&M REALTY ASSOCIATES, LLC | C/O DONALD LEEF, FARMINGTON, CT 06032-2477 | Unexpired Store Lease | MAXI DRUG NORTH INC. | 10282 | 165 NORTH STATE STREET, CONCORD, NH, 03301 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | HAMPTON'S PONQUOGUE, LLC | C/O KENILWORTH EQUITIES, LTD, NEW YORK, NY 10022 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10669 | 50 EAST MONTAUK HIGHWAY, HAMPTON BAYS, NY, 11946 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | HARLEM GENESEE MKT. & NURSERY, | PO BOX 713201, PHILADELPHIA, PA 19171-3201 | Unexpired Store Lease | ECKERD CORPORATION | 10832 | 480 EVANS ROAD, WILLIAMSVILLE, NY, 14221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | HARPROP, INC | 105 FREMONT AVENUE, SUITE A, LOS ALTOS, CA 94022-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5886 | 2310 HOMESTEAD RD STE A, LOS ALTOS, CA, 94024 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | HARRINGTON FAMILY FOUNDATION | C/O HARPROP INC, LOS ALTOS, CA 94022 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6044 | 4010 MANZANITA AVENUE, CARMICHAEL, CA, 95608 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 39 | HAUPPAUGE PROPERTIES LLC | SINAI PROPERTIES LLC, EAST MEADOW, NY 11554 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10652 | 5507 NESCONSET HWY STE 100, MOUNT SINAI, NY, 11766 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | HAVENTEN LLC | C/O MOSES AND SCHREIBER, LLP, MELVILLE, NY 11747 | Unexpired Store Lease | ECKERD CORPORATION | 10859 | 1792 NORTH GOODMAN STREET, ROCHESTER, NY, 14609 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | HBC MAGNOLIA LLC | C/O FIRST WESTERN PROP MGMT, SEATTLE, WA 98102 | Unexpired Store Lease | The Bartell Drug Company | 6938 | 2222 32ND AVE W, SEATTLE, WA, 98199 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | HEMMAT FAMILY LLC | C/O 1421-34TH AVENUE, SEATTLE, WA 98122 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5319 | 1329 LEE BOULEVARD, RICHLAND, WA, 99352 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | HERALD FORD, INC | P.O BOX K/8 MAIN ST, ANDOVER, NY 14806 | Unexpired Store Lease | ECKERD CORPORATION | 10813 | 8079 NORTH MAIN STREET, EDEN, NY, 14057 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | HILLSBOROUGH HAVEN | P.O. BOX 4490, SARATOGA SPRINGS, NY 12866-0000 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4163 | 315 WEST MAIN STREET, HILLSBORO, NH, 03244 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | HONG KONG METRO REALTY CO INC | 8001 TERRACE AVE, STE 205, MIDDLETON, WI 53562 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6267 | 6512 COMSTOCK AVENUE, WHITTIER, CA, 90601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 46 | HOROWITZ FAMILY TRUST/FRANDSON | C/O THE HOROWITZ GROUP, LOS ANGELES, CA 90049-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5825 | 1690 EAST GRAND AVENUE, ARROYO GRANDE, CA, 93420 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | HPT (CHAMBERSBURG) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3609 | 415 EAST QUEEN STREET, CHAMBERSBURG, PA, 17201 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | HPT (CORAOPOLIS) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1448 | 412 BROADWAY STREET, CORAOPOLIS, PA, 15108 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | HPT (HOMESTEAD) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4682 | 600 WILLIAM MARKS DRIVE, MUNHALL, PA, 15120 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | HR, LLC | C/O RAY DOUMANIAN, FRESNO, CA 93727-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6475 | 820 N LEMOORE AVENUE, LEMOORE, CA, 93245 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | HUDSON 71 LOWELL, LC | 1105 MASSACHUSETTS AVENUE, SUITE 2F, CAMBRIDGE, MA 02138 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10265 | 71 LOWELL ROAD, HUDSON, NH, 03051 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | HURFVILLE EQUITIES LLC | 14000 HORIZON WAY, STE 100, MOUNT LAUREL, NJ 08054 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1860 | 490 HURFVILLE-CROSS KEYS, SEWELL, NJ, 08080 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 53 | HWN-MARIPOSA ASSOC, LLC | 11150 SANTA MONICA BLVD #760, LOS ANGELES, CA 90025-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6443 | 4994 JOE HOWARD STREET, MARIPOSA, CA, 95338 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | INDEPENDENCE PLAZA SC LLC | 500 N BROADWAY, STE 201, JERICHO, NY 11753 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10662 | 229 INDEPENDENCE PLAZA, SELDEN, NY, 11784 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | IRVINE COMPANY | 101 INNOVATION DRIVE, IRVINE, CA 92617-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5747 | 1016 BAYSIDE DRIVE, NEWPORT BEACH, CA, 92660 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | IRVINE COMPANY | RETL CTR: HARBOR VIEW-000000, LOS ANGELES, CA 90084-0365 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5746 | 1610 SAN MIGUEL DRIVE, NEWPORT BEACH, CA, 92660 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | ISKALO 140 PINE LLC | C/O ISKALO DEVELOPMENT CORP., WILLIAMSVILLE, NY 14221 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3454 | 140 PINE STREET, HAMBURG, NY, 14075 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | ISKALO 140 PINE LLC | C/O ISKALO DEVELOPMENT CORP., WILLIAMSVILLE, NY 14221 | Unexpired Storage Lease | RITE AID OF NEW YORK, INC. | 3454A | 140 PINE STREET, HAMBURG, NY, 14075 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 59 | ISLAND VENTURES LLC | C/O PACIFIC ASSET ADVISORS, BELLEVUE, WA 98006 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5247 | 31645 STATE ROUTE 20, OAK HARBOR, WA, 98277 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60 | JADA BEACON LLC | C/O ABS PARTNER REALESTATE LLC, NEW YORK, NY 10003-1582 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1868 | 320 MAIN STREET, BEACON, NY, 12508 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | JAMES & JULEE SIEVERS | P.O. BOX 161432, BIG SKY, MT 59716-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6310 | 602 WILLIAMS ROAD, SALINAS, CA, 93905 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | JAMES P WOHL | 1925 CENTURY PARK EAST, STE 2140, LOS ANGELES, CA 90067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6723 | 160 E ANTELOPE AVE, WOODLAKE, CA, 93286 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | JASON FAZZARI | 6475 N PALM AVE #101, FRESNO, CA 93704 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5795 | 1051 WEST VISALIA ROAD, EXETER, CA, 93221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | JBA GREENTREE PROPERTIES, LLC | 7 NORTH WATERLOO ROAD #686, DEVON, PA 19333-0686 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 3756 | 41 GREENTREE DRIVE, DOVER, DE, 19904 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 65 | JB-AW ANTIOCH LLC | PO BOX 7824, MENLO PARK, CA 94026-7824 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5908 | 20 EAST 18TH STREET, ANTIOCH, CA, 94509 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | JEFFREY BRIAN WONG | 90 NORMANDY LANE, WALNUT CREEK, CA 94598 | Unexpired Store Lease | ECKERD CORPORATION | 11006 | 105 WEST MAIN STREET, NORTH EAST, PA, 16428 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67 | JEONG IN OH | 500 S BERENDO ST #420, LOS ANGELES, CA 90020 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6473 | 14515 MOJAVE DRIVE, STE B, VICTORVILLE, CA, 92394 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | JESS RANCH BREA RETAIL XVI | C/O ATHENA MANAGEMENT INC, TUSTIN, CA 92780 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6538 | 19035 BEAR VALLEY ROAD, APPLE VALLEY, CA, 92308 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | JONATHAN CLAYTON DEL SECCO | 2019 TRUST, SANTA MONICA, CA 90403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6750 | 28535 COLE GRADE ROAD, VALLEY CENTER, CA, 92082 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | J-POWERHOUSE PLAZA LLLP | C/O THE SHOPPING CENTER GROUP, HICKSVILLE, NY 11820-6298 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10289 | 10 BENNING STREET, WEST LEBANON, NH, 03784 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | K TENTH STREET PROPERTIES LP | 1000 W OCEANFRONT, NEWPORT BEACH, CA 92661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6716 | 9700 PANAMA LANE, BAKERSFIELD, CA, 93311 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 72 | KELETHIN INVESTMENTS LLC | P.O. BOX 2053, REDONDO BEACH, CA 90278-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6482 | 15331 BASELINE AVENUE, FONTANA, CA, 92336 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | KEYSER VILLAGE, LLC | 801 MONROE AVENUE, SCRANTON, PA 18510-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11069 | 1777 NORTH KEYSER AVENUE, SCRANTON, PA, 18508 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74 | KHASIGIAN PROPERTIES LP | C/O KP REAL ESTATE TWO LLC, FOWLER, CA 93625 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6403 | 4241 MARCONI AVENUE, SACRAMENTO, CA, 95821 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | KITSIGIANIS PROPERTIES LLC | C/O PACIFIC WEST ASSET MGMT CORP, COSTA MESA, CA 92626 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5745 | 5881 WARNER AVENUE, HUNTINGTON BEACH, CA, 92649 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76 | KUDU INVEST LLC | C/O FLYNN INVESTMENT ASSET MANAGEMENT, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6008 | 1707 MCHENRY AVENUE, MODESTO, CA, 95350 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77 | LOS ROBLES GROUP LLC | C/O ELLICOTT DEVELOPMENT COMPANY, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3194 | 5447 MAIN STREET, WILLIAMSVILLE, NY, 14221 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 78 | LAKEMOOR PROPERTIES LLC | C/O CHASE CENTERS MANAGEMENT, LOS ANGELES, CA 90049-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5523 | 6400 EAST SPRING STREET, LONG BEACH, CA, 90815 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | LARCHMONT PROPERTIES, LTD. | C/O SIMMS COMMERCIAL DEVELOPMENT, BEVERLY HILLS, CA 90212-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5424 | 226 NORTH LARCHMONT BLVD., LOS ANGELES, CA, 90004 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80 | LDC CENTRAL PARK PLAZA, LLC | C/O LEWIS OPERATING CORP., UPLAND, CA 91785-9976 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6468 | 7339 MILLIKEN AVE SUITE 110, RANCHO CUCAMONGA, CA, 91730 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81 | LEE CENTER IV LLC | 44835 WINGED FOOT DR, INDIAN WELLS, CA 92210 | Unexpired Store Lease | ECKERD CORPORATION | 10835 | 798 HARLEM ROAD, WEST SENECA, NY, 14224 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82 | LEVINE INVESTMENT LP | 2801 E CAMELBACK RD, STE 450, PHOENIX, AZ 85016-0000 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10264 | 20 CRYSTAL AVENUE, DERRY, NH, 03038 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83 | LG LINDENHURST ASSOCIATES LLC | C/O SAUL LERNER MANAGEMENT CORP., HEWLETT, NY 11557-0380 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4902 | 600 NORTH WELLWOOD AVENUE, LINDENHURST, NY, 11757 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 84 | LINDA MAR S.C. LP | PO BOX 62045, NEWARK, NJ 07101 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5890 | 1400 LINDA MAR BOULEVARD, PACIFICA, CA, 94044 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85 | LINDA PLAZA PROPERTIES | C/O INVESTCAL REALTY CORP., SAN DIEGO, CA 92108-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5649 | 6939 LINDA VISTA ROAD, SAN DIEGO, CA, 92111 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86 | LITTLETON REALTY TRUST | RICHARD KOHN, TRUSTEE, WINCHESTER, MA 01890 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4182 | 136 MEADOW STREET, LITTLETON, NH, 03561 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87 | LMD PROPERTIES LLC | 6324 RITCHIE HIGHWAY, GLEN BURNIE, MD 21061 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 260 | 1000 PENNSYLVANIA AVENUE, ELMIRA, NY, 14904 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88 | LONDONDERRY CROSSROADS REALTY, | C/O PATER REAL ESTATE MANAGEMENT COMPANY INC, LONDONDERRY, NH 03053 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10267 | 123 NASHUA ROAD, LONDONDERRY, NH, 03053 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89 | LOS OSOS COMMERCIAL LLC | 547 FIVE CITIES DRIVE, PISMO BEACH, CA 93449 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5821 | 1110 LOS OSOS VALLEY ROAD, LOS OSOS, CA, 93402 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 90 | LS MORRELL, LLC | C/O LEVIN MANAGEMENT CORP., PLAINFIELD, NJ 07061-0326 | Unexpired Store Lease | THRIFT DRUG, INC. | 11126 | 9910 FRANKFORD AVENUE, PHILADELPHIA, PA, 19114 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91 | LYNNE TANKLAGE | 9800 WOODWARD LAKE DRIVE, OAKDALE, CA 95361 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6066 | 295 WEST MAIN STREET, WOODLAND, CA, 95695 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | MANP LOMA LINDA LLC | C/O DMP PROPERTIES, NEWPORT BEACH, CA 92660-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6256 | 25710 BARTON ROAD, LOMA LINDA, CA, 92354 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93 | MANUEL E OR LAURINDA M VIEIRA | 10259 WEST ROSE AVENUE, ATWATER, CA 95301-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6291 | 1970 WEST GRANTLINE ROAD, TRACY, CA, 95376 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | MAPLE LEAF INVESTMENTS II LLC | C/O MAPLE LEAF INVESTMENTS, SAN JOSE, CA 95120 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5835 | 345 TOWN CENTER WEST, SANTA MARIA, CA, 93458 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | MARIANNE SHINE TRUSTEE | 1 BALDWIN AVE., APARTMENT 1003, SAN MATEO, CA 94401-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1581 | 524 NORTH 6TH STREET, READING, PA, 19601 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 96 | MARK CLARKS SUMMIT NO ASSOC LP | C/O MARK DEVELOPMENT COMPANY, KINGSTON, PA 18704-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7878 | 1050 NORTHERN BLVD, CLARKS SUMMIT, PA, 18411 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | MARYLAND SQUARE SC, LLC (ASSET | C/O PREMIER TRUST, LAS VEGAS, NV 89103 | Unexpired Store Lease | THRIFT DRUG, INC. | 11106 | 600 LINCOLN HIGHWAY, FAIRLESS HILLS, PA, 19030 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98 | MATTKARR PROPERTIES LLC | 2230 MICHIGAN AVE, STE 200, SANTA MONICA, CA 90404 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6486 | 1180 N STATE STREET, SAN JACINTO, CA, 92583 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99 | MEGDAL SANTEE LLC | C/O ELLIOT MEGDAL & ASSOCIATES, BEVERLY HILLS, CA 90212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5996 | 1050 NORTH WILSON WAY, STOCKTON, CA, 95205 | 7/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |