**MURRAY AVENUE KOSHER, INC.**
**Profit & Loss**
**January through August 2025**

|  | Jan-Aug 2025 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Gross sales** | 3,656,614.50 |
| **Cost of Goods Sold** | 2,403,608.12 |
| **Gross Profit** | **1,253,006.38** |
| **Expense** | |
| Advertising | 24,884.30 |
| Banking & financial services | 63,053.90 |
| Commissions | 2,801.40 |
| Compensation of officers | 147,420.00 |
| Delivery costs | 3,905.30 |
| Depreciation & amortization | 11,100.67 |
| General & administrative | 7,600.60 |
| Insurance expense | 16,360.40 |
| Professional fees | 15,068.90 |
| Rabbinical supervision | 2,940.00 |
| Rent Expense | 128,000.00 |
| Repairs and maintenance | 62,441.40 |
| Rubbish removal | 13,483.40 |
| Salaries & payroll related expenses | 325,293.50 |
| Supplies | 38,015.60 |
| Utilities | 39,214.70 |
| **Total Expense** | **901,584.07** |
| **Net Ordinary Income** | **351,422.32** |
| **Net Income** | **351,422.32** |

**Management Report**
**For Discussion Purposes Only**