| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **LOEB & LOEB LLP**<br>John Piskora, Esq.<br>Vadim J. Rubinstein, Esq.<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: (212) 407-4092<br>Fax: (212) 656-1307<br>Email: vrubinstein@loeb.com<br>       jpiskora@loeb.com<br><br>*Counsel for Schwartz Halfmoon Associates, LLC* | |
| In re<br><br>    NEW RITE AID, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 2166** |

### OBJECTION AND RESERVATION OF RIGHT OF SCHWARTZ HALFMOON ASSOCIATES, LLC TO THIRTY-FIRST NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Schwartz Halfmoon Associates, LLC ("Landlord"), by and through its undersigned attorneys, hereby files this Objection and Reservation of Rights (this "Objection") to the *Thirty-First Notice of Rejection of Certain Executory Contracts and Unexpired Leases*, filed August 26, 2025 [Docket No. 2166] (the "Rejection Notice").[2]

### OBJECTION AND RESERVATION OF RIGHTS

1.  Landlord is the landlord for the Debtor Eckerd Corporation's (the "Debtor") store located in Clifton Park, New York [Store #10680] (the "Premises") pursuant to that certain Lease

---

[1] The last four digits of Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at t https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Rejection Notice.

1

dated July 27, 1998 (as amended, the "Lease"), by and between Lyndi Development (as predecessor to Landlord) as Landlord, and Fay's Corporation (as predecessor to the Debtor) as Tenant.

2. The Debtor and Landlord entered into an amendment of the Lease in connection with the Debtor's prior bankruptcy case, which Lease was thereafter assumed as amended.

3. As of the May 5, 2025 (the "Petition Date") filing of these case, the Debtor had failed to pay its April and May monthly rent of $17,589. The post-petition unpaid rent for May thus totals $14,752.06 (the "Stub Rent"). Additionally, taxes and other triple net Lease obligations may remain unpaid for the post-petition stub period, which too must be paid.

4. Pursuant to the Rejection Notice, the Debtors ask this Court for authority to reject the Lease as of August 31, 2025. They seek authority for this truncated process pursuant to the Court's Final Procedures Order while flouting their obligations under the Court final order approving debtor-in-possession financing [Docket No. 1396] (the "DIP Order").

5. In particular, Paragraph 49(c) of the DIP Order provides, in relevant part:

> The Debtors shall use the amounts held in the Stub Rent Escrow Account to solely pay the applicable Stub Rent Claims for which such deposit was made on the later of (x) August 31, 2025 and (y) the date that the applicable lease is assumed and assigned **or a notice to reject such lease is filed in accordance with Final Order** (I) Authorizing and Yet while the Debtors seek this Court's imprimatur for the rejection, Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief." (emphasis added).

6. Here, the Notice of Rejection was filed on August 31, 2025, yet the Debtors have failed to pay Landlord's Stub Rent and thus are in breach of their obligations under the DIP Order. Based upon the foregoing, Landlord objects to the entry of an order permitting rejection of the

241765821.1
242971-10001

2

Lease as of the requested August 31, 2025 rejection date, or at all, unless and until the Debtor comes into compliance with its obligation under the DIP Order to pay Stub Rent.

## **RESERVATION OF RIGHTS**

7.     Landlord reserves its rights to amend or supplement this Objection and to raise any additional objections to the Rejection Notice at the time of the hearing on the Rejection Notice.  Landlord further reserves its right to seek the allowance and payment of an administrative claim for other post-petition unpaid Debtor obligations, including those about which Landlord is not yet aware.  In addition, Landlord joins other landlord objections to the Rejection Notice.

[The remainder of this page is intentionally blank.]

WHEREFORE, Landlord respectfully requests that the Court: (i) condition rejection of the Lease on the payment of Stub Rent and (ii) grant such other and further relief as the Court deems just and proper.

Dated: New York, New York.
       September 5, 2025

By: */s/ John Piskora*
John Piskora, Esq.
Vadim J. Rubinstein, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
jpsikora@loeb.com
vrubinstein@loeb.com

*Counsel to Schwartz Halfmoon Associates, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of September 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to all parties receiving notice in this case.

Dated: September 5, 2025
     New York, New York

                                            By: /s/ John Piskora