UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**KLEHR HARRISON HARVEY BRANZBURG LLP**
By: Corinne Samler Brennan (# 015082007)
10000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
Telephone: (856) 486-7900
cbrennan@klehr.com
*Counsel to Audubon Square, Inc.*

In re:

    NEW RITE AID, LLC, et al.,

Debtors.

Case No.: 25-14861

Judge: Michael B. Kaplan

Chapter: 11

## CERTIFICATE OF SERVICE FOR THE
## LIMITED OBJECTION, JOINDER, AND RESERVATION OF RIGHTS OF AUDUBON SQUARE, INC. TO THE TWENTY-NINTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

1. I, Corinne Samler Brennan:

    ☒ represent <u>Audubon Square, Inc.</u> in this matter.
    ☐ am the paralegal for _____, who represents the _____ in this matter.
    ☐ am the _____ in this case and am representing myself.

2. On September 5, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Limited Objection, Joinder, and Reservation of Rights of Audubon Square, Inc. to the Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   September 5, 2025

*/s/Corinne Samler Brennan*
Corinne Samler Brennan

PHIL1\11710069.v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Lauren Bielskie, Esquire<br>Lauren.bielskie@usdoj.gov<br>Jeffrey M. Sponder, Esquire<br>jeffrey.m.sponder@usdoj.gov | Office of the United States Trustee | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, PA 17319 | Debtors | ☐ Hand Delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg, Esquire<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton, Esquire<br>aeaton@paulweiss.com<br>Christopher Hopkins, Esquire<br>chopkins@paulweiss.com<br>Nick Krislov, Esquire<br>nkrislov@paulweiss.com | Debtors' Counsel | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esquire<br>Msirota@coleschotz.com<br>Warren A. Usatine, Esquire<br>wusatine@coleschotz.com<br>Felice R. Yudkin, Esquire<br>FYudkin@coleschotz.com<br>Seth Van Aalten, Esquire<br>svanaalten@coleschotz.com | Debtors' Counsel | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>John V. Fentola, Esquire<br>jventola@choate.com<br>Jonathan D. Marshall, Esquire<br>jmarshall@choate.com<br>Mark D. Silva, Esquire<br>msilva@choate.com | Counsel to Senior Credit Facility Agent and the DIP Agent | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br><br>(As authorized by the Court or by rule.  Cite the rule if applicable. ) |
| Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esquire<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esquire<br>Julia.frostdavies@gtlaw.com | Counsel to Senior Credit Facility Agent and the DIP Agent | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br><br>(As authorized by the Court or by rule.  Cite the rule if applicable. ) |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Brett H. Miller, Esquire<br>bmiller@willkie.com<br>Todd M. Goren, Esquire<br>tgoren@willkie.com<br>James H. Burbage, Esquire<br>jburbage@willkie.com<br>Jessica D. Graber, Esquire<br>jgraber@willkie.com | Proposed Co-Counsel to the Committee | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br><br>(As authorized by the Court or by rule.  Cite the rule if applicable. ) |
| Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Andrew S. Sherman, Esquire<br>asherman@sillscummis.com<br>Boris Mankovetskiy, Esquire<br>bmankovetskiy@sillscummis.com<br>Gregory Kopacz, Esquire<br>gkopacz@sillscummis.com | Proposed Co-Counsel to the Committee | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br><br>(As authorized by the Court or by rule.  Cite the rule if applicable. ) |
| Sidley Austin LLP<br>350 South Grant Avenue<br>Los Angeles, CA 90071<br>Anna Gumport, Esquire<br>agumport@sidley.com | Counsel to McKesson Corporation | ☐ Hand Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other Email<br><br>(As authorized by the Court or by rule.  Cite the rule if applicable. ) |
| Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Jeffrey K. Garfinkle, Esquire | Counsel to McKesson Corporation | ☐ Hand Delivered<br>☐ Regular mail |

|  |  | ☐ Certified mail/RRR<br>☒ Other <u>Email</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|

PHIL1\11710069.v1