**Jones Murray LLP**

Matthew W. Bourda
Texas Bar No. 24091948
matthew@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX 77007
Phone: 832-529-1582
Fax: 832-529-3393

*Counsel for ENGIE Resources LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 25- 14861 (MBK) |
| New Rite Aid, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS**

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ENGIE Resources LLC, and requests that all notices pursuant to Fed. R. Bankr. P. 2002, and all documents and pleadings of any nature, in this case and any case consolidated herewith be given to:

> Matthew W. Bourda
> **Jones Murray LLP**
> 602 Sawyer Street, Suite 400
> P: (832) 529-1999
> F: (832) 529-3393
> E: matthew@jonesmurray.com

Pursuant to Section 1109 of the Bankruptcy Code, this request includes not only the notices and papers referred to in the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, but also, without limitation, any notice, application, motion, petition, request, complaint, or demand—whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, courier, telephone, facsimile, email, electronic filing, or otherwise—that is filed in connection with this case or any proceedings herein that affect or seek to affect, in any way, the Debtors or the property or proceeds in which the Debtors have or may claim an interest.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

This request further includes copies of any disclosure statements submitted prior to approval and any and all plans of reorganization or liquidation proposed in this case. The undersigned counsel also requests to be added to any official service list for notice of all contested matters, adversary proceedings, and any other proceedings in this case.

Dated: September 5, 2025                         Respectfully submitted,

**Jones Murray LLP**

By: */s/Matthew W. Bourda*
Matthew W. Bourda
Texas Bar No. 24091948
matthew@jonesmurray.com
602 Sawyer Street, Suite 400
Houston, TX 77007
Phone: 832-529-1582
Fax: 832-529-3393

*Counsel for ENGIE Resources LLC*

## Certificate of Service

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive service.

*/s/ Matthew W. Bourda*
Matthew W. Bourda