<div style="display: flex;">

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

</div>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AMENDMENT TO THIRTY-FIRST NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**PLEASE TAKE FURTHER NOTICE** that on August 26, 2025, in accordance with the Order, the Debtors filed the *Thirty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 2166] (the "Thirtieth Rejection Notice").[2]

**PLEASE TAKE FURTHER NOTICE** that the Thirty-First Rejection Notice identified, on **Schedule 1** to the proposed form of Rejection Order, certain Contracts for rejection, including certain unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that **Schedule 1** is amended, solely to correct the counterparty information related the Contracts, as identified on **Schedule A** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that all dates, deadlines and procedures, including with respect to any objections, set forth in the Thirty-First Rejection Notice shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank.]*

---

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Thirty-First Rejection Notice or Order, as applicable.

Dated: September 5, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Schedule A**[1, 2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 35. | NKT HOLDINGS LLC | PO BOX 13160, SAN LUIS OBISPO, CA 93406 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5820 | 1251 JOHNSON AVENUE, SAN LUIS OBISPO, CA, 93401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | B10 MOUNTAIN A WA LLC | C/O SHOPCORE PROPERTIES TRS MANAGEMENT LLC, 1314 7TH ST, 5TH FL, SANTA MONICA, CA 90401 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6234 | 20330 BALLINGER WAY NE, SHORELINE, WA, 98155 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | B10 MOUNTAIN B WA LLC | C/O SHOPCORE PROPERTIES TRS MANAGEMENT LLC, 1314 7TH ST, 5TH FL, SANTA MONICA, CA 90401 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6503 | 3733 116TH STREET NE, MARYSVILLE, WA, 98271 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | PINTZUK SUMMERDALE | C/O PINTZUK BROWN REALTY GROUP, INS, 491 OLD YORK RD, STE 200, JENKINTOWN PA 19046 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3611 | 455-K NORTH ENOLA ROAD, ENOLA, PA, 17025 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

[2] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 90. | PKM HOLDINGS, INC. | PO BOX 214, 15 PIKES WAY, CHELTENHAM, PA 19012 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1887 | 2103 N. THIRD STREET, HARRISBURG, PA, 17110 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |