UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John Piskora, Esq.
Vadim J. Rubinstein, Esq.
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4092
Fax: (212) 656-1307
Email: vrubinstein@loeb.com
 jpiskora@loeb.com

In Re:

NEW RITE AID, LLC, et al.

Case No.: 25-14861 (MBK)

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

# CERTIFICATION OF SERVICE

1. I, __Fiona McKeown__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __John Piskora, Vadim Rubinstein__, who represents __Schwartz Halfmoon Associates, LLC__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __September 5, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   OBJECTION AND RESERVATION OF RIGHT OF SCHWARTZ HALFMOON ASSOCIATES, LLC TO THIRTY-FIRST NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __September 5, 2025__        /s/ Fiona McKeown
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania, 17319 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C., Court Plaza North, 25 Main Street.<br>Email: msirota@coleschotz.com, wusatine@coleschotz.com, fyudkin@coleschotz.com, svanaalten@coleschotz.com. | Co-counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul, Weiss, Rifkind, Wharton & GarrisonLLP, 1285 6th Avenue, New York, NY 10019<br>Email: arosenberg@paulweiss.com, aeaton@paulweiss.com, chopkins@paulweiss.com, smitchell@paulweiss.com | Co-counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 0710<br>Email: Jeffrey.M.Sponder@usdoj.gov, lauren.bielskie@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Buchalter, A Professional Corporation, 18400 Von Karman Avenue, Suite 800 Irvine, California 92612<br>Email: jgarfinkle@buchalter.com | Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 Email: jventola@choate.com, jmarshall@choate.com, msilva@choate.com | Prepetition ABL Agent and DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 Email: brodya@gtlaw.com, julia.frostdavies@gtlaw.com | Prepetition ABL Agent and DIP Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sidley Austin LLP, 350 South Grant Avenue, Los Angeles, CA 90071 Email: agumport@sidley.com | Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 Email: bmiller@willkie.com, tgoren@willkie.com), jburbage@willkie.come, jgraber@willkie.com | (Proposed) Committee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, asherman@sillscummis.com), bmankovetskiy@sillscummis.com, and Gregory Kopacz (gkopacz@sillscummis.com); | (Proposed) Committee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*