**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the date set forth on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 242]

Dated: August 19, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 19, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

SRF 89842 & 90005

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28161143 | 5601 22ND LLC | HENBART LLC | 2731 77TH AVE SE | STE 202 | MERCER ISLAND | WA | 98040-2800 | July 8, 2025 |
| 28146928 | ABRAMS, CHRISTIAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28127627 | AHMED, MAHMOOD, Address TypePrimary Address | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154326 | ALLEN, TASIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28127849 | ALVAREZ, JENNIFFER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154427 | AMINI-GOLLING, TIM | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28083925 | ANDERSON, NICHOLAS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128055 | ARQUILETA, GIOVANNI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28112275 | ARTIC GLACIER INC | 307 23RD STREET EXT # 950 | | | PITTSBURG | PA | 15215-2821 | July 8, 2025 |
| 28128101 | ASSAF, ANNAMARIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128117 | ATKINSON, RUBY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28103688 | AXA XL | 225 LIBERTY ST | FL 40 | | NEW YORK | NY | 10281-5001 | July 8, 2025 |
| 28128220 | BAIER, BECKY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128248 | BAK, JENNY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128331 | BARD, ROIAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128351 | BARNES, JAYLA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128392 | BARTH, LYNN MARIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152308 | BARUA, TILOUTTAMA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28112498 | BASSETT, MEREDITH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152343 | BATTEEN, JESSICA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128525 | BEHLER, CHEYENNE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128556 | BELLINI, CLAUDIO | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28128582 | BENNETT, BRUCE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155886 | BENTUM-ENNIN, DANIEL ZAC | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155905 | BERNABE, JUAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155923 | BERTAGNI, JULIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28085838 | BLANSCHAN, KRISTINA M | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143040 | BLASZCZAK, EDWARD | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28104039 | BOTTOMLEY DISTRIBUTING CO | 830 HILLVIEW CT | STE 250 | | MILPITAS | CA | 95035-4553 | July 8, 2025 |
| 28146302 | BOWERS, JEAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129038 | BRECKHEIMER, SHAYLA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129046 | BRENNAN, SABRINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28149522 | BROOKS, JENNIFER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129114 | BROOKS, LISA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129140 | BROWN, BEVERLY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28086250 | BROWN, HELEN M | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129180 | BROWN, LASHONAY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28112999 | BULGER, CARRIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129302 | BURCHETT, JAMILLAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129323 | BURKE, CYNTHIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129381 | BUTTERFIELD, MARILYN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28129384 | BUTTON, GLENN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28156134 | BUZZETTI, KARLIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142630 | CANNON, KENNEDY | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28142643 | CAPELLE, CHELSEA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28123748 | CAPTURERX | 219 E HOUSTON ST | STE 400 | | SAN ANTONIO | TX | 78205-2467 | July 8, 2025 |
| 28129532 | CARDONA, ILIANET | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142711 | CARRASCO, ARIANA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28086872 | CASIMIRO, MAURICIO R | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28123803 | CEROS INC. | 40 W. 25TH ST | 12TH FLOOR | | NEW YORK | NY | 10010 | July 8, 2025 |
| 28104401 | CHOICE BOOKS | 407 S MAIN ST | | | BROADWAY | VA | 22815-9552 | July 8, 2025 |
| 28104876 | CITY OF MOUNT PLEASANT | 320 W BROADWAT ST | | | MT PLEASANT | MI | 48858-2447 | July 8, 2025 |
| 28152585 | CLINE, SEAN | ADDRESS ON FILE | | | | | | July 8, 2025 |

In re: New Rite Aid, LLC, *et al.*
Case No. 25-14861 (MBK)

Page 1 of 6

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28152586 | CLINE, TERRI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152629 | COLBERT, LYRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143475 | COON, JAMIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143486 | COOPER, ERIN MAE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28088055 | DAIGLER, LUCAS V | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151038 | DARRAH, SAVANNAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154798 | DERRY, JOHN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28088528 | DIEBOLD NIXDORF, INC. | P.O. BOX 3077 | | | NORTH CANTON | OH | 44720-8077 | July 8, 2025 |
| 28142732 | DINKOWITZ, SAMANTHA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28105777 | DOMINION ENERGY | PO BOX 25715 | | | RICHMOND` | VA | 23260-5715 | July 8, 2025 |
| 28145187 | DYER, CARA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28131257 | EDWARDS, BRIANA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28158780 | EGON ZEHNDER INTERNATIONAL INC | 520 MADISON AVE FL 23 | | | NEW YORK | NY | 10022-4442 | July 8, 2025 |
| 28149290 | ELLOW, MARK | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28089104 | EPPERLEY, RONNIE W | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28162043 | EQUILIBRUIM MARKETING SOLUTIONS | ATTN: GENERAL COUNSEL OR LEGAL DEPARTMENT | 1236 SW 4TH AVE | | FT LAUDERDALE | FL | 33315-1556 | July 8, 2025 |
| 28152846 | EVANS, GINGER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152906 | FALLS, DEBRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28163254 | FAMILY HEALTH CENTERS OF BALTIMORE, INC. | PO BOX 104 | | | SEVERN | MD | 21144-0104 | July 8, 2025 |
| 28152950 | FAUSTINI, JACLYN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28131569 | FAXON, HANNAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28131610 | FERGUSON, CHERYL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28131775 | FO, BRIAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146569 | FREEMAN, JESSICA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146604 | FRODELLA, MARY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28131967 | FUGATE, MELISSA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146639 | FULLER, ALEXANDREA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132031 | GALL, TERRY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28167422 | GANT, TINA M | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132165 | GASCOT, CARLOS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28153664 | GENTILE, FRANCIS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132228 | GEORGE, INYANG | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28153708 | GHATTAS, MIRNA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28090188 | GIBSON, CATHY D | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28153798 | GIVENS, WILLIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132342 | GIZARA, LORI | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28143271 | GONZALEZ, ROY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132515 | GOSS, RAVEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143336 | GRABENSTATTER, COLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132624 | GREER, DESTINY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143440 | GREGORY, INDIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132689 | GRZEGORZEWSKI, TINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28145869 | GUERIN, MICHELLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132775 | HABAMUNGU, AKILI | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28145954 | HABERMAN, GRACE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28090883 | HACKMAN, HEATHER J | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28132989 | HARRIS, SIERRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133039 | HARVEY, REHANSHAE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133049 | HASSAM, JAMIL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133120 | HEAD, KYLEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154825 | HEFFEL, CYDNEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28115702 | HELLO BELLO | 2101 TEXAS CENTRAL PKWY | | | WACO | TX | 76712-6984 | July 8, 2025 |
| 28154863 | HENDERSON, ANGELA | ADDRESS ON FILE | | | | | | July 8, 2025 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28133213 | HENTHORN, DENNIS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154906 | HERBERT, NATHAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143724 | HICKS, LINDSAY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133319 | HIGGINS, ERIN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133458 | HOLLISTER, CONSTANCE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147342 | HOLMSTROM, RACHEL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133512 | HOPPER, KIMBERLY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133549 | HOUGHTON, CASSI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151344 | HUANG, ELLEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133649 | HUGHES-DELEON, DESTINE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151453 | HUSFELT, TYLER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28169160 | IDERA INC | 4001 W PARMER LN | UNIT 125 | | AUSTIN | TX | 78727-4176 | July 8, 2025 |
| 28155156 | IRATO, STEPHANIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28133791 | ISAAC SOTO, KIARA | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28157762 | JENKINS, EBONY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28157770 | JENNINGS, JENNIFER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28143851 | JOHNS, AJIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134126 | JOHNSTONE, SUSAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134212 | JOSEFIAK, SYDNEY | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28134221 | JOSEPH, ERIC | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147533 | JUSTICE, NASIRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134279 | KALLBERG, KAITLYN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147592 | KANGAL, CEREN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147602 | KAOHN, ERIC | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147610 | KARCHER, HELEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28163444 | KAUR, TARANJOT | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134379 | KAYODE, OMOTAYO | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151283 | KENYON, TOBY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151299 | KERTZ, BRANDON | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151300 | KERTZ, LARRY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28092851 | KEYES, BRYANT HENRI | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28134490 | KHAIRA, PARMJIT | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134496 | KHALIL, AUSAMA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155703 | KILGORE, DENEEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155704 | KILLA, STEPHEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134572 | KINDER, CELENA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134793 | KRISHNAMOORTHY, ABHISHEK | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28144057 | KRUSE, HAYLEY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28134837 | KUNS, REBECCA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28144107 | KWON, SUNGA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147788 | LAMORELL, KEANDA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147909 | LAWSON, MYSHAINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135040 | LAYE, JOHN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151495 | LEE, RACHEL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28151498 | LEE, RICHARD | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135145 | LEON, DIANA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28156977 | LINDSEY, ALEXANDRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135306 | LIVELY, DEBORRA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28124948 | LOGICGATE INC | 320 W OHIO ST | STE 600 | | CHICAGO | IL | 60654-6567 | July 8, 2025 |
| 28158597 | LOPEZ, SAMANTHA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28158630 | LOUPRASONG, SOUKSARA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135481 | LUKASIK, NICOLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28107344 | LURIA FAMILY 1 LP | PO BOX 3136 | | | HONOLULU | HI | 96802-3136 | July 8, 2025 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28144217 | MACK, DEON | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28144331 | MALLIT, LATONYA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148220 | MARLOW, EMMA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135809 | MARTIN, LAURA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148275 | MARTIN, NATALYAH | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28151787 | MAYER RINALDI, DOROTHEA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28135982 | MAYNARD, MATTHEW | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136004 | MCALLISTER, AYDEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136026 | MCCANN, ELIZABETH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155057 | MCGRATH, NICHOLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155076 | MCKELLAR, EMILEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136167 | MCLAUGHLIN, ETHAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28117709 | MCMICHAEL, GAYLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28095046 | MEDICAL SECURITY CARD COMPANY, LLC | BROWN MCGARRY NIMEROFF LLC A PENNSYLVANIA LIMITED LIABILITY COMPANY | JAMI B. NIMEROFF, ESQUIRE | 18 KINGS HWY W | HADDONFIELD | NJ | 08033-2116 | July 8, 2025 |
| 28136249 | MEISEL, MATTHEW | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136255 | MELARA, JENNIFER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28107595 | MELINDA MILLER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136408 | MILLER, AUTUMN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28147955 | MILLER, NOAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148023 | MISHRA, JAYATI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28117929 | MOCK, CHARLES | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136556 | MOCKE, ANIKA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148084 | MOHAMED, NOUR | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148088 | MOHAMED, SHIMAA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148106 | MOLINA, CHRISTIAN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28095625 | MOON VALLEY NATURAL PRODUCT, LLC | 1625 JILLS CT | UNIT 3 | | BELLINGHAM | WA | 98226-7173 | July 8, 2025 |
| 28150933 | MORGAN, MARCUS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28095721 | MORGAN, MICHELLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154603 | MUSA, SHAYMA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28136972 | NAHAR, KHAIRUN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28144556 | NEILSON, GARRETT | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28127426 | NEVADA WORKERS' COMPENSATION COMMISSION | DEPARTMENT OF LABOR AND INDUSTRY | DIVISION OF INDUSTRIAL RELATIONS | 1886 COLLEGE PKWY | CARSON CITY | NV | 89706-8000 | July 8, 2025 |
| 28137115 | NGA REH, PETER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28144694 | NICKLE, ALEXANDRIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148342 | NOCILO, RIA ELENA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28096439 | NORMAN, BRANDON M | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148365 | NORMAN, REBECCA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137267 | NOTTINGHAM, TYLA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148388 | NTAMBWE, LAZARE | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28168044 | OAK BEVERAGES, INC | 44 HIGH ST | | | WEST NYACK | NY | 10994-2702 | July 8, 2025 |
| 28096569 | ODUNLAMI, BERNICE A | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137352 | OH, JAEYEON | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137366 | OKEKE, AMARACHI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137401 | OLUWO, DAVID | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28137489 | OSMAN, ZAKI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137505 | OTHMAN, ROAA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155577 | PARKER, NICHOLAS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28157845 | PATTERSON, SHERI | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28137950 | PETERSON, DEMETRIUS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148499 | PHAN, VICTORIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148528 | PHIPPS, LINDA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28148542 | PICKENS, SANDRA | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28148572 | PILE, SUSANNA | ADDRESS ON FILE | | | | | | July 8, 2025 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28138078 | PIPER, COLIN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138080 | PITCHER, CHEYNE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152122 | POPE, SHARON | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138217 | PRESCOTT, JANET | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138220 | PRESLEY, JOHNNIELEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155283 | QUANDT, ANGELA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155291 | QUEEN, GEORGE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138319 | QUIBAN, SHERRY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28119461 | QUINCY BIOSCIENCE | 8401 GREENWAY BLVD STE 800 | | | MIDDLETON | WI | 53562-3539 | July 8, 2025 |
| 28138382 | RAK, LINDSAY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138408 | RAMIREZ, KAREN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28155398 | RAMIREZ, NINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138425 | RAMOS, FRANCISCA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138455 | RANDOLPH, DONEASHIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138589 | REID, MICHAEL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138703 | RICHARDSON, AVERY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28145615 | RICKS, BRYANNA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28138792 | RIVERA RIVERA, WALDELINE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28149099 | RIVERA, CARLOS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28149195 | ROBINSON, TERRIANN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152641 | RODGERS, KIMBERLY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28152758 | ROMAN, ANTHONY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139038 | ROMERO, KARINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28108778 | RONGRANT ASSOCS LLC | 770 NEW YORK AVE | | | HUNTINGTON | NY | 11743-4443 | July 14, 2025 |
| 28139140 | ROZARIO, CHRISTINA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28098845 | RUDY, ROYA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28153223 | RUIZ, EMMANUEL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28099032 | SALEFSKY, SARAH M | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139384 | SANDERS, APRIL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139443 | SARCONA, GLEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139464 | SAUL, TANYA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28150153 | SCHNEIDER, MELISSA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139607 | SCHWIDERSON, MARNIE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139629 | SCOTT, SHANTRICE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28169504 | SCRIPTDROP INC | PMB 3066 | 1985 HENDERSON RD | | COLUMBUS | OH | 43220-2401 | July 8, 2025 |
| 28139682 | SELF, ONDREA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154042 | SEVASTOS, NICHOLAS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139761 | SHAKHOV, YURII | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28139822 | SHEIKH, ZUHAIR | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28156824 | SHOURA, MARY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28156939 | SINGH, PREM | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140012 | SKALLA, ANDREW | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140020 | SKINKLE, HANNAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28158452 | SMITH, AUSTIN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140108 | SMITH, KC | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146050 | SMITH-WATSON, DOMONIQUE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146101 | SOLIMAN, NADA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140244 | SOSA, ANGELEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28109260 | SPIRIT RA FREMONT OH LLC | SPIRIT REALTY CAPITAL | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130-2539 | July 8, 2025 |
| 28166393 | SPIRIT RA PLAINS PA LLC | SPIRIT REALTY CAPITAL | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130-2539 | July 8, 2025 |
| 28166395 | SPIRIT RA WAUSEON OH LLC | SPIRIT REALTY CAPITAL | 11995 EL CAMINO REAL | | SAN DIEGO | CA | 92130-2539 | July 8, 2025 |
| 28149632 | STAIGVIL, HANNAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140397 | STEHR, AVONLEA | ADDRESS ON FILE | | | | | | July 8, 2025 |

Exhibit A
Supplemental Mailing List
Served via First Class Mail on the date set forth

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 28140447 | STEWART, RUTH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140459 | STITAK, JASON | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28140494 | STRAIN, DANIEL | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28109454 | SWIFT RESPONSE LLC | PO BOX 266948 | | | FT LAUDERDALE | FL | 33326-6948 | July 8, 2025 |
| 28121095 | SXWELL USA LLC | 66 HUDSON BLVD E | FL 23 | | NEW YORK | NY | 10001-2198 | July 8, 2025 |
| 28100829 | TAMRAKAR, SUNANDA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28109535 | TENAGLIA & HUNT, PA | 365 W PASSAIC ST STE 405 | | | ROCHELLE PARK | NJ | 07662-3014 | July 8, 2025 |
| 28140807 | TESHITE, MOHAMMED | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28158341 | THOMAS, ASHLEY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28101133 | THOMSEN, CORRINE E | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28140945 | TILLMAN, MICHELE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28169587 | TMESYS, INC. | 12921 S VISTA STATION BLVD | STE 200 | | DRAPER | UT | 84020-2377 | July 8, 2025 |
| 28121476 | TOP GUN TECHNOLOGY INC | 3000 AMES CROSSING RD | STE 125 | | SAINT PAUL | MN | 55121-2529 | July 8, 2025 |
| 28146517 | TORRES, GREGORY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28150298 | TOYE, NOAH | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28141128 | TROUP, ALEXIS | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28150421 | TULL, TYLER | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28154159 | TWIGGS, TATIANNA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28157307 | VELASQUEZ, NATALIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28160377 | VELOCITY PHARMA LLC | 26 BLUEBERRY ?T | | | MELVILLE | NY | 11747-4223 | July 8, 2025 |
| 28160344 | VERMONT DEPARTMENT OF HEALTH | 280 STATE DR | | | WATERBURY | VT | 05671-9501 | July 8, 2025 |
| 28141454 | VICENTE CORPORAN, JORLENY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28160144 | VILLAGE OF HOLLY | 504 1/2 E MAPLE ST | | | HOLLY | MI | 48442-1694 | July 8, 2025 |
| 28168566 | WALTER HAVERFIELD LLP | 1500 W 3RD ST | FL 3 | | CLEVELAND | OH | 44113-1429 | July 8, 2025 |
| 28141617 | WALTON, BRANDON | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146731 | WARD, EBONEE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28146823 | WAZIRI, MARWA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28141848 | WHELCHEL, STEVEN | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28141897 | WHITTAKER, CHARESIA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28150037 | WIESEKE, ELSE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28141927 | WILEY, RAYMOND | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28165232 | WILLIAMS, CALVIN L | ADDRESS ON FILE | | | | | | July 14, 2025 |
| 28153882 | WILLIAMS, SHANIKA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142035 | WILLIS, GABRIELLE | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142159 | WOOD, REBECCA | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142308 | YODER, TIFFANY | ADDRESS ON FILE | | | | | | July 8, 2025 |
| 28142389 | ZAMANOVA, IRODA | ADDRESS ON FILE | | | | | | July 8, 2025 |