| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>(*Local Counsel to McKesson Corporation and certain corporate affiliates*) | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Daniel H. Slate *(admitted pro hac vice)*<br>Email: dslate@buchalter.com<br>Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Email: jgarfinkle@buchalter.com<br>Brian T. Harvey (admitted *pro hac vice*)<br>Email: bharvey@buchalter.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Email: dtwomey@sidley.com<br>Jackson T. Garvey (*pro hac vice* pending)<br>Email: jgarvey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (admitted *pro hac vice*)<br>Email: jkuster@sidley.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) | Case No. 25-14861 (MBK)<br><br>Chapter 11 (Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                Debtors. | |

## APPLICATION FOR AN ORDER FOR
## ADMISSION *PRO HAC VICE* OF JACKSON T. GARVEY

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

Michele M. Dudas, Esq., a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Jackson T. Garvey, Esq., of the law firm Sidley Austin LLP, to practice before this Court in connection with the above-captioned Chapter 11 cases (collectively, the "Cases").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent McKesson Corporation and certain corporate affiliates (collectively, "McKesson"), as creditors and contract counterparties in the Cases. The scope of the Application will be the representation of McKesson in the Cases and any related adversary proceedings involving McKesson. In support of this application, counsel submits the attached Certification of Jackson T. Garvey, Esq., and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Jackson T. Garvey, Esq. to this Court.

3. Mr. Garvey is an attorney at law of the State of Illinois, and a partner with Sidley Austin LLP, with an address of One South Dearborn Street, Chicago, Illinois 60603.

4. Attached is the Certification of Mr. Garvey in which he certifies that he is and has been, a member in good standing of the bar of the State of Illinois. Additionally, Mr. Garvey certifies that he is, and has remained a member in good standing of said bar at all times, that no disciplinary

proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. Garvey is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interests of McKesson.

6. Mr. Garvey is not licensed in the State of New Jersey. He wishes to appear in the Cases and respectfully requests this Court to admit him *pro hac vice*.

7. If Mr. Garvey is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE,** Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Jackson T. Garvey, Esq. to represent McKesson in connection with the Cases and any related adversary proceedings in which McKesson is a party.

Dated: September 8, 2025

/s/ Michele M. Dudas
Michele M. Dudas

## CERTIFICATION OF SERVICE

    I, Michele M. Dudas, hereby certify that on this 8th day of September, 2025, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.

                                                /s/ Michele M. Dudas
                                                Michele M. Dudas