| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) **McMANIMON, SCOTLAND & BAUMANN, LLC** 75 Livingston Avenue, Suite 201 Roseland, New Jersey 07068 (973) 622-1800 Anthony Sodono, III Email: asodono@msbnj.com Michele M. Dudas Email: mdudas@msbnj.com (Local Counsel to McKesson Corporation and certain corporate affiliates) | **BUCHALTER, a PROFESSIONAL CORPORATION** 18400 Von Karman Avenue, Suite 800 Irvine, California 92612-0514 (949) 760-1121 Daniel H. Slate (admitted *pro hac vice*) Email: dslate@buchalter.com Jeffrey K. Garfinkle (admitted *pro hac vice*) Email: jgarfinkle@buchalter.com Brian T. Harvey (admitted *pro hac vice*) Email: bharvey@buchalter.com (Co-Counsel to McKesson Corporation and certain corporate affiliates) |
| **SIDLEY AUSTIN LLP** One South Dearborn Street Chicago, Illinois 60603 Telephone: (312) 853-7000 Dennis M. Twomey (admitted *pro hac vice*) Email: dtwomey@sidley.com Jackson T. Garvey (*pro hac vice* pending) Email: jgarvey@sidley.com -and- 787 Seventh Avenue New York, New York 10019 Telephone: (212) 839-5300 John J. Kuster (admitted *pro hac vice*) Email: jkuster@sidley.com (Co-Counsel to McKesson Corporation and certain corporate affiliates) | Case No. 25-14861 (MBK) Chapter 11 (Jointly Administered) Honorable Michael B. Kaplan, U.S.B.J. |
| In re: NEW RITE AID, LLC, et al.,[1] Debtors. | |

**CERTIFICATION OF JACKSON T. GARVEY, ESQ.**

I, Jackson T. Garvey, Esq., hereby certify as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. I am a partner with the law firm of Sidley Austin LLP, co-counsel to McKesson Corporation and certain corporate affiliates (collectively, "McKesson"), creditors and contract counterparties in the above-captioned Chapter 11 cases (collectively, the "Cases"). My office is located at One South Dearborn Street, Chicago, Illinois 60603. I make this Certification in support of my Application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1, to represent McKesson in the Cases and any related adversary proceedings involving McKesson.

2. I am admitted to practice law in the State of Illinois. I am admitted to practice before the United States District Court for the Northern District of Illinois.

3. I am a member in good standing of the Bar in the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 8, 2025

/s/ Jackson T. Garvey
Jackson T. Garvey (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email:  jgarvey@sidley.com
*Co-Counsel to McKesson Corporation, and certain corporate affiliates*