| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> **LUNDY, BELDECOS & MILBY, P.C.** <br> Jessica M. Gulash, Esquire [N.J. Bar No. 019442008] <br> 450 N. Narberth Avenue, Suite 200 <br> Narberth, PA 19072 <br> (610) 668-0772 <br> jgulash@lbmlaw.com <br><br> *Counsel for The Rita Rudman Revocable Trust* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br> Case No. 25-14861 (MBK) <br> Judge: Hon. Michael B. Kaplan <br><br> (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF THE RITA RUDMAN REVOCABLE TRUST'S MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM AND COMPEL IMMEDIATE PAYMENT THEREOF

PLEASE TAKE NOTICE that The Rita Rudman Revocable Trust, by and through its undersigned counsel, hereby withdraws its Motion to Allow Administrative Expense Claim and Compel Immediate Payment Thereof, filed as Docket No. 799, in the above-captioned matter. The hearing scheduled for September 16, 2025, may be canceled.

**LUNDY, BELDECOS & MILBY, P.C.**

Date: 9/9/2025         By:    */s/ Jessica M. Gulash*
**JESSICA M. GULASH, ESQUIRE**
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com

*Counsel for The Rita Rudman Revocable Trust*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.