| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Scottsville Properties LLC | |
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>                Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date: To be set by the Court |

**CERTIFICATION OF PHIL LICHT IN SUPPORT OF SUPPLEMENTAL OBJECTION OF SCOTTSVILLE PROPERTIES LLC TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS'**
<u>**LEASES TO DOLLAR TREE STORES, INC.**</u>

Phil Licht, being duly sworn, hereby certifies as follows:

1. I am a Managing Member of Scottsville Properties, LLC and am authorized to submit this certification on its behalf.

2. I have reviewed the the debtors' notice of assumption and assignment of certain of the debtors' leases to Dollar Tree Stores, Inc. ("Dollar Tree"), as well as the supplemental objection of Scottsville Properties, LLC to the relief requested therein (the "Objection").

3. Scottsville Properties, LLC is the owner of commercial property located in Trevose, Pennsylvania which is operated as a shopping center. Scottsville Properties, LLC, as lessor, leases a portion of the shopping center to Rite Aid of Pennsylvania, Inc., as lessee, pursuant to a nonresidential real property lease (the "Lease").

4. As explained in the Objection, Scottsville Properties, LLC is also the lessor under a shopping center lease (the "Family Dollar Lease") with Family Dollar Stores of Pennsylvania, Inc. ("Family Dollar").

5. Scottsville Properties, LLC is filing the Objection in order to (a) oppose the proposed assignment of the Lease to Dollar Tree since such assignment would violate an exclusive use provision in the Family Dollar Lease for the reasons set forth in the Objection and (b) dispute the debtors' stated cure amount due under the Lease.

6. As of the date hereof, the actual cure amount is $44,279.95, as distinguished from the stated cure amount of $21,357.00.

7. Scottsville Properties, LLC would suffer significant harm to the extent that this Court approves the assignment of the Lease to Dollar Tree.

8. The information contained in the Objection is true and correct to the best of my knowledge, information and belief.

9. I understand that I am subject to the penalties of perjury if I have willfully misstated any of the information contained herein.

Dated: September 9, 2025         /s/ Phil Licht
                                 **Phil Licht**