# EXHIBIT "A"

Rite Aid- Trevose # 923

Outstanding Account:

| | |
|---|---|
| 2024 Reconciliation | $ 14,173.81 |
|     CAM ($ 2,120.69) | |
|     Insur ($4,434.49) | |
|     Tax  ($ 7,618.63) | |
| Late Fees- April, 2025 Rent | $ 3,130.87 |
| May, 2025 Rents | $22,367.87 |
| Note: Ancillary Rents increased effective 5/1 Per 2024 Reconciliation | |
| Deficiency June-September, 2025 Rents | $ 4,044.44 |
| Note: Tenant paid $21,356.76/mo. for these months but did not adjust to $22,367.87/mo. per 2024 reconciliation | |
| Lower Southampton Twp (Sewer Service) | $   324.42 |
| BCSWA (Water) | $   238.54 |
| **Cure Amount:** | **$44,279.95** |