| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Scottsville Properties LLC | |
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>               Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date: To be set by the Court |

## CERTIFICATION OF SERVICE

1. I, <u>Jeffrey Kurtzman, Esquire</u>:

☒ represent <u>Scottsville Properties LLC</u> in this matter.

☐ am the secretary/paralegal for _____, who represents _____ in this matter.

☐ am the _____ in this case and am representing myself.

2. On <u>September 9, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

**SUPPLEMENTAL OBJECTION OF SCOTTSVILLE PROPERTIES LLC TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES TO DOLLAR TREE STORES, INC**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>September 9, 2025</u>    <u>/s/ Jeffrey Kurtzman</u>
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Attn:  Alice Belise Eaton<br> (aeaton@paulweiss.com)<br>Christopher Hopkins (chopkins@paulweiss.com)<br>Nick Krislov (nkrislov@paulweiss.com) | Co-Counsel for Debtors and Debtors in Possession | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Cole Schotz, PC<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601<br>Attn:  Michael D. Sirota (msirota@coleschotz.com)<br>Warren A. Usatine (wusatine@coleschotz.com)<br>Felice R. Yudkin (Fyudkin@coleschotz.com)<br>Seth Van Aalten (svanaalten@coleschotz.com) | Co-Counsel for Debtors and Debtors in Possession | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn:  Jeffrey M. Sponder and Lauren Bielskie | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA  02110<br>Attn:  John F. Ventola (jventola@choate.com)<br>Jonathan D. Marchall (jmarshall@choate.com)<br>Mark D. Silva (msilva@choate.com) | Counsel to the Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ  07932<br>Attn:  Alan J. Broady<br>brodya@gtlaw.com | Counsel to the Prepetition ABL Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail |

2

| | | |
|---|---|---|
| Julia Frost-Davies (Julia.frostdavies@gtlaw.com) | | ☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>Attn:  Brett H. Miller (bmiller@willkie.com)<br>Todd M. Goren (tgoren@willkie.com)<br>James H. Burbage (jburbage@willkie.com)<br>Jessica D. Graber (jgraber@willkie.com) | Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102,<br>Attn: Andrew S. Sherman (asherman@sillscummis.com)<br>Boris Mankovetskiy (bmankovetskiy@sillscummis.com)<br>Gregory Kopacz (gkopacz@sillscummis.com) | Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Attn: Jonathan Gordon (jonathan.gordon@lw.com) | Counsel to Dollar Tree Stores, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| ALL parties who have entered an appearance | Appearance Entered | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |