**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq. (asherman@sillscummis.com)
Boris Mankovetskiy, Esq. (bmankovetskiy@sillscummis.com)
Gregory Kopacz, Esq. (gkopacz@sillscummis.com)
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000

*Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1458], Sills Cummis & Gross P.C. ("Sills") is providing notice of the increase of the hourly rates of certain of its professionals.

On an annual basis, in the ordinary course of its business, Sills evaluates, and adjusts, the hourly rates of its professionals to reflect the increased experience and seniority of such professionals, as well as economic and other conditions. Effective as of October 1, 2025 (the first day of Sills' fiscal year), the hourly rates of the professionals listed in the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of*

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

*Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1314] (the "Application") will be adjusted as follows:

| Professional | Standard Hourly Rate Specified in the Application | Standard Hourly Rate Effective as of October 1, 2025 |
|---|---|---|
| Andrew H. Sherman | $1,150 | $1,295 |
| Boris I. Mankovetskiy | $985 | $1,095 |
| Gregory Kopacz | $850 | $975 |
| Oleh Matviyishyn | $525 | $650 |

In addition, the hourly rates for other Sills attorneys and paraprofessionals who may be involved in representing the Committee will be adjusted as follows:

| Title | Hourly Rates Specified in the Application | Hourly Rate Effective as of October 1, 2025 |
|---|---|---|
| Members | $695-$1,150 | $750 - $1,295 |
| Of Counsel | $650-$895 | $625 - $975 |
| Associates | $375-$650 | $495 - $795 |
| Paraprofessionals | $325-$395 | $350 - $425 |

The foregoing rates will become effective on October 1, 2025.

Dated: September 9, 2025

/s/ Andrew H. Sherman
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*