| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**LANDIS RATH & COBB LLP**<br>Kimberly A. Brown<br>Colin R. Robinson<br>Joshua B. Brooks<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>brown@lrclaw.com<br>robinson@lrclaw.com<br>brooks@lrclaw.com<br><br>*ATTORNEYS FOR C&S WHOLESALE GROCERS, LLC* | |
| In re:<br><br>New Rite Aid, LLC, *et al.*,[1]<br><br>      Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of C&S Wholesale Grocers, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Kimberly A. Brown
Colin R. Robinson
Joshua B. Brooks
**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

{200.000-W0083370.}

Email: brown@lrclaw.com  
robinson@lrclaw.com  
brooks@lrclaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: September 9, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Colin R. Robinson*<br>Kimberly A. Brown<br>Colin R. Robinson<br>Joshua B. Brooks<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  brown@lrclaw.com<br>         robinson@lrclaw.com<br>         brooks@lrclaw.com |