| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MICHAEL D. SIROTA, ESQ. IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, MICHAEL D. SIROTA, ESQ. pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1.  I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("**Cole Schotz**"). Cole Schotz is a law firm of over 200 attorneys, having its principal offices at Court

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, the District of Columbia and Florida. This supplemental declaration (the "**Supplemental Declaration**") is submitted pursuant to sections 327, 329, and 504 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1.[2]

2. I submit this Supplemental Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 341] (the "**Application**") and the *Order Approving the Employment and Retention of Cole Schotz P.C. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 783].

3. In the Application and my prior declaration submitted in support of the Application (the "**Prior Declaration**"), Cole Schotz disclosed that it was holding a retainer in the amount of $887,344.00. The amount previously stated was incorrect; Cole Schotz is holding a retainer in the amount of $938,384.11.

4. Cole Schotz also discloses that Warren Usatine's son, Michael Usatine, has started a position as a Restructuring Analyst at Alvarez & Marsal North America, LLC ("**A&M**"), the financial advisor to the Debtors.

5. Furthermore, Cole Schotz has continued to search its electronic database of representations for connections to parties in interest in these Chapter 11 Cases. Certain connections were disclosed in the Prior Declaration. Since the Petition Date and following the filing of the Prior Declaration, Cole Schotz has updated those conflicts searches and has searched additional parties as Cole Schotz became aware of additional parties in interest in these Chapter 11 Cases. The results of Cole Schotz's conflict searches appear on <u>Schedule</u> 1 hereto.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

6. Accordingly, to the best of my knowledge and insofar as I have been able to ascertain, I believe that Cole Schotz remains (i) a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (ii) has no connection to the Debtors, their creditors or other parties in interest, except as disclosed in my prior declaration and herein.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2025

                                        */s/ Michael D. Sirota*
                                        MICHAEL D. SIROTA

# Schedule 1

**Cole Schotz's Disclosures**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| Domain Corporation | Domain Companies, LLC | Former Client |
| GRI Sunset Plaza LLC | GRI Sunset Plaza, LLC | Current Client |
| Bank of America | Cole Schotz represented a group of ad hoc lenders of Byju's Alpha, Inc. in which Bank of America, JNL/Fidelity Institutional Asset Management Total Bond Fund, Diameter Dislocation Master Fund II LP, HG Vora Special Opportunities Master Fund, Ltd., SEI Institutional Investments Trust – High Yield Bond Fund (Benefit St.), Stichting Pensioenfonds Hoogovens (Ares), and U.S. High Yield Bond Fund (Benefit Street) were members. | Former Client |
| JNL Partners, LLC | | |
| Diameter Master Fund LP | | |
| HG Vora Special Opportunities | | |
| SEI Institutional Investments Trust | | |
| Stichting Mars Pensioenfonds | | |
| U.S. High Wield Bond Fund | | |
| Bank of America | Corelogic Information Solutions, Inc. | Former Client |
| Hershey Chocolate | Hershey Company (The) | Former Client |
| Del Monte Foods Inc. | Del Monte Foods Inc. and its debtor affiliates | Current Client |
| David Mclean | David Mclean | Current Client[1] |
| Supply Source Inc. | Supply Source Enterprises, Inc. | Current Client |

---

[1] Cole Schotz is unable to determine if the interested party searched is the same party that is a current Cole Schotz client and is disclosing this potential relationship out of an abundance of caution.

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| Kimco L-S LP | Kimco Realty Corporation | Affiliate of Current Client |
| Kin Properties, Inc. | Kin Properties, Inc. | Former Client |
| Glacier Partners | Glacier Global Partners, LLC | Current Client |
| DS Properties 18 LP | Donahue Schriber Realty Group LP | Current Client |
| Global Retail Investors, LLC | Donahue Schriber Realty Group LP | Current Client |
| LVNV Funding, LLC | Resurgent Capital Services, L.P. | Current Client |
| GRI Sunset Plaza, LLC | GRI Sunset Plaza, LLC | Former Client |
| Dr. Reddy's Laboratories, Inc. | Dr. Reddy's Laboratories, Inc. | Former Client |
| Vantage | Exactech, Inc. | Former Client |
| Windmill Health Products | Windmill Health Products, LLC | Current Client |
| 10-24 Portland Avenue, LLC | 10-24 Portland Avenue LLC | Current Client |
| 89-10 Jamaica Ave., LLC | Flatbush Delaware Holding, LLC | Current Client |
| Berkley Research Group, LLC | Berkeley Research Group, LLC | Current Client |
| Pine Hollow Associates LLC | Pine Hollow Associates LLC | Current Client |
| Burlington Coat Factory Whse | Burlington Stores, Inc. | Former Client |
| Federal Insurance Company and Affiliated Companies | Federal Insurance Company | Current Client |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| Pantheryx Inc. | Pantheryx, Inc. | Former Client |
| Lifetime Brands Inc. | Lifetime Brands, Inc. (FKA Lifetime Hoan Corp.) | Current Client |
| Walsh Pizzi O'Reilly Falanga | Walsh Pizzi O'Reilly & Falanga LLP | Former Client |
| William Miller | William Miller, II | Former Client[2] |
| Capital One | Cole Schotz represented a group of ad hoc lenders of Output Services Group in which Capital One was a member. | Former Client |
| Mark W. Cooper | Dr. Mark & Lynne Cooper | Current Client[3] |
| Johnson & Johnson Consumer Inc. | Johnson & Johnson – LTL Management | Former Client |
| Levin Management Corp | Levin Management Corporation | Current Client |
| CLPF HARBOUR POINTE LLC | Clarion Partners | Current Client |
| Broadridge ICS | Broadridge Financial Solutions, Inc. | Former Client |
| Hudson RPM Dist LLC, Hudson News Distributors, LLC | Hudson News Distributors, LLC | Former Client |

---

[2] Cole Schotz is unable to determine if the interested party searched is the same party that is a former Cole Schotz client and is disclosing this potential relationship out of an abundance of caution.

[3] Cole Schotz is unable to determine if the interested party searched is the same party that is a current Cole Schotz client and is disclosing this potential relationship out of an abundance of caution.

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| Hudson RPM Dist LLC, Hudson News Distributors, LLC | Hudson-RPM Distributors, LLC | Current Client |
| Withers Bergman, LLP | Withers Bergman, LLP | Current Client |
| McCarter & English LLP | McCarter & English LLP | Former Client |
| Greenbaum Rowe Smith Davis | Greenbaum Rowe Smith Davis | Current Client |
| Zuru LLC | Zuru (Singapore) PTE, Ltd., Zuru Inc., Zuru LLC, and Antsy Labs, LLC | Former Clients |
| FTI Consulting Technology | FTI Consulting, Inc. | Current Client |
| Agency Within LLC D/B/A Within | Agency Within LLC D/B/A Within | Former Client |
| Atlantic Specialty | Atlantic Specialty Insurance Company | Affiliate of Current Client |
| EShare Inc. | EShare | Former Client |
| First Health/Epic | First Health FL LLC | Former Client |
| Brandt Box | Brandt Box | Affiliate of Current Client |
| Law Offices of Kenneth L. Baum LLC | Kenneth Baum | Current Client |
| Thomas A. Pitta in his capacity as the GUC Equity Trust Trustee | Thomas A. Pitta in his capacity as the Liquidating Trustee of VG Liquidation Inc. | Former Client |
| | Thomas A. Pitta in his capacity as the Liquidating Trustee of Gritstonebio, Inc. | Current Client |