UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradshaw Rost
**TENENBAUM & SAAS P.C.**
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
Tel:  (301) 961-5300
Fax:  (301) 961-5305
E-mail: brost@tspclaw.com

-and-

Douglas G. Leney
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ  08043
Tel:  (215) 963-3300
Fax:  (215) 963-9999
E-mail:  dleney@archerlaw.com

*Counsel for Westminster Granite Main LLC*

In re:

NEW RITE AID, LLC, *et al.*[1]

Debtors.

Chapter 11

Case Number:  25-14861-MBK
(Jointly Administered)

Hon. Michael B. Kaplan

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Westminster Granite Main LLC hereby withdraws the

*Westminster Granite Main LLC to Allow Administrative Expense Claim and Compel Immediate Payment Thereof* [D.I. 695].

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at: https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| | |
|---|---|
| Dated: Voorhees, New Jersey<br>September 10, 2025 | **ARCHER & GREINER, P.C.**<br><br> /s/  Douglas G. Leney<br>Douglas G. Leney (NJ Bar No. 034232007)<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043<br>Tel:  (215) 963-3300<br>dleney@archerlaw.com<br><br>-and-<br><br>**TENENBAUM & SAAS P.C.**<br>Bradshaw Rost (*pro hac vice* pending)<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD  20815<br>Tel:  (301) 961-5300<br>E-mail: brost@tspclaw.com<br><br>*Counsel for Westminster Granite Main LLC* |

230988059 v1