|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradshaw Rost<br>**TENENBAUM & SAAS P.C.**<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD  20815<br>Tel:  (301) 961-5300<br>Fax:  (301) 961-5305<br>E-mail: brost@tspclaw.com<br><br>-and-<br><br>Douglas G. Leney<br>**ARCHER & GREINER, P.C.**<br>1025 Laurel Oak Road<br>Voorhees, NJ  08043<br>Tel:  (215) 963-3300<br>Fax:  (215) 963-9999<br>E-mail:  dleney@archerlaw.com<br><br>*Counsel for Westminster Granite Main LLC* |  |
| In re:<br><br>NEW RITE AID, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case Number:  25-14861-MBK<br>(Jointly Administered)<br><br>Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Amy M. Huber, am the Bankruptcy Paralegal for Douglas G. Leney, Esquire, who represents creditor, Westminster Granite Main LLC in this matter.

2. On September 10, 2025, I sent a copy of the following pleadings and/or documents to the parties listed on the chart below.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at:  https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

230988059 v1

- *Notice of Withdrawal*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>September 10, 2025</u>                    <u>*/s/ Amy M. Huber*</u>
                                                                    Amy M. Huber, Bankruptcy Paralegal

230988059 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alice Belisle Eaton<br>Alison Rebecca Gross Benedon<br>Andrew N. Rosenberg<br>Christopher Hopkins<br>Sean A. Mitchell<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>aeaton@paulweiss.com<br>abenedon@paulweiss.com<br>arosenberg@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | Attorneys for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Felice R. Yudkin<br>Michael D. Sirota<br>Seth Van Aalten<br>Warren A. Usatine<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601-0800<br>fyudkin@coleschotz.com<br>msirota@coleschotz.com<br>svanaalten@coleschotz.com<br>wusatine@coleschotz.com | Attorneys for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie<br>Jeffrey M. Sponder<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew H. Sherman<br>Boris I Mankovetskiy<br>Gregory Kopacz<br>Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>The Legal Center<br>1037 Raymond Blvd.<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Attorneys for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brett H. Miller<br>James H. Burbage<br>Jessica D. Graber<br>Misha Emanoil<br>Todd M. Goren<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>bmiller@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br>memanoil@willkie.com<br>tgoren@willkie.com | Attorneys for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

230988059 v1