BSD

Law Office of Shmuel Klein PA
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email:shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
New Rite Aid, LLC, *et al.*,1
Debtors

Chapter 11
Case No. 25-14861 (MBK)

### Withdrawal of Objection to Ninth Notice of Additional Closing Locations

**PLEASE TAKE NOTICE** that, Objection to Ninth Notice of Additional Closing Locations (docket #1174) is hereby withdrawn, without prejudice.

DATED:  Sept. 10, 2025
Mahwah, NJ

　　　　　　　　　　　　　　　　　　　　　　 /s/ Shmuel Klein
　　　　　　　　　　　　　　　　　　　　　　Shmuel Klein, Esq.

---

1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.