| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* |

| | |
|---|---|
| In re: | Case No. 25-14861 (MBK) |
| A NEW RITE AID, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | Hon. Michael B. Kaplan |

## SUPPLEMENTAL OBJECTION TO ASSUMPTION AND ASSIGNMENT NOTICE

AmeriServ Financial Bank ("**AmeriServ**") and Martin Perry, as the Court-Appointed Receiver for 1700 Murray Avenue, LLC (the "**Receiver**" and together with Ameriserv, "**Respondents**"), file this Supplemental Objection to Assumption and Assignment Notice in response to the Debtors' proposed assumption and assignment of the lease of Rite Aid Store No. 274 to Murray Avenue Market LLC ("**Murray Avenue Market**").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. Respondents incorporate all averments set forth in their initial Objection to Assumption and Assignment Notice (the "**Initial Objection**") filed at Doc. No. 1808 on August 5, 2025. All capitalized terms utilized herein but not otherwise defined shall have the meaning ascribed to them in that Initial Objection.

2. The Court held a hearing to consider the assumption and assignment of the Store No. 274 Lease to Murray Avenue Market on August 28, 2025, at which time the Court directed Murray Avenue Market to provide Respondents with additional adequate assurance of its ability to perform all financial obligations under the Lease on or before September 5, 2025.

3. The Court indicated that the "elemental question" was the "capacity of what is a newly formed entity . . . to be able to pay going forward" and noted that, in order to answer that question, both the Respondents and the Court needed to be able to look beyond the newly formed entity itself. [Audio of 8/28/2025 Hearing, Doc. No. 2195.]

4. On September 5, 2025, Murray Avenue Market filed the Supplemental Declaration of Yitzchok Glassner in Support of Murray Avenue Market's Assumption of Lease (the "**Supplemental Declaration**"). [Doc. No. 2330.]

5. While the Supplemental Declaration reiterated Murray Avenue Market's ability to perform its obligations under the Lease, it also included (i) a 2025 year-to-date income statement for Murray Avenue Kosher, Inc. ("**Murray Avenue Kosher**"), the kosher grocery store currently in operation in Squirrel Hill, (ii) an explanation that the relocation to the Property will result in a significant reduction in expenses and an equivalent increase in profit, (iii) tax returns for the years 2022 and 2024; and (iv) a 12-month personal guaranty of the Lease by Glassner.

6. While the Supplemental Declaration provides additional adequate assurance of Murray Avenue Market's ability to perform under the Lease, Murray Avenue Market again failed

to provide all requested information. Additional information that is necessary to fully demonstrate the ability of Murray Ave Market, as a single purpose entity created for the sole purpose of acquiring the Lease, to perform all obligations under the Lease, includes:

a. The identity of the principals of Murray Avenue Market and whether any of those principals are also principals of Murray Avenue Kosher;

b. A proposed budget that itemizes Murray Avenue Market's plan to convert the Property from a drugstore retail space into a kosher grocery store;

c. Business projections for a minimum of three years; and

d. Yitzchok Glassner's financial ability to guaranty the Lease.

WHEREFORE, Ameriserv Financial Bank and Martin Perry, as the Court-Appointed Receiver for 1700 Murray Avenue, LLC, respectfully request that this Honorable Court (i) sustain the Respondents' Objection to Assumption and Assignment Notice; (ii) deny the Debtor's assignment of the Lease of Rite Aid Store No. 274 to Murray Avenue Market, LLC; and (c) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 5, 2025

TUCKER ARENSBERG, P.C.

/s/ Evan C. Pappas
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
TUCKER ARENSBERG, P.C.
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
E-mail: epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com

*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC*