| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Equire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC* | |
| In re:<br><br>A NEW RITE AID, LLC, *et al.*,[2]<br><br>            Debtors. | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2025, I caused copies of the foregoing Supplemental Objection to Assumption and Assignment Notice to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail and/or First Class U.S. Mail, postage prepaid, as noted:

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Via Electronic Mail:*

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Alice Belisle Eaton (aeaton@paulweiss.com),<br>Christopher Hopkins (chopkins@paulweiss.com),<br>and Nick Krislov (nkrislov@paulweiss.com)<br><br>*Counsel for Debtors* | Cole Schotz P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirota (msirota@coleschotz.com),<br>Warren A. Usatine (wusatine@coleschotz.com),<br>Felice R. Yudkin (FYudkin@coleschotz.com), and<br>Seth Van Aalten (svanaalten@coleschotz.com)<br><br>*Counsel for Debtors* |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola (jventola@choate.com),<br>Jonathan D. Marshall (jmarshall@choate.com), and<br>Mark D. Silva (msilva@choate.com))<br><br>*Counsel to the Prepetition ABL Agent and the DIP Agent* | Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)<br><br>*Counsel to the Prepetition ABL Agent and the DIP Agent* |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com)<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sillscummis.com), and Gregory Kopacz (gkopacz@sillscummis.com)<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222<br>Attn: Michael Nicolella (mnicolella@smgglaw.com)<br><br>*Counsel to 1700 Murray Avenue, LLC* | |

*Via First Class U.S. Mail, postage prepaid:*

| | |
|---|---|
| United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attn: Jeffrey M. Sponder and Lauren Bielski<br><br>*United States Trustee* | 1700 Murray Avenue, LLC<br>c/o CLS Star LLC<br>Attn: Ahron Freilich<br>657 Pratt Drive<br>Indiana, PA 15101<br><br>*Lease Counterparty* |
| Murray Avenue Market LLC<br>6413 Beacon Street<br>Pittsburgh, PA 15217-1803<br><br>*Proposed Assignee* | Mason S. Shelton, Esq.<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-1900<br><br>*Counsel for Proposed Assignee* |

Dated:  September 10, 2025          TUCKER ARENSBERG, P.C.

*/s/ Evan C. Pappas*
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
TUCKER ARENSBERG, P.C.
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
E-mail:  epappas@tuckerlaw.com
             mshiner@tuckerlaw.com
             mthomas@tuckerlaw.com

*Counsel for Martin Perry, as Receiver for 1700 Murray Avenue, LLC*