**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING
## <u>MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC</u>

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a

monthly basis. Under D.N.J. LBR 2016-3(c), objections to the July 1, 2025 through July 31,

2025, monthly fee statement [Docket No. 2132] (the "<u>Monthly Fee Statement</u>") of Alvarez &

Marsal North America, LLC ("<u>A&M</u>"), filed on August 26, 2025, were to be filed and served not

later than September 9, 2025.  I, Marc Liebman, certify that, as of September 10, 2025, I have

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

reviewed the Court's docket in this case and no answer, objection, or other responsive pleading
to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of
this certification.


DATED:          September 10, 2025          _/s/ Marc Liebman_____
                                            Marc Liebman
                                            Managing Director
                                            Alvarez & Marsal North America, LLC