**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**SECOND SUPPLEMENTAL NOTICE OF SUCCESSFUL
AND BACKUP BIDDERS WITH RESPECT TO THE AUCTION
OF CERTAIN OF THE DEBTORS' FEE OWNED PROPERTIES**

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. [804] (the "Order")[2] by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction") for the sale of certain fee owned property (each, a "Fee Owned Property"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on August 1, 2025 pursuant to the Order, the Debtors conducted the Auction with respect to certain of the Fee Owned Properties.

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2025, the Debtors filed the *Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property* [Docket No. 1788] disclosing the results of the Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, on September 9, 2025, the Debtors continued the Auction (the "Continued Auction") for certain of the Debtors' Fee Owned Properties.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Continued Auction, the Debtors, in consultation with their professionals, selected the following Successful Bidder and

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

Backup Bidder with respect to each of the Fee Owned Properties listed on <u>Exhibit A</u> attached hereto.  The Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Fee Owned Property set forth on <u>Exhibit A</u> shall be sold effective as of the date set forth in each applicable Asset Purchase Agreement (the "<u>Closing Date</u>").

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale, transfer, or other disposition of a Fee Owned Property to the Successful Bidders at the Continued Auction, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held **on September 30, 2025 at 10:00 a.m. prevailing Eastern Time**, before Honorable Judge Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, New Jersey 08608 or by videoconference or such other form of remote communication established by the Court.

**PLEASE TAKE FURTHER NOTICE** that any party that objects to the proposed sale of any Fee Owned Property must file a written objection (each, a "<u>Sale Objection</u>") with the Court and serve such Sale Objection so as to be ***actually received* on or before September 17, 2025 at 5:00 p.m., prevailing Eastern Time** (the "<u>Sale Objection Deadline</u>") by (a) the Debtors' co-counsel, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn:  Alice Belisle Eaton (aeaton@paulweiss.com), Christopher Hopkins (chopkins@paulweiss.com), and Nick Krislov (nkrislov@paulweiss.com)) and (ii) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601 (Attn:  Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (FYudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com)); (b) the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, Attn:  Jeffrey M. Sponder and Lauren Bielskie (the "<u>U.S. Trustee</u>"); (c) counsel to the Prepetition ABL Agent and the DIP Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA  02110 (Attn:  John F. Ventola (jventola@choate.com), Jonathan D. Marshall (jmarshall@choate.com) and Mark D. Silva (msilva@choate.com)) and (ii) Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 (Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)); (d) co-counsel to the Committee, (i) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.come), and Jessica D. Graber (jgraber@willkie.com) and (ii) Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiy@sills cummis.com), and Gregory Kopacz (gkopacz@sillscummis.com); and (e) the applicable Successful Bidder(s) and Backup Bidder(s), if known.

**PLEASE TAKE FURTHER NOTICE** that, absent a Sale Objection being timely filed, the sale of each Fee Owned Property shall become effective on the Closing Date.

**PLEASE TAKE FURTHER NOTICE** that, if a Sale Objection is timely filed and not withdrawn or resolved, such Sale Objection will be heard at the Sale Hearing, or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court.  If such Sale Objection is overruled or withdrawn, such Fee Owned Property shall be sold as of the Closing Date.

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will seek the Court's approval of the Successful Bid.  Unless the Court orders otherwise or as agreed to by the applicable parties, the Sale Hearing shall be an evidentiary hearing on matters relating to the sale and there will be no further bidding at the Sale Hearing.  In the event that the Successful Bidder cannot or refuses to consummate the sale following entry of a sale order because of the breach or failure on the part of the Successful Bidder, within three (3) calendar days thereafter, the Debtors shall file a supplemental notice on or before the Closing Deadline, seeking to approve the sale to the Backup Bidder, if applicable, on expedited notice and a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures and the Order, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http:// www.njd.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 10, 2025

_/s/ Michael D. Sirota_

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted _pro hac vice_)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted _pro hac vice_)
Alice Belisle Eaton (admitted _pro hac vice_)
Christopher Hopkins (admitted _pro hac vice_)
Sean A. Mitchell (admitted _pro hac vice_)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:      arosenberg@paulweiss.com
            aeaton@paulweiss.com
            chopkins@paulweiss.com
            smitchell@paulweiss.com

_Co-Counsel to the Debtors and
Debtors in Possession_

## <u>EXHIBIT A</u>

| Store No.[1] | Address | Successful Bidder | Successful Bid Amount | Backup Bidder | Backup Bid Amount |
|---|---|---|---|---|---|
| 5380 | 1430 N.W. Garden Valley Boulevard Roseburg, Oregon | Dew Claw, LLC | $1,500,000 | Ameed Nahhas, or his designee | $1,450,000 |
| 6054 | 6639 Watt Street North Highlands, California | Salah Alamsi, or his designee | $1,700,000 | Rodolfo Fuentes, or his designee | $1,600,000 |

---

[1]   This Notice shall supersede the *Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property* [Docket No. 1788] with respect to the Fee Owned Properties listed herein.