**CUTOLO BARROS LLC**
46-50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170
Joseph A. Kutschman III, Esq. (046732010)
jkutschman@cutolobarros.com
*Counsel to OSJ of Peterborough LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**ADJOURNMENT REQUEST**

1. I, <u>Joseph A. Kutschman III, Esq.</u>,

   ☒ am the attorney for: <u>OSJ of Peterborough LLC</u>,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion of OSJ of Peterborough to Allow Administrative Expense Claim (Doc. 1463, filed 7/16/25)

   Current hearing date and time: September 16, 2025 at 11:30 a.m.

   New date requested: September 30, 2025 at 11:30 a.m.

   Reason for adjournment request: The Motion of OSJ may be resolved, partial payment has been made and we are working with counsel for Rite Aid, David Bass, Esq. concerning same.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   I have consent from David Bass, Esq of Cole Schotz, counsel to the debtors.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

I certify under penalty of perjury that the foregoing is true.

Date: ___9/11/25___    _____
                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                          New hearing date: September 30, 2025 at 11:30 am    ☐ Peremptory

☐ Granted over objection(s)        New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2