UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov
Email: lauren.bielskie@usdoj.gov

Chapter 11

Case No.   25-14681 (MBK)

The Honorable Michael B. Kaplan

In Re:

New Rite Aid, LLC., et al,

Debtor.

Hearing Date:  September 16, 2025, at 11:30 a.m.

# CERTIFICATION OF SERVICE

1. I, Adela Alfaro:

   ☐ represent _____ in this matter.

   ☒ am the paralegal for <u>Jeffrey M. Sponder, Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>September 10, 2025 and September 11, 2025</u>, I caused to be served, a copy of the following pleadings and/or documents to the parties listed in the chart below.

   United States Trustee's Objection and Reservation of Rights to the Debtors' Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief, and (II)(A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates With Respect Thereto, and (C) Granting Related Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  September 11, 2025

*/s/ Adela Alfaro*
Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

To be served upon all parties that filed Notice of Appearance. See Exhibit A.