# EXHIBIT A

**Alfaro, Adela (USTP)**

| | |
|---|---|
| **From:** | Sponder, Jeffrey M. (USTP) |
| **Sent:** | Thursday, September 11, 2025 11:09 AM |
| **To:** | Alfaro, Adela (USTP) |
| **Subject:** | FW: Ch-11 25-14861-MBK Objection - New Rite Aid, LLC |

**From:** cmecf_help_desk@njb.uscourts.gov <cmecf_help_desk@njb.uscourts.gov>
**Sent:** Wednesday, September 10, 2025 10:35 PM
**To:** no-reply@njb.uscourts.gov
**Subject:** Ch-11 25-14861-MBK Objection - New Rite Aid, LLC

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Jeffrey M. Sponder entered on 9/10/2025 at 10:34 PM EDT and filed on 9/10/2025

| | |
|---|---|
| **Case Name:** | New Rite Aid, LLC |
| **Case Number:** | 25-14861-MBK |
| **Document Number:** | 2403 |

**Docket Text:**
Objection to Debtors Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief, and (II)(A) Approving, in the Alternative, Dismissal of the Debtors Chapter 11 Cases, (B) Scheduling Certain Dates With Respect Thereto, and (C) Granting Related Relief (related document:[2289] Motion re: / Debtors' Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates with Respect Thereto, and (C) Granting Related Relief Filed by Michael D. Sirota on behalf of New Rite Aid, LLC.. filed by Debtor New Rite Aid, LLC) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. (Sponder, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**New Rite Aid - US Trustee 9.10.25 Objection to Conditional Approval of Disclosure Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=9/10/2025] [FileNumber=65342703-0] [3c89ac7ebeede22549e8a2e21d2af85e14d54737f8a9bdbc856fb9aa674db3927e 0292218354602eb249168230bc3471c7cb95bbe0148d81f55c79361c672829]]

**25-14861-MBK Notice will be electronically mailed to:**

Arthur Abramowitz on behalf of Creditor Rite Aid Sub-Trust B
aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com

Jason D. Angelo on behalf of Creditor Interactive Communications International, Inc.
JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com

Jessica Apter on behalf of Creditor 1199SEIU Employer Child Care Fund
japter@levyratner.com

Jessica Apter on behalf of Creditor 1199SEIU Health Care Employees Pension Fund
japter@levyratner.com

Jessica Apter on behalf of Creditor 1199SEIU League Training & Upgrading Fund
japter@levyratner.com

Jessica Apter on behalf of Creditor 1199SEIU United Healthcare Workers East
japter@levyratner.com

Victoria N Argeroplos on behalf of Interested Party Burlington Stores, Inc.
vargeroplos@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;jpupo@jw.com

Simon Aron on behalf of Interested Party Series IV, channel Island Business Mart, of The Wolf Family Series, LP
saron@wrslawyers.com, jlee@wrslawyers.com

Allison J. Arotsky on behalf of Creditor BTS (Wyomissing) L.P.
aarotsky@moritthock.com

Allison J. Arotsky on behalf of Creditor BTS (Wyomissing) L.P., Orion Development RA LXVII, LLC and Orion Development XXIII, LLC
aarotsky@moritthock.com

Franklin Barbosa, Jr on behalf of Creditor AG WGI LLC
fb@spsk.com, clm@spsk.com

Franklin Barbosa, Jr on behalf of Creditor AudioEC Inc. d/b/a ArtCreativity

fb@spsk.com, clm@spsk.com

Franklin Barbosa, Jr on behalf of Creditor Configure, Inc.
fb@spsk.com, clm@spsk.com

D. Alexander Barnes on behalf of Creditor Tinuiti, Inc.
njbkr@obermayer.com, alexander.barnes@obermayer.com;vanja.moraca@obermayer.com

Alexander F. Barth on behalf of Creditor Glenwood Associates, LLC
abarth@cohenseglias.com

Kenneth L. Baum on behalf of Creditor 10-21 Portland Avenue, LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum on behalf of Creditor 4151 White Plains Road LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum on behalf of Creditor The Auldan Company, L.L.C.
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum on behalf of Creditor Washington Town Center, LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum on behalf of Creditor West Capitol Shopping Center, LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Andrew Behlmann on behalf of Interested Party SB360 Capital Partners, LLC, Gordon Brothers Retail
Partners, LLC, GA Retail Solutions, Tiger Capital Group, LLC, and Hilco Merchant Resources, LLC
abehlmann@lowenstein.com

Alison Rebecca Gross Benedon on behalf of Debtor New Rite Aid, LLC
abenedon@paulweiss.com, lcanty@paulweiss.com

Walter Benzija on behalf of Creditor Mill Avenue Associates, LLC
wbenzija@halperinlaw.net, mmurrayhbb@outlook.com

Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee
lauren.bielskie@usdoj.gov

Jordan Seth Blask on behalf of Creditor CRH-A LLP
jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group
jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jordan Seth Blask on behalf of Creditor Hillsborough Haven
jblask@fbtlaw.com, rmccartney@fbtlaw.com

Jonathan S. Bodner on behalf of Creditor MTI Digital Inc.
jbodner@bodnerlawpllc.com

Charles E. Boulbol on behalf of Creditor RX Newburgh Owners LLC
rtrack@msn.com

Matthew W. Bourda on behalf of Creditor ENGIE Resources LLC
matthew@jonesmurray.com

Liam Braber on behalf of Creditor New Century Associates Group, L.P.
lbraber@jacobydonner.com

Morton R. Branzburg on behalf of Creditor AmerisourceBergen Drug Corporation
mbranzburg@klehr.com, jtaylor@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor Audubon Square, Inc.
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor Pena Realty Holdings Company, LLC
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor RAP East Market York, LLC
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor RAP Etters, LLC
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor RAP Milford, LLC
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan on behalf of Creditor RAP Smyrna, LLC
csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Gary D. Bressler on behalf of Creditor Haleon US Services, Inc., formerly known as GSK Consumer
Healthcare Services Inc. and its affiliates
gbressler@mdmc-law.com, hryan@mdmc-law.com

Alan J. Brody on behalf of Creditor BANK OF AMERICA
brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Ronald Brown, Jr on behalf of Creditor Harbor Center Partners, L.P.
ron@rkbrownlaw.com

Ronald Brown, Jr on behalf of Creditor Platt Partners. L.P.
ron@rkbrownlaw.com

Stuart M. Brown on behalf of Interested Party MedImpact Healthcare Systems, Inc.
stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

David L. Bruck on behalf of Attorney State Street Partners LLC
bankruptcy@greenbaumlaw.com

David L. Bruck on behalf of Creditor SVCN 1 LLC
bankruptcy@greenbaumlaw.com

David L. Bruck on behalf of Creditor State Street Partners LLC
bankruptcy@greenbaumlaw.com

David L. Bruck on behalf of Creditor TMT Bear Creek Shopping Center, Inc.
bankruptcy@greenbaumlaw.com

David L. Bruck on behalf of Creditor Westcore Bravo Lancaster LLC
bankruptcy@greenbaumlaw.com

William J. Burnett on behalf of Creditor Aquitania, Corp.
william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Burnett on behalf of Creditor Colella Family Partners and Samuel D. Colella, Trustee of the
Colella Family Non-Exempt Marital Deduction Trust dated 9/21/1992
william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

John P Byrne on behalf of Creditor Robins Carlsbad, LLC
john.byrne@byrnelawcorp.com

Sophia L. Cahill on behalf of Interested Party Optimal Investment Group, Inc.
scahill@sheppardmullin.com, ny-
docketing@sheppardmullin.com;1142443420@filings.docketbird.com

Kevin M. Capuzzi on behalf of Creditor Infosys Limited
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi on behalf of Creditor Williams Scotsman, Inc., as successor-in-interest to Mobile Mini,
Inc.
kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

James S. Carr on behalf of Creditor Ryder Integrated Logistics, Inc. and Ryder Transportation Solutions,
LLC
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Sue Liu Chin on behalf of Creditor Reyes Holdings, L.L.C.
schin@borgeslawllc.com

Martha Baskett Chovanes on behalf of Creditor Parsi Investments, LLC
mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-

5537@ecf.pacerpro.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Kyriaki Christodoulou on behalf of Creditor Appalachian Power Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Atlantic City Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Baltimore Gas and Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Boston Gas Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Consolidated Edison Company of New York, Inc.
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Delmarva Power & Light Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Jersey Central Power & Light Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor KeySpan Gas East Corporation
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Massachusetts Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Metropolitan Edison Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor NStar Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor New York State Electric & Gas Corporation
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Niagara Mohawk Power Corporation
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Ohio Edison Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Ohio Power Company d/b/a AEP Ohio

kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Orange & Rockland Utilities, Inc.
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor PECO Energy Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor PSEG Long Island
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Pennsylvania Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Pennsylvania Power Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Public Service Company of New Hampshire
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Rochester Gas and Electric Corporation
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor San Diego Gas and Electric Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Southern California Edison Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Southern California Gas Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor The Brooklyn Union Gas Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor The Connecticut Light & Power Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy
Virginia
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor West Penn Power Company
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Western Massachusetts
kchristodoulou@cullenllp.com

Kyriaki Christodoulou on behalf of Creditor Yankee Gas Service Company
kchristodoulou@cullenllp.com

Albert Anthony Ciardi, III on behalf of Creditor Parkwood Joint Venture
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Mark B Conlan on behalf of Creditor Chu Family Trust, Chu-Weissman Family Trust, and Christian
Scheffold and Yolanda Scheffold
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor Crest Properties LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor Derry Realty Group LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor ECK-ALIQUIPPA Associates, L.P.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor ECK-Aliquippa PA LP
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor Gregory P. Dischinat
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor Miriam Chu and Yolanda Scheffold, Trustees of Chu Family Trust,
Steven Weissman and Charissa Chu, Trustees of Chu-Weissman Family Trust, and Christian Scheffold
and Yolanda Scheffold
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor PA Hopewell LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor PHR Village, LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor RA Hopewell Associates, LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor RA Hopewell LLC
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor T F Associates
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor T.F. Associates
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor JoAnn Dischinat
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Creditor William Burke
mconlan@gibbonslaw.com

Kelly D. Curtin on behalf of Creditor SACC Inc.
kdcurtin@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Anthony J D'Artiglio on behalf of Creditor Aztec Inn L.P.
ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com

Anthony J D'Artiglio on behalf of Creditor RAARAMA-11-LLC
ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com

Paul R. DeFilippo on behalf of Creditor American Greetings Corp.
pdefilippo@wmd-law.com

Paul R. DeFilippo on behalf of Creditor Papyrus-Recycled Greetings, Inc.
pdefilippo@wmd-law.com

Paul R. DeFilippo on behalf of Interested Party Five Below, Inc.
pdefilippo@wmd-law.com

Louis T. DeLucia on behalf of Creditor SKBB Investments
louis.delucia@icemiller.com,
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degro
ote@icemiller.com,nathan.basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemi
ller.com

Sam Della Fera, Jr on behalf of Creditor Greenwood Shopping Center, Inc.
sdellafera@csglaw.com

John P. Di Iorio on behalf of Creditor Rizona Inc.
jdiiorio@shapiro-croland.com

Monique Bair DiSabatino on behalf of Creditor Famtan LLC
mdisabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Forest Valley Station LLC
mdisabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor L/S 1200 Intrepid Avenue, LP
mdisabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino on behalf of Creditor Mary Ann Genuario
mdisabatino@saul.com, robyn.warren@saul.com

Michele M. Dudas on behalf of Creditor McKesson Corporation and certain corporate affiliates
mdudas@msbnj.com

Michele M. Dudas on behalf of Defendant McKesson Corporation
mdudas@msbnj.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
KEBECK@BERNSTEINLAW.COM,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck on behalf of Creditor The Ventura Family 2023 Trust
KEBECK@BERNSTEINLAW.COM,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck on behalf of Interested Party Murray Avenue Market
KEBECK@BERNSTEINLAW.COM,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

David Edelberg on behalf of Unknown Role Type Musso Properties
dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

David Edelberg on behalf of Unknown Role Type The Jackson Investment Company, LLC
dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com

Turner Falk on behalf of Creditor PFK Partners LP
turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk on behalf of Creditor Ross Dress for Less, Inc.
turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

Clement J Farley on behalf of Creditor Nova Nordisk Inc.
cfarley@mccarter.com

Anna Pia Felix on behalf of Creditor Pinehaven Associates Motel LP
afelix@lpgmlaw.com

Anna Pia Felix on behalf of Creditor Tennington Associates, LP
afelix@lpgmlaw.com

Andrew W Ferich on behalf of Creditor Erica Judka
aferich@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich on behalf of Creditor Faith Spiker
aferich@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich on behalf of Creditor Kathryn Edwards
aferich@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich on behalf of Creditor Margaret Bianucci
aferich@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Scott Fleischer on behalf of Creditor DLC Management Corporation
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor Gibraltar Management Co., Inc.
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor Inland Commercial Real Estate Services LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor Ironhorn Enterprises, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor Kempner Properties, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor Paragon Management Group, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor SVAP III Plaza Mexico, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer on behalf of Creditor The Widewaters Group, Inc.
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Kevin T Fogerty on behalf of Creditor Goldco Partners
kfogerty@fogertylaw.com

Terri Jane Freedman on behalf of Creditor 1396 W. Chestnut LLC
tfreedman@csglaw.com

Terri Jane Freedman on behalf of Creditor Berkley Insurance Company
tfreedman@csglaw.com

Terri Jane Freedman on behalf of Creditor Cardinal Health 110, LLC d/b/a Parmed Pharmaceuticals
tfreedman@csglaw.com

Terri Jane Freedman on behalf of Creditor The Hanover Insurance Company
tfreedman@csglaw.com

Jerome Bennett Friedman on behalf of Creditor DJM NNN IV, LLC
jfriedman@flg-law.com

Crystal Johnson Geise on behalf of Interested Party UNITED STATES OF AMERICA
crystal.geise@usdoj.gov

Edmond M. George on behalf of Creditor Pintzuk Brown Realty Group
edmond.george@obermayer.com,
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Michael J. Goettig on behalf of Creditor Green Dot Bank
MichaelGoettig@dwt.com, nycdocket@dwt.com

Michael J. Goettig on behalf of Creditor Green Dot Corporation
MichaelGoettig@dwt.com, nycdocket@dwt.com

Eric Goldstein on behalf of Creditor ERx Network Holdings, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Brett D. Goodman on behalf of Creditor 11 Knolls Crescent LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Gateway at Donner Pass, LP
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Independence Plaza SC, LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor KK Great Neck 2470, LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Kimco Realty Corporation
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Kimschott Factoria Mall, LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Linda Mar S.C., L.P.
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor PK I Silverdale Shopping Center LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor PK II Tanasbourne Village LP
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor PL Rancho LP
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor Pan Pacific (Jefferson Square) LLC
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Brett D. Goodman on behalf of Creditor WRI Freedom Centre, L.P.
brett.goodman@afslaw.com,
jeffrey.gleit@afslaw.com;matthew.bentley@afslaw.com;edocket@afslaw.com

Jessica M. Gulash on behalf of Creditor 9th & Highland, LLC
jgulash@lbmlaw.com

Jessica M. Gulash on behalf of Creditor Bloch Ironwood, LLC
jgulash@lbmlaw.com

Jessica M. Gulash on behalf of Creditor RAD PA, LLC
jgulash@lbmlaw.com

Jessica M. Gulash on behalf of Creditor Rita Rudman Revocable Trust
jgulash@lbmlaw.com

Leslie Carol Heilman on behalf of Creditor 5931 Atlantic, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor AAT Del Monte LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 MOUNTAIN A OR LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 MOUNTAIN A WA LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 MOUNTAIN B OR LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 MOUNTAIN B WA LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 Mountain A LA LP
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 Mountain A OC LP
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor B10 Mountain B LA LP
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor BCORE WESTWOOD VILLAGE LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Balden Towne Plaza Limited Partnership
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Brixton Capital
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor CLPF Harbour Pointe, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor CP/IPERS Woodfield, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor EDENS
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Fairview Shopping Center, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor GKGF, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Gartin Properties LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor HCP RRF Sand Canyon LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Huntingdon Pike Company
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Lancaster Development Company, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor MDC Seal Beach, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor MGP XI-A TOWN CENTER LAKE FOREST, LLC;
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Manoa Shopping Center Associates, L.P.
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Merlone Geier Partners
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Montecito Market Place Associates
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Northern Trust Bank of CA, N.A.
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Perform Properties
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Prime/FRIT Bell Gardens, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor QCSI SIX LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor RAR 2 Queen Anne Eden Hill QRS, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor RI - Grass Valley, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor ROIC Paramount Plaza, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Realty Income Corporation
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Redondo Prime 1, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Rich/Cherry, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor S & N II, LTD.
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor SO-Goodnoes Corner JV LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor SVAP III Plaza Mexico, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Spirit EK Vineland NJ, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Spirit RA Plains PA, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor The Commons at Calabasas, LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor The Irvine Company LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Valley Mall, L.L.C.
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Weis Markets Inc.
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor Zentmyer Properties II LLC
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman on behalf of Creditor c/oLeslie C. Heilman CLPF HARBOUR POINTE, LLC;
HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Michael R. Herz on behalf of Interested Party Alsoctt, Inc.
mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael E. Holt on behalf of Creditor AJC Legacy Trust LLC
mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt on behalf of Creditor BM Properties
mholt@formanlaw.com, kanema@formanlaw.com

Jennifer Hoover on behalf of Creditor Canyon Crest Towne Centre, LLC
jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John J. Jacko on behalf of Creditor Blue Jay Center, LLC
jjacko@leechtishman.com, john@fellheimer.net

Steven A. Jayson on behalf of Creditor 1021 First Avenue Conway, LLC
sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson on behalf of Creditor HS Belmont LLC
sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson on behalf of Creditor IVI World LLC
sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Benjamin F Johns on behalf of Creditor Erica Judka
bjohns@shublawyers.com

Benjamin F Johns on behalf of Creditor Faith Spiker
bjohns@shublawyers.com

Benjamin F Johns on behalf of Creditor Kathryn Edwards
bjohns@shublawyers.com

Benjamin F Johns on behalf of Creditor Margaret Bianucci
bjohns@shublawyers.com

Ericka Fredricks Johnson on behalf of Interested Party Elbe Associates, LLC
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson on behalf of Interested Party Kin Properties, Inc., Fundamentals Company LLC,
Mascot LLC, Masue LLC, Maby LLC, Hillsborough Associates, Janess Associates, Musue LLC, Bayview
Associates, Nathan Jeffrey LLC, and Jasue LLC
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Wojciech F. Jung on behalf of Creditor TRC Master Fund LLC
Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com

Wojciech F. Jung on behalf of Interested Party Burlington Stores, Inc.
Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com

Michael Kahme on behalf of Creditor Universal Protein Supplements Corp. dba Universal Nutrition
mkahme@hillwallack.com, fmansmann@hillwallack.com

Brian I. Kantar on behalf of Creditor Berkley Insurance Company
bkantar@csglaw.com

Brian I. Kantar on behalf of Creditor The Hanover Insurance Company
bkantar@csglaw.com

Dimitri L Karapelou on behalf of Creditor 16 Victory Investments, LLC
dlk@mmdlawfirm.com

Dimitri L Karapelou on behalf of Creditor 65 Victory Inestments
dlk@mmdlawfirm.com

Dimitri L Karapelou on behalf of Creditor 92 Victory Investments, LLC
dlk@mmdlawfirm.com

Matthew E. Kaslow on behalf of Interested Party Terramar Retail, LLC a/k/a Tierrasanta Town Centers,
LLC
mkaslow@blankrome.com

Justin Kerner on behalf of Creditor Ross Dress for Less, Inc.
kernerj@ballardspahr.com, weickk@ballardspahr.com;BallardDocketEast@ballardspahr.com

Norman N Kinel on behalf of Interested Party CSC Delaware Trust Company, as Successor Trustee
norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Scott M. Klein on behalf of Creditor 4000 Woodhaven Holdings DE LLC
sklein@fekmlaw.com, kpower@fekmlaw.com;keckman@fekmlaw.com

Shmuel Klein on behalf of Attorney Natali A. Ron
shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein on behalf of Creditor Gallashea Properties, LLC
shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein on behalf of Creditor Hvp2 LLC
shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein on behalf of Creditor New Hartford Holdings LLC
shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein on behalf of Creditor c/o Natal A. Ron Esq STONEBRIER COMMERCIAL L.P.
shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Gregory Kopacz on behalf of Creditor Committee Official Committee of Unsecured Creditors
gkopacz@sillscummis.com

Stuart Kossar on behalf of Creditor 508 Monroe Turnpike, LLC
slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar on behalf of Creditor Rochdale Village, Inc.
slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar on behalf of Creditor Sligo Realty and Service Corp.
slkossar@norris-law.com, aburton@norris-law.com

Deborah Kovsky-Apap on behalf of Interested Party Skyline Rocky Road Acquisition, LLC
deborah.kovsky@troutman.com, susan.henry@troutman.com;WLBank@troutman.com

Justin S Krell on behalf of Creditor D & L Rentals, LLC
jkrell@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Jeffrey Kurtzman on behalf of Creditor AMS Olyphant RA, LLC
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor DJM NNN IV, LLC
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor Goodman Properties
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor Kingsway Realty Company
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor Mustang Square LLC
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor Scottsville Properties LLC
kurtzman@kurtzmansteady.com

Jeffrey Kurtzman on behalf of Creditor The Goldenberg Group
kurtzman@kurtzmansteady.com

Marc Justin Kurzman on behalf of Creditor The Greystone Group
mkurzman@carmodylaw.com

Joseph Andrew Kutschman, III on behalf of Creditor OSJ of Peterborough LLC
jkutschman@cutolobarros.com, ecourts@cutolobarros.com

Michael Kwiatkowski on behalf of Creditor Appalachian Power Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Atlantic City Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Baltimore Gas and Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Boston Gas Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Consolidated Edison Company of New York, Inc.
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Delmarva Power & Light Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Jersey Central Power & Light Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor KeySpan Gas East Corporation
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Massachusetts Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Metropolitan Edison Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor NStar Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor New York State Electric & Gas Corporation
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Niagara Mohawk Power Corporation
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Ohio Edison Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Ohio Power Company d/b/a AEP Ohio
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Orange & Rockland Utilities, Inc.
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor PECO Energy Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor PSEG Long Island
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Pennsylvania Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Pennsylvania Power Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Public Service Company of New Hampshire
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Rochester Gas and Electric Corporation
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor San Diego Gas and Electric Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Southern California Edison Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Southern California Gas Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor The Brooklyn Union Gas Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor The Connecticut Light & Power Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor West Penn Power Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Western Massachusetts
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Michael Kwiatkowski on behalf of Creditor Yankee Gas Service Company
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Ryan Lamb on behalf of Interested Party UNITED STATES OF AMERICA
ryan.lamb@usdoj.gov

Shawn J. Lau on behalf of Creditor RWY Trust
shawn_lau@msn.com

Jay Lavroff on behalf of Interested Party Great American Assurance Company
jlavroff@lindabury.com

Jay Lavroff on behalf of Interested Party Great American Insurance Company of New York
jlavroff@lindabury.com

Jay Lavroff on behalf of Interested Party Great American Spirit Insurance Company
jlavroff@lindabury.com

James N. Lawlor on behalf of Creditor American Greetings Corp.
jlawlor@wmd-law.com

James N. Lawlor on behalf of Creditor Papyrus-Recycled Greetings, Inc.
jlawlor@wmd-law.com

Evan Lazerowitz on behalf of Interested Party Simone Development Companies
elazerowitz@rc.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Robert L. LeHane on behalf of Creditor Benderson Development Company
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Brixmor Property Group, Inc.
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor DS Properties 18 LP
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor East Park Development LLC
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor First Washington Realty
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Fox Chapel Plaza
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Lerner Properties
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor NNN REIT, Inc.
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Creditor Regency Centers L.P.
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane on behalf of Interested Party Thomas A. Pitta, Co-Trustee of the RAD Master Trust,
Trustee of the RAD Sub-Trust A, and Trustee of the RAD GUC Equity Trust
rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Joseph H. Lemkin on behalf of Creditor 569 Broadway Associates
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Ald Capital PA, LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Bethel Park Library, LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Conopco, Inc. d/b/a Unilever NA
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Edgemark Littleton, LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Felos Associates LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor First Priority Funding, LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Harbor Center Partners, L.P.
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Joseph Murphy Corporation
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor LS Morrell, LLC
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Levin Management Corporation
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor Mt. Lebanon Cooke, LP
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor RAP Dallas LP
[jlemkin@stark-stark.com](mailto:jlemkin@stark-stark.com)

Joseph H. Lemkin on behalf of Creditor RAP Hamlin LP
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Red Lion Broadway, LLC
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor SADG-1 Limited Partners
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor SADG-3 Limited Partnership
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor SADG-4 Limited Partnership
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Santiago Holdings II, LLC
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor The Libman Company
jlemkin@stark-stark.com

Joseph H. Lemkin on behalf of Creditor Yoko C. Gates Trust
jlemkin@stark-stark.com

Douglas G. Leney on behalf of Creditor Lincoln Properties, Ltd.
dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney on behalf of Creditor Westminster Granite Main LLC
dleney@archerlaw.com, ahuber@archerlaw.com

William J. Levant on behalf of Creditor FNRP Realty Advisors, LLC
efile.wjl@kaplaw.com, wlevant@gmail.com

Seth H. Lieberman on behalf of Creditor Computershare Trust Company, National Association, as
Successor Trustee
slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Alvin Chien-Chih Lin on behalf of Creditor DGMM LP and MMDG LP
alin@morrisoncohen.com

Gail C. Lin on behalf of Plaintiff Martin C Gordon II, on behalf of himself and all others similarly situated
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.co
urtdrive.com

Owen Lipnick on behalf of Creditor JRC Assets, LP
olipnick@bertonepiccini.com

William John Maffucci on behalf of Creditor ImageOne Interco, LLC d/b/a ImageOne Industries, LLC
wmaffucci@sogtlaw.com

John S. Mairo on behalf of Creditor Crest Properties LLC
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor Derry Realty Group LLC
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor ECK-Aliquippa PA LP
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor Gregory P. Dischinat
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor Miriam Chu and Yolanda Scheffold, Trustees of Chu Family Trust,
Steven Weissman and Charissa Chu, Trustees of Chu-Weissman Family Trust, and Christian Scheffold
and Yolanda Scheffold
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor PA Hopewell LLC
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor PHR Village, LLC
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor T.F. Associates
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor JoAnn Dischinat
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo on behalf of Creditor William Burke
jmairo@gibbonslaw.com, emunera@gibbonslaw.com

Kevin J. Mangan on behalf of Creditor CorVel Enterprise Claims, Inc. (f/k/a CorVel Enterprise Comp, Inc.)
kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-
us.com;nichole.wilcher@wbd-us.com

Boris I Mankovetskiy on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official
Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com, asherman@sillscummis.com

Warren J. Martin, Jr. on behalf of Creditor SKD Construction Co., LLC
wjmartin@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Oleh Matviyishyn on behalf of Creditor Committee Official Committee of Unsecured Creditors
omatviyishyn@sillscummis.com

Christopher P. Mazza on behalf of Creditor JSK Lebanon LLC
cpmazza@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Jaclynn McDonnell on behalf of Creditor Danita and Donald Brown
jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jennifer Cranston McEntee on behalf of Creditor Parkwood Joint Venture
jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Drew S. McGehrin on behalf of Creditor Thompson & Thompson, LLC and The Edge Group, Inc.
dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com

Douglas J. McGill on behalf of Creditor Class Action Plaintiffs Margaret Bianucci, Kathryn Edwards, Erica Judka, and Faith Spiker
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Red Eagle Management LLC
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Erica Judka
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Faith Spiker
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Kathryn Edwards
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Margaret Bianucci
dmcgill@webbermcgill.com

James Martin Charles McHale on behalf of Creditor State of Maryland
jmchale@oag.state.md.us,
szadrozny@oag.state.md.us;bedmunds@oag.state.md.us;ckellogg@oag.state.md.us

Javier L. Merino on behalf of Interested Party The Ad Hoc Committee for NAS Children
jmerino@dannlaw.com, 9497659420@filings.docketbird.com

Javier L. Merino on behalf of Interested Party West Virginia NAS Committee
jmerino@dannlaw.com, 9497659420@filings.docketbird.com

Holly Smith Miller on behalf of Interested Party Investcal Realty Corporation, et. al.
hsmiller@gsbblaw.com

Louis Anthony Modugno on behalf of Interested Party AIG Specialty Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party AIU Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party American Home Assurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party American International Reinsurance Company, LTD
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Chartis Excess Limited
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Commerce and Industry Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Granite State Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Illinois National Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Insurance Company of The State of Pennsylvania
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party Lexington Insurance Company
lmodugno@tm-firm.com

Louis Anthony Modugno on behalf of Interested Party National Union Fire Insurance Company of
Pittsburgh, Pennsylvania
lmodugno@tm-firm.com

Robert L Murphy on behalf of Creditor Greater Butler Mart Holdings, LLC
rmurphy@papernick-gefsky.com

Alan I. Nahmias on behalf of Creditor Kevin Chamas
anahmias@mbn.law, anahmias@prnlaw.com

Brigid K Ndege on behalf of Creditor Ensono, Inc.
brigid.ndege@bclplaw.com, brigid-ndege-4743@ecf.pacerpro.com

Kimberly Nelson on behalf of Interested Party Federal Trade Commission
knelson@ftc.gov

Jami B. Nimeroff on behalf of Creditor Profectus Capital LLC
jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff on behalf of Creditor Kevin Chamas
jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff on behalf of Interested Party 111 North High Associates, L.P.
jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

John O'Boyle on behalf of Interested Party Universal Group Companies
joboyle@norgaardfirm.com,

amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norga
ardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Thomas S. Onder on behalf of Creditor 569 Broadway Associates
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Ald Capital PA, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Bethel Park Library, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Conopco, Inc. d/b/a Unilever NA
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Edgemark Littleton, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Felos Associates LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Harbor Center Partners, L.P.
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Joseph Murphy Corporation
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor LS Morrell, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Levin Management Corporation
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Mt. Lebanon Cooke, LP
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor RAP Dallas LP
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor RAP Hamlin LP
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Red Lion Broadway, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor SADG-1 Limited Partners
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor SADG-3 Limited Partnership
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor SADG-4 Limited Partnership
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Santiago Holdings II, LLC
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor The Libman Company
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Trust for the Benefit of Catherine M. Levin, et als.
tonder@stark-stark.com

Thomas S. Onder on behalf of Creditor Yoko C. Gates Trust
tonder@stark-stark.com

Kelsey L Owens on behalf of Creditor Penson Benefit Guaranty Corporation
owens.kelsey@pbgc.gov

William Joseph Oxley on behalf of Creditor Manchester Township Tax Office
woxley@dastilaw.com

William Joseph Oxley on behalf of Creditor Township of Barnegat
woxley@dastilaw.com

Valerie Palma DeLuisi on behalf of Creditor Ebony Bates
vpd@palmalawfirm.com, r51449@notify.bestcase.com

Evan C. Pappas on behalf of Creditor Ameriserv Financial Bank
epappas@tuckerlaw.com

Evan C. Pappas on behalf of Creditor Martin Perry, as Receiver for 1700 Murray Avenue, LLC
epappas@tuckerlaw.com

Rachel A. Parisi on behalf of Creditor JSK Lebanon LLC
raparisi@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Raymond M. Patella on behalf of Creditor Contingence LLC
rpatella@lawjw.com

Melissa A. Pena on behalf of Creditor 508 Monroe Turnpike, LLC
mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena on behalf of Creditor Rochdale Village, Inc.
mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena on behalf of Creditor Sligo Realty and Service Corp.
mapena@norris-law.com, pfreda@nmmlaw.com

Eric R. Perkins on behalf of Creditor Anderson Retail, LLC
EPerkins@hlgslaw.com, tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins on behalf of Creditor Laguna Harbour LLC
EPerkins@hlgslaw.com, tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins on behalf of Creditor Laguna Oaks, LLC
EPerkins@hlgslaw.com, tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins on behalf of Creditor Retail Site Specialists, LLC
EPerkins@hlgslaw.com, tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Douglas J. Pick on behalf of Creditor 1950 Fulton LLC
dpick@picklaw.net, ezabicki@picklaw.net

Douglas J. Pick on behalf of Creditor 3301 Properties, LLC
dpick@picklaw.net, ezabicki@picklaw.net

Douglas J. Pick on behalf of Creditor 5215 Properties, LLC
dpick@picklaw.net, ezabicki@picklaw.net

John Piskora on behalf of Creditor Schwartz Halfmoon Associates, LLC
jpiskora@loeb.com, nydocket@loeb.com,vrubinstein@loeb.com

Thomas Pitta on behalf of Interested Party Thomas A. Pitta, Co-Trustee of the RAD Master Trust, Trustee
of the RAD Sub-Trust A, and Trustee of the RAD GUC Equity Trust
tpitta@emmetmarvin.com

Dana S. Plon on behalf of Creditor Blumel-211 Associates, LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Center Plaza Limited Partnership
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor GC Main Street Owners LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Marist Centerpoint, LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Market Square Plaza I, LLC

dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor New Wappingers Centerpoint, LLC
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor RAD Connellsville, LLC
dplon@sirlinlaw.com

Alexandra Pontrello on behalf of Creditor Mar-Mart Realty Co., Inc.
apontrello@westermanllp.com

Jon Travis Powers on behalf of Creditor 2545 Getzville LLC
tpowers@hodgsonruss.com

Kelly M. Purcaro on behalf of Creditor Larchmont Properties, Ltd.
Kelly.Purcaro@gmlaw.com, melody.langley@gmlaw.com

Faye C Rasch on behalf of Creditor Heidi Gonzales
faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Steven M Richman on behalf of Creditor CPT Shops at Rossmoor, LLC
srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman on behalf of Creditor S. Davis Real Estate Holdings, LLC
srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman on behalf of Creditor Summit Apartments, Inc.
srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman on behalf of Creditor Vestar Peninsula Retail, LLC
srichman@clarkhill.com, mfaas@clarkhill.com

Colin R. Robinson on behalf of Creditor C&S Wholesale Grocers, LLC
robinson@lrclaw.com, kittinger@lrclaw.com

Vincent J. Roldan on behalf of Creditor Cascade Commons LLC
vroldan@mblawfirm.com

Vincent J. Roldan on behalf of Creditor SN Investment Properties, LLC
vroldan@mblawfirm.com

Daniel H Roseman on behalf of Creditor Fishs Eddy IV, LLC
droseman@hhk.com, twalker@hhk.com;lpucciarelli@hhk.com;gkielbasinski@hhk.com

Bradshaw Rost on behalf of Creditor Westminster Granite Main LLC
brost@tspclaw.com

Joel W. Ruderman on behalf of Creditor Penson Benefit Guaranty Corporation

ruderman.joel@pbgc.gov, efile@pbgc.gov

Bradford J. Sandler on behalf of Interested Party Hilrod Holdings L.P.
bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Allan D Sarver on behalf of Creditor Profectus Capital LLC
ads@asarverlaw.com

Anne B. Sekel on behalf of Interested Party CVS Pharmacy Inc.
asekel@foley.com, jnicholson@foley.com;jlee@foley.com

Robert P. Shapiro on behalf of Creditor RA2 Lakehurst LLC
rshapiro@shapirocroland.com

Robert P. Shapiro on behalf of Creditor RA2 Wildwood LLC
rshapiro@shapirocroland.com

Virginia T. Shea on behalf of Creditor Haleon US Services, Inc., formerly known as GSK Consumer
Healthcare Services Inc. and its affiliates
vshea@mdmc-law.com, gbressler@mdmc-law.com

Andrew H. Sherman on behalf of Creditor Committee Official Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew H. Sherman on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official
Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew H. Sherman on behalf of Creditor Committee Willkie Farr & Gallagher LLP on behalf of Official
Committee of Unsecured Creditors
asherman@sillscummis.com

Wendy M Simkulak on behalf of Creditor Chubb Companies
wmsimkulak@duanemorris.com

Michael D. Sirota on behalf of Attorney Cole Schotz P.C.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor 1740 Associates, L.L.C.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor 4042 Warrensville Center Road Warrensville Ohio, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.

com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor 5277 Associates, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor 5600 Superior Properties, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Apex Drug Stores, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Broadview and Wallings-Broadview Heights Ohio, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Drug Palace, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor EDC Drug Stores, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Eckerd Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Benefits, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Design Holdings, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Design, LLC

msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Holdco, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Initiatives, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Options, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Pharmacy, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Procurement, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Rxclusives, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Savings, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Software, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Solutions of MO, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Solutions of NV, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Solutions of OH, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Ex Tech, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor First Florida Insurers of Tampa, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor GDF, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Genovese Drug Stores, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Gettysburg and Hoover-Dayton, Ohio, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Grand River & Fenkell, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Harco, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Hunter Lane, LLC
msirota@coleschotz.com,

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor ILG - 90 B Avenue Lake Oswego, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor JCG (PJC) USA, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor JCG Holdings (USA), Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B Alabama Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B Louisiana Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B Mississippi Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B Services, Incorporated
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B Tennessee Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K & B, Incorporated
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor K&B Texas Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor LMW - 90B Avenue Lake Oswego, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Lakehurst and Broadway Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Maxi Drug North, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Maxi Drug South, L.P.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Maxi Drug, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Maxi Green Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Munson & Andrews, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Name Rite, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor New Rite Aid, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.

com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor P.J.C. Distribution, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor P.J.C. Realty Co., Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PDS-1 Michigan, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Lease Holdings, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Manchester Realty LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Peterborough Realty LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Realty MA, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Revere Realty LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC Special Realty Holdings, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC of Massachusetts, Inc.

msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC of Rhode Island, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor PJC of Vermont Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Perry Drug Stores, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RCMH LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RDS Detroit, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor READ's Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic Associates, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic US, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of DC, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of DE, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of Dallas-Fort Worth, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of MD, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of PA, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor RediClinic of VA, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Richfield Road - Flint, Michigan, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Drug Palace, Inc
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Hdqtrs. Corp.
msirota@coleschotz.com,

fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Hdqtrs. Funding, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Lease Management Company
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Online Store, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Payroll Management, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Realty Corp.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Rome Distribution Center, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Specialty Pharmacy, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid Transport, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Connecticut, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Delaware, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Georgia, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Indiana, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Kentucky, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Maine, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Maryland, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Michigan, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of New Hampshire, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of New Jersey, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of New York, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.

com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of North Carolina, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Ohio, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Pennsylvania, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of South Carolina, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Tennessee, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Vermont, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Virginia, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of Washington, D.C. Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Aid of West Virginia, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.
com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Investments Corp.

msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rite Investments Corp., LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rx Choice, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Rx USA, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor The Bartell Drug Company
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor The Jean Coutu Group (PJC) USA, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor The Lane Drug Company
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Thrift Drug, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Thrifty Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Thrifty Ice Cream, LLC
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Debtor Thrifty PayLess, Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Plaintiff Rite Aid Corporation
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota on behalf of Plaintiff Rite Aid Hdqtrs. Corp.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

David E. Sklar on behalf of Creditor Helen of Troy L.P.
dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar on behalf of Creditor Kaz USA, Inc.
dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar on behalf of Creditor PCE Partners, LLC
dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

Andrew Small on behalf of Petitioning Creditor RARED ALLENSTOWN, LLC
asmall@wglaw.com

Andrew Small on behalf of Petitioning Creditor Rared Jaffrey, LLC
asmall@wglaw.com

Andrew Small on behalf of Petitioning Creditor Rared Manchester NH, LLC
asmall@wglaw.com

Lindsey E. Snavely on behalf of Creditor Boyd & Mahoney
lsnavely@pillaraught.com, tlaughead@pillaraught.com

Lindsey E. Snavely on behalf of Creditor U D Properties
lsnavely@pillaraught.com, tlaughead@pillaraught.com

Jay B. Solomon on behalf of Creditor B-21, LLC
jsolomon@bbgllp.com

Jay B. Solomon on behalf of Creditor Brithym Realty Co.
jsolomon@bbgllp.com

Jay B. Solomon on behalf of Creditor Eltingville Shopping Center LLC
jsolomon@bbgllp.com

Moshie Solomon on behalf of Creditor Tandem Equities L.L.C.
msolomon@golenbock.com

Jeffrey M. Sponder on behalf of U.S. Trustee U.S. Trustee
jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov

Rebecca Starner on behalf of Creditor Levy Affiliates
rebecca.starner@huschblackwell.com, serena.gray@huschblackwell.com

David H. Stein on behalf of Creditor TIJSMA, LLC
dstein@wilentz.com, ciarkowski@wilentz.com

John C. Stellakis on behalf of Creditor Cannonbut LLC
jstellakis@farrellfritz.com

John C. Stellakis on behalf of Creditor Midwood Management Corp.
jstellakis@farrellfritz.com

John C. Stellakis on behalf of Creditor RC Southampton LLC
jstellakis@farrellfritz.com

Ross J. Switkes on behalf of Creditor Rite Aid Sub-Trust B
rswitkes@shermansilverstein.com

Corey E Taylor on behalf of Creditor Lease Counterparty 7900 Bellaire I, Ltd.
corey@taylorlawoc.com

Jeffrey Thomas Testa on behalf of Creditor Nova Nordisk Inc.
jtesta@mccarter.com, lrestivo@mccarter.com

Pamela Elchert Thurmond on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA
Pamela.Thurmond@phila.gov

Alan G Tippie on behalf of Creditor Larchmont Properties, Ltd.
Alan.Tippie@gmlaw.com

Richard D. Trenk on behalf of Creditor Major Trading Inc.
rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard D. Trenk on behalf of Creditor Ohiopyle Prints, Inc.
rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard D. Trenk on behalf of Creditor One Paragon Drive, LP
rtrenk@trenkisabel.law, averdugo@tisslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine on behalf of Debtor New Rite Aid, LLC
wusatine@coleschotz.com, fpisano@coleschotz.com;ddelehanty@coleschotz.com

Melissa L. Van Eck on behalf of Creditor Commonwealth Of Pennsylvania
mvaneck@attorneygeneral.gov

Jeremiah Vandermark on behalf of Creditor Google LLC
vandermarkjj@whiteandwilliams.com

Gregory Francis Vizza on behalf of Creditor P&F Retail Associates, L.P.
vizza@blankrome.com

Keara Waldron on behalf of Creditor Mill Avenue Associates, LLC
kwaldron@halperinlaw.net, adroz@lowenstein.com

Kaitlin R. Walsh on behalf of Creditor NBPIV Delran LLC
krwalsh@mintz.com, docketing@mintz.com

Debra Djupman Warring on behalf of Creditor Commonwealth Of Pennsylvania
dwarring@attorneygeneral.gov

John Willard on behalf of Creditor Ipsos MMA, Inc.
jgwillard@spencerfane.com

John Willard on behalf of Creditor Ipsos-Insight, LLC
jgwillard@spencerfane.com

Paul J. Winterhalter on behalf of Attorney Breck E Milde
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter on behalf of Creditor Fair Oaks, LLC
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter on behalf of Creditor Sheldon Plaza, LLC
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter on behalf of Creditor The Chen 1998 Family Trust & 170 San Mateo Road Partnership
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter on behalf of Creditor Toni A. Dimiceli, Trustee et al
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter on behalf of Creditor Vernon Central Warehouse, Inc.
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Bruce J. Wisotsky on behalf of Creditor 169 Holding Corp.
bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Bruce J. Wisotsky on behalf of Creditor Cascade Wholesale Hardware, Inc.
bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Melissa S. Woods on behalf of Creditor United Food & Commercial Workers International Union (UFCW)
mwoods@cwsny.com

Elie Jonathan Worenklein on behalf of Creditor 1970 Group, Inc.
eworenklein@debevoise.com, ajcostin@debevoise.com;mao-bk-
ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

William G. Wright on behalf of Creditor Gitomer Family Realty LLC
wwright@capehart.com, jlafferty@capehart.com

James S. Yu on behalf of Creditor Dover Management Co.
jyu@seyfarth.com, nycdocket@seyfarth.com;rpinkston@seyfarth.com

Felice R. Yudkin on behalf of Debtor New Rite Aid, LLC
fyudkin@coleschotz.com, fpisano@coleschotz.com

Agostino Angelo Zammiello on behalf of Interested Party The American Bottling Company
azammiello@foxrothschild.com

Scott A. Zuber on behalf of Creditor Berkley Insurance Company
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber on behalf of Creditor Cardinal Health 110, LLC d/b/a Parmed Pharmaceuticals
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber on behalf of Creditor The Hanover Insurance Company
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber on behalf of Creditor Eliseo Medellin Hernandez
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber on behalf of Creditor Ieka Monique Lucas
szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber on behalf of Creditor Mahnaz Javaheri
szuber@csglaw.com, ecf@csglaw.com

**25-14861-MBK Notice will not be electronically mailed to:**

A&G Realty Partners, LLC
445 Broadhollow Road
Suite 420
Melville, NY 11747

Alixpartners, LLP
909 Third Avenue
Floor 30
New York, NY 10022

Alvarez & Marsal North America, LLC
One East Washington Street, Suite 1110
Phoenix, AZ 85004

Allison Arotsky on behalf of Creditor BTS (Wyomissing) L.P.
1407 Broadway
39th Floor
New York, NY 10018

Nicholas J Brannick on behalf of Creditor Ross Dress for Less, Inc.
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Connie Y. Choe on behalf of Creditor Benderson Development Company
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Connie Y. Choe on behalf of Creditor Brixmor Property Group, Inc.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Connie Y. Choe on behalf of Creditor First Washington Realty
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Connie Y. Choe on behalf of Creditor Lerner Properties
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Connie Y. Choe on behalf of Creditor Regency Centers L.P.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

John Churchill on behalf of Creditor Benderson Development Company
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

John Churchill on behalf of Creditor Brixmor Property Group, Inc.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

John Churchill on behalf of Creditor First Washington Realty
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

John Churchill on behalf of Creditor Lerner Properties
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

John Churchill on behalf of Creditor Regency Centers L.P.
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Jeffrey A Dito on behalf of Creditor 770 Tamalpais Drive, Inc.
Valinoti, Specter & Dito
301 Junipero Serra Blvd, Suite 200
San Francisco, CA 94127

Michael B. Dubin on behalf of Creditor ImageOne Interco, LLC d/b/a ImageOne Industries, LLC
Semanoff Ormsby Greenberg et al
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
mdubin@sogtlaw.com, jfiganiak@sogtlaw.com

William T Farmer on behalf of Interested Party Burlington Stores, Inc.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

Steven W. Golden on behalf of Interested Party Hilrod Holdings L.P.

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Eric S. Goldstein on behalf of Creditor Mass Jaz LLC
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Peter M Good on behalf of Creditor CKAD Holdings, LLC
Caldwell & Kearns
3631 North Front Street
Harrisburg, PA 17110

Guggenheim Securities, LLC
330 Madison Avenue
New York, NY 10017

Ian A. Hammel on behalf of Creditor NBPIV Delran LLC
Mintz Levin Cohn Ferris Glovski and Pope
One Financial Center
Boston, MA 02111

Jackson Lewis, P.C.
50 California Street, 9th Floor
San Francisco, CA 94111

Teddy M. Kapur on behalf of Interested Party Hilrod Holdings L.P.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
PO Box 579
Bakersfield, CA 93302-0579

Kroll Restructuring Administration
1 World Trade Center
31st Floor
New York, NY 10007

Marshell Landrum
15333 Culver Drive 340
Irvine, CA 92604

Larchmont Properties, Ltd.
Greenspoon Marder, LLP

1875 Century Park East
Ste. 1900
Los Angeles, CA 90067

Donna H. Lieberman on behalf of Creditor Mill Avenue Associates, LLC
HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street, 37th floor
New York, NY 10005

Rachael McChrystal on behalf of Creditor Qualtrics, LLC
c/o Ray Quinney & Nebeker, P.C.
ATTN: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, UT 84111

James P Meehan
,

PKM Holdings, Inc.
c/o Prem K. Marlapudi
PO Box 214
Cheltenham, PA 19012

Kimberly N. Pageau on behalf of Creditor SKD Construction Co., LLC
Porzio, Bromberg & Newman, P.C
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962

Erine Zachary Park on behalf of Creditor Mission Plaza Center, LLC
13215 E. Penn St., Ste 510
Whitter, CA 90602

Darren A Pascarella on behalf of Creditor Cannonbut LLC
Farrell Fritz, PC.
400 RXR Plaza
Uniondale, NY 11556

Darren A Pascarella on behalf of Creditor Midwood Management Corp.
Farrell Fritz, PC.
400 RXR Plaza
Uniondale, NY 11556

Darren A Pascarella on behalf of Creditor RC Southampton LLC
Farrell Fritz, PC.
400 RXR Plaza
Uniondale, NY 11556

Mmanishkumar C Patel
221 Mill Race Drive
Easton, PA 18045

Paul, Weiss, Rifkind, Wharton & Garrison LLP
,

Kristhy Peguero on behalf of Interested Party Burlington Stores, Inc.
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

Van Prince
676 E. Princess Ann Rd
Norfolk, VA 23510

Jennifer D. Raviele on behalf of Creditor Benderson Development Company
KELLEY DRYE & WARREN LLP
3 World Trade Center 175
Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Creditor Brixmor Property Group, Inc.
KELLEY DRYE & WARREN LLP
3 World Trade Center 175
Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Creditor First Washington Realty
KELLEY DRYE & WARREN LLP
3 World Trade Center 175
Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Creditor Lerner Properties
KELLEY DRYE & WARREN LLP
3 World Trade Center 175
Greenwich Street
New York, NY 10007

Jennifer D. Raviele on behalf of Creditor Regency Centers L.P.
KELLEY DRYE & WARREN LLP
3 World Trade Center 175
Greenwich Street
New York, NY 10007

Matthew G Summers on behalf of Creditor Ross Dress for Less, Inc.
BALLARD SPAHR LLP

919 N. Market Street
11th Floor
Wilmington, DE 19801

Wolf Family Series LP
c/o Ruskin Moscou Faltischek, P.C.
Attn: D. McAuliffe/S. Giugliano
1425 RXR Plaza
Uniondale, NY 11556