| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING CONSOLIDATED**
**MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the May 5, 2025 through July 31, 2025, consolidated monthly fee statement [Docket No. 2181] (the "Consolidated Monthly Fee Statement") of Guggenheim Securities, LLC ("Guggenheim"), filed on August 27, 2025, were to be filed and served not later than September 10, 2025. I, Brendan Hayes, certify that, as of

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2

September 11, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Consolidated Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.

DATED:      September 11, 2025            */s/ Brendan Hayes*
                                          Brendan Hayes
                                          Senior Managing Director
                                          Guggenheim Securities, LLC