**BOND, SCHOENECK & KING, PLLC**
Justin S. Krell, Esq.
Edward J. LoBello, Esq. (*pro hac vice* pending)
600 Third Avenue, 22nd Floor
New York, NY 10016
Telephone: (646) 253-2396
Email: elobello@bsk.com
Email: jkrell@bsk.com

*Counsel to Maria Lucania, as Executrix of the Estate of Joseph Lucania*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| New Rite Aid, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF EDWARD J. LOBELLO, ESQ.

Justin S. Krell, Esq. ("Movant"), respectfully submits this application (this "Application") pursuant to Local Bankruptcy Rule 9010-1 for the *pro hac vice* admission of Edward J. LoBello, Esq. ("Applicant") to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey to represent Maria Lucania, as Executrix of the Estate of Joseph Lucania. In support of this Application, Movant respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of Debtor New Rite Aid, LLC tax identification number are 1843. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, https://restructuring.ra.kroll.com/Rite Aid2025. The location of the Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address is 200 Newberry Commons, Etters, Pennsylvania 17319

22123481.v1

**RELIEF REQUESTED**

2. By this application, the Movant requests entry of an order admitting Applicant *pro hac vice*. The good standing of the Applicant is set forth in the Applicant's accompanying certification (the "Certification").

**BASIS FOR RELIEF**

3. Movant is a member in good standing of the Bar of the State of New Jersey, an attorney admitted to practice before the United States District Court for the District of New Jersey, and Senior Counsel to the law firm of Bond, Schoeneck & King, PLLC.

4. Applicant is an attorney and member of Bond, Schoeneck & King, PLLC, and maintains an office at 600 Third Avenue, 22nd Floor, New York, NY 10016. As set forth in the Certification, Applicant is a member in good standing of the Bar of the highest court in which he is admitted.

5. It is anticipated that Applicant will be active in the representation of Maria Lucania, as Executrix of the Estate of Joseph Lucania in the above-captioned cases. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of the Applicant and requests that the Applicant be permitted to appear on behalf of Maria Lucania, as Executrix of the Estate of Joseph Lucania in connection with the above-captioned cases.

6. If admitted *pro hac vice*, Applicant has represented that he will adhere to the disciplinary jurisdiction of this Court. Applicant has also represented that he will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the applicable annual fee under New Jersey Court Rule 1:28-2(a) and shall pay the fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to this Court.

7. No previous application for the relief sought herein has been made to this or any other court in connection with these proceedings.

## WAIVER OF MEMORANDUM OF LAW

8. Movant respectfully requests that the Court waive the memorandum requirement as set forth in Local Bankruptcy Rule 9013-1, as no novel issues of law are presented herein.

Dated: September 12, 2025

Respectfully Submitted,

**BOND, SHOENECK & KING, PLLC**

By: */s/ Justin S. Krell, Esq.*
    Justin S. Krell, Esq.
    Edward J. LoBello, Esq.
    (*pro hac vice* admission pending)
    600 Third Avenue, 22nd Floor
    New York, New York 10016
    Telephone: (646) 253-2396
    Email: elobello@bsk.com
    Email: jkrell@bsk.com

*Counsel for Maria Lucania, as Executrix of the Estate of Joseph Lucania*

**BOND, SCHOENECK & KING, PLLC**
Justin S. Krell, Esq.
Edward J. LoBello, Esq. (*pro hac vice* pending)
600 Third Avenue, 22nd Floor
New York, NY 10016
Telephone: (646) 253-2396
Email: elobello@bsk.com
Email: jkrell@bsk.com

*Counsel to Maria Lucania, as Executrix of the Estate of Joseph Lucania*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| New Rite Aid, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF EDWARD J. LOBELLO
## IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

1. I am an attorney with the law firm of Bond, Schoeneck & King, PLLC. My office is located at 600 Third Avenue, 22nd Floor, New York, NY 10016. I submit this Certification in support of the accompanying application for my admission *pro hac vice*.

2. I was admitted to practice in the following state and federal courts in the years set forth below:

| Bar | Year of Admission |
|---|---|
| State of New York | 1982 |
| United States District Court for the Southern District of New York | 1983 |
| United States District Court for the Eastern District of New York | 1983 |

---

[1] The last four digits of Debtor New Rite Aid, LLC tax identification number are 1843. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, https://restructuring.ra.kroll.com/RiteAid2025. The location of the Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address is 200 Newberry Commons, Etters, Pennsylvania 17319

| United States District Court for the Northern District of New York | 2024 |
|---|---|

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 12, 2025                             */s/ Edward J. LoBello*
                                                     Edward J. LoBello

2

|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |   |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Justin S. Krell, Esq.<br>Edward J. LoBello, Esq. *(pro hac vice pending)*<br>Bond Schoeneck & King, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, New York 10016-1915<br>Telephone No.:  (646) 253-2396<br>Email: elobello@bsk.com<br>         jkrell@bsk.com<br><br>*Counsel to Maria Lucania, as Executrix of the Estate of John Lucania* |   |
| In re:<br><br>New Rite Aid, LLC, *et al.* ¹<br><br>                            Debtors. | Chapter 11<br><br>Case No.: 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>Judge Michael B. Kaplan |

# ORDER FOR PRO HAC VICE

The relief set forth on the following pages is **ORDERED.**

---

¹ The last four digits of Debtor New Rite Aid, LLC tax identification number are 1843.  A complete list of the Debtors in these Chapter 11 cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, https://restructuring.ra.kroll.com/RiteAid2025.  The location of the Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address is 200 Newberry Commons, Etters, Pennsylvania 17319.

This matter has been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Edward J. LoBello, Esq. is permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be or has been filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. The Court hereby permits that counsel admitted *pro hac vice* may appear in person or virtually without the need for local counsel, provided local counsel continues to sign all pleadings filed with the Court; and it is further

**ORDERED** that applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it if further

**ORDERED** that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

2

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102
Attention: Pro Hac Vice Admissions

; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of the Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

22219122.v1

## **CERTIFICATION OF SERVICE**

I, Ronald Cappiello, hereby certify that on this 12th day of September, 2025, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.

*/s/Ronald Cappiello*
Ronald Cappiello