| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BOND, SCHOENECK & KING, PLLC<br>Edward J. LoBello, Esq. (*pro hac vice* admission pending)<br>Justin S. Krell, Esq.<br>600 Third Avenue, 22nd Floor<br>New York, New York  10016<br>Telephone:  (646) 253-2396<br>Email:  elobello@bsk.com<br>Email:  jkrell@bsk.com<br><br>*Counsel for Maria Lucania, as Executrix of the Estate of Joseph Lucania* | |
| In re:<br><br>New Rite Aid, LLC, *et al*.,[1]<br><br>                                              Debtors. | Chapter 11<br><br>Case No. 25-16984<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bond, Schoeneck & King, PLLC hereby appears in the above-captioned Chapter 11 case as attorneys for Maria Lucania, as Executrix of the Estate of Joseph Lucania, a creditor and party in interest.

**PLEASE TAKE FURTHER NOTICE** that Bond, Schoeneck & King, PLLC requests that, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices be given in these cases and all papers served or required to be served in these cases be given to and served upon:

---

[1] The last four digits of Debtor New Rite Aid, LLC tax identification number are 1843.  A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, https://restructuring.ra.kroll.com/RiteAid2025. The location of the Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address is 200 Newberry Commons, Etters, Pennsylvania 17319.

22141553.v1

Edward J. LoBello, Esq.
Justin S. Krell, Esq.
Bond, Schoeneck & King, PLLC
600 Third Avenue, 22nd Floor
New York, New York  10016
Telephone: (646) 253-2396
Email:  elobello@bsk.com
Email:  jkrell@bsk.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to these cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  September 12, 2025          **BOND, SCHOENECK & KING, PLLC**

By:  */s/ Justin S. Krell, Esq.*
Justin S. Krell, Esq.
Edward J. LoBello, Esq. (*pro hac vice* admission pending)
600 Third Avenue, 22nd Floor
New York, New York  10016
Telephone:  (646) 253-2396
Email:  elobello@bsk.com
Email:  jkrell@bsk.com
*Counsel for Maria Lucania, as Executrix of the Estate of Joseph Lucania*

22141553.v1