| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**ARENTFOX SCHIFF LLP**<br>Brett D. Goodman, Esq. (Bar ID No. 034422006)<br>Nicholas A. Marten, Esq. (Bar ID No. 043572011)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Email:   Brett.Goodman@afslaw.com<br>             Nicholas.Marten@afslaw.com<br><br>*Counsel to the Kimco Landlords and 11 Knolls Crescent LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 25-14861-MBK<br><br>Honorable Michael B. Kaplan |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Nicholas A. Marten of ArentFox Schiff LLP ("ArentFox Schiff") will be substituted as attorney of record for Kimco Realty Corporation; PL Rancho LP; WRI Freedom Centre, L.P.; Linda Mar S.C., L.P.; Gateway at Donner Pass, LP; KK Great Neck 2470, LLC; Independence Plaza SC, LLC; PK II Tanasbourne Village LP; Kimschott Factoria Mall, LLC; Pan Pacific (Jefferson Square) LLC; and PK I Silverdale Shopping Center LLC (collectively, the "Kimco Landlords"), and 11 Knolls Crescent LLC ("11 Knolls Crescent"), creditors in these cases.[1]

Date: September 12, 2025        /s/ Brett D. Goodman
                                                 Signature of Former Attorney


Date: September 12, 2025        /s/ Nicholas A. Marten
                                                 Signature of Substituted Attorney[2]

AFSDOCS:303706744.1

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

AFSDOCS:303706744.1