| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**ARENTFOX SCHIFF LLP**<br>Brett D. Goodman, Esq. (Bar ID No. 034422006)<br>Nicholas A. Marten, Esq. (Bar ID No. 043572011)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Email:   Brett.Goodman@afslaw.com<br>             Nicholas.Marten@afslaw.com<br><br>*Counsel to the Kimco Landlords and 11 Knolls Crescent LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 25-14861-MBK<br><br>Honorable Michael B. Kaplan |

### NOTICE OF WITHDRAWAL OF BRETT D. GOODMAN AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that Brett D. Goodman, an attorney admitted to practice in the United States Bankruptcy Court for the District of New Jersey, appeared in the above-captioned cases on behalf of Kimco Realty Corporation; PL Rancho LP; WRI Freedom Centre, L.P.; Linda Mar S.C., L.P.; Gateway at Donner Pass, LP; KK Great Neck 2470, LLC; Independence Plaza SC, LLC; PK II Tanasbourne Village LP; Kimschott Factoria Mall, LLC; Pan Pacific (Jefferson Square) LLC; and PK I Silverdale Shopping Center LLC (collectively, the "Kimco Landlords") and 11 Knolls Crescent LLC ("11 Knolls Crescent"), as a partner of the law firm ArentFox Schiff LLP ("ArentFox Schiff").

AFSDOCS:303707267.1

**PLEASE TAKE FURTHER NOTICE** that Brett D. Goodman is leaving ArentFox Schiff, effective as of Friday, September 12, 2025, and requests to be <u>removed</u> as attorney of record for the Kimco Landlords and 11 Knolls Crescent or any other party from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings due to his disassociation from ArentFox Schiff.

**PLEASE TAKE FURTHER NOTICE** that Nicholas A. Marten has been substituted and will serve as counsel of record for the Kimco Landlords and 11 Knolls Crescent, and the Kimco Landlords and 11 Knolls Crescent therefore will suffer no interruption in their representation in these cases.

Dated: September 12, 2025
New York, New York

**ARENTFOX SCHIFF LLP**

<u>/s/ Nicholas A, Marten</u>
Nicholas A. Marten, Esq. (Bar ID No. 043572011)
Brett D. Goodman, Esq. (Bar ID No. 034422006)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
Email:  Brett.Goodman@afslaw.com
  Nicholas.Marten@afslaw.com

*Counsel to the Kimco Landlords and 11 Knolls Crescent LLC*

AFSDOCS:303707267.1