**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF MARC LIEBMAN IN SUPPORT OF THE DEBTORS' MOTION FOR  ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) RETAIN AND EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR, AND (B) DESIGNATE MARC LIEBMAN AS CHIEF TRANSFORMATION OFFICER, IN EACH CASE, EFFECTIVE AS OF THE PETITION DATE, (II) WAIVING CERTAIN  TIMEKEEPING REQUIREMENTS, AND (III) GRANTING RELATED RELIEF**

I, Marc Liebman, being duly sworn, hereby states as follows:

---

1    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "**A&M**") a restructuring advisory services firm with numerous offices throughout the world.  I submit this declaration on behalf of A&M (the "**Second Supplemental Declaration**") in further support of the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC as Financial Advisor and (B) Designate Marc  Liebman as Chief Transformation Officer, in Each Case Effective as of the Petition Date  (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief* (the "**Motion**").

2.      On May 16, 2025, the Debtors filed the Motion and attached thereto was my declaration in support (the "**Original Declaration**").

3.      On June 9, 2025, the Debtors filed the *Supplemental Declaration of Marc Liebman in Support of Debtors' Motion to (A) Retain and Employ Alvarez & Marsal North America, LLC as Financial Advisor and (B) Designate Marc  Liebman as Chief Transformation Officer, in Each Case Effective as of the Petition Date (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief* (the "**First Supplemental Declaration**" and together with the Original Declaration, the "**Prior Declarations**").

4.      On June 9, 2025, the Court entered the *Order (I) Authorizing the Debtors to (A) Retain and Employ Alvarez & Marsal North America, LLC as Financial Advisor, and (B) Designate Marc Liebman as Chief Transformation Officer, in Each Case, Effective as of the Petition Date (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief* (the "**Order**").

5.      I submit this Second Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Prior Declarations.  Capitalized

terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

## <u>ADDITIONAL POTENTIAL PARTIES IN INTEREST</u>

6. In connection with its retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered. In connection therewith, it has come to A&M's attention that the entities identified on Schedule A hereto (the "**New Parties**") are parties involved in the Debtors Chapter 11 cases who were not identified on Schedule A to the Prior Declarations. The New Parties together with the parties identified on Schedule A to the Prior Declarations are hereinafter referred to as the "**Potential Parties in Interest**".

7. Based on the Firm Procedures described in the Original Declaration, the relationships with the New Parties are identified on Schedule B hereto.

8. Based on the results of its review, to be best of my knowledge, except as set forth in the Prior Declaration, or herein, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

9. In addition to the connections noted on Schedule B hereto, I note the following:

   (a) Warren Usatine is a partner at Cole Schotz. His son Michael Usatine is an employee at A&M who is not staffed on this matter.

   (b) LifeScan Global Corporation and its affiliated debtors and debtors in possession ("**LifeScan**") provide certain products to the Debtors and potentially will make payments to the Debtors during these chapter 11 cases related to minimum advertised price rebates resulting from the Debtors' sale of LifeScan's products. A&M has made certain personnel available to LifeScan to act as its financial advisor in connection with LifeScan's chapter 11 bankruptcy cases. To the best of my knowledge, LifeScan does not have claims in the Debtors' chapter 11 cases and the Debtors are not creditors in LifeScan's chapter 11 cases. A&M has nonetheless agreed with LifeScan that (i) any issues related to the payments to be made by

LifeScan to the Debtors are not within the scope of A&M's engagement and (ii) A&M will recuse itself from any dispute or litigation that may arise between LifeScan and the Debtors.

10.     To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

By reason of the foregoing, I believe A&M is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated this 12th day of September 2025

By:     _/s/ Marc Liebman_____
Marc Liebman
Managing Director

## Schedule A

### List of Potential Parties in Interest

**Bankruptcy Professional - Retained**
QUINN EMANUEL URQUHART & SULLIVAN, LLP

**Contract Counter-parties**
3SI SECURITY SYSTEMS INC
ADAPT DBA SOUTHRIVER COMMUNITY HEALTH CENTER
ADVENTIST HEALTH BAKERSFIELD
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
ADVENTIST HEALTH LODI MEMORIAL
ADVENTIST HEALTH MEDICAL CENTER TEHACHAPI
ADVENTIST HEALTH MENDOCINO COAST
ADVENTIST HEALTH UKIAH VALLEY
ADVENTIST MEDICAL CENTER
ADVENTIST MEDICAL CENTER - REEDLEY
ALBERT EINSTEIN MEDICAL CENTER
ALLIANCE MEDICAL CENTER, INC.
ALTAMED HEALTH SERVICES CORPORATION
ALTURA CENTERS FOR HEALTH
AMMONOOSUC COMMUNITY HEALTH SERVICES INC
AMOSKEAG HEALTH
AMPLA HEALTH
ANTHONY L. JORDAN HEALTH CORP
APLA HEALTH & WELLNESS
ARNOT OGDEN MEDICAL CENTER
ASIAN PACIFIC HEALTH CARE VENTURE INC
AVENAL COMMUNITY HEALTH CENTER
BERKS COMMUNITY HEALTH CENTER
BL COMPANIES
BLACKLINE SYSTEMS, INC.
BRATTLEBORO MEMORIAL HOSPITAL
BROOKDALE HOSPITAL MEDICAL CENTER
CAMARENA HEALTH
CASCADE MEDICAL CENTER
CASTLE FAMILY HEALTH CENTERS, INC.
CENTERVILLE CLINIC INC.
CENTRAL VIRGINIA HEALTH SERVICES, INC.
CHESPENN HEALTH SERVICES
CHOPTANK COMMUNITY HEALTH SYSTEM, INC.
CHRISTIANA CARE HEALTH SYSTEM
CLACKAMAS, COUNTY OF
CLINICA SIERRA VISTA
CLINICAS DE SALUD DEL PUEBLO, INC.
CLINICAS DEL CAMINO REAL, INC.
CMH OF SAN BUENAVENTURA
COMMONSPIRIT HEALTH - MERCY MEDICAL CENTER MT. SHASTA
COMMONSPIRIT HEALTH - MERCY MEDICAL CENTER, REDDING
COMMUNICARE HEALTH CENTERS (OLE HEALTH)
COMMUNITY HEALTH AND DENTAL CARE, INC.
COMMUNITY HEALTH ASSOCIATION OF SPOKANE
COMMUNITY HEALTH CARE, INC.
COMMUNITY HEALTH CENTER OF BUFFALO, INC.
COMMUNITY HEALTH CENTER OF FRANKLIN COUNTY
COMMUNITY HEALTH CENTERS OF THE CENTRAL COAST, INC.
COMMUNITY HEALTH NET
COMMUNITY HEALTH SYSTEMS, INC
COMMUNITY MEDICAL AND DENTAL CARE, INC.
COMMUNITY MEDICAL CENTERS, INC.
COMPREHENSIVE COMMUNITY HEALTH CENTERS, INC
CORNELL SCOTT-HILL HEALTH CORPORATION
CORNERSTONE CARE, INC.
CORNERSTONE FAMILY HEALTHCARE
CORRY MEMORIAL HOSPITAL
COUNTRY DOCTOR COMMUNITY CLINIC
COUNTY OF LANE
COUNTY OF TULARE
COVENANT HOUSE INC
COWLITZ FAMILY HEALTH CENTER
CX360, INC
DAMERON HOSPITAL ASSOCIATION
DESERT AIDS PROJECT
DIRNE HEALTH CENTERS, INC.
DUBOIS REGIONAL MEDICAL CENTER DBA PENN HIGHLANDS DUBOIS
EASTERN SHORE RURAL HEALTH SYSTEM, INC
EINSTEIN MEDICAL CENTER MONTGOMERY
EL CENTRO REGIONAL MEDICAL CENTER
EL DORADO COUNTY COMMUNITY HEALTH CENTER

ELECTRONIC IMAGING SERVICES, INC., D/B/A
VESTCOM RETAIL SOLUTIONS
ELICA HEALTH CENTERS
ELLIS HOSPITAL
ELMHURST HOSPITAL CENTER (NYCHHC)
ENGAGE3
ENLOE MEDICAL CENTER
FAIRCHILD MEDICAL CENTER
FAMILY HEALTH CARE CENTERS OF
GREATER LOS ANGELES, INC.
FAMILY HEALTH CENTERS OF SAN DIEGO,
INC.
FAMILY HEALTH NETWORK OF CENTRAL
NEW YORK, INC
FAMILY HEALTHCARE NETWORK
FAXTON ST. LUKE'S HEALTHCARE
FINGER LAKES MIGRANT HEALTH CARE
PROJECT, INC.
FIXTURE GUY
GA COMMUNICATIONS, INC (DBA PURERED)
GIFFORD HEALTH CARE, INC
GLENDALE ADVENTIST MEDICAL CENTER
GOOD SAMARITAN HOSPITAL CORVALLIS
GOODWIN COMMUNITY HEALTH
GRAYS HARBOR COMMUNITY HOSPITAL
GRAYS HARBOR PUBLIC HOSPITAL DISTRICT
NO. 1 DBA SUMMIT PACIFIC MEDICAL
CENTER
GREATER FRESNO HEALTH ORGANIZATION
GREATER PHILADELPHIA HEALTH ACTION,
INCORPORATED
GREENVILLE RANCHERIA TRIBAL HEALTH
GRITMAN MEDICAL CENTER
HAMILTON HEALTH CENTER, INC.
HAZEL HAWKINS MEM. HOSPITAL
HEALTH AND LIFE ORGANIZATION INC
HEALTH SERVICE ALLIANCE
HEALTHFIRST FAMILY CARE CENTER
HI-DESERT MEMORIAL HEALTH CARE
DISTRICT
HILL COUNTRY COMMUNITY CLINIC
HUDSON HEADWATERS HEALTH NETWORK
HUNTINGTON HOSPITAL
IMAGE ONE
INDIAN HEALTH CENTER OF SANTA CLARA
VALLEY
JACOBI MEDICAL CENTER (NYCHHC)
JAMAICA HOSPITAL MEDICAL CENTER
JAMESTOWN S'KLALLAM TRIBE
JDOG JUNK REMOVAL & HAULING
JEFFERSON HEALTH - NORTHEAST
JERICHO ROAD MINISTRIES INC.

JOHN C. FREMONT HEALTHCARE DISTRICT
JWCH INSTITUTE, INC.
KADLEC REGIONAL MEDICAL CENTER
KAWEAH DELTA HEALTH CARE DISTRICT
KEYSTONE RURAL HEALTH CENTER
KEYSTONE RURAL HEALTH CONSORTIA INC
KINGS COUNTY HOSPITAL CENTER
(NYCHHC)
KITTITAS COUNTY PUBLIC HOSPITAL
DISTRICT #1
KNOWBE4
KOOTENAI HEALTH, INC.
LA RED HEALTH CENTER, INC.
LAMPREY HEALTH CARE INC.
LEHIGH VALLEY DSH
LEHIGH VALLEY HOSPITAL HV032130
LIMBLE SOLUTIONS LLC
LINCOLN MEDICAL & MENTAL HEALTH
CENTER (NYCHHC)
LITTLETON HOSPITAL ASSOCIATION DBA
LITTLETON REGIONAL HEALTHCARE
LIVINGSTON COMMUNITY HEALTH
LONG VALLEY HEALTH CENTER, INC.
LOS ANGELES LGBT CENTER
MACT HEALTH BOARD, INC.
MAJOR, LINDSEY, & AFRICA
MARIN COMMUNITY CLINIC
MARSHALL HOSPITAL
MATHIESEN MEMORIAL HEALTH CLINIC
MCCLOUD HEALTHCARE CLINIC INC
MEADVILLE MEDICAL CENTER
MED PROJECT USA
MENDOCINO COAST CLINICS, INC.
MENDOCINO COMMUNITY HEALTH CLINIC,
INC.
METROPOLITAN HOSPITAL CENTER
(NYCHHC)
MID-COLUMBIA MEDICAL CENTER
MID-STATE HEALTH CENTER
MILLCREEK COMMUNITY HOSPITAL
MIRACLE SOFTWARE SYSTEMS
MISSION CITY COMMUNITY NETWORK
MODOC MEDICAL CENTER
MONADNOCK COMMUNITY HOSPITAL
MONTEFIORE MEDICAL CENTER
MONTEFIORE NYACK HOSPITAL
MOSAIC COMMUNITY HEALTH
MOSAIC HEALTH, INC.
MOSES LAKE COMMUNITY HEALTH CENTER
MOUNT ST. MARY'S HOSPITAL AND HEALTH
CENTER
MOUNTAIN VALLEYS HEALTH CENTERS

MULTI-CULTURAL HEALTH EVALUATION DELIVERY SYSTEM, INC.
N PENN COMPREHENSIVE HEALTH SERVICES
NANOIA RECYCLING EQUIPMENT INC
NATHAN LITTAUER HOSPITAL
NEIGHBORHOOD HEALTH CENTER
NEIGHBORHOOD HEALTH CENTER OF WNY, INC.
NEIGHBORHOOD HEALTHCARE
NEW YORK CITY HEALTH AND HOSPITALS CUMBERLAND DIAGNOSTIC AND TREATMENT CENTER (NYCHHC)
NIAGARA FALLS MEMORIAL MEDICAL CENTER
NOALAB CLINIC INC
NORTH COUNTY HEALTH PROJECT, INC
NORTH OLYMPIC HEALTHCARE NETWORK
NORTH SIDE CHRISTIAN HEALTH CENTER
NORTHBAY HEALTHCARE GROUP
NORTHEAST COMMUNITY CLINIC
NORTHEAST COMMUNITY CLINIC, INC
NORTHERN VALLEY INDIAN HEALTH
OAK ORCHARD COMMUNITY HEALTH CENTER, INC.
OJAI VALLEY COMMUNITY HOSPITAL
OLE HEALTH DBA COMMUNICARE+OLE
OMNI FAMILY HEALTH
ONE COMMUNITY HEALTH
OPEN DOOR COMMUNITY HEALTH CENTERS
ORCHARD HOSPITAL
OREGON HEALTH SCIENCE CENTER
OROVILLE HOSPITAL
PAUL DAVIS COMMERCIAL DIVISION, INC.
PEACH TREE HEALTHCARE
PENINSULA INSTITUTE FOR COMMUNITY HEALTH
PHARMACY AUTOMATION SUPPLIES
PHILADELPHIA FIGHT
PIONEERS MEMORIAL HEALTHCARE DISTRICT
PIT RIVER HEALTH SERVICES
PLUMAS DISTRICT HOSPITAL
PORTLAND ADVENTIST MEDICAL CENTER DBA ADVENTIST HEALTH PORTLAND
PORTSMOUTH COMMUNITY HEALTH CENTER, INC
PRIMARY CARE AT HOME, INC.
PRIMARY HEALTH NETWORK, INC.
PROVIDENCE HEALTH DBA PROVIDENCE SEASIDE HOSPITAL
PROVIDENCE HOOD RIVER MEMORIAL HOSPITAL

PUBLIC HOSPITAL DISTRICT #1 DBA PULLMAN REGIONAL HOSPITAL
PUBLIC HOSPITAL DISTRICT NO 1 OF KING COUNTY DBA VALLEY MEDICAL CENTER
Q4 INC
QUEENS HOSPITAL CENTER (NYCHHC)
READING HOSPITAL
RICHMOND UNIVERSITY MEDICAL CENTER
RICHMOND, CITY OF
RIDEOUT MEMORIAL HOSPITAL DBA ADVENTIST HEALTH AND RIDEOUT
RIDGECREST REGIONAL HOSPITAL
RK ENVIRONMENTAL SERVICES LLC
ROADS FOUNDATION INC
ROGUE COMMUNITY HEALTH
ROME MEMORIAL HOSPITAL
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY RWI
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY STD
RYAN, WILLIAM F COMMUNITY HEALTH CENTER INC
SACRAMENTO NATIVE AMERICAN HEALTH CENTER, INC.
SADLER HEALTH CENTER CORPORATION
SAINT ALPHONSUS REGIONAL MEDICAL CENTER
SALEM HEALTH
SAMARITAN HOSPITAL
SAN DIEGO FAMILY CARE
SAN FRANCISCO AIDS FOUNDATION STD94114
SAN GORGONIO MEMORIAL
SAN JOAQUIN, COUNTY OF
SAN YSIDRO HEALTH CENTER
SANTA BARBARA COUNTY HEALTH CARE
SANTA BARBARA NEIGHBORHOOD CLINICS
SANTA CRUZ COMMUNITY HEALTH CENTERS
SANTA ROSA COMMUNITY HEALTH CENTERS
SANTA YNEZ TRIBAL HEALTH CLINIC
SEA-MAR COMMUNITY HEALTH CENTER
SHASTA COMMUNITY HEALTH CENTER
SHINGLETOWN MEDICAL CENTER
SISTERS OF CHARITY HOSPITAL
SKAGIT VALLEY HOSPITAL
SOLDIERS & SAILORS MEMORIAL HOSPITAL OF YATES COUNTY
SONOMA VALLEY COMMUNITY HEALTH CENTER

SONORA COMMUNITY HOSPITAL DBA
ADVENTIST HEALTH SONORA
SOUTH BROOKLYN HEALTH (NYCHHC)
SOUTH CENTRAL FAMILY HEALTH CENTER
SOUTHBRIDGE MEDICAL ADVISORY
COUNCIL, INC. DBA HENRIETTA JOHNSON
MEDICAL CENTER
SOUTHERN TIER COMMUNITY HEALTH
CENTER NETWORK, INC
SPEARE MEMORIAL HOSPITAL
SPECTRUM HEALTH SERVICES, INC
SPRINGFIELD HOSPITAL
SPRINGFIELD MEDICAL CARE SYSTEM, INC
ST. JOHN'S WELL CHILD AND FAMILY
CENTER, INC.
ST. JOSEPH'S UNIVERSITY MEDICAL CENTER
ST. MARY'S HEALTHCARE
STAR COMMUNITY HEALTH, INC.
STRONG MEMORIAL HOSPITAL
SUN RIVER HEALTH, INC.
SUNSET PARK HEALTH COUNCIL, INC.
SUSQUEHANNA COMMUNITY HEALTH AND
DENTAL CLINIC, INC
SYNERGY WASTE MANAGEMENT, INC
SYRACUSE COMMUNITY HEALTH CENTER,
INC.
TARIAN GROUP LLC
TATE ENGINEERING SYSTEMS INC
TEMPLE UNIVERSITY HOSPITAL
THE ALBANY DAMIEN CENTER, INC. RW
THE ALBANY DAMIEN CENTER, INC. RWII
THE BROOKLYN HOSPITAL CENTER
THE JOSEPH P ADDABBO FAMILY HEALTH
CENTER, INC.
THIRD STREET COMMUNITY CLINIC
THOMAS JEFFERSON UNIVERSITY
HOSPITALS, INC.
THREE LOWER COUNTIES COMMUNITY
SERVICES, INC.
TIBURCIO VASQUEZ HEALTH CENTER
INCORPORATED
TILLAMOOK REGIONAL MEDICAL CENTER
TITUSVILLE AREA HOSPITAL
TRI-CITIES COMMUNITY HEALTH
TRILLIUM HEALTH, INC.
TRINITY HOSPITAL TWIN CITY
TYRONE HOSPITAL
UCI MEDICAL CENTER
ULTIMATE SIGNS & DESIGNS
UMPQUA COMMUNITY HEALTH CENTER, INC
DBA AVIVA HEALTH

UNITED HEALTH CENTERS OF THE SAN
JOAQUIN VALLEY
UNITY CARE NORTHWEST
UNIVERSAL COMMUNITY HEALTH CENTER
UNIVERSITY OF CALIFORNIA DAVIS
MEDICAL CENTER
UPMC HORIZON HOSPITAL
VALLEY HEALTH PARTNERS COMMUNITY
HEALTH CENTER
VALLEY HEALTH TEAM, INC.
VIRGINIA GARCIA MEMORIAL HEALTH
CENTER
VISITING NURSE ASSOCIATION OF CENTRAL
JERSEY COMMUNITY HEALTH
VISTA COMMUNITY CLINIC
WAYNE MEMORIAL COMMUNITY HEALTH
CENTERS
WECARE GROUP, THE
WEEKS MEDICAL CENTER
WEST CECIL HEALTH CENTER, INC.
WESTERN SIERRA MEDICAL CLINIC
WESTSIDE FAMILY HEALTHCARE, INC.
WHIDBEY GENERAL HOSPITAL
WHITNEY M. YOUNG, JR., HEALTH CENTER,
INC.
WILLITS HOSPITAL INC DBA ADVENTIST
HEALTH HOWARD MEMORIAL
WOODHULL HOSPITAL CENTER (NYCHHC)
WORLD HEALTH CLINICIANS
WRIGHT CENTER MEDICAL GROUP DBA THE
WRIGHT CENTER FOR COMMUNITY HEALTH
WYOMING COUNTY COMMUNITY HOSPITAL
YAKIMA VALLEY MEMORIAL HOSPITAL

## Insurance
ZURICH AMERICAN INSURANCE COMPANY

## Landlord
10-24 PORTLAND AVENUE LLC
1001 JEFFERSON, LLC
1021 FIRST AVENUE CONWAY, LLC
1024 S. MAIN, LLC
1041 BURNT TAVERN ROAD LLC
1093 GROUP, LLC
11 KNOLLSCRESCENT LLC
111 NORTH HIGH ASSOCIATES LP
111 WEST MAIN LLC
113 WEST POLK STREET LLC
1170 NW GILMAN HOLDINGS LLC
1201 BLAIR STREET LLC
122 LIBERTY LLC

1224 BROWNSVILLE RD., L.L.C.
1258 GROUP, LLC
1289 HOOKSETT ROAD LLC
1300 WEST F STREET OAKDALE LLC
13090 ALDEN NY LLC
1396 W. CHESTNUT LLC
1425 SOUTH H STREET, LLC
143 LORI LLC
1472 BOSTON ROAD LLC
149 SPRING STREET LLC
1505 ASSOCIATES
1509 AUBURN WAY LLC
1590 BUTTE HOUSE LLC
16 VICTORY INVESTMENTS
16200 BEAR VALLEY RD HLDG LLC
1679, LLC
169 HOLDING CORP
1698 PULASKI HIGHWAY LLC
1700 AVIATION BOULEVARD LLC
1700 MURRAY AVENUE LLC
1851 EAST STATE STREET LLC
1856 BROAD STREET ASSOCIATES,
1912 NORTH PEARL STREET LLC
200 AUGUSTA LLC
2097 W SHAW LLC
2175 BUFFALO NY LLC
2201 PCH LLC
224 GROUP, LLC
2260 JERUSALEM REALTY CORP
238 240 S BATTLEFIELD BLVD LLC
2468 GROUP INC
2545 GETZVILLE LLC
27 ROUND LAKE REALTY LLC
2801 FOSTER AVENUE LLC
2865 ELMWOOD AVE ASSOC LLC
29 ORINDA WAY LLC
29200 SIX MILE, LLC
2ND & VERMONT ASSOCIATES LTD
3-D ASSOCIATES, LLC
3301 PROPERTIES LLC
336 UNION REALTY LLC
350 NIAGARA LLC
35TH STROUSS ASSOCIATES
3730 BRIGHTON ROAD, L.L.C.
4 AMIGOS LLC
4000 WOODHAVEN HOLDINGS DE LLC
4151 WHITE PLAINS ROAD LLC
4155 GIBSONIA PA LLC
4390 RICHMOND ST LLC
4628 GROUP INC
5-7 MILL ROAD LLC
5007 TRANSIT ROAD LLC

5015 HOLDINGS LLC
508 MONROE TURNPIKE, LLC
5214 BALTIMORE ASSOCIATES LLC
5215 PROPERTIES LLC
526 EAST BIDWELL LLC
53 DANIEL WEBSTER HWY NORTH
5601 22ND LLC
569 BROADWAY ASSOCIATES
577 MAST ROAD LLC
57701 TWENTYNINE PALMS LLC
59 NORTH QUEEN LLC
5931 ATLANTIC LLC
6075-79 LLC
6300 YORK RD SHOPPING CTR LLC
6354 PARTNERS
6365 LIBRARY ROAD LLC
65 VICTORY INVESTMENTS LLC
6515 ASSOCIATES LP
6900 FOURTH LLC
69TH STREET RETAIL OWNER LP
700 E 24TH ST LLC
701 ASSOCIATES
702 BROWNING LANE REALTY LLC
770 TAMALPAIS DRIVE
7900 BELLAIRE I LTD
7900 SUNSET LP
8222 PROPERTY LLC
824 CATHARINE STREET LLC
8246 DELAWARE INC
9160 MAIN LLC
92 VICTORY INVESTMENTS LLC
AAT DEL MONTE LLC
ABNET REALTY COMPANY
ACTC LLC
ACV EMPORIUM LLC
ACV PIER HIGH POINT, LLC
ADEN CAPITAL LLC
AF-SAVANNAH LLC
AG WG I LLC
AHB ATLANTIC REALTY, LLC
AHM PROPERTIES LLC
AIRPORT PLAZA OWNER LLC
AJMAL DEVELOPMENT LLC
AKA INVESTMENT GROUP LLC
AKMS LTD
ALD CAPITAL PA, LLC
ALLEGHENY COUNTY AIRPORT AUTH
ALLEGRO TOWERS, LP
ALMONTE FRANCIS BLVD RLTY LLC
ALSCOTT REAL ESTATE LLC
ALTA & SAGINAW ASSOCIATES LLC
ALTA LOMA LLC

ALTRA REALTY LLC
AMBRIDGE MANAGEMENT CORP
AMERICAN BUILDING ASSOC. #863
AMERIKO, INC.
AMS AKRONDG LLC
ANDERSON RETAIL, LLC
ANDREW AND CATHY CESARZ
AQUITANIA CORP. C/O RAYMOND K
AR & MC COMPANY
ARC DBPPROP001 LLC
ARC RACARPA001 LP
ARC RAPITPA001 LP
ARCADIA LIVE OAK INV LLC
ARDENA LR LLC
ARDSLEY ASSOCIATES, LLC
AREA 59 LLC
ARGO KENNEWICK LLC
ARGO YAKIMA LLC
ARGONNE MISSION LLC
ARISSA BALABAN
ARNO & ADELHEID ROSCHER LVG TR
ASP REALTY, INC
ASSET PROPERTY HOLDINGS LLC
ATASCADERO PREC, LLC
ATCO EQUITIES, LLC
AUBAY LLC
AUDUBON SQUARE, INC.
AULDAN COMPANY LLC
AZEETA-R LLC
B.A.G. FIGVIEW #199C, LP
B.A.G. NORTHEAST NO. 195 LP
B.C.G. REALTY INC.
B10 MOUNTAIN A LA LP
B10 MOUNTAIN A OC LP
B10 MOUNTAIN A OR LLC
B10 MOUNTAIN A WA LLC
B10 MOUNTAIN B LA LP
B10 MOUNTAIN B OR LLC
B10 MOUNTAIN B WA LLC
B21 LLC
BA ARIZONA PARTNERS LLC
BACK9 REALTY LLC
BAINBRIDGE ROSLYN LLC
BAKEWELL THOUSAND OAKS LP
BALDEN TOWNE PLAZA LIMITED PAR
BALDRIDGE ABERDEEN LLC
BALDRIDGE LACY, LLC
BALDRIDGE PORT ORCHARD, LLC
BALDRIDGE-MONROE LLC
BALDRIDGE-STANWOOD LLC
BALES FARMINGTON LLC
BALZAC PROPERTIES II

BANDAID NORTH HAMPTON, LLC
BANETTE PROPERTIES LLC
BARBARA J BARRETT INVESTMENT
BATAVIA FINE INC
BEAR CREEK SHPG CTR
BELLA BOTTEGA PARTNERS
BENCHMARK HAMBURG PLAZA
BENDERSON 85-1 TRUST
BENNETT INVESTMENT CORP
BERGER SINGERMAN LLP
BERLIN LAND ASSOCIATES LLC
BERNARD W HUMMELT MD LIMITED
BESTE MANAGEMENT CO.
BETHEL PARK LIBRARY LLC
BETHEL STATION GROUP, LLC
BETTY HA FONG IRREVOCABLETRUST
BFI-2 LLC
BG214 PROPERTIES LLC
BILL KWONG
BIRDS PATH PROPERITES LP
BLACKTIDE SANTA PAULA LLC
BLI SUNSET SQUARE, LLC
BLOCH IRONWOOD LLC
BLOCK FAMILY LLC
BLOOMSBURG CENTER ASSOCIATES
BLP POLK LP
BLS ASSET MGMT CORP
BLS BRATTLEBORO LLC
BLUE JAY CENTER LLC
BLUE MERCED R1414 LLC
BLUMEL-211 ASSOCIATES, LLC
BMY LLC
BNY EAC-I, LLC - C/O BENDERSON
BOLO CORPORATION
BONITA CENTRE (EDENS), LLC
BONITA POINT PLAZA
BOUTRONICS CORPORATION
BOYD & MAHONEY PARTNERS
BRANCIFORTE APARTMENTS LLC
BRANDYWINE VILLAGE ASSOC.
BREIT BINGO HOLDINGS LLC
BRENNAN FROST LLC
BRITHYM REALTY CO.
BRIXMOR MANAGEMENT JV 2 LLC
BRIXMOR SPE 2 LLC
BRIXTON INVESTMENT COMPANY LLC
BRUNSWICK SQUARE REALTY LLC
BSM REALTY LLC
BTP MODESTO LLC
BTS (WYOMISSING) LP
BUFFALO-MAIN STREET, LLC 60258
BURLINGTON COAT FACTORY WHSE

BURLINGTON NORTH, LLC.
BWGW LLC
C & H UNLIMITED
C & P ASSOCIATES
C & S PROPERTY INVESTMENT CORP
C A H INVESTMENTS
CAMELOT HOLDING LP
CAMERON APARTMENTS, GP
CANYON CREST TOWNE CTR LLC
CANYON GATEWAY PLAZA LLC
CARBON PLAZA SHOPPING CTR LLC
CARDINAL ASSOCIATES III, L.L.C
CARMEL SHOPRITE PLAZA
CAROLINA CHERRY PROPERTIES, LP
CARSON NORMANDIE PLAZA LLC
CARSTENS REALTY
CASCADE COMMONS LLC
CASCADE SQUARE LLC
CASTE VILLAGE INC.
CATHEDRAL VILLAGE S/C, LLC.
CEDAR PLAZA LLC
CELTIC PROPERTIES
CENTER PLAZA LP
CENTRAL COAST PROPERTIES
CENTRAL WAY MANAGEMENT LLC
CENTRE PLACE WALNUT CREEK LLC
CH RETAIL FUND II/PHILA
CHARLES HUENERGARDT
CHELTEN PARTNERS LLC
CHENG GONG NJ REALTY LLC
CHESAPEAKE INVESTMENT COMPANY
CHINA LAKE & RIDGECREST LLC
CHO & PARK PROPERTY MGMT LLC
CHO-MCKINLEYVILLE LLC
CHURCHILL SECURITY INVST. LLC
CKAD HOLDINGS LLC
CKR LLC
CLAIREMONT VILLAGE QUAD LLC
CLAUDE LAMBERT MCCOMBS
CLG PROPERTIES LLC
CLIFFORD D. STEVES
CLPF HARBOUR POINTE LLC
COAL CREEK LLC
COASTAL REALTY CO, INC
COASTAL SERHOE
COBALT PROPERTIES NH CORP
COLD SPRING LP
COLE EK PHILADELPHIA PA, LLC
COLELLA FAMILY PARTNERS
COLONIAL PLAZA ASSOCS
COLONY HOLDING COMPANY
COLUMBIA CENTRAL GROUP LLC

CONNOLLY REALTY
CONSTANCE L CHRISTENSEN TRUST
CONTEMPO TEMPE
CONTINGENCE LLC
CONTINUUM PROPERTIES LLC
COOPER ONE, L.L.C.
COOPER POINT CANYON PLAZA LLC
COPPER & MAPLE ASSOCIATES LLC
CP BECKETT GROUP, INC.
CP MANAGEMENT GROUP II LLC
CP/IPERS WOODFIELD, LLC
CPG LATROBE LLC
CPT SHOPS AT ROSSMOOR LLC
CREST PROPERTIES LLC
CRH-A LLP
CROSSROADS PARTNERSHIP
CROSSTOWN DUBOIS LLC
CROWN SCOTT TWP HOLDINGS LLC
CSP PASCO, LLC
CSQUARED, LLC
CTC RAD DOVER LLC
CUSUMAN & GORSEN ASSOC
D&A INVESTMENT GROUP LLC
D&L RENTAL, LLC
DAHA INVESTMENTS
DANIEL G KAMIN
DANIEL G KAMIN BANKSVILLE LLC
DANIEL G KAMIN BATH LLC
DANIEL G KAMIN CHARLEROI LLC
DANIEL G KAMIN CHESAPEAKE LLC
DANIEL G KAMIN CLEMENTS BRIDGE
DANIEL G KAMIN EDGEWOOD LLC
DANIEL G KAMIN GLOVERSVILLE
DANIEL G KAMIN IRONDEQUOIT LLC
DANIEL G KAMIN KINGSTON, LLC
DANIEL G KAMIN MILFORD LLC
DANIEL G KAMIN OXFORD AVE CORP
DANIEL G KAMIN QUARRYVILLE LLC
DANIEL G KAMIN RANDOLPH LLC
DANIEL G KAMIN STRATFORD LLC
DANIEL G KAMIN SYRACUSE LLC
DANIEL G KAMIN VERMONT LLC
DANIEL G KAMIN VIRGINIA BEACH
DANIEL G KAMIN WHITE HORSE PK
DANIEL G KAMIN WHITESBORO LLC
DANIEL G KAMIN WILMINGTON LLC
DANIEL JOHNSON
DANIEL KAMIN
DANIEL L CAPP
DCE PROPERTIES LP
DCTN3448 PLUMSTEADVILLE PA LLC
DEER PARK REALTY CO LLC

DEL MAR HIGHLANDS
DELILAH REALTY CO.
DEPARTMENT OF NATURAL RESOURC
DERLA LLC
DERRY REALTY GROUP LLC
DESI AMIGOS SOCAL LLC
DEVONSHIRE AND MASON INVESTORS
DG RAN, LLC
DGMM, LP
DIADON LLC
DILLSBURG CENTER LLC
DINO PERSIO
DJM NNN IV LLC
DOMAIN CORPORATION
DON FRUCIANO TRUSTEE OF THE
DONAHUE SCHRIBER REALTY GRP LP
DOUBLE RAYMOND, LLC
DOUGLAS WAY BLDG CORP
DOUGLASS
DOVER MANAGEMENT CO
DREW MANAGEMENT CORP.
DS CANYON PARK LP
DS PROPERTIES 18 LP
DSM MB I LLC
E A GRANCHELLI DEVELOPER LLC
EAGLE PROPERTIES AND MANAGEMEN
EAST PARK DEVELOPMENT LLC
EASTON SHOPPING CENTER LLC
EASTPORT REGENCY, LLC
ECHO HOLLOW PROPERTIES LLC
ECK ALIQUIPPA LLC.
ECKVILLE, LP
EDGEMARK LITTLETON LLC
EDWARD E. SIMPKINS
ELBE ASSOCIATES LLC
ELTINGVILLE SHOPPING CTR OWNER
ENNABE PROPERTIES INC
EPSTEIN SCARBOROUGH LLC
EQUITY ONE(COPPS HILL) LLC
EQUITY ONE(NE PORTFOLIO) LLC
ESC PARTNERS LP TRUST
ETHAN CONRAD PROPERTIES
EVERGREEN VILLAGE LLC
EXCEL REALTY PARTNERS LP
EXCELA HEALTH VENTURES LLC
EXETER RETAIL, LLC
F & N SHOPPING VILLAGE
FACCIOLA REAL ESTATE AND INVES
FAIR OAKS LLC
FAIRVIEW SHOPPING CENTER
FAMTAN ASSOCIATES
FARMERS & MERCHANTS BANK FOR

FASO GROUP LLC
FELFAM LP
FELOS ASSOCIATES LLC
FG-10 LINCOLN HWY, LLC
FGR EXPO 13 LLC
FICUS COLUMNS PROPERTIES LP
FIRST BANKS
FIRST CALIFORNIA HOLDINGS, LLC
FIRST PRIORITY FUNDING LLC
FIRST RICHLAND LP
FIRST TENNESSEE BANK NA
FIRST TRACKS REALTY LLC
FISHS EDDY IV LLC
FONTANA SOUTHRIDGE PARTNERS LP
FOOTHILL CENTER PARTNERS LLC
FOOTHILL INVESTMENT PARTNERS
FOOTHILL OAKS SHOPPING CENTER
FOREST VALLEY STATION LLC
FORTY FORTY BROADWAY RLTY CORP
FOUR BEARS HOLDINGS LIMITED
FOUR CITY CENTER OP LP
FOUR H INVESTMENTS, INC.
FOWLER CLWA LLC
FRANCIS BELLERIVE INVT US CORP
FRANKLIN HOLDINGS LLC
FREDERICK JEAN
FRO LLC II
FW CA-GRANADA VILLAGE LLC
FW OR-GREENWAY TOWN CENTER LLC
FW WA-EASTGATE PLAZA LLC
G & N REALTY INC.
G DAVIS PROPERTIES LLC
G TUMBER, J SAGGI, D HARRISON
G2 PROPERTIES, LLC
GABRIELSEN FAMILY LP I
GALLASHEA PROPERTIES, LLC
GALLUP & WHALEN SANTA MARIA
GARTIN PROPERTIES LLC
GARY D BOBO & JOY B BOBO
GATEWAY CORP CENTER LP
GAUBE EQUITY INVESTMENTS LLC
GC MAIN STREET OWNERS LLC
GELB INVESTMENTS RA LLC
GELSOMIN FAMILY LTD PARTNERSHI
GEORGE APOSTOLICAS
GEORGE J WHITEHEAD
GEORGETOWN PLAZA ASSOC, LLC
GERMANTOWN PLAZA
GERSHMAN PROPERTIES LLC
GIBRALTAR MANAGEMENT CO INC
GIFFORD MEDICAL CENTER
GITOMER FAMILY REALTY LLC

GLACIER PARTNERS
GLASGOW SHOP CTR, INC
GLENDALE PLAZA SHOPPING CENTER
GLENMORE 7118 LLC
GLENWOOD ASSOCIATES, LLC
GLIDER RIDGE LLC
GLIMCOR SEWICKLEY 1995 LIMITED
GLOBAL RETAIL INVESTORS LLC
GMF DRUG STORES, LLC
GMS MGT CO, INC
GOH PROPERTIES LP
GOLDCO PARTNERS
GOLDENBERG ASSOCS
GOTTLIEB HAMPTON DRUGSTORE LLC
GOULD SHOPPING CENTER
GRADERA PROPERTIES, LLC
GRAND & ELM PARTNERS, LP
GRAND HOST INC
GRANT ACQUISITIONS
GRANTS PASS VENTURE LLC
GREAT BUTLER MART
GREAT CHI INVESTMENT LLC
GREATER HILANDS LLC
GREEN LAKE PHASE II LLC
GREENSPRING MALL LTD PTSHP
GREENWOOD 85TH STREET LLC
GREGORY P DISCHINAT
GRH ALBANY PLAZA LLC
GRI FAIRWOOD LLC
GRI SUNSET PLAZA LLC
GRIFFIN FAMILY CORP.
GROTHE FAMILY TRUST
GSA I SPE LLC
GULL INDUSTRIES INC
GUSTAVE MEYER
GVH CLEARFIELD LLC
H&C HOLDINGS LLC
H&J 5 INVESTMENTS, LLC
H&M REALTY ASSOCIATES, LLC
HAMASHO INC
HAMBURG REALTY PROPERTIES INC
HAMILTON SAN JOSE CA SR LP
HAMPTON'S PONQUOGUE, LLC
HARBOR CENTER PARTNERS LP
HARBOR PACIFIC PROPERTIES, LLC
HARLEM GENESEE MKT. & NURSERY,
HARMONY FOUR ASSOCS L P
HARPROP, INC
HARRINGTON FAMILY FOUNDATION
HAUPPAUGE PROPERTIES LLC
HAVENTEN LLC
HAWLEY REALTY LIMITED PARTNERS

HBC LAKE STEVENS LLC
HBC MAGNOLIA LLC
HEMMAT FAMILY LLC
HENBART LLC
HERALD FORD, INC
HERITAGE HOLDINGS MGMT GROUP
HHL PROPERTIES LP
HIGHLANDS CENTER HOLDINGS LLC
HIGHPOINT PROPERTIES, LP
HILLSBOROUGH HAVEN
HILLSIDE PLAZA, L.L.C.
HOLDENER HOLDINGS LLC
HOLDENER TRUSTEE E. HOLDENER
HONG KONG METRO REALTY CO INC
HOPEWELL PLAZA LLC
HOROWITZ FAMILY TRUST/FRANDSON
HOUGHTON LANE LLC
HPT (CHAMBERSBURG) LP
HPT (CORAOPOLIS) LP
HPT (DERRY) LP
HPT (GEISTOWN) LP
HPT (HOMESTEAD) LP
HPT (KANE) LP
HPT (NATRONA HEIGHTS) LP
HPT (SHAMOKIN) LP
HPT (SPRING GROVE) LP
HPT (WAYNESBURG) LP
HR, LLC
HS BELMONT LLC
HUBERT TSANG
HUDSON 71 LOWELL, LC
HUNT MANAGEMENT COMPANY
HUNTINGDON PIKE COMPANY
HURFVILLE EQUITIES LLC
HVP 2 LLC
HW RIVERSIDE ARLINGTON LLC
HWN-MARIPOSA ASSOC, LLC
I SCHREIBER & ASSOCIATES LLC
I.C. WASHINGTON, INC.
IA SAN PEDRO GARDEN LLC
IC SOMERVILLE INC
IMOLA CABOT PARTNERS LLC
INDEPENDENCE PLAZA SC LLC
INGLEWOOD VILLAGE LLC
INLAND COMMERCIAL RE LLC
IRVIN WEINSTOCK
IRVINE COMPANY
ISKALO 140 PINE LLC
ISLAND VENTURES LLC
ISLAND VILLAGE REGENCY, LLC
ISLE WEST PROPERTIES LLC
J MARC BAUERLE & MARCI K RADEL

J-POWERHOUSE PLAZA LLLP
JACJHIN LLC
JADA BEACON LLC
JAMES & JULEE SIEVERS
JAMES MICHAEL CRANFORD
JAMES P WOHL
JASON FAZZARI
JAY ANDRE
JB-AW ANTIOCH LLC
JBA GREENTREE PROPERTIES, LLC
JEFFERSON PLACE LLC
JEFFREY BRIAN WONG
JEONG IN OH
JESS RANCH BREA RETAIL XVI
JEVELI HOLDINGS LLC
JLK NEWTOWN SQUARE ASSOC LLC
JO BORGEN LLC
JOANIE MICHAELSON
JOHN CALABRIA
JONATHAN CLAYTON DEL SECCO
JONES LANG LASALLE AMERICAS
JOSEPH AMMENDOLA
JOSEPH MURPHY CORPORATION
JOSEPHO WILSHIRE HOLDINGS LLC
JR SIMPLOT CO
JRC ASSETS, LP
JSK LEBANON LLC
JSK REALTY COMPANY
JUMPING HORSE RANCH, INC.
JUN&CAROL LEE, TRUSTEES OF LEE
K TENTH STREET PROPERTIES LP
KACHR, LLC
KARYGIANNIS AND GRILAS
KATHY L MINDLER
KEARNEY PALMS LLC
KEIREN LLC
KEIZER CREEKSIDE CENTER
KELETHIN INVESTMENTS LLC
KENMORE 18050 LLC, ET AL
KENNIE SANCHEZ
KERNYEE PROPERTY LLC
KERRY WILEY
KEVIN J CHAMAS
KEYSER VILLAGE, LLC
KHASIGIAN PROPERTIES LP
KIMCO REALTY OP LLC-KIMSFACT
KIMCO REALTY OP LLC-SILVERDALE
KIMCO REALTY OP LLC-WRIFREEDOM
KIN PROPERTIES, INC.
KING HOOF LLC
KIRKLAND TOTEM LAKE LLC
KITSIGIANIS PROPERTIES LLC

KK GREAT NECK 2470, LLC
KLP BURIEN TOWN PLAZA LLC
KSL HOLDINGS-MEREDITH NH LLC
KUDU INVEST LLC
L E H T PARTNERS LP
L0S ROBLES GROUP LLC
LA SIERRA & PIERCE ASSOCIATES
LAGUNA OAKS LLC
LAKE SERENE SC LLC
LAKEMOOR PROPERTIES LLC
LAKEVIEW PLACE BUILDING A LLC
LAKHA PROPERTIES - MILL CREEK
LAMAR BUILDING CO INC
LANCASTER DEVELOPMENT CO
LAO CO
LARCHMONT PROPERTIES, LTD.
LAURIE DAVIS
LAWRENCE M KAPLAN LLC
LDC ALTA LOMA SQUARE LLC
LDC CENTRAL PARK PLAZA, LLC
LEE CENTER IV LLC
LEE WAN PROPERTIES LLC
LEONZI ENTERPRISES LLC
LEVIN MANAGEMENT CORP
LEVINE INVESTMENT LP
LEWISTON CENTER EQUITIES LLC
LF2 ROCK CREEK LP
LG LINDENHURST ASSOCIATES LLC
LIFETIME BENEFITS TRUST FOR
LIGHTHOUSE COMMONS, LLC
LIMONITE AVE HOLDINGS LLC
LINCOLN HEIGHTS CENTER LLC
LINCOLN PARTNERSHIP 2015 LLC
LINCOLN PROPERTIES LTD
LINDA MAR S.C. LP
LINDA PLAZA PROPERTIES
LITTLE SAFFORD CORP
LITTLETON REALTY TRUST
LLOYD WELLS GIFT TRUST
LMD PROPERTIES LLC
LONDONDERRY CROSSROADS REALTY,
LONGMEADOW WOLCOTT LLC
LONGVIEW SHOPPING CENTER LLC
LOS OSOS COMMERCIAL LLC
LOT-2-WILLIAMS-MULHOLLAND LLC
LOUMAR FAMILY LP
LOYAL PLAZA SC LLC
LS MORRELL, LLC
LUCILLE E DAVISON TRST OF 2000
LUCILLE F MORGAN IRREVOC LIVIN
LYNNE TANKLAGE
LYNNFIELD CENTRE REALTY LLC

M & B ASSOCIATES
M. NASIR & NILOFAR SHAIKH
MAAT HOLDINGS LLC
MABELA VP, LP
MAHOPAC IMPROVEMENTS OWNER LLC
MAIN STREET PRESERVATION TRUST
MANOA S/C ASSOCIATES, LP
MANP CDM LLC
MANP LAGUNA WOODS LLC
MANP LOMA LINDA LLC
MANUEL E OR LAURINDA M VIEIRA
MAPLE LEAF INVESTMENTS II LLC
MAR-BANK INVESTMENT COMPANY
MAR-MART REALTY CO INC
MARGARET WANG DREAM TRUST
MARIANNE SHINE TRUSTEE
MARIST CENTERPOINT, LLC
MARK CLARKS SUMMIT NO ASSOC LP
MARKET SQUARE PLAZA I, LLC
MARTIN LIN & ALICE FANG
MARY ANN S GENUARIO
MARYLAND SQUARE SC, LLC (ASSET
MATTKARR PROPERTIES LLC
MAY DEVELOPMENT, LLC
MBA CROSSROADS LLC
MCCORDUCK PROPERTIES
MCKNIGHT REALTY GROUP # 6
MDC EAST COLLEGE LLC
MDC EAST HOBSON LLC
MDC SEAL BEACH LLC
MEAGHER INVESTMENTS LLC
MEGDAL SANTEE LLC
MELBOURNE ASSOCIATES, VII, L.L
MELVIN & MARY SCHAEFER
MESA SHOPPING CENTER
METROPOLITAN MANAGEMENT CORP
MGP XI NORTHGATE LLC
MGPXI-A TWN CTR LAKEFOREST LLC
MICHAEL A. SERLUCO
MID-PENINSULA MANAGEMENT INC
MIDDLE ISLAND PLAZA, LLC
MIDWOOD MANAGEMENT CORP
MIKE & JOSEPHINE MRA, LP
MILL AVENUE ASSOCIATES, LLC
MILL SHOP ON BROAD, LLC
MILLERS FURNITURE INDUSTRIES
MINDSET GURUS LLC
MISSION PLAZA, LLC
MISSION VILLAGE
MK REALTY MTDE LLC
MK-MENLO PLEASANT VALLEY LP
MK-MENLO PROPERTY OWNER LLC

MKR RITE LLC
MLG REAL ESTATE LLC
MLJM 228 LLC
MMDG LP
MONIEM SHAABAN
MONROE MONTROSE, LLC
MONTEBELLO (EDENS) LLC
MONTECITO MARKETPLACE ASSOC
MONTGOMERY DEL VAL ASSN., LP
MORELAND ARIZONA PROPERTIES
MS JOANN DISCHINAT
MSF RACH-I, LLC - C/O BENDERSO
MSF SENECA, LLC
MSF TRANSIT, LLC
MT LEBANON COOKE LP
MT VERNON PLAZA CENTER ASSOC
MT. WASHINGTON MOSITES, LP
MUSSO 3636 LLC
MUSTANG SQUARE LLC
MY-T-FEIN DEVELOPERS LLC
NAIDU BUILDINGS, LLC
NATHAN FAMILY LLC
NATIONAL RETAIL PROPERTIES, IN
NAUGATUCK RITE, LLC
NB PENN LLC
NEFESH MANAGEMENT CORP
NEM LLP
NEW ALPINE INVESTMENT, LLC
NEW CENTURY ASSOCIATES GROUP,
NEW HARTFORD HOLDINGS LLC
NEW WAPPINGERS CENTER POINT, L
NEWARK NNN LLC
NEWMAR LLC/SYDNEY JOHNSON
NEWMARK LLC
NFNY BUSINESS TRUST
NG19 LP
NICHOLAS KARTSONAS
NIELSEN HOLDINGS INC.
NINO FAMILY HERITAGE PLAZA LLC
NKT HOLDINGS LLC
NKT UNIVERSITY SQUARE LLC
NMP-C4 FAIRFIELD S/C LLC
NNR ASSOC.
NOB HILL PARTNERS LLC
NORTH NATOMAS TOWN CENTER LLC
NORTH PACIFIC MANAGEMENT INC
NORTH STATE DEVELOPMENT CO
NORTHERN CALIFORNIA TRUST OF C
NORTHGATE ENTERPRISES LLC
NORTHGATE-STONE AVENUE BLDG
NORTHWEST PLAZA 2 LLP
NOSTRAND PROPERTY OWNER LLC

NVRTHRU GROUP LLC
NWCC RIVERWAY LLC
NY PHARMACY PARTNERS LLC
OAKLAND REAL ESTATE COMPANY, I
OCEAN BLUE INVESTMENTS, LLC
OCEAN COUNTY EQUITIES LLC
OCEAN VIEW HOLDING CORPORATION
OFP WAGRADOL PA2, LLC
OLIVE PROPERTIES LLC
OLIVE TREE CORNING PLAZA LLC
OLIVEIRA PLAZA SPE LLC
OLIVEWOOD PROPERTIES, LLC
ONE PARAGON DRIVE, L.P.
ONLINE PROPERTY MGT LLC
OPPORTUNITY PROPERTY DEV LLC
ORANGETHORPE DFWU LLC
OREGON CTR LLC
ORION DEVELOPMENT RA LXVII LLC
ORO GRANDE LLC
OSBORNE ASSOCIATES II, L.P.
OSBORNE ASSOCIATES VIII, L.L.C
OSBORNE ASSOCIATES, VI, L.L.C.
OSJ OF PETERBOROUGH LLC
OVERAA ASSOCIATES
P&F RETAIL ASSOC. L.P.
P2J2 SHADLE ASSOC LLC
PAC TRUST
PACAZ REALTY, LLC
PACIFIC WEST COAST PROPERTIES
PACIFIC/COSTANZO-LEWIS
PACIFIC/COSTANZO-RITE AID
PACOIMA PLAZA
PALOUSE MALL LLC
PAN PACIFIC JEFF SQUARE LL
PANTHER LAKE PROPERTY OWNER
PARK VIEW PARTNERS
PARKVILLE PROPERTIES LLC
PARKWOOD JOINT VENTURE
PARSI INVESTMENTS LLC
PATRIOT INVESTMENT GROUP LLC
PAUL L GOULD TRUSTEE OF
PAULO ALTOONA LLC
PAVILION DEVELOPMENT FOUR
PAVILION DEVELOPMENT ONE
PAVILION DEVELOPMENT THREE
PAVILLION DEVELOPMENT TWO
PCE PARTNERS LLC
PDQ KENLEON DELTON LLC
PENALVER PROPERTIES PA, LLC
PENN HILLS RETAIL, LP
PENTON COMPANY
PEQUA JAZ LLC AS AGENT FOR

PETE ORTIZ AND ERLINDA ORTIZ
PETER BIHARI
PETER BOLLINGER INVESTMENT
PETERKORT TOWNE SQ LLC-CTA
PFEIL MURRELL CO LLC
PHR VILLAGE LLC
PICO-24TH STREET LLC
PINEWINDS INVESTMENTS, LLC
PINNACLE BELLEVUE DEVELOPMENT
PINTZUK SUMMERDALE
PIPERS PROPERTY MGNT CORP
PISMO COAST PLAZA LLC
PITTSBURGH-SSW1 NOTE OWNER LLC
PITTSTON SHOPPING PLAZA LLC
PK II TANASBOURNE VILLAGE LP
PKM HOLDINGS, INC.
PL RANCHO LP
PLATT PARTNERS
PLAYA GALLERIA SHOPPING CT LLC
PLAZA GROUP 167 LLC
PLAZA GROUP 304 LLC
PLAZA K REALTY-COLUMBIA LLC
POLLY DRUMMOND CENTER T/A ROJA
POND STREET PARTNERS
POOJA ENTERPRISES LLC
POQUOSON COMMONS RETAIL INVEST
PREMIERE PROPERTIES LLC
PRH LCC
PRIME/FRIT BELL GARDEN LLC
PRINCIPAL MUTUAL LIFE INS CO
PROFECTUS CAPITAL LLC
PROPERTIES 1959 LLC
PT-88 REALTY CO, INC
PUBA PROPERTIES
PUTNAM PLAZA OPER. ACCT
QCSI SIX LLC
QUAD B ENTERPRISES LLC
QUAKERTOWN JOINT VENTURE
R.A. BENTLEYVILLE LLC
R2K RAHAZPA LLC
RA HOPEWELL LLC
RA OROVILLE LLC
RA STONEROOK
RA STONEROOK 1550 COLUMBIA AVE
RA STONEROOK/4150 N GEORGE ST
RA-PA, LLC
RA2 MERCERVILLE LLC
RA2 PASADENA LP
RAD CHILI LLC
RAD CONNELLSVILLE LLC
RAD GEM HEIGHTS LLC
RAD NY ELMIRA I PROP OWNER LLC

RAD PA LLC
RAD PA PHILA PROP OWNER LLC
RAINTREE REALTY LLC
RANCHO DEL MAR CENTER LLC
RANDALL BENDERSON 1993 TRUST
RANDALL BENDERSON 1993-1 TRUST
RAP DALLAS LP
RAP EAST MARKET YORK, LLC
RAP ETTERS, LLC
RAP HAMLIN LP
RAP LEADER HEIGHTS LLC
RAP MILFORD, LLC
RAP SMYRNA LLC
RAR2 QUEEN ANNE - EDEN HILL
RARED ALLENSTOWN LLC
RARED JAFFREY LLC
RARED MANCHESTER NH LLC
RAUF R MANAGEMENT
RAX OHPA OWNER LLC
RC SOUTHAMPTON LLC
RCCA INC
RCS DEVELOPMENT COMPANY
REALMARQ DEVELOPMENT, LLC
REALTY INCOME CORP
REALTY INCOME CORPORATION
REALTY INCOME PA PROPERTIES
REALTY INCOME PROP 16 LLC
REALTY INCOME PROP 9 LLC
REALTY INCOME TRUST 2
RED LION BROADWAY LLC
REDONDO PRIME 1, LLC
REDWOOD VILLAGE SC
REGENCY CENTERS LP
REGENCY CENTERS, LP
REGENCY CENTERS, LP (LEASE 155
REGENT INTERNATIONAL LLC
REHOBOTH MALL G.P. LIMITED PA
REL COMMONS, LLC
RI-GRASS VALLEY, LLC
RICH/CHERRY LLC
RICHARD TOCHA
RICHBORO PLAZA ASSOCIATES LP
RICHFIELD ASSOCIATES
RICHMOND GROUP 26 LLC
RITA RUDMAN REVOCABLE TRUST
RITE AID PLAZA-WALDWICK PLAZA
RITE DUNMORE LLC
RITE INVESTORS #2-MD
RIVARD PIZZA, LLC
RIVER OAKS 1990 ASSOCIATES
RIVERBAY CORP
RIVERDALE PARK ASSOCIATES

RIVERSIDE HOLDINGS LLC
RIVERSIDE KNOLLS LTD.
RIZONA INC
RJ LAND CO LP
RJAC1 LLC
ROBERT & MARCIA KEELINE
ROBERT E DAHMS JR
ROBERT S AND CELESTE MARIN
ROBINS CARLSBAD, LLC
ROCHDALE VILLAGE, INC
ROCHESTER NY REAL ESTATE LLC
ROCKY HOME PLAZA INC
RODRIGUEZ FAMILY TRUST UDT
ROIC FOUR COURNER SQUARE, LLC
ROIC OREGON LLC
ROIC PARAMOUNT PLAZA LLC
ROIC WASHINGTON LLC
ROIC WASHINGTON, LLC
ROJEN, LP C/O HOLLAND PROPERTI
RONALD & LOLA BRASHEAR
RONALD BENDERSON 1995 TRUST
ROSEDALE BAY INVESTMENTS LLC
ROSSANO REALTY
ROWLAND RANCH PROPERTIES LLC
RS REALTY PARTNERS LP
RSS CENTER LLC
RUI LING LU
RULLO FAMILY LTD PARTNERSHIP
RWY TRUST
RX CAMBRIDGE INVESTORS, LLC
RX COMPTON INVESTORS DBT
RX NANTY GLO INVESTORS LLC
RX NEWBURG OWNERS LLC
RYBA REAL ESTATE INC.
RYKAL ASSOCIATES
S & F MOTEL CO LLC
S & N II, LTD
S & P INVESTMENTS
S DAVIS REAL ESTATE HLDG LLC
S.K.D. CONSTRUCTION COMPANY
SACC INC.
SADG-1 LIMITED PARTNERS
SADG-3 LIMITED PARTNERSHIP
SADG-4 LP
SAFEWAY INC/PDA #9856610101
SAJ LLC
SAKIOKA FARMS
SALLY FRIEDMAN
SAM CAPE HENRY, LLC
SAMUEL AND MARGOT THOMAS
SANDEEP K GUPTA
SANDERSON J RAY-TUSTIN RANCH

SANDY SELF STORAGE
SARA & BENNY REALTY CORP.
SARNIA PROPERTIES INC
SATHER GATE PARTNERS LLC
SATICOY PLAZA LLC
SAYRE DEVELOPERS, L.L.C.
SBH LLC
SCHWAB CHILD 2016 IRRE TRUST
SCHWARTZ HALFMOON ASSOCIATES,
SCOTTSVILLE ASSOCIATES
SCOTTSVILLE CENTER LLC
SEAFORD COMMERCIAL 28 LLC
SEECHE REALTY TRUST
SEHOME VILLAGE
SERIES IV CHANNEL ISLAND BUS
SERVICE PROPERTIES TRUST
SHALER ZAMAGIAS
SHELDON PLAZA, LLC
SHENANDOAH RX ASSOCIATES LLC
SHIRLEY OSUMI
SHIV LAND COMPANY, LLC
SHIV SHAKTI INDUSTRIES, INC.
SHOP CITY PW/LB, LLC
SHOPRITE SUPERMARKETS INC
SHOPS AT HAMPTON TOWNE CTR LLC
SHREWSBURY LTD. PARTNERSHIP
SILVERADO PARTNERS LLC
SIMPSON-FERRY LLC
SJN CLAREMONT PROP ASSOC, LLC
SKBB INVESTMENTS
SLACK & WINZLER PROPS, LTD
SLD-COLLINGSWOOD LLC AND
SLF PROPERTIES LLC
SLIGO REALTY AND SERVICE CORP
SN INVESTMENT PROPERTIES LLC
SOMIL GANDHI
SOUTH BAY PROPERTIES LLC
SOUTHERN BOULEVARD REALTY
SOUTHSIDE GATEWAY HOLDINGS LLC
SOUTHSIDE REAL ESTATE LP
SPENCER SQUARE LTD
SPP INVESTORS LLC
SPS I LLC
SPS REALTY III LLC
SRI AUSHADA LLC
SRP VINELAND LLC
ST. LUKE'S RENT PAYABLE
STAR CAPITAL PARTNERS LLC
STATE STREET PARTNERS LLC
STEPHEN INVESTMENTS INC
STEPNEY CROSSING LLC
STEVE MICHAELSON

STEVEN J OLIVA
STEWARTSTOWN STATION VILLAGE S
STONEBRIER COMMERCIAL LP
STONEGATE INV TRUST LLC
STONEWOOD FAMILY PARTNERSHIP
SUMMERDALE PLAZA LLC
SUMMIT SQUARE ASSOCIATES
SUN ENTERPRISES, LLC
SUNDANCE PLAZA, LLC
SUNNYSIDE MARKETPLACE LLC-CTA
SUNQUITZ SWC LLC
SURAPANENI FRESNO PROPERTIES,
SURPRISE LAKE SQUARE LLC
SUSAN C BERGERON
SUSO 4 GAINSBOROUGH LP
SVAP III PLAZA MEXICO LLC
SVN REAL ESTATE, LLC
SVSC HOLDING LP
SYCAMORE STREET CORNER LLC
T RIO RANCHO CA, LLC
T-M MFG CO
T.F. ASSOCS
TAC PROPERTIES LLC
TANDEM EQUITIES, LLC
TANKLAGE FAMILY LP II LLC
TANKLAGE FAMILY PARTNERSHIP
TANZI PROPERTIES LLC
TBLB PARTNERS LLC
TEN PATELS HORSEHEADS LLC
THE BUNCHER COMPANY
THE COMMANS AT CALABASAS, LLC
THE EDGE GROUP INC
THE JACKSON INVST COMPANY, LLC
THE LONGEST DRIVE LLC
THE LUEBKE FAMILY PARTNERSHIP
THE MILICI FAMILY LTD PTSHP
THE NASHASHIBI FAMILY TRUST
THE NIKI GROUP LLC
THE NIKI GROUP LLC - RAVI
THE NIKI GROUP LLC-RADNY1
THE NIKI GROUP LLC-RAFS1
THE NIKI GROUP LLC-SPR1 ACCT
THE NIKI GROUP, LLC RAPLN1
THE NIKI GROUP, LLC-RABF1
THE NIKI GROUP, LLC-RAMAN1
THE NIKI GROUP, LLC-RANC1
THE NIKI GROUP, LLC-RAPA1
THE NIKI GROUP, LLC-RARG1
THE SHOPPES OF FLOWERS
THE SHOPS AT HALFMOON, LLC
THE WIDEWATERS GROUP, INC.
THEODORA F KARTSONAS

THOMPSON & THOMPSON

THOMPSON HOLDINGS 19971 LLC

THREE HUNDRED SEVENTY ONE

THRIFTY PROPS OF ANACORTES

TIERRASANTA TOWN CENTER LLC

TIJSMA, LLC

TIOGA WEST, L.P.

TITANIC ASSOCIATES

TNC PROPERTY INVESTMENTS LLC

TOM CAROSELLA

TONAWANDA HOUSING

TONI A DIMICELI REVOCABLE TRUS

TOWANDA PA HOLDING LLC

TRANSPACIFIC CORP

TRC MM LLC

TRI W ENTERPRISES INC

TRI-STAR DREXEL HILL, LP

TRIANGLE TOWN CENTER NW LLC

TRIPLE BAR KENDIG SQUARE LLC

TRUE COMMERCIAL REAL ESTATE

TSANG ENTERPRISES LLC

TSUO-TANG LI

TUCK AND ELIZABETH LIN

TURABDIN REALTY

U & ME PROPERTIES LLC

UB BREWSTER LLC

UB PUTNAM, LLC

UD PROPERTIES

UNION CENTER REALTY LLC

UNION DEVELOPMENT COMPANY

UNION REAL ESTATE COMPANY

UNIONTOWN SHOPPING CENTER

UNITED BANK

UNIVERSITY PLAZA ASSOCIATES, L

UNIVERSITY PLAZA LLC

UPSTATE R.A. MANAGEMENT CORP

US REALTY ASSOCIATES, INC (MAN

USPA GREEN FIRS TOWNE CTR LLC

USRP 1 LLC-SHOPPES OF GRAYLYN

VALLEY MALL LLC

VANDERVERT NORTH, LLC

VAUGHAN VILLAGE, LLC

VEDRES FAMILY INVESTMENT

VENTURA REVOCABLE TRST-5/30/05

VEREIT REAL ESTATE LP

VERRAZANO BUILDERS LLC

VESTAR JAMES CENTER LLC

VESTAR PENINSULA RETAIL LLC

VH CLEONA LLP

VIKING MANAGEMENT

VIOLA'S FOOD STORES, INC.

VISALIA HOLDINGS LLC

WARWICK SHOPPING CENTER

WASHCO-SHIPPENSBURG COMMONS, L

WASHINGTON GARDEN I LP

WASHINGTON RESTAURANT PROP

WASHINGTON TOWN CENTER LLC

WATCH HILL CAF LLC

WATERDAM PARTNERS C/O SILK AND

WAYNE HEIGHTS MALL, LLC

WC PROPERTIES (EDENS), LLC

WEC 97K-19 INVESTMENT TRUST

WEC 97K-29 INVESTMENT TRUST

WEC 98D 30

WEC 98D-1 LLC

WEC 98D-10 LLC

WEC 98D-13

WEC 98D-28

WEC 98D-35

WEC 98G 1 LP

WEDGEWOOD NO. 9

WEIS MARKETS INC.

WELSH ROAD RETAIL, LP

WEMBLEY PORPERTIES, INC.

WEST CAPITOL SHOPPING CENTER

WESTMINSTER GRANITE MAIN LLC

WESTSIDE SEDRO WOOLLEY LLC

WHITE 46 ASSOCIATES LLC

WHITEHALL EQUITIES, LLC

WHITEHOUSE MALL, LLC

WHITEMARSH INVESTMENT ASSOCIAT

WIG PROPERTIES, LLC-LKPV

WILDERNESS MAPLE VALLEY LLC

WILLIAM J BURKE III

WILLIAM LATTARULO

WILLIAMS/REDMOND LLC

WILSHIRE UNIONCENTER, LP

WILSON CAPITAL LLC

WILSON H PARK & HYESUN PARK

WILTON SQUARE ASSOC LLC

WINBROOK MANAGEMENT LLC

WINICK GARDENS LLC

WOLFGANG JORDAN, TRUSTEE

WOMBAT, LLC

WOODMONT PLAZA ASSOCIATES, LLC

WOODSIDE PLAZA PARTNERS, LP

WORTHINGTON REAL ESTATE LLC

WPC 162ND LLC

WWR PROPERTIES

WY HERITAGE GROVE LLC

XINSHIJIE INVESTMENT LLC

XUAN NGA THI NGUYEN

YELM PARTNERS LLC

YOKO C. GATES TRUST

YORK STREET ASSOCIATES LP
YPI PENNSYLVANIA, LLC
YUAN LUNG HUNG
YUET-MING CHU & MIRIAM L CHU
ZENTMYER PROPERTIES II LLC
ZFP COMPANY

## Litigation
ALTSHULER BERZON L.L.P.
BOYAMIAN LAW INC.
CARTER & ASSOCIATE ATTORNEYS, PLLC
CENTER FOR ENVIRONMENTAL HEALTH
CHIPMAN BROWN CICERO & COLE, LLP
CLAKSON LAW FIRM
DAVIA, SUSAN
E. DUBOIS RAYNOR JR. ESQ.
EMRAN LAW FIRM
ENTORNO LAW LLP
FEDERAL TRADE COMMISSION
FITAPELLI & SCHAFFER, LLP
GAVRIL T. GABRIEL, ESQ.
GONEN HAKLAY
JONATHAN STIEGLITZ
KLEINBARD LLC
KYLE TODD, P.C.
LAVI & EBRAHIMIAN LLP
LAW OFFICE OF BERNARD D'ORAZIO &
ASSOCIATES, P.C.
LAW OFFICE OF MICHAEL D. MOCCIA
LAW OFFICE OF SAHAG MAJARIAN
LAW OFFICES OF GEORGE RIKOS
LAW OFFICES OF HUGO GAMEZ
LAWRENCE C.HERSH, ATTORNEY AT LAW
LEXINGTON LAW GROUP
M LAW ATTORNEYS APC
MARA LAW FIRM PC
MESSRELIAN LAW INC.
MITCHELL, JOHNNY
MOSER LEGAL P.C.
MURRIN LAW FIRM
RAISNER ROUPINIAN LLP
RICK KLINGBEIL
SCHLOSSBERG LLC
SHEFFER LAW FIRM
SHUB LAW FIRM LLC
SPENCER SHEEHAN
STRADLEY, RONON, STEVENS & YOUNG, LLP
TARTER KRINSKY & DROGIN
V. JAMES DESIMONE LAW
VANO VLADI, ESQ., VLADI LAW GROUP APC
WITHERS BERGMAN LLP

YOUNESSI LAW

## Notices of Appearance
11 KNOLLS CRECENT LLC
170 SAN MATEO ROAD PARTNERSHIP
1950 FULTON LLC
1970 GROUP, INC.
9TH & HIGHLAND, LLC
AIU INSURANCE COMPANY
AJC LEGACY TRUST LLC
AMERICAN GREETINGS CORP.
AMERICAN HOME ASSURANCE COMPANY
AMERICAN INTERNATIONAL REINSURANCE
COMPANY, LTD
AMS OLYPHANT RA, LLC
AND ORION DEVELOPMENT XXIII, LLC
ANSELL GRIMM & AARON, P.C.
ARENTFOX SCHIFF LLP
AZTEC INN, L.P.
BALDEN TOWNE PLAZA LIMITED
PARTNERSHIP
BALLARD SPAHR LLP
BANK OF AMERICA N.A.
BARCLAY DAMON LLP
BATESCAREY LLP
BAYARD, P.A.
BELKIN BURDEN GOLDMAN, LLP
BENDERSON DEVELOPMENT GROUP
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
BERNSTEIN-BURKLEY, P.C.
BERTONE PICCINI, LLP
BEWLEY LASSLEBEN & MILLER LLP
BM PROPERTIES
BOND, SCHOENECK & KING, PLLC
BORGES & ASSOCIATES, LLC
BOSTON GAS COMPANY
BRIXMOR PROPERTY GROUP
BRIXTON CAPITAL
BROWN NIMEROFF LLC
BRYAN CAVE LEIGHTON PAISNER LLP
BYRNELAW APC
CAIRNCROSS & HEMPELMANN
CALDWELL & KERNS, P.C.
CANNONBUT LLC
CANYON CREST TOWNE CENTRE, LLC
CAPEHART & SCATCHARD, P.A.
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
CHARISSA CHU
CHARLES E. BOULBOL, P.C.

CHARLSON BRABER MCCABE & DENMARK
CHARTIS EXCESS LIMITED
CHIESA SHAHINIAN & GIANTOMASI PC
CHRISTIAN SCHEFFOLD AND YOLANDA SCHEFFOLD
CIARDI CIARDI & AUSTIN
CITY OF PHILADELPHIA LAW DEPARTMENT
CLARK HILL PLC
COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C.
COHEN, WEISS AND SIMON LLP
COMMERCE AND INDUSTRY INSURANCE COMPANY
CORVEL ENTERPRISE CLAIMS, INC. (F/K/A CORVEL ENTERPRISE COMP, INC.)
CSC DELAWARE TRUST COMPANY, AS SUCCESSOR TRUSTEE
CULLEN AND DYKMAN LLP
DANITA BROWN AND DONALD BROWN
DASTI & STAIGER, P.C.
DAVID CHRISTIAN ATTORNEYS LLC
DAVIS WRIGHT TREMAINE LLP
DEBEVOISE & PLIMPTON LLP
DEMERLE & ASSOCIATES, P.C.
DLA PIPER LLP (US)
DLC MANAGEMENT CORPORATION
DUANE MORRIS LLP
EDENS
ELISEO MEDELLIN HERNANDEZ
ELTINGVILLE SHOPPING CENTER LLC
EMMET, MARVIN & MARTIN, LLP
ERVIN COHEN & JESSUP LLP
ERX NETWORK HOLDINGS, INC.
FARRELL FRITZ, P.C.
FIRST NORTHERN STAR LLC
FIRST WASHINGTON REALTY
FLASTER/GREENBERG P.C.
FNRP REALTY ADVISORS, LLC
FORMAN HOLT
FOX CHAPEL PLAZA
FRIEDMAN LAW GROUP, P.C
FUNDAMENTALS COMPANY LLC
GENOVA BURNS LLC
GIBBONS P.C.
GOODMAN PROPERTIES
GRANITE STATE INSURANCE COMPANY
GREAT AMERICAN ASSURANCE COMPANY
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
GREAT AMERICAN SPIRIT INSURANCE COMPANY
GREATER BUTLER MART HOLDINGS, LLC

GREEN DOT BANK
GREENBAUM, ROWE, SMITH & DAVIS LLP
GREENSPOON MARDER LLP
GREENWOOD SHOPPING CENTER, INC.
HEIDI GONZALES
HILL WALLACK LLP
ICE MILLER LLP
IEKA MONIQUE LUCAS
ILLINOIS NATIONAL INSURANCE COMPANY
INLAND COMMERCIAL REAL ESTATE SERVICES LLC
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
IPSOS MMA, INC
JANESS ASSOCIATES
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SINIS, P.C.
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
KEMPNER PROPERTIES, LLC
KENT HOLDING LLC AND
KEYSPAN GAS EAST CORPORATION
KIMCO REALTY CORPORATION
KINGSWAY REALTY COMPANY
KLEHR, HARRISON, HARVEY, BRANZBURG LLP
KORMAN COMMERCIAL PROPERTIES, INC.
KURTZMAN | STEADY, LLC
KYRA AND BENJAMIN MORROW
LANCASTER DEVELOPMENT COMPANY, LLC
LAU & ASSOCIATIES, P.C.
LAW OFFICE OF SHMUEL KLEIN PA
LAW OFFICES OF ALLAN D. SARVER
LAW OFFICES OF KENNETH L. BAUM LLC
LAW OFFICES OF RONALD K. BROWN, JR.
LAZARE POTTER GIACOVAS & MOYLE LLP
LEECH TISHMAN FUSCALDO & LAMPL LLC
LERNER PROPERTIES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LEVIN MANAGEMENT CORPORATION
LEVY RATNER, P.C.
LEXINGTON INSURANCE COMPANY
LINDABURY MCCORMICK ESTABROOK & COOPER, P.C.
LOEB & LOEB LLP
LUNDY, BELDECOS & MILBY, P.C.
MAHNAZ JAVAHERI
MASCOT LLC
MASS JAZ LLC
MASSACHUSETTS ELECTRIC COMPANY
MASUE LLC

MAURICE WUTSCHER LLP
MCCARTER & ENGLISH, LLP
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MCMANIMON, SCOTLAND & BAUMANN, LLC
MELLINGER KARTZMAN LLC
METROPOLITAN EDISON COMPANY
MILL RUN OFFICE CENTER
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
MORITT HOCK & HAMROFF LLP
MORRISON COHEN LLP
MUSI, MATTSON, DAUBENBERGER & CLARK, LLP
MUSSO PROPERTIES
MUSUE LLC
NAS CHILDREN AND WEST VIRGINIA NAS COMMITTEE
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA
NEW YORK STATE ELECTRIC & GAS CORPORATION
NIAGARA MOHAWK POWER CORPORATION
NORRIS MCLAUGHLIN, P.A.
NOVO NORDISK INC.
NSTAR ELECTRIC COMPANY
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
OFFICE OF US ATTORNEY, DISTRICT OF NEW JERSEY
OFFIT KURMAN, P.A.
OHIO POWER COMPANY D/B/A AEP OHIO
OPTIMAL INVESTMENT GROUP, INC
PA HOPEWELL LLC
PACHULSKI STANG ZIEHL & JONES LLP
PALMA LAW FIRM, P.C.
PAN PACIFIC (JEFFERSON SQUARE) LLC
PAPERNICK & GEFSKY, LLC
PARAGON MANAGEMENT GROUP, LLC
PASHMAN STEIN WALDER HAYDEN P.C.
PENA REALTY HOLDINGS COMPANY, LLC
PENNSYLVANIA ELECTRIC COMPANY
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
PENNSYLVANIA POWER COMPANY
PICK & ZABICKI LLP
PINEHAVEN ASSOCIATES MOTEL LP
PINTZUK BROWN REALTY GROUP
PORZIO, BROMBERG & NEWMAN, P.C.
PRYOR CASHMAN LLP
PSEG LONG ISLAND

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE
RA2 LAKEHURST LLC
RA2 WILDWOOD LLC
RAY QUINNEY & NEBEKER, P.C.
REED SMITH LLP
REYES HOLDINGS AND AFFILIATED ENTITIES
ROBERT MARIN AND CELESET DE SCHULTHESS MARIN FAMILY TRUST
ROBINSON & COLE LLP
ROETZEL & ANDRESS, LPA
RUSKIN MOSCOU FALTISCHEK, P.C.
RYDER TRANSPORTATION SOLUTIONS, LLC
S. DAVIS REAL ESTATE HOLDINGS, LLC
SADG-4 LIMITED PARTNERSHIP
SAMUEL D. COLELLA, TRUSTEE OF THE COLELLA FAMILY NON-EXEMPT MARITAL DEDUCTION TRUST DATED 9/21/1992
SAUL EWING LLP
SAXTON & STUMP, LLC
SCARINCI HOLLENBECK, LLC
SCHENCK PRICE SMITH & KING
SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC
SERIES IV, CHANNEL ISLAND BUSINESS MART, OF THE WOLF FAMILY SERIES, LP
SEYFARTH SHAW LLP
SHAPIRO, CROLAND, REISER, APFEL & DI LORIO, LLP
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
SHIPMAN & GOODWIN LLP
SHUB JOHNS & HOLBROOK LLP
SILLS CUMMIS & GROSS P.C
SIMONE DEVELOPMENT COMPANIES
SIRLIN LESSER & BENSON, P.C
SKD CONSTRUCTION CO., LLC
SO-GOODNOES CORNER JV LLC
SPENCER FANE LLP
SQUIRE PATTON BOGGS (US) LLP
STARK & STARK, PC
STATE OF MARYLAND ATTORNEY GENERAL
STEVEN WEISSMAN
SUMMIT APARTMENTS, INC.
T.F. ASSOCIATES
TAYMAN LANE CHAVERRI LLP
TENENBAUM & SAAS, P.C.
TENNINGTON ASSOCIATES, LP
THE BROOKLYN UNION GAS COMPANY
THE CHEN 1998 FAMILY TRUST

THE CONNECTICUT LIGHT & POWER
COMPANY
THE DANN LAW FIRM
THE GOLDENBERG GROUP
THE HINDS LAW GROUP, APC
THE JACKSON INVESTMENT COMPANY, LLC
THE RAD GUC EQUITY TRUST
THE RAD MASTER TRUST
THE VENTURA FAMILY 2023 TRUST
TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIVISION
TONI A. DIMICELI, TRUSTEE, ET AL.
TRIF & MODUGNO LLC
TROUTMAN PEPPER LOCKE LLP
TRUSTEES OF CHU FAMILY TRUST
TRUSTEES OF CHU-WEISSMAN FAMILY
TRUST
U.S. TRUSTEE FOR THE DISTRICT OF NEW
JERSEY
UNITED STATES OF AMERICA
USDOJ, OFFICE OF THE UNITED STATES
TRUSTEE
VALINOTI, SPECTER & DITO, LLP
VIRGINIA ELECTRIC AND POWER COMPANY
D/B/A DOMINION ENERGY VIRGINIA
WASHINGTON TOWN CENTER, LLC ("WTC")
WEBER GALLAGHER, LLP
WENOKUR RIORDAN, PLLC
WESTERMAN BALL EDERER MILLER ZUCKER
& SHARFSTEIN, LLP
WESTERN MASSACHUSETTS
WHITE AND WILLIAMS LLP
WILENTZ, GOLDMAN & SPITZER, P.A.
WILLIAMS SCOTSMAN, INC
WOLF FAMILY SERIES LP
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
WOLLMUTH MAHER & DEUTSCH LLP
WOMBLE BOND DICKINSON (US) LLP
YANKEE GAS SERVICE COMPANY
YODER & LANGFORD, P.C.
YOLANDA SCHEFFOLD

## Potential Buyer/Assignee

33 RX INC.
ALBERTSON'S LLC
BLEU B SOUL
BRAHMAJI VALIVETI & PRAVEEN CHALLA
BRIXTON INVESTMENT COMPANY, LLC
BURLINGTON COAT FACTORY OF TEXAS,
INC.

BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION
COLUMBIA CENTRAL GROUP, LLC
CVS PHARMACY, INC.
DAN FLOIT
DEVONSHIRE AND MASON INVESTORS, LLC
DOLLARCO FRESH INC.
EASY MILE US, LLC D/B/A PLANET FITNESS
ECHO ASTORIA REAL ESTATE, INC.
ETHAN CONRAD
FRED MEYER STORES, INC.
GIANT EAGLE INC.
GIANT OF MARYLAND LLC
GOPAL SOJITRA
HARBOR CENTER PARTNERS, L.P.
HILROD HOLDINGS L.P.
JIO PHARMA INC.
KPH HEALTHCARE SERVICES, INC.
MANCHESTER HEALTH SERVICES, LLC
NINO FAMILY HERITAGE PLAZA, LLC
ORION DEVELOPMENT RA LXVII, LLC
PEC PARTNERS, LLC
PK I SILVERDALE SHOPPING CENTER LLC
RISER FOODS COMPANY
ROSS DRESS FOR LESS, INC.
SBH, LLC
SKYLINE ROCKY ROAD ACQUISITION LLC
THE GOLUB CORPORATION
TRUE SCRIPT CORP.
UNIVERSAL GROUP COMPANIES
WALGREEN'S CORPORATION
WEC 98D-30, LLC
WEIS MARKETS, INC.
YS PERTH AMBOY CORP.

## Secured Debt

COMPUTERSHARES TRUST COMPANY
DELAWARE TRUST COMPANY
FLEETWOOD FINANCIAL CORP
KONICA MINOLTA PREMIER FINANCE

## UCC Members

AMERISOURCEBERGEN DRUG
CORPORATION
EVERGREEN-PARTNERS, LLC D/B/A
EVERGREEN TRADING
RAD SUB-TRUST A
RAD SUB-TRUST B
U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION…

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION

## UCC Professionals

ALIXPARTNERS, LLP

SILLS CUMMIS & GROSS P.C.

**Schedule B**

**Current and Former Clients of A&M
and/or its Affiliates** [1]

Adventist Health Bakersfield
Albert Einstein Medical Center
Albertson's LLC
American Greetings Corp.
American Home Assurance Company
AmerisourceBergen Drug Corporation
Arentfox Schiff LLP
Bank of America N.A.
Blackline Systems, Inc.
Brixmor Management JV 2 LLC
Brixmor Property Group
Brooklyn Hospital Center, The
Bryan Cave Leighton Paisner LLP
Burlington Coat Factory of Texas, Inc.
CommonSpirit Health - Mercy Medical
    Center Mt. Shasta
Community Health Systems, Inc
ComputerShares Trust Company
Connecticut Light & Power Company, The
CVS Pharmacy, Inc.
Debevoise & Plimpton LLP
Delaware Trust Company
Donahue Schriber Realty Grp LP
Duane Morris LLP
Easy Mile US, LLC d/b/a Planet Fitness
El Centro Regional Medical Center
Engage3
First Banks
First Tennessee Bank NA
Flaster/Greenberg P.C.
GA Communications, Inc (dba PureRed)
Giant Eagle Inc.
Gibraltar Management Co Inc
Grays Harbor Community Hospital
Great American Assurance Company
Healthfirst Family Care Center
Illinois National Insurance Company
Image One
Irvine Company

Jackson Investment Company, LLC, The
Jamaica Hospital Medical Center
Jones Lang Lasalle Americas
Kadlec Regional Medical Center
Kaweah Delta Health Care District
KnowBe4
Konica Minolta Premier Finance
Kootenai Health, Inc.
Lehigh Valley DSH
Lexington Insurance Company
Metropolitan Edison Company
Montefiore Medical Center
Nathan Littauer Hospital
National Union Fire Insurance Company of
    Pittsburgh, Pennsylvania
New York City Health and Hospitals
    Cumberland Diagnostic and Treatment
    Center (NYCHHC)
Niagara Falls Memorial Medical Center
Niagara Mohawk Power Corporation
Novo Nordisk Inc.
Nstar Electric Company
Pennsylvania Electric Company
Pioneers Memorial Healthcare District
Principal Mutual Life Ins Co
Providence Health dba Providence Seaside
    Hospital
Public Hospital District No 1 Of King
    County dba Valley Medical Center
Quinn Emanuel Urquhart & Sullivan, LLP
Ray Quinney & Nebeker, P.C.
Reyes Holdings and Affiliated Entities
Rite Aid Plaza-Waldwick Plaza
Ross Dress for Less, Inc.
Rutgers, The State University of New Jersey
    RWI
Ryder Transportation Solutions, LLC
Safeway Inc/PDA #9856610101
San Gorgonio Memorial
Springfield Hospital
St. Mary's Healthcare

---

[1] A&M and/ or an affiliate is currently providing or
has previously provided certain consulting or interim
management services to these parties or their
affiliates (or, with respect to those parties that are
investment funds or trusts, to their portfolio or asset
managers or their affiliates) in wholly unrelated
matters.

Sills Cummis & Gross P.C.
Squire Patton Boggs (US) LLP
Thomas Jefferson University Hospitals, Inc.
Trillium Health, Inc.
U.S. Bank Trust Company, National
    Association…
UCI Medical Center
Umpqua Community Health Center, Inc dba
    Aviva Health
United Bank
University of California Davis Medical
    Center
Walgreen's Corporation
Wyoming County Community Hospital
Zurich American Insurance Company

**Significant Equity Holders of Current
and Former A&M Clients**[2]
Albertson's LLC
AlixPartners, LLP
American Home Assurance Company
AmerisourceBergen Drug Corporation
Bank of America N.A.
Community Health Systems, Inc
Computershares Trust Company
CSC Delaware Trust Company, as
    Successor Trustee
CVS Pharmacy, Inc.
Devonshire and Mason Investors, LLC
Evergreen-Partners, LLC D/B/A Evergreen
    Trading
Giant Eagle Inc.
Jones Lang Lasalle Americas
Lehigh Valley DSH
Mount St. Mary's Hospital and Health
    Center
Niagara Mohawk Power Corporation
Nielsen Holdings Inc.
Novo Nordisk Inc.

Providence Health dba Providence Seaside
    Hospital
Safeway Inc/PDA #9856610101
U.S. Bank Trust Company, National
    Association…
Walgreen's Corporation
Zurich American Insurance Company

**Professionals & Advisors**[3]
AlixPartners, LLP
Arentfox Schiff LLP
Ballard Spahr LLP
Barclay Damon LLP
Batescarey LLP
Bayard, P.A.
Benesch Friedlander Coplan & Aronoff LLP
Berger Singerman LLP
Bond, Schoeneck & King, PLLC
Brown Nimeroff LLC
Bryan Cave Leighton Paisner LLP
Cairncross & Hempelmann
Chiesa Shahinian & Giantomasi PC
Chipman Brown Cicero & Cole, LLP
Ciardi Ciardi & Austin
Clark Hill Plc
Cohen, Weiss and Simon LLP
Computershares Trust Company
Corvel Enterprise Claims, Inc. (f/k/a Corvel
    Enterprise Comp, Inc.)
CSC Delaware Trust Company, as
    Successor Trustee
Cullen and Dykman LLP
Davis Wright Tremaine LLP
Debevoise & Plimpton LLP
DLA Piper LLP (US)
Duane Morris LLP
Emmet, Marvin & Martin, LLP
Farrell Fritz, P.C.
Forman Holt

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Gibbons P.C.
Greenspoon Marder LLP
Ice Miller LLP
Jones Lang Lasalle Americas
Klehr, Harrison, Harvey, Branzburg LLP
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Lexington Law Group
Loeb & Loeb LLP
McCarter & English, LLP
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Moritt Hock & Hamroff LLP
Morrison Cohen LLP
Norris McLaughlin, P.A.
Obermayer Rebmann Maxwell & Hippel LLP
Offit Kurman, P.A.
Pachulski Stang Ziehl & Jones LLP
Pashman Stein Walder Hayden P.C.
Porzio, Bromberg & Newman, P.C.
Pryor Cashman LLP
PSEG Long Island
Quinn Emanuel Urquhart & Sullivan, LLP
Ray Quinney & Nebeker, P.C.
Reed Smith LLP
Robinson & Cole LLP
Roetzel & Andress, LPA
Ruskin Moscou Faltischek, P.C.
Saul Ewing LLP
Schenck Price Smith & King
Seyfarth Shaw LLP
Sheppard Mullin Richter & Hampton, LLP
Shipman & Goodwin LLP
Stradley, Ronon, Stevens & Young, LLP
Sills Cummis & Gross P.C.
Sirlin Lesser & Benson, P.C

Spencer Fane LLP
Squire Patton Boggs (US) LLP
Tarter Krinsky & Drogin
Troutman Pepper Locke LLP
Weber Gallagher, LLP
White and Williams LLP
Wilentz, Goldman & Spitzer, P.A.
Withers Bergman LLP
Wollmuth Maher & Deutsch LLP
Womble Bond Dickinson (US) LLP

**Significant Joint Venture Partners**[4]
Faxton St. Luke's Healthcare
Montefiore Medical Center
New York City Health and Hospitals
    Cumberland Diagnostic and Treatment
    Center (NYCHHC)

**Government and Regulatory**[5]
City of Philadelphia Law Department
Federal Trade Commission
Richmond, City of
United States of America
USDOJ, Office of the United States Trustee

**A&M Vendors**[6]
American Home Assurance Company
Arentfox Schiff LLP
Bank of America N.A.
Bayard, P.A.
Bryan Cave Leighton Paisner LLP
Cairncross & Hempelmann
Davis Wright Tremaine LLP
DLA Piper LLP (US)\
Jones Lang Lasalle Americas
KnowBe4

---

[4] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[6] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

Konica Minolta Premier Finance
Pachulski Stang Ziehl & Jones LLP
Pooja Enterprises LLC
Quinn Emanuel Urquhart & Sullivan, LLP
Seyfarth Shaw LLP
Sheppard Mullin Richter & Hampton, LLP
Squire Patton Boggs (US) LLP
Troutman Pepper Locke LLP
Womble Bond Dickinson (US) LLP
Zurich American Insurance Company