

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

David M. Bass
Member
Admitted in NY and NJ

Reply to New Jersey Office
Writer's Direct Line: 646.563.8932
Writer's Direct Fax: 646.521.2032
Writer's E-Mail: DBass@coleschotz.com

September 13, 2025

**Via CM/ECF Filing**

Honorable Michael B. Kaplan
United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      *Re:*    *In re New Rite Aid, LLC*
               *Case No. 25-14861*

Dear Judge Kaplan:

      As the Court is aware, we are co-counsel to New Rite Aid, LLC and its affiliates (collectively, the "Debtors") in the jointly administered chapter 11 cases pending before Your Honor.

      Please accept this letter as a supplement to the *Debtors' Reply to Objection to Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736* [Docket No. 2432] (the "Reply").[1]

      Following the filing of the Reply, the Debtors were provided with a copy of a letter dated September 12, 2025, directed at, among others, South Park Group. As reflected in the Reply, South Park Group's affiliate, Laguna Woods RA, LLC, is the New Successful Bidder and proposed assignee with respect to the Debtors' lease dated November 24, 1997, for the premises located at 24330 El Toro Road, Laguna Woods, CA and the subject of the *Objection to Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736* [Docket No. 2187], filed by Universal Group Companies ("Universal"). A copy of the September 12, 2025 letter is attached hereto as **Exhibit A**.

      While the Debtors have separately communicated with the author of that letter, John Malone, Esq. addressing what the Debtors believe is a clear violation of section 362(a)(3) of the Bankruptcy Code, his/Universal's attempts to tortiously interfere with the Debtors' rights and prospective economic advantage under the Assumption and Assignment Agreement executed by

---

[1] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Reply.



Honorable Michael B. Kaplan
September 13, 2025
Page 2

the New Successful Bidder, and the misstatements regarding the Auction Procedures and the "rights" of Universal thereunder, we present the letter, and Universal's threats therein. as further evidence of Universal's lack of good faith in this process.

    If that September 12, 2025 letter is not retracted as the Debtors have requested, the Debtors intend to seek appropriate relief from this Court.

    We appreciate the Court's time and consideration.

    Respectfully submitted,

    */s/ David M. Bass*

    David M. Bass

DMB:
cc:    Brian G. Hannon, Esq.
       John O'Boyle, Esq.

# EXHIBIT A

September 12, 2025

**Via Email**

The Artist Tree, LLC
Attn: Mitch Kahan
mitch@theartisttree.com

    Re: Unauthorized Circumvention and Tortious Interference

Dear Mitch,

This letter serves as formal notice and demand regarding The Artist Tree and South Park Group's recent conduct interfering with Universal Group Companies acquisition of the leasehold interest in the property known as 24330 El Toro Rd, Laguna Woods, CA 92637 ("Property") from the Rite Aid liquidation proceedings ("Bankruptcy") pursuant to the notice of successful bidder dated July 22, 2025 ("Award").

As you are aware Universal Group Companies secured its position as the winning bidder pursuant to the court-supervised auction process for the Property in the Bankruptcy, as noted in the Award notice. Following that Award, on July 23, 2025 I engaged in discussions with Aviv Helani and you, Mitch Kahan, in the context of a prospective joint venture to open a retail cannabis business at the Property.  We spent weeks in discussions about the terms and the agreement, and I even have an agreed offer and acceptance via email regarding the final terms. Instead of honoring those discussions, you abruptly cut off communications on August 5th, 2025, on August 7th a new shell entity was formed by the South Park Group, and the South Park Group, an unapproved bidder, made a post bid offer in an attempt to motivate the debtor to object to our Award in hopes that the court would allow the debtor to take the higher bid for the Property.  Aviv confirmed to me on a phone call that The Artist Tree is indeed under NDA with South Park Group in connection with it's attempt to take the Property.  It is clear that The Artist Tree sought to circumvent us by independently pursuing the same opportunity with the South Park Group, notwithstanding our existing rights and binding obligations under the Court's established auction process, specifically the auction and bidding procedures the Court ordered to be implemented on June 11, 2025 (the "Bidding Procedures").

Your willful disregard for the Bidding Procedures and interference with my legal rights give rise to claims for tortious interference with contract (Quelimane Co. v. Stewart Title Guaranty Co., 19 Cal.4th 26 (1998)), and/or tortious interference with prospective economic advantage (Korea

Supply Co. v. Lockheed Martin Corp., 29 Cal.4th 1134 (2003)), and expose you to liability for damages, attorneys' fees, and injunctive relief.

Accordingly, we demand that The Artist Tree and South Park Group immediately withdraw its bid for the Property and cease and desist from any further efforts to interfere with, disrupt, or undermine Universal Group Companies' rights as the prevailing bidder under the Bidding Procedures and to withdrawal your offers for the Property immediately.  If the offer is not withdrawn and The Artist Tree or South Park Group or any other related party make any further communications with the landlord, debtor, or bankruptcy court representatives intended to displace Universal Group Companies as the successful bidder, then we will proceed with legal action to pursue any damages sustained as a result of your actions.

If you succeed in circumventing our position, we will immediately initiate litigation seeking injunctive relief prohibiting you from moving forward, as well as a claim for damages and disgorgement of profits.  If you do not succeed in displacing us, but force us to increase or alter the offer accepted in the Award to preserve our rights, we will pursue recovery of the delta between our original bid and the increased amount required, along with all other damages proximately caused by your interference.  Note that we still maintain a right of first refusal in the Bankruptcy and have a right to match any other offers made for the Property.  We have also already incurred damages related to the interference by way of legal fees spent having to respond to and manage the objection to our Award due to your bid.

We expect written confirmation of your withdraw of the bid for the Property and confirmation of continued compliance with the requests set forth herein by Monday September 15, 2025, otherwise we will proceed as necessary to recover the damages sustained.  Nothing in this letter should be construed as a waiver of any rights, claims, or remedies, all of which are expressly reserved.

Sincerely,

John Malone

CC:

Laguna Woods RA, LLC
Attn: South Park Group, LLC
david@southparkgroup.com