**LEIGHTON LAW GROUP, LLC**
24548 East Main Street, Suite 101
P.O. Box 461
Columbus, New Jersey 08022
Tel: (609) 298-4280
e-mail: jay@leighton-law.com
JAY B. LEIGHTON, ESQ.
*Attorneys for Kachr, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>NEW RITEAID LLC,<br><br>Debtor. | Case No.: 25-14861<br><br>Chapter 11<br><br>Judge: Honorable Michael B. Kaplan |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that in accordance with 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned enters an appearance in this case and demands service of papers on behalf of Kachr, LLC. Request is hereby made that any and all documents filed, served, and otherwise submitted in any manner in this case shall be served on the undersigned at the address listed below:

**Jay B. Leighton, Esq.**
LEIGHTON LAW GROUP, LLC
24548 East Main Street, Suite 101
P.O. Box 461
Columbus, New Jersey 08022
Tel: (609) 298-4280
Fax: (609) 479-2215
e-mail: jay@leighton-law.com

1

This Request includes all notices entered pursuant to Federal Rule of Bankruptcy Procedure 2002, as well as all documents, plans, disclosure statements, orders, schedules, and correspondence of any nature.

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), this Request includes papers and notices referred to in the federal and local rules of bankruptcy procedure and also includes, but is not limited to, notices of any motion, application, hearing, pleading or other request that has been transmitted or conveyed in any manner.

**LEIGHTON LAW GROUP, LLC**
*Attorneys for Kachr, LLC*

*/s/ Jay B. Leighton*
JAY B. LEIGHTON

DATE: September 12, 2025