**GIBBONS P.C.**
John S. Mairo, Esq.
One Gateway Center
Newark, New Jersey  07102-5310
Telephone: (973) 596-4500
jmairo@gibbonslaw.com

*Counsel for Laguna Woods RA, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF DAVID RAVANSHENAS IN SUPPORT OF BID FOR LEASE OF STORE NO. 5736**

I, David Ravanshenas, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am the Managing Member of Laguna Woods RA, LLC, a California corporation (the "Proposed Buyer" or "New Successful Bidder").  I am duly authorized to make this declaration (the "Declaration") on behalf of the Proposed Buyer in support of the Debtors' selection of the Proposed Buyer as the New Successful Bidder of the Laguna Woods Lease in

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

3238575.2 118981-114182

connection with the Motion[2] and Sale Procedures Order.

2. Unless otherwise stated, all matters set forth in this Declaration are based on my personal knowledge, my review of relevant documents, information supplied to me by the Debtors' professionals and employees, and my views based on my experience and knowledge of the matters set forth herein. I am over the age 18 and am authorized to submit this Declaration on the Proposed Buyer's behalf, and, if called upon to testify, I could and would testify competently to the facts set forth herein.

3. By way of background, I head the Asset Management and Development division of South Park Group ("SPG"). SPG is a brokerage and property management company. I hold a Bachelor's degree in Finance and Entrepreneurship and Masters in Construction Management from the Viterbi School of Engineering at the University of Southern California.

4. On or about August 6, 2025, I was contacted by Mitch Kahan of The Artist Tree, concerning my interest in potentially acquiring the Laguna Woods Lease. The Artist Tree was interested in obtaining a sub-lease of the property subject to the Laguna Woods Lease. I was not aware then (and remain unaware) of The Artist Tree being a party to any non-disclosure agreement prohibiting them from speaking with me about the Laguna Woods Lease.

5. After performing some due diligence on the Laguna Woods Lease, on August 6, 2025, I contacted Debtors' counsel (David M. Bass, Esq. of Cole Schotz P.C.) about my interest in putting in a bid for the Laguna Woods Lease.

6. Later that day, I sent Mr. Bass an email making an offer for the Laguna Woods Leases, specifically, (a) $800,000 plus (b) all applicable cure costs for the Laguna Woods Lease

---

[2] All capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the *Debtors' Reply to Objection to Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736* [Docket No. 2432] (the "Reply").

(the "Bid").  *See* email dated August 6, 2025, attached hereto as **Exhibit A**.

7. Communications between the Debtors and me ensued for the next several weeks, which included sharing my personal financials and adequate assurance information with the landlord for the Laguna Woods Lease.

8. On August 7, 2025, I formed the Proposed Buyer as a California corporation for the sole purpose of acquiring the Laguna Woods Lease.

9. On August 13, 2025, I arranged for a good faith deposit in the amount of $200,000 to be submitted to the Debtors in connection with the Bid.

10. On August 20, 2025, I had the Proposed Buyer provide an executed Assumption and Assignment Agreement (the "Proposed Assignment Agreement") to the Debtors.  A copy of the executed Proposed Assignment Agreement is attached hereto as **Exhibit B**.

11. The Proposed Buyer's Bid and Proposed Assignment Agreement is a good faith offer that it intends to consummate.  At all times during the parties' negotiations and communications, the Proposed Buyer acted in good faith. The Proposed Buyer never engaged in any collusion with respect to the submission of its Bid and the Proposed Assignment Agreement. The Proposed Buyer's negotiations with the Debtors and their representatives and advisors were at arm's length at all times. The Proposed Buyer was aware that, pursuant to the terms of the Motion and Sale Procedures Order, its Bid was subject to higher and better offers and the exercise of the Debtors' fiduciary duties. The Proposed Buyer has not engaged in any negotiations with other bidders.

12. The Proposed Buyer is not an "insider" or "affiliate" (as I understand such terms to be defined under the Bankruptcy Code) of any of the Debtors, and no common identity of incorporators, directors or controlling stockholders exists between the Proposed Buyer and the

Debtors. Furthermore, the Proposed Buyer has not exerted control or undue influence over the Debtors.

13. Based on the foregoing, I believe that: (a) the Proposed Buyer has acted in good faith (as I understand that term to be defined under section 363(m) of the Bankruptcy Code); (b) the Proposed Buyer has not colluded with other bidders or otherwise controlled or interfered with the Debtors' sale process; (c) all cure amounts will be timely paid as required under the Proposed Assignment Agreement and section 365(b)(1)(A) of the Bankruptcy Code; (d) the Proposed Buyer has demonstrated adequate assurance of future performance under the unexpired lease being assumed and assigned to the Proposed Buyer as required under section 365(b) of the Bankruptcy Code; and (e) the terms of the Proposed Assignment Agreement are reasonable and appropriate.

[*Remainder of page intentionally left blank.*]

3238575.2 118981-114182

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 15, 2025               **LAGUNA WOODS RA, LLC**

*/s/ David Ravanshenas*
Name: David Ravanshenas
Title: Managing Member