# **EXHIBIT A**

| | |
|---|---|
| **From:** | David Ravanshenas <david@southparkgroup.com> |
| **Sent:** | Wednesday, August 6, 2025 7:27 PM |
| **To:** | Bass, David |
| **Cc:** | Yudkin, Felice; Van Aalten, Seth; Sirota, Michael; Usatine, Warren |
| **Subject:** | 24330 El Toro Road, Laguna Woods, CA 92637 |



Hi David,

Thanks for getting back to me today.

Pursuant to our conversation, I am writing to submit a formal bid for the Lease located at 24330 El Toro Road, Laguna Woods, CA 92637 (Store No. 5736) (the "Lease"). I am ready to pay an aggregate amount of (a) $800,000 plus (b) all applicable cure costs for the Lease. I am ready to pay such amount in a single lump sum, in readily available funds, as early as Monday, August 11, 2025 or deposit such amount into an escrow account.

I would be happy to present you with any requested documents to evidence my company's financial capacity to make full payment. Please be quick to let me know of any additional information you need in connection with your consideration of my proposal.

Please confirm receipt of this proposal and please pass our proposal along to all relevant parties for consideration. We look forward to hearing from you.

Thank you,


David Ravanshenas
South Park Group Inc.
8322 Beverly Blvd Ste. 301
Los Angeles, CA 90048
Office: (323) 651-0191
Direct: (323) 782-1205
Fax: (323) 651-0794
David@southparkgroup.com

DRE Lic. No. 01869082