| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BERNSTEIN-BURKLEY, P.C.**<br>Keri P. Ebeck, Esq. (NJ I.D. #262092017)<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>(412) 456-8100 Telephone<br>(412) 456-8135 Facsimile<br>E-Mail kebeck@bernsteinlaw.com<br><br>*Counsel for Murray Avenue Market* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861-MBK<br><br>Judge: Michael B. Kaplan<br><br>Jointly Administered |

## **SURREPLY IN SUPPORT OF MURRAY AVE MARKET'S ASSUMPTION OF LEASE**

Murray Ave Market, LLC ("Murray Ave Market") files this Surreply to the Supplemental Objection to Assumption and Assignment Notice filed by Ameriserv Financial Bank ("Ameriserv") and Martin Perry as Court-Appointed Receiver for 1700 Murray Avenue, LLC (the "Receiver" and together with Ameriserv, "Respondents").

## **INTRODUCTION**

1. On July 22, 2025, the Debtors filed the notice of assignment (the "Assumption and Assignment Notice") [Dkt. No. 1525] in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. The Assumption and Assignment Notice identified Murray Ave Market as the successful bidder/assignee for the lease at 1700 Murray Avenue, Pittsburgh, PA 15217 and otherwise identified as the Debtors' store number 274 (the "Murray Avenue Lease").

3. Pursuant to the Assumption and Assignment Notice, 1700 Murray Avenue LLC, C/O CLS Star LLC, Attn: Ahron, Freilich, 657 Pratt Drive, Indiana, Pa 15101 ("1700 Murray Avenue, LLC") was identified as the lease counterparty.

4. The Assumption and Assignment Notice provided cure costs for the Murray Avenue Lease of $32,670.00 (the "Cure Costs")[2].

5. On August 5, 2025, the Respondents filed an objection [Dkt. No. 1805] and amended objection [Dkt. No. 1808] to the Cure Costs and Murray Ave Market's "ability [] to perform all of the obligations contained in the [Murray Avenue] Lease."

6. In response to the Respondents' initial objection, on August 28, 2025, Murray Ave Market submitted the declaration of Yitzchok Glassner (the "Initial Declaration") [Dkt. No. 2194], which included, attached as Exhibit A, a Market Business Plan disclosing financial forecasts that, *inter alia*, demonstrate Murray Ave Market's ability to perform under the Murray Avenue Lease.

7. On August 28, 2025, the Court held a hearing to consider the Assumption and Assignment Notice, the Respondents' objection, and the Initial Declaration.

8. At the August 28, 2025 hearing, Murray Ave Market entered the Initial Declaration into evidence without opposition.

9. At the conclusion of the hearing, the Court directed Murray Ave Market to provide additional financial information as further support as to Murray Ave Market's ability to perform under the Murray Avenue Lease.

---

[2] The exact amount of the cure will be determined at a later hearing, but Murray Avenue Market has committed to pay the full cure after final determination of this Court.

2

10. On September 5, 2025, Murray Ave Market filed the Supplemental Declaration of Yitzchok Glassner in Support of Murray Ave Market's Assumption of Lease (the "Supplemental Declaration") [Dkt. No. 2330]. The Supplemental Declaration referenced numerous additional financial information that Murray Avenue Market supplied to Respondents. Murray Avenue Market believed that it was providing all of the substantive information Respondents requested.

11. In response to the Supplemental Declaration, the Respondents filed a Supplemental Objection wherein, after admitting that Murray Ave Market had provided "additional adequate assurance of [its] ability to perform under the Lease," identified four (4) more new areas of additional information being requested:

   a. The identity of the principals of Murray Avenue Market and whether any of those principals are also principals of Murray Avenue Kosher;

   b. A proposed budget that itemizes Murray Avenue Market's plan to convert the Property from a drugstore retail space into a kosher grocery store;

   c. Business projections for a minimum of three years; and

   d. Yitzchok Glassner's financial ability to guaranty the Lease.

*See* ¶ 6 of the Supplemental Objection.

12. Importantly, many of these areas of inquiry have already been answered by the information admitted into evidence by Murray Ave Market.

13. For instance, the Initial Declaration, and the Business Plan attached as Exhibit A, identify the principals of Murray Ave Market. *See* Section 5 Sponsorship & Leadership of Exhibit A (Yitzchok Glassner, Julius Rudolph, and Yakov Shemtov are identified as sponsors and investors of Murray Ave Market). The Initial Declaration discloses that one principal of Murray Avenue Kosher will be a principal of Murray Avenue Market.

14. With respect to conversion of the subject Property, Murray Ave Market contends that no material renovations are necessary to operate the space as a grocery store. Stated differently, Murray Ave Market avers that the space is plug-and-play and ready for immediate use in its as-is condition. However, Murray Avenue Market supplied financials that establish that it will either have the cash flow, equity or ability to receive financing to renovations – should the market decide to do such renovations.

15. Further, the Initial Declaration, and the Business Plan attached as Exhibit A, identifies the revenue and expense modeling for Murray Ave Market over a five (5) year period. *See* Section 4 Revenue Model & Projections of Exhibit A.

16. Lastly, as of the date of this Surreply, the Respondents have not specified what financial information is necessary to assess the twelve (12) month personal guaranty of Yitzchok Glassner. Importantly, the current Lease does not contain any personal guarantees. Thus, the Glassner guaranty is an enhancement to the Lease. No further information is necessary. In the event such reasonable specified request is made, Murray Ave Market would happily submit such documentation. But such request should not hold up approval of the assumption and assignment.

17. Murray Avenue Market believes, and therefore avers, that Respondents are attempting to argue that they are entitled to receive a tenant at equal financial capacity and credit of the Debtors. That simply isn't the law and should not be an argument that is allowed to carry that day.

18. In sum, Murray Ave Market provided more than adequate assurance of future performance and requests that the Court grant the proposed assumption of the Murray Avenue Lease and overrule all objections of record.

Date:  September 15, 2025

    Respectfully Submitted,

    BERNSTEIN-BURKLEY, P.C.

    /s/ *Keri P. Ebeck*
    Keri P. Ebeck
    NJ Bar ID #262092017
    Mason S. Shelton, Esq. (*pro hac*)
    PA Bar ID 332792
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219-1900
    Telephone: (412) 456-8163
    Facsimile: (412) 456-8135
    Email: kebeck@bernsteinlaw.com
          mshelton@bernsteinlaw.com

    *Attorney for Murray Avenue Market*