**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON SEPTEMBER 16, 2025 AT 11:30 A.M. (ET)**

To:  All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**I.     CONTESTED MATTERS GOING FORWARD**

1. HVP2LLC Motion to Enforce the Confirmed Plan and for Payment of Administrative Payment [Docket No. 182]

    Responses/Objections

    A. Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 653]

    B. Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 1108]

    **Status:** This matter is going forward with permission of the Court.

2. HVP2 LLC Motion for Payment of Administrative Payment [Docket No. 390]

    Responses/Objections

    A. Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 653]

    B. Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 1108]

    **Status:** This matter is going forward with permission of the Court.

3. HVP2 LLC Motion for Payment of Stub Rent and Post Petition Amounts Past Due [Docket No. 1755]

    Responses/Objections

    A. Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755] [Docket No. 2389]

    B. Exhibits to Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755] [Docket No. 2391]

    **Status:** This matter is going forward with permission of the Court.

4. New Hartford Holdings LLC Motion for Payment of Administrative Payment [Docket No. 245]

   Responses/Objections

   A. Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 653]

   B. Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 1108]

   **Status:** This matter is going forward with permission of the Court.

II. **ADJOURNED AND RESOLVED MATTERS NOT GOING FORWARD**

5. Sale Hearing regarding Certain Leases and Fee Owned Properties

   Related Documents

   A. Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1524]

   B. Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1525]

   C. Notice of Acceptance of New Successful Bidder with Respect to Store No. 5736 [Docket No. 1987]

   D. Debtors' Limited Omnibus Reply in Response to Cure Objections and in Support of Sale of Certain of the Debtors' Leases [Docket No. 2004]

   E. Debtors' Reply to Objection to Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736 [Docket No. 2432]

   F. Letter to Honorable Michael B. Kaplan Supplementing Debtors' Reply to Objection to Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736 [Docket No. 2439]

   Responses/Objections

   A. Ameriserv Financial Bank and Martin Perry, as Receiver for 1700 Murray Avenue, LLC's Objection to Assumption and Assignment Notice [Docket No. 1805, as amended by Docket No. 1808]

3

    B. Objection To Debtors' Replacement of Universal Group Companies as Successful Bidder at Auction of Lease of Store No. 5736 [Docket No. 2187]

    C. Declaration of Yitzchok Glassner in Support of Murray Ave Market's Assumption of Lease [Docket No. 2194]

    D. Supplemental Declaration of Yitzchok Glassner in Support of Murray Ave Market's Assumption of Lease [Docket No. 2330]

    E. Supplemental Objection to Assumption and Assignment Notice [Docket No. 2399]

**Status:** This matter has been resolved with respect to the objection of Universal Group Companies [Docket No. 2187] and the Debtors will place the terms of the resolution on the record at the hearing. It is the Debtors' understanding that, unless notified otherwise, the Court intends to rule on the Murray Ave Market matter on the papers. The Debtors will continue to address other matters related to proposed assignments of leases and sales of fee owned property on an ongoing basis, with orders to be submitted and will seek Court intervention as necessary.

6. Debtors' Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates with Respect Thereto, and (C) Granting Related Relief [Docket No. 2289]

    Related Documents

        A. Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2286]

        B. Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2287]

        C. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 2291]

    Responses/Objections

        A. United States Trustee's Objection and Reservation of Rights to the Debtors' Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related

      Relief and (II)(A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates with Respect Thereto, and (C) Granting Related Relief [Docket No. 2403]

      **Status:** This matter has been adjourned to September 19, 2025 at 10:30 a.m. (ET).

7. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 12]

    Related Documents

    A. Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 137]

    Responses/Objections

    A. Objection of Certain Utility Companies to the Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 464]

    B. Joinder of Certain FirstEnergy Operating Companies to the Objection of Certain Utility Companies to the Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 466]

    **Status:** This matter has been resolved and an order will be submitted to Chambers.

8. Debtors' Motion for Entry of an Order (I) Clarifying that the Automatic Stay Applies to Pending Appeals or (II) in the Alternative, Staying Pending Appeals [Docket No. 344]

Related Documents

  A. Debtors' Omnibus Reply in Further Support Motion for Entry of an Order (I) Clarifying that the Automatic Stay Applies to Pending Appeals or (II) in the Alternative, Staying Pending Appeals [Docket No. 721]

Responses/Objections

  A. Response of Fair Oaks, LLC to Debtors' Motion to Clarify Effect of Stay & Cross Motion for Relief [Docket No. 601]

**Status:** Pursuant to the *Order Pursuant to Section 365 and 363 Approving the Lease Termination Agreement with Fair Oaks, LLC* [Docket No. 1934], this matter is deemed withdrawn as moot. *See* Order, ¶ 7.

[*Remainder of page intentionally left blank*]

Dated: September 15, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*