**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweisss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF DEBORA DIPRIZITO IN RESPONSE TO**
**SUPPLEMENTAL CERTIFICATION IN SUPPORT OF HVP2 LLC**
**MOTION TO COMPEL PAYMENT OF POST PETITION RENT AND FEES**

I, Debora DiPrizito, hereby declare under penalty of perjury:

1. I am the Director, Real Estate Administration for New Rite Aid, LLC and its affiliated chapter 11 debtors and debtors in possession (collectively, the "Debtors"). I submit this declaration (this "Declaration") in response the *Supplemental Certification in Further Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees* (executed by Shmuel Klein)

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

(the "Shmuel Klein Filing") and the *Supplemental Certification in Further Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees* (executed by Marcia Klein) (the "Marcia Klein Filing"), each filed under Docket No. 2445.[2]  Unless otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with members of the Debtors' management team and the Debtors' advisors, my review of relevant documents and information concerning the Debtors' operations, real estate portfolio, and restructuring initiatives, or my opinions based upon my experience and knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this Declaration on that basis.  I am over the age of 18 years and am authorized to submit this Declaration on behalf of the Debtors.

2. Following my review of the Shmuel Klein Filing and the Marcia Klein Filing, I reviewed my recent calls to determine when and to whom I would have spoken regarding the landlord's request for keys and alarm codes.  I was able to determine that on August 5, 2025, I received an telephone call from the telephone number (914) 262-2788 (which the caller ID shows as "Klein, Shmuel") at 10:14 am that lasts 4 minutes.

3. While I do not specifically recall the conversation and I did not make any notes during the conversation, given the context of the emails that were exchanged with A&G and M Klein, which are attached hereto as **Exhibit A**, I would have advised the caller that the Debtors were not able to convey keys and repeated what A&G had advised the landlord, *e.g.*, that the landlord had permission to rekey the premises.

4. Moreover, I most likely provided several possible alarm codes, as I have a spreadsheet of known codes for each store.  I would have likely given the same alarm codes that

---

[2] Though each of the filings are captioned as Certifications, neither one is submitted under penalty of perjury.

2

are reflected in the email exchange (as provided by Ms. Marks) and provided possible codes for the FE alarm and possibly one additional code for the burglar alarm.

5.  I note that the Marcia Klein Filing reflects, "On August 5, 2025 I was finally given the alarm codes." and, "Thankfully, the alarm codes worked and I was able to turn off the alarm and enter the premises."

6.  Following that call on August 5, 2025, I do not have any calls from the (914) 262-2788 "Klein, Shmuel" number (or any other number from "Klein").

7.  I reviewed the calls that I received on September 2, 2025 (the date upon which the Marcia Klein filing reflects that the landlord went back into the store, entered the alarm codes given to it, that worked a month earlier and received no response from the Debtors' broker or anyone else). I received many calls that day, being it was the day after the holiday and landlords were taking possession of August 31, 2025 lease rejections. I can identify most all of the missed calls and those I do not know, appear to have left voicemail messages. I did not receive any messages from anyone regarding this location.

8.  I have read the statements contained in the Shmuel Klein Filing, *i.e.*. that "the Debtor changed the alarm codes in September, clearly showing they had not surrendered the premises and in fact continued control of the building to the exclusion of HVP2" and in the and the Marcia Klein Filing, that she "went back to the store on September 2, 2025, entered the alarm codes given to [her], which worked a month ago, only to have the alarm go off at a deafening level which prompted a police response. I could not disarm the alarm and I received no response from the Debtors' broker or any one else. Now I have to pay $1,200.00 for a new alarm panel because the Debtor re-took control of the premises."

9. I did not change any of the alarm codes for the Premises (in September or otherwise) and am I not aware of anyone at the Debtors that changed the alarm codes for the Premises. Moreover, following the surrender of the Premises on July 31, 2025, the Debtors did not re-take control of the Premises.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 16, 2025  /s/ Debora DiPrizito
Debora DiPrizito
Director, Real Estate Administration
New Rite Aid, LLC, *et al.*

**Bass, David**

| | |
|---|---|
| **From:** | Facilities Landlord <Facilities.Landlord@riteaid.com> |
| **Sent:** | Monday, August 18, 2025 8:12 AM |
| **To:** | Debora Diprizito; M klein; Facilities Landlord |
| **Subject:** | RE: Rite Aid - (10687) |

Hi, Miriam.

The company that managed the burglar alarm was:



By now, they have most likely disabled the codes that were in place, but here are a few you can try:
  Front End ▇▇ or ▇▇
  Pharmacy ▇▇ or ▇▇

At the bottom of the alarm instructions that were included with your notice, there are directions on disabling the local alarm.  If the codes above no longer work, disabling the system locally is your next step.

The staffing shortages related to the filing do not allow us to coordinate key conveyance.  I'm sorry.

If Rite Aid was responsible for any FLS items, here is the vendor we used:



Best wishes with your property.

Thank you,

Shelby

**[Chapter 11 Claim Filing Information 5/5/25](#)**

**[Rite Aid Asset Liquidation Information 5/5/25](#)**

Upcoming PTO:
Upcoming Holiday: 9/1/25
Confirmed Last Day with Rite Aid: 9/5/25

**Shelby A. Marks \ Supervisor, Landlord and Surplus Properties**
**P** 717.730.7786 **\ F** 717.401.3166
[Facilities.Landlord@RiteAid.com](mailto:Facilities.Landlord@RiteAid.com)
[Shelby.Marks@RiteAid.com](mailto:Shelby.Marks@RiteAid.com)
200 Newberry Commons, Etters, PA 17319
**RITEAID.com**



2

The information contained in this message and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message.

**From:** Debora Diprizito <ddiprizito@riteaid.com>
**Sent:** Sunday, August 17, 2025 8:43 PM
**To:** M klein <hvp2llc@gmail.com>; Facilities Landlord <Facilities.Landlord@riteaid.com>
**Subject:** Re: Rite Aid - (10687)

Hi Shelby,
Could you respond to this email, please?
Thanks,
Debbie

Sent from my iPhone

> On Aug 17, 2025, at 2:23 PM, M klein <hvp2llc@gmail.com> wrote:
>
> Do you know the alarm company RiteAid used for 85 vanderburgh ave troy ny?
>
>> On Mon, Aug 4, 2025, 8:23 PM Debora Diprizito <ddiprizito@riteaid.com> wrote:
>>
>> Please call me tomorrow.
>>
>> **Debora DiPrizito \ Director, Real Estate Administration**
>>
>> **P** 717-731-6586
>>
>> ddiprizito@RITEAID.com



>> **From:** Erik Potocek <EPotocek@agrep.com>
>> **Sent:** Monday, August 4, 2025 5:41 PM
>> **To:** M klein <hvp2llc@gmail.com>
>> **Cc:** Debora Diprizito <ddiprizito@riteaid.com>
>> **Subject:** RE: Rite Aid - July 17th Bid Deadline for all Leases - Auction July 21st

3

CCing Deb who can help.

**From:** M klein <hvp2llc@gmail.com>
**Sent:** Monday, August 4, 2025 4:23 PM
**To:** Erik Potocek <EPotocek@agrep.com>
**Subject:** Re: Rite Aid - July 17th Bid Deadline for all Leases - Auction July 21st

I need the keys and alarm codes

On Mon, Aug 4, 2025, 4:42 PM Erik Potocek <EPotocek@agrep.com> wrote:

I believe the rejection notice should give you permission to re-key the premises.

**Erik Potocek**

**Director - A&G Real Estate Partners**

2803 Butterfield Road, Suite 300

Oak Brook, Illinois 60523

Mobile: 630.352.7110

epotocek@agrep.com

www.agrep.com



*Turnaround Atlas Award 2019 - 2023*

'Outstanding Restructuring

Real Estate Firm of the Year'

**From:** M klein <hvp2llc@gmail.com>
**Sent:** Monday, August 4, 2025 3:40 PM

**To:** Erik Potocek <EPotocek@agrep.com>
**Subject:** Re: Rite Aid - July 17th Bid Deadline for all Leases - Auction July 21st

what is the update for the keys and alarm codes for Store #

| 10687 | RITE AID PHARMACY | 83 VANDENBURGH AVE |

On Tue, Jul 29, 2025 at 11:37 AM Erik Potocek <EPotocek@agrep.com> wrote:

You should get instructions on July 31st for keys/alarm codes. Stay tuned.

**From:** M klein <hvp2llc@gmail.com>
**Sent:** Monday, July 28, 2025 5:37 PM
**To:** Erik Potocek <EPotocek@agrep.com>
**Subject:** Re: Rite Aid - July 17th Bid Deadline for all Leases - Auction July 21st

Rite Aid rejected the lease for

| 10687 | RITE AID PHARMACY | 83 VANDENBURGH AVE |

are you providing a lock box and what is the combination?

On Tue, Jul 8, 2025 at 11:27 AM Erik Potocek <EPotocek@agrep.com> wrote:

Dear Landlord:

We expect to have a bid deadline for all remaining leased properties July 17th with store closings to occur over the months to follow.  **Bid Deadline July 17th & Auction for Qualified Bidders only July 21st.**

**THIS BID DEADLINE DOES NOT MEAN STORES WIL BE CLOSING IN JULY. STORES WILL CLOSE OVER THE NEXT SEVERAL MONTHS SO CONTINUE TO CHECK THE**

5

**DOCKET FOR THE CLOSING SCHEDULE.  LANDLORDS, PLEASE DO NOT ENTER STORES ASKING FOR KEYS.**  We have a process inn place when stores close.

If you are the successful bidder on a lease, we will seek Bankruptcy Court approval and Rite Aid will cover the rent until the effective date of the assignment or termination, predicated on the eventual store closing.

**Attached please find the Bid Procedures & Exhibits Approved on interim basis**.

1. **Bidder Registration Form:** this is for all parties as required to become a qualified bidder
2. **Form Lease Termination Agreement:** this is for Landlord who are looking to bid on their own lease and control their own space

**Leased Properties** – Review leases and Bid Procedures. If you still need a lease to review, please let us know.  As a reminder we are selling the assignment of the existing lease terms to third parties as well as terminations to Landlords.

Sincerely Mike, Erik & Emilio

As always store #, City, St in subject line if possible or body of e-mail.

**Erik Potocek**

**Director - A&G Real Estate Partners**

2803 Butterfield Road, Suite 300

Oak Brook, Illinois 60523

6

Mobile: 630.352.7110

epotocek@agrep.com

www.agrep.com



*Turnaround Atlas Award 2019 - 2023*

'Outstanding Restructuring

Real Estate Firm of the Year'

DISCLAIMER
This e-mail, including attachments, may include confidential, proprietary privileged and/or private information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail and all attachments immediately..

