| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>SAUL EWING LLP<br>Monique B. DiSabatino (Bar No. 200901040)<br>1201 N. Market Street, Suite 2300<br>P. O. Box 1266<br>Wilmington, DE 19899<br>Office : (302) 421-6840<br>monique.disabatino@saul.com<br><br>*Counsel for Forest Valley Station LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I caused a true and correct copy of the foregoing *Limited Objection of Forest Valley Station, LLC Notice of Assumption and Assignment of the Debtors' Leases to Dollar Tree Stores, Inc.* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

                                                        */s/ Monique B. DiSabatino*
                                                        Monique B. DiSabatino
                                                        **SAUL EWING LLP**
                                                        1201 N. Market Street, Suite 2300
                                                       P.O. Box 1266
                                                        Wilmington, DE 19899
                                                       (302) 421-6806

Dated: September 16, 2025

## SERVICE LIST

| | |
|---|---|
| Alice Belisle Eaton, Esquire<br>Christopher Hopkins, Esquire<br>Nick Krislov, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>nkrislow@paulweiss.com<br>*Counsel for the Debtors* | John F. Ventola, Esquire<br>Jonathan D. Marshall, Esquire<br>Mark D. Silva, Esquire<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>msilva@choate.com<br>*Counsel to Prepetition ABL Agent and DIP Agent* |
| Michael D. Sirota, Esquire<br>Warren A. Usatine, Esquire<br>Felice R. Yudkin, Esquire<br>Seth Van Aalten, Esquire<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br>*Counsel to the Debtors* | Alan J. Brody, Esquire<br>Julia Frost-Davies, Esquire<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com<br>*Counsel to Prepetition ABL Agent and DIP Agent* |
| Brett H. Miller, Esquire<br>Todd M. Goren, Esquire<br>James H. Burbage, Esquire<br>Jessica D. Graber, Esquire<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>bmiller@wilkie.com<br>tgoren@wilkie.com<br>jburbage@wilkie.com<br>jgraber@wilkie.com<br>*Counsel to the Committee* | Jeffrey M. Sponder, Esquire<br>Lauren Bielskie, Esquire<br>Office of the United States Trustee<br>District of New Jersey<br>Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br><br>Jonathan Gordon, Esquire<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Jonathan.gordon@lw.com<br>*Counsel to Dollar Tree Stores, Inc.* |
| Andrew S. Sherman, Esquire<br>Boris Mankovetskiy, Esquire<br>Gregory Kopacz, Esquire<br>Sills Cummis & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillcummis.com<br>*Counsel to the Committee* | |

56290673.1