**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Brian Horman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 28, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via overnight mail on HVP 2 LLC (ADRID: 28111032), C/O PROPUP MANAGEMENT GROUP, 7 HANA LANE, MONSEY, NY 10952:

- Surrender Letter re Vacant Possession, customized to include the name of the party, address of the party, email address of the party, store number related to the lease, landlord related to the lease, debtor counterparty related to the lease, and location of the store related to the lease, a blank copy of which is attached hereto as **Exhibit A** (the "***Surrender Letter***")

On July 28, 2025, at my direction and under my supervision, employees of Kroll caused the Surrender Letter to be served via email on HVP 2 LLC (ADRID: LE_0202), BREINY@PROPUPGROUP.COM, and HVP 2 LLC (ADRID: LE_0203), HVP2LLC@GMAIL.COM.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: September 16, 2025

/s/ Brian Horman
Brian Horman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2025, by Brian Horman, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**



**Corporate Office**
200 Newberry Commons,
Etters, PA 17319
July 28, 2025

**Via Overnight Mail or Email**
[Counterparty Name]
[Street]
[City, State, ZIP]
[Counterparty Email]

**Re:**     **Vacant Possession - Store # [●]**
Lease between [●] ("Landlord") and [Rite Aid entity party to Lease]. ("Tenant") for premises located at [●] ("Premises")

Dear Landlord:

As you may know, on May 5, 2025 (the "Petition Date"), New Rite Aid, LLC and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, and are being jointly administered under the caption *In re New Rite Aid, LLC, et al.,* Case No. 25-14861 (Bankr. D.N.J.). More information, including all documents filed in the case, can be found on the Debtors' restructuring website, which can be located by going to https://restructuring.ra.kroll.com/RiteAid2025.

In accordance with the Rejection Notice [*See* Docket No. 1573], this shall confirm that as of July 31, 2025, (the "Surrender Date") the above-referenced lease will be rejected through the Bankruptcy Court. This letter shall confirm that Tenant hereby relinquishes actual control of the Premises and surrenders to Landlord possession and control of the Premises as of **11:59 p.m. (prevailing local time) on the Surrender Date**, in accordance with the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Lease Rejection Order").

Pursuant to the Lease Rejection Order, upon surrender the Landlord is permitted to rekey the Premises and Tenant will have relinquished control of the Premises to the Landlord.

The Debtors have arranged for the burglar alarm company to disable the burglar alarm system. The burglar alarm will be disabled as of midnight on the Surrender Date but will

continue to ring locally (police will not be notified) until it is silenced with the codes or disconnected as provided on the instructions attached to this letter as **Schedule 1**. To the extent the Landlord is not already in possession of the alarm code, the alarm code is unavailable and the Landlord is free to reset the alarm system.

Kroll Restructuring Administration LLC ("Kroll"), the Debtors' claims and noticing agent, can provide relevant utility information. **Notification of the rejection will be provided by Rite Aid to the utility providers for cancelation of services. Landlord shall make all contact after that date.** You can reach out to Kroll toll-free at (888) 575-9318, or +1 (646) 930-4577 for calls originating outside of the U.S. or Canada, or by emailing Kroll at RiteAid2025Info@ra.kroll.com. Any claims for amounts you believe you are owed by the Debtors should be handled through the chapter 11 claims process.

We cannot provide you with legal advice. You should consult your own counsel with respect to the above.

Sincerely,
New Rite Aid, LLC


*/s/ Tracy Verastegui*
Tracy Verastegui
Vice President, Real Estate Operations

2

## Schedule 1

## Alarm Code Instructions

**General Panel Instructions:**
- To DISARM:
    - **Code** and **off** (usually on the #1 button) OR
    - **Code** and **enter** (usually bottom right button)
- To ARM (make sure ALL doors are completely closed or you won't be able to set the alarm):
    - **Code** and **away** (usually on the #2 button) OR
    - **Code** and **enter** (usually bottom right button)

**BOSCH Panel Instructions:**
- To DISARM:
    - **Code** and **enter** (bottom right button – will say ENT or be blank)
- To ARM (make sure ALL doors are completely closed or you won't be able to set the alarm):
    - **Code** and **enter** (bottom right button – will say ENT or be blank)

**EPS Panel Instructions:**
- To DISARM:
    - **Code** and **enter**
- To ARM (make sure ALL doors are completely closed or you won't be able to set the alarm):
    - **CMD1** and **Code** – or - **Code** and **enter**

**DMP Panel Instructions (Option 1):**
- To DISARM:
    - Press **Command (CMD)** until you see ARM DISARM
    - Select **DISARM**
    - Enter **Code** and you will see ALL? NO YES
    - Select **YES**
- To ARM (make sure ALL doors are completely closed or you won't be able to set the alarm):
    - Press **Command (CMD)** until you see ARM DISARM
    - Select **ARM**
    - Enter **Code** and you will see ALL? NO YES
    - Select **YES**

**DMP Panel Instructions (Option 2):**
- To DISARM:
    - **Code** (you will see ALL or AWAY on the screen)

3

- o **ALL**
- To ARM (make sure ALL doors are completely closed or you won't be able to set the alarm):
    - o **Code** (you will see ALL or AWAY on the screen)
    - o **AWAY**

**This alarm will no longer notify the police, but it will auto arm every night at 9pm. To prevent the alarm from sounding in the future when someone enters the building, it needs to be disabled. To disable the alarm:**
- Locate the main control panel. It may have a Protection 1 or ADT sticker on it.
- Open the control panel. It may have the key in the lock of the door, or on top of the box.
- Remove one of the leads (red or black) from the battery in the bottom of the box. It will be a black or gray rectangle inside on the bottom.
- Unplug the panel's power plug from your wall outlet, usually located near the control panel, or flip the breaker for the circuit the panel is connected to.

4