| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FLASTER GREENBERG PC<br>William J. Burnett, Esq. (NJ Bar No. 030211995)<br>1717 Arch Street, Suite 3300<br>Philadelphia, PA 19103<br>215.279.9383 (Telephone)<br>215.279.9394 (Facsimile)<br>Email: william.burnett@flastergreenberg.com<br><br>*Counsel for Colella Family Partners and Samuel D. Colella, Trustee of the Colella Family Non-Exempt Marital Deduction Trust dated 9/21/1992* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.      I, William J. Burnett, Esq. am an attorney with the firm of Flaster Greenberg PC, attorneys for Colella Family Partners and Samuel D. Colella, Trustee of the Colella Family Non-Exempt Marital Deduction Trust dated 9/21/1992, creditors in the above-captioned matter.

2.      On September 16, 2025, I sent a copy of the following pleadings and/or documents to the parties listed below and served on all counsel/parties who have registered to receive notice of

---

[3] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

filings in this matter through the Court's CM/ECF filing system:

> *Assignment Objection of Rights of Colella Family Partners and Samuel D. Colella, Trustee of the Colella Family Non-Exempt Marital Deduction Trust dated 9/21/199 to Proposed Cure Amount i*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 16, 2025            /s/ *William J. Burnett*
                                     William J. Burnett, Esq.

## SERVICE LIST

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Blvd, Suite 2100<br>Newark, NJ, 07102<br>Attn. Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov<br>Attn. Lauren Bielskie<br>lauren.bielskie@usdoj.gov | U.S. Trustee's Office | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>     (as authorized by the court*) |
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, PA 17319<br>David Kastin, Esq.<br>david.kastin@riteaid.com | Debtor | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>     (as authorized by the court*) |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg, Esq.<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton, Esq.<br>aeaton@paulweiss.com<br>Christopher Hopkins, Esq.<br>chopkins@paulweiss.com<br>Nick Krislov, Esq.<br>nkrislov@paulweiss.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>     (as authorized by the court*) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esq.<br>Msirota@coleschotz.com<br>Warren A. Usatine, Esq.<br>wusatine@coleschotz.com<br>Felice R. Yudkin, Esq.<br>FYudkin@coleschotz.com<br>Seth Van Aalten, Esquire<br>svanaalten@coleschotz.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>     (as authorized by the court*) |

| | | |
|---|---|---|
| Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esq.<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esq.<br>Julia.frostdavies@gtlaw.com | Counsel to Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>John V. Fentola, Esquire<br>jventola@choate.com<br>Jonathan D. Marshall, Esq.<br>jmarshall@choate.com<br>Mark D. Silva, Esq.<br>msilva@choate.com | Counsel to Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |
| Leichtman Law PLLC<br>185 Madison Avenue, 15th Fl<br>New York, NY 10016<br>Maura I. Russell, Esq.<br>mrussell@leichtmanlaw.com | Counsel to the Consultants | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |
| Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Jeffrey Cohen, Esq.<br>jcohen@lowenstein.com<br>Andrew Behlmann, Esq.<br>abehlmann@lowenstein.com | Counsel to the Consultants | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Fl<br>Roseland, NJ 07068<br>Anthony Sodono, Esq.<br>asodono@msbnj.com<br>Michele Dudas, Esquire<br>mdudas@msbnj.com | Co-Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |
| Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Dennis M. Twomey, Esq.<br>dtwomey@sidley.com | Co-Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Buchalter<br>18400 Von Karman Ave, Ste 800<br>Irvine, CA 92612-0514<br>Jeffrey K. Garfinkle, Esq.<br>jgarfinkle@buchalter.com | Co-Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>    (as authorized by the court*) |
| Latham & Watkins LLP<br>330 North Wabash Avenue,<br>Chicago, IL 60611<br>Attn: Jonathan Gordon<br>jonathan.gordon@lw.com. | Counsel to Dollar Tree Stores, Inc. | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ E-Mail<br>☒ Other ECF<br>    (as authorized by the court*) |