**MAKE CHECK PAYABLE TO:**
EXETER TOWNSHIP TAX COLLECTOR
10 FAIRLANE RD
READING, PA 19606
610-779-8055
TAXCOLLECTOR@EXETERTOWNSHIP.COM

**PROPERTY INFORMATION:**
PIN: 43-5325-07-69-8843-
CLASS: C-COMMERCIAL
4630 PERKIOMEN AV
2.36 ACR
DB 4690 P 1493

**TAX PAYER:**
KACHR LLC % RITE AID CORP
PO BOX 3165
HARRISBURG PA 17105-3165

PAID
AUG 19 2025
Kristi Piersol
Exeter Twp. Tax Collector

EXETER TOWNSHIP SD - EXETER TOWNSHIP
**2025 SCHOOL REAL ESTATE TAX BILL**     BILL # 4471

KRISTI PIERSOL, TAX COLLECTOR
SITTING
7/8-8/28 TUE,WED 9:30-4:00
THURS 9:30-5:00
SEPT-DEC WED & THURS 9:30-3:00
OFFICE CLOSED 9/24, 9/25, 11/26, 11/27
FINAL IN PERSON COLLECTION 12/18/25

| Mills | 37.00240 |
| Assessment | 1,295,900 |
| Property Tax | $47,951.41 |

| Bill Date 07/01/2025 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|
| DURING THIS PERIOD | JUL - AUG | SEP - OCT | AFTER OCT |
| PAY THIS AMOUNT ==> | 46,992.38 | 47,951.41 | 52,746.55 |

Please review instructions before selecting Installment Plan

or if selecting Installment Plan ==> FIRST INSTALLMENT: 15,983.81
DUE DATE: July 31, 2025



**ADDITIONAL INFO:** $25.00 FOR RETURNED CHECKS.

**TAX PAYER INSTRUCTIONS**
1. If you pay by mail and a receipt is required, please include both copies of the bill and a self-addressed stamped envelope; otherwise only one copy of the bill is required with payment.
2. Failure to receive a bill does not entitle the owner to discount or remission of penalty on taxes.
3. If paying the bill in full, you have the following alternatives:
    A. Pay the net amount by August 31, 2025, for a two percent (2.00%) discount.
    B. Pay in full at the flat amount from September 1, 2025 until October 31, 2025.
    C. Payment after October 31, 2025 is subject to penalties and interest as provided in the tax code.
4. If you no longer own this property, please provide name of new owner on bill and return to tax collector's office.
5. **If serviced by a Mortgage Company, forward bill to them immediately.**
6. Only full or installment payment is accepted. EXACT payment only.

**INSTALLMENT INSTRUCTIONS**
1. The installment option allows for the payment of the **flat tax rate** in three (3) equal installments, with the payment amounts due on or before the dates as listed:

| First Installment | 15,983.81 | July 31, 2025 |
| Second Installment | 15,983.80 | September 15, 2025 |
| Third Installment | 15,983.80 | November 30, 2025 |

2. Payment of the first installment must be made on or before July 31, 2025 to indicate your intention to pay the taxes on the installment plan.
3. After receiving the first payment on or before July 31, 2025, the remaining installment coupons will be mailed to you.
4. Installment payments are made in the same manner as if paying the bill in full (either mailed or in person).
5. Failure to make any one of the installment payments by the due date stated above will result in a penalty of ten percent (10.00%) on each such late installment.
6. A tax payer who is delinquent by more than ten days on more than two installment payments **shall be ineligible for the installment payment option** in the following school fiscal year.
7. Payment of all installments prior to July 31, 2025 <u>DOES NOT</u> entitle you to the two percent (2.00%) discount.

```
KACHR LLC                                                   60-1159    1007
2526-A Centre Ave                          Fleetwood         313
Reading, PA 19605                            Bank

PAY TO THE
ORDER OF   Exeter Twp. Tax Collector /            $17,906.75/100

           Seventeen Thousand Nine Hundred + Six Dollars 75/100 ———— DOLLARS

MEMO  2025-2026  4630 Perkiomen Ave (Real estate Taxes)    [signature]
                                                   AUTHORIZED SIGNATURE

⑈001007⑈ ⑆031311593⑆
```

| | | |
|---|---|---|
| Make Checks Payable To:<br>Exeter Twp Tax Collector<br>10 Fairlane Rd.<br>Reading, PA 19606<br>610-779-8055 | 2025 Real Estate Tax - County and District - (43) EXETER TWP | |
| | Bill Date: 3/1/2025    Duplicate ID: 4325R-CD | Bill #: 4465 |
| Property ID:<br>43532507698843<br>Property Situs:<br>4630 PERKIOMEN AV<br>Property Description:<br>COMMERCIAL BUILDING<br>DETACHED IMPROVEMENTS<br>Tax Payer:<br>KACHR LLC % RITE AID CORP<br>PO BOX 3165<br>HARRISBURG, PA 17105-3165 | | |

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 488,000 | 807,900 | 1,295,900 | 0 | 0 | 1,295,900 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 11,446.35 | 11,679.95 | | 12,847.95 |
| City/Twp/Boro | 3.62000 M | | 4,597.34 | 4,691.16 | | 5,160.28 |
| Fire | 1.06500 M | | 1,352.53 | 1,380.13 | | 1,518.14 |
| Hydrant | | | 152.40 | 155.51 | | 171.06 |
| Light | | | 0.00 | 0.00 | | 0.00 |
| Recycling | | | 0.00 | 0.00 | | 0.00 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 17,548.62 | 17,906.75 (circled) | 19,697.43 |

Last day to pay: 12/31/2025
Bills are considered unpaid until funds clear the bank.      743408

Sitting Dates and Times:
Kristi Piersol, Tax Collector
March - Tues, Wed, Thurs 9:30-4:00
April - Mon, Tue, Wed 9:30-4:00; Thurs 9:30-5:00
May & June - Wed & Thurs 9:30-3; Closed 6/23-27
TAXCOLLECTOR@EXETERTOWNSHIP.COM

PD 6/30/25   Acct #585
ck #1007

Make Checks Payable To:
Exeter Twp Tax Collector
10 Fairlane Rd.
Reading, PA 19606
610-779-8055

2025 Real Estate Tax - County and District - (43) EXETER TWP
Bill Date: 3/1/2025    Duplicate ID: 4325R-CD    Bill #: 4465

Property ID: 43532507698843
Property Situs: 4630 PERKIOMEN AV
Property Description: COMMERCIAL BUILDING DETACHED IMPROVEMENTS
Tax Payer: KACHR LLC % RITE AID CORP, PO BOX 3165, HARRISBURG, PA 17105-3165

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 488,000 | 807,900 | 1,295,900 | 0 | 0 | 1,295,900 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 11,446.35 | 11,679.95 | | 12,847.95 |
| City/Twp/Boro | 3.62000 M | | 4,597.34 | 4,691.16 | | 5,160.28 |
| Fire | 1.06500 M | | 1,352.53 | 1,380.13 | | 1,518.14 |
| Hydrant | | | 152.40 | 155.51 | | 171.06 |
| Light | | | 0.00 | 0.00 | | 0.00 |
| Recycling | | | 0.00 | 0.00 | | 0.00 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 17,548.62 | 17,906.75 | 19,697.43 |

Tax Collector Copy      743408

Sitting Dates and Times:
Kristi Piersol, Tax Collector
March - Tues, Wed, Thurs 9:30-4:00
April - Mon, Tue, Wed 9:30-4:00; Thurs 9:30-5:00
May & June - Wed & Thurs 9:30-3; Closed 6/23-27
TAXCOLLECTOR@EXETERTOWNSHIP.COM