UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**LEIGHTON LAW GROUP, LLC**
Jay B. Leighton, Esq.
24548 East Main Street, Suite 101
P.O. Box 461
Columbus, New Jersey 08022
(609) 298-4280   (Telephone)
(609) 479-2215   (Facsimile)
jay@leighton-law.com
*Attorneys for Kachr, LLC*

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| | (Jointly Administered) |
| Debtors. | Hon. Michael B. Kaplan |

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 16, 2025, I caused copies of the foregoing Objection to Cure Amount in Assumption and Assignment Notice to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail and/or First-Class U.S. Mail postage, prepaid, as noted:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Via Electronic Mail:*

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Alice Belisle Eaton (aeaton@paulweiss.com).<br>Christopher Hopkins (chopkins@paulweiss.com),<br>and Nick Krislov (nkrislov@paulweiss.com)<br><br>*Counsel for Debtors* | Cole Schotz P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 0760 I<br>Attn: Michael D. Sirota (msirota@coleschotz.com),<br>Warren A. Usatine (wusatine@coleschotz.com),<br>Felice R. Yudkin (FYudkin@coleschotz.com), and<br>Seth Van Aalten (svanaalten@coleschotz.com)<br><br>*Counsel for Debtors* |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola (jventola@choate.com),<br>Jonathan D. Marshall (jmarshall@choate.com), and<br>Mark D. Silva (msilva@choate.com))<br><br>*Counsel to the Prepetition ABL Agent and the DIP Agent* | Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Attn: Alan J. Brody (brodya@gtlaw.com) and Julia Frost-Davies (julia.frostdavies@gtlaw.com)<br><br>*Counsel to the Prepetition ABL Agent and the DIP Agent* |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Brett H. Miller (bmiller@willkie.com), Todd M. Goren (tgoren@willkie.com), James H. Burbage (jburbage@willkie.com), and Jessica D. Graber (jgraber@willkie.com)<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew S. Sherman (asherman@sillscummis.com), Boris Mankovetskiy (bmankovetskiyc@sillscummis.com), and<br>Gregory Kopacz (gkopacz@sillscummis.com)<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Strassburger McKenna Gutnick & Gefsky<br>Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222<br>Attn: Michael Nicolella (mnicolella@smgglaw.com)<br><br>*Counsel to 1700 Murray Avenue, LLC* | Dollar Tree Stores, Inc.<br>c/o Latham & Watkins LLP<br>Attn: Jonathan Gordon<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>(jonathan.gordon@lw.com)<br><br>*Proposed Assignee* |

2

*Via First Class U.S. Mail, postage prepaid:*

United States Trustee for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Jeffrey M. Sponder and Lauren Bielski

*United States Trustee*

Dollar Tree Stores, Inc.
c/o Latham & Watkins LLP
Attn: Jonathan Gordon
330 North Wabash Avenue
Chicago, IL 60611

*Proposed Assignee*

**LEIGHTON LAW GROUP, LLC**

/s/ Jay B. Leighton
Jay B. Leighton, Esquire
24548 East Main Street, Suite 101
P.O. Box 461
Columbus, NJ 08022
Telephone: (609) 298-4280
 Fax: (609) 479-2215
Email: jay@leighton-law.com
*Attorneys for Kachr, LLC*

3