**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
Alison R. Benedon
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweisss.com
wclareman@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com
abenedon@paulweiss.com

*Co-Counsel for Debtors*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED**
**ON THE RECORD ON APPEAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and appellees (the "Debtors") submit this designation of additional items to be included in the record in connection with the appeal by CVS Pharmacy, Inc. ("CVS") of the *Order Granting,*

---

[1] The last four digits of New Rite Aid, LLC's tax identification number are 1483. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025]. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

in Part, Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance By CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreement*, Docket No. 1800, entered by the United States Bankruptcy Court for the District of New Jersey on August 5, 2025.

### Designation of Additional Items to be Included in the Record on Appeal[2]

On September 2, 2025, CVS filed *CVS Pharmacy Inc.'s Designation of Items to Be Included in the Record on Appeal and Statement of Issues to Be Presented*, Docket No. 2259.

In addition to the items designated by CVS, the Debtors designate for inclusion in the record on appeal the following item filed under seal in *New Rite Aid, LLC, et. al.,* Case No. 25-14861 (MBK) (Bankr. D.N.J.):

| Docket No. | Description |
|---|---|
| N/A (filed under seal July 24, 2025) | *Supplemental Declaration of George Zhushma in Further Support of Debtors' Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under the CVS Asset Purchase Agreements.* [SEALED] |

### Debtors' Reservations

The Debtors reserve the right to request that additional items be included in the record on appeal or that the record be supplemented.

*[Remainder of Page Intentionally Left Blank.]*

---

[2] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Debtors understand that all items designated by CVS include all exhibits and other documents included within each entry. If this is incorrect, the Debtors hereby designate all exhibits and other documents related to the documents designated by CVS.

| | |
|---|---|
| Dated: September 16, 2025 | /s/ *Michael D. Sirota* |

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
  wusatine@coleschotz.com
  fyudkin@coleschotz.com
  svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
Alison R. Benedon
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
  aeaton@paulweiss.com
  abenedon@paulweiss.com
  chopkins@paulweiss.com
  smitchell@paulweiss.com
  abenedon@paulweiss.com

*Co-Counsel for Debtors*