|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          vesperm@ballardspahr.com<br><br>*Counsel to Manoa Shopping Center Associates, L.P.* |  |
| In re:<br><br>NEW RITE AID, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I caused a true and correct of the foregoing *Objection of Manoa Shopping Center Associates, L.P. to the Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc.* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

                                        Respectfully submitted,

Dated: September 16, 2025                      */s/ Leslie C. Heilman*
                                        Leslie C. Heilman, Esquire
                                        Laurel D. Roglen, Esquire*
                                        Margaret A. Vesper, Esquire*
                                        BALLARD SPAHR LLP
                                        919 N. Market Street, 11th Floor
                                        Wilmington, Delaware 19801-3034
                                        Telephone: (302) 252-4465
                                        Facsimile: (302) 252-4466
                                        E-mail: heilmanl@ballardspahr.com
                                                          roglenl@ballardspahr.com
                                                          vesperm@ballardspahr.com

                                        *Counsel to Manoa Shopping Center Associates, L.P.*

# SERVICE LIST

Alice Belisle Eaton, Esquire
Christopher Hopkins, Esquire
Nick Krislov, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
aeaton@paulweiss.com
chopkins@paulweiss.com
nkrislow@paulweiss.com
*Counsel for the Debtors*

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Seth Van Aalten, Esquire
Cole Schotz, P.C.
25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com
*Counsel to the Debtors*

Brett H. Miller, Esquire
Todd M. Goren, Esquire
James H. Burbage, Esquire
Jessica D. Graber, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
bmiller@wilkie.com
tgoren@wilkie.com
jburbage@wilkie.com
jgraber@wilkie.com
*Counsel to the Committee*

Andrew S. Sherman, Esquire
Boris Mankovetskiy, Esquire
Gregory Kopacz, Esquire
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillcummis.com
*Counsel to the Committee*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Mark D. Silva, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
msilva@choate.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Alan J. Brody, Esquire
Julia Frost-Davies, Esquire
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com
julia.frostdavies@gtlaw.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
Office of the United States Trustee
District of New Jersey
Raymond Boulevard, Suite 2100
Newark, NJ 07102
jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

Jonathan Gordon, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Jonathan.gordon@lw.com
*Counsel to Dollar Tree Stores, Inc.*