# **CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on September 16, 2025, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system, including the parties listed below:

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alice Belisle Eaton
Christopher Hopkins
Sean Mitchell
1285 6th Avenue
New York, NY 10019
Email: aeaton@paulweiss.com
　　　chopkins@paulweiss.com
　　　smitchell@paulweiss.com

*Co-Counsel to Debtors and Debtors in Possession*

**COLE SCHOTZ, P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R Yudkin
Seth Van Aalten
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Email: msirota@coleschotz.com
　　　wusatine@coleschotz.com
　　　fyudkin@coleschotz.com
　　　svanaalten@coleschotz.com

*Co-Counsel to Debtors and Debtors in Possession*

**CHOATE, HALL & STEWART LLP**
John F. Ventola
Jonathan D. Marshall
Mark D. Silva
Two International Place
Boston, MA 02110
Email: jventola@choate.com
　　　jmarshall@choate.com
　　　msilva@choate.com

*Co-Counsel to Prepetition ABL Agent and DIP Agent*

**GREENBERG TRAURIG, LLP**
Alan J. Brody
Julia Frost-Davies
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Email: brodya@gtlaw.com
　　　julia.frostdavies@gtlaw.com

*Co-Counsel to Prepetition ABL Agent and DIP Agent*

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: bmiller@willkie.com<br>　　　　tgoren@willkie.com<br>　　　　jburbage@willkie.com<br>　　　　jgraber@willkie.com<br><br>*Co-Counsel to the Unsecured Creditors' Committee* | **SILLS CUMMIS & GROSS, P.C.**<br>Andrew H. Sherman<br>Boris Mankovetskiy<br>Gregory Kopacz<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Email: asherman@sillscummis.com<br>　　　　bmankovetskiy@sillscummis.com<br>　　　　gkopacz@sillscummis.com<br><br>*Co-Counsel to the Unsecured Creditors' Committee* |
| **OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF NEW JERSEY**<br>Jeffrey M. Sponder<br>Lauren Bielskie<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br><br>*Counsel for the United States Trustee* | **MCMANIMON, SCOTLAND & BAUMANN LLC**<br>Anthony Sodono<br>Michele Dudas<br>75 Livingson Avenue, 2nd Floor<br>Roseland, NJ 07068<br>Email: asodono@msbnj.com<br>　　　　mdudas@msbnj.com<br><br>*Co-Counsel to McKesson Corporation* |
| **SIDLEY AUSTIN LLP**<br>Dennis M. Twomey<br>One South Dearborn<br>Chicago, IL 60603<br>Email: dtwomey@sidley.com<br><br>*Co-Counsel to McKesson Corporation* | **BUCHALTER P.C.**<br>Jeffrey K. Garfinkle<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Email: jgarfinkle@buchalter.com<br><br>*Co-Counsel to McKesson Corporation* |
| **LATHAM & WATKINS LLP**<br>Jonathan Gordon<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>Email: Jonathan.gordon@lw.com<br><br>*Counsel to Dollar Tree Stores, Inc.* | |

　　　　　　　　　　　　　　　　　　*/s/ Jennifer R. Hoover*　　　　
　　　　　　　　　　　　　　　　　Jennifer R. Hoover (NJ 026502001)