UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**
**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
 E-mail:  heilmanl@ballardspahr.com
           roglenl@ballardspahr.com
           vesperm@ballardspahr.com

*Counsel to 5931 Atlantic, LLC, AAT Del Monte LLC,
Balden Towne Plaza Limited Partnership, Brixton
Capital, EDENS, Fairview Shopping Center, LLC,
Gartin Properties LLC, HCP RRF Sand Canyon LLC,
Hummelt Development Company, Huntingdon Pike
Company, Lancaster Development Company, LLC,
Manoa Shopping Center Associates, L.P., Northern
Trust Bank of CA, N.A., Prime/FRIT Bell Gardens,
LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill
QRS, LLC, Realty Income Corporation, Redondo
Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner
JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA
Plains PA, LLC,  The Irvine Company LLC, Valley
Mall, L.L.C. and Weis Markets Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[1] | Case No.  25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**APPLICATION OF LAUREL D. ROGLEN FOR ADMISSION *PRO HAC VICE***

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Hummelt Development Company, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. (the "Landlords"), by and through the undersigned counsel, respectfully move this Court for entry of an Order granting Laurel D. Roglen permission to appear *pro hac vice* as counsel on behalf of the Landlords in the above- captioned case and all matters arising therein or related thereto.

Annexed hereto as Exhibit A is a Declaration of Attorney Roglen, which conforms to Local Rule 9010-1(b).

Unless requested by other parties, no oral argument is requested. A proposed form of order is submitted herewith.

WHEREFORE, the undersigned respectfully request that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: September 16, 2025

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

2