# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**
**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            vesperm@ballardspahr.com

*Counsel to 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Hummelt Development Company, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[2] | Case No.  25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## CERTIFICATION OF LAUREL D. ROGLEN
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Laurel D. Roglen hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Ballard Spahr LLP. My office is located at 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801.

2. I was admitted to practice law in the States of Delaware and New York in 2012. In addition, I am admitted to practice before the following courts:

> U.S. Court of Appeals, 3rd Circuit
>
> U.S. District Court for the District of Delaware
>
> U.S. District Court for the Eastern District of New York
>
> U.S. District Court for the Southern District of New York
>
> U.S. Bankruptcy Court for the Southern District of Texas

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

      6.      I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 16, 2025                  */s/ Laurel D. Roglen*
                                                              Laurel D. Roglen, Esquire
                                                              BALLARD SPAHR LLP
                                                              919 N. Market Street, 11th Floor
                                                              Wilmington, DE 19801
                                                              Telephone: (302) 252-4465
                                                              Facsimile: (302) 252-4466
                                                              Email: roglenl@ballardspahr.com