| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-1(b) <br> ANSELL GRIMM & AARON, P.C. <br> Anthony J. D'Artiglio, Esq. <br> Ansell Grimm & Aaron, P.C. <br> 365 Rifle Camp Road <br> Woodland Park, New Jersey 07424 <br> adartiglio@ansell.law <br> *Attorneys for Landlord AR & MC Co.* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Case No.: 25-14861(MBK) <br><br> Honorable Michael B. Kaplan <br><br> Chapter 11 |

### NOTICE OF CURE AMOUNT FOR STORE NO. 477, SUBMITTED ON BEHALF OF LANDLORD AR & MC Co.

AR & MC Co. ("Landlord"), by and through its attorneys Ansell Grimm & Aaron, P.C., hereby submits this Notice of Cure Amount and Objection for Store No. 477, referring to the commercial lease between Landlord and Debtor New Rite Aid, LLC (collectively with its debtor affiliates, "Debtors") for the property located at 1205 Ben Franklin Hwy West, Douglasville, PA (the Property"), with that lease dated November 14, 1996 as amended from time to time, most recently amended on or about February 6, 2024 (the "Lease"). In support hereof, Landlord respectfully submits the following:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. On May 5, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Landlord and Debtors are currently parties to a Lease term through May 12, 2027.

3. Debtors are required to make monthly base and additional rent payments pursuant to the Lease, including, but not limited to, real estate taxes and other amounts due and owing.

4. Debtors seek Bankruptcy Court approval to potentially assume and assign the Lease to Dollar Tree Stores, Inc. ("Dollar Tree").

5. In so doing, Debtors designate the cure amount in the Cure Notice for this Lease as $10,000.00. *See* ECF # 2260.

6. Landlord disagrees with the asserted cure amounts and contends that Debtors have not cured all outstanding amounts due and owing to Landlord pursuant to the Lease.

7. As September 8, 2025, Debtors failed to pay amounts due and owing to Landlord totaling not less than $44,826.96, as reflected in the attached rent statement. A true and correct copy of the Lease Ledger for this Property is annexed hereto as **Exhibit A**.

8. Debtors failed to pay April 2025 and May 2025 base rent in the amount of $5,000.00 per month for a sum of $10,000.00. *See* **Exhibit A**.

9. Debtors failed to pay 2024 Common Driveway fees such as repairs, sealcoating, and directional arrows in the amount of $1,174.04. *See* **Exhibit A**.

10. Debtors failed to pay for mowing services in the amounts of $300.00, $520.00, $650.00, and $350 respectively, for a sum of $1,820.00.[2] *See* **Exhibit A.**

---

[2] Exhibit A lists the lawn mowing services as $1,470.00, however, an additional lawn mowing service was incurred in the amount of approximately $350 after the date of the rent ledger.

11. Debtors owe Landlord $3,800.00 in parking lot repairs which Landlord incurred in June 2025. *See* **Exhibit A**.

12. As of September 8, 2025, Debtors owed Property taxes in the amount of $7,941.46 and School taxes the amount of $20,441.46. *See* **Exhibit A**.

13. Further, Landlord learned that the canopy light above the now-closed store's sign is hanging, causing Landlord to dispatch its electrician to repair same. As of today's date, Landlord did not receive a bill for its electrician's services and reserves the right to amend this cure objection to include same.

14. As a result, Landlord objects to the assumption and assignment of the Lease until Debtors pay the full monetary cure amount set forth above.

15. Pursuant to 11 U.S.C. §365(b)(1)(A), Debtors are required to cure all defaults under the Lease prior to any assumption.

16. Accordingly, Debtors may not assume or assign the Lease unless and until the entire cure amount due to Landlord is paid promptly and in full.

17. Landlord specifically reserves its right to amend this cure amount.

**WHEREFORE**, Landlord respectfully requests the Cure Costs for the Lease herein described be set at $45,175.96, subject to adjustment as the case continues prior to any assumption or assignment.

Dated: Woodland Park, New Jersey
September 16, 2025

**ANSELL GRIMM & AARON, P.C.**

*s/Anthony J. D'Artiglio*
Anthony J. D'Artiglio, Esq.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
(973) 247-9000 Phone
(973) 247-9199 Facsimile
*Attorneys for Landlord*

# Rent Ledger for 2025

AR & MC Co (Landlord) payments collected from Rite Aid Corporation (Tenant) and amounts owed from Rite Aid Corporation as of 9/8/2025

| Description | Date Due | Date Paid | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | | Payments Owed to Landlord | Payments Paid to Landlord from Rite Aid | Owed to Landlord |
| **Monthly Rent** | | | | | |
| January 2025 | 1/1/2025 | 1/3/2025 | 5,000.00 | 5,000.00 | |
| February 2025 | 2/1/2025 | 2/5/2025 | 5,000.00 | 5,000.00 | |
| March 2025 | 3/1/2025 | 3/7/2025 | 5,000.00 | 5,000.00 | |
| April 2025 | 4/1/2025 | outstanding | 5,000.00 | | 5,000.00 |
| May 2025 | 5/1/2025 | outstanding | 5,000.00 | - | 10,000.00 |
| June 2025 | 6/1/2025 | 6/3/2025 | 5,000.00 | 5,000.00 | |
| July 2025 | 7/1/2025 | 7/3/2025 | 5,000.00 | 5,000.00 | |
| August 2025 | 8/1/2025 | 8/5/2025 | 5,000.00 | 5,000.00 | |
| September 2025 | 9/1/2025 | 9/5/2025 | 5,000.00 | 5,000.00 | |
| **Percentage Rent - for 2024** | | 3/28/2025 | 8,001.18 | 8,001.18 | |
| **Common Area Maintenance** | | Date Billed to Rite Aid | Date Reimbursed by Rite Aid | | |
| 2024 Common Driveway - repairs, sealcoating & directional arrows | | 6/11/2025 | outstanding | 1,174.04 | | 11,174.04 |
| 2024-2025 Snow Reimbursement | | 5/7/2025 | 6/17/2025 | 1,610.56 | 1,610.56 | |
| 2024-2025 Sidewalk & Driveway Repairs | | | | | | |
| **Payments made by Landlord due to Rite Aid's default** | | Date Paid by Landlord | | | |
| Mowing | | 6/3/2025 | outstanding | 300.00 | - | 11,474.04 |
| | | 7/10/2025 | outstanding | 520.00 | - | 11,994.04 |
| | | 8/7/2025 | outstanding | 650.00 | - | 12,644.10 |
| Grounds Maintenance & Repairs | | | | | | |
| Parking Lot repairs (June 2025) | | 6/9/2025 | outstanding | 3,800.00 | - | 16,444.04 |
| **Real Estate Taxes** | | | | | | |
| - Property Taxes | | 6/30/2025 | outstanding | 7,941.46 | - | 24,385.50 |
| - School Taxes | | 8/26/2025 | outstanding | 20,441.46 | - | 44,826.96 |
| **Total** | | | 89,438.70 | 44,611.74 | 44,826.96 |