**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF**
**DAVID MACGREEVEY OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated July 3, 2025 [Docket No. 1315] (the "Original Declaration"), my first supplemental declaration dated July 10, 2025 [Docket No. 1379] (the "First Supplemental Declaration"), my second supplemental declaration dated July 16, 2025 [Docket No. 1461] (the "Second Supplemental Declaration"), and my third supplemental declaration dated August 7, 2025 [Docket No. 1828] (the "Third Supplemental Declaration").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration and the Third Supplemental Declaration.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- Parties in interest disclosed as AP clients in the Original Declaration, in the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration and in this supplemental declaration each accounted for less than approximately 2% of AP's revenue over the past two fiscal years.

- Walgreens Corporation is a potential buyer / assignee in these Chapter 11 Cases. As previously disclosed, an affiliated entity of Walgreens Corporation is a former employer of a current AP employee. This AP employee is not working on these Chapter 11 Cases. During their time at Walgreens, they worked on the integration of Rite Aid stores acquired by Walgreens. While there is no formal informational barrier in place given there is no conflict of interest, strict confidentiality obligations pertaining to all AP employees prohibit AP employees from discussing or exchanging non-public information related to AP's client engagements.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: September 17, 2025         AlixPartners, LLP
New York, NY

                                  */s/ David MacGreevey*
                                  David MacGreevey
                                  Partner & Managing Director