| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

**Order Filed on September 17, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## THIRTY-FIRST ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: September 17, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.     Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts**[1, 2]

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | B10 MOUNTAIN A WA LLC | C/O SHOPCORE PROPERTIES TRS MANAGEMENT LLC, 1314 7TH ST, 5TH FL, SANTA MONICA, CA 90401 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6234 | 20330 BALLINGER WAY NE, SHORELINE, WA, 98155 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | B10 MOUNTAIN B WA LLC | C/O SHOPCORE PROPERTIES TRS MANAGEMENT LLC, 1314 7TH ST, 5TH FL, SANTA MONICA, CA 90401 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6503 | 3733 116TH STREET NE, MARYSVILLE, WA, 98271 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | NEWMAR LLC/SYDNEY JOHNSON | 9 MONACO, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5846 | 2938 WEST ROSAMOND BLVD., ROSAMOND, CA, 93560 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | NFNY BUSINESS TRUST | C/O BENDERSON DEVELOPMENT CO., 7978 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4611 | 5040 CITY LINE AVENUE, PHILADELPHIA, PA, 19131 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5. | NFNY BUSINESS TRUST | C/O BENDERSON DEVELOPMENT CO., 7978 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4818 | 4965 CARLISLE PIKE, MECHANICSBURG, PA, 17050 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6. | NFNY BUSINESS TRUST | C/O BENDERSON DEVELOPMENT CO., 7978 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF VIRGINIA, INC. | 4820 | 3210 BOULEVARD, COLONIAL HEIGHTS, VA, 23834 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | NKT HOLDINGS LLC | PO BOX 13160, SAN LUIS OBISPO, CA 93406 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5820 | 1251 JOHNSON AVENUE, SAN LUIS OBISPO, CA, 93401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | NKT UNIVERSITY SQUARE LLC | PO BOX 13160, SAN LUIS OBISPO, CA 93406-3160 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5822 | 956 FOOTHILL BOULEVARD, SAN LUIS OBISPO, CA, 93405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | NNR ASSOC. | 4221 TRANSIT ROAD, WILLIAMSVILLE, NY 14221-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1185 | 4407 MILITARY ROAD, NIAGARA FALLS, NY, 14305 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | NORTHEAST CREDIT UNION | C/O HERMAN MCGEE, P.O. BOX 1240, PORTSMOUTH, NH 03802-1240 | Unexpired Sublease | MAXI DRUG NORTH, INC. | 10292ST | 679 Central Avenue, Dover, New Hampshire, 03820-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 11. | NVRTHRU GROUP LLC | ATTN: STEVEN JOE, 94 PANORAMA, COTO DE CAZA, CA 92679 | Unexpired Store Lease | ECKERD CORPORATI ON | 10811 | 1166 CENTRAL AVENUE, DUNKIRK, NY, 14048 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | OAKLAND REAL ESTATE COMPANY, I | 216 OAKLAND AVENUE, PITTSBURGH, PA 15213 | Unexpired Store Lease | THRIFT DRUG, INC. | 10930 | 3700 FORBES AVENUE, PITTSBURGH , PA, 15213 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13. | OLIVE PROPERTIES LLC | 12301 WILSHIRE BLVD, STE 318, LOS ANGELES, CA 90025 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5816 | 715 AIRPORT DRIVE, BAKERSFIEL D, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | OLIVE TREE CORNING PLAZA LLC | C/O BRAD MANAGEMENT, 11301 W OLYMPIC BLVD, STE 840, LOS ANGELES, CA 90064 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6188 | 640 EDITH AVENUE, CORNING, CA, 96021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | OLIVEIRA PLAZA SPE LLC | C/O ARCADIA MGMT GROUP INC, PO BOX 10, SCOTTSDALE, AZ 85252-0010 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5782 | 2480 VICTORIA AVENUE, PORT HUENEME, CA, 93041 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | OLIVEWOOD PROPERTIES, LLC | C/O POTTER MCKINNEY INC, 9101 CAMINO MEDIA, BAKERSFIELD, CA 93311 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5798 | 262 NORTH HIGHWAY 65, LINDSAY, CA, 93247 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | ONLINE PROPERTY MGT LLC | C/O ONLINE PROPERTY MGMT., L.L.C., P.O. BOX 101, LIVINGSTON, NJ 07039-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 833 | 1210 ROUTE 130 N STE 1408, CINNAMINSO N, NJ, 08077 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 18. | ORANGETHORPE DFWU LLC | C/O CAPITAL ASSET MGMT, 2701 E CAMELBACK RD, STE 170, PHOENIX, AZ 85016 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6472 | 1035 W ORANGETHORPE AVENUE, FULLERTON, CA, 92833 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | P&F RETAIL ASSOC. L.P. | C/O SOLOFF REALTY & DEVELOPMENT INC., ONE PRESIDENTIAL BLVD, SUITE 202, BALA CYNWYD, PA 19004-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3801 | 704-20 EAST PASSYUNK AVENUE, PHILADELPHIA, PA, 19147 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | PAC TRUST | UNIT 98, PO BOX 4500, PORTLAND, OR 97208-4500 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6029 | 525 HEALDSBURG AVENUE, HEALDSBURG, CA, 95448 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21. | PACAZ REALTY, LLC | C/O CARLYLE MGMT CORP, 5355 TOWN CENTER RD, STE 430, BOCA RATON, FL 33486 | Unexpired Store Lease | THRIFT DRUG, INC. | 11090 | 519 CONSTITUTION AVENUE, PERKASIE, PA, 18944 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | PACIFIC/COSTANZO-LEWIS | ONE CORPORATE PLAZA, 2ND FLOOR, ATTENTION: DENNIS BERRYMAN, NEWPORT BEACH, CA 92660-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5690 | 1380 BARSTOW ROAD, BARSTOW, CA, 92311 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 23. | PACIFIC/COSTA NZO-LEWIS | C/O PACIFIC DEVELOPMENT GROUP II, ONE CORPORATE PLAZA, 2ND FLOOR, NEWPORT BEACH, CA 92660-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6469 | 1325 6TH STREET, NORCO, CA, 92860 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | PACIFIC/COSTA NZO-RITE AID | ONE CORPORATE PLAZA, P.O. BOX 3060, NEWPORT BEACH, CA 92658-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5729 | 1688 NORTH PERRIS BOULEVARD, PERRIS, CA, 92571 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | PAPA JOHN'S PIZZA #2903 - AKA- CE & BA FOODS- AKA - PJCA - AKA - CHASE PROPERTIES | C/O: RALF OLIVIRA, 1417 EAST WASHINGTON BOULEVARD, PASADENA, CA 91104 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 6344ST | 1421 EAST WASHINGTON BLVD, PASADENA, CA, 91104 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | PAVILION DEVELOPMENT ONE | ATTN: KEVIN N. TWEED, 7080 N. MARKS AVE., SUITE 118, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6294 | 2646 ALLEN ROAD, BAKERSFIEL D, CA, 93314 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | PAVILION DEVELOPMENT THREE | 7080 NORTH MARKS AVENUE, SUITE 118, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6366 | 6001 COFFEE ROAD, BAKERSFIEL D, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | PEQUA JAZ LLC AS AGENT FOR | MASS JAZ LLC, 500 OLD COUNTRY RD, STE 20, GARDEN CITY, NY 11530 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10648 | 5125 MERRICK ROAD, MASSAPEQU A PARK, NY, 11762 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 29. | PETE ORTIZ AND ERLINDA ORTIZ | 2047 W 238 ST, TORRANCE, CA 90501 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6512 | 1000 W MONTE VISTA AVENUE, TURLOCK, CA, 95382 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | PHR VILLAGE LLC | C/O COAST INCOME PROPERTIES INC, 12230 EL CAMINO REAL STE 140, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6711 | 13460 HIGHLANDS PLACE, SAN DIEGO, CA, 92130 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | PICO-24TH STREET LLC | 16633 VENTURA BLVD., SUITE 1015, ENCINO, CA 91436-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5490 | 2412 PICO BOULEVARD, SANTA MONICA, CA, 90405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | PINTZUK SUMMERDALE | C/O PINTZUK BROWN REALTY GROUP, INS, 491 OLD YORK RD, STE 200, JENKINTOWN PA 19046 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3611 | 455-K NORTH ENOLA ROAD, ENOLA, PA, 17025 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | PISMO COAST PLAZA LLC | C/O GAMBRIL & ASSOCIATES, 547 FIVE CITIES DR, PISMO BEACH, CA 93449 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5833 | 531 FIVE CITIES DRIVE, PISMO BEACH, CA, 93449 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34. | PITTSTON SHOPPING PLAZA LLC | C/O PUGLIESE PROPERTIES, LLC, 219 NASSAU STREET, PRINCETON, NJ 08542-0000 | Unexpired Store Lease | ECKERD CORPORATION | 11075 | 120 LAUREL PLAZA, PITTSTON, PA, 18640 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 35. | PKM HOLDINGS, INC. | PO BOX 214, 15 PIKES WAY, CHELTENHAM, PA 19012 | Unexpired Store Lease | RITE AID OF PENNSYLVA NIA, INC. | 1887 | 2103 N. THIRD STREET, HARRISBUR G, PA, 17110 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36. | PLATT PARTNERS | C/O SDL MANAGEMENT CORPORATION, 2222 EAST 17TH STREET, SANTA ANA, CA 92705-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5544 | 6410 PLATT AVENUE, WEST HILLS, CA, 91307 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | PLAZA GROUP 304 LLC | 501 AUDUBON PKWY., SUITE 400, AMHERST, NY 14228 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1862 | 214 CENTRAL AVENUE, SILVER CREEK, NY, 14136 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | POLLY DRUMMOND CENTER T/A ROJA | 2213 CONCORD PIKE, WILMINGTON, DE 19803 | Unexpired Store Lease | THRIFT DRUG, INC. | 11180 | #4 POLLY DRUMMOND S.C., NEWARK, DE, 19711 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | POOJA ENTERPRISES LLC | 25431 PACIFIC HILLS DR, MISSION VIEJO, CA 92692-5059 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5705 | 14629 7TH STREET, VICTORVILLE , CA, 92395 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | PUTNAM PLAZA OPER. ACCT | C/O URSTADT BIDDLE PROP INC, PO BOX 392033, PITTSBURGH, PA 15262-0001 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 594 | 1896 ROUTE 6, CARMEL, NY, 10512 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41. | QUAKERTOWN JOINT VENTURE | C/O ADCO, 715 MONTGOMERY AVE, STE 3, NARBERTH, PA 19072 | Unexpired Store Lease | THRIFT DRUG, INC. | 11092 | 1465-15 WEST BROAD STREET, QUAKERTOW N, PA, 18951 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 42. | RAD PA LLC | 210 CANAL ST #301, NEW YORK, NY 10013 | Unexpired Store Lease | THRIFT DRUG, INC. | 11112 | 3120 CHICHESTER AVENUE, BOOTHWYN, PA, 19061 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | RAD PA PHILA PROP OWNER LLC | 850 OAK GROVE AVENUE, MENLO PARK, CA 94025 | Unexpired Store Lease | ECKERD CORPORATION | 11125 | 7418 OXFORD AVENUE, PHILADELPHIA, PA, 19111 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44. | RANDALL BENDERSON 1993 TRUST | PO BOX 713201, PHILADELPHIA, PA 19171-3201 | Unexpired Store Lease | RITE AID DRUG PALACE, INC. | 1674 | 3950 UNION ROAD, CHEEKTOWAGA, NY, 14225 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | RAP DALLAS LP | C/O DREHER GROUP, 100 COLLIERY ROAD, DICKSON CITY, PA 18519-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2568 | 2810 MEMORIAL HIGHWAY, SHAVERTOWN, PA, 18708 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | RAP LEADER HEIGHTS LLC | 117 W PATRICK ST. STE.200, FREDERICK, MD 21701 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7886 | 115 LEADER HEIGHTS ROAD, YORK, PA, 17403 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | RARED ALLENSTOWN LLC | C/O STEPHEN DUBORD, P.O. BOX 643528, VERO BEACH, FL 32964-3528 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4993 | 46 ALLENSTOWN ROAD, ALLENSTOWN, NH, 03275 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | RARED MANCHESTER NH LLC | C/O STEPHEN DUBORD, P.O. BOX 643528, VERO BEACH, FL 32964-3528 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4741 | 1631 ELM STREET, MANCHESTER, NH, 03101 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 49. | RAUF R MANAGEMENT | 209-43 27TH AVENUE, BAYSIDE, NY 11360-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 992 | 320 EAST LINCOLN HIGHWAY, COATESVILLE, PA, 19320 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50. | RC SOUTHAMPTON LLC | C/O MIDWOOD MGMT CORP, 430 PARK AVE, STE 201, NEW YORK, NY 10022 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4226 | 82 NUGENT STREET, SOUTHAMPTON, NY, 11968 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | REALTY INCOME CORPORATION | SPIRIT EK VINELAND NJ, LLC, 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | ECKERD CORPORATION | 10488 | 970 NORTH MAIN ROAD, VINELAND, NJ, 08360 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | REALTY INCOME TRUST 2 | 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7894 | 4999 JONESTOWN RD, HARRISBURG, PA, 17109 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | REGENCY CENTERS, LP | RE: PINE LAKE VILLAGE, PO BOX 644031, PITTSBURGH, PA 15264-4031 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5188 | 3066 ISSAQUAH PINE LAKE RD SE, SAMMAMISH, WA, 98075 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | REGENCY CENTERS, LP (LEASE 155 | C/O REGENCY CENTERS CORP, ONE INDEPENDENT DRIVE, SUITE 114, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | ECKERD CORPORATION | 11187 | 4718 LIMESTONE ROAD, WILMINGTON, DE, 19808 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 55. | REGENT INTERNATIONAL LLC | 10256 TUSCANY ROAD, ELLICOTT CITY, MD 21043-0000 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 384 | 8601 BALTIMORE NATIONAL PIKE, ELLICOTT CITY, MD, 21043 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56. | RITE AID PLAZA-WALDWICK PLAZA | C/O REGENCY CENTERS LP, ONE INDEPENDENT DRIVE, STE 114, JACKSONVILLE, FL 32202-5019 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10413 | 60 FRANKLIN TURNPIKE, WALDWICK, NJ, 07463 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | RITE DUNMORE LLC | C/O FORTE CAPITAL MANAGEMENT, 4045 SHERIDAN AVE, STE 221, MIAMI BEACH, FL 33410 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1180 | 217 SOUTH BLAKELY STREET, DUNMORE, PA, 18512 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | RITE INVESTORS -MDED | C/O IMMOBILIEN VERWALTUNG GMBH, AUGESTENSTR. 14A - 5TH FLOOR, MUNCHEN, D-80333 | Unexpired Storage Lease | RITE AID OF MARYLAND, INC. | 1490A | 702 EDGEWOOD ROAD, EDGEWOOD, MD, 21040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR STORAGE FIXTURES |
| 59. | RIVERSIDE HOLDINGS LLC | 789 AIRPORT RD, STE 112, HAZLE TOWNSHIP, PA 18202 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1314 | 501 MAIN STREET STE 2, WHITE HAVEN, PA, 18661 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | ROBERT E DAHMS JR | 4005 VIA MANZANA, SAN CLEMENTE, CA 92673 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10269 | 15 MONT VERNON STREET, MILFORD, NH, 03055 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 61. | ROBINS CARLSBAD, LLC | 16745 BAJIO ROAD, ENCINO, CA 91436-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5622 | 7100 AVENIDA ENCINAS, CARLSBAD, CA, 92011 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62. | RONALD BENDERSON 1995 TRUST | 95 NYRPT, LLC, PO BOX 823201, PHILADELPHIA, PA 19182-3201 | Unexpired Store Lease | ECKERD CORPORATION | 10820 | 4060 NORTH BUFFALO STREET, ORCHARD PARK, NY, 14127 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63. | ROSSANO REALTY | 193 SILVER SANDS ROAD, P.O. BOX 120280, EAST HAVEN, CT 06512-0000 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 3264 | 10 HEMINGWAY AVENUE, EAST HAVEN, CT, 06512 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | RS REALTY PARTNERS LP | C/O WATERS RETAIL GROUP, 200 OLD FORGE LANE, STE 201, KENNETT SQUARE, PA 19348 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 479 | 7615 LINDBERGH BOULEVARD, PHILADELPHIA, PA, 19153 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | RYBA REAL ESTATE INC. | C/O SUMMIT TEAM, INC., 17165 NEWHOPE STREET, SUITE H, FOUNTAIN VALLEY, CA 92708-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6005 | 1245 WEST YOSEMITE AVENUE, MANTECA, CA, 95337 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | RYKAL ASSOCIATES | C/O WESTWIND COMMERCIAL REAL ESTATE, 5350 WILSHIRE BLVD, # 360678, LOS ANGELES, CA 90036 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5880 | 540 CANAL STREET, KING CITY, CA, 93930 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 67. | S.K.D. CONSTRUCTION COMPANY | 929 KINGS HIGHWAY EAST, FAIRFIELD, CT 06825 | Unexpired Store Lease | MAXI DRUG, INC. | 10386 | 1619 POST ROAD, FAIRFIELD, CT, 06824 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | SAJ LLC | 6360 WILSHIRE BLVD STE 501, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5531 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | SAKIOKA FARMS | 697 RANDOLPH AVENUE, COSTA MESA, CA 92626 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5456 | 11321 NATIONAL BOULEVARD, LOS ANGELES, CA. 90064 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70. | SAYRE DEVELOPERS, L.L.C. | C/O JASON EISENBAUM, 191 ALBVANY TPKE, STE 301, CANTON, CT 06019 | Unexpired Store Lease | ECKERD CORPORATION | 11083 | 1593 ELMIRA STREET, SAYRE, PA, 18840 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71. | SCHWAB CHILD 2016 IRRE TRUST | C/O R&L PROPERTIES, 10940 WILSHIRE BLVD, STE 2250, LOS ANGELES, CA 90024 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5749 | 801 NORTH EL CAMINO REAL, SAN CLEMENTE, CA, 92672 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | SERENITY NAIL BOUTIQUE, INC. | C/O: NATALIE (NHI) TO, 4131 ROWLAND AVE., EL MONTE, CA 91731 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5531ST1 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA, 91030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 73. | SERVICE PROPERTIES TRUST | C/O THE RMR GROUP LLC, 1320 MAIN ST, STE 265, COLUMBIA, SC 29201 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2414 | 735 NORTH WATER STREET, UHRICHSVILLE, OH, 44683 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | SERVICE PROPERTIES TRUST | C/O THE RMR GROUP LLC, 1320 MAIN ST, STE 265, COLUMBIA, SC 29201 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3251 | 3601 MIDVALE AVENUE, PHILADELPHIA, PA, 19129 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | SERVICE PROPERTIES TRUST | C/O THE RMR GROUP LLC, 1320 MAIN ST, STE 625, COLUMBIA, SC 29201 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3521 | 1410 DELAWARE AVENUE, BUFFALO, NY, 14209 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76. | SHIV SHAKTI INDUSTRIES, INC. | PO BOX 41, SAN BERNARDINO, CA 92402 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6019 | 653 NORTH GOLDEN STATE BLVD., TURLOCK, CA, 95380 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | SHREWSBURY LTD. PARTNERSHIP | 4 PARK CENTER COURT, SUITE 202, OWINGS MILLS, MD 21117 | Unexpired Store Lease | THRIFT DRUG, INC. | 11030 | 577 SOUTH MAIN STREET, SHREWSBURY, PA, 17361 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78. | SJN CLAREMONT PROP ASSOC, LLC | PO BOX 109, WEST CHESTERFIELD, NH 03466 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10288 | 73 PLEASANT ST STE 1, CLAREMONT, NH, 03743 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 79. | SKBB INVESTMENTS | C/O ZURICH INVESTMENT COMPANY, 9595 WILSHIRE BLVD., SUITE 401, BEVERLY HILLS, CA 90212-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | | 4077 GOVERNOR DRIVE, SAN DIEGO, CA, 92122 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | SLIGO REALTY AND SERVICE CORP | C/O PETER C CUNNINGHAM, 40 RICHARDS AVE PO BOX 14, NORWALK, CT 06854 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1225 | 534 HUDSON STREET, NEW YORK, NY, 10014 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | SOUTHERN BOULEVARD REALTY | 1250 WATERS PLACE, PH1, BRONX, NY 10461-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3844 | 950-960 SOUTHERN BOULEVARD, BRONX, NY, 10459 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82. | SRI AUSHADA LLC | 3579 E FOOTHILL BLVD #714, PASADENA, CA 91107 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6302 | 150 EAST LERDO HIGHWAY, SHAFTER, CA, 93263 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | ST. LUKE'S RENT PAYABLE | REAL ESTATE DEPARTMENT, 801 OSTRUM ST, BETHLEHEM, PA 18015 | Unexpired Store Lease | THRIFT DRUG, INC. | 10526 | 755 MEMORIAL PKY (US HWY 22), PHILLIPSBURG, NJ, 08865 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | STAR CAPITAL PARTNERS LLC | 127 VALLEY ROAD, JACKSON, NJ 08527 | Unexpired Store Lease | THRIFT DRUG, INC. | 10496 | 1 NORTH NEW PROSPECT ROAD, JACKSON, NJ, 08527 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 85. | STONEWOOD FAMILY PARTNERSHIP | 116 EAST PITTSBURGH STREET, GREENSBURG, PA 15601 | Unexpired Store Lease | THRIFT DRUG, INC. | 10931 | 2501 BANKSVILLE ROAD, PITTSBURGH , PA, 15216 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | SUMMIT SQUARE ASSOCIATES | STORE 2 1,J - SUMMIT SQ. S/C, ROUTE 413 AND DOUBLEWOODS RD, LANGHORNE, PA 19047-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11109 | 1 SUMMIT SQUARE SUITE A, LANGHORNE , PA, 19047 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | SURAPANENI FRESNO PROPERTIES, | 10881 GREENVALE DRIVE, HARRISBURG, NC 28705 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5862 | 1210 NORTH BLACKSTON E AVENUE, FRESNO, CA, 93703 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | SUSAN C BERGERON | PO BOX 62, NORTH FALMOUTH, MA 02556 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10299 | 190 Wakefield Street, Rochester, New Hampshire, 03867-1304 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89. | SYCAMORE STREET CORNER LLC | 3010 WINDY BUSH RD, NEW HOPE, PA 18938 | Unexpired Store Lease | THRIFT DRUG, INC. | 11089 | 1 ICE CREAM ALLEY, NEWTOWN, PA, 18940 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90. | T RIO RANCHO CA, LLC | 16600 DALLAS PARKWAY, STE 300, DALLAS, TX 75248 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6338 | 2059 SOUTH GAREY AVENUE, POMONA, CA, 91766 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91. | T.F. ASSOCS | C/O PHILIP BOWERS & COMPANY, P.O. BOX 757, RED BANK, NJ 07701-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1778 | 596 SHREWSBUR Y AVENUE, TINTON FALLS, NJ, 07701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 92. | TANKLAGE FAMILY PARTNERSHIP | 1025 TANKLAGE ROAD UNIT B, SAN CARLOS, CA 94070 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6097 | 1801 EUREKA WAY, REDDING, CA. 96001 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | THE COMMANS AT CALABASAS, LLC | C/O CARUSO AFFILIATED HOLDINGS, 101 THE GROVE DRIVE, LOS ANGELES, CA 90036-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6327 | 4710 COMMONS WAY, CALABASAS, CA. 91302 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | THE COMMONS AT CALABASAS, LLC | C/O CARUSO AFFILIATED HOLDINGS, 101 THE GROVE DRIVE, LOS ANGELES, CA 90036-0000 | Unexpired Storage Lease | THRIFTY PAYLESS, INC. | 6327A | 4710 COMMONS WAY, CALABASAS, CA. 91302 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR STORAGE FIXTURES |
| 95. | THE GOURMET LATTE | C/O: KARISSA BRESHEARE, 15006 31ST DRIVE S.E., MILL CREEK, WA 98012-4868 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5228ST | 655 NW RICHMOND BEACH ROAD, SHORELINE, WA. 98177 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | THE MILICI FAMILY LTD PTSHP | ATTN: TONY MILICI, 31 LONG POINT ROAD, BRANFORD, CT 06405 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 576 | 605 NORTH COLONY ROAD, WALLINGFORD, CT, 06492 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97. | THE NASHASHIBI FAMILY TRUST | 99 MAGELLAN AVENUE, SAN FRANCISCO, CA 94116-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5858 | 1721 EAST MANNING AVENUE, REEDLEY, CA. 93654 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 98. | THE NIKI GROUP LLC-SPR1 ACCT | SURNOW ASSOCIATES LLC, 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1975 | 4810 PENN AVENUE, SINKING SPRING, PA, 19608 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |