| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on September 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# THIRTY-SECOND ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

**DATED: September 17, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

| | |
|---|---|
| (Page \| 5) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1,2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | THE NIKI GROUP, LLC-RARG1 | 11720 EL CAMINO REAL, STE 250, SAN DIEGO, CA 92130 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA LLC | 822 | 5911-5933 RIDGE AVENUE, PHILADELPHIA, PA, 19128 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | The Salvation Army | 1865 Bill Frey Drive NE, Salem, OR 97301 | Tenant | THRIFTY PAYLESS, INC. | 5362 | 4500 COMMERCIAL STREET, S.E., SALEM, OR, 97302 | 8/31/2025 | N/A |
| 3. | THE SHOPS AT HALFMOON, LLC | 11 MEYER ROAD, CLIFTON PARK, NY 12065-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 7829 | 1701 ROUTE 9, CLIFTON PARK, NY, 12065 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | THE WIDEWATERS GROUP, INC. | C/O THE WIDEWATERS GROUP, INC., 5845 WIDEWATERS PARKWAY, STE 100, EAST SYRACUSE, NY 13057 | Unexpired Store Lease | THRIFT DRUG, INC. | 10919 | 4534 BROADWAY BLVD., MONROEVILLE, PA, 15146 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 5. | THREE HUNDRED SEVENTY ONE | AND TMK LAVERGNE, LLC, 30 ATLANTIC REACH, YARMOUTH, ME 04096 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10291 | 1303 Woodbury Avenue, Portsmouth, New Hampshire, 03801-3210 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6. | TIJSMA, LLC | 4190 PALMETTO WAY, SAN DIEGO, CA 92103-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5725 | 23975 IRONWOOD AVENUE, MORENO VALLEY, CA, 92557 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | TIOGA WEST, L.P. | C/O SPRING HILL REALY, INC, 345 JUNE DRIVE, STE 200, HARLEYSVILLE, PA 19438 | Unexpired Store Lease | THRIFT DRUG, INC. | 11076 | 420 TIOGA WEST PLZ STE 110, TUNKHANNOCK, PA, 18657 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | TOM CAROSELLA | 8501 PACHECO RD #100, BAKERSFIELD, CA 93311 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6451 | 1107 CALLOWAY DRIVE, BAKERSFIELD, CA, 93312 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | TOWANDA PA HOLDING LLC | C/O NAMCO REALTY LLC, 150 GREAT NECK RD STE 304, GREAT NECK, NY 11021 | Unexpired Store Lease | ECKERD CORPORATION | 11084 | 148 ENNIS LANE, TOWANDA, PA, 18848 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | TRI W ENTERPRISES INC | P. O. BOX 6149, SANTA MARIA, CA 93456-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5831 | 1151 CRESTON ROAD, PASO ROBLES, CA, 93446 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 11. | TRIPLE BAR KENDIG SQUARE LLC | 224 ST CHARLES WAY, STE 290, YORK, PA 17402 | Unexpired Store Lease | THRIFT DRUG, INC. | 11034 | 2600 N WILLOW STREET PIKE, WILLOW STREET, PA, 17584 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | TRI-STAR DREXEL HILL, LP | 1243 EASTON RD, STE 1002B, WARRINGTON, PA 18976 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1081 | 710 BURMONT ROAD, DREXEL HILL, PA, 19026 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13. | TRUE COMMERCIAL REAL ESTATE | C/O PROP & FACILITY MGMT, PO BOX 4488, LANCASTER, PA 17604 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4684 | 825A EAST CHESTNUT STREET, LANCASTER, PA, 17602 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | UD PROPERTIES | 750 EAST PARK DRIVE, HARRISBURG, PA 17111-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1981 | 2604 LINGLESTOWN ROAD, HARRISBURG, PA, 17110 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | UNION CENTER REALTY LLC | 952 WILKES-BARRE TOWNSHIP BLVD, WILKES-BARRE, PA 18702-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11077 | 920 WILKES-BARRE TWP BLVD, WILKES-BARRE, PA, 18702 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | UNIONTOWN SHOPPING CENTER | C/O JJ GUMBERG COMPANY, 1051 BRINTON ROAD, PITTSBURGH, PA 15221 | Unexpired Store Lease | THRIFT DRUG, INC. | 10962 | 575 MORGANTOWN ROAD, UNIONTOWN, PA, 15401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 17. | UPSTATE R.A. MANAGEMENT CORP | PO BOX 50075, BROOKLYN, NY 11205 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3500 | 3636 RANSOMVILLE ROAD, RANSOMVILLE, NY, 14131 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | US REALTY ASSOCIATES, INC (MAN | 120-124 EAST LANCASTER AVE, STE 101, ARDMORE, PA 19003 | Unexpired Store Lease | THRIFT DRUG, INC. | 11095 | 780 ROUTE 113, SOUDERTON, PA, 18964 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | VEDRES FAMILY INVESTMENT | 22030 SHERMAN WAY, SUITE 315, CANOGA PARK, CA 91303-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6561 | 11352 BRYANT STREET, YUCAIPA, CA, 92399 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | VIKING MANAGEMENT | C/O COSOL PROPERTY MANAGEMENT, 2020 STANDIFORD AVE, BLDG A, MODESTO, CA 95350 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6007 | 3142 G STREET, MERCED, CA, 95340 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21. | WASHINGTON RESTAURANT PROP | C/O LEIBSOHN WALLIN MGMT CO, 40 LAKE BELLEVUE DR, STE 270, BELLEVUE, WA 98005 | Unexpired Store Lease | The Bartell Drug Company | 6945 | 4700 NE 4TH ST, RENTON, WA, 98059 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | WC PROPERTIES (EDENS), LLC | 1221 MAIN ST, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5907 | 130 ALAMO PLAZA, ALAMO, CA, 94507 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | WEC 98D-10 LLC | 675 W. INDIANTOWN RD., SUITE 103, JUPITER, FL 33458-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1762 | 380 HARMONY ROAD, GIBBSTOWN, NJ, 08027 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 24. | WEC 98D-13 | C/O ALLERAND REALTY HOLDINGS, LLC, 675 W. INDIANTOWN RD., SUITE 103, JUPITER, FL 33458-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3602 | 5675 YORK ROAD, NEW OXFORD, PA, 17350 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | WEC 98D-35 | C/O WESTERN DISTRIBUTION CENTERS, LLC, 4445 EASTGATE MALL, SUITE 210, SAN DIEGO, CA 92121-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5837 | 9482 CALIFORNIA CITY BOULEVARD, CALIFORNIA CITY, CA, 93505 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | WELSH ROAD RETAIL, LP | 1030 WEST GERMANTOWN PIKE, WEST NORRISTOWN, PA 19403-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7880 | 277 DEKALB PIKE, NORTH WALES, PA, 19454 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | WHITE 46 ASSOCIATES LLC | C/O FIDELITY MANAGEMENT COMPANY, 641 SHUNPIKE ROAD, CHATHAM, NJ 07928-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 220 | 2 UPPER SAREPTA ROAD, BELVIDERE, NJ, 07823 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | WHITEHALL EQUITIES, LLC | C/O SDI, LLC, 14000 HORIZON WAY, SUITE 100, MT. LAUREL, NJ 08054-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4004 | 2108 MACARTHUR ROAD, WHITEHALL, PA, 18052 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29. | YORK STREET ASSOCIATES LP | 467 PENNSYLVANIA AVENUE, FORT WASHINGTON, PA 19034-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 293 | 599 YORK ROAD, WARMINSTER, PA, 18974 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 30. | ZFP COMPANY | PETER PAVLINA FAMILY LLC, 570 E EL CAMINO REAL STE B, SUNNYVALE, CA 94087 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5983 | 6215 SANTA TERESA BOULEVARD, SAN JOSE, CA, 95119 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |