| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**Order Filed on September 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# TWENTY-NINTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: September 17, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Twenty-Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | 10-24 PORTLAND AVENUE LLC | C/O AH SAUER & ASSOCIATES LLC, 332 ROUTE 4 EAST, SOUTH LOBBY, PARAMUS, NJ 07652 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 238 | 10 PORTLAND AVENUE, BERGENFIELD, NJ, 07621 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | 1041 BURNT TAVERN ROAD LLC | 107 MONMOUTH ROAD, STE 102, WEST LONG BRANCH, NJ 07764 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 3974 | 1041 BURNT TAVERN ROAD, BRICK, NJ, 08724 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | 111 NORTH HIGH ASSOCIATES LP | C/O GREENTREE BUILDING, PO BOX 609, SOUTHEASTERN, PA 19399 | Unexpired Store Lease | THRIFT DRUG, INC. | 11154 | 13 EAST GAY STREET, WEST CHESTER, PA, 19380 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | 122 LIBERTY LLC | C/O ABS PARTNER REALESTATE LLC, 200 PARK AVENUE SOUTH, 10TH FL, NEW YORK, NY 10003-1582 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4856 | 122-02 LIBERTY AVENUE, SOUTH RICHMOND HILL, NY, 11419 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5. | 13090 ALDEN NY LLC | 549 EMPIRE BLVD, BROOKLYN, NY 11225 | Unexpired Store Lease | ECKERD CORPORATION | 10805 | 13090 BROADWAY ROAD, ALDEN, NY, 14004 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6. | 1505 ASSOCIATES | 106 SADDLEBROOK COURT, CHERRY HILL, NJ 08003-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1596 | 480 CENTENNIAL BOULEVARD, VOORHEES, NJ, 08043 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | 16200 BEAR VALLEY RD HLDG LLC | C/O THE WOODMONT COMPANY, 210 W 7TH ST, FORT WORTH, TX 76107 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6514 | 16120 BEAR VALLEY ROAD, VICTORVILLE, CA, 92395 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | 169 HOLDING CORP | 155 EAST 38TH STREET #18G, NEW YORK, NY 10016 | Unexpired Store Lease | THRIFT DRUG, INC. | 10453 | 409 STOKES ROAD, MEDFORD, NJ, 08055 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | 1700 AVIATION BOULEVARD LLC | C/O TRIWELL PROPERTIES, INC.,, 3625 DEL AMO BLVD, STE 350, TORRANCE, CA 90503 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5482 | 1720 AVIATION BOULEVARD, REDONDO BEACH, CA 90278 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | 2201 PCH LLC | 1815 VIA EL PRADO, STE 300, REDONDO BEACH, CA 90277 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6344 | 1421 EAST WASHINGTON BLVD, PASADENA, CA, 91104 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11. | 2468 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2476 | 101 MAIN STREET, RIDGWAY, PA, 15853 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | 2468 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2478 | 129 EAST CENTRE STREET, ASHLAND, PA, 17921 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 13. | 2468 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3411 | 60 CENTRAL AVENUE, LANCASTER, NY, 14086 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | 2865 ELMWOOD AVE ASSOC LLC | C/O BENDERSON DEVELOPMENT CO., 7978 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FL 34201-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3856 | 2865 ELMWOOD AVENUE, KENMORE, NY, 14217 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | 29 ORINDA WAY LLC | 419 WAVERLY ST, PALO ALTO, CA 94301 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5933 | 27 ORINDA WAY, ORINDA, CA, 94563 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | 2ND & VERMONT ASSOCIATES LTD | C/O WORCHELL PROPERTIES, 4221 WILSHIRE BLVD, #430, LOS ANGELES, CA 90010 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 3600 | 7804 BUFFALO AVENUE, NIAGARA FALLS, NY, 14304 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | 4000 WOODHAVEN HOLDINGS DE LLC | 283 SECOND STREET PIKE STE 180, SOUTHHAMPTON, PA 18966 | Unexpired Store Lease | THRIFT DRUG, INC. | 11141 | 4000 WOODHAVEN ROAD, PHILADELPHIA, PA, 19154 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | 4628 GROUP INC | 210 ELLICOTT SQUARE BUILDING, BUFFALO, NY 14203-2402 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 675 | 4018 SENECA STREET, WEST SENECA, NY, 14224 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | 5007 TRANSIT ROAD LLC | PO BOX 204, BOSTON, NY 14025 | Unexpired Store Lease | ECKERD CORPORATION | 10808 | 4937 TRANSIT ROAD, DEPEW, NY, 14043 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 20. | 526 EAST BIDWELL LLC | 430 MULLER RD, WALNUT CREEK, CA 94598 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6266 | 526 EAST BIDWELL STREET, FOLSOM, CA, 95630 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21. | 53 DANIEL WEBSTER HWY NORTH | C/O CP MANAGEMENT INC, 11 COURT ST, STE 100, EXETER, NH 03833 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10276 | 53 HOOKSETT ROAD, MANCHESTER, NH, 03104 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | 577 MAST ROAD LLC | C/O THE SENNE COMPANY INC, ONE LEWIS WHARF, BOSTON, MA 02110 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 1095 | 577 MAST ROAD, MANCHESTER, NH, 03102 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | 59 NORTH QUEEN LLC | 1221 FTELEY AVE, BRONX, NY 10472 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 729 | 59 NORTH QUEEN STREET, LANCASTER, PA, 17603 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | 700 E 24TH ST LLC | C/O SHAUN MADDEN, 1060 REDWOOD HWY FRONTAGE RD, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 4212 | 955 STONY POINT ROAD, SANTA ROSA, CA, 95407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | 701 ASSOCIATES | 401 SOUTH SCHUYLKILL AVENUE, NORRISTOWN, PA 19403 | Unexpired Store Lease | THRIFT DRUG, INC. | 11101 | 705 W LANCASTER AVENUE, BRYN MAWR, PA, 19010 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | 702 BROWNING LANE REALTY LLC | 439 S GOVERNOR PRINTZ BLVD, ESSINGTON, PA 19029 | Unexpired Store Lease | THRIFT DRUG, INC. | 10443 | 702 BROWNING RD, BROOKLAWN, NJ, 08030 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 27. | 770 TAMALPAIS DRIVE | C/O COLLIERS INTERNATIONAL, 100 CORTE MADERA TOWN CENTER, CORTE MADERA, CA 94904-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5959 | 431 CORTE MADERA TOWN CENTER, CORTE MADERA, CA, 94925 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | 824 CATHARINE STREET LLC | 1936 WASHINGTON AVE, PHILADELPHIA, PA 19146 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3825 | 801 SOUTH 9TH STREET, PHILADELPHIA, PA, 19147 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29. | 92 VICTORY INVESTMENTS LLC | 7027 WEST CHESTER PIKE, UPPER DARBY, PA 19082 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 7831 | 1307 PHOENIXVILLE PIKE, WEST CHESTER, PA, 19380 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 107 | 654 COLVIN AVENUE, KENMORE, NY, 14217 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | 9274 GROUP INC | ELLICOTT SQUARE BUILDING, 295 MAIN STREET, SUITE 210, BUFFALO, NY 14203-2219 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 442 | 138 ELM STREET, PENN YAN, NY, 14527 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | AHB ATLANTIC REALTY, LLC | C/O SCHUCKMAN REALTY, INC., 120 NORTH VILLAGE AVE, ROCKVILLE CENTRE, NY 11570 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10607 | 102-30 ATLANTIC AVENUE, OZONE PARK, NY, 11416 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | AIRPORT PLAZA OWNER LLC | P.O. BOX 785392, PHILADELPHIA, PA 19178-5392 | Unexpired Store Lease | THRIFT DRUG, INC. | 11142 | 128 AIRPORT ROAD, COATESVILLE, PA, 19320 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 34. | AKA INVESTMENT GROUP LLC | 1090 S MILPITAS BLVD, MILPITAS, CA 95035 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6356 | 4100 LONE TREE WAY, ANTIOCH, CA, 94531 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35. | ALSCOTT REAL ESTATE LLC | 501 EAST BAYBROOK COURT, BOISE, ID 83706-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6043B ldg | 2805 BELL ROAD, AUBURN, CA, 95603 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36. | ALTA & SAGINAW ASSOCIATES LLC | C/O DUCKETT-WILSON DEV. CO., 11150 SANTA MONICA BLVD #760, LOS ANGELES, CA 90025-3314 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6522 | 875 NORTH ALTA AVENUE, DINUBA, CA, 93618 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | ALTA LOMA LLC | C/O RALEIGH ENTERPRISES LLC, 5300 MELROSE AVE, HOLLYWOOD, CA 90038 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5526 | 735 EAST ALTADENA DRIVE, ALTADENA, CA, 91001 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | AMBRIDGE MANAGEMENT CORP | PO BOX 50075, BROOKLYN, NY 11205 | Unexpired Store Lease | THRIFT DRUG, INC. | 10889 | 925 MERCHANT STREET, AMBRIDGE, PA, 15003 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | AMERICAN BUILDING ASSOC. #863 | C/O HBW GROUP, 1055 FIRST STREET, SUITE 200, ROCKVILLE, MD 20850-0000 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 390 | 8634 LIBERTY ROAD, RANDALLSTOWN, MD, 21133 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | AMERIKO, INC. | 980 SO. ARROYO PKWY., SUITE 240, PASADENA, CA 91105-3928 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5426 | 1815 SOUTH VERMONT AVENUE, LOS ANGELES, CA, 90006 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 41. | AMS AKRONDG LLC | HMS OLYPHANT RA, LLC, 25 PARK ROW, APT 11A, NEW YORK, NY 10038 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1426 | 1650 MAIN STREET, OLYPHANT, PA, 18447 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42. | ANDREW AND CATHY CESARZ | 69 NORTH ERIE STREET, MAYVILLE, NY 14757 | Unexpired Store Lease | ECKERD CORPORATION | 10874 | 40 SOUTH ERIE STREET, MAYVILLE, NY, 14757 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | Apple Tree Apparel, Inc. dba Boomy Fashions | 4915 Pacific Blvd, Vernon, CA 90058 | Tenant | THRIFTY PAYLESS, INC. | 5505 | 12319 SOUTH NORWALK BOULEVARD, NORWALK, CA, 90650 | 8/31/2025 | N/A |
| 44. | AQUITANIA CORP. C/O RAYMOND K | 15 RIDGE BOULEVARD, BROOKHAVEN, PA 19015 | Unexpired Store Lease | THRIFT DRUG, INC. | 11105 | 832 NORTH LANSDOWNE AVE., DREXEL HILL, PA, 19026 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | ARDSLEY ASSOCIATES, LLC | C/O GOLDBERG GROUP, PO BOX 8195, WHITE PLAINS, NY 10602 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10545 | 871 SAW MILL RIVER ROAD, ARDSLEY, NY, 10502 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | ARGO YAKIMA LLC | C/O ARGONAUT INVESTMENTS LLC, 1001 LARKSPUR LANDING CIRCLE, SUITE 120, LARKSPUR, CA 94939 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5296 | 2204-B W. NOB HILL BLVD., YAKIMA, WA, 98902 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | AZEETA-R LLC | 216-16 28TH RD, BAYSIDE, NY 11360 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 596 | 827 N. CENTER STREET, CORRY, PA, 16407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | B10 MOUNTAIN A WA LLC | PO BOX 845405, DALLAS, TX 75284-5405 | Unexpired Store Lease | The Bartell Drug Company | 6921 | 6619 132ND AVE NE, KIRKLAND, WA, 98033 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 49. | BAINBRIDGE ROSLYN LLC | PO BOX 225, WILLOW GROVE, PA 19090 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4256 | 1321 EASTON ROAD, ABINGTON, PA, 19001 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50. | BAKEWELL THOUSAND OAKS LP | C/O MACLAUGHLIN & COMPANY, PO BOX 735, WEST SACRAMENTO, CA 95691 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5559 | 387 E AVENIDA DE LOS ARBOLES, THOUSAND OAKS, CA, 91360 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | BALDEN TOWNE PLAZA LIMITED PAR | WATT PROPERTIES & CORELAND COMPANIES, 17542 E 17TH, STE 420, TUSTIN, CA 92780 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5777 | 600 WEST VENTURA STREET, FILLMORE, CA, 93015 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | CTC RAD DOVER LLC | ATTN: JOHN K C HYSLIP, 196 WHITTIER HIGHWAY CENTER HARBOR, NH 03226 | Unexpired Store Lease | MAXI DRUG NORTH, INC. | 10292 | 679 Central Avenue, Dover, New Hampshire, 03820-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | BERGER SINGERMAN LLP | 201 EAST LAS OLAS BLVD, STE 1500, FORT LAUDERDALE, FL 33301 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 554 | 9280 KREWSTOWN ROAD, PHILADELPHIA, PA, 19115 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | BERGER SINGERMAN LLP | 201 EAST LAS OLAS BLVD, STE 1500, FORT LAUDERDALE, FL 33301 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4938 | 7972 CASTOR AVENUE, PHILADELPHIA, PA, 19152 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55. | BILL KWONG | C/O BILL KWONG, 4431 CAPRI WAY, SACRAMENTO, CA 95822-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6048 | 655 RUSSELL BOULEVARD, DAVIS, CA, 95616 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 56. | BING LUAN LI DBA BEI JING GARDENS | C/O: BING LUAN LI, 5911 RIDGE AVE., PHILADELPHIA, PA 19128 | Unexpired Sublease | RITE AID OF PENNSYLVANIA LLC | 822ST | 5911-5933 RIDGE AVENUE, PHILADELPHIA, PA, 19128 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | BLACKTIDE SANTA PAULA LLC | 11693 SAN VICENTE BLVD, #383, LOS ANGELES, CA 90049-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5783 | 221 EAST HARVARD BOULEVARD, SANTA PAULA, CA, 93060 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | BLOOMSBURG CENTER ASSOCIATES | 158 LINWOOD PLAZA, STE 216-219, FORT LEE, NJ 07024 | Unexpired Store Lease | ECKERD CORPORATION | 11038 | 2411 COLUMBIA BLVD, BLOOMSBURG, PA, 17815 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | BLP POLK LP | 5862 BOLSA AVE, STE 108, HUNTINGTON BEACH, CA 92649 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6276 | 17441 MAIN STREET, HESPERIA, CA, 92345 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | BLS ASSET MGMT CORP | 1510 NE 131ST STREET, NORTH MIAMI, FL 33161 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 4917 | 11011 Manklin Creek Road, Berlin, Maryland, 21811-4010 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61. | BLUE JAY CENTER LLC | C/O SETICO, INC., 3908 CASTLEROCK ROAD, MALIBU, CA 90265- 0 0 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5692 | 27177 HIGHWAY 189 SUITE E, BLUE JAY, CA, 92317 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62. | BLUMEL-211 ASSOCIATES, LLC | C/O METRO COMMERCIAL MANAGEMENT, 307 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ 08054-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10551 | 701 ROUTE 211 EAST, MIDDLETOWN, NY, 10941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 63. | BONITA CENTRE (EDENS), LLC | 1221 MAIN ST, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5613 | 4348 BONITA ROAD, BONITA, CA, 91902 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | BRANCIFORTE APARTMENTS LLC | 150 DUBOIS ST, STE D, SANTA CRUZ, CA 95060 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6489 | 8008 PANAMA RD, LAMONT, CA, 93241 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | BREIT BINGO HOLDINGS LLC | C/O BCORE WESTWOOD VILLAGE LLC, 10920 VIA FRONTERA, STE 220, SAN DIEGO, CA 92127 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5220 | 2600 SW BARTON STREET STE H1, SEATTLE, WA, 98126 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | BRIXMOR MANAGEMENT JV 2 LLC | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, STE 100, CONSHOHOCKEN, PA 19428 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5732 | 405 WEST IMPERIAL HIGHWAY, BREA, CA, 92821 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67. | BRIXMOR SPE 2 LLC | C/O BRIXMOR PROPERTY GROUP, 450 LEXINGTON AVE, 13TH FLOOR, NEW YORK, NY 10017 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10618 | 168 NORTH VILLAGE AVENUE, ROCKVILLE CENTRE, NY, 11570 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | BTS (WYOMISSING) LP | C/O SCHAERER CONTRACTING CO., 1720 SHOLAR AVENUE, CHATTANOOGA, TN 37406-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11174 | 2210 STATE HILL ROAD, WYOMISSING, PA, 19610 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | C & H UNLIMITED | 527 "F" AVENUE, CORONADO, CA 92118-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5655 | 836 ORANGE AVENUE, CORONADO, CA, 92118 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 70. | C & P ASSOCIATES | 1206 W. HILLSDALE BLVD, SUITE A, SAN MATEO, CA 94403-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5948 | 1526 PALOS VERDES MALL, WALNUT CREEK, CA, 94597 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71. | CARDINAL ASSOCIATES III, L.L.C | 1811 HADDONFIELD-BERLIN RD, CHERRY HILL, NJ 08003 | Unexpired Store Lease | THRIFT DRUG, INC. | 11144 | 101 WALLACE AVENUE, DOWNINGTOWN, PA, 19335 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | CARSON NORMANDIE PLAZA LLC | 9550 FIRESTONE BOULEVARD, SUITE 105, DOWNEY, CA 90241-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5492 | 1237 WEST CARSON STREET, TORRANCE, CA, 90502 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73. | CENTER PLAZA LP | C/O HOFING MANAGEMENT, L.L.C., 928 WEST STATE STREET, TRENTON, NJ 08619-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1538 | 731 CENTER STREET, LEWISTON, NY, 14092 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | CH RETAIL FUND II/PHILA | C/O METRO COMMERCIAL MGMT SVCS INC, MT LAUREL, NJ 08054 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1144 | 500 CHESTERBROOK BLVD STE 2, CHESTERBROOK, PA, 19087 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | CHINA LAKE & RIDGECREST LLC | C/O DUCKETT-WILSON DEV CO, 11150 SANTA MONICA BLVD STE 760, LOS ANGELES, CA 90025 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5845 | 101 NORTH CHINA LAKE BLVD, RIDGECREST, CA, 93555 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 76. | CHO & PARK PROPERTY MGMT LLC | C/O INSSA DESIGN INC, 1139 QUEEN ANNE PL #106, LOS ANGELES, CA 90019 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6495 | 9333 WHITTIER BLVD, PICO RIVERA, CA, 90660 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | CHO-MCKINLEYVILLE LLC | C/O CHUNG CHO GONG, P.O. BOX 397, FIVE POINTS, CA 93624-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6037 | 1500 ANNA SPARKS WAY SUITE D, MCKINLEYVILLE, CA, 95519 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78. | CLAIREMONT VILLAGE QUAD LLC | C/O KLEEGE ENTERPRISES, 12625 HIGH BLUFF DR., #310, SAN DIEGO, CA 92130-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5654 | 3081-B CLAIREMONT DRIVE, SAN DIEGO, CA, 92117 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79. | COLD SPRING LP | C/O SILVERMAN FAMILY PARTNERSHIPS, 875 NORTH EASTON ROAD, SUITE 7, DOYLESTOWN, PA 18902-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 11087 | 5176 COLD SPRINGS CREAMERY RD, DOYLESTOWN, PA, 18902 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | COLONIAL PLAZA ASSOCS | 158 LINWOOD PLAZA, STE 216-219, FORT LEE, NJ 07024-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1830 | 77 REUTERS BOULEVARD, TOWANDA, PA, 18848 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | COMMONWEALTH OF PENNSYLVANIA | COMPTROLLER OPERATIONS, ACCOUNTS RECEIVABLE, CONTRACT NO. 20000048, PO BOX 2833, HARRISBURG, PA 17101 | Other Unexpired Lease | RITE AID OF PENNSYLVANIA, INC. | 1426A | 1650 MAIN STREET, OLYPHANT, PA, 18447 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 82. | CONTINUUM PROPERTIES LLC | 10104 EMPYREAN WAY #203, LOS ANGELES, CA 90067 | UNEXPIRED STORE LEASE | THRIFT DRUG, INC. | 11048 | 110 MAIN STREET, HELLERTOWN, PA, 18055 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | COOPER ONE, L.L.C. | C/O LAVIPOUR & COMPANY, LLC, 6 EAST 45TH STREET, SUITE 801, NEW YORK, NY 10017-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10468 | 860 COOPER STREET, DEPTFORD, NJ, 08096 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | COPPER & MAPLE ASSOCIATES LLC | 199 S. LOS ROBLES AVE., #880, PASADENA, CA 91101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 4072 | 2020 E COPPER AVENUE, FRESNO, CA, 93730 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85. | CP BECKETT GROUP, INC. | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10509 | 702 GRAND CENTRAL AVENUE, LAVALLETTE, NJ, 08735 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | MDC SEAL BEACH LLC | C/O REALTY INCOME CORP, 11995 EL CAMINO REAL, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5515B ldg | 12541 SEAL BEACH BOULEVARD, SEAL BEACH, CA, 90740 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | CRH-A LLP | P.O. BOX 4490, SARATOGA SPRINGS, NY 12866-0000 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4155 | 6 SOUTH MAIN STREET, PLYMOUTH, NH, 03264 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | CROSSROADS PARTNERSHIP | C/O C&N COMMERCIAL RE LLC, 1060 N KINGS HIGHWAY, STE 250, CHERRY HILL, NJ 08034 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1732 | 823 COOPER LANDING ROAD, CHERRY HILL, NJ, 08002 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 89. | CROWN SCOTT TWP HOLDINGS LLC | 215 CLARK AVE, CLARKS SUMMIT, PA 18411 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3470 | 580 CARBONDALE ROAD, SCOTT TOWNSHIP, PA, 18447 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90. | D&L RENTAL, LLC | 12 HALL ST, STE D, BINGHAMTON, NY 13903 | Unexpired Store Lease | ECKERD CORPORATION | 10803 | 201 CONKLIN AVENUE, BINGHAMTON, NY, 13903 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91. | DAHA INVESTMENTS | P.O. BOX 11274, ZEPHYR COVE, NV 89448-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6095 | 6424 WESTSIDE ROAD, REDDING, CA, 96001 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92. | DANIEL G KAMIN EDGEWOOD LLC | C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF MARYLAND, INC. | 1490 | 702 EDGEWOOD ROAD, EDGEWOOD, MD, 21040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | DANIEL G KAMIN GLOVERSVILLE | C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10681 | 172 NORTH MAIN STREET, GLOVERSVILLE, NY, 12078 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | DANIEL G KAMIN STRATFORD LLC | C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4601 | 100 WARWICK ROAD, STRATFORD, NJ, 08084 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95. | DANIEL G KAMIN SYRACUSE LLC | C/O KAMIN REALTY COMPANY, PO BOX 10234, PITTSBURGH, PA 15232 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 636 | 519 BUTTERNUT STREET, SYRACUSE, NY, 13208 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | DANIEL G KAMIN VERMONT LLC | PO BOX 10234, PITTSBURGH, PA 15232 | Unexpired Store Lease | MAXI GREEN, INC. | 10310 | 52 MAIN ST, WINDSOR, VT, 05089 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 97. | DANIEL G KAMIN WHITE HORSE PK | C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 1716 | 101 WHITE HORSE PIKE, CLEMENTON, NJ, 08021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98. | DANIEL G KAMIN WHITESBORO LLC | C/O KAMIN REALTY COMPANY, P.O. BOX 10234, PITTSBURGH, PA 15232-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 642 | 141 Oriskany Boulevard, Whitesboro, New York, 13492-1549 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |