| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for New Hartford Holdings, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br>*Debtors*[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Dana S. Plon will be substituted as attorney of record for New Hartford Holdings, LLC, creditor, in this case.

Date:  9/7/2025

/s/ Shmuel Klein
SHMUEL KLEIN
ID 00851987
Law Office of Shmuel Klein PA
113 Cedarhill Ave.
Mahwah, NJ  07430
(845) 425-2510
shmuel.klein@verizon.net

Date:  9//17/2025

/s/ Dana S. Plon
DANA S. PLON
ID No. 019621997
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.