UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BOND, SCHOENECK & KING, PLLC<br>Justin S. Krell, Esq.<br>Edward J. LoBello, Esq.<br>600 Third Avenue, 22nd Floor<br>New York, NY  10016<br>Telephone: (646) 253-2300<br>Email:  jkrell@bsk.com<br>Email:  elobello@bsk.com | Chapter 11<br><br>Case No. 25-14861 (MBK) |
| In Re:<br><br>New Rite Aid, LLC, *et al.*,<br><br>Debtors. | The Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

Ronald Cappiello:

1.    I am the Paralegal for Bond Schoeneck & King PLLC, counsel to Maria Lucania, as Executrix of the Estate of Joseph Lucania.

2.    On September 12, 2025, I caused to be served a copy of the following document to the parties listed on Exhibits A and B attached hereto:

Notice of Appearance and Request for Service of Papers dated September 12, 2025 [Dkt. No. 2425].

3.    All parties listed on Exhibits A and B attached hereto were served in the following manner:

    (i)    by electronic mail to all parties listed on Exhibit A; and

    (ii)    by first-class mail to all parties listed on Exhibit B.

I certify under penalty of perjury that the above referenced document was sent using the modes of service indicated.

Date: September 18, 2025                                  */s/ Ronald Cappiello*
                                                                                Paralegal

**EXHIBIT A**

**Service List**

| | | |
|---|---|---|
| 1970 Group, Inc.<br>Attn: Stephen Roseman<br>Angela Buhrke<br>400 Madison Avenue, 18th Floor<br>New York, NY 10017<br>sr@1970group.com<br>abuhrke@1970group.com | Ahdoot & Wolfson, PC<br>Attn: Andrew W. Ferich, Esq.<br>201 King of Prussia Road<br>Suite 650<br>Radnor, PA 19087<br>aferich@ahdootwolfson.com | Ansell Grimm & Aaron, P.C.<br>Attn: Anthony J. D'artiglio, Esq.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>adartiglio@ansell.law |
| Arentfox Schiff, LLP<br>Attn: Brett D. Goodman, Esq.<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, NY 10019<br>brett.goodman@afslaw.com | Ballard Spahr, LLP<br>Attn: Dustin P. Branch, Esq.<br>Nahal Zarnighian, Esq.<br>2029 Century Park East<br>Suite 1400<br>Los Angeles, CA 90067-2915<br>branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com | Ballard Spahr, LLP<br>Attn: Justin E. Kerner<br>700 East Gate Drive<br>Suite 330<br>Mount Laurel, NJ 08054<br>kernerj@ballardspahr.com |
| Ballard Spahr, LLP<br>Attn: Leslie C. Heilman, Esq.<br>Laurel D. Roglen, Esq.<br>Margaret A. Vesper, Esq.<br>919 N. Market Street<br>11th Floor<br>Wilmington, DE 19801<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Ballard Spahr, LLP<br>Attn: Matthew G. Summers,<br>Nicholas J. Brannick<br>919 N. Market Street<br>11th Floor<br>Wilmington, DE 29801<br>summersm@ballardspahr.com<br>brannickn@ballardspahr.com | Ballard Spahr, LLP<br>Attn: Michael S. Myers, Esq.<br>Joel F. Newell, Esq.<br>1 East Washington Street<br>Suite 2300<br>Phoenix, AZ 85004-2555<br>myersm@ballardspahr.com<br>newellj@ballardspahr.com |
| Bank of America, N.A.<br>Retail Finance Group<br>Attn: Courtney Kolb<br>100 Federal Street<br>9th Floor<br>Boston, MA 02110<br>dadler@bofa.com | Barclay Damon, LLP<br>Attn: Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>knewman@barclaydamon.com | Barclay Damon, LLP<br>Attn: Scott L. Fleischer, Esq.<br>1270 Avenue of The Americas<br>Suite 501<br>New York, NY 10020<br>sfleischer@barclaydamon.com |
| Batescarey, LLP<br>Attn: Adam H. Fleischer, Esq.,<br>Allyson C. Spacht, Esq.<br>191 N. Wacker Drive<br>Suite 2400<br>Chicago, IL 60606<br>aspacht@batescarey.com | Bayard, P.A.<br>Attn: Ericka F. Johnson, Esq.<br>600 N. Market Street<br>Suite 400<br>Wilmington, DE 19801<br>ejohnson@bayardlaw.com | Belkin Burden Goldman, LLP<br>Attn: Jay B. Solomon, Esq.<br>60 East 42nd Street<br>16th Floor<br>New York, NY 10165<br>jsolomon@bbgllp.com |
| Benesch, Friedlander, Coplan & Aronoff, LLP<br>Attn: Kevin M. Capuzzi,<br>Steven L. Walsh, Esq.,<br>Jennifer R. Hoover, Esq.<br>1313 N. Market Street<br>Suite 1201<br>Wilmington, DE 19801<br>kcapuzzi@beneschlaw.com<br>jhoover@beneschlaw.com<br>swalsh@beneschlaw.com | Bernstein-Burkley, P.C.<br>Attn: Keri P. Ebeck<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com | Bertone Piccini, LLP<br>Attn: Owen Lipnick, Esq.<br>777 Terrace Avenue<br>Suite 201<br>Hasbrouck Heights, NJ 07604<br>olipnick@bertonepiccini.com |

| | | |
|---|---|---|
| Bewley Lassleben & Miller, LLP<br>Attn: Ernie Zachary Park<br>13215 E Penn Street<br>Suite 510<br>Whittier, CA  90602<br>ernie.park@bewleylaw.com | Bond, Schoeneck & King, PLLC<br>Attn: Justin S. Krell, Esq.<br>68 South Service Road<br>Suite 400<br>Melville, NY  11747-9750<br>jkrell@bsk.com | Borges & Associates, LLC<br>Attn: Sue L. Chin, Esq.<br>575 Underhill Blvd.<br>Suite 118<br>Syosset, NY  11791<br>schin@borgeslawllc.com |
| Brown Nimeroff, LLC<br>Attn: Jami B. Nimeroff, Esq.<br>18 Kings Highway West<br>Haddonfield, NJ  08033<br>jnimeroff@brownnimeroff.com | Bryan Cave Leighton Paisner, LLP<br>Attn: Brigid K. Ndege<br>161 North Clark Street<br>Suite 4300<br>Chicago, IL  60601-3315<br>brigid.ndege@bclplaw.com | Bryan Cave Leighton Paisner, LLP<br>Attn: David M. Unseth<br>211 North Broadway<br>Suite 3600<br>St. Louis, MO  36102<br>dmunseth@bclplaw.com |
| Buchalter, A Professional Corporation<br>Attn: Daniel H. Slate<br>Jeffrey K. Garfinkle<br>Brian T. Harvey<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA  92612-0514<br>dslate@buchalter.com<br>jgarfinkle@buchalter.com<br>bharvey@buchalter.com | Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco, CA  94105-3493<br>schristianson@buchalter.com | Byrnelaw APC<br>Attn: John P. Byrne<br>24007 Ventura Blvd.<br>Suite 265<br>Calabasas, CA  91302<br>john.byrne@byrnelawcorp.com |
| Cairncross & Hempelmann<br>Attn: Binah B. Yeung, Esq.<br>524 Second Avenue<br>Suite 500<br>Seattle, WA  98104-2323<br>byeung@cairncross.com | Capehart & Scatchard, P.A.<br>Attn: William G. Wright, Esq.<br>8000 Midlantic Drive<br>Suite 300 S<br>Mt. Laurel, NJ  08054<br>wwright@capehart.com | Carmody, Torrance Sandak & Hennessey, LLP<br>Attn: Marc J. Kurzman, Esq.<br>1055 Washington Boulevard<br>4th Floor<br>Stamford, CT  06901<br>mkurzman@carmodylaw.com |
| Charles E. Boulbol, P.C.<br>Attn: Charles E. Boulbol<br>62 85th Street<br>Brooklyn, NY  11209<br>rtrack@msn.com | Charlson, Braber, Mccabe & Denmark<br>Attn: Liam Y. Braber, Esq.<br>1628 JFK Boulevard<br>Suite 1803<br>Philadelphia, PA  19103<br>liam@charlsonlaw.com | Chiesa, Shahinian & Giantomasi, PC<br>Attn: Scott A. Zuber<br>Brian Kantar<br>Sam Della Fera, Jr.<br>Terri Jane Freedman<br>105 Eisenhower Parkway<br>Roseland, NJ  07068<br>szuber@csglaw.com<br>bkantar@csglaw.com<br>sdellafera@csglaw.com<br>tfreedman@csglaw.com |
| Choate, Hall & Stewart, LLP<br>Attn: Mark Silva<br>John Ventola<br>Kevin Simard<br>Jonathan Marshall<br>Rick Thide<br>Jean-Paul Jaillet<br>Mark G. Edgarton<br>Two International Place<br>Boston, MA  02110<br>msilva@choate.com<br>jventola@choate.com<br>ksimard@choate.com | Ciardi, Ciardi & Austin<br>Attn: Albert A. Ciardi, III, Esq.<br>Jennifer C. Mcentee, Esq.<br>1905 Spruce Street<br>Philadelphia, PA  19103<br>aciardi@ciardilaw.com<br>jcranston@ciardilaw.com | City of Philadelphia Law Department<br>Attn: Tax Litigation & Collections Unit<br>1401 JFK Blvd.<br>5th Floor<br>Philadelphia, PA  19102-1595<br>pamela.thurmond@phila.gov |

| | | |
|---|---|---|
| jmarshall@choate.com<br>rthide@choate.com<br>jjaillet@choate.com<br>gedgarton@choate.com | | |
| Clark Hill, PLC<br>Attn: Audrey L. Hornisher<br>Tara L. Bush<br>901 Main Street<br>Suite 6000<br>Dallas, TX  75202<br>ahornisher@clarkhill.com<br>tbush@clarkhill.com | Clark Hill, PLC<br>Attn: Steven M. Richman<br>210 Carnegie Center<br>Suite 102<br>Princeton, NJ  08540<br>srichman@clarkhill.com | Cohen, Seglias, Pallas, Greenhall & Furman P.C.<br>Attn: Alexander F. Barth, Esq.<br>1600 Market Street<br>32nd Floor<br>Philadelphia, PA  19103<br>abarth@cohenseglias.com |
| Cohen, Weiss and Simon, LLP<br>Attn: Melissa S. Woods<br>Richard M. Seltzer<br>Matthew E. Stolz<br>K. Jeff Wang<br>909 Third Avenue<br>12th Floor<br>New York, NY  10022<br>mwoods@cwsny.com<br>rseltzer@cwsny.com<br>mstolz@cwsny.com<br>jwang@cwsny.com | Cole Schotz, P.C.<br>Attn: Michael D. Sirota Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com | Computershare Trust Company, National Association<br>Attn: Rachel Atkin<br>1505 Energy Park Drive<br>St. Paul, MN  55108<br>rachel.atkin@computershare.com |
| CSC Delaware Trust Company<br>Attn: Gregory Daniels<br>251 Little Falls Drive<br>Wilmington, DE  19808<br>gregory.daniels@cscglobal.com | Cullen and Dykman, LLP<br>Attn: Kyriaki Christodoulou<br>One Battery Park Plaza<br>34th Floor<br>New York, NY  10004<br>kchristodoulou@cullenllp.com | Dasti & Staiger, P.C.<br>Attn: William J. Oxley<br>310 Lacey Road<br>Forked River, NJ  08731<br>woxley@dastilaw.com |
| David Christian Attorneys, LLC<br>Attn: David Christian, Esq.<br>105 West Madison Street<br>Suite 2300<br>Chicago, IL  60602<br>dchristian@dca.law | Davis Wright Tremaine, LLP<br>Attn: Michael Goettig<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA  98104-1610<br>michaelgoettig@dwt.com<br>hughmccullough@dwt.com<br>saharsoomro@dwt.com | Debevoise & Plimpton, LLP<br>Attn: Erica S. Weisgerber<br>Elie J. Worenklein<br>Matthew J. Sorensen<br>66 Hudson Boulevard<br>New York, NY  10001<br>eweisgerber@debevoise.com<br>eworenklein@debevoise.com<br>mjsorensen@debevoise.com |
| Demerle & Associates, P.C.<br>Attn: Patricia Antonelli, Esq.<br>10 City Square<br>Boston, MA  02129<br>pantonelli@demerlepc.com | DLA Piper LLP (US)<br>Attn: Richard A. Chesley<br>Jeffrey S. Torosian<br>444 West Lake Street<br>Suite 900<br>Chicago, IL  60606<br>richard.chesley@us.dlapiper.com | DLA Piper, LLP (US)<br>Attn: Stuart M. Brown<br>Matthew S. Sarna<br>51 John F. Kennedy Parkway<br>Suite 120<br>Short Hills, NJ  07078<br>stuart.brown@us.dlapiper.com<br>matthew.sarna@us.dlapiper.com |
| Duane Morris, LLP<br>Attn: Drew S. Mcgehrin, Esq.<br>Lawrence J. Kotler<br>30 S. 17th Street<br>Philadelphia, PA  19103<br>dsmcgehrin@duanemorris.com<br>ljkotler@duanemorris.com | Emmet, Marvin & Martin, LLP<br>Attn: Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor<br>New York, NY  10271<br>tpitta@emmetmarvin.com | Ervin, Cohen & Jessup, LLP<br>c/o Byron Z. Moldo, Esq.<br>9401 Wilshire Boulevard<br>12th Floor<br>Beverly Hills, CA  90212<br>bmoldo@ecjlaw.com |

| | | |
|---|---|---|
| Farrell Fritz, P.C.<br>Attn: Darren A. Pascarella<br>400 RXR Plaza<br>Uniondale, NY 11556<br>dpascarella@farrellfritz.com | Farrell Fritz, P.C.<br>Attn: John C. Stellakis<br>100 Motor Parkway<br>Suite 300<br>Hauppauge, NY 11788<br>jstellakis@farrellfritz.com | Flaster Greenberg, PC<br>Attn: William J. Burnett, Esq.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>william.burnett@flastergreenberg.com |
| Flaster Greenberg, P.C.<br>Attn: William J. Burnett, Esq.<br>1801 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>william.burnett@flastergreenberg.com | Foley & Lardner, LLP<br>Attn: Anne B. Sekel<br>90 Park Avenue<br>37th Floor<br>New York, NY 10016<br>asekel@foley.com | Forman Holt<br>Attn: Michael E. Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662<br>mholt@formanlaw.com |
| Forman Holt<br>Attn: Michael E. Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662<br>mholt@formanlaw.com | Friedman Law Group, P.C.<br>Attn: J. Bennett Friedman<br>1900 Avenue of the Stars<br>Suite 1000<br>Los Angeles, CA 90067<br>jfriedman@flg-law.com | Frost, Brown & Todd, LLP<br>Attn: A.J. Webb<br>Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Frost, Brown & Todd, LLP<br>Attn: Jordan S. Blask<br>501 Grant Street<br>Suite 800<br>Pittsburgh, PA 15219<br>jblask@fbtlaw.com | Genova Burns, LLC<br>Attn: Daniel M. Stolz<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com | Gibbons P.C.<br>Attn: John S. Mairo<br>Mark B. Conlan<br>One Gateway Center<br>Newark, NJ 07102-3510<br>jmairo@gibbonslaw.com<br>mconlan@gibbonslaw.com |
| Greenbaum, Rowe, Smith & Davis, LLP<br>Attn: David L. Bruck, Esq.<br>99 Wood Avenue South<br>Iselin, NJ 08830<br>dbruck@greenbaumlaw.com | Greenberg Traurig, LLP<br>Attn: Alan J. Brody<br>500 Campus Drive<br>Suite 400<br>Florham Park, NJ 07932<br>brodya@gtlaw.com | Greenberg Traurig, LLP<br>Attn: Alan J. Brody, Julia Frost-Davies<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932-0677<br>brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com |
| Greenberg Traurig, LLP<br>Attn: Julia Frost-Davies<br>One International Place<br>Suite 2000<br>Boston, MA 02110<br>julia.frostdavies@gtlaw.com | Halperin, Battaglia, Benzija, LLP<br>Attn: Walter Benzija, Esq.<br>Donna H. Lieberman, Esq.<br>Keara M. Waldron, Esq.<br>40 Wall Street<br>37th Floor<br>New York, NY 10005<br>wbenzija@halperinlaw.net<br>dlieberman@halperinlaw.net<br>kwaldron@halperinlaw.net | Hellring, Lindeman, Goldstein & Siegal, LLP<br>Attn: Eric R. Perkins, Esq.<br>103 Eisenhower Parkway<br>Suite 403<br>Roseland, NJ 07068-1031<br>eperkins@hlgslaw.com |
| Hill Wallack, LLP<br>Attn: Michael Kahme, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>mkahme@hillwallack.com | Hodgson Russ, LLP<br>Attn: Jon T. Powers, Esq.<br>140 Pearl Street, Suite 140<br>Buffalo, NY 14202<br>tpowers@hodgsonruss.com | Ice Miller, LLP<br>Attn: Louis T. Delucia, Esq.<br>Alyson M. Fiedler, Esq.<br>Nathan Basalyga, Esq.<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com<br>nathan.basalyga@icemiller.com |

22298738.v1-9/18/25

| | | |
|---|---|---|
| Jackson Walker, LLP<br>Attn: Kristhy M. Peguero<br>Victoria Argeroplos<br>1401 Mckinney Street<br>Suite 1900<br>Houston, TX 77010<br>kpeguero@jw.com<br>vargeroplos@jw.com | Jackson Walker, LLP<br>Attn: William T. Farmer<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>wfarmer@jw.com | Javerbaum, Wurgaft, Hicks, Kahn, Wikstrom & Sinis, P.C.<br>Attn: Raymond M. Patella<br>505 Morris Avenue<br>Springfield, NJ 07081<br>rpatella@lawjw.com |
| Jones Day<br>Attn: Heather Lennox<br>T. Daniel Reynolds<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>hlennox@jonesday.com<br>tdreynolds@jonesday.com | Jones Murray, LLP<br>Attn: Matthew W. Bourda<br>602 Sawyer Street, Suite 400<br>Houston, TX 77007<br>matthew@jonesmurray.com | Kaplin Stewart Meloff Reiter & Stein, P.C.<br>Attn: William J. Levant, Esq.<br>910 Harvest Drive<br>P.O. Box 3037<br>Blue Bell, PA 19422<br>wlevant@kaplaw.com |
| Kelley, Drye & Warren, LLP<br>Attn: James S. Carr, Esq.<br>Eric R. Wilson, Esq.<br>Maeghan J. Mcloughlin, Esq.<br>Robert L. Lehane, Esq.<br>Jennifer D. Raviele, Esq.<br>Connie Y. Choe, Esq.<br>John Churchill, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>mmcloughlin@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jraviele@kelleydry.com<br>cchoe@kelleydrye.com<br>jchurchill@kelleydrye.com | Kelley, Drye & Warren, LLP<br>Attn: Robert L. Lehane<br>Andres Barajas<br>Dane P. Kane<br>Connie Y. Choe<br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>rlehane@kelleydrye.com<br>dkane@kelleydrye.com<br>abarajas@kelleydrye.com<br>cchoe@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | Kern County Treasurer and Tax Collector Office<br>Attn: Jordan Kaufman (Bankruptcy Division)<br>P.O. Box 579<br>Bakersfield, CA 93302-0579<br>bankruptcy@kerncounty.com |
| Klehr Harrison Harvey Branzburg, LLP<br>Attn: Corinne Samler Brennan<br>10000 Lincoln Drive East<br>Suite 201<br>Marlton, NJ 08053<br>cbrennan@klehr.com | Klehr Harrison Harvey Branzburg, LLP<br>Attn: Morton R. Branzburg, Esq.<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com | Klehr, Harrison, Harvey, Branzburg, LLP<br>Attn: Corinne Samler Brennan, Esq.<br>10000 Lincoln Drive East<br>Suite 201<br>Marlton, NJ 08053<br>cbrennan@klehr.com |
| Kramer Levin Naftalis & Frankel, LLP<br>Attn: Rachael L. Ringer<br>Adam C. Rogof<br>Megan M. Wasson<br>1177 Avenue of The Americas<br>New York, NY 10036<br>rringer@kramerlevin.com<br>arogoff@kramerlevin.com<br>mwasson@kramerlevin.com | Kroll Restructuring Administration, LLC<br>Attn: Jordan Searles<br>1 World Trade Center<br>31st Floor<br>New York, NY 10007<br>riteaid2025team@ra.kroll.com<br>serviceqa@ra.kroll.com | Kurtzman \| Steady, LLC<br>Attn: Jeffrey Kurtzman, Esq.<br>101 N. Washington Avenue<br>Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com |
| Lau & Associates, P.C.<br>Attn: Shawn J. Lau<br>4228 Saint Lawerence Avenue<br>Reading, PA 19606<br>shawn_lau@msn.com | Law Office of Shmuel Klein, P.A.<br>Attn: Shmuel Klein, Esq.<br>117 South Main Street<br>Spring Valley, NY 10977<br>shmuel.klein@verizon.net | Law Office of William P. Fennell, A.P.L.C.<br>Attn: William P. Fennell, Esq.<br>600 West Broadway, Suite 930<br>San Diego, CA 92101 |

22298738.v1-9/18/25

| | | |
|---|---|---|
| | | william.fennell@fennelllaw.com |
| Law Offices of Allan D. Sarver<br>Attn: Allan D. Sarver, Esq.<br>16000 Ventura Blvd.<br>Suite 1000<br>Encino, CA 91436<br>ads@asarverlaw.com | Law Offices of Kenneth L. Baum, LLC<br>Attn: Kenneth L. Baum, Esq.<br>201 W. Passaic Street<br>Suite 104<br>Rochelle Park, NJ 07662<br>kbaum@kenbaumdebtsolutions.com | Law Offices of Ronald K. Brown, Jr.<br>Attn: Ronald K. Brown, Esq.<br>901 Dove Street<br>Suite 120<br>Newport Beach, CA 92660<br>ron@rkbrownlaw.com |
| Lazare Potter Giacovas & Moyle, LLP<br>Attn: Anna Pia D. Felix, Esq.<br>Michael T. Conway, Esq.<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>afelix@lpgmlaw.com<br>mconway@lpgmlaw.com | Leech, Tishman, Fuscaldo & Lampl, LLC<br>Attn: John J. Jacko, III<br>1949 Berlin Road<br>Suite 201<br>Cherry Hill, NJ 08003<br>jjacko@leechtishman.com | Levene, Neale, Bender, Yoo & Golubchik, LLP<br>Attn: John-Patrick M. Fritz<br>Jeffrey S. Kwong<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>jpf@lnbyg.com<br>jsk@lnbyg.com |
| Levy Ratner, P.C.<br>Attn: Jessica I. Apter<br>Ryan J. Barbur<br>80 Eighth Avenue<br>8th Floor<br>New York, NY 10011<br>japter@levyratner.com<br>rbarbur@levyratner.com | Lindabury, Mccormick, Estabrook & Cooper, P.C.<br>Attn: Jay Lavroff, Esq.<br>53 Cardinal Drive<br>P.O. Box 2369<br>Westfield, NJ 07091<br>jlavroff@lindabury.com | Loeb & Loeb, LLP<br>Attn: John A. Piskora<br>Vadim J. Rubinstein<br>345 Park Avenue<br>New York, NY 10154<br>jpiskora@loeb.com<br>vrubinstein@loeb.com |
| Lundy, Beldecos & Milby, P.C.<br>Attn: Jessica M. Gulash, Esq.<br>450 N. Narberth Avenue<br>Suite 200<br>Narberth, PA 19072<br>Jgulash@Lbmlaw.Com | Maurice Wutscher, LLP<br>Attn: Alan C. Hochheiser, Esq.<br>23611 Chagrin Blvd.<br>Suite 207<br>Beachwood, OH 44122<br>Ahochheiser@Mauricewutscher.Com | McCarter & English, LLP<br>Attn: Jeffrey T. Testa, Esq.<br>Clement J. Farley, Esq.<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ 07102<br>jtesta@mccarter.com<br>cfarley@mccarter.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gary D. Bressler<br>Virginia T. Shea<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962<br>gbressler@mdmc-law.com<br>vshea@mdmc-law.com | Mcmanimon, Scotland & Baumann, LLC<br>Attn: Anthony Sodono, III<br>Michele M. Dudas<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>mdudas@msbnj.com | Mellinger Kartzman, LLC<br>Attn: Steven A. Jayson, Esq.<br>Steven P. Kartzman<br>101 Gibraltar Drive<br>Suite 2F<br>Morris Plains, NJ 07950<br>sjayson@msklaw.net |
| Mill Run Office Center<br>Attn: Kevin T. Fogerty<br>1275 Glenlivet Drive<br>Suite 150<br>Allentown, PA 18106<br>kfogerty@fogertylaw.com | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>Attn: Ian A. Hammel, Esq.<br>One Financial Center<br>Boston, MA 02111<br>iahammel@mintz.com | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>krwalsh@mintz.com |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>krwalsh@mintz.com | Moritt, Hock & Hamroff, LLP<br>Attn: Leslie A. Berkoff,<br>Allison Arotsky<br>1407 Broadway<br>39th Floor<br>New York, NY 10018<br>lberkoff@moritthock.com | Morrison Cohen, LLP<br>Attn: Alvin C. Lin, Esq.<br>David J. Kozlowski, Esq.<br>909 Third Avenue, 27th Floor<br>New York, NY 10022<br>alin@morrisoncohen.com |

22298738.v1-9/18/25

| | aarotsky@moritthock.com | dkozlowski@morrisoncohen.com<br>bankruptcy@morrisoncohen.com |
|---|---|---|
| Musi, Mattson, Daubenberger & Clark, LLP<br>Attn: Dimitri L. Karapelou, Esq.<br>21 West Third Street<br>Media, PA 19063<br>dlk@mmdlawfirm.com | New Rite Aid, LLC<br>Attn: David Kastin<br>Alyssa Parrish<br>200 Newberry Commons<br>Etters, PA 17319<br>david.kastin@riteaid.com | Norris Mclaughlin, P.A.<br>Attn: Bruce J. Wisotsky, Esq.<br>400 Crossing Boulevard<br>8th Floor<br>Bridgewater, NJ 08807<br>bjwisotsky@norris-law.com |
| Norris Mclaughlin, P.A.<br>Attn: Melissa A. Peña<br>400 Crossing Boulevard, 8th Floor<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933<br>mapena@norris-law.com | Norris Mclaughlin, P.A.<br>Attn: Stuart L. Kossar, Esq<br>7 Times Square<br>21st Floor<br>New York, NY 10036-6524<br>slkossar@norris-law.com | Norris, Mclaughlin, P.A.<br>Attn: Bruce J. Wisotsky, Esq.<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater, NJ 08807<br>bjwisotsky@norris-law.com |
| Obermayer, Rebmann, Maxwell & Hippel, LLP<br>Attn: D. Alexander Barnes, Esq.<br>1120 Route 73<br>Suite 420<br>Mount Laurel, NJ 08054-5108<br>alexander.barnes@obermayer.com | Obermayer, Rebmann, Maxwell & Hippel, LLP<br>Attn: D. Alexander Barnes, Esq.<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>alexander.barnes@obermayer.com | Obermayer, Rebmann, Maxwell & Hippel, LLP<br>Attn: Edmond M. George, Esq.<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>edmond.george@obermayer.com |
| Office of US Attorney, District of New Jersey<br>Attn: Eamonn O'Hagan, Esq.<br>Senior Bankruptcy Counsel<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>eamonn.ohagan@usdoj.gov | Offit Kurman, P.A.<br>Attn: Paul J. Winterhalter, Esq.<br>21 Main Street, Suite 158<br>Hackensack, NJ 07601<br>pwinterhalter@offitkurman.com | Pachulski, Stang, Ziehl & Jones, LLP<br>Attn: Bradford J. Sandler<br>Teddy M. Kapur<br>Steven W. Golden<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com<br>tkapur@pszjlaw.com<br>sgolden@pszjlaw.com |
| Palma Law Firm, P.C.<br>Attn: Valerie Palma Deluisi, Esq.<br>1425 Broad Street<br>Clifton, NJ 07013<br>vpd@palmalawfirm.com | Papernick & Gefsky, LLC<br>Attn: Robert L. Murphy, Esq.<br>34th Floor, One Oxford Centre<br>301 Grant Street<br>Pittsburgh, PA 15219<br>rmurphy@papernick-gefsky.com | Pashman, Stein, Walder & Hayden, P.C.<br>Attn: David E. Sklar<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>dsklar@pashmanstein.com |
| Pashman, Stein, Walder & Hayden, P.C.<br>Attn: Deanna L. Koestel<br>David E. Sklar<br>21 Main Street<br>Suite 200<br>Hackensack, NJ 07601<br>dkoestel@phasmanstein.com<br>dsklar@pashmanstein.com | Pashman, Stein, Walder & Hayden, P.C.<br>Attn: Henry J. Jaffe<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>hjaffe@pashmanstein.com | Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>Attn: Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Alison R. Benedon<br>1285 Avenue of The Americas<br>New York, NY 10019<br>arosenberg@paulweiss.com<br>abenedon@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com |

22298738.v1-9/18/25

| | | |
|---|---|---|
| Pennsylvania Office of Attorney General<br>Attn:  Debra D. Warring<br>Melissa L Van Eck<br>Strawberry Square<br>15th Floor<br>Harrisburg, PA  17120<br>dwarring@attorneygeneral.gov | Pension Benefit Guaranty Corporation<br>Office of The General Counsel<br>Attn:  Kelsey L. Owens, Esq.<br>Joel W. Ruderman<br>445 12th Street, S.W.<br>Washington, DC  20024-2101<br>owens.kelsey1@pbgc.gov<br>efile@pbgc.gov<br>ruderman.joel@pbgc.gov | Pentiuk, Couvreur & Kobiljak, P.C.<br>Attn:  Randall A. Pentiuk<br>2915 Biddle Avenue, Suite 200<br>Wyandotte, MI  48192<br>rpentiuk@pck-law.com |
| Pick & Zabicki, LLP<br>Attn:  Douglas J. Pick, Esq.<br>369 Lexington Avenue<br>12th Floor<br>New York, NY  10017<br>dpick@picklaw.net | Porzio, Bromberg & Newman, P.C.<br>Attn:  Kelly D. Curtin<br>Zhenyi Zhou<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ  07962<br>kdcurtin@pbnlaw.com<br>jzhou@pbnlaw.com | Porzio, Bromberg & Newman, P.C.<br>Attn:  Warren J. Martin Jr., Esq.<br>Kimberly N. Pageau, Esq.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ  07962<br>wjmartin@pbnlaw.com<br>knpageau@pbnlaw.com |
| Pryor Cashman, LLP<br>Attn:  Seth H. Lieberman, Esq.<br>7 Times Square<br>New York, NY  10036-6569<br>slieberman@pryorcashman.com | Raisner Roupinian, LLP<br>Attn:  Gail C. Lin<br>Jack A. Raisner<br>Rene S. Roupinian<br>270 Madison Avenue<br>Suite 1801<br>New York, NY  10016<br>gcl@raisnerroupinian.com<br>jar@raisnerroupinian.com<br>rsr@raisnerroupinian.com | Ray, Quinney & Nebeker, P.C.<br>Attn:  David H. Leigh<br>36 South State Street<br>14th Floor<br>Salt Lake City, UT  84111<br>dleigh@rqn.com |
| Reed Smith, LLP<br>Attn:  Jason D. Angelo, Esq.<br>506 Carnegie Center<br>Suite 300<br>Princeton, NJ  08540<br>jangelo@reedsmith.com | Reed Smith, LLP<br>Attn:  Omar J. Alaniz, Esq<br>2850 N. Harwood Street<br>Suite 1500<br>Dallas, TX  75201<br>oalaniz@reedsmith.com | Robinson & Cole, LLP<br>Attn:  Evan Lazerowitz, Esq.<br>Patrick Birney, Esq.<br>Richard Willi, Esq.<br>666 Third Avenue<br>Chrysler East Building, 20th Floor<br>New York, NY  10017<br>elazerowitz@rc.com<br>pbirney@rc.com<br>rwilli@rc.com |
| Saul Ewing, LLP<br>Attn:  Monique B. Disabatino<br>John D. Demmy<br>1201 North Market Street<br>Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>monique.disabatio@saul.com<br>john.demmy@saul.com | Saxton & Stump, LLC<br>Attn:  Barry A. Solodky, Esq.<br>280 Granite Run Drive<br>Suite 300<br>Lancaster, PA  17601<br>bso@saxtonstump.cpm | Scarinci Hollenbeck, LLC<br>Attn:  David Edelberg<br>150 Clove Road<br>9th Floor<br>Little Falls, NJ  07424<br>dedelberg@sh-law.com |
| Schenck, Price, Smith & King, LLP<br>Attn:  Franklin Barbosa, Jr.<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, NJ  07932-0991<br>fb@spsk.com | Schenck, Price, Smith & King, LLP<br>Attn:  Franklin Barbosa, Jr., Esq.<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, NJ  07932-0991<br>fb@spsk.com | Schenck, Price, Smith & King, LLP<br>Attn:  Franklin Barbosa, Jr., Esq.<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, NJ  07932-0991 |

| | | |
|---|---|---|
| | | fb@spsk.com |
| Schenck, Price, Smith & King, LLP<br>Attn:  Franklin Barbosa, Jr., Esq.<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, NJ  07932-0991<br>fb@spsk.com | Schwartz & Greenbaum, LLC<br>Attn:  Craig M. Schwartz, Esq.<br>409 Washington Avenue, Suite 300<br>Towson, MD  21204<br>cms@sgmdlaw.com | Securities & Exchange Commission<br>NY Office<br>Attn:  Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY  10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission<br>Philadelphia Office<br>Attn:  Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia, PA  19103<br>secbankruptcy@sec.gov | Securities and Exchange Commission<br>Attn:  Secretary of The Treasury<br>100 F. Street NE<br>Washington, DC  20549<br>secbankruptcy@sec.gov | Semanoff, Ormsby, Greenberg & Torchia, LLC<br>Attn:  Michael B. Dubin, Esq.<br>William J. Maffucci, Esq.<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA  19006<br>mdubin@sogtlaw.com<br>wmaffucci@sogtlaw.com |
| Seward & Kissel, LLP<br>Attn:  Ronald A. Hewitt<br>One Battery Park Plaza<br>New York, NY  10004<br>hewitt@sewkis.com | Seyfarth Shaw, LLP<br>Attn:  James S. Yu<br>620 8th Avenue<br>New York, NY  10018<br>jyu@seyfarth.com | Shapiro, Croland, Reiser, Apfel & Di Lorio, LLP<br>Attn:  John P. Di Lorio<br>Robert P. Shapiro<br>Continental Plaza II<br>411 Hackensack Ave., 6th Floor<br>Heckensack, NJ  07601<br>jdiiorio@shapirocroland.com<br>rshapiro@shapirocroland.com |
| Sheppard Mullin Richter & Hampton, LLP<br>Attn:  Sophia L. Cahill, Esq.<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>scahill@sheppardmullin.com | Shipman & Goodwin, LLP<br>Attn:  Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford, CT  06103<br>egoldstein@goodwin.com | Shub, Johns & Holbrook, LLP<br>Attn:  Benjamin F. Johns<br>Four Tower Bridge<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA  19428<br>bjohns@shublawyers.com |
| Sidley Austin, LLP<br>Attn:  Dennis M. Twomey<br>One South Dearborn Street<br>Chicago, IL  60603<br>dtwomey@sidley.com | Sidley Austin, LLP<br>Attn:  Anna Gumport<br>350 S. Grand Avenue<br>Los Angeles, CA  90071<br>agumport@sidley.com | Sidley Austin, LLP<br>Attn:  John J. Kuster<br>787 Seventh Avenue<br>New York, NY  10019<br>jkuster@sidley.com |
| Sills, Cummis & Gross, P.C.<br>Attn:  Andrew Sherman<br>Boris Mankovetskiy<br>Gregory A. Kopacz<br>The Legal Center<br>One Riverfront Plaza<br>1037 Raymond Blvd.<br>Newark, NJ  07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Sirlin, Lesser & Benson, P.C.<br>Attn:  Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA  19109<br>dplon@sirlinlaw.com | Spencer Fane, LLP<br>Attn:  John G. Willard, Esq.<br>1 North Brentwood Blvd.<br>Suite 1200<br>St. Louis, MO  63105-3900<br>jgwillard@spencerfane.com |
| Squire, Patton, Boggs (US) LLP<br>Attn:  Jeffrey N. Rothleder<br>2550 M Street, NW<br>Washington, DC  20037<br>jeffrey.rothleder@squirepb.com | Squire, Patton, Boggs (US) LLP<br>Attn:  Norman N. Kinel<br>1120 Avenue of The Americas<br>13th Floor<br>New York, NY  10036 | Squire Patton Boggs (US) LLP<br>Attn:  Peter R. Morrison<br>Maura P. McIntyre<br>1000 Key Tower<br>127 Public Square |

22298738.v1-9/18/25

| | norman.kinel@squirepb.com | Cleveland, OH  44114<br>peter.morrison@squirepb.com<br>maura.mcintyre@squirepb.com |
|---|---|---|
| Stark & Stark, PC<br>Attn:  Thomas S. Onder<br>Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton, NJ  08543<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com | State of California Attorney General<br>Attn:  Bankruptcy Dept.<br>1300 "I" Street<br>Sacramento, CA  95814-2919<br>bankruptcy@coag.gov | State of Connecticut Attorney General<br>Attn:  Bankruptcy Dept.<br>165 Capitol Avenue<br>Hartford, CT  06106<br>attorney.general@ct.gov<br>denise.mondell@ct.gov |
| State of Delaware Attorney General<br>Attn:  Bankruptcy Dept.<br>Carvel State Office Bldg.<br>820 N. French Street<br>Wilmington, DE  19801<br>attorney.general@state.de.us | State of Maryland Attorney General<br>Attn:  James M.C. Mchale<br>200 St. Paul Place<br>Baltimore, MD  21202-2202<br>oag@oag.state.md.us<br>jmchale@oag.state.md.us | State of Michigan Attorney General<br>Attn:  Bankruptcy Dept.<br>G. Mennen Williams Building<br>7th Floor<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI  48909-0212<br>miag@michigan.gov |
| State of New Hampshire Attorney General<br>Attn:  Bankruptcy Dept.<br>1 Granite Place South<br>Concord, NH  03301<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>Attn:  Bankruptcy Dept.<br>RJ Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ  08625-0080<br>askconsumeraffairs@lps.state.nj.us | State of Oregon Attorney General<br>Attn:  Bankruptcy Dept.<br>Justice Building<br>1162 Court Street NE<br>Salem, OR  97301<br>consumer.hotline@doj.state.or.us |
| Tayman Lane Chaverri, LLP<br>Attn:  Jeffrey Rhodes, Esq.<br>2001 L Street, NW<br>Suite 500<br>Washington, DC  20036<br>jrhodes@tlclawfirm.com | Tenenbaum & Saas, P.C.<br>Attn:  Bradshaw Rost, Esq.<br>4504 Walsh Street, Suite 200<br>Chevy Chase, MD  20815<br>brost@tspclaw.com | The Hinds Law Group, APC<br>Attn:  James Andrew Hinds, Jr.<br>2390 Crenshaw Blvd., Ste. 240<br>Torrance, CA  90501<br>jhinds@hindslawgroup.com |
| TN Attorney General's Office<br>Bankruptcy Division<br>Attn:  Gina Baker Hantel<br>P.O. Box 20207<br>Nashville, TN  37202-0207<br>gina.hantel@ag.tn.gov | Trif & Modugno, LLC<br>Attn:  Louis A. Modugno<br>89 Headquarters Plaza<br>North Tower, Suite 1201<br>Morristown, NJ  07960<br>lmodugno@tm-firm.com | Troutman Pepper Locke, LLP<br>Attn:  Deborah Kovsky-Apap<br>875 Third Avenue<br>New York, NY  10022<br>deborah.kovsky@troutman.com |
| Tucker Arensberg, P.C.<br>Attn:  Evan C. Pappas, Esq.<br>300 Corporate Center Drive<br>Suite 200<br>Camp Hill, PA  17011<br>epappas@tuckerlaw.com | U.S. Department of Justice<br>Civil Division<br>Attn:  Crystal Geise<br>1100 L Street, N.W.<br>Room 7102<br>Washington, DC  20005-4035<br>crystal.geise@usdoj.gov | U.S. Department of Justice<br>Civil Division<br>Attn:  Mary A. Schmergel<br>1100 L Street, N.W.<br>Room 7024<br>Washington, DC  20005-4035<br>mary.schmergel@usdoj.gov |
| U.S. Department of Justice<br>Civil Division<br>Attn:  Ryan W. Lamb<br>Crystal J. Geise<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>ryan.lamb@usdoj.gov<br>crystal.geise@usdoj.gov | Usdoj, Office of The United States Trustee<br>Attn:  Jeffrey M. Sponder<br>Lauren Bielskie<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | Valinoti, Specter & Dito, LLP<br>Attn:  Jeffrey A. Dito, Esq.<br>301 Junipero Serra Blvd.<br>Suite 200<br>San Francisco, CA  94127<br>jdito@valinoti-dito.com |

22298738.v1-9/18/25

| | | |
|---|---|---|
| Washington DC Attorney General<br>Attn: Bankruptcy Dept.<br>400 6th Street, NW.<br>Washington, DC 20001<br>oag@dc.gov | Webber Mcgill, LLC<br>Attn: Douglas J. Mcgill, Esq.<br>100 E. Hanover Avenue, Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Weber Gallagher, LLP<br>Attn: Andrew Small, Esq.<br>1500 Broadway<br>Suite 2401<br>New York, NY 10036<br>asmall@wglaw.com |
| Wenokur Riordan, PLLC<br>Attn: Faye C. Rasch<br>600 Stewart Street<br>#1300<br>Seattle, WA 98101<br>faye@wrlawgroup.com | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP<br>Attn: Thomas A. Draghi<br>Alexandra Pontrello<br>1201 RXR Plaza<br>Uniondale, NY 11556<br>tdraghi@westermanllp.com<br>apontrello@westermanllp.com | White and Williams LLP<br>Attn: Jeremiah J. Vandermark<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019<br>vandermarkjj@whiteandwilliams.com |
| Wilentz, Goldman & Spitzer, P.A.<br>Attn: David H. Stein, Esq.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>dstein@wilentz.com | Willkie, Farr & Gallagher, LLP<br>Attn: Brett H. Miller<br>Todd M. Goren,<br>James H. Burbage<br>Jessica D. Graber<br>Misha Emanoil<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br>memanoil@willkie.com | Willkie, Farr & Gallagher, LLP<br>Attn: Joseph T. Baio<br>Christopher J. St. Jeanos<br>Katherine Higginbotham<br>787 Seventh Avenue<br>New York, NY 10019<br>jbaio@willkie.com<br>cstjeanos@willkie.com<br>khigginbotham@willkie.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron, Esq<br>11400 West Olympic Boulevard<br>9th Floor<br>Los Angeles, CA 90064-1582<br>saron@wrslawyers.com | Wollmuth, Maher & Deutsch, LLP<br>Attn: Paul R. Defilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>Nicholas A. Servider, Esq<br>500 Fifth Avenue<br>New York, NY 10110<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br>nservider@wmd-law.com | Wollmuth Maher & Deutsch, LLP<br>Attn: Paul R. Defilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>Nicholas A. Servider, Esq.<br>90 Washington Valley Road<br>Bedminster, NJ 07921<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br>nservider@wmd-law.com |
| Womble Bond Dickinson (US) LLP<br>Attn: Kevin J. Mangan<br>1313 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>kevin.mangan@wbd-us.com | Womble Bond Dickinson (US) LLP<br>Attn: Wojciech F. Jung<br>888 Seventh Avenue, 38th Floor<br>New York, NY 10106<br>wojciech.jung@wbd-us.com | Womble Bond Dickinson (US) LLP<br>Attn: Wojciech F. Jung<br>Edward L. Schnitzer<br>950 Third Avenue<br>Suite 2400<br>New York, NY 10022<br>wojciech.jung@wbd-us.com<br>edward.schnitzer@wbd-us.com |
| Yoder & Langford, P.C.<br>Attn: Robert R. Yoder<br>8175 East Evans Road<br>Scottsdale, AZ 85267<br>robert@yoderlangford.com | | |

22298738.v1-9/18/25

**EXHIBIT B**

| | |
|---|---|
| Cutolo Barros LLC<br>Attn: Joseph A. Kutschman III, Esq.<br>46-50 Throckmorton Street<br>Freehold, NJ  07728 | Shermeta, Kilpatrick & Associates PLLC<br>Attn: Richardo I. Kilpatrick<br>1030 Doris Road<br>Auburn Hills, MI  48326 |
| Genova Burns LLC<br>Attn: Donald W. Clarke, Esq.<br>494 Broad Street<br>Newark, NJ  07102 | State of Idaho Attorney General<br>Attn: Bankruptcy Dept<br>700 W. Jefferson Street, Suite 210<br>P.O Box 83720<br>Boise, ID  83720-1000 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>1111 Pennsylvania Ave NW<br>Washington, DC  20004-2541 | State of Massachusetts Attorney General<br>Attn: Bankruptcy Dept<br>One Ashburton Place<br>Boston, MA  02108-1698 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | State of New York Attorney General<br>Attn: Bankruptcy Dept<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY  12224-0341 |

22278863.v1

National Association of Attorneys General
Attn: Karen Cordry
1850 M St., NW, 12th Floor
Washington, DC 20036

State of Ohio Attorney General
Attn: Bankruptcy Dept
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43266-0410

State of Pennsylvania Attorney General
Attn: Bankruptcy Dept
Strawberry Square
16th Floor
Harrisburg, PA 17120

State of Vermont Attorney General
Attn: Bankruptcy Dept
109 State Street.
Montpelier, VT 05609-1001

State of Virginia Attorney General
Attn: Bankruptcy Dept
202 North Ninth Street
Richmond, VA 23219

The Dann Law Firm
Attn: Javier L. Merino, Esq.
825 Georges Road
2nd Floor North
Brunswick, NJ 08902

United States of America Attorney General
Attn: Bankruptcy Dept
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

22278863.v1