## **Exhibit A**

| Store No. | Landlord | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|
| 10389 | Equity One (Copps Hill) LLC | 125 Danbury Road, Ridgefield, CT | $29,990.00 | $39,990.00 |