| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br>(973) 597-9100<br>(973) 597-9119 (Fax)<br>Barry J. Roy, Esq.<br>Counsel to Centerbridge Special Credit Partners IV Master, L.P. | |
| In Re:<br><br>NEW RITE AID, LLC, et al.,<br><br>　　　　　　　Debtors. | Case No.: 25-14861(Lead)<br><br>Chapter: 11<br><br>Judge: Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Centerbridge Special Credit Partners IV Master, L.P. . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:　Rabinowitz, Lubetkin & Tully, LLC
　　　　　　293 Eisenhower Parkway, Suite 100
　　　　　　Livingston, New Jersey 07039
　　　　　　Attention: Barry J. Roy, Esq.
　　　　　　(973) 597-9100 phone; (973) 597-9119 fax; broy@rltlawfirm.com

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 9/19/2025　　　　　　　　　　　　　　　　　　　　/s/ Barry J. Roy
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

*new.8/1/15*