| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br>(973) 597-9100<br>Barry J. Roy<br>Jonathan I. Rabinowitz<br><br>*Co-Counsel for Centerbridge Special Credit Partners IV Master, L.P.* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION OF BRIAN PFEIFFER *PRO HAC VICE*

Barry J. Roy, a member of the bar of this Court, hereby moves for entry of an Order granting admission pro hac vice of Brian Pfeiffer of White & Case LLP ("**White & Case**"), to practice before this Court in connection with the above-captioned cases. This application (the "**Application**") is submitted pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. In support of the Application, the undersigned represents as follows:

    1.    I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court of New Jersey, and a partner at Rabinowitz, Lubetkin & Tully, LLC ("**RLT**")

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

which maintains an address of 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039. RLT and White & Case have been retained to serve as co-counsel for Centerbridge Special Credit Partners IV Master, L.P. ("**Centerbridge**"), in connection with the above-captioned cases.

2. Mr. Pfeiffer is an attorney at law and a partner at the White & Case firm, which maintains an office at 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131.

3. Attached hereto is the Certification of Mr. Pfeiffer in which he certifies that he is, and has been, a member in good standing of the bars of the State of New York since 2000, the State of Florida since 2019, and the United States District Court for the Southern District of New York since 2001.

4. Additionally, Mr. Pfeiffer certifies that he is, and has remained, a member of good standing of said bar at all times, that no disciplinary proceedings are pending against her in any jurisdiction and no discipline has previously been imposed on her in any jurisdiction.

5. Mr. Pfeiffer is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and her presence will serve the best interests of Centerbridge.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Brian Pfeiffer to represent Centerbridge as counsel in the above-captioned cases.

Dated: September 19, 2025

By: */s/ Barry J. Roy*
 BARRY J. ROY
 JONATHAN I. RABINOWITZ
 Rabinowitz, Lubetkin & Tully, LLC
 293 Eisenhower Parkway, Suite 100
 Livingston, NJ  07039
 Telephone:  (973) 597-9100
 Fax:  (973) 597-9119
 E-mail:  broy@rltlawfirm.com
 jrabinowitz@rltlawfirm.com

*Counsel for Centerbridge Special Credit Partners IV Master, L.P.*

3