|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br>(973) 597-9100<br>Barry J. Roy<br>Jonathan I. Rabinowitz<br><br>*Co-Counsel for Centerbridge Special Credit Partners IV Master, L.P.* |  |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                                  Debtor. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION OF ERIN ROSENBERG *PRO HAC VICE*

Barry J. Roy, a member of the bar of this Court, hereby moves for entry of an Order granting admission pro hac vice of Erin Rosenberg of White & Case LLP ("**White & Case**"), to practice before this Court in connection with the above-captioned cases. This application (the "**Application**") is submitted pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. In support of the Application, the undersigned represents as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court of New Jersey, and a partner at Rabinowitz, Lubetkin & Tully, LLC ("**RLT**") which maintains an address of 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039. RLT and White & Case have been retained to serve as co-counsel for Centerbridge Special Credit Partners IV Master, L.P. ("**Centerbridge**"), in connection with the above-captioned cases.

2. Ms. Rosenberg is an attorney at law and a partner at the White & Case firm, which maintains an office at 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606.

3. Attached hereto is the Certification of Ms. Rosenberg in which she certifies that she is, and has been, a member in good standing of the bars of the State of Louisiana since 2012, the State of Florida since 2017, the State of Illinois since 2019, the United States District Court for the Eastern District of Louisiana since 2014, the United States District Court for the Western District of Louisiana since 2015, the United States Court of Appeals for the Fourth Circuit since 2013 and the United States Court of Appeals for the Fifth Circuit since 2016.

4. Additionally, Ms. Rosenberg certifies that she is, and has remained, a member of good standing of said bar at all times, that no disciplinary proceedings are pending against her in any jurisdiction and no discipline has previously been imposed on her in any jurisdiction.

5. Ms. Rosenberg is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and her presence will serve the best interests of Centerbridge.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Erin Rosenberg to represent Centerbridge as counsel in the above-captioned cases.

Dated: September 19, 2025

By:   */s/ Barry J. Roy*
BARRY J. ROY
JONATHAN I. RABINOWITZ
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Telephone:  (973) 597-9100
Fax:  (973) 597-9119
E-mail:  broy@rltlawfirm.com
         jrabinowitz@rltlawfirm.com

*Counsel for Centerbridge Special Credit Partners IV Master, L.P.*