**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Barry J. Roy
Jonathan I. Rabinowitz

*Co-Counsel for Centerbridge Special Credit Partners IV Master, L.P.*

In re:

NEW RITE AID, LLC, *et al.*,[1]

Debtors.

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

**CERTIFICATION OF ERIN ROSENBERG IN SUPPORT**
**FOR APPLICATION FOR ADMISSIONS *PRO HAC VICE***

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

I, Erin Rosenberg, under penalty of perjury, hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law and a partner at the law firm White & Case, LLP ("**White & Case**"), which maintains an office at 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606.

2. I make this Certification in support of my application (the "**Application**") pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (together, the "**Local Rules**"), for admission to the Bankruptcy Court pro hac vice. Rabinowitz, Lubetkin & Tully, LLC ("**RLT**") and White & Case have been retained to serve as co-counsel for co-counsel for Centerbridge Special Credit Partners IV Master, L.P. ("**Centerbridge**"), in connection with the above-captioned cases.

3. I am, and have been, a member of good standing of the bars of the State of Louisiana since 2012, the State of Florida since 2017, the State of Illinois since 2019, the United States District Court for the Eastern District of Louisiana since 2014, the United States District Court for the Western District of Louisiana since 2015, the United States Court of Appeals for the Fourth Circuit since 2013 and the United States Court of Appeals for the Fifth Circuit since 2016.

4. I am, and have remained, a member of good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and my presence will serve the best interests of Centerbridge.

6. I am not admitted to practice law in the State of New Jersey and, therefore, believe it is necessary for me to seek *pro hac vice* admission in this proceeding.

7. If admitted *pro hac vice*, I agree to abide by the Local Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Civil Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed: September 19, 2025   */s/ Erin Rosenberg*
                 Erin Rosenberg