| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> Andrew N. Rosenberg (admitted *pro hac vice*) <br> Alice Belisle Eaton (admitted *pro hac vice*) <br> Christopher Hopkins (admitted *pro hac vice*) <br> Sean A. Mitchell (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> arosenberg@paulweiss.com <br> aeaton@paulweiss.com <br> chopkins@paulweiss.com <br> smitchell@paulweiss.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (admitted *pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO**
**THIRD MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**

MICHAEL D. SIROTA, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the firm of Cole Schotz P.C. ("**Cole Schotz**"), counsel for the within debtors and debtors-in-possession (the "**Debtors**").

2. I submit this Certification pursuant to the June 9, 2025 *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "**Administrative Order**").

3. The Administrative Order provides that each professional retained in this case pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103 (each a "**Professional**"), may file monthly fee statements on or before the twenty-fifth (25th) day of each calendar month seeking compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "**Monthly Fee Statement**").

4. Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "**Objection Deadline**"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file and serve a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

5. On September 4, 2025, Cole Schotz filed its Monthly Fee Statement for the period covering July 1, 2025 through July 31, 2025 [Docket No. 2295] (the "**Third Monthly Fee Statement**"). Pursuant to the Administrative Order, objections to the Third Monthly Fee Statement were due by **September 18, 2025**.

6. To the best of my knowledge, information and belief, no objections have been filed to the Third Monthly Fee Statement.

7. Accordingly, the Debtors should be instructed to pay Cole Schotz eighty (80%) percent of the fees and one hundred (100%) percent of the expenses requested in the Third Monthly Fee Statement.

                                                  */s/ Michael D. Sirota*
                                                  MICHAEL D. SIROTA

DATED:      September 19, 2025

3