

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Justin S. Krell, Esq.<br>Edward J. LoBello, Esq. *(pro hac vice pending)*<br>Bond Schoeneck & King, PLLC<br>600 Third Avenue, 22nd Floor<br>New York, New York 10016-1915<br>Telephone No.:  (646) 253-2396<br>Email: elobello@bsk.com<br>          jkrell@bsk.com<br><br>*Counsel to Maria Lucania, as Executrix of the Estate of John Lucania* |  |
| In re:<br><br>New Rite Aid, LLC, *et al.* [1]<br><br>                              Debtors. |  |

Order Filed on September 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No.: 25-14861 (MBK)

(Jointly Administered)

Judge Michael B. Kaplan

## ORDER FOR PRO HAC VICE

The relief set forth on the following pages is **ORDERED.**

**DATED: September 19, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC tax identification number are 1843.  A complete list of the Debtors in these Chapter 11 cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, https://restructuring.ra.kroll.com/RiteAid2025.  The location of the Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address is 200 Newberry Commons, Etters, Pennsylvania 17319.

This matter has been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Edward J. LoBello, Esq. is permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be or has been filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. The Court hereby permits that counsel admitted *pro hac vice* may appear in person or virtually without the need for local counsel, provided local counsel continues to sign all pleadings filed with the Court; and it is further

**ORDERED** that applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it if further

**ORDERED** that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102
Attention: Pro Hac Vice Admissions

; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of the Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

22219122.v1

**CERTIFICATION OF SERVICE**

I, Ronald Cappiello, hereby certify that on this 12th day of September, 2025, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.

*/s/Ronald Cappiello*
Ronald Cappiello