| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

**Order Filed on September 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## THIRTIETH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: September 17, 2025**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com


-and-


**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com


*Co-Counsel to the Debtors and
Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| (Page \| 4) | |
| --- | --- |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with

email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes,

and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing,

with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and

security codes, if any, are not available, but the landlord may rekey the leased premises.

       2.      The Debtors are authorized, but not directed, at any time on or before the applicable

Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located

on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that

nothing shall modify any requirement under applicable law with respect to the removal of any

hazardous materials as defined under the applicable law from any of the Debtors' leased premises,

to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable

information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the

Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors

shall not abandon any medications or medicines. The property will be deemed abandoned pursuant

to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance

of doubt, and absent any sustained objection as it relates to property at a particular premises, any and

all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of

nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy

Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without

further notice or order of this Court, utilize and/or dispose of such property without notice or liability

| (Page | 5) | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirtieth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1. | DCTN3448 PLUMSTEADVILLE PA LLC | 1240 N KIMBALL AVE, SOUTHLAKE, TX 76092 | Unexpired Store Lease | THRIFT DRUG, INC. | 11091 | 5707 EASTON ROAD, PIPERSVILLE, PA, 18947 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2. | DG RAN, LLC | P.O. BOX 479, AMBLER, PA 19002-0000 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 218 | 5 EAST MAIN STREET, NANTICOKE, PA, 18634 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3. | DIADON LLC | 1300 WHITE OAK COURT, NORTH HUNTINGDON, PA 15642 | Unexpired Store Lease | THRIFT DRUG, INC. | 10939 | 4411 HOWLEY STREET, PITTSBURGH, PA, 15224 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4. | DJM NNN IV LLC | C/O DJM CAPITAL PARTNERS INC, 60 SOUTH MARKET ST, STE 1120, SAN JOSE, CA 95113 | Unexpired Store Lease | ECKERD CORPORATION | 10842 | 539 North Main Street, Canandaigua, New York, 14424-0000 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5. | DON FRUCIANO TRUSTEE OF THE | WASHINGTON VAN BUREN TRUST, 9390 CONATY PLACE, RIVERSIDE, CA 92503 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5713 | 17055 VAN BUREN BOULEVARD, RIVERSIDE, CA, 92504 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 6. | DOUGLAS WAY BLDG CORP | C/O MELISSA BAUER, 3403 NE 19TH AVE, PORTLAND, OR 97212 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5318 | 1549 GEORGE WASHINGTON WAY, RICHLAND, WA, 99354 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7. | DS PROPERTIES 18 LP | C/O FIRST WASHINGTON REALTY, INC, 100 BAYVIEW CIRCLE, STE 6500, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6059 | 2111 GOLDEN CENTRE LANE, RANCHO CORDOVA, CA, 95670 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8. | EASTPORT REGENCY, LLC | C/O REGENCY CENTERS LP, PO BOX 844235, BOSTON, MA 02284-4235 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10668 | 23 EASTPORT MANOR ROAD, EASTPORT, NY, 11941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9. | ELBE ASSOCIATES LLC | 1358 PARK ROW, SAN DIEGO, CA 92037-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5759 | 111 NORTH MAIN STREET, SANTA ANA, CA, 92701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10. | ELTINGVILLE SHOPPING CTR OWNER | 118-35 QUEENS BLVD 16TH FL, FOREST HILLS, NY 11375 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10538 | 43-68 AMBOY ROAD, STATEN ISLAND, NY, 10312 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11. | ESC PARTNERS LP TRUST | DBA-ESTUDILLO SHOPPING CNTR, 4725 THORNTON AVE, FREEMONT, CA 94536 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5937 | 1355 MACARTHUR BOULEVARD, SAN LEANDRO, CA, 94577 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12. | F & N SHOPPING VILLAGE | C/O R.J. WATERS & ASSOC, INC., 200 OLD FORGE LANE, SUITE 201, KENNETT SQUARE, PA 19348-0000 | Unexpired Store Lease | RITE AID OF DELAWARE, INC. | 731 | 2096 NAAMANS ROAD, WILMINGTON, DE, 19810 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 13. | FACCIOLA REAL ESTATE AND INVES | 951 PROSPECT HEIGHTS, SANTA CRUZ, CA 95065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6454 | 1645 E TULARE AVENUE, TULARE, CA, 93274 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14. | FAMTAN ASSOCIATES | 43-29 BELL BLVD, BAYSIDE, NY 11361 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10592 | 43-20 BELL BLVD., BAYSIDE, NY, 11361 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15. | FARMERS & MERCHANTS BANK FOR | 45 GENEVA WALK, LONG BEACH, CA 90803 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6219 | 5128 EAST 2ND STREET, LONG BEACH, CA, 90803 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16. | FASO GROUP LLC | 295 MAIN ST, STE 210, BUFFALO, NY 14203 | Unexpired Store Lease | ECKERD CORPORATION | 10824 | 789 TONAWANDA STREET, BUFFALO, NY, 14207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17. | FELFAM LP | 17521 SUPERIOR STREET, NORTHRIDGE, CA 91325-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6492 | 15890 SOQUEL CANYON PARKWAY, CHINO HILLS, CA, 91709 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18. | FELOS ASSOCIATES LLC | FELIPE RESTREPO, 7928 EAST DRIVE, APT 1008, NORTH BAY VILLAGE, FL 33141 | Unexpired Store Lease | ECKERD CORPORATION | 10836 | 2401 GENESEE STREET, CHEEKTOWAGA, NY, 14225 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19. | FG-10 LINCOLN HWY, LLC | C/O FINE FARE SUPERMARKET, 1221 FTELEY AVE, BRONX, NY 10472 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4821 | 10 LINCOLN HIGHWAY, EDISON, NJ, 08820 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20. | FICUS COLUMNS PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD, STE 1500, LOS ANGELES, CA 90048 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5576 | 153 EAST GLADSTONE STREET, AZUSA, CA, 91702 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 21. | FIRST TRACKS REALTY LLC | PO BOX 1491, LINCOLN, NH 03251 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 4156 | 50 MAIN STREET, LINCOLN, NH, 03251 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22. | FISHS EDDY IV LLC | 101 KNIGHT ROAD, VESTAL, NY 13850-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10790 | 511 HOOPER ROAD, ENDWELL, NY, 13760 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23. | FOUR CITY CENTER OP LP | 645 HAMILTON ST, STE 600, ALLENTOWN, PA 18101 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 6778 | 27 N 7TH STREET, SUITE 100, ALLENTOWN, PA, 18101 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24. | FOUR H INVESTMENTS, INC. | 7890 FLETCHER BAY RD NE, BAINBRIDGE ISLAND, WA 98110 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5228 | 655 NW RICHMOND BEACH ROAD, SHORELINE, WA, 98177 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25. | FOWLER CLWA LLC | C/O RED TAIL ACQUISITIONS LLC, 2082 MICHAELSON DR, STE 307, IRVINE, CA 92612 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5832 | 2424 SPRING STREET, PASO ROBLES, CA, 93446 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26. | FREDERICK JEAN | JESSICA JEAN, 21 SPINNAKER WAY, PORTSMOUTH, NH 03801 | Unexpired Store Lease | RITE AID OF NEW HAMPSHIRE, INC. | 3482 | 145 AMHERST STREET, NASHUA, NH, 03064 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27. | G & N REALTY INC. | P.O. BOX 674, BEDFORD, PA 15522-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1429 | 211 EAST MAIN STREET, EVERETT, PA, 15537 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28. | G DAVIS PROPERTIES LLC | 2027 SPRING VALLEY ROAD, LANSDALE, PA 19446 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2693 | 44 KINGS VILLAGE, MINERSVILLE, PA, 17954 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 29. | GABRIELSEN FAMILY LP I | C/O THE HIGNELL COMPANIES, 2858 PARK MARINA DR., REDDING, CA 96001 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6714 | 9340 DESCHUTES RD, PALO CEDRO, CA, 96073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30. | GARY D BOBO & JOY B BOBO | C/O PDF PROP MGMT INC 9381 E STOCKTON BLVD, STE 200, ELK GROVE CA 95624 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6480 | 5350 SHASTA DAM BOULEVARD, SHASTA LAKE, CA, 96019 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31. | GIBRALTAR MANAGEMENT CO INC | GBR VALLEY COTTAGE LLC, 150 WHITE PLAINS RD, STE 400, TARRYTOWN, NY 10591-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1019 | 133 ROUTE 303, VALLEY COTTAGE, NY, 10989 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32. | GKGF, LLC | C/O GASKA, INC., 100 W. BROADWAY, SUITE 950, GLENDALE, CA 91210-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5532 | 10465 SUNLAND BOULEVARD, SUNLAND, CA, 91040 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33. | GOLDENBERG ASSOCS | 350 SENTRY PARKWAY, BUILDING 630, SUITE 300, BLUE BELL, PA 19422-2316 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1766 | 10 SNYDER AVENUE, PHILADELPHIA, PA, 19148 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34. | GOULD SHOPPING CENTER | C/O JLL AMERICAS, 655 REDWOOD WHY, STE 177, MILL VALLEY, CA 94941 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5985 | 1029 EAST CAPITOL EXPRESSWAY, SAN JOSE, CA, 95121 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 35. | GRACE CHAI - AKA FANTA SEA | C/O: GRACE CHAI, 2418 NEW AVENUE, ROSEMEAD, CA 91770-2938 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5531ST2 | 914 FAIR OAKS AVENUE, SOUTH PASADENA, CA. 91030 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36. | GRAND & ELM PARTNERS, LP | C/O PHIL A. FONTES, 8200 STOCKDALE HIGHWAY, STE M10, BOX 180, BAKERSFIELD, CA 93311-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5824 | 1207 GRAND AVENUE, ARROYO GRANDE, CA, 93420 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5674 | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38. | GRAND HOST INC | 3525 DEL MAR HEIGHTS RD STE 825, SAN DIEGO, CA 92130 | Unexpired Sublease | THRIFTY PAYLESS, INC. | 5674ST | 405 WEST MAIN STREET, BRAWLEY, CA, 92227 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39. | GRANTS PASS VENTURE LLC | C/O GRE MANAGEMENT SERVICES INC, 3005 DOUGLAD BLVD, STE 200, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5386 | 915 NORTHEAST D STREET, GRANTS PASS, OR. 97526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40. | GRI SUNSET PLAZA LLC | C/O FIRST WASHINGTON REALTY INC, 7200 WISCONSIN AVE, STE 600, BETHESDA, MD 20814 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10623 | 1200 DEER PARK AVENUE, NORTH BABYLON, NY, 11703 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 41. | GROTHE FAMILY TRUST | C/O JG CONSTRUCTION, INC., 15632 EL PRADO DRIVE, CHINO, CA 91710-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5848 | 48 ROBERTSON BLVD, CHOWCHILLA, CA, 93610 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42. | GSA I SPE LLC | C/O DELLE DONNE & ASSOC INC, 200 CONTINENTAL DR, STE 200, NEWARD, DE 19713 | Unexpired Store Lease | THRIFT DRUG, INC. | 11176 | 701 GOVERNORS PLACE, BEAR, DE, 19701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43. | GULL INDUSTRIES INC | PO BOX 24687, SEATTLE, WA 98124 | Unexpired Store Lease | The Bartell Drug Company | 6964 | 7205 267TH ST NW, STANWOOD, WA, 98292 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44. | GVH CLEARFIELD LLC | 300 N PISGAH RD, EADS, TN 38028 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, LLC | 6839 | 307 E MARKET STREET, CLEARFIELD, PA, 16830 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45. | HAMBURG REALTY PROPERTIES INC | 1776 CENTRAL PARK, OREFIELD, PA 18069 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3425 | 807 SOUTH 4TH STREET, HAMBURG, PA, 19526 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46. | HASTINGS RANCH INVESTMENT CO | C/O THE ARBA GROUP 6300 WILSHIRE BLVD, SUITE 1800, LOS ANGELES, CA 90048-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5535 | 3745 EAST FOOTHILL BOULEVARD, PASADENA, CA, 91107 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47. | HAWLEY REALTY LIMITED PARTNERS | 30 GERMANTOWN RD, DANBURY, CT 06810 | Unexpired Store Lease | GENOVESE DRUG STORES, INC. | 10383 | 215 FEDERAL ROAD, BROOKFIELD, CT, 06804 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48. | HPT (DERRY) LP | PO BOX 158247, NASHVILLE, TN 37215-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1628 | 222 Y STREET, DERRY, PA, 15627 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 49. | HPT (NATRONA HEIGHTS) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 4419 | 1529 FREEPORT ROAD, NATRONA HEIGHTS, PA, 15065 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50. | HPT (SHAMOKIN) LP | PO BOX 158247, NASHVILLE, TN 37315-8247 | Unexpired Store Lease | KEYSTONE CENTERS, INC. | 205 | 26 WEST INDEPENDENCE STREET, SHAMOKIN, PA, 17872 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51. | HUNT MANAGEMENT COMPANY | OF PATRICIA R KATES, 10,001 ARTESIA BLVD, BELLFLOWER, CA 90706 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5518 | 601 PINE AVENUE, LONG BEACH, CA, 90802 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52. | I SCHREIBER & ASSOCIATES LLC | 18915 142ND AVE NE, STE 155, WOODINVILLE, WA 98072 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5264 | 11220 CANYON ROAD EAST, PUYALLUP, WA, 98373 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53. | I.C. WASHINGTON, INC. | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | THRIFT DRUG, INC. | 10432 | 354 STATE ROUTE 57 WEST, WASHINGTON, NJ, 07882 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54. | IA SAN PEDRO GARDEN LLC | C/O INVENTRUST PROPERTY MANAGEMENT LLC, 3025 HIGHLAND PARKWAY STE 350, DOWNERS GROVE, IL 60515 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5514 | 28100 S WESTERN AVENUE, SAN PEDRO, CA, 90732 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55. | IC SOMERVILLE INC | C/O CYZNER PROPERTIES, 192 ROUTE 22 WEST, GREEN BROOK, NJ 08812-0000 | Unexpired Store Lease | RITE AID OF NEW JERSEY, INC. | 4746 | 132 NORTH GASTON AVENUE, SOMERVILLE, NJ, 08876 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 56. | INLAND COMMERCIAL RE LLC | INLAND COMMERCIAL REAL ESTATE SERVICES LLC/BLDG#75064, 2901 BUTTERFIELD ROAD, OAK BROOK, IL 60523 | Unexpired Store Lease | THRIFT DRUG, INC. | 11114 | 696 STONEY HILL ROAD, YARDLEY, PA, 19067 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57. | IRVIN WEINSTOCK | 2101 STRATFORD WAY, SAN MATEO, CA 94403 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6081 | 9133 KIEFER BOULEVARD, SACRAMENTO, CA, 95826 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58. | IRVINE COMPANY | 101 INNOVATION DRIVE, ATTN: GENERAL COUNSEL, RETAIL PROPERTIES, IRVINE, CA 92617-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5766 | 18112 CULVER DRIVE, IRVINE, CA, 92612 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59. | JLK NEWTOWN SQUARE ASSOC LLC | 1801 A BRASSFIELD RD, GREENSBORO, NC 27410 | Unexpired Store Lease | THRIFT DRUG, INC. | 11116 | 3599 WEST CHESTER PIKE, NEWTOWN SQUARE, PA, 19073 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60. | JOANIE MICHAELSON | 736 BLUE OAK AVENUE, NEWBURY PARK, CA 91320 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5800 | 1076 WEST KERN STREET, TAFT, CA, 93268 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61. | JOSEPH AMMENDOLA | 465 DUNDEE DRIVE, BLUE BELL, PA 19422-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3273 | 1201 SOUTH BETHLEHEM PIKE, AMBLER, PA, 19002 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62. | JOSEPH MURPHY CORPORATION | PO BOX 2740, SANTA ROSA, CA 95405-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6023 | 1551 FARMERS LANE, SANTA ROSA, CA, 95405 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 63. | JUMPING HORSE RANCH, INC. | ATTN: HELENE BECK, PRESIDENT, PO BOX 2890, FALLBROOK, CA 92088 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5634 | 1201 SOUTH COAST HIGHWAY, OCEANSIDE, CA, 92054 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64. | KATHY L MINDLER | 4109 SHILEAGH COURT, BETHLEHEM, PA 18020-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 836 | 1781 STEFKO BOULEVARD, BETHLEHEM, PA, 18017 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65. | KEARNEY PALMS LLC | 204 W. RIDGEPOINT DRIVE, FRESNO, CA 93711-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6295 | 1101 FRESNO STREET, FRESNO, CA, 93706 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66. | KK GREAT NECK 2470, LLC | 113 CROSSWAYS PARK DRIVE, SUITE 100, WOODBURY, NY 11797-0000 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4861 | 50 GREAT NECK ROAD, GREAT NECK, NY, 11021 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67. | LAGUNA OAKS LLC | 1916 PARK OAK DR, ROSEVILLE, CA 95661 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6788 | 6420 RIO LINDA BLVD, RIO LINDA, CA, 95673 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68. | LAKEVIEW PLACE BUILDING A LLC | 1429 AVENUE D PMB 521, SNOHOMISH, WA 98290-1742 | Unexpired Store Lease | The Bartell Drug Company | 6933 | 1115 13TH ST, SNOHOMISH, WA, 98290 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69. | LAMAR BUILDING CO INC | HARIANNE ZOLKOVER, 9889 GLOUCESTER DR, BEVERLY HILLS, CA 90210 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 819 | 340 EAST HIGH STREET, POTTSTOWN, PA, 19464 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70. | LAO CO | 1414 RIDGE RD, LANCASTER, PA 17603 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 3400 | 420 NORTH 3RD STREET, WOMELSDORF, PA, 19567 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 71. | LAURIE DAVIS | 500 ADMIRALS WAY, APT. 101, PHILADELPHIA, PA 19146 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1963 | 262 CONNELLSVILLE STREET, UNIONTOWN, PA, 15401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72. | LAWRENCE M KAPLAN LLC | 5215 SCOTTS VALLEY DRIVE, STE C, SCOTTS VALLEY, CA 95066-3522 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6379 | 500 MAIN STREET, LIVINGSTON, CA, 95334 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73. | LDC ALTA LOMA SQUARE LLC | C/O LEWIS OPERATING CORP., 1156 NORTH MOUNTAIN AVE., UPLAND, CA 91785-0670 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5587 | 8760 19TH STREET, RANCHO CUCAMONGA, CA, 91701 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74. | LEVIN MANAGEMENT CORP | 975 ROUTE 22 WEST, NORTH PLAINFIELD, NJ 07060-3622 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1384 | 450 BLUE VALLEY DRIVE, BANGOR, PA, 18013 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75. | LINCOLN PARTNERSHIP 2015 LLC | 26527 AGOURA RD, STE 200, CALABASAS, CA 91302 | Unexpired Store Lease | ECKERD CORPORATION | 10827 | 2585 MAIN STREET, BUFFALO, NY, 14214 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76. | LINCOLN PROPERTIES LTD | 374 LINCOLN CENTER, STOCKTON, CA 95207-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5998 | 6455 PACIFIC AVENUE, STOCKTON, CA, 95207 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77. | LONGMEADOW WOLCOTT LLC | 11 SCOVILLE STREET, P.O. BOX 2763, WATERBURY, CT 06723-2763 | Unexpired Store Lease | RITE AID OF CONNECTICUT, INC. | 4620 | 744 WOLCOTT ROAD, WOLCOTT, CT, 06716 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78. | LUCILLE F MORGAN IRREVOC LIVIN | C/O ANDREA L MERRILL, SUCCESSOR TRUSTEE, PO BOX 219, MOUNT SHASTA, CA 96067 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6103 | 310 WEST LAKE STREET, MOUNT SHASTA, CA, 96067 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 79. | LYNNFIELD CENTRE REALTY LLC | 2 EVERETT AVE, WINCHESTER, MA 01890 | Unexpired Store Lease | THE LANE DRUG COMPANY | 2397 | 419 CLAREMONT AVENUE, ASHLAND, OH, 44805 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80. | M. NASIR & NILOFAR SHAIKH | 106 ROCKY ROAD, GREENSBURG, PA 15601-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 1709 | 15 CENTENNIAL WAY, SCOTTDALE, PA, 15683 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81. | MAHOPAC IMPROVEMENTS OWNER LLC | C/O DLC MGMT CORP, 565 TAXTER RD, STE 400, ELMSFORD, NY 10523 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 1451 | 159 ROUTE 6, MAHOPAC, NY, 10541 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82. | MANP CDM LLC | C/O DMP MGMT, LLC DBA DMP PROPERTIES, 250 NEWPORT CENTER DR STE 300, NEWPORT BEACH, CA 92660 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 6207 | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA, 92625 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83. | MAR-BANK INVESTMENT COMPANY | C/O UNITED TRUST REALTY CORPORATION, 4 PARK PLAZA, STE 830, IRVINE, CA 92614 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5516 | 108 WEST ANAHEIM STREET, WILMINGTON, CA, 90744 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84. | MARIST CENTERPOINT, LLC | C/O METRO COMMERCIAL MANAGEMENT, 303 FELLOWSHIP ROAD, SUITE 300, MOUNT LAUREL, NJ 08054-0000 | Unexpired Store Lease | ECKERD CORPORATION | 10714 | 3350 NORTH ROAD, POUGHKEEPSIE, NY, 12601 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 85. | MARKET SQUARE PLAZA I, LLC | C/O PRESTIGE PROPERTIES & DEVELOPMENT CO., INC., 546 FIFTH AVENUE, 15TH FLOOR, NEW YORK, NY 10036-0000 | Unexpired Store Lease | THRIFTY DRUG, INC. | 11130 | 7700 CRITTENDEN STREET, PHILADELPHIA, PA, 19118 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86. | MARTIN LIN & ALICE FANG | 67 WATERSIDE CIRCLE, REDWOOD CITY, CA 94065 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5961 | 701 EAST BLITHEDALE AVE., MILL VALLEY, CA, 94941 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87. | MAY DEVELOPMENT, LLC | 4017 B STATE STREET, SCHENECTADY, NY 12304 | Unexpired Store Lease | ECKERD CORPORATION | 10717 | 124 RIDGE STREET, GLENS FALLS, NY, 12801 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88. | MESA SHOPPING CENTER | C/O INVESTEC MANAGEMENT CORP., 200 E. CARRILLO STREET, SUITE 200, SANTA BARBARA, CA 93101-0000 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5790 | 1976 CLIFF DRIVE, SANTA BARBARA, CA, 93109 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89. | MGPXI-A TWN CTR LAKEFOREST LLC | C/O MERLONE GEIER PARTNERS, 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CA 94104 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5225 | 17171 BOTHELL WAY, NE, STE. 150, LAKE FOREST PARK, WA, 98155 | | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90. | MLG REAL ESTATE LLC | P.O. BOX X, WAYMART, PA 18472-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVANIA, INC. | 2768 | 54 NORTH MAIN STREET, CARBONDALE, PA, 18407 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| # | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 91. | MONIEM SHAABAN | 427 LINCOLN BLVD, SANTA MONICA, CA 90402 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5815 | 100 CHINA GRADE LOOP, BAKERSFIELD, CA, 93308 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92. | MONTEBELLO (EDENS) LLC | 1221 MAIN STREET, STE 1000, COLUMBIA, SC 29201 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5504 | 802 BEVERLY BOULEVARD, MONTEBELLO, CA, 90640 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93. | MONTGOMERY DEL VAL ASSN., LP | C/O LFT REALTY GROUP, INC., 600 OLD ELM STREET, CONSHOHOCKEN, PA 19428-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVA NIA, INC. | 2017 | 762 EAST JOHNSON HIGHWAY, NORRISTOWN, PA, 19401 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94. | MS JOANN DISCHINAT | 180 NAZARETH DRIVE, NAZARETH, PA 18064-0000 | Unexpired Store Lease | RITE AID OF PENNSYLVA NIA, INC. | 927 | 231 WEST STREET, GETTYSBURG, PA, 17325 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95. | NATHAN FAMILY LLC | 198 THOMAS JOHNSON DR, STE 207, FREDERICK, MD 29128 | Unexpired Store Lease | ECKERD CORPORATI ON | 11211 | 1003 PULASKI HIGHWAY, HAVRE DE GRACE, MD, 21078 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96. | NEW HARTFORD HOLDINGS LLC | C/O MADISON PROPERTIES, 3611 14TH AVE, STE 420, BROOKLYN, NY 11218 | Unexpired Store Lease | ECKERD CORPORATI ON | 10773 | 46 KELLOGG ROAD, NEW HARTFORD, NY, 13413 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97. | RICHMOND GROUP 26 LLC | SASSON ASSETS LLC, ADVENTURE ASSETS LLC, 97-09 64 ROAD, REGO PARK, NY 11374 | Unexpired Store Lease | RITE AID OF NEW YORK, INC. | 4991 | 109-07 101ST AVENUE, JAMAICA, NY, 11419 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98. | SRI AUSHADA LLC | 3579 E FOOTHILL BLVD #714, PASADENA, CA 91107 | Unexpired Store Lease | THRIFTY PAYLESS, INC. | 5860 | 2640 FLORAL AVENUE, SELMA, CA, 93662 | 8/31/2025 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-14861-MBK

New Rite Aid, LLC                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 29 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

**Recip ID**          **Recipient Name and Address**
db                +   New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Agostino Angelo Zammiello | on behalf of Interested Party The American Bottling Company azammiello@foxrothschild.com |
| Alan I. Nahmias | on behalf of Creditor Kevin Chamas anahmias@mbn.law  anahmias@prnlaw.com |
| Alan J. Brody | on behalf of Creditor BANK OF AMERICA brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com |
| Albert Anthony Ciardi, III | on behalf of Creditor Parkwood Joint Venture aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Alexander F. Barth | on behalf of Creditor Glenwood Associates  LLC abarth@cohenseglias.com |
| Alexandra Pontrello | on behalf of Creditor Mar-Mart Realty Co.  Inc. apontrello@westermanllp.com |

District/off: 0312-3                                 User: admin                                          Page 2 of 29
Date Rcvd: Sep 17, 2025                              Form ID: pdf903                                      Total Noticed: 1

Alison Rebecca Gross Benedon
on behalf of Debtor New Rite Aid LLC abenedon@paulweiss.com, lcanty@paulweiss.com

Allan D Sarver
on behalf of Creditor Profectus Capital LLC ads@asarverlaw.com

Allison J. Arotsky
on behalf of Creditor BTS (Wyomissing) L.P. Orion Development RA LXVII, LLC and Orion Development XXIII, LLC
aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Creditor BTS (Wyomissing) L.P. aarotsky@moritthock.com

Alvin Chien-Chih Lin
on behalf of Creditor DGMM LP and MMDG LP alin@morrisoncohen.com

Andrew Behlmann
on behalf of Interested Party SB360 Capital Partners  LLC, Gordon Brothers Retail Partners, LLC, GA Retail Solutions, Tiger
Capital Group, LLC, and Hilco Merchant Resources, LLC abehlmann@lowenstein.com

Andrew Small
on behalf of Petitioning Creditor Rared Manchester NH LLC asmall@wglaw.com

Andrew Small
on behalf of Petitioning Creditor RARED ALLENSTOWN LLC asmall@wglaw.com

Andrew Small
on behalf of Petitioning Creditor Rared Jaffrey LLC asmall@wglaw.com

Andrew H. Sherman
on behalf of Creditor Committee Willkie Farr & Gallagher LLP on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew H. Sherman
on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Andrew H. Sherman
on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
asherman@sillscummis.com

Andrew W Ferich
on behalf of Creditor Margaret Bianucci aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Kathryn Edwards aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Faith Spiker aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Andrew W Ferich
on behalf of Creditor Erica Judka aferich@ahdootwolfson.com
mmontecalvo@ahdootwolfson.com;3559819420@filings.docketbird.com

Anna Pia Felix
on behalf of Creditor Tennington Associates  LP afelix@lpgmlaw.com

Anna Pia Felix
on behalf of Creditor Pinehaven Associates Motel LP afelix@lpgmlaw.com

Anne B. Sekel
on behalf of Interested Party CVS Pharmacy Inc. asekel@foley.com  jnicholson@foley.com;jlee@foley.com

Anthony J D'Artiglio
on behalf of Creditor AR & MC Co. ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor Aztec Inn L.P. ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Anthony J D'Artiglio
on behalf of Creditor RAARAMA-11-LLC ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Arthur Abramowitz
on behalf of Creditor Rite Aid Sub-Trust B aabramowitz@shermansilverstein.com  jbaugh@shermansilverstein.com

Benjamin F Johns
on behalf of Creditor Faith Spiker bjohns@shublawyers.com

Benjamin F Johns
on behalf of Creditor Erica Judka bjohns@shublawyers.com

Benjamin F Johns

on behalf of Creditor Margaret Bianucci bjohns@shublawyers.com

Benjamin F Johns

on behalf of Creditor Kathryn Edwards bjohns@shublawyers.com

Boris I Mankovetskiy

on behalf of Creditor Committee Sills Cummis & Gross P.C. on behalf of Official Committee of Unsecured Creditors
bmankovetskiy@sillscummis.com  asherman@sillscummis.com

Bradford J. Sandler

on behalf of Interested Party Hilrod Holdings L.P. bsandler@pszjlaw.com  mseidl@pszjlaw.com;abates@pszjlaw.com

Bradshaw Rost

on behalf of Creditor Westminster Granite Main LLC brost@tspclaw.com

Brian I. Kantar

on behalf of Creditor Berkley Insurance Company bkantar@csglaw.com

Brian I. Kantar

on behalf of Creditor The Hanover Insurance Company bkantar@csglaw.com

Brigid K Ndege

on behalf of Creditor Ensono  Inc. brigid.ndege@bclplaw.com, brigid-ndege-4743@ecf.pacerpro.com

Bruce J. Wisotsky

on behalf of Creditor 169 Holding Corp. bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com

Bruce J. Wisotsky

on behalf of Creditor Cascade Wholesale Hardware  Inc. bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com

Charles E. Boulbol

on behalf of Creditor RX Newburgh Owners LLC rtrack@msn.com

Christopher P. Mazza

on behalf of Creditor JSK Lebanon LLC cpmazza@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Clement J Farley

on behalf of Creditor Nova Nordisk Inc. cfarley@mccarter.com

Colin R. Robinson

on behalf of Creditor C&S Wholesale Grocers  LLC robinson@lrclaw.com, kittinger@lrclaw.com

Corey E Taylor

on behalf of Creditor Lease Counterparty 7900 Bellaire I  Ltd. corey@taylorlawoc.com

Corinne Samler Brennan

on behalf of Creditor RAP Smyrna  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP East Market York  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Pena Realty Holdings Company  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Etters  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor Audubon Square  Inc. csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Corinne Samler Brennan

on behalf of Creditor RAP Milford  LLC csamler@klehr.com, scmcginly@klehr.com;nyackle@klehr.com

Crystal Johnson Geise

on behalf of Interested Party UNITED STATES OF AMERICA crystal.geise@usdoj.gov

D. Alexander Barnes

on behalf of Creditor Tinuiti  Inc. njbkr@obermayer.com, alexander.barnes@obermayer.com;vanja.moraca@obermayer.com

Dana S. Plon

on behalf of Creditor GC Main Street Owners LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Marist Centerpoint  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Center Plaza Limited Partnership dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor RAD Connellsville  LLC dplon@sirlinlaw.com

Dana S. Plon
                     on behalf of Creditor Blumel-211 Associates  LLC dplon@sirlinlaw.com

Dana S. Plon
                     on behalf of Creditor New Wappingers Centerpoint  LLC dplon@sirlinlaw.com

Dana S. Plon
                     on behalf of Creditor Market Square Plaza I  LLC dplon@sirlinlaw.com

Daniel H Roseman
                     on behalf of Creditor Fishs Eddy IV  LLC droseman@hhk.com, twalker@hhk.com;lpucciarelli@hhk.com;gkielbasinski@hhk.com

David Edelberg
                     on behalf of Unknown Role Type The Jackson Investment Company  LLC dedelberg@sh-law.com,
                     edelbergdr82964@notify.bestcase.com

David Edelberg
                     on behalf of Unknown Role Type Musso Properties dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David E. Sklar
                     on behalf of Creditor PCE Partners  LLC dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
                     on behalf of Creditor Kaz USA  Inc. dsklar@pashmanstein.com, lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David E. Sklar
                     on behalf of Creditor Helen of Troy L.P. dsklar@pashmanstein.com  lsalcedo@pashmanstein.com;gkarnick@pashmanstein.com

David H. Stein
                     on behalf of Creditor TIJSMA  LLC dstein@wilentz.com, ciarkowski@wilentz.com

David L. Bruck
                     on behalf of Creditor SVCN 1 LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                     on behalf of Creditor Westcore Bravo Lancaster LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                     on behalf of Creditor State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                     on behalf of Attorney State Street Partners LLC bankruptcy@greenbaumlaw.com

David L. Bruck
                     on behalf of Creditor TMT Bear Creek Shopping Center  Inc. bankruptcy@greenbaumlaw.com

Deborah Kovsky-Apap
                     on behalf of Interested Party Skyline Rocky Road Acquisition  LLC deborah.kovsky@troutman.com,
                     susan.henry@troutman.com;WLBank@troutman.com

Debra Djupman Warring
                     on behalf of Creditor Commonwealth Of Pennsylvania dwarring@attorneygeneral.gov

Dimitri L Karapelou
                     on behalf of Creditor 65 Victory Inestments dlk@mmdlawfirm.com

Dimitri L Karapelou
                     on behalf of Creditor 16 Victory Investments  LLC dlk@mmdlawfirm.com

Dimitri L Karapelou
                     on behalf of Creditor 92 Victory Investments  LLC dlk@mmdlawfirm.com

Douglas G. Leney
                     on behalf of Creditor Lincoln Properties  Ltd. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                     on behalf of Creditor Westminster Granite Main LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas J. McGill
                     on behalf of Creditor Class Action Plaintiffs Margaret Bianucci  Kathryn Edwards, Erica Judka, and Faith Spiker
                     dmcgill@webbermcgill.com

Douglas J. McGill
                     on behalf of Creditor Kathryn Edwards dmcgill@webbermcgill.com

Douglas J. McGill
                     on behalf of Creditor Erica Judka dmcgill@webbermcgill.com

Douglas J. McGill
                     on behalf of Creditor Faith Spiker dmcgill@webbermcgill.com

Douglas J. McGill
                     on behalf of Creditor Red Eagle Management LLC dmcgill@webbermcgill.com

Douglas J. McGill
on behalf of Creditor Margaret Bianucci dmcgill@webbermcgill.com

Douglas J. Pick
on behalf of Creditor 1950 Fulton LLC dpick@picklaw.net  ezabicki@picklaw.net

Douglas J. Pick
on behalf of Creditor 3301 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Douglas J. Pick
on behalf of Creditor 5215 Properties  LLC dpick@picklaw.net, ezabicki@picklaw.net

Drew S. McGehrin
on behalf of Creditor Thompson & Thompson  LLC and The Edge Group, Inc. dsmcgehrin@duanemorris.com,
drew-mcgehrin-5282@ecf.pacerpro.com

Edmond M. George
on behalf of Creditor Pintzuk Brown Realty Group edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.
com;samantha.catullo@obermayer.com

Elie Jonathan Worenklein
on behalf of Creditor 1970 Group  Inc. eworenklein@debevoise.com,
ajcostin@debevoise.com;mao-bk-ecf@debevoise.com;jpark@debevoise.com;crceresa@debevoise.com

Eric Goldstein
on behalf of Creditor ERx Network Holdings  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Eric R. Perkins
on behalf of Creditor Anderson Retail  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
on behalf of Creditor Laguna Oaks  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
on behalf of Creditor Retail Site Specialists  LLC EPerkins@hlgslaw.com,
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Eric R. Perkins
on behalf of Creditor Laguna Harbour LLC EPerkins@hlgslaw.com
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Ericka Fredricks Johnson
on behalf of Interested Party Kin Properties  Inc., Fundamentals Company LLC, Mascot LLC, Masue LLC, Maby LLC,
Hillsborough Associates, Janess Associates, Musue LLC, Bayview Associates, Nathan Jeffrey LLC, and Jasue LLC
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson
on behalf of Interested Party Elbe Associates  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Evan Lazerowitz
on behalf of Interested Party Simone Development Companies elazerowitz@rc.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Evan C. Pappas
on behalf of Creditor Ameriserv Financial Bank epappas@tuckerlaw.com

Evan C. Pappas
on behalf of Creditor Martin Perry  as Receiver for 1700 Murray Avenue, LLC epappas@tuckerlaw.com

Faye C Rasch
on behalf of Creditor Heidi Gonzales faye@wrlawgroup.com  hazel@wrlawgroup.com;jessica@wrlawgroup.com

Felice R. Yudkin
on behalf of Debtor New Rite Aid  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Franklin Barbosa, Jr
on behalf of Creditor AudioEC Inc. d/b/a ArtCreativity fb@spsk.com  clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor Configure  Inc. fb@spsk.com, clm@spsk.com

Franklin Barbosa, Jr
on behalf of Creditor AG WGI LLC fb@spsk.com  clm@spsk.com

Gail C. Lin
on behalf of Plaintiff Martin C Gordon II  on behalf of himself and all others similarly situated gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

District/off: 0312-3
Date Rcvd: Sep 17, 2025

User: admin
Form ID: pdf903

Page 6 of 29
Total Noticed: 1

Gary D. Bressler
on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates
gbressler@mdmc-law.com, hryan@mdmc-law.com

Gregory Kopacz
on behalf of Creditor Committee Official Committee of Unsecured Creditors gkopacz@sillscummis.com

Gregory Francis Vizza
on behalf of Creditor P&F Retail Associates  L.P. vizza@blankrome.com

Holly Smith Miller
on behalf of Interested Party Investcal Realty Corporation  et. al. hsmiller@gsbblaw.com

Jaclynn McDonnell
on behalf of Creditor Danita and Donald Brown jmcdonnell@genovaburns.com  dmendez@genovaburns.com

James Martin Charles McHale
on behalf of Creditor State of Maryland jmchale@oag.state.md.us
szadrozny@oag.state.md.us;bedmunds@oag.state.md.us;ckellogg@oag.state.md.us

James N. Lawlor
on behalf of Creditor American Greetings Corp. jlawlor@wmd-law.com

James N. Lawlor
on behalf of Creditor Papyrus-Recycled Greetings  Inc. jlawlor@wmd-law.com

James S. Carr
on behalf of Creditor Ryder Integrated Logistics  Inc. and Ryder Transportation Solutions, LLC
KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yu
on behalf of Creditor Dover Management Co. jyu@seyfarth.com  nycdocket@seyfarth.com;rpinkston@seyfarth.com

Jami B. Nimeroff
on behalf of Interested Party 111 North High Associates  L.P. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor Profectus Capital LLC jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jami B. Nimeroff
on behalf of Creditor Kevin Chamas jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com

Jason D. Angelo
on behalf of Creditor Interactive Communications International  Inc. JAngelo@reedsmith.com,
jason-angelo-3987@ecf.pacerpro.com

Javier L. Merino
on behalf of Interested Party West Virginia NAS Committee jmerino@dannlaw.com  9497659420@filings.docketbird.com

Javier L. Merino
on behalf of Interested Party The Ad Hoc Committee for NAS Children jmerino@dannlaw.com
9497659420@filings.docketbird.com

Jay Lavroff
on behalf of Interested Party Great American Assurance Company jlavroff@lindabury.com

Jay Lavroff
on behalf of Interested Party Great American Spirit Insurance Company jlavroff@lindabury.com

Jay Lavroff
on behalf of Interested Party Great American Insurance Company of New York jlavroff@lindabury.com

Jay B Leighton
on behalf of Creditor Kachr LLC jay@leighton-law.com  anna@leighton-law.com

Jay B. Solomon
on behalf of Creditor B-21  LLC jsolomon@bbgllp.com

Jay B. Solomon
on behalf of Creditor Eltingville Shopping Center LLC jsolomon@bbgllp.com

Jay B. Solomon
on behalf of Creditor Brithym Realty Co. jsolomon@bbgllp.com

Jeffrey Kurtzman
on behalf of Creditor The Goldenberg Group kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Kingsway Realty Company kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Scottsville Properties LLC kurtzman@kurtzmansteady.com

District/off: 0312-3 | User: admin | Page 7 of 29
Date Rcvd: Sep 17, 2025 | Form ID: pdf903 | Total Noticed: 1

Jeffrey Kurtzman
on behalf of Creditor DJM NNN IV  LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Mustang Square LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Goodman Properties kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor AMS Olyphant RA  LLC kurtzman@kurtzmansteady.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey Thomas Testa
on behalf of Creditor Nova Nordisk Inc. jtesta@mccarter.com  lrestivo@mccarter.com

Jennifer Hoover
on behalf of Creditor Canyon Crest Towne Centre  LLC jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Hoover
on behalf of Creditor Carstens Realty jhoover@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer Cranston McEntee
on behalf of Creditor Parkwood Joint Venture jcranston@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Jeremiah Vandermark
on behalf of Creditor Google LLC vandermarkjj@whiteandwilliams.com

Jerome Bennett Friedman
on behalf of Creditor DJM NNN IV  LLC jfriedman@flg-law.com

Jessica Apter
on behalf of Creditor 1199SEIU League Training & Upgrading Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Employer Child Care Fund japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU United Healthcare Workers East japter@levyratner.com

Jessica Apter
on behalf of Creditor 1199SEIU Health Care Employees Pension Fund japter@levyratner.com

Jessica M. Gulash
on behalf of Creditor RAD PA  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Bloch Ironwood  LLC jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor Rita Rudman Revocable Trust jgulash@lbmlaw.com

Jessica M. Gulash
on behalf of Creditor 9th & Highland  LLC jgulash@lbmlaw.com

Joel W. Ruderman
on behalf of Creditor Penson Benefit Guaranty Corporation ruderman.joel@pbgc.gov  efile@pbgc.gov

John O'Boyle
on behalf of Interested Party Universal Group Companies joboyle@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb
124931@notify.bestcase.com

John Piskora
on behalf of Creditor Schwartz Halfmoon Associates  LLC jpiskora@loeb.com, nydocket@loeb.com,vrubinstein@loeb.com

John Willard
on behalf of Creditor Ipsos MMA  Inc. jgwillard@spencerfane.com

John Willard
on behalf of Creditor Ipsos-Insight  LLC jgwillard@spencerfane.com

John C. Stellakis
on behalf of Creditor Cannonbut LLC jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor Midwood Management Corp. jstellakis@farrellfritz.com

John C. Stellakis
on behalf of Creditor RC Southampton LLC jstellakis@farrellfritz.com

John J. Jacko
      on behalf of Creditor Blue Jay Center  LLC jjacko@leechtishman.com, john@fellheimer.net

John P Byrne
      on behalf of Creditor Robins Carlsbad  LLC john.byrne@byrnelawcorp.com

John P. Di Iorio
      on behalf of Creditor Rizona Inc. jdiiorio@shapiro-croland.com

John S. Mairo
      on behalf of Creditor PHR Village  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor JoAnn Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor William Burke jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu, Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor Gregory P. Dischinat jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor PA Hopewell LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor T.F. Associates jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor ECK-Aliquippa PA LP jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Interested Party Laguna Woods RA  LLC jmairo@gibbonslaw.com, emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor Crest Properties LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

John S. Mairo
      on behalf of Creditor Derry Realty Group LLC jmairo@gibbonslaw.com  emunera@gibbonslaw.com

Jon Travis Powers
      on behalf of Creditor 2545 Getzville LLC tpowers@hodgsonruss.com

Jonathan S. Bodner
      on behalf of Creditor MTI Digital Inc. jbodner@bodnerlawpllc.com

Jordan Seth Blask
      on behalf of Creditor CRH-A LLP jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
      on behalf of Creditor Hillsborough Haven jblask@fbtlaw.com  rmccartney@fbtlaw.com

Jordan Seth Blask
      on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group jblask@fbtlaw.com  rmccartney@fbtlaw.com

Joseph Andrew Kutschman, III
      on behalf of Creditor OSJ of Peterborough LLC jkutschman@cutolobarros.com  ecourts@cutolobarros.com

Joseph H. Lemkin
      on behalf of Creditor Harbor Center Partners  L.P. jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor The Libman Company jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor Edgemark Littleton  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor Levin Management Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor Joseph Murphy Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor Mt. Lebanon Cooke  LP jlemkin@stark-stark.com

Joseph H. Lemkin
      on behalf of Creditor SADG-1 Limited Partners jlemkin@stark-stark.com

District/off: 0312-3                                      User: admin                                      Page 9 of 29
Date Rcvd: Sep 17, 2025                                  Form ID: pdf903                                  Total Noticed: 1

Joseph H. Lemkin
                    on behalf of Creditor Felos Associates LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Bethel Park Library  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Red Lion Broadway  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Yoko C. Gates Trust jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor First Priority Funding  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor LS Morrell  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Santiago Holdings II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor SADG-3 Limited Partnership jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor RAP Hamlin LP jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Conopco  Inc. d/b/a Unilever NA jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor RAP Dallas LP jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Ald Capital PA  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor 569 Broadway Associates jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor SADG-4 Limited Partnership jlemkin@stark-stark.com

Justin Kerner
                    on behalf of Creditor Ross Dress for Less  Inc. kernerj@ballardspahr.com,
                    weickk@ballardspahr.com;BallardDocketEast@ballardspahr.com

Justin S Krell
                    on behalf of Creditor D & L Rentals  LLC jkrell@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Justin S Krell
                    on behalf of Attorney Maria Lucania  as Executrix of the Estate of Joseph Lucania jkrell@bsk.com,
                    kdoner@bsk.com;CourtMail@bsk.com

Kaitlin R. Walsh
                    on behalf of Creditor NBPIV Delran LLC krwalsh@mintz.com  docketing@mintz.com

Keara Waldron
                    on behalf of Creditor Mill Avenue Associates  LLC kwaldron@halperinlaw.net, adroz@lowenstein.com

Kelly D. Curtin
                    on behalf of Creditor SACC Inc. kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Kelsey L Owens
                    on behalf of Creditor Penson Benefit Guaranty Corporation owens.kelsey@pbgc.gov

Kenneth L. Baum
                    on behalf of Creditor 4151 White Plains Road LLC kbaum@kenbaumdebtsolutions.com  ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
                    on behalf of Creditor Washington Town Center  LLC kbaum@kenbaumdebtsolutions.com,
                    ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
                    on behalf of Creditor The Auldan Company  L.L.C. kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
                    on behalf of Creditor West Capitol Shopping Center  LLC kbaum@kenbaumdebtsolutions.com,
                    ddipiazza@kenbaumdebtsolutions.com

Kenneth L. Baum
on behalf of Creditor 10-21 Portland Avenue  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Keri P. Ebeck
on behalf of Creditor The Ventura Family 2023 Trust KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Interested Party Murray Avenue Market KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company KEBECK@BERNSTEINLAW.COM
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin J. Mangan
on behalf of Creditor CorVel Enterprise Claims  Inc. (f/k/a CorVel Enterprise Comp, Inc.) kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor Williams Scotsman  Inc., as successor-in-interest to Mobile Mini, Inc. kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin T Fogerty
on behalf of Creditor Goldco Partners kfogerty@fogertylaw.com

Kimberly Nelson
on behalf of Interested Party Federal Trade Commission knelson@ftc.gov

Kyriaki Christodoulou
on behalf of Creditor Metropolitan Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor San Diego Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor The Connecticut Light & Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Appalachian Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Pennsylvania Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Delmarva Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor West Penn Power Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor The Brooklyn Union Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Niagara Mohawk Power Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor PSEG Long Island kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Yankee Gas Service Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor NStar Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor PECO Energy Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Western Massachusetts kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Consolidated Edison Company of New York  Inc. kchristodoulou@cullenllp.com

District/off: 0312-3
Date Rcvd: Sep 17, 2025

User: admin
Form ID: pdf903

Page 11 of 29
Total Noticed: 1

Kyriaki Christodoulou

    on behalf of Creditor KeySpan Gas East Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Southern California Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Public Service Company of New Hampshire kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Boston Gas Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Rochester Gas and Electric Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Baltimore Gas and Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Atlantic City Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Massachusetts Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Orange & Rockland Utilities  Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Ohio Edison Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Ohio Power Company d/b/a AEP Ohio kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou

    on behalf of Creditor Southern California Gas Company kchristodoulou@cullenllp.com

Lauren Bielskie

    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leslie Carol Heilman

    on behalf of Creditor BCORE WESTWOOD VILLAGE LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor Manoa Shopping Center Associates  L.P. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor Prime/FRIT Bell Gardens  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor RI - Grass Valley  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor RAR 2 Queen Anne Eden Hill QRS  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor Balden Towne Plaza Limited Partnership HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor Hummelt Development Company HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor Spirit EK Vineland NJ  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor c/oLeslie C. Heilman CLPF HARBOUR POINTE  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

    on behalf of Creditor GKGF  LLC HeilmanL@ballardspahr.com,

Leslie Carol Heilman

on behalf of Creditor S & N II  LTD. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor ROIC Paramount Plaza  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor HCP RRF Sand Canyon LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Lancaster Development Company  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Rich/Cherry  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor The Irvine Company LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Perform Properties HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Fairview Shopping Center  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain A OC LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Spirit RA Plains PA  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor 5931 Atlantic  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Merlone Geier Partners HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Weis Markets Inc. HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor AAT Del Monte LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor The Commons at Calabasas  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Zentmyer Properties II LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CP/IPERS Woodfield  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Gartin Properties LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain B LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MGP XI-A TOWN CENTER LAKE FOREST  LLC; HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN A WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor QCSI SIX LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Realty Income Corporation HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN B OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor MDC Seal Beach  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Huntingdon Pike Company HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 Mountain A LA LP HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Montecito Market Place Associates HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor EDENS HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Valley Mall  L.L.C. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN B WA LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Redondo Prime 1  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor B10 MOUNTAIN A OR LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SO-Goodnoes Corner JV LLC HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Northern Trust Bank of CA  N.A. HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor SVAP III Plaza Mexico  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor Brixton Capital HeilmanL@ballardspahr.com
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman

on behalf of Creditor CLPF Harbour Pointe  LLC HeilmanL@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Liam Braber

on behalf of Creditor New Century Associates Group  L.P. lbraber@jacobydonner.com

Lindsey E. Snavely

on behalf of Creditor U D Properties lsnavely@pillaraught.com  tlaughead@pillaraught.com

Lindsey E. Snavely

on behalf of Creditor Boyd & Mahoney lsnavely@pillaraught.com  tlaughead@pillaraught.com

Louis Anthony Modugno

on behalf of Interested Party Chartis Excess Limited lmodugno@tm-firm.com

District/off: 0312-3
Date Rcvd: Sep 17, 2025

User: admin
Form ID: pdf903

Page 14 of 29
Total Noticed: 1

Louis Anthony Modugno

on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Commerce and Industry Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Insurance Company of The State of Pennsylvania lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party AIG Specialty Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party American Home Assurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party American International Reinsurance Company  LTD lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party Illinois National Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis Anthony Modugno

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pennsylvania lmodugno@tm-firm.com

Louis T. DeLucia

on behalf of Creditor SKBB Investments louis.delucia@icemiller.com
john.acquaviva@icemiller.com,daniel.polatsek@icemiller.com,michael.ott@icemiller.com,jessa.degroote@icemiller.com,nathan.
basalyga@icemiller.com,aneca.lasley@icemiller.com,george.gasper@icemiller.com

Marc Justin Kurzman

on behalf of Creditor The Greystone Group mkurzman@carmodylaw.com

Mark B Conlan

on behalf of Creditor RA Hopewell Associates  LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Chu Family Trust  Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold
mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor PHR Village  LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor JoAnn Dischinat mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Gregory P. Dischinat mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor William Burke mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor T F Associates mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Derry Realty Group LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-Aliquippa PA LP mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Crest Properties LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor RA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor Miriam Chu and Yolanda Scheffold  Trustees of Chu Family Trust, Steven Weissman and Charissa Chu,
Trustees of Chu-Weissman Family Trust, and Christian Scheffold and Yolanda Scheffold mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor PA Hopewell LLC mconlan@gibbonslaw.com

Mark B Conlan

on behalf of Creditor ECK-ALIQUIPPA Associates  L.P. mconlan@gibbonslaw.com

Mark B Conlan

District/off: 0312-3          User: admin          Page 15 of 29

Date Rcvd: Sep 17, 2025          Form ID: pdf903          Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor T.F. Associates mconlan@gibbonslaw.com |
| Martha Baskett Chovanes | |
| | on behalf of Creditor Parsi Investments  LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Matthew E. Kaslow | |
| | on behalf of Interested Party Terramar Retail  LLC a/k/a Tierrasanta Town Centers, LLC mkaslow@blankrome.com |
| Matthew W. Bourda | |
| | on behalf of Creditor ENGIE Resources LLC matthew@jonesmurray.com |
| Melissa A. Pena | |
| | on behalf of Creditor Rochdale Village  Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Melissa A. Pena | |
| | on behalf of Creditor Sligo Realty and Service Corp. mapena@norris-law.com  pfreda@nmmlaw.com |
| Melissa A. Pena | |
| | on behalf of Creditor 508 Monroe Turnpike  LLC mapena@norris-law.com, pfreda@nmmlaw.com |
| Melissa L. Van Eck | |
| | on behalf of Creditor Commonwealth Of Pennsylvania mvaneck@attorneygeneral.gov |
| Melissa S. Woods | |
| | on behalf of Creditor United Food & Commercial Workers International Union (UFCW) mwoods@cwsny.com |
| Michael Kahme | |
| | on behalf of Creditor Universal Protein Supplements Corp. dba Universal Nutrition mkahme@hillwallack.com fmansmann@hillwallack.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Rochester Gas and Electric Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor San Diego Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Massachusetts Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor New York State Electric & Gas Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Southern California Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Baltimore Gas and Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Public Service Company of New Hampshire mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor NStar Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor PECO Energy Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Boston Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Yankee Gas Service Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor West Penn Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Pennsylvania Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Niagara Mohawk Power Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Orange & Rockland Utilities  Inc. mkwiatkowski@moritthock.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | |
| | on behalf of Creditor Western Massachusetts mkwiatkowski@moritthock.com  crodriguez@cullenllp.com |

Michael Kwiatkowski
on behalf of Creditor Atlantic City Electric Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Jersey Central Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor KeySpan Gas East Corporation mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Ohio Power Company d/b/a AEP Ohio mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Metropolitan Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Appalachian Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Delmarva Power & Light Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Ohio Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Brooklyn Union Gas Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Pennsylvania Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor The Connecticut Light & Power Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor Southern California Edison Company mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski
on behalf of Creditor PSEG Long Island mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Washington  D.C. Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Maxi Drug North  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rx USA  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Connecticut  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor PJC Realty MA  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor EDC Drug Stores  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Ex Solutions of MO  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Ex Design Holdings  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor 4042 Warrensville Center Road Warrensville Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of West Virginia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Payroll Management  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor JCG (PJC) USA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Manchester Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Apex Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of VA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor P.J.C. Realty Co.  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC of Vermont Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of New York  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Hunter Lane  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Rome Distribution Center  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Initiatives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rx Choice  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Specialty Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

.com

Michael D. Sirota

on behalf of Debtor K & B Services  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Drug Palace  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor PJC Special Realty Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Delaware  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor P.J.C. Distribution  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Tech  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Eckerd Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Harco  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor The Jean Coutu Group (PJC) USA  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K&B Texas Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Hdqtrs. Funding  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Savings  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RDS Detroit  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor 1740 Associates  L.L.C. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K & B  Incorporated msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Grand River & Fenkell  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor The Lane Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor First Florida Insurers of Tampa  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor New Rite Aid  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Name Rite  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor The Bartell Drug Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Holdco  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Tennessee  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PDS-1 Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC of Rhode Island  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor K & B Tennessee Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Rxclusives  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Realty Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of North Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of PA  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of DC  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Michigan  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Genovese Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Perry Drug Stores  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Lakehurst and Broadway Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of Kentucky  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Investments Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Plaintiff Rite Aid Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of Georgia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Plaintiff Rite Aid Hdqtrs. Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Maxi Green Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Investments Corp.  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Ex Solutions of NV  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Thrifty Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of New Jersey  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor GDF  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Ex Software  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

    on behalf of Debtor Rite Aid of New Hampshire  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

District/off: 0312-3                                  User: admin                                     Page 21 of 29
Date Rcvd: Sep 17, 2025                          Form ID: pdf903                              Total Noticed: 1

.com

Michael D. Sirota

on behalf of Debtor RediClinic US  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Thrift Drug  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Pennsylvania  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K & B Alabama Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor JCG Holdings (USA)  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Broadview and Wallings-Broadview Heights Ohio  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Maxi Drug South  L.P. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Thrifty Ice Cream  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor LMW - 90B Avenue Lake Oswego  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Virginia  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Lease Management Company msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor RediClinic of Dallas-Fort Worth  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Rite Aid Online Store  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor Ex Procurement  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor K & B Louisiana Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor ILG - 90 B Avenue Lake Oswego  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Thrifty PayLess  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor PJC Lease Holdings  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Maryland  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Benefits  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Pharmacy  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor READ's Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of Vermont  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor 5277 Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Munson & Andrews  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Ex Solutions of OH  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor RediClinic of DE  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Gettysburg and Hoover-Dayton  Ohio, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid Drug Palace  Inc msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor 5600 Superior Properties  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Rite Aid of South Carolina  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Richfield Road - Flint  Michigan, LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Ex Options  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Ex Design  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor PJC of Massachusetts  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor RediClinic of MD  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor PJC Peterborough Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Indiana  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor RediClinic Associates  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor RCMH LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid Transport  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor K & B Mississippi Corporation msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Maxi Drug  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor Rite Aid of Maine  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Debtor PJC Revere Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael E. Holt
on behalf of Creditor AJC Legacy Trust LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt
on behalf of Creditor BM Properties mholt@formanlaw.com  kanema@formanlaw.com

Michael J. Goettig
on behalf of Creditor Green Dot Bank MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael J. Goettig
on behalf of Creditor Green Dot Corporation MichaelGoettig@dwt.com  nycdocket@dwt.com

Michael R. Herz
on behalf of Interested Party Alsoctt  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Michele M. Dudas
on behalf of Defendant McKesson Corporation mdudas@msbnj.com

District/off: 0312-3                                    User: admin                                    Page 24 of 29
Date Rcvd: Sep 17, 2025                                 Form ID: pdf903                                 Total Noticed: 1

Michele M. Dudas
                    on behalf of Creditor McKesson Corporation and certain corporate affiliates mdudas@msbnj.com

Monique Bair DiSabatino
                    on behalf of Creditor Forest Valley Station LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Famtan LLC mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor Mary Ann Genuario mdisabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                    on behalf of Creditor L/S 1200 Intrepid Avenue  LP mdisabatino@saul.com, robyn.warren@saul.com

Morton R. Branzburg
                    on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com;nyackle@klehr.com

Moshie Solomon
                    on behalf of Creditor Tandem Equities L.L.C. msolomon@golenbock.com

Nicholas Marten
                    on behalf of Creditor Independence Plaza SC  LLC nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor Linda Mar S.C.  L.P. nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor PK II Tanasbourne Village LP nicholas.marten@afslaw.com
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor PL Rancho LP nicholas.marten@afslaw.com  lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor Pan Pacific (Jefferson Square) LLC nicholas.marten@afslaw.com
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor Gateway at Donner Pass  LP nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor WRI Freedom Centre  L.P. nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor 11 Knolls Crescent LLC nicholas.marten@afslaw.com
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor Kimschott Factoria Mall  LLC nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor PK I Silverdale Shopping Center LLC nicholas.marten@afslaw.com
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor KK Great Neck 2470  LLC nicholas.marten@afslaw.com,
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Nicholas Marten
                    on behalf of Creditor Kimco Realty Corporation nicholas.marten@afslaw.com
                    lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Norman N Kinel
                    on behalf of Interested Party CSC Delaware Trust Company  as Successor Trustee norman.kinel@squirepb.com,
                    sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Oleh Matviyishyn
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors omatviyishyn@sillscummis.com

Owen Lipnick
                    on behalf of Creditor JRC Assets  LP olipnick@bertonepiccini.com

Pamela Elchert Thurmond
                    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul J. Winterhalter
                    on behalf of Creditor Vernon Central Warehouse  Inc. pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Fair Oaks  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Sheldon Plaza  LLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor The Chen 1998 Family Trust & 170 San Mateo Road Partnership pwinterhalter@offitkurman.com
cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Attorney Breck E Milde pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Paul J. Winterhalter

on behalf of Creditor Toni A. Dimiceli  Trustee et al pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul R. DeFilippo

on behalf of Interested Party Five Below  Inc. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor American Greetings Corp. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Creditor Papyrus-Recycled Greetings  Inc. pdefilippo@wmd-law.com

Rachel A. Parisi

on behalf of Creditor JSK Lebanon LLC raparisi@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Raymond M. Patella

on behalf of Creditor Contingence LLC rpatella@lawjw.com

Rebecca Starner

on behalf of Creditor Levy Affiliates rebecca.starner@huschblackwell.com  serena.gray@huschblackwell.com

Richard D. Trenk

on behalf of Creditor Ohiopyle Prints  Inc. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law

Richard D. Trenk

on behalf of Creditor Major Trading Inc. rtrenk@trenkisabel.law  mmassoud@trenkisabel.law

Richard D. Trenk

on behalf of Creditor One Paragon Drive  LP rtrenk@trenkisabel.law, mmassoud@trenkisabel.law

Robert L Murphy

on behalf of Creditor Greater Butler Mart Holdings  LLC rmurphy@papernick-gefsky.com

Robert L. LeHane

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee
of the RAD GUC Equity Trust rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor East Park Development LLC rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Brixmor Property Group  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor NNN REIT  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Benderson Development Company rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Fox Chapel Plaza rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor DS Properties 18 LP rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor First Washington Realty rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert L. LeHane

on behalf of Creditor Lerner Properties rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

District/off: 0312-3
Date Rcvd: Sep 17, 2025

User: admin
Form ID: pdf903

Page 26 of 29
Total Noticed: 1

Robert L. LeHane
on behalf of Creditor Regency Centers L.P. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

Robert P. Shapiro
on behalf of Creditor RA2 Wildwood LLC rshapiro@shapirocroland.com

Robert P. Shapiro
on behalf of Creditor RA2 Lakehurst LLC rshapiro@shapirocroland.com

Ronald Brown, Jr
on behalf of Creditor Platt Partners. L.P. ron@rkbrownlaw.com

Ronald Brown, Jr
on behalf of Creditor Harbor Center Partners  L.P. ron@rkbrownlaw.com

Ross J. Switkes
on behalf of Creditor Rite Aid Sub-Trust B rswitkes@shermansilverstein.com

Ryan Lamb
on behalf of Interested Party UNITED STATES OF AMERICA ryan.lamb@usdoj.gov

Sam Della Fera, Jr
on behalf of Creditor Greenwood Shopping Center  Inc. sdellafera@csglaw.com

Scott Fleischer
on behalf of Creditor Kempner Properties  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor SVAP III Plaza Mexico  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Ironhorn Enterprises  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Gibraltar Management Co.  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor The Widewaters Group  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Paragon Management Group  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott A. Zuber
on behalf of Creditor The Hanover Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Berkley Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Mahnaz Javaheri szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Eliseo Medellin Hernandez szuber@csglaw.com  ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals szuber@csglaw.com, ecf@csglaw.com

Scott A. Zuber
on behalf of Creditor Ieka Monique Lucas szuber@csglaw.com  ecf@csglaw.com

Scott M. Klein
on behalf of Creditor 4000 Woodhaven Holdings DE LLC sklein@fekmlaw.com
kpower@fekmlaw.com;keckman@fekmlaw.com

Seth H. Lieberman
on behalf of Creditor Computershare Trust Company  National Association, as Successor Trustee
slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Shawn J. Lau
on behalf of Creditor RWY Trust shawn_lau@msn.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Klein

District/off: 0312-3        User: admin        Page 27 of 29

Date Rcvd: Sep 17, 2025        Form ID: pdf903        Total Noticed: 1

on behalf of Creditor New Hartford Holdings LLC shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Attorney Natali A. Ron shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Creditor Gallashea Properties  LLC shmuel.klein@verizon.net, bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Creditor c/o Natal A. Ron Esq STONEBRIER COMMERCIAL L.P. shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein

on behalf of Creditor Hvp2 LLC shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Simon Aron

on behalf of Interested Party Series IV  channel Island Business Mart, of The Wolf Family Series, LP saron@wrslawyers.com, jlee@wrslawyers.com

Sophia L. Cahill

on behalf of Interested Party Optimal Investment Group  Inc. scahill@sheppardmullin.com, ny-docketing@sheppardmullin.com;1142443420@filings.docketbird.com

Steven A. Jayson

on behalf of Creditor IVI World LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Creditor HS Belmont LLC sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven A. Jayson

on behalf of Creditor 1021 First Avenue Conway  LLC sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven M Richman

on behalf of Creditor CPT Shops at Rossmoor  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Vestar Peninsula Retail  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor Summit Apartments  Inc. srichman@clarkhill.com, mfaas@clarkhill.com

Steven M Richman

on behalf of Creditor S. Davis Real Estate Holdings  LLC srichman@clarkhill.com, mfaas@clarkhill.com

Stuart Kossar

on behalf of Creditor Rochdale Village  Inc. slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor 508 Monroe Turnpike  LLC slkossar@norris-law.com, aburton@norris-law.com

Stuart Kossar

on behalf of Creditor Sligo Realty and Service Corp. slkossar@norris-law.com  aburton@norris-law.com

Stuart M. Brown

on behalf of Interested Party MedImpact Healthcare Systems  Inc. stuart.brown@dlapiper.com, DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Sue Liu Chin

on behalf of Creditor Reyes Holdings  L.L.C. schin@borgeslawllc.com

Terri Jane Freedman

on behalf of Creditor Berkley Insurance Company tfreedman@csglaw.com

Terri Jane Freedman

on behalf of Creditor 1396 W. Chestnut LLC tfreedman@csglaw.com

Terri Jane Freedman

on behalf of Creditor Cardinal Health 110  LLC d/b/a Parmed Pharmaceuticals tfreedman@csglaw.com

Terri Jane Freedman

on behalf of Creditor The Hanover Insurance Company tfreedman@csglaw.com

Thomas Pitta

on behalf of Interested Party Thomas A. Pitta  Co-Trustee of the RAD Master Trust, Trustee of the RAD Sub-Trust A, and Trustee of the RAD GUC Equity Trust tpitta@emmetmarvin.com

Thomas S. Onder

on behalf of Creditor LS Morrell  LLC tonder@stark-stark.com

District/off: 0312-3                        User: admin                                    Page 28 of 29
Date Rcvd: Sep 17, 2025                   Form ID: pdf903                             Total Noticed: 1

Thomas S. Onder
on behalf of Creditor SADG-3 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Edgemark Littleton  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor SADG-1 Limited Partners tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Robert Marin and Celeset de Schulthess Marin Family Trust tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor 569 Broadway Associates tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Yoko C. Gates Trust tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Conopco  Inc. d/b/a Unilever NA tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor The Libman Company tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor RAP Hamlin LP tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Red Lion Broadway  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor SADG-4 Limited Partnership tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Bethel Park Library  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Levin Management Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Mt. Lebanon Cooke  LP tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Santiago Holdings II  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor RAP Dallas LP tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Harbor Center Partners  L.P. tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Ald Capital PA  LLC tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Joseph Murphy Corporation tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Trust for the Benefit of Catherine M. Levin  et als. tonder@stark-stark.com

Thomas S. Onder
on behalf of Creditor Felos Associates LLC tonder@stark-stark.com

Turner Falk
on behalf of Creditor PFK Partners LP turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
on behalf of Creditor Ross Dress for Less  Inc. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Valerie Palma DeLuisi
on behalf of Creditor Ebony Bates vpd@palmalawfirm.com  r51449@notify.bestcase.com

Victoria N Argeroplos
on behalf of Interested Party Burlington Stores  Inc. vargeroplos@jw.com,
kgradney@jw.com;dtrevino@jw.com;jrego@jw.com;jpupo@jw.com

Vincent J. Roldan
on behalf of Creditor SN Investment Properties  LLC vroldan@mblawfirm.com

Vincent J. Roldan

|  |  |
|---|---|
| | on behalf of Creditor Cascade Commons LLC vroldan@mblawfirm.com |
| Virginia T. Shea | on behalf of Creditor Haleon US Services  Inc., formerly known as GSK Consumer Healthcare Services Inc. and its affiliates vshea@mdmc-law.com, gbressler@mdmc-law.com |
| Walter Benzija | on behalf of Creditor Mill Avenue Associates  LLC wbenzija@halperinlaw.net, mmurrayhbb@outlook.com |
| Warren A. Usatine | on behalf of Debtor New Rite Aid  LLC wusatine@coleschotz.com, fpisano@coleschotz.com;ddelehanty@coleschotz.com |
| Warren J. Martin, Jr. | on behalf of Creditor SKD Construction Co.  LLC wjmartin@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wendy M Simkulak | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| William G. Wright | on behalf of Creditor Gitomer Family Realty LLC wwright@capehart.com  jlafferty@capehart.com |
| William J. Burnett | on behalf of Creditor Colella Family Partners and Samuel D. Colella  Trustee of the Colella Family Non-Exempt Marital Deduction Trust dated 9/21/1992 william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| William J. Burnett | on behalf of Creditor Aquitania  Corp. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| William J. Levant | on behalf of Creditor FNRP Realty Advisors  LLC efile.wjl@kaplaw.com, wlevant@gmail.com |
| William John Maffucci | on behalf of Creditor ImageOne Interco  LLC d/b/a ImageOne Industries, LLC wmaffucci@sogtlaw.com |
| William Joseph Oxley | on behalf of Creditor Township of Barnegat woxley@dastilaw.com |
| William Joseph Oxley | on behalf of Creditor Manchester Township Tax Office woxley@dastilaw.com |
| Wojciech F. Jung | on behalf of Interested Party Burlington Stores  Inc. Wojciech.Jung@wbd-us.com, cindy.giobbe@wbd-us.com |
| Wojciech F. Jung | on behalf of Creditor TRC Master Fund LLC Wojciech.Jung@wbd-us.com  cindy.giobbe@wbd-us.com |

TOTAL: 642