UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

In re New Rite Aid LLC, *et al.*[1]         Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)          Client: Official Committee of Unsecured
                                 Creditors

Chapter 11                       Case Filed: May 5, 2025


COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED


                         */s/ Brett H. Miller*         *9/25/2025*
                         BRETT H. MILLER        Date

---

[1]   The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the
      Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
      website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The
      location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these
      chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**SECTION I**
**FEE SUMMARY**

Summary of Amounts Requested for the Period
August 1, 2025 through August 31, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $344,435.00 |
| Disbursement Total | $3,912.37 |
| Total Fees Plus Disbursements | $348,347.37 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $1,831,233.80 |
| Total Fees and Expenses Allowed to Date | $1,466,905.90 |
| Total Retainer Remaining | n/a |
| Total Holdback | $364,327.90 |
| Total Received by Applicant | $1,466,905.90 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 26.9 | $1,825.00 | $49,092.50 |
| Weston T. Eguchi<br>Partner | 2006 | 1.4 | $2.225.00 | $3,115.00 |
| Todd M. Goren<br>Partner | 2003 | 36.1 | $2,350.00 | $84,835.00 |
| Paul Labov<br>Partner | 2003 | 17.5 | $2,350.00 | $41,125.00 |
| Brett H. Miller<br>Partner | 1992 | 2.1 | $2,500.00 | $5,250.00 |
| Craig A. Damast<br>Counsel | 1992 | 3.7 | $1,650.00 | $6,105.00 |
| Misha Emanoil<br>Associate | 2025 | 43.1 | $825.00 | $35,557.50 |
| Jessica D. Graber<br>Associate | 2022 | 56.8 | $1,325.00 | $75,260.00 |
| Marine Loison<br>Associate | 2024 | 45.8 | $1,025.00 | $46,945.00 |
| William Collins<br>Paralegal | n/a | 7.4 | $380.00 | $2,812.00 |
| Rohan Sasso<br>Paralegal | n/a | 1.1 | $380.00 | $418.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (6.4) | | ($6,080.00) |
| **PROFESSIONAL TOTAL** | | 235.5 | | $344,435.00 |

---

[2]   Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

# SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 25.9 | $26,437.50 |
| Assumption and Rejection of Leases and Contracts (003) | 3.2 | $2,150.50 |
| Avoidance Action Analysis (004) | 0.0 | $0.00 |
| Budgeting (Case) (005) | 0.0 | $0.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 8.7 | $12,430.50 |
| Claims Administration and Objections (008) | 36.5 | $60,231.00 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 2.0 | $2,326.50 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 11.8 | $22,707.50 |
| Other Litigation (014) | 8.1 | $12,797.50 |
| Meetings and Communications with Creditors (015) | 36.2 | $55,497.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 58.4 | $91,869.00 |
| Real Estate (018) | 1.3 | $2,132.50 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.1 | $102.50 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 29.7 | $38,245.00 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 1.4 | $3,115.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 4.2 | $5,215.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 7.6 | $8,847.50 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 6.4 | $6,080.00 |
| Non-Willkie Retention Applications (037) | 0.0 | $0.00 |
| Willkie Retention Application (038) | 0.4 | $330.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (6.4) | ($6,080.00) |
| **SERVICES TOTALS** | 235.5 | $344,435.00 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Conferencing | $501.00 |
| Data Acquisition | $2,844.21 |
| Local Meals | $372.58 |
| Teleconferencing | $194.58 |
| **DISBURSEMENTS TOTAL** | $3,912.37 |

---

**SECTION IV**
**CASE HISTORY**

---

1.      Date cases filed: May 5, 2025.

2.      Chapter under which cases commenced: Chapter 11.

3.      Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

If limit on number of hours or other limitations to retention, set forth: n/a.

4.      Summarize in brief the benefits to the estate and attach supplements as needed:[3]

a.      The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including a status conference regarding the McKesson litigation and a hearing on the Debtors' Administrative Claims Procedures motion [Docket No. 1820].  The Applicant also attended the fee owned property auction.

b.      The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.  The Applicant reviewed and negotiated the Debtors' Disclosure Statement [Docket No. 2287], Disclosure Statement Motion [Docket No. 2289], and Plan [Docket No. 2286].

c.      The Applicant reviewed, analyzed, and commented on the Debtors' Administrative Claims Procedures motion and prepared and filed the *Statement of the Official Committee of Unsecured Creditors with Respect to Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1877].

d.      The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, payment of stub rent, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors and worked to resolve related disputes.

e.      The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

f.      The Applicant continued to review and analyze the McKesson motion to compel payment of administrative expenses [Docket No. 655] and engaged in negotiations with the Debtors, McKesson, and the DIP lenders regarding the same.

---

[3]     The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

7

       g.   The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

     5.     This is the Applicant's third monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

## Exhibit A

## Retention Order

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of
Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on the terms set forth in the Application and Miller Declaration, as may be modified herein, including to perform the services set forth below:

a)  advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b)  assisting and advising the Committee relative to the administration of these Chapter 11 Cases;

c)  attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

d)  assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

e)  assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f)  assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g)  taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, the review and analysis of claims filed against the Debtors' estates;

h)  generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i)  appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j)  performing all other necessary legal services in these Chapter 11 Cases.

3.      Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.      Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.      Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.      Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.      Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit B</u>**

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

**FOR PROFESSIONAL SERVICES RENDERED**
through August 31, 2025 as set out in the
attached detail

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12525150
Client/Matter No. 136121.00001
September 22, 2025

| | | |
|---|---|---|
| Asset Disposition | $ | 26,437.50 |
| Assumption and Rejection of Leases and Contracts | | 2,150.50 |
| Case Administration | | 12,430.50 |
| Claims Administration and Objections | | 60,231.00 |
| Non-Willkie Fee Statements & Applications | | 2,326.50 |
| Financing and Cash Collateral | | 22,707.50 |
| Other Litigation | | 12,797.50 |
| Meetings and Communications with Creditors | | 55,497.50 |
| Plan and Disclosure Statement | | 91,869.00 |
| Real Estate | | 2,132.50 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

127906358.3New Rite Aid Official Committee of Unsecured Creditors                    Page  2

New Rite Aid Bankruptcy
Invoice No. 12525150
Client/Matter No. 136121.00001

| | |
|---|---:|
| Reporting | 102.50 |
| Hearings | 38,245.00 |
| Lien Investigation | 3,115.00 |
| Other Motions/Applications | 5,215.00 |
| Willkie Fee Statements and Applications | 8,847.50 |
| Willkie Retention Application | 330.00 |
| Disbursements and Other Charges | 3,912.37 |
| **Total this Invoice** | $    348,347.37 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 3
Invoice No. 12525150
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

**Asset Disposition**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/1/25 | M L | Review/analyze updates re: notice of Thrifty closing (.4); review/analyze Debtors' letters to CVS re: sale (.3); attend Rite Aid fee owned properties auction (in part) (1.6). | | 2.30 | 2,357.50 |
| 8/1/25 | M E | Attend fee owned properties auction (partial) (5.7); review/analyze notice of thrifty sale closing, HVP2 motion for adequate assurance (.4). | | 6.10 | 5,032.50 |
| 8/1/25 | T G | Correspondence w/ Willkie team re: fee owned property auction. | | 0.30 | 705.00 |
| 8/1/25 | J G | Attend few owned properties auction (partial) (5); corr. with Willkie team re: same (.4). | | 5.40 | 7,155.00 |
| 8/4/25 | W C | Review/analyze landlord objections to sale. | | 0.20 | 76.00 |
| 8/4/25 | P L | Correspondence with Willkie team re: fee owned property auction process. | | 0.60 | 1,410.00 |
| 8/5/25 | W C | Assist w/ attorney research re: as-filed landlord objections to sale. | | 0.80 | 304.00 |
| 8/6/25 | W C | Review/analyze landlord objections to lease assignment notice. | | 0.20 | 76.00 |
| 8/6/25 | M E | Review/analyze landlord cure objections. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 4
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | M E | Review/analyze landlord objections to fee owned properties sale. | | 0.60 | 495.00 |
| 8/13/25 | M L | Attend fee owned properties auction. | | 0.20 | 205.00 |
| 8/13/25 | CAD | Correspondence w/ Willkie team regarding auction of certain fee owned properties and summary. | | 0.20 | 330.00 |
| 8/13/25 | J G | Attend fee owned properties auction (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 8/13/25 | M E | Attend fee owned properties auction (.3); corr. with J. Graber, M. Loison re: same (.2). | | 0.50 | 412.50 |
| 8/14/25 | M L | Review/analyze notice of successful bidder re: fee owned properties (.2); corr. with Committee re: same (.1). | | 0.30 | 307.50 |
| 8/14/25 | W C | Review/analyze landlord objections to notices of successful bidders (.7); review/analyze lease assignment orders (.2). | | 0.90 | 342.00 |
| 8/15/25 | M L | Review/analyze 17th notice of store closing. | | 0.10 | 102.50 |
| 8/15/25 | W C | Review/analyze landlord pleadings re: objections to sale. | | 0.20 | 76.00 |
| 8/19/25 | P L | Internal professionals discussion regarding McKesson and CVS. | | 0.90 | 2,115.00 |
| 8/20/25 | M L | Review/analyze notice of successful bidders. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 5
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/20/25 | M E | Corr. with M. Loison (.5), Willkie team (.5) re: notice of successful bidder, designation rights agreement. | | 1.00 | 825.00 |
| 8/21/25 | W C | Review/analyze sale agreement orders. | | 0.20 | 76.00 |
| 8/21/25 | M E | Corr. with Willkie team re: notice of new successful bidder | | 0.20 | 165.00 |
| 8/22/25 | M L | Review/analyze CVS appeals timeline. | | 0.50 | 512.50 |
| 8/22/25 | M E | Corr. with Willkie team re: notice of new successful bidder. | | 0.30 | 247.50 |
| 8/23/25 | M E | Corr. with M. Loison (.5), Willkie team (.1) re: Debtors' replies to landlord objections. | | 0.60 | 495.00 |
| 8/25/25 | W C | Review/analyze store closing notices (.2); review/analyze lease assignment orders (.2). | | 0.40 | 152.00 |
| 8/26/25 | J G | Corr. with D. Bass (Cole Schotz) re: de minimis asset sales (.1); corr. with Willkie team re: same (.2). | | 0.30 | 397.50 |
| 8/27/25 | W C | Review/analyze sale agreement orders (.1); review/analyze lease assignment orders (.1). | | 0.20 | 76.00 |
| 8/29/25 | M L | Review/analyze notice of successful bidder. | | 0.10 | 102.50 |
| 8/29/25 | M E | Corr. with M. Loison re: landlord objection, notice of successful bidder. | | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                                            Page 6
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/29/25 | W C | Review/analyze lease assignment orders. | | 0.90 | 342.00 |
| 8/29/25 | J G | Corr. with Paul Weiss and Cole Schotz teams re: store closing and related sales (.2); corr. with Willkie team re: same (.1). | | 0.30 | 397.50 |
| | | **Subtotal - Asset Disposition** | | **25.90** | **26,437.50** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Corr. with J. Graber, M. Loison re: Debtors' ground lease obligations. | | 0.10 | 82.50 |
| 8/2/25 | M E | Corr. with Willkie team re: HVP2 motion to compel, MTI objection to lease rejection notice. | | 0.10 | 82.50 |
| 8/4/25 | M E | Review/analyze landlord objections to contract rejection. | | 0.80 | 660.00 |
| 8/5/25 | M E | Review/analyze landlord objections to lease assumption/rejection (.9); corr. with Willkie team re: same (.2). | | 1.10 | 907.50 |
| 8/15/25 | W C | Review/analyze lease assignment orders. | | 0.40 | 152.00 |
| 8/18/25 | W C | Review/analyze lease termination agreement orders. | | 0.40 | 152.00 |
| 8/19/25 | W C | Review /analyze lease termination agreements. | | 0.30 | 114.00 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 7
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | | **3.20** | **2,150.50** |

## Case Administration

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/6/25 | T G | Call w/ Debtors' professionals re: administrative claims procedures, McKesson discussions, CVS (.4);follow-up discussion w/ Willkie team re same (.4). | | 0.80 | 1,880.00 |
| 8/6/25 | M L | Attend call with Debtors re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 410.00 |
| 8/6/25 | P L | Attend all hands call with Debtors' counsel re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 940.00 |
| 8/6/25 | P L | Attend call with WFG and Sills team re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 940.00 |
| 8/6/25 | M E | Attend meeting with Paul Weiss, Cole Schotz, Willkie, Sills Cummis, AlixPartners teams re: McKesson, CVS, administrative claims procedures. | | 0.40 | 330.00 |
| 8/7/25 | W C | Review/analyze notices of appearance. | | 0.30 | 114.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  8
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | J G | Attention to case administration re: upcoming hearings, chambers conference, dates and deadlines, and strategic case alternatives. | | 0.50 | 662.50 |
| 8/10/25 | M E | Corr. with O. Matviyishyn (Sills) re: upcoming dates and deadlines (.1); review/analyze McKesson litigation schedule (.3); corr. with J. Graber re: same (.1). | | 0.50 | 412.50 |
| 8/12/25 | M L | Corr. with Sills team re: UCC professionals' CNO to first monthly fee statement and case administration re: same. | | 0.50 | 512.50 |
| 8/13/25 | M L | Attend meeting with Debtors re: outstanding motions and upcoming hearing re: same. | | 0.50 | 512.50 |
| 8/13/25 | P L | Attend Debtors' professionals call re: McKesson and CVS motions and upcoming 8/14 hearing re: same. | | 0.50 | 1,175.00 |
| 8/13/25 | W C | Review/analyze pro hac vice applications. | | 0.20 | 76.00 |
| 8/13/25 | R S | Attend weekly meeting w/ Debtors' professionals re: 8/14 hearing. | | 0.40 | 152.00 |
| 8/13/25 | JHB | Attend weekly meeting with Debtors' professionals re: McKesson and CVS motions and upcoming 8/14 hearing re: same. | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                                  Page 9
Invoice No. 12525150
Client/Matter No. 136121.00001

| __Date__ | __Timekeeper__ | __Description__ | __Act__ | __Hours__ | __Amount__ |
|------|------------|-------------|-----|-------|--------|
| 8/15/25 | J G | Attention to case administration re: upcoming dates and deadlines, fee applications, and hearings. | | 0.30 | 397.50 |
| 8/18/25 | J G | Attention to case administration re: outstanding motions and upcoming hearings. | | 0.60 | 795.00 |
| 8/20/25 | T G | Correspondence w/ Willkie team re: update calls w/ UCC and Debtor advisors. | | 0.40 | 940.00 |
| 8/20/25 | R S | Attend weekly meeting w/ Debtors' professionals re: upcoming hearing. | | 0.20 | 76.00 |
| 8/26/25 | J G | Corr. with G. Kopacz (Sills) re: upcoming hearing (.2); attention to case administration re: same, sale timelines, and case open items (.7). | | 0.90 | 1,192.50 |
| | | **Subtotal - Case Administration** | | **8.70** | **12,430.50** |

## Claims Administration and Objections

| __Date__ | __Timekeeper__ | __Description__ | __Act__ | __Hours__ | __Amount__ |
|------|------------|-------------|-----|-------|--------|
| 8/1/25 | M L | Review/analyze protective stipulation and motion to seal re: McKesson claim. | | 0.30 | 307.50 |
| 8/1/25 | M E | Corr. with N. Fazli (Paul Weiss) re: Debtors' objection to McKesson motion to compel (.1); review/analyze same (.1); corr. with M. Loison re: same (.1). | | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 10
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Review/analyze BofA joinder to Debtors objection to McKesson motion to compel payment of administrative claims (.7); corr. with Willkie team re: same (.1). | | 0.80 | 660.00 |
| 8/1/25 | T G | Review/analyze draft admin claims procedures. | | 0.70 | 1,645.00 |
| 8/3/25 | JHB | Correspondence w/ J. Graber re: administrative expense claim motion. | | 0.10 | 182.50 |
| 8/4/25 | CAD | Correspondence w/ Willkie team regarding Debtors' motion to approve administrative claims procedures and comments to proposed order. | | 0.20 | 330.00 |
| 8/4/25 | T G | Review/revise draft admin claim procedures (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |
| 8/4/25 | JHB | Call from S. Mitchell (Paul Weiss) re: administrative claims motion (.2); corr. with J. Graber re: same (.7); corr. with Willkie team re: same (.4). | | 1.30 | 2,372.50 |
| 8/4/25 | J G | Review/revise administrative claims procedure motion and related order (1.6); continuous corr. with Willkie team re: same (.7); review and revise precedent re: same (.7) ; corr. with Paul Weiss re: same (.1). | | 3.10 | 4,107.50 |

New Rite Aid Official Committee of Unsecured Creditors                              Page  11
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/5/25 | T G | Review/analyze updated admin claim procedures (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |
| 8/5/25 | JHB | Review/analyze revised draft of administrative claims motion (.4); corr. with Willkie team re: same (.1); corr. with Paul Weiss re: same (.3); corr. with P. Labov and T. Goren re: same (.2). | | 1.00 | 1,825.00 |
| 8/6/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding revisions to administrative claims procedures. | | 0.20 | 330.00 |
| 8/6/25 | T G | Review/analyze updated admin claims procedures. | | 0.40 | 940.00 |
| 8/6/25 | M L | Review/analyze summary of the administrative claims motion. | | 0.40 | 410.00 |
| 8/6/25 | P L | Corr. with Willkie team re: administrative claims procedures motion. | | 0.60 | 1,410.00 |
| 8/7/25 | M L | Attend call with landlords' counsel re: Debtors' administrative claims motions. | | 0.80 | 820.00 |
| 8/7/25 | T G | Review/revise various drafts of admin claim procedures (.9) and correspondence w/ Willkie team re: same (.3). | | 1.20 | 2,820.00 |

New Rite Aid Official Committee of Unsecured Creditors                                   Page 12
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | J G | Continuous corr. with Willkie team re: administrative claims procedures order (.6); review/revise same (.4); corr. with Willkie team and UCC members re: same (.2). | | 1.20 | 1,590.00 |
| 8/8/25 | T G | Review/revise further updated drafts of admin claims procedures (.4) and correspondence w/ Willkie team/landlords and Paul Weiss re: same (.4). | | 0.80 | 1,880.00 |
| 8/9/25 | JHB | Correspondence with J. Graber re: admin procedures motion and statement in connection therewith. | | 0.50 | 912.50 |
| 8/10/25 | M L | Draft Committee statement re: administrative claims motion. | | 2.10 | 2,152.50 |
| 8/11/25 | M L | Draft Committee statement re: administrative claims motion (.8); corr. with J. Burbage re: same (.2); revise statement re: same (.4). | | 1.40 | 1,435.00 |
| 8/11/25 | J G | Corr. with Willkie team re: statement re: administrative claims procedures (.2); analyze same (.2). | | 0.40 | 530.00 |
| 8/11/25 | JHB | Revise draft of Committee statement w/r/t admin claims procedures (1.2); call with S. Mitchell (Paul Weiss) re: revisions to Admin Claims Procedures Order (.3). | | 1.50 | 2,737.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  13
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/11/25 | T G | Correspondence w/ Paul Weiss re: admin claim procedures (.2); correspondence w/ Alix re: PBGC claims (.2). | | 0.40 | 940.00 |
| 8/12/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding revised language for administrative claims procedures order and upcoming hearing. | | 0.30 | 495.00 |
| 8/12/25 | J G | Analyze UCC statement regarding administrative claims procedures (.3); corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 8/12/25 | JHB | Review/analyze administrative claims order language (.3); call with Paul Weiss re: same (.3); correspondence with J. Graber re: same (.2); review/analyze agenda and coordinate distribution of statement w/r/t Administrative Claims Order (.1). | | 0.90 | 1,642.50 |
| 8/12/25 | T G | Correspondence w/ Willkie team re: revisions to admin claim procedures (.3); review/revise draft statement re: admin claims procedures (.3). | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  14
Invoice No. 12525150
Client/Matter No. 136121.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|------|------------|-------------|-----|-------|--------|
| 8/12/25 | M E | Corr. with M. Loison re: Committee statement re: administrative claims procedures (.1); corr. with J. Burbage re: administrative claims procedures (.2); review/analyze Debtor's letter re: McKesson dispute (.3). | | 0.60 | 495.00 |
| 8/13/25 | CAD | Analyze changes to administrative claims procedures order (.3); correspondence w/ Willkie team regarding Committee's statement regarding administrative claim procedures motion (.2); review/analyze same (.1). | | 0.60 | 990.00 |
| 8/13/25 | M L | Review/analyze filed McKesson letter re: McKesson motion to compel payment. | | 0.50 | 512.50 |
| 8/13/25 | M L | Revise Committee statement regarding administrative claims procedure. | | 0.80 | 820.00 |
| 8/13/25 | P L | Review/analyze Committee Statement re: claims procedures. | | 0.80 | 1,880.00 |
| 8/13/25 | P L | Conference with Willkie team regarding Administrative Claims Procedures Order. | | 1.20 | 2,820.00 |
| 8/13/25 | J G | Review/revise administrative claims procedures statement (1.0); corr. with Willkie team re: same (.4); corr. with UCC re: same (.2). | | 1.60 | 2,120.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  15
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 8/13/25 | JHB | Correspondence with Paul Weiss re: Admin Claims Procedures language (.5); finalize Committee statement w/r/t Admin Claims Procedures (.5); call with P. Labov re: same (.2). | | 1.20 | 2,190.00 |
| 8/13/25 | T G | Review/analyze updated admin claims procedures (.4) and correspondence w/ Paul Weiss re same (.2). | | 0.60 | 1,410.00 |
| 8/14/25 | T G | Review/revise updated drafts of admin claim procedures language (.6) and correspondence w/ Debtors/landlords re: same (.3). | | 0.90 | 2,115.00 |
| 8/14/25 | JHB | Correspondence with Willkie team re: admin claims procedure order language. | | 0.40 | 730.00 |
| 8/16/25 | M L | Review/analyze McKesson reply re: motion to compel (.8); corr. with Willkie team re: same (.5). | | 1.30 | 1,332.50 |
| 8/18/25 | W C | Review/analyze Debtor's objection to McKesson Corporation Motion to Compel. | | 0.70 | 266.00 |
| 8/21/25 | T G | Review/analyze updated analysis re admin claims (.4) and correspondence w/ Alix and Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 8/21/25 | P L | Corr. with Willkie team re: McKesson motion to compel. | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 16
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Claims Administration and Objections** | | **36.50** | **60,231.00** |

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M L | Review/analyze monthly fee statement filed by Paul Weiss and Cole Schotz | | 0.50 | 512.50 |
| 8/20/25 | M L | Review/analyze Cole Schotz notice of fee increase. | | 0.20 | 205.00 |
| 8/20/25 | T G | Review/analyze fee tracker and correspondence w/ Alix re: same. | | 0.40 | 940.00 |
| 8/21/25 | M L | Corr. with AlixPartners re: July monthly fee statement. | | 0.30 | 307.50 |
| 8/26/25 | M E | Corr. with Willkie team re: A&M July fee statement. | | 0.30 | 247.50 |
| 8/26/25 | W C | Review/analyze A&M monthly fee application. | | 0.30 | 114.00 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | | **2.00** | **2,326.50** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M L | Corr. with M. Emanoil re: DIP budget. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 17
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M E | Call with M. Gates (AlixPartners) re: DIP budget (.1); corr. with Paul Weiss team re: administrative claims procedures (.3); corr. with J. Graber re: same (.2); review/analyze DIP budget, final DIP order (.3); corr. with R. Seltzer re: administrative claims procedures, DIP budget (.2). | | 1.10 | 907.50 |
| 8/12/25 | M E | Review/analyze final DIP order re: employee expenses, lease obligations (.4); corr. with J. Graber re: same (.1). | | 0.50 | 412.50 |
| 8/24/25 | JHB | Review/analyze proposed revisions to Final DIP Order. | | 0.30 | 547.50 |
| 8/24/25 | J G | Review and analyze revised DIP (.5); corr. with Paul Weiss re: same (.1); corr. with J. Burbage re: same (.1). | | 0.70 | 927.50 |
| 8/25/25 | CAD | Correspondence w/ Willkie team regarding draft of amended final DIP order and issues (.2) and comments (.2). | | 0.40 | 660.00 |
| 8/25/25 | JHB | Correspondence with Willkie team re: revisions to Final DIP Order. | | 0.60 | 1,095.00 |
| 8/25/25 | T G | Review/analyze draft amended DIP Order (.5) and correspondence w/ Willkie team re: same (.4) | | 0.90 | 2,115.00 |
| 8/25/25 | P L | Corr. with Willkie team re: DIP budget. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 18
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/25/25 | J G | Review/analyze revised DIP budget (.5); corr. with Paul Weiss re: same (.1); corr. with J. Burbage re: same (.1). | | 0.70 | 927.50 |
| 8/26/25 | T G | Review/analyze updated DIP language (.3) and correspondence w/ Paul Weiss re: same (.3). | | 0.60 | 1,410.00 |
| 8/26/25 | JHB | Correspondence with Paul Weiss re: DIP Order amendment. | | 0.20 | 365.00 |
| 8/26/25 | P L | Review/analyze amended DIP order. | | 0.80 | 1,880.00 |
| 8/27/25 | JHB | Call with Choate re: DIP Order amendment. | | 0.30 | 547.50 |
| 8/27/25 | T G | Review/analyze updated DIP order (.4); correspondence (.3)/call (.3) w/ Paul Weiss re: same; call w/ Choate re: same (.7); follow-up call w/ B. Miller re: same (.2); correspondence w/ Alix re: same (.2). | | 2.10 | 4,935.00 |
| 8/27/25 | P L | Conference with internal team regarding DIP lender issues with Budget. | | 0.70 | 1,645.00 |
| 8/28/25 | T G | Correspondence w/ Paul Weiss re: DIP/Plan status. | | 0.20 | 470.00 |
| 8/30/25 | T G | Review/analyze updated DIP Order. | | 0.30 | 705.00 |
| 8/31/25 | T G | Review/analyze further updated drafts of DIP Order (.4); correspondence (.3)/call (.2) w/ Willkie team and Paul Weiss re: same. | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 19
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Financing and Cash Collateral** | | **11.80** | **22,707.50** |

## Other Litigation

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | JHB | Call with J. Graber re: unredacted pleadings in McKesson litigation. | | 0.20 | 365.00 |
| 8/2/25 | M E | Review/analyze Debtors adversary complaint against McKesson (.4); corr. with J Graber, M Loison re: same (.1). | | 0.50 | 412.50 |
| 8/2/25 | T G | Review/analyze McKesson litigation documents (.9) and correspondence w/ Willkie team re: same (.3). | | 1.20 | 2,820.00 |
| 8/3/25 | JHB | Correspondence with Paul Weiss re: unredacted pleadings in McKesson litigation. | | 0.10 | 182.50 |
| 8/4/25 | T G | Review/analyze McKesson litigation pleadings. | | 0.60 | 1,410.00 |
| 8/5/25 | M E | Corr. with Willkie team re: McKesson adversary proceeding. | | 0.30 | 247.50 |
| 8/9/25 | T G | Review/analyze Debtors' draft letter re: McKesson timing. | | 0.40 | 940.00 |
| 8/13/25 | T G | Review/analyze McKesson letter re: hearing scheduling. | | 0.30 | 705.00 |
| 8/19/25 | T G | Review/analyze CVS notice of appeal (.2) and correspondence w/ Willkie team re: same (.1). | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                         Page 20
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/19/25 | M E | Corr. with Willkie team re: CVS appeal (.3), McKesson dispute declarations (.9). | | 1.20 | 990.00 |
| 8/22/25 | CAD | Correspondence w/ M. Loison, Willkie team regarding critical dates in CVS appeal. | | 0.20 | 330.00 |
| 8/22/25 | M L | Review/analyze Pitta adversary complaint against CVS Caremark and other insurers. | | 0.60 | 615.00 |
| 8/22/25 | T G | Review and analyze Pitta adversary proceeding complaint. | | 0.40 | 940.00 |
| 8/22/25 | M E | Review/analyze Sub-Trust A adversary complaint (.3); corr. with Willkie team re: same (.2). | | 0.50 | 412.50 |
| 8/22/25 | J G | Review/analyze sub-trust A adversary complaint (.3); corr. with Willkie team re: same (.2); corr. with Sills and Willkie team re: CVS appeals timeline (.3); attention to notices of successful bidder (.3); corr. with Willkie team re: same (.2). | | 1.30 | 1,722.50 |
| | | **Subtotal - Other Litigation** | | **8.10** | **12,797.50** |

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Call with M. DiGiacomo (Realty Income Corp.) re: ground lease obligations. | | 0.10 | 82.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 21
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------|------|------|------|------|
| 8/1/25 | M E | Corr. with UCC re: fee owned properties auction. | | 0.10 | 82.50 |
| 8/1/25 | J G | Corr. with creditor re: outstanding rent amounts (.2); corr. with Willkie team re: same (.2) | | 0.40 | 530.00 |
| 8/2/25 | M E | Corr. with UCC re: Debtors' adversary complaint against McKesson. | | 0.20 | 165.00 |
| 8/4/25 | M E | Corr. with UCC re: notice of successful bidders re: fee owned properties auction. | | 0.20 | 165.00 |
| 8/6/25 | T G | Call w/ UCC advisors re UCC call topics, admin procedures (.4); review/revise agenda for UCC call (.2). | | 0.60 | 1,410.00 |
| 8/6/25 | M L | Attend meeting with UCC professionals re: exit strategy and CVS litigation (in part). | | 0.20 | 205.00 |
| 8/6/25 | M E | Draft/revise agenda for 8/7 UCC meeting re: administrative claims procedures. | | 0.80 | 660.00 |
| 8/6/25 | M E | Corr. with UCC re: notice of successful bidder re: pharmacy assets (.2);  corr. with UCC re: 8/7 meeting, administrative claims procedures motion (.4). | | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 22
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 8/6/25 | J G | Attend meeting with UCC professionals re: exit strategy and CVS litigation. (.2); draft summary to client re: admin claims procedures settlement motion (.7); continuous corr. with Willkie team re: same (.3). | | 1.20 | 1,590.00 |
| 8/6/25 | M E | Attend meeting with Willkie, Sills Cummis, AlixPartners teams re: same. | | 0.20 | 165.00 |
| 8/7/25 | M L | Attend meeting with UCC re: exit strategy, outstanding litigations. | | 0.60 | 615.00 |
| 8/7/25 | M E | Prepare for (.3) and attend (.6) UCC meeting re: administrative claims procedures. | | 0.90 | 742.50 |
| 8/7/25 | J G | Attend and participate in UCC meeting re: administrative claims procedures motion, strategic exit alternatives re: same, debtor negotiations, upcoming hearings (.6); corr. with Willkie team re: same (.1). | | 0.70 | 927.50 |
| 8/7/25 | JHB | Attend weekly committee call re: administrative claims procedures (.6); corr. with B. Miller and T. Goren re: next steps (.3); call with Landlords counsel re: admin procedures motions (.5); corr. with M. Stolz re: lease information (.2); correspondence with I. Gold re: leases (.2). | | 1.80 | 3,285.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 23
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | T G | Prepare for (.5) and participate on (.6) Committee call re admin procedures motion/plan status; review/analyze Alix materials for call (.4); call w/ landlords re: admin claim procedures (.6). | | 2.10 | 4,935.00 |
| 8/8/25 | JHB | Call with I. Gold re: 365(d)(4) issues (.4); correspondence with L. Roglen re: same (.2); correspondence with M. Stolz re: real estate issues (.3); draft language to admin claimants order to address committee issues and correspondence re: same (.4). | | 1.30 | 2,372.50 |
| 8/11/25 | CAD | Correspondence w/ M. Loison, Committee regarding Committee's statement regarding Debtors' administrative claims procedures motion (.1); review/analyze same (.1). | | 0.20 | 330.00 |
| 8/11/25 | JHB | Correspondence with committee member re: Admin Claims Procedures Order. | | 0.20 | 365.00 |
| 8/12/25 | M E | Corr. with UCC re: 8/14 hearing, 8/13 meeting. | | 0.30 | 247.50 |
| 8/12/25 | M E | Draft agenda for 8/13 UCC meeting (.4); corr. with Willkie team re: same (.2). | | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                                  Page  24
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/13/25 | M L | Corr. with J. Burbage re: UCC call (.2); attend UCC meeting re: open case issues, CVS, administrative claims (.5). | | 0.70 | 717.50 |
| 8/13/25 | M E | Corr. with UCC re fee owned properties auction (.1); attend UCC meeting re: administrative claims procedures, McKesson dispute (.5); corr. with Willkie team (.1), AlixPartners team (.1) re: presentation to UCC. | | 0.80 | 660.00 |
| 8/13/25 | R S | Attend weekly meeting w/ UCC members re: 8/14 hearing. | | 0.30 | 114.00 |
| 8/13/25 | J G | Prepare for (.3) and attend (.5) meeting with UCC and Debtors professionals re: ongoing negotiations; corr. with UCC re: same (.3). | | 1.10 | 1,457.50 |
| 8/13/25 | JHB | Prepare for (.8) and attend weekly Committee call re: administrative claims procedures, McKesson dispute (.5). | | 1.30 | 2,372.50 |
| 8/13/25 | T G | Prepare for (.3) and participate on (.5) Committee call re: admin claims procedures; review and analyze Alix materials for call (.4); correspondence w/ creditors re admin procedures (.4). | | 1.60 | 3,760.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 25
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/14/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding summary of today's hearing on Debtors' motion to approve administrative claims procedures and McKesson's motion to compel. | | 0.20 | 330.00 |
| 8/14/25 | M E | Corr. with UCC re: 8/14 hearing. | | 0.10 | 82.50 |
| 8/14/25 | JHB | Correspondence with landlord counsel re: admin claims procedure order language. | | 0.90 | 1,642.50 |
| 8/19/25 | M E | Corr. with M. DiGiacomo (Realty Income) re: utilities information. | | 0.30 | 247.50 |
| 8/20/25 | T G | Review/revise agenda for UCC call. | | 0.20 | 470.00 |
| 8/20/25 | M E | Draft agenda for 8/21 UCC meeting (.5); corr. with Willkie team re: same (.1). | | 0.60 | 495.00 |
| 8/20/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan (.2); attend meeting with UCC professionals re: same (.1); call with J. Graber re: same (.1); corr. with T. Goren re: same (.3). | | 0.70 | 577.50 |
| 8/20/25 | M E | Corr. with UCC re: 8/21 meeting. | | 0.20 | 165.00 |
| 8/20/25 | R S | Attend weekly meeting w/ UCC professionals re: upcoming hearings. | | 0.20 | 76.00 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 26
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/20/25 | J G | Prepare for (.3) and attend (.2) meeting with Debtors professionals and UCC professionals re: upcoming hearings and litigation, plan negotiations, strategic exit alternatives re: same; corr. with UCC professionals re: same (.2); corr. with Willkie team re: same (.2). | | 0.90 | 1,192.50 |
| 8/20/25 | JHB | Corr. with M. Emanoil re: agenda for upcoming UCC meeting. | | 0.10 | 182.50 |
| 8/21/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding recap of today's hearing on McKesson motion to compel. | | 0.20 | 330.00 |
| 8/21/25 | M L | Attend UCC meeting re: term sheet update, financial advisor update. | | 0.40 | 410.00 |
| 8/21/25 | JHB | Attend (.4) weekly Committee call; coordinate sharing of information w/ Paul Weiss and A&M (.2). | | 0.60 | 1,095.00 |
| 8/21/25 | T G | Prepare for (.3) and participate on (.4) Committee call re plan status; review and analyze Alix materials for UCC call (.4). | | 1.10 | 2,585.00 |
| 8/21/25 | M E | Prepare for (.2) and attend (.3) meeting with UCC, UCC professionals re: plan negotiations; corr. with UCC re: 8/21 hearing (.1). | | 0.60 | 495.00 |
| 8/21/25 | M E | Corr. with UCC re: 8/21 hearing. | | 0.40 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 27
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/21/25 | J G | Prepare for (.3), attend and participate (.4) in UCC meeting re: plan negotiations, upcoming hearings, and creditor litigations; corr. with Willkie team re: same (.2). | | 0.90 | 1,192.50 |
| 8/21/25 | P L | Attend meeting with UCC re: exit of chapter 11 cases and financial advisor update. | | 0.60 | 1,410.00 |
| 8/25/25 | JHB | Call with I. Gold re: landlord issues (.5); correspondence with Willkie team (.3) and Debtors counsel re: same (.2). | | 1.00 | 1,825.00 |
| 8/25/25 | T G | Correspondence w/ Willkie team re: landlord concerns. | | 0.30 | 705.00 |
| 8/26/25 | JHB | Correspondence with I. Gold re: landlord issues. | | 0.20 | 365.00 |
| 8/27/25 | M L | Attend meeting with UCC professionals re: plan process (.1); review/analyze AlixPartners presentation for Committee (.3). | | 0.40 | 410.00 |
| 8/27/25 | JHB | Correspondence with J. Graber re: landlord comments. | | 0.20 | 365.00 |
| 8/27/25 | M E | Draft agenda for 8/28 meeting with UCC (.3); corr. with J. Graber re: same (.1); corr. with Willkie team re: UCC meeting, 8/28 hearing (.1). | | 0.50 | 412.50 |
| 8/27/25 | M E | Corr. with Committee re: 8/28 hearing, 8/28 Committee meeting. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 28
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan (.3); attend meeting with UCC professionals re: same (.1). | | 0.40 | 330.00 |
| 8/27/25 | T G | Call w/ UCC professionals re: UCC call topics, DIP, Plan (.3); review/revise draft agenda for UCC call (.2). | | 0.50 | 1,175.00 |
| 8/27/25 | P L | Attend call with UCC re: plan process and hearing on August 28th. | | 0.40 | 940.00 |
| 8/27/25 | JHB | Attend weekly call with Committee professionals plan process and hearing on August 28th. | | 0.20 | 365.00 |
| 8/27/25 | J G | Corr. with UCC professionals re: plan negotiations and RSA, upcoming hearing. | | 0.20 | 265.00 |
| 8/28/25 | M L | Attend UCC meeting re: plan process and financial advisor update. | | 0.40 | 410.00 |
| 8/28/25 | M E | Prepare for (.1) and attend (.3) meeting with UCC, UCC professionals re: plan, administrative claims. | | 0.40 | 330.00 |
| 8/28/25 | T G | Prepare for (.3) and participate on (.4) Committee call re: DIP/Plan update; review/analyze Alix materials for call (.4); correspondence w/ landlords and Willkie team re: landlord questions (.3). | | 1.40 | 3,290.00 |

New Rite Aid Official Committee of Unsecured Creditors                Page 29
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 8/28/25 | J G | Prepare for (.2) and attend (.4) UCC meeting re: plan negotiations, upcoming sale hearing, and strategic case exit alternatives. | | 0.60 | 795.00 |
| 8/28/25 | JHB | Prepare for (.1) and attend weekly update call re: plan negotiations, upcoming sale hearing, and strategic case exit alternatives (.4). | | 0.50 | 912.50 |
| 8/29/25 | JHB | Correspondence with I. Gold re: lease issues. | | 0.10 | 182.50 |
| | | **Subtotal - Meetings and Communications with Creditors** | | **36.20** | **55,497.50** |

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 8/4/25 | P L | Review/analyze possible exit strategy (1.4) and discuss same with Willkie team (.3). | | 1.70 | 3,995.00 |
| 8/6/25 | T G | Review/analyze updated draft of plan term sheet. | | 0.70 | 1,645.00 |
| 8/6/25 | P L | Conference with F. Yudkin (Cole Schotz) regarding Judge Kaplan's prior decisions on "opt-out" releases. | | 0.20 | 470.00 |
| 8/7/25 | P L | Review/analyze issues re: case exit. | | 0.90 | 2,115.00 |
| 8/8/25 | P L | Corr. with Willkie team regarding case exit. | | 0.40 | 940.00 |
| 8/13/25 | JHB | Call with S. Mitchell (Paul Weiss) re: status of plan negotiations (.3); corr. with Willkie team re: same (.3). | | 0.60 | 1,095.00 |

New Rite Aid Official Committee of Unsecured Creditors                                           Page  30
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/13/25 | T G | Review/analyze updated plan term sheet. | | 0.40 | 940.00 |
| 8/18/25 | P L | Correspondence with Willkie team re: admin claims procedure order. | | 0.40 | 940.00 |
| 8/19/25 | J G | Review/revise research re: treatment of preference claims. | | 1.50 | 1,987.50 |
| 8/20/25 | CAD | Correspondence w/ Willkie, Alix teams regarding status of plan-related discussions. | | 0.20 | 330.00 |
| 8/20/25 | M L | Corr. with J. Graber re: exit strategy research. | | 0.30 | 307.50 |
| 8/20/25 | P L | Review/analyze open issues re: exit of cases (.4); corr. with Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 8/20/25 | P L | Attend all-hands call re: exit strategy. | | 0.40 | 940.00 |
| 8/20/25 | P L | Attend internal team call regarding strategy on plan confirmation. | | 0.30 | 705.00 |
| 8/20/25 | W C | Corr. with M. Loison w/ research re: plan. | | 0.80 | 304.00 |
| 8/20/25 | T G | Correspondence w/ UCC advisors re status of negotiations with creditors. | | 0.30 | 705.00 |
| 8/20/25 | J G | Research precedential treatment of preference claims in chapter 11 cases. | | 1.70 | 2,252.50 |
| 8/20/25 | JHB | Discussion with B. Miller re: plan update. | | 0.20 | 365.00 |
| 8/21/25 | J G | Research precedential preference treatment in chapter 11 cases. | | 2.20 | 2,915.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 31
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/22/25 | P L | Corr. with internal team regarding case exit strategy. | | 0.60 | 1,410.00 |
| 8/24/25 | JHB | Correspondence with J. Graber re: Restructuring Support Agreement. | | 0.20 | 365.00 |
| 8/25/25 | M L | Conduct research re: restructuring support agreement (.2); review/analyze restructuring support agreement (.5). | | 0.70 | 717.50 |
| 8/25/25 | JHB | Call with J. Graber re: RSA summary (.3); review/analyze same (.3). | | 0.60 | 1,095.00 |
| 8/25/25 | T G | Review/analyze draft restructuring support agreement (1.2) and correspondence w/ team re same (.4). | | 1.60 | 3,760.00 |
| 8/25/25 | P L | Correspondence with Willkie team re: case exit. | | 0.60 | 1,410.00 |
| 8/25/25 | J G | Review/analyze restructuring support agreement (2.9); corr. with Willkie team re: same (.5). | | 3.40 | 4,505.00 |
| 8/26/25 | T G | Corr. with Paul Weiss re: restructuring support agreement (.1); attention to same (1.0). | | 1.10 | 2,585.00 |
| 8/26/25 | J G | Corr. with Paul Weiss re: restructuring support agreement (.1); attention to same (.1). | | 0.20 | 265.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 32
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | CAD | Correspondence w/ Willkie team regarding draft of Debtors' plan and comments (.2); correspondence w/ M. Emanoil regarding restructuring support agreement milestones (.1). | | 0.30 | 495.00 |
| 8/27/25 | M L | Review/analyze plan of reorganization (4.0); conduct research re: same (.2); corr. with J. Graber re: same (.3). | | 4.50 | 4,612.50 |
| 8/27/25 | M L | Attend meeting with Debtors re: plan process and hearing on August 28th. | | 0.30 | 307.50 |
| 8/27/25 | JHB | Review/analyze draft plan of reorganization (1.2); call with T. Goren re: same (.2); call with J. Graber re: comments to same (.3); review/analyze J. Graber comments to plan (.6). | | 2.30 | 4,197.50 |
| 8/27/25 | M E | Review/analyze restructuring support agreement (.3); corr. with J. Burbage, J. Graber re: same (.1). | | 0.40 | 330.00 |
| 8/27/25 | J G | Review/analyze plan of liquidation (4.9); continuous corr. with Willkie team re: same (.9); review/revise same in light of team comments (.8). | | 6.60 | 8,745.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 33
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | T G | Review/analyze proposed changes to draft restructuring support agreement/Plan (.9) and correspondence w/ Willkie team re: same (.3); call w/ Debtors' professionals re: plan process (.4). | | 1.60 | 3,760.00 |
| 8/27/25 | P L | Prepare for (.1) and attend (.3) call with Debtors re: plan process and hearing on August 28th. | | 0.40 | 940.00 |
| 8/27/25 | B M | Call with the Debtors regarding plan negotiations (.5); call with the UCC professionals regarding open plan issues (.4); review/comment on the draft plan and disclosure statement (.5); prepare memorandum regarding open plan issues (.7). | | 2.10 | 5,250.00 |
| 8/27/25 | JHB | Attend weekly call with Debtors' professionals re: plan process and hearing on August 28th. | | 0.30 | 547.50 |
| 8/27/25 | J G | Prepare for (.3) and attend (.3) meeting with Debtors professionals and UCC professionals re: plan negotiations and RSA. | | 0.60 | 795.00 |
| 8/28/25 | M L | Review/revise disclosure statement (2.6); corr. with J. Graber re: same (.3). | | 2.90 | 2,972.50 |
| 8/28/25 | P L | Conference with Willkie team regarding case exit and open issues. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  34
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/28/25 | J G | Review/revise plan (.8); corr. with Willkie team re: same (.3) | | 1.10 | 1,457.50 |
| 8/28/25 | JHB | Corr. with J. Graber re: comments to draft plan of reorganization (.3); correspondence with J. Graber re: review of draft Disclosure Statement (.1). | | 0.40 | 730.00 |
| 8/29/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding comments to draft plan, disclosure statement, and disclosure statement motion. | | 0.50 | 825.00 |
| 8/29/25 | M L | Review/revise solicitation procedures (.3); ballot (.2); notice of non-voting status (.2); opt-out form (.3); assumption notice (.2); review/comment on disclosure statement order (.2); corr. with Willkie team re: disclosure statement (.3); call with J. Burbage re: same (.2); revise disclosure statement (1.7); corr. with PBGC (.2); union (.2); and 1970 Group (.2) re: same; corr. with Paul Weiss team re: comments to disclosure statement (.2); corr. with Paul Weiss team re: comments to disclosure statement exhibits (.2). | | 4.60 | 4,715.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 35
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/29/25 | J G | Review/analyze draft disclosure statement motion, disclosure statement order, and exhibits re: same (3.0); continuous corr. with Willkie team re: same (1.2); corr. with Paul Weiss re: same (.4). | | 4.60 | 6,095.00 |
| 8/29/25 | T G | Review/analyze draft disclosure statement. | | 1.10 | 2,585.00 |
| 8/29/25 | JHB | Corr. with J. Graber re: disclosure statement and Plan comments. | | 0.40 | 730.00 |
| 8/30/25 | JHB | Review/analyze amended DIP order (.1) and internal correspondence re: same (.1). | | 0.20 | 365.00 |
| | **Subtotal - Plan and Disclosure Statement** | | | **58.40** | **91,869.00** |

## Real Estate

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/18/25 | T G | Review/analyze Colgate stipulation (.3) and correspondence w/ Alix and Willkie team re: same (.1). | | 0.40 | 940.00 |
| 8/18/25 | J G | Review/analyze Debtors-Colgate stipulation (.4); corr. with Willkie and AlixPartners team re: same (.3). | | 0.70 | 927.50 |
| 8/20/25 | J G | Corr. with Willkie team re: Colgate stipulation (.1); corr. with PW team re: same (.1). | | 0.20 | 265.00 |
| | **Subtotal - Real Estate** | | | **1.30** | **2,132.50** |

New Rite Aid Official Committee of Unsecured Creditors                                        Page 36
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Reporting

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/26/25 | M L | Corr. with M. Emanoil re: monthly operating reports. | | 0.10 | 102.50 |
| | **Subtotal - Reporting** | | | **0.10** | **102.50** |

## Hearings

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | J G | Attend chambers conference re: McKesson litigation, case planning re: same. | | 0.30 | 397.50 |
| 8/7/25 | M E | Attend chambers conference re: McKesson. | | 0.30 | 247.50 |
| 8/7/25 | M E | Corr. with J. Graber, N. Fazli (Paul Weiss) re: status conference re: McKesson litigation (.1); call with O. Matviyishyn (Sills Cummis) re: same (.1). | | 0.20 | 165.00 |
| 8/7/25 | M E | Corr. with M. Loison re: 8/14 hearing re: stay relief motions, asset sales. | | 0.30 | 247.50 |
| 8/7/25 | JHB | Prepare for (.1) and attend (.3) Chambers conference re: McKesson litigation. | | 0.40 | 730.00 |
| 8/7/25 | T G | Participate in chambers conference re: McKesson (.3) and correspondence w/ Willkie team re: same (.4). | | 0.70 | 1,645.00 |
| 8/8/25 | M L | Corr. with G. Kopacz (Sills) re: hearing on McKesson motion to compel. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                     Page 37
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M E | Corr. with J. Graber, M. Loison re: 8/11 hearing, 8/19 hearing. | | 0.30 | 247.50 |
| 8/9/25 | M L | Review/analyze hearings to be heard on August 14th. | | 0.80 | 820.00 |
| 8/11/25 | M E | Corr. with M. Loison re: 8/14 hearing. | | 0.20 | 165.00 |
| 8/13/25 | M L | Review/analyze agenda and prepare documents for hearing on 8/14. | | 0.40 | 410.00 |
| 8/13/25 | M E | Prepare documents in connection with 8/14 hearing (1.3); corr. with M. Loison (.3), Willkie team (.1) re: same. | | 1.70 | 1,402.50 |
| 8/13/25 | JHB | Prepare for hearing re: McKesson adjournment, CVS motion, Debtors' motion for administrative claims procedures. | | 0.60 | 1,095.00 |
| 8/14/25 | M L | Attend hearing re: McKesson adjournment, CVS motion, Debtors' motion for administrative claims procedures. | | 1.60 | 1,640.00 |
| 8/14/25 | P L | Attend hearing on McKesson stipulation, administrative claims procedures, and landlord issue (in part). | | 1.40 | 3,290.00 |
| 8/14/25 | J G | Prepare for (.1) and attend (1.6) hearing re: McKesson stipulation, administrative claims procedures, and landlord issues; corr. with Willkie team re: same (.3). | | 2.00 | 2,650.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 38
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/14/25 | M E | Prepare for (.2) and attend (1.6) 8/14 hearing re: McKesson stipulation, administrative claims procedures, and landlord issues; corr. with M. Loison, J. Graber re: same (.8). | | 2.60 | 2,145.00 |
| 8/14/25 | JHB | Prepare for (.6) and attend omnibus hearing re: McKesson stipulation, administrative claims procedures, and landlord issue (1.6). | | 2.20 | 4,015.00 |
| 8/14/25 | T G | Call w/ Paul Weiss re: McKesson/plan status/hearing update (.2); follow-up correspondence w/ Willkie team re same (.3); participate in chambers conference re: same (.3) and hearing re: same (.8) (in part). | | 1.60 | 3,760.00 |
| 8/14/25 | JHB | Call with S. Mitchell (Paul Weiss) re: status conference agenda. | | 0.20 | 365.00 |
| 8/15/25 | M L | Review/analyze the Debtors' and McKesson's exhibit lists for August 19th hearing on McKesson motion to compel. | | 0.20 | 205.00 |
| 8/18/25 | M L | Prepare documents for 8/19 Hearing re: McKesson motion to compel (.5); corr. with UCC re: adjournment of same (.2). | | 0.70 | 717.50 |
| 8/21/25 | M L | Attend hearing re: McKesson litigation. | | 0.30 | 307.50 |

New Rite Aid Official Committee of Unsecured Creditors                     Page 39
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/21/25 | JHB | Prepare for (.1) and attend (.3) hearing re: McKesson litigation. | | 0.40 | 730.00 |
| 8/21/25 | T G | Correspondence w/ Paul Weiss and Willkie team re hearing/status conference. | | 0.40 | 940.00 |
| 8/21/25 | M E | Prepare for (.1) and attend (.3) hearing on McKesson motion to compel. | | 0.40 | 330.00 |
| 8/21/25 | J G | Prepare for (.2) and attend (.3) hearing re: ongoing McKesson negotiations, strategic exit alternatives for cases; corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 8/25/25 | M E | Corr. with Willkie team re: 8/28 hearing. | | 0.60 | 495.00 |
| 8/27/25 | M E | Review/analyze 8/28 hearing agenda (.2); corr. with Willkie team re: documents for 8/28 hearing (.6). | | 0.80 | 660.00 |
| 8/28/25 | M L | Prepare for (.3) and attend (1.8) hearing re: certain lease sales. | | 2.10 | 2,152.50 |
| 8/28/25 | M E | Compile documents in connection with 8/28 hearing (.9); corr. with Willkie team re: same (.2); prepare for (.2) and attend (1.8) 8/28 hearing; corr. with J. Graber, M. Loison re: same (.2). | | 3.30 | 2,722.50 |
| 8/28/25 | J G | Prepare for (.1) and attend sale hearing (1.8). | | 1.90 | 2,517.50 |
| | **Subtotal - Hearings** | | | **29.70** | **38,245.00** |

## Lien Investigation

New Rite Aid Official Committee of Unsecured Creditors                    Page 40
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 7/15/25 | WTE | Corr. w J Graber re: lien challenge (.1); review/analyze lien analysis (.1); conference call w/ T Goren, J Graber re: same (.9). | | 1.10 | 2,447.50 |
| 7/17/25 | WTE | Correspondence with Choate and Willkie teams re challenge period. | | 0.30 | 667.50 |
| | **Subtotal - Lien Investigation** | | | **1.40** | **3,115.00** |

## Other Motions/Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 8/1/25 | M E | Review/analyze professionals filed pleadings and fee statements. | | 0.40 | 330.00 |
| 8/1/25 | J G | Analyze sealing motion, BOA joinder to Debtors' McKesson objection, and related pleadings (.5); corr. with Willkie team (.2) and Paul, Weiss (.2) re: same. | | 0.90 | 1,192.50 |
| 8/2/25 | J G | Corr. with M. Emanoil re: Complaint against McKesson (.4); attention to same (.1); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 8/5/25 | J G | Corr. with Willkie team re: McKesson docket pleadings (.2); review/analyze same (.2). | | 0.40 | 530.00 |
| 8/7/25 | J G | Corr. with Willkie team re: notices of appearance. | | 0.20 | 265.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  41
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/14/25 | JHB | Communications with Paul Weiss and Choate re: admin claims procedure order language. | | 0.40 | 730.00 |
| 8/19/25 | J G | Review/analyze CVS notice of appeal re: order granting motion to enforce sale (.3); corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 8/27/25 | M E | Review/analyze landlord motions to compel (.5); corr. with M. Loison (.1), Willkie team (.1) re: same. | | 0.70 | 577.50 |
| | | **Subtotal - Other Motions/Applications** | | **4.20** | **5,215.00** |

## Willkie Fee Statements and Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/7/25 | M L | Corr. with Sills team re: Willkie July fee statement. | | 0.50 | 512.50 |
| 8/11/25 | M L | Corr. with Sills team re: certificate of no objection (.2); corr. with M. Gates (AlixPartners) re: same (.2); review/analyze certificate re: same (.3); corr. with J. Burbage re: same (.1). | | 0.80 | 820.00 |
| 8/13/25 | M L | Corr. with M. Gates (AlixPartners) re: Willkie monthly fee statement (.2); corr. with Willkie team re: same (.4). | | 0.60 | 615.00 |
| 8/13/25 | J G | Corr. with Willkie team re: outstanding payments and upcoming fee application. | | 0.30 | 397.50 |
| 8/19/25 | M L | Draft Willkie second monthly fee application. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page  42
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/19/25 | J G | Corr. with Willkie team re: outstanding fee statements. | | 0.30 | 397.50 |
| 8/20/25 | M L | Revise Willkie second monthly fee application. | | 0.20 | 205.00 |
| 8/20/25 | J G | Review/revise Willkie July fee application (.7); corr. with M. Loison re: same (.2). | | 0.90 | 1,192.50 |
| 8/21/25 | M L | Corr. with Willkie team re: first Willkie monthly fee statement (.2); revise Willkie second monthly fee statement (.3); corr. with J. Graber re: same (.3). | | 0.80 | 820.00 |
| 8/22/25 | M L | Corr. with J. Graber re: Willkie July monthly fee statement (.2); revise monthly fee statement (.3); corr. with B. Miller and T. Goren re: same (.4). | | 0.90 | 922.50 |
| 8/22/25 | T G | Review/revise Willkie July monthly fee application. | | 0.30 | 705.00 |
| 8/22/25 | J G | Review/revise fee statement for July (.5); corr. with M. Loison re: same (.2). | | 0.70 | 927.50 |
| 8/25/25 | M L | Corr. with Willkie team re: Willkie second monthly fee statement (.3); corr. with J. Graber re: same (.2); corr. with Sills team re: same (.2). | | 0.70 | 717.50 |
| 8/26/25 | M L | Corr. with U.S. Trustee re: Willkie monthly fee statement. | | 0.40 | 410.00 |
| **Subtotal - Willkie Fee Statements and Applications** | | | | **7.60** | **8,847.50** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  43
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Willkie Retention Application

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | M E | Review/analyze revised parties in interest list for supplemental declaration (.3); corr. with Willkie team re: same (.1). | | 0.40 | 330.00 |
| | | **Subtotal - Willkie Retention Application** | | **0.40** | **330.00** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  44
Invoice No. 12525150
Client/Matter No. 136121.00001

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| JAMES H. BURBAGE | 26.90 | $ | 1,825.00 | $ | 49,092.50 |
| Paul Labov | 17.50 | | 2,350.00 | | 41,125.00 |
| WESTON T. EGUCHI | 1.40 | | 2,225.00 | | 3,115.00 |
| TODD GOREN | 36.10 | | 2,350.00 | | 84,835.00 |
| BRETT MILLER | 2.10 | | 2,500.00 | | 5,250.00 |
| CRAIG A. DAMAST | 3.70 | | 1,650.00 | | 6,105.00 |
| MISHA EMANOIL | 40.70 | | 825.00 | | 33,577.50 |
| MARINE LOISON | 41.80 | | 1,025.00 | | 42,845.00 |
| JESSICA GRABER | 56.80 | | 1,325.00 | | 75,260.00 |
| William Collins | 7.40 | | 380.00 | | 2,812.00 |
| ROHAN SASSO | 1.10 | | 380.00 | | 418.00 |

| Disbursements and Other Charges | | Amount |
|---|---|---|
| Conference Services | $ | 501.00 |
| Data Acquisition - Bloomberg | | 200.00 |
| Data Acquisition - Lexis | | 2,313.23 |
| Data Acquisition - Westlaw | | 330.98 |
| Local Meals | | 372.58 |
| Teleconferencing | | 194.58 |

Professional Fees                                                    $        344,435.00

Disbursements and Other Charges                                             3,912.37

**Total this Invoice**                                               $        348,347.37

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12525150
Client/Matter No. 136121.00001
September 22, 2025

Remit To:

> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue, 37th Floor
> New York, NY 10019-6099
> Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through August 31, 2025

| | |
|---|---:|
| Asset Disposition | $ 26,437.50 |
| Assumption and Rejection of Leases and Contracts | 2,150.50 |
| Case Administration | 12,430.50 |
| Claims Administration and Objections | 60,231.00 |
| Non-Willkie Fee Statements & Applications | 2,326.50 |
| Financing and Cash Collateral | 22,707.50 |
| Other Litigation | 12,797.50 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: ██████
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ██████
INTERNATIONAL SWIFT NUMBER: ██████
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Meetings and Communications with Creditors | 55,497.50 |
| Plan and Disclosure Statement | 91,869.00 |
| Real Estate | 2,132.50 |
| Reporting | 102.50 |
| Hearings | 38,245.00 |
| Lien Investigation | 3,115.00 |
| Other Motions/Applications | 5,215.00 |
| Willkie Fee Statements and Applications | 8,847.50 |
| Willkie Retention Application | 330.00 |
| | |
| Disbursements and Other Charges | 3,912.37 |
| **Total this Invoice** | $   348,347.37 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.