**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
   tgoren@willkie.com
   jburbage@willkie.com
   jgraber@willkie.com

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
   bmankovetskiy@sillscummis.com
   gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>     Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## FOURTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF AUGUST 1, 2025 THROUGH AUGUST 31, 2025

   Sills Cummis & Gross P.C. ("Sills"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors"), submits this monthly fee statement for the period of August 1, 2025 through August 31, 2025 (the "Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on June 9, 2025 [Docket No. 767] (the "Administrative

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Order"). Pursuant to the Administrative Order, responses to the Fee Statement, if any, are due by

October 9, 2025.

Dated: September 25, 2025

/s/ Andrew H. Sherman
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:    asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

13540464

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| **Debtors:** | **New Rite Aid, LLC, _et al._[1]** | **Applicant:** | **Sills Cummis & Gross P.C.** |
| **Case No.:** | **25-14861 (MBK)** | **Client:** | **The Official Committee of Unsecured Creditors** |
| **Chapter:** | **11** | **Case Filed:** | **May 5, 2025** |

### SECTION I
### FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | **$387,565.00** | **$6,311.44** |
| Total Fees Allowed to Date | **$310,052.00** | **$6,311.44** |
| Total Retainer (If Applicable) | **N/A** | **N/A** |
| Total Holdback (If Applicable) | **$77,513.00** | **N/A** |
| Total Received by Sills | **$206,106.00** | **$2,825.01** |

| | |
|---|---|
| **FEE TOTALS:** | **$68,766.00** |
| **DISBURSEMENT TOTALS** | **$706.03** |
| **TOTAL FEE APPLICATION** | **$69,472.03** |
| **MINUS 20% HOLDBACK** | **$13,753.20** |
| **AMOUNT SOUGHT AT THIS TIME** | **$55,718.83** |

---

[1]      The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

13540464

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1991 | Member, Bankruptcy | 6.9 | $1,150 | $7,935.00 |
| Boris Mankovetskiy | 2001 | Member, Bankruptcy | 9.1 | $985 | $8,963.50 |
| Gregory A. Kopacz | 2010 | Member, Bankruptcy | 42.8 | $850 | $36,380.00 |
| Oleh Matviyishyn | 2022 | Associate, Bankruptcy | 29.5 | $525 | $15,487.50 |
| | **TOTAL:** | | **88.3** | | **$68,766.00** |

2

13540464

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours Billed | Fees |
|---|---|---|---|
| 102 | Asset Disposition | 7.2 | $5,849.00 |
| 104 | Case Administration | 43.1 | $33,998.50 |
| 105 | Claims Administration and Objections | 7.0 | $5,202.50 |
| 107 | Fee/Employment Applications | 15.2 | $10,450.00 |
| 108 | Fee/Employment Objections | 0.4 | $340.00 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 3.2 | $2,070.00 |
| 111 | Avoidance Action Litigation | 1.6 | $1,343.50 |
| 113 | Plan and Disclosure Statement | 10.3 | $9,257.50 |
| 114 | Relief from Stay Proceedings | 0.3 | $255.00 |
| | **TOTAL:** | **88.3** | **$68,766.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| B&W Copies | $472.20 |
| Color Copies | $36.00 |
| Postage | $197.83 |
| **TOTAL:** | **$706.03** |

13540464

**SECTION IV**
**CASE HISTORY**

| 1. | DATE CASE FILED | **May 5, 2025** |
|---|---|---|
| 2. | CHAPTER UNDER WHICH CASE WAS COMMENCED | **Chapter 11** |
| 3. | DATE OF RETENTION | **July 15, 2025 *Nunc Pro Tunc* to May 16, 2025** |
| 4. | SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2] | |
| | (a)   Sills prepared for and attended hearings, Court conferences, Committee meetings, and conferences with the Debtors' and the Committee's respective professionals and addressed related matters. | |
| | (b)   Sills analyzed and addressed matters related to the Debtors' various asset sales, store closures and lease assumptions, assignments and rejections. | |
| | (c)   Sills reviewed and analyzed pleadings, requests to compel payment of administrative expense claims, stay relief requests, monthly operating reports and addressed related matters, including maintaining a "critical dates" calendar. | |
| | (d)   Sills analyzed and addressed matters related to CVS's appeal of the Debtors' motion to enforce the CVS sale order and the Debtors' litigation with McKesson, including analyzing local rules and applicable deadlines. | |
| | (e)   Sills prepared supplemental declarations in support of its retention application and reviewed and commented on the Committee's other professionals' supplemental declarations. | |
| | (f)   Sills prepared its July monthly fee statement, prepared certificates of no objection for the Committee's professionals' May and June monthly fee statements and reviewed and advised the Committee's other professionals regarding their monthly fee statements. | |
| | (g)   Sills analyzed draft plan term sheets, the initial chapter 11 plan, the Debtor's motion to establish administrative claim procedures, and other plan related documents and addressed related matters. | |
| | (h)   Sills filed and served documents, prepared certifications of service, and addressed creditor queries. | |
| | (i)   Sills communicated with the Committee's professionals, the Debtors' professionals, landlords, creditors, the U.S. Trustee, Chambers and other parties regarding the foregoing and other matters. | |

---

[2] The following summary is intended to highlight the general categories of services Sills rendered on behalf of the Committee and for the benefit of the estates; it is not intended to itemize each and every professional service performed by Sills.

13540464

| 5. | FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): | TBD |

I certify under penalty of perjury that the above is true.

Date:   September 25, 2025                     */s/ Andrew H. Sherman*　　　　　
                                                Andrew H. Sherman

5

**EXHIBIT A**

**RETENTION ORDER**

13540464

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com

*Proposed Co-Counsel to the Official Committee of
Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*, *NUNC PRO TUNC* TO MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through five (5) is

**ORDERED.**

**DATED: July 15, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:    2
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* (the "Application"),[2] seeking entry of an order (this "Order") authorizing the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors") to retain and employ Sills Cummis & Gross P.C. ("Sills") as its co-counsel effective *nunc pro tunc* to May 16, 2025, all as more fully set forth in the Application and the declarations of Andrew H. Sherman (the "Sherman Declaration") and Thomas A. Pitta in support; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee provided appropriate notice of the Application and the opportunity for a hearing on the Application under the circumstances; and the Court having reviewed the Application and its supporting materials; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Application, if any, before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.    The Application is granted to the extent set forth herein.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:  3
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.    The Committee is authorized to retain and employ Sills as its co-counsel pursuant

to 11 U.S.C. §§ 328(a) and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1 effective as of

May 16, 2025 on the terms set forth in the Application and the Sherman Declaration, as may be

modified herein.

3.    Sills shall file interim and final applications for allowance of compensation and

reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the

applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense

guidelines of this Court, and other such procedures established by order of this Court.

4.    Sills shall make a reasonable effort to comply with the U.S. Trustee's requests for

information and additional disclosures as set forth in the *Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application

and any interim and/or final fee application(s) to be filed by Sills in these cases.

5.    Prior to any increases in Sills' hourly rates, Sills shall provide ten (10) business

days' notice to the Debtor and the U.S. Trustee before any increases in the rates set forth in the

Application are implemented and shall file such notice with the Court. Parties-in-interest retain

all rights to object to any rate increase on all grounds, including but not limited to, the

reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains

the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.    Sills (i) shall only bill 50% for non-working travel; (ii) shall not seek the

reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of

Page:   4
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

any objections to any of Sills' fee applications in these cases; (iii) shall use the billing and

expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of

Compensation Requested by Project Category"); and (iv) provide any and all monthly fee

statements, interim fee applications, and final fee applications in "LEDES" format to the U.S.

Trustee.

7.       Notwithstanding anything in the Application and the Sherman Declaration to the

contrary, Sills shall (i) to the extent that it uses the services of independent contractors or

subcontractors (collectively, the "Contractors") in this case, pass through the cost of such

Contractors at the same rate that Sills pays the Contractors; (ii) seek reimbursement for actual

costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required

for Sills; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v)

attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or

final fee applications filed in this case.

8.       Sills shall use its best efforts to avoid any duplication of services provided by any

of the Committee's other retained professionals in these chapter 11 cases.

9.       To the extent that there may be any inconsistency among the terms of the

Application, the Sherman Declaration, and this Order, the terms of this Order shall govern.

10.      The terms and conditions of this Order shall be effective and enforceable

immediately upon its entry, and the Committee and Sills are authorized to take all actions

necessary to effectuate the relief granted pursuant to this Order in accordance with the

Application.

Page:   5
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
            Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
            LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

11.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

12.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**EXHIBIT B**

**INVOICE**

13540464

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
New Rite Aid, LLC

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors Committee

For Legal Services Rendered Through August 31, 2025

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 08/01/25 | GAK | 102 | Review notification regarding Thrifty sale. | 0.10 | |
| 08/01/25 | GAK | 102 | Review notification regarding store closures. | 0.10 | |
| 08/01/25 | GAK | 102 | Email from Willkie regarding fee owned property sale. | 0.10 | |
| 08/01/25 | GAK | 102 | Review Debtors' response to State Street Partners regarding potential lease assumption. | 0.20 | |
| 08/01/25 | BM | 102 | Analysis regarding results of owned properties auction. | 0.40 | |
| 08/02/25 | GAK | 102 | Review 20th-26th rejection notifications for specified leases/executory contracts. | 0.30 | |
| 08/04/25 | GAK | 102 | Review numerous objections to proposed contract/lease rejections. | 0.20 | |
| 08/05/25 | GAK | 102 | Review notice of successful and backup bidders. | 0.10 | |
| 08/05/25 | GAK | 102 | Communications with Willkie and Committee regarding fee owned property sales. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/05/25 | GAK | 102 | Review numerous cure/assumption objections. | 0.20 | |
| 08/05/25 | GAK | 102 | Review 7900 Bellaire's sale objection. | 0.20 | |
| 08/06/25 | GAK | 102 | Review notice of successful bidder regarding pharmacy assets. | 0.20 | |
| 08/06/25 | GAK | 102 | Email with Willkie on sale matters and objection deadline. | 0.10 | |
| 08/06/25 | OM | 102 | Analysis of Pharmacy Asset Sale and Specified Properties. | 0.60 | |
| 08/07/25 | GAK | 102 | Review sale objections filed by third parties. | 0.20 | |
| 08/08/25 | GAK | 102 | Review Westminster objection to rejection of contract. | 0.10 | |
| 08/08/25 | GAK | 102 | Review notification regarding additional store closures. | 0.10 | |
| 08/08/25 | GAK | 102 | Review notification regarding rejection of executory contracts and unexpired leases. | 0.10 | |
| 08/08/25 | GAK | 102 | Review City of Philadelphia objection to successful bidder and back up bidder. | 0.10 | |
| 08/08/25 | GAK | 102 | Review numerous sale objections. | 0.20 | |
| 08/10/25 | GAK | 102 | Review Galleshea Property's objection to store closing and email from counsel on same. | 0.10 | |
| 08/11/25 | GAK | 102 | Review First Priority supplemental objection regarding successful bidder and backup bidder. | 0.10 | |
| 08/13/25 | GAK | 102 | Review SVAP objection to notice of successful bidder and backup bidder. | 0.20 | |
| 08/13/25 | GAK | 102 | Email from Debtors on continued auction for certain fee owned properties. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/13/25 | GAK | 102 | Communications with Willkie regarding auction for fee owned properties. | 0.10 | |
| 08/14/25 | GAK | 102 | Communications with Willkie regarding supplemental notice of successful bid and related matters. | 0.10 | |
| 08/14/25 | OM | 102 | Analysis of fee owned property sale along with new notice of successful bidder. | 0.30 | |
| 08/15/25 | GAK | 102 | Review notification regarding additional store closures. | 0.10 | |
| 08/20/25 | GAK | 102 | Review notice of proposed sale order regarding designation rights agreement with Five Below. | 0.10 | |
| 08/20/25 | GAK | 102 | Review notice of acceptance of new successful bidder. | 0.10 | |
| 08/21/25 | GAK | 102 | Review notice of acceptance of new successful bidder for store 5736. | 0.10 | |
| 08/22/25 | GAK | 102 | Review notification regarding additional store closures. | 0.10 | |
| 08/22/25 | GAK | 102 | Review notice of acceptance of new successful bidder for store 5891. | 0.10 | |
| 08/22/25 | OM | 102 | Correspondence with M. Loison of co-counsel regarding CVS Appeal. | 0.10 | |
| 08/25/25 | GAK | 102 | Review Debtors' reply regarding lease auction. | 0.20 | |
| 08/25/25 | GAK | 102 | Review Ross Dress for Less Reply in support of lease sale. | 0.20 | |
| 08/25/25 | GAK | 102 | Review Debtors' omnibus reply in support of lease sales and in response to objections. | 0.20 | |
| 08/25/25 | GAK | 102 | Review Debtors' notification regarding proposed rejection of contracts/leases. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/26/25 | GAK | 102 | Review numerous notifications regarding rejection of executory contracts and leases. | 0.20 | |
| 08/27/25 | GAK | 102 | Review notification regarding rejection of executory contracts. | 0.10 | |
| 08/27/25 | GAK | 102 | Review Universal Group Companies' sale objection regarding replacement of successful bidder. | 0.20 | |
| 08/28/25 | GAK | 102 | Review Murray Ave's declaration regarding lease assumption. | 0.10 | |
| 08/28/25 | GAK | 102 | Email from counsel to City of Philadelphia regarding sale objection. | 0.10 | |
| 08/29/25 | GAK | 102 | Review notification regarding additional store closures. | 0.10 | |
| 08/29/25 | GAK | 102 | Review second supplemental notice of successful and backup bidders regarding Debtors' leases. | 0.10 | |
| 08/29/25 | GAK | 102 | Review White Plains' objection to proposed lease rejection. | 0.10 | |
| 08/29/25 | GAK | 102 | Review notifications regarding proposed rejection of contracts/leases. | 0.10 | |
| | | **TASK TOTAL 102** | | **7.20** | **$5,849.00** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/25 | GAK | 104 | Communications with landlord regarding stub rent. | 0.20 | |
| 08/01/25 | GAK | 104 | Review Debtors' motion to seal and order shortening time in connection with McKesson dispute. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/04/25 | OM | 104 | Review pleadings, orders and review and update critical dates calendar. | 1.90 | |
| 08/05/25 | GAK | 104 | Communications with creditor regarding case matters and liquidation of assets. | 0.10 | |
| 08/05/25 | AHS | 104 | Creditor inquiry and respond to same. | 0.20 | |
| 08/06/25 | BM | 104 | Update call with Debtors' professionals. | 0.40 | |
| 08/06/25 | AHS | 104 | Call with Debtor's professionals regarding status and follow-up call with Committee professionals to prepare for upcoming meeting. | 0.60 | |
| 08/07/25 | GAK | 104 | Review Alix materials regarding Debtors' financial performance and sale matters. | 0.30 | |
| 08/07/25 | GAK | 104 | Review notification regarding matters scheduled for hearing on Aug. 14. | 0.10 | |
| 08/07/25 | GAK | 104 | Review Engine Resource's adequate assurance request. | 0.10 | |
| 08/07/25 | GAK | 104 | Review notification regarding status conference and email with Willkie on same. | 0.10 | |
| 08/07/25 | GAK | 104 | Call with F. Yudkin regarding status conference and draft follow-up email to Willkie on same. | 0.20 | |
| 08/07/25 | GAK | 104 | Review email from Willkie regarding committee meeting and administrative expense claim motion. | 0.20 | |
| 08/07/25 | GAK | 104 | Attend Committee meeting with UCC professionals and Members. | 0.70 | |
| 08/07/25 | BM | 104 | Attend chambers conference. | 0.30 | |
| 08/07/25 | BM | 104 | Attend Committee meeting. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/07/25 | AHS | 104 | Conference with court regarding McKesson issues. | 0.50 | |
| 08/07/25 | AHS | 104 | Attend Committee meeting. | 0.60 | |
| 08/07/25 | OM | 104 | Attention to service of AlixPartners' third supplemental declaration. | 0.40 | |
| 08/07/25 | OM | 104 | Prepare certification of service related to AlixPartners' Third Supplemental Declaration. | 0.30 | |
| 08/07/25 | OM | 104 | Review notice of adjournment related to creditor's motion to compel. | 0.10 | |
| 08/07/25 | OM | 104 | Correspondence with Willkie and Chambers regarding impromptu status conference. | 0.20 | |
| 08/08/25 | GAK | 104 | Calls and emails with Willkie and O. Matviyishyn regarding upcoming hearing. | 0.30 | |
| 08/08/25 | GAK | 104 | Review adjournment request regarding OSJ motion to compel. | 0.10 | |
| 08/08/25 | GAK | 104 | Review omnibus notification regarding matters scheduled for hearing on August 14. | 0.10 | |
| 08/08/25 | OM | 104 | Revise critical dates calendar pursuant to recently filed pleadings. | 0.50 | |
| 08/10/25 | OM | 104 | Update and revise critical dates schedule and forward to M. Emanoil of co-counsel. | 0.60 | |
| 08/11/25 | GAK | 104 | Review notification regarding adjournment of hearing on numerous matters. | 0.10 | |
| 08/11/25 | GAK | 104 | Review Court's text order and emails with Willkie team and O. Matviyishyn on same and on next steps. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/11/25 | OM | 104 | Review pleadings, orders and update critical dates calendar pursuant to notice of adjournment by the Court along with other recently filed pleadings. | 1.60 | |
| 08/12/25 | GAK | 104 | Draft email to Chambers regarding upcoming hearing. | 0.20 | |
| 08/12/25 | GAK | 104 | Review Debtors' letter to Chambers regarding McKesson disputes and timing. | 0.20 | |
| 08/12/25 | GAK | 104 | Email from Willkie regarding tomorrow's Committee meeting. | 0.10 | |
| 08/12/25 | OM | 104 | Review SKD construction motion to withdraw and update to critical dates calendar regarding same. | 0.10 | |
| 08/13/25 | GAK | 104 | Communications with O. Matviyishyn regarding filing and service matters. | 0.30 | |
| 08/13/25 | GAK | 104 | Review agenda for tomorrow's hearing. | 0.20 | |
| 08/13/25 | GAK | 104 | Prepare for tomorrow's hearing. | 0.20 | |
| 08/13/25 | GAK | 104 | Attend Professionals meeting with Debtors' counsel. | 0.30 | |
| 08/13/25 | GAK | 104 | Attend meeting with Committee members. | 0.30 | |
| 08/13/25 | GAK | 104 | Review analysis regarding the Debtors' financial performance. | 0.20 | |
| 08/13/25 | BM | 104 | Attend Committee meeting. | 0.30 | |
| 08/13/25 | BM | 104 | Attend update call with Debtors' professionals. | 0.30 | |
| 08/13/25 | AHS | 104 | Attend meeting with Debtors' counsel regarding status and attend committee meeting. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/13/25 | OM | 104 | Analysis of UCC professionals meeting documents in preparation for meeting. | 0.20 | |
| 08/14/25 | GAK | 104 | Review numerous orders setting upcoming hearing dates and communications with O. Matviyishyn regarding case calendar. | 0.20 | |
| 08/14/25 | GAK | 104 | Communications with A. Sherman regarding update on today's hearing. | 0.10 | |
| 08/14/25 | GAK | 104 | Communications with Willkie and Committee on hearing. | 0.10 | |
| 08/14/25 | GAK | 104 | Attend omnibus hearing on numerous matters. | 1.70 | |
| 08/14/25 | GAK | 104 | Prepare for today's hearing. | 0.20 | |
| 08/14/25 | OM | 104 | Update calendar due to filed notice of agenda and subsequent adjournments. | 1.20 | |
| 08/15/25 | GAK | 104 | Review and comment on critical dates calendar. | 1.20 | |
| 08/15/25 | GAK | 104 | Review McKesson witness/exhibit list. | 0.10 | |
| 08/15/25 | OM | 104 | Revise critical dates schedule pursuant to adjournments during 8/14 hearing. | 1.40 | |
| 08/15/25 | OM | 104 | Strategy with G. Kopacz regarding sale hearings, adversary proceedings and case next steps. | 0.30 | |
| 08/16/25 | GAK | 104 | Email from ENGIE counsel regarding adequate protection. | 0.10 | |
| 08/18/25 | GAK | 104 | Review notice of adjournment filed by Debtors. | 0.10 | |
| 08/18/25 | GAK | 104 | Communications with Chambers regarding tomorrow's hearing and adjournment thereof. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee                                                    September 24, 2025
                                                          Client/Matter No. 08650166.000001
                                                                        Invoice: 2085315
                                                                                Page 9

|            |       |     |                                                                                         | HOURS | AMOUNT |
|------------|-------|-----|-----------------------------------------------------------------------------------------|-------|--------|
| 08/18/25   | GAK   | 104 | Emails with Willkie team on tomorrow's hearing.                                         | 0.10  |        |
| 08/19/25   | GAK   | 104 | Review court notifications regarding rescheduled hearing.                               | 0.10  |        |
| 08/20/25   | GAK   | 104 | Emails with Willkie and Alix on Lender/McKesson discussions and tomorrow's hearing.     | 0.20  |        |
| 08/20/25   | GAK   | 104 | Meeting with Debtors' counsel regarding case matters.                                   | 0.20  |        |
| 08/20/25   | GAK   | 104 | Meeting with Committee professionals regarding case matters.                            | 0.20  |        |
| 08/20/25   | GAK   | 104 | Email from Willkie regarding tomorrow's meeting and review related materials.           | 0.20  |        |
| 08/20/25   | AHS   | 104 | Calls with Debtors' professionals regarding case status and follow up call with Committee professionals regarding upcoming meeting. | 0.50 | |
| 08/20/25   | OM    | 104 | Review docket pleadings and update critical dates calendar with reminders to team.      | 0.50  |        |
| 08/21/25   | GAK   | 104 | Review email from creditor regarding adequate assurance request.                        | 0.10  |        |
| 08/21/25   | GAK   | 104 | Review and comment on deadline calendar and analysis of bankruptcy rules on appeals.    | 0.90  |        |
| 08/21/25   | GAK   | 104 | Communications with F. Yudkin regarding chambers conference.                            | 0.10  |        |
| 08/21/25   | GAK   | 104 | Email with Willkie regarding today's hearing and next steps.                            | 0.10  |        |
| 08/21/25   | GAK   | 104 | Attend hearing on McKesson motion.                                                      | 0.40  |        |
| 08/21/25   | GAK   | 104 | Attend Committee meeting.                                                               | 0.30  |        |
| 08/21/25   | GAK   | 104 | Prepare for today's hearing.                                                            | 0.10  |        |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/21/25 | BM | 104 | Attend omnibus hearing. | 0.30 | |
| 08/21/25 | BM | 104 | Attend Committee meeting. | 0.40 | |
| 08/21/25 | AHS | 104 | Call with creditor regarding case status. | 0.40 | |
| 08/21/25 | AHS | 104 | Attend hearing on McKesson motion to compel. | 0.50 | |
| 08/21/25 | AHS | 104 | Attend Committee meeting. | 0.50 | |
| 08/21/25 | OM | 104 | Revise CVS appeal deadline schedule pursuant to comments from G. Kopacz. | 0.30 | |
| 08/21/25 | OM | 104 | Revise critical dates schedule pursuant to recently filed documents, developments with discussions with McKesson, and Court conference. | 0.30 | |
| 08/22/25 | GAK | 104 | Communications with O. Matviyishyn regarding CVS appeal and related deadlines. | 0.20 | |
| 08/22/25 | OM | 104 | Analysis of rules of civil procedures and local district court rules regarding appeal procedures related to CVS appeal. | 0.80 | |
| 08/25/25 | GAK | 104 | Review notifications from Court regarding upcoming hearing. | 0.10 | |
| 08/25/25 | GAK | 104 | Review and comment on case calendar. | 0.30 | |
| 08/25/25 | GAK | 104 | Review notice of adjournment regarding Utility motion. | 0.10 | |
| 08/25/25 | OM | 104 | Attention to service of Committee professionals' fee application. | 0.40 | |
| 08/25/25 | OM | 104 | Review pleadings, orders and review and update critical dates calendar. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors Committee                                           September 24, 2025
                                                    Client/Matter No. 08650166.000001
                                                             Invoice: 2085315
                                                                  Page 11

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/26/25 | GAK | 104 | Review and comment on updated case calendar and communications with P. Matviyishyn on same. | 0.40 | |
| 08/26/25 | GAK | 104 | Review MORs and communications with O. Matviyishyn regarding work stream on same. | 0.50 | |
| 08/26/25 | GAK | 104 | Communications with Willkie regarding monthly operating reports. | 0.10 | |
| 08/26/25 | GAK | 104 | Email with Chambers regarding upcoming hearing. | 0.20 | |
| 08/26/25 | GAK | 104 | Review Court's text order regarding upcoming hearing. | 0.10 | |
| 08/26/25 | GAK | 104 | Emails with Willkie regarding Thursday hearing. | 0.20 | |
| 08/26/25 | GAK | 104 | Call and emails with Debtors' counsel regarding Thursday hearing. | 0.20 | |
| 08/26/25 | OM | 104 | Update critical dates schedules pursuant to notices of adjournment and multiple docket text entries. | 0.50 | |
| 08/26/25 | OM | 104 | Attention to service by physical mail of Commitee's professionals fee applications. | 0.40 | |
| 08/26/25 | OM | 104 | Correspondence with co-counsel related to dates and deadlines in relation to August 28 hearing. | 0.10 | |
| 08/26/25 | OM | 104 | Analysis of filed MORs for all debtor entities. | 1.30 | |
| 08/26/25 | OM | 104 | Draft certificate of service related to committee professionals' July fee applications. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/26/25 | OM | 104 | Finalize and file certificate of service related to July monthly fee statements of Committee professionals. | 0.20 | |
| 08/27/25 | GAK | 104 | Email from Willkie regarding Committee meeting. | 0.10 | |
| 08/27/25 | GAK | 104 | Emails and call with A. Sherman regarding tomorrow's hearing. | 0.20 | |
| 08/27/25 | GAK | 104 | Meeting with Debtors' counsel regarding case matters. | 0.30 | |
| 08/27/25 | GAK | 104 | Meeting with Committee professionals regarding case matters. | 0.10 | |
| 08/27/25 | GAK | 104 | Communications with Chambers regarding tomorrow's hearing. | 0.20 | |
| 08/27/25 | GAK | 104 | Various emails with J. Graber and P. Labov regarding tomorrow's hearing. | 0.20 | |
| 08/27/25 | GAK | 104 | Analysis regarding Debtors' financial performance and email from Alix on same. | 0.20 | |
| 08/27/25 | GAK | 104 | Analyze motion to direct payment of post-petition real estate taxes and to set deadline for assumption/rejection. | 0.20 | |
| 08/27/25 | GAK | 104 | Review email to Committee regarding tomorrow's hearing and case timeline. | 0.20 | |
| 08/27/25 | AHS | 104 | Call with Debtors' professionals and follow-up call with Committee professionals in advance of meeting. | 0.40 | |
| 08/28/25 | GAK | 104 | Attend sale hearing. | 1.90 | |
| 08/28/25 | GAK | 104 | Review agenda for today's hearing. | 0.20 | |
| 08/28/25 | GAK | 104 | Prepare for today's hearing. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 13

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/28/25 | GAK | 104 | Review notifications from Court regarding adjourned hearings. | 0.10 | |
| 08/28/25 | GAK | 104 | Attend Committee meeting. | 0.40 | |
| 08/28/25 | AHS | 104 | Attend hearing regarding lease assumption and assignment issues. | 1.50 | |
| 08/29/25 | GAK | 104 | Review notifications regarding rescheduled hearings. | 0.20 | |
| | | **TASK TOTAL 104** | | **43.10** | **$33,998.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/01/25 | GAK | 105 | Review HVP2 motion to compel payment of stub rent. | 0.20 | |
| 08/01/25 | GAK | 105 | Review Debtors' objection to McKesson's administrative expense claim motion. | 0.40 | |
| 08/01/25 | GAK | 105 | Review M. Liebman's declaration in support of objection to McKesson's administrative expense claim motion. | 0.10 | |
| 08/05/25 | GAK | 105 | Emails from Willkie and Paul Weiss regarding administrative expense motion. | 0.40 | |
| 08/06/25 | GAK | 105 | Review application to shorten notice on administrative expense claim motion. | 0.10 | |
| 08/06/25 | OM | 105 | Analysis of Motion for Administrative Claims Procedures. | 0.60 | |
| 08/07/25 | GAK | 105 | Review adjournment notification regarding motion to compel. | 0.10 | |
| 08/07/25 | GAK | 105 | Review order shortening notice on administrative expense claim motion. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/07/25 | GAK | 105 | Review Debtors' administrative expense claim motion. | 0.40 | |
| 08/11/25 | GAK | 105 | Review draft statement regarding administrative expense procedures motion and communications with Willkie on same. | 0.20 | |
| 08/12/25 | GAK | 105 | Review revised proposed statement on administrative claims procedures motion and communications with Willkie on same. | 0.20 | |
| 08/12/25 | OM | 105 | Review Committee statement in support of Debtors' administrative claims motion. | 0.10 | |
| 08/13/25 | GAK | 105 | Review McKesson letter regarding motion to compel. | 0.20 | |
| 08/13/25 | GAK | 105 | Finalize Committee statement on administrative procedures motion for filing. | 0.30 | |
| 08/13/25 | GAK | 105 | Review revised statement on administrative expense motion. | 0.10 | |
| 08/13/25 | GAK | 105 | Communications with Willkie on administrative procedures motion and related matters. | 0.40 | |
| 08/13/25 | OM | 105 | Finalize, file, and serve committee statement related to Debtors' administrative claims motion. | 0.40 | |
| 08/13/25 | OM | 105 | Review Committee statement in relation to Administrative Claims Motion. | 0.20 | |
| 08/13/25 | OM | 105 | Correspondence with G. Kopacz regarding the filing of the Committee's statement regarding the Debtors' administrative claims procedures motion. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/17/25 | GAK | 105 | Review McKesson's reply brief in support of request to compel payment of administrative expense claim. | 0.60 | |
| 08/19/25 | GAK | 105 | Review McKesson witness statement. | 0.30 | |
| 08/19/25 | GAK | 105 | Review trial declaration of M. Liebman in opposition to McKesson motion to compel payment of administrative expense claim. | 0.20 | |
| 08/20/25 | OM | 105 | Analysis of McKesson reply brief, and attachments related to Motion to Compel. | 0.90 | |
| 08/27/25 | GAK | 105 | Review Block Ironwood's motion to compel payment of administrative expense claim. | 0.20 | |
| 08/29/25 | GAK | 105 | Review Stonebrier Commercial's motion to compel payment of administrative expense claim. | 0.20 | |
| | | TASK TOTAL 105 | | 7.00 | $5,202.50 |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 08/07/25 | GAK | 107 | Communications with Alix and O. Matviyishyn regarding third supplemental declaration. | 0.20 | |
| 08/07/25 | OM | 107 | Finalize and file AlixPartners' third supplemental declaration. | 0.30 | |
| 08/07/25 | OM | 107 | Correspondence with G. Kopacz regarding AlixPartner's third supplemental declaration. | 0.10 | |
| 08/08/25 | OM | 107 | Draft certificate of no objection for Willkie's May-June Fee Application. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/11/25 | GAK | 107 | Review and revise CNOs for Sills May and June fee statements. | 0.40 | |
| 08/11/25 | GAK | 107 | Review and comment on CNO for Willkie fee statement. | 0.30 | |
| 08/11/25 | GAK | 107 | Review and comment on Alix CNOs. | 0.30 | |
| 08/11/25 | GAK | 107 | Emails with Willkie and Alix regarding CNOs. | 0.20 | |
| 08/11/25 | OM | 107 | Correspondence with G. Kopacz regarding the filing of the Committee's professionals' CNOs related to their fee applications. | 0.10 | |
| 08/11/25 | OM | 107 | Draft Sills' CNOs related to Sills monthly fee applications. | 0.50 | |
| 08/11/25 | OM | 107 | Draft CNOs related to AlixPartners' monthly fee applications. | 0.50 | |
| 08/11/25 | OM | 107 | Finalize and file Sills' and AlixPartners' CNOs related to their May and June fee applications. | 0.50 | |
| 08/12/25 | GAK | 107 | Communications with Willkie regarding revised CNO and update same. | 0.30 | |
| 08/12/25 | OM | 107 | Review Willkie's comments to Willkie's draft CNO and finalize and file same. | 0.40 | |
| 08/13/25 | GAK | 107 | Review and comment on supplemental declaration. | 0.60 | |
| 08/13/25 | GAK | 107 | Email from Alix on fee application matters and communications with A. Sherman and M. Gillies on same. | 0.20 | |
| 08/13/25 | OM | 107 | Further correspondence with G. Kopacz regarding supplemental Sherman declaration. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/13/25 | OM | 107 | Revise second supplemental Sherman declaration pursuant to comments from A. Sherman. | 1.30 | |
| 08/14/25 | GAK | 107 | Work on July fee statement. | 1.40 | |
| 08/14/25 | GAK | 107 | Communications with O. Matviyishyn regarding second supplemental declaration and related service matters. | 0.20 | |
| 08/14/25 | OM | 107 | Finalize, file and serve second supplemental Sherman declaration. | 0.50 | |
| 08/15/25 | GAK | 107 | Work on July fee application. | 0.30 | |
| 08/20/25 | GAK | 107 | Communications with O. Matviyishyn regarding notice of rate increase. | 0.10 | |
| 08/20/25 | OM | 107 | Draft Sills' Third Monthly Fee Statement. | 1.40 | |
| 08/21/25 | GAK | 107 | Email A. Sherman regarding fee statement. | 0.10 | |
| 08/21/25 | GAK | 107 | Review and revise July fee statement. | 1.60 | |
| 08/21/25 | OM | 107 | Finalize Sills' July monthly fee statement. | 0.50 | |
| 08/21/25 | OM | 107 | Attention to AlixPartners' monthly fee statement. | 0.20 | |
| 08/25/25 | GAK | 107 | Review proposed filing version of Willkie fee statement and communications with O. Matviyishyn on same. | 0.20 | |
| 08/25/25 | GAK | 107 | Communications with A. Sherman and O. Matviyishyn regarding filing and service of fee statements. | 0.10 | |
| 08/25/25 | GAK | 107 | Emails with Willkie and Alix on fee statements. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 18

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/25/25 | GAK | 107 | Review and comment on proposed filing version of July fee statement and communications with O. Matviyishyn on same. | 0.20 | |
| 08/25/25 | GAK | 107 | Review Alix's July fee statement in preparation of filing. | 0.20 | |
| 08/25/25 | OM | 107 | Finalize Sills' July fee application for filing. | 0.20 | |
| 08/25/25 | OM | 107 | Finalize and file committee professionals' July monthly fee statements. | 0.40 | |
| 08/26/25 | GAK | 107 | Email Willkie and Alix regarding fee statements and LEDEs files. | 0.10 | |
| 08/26/25 | GAK | 107 | Communications with O. Matviyishyn regarding fee application matters and next steps. | 0.20 | |
| 08/26/25 | GAK | 107 | Email UST regarding fee application matters. | 0.10 | |
| | | **TASK TOTAL 107** | | **15.20** | **$10,450.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/26/25 | GAK | 108 | Review A&M July fee statement. | 0.20 | |
| 08/27/25 | GAK | 108 | Review Guggenheim's May-July monthly fee statement. | 0.20 | |
| | | **TASK TOTAL 108** | | **0.40** | **$340.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/25 | GAK | 110 | Review BofA joinders regarding McKesson matters. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 19

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/15/25 | GAK | 110 | Review Van Prince's request for a default judgment against Rite Aid. | 0.10 | |
| 08/19/25 | GAK | 110 | Review S. Whifield non-dischargeability adversary proceeding complaint. | 0.30 | |
| 08/19/25 | GAK | 110 | Review CVS notice of appeal. | 0.10 | |
| 08/19/25 | OM | 110 | Analysis of CVS appeal documents. | 0.20 | |
| 08/20/25 | GAK | 110 | Analysis of CVS appeal issues and communications with O. Matviyishyn and Willkie on same. | 0.40 | |
| 08/20/25 | OM | 110 | Analysis of local rules for appellate procedures related to CVS appeal. | 0.90 | |
| 08/20/25 | OM | 110 | Analysis of new CVS appeal docket. | 0.20 | |
| 08/20/25 | OM | 110 | Correspondence with G. Kopacz regarding CVS appeal and next steps. | 0.20 | |
| 08/21/25 | OM | 110 | Telephone correspondence with M. Loison of local counsel regarding CVS Appeal. | 0.10 | |
| 08/21/25 | OM | 110 | Correspondence with G. Kopacz regarding CVS Appeal. | 0.20 | |
| 08/22/25 | GAK | 110 | Review supplemental notice of successful and backup bidder for lease auction. | 0.10 | |
| 08/22/25 | OM | 110 | Review CVS appeal docket and draft e-mail to M. Loison of co-counsel related to critical dates in CVS appeal. | 0.20 | |
| | **TASK TOTAL 110** | | | **3.20** | **$2,070.00** |

Sills Cummis & Gross P.C.

Creditors Committee

September 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2085315
Page 20

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **111 – AVOIDANCE ACTION LITIGATION** |  |  |  |  |  |
| 08/01/25 | BM | 111 | Analysis regarding complaint against McKesson. | 0.60 |  |
| 08/02/25 | GAK | 111 | Review Debtors' adversary proceeding complaint against McKesson. | 0.40 |  |
| 08/02/25 | GAK | 111 | Email with Willkie and Committee regarding McKesson litigation. | 0.20 |  |
| 08/12/25 | OM | 111 | Review Debtors' letter to the Court related to the McKesson motion to compel and adversary proceeding. | 0.30 |  |
| 08/15/25 | GAK | 111 | Review Debtors' witness/exhibit list for Tuesday's hearing. | 0.10 |  |
|  |  | **TASK TOTAL 111** |  | **1.60** | **$1,343.50** |
| **113 – PLAN AND DISCLOSURE STATEMENT** |  |  |  |  |  |
| 08/06/25 | GAK | 113 | Review and analyze Paul Weiss markup of term sheet. | 0.30 |  |
| 08/07/25 | GAK | 113 | Emails with Willkie on Plan Term Sheet. | 0.20 |  |
| 08/07/25 | GAK | 113 | Review plan term sheet. | 0.40 |  |
| 08/07/25 | BM | 113 | Analysis regarding plan settlement term sheet. | 0.60 |  |
| 08/07/25 | AHS | 113 | Review of term sheet as circulated. | 0.50 |  |
| 08/13/25 | GAK | 113 | Review amended McKesson term sheet and email from Willkie on same. | 0.20 |  |
| 08/13/25 | BM | 113 | Analysis regarding proposed plan transaction term sheet. | 0.60 |  |
| 08/18/25 | BM | 113 | Analysis regarding potential McKesson settlement and plan. | 0.70 |  |

Sills Cummis & Gross P.C.

| Creditors Committee | September 24, 2025 |
|---|---|
| | Client/Matter No. 08650166.000001 |
| | Invoice: 2085315 |
| | Page 21 |

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/19/25 | BM | 113 | Analysis regarding potential global settlement and plan. | 1.10 | |
| 08/20/25 | BM | 113 | Analysis regarding potential settlement with McKesson. | 0.80 | |
| 08/21/25 | BM | 113 | Analysis regarding global settlement with McKesson and DIP lenders. | 1.10 | |
| 08/27/25 | GAK | 113 | Emails with Willkie regarding Plan issues. | 0.40 | |
| 08/27/25 | GAK | 113 | Review Plan and proposed revisions and DS approval motion. | 1.40 | |
| 08/27/25 | BM | 113 | Analysis regarding McKesson settlement and plan issues. | 0.60 | |
| 08/28/25 | GAK | 113 | Emails with Willkie on Plan matters. | 0.20 | |
| 08/29/25 | OM | 113 | Review draft plan of reorganization. | 1.20 | |
| | | **TASK TOTAL 113** | | **10.30** | **$9,257.50** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 08/13/25 | GAK | 114 | Review Debtors' consent order with TIJSMA granting stay relief. | 0.10 | |
| 08/25/25 | GAK | 114 | Review application to allow stay relief to permit setoff. | 0.20 | |
| | | **TASK TOTAL 114** | | **0.30** | **$255.00** |
| | | **TOTAL FEES** | | **88.30** | **$68,766.00** |

Sills Cummis & Gross P.C.

| Creditors Committee | September 24, 2025 |
|---|---|
| | Client/Matter No. 08650166.000001 |
| | Invoice: 2085315 |
| | Page 22 |

---

### TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 102 | Asset Disposition | 7.20 | $5,849.00 |
| 104 | Case Administration | 43.10 | $33,998.50 |
| 105 | Claims Administration and Objections | 7.00 | $5,202.50 |
| 107 | Fee/Employment Applications | 15.20 | $10,450.00 |
| 108 | Fee/Employment Objections | 0.40 | $340.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 3.20 | $2,070.00 |
| 111 | Avoidance Action Litigation | 1.60 | $1,343.50 |
| 113 | Plan and Disclosure Statement | 10.30 | $9,257.50 |
| 114 | Relief from Stay Proceedings | 0.30 | $255.00 |
| | **TOTAL FEES** | 88.30 | $68,766.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 6.90 | x | $1,150.00 | = | $7,935.00 |
| Boris Mankovetskiy | 9.10 | x | $985.00 | = | $8,963.50 |
| Gregory A. Kopacz | 42.80 | x | $850.00 | = | $36,380.00 |
| Oleh Matviyishyn | 29.50 | x | $525.00 | = | $15,487.50 |

Disbursement Detail

| | | |
|---|---|---|
| 08/26/25 | B&W Copies | $472.20 |
| 08/26/25 | Color Copies | $36.00 |
| 07/28/25 | Postage | $197.83 |
| | Total Disbursements | $706.03 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $68,766.00 |
| Total Disbursements | $706.03 |
| **TOTAL THIS INVOICE** | **$69,472.03** |