B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re  New Rite Aid, LLC                        ,           Case No.    25-14861

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Trust, National Association, as Trustee, for the benefit of the registered holders of Wells Fargo Commercial Mortgage Trust 2017-C38, Commercial Mortgage Pass Through Certificates, Series 2017-C38 | TCF Allentown LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Llynn K. White, Polsinelli PC
7676 Forsyth Blvd., Suite 800, St. Louis, MO 63105

Phone:  (314) 552-6804
Last Four Digits of Acct #:   5657

Court Claim # (if known):   1331
Amount of Claim:   $543,884.58
Date Claim Filed:   August 8, 2025

Phone:   609-219-7458
Last Four Digits of Acct. #:   N/A

Name and Address where transferee payments should be sent (if different from above):

N/A

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Llynn K. White                              Date:         September 10, 2025
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset                                                     Save As...                Print