| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>By: Corinne Samler Brennan (# 015082007)<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08053<br>Telephone: (856) 486-7900<br>cbrennan@klehr.com<br>*Counsel to Audubon Square, Inc.* | |
| In re:<br><br>    NEW RITE AID, LLC, et al.,<br><br>                                                    Debtors. | Case No.:    25-14861<br><br>Judge:    Michael B. Kaplan<br><br>Chapter:    11 |

### PRAECIPE TO WITHDRAW LIMITED OBJECTION, JOINDER, AND RESERVATION OF RIGHTS OF AUDUBON SQUARE, INC. TO THE TWENTY-NINTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES WITHOUT PREJUDICE

Kindly withdraw the Limited Objection, Joinder, and Reservation of Rights of Audubon Square, Inc. to the Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases Without Prejudice (the "Limited Objection"), which Limited Objection was filed with this Court on September 5, 2025, at Docket No. 2336.

                                                     **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    */s/Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        10000 Lincoln Drive East, Suite 201
        Marlton, NJ  08053
        Telephone: (856) 486-7900

        *Counsel to Audubon Square, Inc.*

Date:    September 26, 2025

11739339.v1