| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL D. SIROTA, ESQ. IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, MICHAEL D. SIROTA, ESQ. pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("**Cole Schotz**"). Cole Schotz is a law firm of over 200 attorneys, having its principal offices at Court

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, the District of Columbia and Florida. This supplemental declaration (the "**Second Supplemental Declaration**") is submitted pursuant to sections 327, 329, and 504 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1.[2]

2. I submit this Second Supplemental Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 341] (the "**Application**") and the *Order Approving the Employment and Retention of Cole Schotz P.C. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 783].

3. On September 9, 2025, I submitted my first supplemental declaration [Docket No. 2386] (the "**First Supplemental Declaration**") in support of the Application disclosing certain connections Cole Schotz has to parties in interest in these Chapter 11 Cases, as set forth on Schedule 1 thereto. None of the connections identified on Schedule 1 represented more than 1% of Cole Schotz's revenue for the 2023 or 2024 calendar years. Further, the services provided to any current client identified on Schedule 1 are wholly unrelated to Cole Schotz's representation of the Debtors in these Chapter 11 Cases.

4. Accordingly, to the best of my knowledge and insofar as I have been able to ascertain, I believe that Cole Schotz remains (i) a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (ii) has no connection to the Debtors, their creditors or other parties in interest, except as disclosed in my prior declarations and herein.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2025

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA