**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | In re New Rite Aid LLC, *et al.*[1] | Applicant: | Willkie Farr & Gallagher LLP |
| Case No.: | 25-14861 (MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | Chapter 11 | Case Filed: | May 5, 2025 |

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. __1__     or     ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $2,166,074.50 | $13,506.67 |
| Total Fees Allowed To Date:[2] | $1,457,311.60 | $9,594.30 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $364,327.90 | $0.00 |
| Total Received By Applicant: | $1,457,311.60 | $9,594.30 |

| | |
|---|---|
| Fee Totals: | $2,166,074.50 |
| Disbursements Totals: | $13,506.67 |
| Total Fee Application: | $2,179,581.17 |

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] These amounts have been allowed pursuant to monthly fee statements.

| Name of Professional and Title | Year Admitted[3] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 150.8 | $1,825.00 | $275,210.00 |
| Aimee Contreras-Camua<br>Partner | 1998 (California) | 0.3 | $2,025.00 | $607.50 |
| Weston T. Eguchi<br>Partner | 2006 | 22.8 | $2,225.00 | $50,730.00 |
| Melissa Fischetti<br>Partner | 2014 | 4.6 | $1,825.00 | $8,395.00 |
| Todd M. Goren<br>Partner | 2003 | 182.3 | $2,350.00 | $428,405.00 |
| Paul Labov<br>Partner | 2003 | 31.2 | $2,350.00 | $73,320.00 |
| Vadim Mahmoudov<br>Partner | 2000 | 2.3 | $2,500.00 | $5,750.00 |
| Brett H. Miller<br>Partner | 1992 | 100.5 | $2,500.00 | $251,250.00 |
| Mark Stancil<br>Partner | 2002 (D.C.) | 1.0 | $2,500.00 | $2,500.00 |
| Craig A. Damast<br>Counsel | 1992 | 39.9 | $1,650.00 | $65,835.00 |
| Drishti Barar<br>Associate | 2025 | 35.9 / 2.0 | $625.00 / $825.00 | $22,437.50 / $1,650.00 |
| Michael Botfeld<br>Associate | 2022 (California) | 1.8 | $1,225.00 | $2,205.00 |
| Zachary Charlton<br>Associate | 2025 | 8.2 | $825.00 | $6,765.00 |
| Sean Daly<br>Associate | 2015 | 43.8 | $1,400.00 | $61,320.00 |

---

[3]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

| | | | | |
|---|---|---|---|---|
| Misha Emanoil<br>Associate | 2025 | 91.7 /<br>181.3 | $625.00 /<br>$825.00 | $57,312.50 /<br>$149,572.50 |
| Jessica Flynn<br>Associate | 2025 | 0.7 | $825.00 | $577.50 |
| Jessica D. Graber<br>Associate | 2022 | 300.1 | $1,325.00 | $397,632.50 |
| Marine Loison<br>Associate | 2024 | 262.8 | $1,025.00 | $269,370.00 |
| Chloe Lucatuorto<br>Associate | 2025 | 16.9 | $825.00 | $13,942.50 |
| Andrew Nesmith<br>Associate | 2024 | 2.8 | $1,025.00 | $2,870.00 |
| Anthony J. Vecchio<br>Associate | 2024 | 5.1 | $1,025.00 | $5,227.50 |
| William L. Gross<br>Associate | 2024 | 8.3 | $1,025.00 | $8,507.50 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and Discovery Attorney Programs | n/a | 4.8 | $720.00 | $3,456.00 |
| William Collins<br>Paralegal | n/a | 13.5 | $380.00 | $5,130.00 |
| Laura Guido<br>Senior Paralegal | n/a | 5.3 | $590.00 | $3,127.00 |
| Rohan Sasso<br>Paralegal | n/a | 29.7 | $380.00 | $11,286.00 |
| Lauren Walker<br>Paralegal | n/a | 5.2 | $380.00 | $1,976.00 |
| Joanna Zervaki<br>Paralegal | n/a | 0.4 | $380.00 | $152.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (19.8) | | ($20,445.00) |

| PROFESSIONAL TOTAL | | 1,536.2 | | $2,166,074.50 |
|---|---|---|---|---|

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 159.1 | $236,683.50 |
| Assumption and Rejection of Leases and Contracts (003) | 12.8 | $13,633.00 |
| Avoidance Action Analysis (004) | 11.4 | $10,765.00 |
| Budgeting (Case) (005) | 2.0 | $2,100.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 135.8 | $159,401.50 |
| Claims Administration and Objections (008) | 66.7 | $92,321.00 |
| Employee Benefits and Pensions (010) | 0.3 | $547.50 |
| Non-Willkie Fee Statements & Applications (011) | 3.3 | $3,749.00 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 360.6 | $567,706.50 |
| Other Litigation (014) | 12.1 | $19,020.00 |
| Meetings and Communications with Creditors (015) | 187.2 | $315,067.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 81.1 | $126,502.00 |
| Real Estate (018) | 2.3 | $3,427.50 |
| Relief from Stay and Adequate Protection (019) | 7.2 | $5,630.00 |
| Reporting (020) | 0.3 | $367.50 |

| | | |
|---|---|---|
| Tax (021) | 2.8 | $6,645.00 |
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 133.0 | $190,230.50 |
| First and Second Day Motions (025) | 76.0 | $89,124.50 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 136.5 | $163,427.50 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 24.2 | $23,357.50 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 23.3 | $25,294.00 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 5.0 | $5,125.00 |
| Time Entry Review (036) | 172.3 | $98,799.50 |
| Non-Willkie Retention Applications (037) | 19.9 | $23,559.50 |
| Willkie Retention Application (038) | 73.3 | $82,389.50 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (172.3) | ($98,799.50) |
| **SERVICES TOTALS** | 1,536.2 | $2,166,074.50 |

## SECTION III

## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| **Conferencing** | $501.00 |
| **Data Acquisition** | $11,802.89 |
| **Local Meals** | $608.34 |
| **Taxi, Car Services & Parking** | $332.64 |
| **Teleconferencing** | $261.80 |
| **TOTAL:** | $13,506.67 |

I certify under penalty of perjury that the above is true.


Date: September 26, 2025        */s/ Brett H. Miller*_____
                              Brett H. Miller, Esq.

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
      tgoren@willkie.com
      jburbage@willkie.com
      jgraber@willkie.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
      bmankovetskiy@sillscummis.com
      gkopacz@sillscummis.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>           Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## FIRST INTERIM APPLICATION OF
## WILLKIE FARR & GALLAGHER LLP FOR ALLOWANCE OF
## COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
## EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD FROM MAY 16, 2025 THROUGH AUGUST 31, 2025

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Willkie Farr & Gallagher LLP ("Willkie") submits its *First Interim Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 16, 2025 through August 31,*

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2025 (the "Application").  By this Application, Willkie seeks interim allowance of compensation in the amount of $2,166,074.50 and reimbursement for actual and necessary expenses in the amount of $13,506.67, for a total allowance of $2,179,581.17, and payment of such unpaid fees and expenses for the period from May 16, 2025 through August 31, 2025 (the "Interim Period"), and states as follows:

## **Background**

1.     On May 5, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.     Willkie was retained as counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to this Court's *Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [D.I. 1457].

## **Statement from Willkie**

3.     Consistent with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, Willkie responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | The fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are not higher by 10% or more. |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes | | Willkie spent 172.3 hours, totaling $98,799.50 in fees, reviewing and revising time records in connection with services performed during the Interim Period, but is not seeking payment of those fees. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. | Yes | | Willkie spent 172.3 hours, totaling $98,799.50 in fees, reviewing and revising time records for privilege and completeness during the Interim Period, but is not seeking payment of those fees. |
| If the fee application includes any rate increases since retention in the case: <br>   i.   Did your client review and approve those rate increases? <br>   ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | N/A | The fee application does not include any rate increases since retention in the case. |

## **Fee Statements**

4.      The fee statements for the Interim Period are attached as **Exhibit G**.  Willkie believes

that this Application reasonably complies with sections 330 and 331 of the Bankruptcy Code, the

Bankruptcy Rules, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11*

*Debtors and Trustees*, the *Guidelines for Reviewing Applications for Compensation and*

*Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*

*Effective November 1, 2013*, the local bankruptcy rules, and applicable Third Circuit law.

## **Actual and Necessary Expenses**

5.     Detailed information regarding Willkie's expenses is included in **Exhibit G**.

## **Summary of Services by Project**

A.     <u>Asset Disposition</u>

Fees: $236,683.50;     Total Hours: 159.1

This category includes time spent: (a) analyzing sale matters and conducting related research and analysis, including addressing sale closing issues, reviewing and analyzing notices of sale transactions and sale agreements, and attending certain remaining assets and leases auctions; and (b) communicating with the Debtors and their advisors regarding the foregoing and other matters.

B.     <u>Assumption and Rejection of Leases and Contracts</u>

Fees: $13,633.00;     Total Hours: 12.8

This category includes time spent: (a) analyzing executory contract and lease rejection orders filed by the Debtors and (b) communicating with creditors and the Debtors regarding the same.

C.     <u>Avoidance Action Analysis</u>

Fees: $10,765.00;     Total Hours: 11.4

This category includes time spent researching the treatment of preference claims and actions.

D.     <u>Budgeting</u>

Fees: $2,100.00;     Total Hours: 2.0

This category includes time spent drafting Willkie's budget for these chapter 11 cases.

E.   <u>Case Administration</u>

Fees: $159,401.50;   Total Hours: 135.8

This category includes time spent addressing administrative matters related to Willkie's representation of the Committee in these chapter 11 cases, including time spent: (a) preparing for committee meetings and hearings; (b) reviewing and analyzing the "critical dates" calendar and upcoming meetings and hearings; (c) attending and participating in meetings with the Debtors' advisors regarding open issues, strategic case alternatives, and ongoing negotiations with various parties in interest, including related disputes; (d) finalizing documents for filing; and (e) communicating with the Committee, the Debtors' advisors, parties in interest, and counsel to various creditors regarding the foregoing and other matters.

F.   <u>Claims Administration and Objections</u>

Fees: $92,321.00;   Total Hours: 66.7

This category includes time spent: (a) reviewing and analyzing the Debtors' administrative claims procedures and (b) communicating with the Debtors' advisors, the Committee, the Committee's advisors, and creditors regarding claims and other related matters.

G.   <u>Employee Benefits and Pensions</u>

Fees: $547.50;   Total Hours: 0.3

This category includes time spent analyzing WARN liability issues.

H.   <u>Non-Willkie Fee Statements & Applications</u>

Fees: $3,749.00;   Total Hours: 3.3

This category includes time spent: (a) reviewing and revising the fee statements and related applications filed by the Committee's other professionals in these chapter 11 cases and (b) analyzing the fee statements and fee applications of the Debtors' advisors.

I.      Financing and Cash Collateral

        Fees: $567,706.50;      Total Hours: 360.6

This category includes time spent: (a) reviewing the Debtors' financing documents, proposed orders, and DIP motion; (b) negotiating with the respective professionals for the Debtors and the DIP lenders certain improvements to the Debtors' proposed DIP financing facility that benefitted all general unsecured creditors and resolved the Committee's objection; and (c) drafting and filing the *Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Obtain Senior-Secured, Superpriority, Postpetition Financing* [D.I. 1094].

J.      Other Litigation

        Fees: $19,020.00;      Total Hours: 12.1

This category includes time spent: (a) analyzing the Debtors' adversary complaint against McKesson Corporation to avoid and recover avoidable transfers and for equitable subordination and (b) reviewing the pleadings and scheduling in the CVS appeal.

K.      Meetings and Communications with Creditors

        Fees: $315,067.50;      Total Hours: 187.2

This category includes time spent: (a) preparing for and attending meetings with the Committee regarding case issues and pending case matters, including DIP and plan negotiations, ongoing litigations, and discussions regarding strategic exit alternatives, and (b) communicating with the Committee's counsel, creditors, and other parties in interest regarding plan, lease, claims, and other case matters.

L.      Plan and Disclosure Statement

Fees: $126,502.00;      Total Hours: 81.1

This category includes time spent: (a) reviewing and revising the Debtors' chapter 11 plan and related documents and conducting related research and analysis, including analyzing the lenders' proposed comments to the plan; (b) reviewing and commenting on the Debtors' disclosure statement and conducting related research and analysis; (c) analyzing the Debtors' combined solicitation procedure and dismissal motion and related documents, including ballots for voting creditors and notices for non-voting creditors; and (d) communicating with the Debtors' advisors, the Committee, related parties in interest, and creditors regarding the foregoing and related matters.

M.      Real Estate

Fees: $3,427.50;      Total Hours: 2.3

This category includes time spent: (a) analyzing real estate inquiries and issues in connection with the Debtors' DIP orders, asset dispositions, store closings, payment of stub rent, and assumption and rejection of leases, and (b) communicating with the Debtors' advisors, the Committee, relevant parties in interest, and creditors regarding the foregoing and related matters.

N.      Relief from Stay and Adequate Protection

Fees: $5,630.00;      Total Hours: 7.2

This category includes time spent: (a) analyzing motions and related pleadings filed by creditors and parties in interest in these chapter 11 cases concerning requests to lift the automatic stay or obtain adequate protection and (b) communicating with the Debtors' advisors, the Committee, relevant parties in interest, and creditors regarding the foregoing and related matters.

O.  Reporting

Fees: $367.50;        Total Hours: 0.3

This category includes time spent communicating with the Committee's advisors regarding the Debtors' monthly operating reports.

P.  Tax

Fees: $6,645.00;       Total Hours: 2.8

This category includes time spent reviewing and analyzing the Debtors' tax attributes.

Q.  Hearings

Fees: $190,230.50;     Total Hours: 133.0

This category includes time spent preparing for, attending, and participating in hearings throughout the Interim Period, including the second day hearings, the hearings regarding the sale of the Debtors' Thrifty ice cream business and pharmacy assets, the Final DIP hearing, the hearing regarding the Debtors' motion to compel performance under the sale order from CVS, status conferences on the Debtors' DIP motion, and a hearing on various creditors' motions for relief from the automatic stay.

R.  First and Second Day Motions

Fees: $89,124.50;      Total Hours: 76.0

This category includes time spent: (a) addressing matters related to the Debtors' first day motions filed in these chapter 11 cases, including reviewing and analyzing the first day motions and negotiating associated orders with the Debtors' advisors for the benefit of all unsecured creditors; (b) addressing matters related to the Debtors' second day motions filed in these chapter 11 cases, including analyzing retention materials of the Debtors' ordinary course professionals and other "second day" motions, and negotiating associated orders with the Debtors' advisors for the benefit

of all unsecured creditors; and (c) communicating with the Debtors' advisors, the Committee, related

parties in interest, and creditors regarding the foregoing and related matters.

     S.     <u>Lien Investigations</u>

     Fees: $163,427.50;     Total Hours: 136.5

This category includes time spent addressing matters related to the Committee's investigation

of the perfection of prepetition liens on the Debtors' assets.

     T.     <u>Other Motions/Applications</u>

     Fees: $23,357.50;     Total Hours: 24.2

This category includes time spent: (a) analyzing motions and objections filed to various

motions in these chapter 11 cases and communicating with the Debtors' professionals regarding such

motions and objections and (b) communicating with the Committee, the Committee's advisors, and

the Debtors' advisors regarding the foregoing and related matters.

     U.     <u>Willkie Fee Statements and Applications</u>

     Fees: $25,294.00;     Total Hours: 23.3

This category includes time spent: (a) preparing Willkie's first, second, and third monthly

fee statements, as well as addressing matters related to the same; (b) analyzing certificates of no

objection for monthly fee statements; and (c) communicating with the Committee, Committee

professionals, and the U.S. Trustee regarding the foregoing and related matters.

     V.     <u>Governmental/Regulatory and Foreign Law Matters</u>

     Fees: $5,125.00;     Total Hours: 5.0

This category includes time spent reviewing and analyzing settlement agreements between

the Debtors and governmental entities in Rite Aid's first chapter 11 cases.

W.    <u>Time Entry Review</u>

Fees: $98,799.50;    Total Hours: 172.3

This category includes time spent by Willkie reviewing and revising attorney and paraprofessional time entries to assist in the preparation of Willkie's monthly fee statements. Willkie is not seeking payment for any of the time that it spent in connection with this task code.

X.    <u>Non-Willkie Retention Applications</u>

Fees: $23,559.50;    Total Hours: 19.9

This category includes time spent reviewing and revising the retention applications of the Committee's other professionals.

Y.    <u>Willkie Retention Application</u>

Fees: $82,389.50;    Total Hours: 73.5

This category includes time spent: (a) drafting and filing Willkie's retention application and supplemental declarations in support of its retention [D.I.s 1443, 1522] and (b) addressing inquiries by the U.S. Trustee regarding Willkie's retention.

**<u>Requested Relief</u>**

6.    By this Application, Willkie requests that the Court allow, authorize, and direct payment of one-hundred percent (100%) of the fees and expenses incurred by Willkie during the Interim Period.

7.    All services for which Willkie requests compensation were performed for or on behalf of the Committee.

8.    There is no agreement or understanding between Willkie and any other person other than the partners at Willkie for the sharing of compensation to be received for services rendered in these chapter 11 cases.

10

9.      The fees and related expenses for which Willkie requests interim allowance were rendered and incurred in the discharge of Willkie's professional responsibilities as co-counsel for the Committee.  Additional professionals worked on these chapter 11 cases during the Interim Period than previously projected under the staffing plan in **Exhibit C-2** in connection with the unanticipated mortgage review undertaken as part of the Committee's lien investigation.  Willkie's services have been necessary and beneficial to the Committee and general unsecured creditors as a whole.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of compensation and reimbursement of expenses requested by Willkie is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

11.     Willkie has reviewed the requirements of D.N.J. LBR 2016-1 and D.N.J. LBR 2016-3 and believes that this Application substantially complies therewith.

*[remainder of page intentionally left blank]*

**WHEREFORE**, Willkie respectfully requests that the Court enter an order providing that an interim allowance be made to Willkie for the Interim Period in the sum of $2,166,074.50 as compensation and $13,056.67 as reimbursement for actual and necessary expenses, for a total of $2,179,581.17; that the Debtors be authorized and directed to pay to Willkie the outstanding amount of such fees and expenses; and for such additional relief as is appropriate.

Respectfully submitted,

Dated:  September 26, 2025

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Brett H. Miller*
Brett H. Miller, Esq.
Todd M. Goren, Esq.
James H. Burbage, Esq.
Jessica D. Graber, Esq.
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Co-Counsel to the Official Committee of Unsecured Creditors*

**DECLARATION**

STATE OF NEW YORK
COUNTY OF NEW YORK

I, Brett H. Miller, after being duly sworn according to law, deposes and says:

1.      I am an attorney at law and a partner of the applicant law firm Willkie Farr &

Gallagher LLP ("Willkie").

2.      I am familiar with the legal services rendered by Willkie as co-counsel to the

Committee.

3.      I have reviewed the foregoing Application and the facts therein are true and correct

to the best of my knowledge, information, and belief.

4.      I have reviewed D.N.J. LBR 2016-1 and D.N.J. LBR 2016-3 and believe that the

Application substantially complies therewith.

Dated: September 26, 2025

                                              /s/ *Brett H. Miller*
                                              Brett H. Miller

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed by New York Office During Interim Period** | **Billed During Interim Period** |
| Partner | $2,121.05 | $2,186.03 |
| Counsel / Senior Counsel | $1,829.95 | $1,650.00 |
| Associates | $1,315.13 | $1,102.95 |
| Law Clerks | $663.44 | $625.00 |
| Discovery Attorneys | N/A | N/A |
| Paraprofessionals | $444.76 | $426.60 |
| Total Blended (Attorneys and Paraprofessionals) | $1,521.61 | $1,410.02 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name of Professional and Title | Department, Group, or Sections | Year Admitted[1] | Hours | Rate | Fee |
|---|---|---|---|---|---|
| James H. Burbage Partner | Restructuring | 2016 | 150.8 | $1,825.00 | $275,210.00 |
| Aimee Contreras-Camua Partner | Real Estate | 1998 (California) | 0.3 | $2,025.00 | $607.50 |
| Weston T. Eguchi Partner | Finance | 2006 | 22.8 | $2,225.00 | $50,730.00 |
| Melissa Fischetti Partner | Real Estate | 2014 | 4.6 | $1,825.00 | $8,395.00 |
| Todd M. Goren Partner | Restructuring | 2003 | 182.3 | $2,350.00 | $428,405.00 |
| Paul Labov Partner | Restructuring | 2003 | 31.2 | $2,350.00 | $73,320.00 |
| Vadim Mahmoudov Partner | Tax | 2000 | 2.3 | $2,500.00 | $5,750.00 |
| Brett H. Miller Partner | Restructuring | 1992 | 100.5 | $2,500.00 | $251,250.00 |
| Mark Stancil Partner | Litigation | 2002 (D.C.) | 1.0 | $2,500.00 | $2,500.00 |
| Craig A. Damast Counsel | Restructuring | 1992 | 39.9 | $1,650.00 | $65,835.00 |
| Drishti Barar Associate | Finance | 2025 | 35.9 / 2.0 | $625.00 / $825.00 | $22,437.50 / $1,650.00 |

---

[1]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

| | | | | | |
|---|---|---|---|---|---|
| Michael Botfeld<br>Associate | Real Estate | 2022 (California) | 1.8 | $1,225.00 | $2,205.00 |
| Zachary Charlton<br>Associate | Restructuring | 2025 | 8.2 | $825.00 | $6,765.00 |
| Sean Daly<br>Associate | Finance | 2015 | 43.8 | $1,400.00 | $61,320.00 |
| Misha Emanoil<br>Associate | Restructuring | 2025 | 91.7 /<br>181.3 | $625.00 / $825.00 | $57,312.50 /<br>$149,572.50 |
| Jessica Flynn<br>Associate | Restructuring | 2025 | 0.7 | $825.00 | $577.50 |
| Jessica D. Graber<br>Associate | Restructuring | 2022 | 300.1 | $1,325.00 | $397,632.50 |
| Marine Loison<br>Associate | Restructuring | 2024 | 262.8 | $1,025.00 | $269,370.00 |
| Chloe Lucatuorto<br>Associate | Real Estate | 2025 | 16.9 | $825.00 | $13,942.50 |
| Andrew Nesmith<br>Associate | Real Estate | 2024 | 2.8 | $1,025.00 | $2,870.00 |
| Anthony J. Vecchio<br>Associate | Litigation | 2024 | 5.1 | $1,025.00 | $5,227.50 |
| William L. Gross<br>Associate | Real Estate | 2024 | 8.3 | $1,025.00 | $8,507.50 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and Discovery Attorney Programs | | n/a | 4.8 | $720.00 | $3,456.00 |

| William Collins<br>Paralegal | Restructuring | n/a | 13.5 | $380.00 | $5,130.00 |
|---|---|---|---|---|---|
| Laura Guido<br>Senior Paralegal | Restructuring | n/a | 5.3 | $590.00 | $3,127.00 |
| Rohan Sasso<br>Paralegal | Restructuring | n/a | 29.7 | $380.00 | $11,286.00 |
| Lauren Walker<br>Paralegal | Restructuring | n/a | 5.2 | $380.00 | $1,976.00 |
| Joanna Zervaki<br>Paralegal | Restructuring | n/a | 0.4 | $380.00 | $152.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | | (19.8) | | ($20,445.00) |
| **PROFESSIONAL TOTAL** | | | 1536.2 | | $2,166,074.50 |

**EXHIBIT C-1**

**BUDGET FOR THE FIRST INTERIM APPLICATION PERIOD**

| Task Code | Matter Description | Estimated Hours | Estimated Fees[1] |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.0 | $13,601.30 |
| 2 | Asset Disposition | 95.0 | $129,212.35 |
| 3 | Assumption and Rejection of Leases and Contracts | 15.0 | $20,401.95 |
| 4 | Avoidance Action Analysis | 15.0 | $20,401.95 |
| 5 | Budgeting (Case) | 5.0 | $6,800.65 |
| 6 | Business Operations | 30.0 | $40,803.90 |
| 7 | Case Administration | 150.0 | $204,019.50 |
| 8 | Claims Administration and Objections | 45.0 | $61,205.85 |
| 10 | Employee Benefits and Pensions | 5.0 | $6,800.65 |
| 11 | Employment and Fee Applications | 30.0 | $40,803.90 |
| 12 | Employment and Fee Application Objections | 0.0 | $0.00 |
| 13 | Financing and Cash Collateral | 400.0 | $544,052.00 |
| 14 | Other Litigation | 45.0 | $61,205.85 |
| 15 | Meetings and Communications with Creditors | 200.0 | $272,026.00 |
| 16 | Non-Working Travel (billed at 50%) | 10.0 | $13,601.30 |
| 17 | Plan and Disclosure Statement | 100.0 | $136,013.00 |
| 18 | Real Estate | 20.0 | $27,202.60 |
| 19 | Relief from Stay and Adequate Protection | 20.0 | $27,202.60 |
| 20 | Reporting | 20.0 | $27,202.60 |
| 21 | Tax | 5.0 | $6,800.65 |
| 22 | Valuation | 0.0 | $0.00 |
| 23 | Discovery | 20.0 | $27,202.60 |
| 24 | Hearings | 150.0 | $204,019.50 |
| 25 | First and Second Day Motions | 100.0 | $136,013.00 |
| 26 | Claims Investigation | 30.0 | $40,803.90 |
| 27 | Lien Investigation | 125.0 | $170,016.25 |
| 28 | Intercompany Claims | 5.0 | $6,800.65 |
| 29 | Other Motions/Applications | 50.0 | $68,006.50 |
| 30 | Schedules and Statements | 5.0 | $6,800.65 |
| 31 | Insurance | 5.0 | $6,800.65 |
| 32 | Willkie Fee Statements and Applications | 40.0 | $54,405.20 |
| 33 | Fee Objection Discussion and Litigation | 0.0 | $0.00 |
| 34 | Mediation | 10.0 | $13,601.30 |

---

[1]    Using an estimated average hourly rate of $1,360.13.

| 35 | Governmental/Regulatory | 0.0 | $0.00 |
| 36 | Time Entry Review | 100.0 | $136,013.00 |
| 37 | Non-Willkie Retention Applications | 20.0 | $27,202.60 |
| 38 | Willkie Retention Application | 50.0 | $68,006.50 |
| **Total Requested:** | | **1,930.0** | **$2,625,050.90** |

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant.  If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 6 | $1,883.55 |
| Counsel | 1 | $1,695.52 |
| Associates | 9 | $1,108.45 |
| Law Clerks | 2 | $566.84 |
| Discovery / Document Review Attorneys | 0 | $0.00 |
| Paralegals / Other Professionals | 3 | $405.84 |
| **All timekeepers aggregated** | **21** | **$1,360.13** |

**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT | HOURS BUDGETED | FEES BUDGETED |
|---|---|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 | 10.0 | $13,601.30 |
| Asset Disposition (002) | 159.1 | $236,683.50 | 95.0 | $129,212.35 |
| Assumption and Rejection of Leases and Contracts (003) | 12.8 | $13,633.00 | 15.0 | $20,401.95 |
| Avoidance Action Analysis (004) | 11.4 | $10,765.00 | 15.0 | $20,401.95 |
| Budgeting (Case) (005) | 2.0 | $2,100.00 | 5.0 | $6,800.65 |
| Business Operations (006) | 0.0 | $0.00 | 30.0 | $40,803.90 |
| Case Administration (007) | 135.8 | $159,401.50 | 150.0 | $204,019.50 |
| Claims Administration and Objections (008) | 66.7 | $92,321.00 | 45.0 | $61,205.85 |
| Employee Benefits and Pensions (010) | 0.3 | $547.50 | 5.0 | $6,800.65 |
| Non-Willkie Fee Statements & Applications (011) | 3.3 | $3,749.00 | 30.0 | $40,803.90 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 360.6 | $567,706.50 | 400.0 | $544,052.00 |
| Other Litigation (014) | 12.1 | $19,020.00 | 45.0 | $61,205.85 |
| Meetings and Communications with Creditors (015) | 187.2 | $315,067.50 | 200.0 | $272,026.00 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 | 10.0 | $13,601.30 |
| Plan and Disclosure Statement (017) | 81.1 | $126,502.00 | 100.0 | $136,013.00 |
| Real Estate (018) | 2.3 | $3,427.50 | 20.0 | $27,202.60 |
| Relief from Stay and Adequate Protection (019) | 7.2 | $5,630.00 | 20.0 | $27,202.60 |
| Reporting (020) | 0.3 | $367.50 | 20.0 | $27,202.60 |

| PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT | HOURS BUDGETED | FEES BUDGETED |
|---|---|---|---|---|
| Tax (021) | 2.8 | $6,645.00 | 5.0 | $6,800.65 |
| Valuation (022) | 0.0 | $0.00 | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 | 20.0 | $27,202.60 |
| Hearings (024) | 133.0 | $190,230.50 | 150.0 | $204,019.50 |
| First and Second Day Motions (025) | 76.0 | $89,124.50 | 100.0 | $136,013.00 |
| Claims Investigation (026) | 0.0 | $0.00 | 30.0 | $40,803.90 |
| Lien Investigation (027) | 136.5 | $163,427.50 | 125.0 | $170,016.25 |
| Intercompany Claims (028) | 0.0 | $0.00 | 5.0 | $6,800.65 |
| Other Motions/Applications (029) | 24.2 | $23,357.50 | 50.0 | $68,006.50 |
| Schedules and Statements (030) | 0.0 | $0.00 | 5.0 | $6,800.65 |
| Insurance (031) | 0.0 | $0.00 | 5.0 | $6,800.65 |
| Willkie Fee Statements and Applications (032) | 23.3 | $25,294.00 | 40.0 | $54,405.20 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 | 10.0 | $13,601.30 |
| Governmental/Regulatory and Foreign Law Matters (035) | 5.0 | $5,125.00 | 0.0 | $0.00 |
| Time Entry Review (036) | 172.3 | $98,799.50 | 100.0 | $136,013.00 |
| Non-Willkie Retention Applications (037) | 19.9 | $23,559.50 | 20.0 | $27,202.60 |
| Willkie Retention Application (038) | 73.3 | $82,389.50 | 50.0 | $68,006.50 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (172.3) | ($98,799.50) | | |
| **Total** | **1,536.2** | **$2,166,074.50** | **1,930.0** | **$2,625,050.90** |

**EXHIBIT E**

**SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY**

| Expense Category | Total Expenses |
|---|---|
| Conferencing | $501.00 |
| Data Acquisition | $8,958.68 |
| Local Meals | $608.34 |
| Taxi, Car Services & Parking | $332.64 |
| Teleconferencing | $261.80 |
| **TOTAL** | $13,506.67 |

# EXHIBIT F

# COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of applicant: | Willkie Farr & Gallagher LLP |
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | May 16, 2025 – August 31, 2025 |
| Total compensation sought this period: | $2,166,074.50 |
| Total expenses sought this period: | $13,506.67 |
| Petition date: | May 5, 2025 |
| Retention date: | July 15, 2025 *nunc pro tunc* to May 16, 2025 |
| Date of order approving employment: | July 15, 2025 |
| Blended rate in this application for all attorneys: | $1,520.00 |
| Blended rate in this application for all timekeepers: | $1,410.02 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $1,457,311.60 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $9,594.30 |
| Number of professionals included in this application: | 28 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period:$ | $458,976.40 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 15 |
| Are any rates higher than those approved or disclosed at retention?  If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No. |

**EXHIBIT G**

**MONTHLY FEE STATEMENTS**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## <u>ATTORNEY MONTHLY FEE STATEMENT COVER SHEET</u>
## <u>FOR THE PERIOD MAY 16, 2025 THROUGH JUNE 30, 2025</u>

In re New Rite Aid LLC, *et al.*[1]                    Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)                    Client: Official Committee of Unsecured
                                                      Creditors

Chapter 11                                             Case Filed: May 5, 2025


COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

<u>RETENTION ORDER ATTACHED</u>


                                        */s/ Brett H. Miller*          7/25/2025
                                        BRETT H. MILLER              Date

---

[1]    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the
       Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
       website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The
       location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these
       chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
May 16, 2025 through June 30, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $1,400,909.00 |
| Disbursement Total | $9,438.54 |
| Total Fees Plus Disbursements | $1,410,347.54 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $0.00 |
| Total Fees and Expenses Allowed to Date | $0.00 |
| Total Retainer Remaining | n/a |
| Total Holdback | $0.00 |
| Total Received by Applicant | $0.00 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 112.9 | $1,825.00 | $206,042.50 |
| Aimee Contreras-Camua<br>Partner | 1998<br>(California) | 0.3 | $2,025.00 | $607.50 |
| Weston T. Eguchi<br>Partner | 2006 | 21.4 | $2,225.00 | $47,615.00 |
| Melissa Fischetti<br>Partner | 2014 | 4.6 | $1,825.00 | $8,395.00 |
| Todd M. Goren<br>Partner | 2003 | 99.2 | $2,350.00 | $233,120.00 |
| Vadim Mahmoudov<br>Partner | 2000 | 2.3 | $2,500.00 | $5,750.00 |
| Brett H. Miller<br>Partner | 1992 | 77.5 | $2,500.00 | $193,750.00 |
| Mark Stancil<br>Partner | 2002 (D.C.) | 1.0 | $2,500.00 | $2,500.00 |
| Craig A. Damast<br>Counsel | 1992 | 30.1 | $1,650.00 | $49,665.00 |
| Drishti Barar<br>Associate | 2025 | 35.9 /<br>1.0 | $625.00 /<br>$825.00 | $22,437.50 /<br>$825.00 |
| Michael Botfeld<br>Associate | 2022<br>(California) | 1.8 | $1,225.00 | $2,205.00 |
| Zachary Charlton<br>Associate | 2025 | 5.6 | $825.00 | $4,620.00 |
| Sean Daly<br>Associate | 2015 | 42.0 | $1,400.00 | $58,800.00 |
| Misha Emanoil<br>Associate | 2025 | 91.7 /<br>89.1 | $625.00 /<br>$825.00 | $57,312.50 /<br>$73,507.50 |

---

[2]   Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

| | | | | |
|---|---|---|---|---|
| Jessica D. Graber<br>Associate | 2022 | 170.2 | $1,325.00 | $225,515.00 |
| Marine Loison<br>Associate | 2024 | 157.4 | $1,025.00 | $161,335.00 |
| Chloe Lucatuorto<br>Associate | 2025 | 16.9 | $825.00 | $13,942.50 |
| Andrew Nesmith<br>Associate | 2024 | 2.8 | $1,025.00 | $2,870.00 |
| Anthony J. Vecchio<br>Associate | 2024 | 5.1 | $1,025.00 | $5,227.50 |
| William L. Gross<br>Associate | 2024 | 8.3 | $1,025.00 | $8,507.50 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and<br>Discovery Attorney Programs | n/a | 3.6 | $720.00 | $2,592.00 |
| William Collins<br>Paralegal | n/a | 0.4 | $380.00 | $152.00 |
| Laura Guido<br>Senior Paralegal | n/a | 5.3 | $590.00 | $3,127.00 |
| Rohan Sasso<br>Paralegal | n/a | 23.2 | $380.00 | $8,816.00 |
| Lauren Walker<br>Paralegal | n/a | 4.4 | $380.00 | $1,672.00 |
| **PROFESSIONAL TOTAL** | | 1014.0 | | $1,400,909.00 |

<div style="border:1px solid black;">

## SECTION II
## SUMMARY OF SERVICES

</div>

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 104.6 | $167,307.50 |
| Assumption and Rejection of Leases and Contracts (003) | 9.4 | $11,012.50 |
| Avoidance Action Analysis (004) | 0.0 | $0.00 |
| Budgeting (Case) (005) | 1.0 | $825.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 98.7 | $111,150.00 |
| Claims Administration and Objections (008) | 25.5 | $23,572.50 |
| Employee Benefits and Pensions (010) | 0.3 | $547.50 |
| Non-Willkie Fee Statements & Applications (011) | 0.5 | $602.50 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 297.5 | $455,116.50 |
| Other Litigation (014) | 4.0 | $6,222.50 |
| Meetings and Communications with Creditors (015) | 112.9 | $196,377.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 20.6 | $31,623.00 |
| Real Estate (018) | 1.0 | $1,295.00 |
| Relief from Stay and Adequate Protection (019) | 7.2 | $5,630.00 |
| Reporting (020) | 0.0 | $0.00 |
| Tax (021) | 2.8 | $6,645.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 55.1 | $75,242.00 |
| First and Second Day Motions (025) | 76.00 | $89,124.50 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 112.2 | $127,112.50 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 19.6 | $17,732.50 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 0.0 | $0.00 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 5.0 | $5,125.00 |
| Time Entry Review (036) | 152.5 | $78,354.50 |
| Non-Willkie Retention Applications (037) | 14.3 | $16,487.00 |
| Willkie Retention Application (038) | 45.8 | $52,158.50 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (152.5) | ($78,354.50) |
| **SERVICES TOTALS** | 1014.0 | $1,400,909.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Data Acquisition | $8,958.68 |
| Local Meals | $80.00 |
| Taxi, Car Services & Parking | $332.64 |
| Teleconferencing | $67.22 |
| **DISBURSEMENTS TOTAL** | **$9,438.54** |

---

**SECTION IV**
**CASE HISTORY**

---

1.       Date cases filed: May 5, 2025

2.       Chapter under which cases commenced: Chapter 11

3.       Date of retention: July 15, 2025, *effective as of* May 16, 2025. *See* **Exhibit A** attached hereto.

        If limit on number of hours or other limitations to retention, set forth: n/a

4.       Summarize in brief the benefits to the estate and attach supplements as needed:[3]

        a.       The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including the second day hearings, the hearings regarding the sale of the Debtors' Thrifty ice cream business and pharmacy assets, status conferences on the Debtors' DIP motion, and a hearing on various creditors' motions for relief from the automatic stay.  The Applicant also drafted and filed the *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to Motion of Debtors Authorizing the Sale of Assets* [Docket No. 391].

        b.       The Applicant drafted and filed the *Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Obtain Senior-Secured, Superpriority, Postpetition Financing* [Docket No. 1094].  Thereafter, the Applicant negotiated with the respective professionals for the Debtors and the DIP lenders certain improvements to the Debtors' proposed DIP financing facility that benefitted all general unsecured creditors and resolved the Committee's objection.

        c.       The Applicant drafted its retention application and advised the Committee's other professionals regarding their respective retention applications.

        d.       The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, payment of stub rent, and assumption and rejection of leases.

        e.       The Applicant addressed numerous inbound inquiries from landlords and other creditors and worked to resolve related disputes.  The Applicant also drafted and filed the *Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion to Extend the Deadline to Assume or Reject Unexpired Leases Pursuant to Section 365(d)(4) of the Bankruptcy Code* [Docket No. 707].

---

[3]    The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

8

f.    The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

g.    The Applicant conducted an investigation into the perfection of prepetition liens on the Debtors' assets.

h.    The Applicant reviewed and analyzed the McKesson motion to compel payment of administrative expenses [Docket No. 655] and engaged in negotiations with the Debtors, McKesson, and the DIP lenders regarding the same; and

i.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

5.    This is the Applicant's first monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

**<u>Exhibit A</u>**

**Retention Order**



**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
       tgoren@willkie.com
       jburbage@willkie.com
       jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025**

    The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.    In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code,
Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain
and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on
the terms set forth in the Application and Miller Declaration, as may be modified herein, including
to perform the services set forth below:

a) advising the Committee in connection with its powers and duties under the
Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b) assisting and advising the Committee relative to the administration of these Chapter
11 Cases;

c) attending meetings and negotiating with the representatives of the Debtors and
other parties in interest;

d) assisting and advising the Committee in its examination and analysis of the conduct
of the Debtors' affairs;

e) assisting and advising the Committee in connection with any sale of the Debtors'
assets pursuant to section 363 of the Bankruptcy Code;

f) assisting the Committee in the review, analysis, and negotiation of any chapter 11
plan(s) of reorganization or liquidation that may be filed and assisting the
Committee in the review, analysis, and negotiation of the disclosure statement
accompanying any such plan(s);

g) taking all necessary actions to protect and preserve the interests of the Committee,
including:    (i)    possible    prosecution    of    actions    on    its    behalf;
(ii) if appropriate, negotiations concerning all litigation in which the Debtors are
involved; and (iii) if appropriate, the review and analysis of claims filed against the
Debtors' estates;

h) generally preparing on behalf of the Committee all necessary motions, applications,
answers, orders, reports, replies, responses, and papers in support of positions taken
by the Committee;

i) appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee,
and protecting the interests of the Committee before those courts and before the
U.S. Trustee; and

j) performing all other necessary legal services in these Chapter 11 Cases.

3.      Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.      Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.      Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.      Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.      Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.      This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.      To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.      Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit B**

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12520433
Client/Matter No. 136121.00001
July 23, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through June 30, 2025 as set out in the
attached detail

| | |
|---|---:|
| Asset Disposition | 167,307.50 |
| Assumption and Rejection of Leases and Contracts | 11,012.50 |
| Budgeting (Case) | 825.00 |
| Case Administration | 111,150.00 |
| Employee Benefits and Pensions | 547.50 |
| Non-Willkie Fee Statements & Applications | 602.50 |
| Financing and Cash Collateral | 455,116.50 |
| Other Litigation | 6,222.50 |
| Meetings and Communications with Creditors | 196,377.50 |
| Plan and Disclosure Statement | 31,623.00 |
| Real Estate | 1,295.00 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

New Rite Aid Official Committee of Unsecured Creditors                    Page  2
New Rite Aid Bankruptcy
Invoice No. 12520433
Client/Matter No. 136121.00001

Relief from Stay and Adequate Protection                                  5,630.00

Tax                                                                       6,645.00

Hearings                                                                  75,242.00

First and Second Day Motions                                             89,124.50

Claims Administration and Objections                                     23,572.50

Lien Investigation                                                       127,112.50

Other Motions/Applications                                               17,732.50

Governmental/Regulatory and Foreign Law Matters                          5,125.00

Non- Willkie Retention Applications                                      16,487.00

Willkie Retention Application                                            52,158.50

Disbursements and Other Charges                                          9,438.54

**Total this Invoice**                                     $     1,410,347.54

New Rite Aid Official Committee of Unsecured Creditors                                    Page 3
Invoice No. 12520433
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

## Asset Disposition

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 5/16/25 | M E | Corr. with Willkie team re: proposed sale orders. | 0.30 | $ | 187.50 |
| 5/17/25 | T G | Call w/ Debtors' professionals re sale process update (1.2); attend follow-up discussion w/ Willkie team re: same (.4); review/analyze Debtors' update presentation for UCC (.8). | 2.40 | | 5,640.00 |
| 5/17/25 | B M | Review/comment on the sale agreements and orders for the store/prescription sales (2.3); calls with the Debtors regarding the sale process and orders (1.4); call with Alix Partners regarding the sale analysis for the UCC (.7); prepare memorandum regarding the open sale issues (.5). | 4.90 | | 12,250.00 |
| 5/18/25 | B M | Review/comment on the updated sale materials from the Debtors (1.3); calls with the Debtors regarding the sale process, open issues and potential resolutions to objections (.8); prepare memorandum regarding the potential resolutions of sale objections (.5). | 2.60 | | 6,500.00 |
| 5/18/25 | JHB | Review/previse reservation of rights re: Pharmacy Asset Sale. | 0.40 | | 730.00 |
| 5/18/25 | J G | Draft reservation of rights re: sale pleadings and upcoming sale hearing (1.0); corr. with J. Burbage re: same (.1). | 1.10 | | 1,457.50 |
| 5/18/25 | M E | Review/analyze landlords' objection to sale (.1); corr. with Willkie team re: same (.1). | 0.20 | | 125.00 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 4
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/19/25 | CAD | Review/revise draft of Committee's statement/reservation of rights regarding sale orders and tomorrow's sale hearing (2x) (.9); correspondence w/ Willkie team regarding same and comments/next steps (.3); correspondence w/ J. Burbage regarding same (.1); correspondence w/ M. Emanoil regarding summaries of objections to sale of pharmacy assets (.2). | 1.50 | 2,475.00 |
|---------|-----|------|------|------|
| 5/19/25 | T G | Review/analyze draft CVS Sale order (.9) and asset purchase agreements (.7); correspondence w/ Debtors' advisors re: sale information (.3) and correspondence w/ UCC advisors re: same (.4); review/revise draft sale reservation of rights (.6) and correspondence w/ Willkie team re: same (.3); calls (multiple) w/ J Burbage re: same (.6); correspondence w/ Willkie team re: assumption/assignment process (.3); review/analyze sale objections (.7). | 4.80 | 11,280.00 |
| 5/19/25 | M E | Review/analyze Pharmacy Asset purchase agreements (.5); corr. with M. Loison re: same (.1); review/analyze objections regarding proposed sales (2.1); corr. with Willkie team re: same (.1). | 2.80 | 1,750.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 5
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/19/25 | JHB | Correspondence with T. Goren and B. Miller re: reservation of rights (.2); revise reservation of rights re: Pharmacy Asset Sale (1.7); corr. with C. Damast re: same (.2); correspondence with Willkie team re: filing same (.2); discussion with J. Graber re: revisions to reservation of rights (.2); review/analyze Walgreens and Omnibus sale orders (.8); corr. with Willkie team re: same (.4); call with J. Graber re: CVS sale order (.2); corr. with M. Emanoil re: sale objections (.4); call with S. Mitchell (Paul Weiss) re: same orders (.2); correspondence with J. Graber re: sale order for Remaining Assets (.5); corr. with M. Loison re: review of APAs for transfer of avoidance actions (.3). | 5.30 | 9,672.50 |
| 5/19/25 | J G | Review/analyze draft sale orders (.8) and pharmacy asset purchase agreements (1.0); summarize findings (.4); continuous corr. with J. Burbage and Willkie team re: same (.3); corr. with Debtors' counsel re: upcoming sale hearing (.2). | 2.70 | 3,577.50 |
| 5/19/25 | M E | Review/analyze remaining assets bidding procedures (.1); corr. with Willkie team re: same (.1). | 0.20 | 125.00 |
| 5/19/25 | CAD | Correspondence w/ Willkie team regarding asset purchase agreements for pharmacy assets and issues regarding contract and lease assumptions and avoidance actions (.3); correspondence w/ Willkie team regarding attended proposed sale orders (.2); correspondence w/ Willkie, Paul Weiss teams regarding notices to counterparties to assumed contracts (.2). | 0.70 | 1,155.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 6
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/19/25 | M L | Revise Committee statement and reservation of rights re: sale orders (.6); corr. with Willkie team re: same (.3); review/analyze redacted asset purchase agreements re: avoidance actions (2.7); corr. with J. Burbage re: same (.2); review/analyze objections to pharmacy asset sales (.3). | 4.10 | 4,202.50 |
|---------|-----|---|------|----------|
| 5/19/25 | JHB | Correspondence with M. Emanoil re: landlord objections. | 0.40 | 730.00 |
| 5/20/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding comments/questions regarding CVS asset purchase agreement and proposed sale orders (.2); review/analyze same (.2); correspondence w/ Alix, Willkie teams regarding same (.2); review/analyze Committee comments to proposed bidding procedures order (.1). | 0.70 | 1,155.00 |
| 5/20/25 | T G | Review/analyze updated drafts of sale orders (1.4); correspondence w/ Paul Weiss and Willkie team re: same (.6); correspondence w/ Alix re: remaining assets bid procedures (.3). | 2.30 | 5,405.00 |
| 5/20/25 | JHB | Correspondence with Paul Weiss team re: comments to various sale orders. | 0.20 | 365.00 |
| 5/20/25 | J G | Review/revise outstanding sale orders, APA, and remaining assets bidding procedures orders re: upcoming sale hearing (3.1); review/revise revised pleadings from Debtors re: same (1.7); continuous corr. with Willkie team, AlixPartners team, and Paul Weiss re: same (1.8). | 6.60 | 8,745.00 |
| 5/20/25 | M E | Review/analyze Jackson Investment (landlord) objection to closing locations. | 0.20 | 125.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 7
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/20/25 | M E | Review/analyze non-debtor pleadings re: motions for relief from the automatic stay, motions to compel payment of administrative expenses (3.7); corr. with J. Graber, M. Loison re: same (.2). | 3.90 | 2,437.50 |
|---|---|---|---|---|
| 5/21/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding chambers conference on proposed CVS sale order and DOJ/DEA issues (.2); review/analyze Debtors' omnibus reply in support of pharmacy asset sales (.2); discuss result of today's sale/bidding procedures hearing w/ Willkie team (.2); correspondence w/ Paul Weiss, Willkie teams regarding revised remaining asset sale dates/deadlines (.1); review/analyze revised proposed final bidding procedures order (.1); correspondence w/ J. Graber, Willkie team regarding same (.1). | 0.90 | 1,485.00 |
| 5/21/25 | T G | Review/analyze updated drafts of sale/bidding procedure orders (1.3); review/analyze Debtors' reply (.6); correspondence w/ creditors re: sale order questions/comments (.7). | 2.60 | 6,110.00 |
| 5/21/25 | M L | Review/analyze bidding procedures (.5); review/analyze declarations in support of Pharmacy Asset sales (.6); review/analyze Debtors' omnibus reply brief in support of pharmacy asset sales (.8). | 1.90 | 1,947.50 |
| 5/22/25 | CAD | Review/analyze Alix presentation to Committee regarding sale of pharmacy assets (.2); correspondence w/ Alix, Willkie teams regarding pharmacy sale results (.2). | 0.40 | 660.00 |
| 5/23/25 | M E | Review/analyze third notice of store closings, landlord cure objections (.8); corr. with Willkie team re: same (.1). | 0.90 | 562.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 8
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/23/25 | B M | Review/analyze the sale agreements and orders with CVS and parties (1.2); review/analyze the proposed sale procedures for the remaining assets (.9); prepare memorandum regarding the funding during the sale process (.4); attend call with Debtors' counsel regarding the next step for the sales (.6). | 3.10 | 7,750.00 |
|---------|-----|------|------|------|
| 5/27/25 | JHB | Correspondence with M. Emanoil re: going out of business Sale Motion. | 0.20 | 365.00 |
| 5/27/25 | M E | Review/analyze declarations in support of Debtors' store closing motion (.3); corr. with Willkie team re: same (.1). | 0.40 | 250.00 |
| 5/29/25 | M L | Review/analyze landlord objection to Debtors' sale notices and motions to compel administrative claims. | 0.40 | 410.00 |
| 5/30/25 | J G | Review/revise research re: 503(b)(9) analysis (.5); corr. with M. Loison and M. Emanoil re: same (.3). | 0.80 | 1,060.00 |
| 6/3/25 | M E | Review/analyze motions filed 6/3 re: motions for relief from the automatic stay and landlord objections to Debtors' motion to approve store closing procedures (1.8); corr. with Willkie team re: same (.3). | 2.10 | 1,732.50 |
| 6/4/25 | J G | Corr. with Willkie team re: pharmacy asset sale orders and landlords inquiries (.2); review/analyze same (.3). | 0.50 | 662.50 |
| 6/4/25 | M E | Review/analyze opposition, objections filed 6/4/25 re: landlord objections to Debtors' motion to approve store closing procedures (1.4); corr. with M. Loison, Willkie team re: same (.2). | 1.60 | 1,320.00 |
| 6/6/25 | M E | Review/analyze motions, Debtors' reply to landlord objections to Debtors' motion to extend 365(d)(4) objection deadline (2.2); corr. with Willkie team re: same (.1). | 2.30 | 1,897.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 9
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/10/25 | J G | Analyze form assumption and assignment agreement re: potential private sale (.4); corr. with AlixPartners (.2), J. Burbage (.2), and Debtors (.1) re: same; attention to outstanding inquiries re: same (.3). | 1.20 | 1,590.00 |
|---------|-----|---|------|----------|
| 6/11/25 | B M | Review/analyze the sales materials and potential purchasers (1.2); review/analyze the McKesson option for an alternative transaction (1.6); call with the Debtors and McKesson to discuss the alternative transaction (1.2); prepare memorandum regarding the McKesson alternative transaction (.6). | 4.60 | 11,500.00 |
| 6/16/25 | Z C | Corr. with Willkie team re: landlord closing notice objections (.7); review/analyze objections re: same (.4); corr. with M. Loison re: same (.1). | 1.20 | 990.00 |
| 6/17/25 | JHB | Correspondence with J. Graber re: lease sale issues. | 0.20 | 365.00 |
| 6/17/25 | Z C | Review/analyze objections re: store closing notices (.6); corr. with M. Loison, Willkie team re: same (.4); review and revise analysis re: same (.4). | 1.40 | 1,155.00 |
| 6/18/25 | Z C | Review/analyze filings re: store closing notices (.7); corr. with Willkie team re: same (.6). | 1.30 | 1,072.50 |
| 6/19/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding auction/asset sale status and related McKesson issues. | 0.20 | 330.00 |
| 6/19/25 | T G | Correspondence w/ Paul Weiss re: bid deadline/McKesson. | 0.20 | 470.00 |
| 6/19/25 | JHB | Call with M. Gates (AlixPartners) re: sale process update to the Committee (.2); correspondence with J. Graber re: same (.1). | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 10
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/19/25 | Z C | Review/analyze new filings re: store closing notices (.6); corr. with Willkie team re: same (.5). | 1.10 | 907.50 |
|---------|-----|--------------------------------------------------------------------------------------------------------|------|--------|
| 6/20/25 | M L | Corr. with Paul Weiss re: auctions and sale process (.2); corr. with AlixPartners team re: same (.2). | 0.40 | 410.00 |
| 6/20/25 | T G | Review/analyze remaining asset bids. | 0.90 | 2,115.00 |
| 6/20/25 | Z C | Review/analyze new filings re: store closing notices (.3); corr. with M. Loison re: same (.1); corr. with Willkie team re: same (.2). | 0.60 | 495.00 |
| 6/20/25 | B M | Call with Paul Weiss regarding the sale process and potential McKesson transaction (.5); review/comment on the McKesson transaction options (.8); review/comment on the tax issues for a McKesson transaction (.5). | 1.80 | 4,500.00 |
| 6/22/25 | J G | Analyze Rite Aid bids from Debtors (.3); corr. with Willkie team re: same (.1). | 0.40 | 530.00 |
| 6/23/25 | CAD | Correspondence w/ Willkie team regarding tomorrow's auction for remaining Debtors' assets. | 0.20 | 330.00 |
| 6/23/25 | T G | Review/analyze materials re: Thrifty sale (.4) and correspondence w/ Willkie team re: same (.3). | 0.70 | 1,645.00 |
| 6/23/25 | J G | Corr. with Paul Weiss re: upcoming auction logistics, auction notices, and case administration re: same (.5); corr. with Willkie team re: same (.4); attention to same (.3); analyze consultation rights under bidding procedures (.2); corr. with M. Emanoil re: same (.2). | 1.60 | 2,120.00 |
| 6/23/25 | M E | Conduct research re: Committee consultation rights in asset purchase agreements. | 1.80 | 1,485.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 11
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/23/25 | M E | Call with V. Sireci (Paul Weiss) re: Thrifty auction. | 0.10 | 82.50 |
|---------|-----|------|------|------|
| 6/24/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding result of today's asset sale auction. | 0.20 | 330.00 |
| 6/24/25 | T G | Participate in Thrifty auction (partial) (.4) and correspondence w/ Willkie team re: same (.3). | 0.70 | 1,645.00 |
| 6/24/25 | M E | Attend Thrifty Assets Auction (partial). | 2.20 | 1,815.00 |
| 6/24/25 | B M | Attend Thrifty Ice Cream auction (2.5) (in part); discussions with the Debtors regarding the McKesson plan option (.7); prepare memorandum regarding the Thrifty and McKesson updates (.5). | 3.70 | 9,250.00 |
| 6/24/25 | J G | Prepare for (.6) and attend auction (3.5); continuous corr. with Willkie team re: same (.8). | 4.90 | 6,492.50 |
| 6/24/25 | M E | Review/analyze proposed sale orders (.2); corr. with Paul Weiss team re: same (.2). | 0.40 | 330.00 |
| 6/25/25 | M E | Attend Certain Leases Auction. | 1.20 | 990.00 |
| 6/25/25 | S D | Review/analyze asset sale related pleadings with implications for unsecured creditor recoveries (.2); correspond with Willkie team re: implications from same (.2). | 0.40 | 560.00 |
| 6/27/25 | T G | Review/analyze lease sale results (.4) and correspondence w/ Willkie team re: same (.2); review/analyze objection to Thrifty sale (.3). | 0.90 | 2,115.00 |
| 6/27/25 | J G | Analyze leases sold and notice of successful bidder (.4); corr. with Willkie team re: same (.1); analyze notice of successful bidder re: thrifty auction and related APAs (.5); analyze Skyline objection to Thrifty sale (.3); corr. with M. Emanoil re: same (.3). | 1.60 | 2,120.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 12
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/28/25 | M E | Corr. with Willkie team re: landlord objections. | 0.90 | 742.50 |
| 6/30/25 | CAD | Correspondence w/ Willkie team regarding result of today's Thrifty Assets sale hearing/summary. | 0.20 | 330.00 |
| 6/30/25 | T G | Review/analyze Debtors' reply to objections and supporting declarations re: Thrifty sale. | 0.70 | 1,645.00 |
| | | **Subtotal - Asset Disposition** | **104.60** | **167,307.50** |

## Assumption and Rejection of Leases and Contracts

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- |
| 5/21/25 | CAD | Correspondence w/ J. Graber regarding list of store landlords whose leases may be assumed and assigned to a purchaser. | 0.10 | $  165.00 |
| 5/27/25 | CAD | Correspondence w/ M. Emanoil regarding Debtors' motion to extend time to assume or reject unexpired leases. | 0.10 | 165.00 |
| 5/29/25 | CAD | Corr. w/ J. Burbage, Willkie team regarding Committee statement regarding Debtors' motion to extend time to assume or reject non-residential real property leases. | 0.20 | 330.00 |
| 6/3/25 | CAD | Correspondence w/ J. Graber regarding draft of Committee's statement regarding Debtors' section 365(d)(4) motion (.1); review/analyze same (.2). | 0.30 | 495.00 |
| 6/3/25 | JHB | Revise Committee statement re: Debtors' 365(d) motion. | 2.10 | 3,832.50 |
| 6/3/25 | J G | Review/revise Committee statement re: Debtors' 365(d)(4) motion (.6); corr. with Willkie team re: same (.2). | 0.80 | 1,060.00 |
| 6/4/25 | M L | Revise statement re: Debtors' 365(d)(4) extension motion. | 0.30 | 307.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 13
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/5/25 | M L | Review/analyze Debtors' draft in lieu of stipulation with landlord. | 0.20 | 205.00 |
|--------|-----|-----|------|--------|
| 6/5/25 | M L | Prepare Committee statement re: Debtors' 365(d)(4) motion for filing. | 0.40 | 410.00 |
| 6/10/25 | M E | Review/analyze landlord objections to Debtors' motion to extend 365(d)(4) deadline (.9); corr. with Willkie team re: same (.1). | 1.00 | 825.00 |
| 6/12/25 | M E | Corr. with Willkie team re: landlord's objection to Debtors' motion to extend 365(d)(4) deadline. | 1.10 | 907.50 |
| 6/13/25 | M E | Corr. with Willkie team re: landlord's objection to Debtors' motion to extend 365(d)(4) deadline. | 1.00 | 825.00 |
| 6/30/25 | M E | Corr. with Willkie team re: landlord objections to Debtors 365(d)(4) extension motion, Landrum reply. | 1.80 | 1,485.00 |
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | **9.40** | **11,012.50** |

## Budgeting (Case)

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/27/25 | M E | Revise UCC professionals budget. | 1.00 | $    825.00 |
| | | **Subtotal - Budgeting (Case)** | **1.00** | **825.00** |

## Case Administration

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/16/25 | L G | Prepare information re: pro hac vice admissions (.5); corr. with Willkie team re: same (.2). | 0.70 | $    413.00 |
| 5/16/25 | T G | Attend call with Paul Weiss re: case status, upcoming pleadings, second day hearing (1.2); follow-up discussion w/ B. Miller re: same (.2). | 1.40 | 3,290.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 14
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/16/25 | R S | Corr. with Willkie team re: key dates in connection with sale hearing, Second Day hearing, Section 341 Meeting. | 0.70 | 266.00 |
|---|---|---|---|---|
| 5/16/25 | JHB | Corr. with M. Emanoil re: working group list. | 0.20 | 365.00 |
| 5/16/25 | M E | Corr. with J. Graber, R. Sasso re: first day motions, case deadlines (.2); J. Burbage re: working group list (.1); draft working group list (2.6); attend meeting with Paul Weiss team re: case status, upcoming pleadings, second day hearing (1.2). | 4.10 | 2,562.50 |
| 5/16/25 | J G | Attend and participate in call with Debtors counsel and UCC counsel re: case administration, timeline, DIP, and strategic alternatives re: case. | 1.20 | 1,590.00 |
| 5/17/25 | JHB | Correspondence with M. Loison and J. Graber re: pro hac applications. | 0.20 | 365.00 |
| 5/17/25 | M E | Attend meeting with Willkie team re: case administration (.5); attend meeting with Paul Weiss team re: sale process, DIP issues (1.2). | 1.70 | 1,062.50 |
| 5/17/25 | M L | Review/analyze pro hac vice applications (.8); review/analyze notices of appearance (.2); corr. with J. Graber re: same (.1); corr. with Sills team re: same (.2); corr. with M. Emanoil re: weekly UCC meeting (.2). | 1.50 | 1,537.50 |
| 5/17/25 | J G | Review/revise pro hac vice applications (.4); corr. with M. Loison re: same (.2). | 0.60 | 795.00 |
| 5/18/25 | JHB | Review/analyze Committee introduction deck from Debtors re: reasons for chapter 11 filing and case status (1.0); corr. with M. Emanoil re: meetings between Willkie and Paul Weiss (.3). | 1.30 | 2,372.50 |

New Rite Aid Official Committee of Unsecured Creditors                                        Page 15
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/19/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding near and longer-term Committee to do items (.2); correspondence w/ Willkie team regarding S. Klein's (certain landlords) objection to composition of committee (.2). | 0.40 | 660.00 |
| 5/19/25 | L G | Corr. with Willkie team re: court notifications. | 0.30 | 177.00 |
| 5/19/25 | M L | Draft Committee bylaws (1.1); corr. with J. Graber re: same (.1); corr. with Willkie team re: same (.2); review/analyze working group list (.3). | 1.70 | 1,742.50 |
| 5/19/25 | R S | Prepare documents for attorney review re: sale process, DIP (.8); corr. with Willkie team re: key dates for attorneys (.6). | 1.40 | 532.00 |
| 5/19/25 | M E | Corr. with M. Loison re: case updates, next steps (.1); revise billing guidelines for Willkie team (.1); draft/revise internal, UCC agendas (.1); corr. with M. Loison, J. Graber: same (.2); corr. with Willkie team re: working group list (.1). | 0.60 | 375.00 |
| 5/19/25 | J G | Corr. with J. Burbage re: case administration, reservation of rights, and upcoming sale hearing (.4); corr. with Willkie team, AlixPartners team, and Sills team re: case administration, sale hearing, reservations of rights, and upcoming dates and deadlines (.6). | 1.00 | 1,325.00 |
| 5/19/25 | JHB | Corr. w/ J. Graber re: objection to committee formation. | 0.30 | 547.50 |
| 5/19/25 | J G | Review/revise agenda for upcoming UCC meeting (.2); review/revise UCC bylaws (1.0); corr. with M. Loison re: same (.1). | 1.30 | 1,722.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 16
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/20/25 | CAD | Correspondence w/ Willkie team regarding draft of Committee by-laws and comments (.2); correspondence w/ Willkie team regarding trusts that arose out of Rite Aid I (.2); correspondence w/ Willkie team regarding withdrawal of certain landlords' objection to Committee formation (.2); correspondence w/ M. Loison regarding case tasks and calendar matters (.3); correspondence w/ M. Emanoil regarding amended notice of appointment/reconstitution of Committee (.1). | 1.00 | 1,650.00 |
| --- | --- | --- | --- | --- |
| 5/20/25 | T G | Review/revise draft UCC bylaws. | 0.40 | 940.00 |
| 5/20/25 | L G | Corr. with Willkie team re: case status and upcoming hearing dates. | 0.30 | 177.00 |
| 5/20/25 | M L | Revise Committee by-laws (1.3); corr. with M. Emanoil re: working group list (1.0). | 2.30 | 2,357.50 |
| 5/20/25 | M E | Review/analyze Rite Aid Corp plan, disclosure statement re: trusts. | 0.60 | 375.00 |
| 5/20/25 | R S | Assist w/ internal document organization re: DIP. | 1.00 | 380.00 |
| 5/20/25 | JHB | Review/analyze Committee by-laws (.7); corr. with M. Loison re: same (.4). | 1.10 | 2,007.50 |
| 5/20/25 | M E | Revise working group list (.7); revise billing guidelines memorandum (.2); corr. with Willkie team re: same (.1). | 1.00 | 625.00 |
| 5/21/25 | CAD | Review/analyze draft agenda for tomorrow's Committee meeting (.1); discuss same w/ Willkie team (.1); review/revise draft of Committee by-laws (.4); correspondence w/ Willkie team regarding same and comments (.2). | 0.80 | 1,320.00 |
| 5/21/25 | T G | Review/revise UCC bylaws. | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 17
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/21/25 | M L | Revise Committee bylaws (1.1); corr. with Paul Weiss team re: bylaws (.2). | 1.30 | 1,332.50 |
| 5/21/25 | M E | Draft/revise working group list re: UCC, Debtors' professionals contacts (1.8); corr. with J. Graber, Willkie team re: same (.1) | 1.90 | 1,187.50 |
| 5/21/25 | M E | Draft agenda for UCC meeting 5.22.25 (.8); corr. with Willkie, Sills teams re: same (.2). | 1.00 | 625.00 |
| 5/21/25 | R S | Corr. with Willkie team re: key dates for attorneys. | 0.60 | 228.00 |
| 5/21/25 | JHB | Review/analyze Committee bylaws (.4); corr. with M. Loison re: same (.2); corr. with M. Emanoil re: distribution of agenda and bylaws (.2). | 0.80 | 1,460.00 |
| 5/21/25 | T G | Review/revise agenda for UCC call and correspondence w/ UCC advisors re: same (.3); correspondence w/ AlixPartners presentation to UCC re: sale results (.4). | 0.70 | 1,645.00 |
| 5/22/25 | M L | Corr. with J. Graber re: ex officio member requests. | 0.20 | 205.00 |
| 5/22/25 | M E | Prepare for (.1) and attend (.9) meeting with Paul Weiss team, Willkie team re: DIP issues. | 1.00 | 625.00 |
| 5/22/25 | JHB | Call with S. Mitchell (Paul Weiss) re: status of weekly Committee meeting (.1) and correspondence with Willkie team re: same (.1). | 0.20 | 365.00 |
| 5/22/25 | T G | Correspondence w/ Paul Weiss and Willkie team re: weekly update call. | 0.40 | 940.00 |
| 5/23/25 | JHB | Corr. with S. Mitchell (Paul Weiss) re: standing weekly call. | 0.10 | 182.50 |

New Rite Aid Official Committee of Unsecured Creditors                                                    Page 18
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/23/25 | J G | Corr. with Paul Weiss re: final first day orders and hearing transcripts (.2); corr. with Willkie team (.2) and Sills (.1) re: same. | 0.50 | 662.50 |
|---------|-----|------|------|--------|
| 5/26/25 | JHB | Correspondence with M. Emanoil re: case administration issues. | 0.20 | 365.00 |
| 5/27/25 | CAD | Correspondence w/ Willkie team regarding Committee member comments to Committee by-laws (.2); review/analyze same (.2) and revise same (.2); correspondence w/ M. Loison regarding same (.2). | 0.80 | 1,320.00 |
| 5/27/25 | M L | Revise Committee by-laws (.4); corr. with J. Burbage re: same (.2). | 0.60 | 615.00 |
| 5/27/25 | T G | Correspondence w/ UCC advisors re: update call (.2); correspondence w/ Paul Weiss re: same/DIP hearing status (.2). | 0.40 | 940.00 |
| 5/27/25 | R S | Corr. with Willkie team re: diligence received (.2); revise working group list (.9). | 1.10 | 418.00 |
| 5/27/25 | M E | Draft/revise UCC, working group list (.6); corr. with J. Burbage, R. Sasso re: same (.2). | 0.80 | 500.00 |
| 5/27/25 | JHB | Correspondence with M. Loison re: UCC bylaws. | 0.20 | 365.00 |
| 5/27/25 | J G | Attention to case administrative re: upcoming dates and deadlines, second day hearing (.8); continuous corr. with Willkie team re: same (.4). | 1.20 | 1,590.00 |
| 5/28/25 | M L | Attend meeting with Debtors re: DIP issues, McKesson, and stub rent questions (.7); revise Committee by-laws (1.8); corr. with J. Graber re: same (.4); corr. with J. Burbage re: same (.2); corr. with Paul Weiss team re: same (.2). | 3.30 | 3,382.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 19
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/28/25 | CAD | Review/analyze Paul Weiss comments to confidentiality provisions of Committee by-laws (.1); correspondence w/ Willkie team regarding same (.1). | 0.20 | 330.00 |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
| 5/28/25 | T G | Call w/ Debtors' professionals re: DIP discussions, sale status, McKesson, next steps (.7); follow-up discussion w/ Willkie team re: same (.4). | 1.10 | 2,585.00 |
| 5/28/25 | M E | Review/analyze first day orders from Rite Aid 2023 bankruptcy. | 0.20 | 125.00 |
| 5/28/25 | M E | Revise working group list (.2); draft agenda for Committee meeting on 5/29 (.3). | 0.50 | 312.50 |
| 5/28/25 | M E | Prepare for (.4) and attend (.7) meeting with Paul Weiss, Cole Schotz, AlixPartners, Sills Cummis, Willkie teams re: DIP, cash collateral issues. | 1.10 | 687.50 |
| 5/28/25 | J G | Corr. with Willkie team re: upcoming dates and deadlines, hearings, objections, and case administration re: same (1.4); corr. with Willkie team re: same (.3). | 1.70 | 2,252.50 |
| 5/28/25 | JHB | Revise Committee meeting agenda (.2); correspondence with M. Loison re: bylaws revisions(.6); attend weekly call with Debtors' professionals re: DIP issues, McKesson, and stub rent questions (.7). | 1.50 | 2,737.50 |
| 5/29/25 | M L | Call with J. Esses (Paul Weiss) re: Committee by-laws (.2); corr. with J. Graber re: same (.2); corr. with J. Burbage re: same (.1); review/analyze precedent re: same (.5). | 1.00 | 1,025.00 |
| 5/29/25 | JHB | Call with S. Mitchell (Paul Weiss) re: diligence issues (.3); corr. with AlixPartners team re: same (.2). | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 20
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/29/25 | M E | Revise UCC contact list (.2); corr. with J. Burbage re: same (.1). | 0.30 | 187.50 |
|---------|-----|---|------|--------|
| 5/29/25 | J G | Corr. with J. Burbage re: outstanding items re: case administration, upcoming dates and deadlines, and strategic alternatives re: same (.4); corr. with G. Kopacz (Sills) re: retention applications, case administration re: same (.2). | 0.60 | 795.00 |
| 5/30/25 | CAD | Correspondence w/ M. Loison, Paul Weiss teams regarding additional comments to confidentiality provisions of Committee-by-laws. | 0.20 | 330.00 |
| 5/30/25 | M L | Corr. with R. Sasso re: notices of appearance (.3); revise UCC by-laws (.5) | 0.80 | 820.00 |
| 5/30/25 | JHB | Corr. with M. Emanoil re: pleadings filed and summary updates (.2); correspondence with M. Loison re: bylaws revisions (.3). | 0.50 | 912.50 |
| 5/30/25 | M E | Revise working group list. | 0.30 | 187.50 |
| 5/30/25 | J G | Corr. with M. Loison and M. Emanoil re: case administration for upcoming dates and deadlines. | 0.50 | 662.50 |
| 5/31/25 | JHB | Call with M. Gates (AlixPartners) re: status of diligence flow (.2); corr. with Willkie team re: same (.2). | 0.40 | 730.00 |
| 6/2/25 | M L | Corr. with Willkie team re: by-laws (.6); corr. with PBGC team re: Committee by-laws (.1). | 0.70 | 717.50 |
| 6/2/25 | JHB | Call with M. Gates (AlixPartners) re: status of diligence flow (.3); corr. With Willkie team re: same (.2). | 0.50 | 912.50 |
| 6/2/25 | M E | Conduct research re: trusts formed under RAD I plan (.9); corr. with Willkie team re: same (.2). | 1.10 | 907.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 21
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/3/25 | M L | Corr. with ex-officio members re: Committee by-laws. | 0.20 | 205.00 |
|--------|-----|-----|------|--------|
| 6/3/25 | M E | Revise working group list re: ex officio member. | 0.40 | 330.00 |
| 6/3/25 | J G | Review/analyze upcoming dates and objection deadlines, diligence re: same, and communications with Willkie team and debtors' counsel re: same. | 0.60 | 795.00 |
| 6/3/25 | J G | Analyze UCC bylaws (.2); corr. with J. Esses (Paul Weiss) (.1) and Willkie team (.2) re: same; corr. with PBGC re: same (.1); corr. with M. Loison re: same (.2). | 0.80 | 1,060.00 |
| 6/3/25 | T G | Review/revise agenda for UCC call. | 0.20 | 470.00 |
| 6/4/25 | CAD | Review/analyze current version of confidentiality provisions of Committee by-laws (.1); correspondence w/ M. Loison regarding same (.1); correspondence w/ M. Emanoil regarding docket/calendar matters (.1) and summary of section 341 meeting (.1). | 0.40 | 660.00 |
| 6/4/25 | AJV | Correspondence with M. Loison re: case administration, timeline and strategic alternatives re: same (.1); attention to same (.2). | 0.30 | 307.50 |
| 6/4/25 | T G | Call w/ Debtors' professionals re: 341 Meeting, final first day orders, administrative claims. | 0.50 | 1,175.00 |
| 6/4/25 | M L | Review/analyze critical dates in chapter 11 cases (.8); corr. with Sills team re: same (.2); review/analyze Committee by-laws (.3); corr. with Willkie team re: same (.2); corr. with Paul Weiss team re: same (.2); attend meeting with Debtors re: 341 Meeting, final first day orders, administrative claims (.5). | 2.20 | 2,255.00 |
| 6/4/25 | R S | Review/analyze notices of appearance. | 0.10 | 38.00 |

New Rite Aid Official Committee of Unsecured Creditors                               Page 22
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | JHB | Attend weekly call with Debtors professionals re: 341 Meeting, final first day orders, administrative claims (.5); corr. with M. Emanoil re: weekly agenda (.2). | 0.70 | 1,277.50 |
|--------|-----|-----|------|----------|
| 6/4/25 | M E | Revise UCC meeting agenda for 6/5/25 meeting (.3); corr. with Willkie team re: same (.1). | 0.40 | 330.00 |
| 6/5/25 | CAD | Correspondence w/ Willkie, Sills teams regarding case calendar and updated hearing dates, deadlines, and milestones. | 0.20 | 330.00 |
| 6/5/25 | M L | Revise Committee bylaws (.2); corr. with UCC re: same (.1); revise pro hac application (.1). | 0.40 | 410.00 |
| 6/5/25 | L G | Corr. with Willkie team re: pro hac application. | 0.10 | 59.00 |
| 6/5/25 | T G | Review/analyze updated UCC bylaws (.3) and correspondence UCC member re same (.2). | 0.50 | 1,175.00 |
| 6/5/25 | M E | Review/analyze ex officio members signature re: Committee bylaws. | 0.40 | 330.00 |
| 6/5/25 | M E | Revise UCC contact list. | 0.20 | 165.00 |
| 6/5/25 | R S | Review/analyze notices of appearance. | 2.70 | 1,026.00 |
| 6/5/25 | JHB | Review/analyze updated UCC bylaws (.3); correspondence with UCC member re: same (.2). | 0.50 | 912.50 |
| 6/5/25 | M E | Review/analyze objections filed 6/5/25 re: motions (.9); corr. with Willkie team re: same (.2). | 1.10 | 907.50 |
| 6/5/25 | J G | Corr. with Willkie team re: UCC Bylaws and related revisions; corr. with M. Loison re: same. | 0.20 | 265.00 |
| 6/6/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding final comments to confidentiality provisions of Committee bylaws. | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 23
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/6/25 | M L | Corr. with Paul Weiss team re: Committee by-laws. | 0.20 | 205.00 |
|--------|-----|---------------------------------------------------|------|--------|
| 6/6/25 | R S | Review/analyze notices of appearances. | 4.50 | 1,710.00 |
| 6/9/25 | JHB | Corr. with Willkie team re: case background, workstreams, and lien investigation. | 1.00 | 1,825.00 |
| 6/10/25 | M E | Review/analyze 2023 bankruptcy trust agreements. | 1.40 | 1,155.00 |
| 6/11/25 | T G | Call w/ Debtors professionals re: DIP/Plan update, sale status (.7) and follow-up discussion w/ Willkie team re: same (.4). | 1.10 | 2,585.00 |
| 6/11/25 | M L | Attend call with Debtors re: McKesson deal and meet and confer, store closing motion, and remaining asset sale process. | 0.70 | 717.50 |
| 6/11/25 | M E | Draft Committee meeting agenda (.9); corr. with Sills team re: motions heard on 6/30 (.1). | 1.00 | 825.00 |
| 6/11/25 | M E | Review/analyze trust agreements under 2023 bankruptcy plan. | 1.10 | 907.50 |
| 6/11/25 | M E | Attend meeting with Paul Weiss, Cole Schotz,, AlixPartners, Sills Cummis, Willkie teams re: McKesson deal and meet and confer, store closing motion, and remaining asset sale process (.7); corr. with Willkie team re: same (.4). | 1.10 | 907.50 |
| 6/11/25 | JHB | Attend weekly call with Debtors' professionals re: McKesson deal and meet and confer, store closing motion, and remaining asset sale process. | 0.70 | 1,277.50 |
| 6/12/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding revised schedules/deadlines regarding DIP motion and McKesson litigation. | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 24
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/13/25 | M E | Revise Committee by-laws (.1); corr. with M. Loison re: same (.1). | 0.20 | 165.00 |
|---------|-----|-------------------------------------------------------------------|------|--------|
| 6/16/25 | M L | Corr. with Willkie team re: Committee by-laws. | 0.30 | 307.50 |
| 6/17/25 | E W | Review/analyze notices of appearance. | 1.50 | 570.00 |
| 6/17/25 | J G | Attend call with Paul Weiss, Willkie team, and Sills team re: DIP timeline, stipulation. | 0.40 | 530.00 |
| 6/18/25 | M L | Attend meeting with Debtors re: McKesson plan deal and DIP objection (.5); draft agenda for 6/20 UCC meeting (.2) | 0.70 | 717.50 |
| 6/18/25 | M L | Review/analyze filings re: landlord objections and adjourned hearing. | 0.10 | 102.50 |
| 6/18/25 | T G | Attend call w/ Debtors' professionals re: remaining asset bids, McKesson discussions, DIP (.5); follow-up discussion w/ Willkie team re: same (.3). | 0.80 | 1,880.00 |
| 6/18/25 | JHB | Corr. with M. Loison re: weekly agenda (.2); attend weekly call with Debtors' professionals re: remaining asset bids, McKesson discussions, DIP (.5). | 0.70 | 1,277.50 |
| 6/21/25 | M L | Review/analyze trust summaries. | 0.70 | 717.50 |
| 6/23/25 | M E | Corr. with J. Graber re: motion to compel, Debtors' objections to same. | 0.80 | 660.00 |
| 6/25/25 | T G | Call w/ Debtors' professionals re: DIP, McKesson discussions (.6); follow-up discussion w/ Willkie team re: same (.3). | 0.90 | 2,115.00 |
| 6/25/25 | JHB | Corr. with C. Hood (AlixPartners) re: weekly Committee meeting materials. | 0.20 | 365.00 |
| 6/25/25 | M E | Draft agenda for Committee meeting. | 0.30 | 247.50 |
| 6/26/25 | JHB | Attend update meeting with Debtors' counsel re: DIP Objection strategy. | 0.40 | 730.00 |

New Rite Aid Official Committee of Unsecured Creditors                                   Page 25
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/26/25 | R S | Review/analyze notices of appearance. | 1.20 | 456.00 |
| 6/26/25 | M E | Attend meeting with Debtors professionals re: DIP issues. | 0.40 | 330.00 |
| 6/26/25 | J G | Corr. with M. Emanoil re: upcoming hearing and case administration re: same. | 0.20 | 265.00 |
| 6/27/25 | M E | Attend meeting with Debtors' professionals re: DIP issues, status conference. | 0.50 | 412.50 |
| 6/27/25 | J G | Corr. with M. Emanoil re: upcoming hearings, DIP objections, and case administration re: same (.2); attention to same (.6). | 0.80 | 1,060.00 |
| 6/30/25 | J G | Corr. with M. Loison re: case administration, upcoming deadlines and filings. | 0.50 | 662.50 |
| 6/30/25 | B M | Call with the Debtors regarding the McKesson update. | 0.40 | 1,000.00 |
| | | **Subtotal - Case Administration** | **98.70** | **111,150.00** |

## Claims Administration and Objections

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 5/20/25 | M E | Review/analyze McKesson reservation of rights re: administrative claim. | 0.30 | $    187.50 |
| 5/22/25 | M E | Review/analyze filed cure objections, reclamation claims (.9); draft summary of same (.2); corr. with M. Loison, J. Graber re: same (.2). | 1.30 | 812.50 |
| 5/28/25 | M E | Conduct research re: case precedent, stub rent payment re: administrative claims. | 0.70 | 437.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 26
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/29/25 | CAD | Correspondence w/ Willkie team regarding stub rent and section 503(b)(9) claims and issues (.3); conduct brief legal research regarding same (.2); correspondence w/ Willkie team regarding current draft of McKesson administrative claim scheduling stipulation (.1). | 0.60 | 990.00 |
|---------|-----|------|------|--------|
| 5/29/25 | M E | Conduct research re: case precedent stub rent re: administrative claims (.7); corr. with J. Graber re: same (.2). | 0.90 | 562.50 |
| 6/2/25 | CAD | Correspondence w/ Willkie, Sills teams regarding McKesson administrative claim scheduling stipulation. | 0.20 | 330.00 |
| 6/2/25 | M E | Conduct research re: stub rent precedent in Chapter 11 bankruptcies re: administrative expense claims (4.6); corr. with Willkie team re: same (.4). | 5.00 | 4,125.00 |
| 6/3/25 | CAD | Correspondence w/ M. Emanoil, J. Burbage regarding sub rent payment research (.2); review/analyze same (.2). | 0.40 | 660.00 |
| 6/3/25 | M E | Conduct research re: stub rent issue in precedent cases re: administrative claims (2.1); corr. with Willkie team re: same (.2). | 2.30 | 1,897.50 |
| 6/4/25 | M E | Conduct research re: administratively insolvent retail cases (.6); conduct research re: precedent cases, administrative claims pool (1.2); corr. with Willkie team re: same (.2). | 2.00 | 1,650.00 |
| 6/5/25 | M E | Conduct research re: administratively insolvent retail cases. | 1.20 | 990.00 |
| 6/6/25 | M E | Conduct research re: administratively insolvent retail cases (4.7); corr. with M. Loison re: same (.1). | 4.80 | 3,960.00 |
| 6/7/25 | M E | Corr. with Willkie team re: administratively insolvent retail cases. | 0.10 | 82.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 27
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/9/25 | CAD | Correspondence w/ M. Emanoil, Willkie team regarding administrative insolvency research (.2); review/analyze same (.2). | 0.40 | 660.00 |
|--------|-----|----|------|--------|
| 6/9/25 | M E | Conduct research re: administrative claim treatment in chapter 11 (1.1); call with J. Graber re: same (.1). | 1.20 | 990.00 |
| 6/11/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding stub rent payment status/DIP budget. | 0.20 | 330.00 |
| 6/11/25 | M E | Corr. with Willkie team re: Westminster's motion to compel administrative payment. | 0.80 | 660.00 |
| 6/13/25 | JHB | Corr. with J. Graber re: American Greetings settlement of claims. | 0.30 | 547.50 |
| 6/13/25 | J G | Analyze debtor/creditor settlement offer re: termination of supply agreement (.3); corr. with Willkie team (.2) and M. Gates (AlixPartners) re: same (.2). | 0.70 | 927.50 |
| 6/16/25 | J G | Review/analyze claims stipulation with Incomm (.3); corr. with Willkie team re: same (.2); corr. with AlixPartners re: same (.2). | 0.70 | 927.50 |
| 6/17/25 | JHB | Correspondence with M. Gates (AlixPartners) re: American Greetings settlement. | 0.40 | 730.00 |
| 6/17/25 | J G | Corr. with AlixPartners re: open debtor settlement agreements (.3); corr. with Willkie team (.1) and Debtors re: same (.1). | 0.50 | 662.50 |
| 6/17/25 | M L | Corr. with AlixPartners team re: Debtors' claim stipulation with Incomm. | 0.20 | 205.00 |
| 6/24/25 | M E | Corr. with Willkie team re: Debtors' objections to motion to compel administrative expense claims. | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 28
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | Subtotal - Claims Administration and Objections | **25.50** | | **23,572.50** |
|---|---|---|---|---|---|

## Employee Benefits and Pensions

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/19/25 | JHB | Corr. with J. Graber and T. Goren re: WARN liability. | 0.30 | $ | 547.50 |
| | | **Subtotal - Employee Benefits and Pensions** | **0.30** | | **547.50** |

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/30/25 | J G | Corr. with AlixPartners team re: GOB motion and related A&G consulting agreement (.2); corr. with. M. Emanoil re: same (.1) | 0.30 | $ | 397.50 |
| 6/9/25 | M L | Attend meeting with AlixPartners re: Guggenheim retention application. | 0.20 | | 205.00 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | **0.50** | | **602.50** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/16/25 | T G | Review/analyze DIP Motion (1.3) and Interim DIP Order (1.1); prepare list of key issues with same (.9). | 3.30 | $ | 7,755.00 |
| 5/16/25 | B M | Review/comment on the DIP order and agreements (2.4); correspondence with the DIP lenders regarding the initial UCC issues (.5). | 2.90 | | 7,250.00 |
| 5/17/25 | T G | Correspondence w/ Willkie team re: DIP research question. | 0.40 | | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 29
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/17/25 | M E | Conduct research re: DIP issues, use of cash collateral (5.8); corr. with Willkie team re: same (.1) | 5.90 | 3,687.50 |
|---------|-----|-----|------|----------|
| 5/17/25 | J G | Prepare for (.3) and attend (1.1) meeting with Paul Weiss and Willkie team re: case progression, DIP financing, open items, and timeline; corr. with Willkie team, AlixPartners, and Sills team re: same (.6). | 2.00 | 2,650.00 |
| 5/18/25 | B M | Review/comment on the DIP financing agreements and potential UCC objections (1.3); calls with the Debtors and Alix Parties regarding the financing needs of the Debtors (.8). | 2.10 | 5,250.00 |
| 5/18/25 | JHB | Review/analyze Interim DIP Order (.9) and draft issues list (1.4). | 2.30 | 4,197.50 |
| 5/18/25 | M E | Review/analyze DIP motion, interim order, DIP credit agreement (.7); corr. with J. Burbage re: same (.2). | 0.90 | 562.50 |
| 5/19/25 | T G | Attend call w/ Choate re: DIP/case update (.5); follow-up discussion w/ UCC advisors re: same (.9). | 1.40 | 3,290.00 |
| 5/19/25 | M E | Attend meeting with Choate team, Willkie team re: DIP issues (.5); prepare for (.2) and attend (.9) meeting with Willkie team, AlixPartners re: DIP issues (.9) (in part). | 2.20 | 1,375.00 |
| 5/19/25 | JHB | Attend meeting with DIP Lender counsel re: DIP (.5); call with T. Goren re: DIP financing issues (.3). | 0.80 | 1,460.00 |
| 5/19/25 | M E | Review/analyze DIP order re: employee expenses, bank account control (.5); corr. with Willkie team re: same (.1). | 0.60 | 375.00 |
| 5/19/25 | B M | Review/comment on the due diligence list for the DIP financing (.6); correspondence with the Debtors regarding the DIP issues and possible adjournment (.5). | 1.10 | 2,750.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 30
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/19/25 | J G | Attend call with Choate re: DIP and related DIP budget (.5); corr. with Willkie team re: same (.1). | 0.60 | 795.00 |
|---|---|---|---|---|
| 5/19/25 | M L | Attend meeting with Choate team re: DIP issues. | 0.50 | 512.50 |
| 5/19/25 | JHB | Call with AlixPartners team re: open case issues and DIP motion. | 0.70 | 1,277.50 |
| 5/20/25 | WTE | Correspondence w J. Burbage re: DIP issues. | 0.30 | 667.50 |
| 5/21/25 | T G | Review/analyze draft DIP issues list (.4) and correspondence w/ Willkie team re: DIP questions (.4). | 0.80 | 1,880.00 |
| 5/21/25 | S D | Analyze DIP financing credit agreement and related documents for issues from unsecured creditor perspective (3.7); review/analyze pleadings re: same (1.6); corr. with Willkie team re: issues list (1.2). | 6.50 | 9,100.00 |
| 5/21/25 | JHB | Corr. with T. Goren re: prepetition liens and Rite Aid I confirmation order. | 0.40 | 730.00 |
| 5/21/25 | B M | Review/comment on the pre-petition FILO and ABL loans and proposed DIP financing order (2.3); prepare memorandum regarding open DIP issues for the UCC (.5); call with the Debtors regarding the DIP issues (.5). | 3.30 | 8,250.00 |
| 5/21/25 | J G | Review/analyze proposed DIP order and credit agreements (1.0); draft outstanding issues list re: same (.7); corr. with Willkie team re: same (.4). | 2.10 | 2,782.50 |
| 5/21/25 | WTE | Correspondence with S. Daly re: DIP issues list (.2); review/analyze confirmation order from Rite Aid I (.1); review/analyze DIP Credit Agreement and Interim DIP Order (.2). | 0.50 | 1,112.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 31
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/21/25 | WTE | Correspondence with S. Daly re: lien perfection analysis, lease grant and perfection analysis (.4); analyze lease grant and perfection issues based on draft lease and owned property motion, exit credit agreement and other collateral documents (1.1); correspondence w J. Burbage and Willkie team regarding lease grant and perfection analysis (.7). | 2.20 | 4,895.00 |
|---------|-----|---|------|----------|
| 5/21/25 | JHB | Finalize DIP issues list. | 1.10 | 2,007.50 |
| 5/22/25 | B M | Calls with the Debtors regarding the next steps with the DIP lenders (.7); review/analyze the revised DIP financing issues (.5); prepare memorandum regarding DIP negotiations (.4); call with A. Sherman (Sills) regarding DIP discussions (.3). | 1.90 | 4,750.00 |
| 5/22/25 | CAD | Correspondence w/ Willkie team regarding DIP financing/order issues list (.2); correspondence w/ J. Burbage, J. Graber regarding outline of objection to DIP motion (.2); review/analyze same (.1); correspondence w/ Paul Weiss, Willkie teams regarding extension of Committee's deadline to object to DIP motion (.1) | 0.60 | 990.00 |
| 5/22/25 | S D | Revise summary of DIP financing issues (.5); review/analyze DIP financing pleadings and credit documents to inform same (.6); analyze precedent regarding identified DIP issues (.3); correspond with W. Eguchi regarding issues list (.1); correspond with Willkie team regarding issues list (.1). | 1.60 | 2,240.00 |
| 5/22/25 | JHB | Call with Paul Weiss team re: DIP issues (.7); draft outline for DIP objection (1.6); meet with J. Graber re: DIP questions (1.0); discussion with J. Graber (.2) and T. Goren re: DIP objection structure (.2). | 3.70 | 6,752.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 32
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/22/25 | T G | Call w/ Debtors re: DIP status (.7); discussion w/ Willkie team re: DIP objection (.6). | 1.30 | 3,055.00 |
|---------|-----|------|------|----------|
| 5/22/25 | J G | Review/analyze DIP diligence and securities diligence (2.3); corr. with Willkie team re: same (.4); corr. with Willkie team re: DIP outstanding issues and related objections (.3); corr. with J. Burbage re: same and proposed DIP final order (.8); draft DIP objection re: same (1.4); attend meeting with Paul Weiss and Willkie team re: DIP issues and strategic alternatives re: same (partial) (.7). | 5.90 | 7,817.50 |
| 5/22/25 | WTE | Review/analyze DIP issues list (.1); correspondence w S. Daly, T Goren re: DIP issues (.1). | 0.20 | 445.00 |
| 5/22/25 | M E | Conduct research re: cash collateral in connection with DIP objection. | 0.20 | 125.00 |
| 5/23/25 | CAD | Correspondence w/ Willkie, Alix teams regarding DIP objection and questions/diligence/next steps (.3); subsequent correspondence w/ Willkie team regarding same and litigation preparation (.4). | 0.70 | 1,155.00 |
| 5/23/25 | M L | Research case law re: adequate protection and cash collateral (5.6); review/analyze precedent re: DIP objections (1.0). | 6.60 | 6,765.00 |
| 5/23/25 | JHB | Call with W. Eguchi re: lien perfection analysis (.6); consider DIP objection strategy (1.1);correspondence with B. Miller and T. Goren re: same (.2); correspondence with M. Stancil and D. Burke re: Committee DIP objection (.4). | 2.30 | 4,197.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 33
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/23/25 | T G | Review/analyze outline for DIP objection/DIP issues list (.6); correspondence w/ Willkie team re: same (.3); call w/ B. Miller re: same (.2). | 1.10 | 2,585.00 |
| 5/23/25 | J G | Draft DIP objection (3.9); corr. with Willkie team re: same (.2); research re: same (1.9). | 6.00 | 7,950.00 |
| 5/23/25 | M E | Conduct research re: use of cash collateral re: Committee DIP objection (6.8); corr. with J. Graber re: same (.2). | 7.00 | 4,375.00 |
| 5/23/25 | WTE | Review/analyze Credit Agreement and Security Agreement re: DIP issues (.3); corr. with Willkie team re: other collateral documents (.5); corr. with Paul Weiss re: same (.1). | 0.90 | 2,002.50 |
| 5/24/25 | CAD | Correspondence w/ Willkie, Sills teams regarding Committee's objection to DIP financing motion (.2); correspondence w/ Willkie, Alix teams regarding same (.2). | 0.40 | 660.00 |
| 5/24/25 | S D | Review/analyze draft DIP financing objection issues (.3); analyze precedent regarding same (.3); analyze key cash management facts and DIP order re: same (.4); draft summary of potential strategies and considerations (.5). | 1.50 | 2,100.00 |
| 5/24/25 | M L | Draft DIP objection (4.5); attend meeting with Willkie, AlixPartners and Sills teams re: DIP objection (1.1). | 5.60 | 5,740.00 |
| 5/24/25 | JHB | Consider DIP objection strategy (1.3); prepare for Willkie team call re: DIP objection (.8); attend call with Willkie, Sills teams re: DIP objection (1.1); call with J. Graber re: next steps (.2). | 3.40 | 6,205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 34
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/24/25 | B M | Call with the UCC professionals to discuss potential DIP objections and required testimony from Alix Partners (1.1); call with A. Sherman (Sills) regarding DIP issues (.3). | 1.40 | 3,500.00 |
|---------|-----|---|------|----------|
| 5/24/25 | T G | Correspondence w/ Willkie team re: DIP objection issues. | 0.60 | 1,410.00 |
| 5/24/25 | J G | Review/revise DIP objection (2.8); attend/participate in call with Debtors' professionals re: DIP, strategic alternatives re: same, and upcoming deadlines (1.1); draft preliminary DIP objection and adjournment motion (2.7). | 6.60 | 8,745.00 |
| 5/24/25 | M E | Draft/revise MacGreevey Declaration re: DIP objection. | 0.50 | 312.50 |
| 5/24/25 | M E | Conduct research re: 506(c) waivers, objections to DIP motions in connection with Committee DIP objection (2.9); corr. with J. Burbage, J. Graber re: same (.2). | 3.10 | 1,937.50 |
| 5/24/25 | M S | Call with Willkie team re: litigation questions on DIP. | 1.00 | 2,500.00 |
| 5/24/25 | M E | Attend meeting with Willkie team, Sills Cummis team, AlixPartners team re: DIP issues. | 1.10 | 687.50 |
| 5/25/25 | M L | Draft preliminary DIP objection and motion to adjourn. | 3.00 | 3,075.00 |
| 5/25/25 | JHB | Review/analyze draft DIP objection / motion to adjourn (1.2); corr. with J. Graber re: same (.2). | 1.40 | 2,555.00 |
| 5/25/25 | M E | Draft/revise MacGreevey declaration re: DIP objection. | 0.90 | 562.50 |
| 5/26/25 | CAD | Correspondence w/ J. Graber regarding preliminary DIP financing issues list (.1); review/analyze same (.1). | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 35
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/26/25 | JHB | Review/provide comments to DIP issues list (.6); revise same (.3); draft introduction to objection (1.0). | 1.90 | 3,467.50 |
|---|---|---|---|---|
| 5/26/25 | J G | Review/revise adjournment motion (.7); corr. with Willkie team re: same (.2); corr. with Willkie team re: DIP diligence from Choate (.1); review/revise DIP issues list (.2); corr. with Willkie team re: same (.2). | 1.40 | 1,855.00 |
| 5/26/25 | M E | Revise McGlynn declaration re: DIP objection (.9); call with J. Graber re: same (.1); corr. with K. McGlynn (AlixPartners) re: same (.1). | 1.10 | 687.50 |
| 5/26/25 | M E | Corr. with W. Eguchi re: Bank of America mortgage documents. | 0.10 | 62.50 |
| 5/27/25 | M L | Conduct research re: DIP limited objection (3.2); revise DIP limited objection (1.3); corr. with J. Graber re: same (.5). | 5.00 | 5,125.00 |
| 5/27/25 | WTE | Revise draft preliminary DIP objection (.8); review/analyze DIP Credit Agreement in support of same (.3). | 1.10 | 2,447.50 |
| 5/27/25 | B M | Review/comment on the discovery request of the Debtors and lenders related to the DIP financing (1.2); review/comment on the objection to the DIP financing (1.3); prepare memorandum regarding the open DIP financing issues for the UCC to consider (.8). | 3.30 | 8,250.00 |
| 5/27/25 | T G | Review/analyze unencumbered asset analysis re: DIP objection. | 0.40 | 940.00 |
| 5/27/25 | S D | Review/analyze draft DIP objection (.4); review/analyze unencumbered asset analysis (1.4). | 1.80 | 2,520.00 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 36
Invoice No. 12520433
Client/Matter No. 136121.00001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/27/25 | J G | Review/revise draft adjournment and DIP objection (.7) and conduct research re: same (.8); corr. with Willkie team re: same (.4). | 1.90 | 2,517.50 |
| 5/27/25 | JHB | Correspondence with J. Graber re: lien perfection issues. | 0.20 | 365.00 |
| 5/27/25 | JHB | Review and provide comments to preliminary DIP motion. | 6.40 | 11,680.00 |
| 5/28/25 | M L | Revise DIP limited objection. | 3.50 | 3,587.50 |
| 5/28/25 | CAD | Correspondence w/ Willkie team regarding Committee's objection to DIP financing motion/motion for adjournment of DIP hearing (.4); correspondence w/ Willkie, Alix teams regarding revisions to Committee's DIP issues list (.2). | 0.60 | 990.00 |
| 5/28/25 | T G | Review/revise drafts of DIP objection (1.8); review/revise updated draft of DIP issues list (.4); correspondence w/ Willkie team re: same (.4). | 2.60 | 6,110.00 |
| 5/28/25 | T G | Review/analyze draft DIP discovery requests | 0.70 | 1,645.00 |
| 5/28/25 | JHB | Update DIP issues list (.5); corr. with T. Goren re:comments to DIP objection (.3); review/analyze D. Burke comments to DIP objection (.6); correspondence with D. Burke re: DIP objection discovery requests (.4); meeting with B. Miller and T. Goren re: DIP strategy (.5); correspondence with Choate with DIP issues list (.4). | 2.70 | 4,927.50 |
| 5/28/25 | S D | Review/analyze comments to draft DIP objection (.1); correspond with W. Eguchi re: same (.2); correspond with Willkie team re: same (.2). | 0.50 | 700.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 37
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/28/25 | J G | Review/revise outstanding adjournment and DIP objections (3.1); corr. with Willkie team re: same (.7); prepare for (.2) and attend (.7) meeting with Paul Weiss, Willkie team and A&M re: DIP, creditor inquiries, and stub rent; corr. with Willkie and AlixPartners teams re: same (.5); corr. with Willkie team re: same, and next steps (.1); corr. with I. Gold (landlords) re: DIP order (.3); corr. with Willkie team re: same (.3). | 5.90 | 7,817.50 |
| 5/28/25 | WTE | Correspondence w Choate, Willkie team re: DIP financing issues (.1); correspondence w J. Burbage re: preliminary DIP objection (.1); review/analyze DIP credit agreement issues in support of preliminary DIP objection (.3); correspondence w S. Daly re: same (.2); review/analyze DIP motion and related materials (.1); correspondence with Willkie team re: DIP objection, discovery and related issues (.2); correspondence with S. Daly re: DIP issues (.8). | 1.80 | 4,005.00 |
| 5/28/25 | JHB | Correspondence with J. Graber and T. Goren re: stub rent issues. | 0.50 | 912.50 |
| 5/29/25 | CAD | Review/analyze revised Committee DIP financing issues list. | 0.10 | 165.00 |
| 5/29/25 | WTE | Attend call with Choate re: DIP financing issues (.7); corr. with Willkie team re: same (.1). | 0.80 | 1,780.00 |
| 5/29/25 | M L | Attend meeting with Choate re: Committee DIP issues list. | 0.60 | 615.00 |
| 5/29/25 | M L | Review/analyze 503(b)(9) research re: DIP objection. | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 38
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/29/25 | B M | Call with Choate regarding the DIP financing facility and proposed adjournment (.7); review/comment on the proposed discovery of the DIP lenders regarding the DIP Order (.5); prepare memorandum regarding the DIP financing negotiations (.4). | 1.60 | 4,000.00 |
|---------|-----|------|------|------|
| 5/29/25 | T G | Call w/ Choate re: DIP status (.4); review/analyze DIP issues list re: same (.3); correspondence w/ UCC members re: DIP statement/payment of admin claims (.4). | 1.10 | 2,585.00 |
| 5/29/25 | JHB | Corr. with D. Burke re: discovery requests (.5); correspondence with Choate team re: DIP issues list (.2); call with Choate re: DIP issues list (.6). | 1.30 | 2,372.50 |
| 5/29/25 | M E | Attend meeting with Choate team re: DIP issues. | 0.60 | 375.00 |
| 5/29/25 | J G | Prepare for (.2) and attend (.6) meeting with Choate re: DIP hearing, milestones, and sale process. | 0.80 | 1,060.00 |
| 5/29/25 | M E | Conduct research re: post-petition expenses, 503(b)(9) re: DIP objection (3.6); call with J. Burbage re: same (.1); corr. with M. Loison, J. Graber re: same (.2). | 3.90 | 2,437.50 |
| 5/29/25 | AJV | Prepare for (.2) and attend call with D. Burke re: case background and DIP motion (.5); review/analyze objection to DIP motion, draft discovery requests, and other key documents in the case (1.7). | 2.40 | 2,460.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 39
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 5/30/25 | B M | Correspondence with the Debtors and the DIP Lender regarding the negotiation of the DIP financing (.8); review/comment on the discovery of the Debtors and the lenders related to the DIP negotiations (.9); prepare memorandum regarding DIP issues and possible adjournment (.5). | 2.20 | 5,500.00 |
| 5/30/25 | M L | Review/analyze 503(b)(9) research re: DIP objection. | 1.10 | 1,127.50 |
| 5/30/25 | T G | Correspondence w/ Willkie team and Choate re: DIP hearing timing. | 0.40 | 940.00 |
| 5/30/25 | M E | Conduct research re: 503(b)(9) re: DIP objection (1.3); corr. with M. Loison, J. Graber re: same (.3); corr. with Willkie team re: same (.1). | 1.70 | 1,062.50 |
| 5/31/25 | JHB | Correspondence with M. Emanoil and R. Lehane (Kelley Drye) re: stub rent issues. | 0.40 | 730.00 |
| 6/2/25 | WTE | Correspondence w/ Willkie, Choate and Paul Weiss teams re: DIP objection / discovery. | 0.10 | 222.50 |
| 6/2/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding DIP financing hearing, objection deadline, and Committee diligence requests. | 0.20 | 330.00 |
| 6/2/25 | T G | Call w/ Willkie team re: DIP status. | 0.20 | 470.00 |
| 6/2/25 | M L | Review/analyze research re: 503(b)(9) and stub rent (.8); corr. with M. Emanoil re: same (.2). | 1.00 | 1,025.00 |
| 6/2/25 | J G | Draft statement re: DIP negotiations and 365(d)(4) motion (2.5); corr. with Willkie team re: same (.2). | 2.70 | 3,577.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 40
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/2/25 | JHB | Correspondence with B. Miller re: discovery request list (.3); correspondence with Paul Weiss and Choate teams re: same (.2); corr. with Committee re: DIP hearing adjournment (.4). | 0.90 | 1,642.50 |
| 6/3/25 | T G | Call w/ landlord counsel re: DIP concerns (.8); follow-up call w/ J. Burbage re: same (.3); correspondence w/ Choate/Paul Weiss re: same (.2). | 1.30 | 3,055.00 |
| 6/3/25 | JHB | Draft correspondence to Paul Weiss, Choate teams re: DIP next steps. | 0.40 | 730.00 |
| 6/4/25 | JHB | Call with Paul Weiss and Choate re: DIP Financing next steps (.6); discussion with B. Miller and T. Goren re: strategy (.1); call with D. Burke re: same (.1); correspondence with Committee professionals re: next steps on DIP objection (1.0); follow up correspondence with T. Goren re: same (.2); markup preliminary DIP objection (.7). | 2.70 | 4,927.50 |
| 6/4/25 | T G | Call w/ Paul Weiss/Choate re DIP status/next steps (.6); follow-up discussion w/ Willkie team re same (.4); review/analyze research re potential DIP objection (.5); correspondence w/ Willkie team re: same/DIP objection points (.4). | 1.90 | 4,465.00 |
| 6/4/25 | M L | Attend meeting with Choate re: DIP (in part) (.4); attend follow up meeting with Willkie re: same (.4). | 0.80 | 820.00 |
| 6/4/25 | S D | Discuss next steps on DIP issues with Paul Weiss, Choate, and Willkie teams. | 0.50 | 700.00 |
| 6/4/25 | S D | Discuss Committee issues with Willkie and Paul Weiss teams (.3); discuss open issues and workstreams with Committee professionals from the Alix, Willkie and Sills Cummis teams (.7). | 1.00 | 1,400.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 41
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | M E | Attend call with Paul Weiss, Willkie teams re: DIP issues (.5); revise McGreevy declaration re: DIP objection (.1); corr. with J. Graber re: same (.1). | 0.70 | 577.50 |
|--------|-----|---|------|--------|
| 6/4/25 | J G | Corr. with Choate, Paul Weiss, Willkie teams re: DIP negotiations (.4); corr. with Willkie team re: same (.4). | 0.80 | 1,060.00 |
| 6/4/25 | WTE | Telephone call with S. Daly re: perfection analysis (.2); correspondence with J. Burbage, J. Graber re: initial perfection analysis (.1). | 0.30 | 667.50 |
| 6/5/25 | CAD | Correspondence w/ Willkie team regarding Committee's objection to DIP financing motion (.2); correspondence w/ Willkie, Sills teams regarding same and possible mediation request (.2); correspondence w/ Willkie, AlixPartners teams regarding Committee's DIP objection and possible supporting Alix declaration (.2). | 0.60 | 990.00 |
| 6/5/25 | M L | Corr. with J. Burbage re: DIP objection (.4); review/analyze fact stipulation with Debtors (.1). | 0.50 | 512.50 |
| 6/5/25 | L G | Review/analyze precedent DIP materials from various chapter 11 cases. | 3.90 | 2,301.00 |
| 6/5/25 | T G | Discussion w/ Willkie team re: DIP objection (.5); review/revise draft stipulated facts (.4). | 0.90 | 2,115.00 |
| 6/5/25 | WTE | Corr. w/ Willkie real estate and restructuring teams re: mortgage document request list. | 0.10 | 222.50 |
| 6/5/25 | R S | Draft joint stipulation of facts re: DIP objection. | 0.80 | 304.00 |
| 6/5/25 | M E | Draft/revise joint stipulation re: DIP issues. | 0.70 | 577.50 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 42
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/6/25 | CAD | Correspondence w/ Willkie, AlixPartners teams regarding Committee DIP objection and related proposed stipulated facts. | 0.30 | 495.00 |
|--------|-----|-----|------|--------|
| 6/6/25 | M L | Revise joint stipulation of facts between the Debtors and Committee re: DIP financing (.7); revise DIP objection (1.7); corr. with J. Burbage re: same (.3); attend call with Willkie, Alix, Sills teams re: same (.8); review/analyze M. Emanoil research re: administratively insolvent estates (.2). | 3.70 | 3,792.50 |
| 6/6/25 | JHB | Attend DIP objection call with Willkie, AlixPartners and Sills Cummis teams (.8); call with M. Loison re: DIP objection edits (.3); review/revise draft fact stipulation in support of DIP objection (.8); correspondence with AlixPartners and Sills Cummis Teams re: open research items in support of DIP objection (.4). | 2.30 | 4,197.50 |
| 6/6/25 | S D | Review/revise draft stipulation re: DIP financing (.1); correspond with W. Eguchi re: same (.1); correspond with Willkie team re: same (.1). | 0.30 | 420.00 |
| 6/6/25 | T G | Call w/ AlixPartners re: potential DIP objection (.9) and review/analyze updated materials re: same (.4). | 1.30 | 3,055.00 |
| 6/6/25 | B M | Review/comment on the revised DIP order and UCC objection (1.3); call with the Debtors to discuss the DIP hearing and order (.8). | 2.10 | 5,250.00 |
| 6/6/25 | M E | Attend call with AlixPartners, Sills Cummis, Willkie teams re: DIP objection. | 0.90 | 742.50 |
| 6/7/25 | JHB | Call with K. McGlynn (AlixPartners) re: DIP budget analysis (.3); revise joint stipulation (.3). | 0.60 | 1,095.00 |
| 6/7/25 | M L | Draft DIP objection. | 3.80 | 3,895.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 43
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/8/25 | M L | Revise fact stipulation re: DIP Motion (.6) and DIP objection (.5). | 1.10 | 1,127.50 |
|--------|-----|------|------|------|
| 6/8/25 | JHB | Revise joint stipulation (.3); review/revise DIP objection (3.6); review/revise joint stipulation of facts (.3). | 4.20 | 7,665.00 |
| 6/8/25 | M E | Review/revise DIP objection. | 0.60 | 495.00 |
| 6/8/25 | WTE | Revise fact stipulation (.1); update lien analysis (.7); correspondence to J. Burbage, S. Daly re: same (.1). | 0.90 | 2,002.50 |
| 6/9/25 | CAD | Correspondence w/ Willkie, AlixPartners teams regarding current draft of Committee's objection to DIP financing motion (.2); review/analyze same (.2); correspondence w/ Willkie team regarding Debtors' agreement to stipulated facts regarding DIP motion objection (.2) and review/analyze revisions to same (.1). | 0.70 | 1,155.00 |
| 6/9/25 | M L | Corr. with Willkie team re: stipulation in connection with DIP objection (.3); corr. with J. Burbage re: DIP objection (.2); revise DIP objection (.7); corr. with Willkie team re: same (.1); corr. with Paul Weiss team re: stipulation (.2). | 1.50 | 1,537.50 |
| 6/9/25 | T G | Review/revise draft DIP Objection (1.3) and correspondence w/ Willkie team re: same (.3). | 1.60 | 3,760.00 |
| 6/9/25 | JHB | Discussion with D. Keeton (Paul Weiss) re: joint stipulation (.2); corr. with Willkie team re: same (.2). | 0.40 | 730.00 |
| 6/9/25 | CAD | Correspondence w/ Willkie, Alix teams regarding current draft of joint stipulation of facts regarding DIP motion (.2); review/analyze same (.2). | 0.40 | 660.00 |
| 6/10/25 | CAD | Correspondence w/ Willkie, Choate teams regarding insert for proposed final DIP order regarding McKesson dispute. | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 44
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/10/25 | M L | Revise DIP objection. | 1.70 | 1,742.50 |
|---|---|---|---|---|
| 6/10/25 | T G | Correspondence w/ Debtors, Lenders re: DIP timing (.4); correspondence w/ Willkie team re: same (.3); correspondence w/ landlord counsel re: same (.2). | 0.90 | 2,115.00 |
| 6/10/25 | JHB | Revise DIP objection. | 1.00 | 1,825.00 |
| 6/10/25 | S D | Correspond with Willkie team re: DIP credit agreement covenants (.2); review/analyze DIP credit agreement to inform same (.2); review/revise DIP objection (.3). | 0.70 | 980.00 |
| 6/10/25 | J G | Review/revise UCC DIP objection (.6); corr. with M. Loison re: same (.1). | 0.70 | 927.50 |
| 6/11/25 | CAD | Correspondence w/ Willkie, Sills teams regarding status of proposed fact stipulation in connection w/ DIP motion. | 0.30 | 495.00 |
| 6/11/25 | T G | Correspondence w/ Willkie team re: DIP objection and DIP facts stipulation. | 0.40 | 940.00 |
| 6/11/25 | JHB | Call with D. Keeton (Paul Weiss) re: DIP objection stipulation (.2); corr. with Willkie team re: same (.3). | 0.50 | 912.50 |
| 6/12/25 | CAD | Correspondence w/ M. Emanoil, Willkie team regarding multiple landlords' limited objection to DIP motion and cross-motion for adequate protection (.2); review/analyze same (.2). | 0.40 | 660.00 |
| 6/12/25 | M L | Review/analyze landlord objections to DIP motion. | 0.20 | 205.00 |
| 6/12/25 | M E | Attend meeting with Choate, BRG, Paul Weiss, Cole Schotz, Willkie teams re: DIP motion. | 1.60 | 1,320.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 45
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/13/25 | CAD | Correspondence w/ Sidley, Paul Weiss, Willkie teams regarding McKesson-related insert to proposed final DIP order (.2) and DIP-related litigation schedule (.3). | 0.50 | 825.00 |
|---------|-----|------|------|--------|
| 6/13/25 | M L | Review/analyze landlord objections re: Debtors' DIP motion. | 0.30 | 307.50 |
| 6/13/25 | T G | Correspondence w/ Willkie team re: status of DIP objection (.4); correspondence w/ landlords re: same (.2); review/analyze filed DIP objections (.6). | 1.20 | 2,820.00 |
| 6/13/25 | JHB | Correspondence with Willkie team re: McKesson DIP Order language. | 0.20 | 365.00 |
| 6/15/25 | CAD | Correspondence w/ Willkie team regarding revisions to Committee's DIP objection. | 0.20 | 330.00 |
| 6/15/25 | JHB | Corr. with T. Goren re: DIP objection. | 0.20 | 365.00 |
| 6/16/25 | M L | Review/analyze precedent re: administrative insolvency and DIP objection. | 3.40 | 3,485.00 |
| 6/17/25 | CAD | Correspondence w/ Willkie team regarding revisions to Committee's draft objection to DIP motion (.2) and status of stipulated facts regarding same (.2). | 0.40 | 660.00 |
| 6/17/25 | M L | Corr. with Willkie team re: motion to convert research re: DIP objection (.5); revise stipulation re: DIP objection (.5); corr. with Willkie team re: same (.2); review/analyze research re: same (.7). | 1.90 | 1,947.50 |
| 6/17/25 | T G | Correspondence w/ Willkie team re: proposed DIP stipulation facts/next steps (.4); review and analyze draft of same re: potential additions (.3). | 0.70 | 1,645.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 46
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/17/25 | JHB | Corr. with M. Loison research re: precedent research re: DIP objection re: same (.4); call with D. Keeton (Paul Weiss) re: stipulation status (.2); correspondence with D. Burke re: draft stipulation of facts and next steps (.3). | 0.90 | 1,642.50 |
|---------|-----|---|------|----------|
| 6/17/25 | J G | Review/revise DIP objection (1.4); review/revise stipulation agreement (.8); corr. with Willkie team re: same (.3). | 2.50 | 3,312.50 |
| 6/17/25 | E W | Review/analyze objection to DIP motion (.1); research re: DIP motion (.2). | 0.30 | 114.00 |
| 6/18/25 | J G | Corr. with debtors professionals and UCC professionals re: ongoing negotiations, DIP discussions and case timeline re: same (.5); corr. with UCC professionals re: same (.4); analyze same and related case administrative for upcoming hearings and meetings with committee (1.1). | 2.00 | 2,650.00 |
| 6/18/25 | S D | Corr. with Willkie, Alix, Cole Schotz and Paul Weiss teams re: DIP motion, financing, and diligence. | 0.50 | 700.00 |
| 6/19/25 | JHB | Correspondence with D. Keeton (Paul Weiss) re: Committee Stipulation. | 0.20 | 365.00 |
| 6/20/25 | M L | Review/analyze research questions re: DIP objection and administrative insolvency (1.8); attend call with M. Gates (AlixPartners) re: same (.4); corr. with J. Burbage re: same (.2). | 2.40 | 2,460.00 |
| 6/20/25 | T G | Review/analyze revised draft DIP statement of facts (.4); correspondence w/ Willkie team re: same/DIP objection (.3). | 0.70 | 1,645.00 |
| 6/20/25 | J G | Review/revise DIP objection (.6); corr. with AlixPartners team and M. Loison re: same (.2). | 0.80 | 1,060.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 47
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/23/25 | CAD | Correspondence w/ Willkie team regarding current draft of Committee's objection to DIP financing motion and revisions. | 0.30 | 495.00 |
| 6/23/25 | T G | Review/revise updated draft of DIP objection (.6); call w/ Debtors' advisors re: same (.7); follow-up call w/ Willkie team re: same (.4). | 1.70 | 3,995.00 |
| 6/23/25 | JHB | Review/analyze DIP objection draft (.9); attend call with Paul Weiss re: DIP issues (.6); attend call with B. Miller, T. Goren and Willkie team re: edits to the DIP Objection (.5). | 2.00 | 3,650.00 |
| 6/23/25 | J G | Review/revise DIP objection (2.9); continuous corr. with Willkie team and AlixPartners re: same (1.7). | 4.60 | 6,095.00 |
| 6/23/25 | M E | Review/revise Committee DIP objection. | 0.90 | 742.50 |
| 6/23/25 | M E | Attend meeting with Paul Weiss team re: DIP issues (.7); call with Willkie team re: same (.3). | 1.00 | 825.00 |
| 6/24/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding current draft of stipulated facts in connection w/ DIP financing motion (.2); review/analyze same (.1); correspondence w/ Willkie team regarding current draft of Committee's objection to DIP financing motion (.3); review/analyze same (.2). | 0.80 | 1,320.00 |
| 6/24/25 | T G | Review/revise draft DIP objection (.8); correspondence w/ Willkie team re: same (.4); correspondence w/ Paul Weiss team re: same/facts stipulation (.3); review/analyze updated stipulation (.2). | 1.70 | 3,995.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 48
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/24/25 | JHB | Corr. with J. Graber re: DIP objection (1.1); call with D. Keeton (Paul Weiss) re: McKesson issue and draft update email re: same (.4); call with M. Gates (AlixPartners) re: DIP Budget (.1). | 1.60 | 2,920.00 |
| 6/25/25 | CAD | Correspondence w/ Willkie team regarding finalizing Committee's objection to DIP financing motion (.4) and associated stipulated facts (.3). | 0.70 | 1,155.00 |
| 6/25/25 | T G | Review/revise further updated drafts of DIP objection (.8) and facts stipulation (.3); correspondence w/ Willkie team (.4) and Paul Weiss (.3) re: same. | 1.80 | 4,230.00 |
| 6/25/25 | JHB | Review/analyze various iterations of DIP objection (1.4); corr. with Willkie team re: filing of DIP objection (.2); correspondence with BRG team re: open DIP points (.2). | 1.80 | 3,285.00 |
| 6/25/25 | S D | Correspond with Willkie team re: DIP stipulations (.1); review/analyze open issues re: same (.1); discuss same with Paul Weiss and Willkie teams (.2). | 0.40 | 560.00 |
| 6/25/25 | M E | Review/revise Committee DIP objection (1.9); corr. with J. Graber re: same (.3). | 2.20 | 1,815.00 |
| 6/25/25 | J G | Review/revise DIP objection and finalize for filing (1.8); continuous corr. with Willkie, AlixPartners, Paul Weiss re: same (2); attend and participate in call with Paul Weiss and Willkie and Sills re: stipulation revisions (.4); corr. with D. Keeton re: stipulation revisions and A&M analyses (.5); corr. with W. Eguchi re: same (.3); review/revise same (.3); corr. with Willkie team re: same (.2); corr. with G. Kopacz (Sills) re: same (.2); finalize stipulation for signature (.2). | 5.90 | 7,817.50 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 49
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/25/25 | J G | Corr. with Debtors re: DIP negotiations, stipulation revisions, strategic case alternatives (.6); corr. with UCC professionals re: same (.5). | 1.10 | 1,457.50 |
| 6/25/25 | M E | Attendmeeting with Paul Weiss team re: DIP issues, plan process (.5); attendmeeting with Willkie, AlixPartners, Sills Cummis teams re: same (.4). | 0.90 | 742.50 |
| 6/26/25 | T G | Prepare for (.3) and participate in (.9) Committee call re: DIP/Case update; review/analyze Alix materials for call (.4). | 1.60 | 3,760.00 |
| 6/26/25 | T G | Prepare arguments for DIP hearing/pre-trial conference (.9); call w/ landlord counsel re: potential resolution (.6); correspondence w/ AlixPartners team re: potential DIP resolutions (.4); correspondence (.4)/call (.4) w/ Paul Weiss team re: same ; discussion w/ B. Miller re: same (.2). | 2.90 | 6,815.00 |
| 6/26/25 | J G | Corr. with Paul Weiss and Willkie team re: ongoing DIP negotiations. | 0.40 | 530.00 |
| 6/27/25 | T G | Prepare argument for potential DIP hearing (.8); call w/ Paul Weiss team re: DIP update (.5); chambers conference re: same (.5); follow-up discussion w/ B. Miller re: same (.2); calls w/ L. Roglen (.4) and I. Gold (landlord counsel) re: same (.3); call w/ landlords and Debtors' counsel re: same (.4). | 3.10 | 7,285.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 50
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/27/25 | B M | Call with the Debtors to discuss the DIP budget and open issues with the DIP lenders (.5); chambers conference with Judge Kaplan regarding same (.5); calls with T. Pitta and R. Lehane (landlord counsel) regarding the DIP chambers conference (.7); prepare memorandum for the UCC regarding the agreed DIP schedule (.4); review the UCC DIP objection (.5). | 2.60 | 6,500.00 |
| 6/27/25 | J G | Corr. with Paul Weiss and Willkie team re: DIP negotiations and upcoming hearing (.5); attend chambers conference re: same (.5); corr. with Willkie team re: same (.2). | 1.20 | 1,590.00 |
| | | **Subtotal - Financing and Cash Collateral** | **297.50** | **455,116.50** |

## Other Litigation

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/19/25 | CAD | Correspondence w/ Willkie team regarding M. Gordon WARN Act class action adversary proceeding. | 0.20 | $ 330.00 |
| 5/19/25 | M E | Review/analyze Gordon Adversary Proceeding complaint (.3); corr. with Willkie team re: same (.1). | 0.40 | 250.00 |
| 5/28/25 | T G | Review/analyze McKesson scheduling stipulation. | 0.30 | 705.00 |
| 5/29/25 | JHB | Review/analyze McKesson stipulation (.3) and provide (.2) comments re: same. | 0.50 | 912.50 |
| 5/30/25 | AJV | Review/analyze first-day transcript, first day pleadings, and opposition pleadings re: same. | 0.90 | 922.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 51
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/31/25 | JHB | Correspondence with Willkie team re: informal discovery for Lenders and Debtors (.4); correspondence with Committee professionals re: McKesson stipulation (.5); call with Paul Weiss re: McKesson stipulation (.2). | 1.10 | 2,007.50 |
| 6/2/25 | JHB | Call with T. Goren re: McKesson stipulation (.3); correspondence with Sills team re: same (.3). | 0.60 | 1,095.00 |
| | | **Subtotal – Other Litigation** | **4.00** | **6,222.50** |

## Meetings and Communications with Creditors

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 5/16/25 | T G | Prepare for (.3) and participate in (.9) UCC meeting re: selection of financial advisors; review/analyze financial advisor pitch books (1.3); correspondence w/ UCC members and financial advisors re: same (.6). | 3.10 | $  7,285.00 |
| 5/16/25 | J G | Attend and participate in financial advisor UCC interviews (partial) (.5); corr. with Willkie team and Committee re: same (.3). | 0.80 | 1,060.00 |
| 5/16/25 | B M | Attend meeting with the UCC regarding the selection of professionals and discussion of the sale process (9); review/analyze financial advisor pitch books (1.1); correspondence with the financial advisor candidates re: same (.7); prepare memorandum regarding the UCC selection process and go forward UCC dynamics (.6). | 3.30 | 8,250.00 |
| 5/17/25 | M E | Corr. with Willkie team, Committee members re: weekly UCC meeting. | 0.70 | 437.50 |
| 5/19/25 | CAD | Correspondence w/ Willkie team, Committee regarding Committee's statement and reservation of rights in connection w/ asset sale hearing. | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 52
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/19/25 | T G | Correspondence w/ landlord counsel re: sale order questions (.4); correspondence w/ UCC members re: same/UCC reservation of rights (.3). | 0.70 | 1,645.00 |
|---------|-----|------|------|------|
| 5/19/25 | M L | Attend meeting with AlixPartners and Sills teams re: DIP, Committee statement, and retention applications (.8); corr. with UCC re: Committee statement and reservation of rights re: sale orders (.3). | 1.10 | 1,127.50 |
| 5/19/25 | J G | Review/analyze UCC composition objection (.1); corr. with S. Klein re: UCC objection (.1); corr. with Willkie team re: same (.1). | 0.30 | 397.50 |
| 5/21/25 | M E | Corr. with UCC re: meeting agenda, UCC bylaws. | 0.20 | 125.00 |
| 5/21/25 | B M | Review/comment on the agenda, exhibits and hand outs for the UCC meeting to discuss operations, the sale process, and financing agreements . | 1.60 | 4,000.00 |
| 5/21/25 | J G | Corr. with M. Emanoil and M. Loison re: Rite Aid trust summaries and communications with committee. | 0.30 | 397.50 |
| 5/22/25 | B M | Prepare for (.4) and attend (1.0) the UCC meeting to discuss the sale hearing and upcoming matters including the DIP issues; correspondence with Delaware Trust and 1970 Group regarding ex-officio seats on the UCC (.5); call with A. Sherman (Sills) regarding the UCC meeting (.3); prepare memorandum regarding the ex-officio requests for the UCC (.4). | 2.60 | 6,500.00 |
| 5/22/25 | M L | Attend UCC meeting re: first day orders, AlixPartners update, Pharmacy Asset sale results, and DIP motion and potential objection (1.0); attend follow up meeting with Willkie team re: same (.4). | 1.40 | 1,435.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 53
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/22/25 | JHB | Attend weekly committee call re: first day orders, sale results, DIP motion. | 0.70 | 1,277.50 |
|---------|-----|------|------|------|
| 5/22/25 | T G | Prepare for (.2) and participate in (1.0) Committee meeting re: sale/DIP status; review and analyze AlixPartners materials for call (.4); correspondence (.2)/calls (.2) w/ AlixPartners team re: same; follow-up discussion w/ Willkie team re: same (.6). | 2.60 | 6,110.00 |
| 5/22/25 | J G | Prepare for (.1) and attend (1.0) UCC meeting re: first day orders, AlixPartners update, Pharmacy Asset sale results, and DIP motion and potential objection; attend follow up meeting with Willkie team re: same (.4). | 1.50 | 1,987.50 |
| 5/22/25 | M E | Revise working group list re: UCC contacts, UCC professionals contacts (.9); draft/revise summary of non-debtor pleadings for Willkie team (.8); corr. with M. Loison re: same (.1); prepare for (.1) and attend (.9) meeting with Paul Weiss team, Willkie team re: DIP issues. | 2.80 | 1,750.00 |
| 5/28/25 | B M | Review/comment on the agenda, exhibits and hand outs for the UCC meeting to discuss operations, the sale process, and financing agreements. | 1.60 | 4,000.00 |
| 5/28/25 | M L | Attend meeting with UCC professionals: DIP issues list, first day motions, and next steps (.5); corr. with Willkie team re: same (.1); corr. with M. Emanoil re: UCC: weekly meeting and agenda (.1). | 0.70 | 717.50 |
| 5/28/25 | T G | Call w/ UCC professionals re: case update, UCC call topics (.5); review/revise agenda for UCC call (.2). | 0.70 | 1,645.00 |

New Rite Aid Official Committee of Unsecured Creditors                         Page 54
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/28/25 | JHB | Review/analyze AlixPartners presentation materials in advance of meeting (.2) and correspondence with M. Gates (AlixPartners) re: same (.2). | 0.40 | 730.00 |
|---------|-----|---|------|--------|
| 5/28/25 | M E | Corr. with Committee members re: 5/29/25 meeting. | 0.30 | 187.50 |
| 5/28/25 | JHB | Attend weekly call with Committee professionals re: DIP issues, McKesson, and stub rent questions (in part). | 0.60 | 1,095.00 |
| 5/29/25 | M L | Attend call with UCC re: second day update, McKesson, financial advisor reports, and administrative matters (1.2); corr. with UCC re: ex officio member requests (.1); corr. with Willkie team re: same (.2). | 1.50 | 1,537.50 |
| 5/29/25 | B M | Prepare (.4) and attend (1.2) UCC meeting discussing the DIP facility and store closing sales; call with J. Rothleder regarding ex-officio status for Delaware Trust (.4); call with J. Harris regarding ex-officio status for 1970 Group (.4). | 2.40 | 6,000.00 |
| 5/29/25 | T G | Prepare for (.2) and participate in (1.2) Committee call re: DIP/first day status; review/analyze AlixPartners materials for same (.6); follow-up discussion w/ Willkie team re: same (.4). | 2.40 | 5,640.00 |
| 5/29/25 | JHB | Prepare for weekly Committee meeting (.6); attend weekly Committee meeting re: DIP/first day status; review/analyze AlixPartners materials for same (1.2). | 1.80 | 3,285.00 |
| 5/29/25 | M E | Attend UCC meeting re: DIP issues, second day hearing. | 1.20 | 750.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 55
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/29/25 | J G | Prepare for (.1) and attend (1.2) meeting with UCC, Willkie Team, and AlixPartners re: case and committee administration, settlement negotiations, and upcoming second day hearing; corr. with UCC re: ex officio member requests (.1); corr. with Willkie team re: same (.2); corr. with M. Loison re: committee bylaws (.2); attention to same (.2); research precedential treatment of 503(b)(9) and stub rent (.4); summarize findings (.2); corr. with Willkie team (.2). | 2.80 | 3,710.00 |
| --- | --- | --- | --- | --- |
| 5/30/25 | CAD | Correspondence w/ Willkie team, Committee regarding updates on adjournment of DIP hearing, first day diligence update, McKesson briefing schedule stipulation, and section 341 meeting. | 0.20 | 330.00 |
| 5/30/25 | JHB | Corr. with Committee re: 341 creditor meeting. | 0.50 | 912.50 |
| 5/30/25 | M E | Corr. with UCC, J. Graber, Sills Cummis team, AlixPartners team re: 341 meeting, DIP updates. | 0.60 | 375.00 |
| 5/30/25 | M L | Corr. with Sills team re: 341 meeting. | 0.20 | 205.00 |
| 5/31/25 | M E | Corr. with T. Pitta re: Sub-Trust A motion. | 0.10 | 62.50 |
| 6/2/25 | J G | Attend and participate in meeting with J. Burbage and J. Raviele re: stub rent and related inquiries. | 0.30 | 397.50 |
| 6/2/25 | JHB | Call with Kelley Drye team re: stub rent considerations (.3); corr. with Willkie team re: same (.1). | 0.40 | 730.00 |
| 6/2/25 | M E | Corr. with Committee members re: McKesson stipulation, first day orders, DIP hearing adjournment. | 0.10 | 82.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 56
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/3/25 | JHB | Attend meeting with landlord counsel re: DIP issues (.9); call with M. Gates (AlixPartners) re: Committee materials and draft internal correspondence re: same (.3). | 1.20 | 2,190.00 |
| 6/3/25 | M E | Draft agenda for UCC meeting on 6/5/25. | 0.30 | 247.50 |
| 6/3/25 | T G | Call w/ UCC advisors re: UCC call topics, DIP budget, next steps (.6); follow-up discussion w/ Willkie team re: same (.3). | 0.90 | 2,115.00 |
| 6/4/25 | JHB | Call with I. Gold (landlord counsel) re: landlord issues. | 0.30 | 547.50 |
| 6/4/25 | T G | Call w/ UCC advisors re: UCC call topics, DIP budget, next steps (.6); follow-up discussion w/ Willkie team re: same (.3); review and revise agenda for UCC call (.2). | 1.10 | 2,585.00 |
| 6/4/25 | M L | Attend meetings with UCC professionals re: DIP objection, 365(d)(4) statement, and first day motion orders. | 0.70 | 717.50 |
| 6/4/25 | M E | Attend 341 meeting (.8); corr. with Willkie team, UCC re: same (.9). | 1.70 | 1,402.50 |
| 6/4/25 | M E | Attend call with Choate team, Paul Weiss team re: DIP issues, plan (.7); attend call with AlixPartners, Willkie teams re: DIP issues (.8). | 1.50 | 1,237.50 |
| 6/4/25 | M E | Corr. with UCC, Willkie team re: 6/5/25 meeting. | 0.50 | 412.50 |
| 6/4/25 | J G | Attend 341 meeting of creditors (partial) (.5); corr. with M. Emanoil re: same (.3); corr. with Willkie team re: same (.2) | 1.00 | 1,325.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 57
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | J G | Attend meeting with Debtors re: 341 Meeting, final first day orders, administrative claims (.5); attention to same (.3); attend meetings with UCC professionals re: DIP objection, 365(d)(4) statement, and first day motion orders (.7); corr. with J. Burbage re: same (.3). | 1.80 | 2,385.00 |
|---|---|---|---|---|
| 6/4/25 | JHB | Attend weekly call with Committee professionals re: 341 Meeting, final first day orders, administrative claims (partial) (.5); meeting with T. Goren and J. Graber re: same (.2). | 0.70 | 1,277.50 |
| 6/5/25 | JHB | Attend weekly Committee call re: 341 meeting, administrative claims (.5); corr. with PBGC re: Committee concerns (.2). | 0.70 | 1,277.50 |
| 6/5/25 | T G | Prepare for (.4) and participate in (1.0) Committee call re: first day, DIP, sale status; follow-up discussion w/ Willkie team re: same (.4); review and revise AlixPartners materials for UCC call (.6). | 2.40 | 5,640.00 |
| 6/5/25 | M E | Corr. with UCC re: bylaws (.6); prepare for (.2) and attend (1.0) UCC meeting re: 341 meeting, first day orders, DIP. | 1.80 | 1,485.00 |
| 6/5/25 | B M | Prepare for (.4) and participate in the UCC meeting to discuss the DIP, sale process and McKesson plan option (1.0); call with T. Pitta regarding SubTrust A information requests (.4); call with A. Halperin regarding SubTrust B information requests (.4). | 2.20 | 5,500.00 |
| 6/5/25 | M L | Attend meeting with Committee re: financial advisor update, section 365(d)(4) statement, first day order, DIP objection, June 9 hearing. | 1.00 | 1,025.00 |
| 6/6/25 | JHB | Correspondence with the PBGC re: case issues. | 0.20 | 365.00 |

New Rite Aid Official Committee of Unsecured Creditors                                     Page 58
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/9/25 | JHB | Corr. with J. Graber re: second day hearing summary. | 0.40 | 730.00 |
|--------|-----|------|------|--------|
| 6/9/25 | M E | Corr. with Committee (.7) and Willkie team (.5) re: Second Day Hearing; corr. with Committee re: Second Day Hearing (.5). | 1.20 | 990.00 |
| 6/10/25 | JHB | Correspondence with I. Gold (landlord counsel) re: landlord issues. | 0.20 | 365.00 |
| 6/10/25 | B M | Review/comment on the agenda, exhibits and hand outs for the UCC meeting to discuss the DIP, McKesson options and sale process. | 1.40 | 3,500.00 |
| 6/11/25 | T G | Call w/ PBGC re: case update (.5); call w/ 1970 group re: same (.4); call w/ UCC professionals (.3) and Willkie team (.2) re: UCC call topics, DIP status; review/revise agenda for UCC call (.2). | 1.60 | 3,760.00 |
| 6/11/25 | JHB | Attend call with PBGC re: case update and upcoming pleadings (.5); attend call with 1970 group re: same (.3); corr. with Willkie team re: same (.2). | 1.00 | 1,825.00 |
| 6/11/25 | M L | Attend call with PBGC team re: pension plan (.5); attend follow-up meeting with Willkie team re: same (.5); attend call with UCC professionals re: McKesson, NOLs, store closing, and remaining asset sale process (.3). | 1.30 | 1,332.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 59
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/11/25 | J G | Review/analyze agenda for upcoming creditors committee meeting (.2); corr. with Willkie team re: same (.2); corr. with creditor re: stub rent payments and related inquiries (.2); attend meeting with Willkie team and PBGC re: insurance information and related claims (.5); continuous corr. with Willkie team re: same, case timeline and strategic alternatives re: same (.9); attend meeting with 1970 group re: insurance claims (.3); attend call with UCC professionals re: McKesson, NOLs, store closing, and remaining asset sale process (.3); attend call with Debtors re: McKesson and meet and confer, store closing motion, and remaining asset sale process (.7). | 3.30 | 4,372.50 |
| 6/11/25 | M E | Attend meetings with 1970 Group team (.4), PBGC team (.5) re: creditor concerns. | 0.90 | 742.50 |
| 6/11/25 | B M | Call with the PBGC to discuss the pension plan and potential termination options (.5); prepare correspondence regarding open PBGC issues (.3); call with the 1970 Group to discuss the insurance L/C issues (.3); call with the Debtors to discuss the PBGC and 1970 Group issues (.5). | 1.60 | 4,000.00 |
| 6/11/25 | JHB | Attend weekly internal call with Committee professionals re: McKesson deal and meet and confer, store closing motion, and remaining asset sale process. | 0.70 | 1,277.50 |
| 6/11/25 | M E | Corr. with Committee re: weekly Committee meeting. | 0.50 | 412.50 |
| 6/12/25 | JHB | Prepare for (.1) and attend (.6) weekly Committee call re: DIP motion, plan process, second day hearing. | 0.70 | 1,277.50 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 60
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/12/25 | M L | Attend meeting with UCC professionals re: meet and confer in connection with proposed plan (.4); attend UCC meeting re: plan process, DIP motion, second day hearing recap, Guggenheim retention application, Committee by-laws (.6). | 1.00 | 1,025.00 |
|---------|-----|---|------|----------|
| 6/12/25 | J G | Attend meeting with UCC professionals re: meet and confer in connection with proposed plan, sale process (.4); analyze bidding procedures re: same (.2); attend UCC meeting re: plan process, DIP motion, second day hearing recap, Guggenheim retention application, Committee by-laws (.6). | 1.20 | 1,590.00 |
| 6/12/25 | T G | Prepare for (.2) and participate on (.6) Committee call re: DIP status, plan discussions; review and analyze Alix materials for UCC call (.6); corr. with Willkie team re: same (.4). | 1.80 | 4,230.00 |
| 6/12/25 | B M | Prepare for (.4) and participate in the UCC meeting to discuss the DIP, sale process and McKesson plan option (.6); corr. with Willkie team re: same (.4). | 1.40 | 3,500.00 |
| 6/12/25 | M E | Prepare for (.1) and attend Committee meeting (.6); corr. with Committee re: upcoming deadlines, by-laws (1.1); attend meeting with Willkie, AlixPartners, Sills Cummis teams re: same (.4). | 2.20 | 1,815.00 |
| 6/13/25 | JHB | Correspondence with S. Fleisher re: landlord issues. | 0.30 | 547.50 |
| 6/16/25 | M L | Corr. with B. Hytinen (Iron Mountain) re: Committee by-laws. | 0.20 | 205.00 |
| 6/16/25 | T G | Correspondence w/ UCC members and Willkie team re: upcoming UCC call. | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 61
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/16/25 | JHB | Correspondence with I. Gold re: DIP hearing adjournment (.2); correspondence with PBGC re: upcoming Committee meeting (.1); provide comments to M. Loison re: update to the committee (.1). | 0.40 | 730.00 |
|---------|-----|-----|------|--------|
| 6/17/25 | JHB | Call with I. Gold (Allen Matkins) re: status of DIP Hearing. | 0.50 | 912.50 |
| 6/18/25 | M L | Attend meeting with UCC professionals re: McKesson deal, sale process (.4); attend Willkie follow up meeting re: same (.2); corr. with UCC re: meeting agenda (.1). | 0.70 | 717.50 |
| 6/18/25 | T G | Call w/ UCC professionals re: UCC call topics, DIP/Plan status (.4); review and revise agenda for UCC call (.2). | 0.60 | 1,410.00 |
| 6/18/25 | B M | Review and comment on the agenda, exhibits and hand outs for the UCC meeting to discuss the DIP., McKesson options and sale process. | 1.40 | 3,500.00 |
| 6/18/25 | B M | Prepare for (.5) and participate (2.0) on the UCC call to select FA and banker; communication with the FA/banker candidates regarding the UCC selections (.9). | 3.40 | 8,500.00 |
| 6/18/25 | JHB | Attend weekly call with Committee professionals re: remaining asset bids, McKesson discussions, DIP (.3); corr. with B. Miller and T. Goren re: same (.1). | 0.40 | 730.00 |
| 6/19/25 | T G | Correspondence w/ UCC members re: books and records questions. | 0.20 | 470.00 |
| 6/19/25 | J G | Review/analyze materials for upcoming committee meeting (.3); corr. With AlixPartners re: same (.1). | 0.40 | 530.00 |

New Rite Aid Official Committee of Unsecured Creditors                           Page 62
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/19/25 | B M | Prepare for (.4) and participate in the UCC meeting to discuss the DIP, sale process and McKesson plan option (.6); corr. with Willkie team re: same (.4). | 1.40 | 3,500.00 |
|---------|-----|---|------|----------|
| 6/20/25 | M L | Attend UCC meeting re: sale process and DIP/plan process. | 0.60 | 615.00 |
| 6/20/25 | T G | Prepare for (.3) and participate in (.6) Committee call re: DIP/Sale/Plan status; review and analyze Alix materials re: same (.3). | 1.20 | 2,820.00 |
| 6/20/25 | J G | Attend UCC meeting re: sale process, case timeline, and upcoming hearings (partial). | 0.30 | 397.50 |
| 6/20/25 | JHB | Correspondence with M. Sorenson (Debevoise) re: reporting issues (.2); attend weekly committee meeting (.6). | 0.80 | 1,460.00 |
| 6/23/25 | T G | Correspondence w/ A Halperin re: books and records question. | 0.20 | 470.00 |
| 6/23/25 | JHB | Correspondence with I. Gold re: status of case. | 0.20 | 365.00 |
| 6/23/25 | M E | Corr. with UCC re: Thrifty Assets Auction. | 0.10 | 82.50 |
| 6/24/25 | M E | Review/revise Committee DIP objection (.4), corr. with J. Graber, J. Burbage re: same (.1). | 0.50 | 412.50 |
| 6/24/25 | M E | Review/analyze bidding procedures (.4); corr. with J. Graber, Kelley Drye & Warren team re: same (.4). | 0.80 | 660.00 |
| 6/25/25 | T G | Call w/ UCC advisors re: DIP/Plan status, UCC call topics (.5); review and revise agenda for UCC call (.2). | 0.70 | 1,645.00 |
| 6/25/25 | M E | Corr. with UCC re: Certain Leases Auction, UCC meeting (.5); corr. with Willkie team re: same (.1). | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                               Page 63
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/25/25 | B M | Review and comment on the agenda, exhibits and handouts for the UCC meeting to discuss the DIP., McKesson options and sale process. | 1.30 | 3,250.00 |
|---|---|---|---|---|
| 6/25/25 | J G | Corr. with S. Fleischer re: landlord dip negotiations and open items. | 0.20 | 265.00 |
| 6/26/25 | CAD | Correspondence w/ T. Pitta (Emmet Marvin), B. Miller, J. Graber regarding draft of Willkie retention application. | 0.30 | 495.00 |
| 6/26/25 | JHB | Attend weekly committee meeting (.9); attend call with Landlords counsel re: potential stub rent resolution (.5). | 1.40 | 2,555.00 |
| 6/26/25 | M E | Prepare for (.1) and attend (1.0) UCC meeting re: DIP issues, plan process; attend conference with Paul Weiss team, A&M team, Willkie team, landlord parties re: DIP issues (.5). | 1.60 | 1,320.00 |
| 6/26/25 | B M | Prepare for (.4) and participation in the UCC meeting to discuss the DIP, sale process and McKesson plan option (1.0); call with Branzberg regarding same (.4); call with A. Eaton (Paul Weiss) regarding open UCC issues (.3). | 2.10 | 5,250.00 |
| 6/26/25 | J G | Corr. with Debtors' professionals, Willkie team, and landlord counsel re: stub rent negotiations and DIP negotiations (.5); attend and participate in call with UCC re: sale processes, SOFAs/Schedules, upcoming DIP hearing (1.0); corr. with Willkie team re: same (.3). | 1.80 | 2,385.00 |
| 6/27/25 | CAD | Correspondence w/ Willkie team, Committee regarding status conference w/ court and status/adjournment of DIP financing and other motions to July 8. | 0.30 | 495.00 |
| 6/27/25 | JHB | Revise update email to Committee (.3); correspondence with M. Sorensen re: insurance report (.1). | 0.40 | 730.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 64
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/27/25 | M E | Attend conference with landlords, Debtors professionals re: DIP issues. | 0.40 | 330.00 |
|---|---|---|---|---|
| 6/27/25 | J G | Attend meeting with Debtors, Willkie, and landlords counsel re: open dip items and negotiations (partial). | 0.40 | 530.00 |
| 6/28/25 | JHB | Correspondence with J. Graber re: creditor proof of claim question. | 0.10 | 182.50 |
| 6/28/25 | J G | Corr. with creditors re: bankruptcy cases and inquiries re: same (.2); corr. with J. Burbage re: same (.1). | 0.30 | 397.50 |
| 6/30/25 | M E | Corr. with UCC re: sale hearing. | 0.50 | 412.50 |
| 6/30/25 | JHB | Call with I. Gold re: adjourned hearing (.4); correspondence with M. Sorensen re: insurance call (.1). | 0.50 | 912.50 |
| | | **Subtotal - Meetings and Communications with Creditors** | **112.90** | **196,377.50** |

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/28/25 | R S | Corr. w/ M. Loison re: DIP objection (.1); review/analyze same (2.5). | 2.60 | $ | 988.00 |
| 5/29/25 | JHB | Draft correspondence re: precedential 503b9 treatment. | 0.30 | | 547.50 |
| 5/30/25 | JHB | Corr. with J. Graber re: 503b9 precedent. | 0.20 | | 365.00 |
| 6/2/25 | JHB | Call with S. Mitchell (Paul Weiss) re: plan construct (.4); corr. with Willkie team re: same (.3). | 0.70 | | 1,277.50 |
| 6/3/25 | JHB | Call with Paul Weiss tax re: potential plan structure (.5); call with V. Mahmoudov (WFG Tax) re: next steps (.1); call with B. Miller and T. Goren re: plan strategy (.4). | 1.00 | | 1,825.00 |

New Rite Aid Official Committee of Unsecured Creditors                                       Page 65
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | CAD | Correspondence w/ Willkie team regarding Debtors' illustrative plan term sheet (.2); review/analyze same (.2). | 0.40 | 660.00 |
|---|---|---|---|---|
| 6/6/25 | T G | Review/analyze notice of effective date, plan proposals (.2);correspondence w/ Willkie team re: same (.2). | 0.40 | 940.00 |
| 6/9/25 | J G | Analyze plan term sheet (1.1); corr. with M. Emanoil re: same (.1); corr. with J. Burbage re: same (.2). | 1.40 | 1,855.00 |
| 6/10/25 | T G | Review/analyze plan presentation materials from Paul Weiss (.6); call w/ S. Mitchell (Paul Weiss) re: plan discussions (.2). | 0.80 | 1,880.00 |
| 6/11/25 | CAD | Correspondence w/ Paul Weiss team regarding restructuring scenarios presentation (.1); review/analyze same (.2). | 0.30 | 495.00 |
| 6/12/25 | JHB | Review/analyze materials in advance of plan meet and confer (.5); attend meet and confer with Paul Weiss, Choate, Sidley teams re: DIP financing, plan structure (1.4); discussion with B. Miller, T. Goren and Willkie team re: case strategy (.6). | 2.50 | 4,562.50 |
| 6/12/25 | M L | Attend meeting with Paul Weiss, Sidley, and Choate teams re: debtor in possession financing, proposed plan structure. | 1.40 | 1,435.00 |
| 6/12/25 | J G | Prepare for (.2) and attend meeting with debtors professionals, McKesson Counsel, DIP agent professionals, and UCC professionals re: DIP financing, proposed plan structure, and case timeline (1.6); corr. with Willkie team re: same (.4); attention to materials re: same (1.0). | 3.20 | 4,240.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 66
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/12/25 | T G | Call w/ Lenders, McKesson and Debtors' counsel re: potential claims/plan structure (1.6); call w/ UCC professionals re: same (.5); review and analyze Paul Weiss materials re: same (.8); correspondence w/ parties re: revised schedule (.4). | 3.30 | 7,755.00 |
| 6/16/25 | S D | Review secondary source summary of plan issues relevant to case (.1); correspond with J. Graber re: same (.1). | 0.20 | 280.00 |
| 6/16/25 | J G | Conduct research re: plan settlements, administrative claims, solvency, and related confirmations (1); summarize findings (.4); continuous corr. with M. Loison re: same (.5). | 1.90 | 2,517.50 |
| | | **Subtotal - Plan and Disclosure Statement** | **20.60** | **31,623.00** |

## Real Estate

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 5/30/25 | M L | Review/analyze mortgages review process. | 0.10 | $ | 102.50 |
| 6/2/25 | J G | Prepare for (.4) and attend call with Willkie team re: mortgage review and lien investigation (.5). | 0.90 | | 1,192.50 |
| | | **Subtotal - Real Estate** | **1.00** | | **1,295.00** |

## Relief from Stay and Adequate Protection

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 5/19/25 | M E | Review/analyze non-debtor pleadings re: relief from automatic stay, payment of administrative expenses (2.9); corr. with J. Graber, M. Loison re: same (.2) | 3.10 | $ | 1,937.50 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 67
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/27/25 | M E | Review/analyze Bianucci class action complaint, motion for relief from stay (.2); revise summary of same (.5); corr. with J. Graber, Willkie team re: same (.2). | 0.90 | 562.50 |
|---|---|---|---|---|
| 5/30/25 | M L | Review/analyze Debtors' motion to stay appeals. | 0.30 | 307.50 |
| 5/30/25 | M E | Review/analyze motions for relief from stay (.8); corr. with Willkie team re: same (.1). | 0.90 | 562.50 |
| 6/6/25 | T G | Review/analyze relief from stay motion and motion to compel. | 0.40 | 940.00 |
| 6/26/25 | M E | Corr. with Willkie team re: stay relief motion. | 0.40 | 330.00 |
| 6/27/25 | M E | Corr. with Willkie team re: stay relief motion, motions to be heard at 6/30 hearing. | 1.20 | 990.00 |
| | | **Subtotal - Relief from Stay and Adequate Protection** | **7.20** | **5,630.00** |

## Tax

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/31/25 | V M | Review/analyze background re: debtors' tax attributes (.5); correspondence with J. Burbage re: same (.1). | 0.60 | $ | 1,500.00 |
| 5/31/25 | JHB | Correspondence with Paul Weiss team (.2) and Willkie tax team (.2) re: NOL issues. | 0.40 | | 730.00 |
| 6/2/25 | V M | Review/analyze background re: NOLs and 2023 bankruptcy. | 0.60 | | 1,500.00 |
| 6/3/25 | CAD | Correspondence w/ V. Mahmoudov, Willkie team regarding Debtors' NOLs analysis. | 0.10 | | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 68
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/3/25 | V M | Call with Paul Weiss team re: tax structuring proposal (.5); prepare summary of tax proposal for Willkie team (.6). | 1.10 | 2,750.00 |
|--------|-----|------|------|------|
|        |     | **Subtotal - Tax** | **2.80** | **6,645.00** |

## Hearings

| Date | Timekeeper | Description | Hours | | Amount |
|------|-----------|-------------|-------|---|--------|
| 5/16/25 | R S | Prepare documents for attorney review re: 5/21 hearing. | 1.50 | $ | 570.00 |
| 5/20/25 | M L | Prepare documents for hearing on pharmacy sale assets. | 1.20 | | 1,230.00 |
| 5/20/25 | R S | Assist w/ preparation for 5/21 hearing. | 0.80 | | 304.00 |
| 5/20/25 | J G | Corr. with Willkie team re: upcoming sale hearing and logistics re: same. | 0.40 | | 530.00 |
| 5/20/25 | M E | Corr. with R. Sasso, M. Loison re: sale hearing materials (.2) and agenda re: same (.1). | 0.30 | | 187.50 |
| 5/21/25 | T G | Prepare for (.9) and participate in (1.4) chambers conference/hearing re: sales; follow-up discussion w/ Willkie team re: same (.5). | 2.80 | | 6,580.00 |
| 5/21/25 | M L | Prepare documents for hearing on pharmacy asset sales (.9); attend hearing on pharmacy asset sales (1.4); review/analyze motions set for hearing on June 9 (.7). | 2.80 | | 2,870.00 |
| 5/21/25 | M E | Attend hearing re: sale of pharmacy assets. | 1.40 | | 875.00 |
| 5/21/25 | JHB | Attend status conference re: DIP (.6); review/analyze pleadings in advance of sale hearing (.9); attend sale hearing (1.4). | 2.90 | | 5,292.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 69
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/21/25 | J G | Attend status conference re: upcoming sale hearing and remaining open items (.3); corr. with Willkie team re: same (.2); prepare for (.2) and attend sale hearing (1.4) re: debtors' pharmacy assets; corr. with Willkie team re: same (.2). | 2.30 | 3,047.50 |
|---------|-----|------|------|------|
| 5/30/25 | M L | Review/analyze upcoming hearing dates. | 0.30 | 307.50 |
| 6/2/25 | AJV | Review/analyze first day hearing transcript. | 1.50 | 1,537.50 |
| 6/5/25 | J G | Corr. with M. Loison and R. Sasso re: upcoming second day hearing and preparation re: same. | 0.20 | 265.00 |
| 6/6/25 | R S | Prepare materials for attorney review re: 6/9 hearing. | 0.10 | 38.00 |
| 6/6/25 | M E | Analyze documents for second day hearing. | 0.20 | 165.00 |
| 6/7/25 | M E | Review/analyze second day hearing agenda (.1); prepare documents for second day hearing (.3). | 0.40 | 330.00 |
| 6/8/25 | M L | Prepare for Rite Aid hearing. | 1.00 | 1,025.00 |
| 6/8/25 | J G | Prepare for upcoming second day hearing (.6); attention to upcoming dates and deadlines re: same (.2). | 0.80 | 1,060.00 |
| 6/8/25 | M E | Prepare documents for second day hearing (3.5); corr. with M. Loison re: same (.2). | 3.70 | 3,052.50 |
| 6/9/25 | M L | Prepare for (.9) and attend (1.7) re: second day hearing. | 2.60 | 2,665.00 |
| 6/9/25 | T G | Prepare for (.2) and attend (1.7) second day hearing. | 1.90 | 4,465.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 70
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/9/25 | J G | Prepare for (1.8) and participate in second day hearing (1.7); corr. with J. Burbage re: same (.2); corr. with Willkie team re: same (.6); corr. with M. Emanoil re: second day hearing and courts' rulings (.5). | 4.80 | 6,360.00 |
|--------|-----|---|------|----------|
| 6/9/25 | M E | Attend Second Day Hearing. | 1.70 | 1,402.50 |
| 6/9/25 | B M | Prepare for (.7) and attend (1.7) second day hearing before Judge Kaplan; prepare memorandum regarding the open issues remaining after the second day hearing (.8). | 3.20 | 8,000.00 |
| 6/9/25 | M E | Corr. with J. Graber re: June 9 hearing motions. | 0.20 | 165.00 |
| 6/9/25 | JHB | Prepare for second day hearing (.5); attend second day hearing (1.7). | 2.20 | 4,015.00 |
| 6/10/25 | M E | Review/analyze docket for motions to be heard at 6/30 hearing (.4); corr. with Willkie team re: same (.2). | 0.60 | 495.00 |
| 6/16/25 | J G | Corr. with Willkie team, Sills team, and Cole Schotz team re: adjournment of upcoming hearings. | 0.40 | 530.00 |
| 6/17/25 | M L | Review/analyze motions adjourned for June 23. | 0.10 | 102.50 |
| 6/26/25 | M E | Corr. with J. Graber re: motions to be heard at 6/30 hearing. | 1.00 | 825.00 |
| 6/27/25 | JHB | Prepare for (.4) and attend (.9) chambers conference re: DIP hearing adjournment. | 1.30 | 2,372.50 |
| 6/28/25 | M E | Review/analyze 6/30 hearing agenda (.2); corr. with J. Graber re: hearing documents (.2). | 0.40 | 330.00 |
| 6/29/25 | J G | Review/analyze materials for upcoming hearing (.2); corr. with Willkie team re: same (.1). | 0.30 | 397.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 71
Invoice No. 12520433
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/29/25 | M E | Corr. with Willkie team re: 6/30 hearing documents. | 1.20 | 990.00 |
| 6/30/25 | M L | Prepare for (1.4) and attend (1.1) sale hearing re: Thrifty Assets. | 2.50 | 2,562.50 |
| 6/30/25 | M E | Prepare for (.1) and attend (1.1) sale hearing re: Thrifty Assets. | 1.20 | 990.00 |
| 6/30/25 | T G | Prepare for (.3) and participate in hearing (1.3) re: Thrifty sale. | 1.60 | 3,760.00 |
| 6/30/25 | J G | Prepare for (1.0) and attend hearing re: sale of Thrifty assets (1.1); corr. with Willkie team re: same (.2). | 2.30 | 3,047.50 |
| 6/30/25 | B M | Attend hearing regarding the sale of the Thrifty Ice Cream business. | 1.00 | 2,500.00 |
| | | **Subtotal - Hearings** | **55.10** | **75,242.00** |

## First and Second Day Motions

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/16/25 | J G | Review/analyze first day pleadings, sale pleadings, and DIP pleadings (2.2); continuous corr. with Willkie team and Sills Cummis team re: same, case timeline, and strategic alternatives re: same (.7). | 2.90 | $ 3,842.50 |
| 5/16/25 | M E | Research re: SOFA/schedules extension, claims bar date (.4); corr. with Willkie team re: same (.1). | 0.50 | 312.50 |
| 5/16/25 | M L | Review/analyze first day motions. | 0.20 | 205.00 |
| 5/17/25 | M L | Review/analyze first day declaration (1.1); review/analyze first day motions (1.0). | 2.10 | 2,152.50 |
| 5/17/25 | J G | Analyze first day motions and interim orders. | 1.30 | 1,722.50 |
| 5/17/25 | M L | Review/analyze first day motion precedent. | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 72
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/18/25 | M L | Review/analyze first day motion precedent. | 1.10 | 1,127.50 |
|---|---|---|---|---|
| 5/18/25 | J G | Review and revise OCP order and interim compensation orders (1.2); corr. with Willkie team re: same (.2). | 1.40 | 1,855.00 |
| 5/19/25 | T G | Review/analyze first day orders. | 1.20 | 2,820.00 |
| 5/19/25 | M L | Review/analyze first day motion precedent. | 0.60 | 615.00 |
| 5/19/25 | J G | Review/analyze first day orders, dip motion, and first day declaration. | 1.70 | 2,252.50 |
| 5/23/25 | CAD | Correspondence w/ Willkie team regarding status of first day order markups. | 0.20 | 330.00 |
| 5/23/25 | M L | Review/analyze final orders re: first day motions. | 0.30 | 307.50 |
| 5/23/25 | JHB | Correspondence with J. Graber re: first day orders. | 0.10 | 182.50 |
| 5/27/25 | M L | Review/analyze final critical vendors order (.8); final claims trading order (.9); final de minimis assets order (.7); final lease rejection procedures order (.7); and final real property sale procedures order (.5); corr. with J. Graber re: same (.3); corr. with J. Burbage re: same (.1). | 4.00 | 4,100.00 |
| 5/27/25 | M E | Review/analyze Debtors' first day orders (1.2); revise first day orders (2.4); corr. with J. Graber, M. Loison re: same (.2). | 3.80 | 2,375.00 |
| 5/27/25 | J G | Review/analyze outstanding second day orders and first day final orders (3.5); continuous corr. with Willkie team re: same (.5). | 4.00 | 5,300.00 |
| 5/27/25 | JHB | Correspondence with Paul Weiss team re: first day diligence. | 0.10 | 182.50 |

New Rite Aid Official Committee of Unsecured Creditors                                   Page 73
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/28/25 | M L | Review/analyze critical vendor order x2 (.6); de minimis asset order (.6); corr. with J. Graber re: same (.3); corr. with AlixPartners team re: same (.4); review/analyze Debtors' motion to extend time to assume or reject non-residential leases (.8); review/analyze Debtors' motion for clarification on applicability of stay (.5). | 3.20 | 3,280.00 |
|---------|-----|-----|------|------|
| 5/28/25 | R S | Assist w/ attorney research re: De Minimis motion (.2), claims trading motion (.3). | 0.50 | 190.00 |
| 5/28/25 | JHB | Provide comments to first day orders (2.4) and correspondence with J. Graber, M. Loison and M. Emanoil re: same (.4); correspondence with J. Graber re: state of first day order reviews (.4). | 3.20 | 5,840.00 |
| 5/28/25 | M E | Review/analyze Debtors' first day orders, NOL motion (1.4); revise first day orders, procedures for transfers of common stock (1.8); draft summary of same (.3); corr. with J. Graber re: same (.1) | 3.60 | 2,250.00 |
| 5/28/25 | J G | Review/revise orders re: first and second day motions (2.5); continuous corr. with Willkie team re: same (1.2). | 3.70 | 4,902.50 |
| 5/29/25 | CAD | Correspondence w/ J. Burbage, T. Goren regarding Debtors' first day taxes and fees motion issues. | 0.20 | 330.00 |
| 5/29/25 | M L | Review/analyze Debtors' motion for stay to apply to appeals from Rite Aid 2023 cases. | 0.10 | 102.50 |
| 5/29/25 | E W | Compile interim and final orders to first day motions from Rite Aid's 2023 and 2025 bankruptcy filings. | 1.60 | 608.00 |
| 5/29/25 | T G | Correspondence w/ Willkie team re: tax motion. | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 74
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/29/25 | JHB | Correspondence with J. Graber re: 365(d)(4) statement (.5); correspondence with F. Yudkin (Cole Schotz) re: objection deadline for first day orders (.3); correspondence w/ T. Goren re: Chesapeake tax order (.3). | 1.10 | 2,007.50 |
|---------|-----|---|------|----------|
| 5/30/25 | JHB | Correspondence with Cole Schotz Team re: first day diligence (.2); call with K. McGlynn (AlixPartners) re: same (.2); correspondence w/ R. Sasso re: precedent tax order (.1); call with K. McGlynn (AlixPartners) re: status of diligence production (.2). | 0.70 | 1,277.50 |
| 5/30/25 | M E | Review/analyze first day motions, motions to be heard at second day hearing (1.2); corr. with M. Loison, J. Graber re: same (.2). | 1.40 | 875.00 |
| 5/31/25 | CAD | Correspondence w/ Cole Schotz, Willkie teams regarding revised final first day orders (.2); review/analyze same (.2). | 0.40 | 660.00 |
| 5/31/25 | JHB | Correspondence with J. Graber re: status of first day orders. | 0.30 | 547.50 |
| 6/1/25 | M L | Review/analyze Cole Schotz first day motions. | 3.30 | 3,382.50 |
| 6/1/25 | JHB | Correspondence with J. Graber re: status of first day orders. | 0.70 | 1,277.50 |
| 6/1/25 | J G | Review/analyze proposed final first day orders (2.2); continuous corr. with Willkie team re: same (.4); corr. with AlixPartners re: sale closing proposed order (.1); corr. with Debtors counsel re: first day final orders (.1). | 2.80 | 3,710.00 |
| 6/2/25 | T G | Review/analyze updated draft second day orders (.6) and correspondence w/ Willkie team re: same (.3). | 0.90 | 2,115.00 |
| 6/2/25 | M L | Revise final orders (.8); corr. with Willkie team re: same (.4). | 1.20 | 1,230.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 75
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/2/25 | M E | Review/analyze motions to be heard at second day hearing (.4); corr. with Willkie team re: same (.1). | 0.50 | 412.50 |
|---|---|---|---|---|
| 6/2/25 | J G | Attention to second day and first day final orders (.6); continuous corr. with Willkie team re: same (.6); corr. with AlixPartners team re: same (.2). | 1.40 | 1,855.00 |
| 6/2/25 | JHB | Correspondence with J. Graber re: resolution of various first day orders. | 1.00 | 1,825.00 |
| 6/3/25 | T G | Correspondence w/ AlixPartners and Willkie teams re: tax order. | 0.30 | 705.00 |
| 6/3/25 | M L | Revise first day final orders re: AlixPartners comments (.9); corr. with J. Graber re: same (.2). | 1.10 | 1,127.50 |
| 6/3/25 | J G | Review/revise outstanding first day orders (2.9); continuous corr. with Willkie team, AlixPartners re: same (1.3); corr. with Debtors re: same (.4). | 4.60 | 6,095.00 |
| 6/3/25 | JHB | Correspondence with J. Graber re: first day orders negotiations (.4); correspondence with T. Goren and J. Graber re: tax order amendments (.8). | 1.20 | 2,190.00 |
| 6/4/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding status/resolution of comments to final first day orders. | 0.20 | 330.00 |
| 6/4/25 | JHB | Correspondence with J. Graber re: resolution of various first day orders. | 0.60 | 1,095.00 |
| 6/5/25 | R S | Assist w/ attorney research re: second day orders. | 2.00 | 760.00 |
| 6/6/25 | M L | Review/analyze utilities order. | 0.30 | 307.50 |
| 6/6/25 | JHB | Respond to Cole Schotz team re: Utilities Order comment. | 0.20 | 365.00 |
| 6/6/25 | M E | Call with M. Loison re: taxes order. | 0.10 | 82.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 76
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/9/25 | CAD | Correspondence w/ M. Emanoil, Willkie team regarding entry of final first day orders and summary of same. | 0.20 | 330.00 |
|--------|-----|------|------|------|
| 6/9/25 | M L | Review/analyze final first day orders. | 0.40 | 410.00 |
| 6/11/25 | M L | Review/analyze as-entered first day final orders. | 0.60 | 615.00 |
| 6/11/25 | R S | Assist w/ attorney research re: first day motions. | 1.30 | 494.00 |
| 6/11/25 | M E | Review/analyze entered first day orders. | 1.40 | 1,155.00 |
| 6/16/25 | M L | Corr. with Willkie team re: first day motions. | 0.80 | 820.00 |
| 6/19/25 | M L | Review/analyze schedule of final first day orders. | 1.40 | 1,435.00 |
| 6/21/25 | M L | Review/analyze first day final orders. | 1.30 | 1,332.50 |
| | | **Subtotal - First and Second Day Motions** | **76.00** | **89,124.50** |

## Lien Investigation

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|----------|----------------|-----------------|-----------|------------|
| 5/20/25 | S D | Corr. with W. Eguchi re: case and lien investigation issues (.9); correspond with D. Barar re: same (.5); review/analyze case documents and pleadings re: same (.9). | 2.30 | $  3,220.00 |
| 5/20/25 | D B | Corr. with S. Daly re: documents and pleadings re: lien investigation. | 0.40 | 250.00 |
| 5/20/25 | JHB | Corr. with J. Graber and W. Eguchi re: lien investigation. | 0.20 | 365.00 |
| 5/20/25 | WTE | Corr. with J. Burbage re lien perfection review. | 0.10 | 222.50 |
| 5/20/25 | WTE | Corr. with J. Burbage re: lien perfection analysis. | 2.10 | 4,672.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 77
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/21/25 | D B | Review/due diligence UCC filings re: lien investigation. | 6.50 | 4,062.50 |
|---------|-----|----------------------------------------------------------|------|----------|
| 5/21/25 | S D | Review/analyzedebtor pleadings for facts relevant to lien investigation (.7); corr. with Willkie team re: same (.3). | 1.00 | 1,400.00 |
| 5/22/25 | D B | Review/due diligence UCC filings re: lien investigation. | 4.50 | 2,812.50 |
| 5/22/25 | S D | Review/analyze prepetition credit and security documents for security granting and lien perfection issues (.9); correspond with D. Barar re: UCC financing statement review (.1). | 1.00 | 1,400.00 |
| 5/23/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding requested documents for lien investigation. | 0.20 | 330.00 |
| 5/23/25 | D B | Review/due diligence UCC filings re: lien investigation. | 14.00 | 8,750.00 |
| 5/23/25 | WTE | Correspondence with J. Burbage re: lease and perfection analysis. | 0.10 | 222.50 |
| 5/23/25 | WTE | Corr. with J. Burbage re: lien investigation issues. | 0.60 | 1,335.00 |
| 5/23/25 | S D | Review/analyze prepetition credit and security documents for security granting and lien perfection issues (3.3); correspond with D. Barar re: UCC financing statement review (.1). | 3.40 | 4,760.00 |
| 5/24/25 | D B | Review/due diligence UCC filings re: lien investigation. | 5.00 | 3,125.00 |
| 5/24/25 | D B | Prepare a list of entities for which lien searches not available. | 0.50 | 312.50 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 78
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/24/25 | S D | Review/analyze security agreements for granting of security interests and excluded assets (.3); correspond with D. Barar regarding financing statement review (.2); review/analyze summary regarding financing statements (.2); revise same (.3). | 1.00 | 1,400.00 |
|---------|-----|-----|------|----------|
| 5/25/25 | S D | Review/analyze documentation related to Debtors' prepetition financing regarding granting of security interests and lien perfection (3.7); corr. with Willkie team re: issues identified in lien investigation (1.8); correspond with D. Barar regarding financing statements review (.1); review/analyze same (.4); draft additional analysis regarding same (.6); correspond with W. Eguchi and D. Barar regarding lien investigation (.1); correspond with Paul Weiss and Willkie teams regarding additional document requests re: same (.2). | 6.90 | 9,660.00 |
| 5/26/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding lien investigation diligence requests. | 0.20 | 330.00 |
| 5/26/25 | S D | Correspond with Paul Weiss and Willkie teams regarding document requests for lien investigation. | 0.10 | 140.00 |
| 5/27/25 | S D | Correspond with Choate and Willkie teams regarding prepetition debt document requests. | 0.20 | 280.00 |
| 5/27/25 | WTE | Correspondence with D Barar, S. Daly re: loan parties under prepetition facility. | 0.10 | 222.50 |
| 5/27/25 | WTE | Corr. with S. Daly re: lien perfection analysis (.3); correspondence with Willkie team re: mortgages (.1); revise lien perfection analysis (.3). | 0.70 | 1,557.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 79
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/27/25 | WTE | Corr. with Willkie team re: collateral review and lien perfection analysis (1.4); review/analyze missing prepetition loan documents re: lien analysis (.1); corr. with S. Daly re: same (.1); correspondence w J. Burbage re: liquor and lottery license security interests (.1). | 1.70 | 3,782.50 |
|---|---|---|---|---|
| 5/27/25 | WTE | Review/analyze collateral and lien perfection issues (2.3); telephone conference with C. Chernuchin re: control agreement affirmation (.1); corr. with J. Graber re: mortgages (.1); correspondence with Willkie team re: same (.2). | 2.70 | 6,007.50 |
| 5/28/25 | D B | Review/analyze documents re: lien analysis. | 0.50 | 312.50 |
| 5/28/25 | S D | Corr. with D. Keeton (Paul Weiss) re: Committee perfection analysis document requests (.1); correspond with Willkie team re: same (.1); corr. with D. Keeton (Paul Weiss) re: same (.1); review/analyze new documents re: lien analysis (.2). | 0.50 | 700.00 |
| 5/28/25 | WTE | Correspondence with S. Daly, J. Burbage, J. Graber re: lien searches (.3); correspondence with Willkie teams re: mortgage perfection analysis (.4). | 0.70 | 1,557.50 |
| 5/28/25 | WTE | Review/analyze Wells Fargo and US Bank deposit account control agreements. | 0.20 | 445.00 |
| 5/29/25 | WTE | Correspondence with Paul Weiss re: lien searches. | 0.10 | 222.50 |
| 5/30/25 | D B | Review/diligence UCC-1s of 28 loan parties. | 4.50 | 2,812.50 |
| 5/30/25 | WTE | Correspondence with D. Barar re: lien search review (.1); correspondence with J. Graber re: mortgage review (.2). | 0.30 | 667.50 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 80
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/30/25 | WTE | Correspondence with J. Graber and Willkie team re: mortgage review. | 0.10 | 222.50 |
| 5/30/25 | S D | Review/analyze additional lien investigation documents provided by Choate. | 0.20 | 280.00 |
| 5/30/25 | M F | Corr. with J. Graber re: lien investigation and mortgage analysis. | 0.50 | 912.50 |
| 6/2/25 | C L | Attend call with Willkie team re: mortgage review and lien investigation (.5); attend call with Willkie real estate team re: mortgage review and lien investigation (.3); review/analyze mortgages re: same (2.4). | 3.20 | 2,640.00 |
| 6/2/25 | WTE | Corr. with S. Daly re: updates to lien investigation analysis (.3); conference call with Willkie teams re: mortgage lien review (.5). | 0.80 | 1,780.00 |
| 6/2/25 | S D | Corr. with Willkie team re: real estate lien investigation issues (.4); corr. with W. Eguchi re: lien investigation open items and next steps (.2); corr. with Paul Weiss and Willkie teams regarding document requests (.1); corr. with D. Barar re: additional financing statement review (.1); review/analyze updated lien investigation summary (.1). | 0.90 | 1,260.00 |
| 6/2/25 | A N | Corr. with W. Eguchi re: real property review (.4); corr. with M. Fischetti and C. Lucatuorto re: mortgage review and lien investigation (.2); call with C.Lucatuorto re: same (.2); review/analyze recorded mortgages (.8). | 1.60 | 1,640.00 |
| 6/2/25 | D B | Attend call with Willkie team re: mortgage review and lien investigation (.5); review/analyze final pending UCC-1 (.5). | 1.00 | 825.00 |
| 6/2/25 | M L | Attend call with Willkie team re: mortgage review and lien investigation. | 0.50 | 512.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 81
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/2/25 | M F | Corr. with Willkie team re: ongoing perfection review and related analyses (.5); corr. with real estate team re: same (.7). | 1.20 | 2,190.00 |
|---|---|---|---|---|
| 6/3/25 | S D | Review/analyze perfection issues (.6); review/analyze prepetition security documents to inform same (1.0); revise lien investigation summary to incorporate same (.4). | 2.00 | 2,800.00 |
| 6/3/25 | M F | Review/analyze diligence list re: liens analysis. | 0.80 | 1,460.00 |
| 6/3/25 | WTE | Correspondence with Willkie team re: mortgage documents, lien analysis (.1); correspondence with S. Daly re: updated lien analysis (.1). | 0.20 | 445.00 |
| 6/4/25 | A N | Corr. with M. Fischetti re: mortgages review. | 0.90 | 922.50 |
| 6/4/25 | S D | Analyze issues related to deposit account control agreements and security documents(3.1); revise lien investigation summary to incorporate same (1.4); correspond with W. Eguchi re: revised perfection analysis (.8); corr. with W. Eguchi re: same (.1). | 5.40 | 7,560.00 |
| 6/5/25 | A N | Corr. with W. Gross re: lien analysis. | 0.30 | 307.50 |
| 6/5/25 | S D | Finalize accounts perfection analysis (.1); corr. with W. Eguchi re: same (.1). | 0.20 | 280.00 |
| 6/8/25 | WTE | Correspondence with S. Daly re: unencumbered asset and lien perfection analysis (.1); revise analysis (.3). | 0.40 | 890.00 |
| 6/8/25 | M F | Correspondence with Willkie team re: diligence re: property liens and analyses re: same. | 0.30 | 547.50 |
| 6/9/25 | WLG | Review/analyze mortgages re: lien analysis (.3); attend call with Willkie real estate team re: mortgage review and lien investigation (.3). | 0.60 | 615.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 82
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/9/25 | C L | Review/analyze mortgages re: lien analysis (.5); review/analyze mortgages re: lien analysis (2.5). | 3.00 | 2,475.00 |
|--------|-----|-----|------|----------|
| 6/9/25 | M F | Review diligence materials and priority issue re: property liens and analyses re: same. | 1.20 | 2,190.00 |
| 6/10/25 | C L | Review/analyze mortgages re: lien analysis. | 3.80 | 3,135.00 |
| 6/11/25 | M B | Review/analyze requirements re: lien perfection. | 0.80 | 980.00 |
| 6/11/25 | WLG | Review/analyze mortgages re: lien analysis. | 6.30 | 6,457.50 |
| 6/11/25 | WTE | Corr. with Willkie team re: mortgage local law issues. | 0.10 | 222.50 |
| 6/11/25 | JHB | Correspondence with Willkie team re: lien issues. | 0.20 | 365.00 |
| 6/11/25 | C L | Review/analyze mortgages re: lien analysis (3.0); corr. with Willkie team re: same (.8). | 3.80 | 3,135.00 |
| 6/11/25 | A C-C | Correspondence with insurance company underwriters regarding recordation priority and validity issues re: same. | 0.30 | 607.50 |
| 6/12/25 | WLG | Review/analyze mortgages re: lien analysis (.5); corr. with Willkie team re: same (.2). | 0.70 | 717.50 |
| 6/12/25 | C L | Review/analyze mortgages re: lien analysis (.2); corr. with Willkie team re: same (.3). | 0.50 | 412.50 |
| 6/14/25 | WLG | Correspondence with Willkie team re: mortgage review. | 0.50 | 512.50 |
| 6/14/25 | C L | Corr. with Willkie team re: lien analysis. | 1.40 | 1,155.00 |
| 6/16/25 | C L | Corr. with Willkie team re: lien analysis. | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 83
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/16/25 | WLG | Review/analyze mortgages re: lien analysis. | 0.20 | 205.00 |
|---|---|---|---|---|
| 6/16/25 | M F | Review diligence chart re: property liens and analyses re: same. | 0.60 | 1,095.00 |
| 6/17/25 | M B | Research local rules re: lien requirements. | 1.00 | 1,225.00 |
| 6/17/25 | S D | Correspond with Willkie and Alix teams re: issues with specific asset categories for lien investigation. | 0.60 | 840.00 |
| 6/18/25 | S D | Correspond with J. Graber re: lien investigation. | 0.10 | 140.00 |
| 6/18/25 | J G | Corr. with S. Daly, real estate team re: lien analyses. | 0.20 | 265.00 |
| 6/19/25 | S D | Correspond with M. Gates (AlixPartners) re: documentation for potentially-unencumbered assets. | 0.10 | 140.00 |
| 6/19/25 | T G | Correspondence w/ AlixPartners team re: analysis of unencumbered assets. | 0.40 | 940.00 |
| 6/19/25 | J G | Corr. with Willkie and AlixPartners re: collateral analyses (.2); review/analyze same (.2). | 0.40 | 530.00 |
| 6/20/25 | WTE | Review/analyze Willkie team mortgage review (.1); correspondence with AlixPartners, Willkie teams re: same (.1); correspondence with S. Daly, J. Graber, Alix re: lien perfection review (.1); research liquor license issue (.3); correspondence with Alix re: liquor licenses (.1); correspondence with Willkie team re: same (.2). | 0.90 | 2,002.50 |
| 6/23/25 | C L | Review/analyze list of mortgage properties. | 0.60 | 495.00 |
| 6/23/25 | S D | Correspond with Willkie and Alix teams re: lien investigation. | 0.20 | 280.00 |
| 6/23/25 | WTE | Correspondence w Alix, Willkie teams re liquor licenses. | 0.10 | 222.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 84
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/25/25 | C L | Prepare exhibit of mortgaged properties for exhibit to stipulation. | 0.30 | 247.50 |
| 6/25/25 | WTE | Correspondence with S. Daly re: lease bids and mortgages. | 0.10 | 222.50 |
| 6/25/25 | WTE | Correspondence with J. Graber, S. Daly re: DIP Stipulations, leases. | 0.10 | 222.50 |
| | | **Subtotal - Lien Investigation** | **112.20** | **127,112.50** |

## Other Motions/Applications

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/18/25 | J G | Review/analyze objection to UCC composition and related adequate protection motion (.2); corr. with Willkie team re: same (.1). | 0.30 | $    397.50 |
| 5/18/25 | T G | Review/analyze objection to UCC formation (.3) and correspondence w/ Willkie team re: same (.1). | 0.40 | 940.00 |
| 5/20/25 | M L | Review/analyze motions by non-debtors re: automatic stay. | 0.60 | 615.00 |
| 5/21/25 | M L | Review/analyze motions for administrative expenses by various parties. | 0.30 | 307.50 |
| 5/21/25 | M E | Draft summary of non-debtor pleadings for Willkie team re: motion to compel(3.5); corr. with Willkie team re: same (.1). | 3.60 | 2,250.00 |
| 5/22/25 | CAD | Correspondence w/ M. Emanoil regarding summaries of motions filed in case by non-debtor parties. | 0.10 | 165.00 |
| 5/22/25 | M L | Review/analyze summary of non-debtor motions for administrative expenses (.2); review/analyze cure objections (.2). | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 85
Invoice No. 12520433
Client/Matter No. 136121.00001

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 5/23/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding contemplated McKesson administrative claim motion and litigation schedule. | 0.20 | 330.00 |
| 5/26/25 | M E | Review/analyze Bianucci class action complaint, settlement (2.5); corr. with J. Graber, M. Loison re: same (.2). | 2.70 | 1,687.50 |
| 5/28/25 | CAD | Correspondence w/ Willkie team regarding draft of scheduling stipulation w/ McKesson regarding motion to compel payment of administrative claim (.1); review/analyze same (.1). | 0.20 | 330.00 |
| 5/29/25 | J G | Review/revise emergency application re: hearing (.4); corr. with Willkie team re: same (.2). | 0.60 | 795.00 |
| 5/29/25 | M E | Review/analyze objections, motions for relief from stay (1.1); draft summaries of same (.4); corr. with Willkie team re: same (.2). | 1.70 | 1,062.50 |
| 5/30/25 | M E | Review/analyze objections/responses to Debtors motion for stay (1.3); corr. with M. Loison, Willkie team re: same (.2). | 1.50 | 937.50 |
| 6/2/25 | M L | Review/analyze summaries of non-debtor motion to be heard on June 9. | 0.50 | 512.50 |
| 6/2/25 | J G | Review/analyze store closing proposed order (.5); corr. with J. Burbage (.2) and M. Gates (AlixPartners) (.1) re: same; review and analyze 364(d)(4) and automatic stay motions (.3); corr. with M. Loison re: same (.2). | 1.20 | 1,590.00 |
| 6/2/25 | M E | Review/analyze objections filed 6/2 to Debtors' stay motion, store closing motion, notices (1.3); corr. with Willkie team re: same (.2). | 1.50 | 1,237.50 |

New Rite Aid Official Committee of Unsecured Creditors                                       Page 86
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | M L | Review/analyze landlords' objections to Debtors' store closing motion (.5); review/analyze all motions for administrative expenses and relief from stay (.9). | 1.40 | 1,435.00 |
|--------|-----|-----|------|----------|
| 6/6/25 | M L | Review/analyze Debtors' responses to landlord objections to store closing motion. | 0.20 | 205.00 |
| 6/9/25 | M L | Review/analyze landlord objections to Debtors' 365(d)(4) extension motion. | 0.50 | 512.50 |
| 6/16/25 | M L | Review/analyze landlord objections to Debtors' 365(d)(4) extension motion. | 0.30 | 307.50 |
| 6/17/25 | M L | Review/analyze landlords' motion to compel. | 0.20 | 205.00 |
| 6/18/25 | M L | Review/analyze landlord objections re: Debtors' store closing motions. | 0.30 | 307.50 |
| 6/29/25 | J G | Review/analyze pleadings summaries re: American Greeting, Green Dot, and store closings (.3); corr. with M. Emanoil re: same (.1). | 0.40 | 530.00 |
| 6/30/25 | J G | Review/analyze debtors' reply in support of thrifty sale and related declarations re: same. | 0.50 | 662.50 |
| | | **Subtotal - Other Motions/Applications** | **19.60** | **17,732.50** |

## Governmental/Regulatory and Foreign Law Matters

| **Date** | **Timekeeper** | **Description** | **Hours** | | **Amount** |
|----------|----------------|-----------------|-----------|---|-----------|
| 6/2/25 | M L | Review/analyze settlement agreements between Rite Aid and governmental entities. | 0.90 | $ | 922.50 |
| 6/3/25 | M L | Draft summaries of settlement agreements between Rite Aid and government entities. | 3.70 | | 3,792.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 87
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/4/25 | M L | Review/analyze settlements with government entities. | 0.40 | 410.00 |
|---|---|---|---|---|
| | | **Subtotal - Governmental/Regulatory and Foreign Law Matters** | **5.00** | **5,125.00** |

## Non- Willkie Retention Applications

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 5/19/25 | T G | Call w/ D. MacGreevey (AlixPartners) re: retention questions (.2) and follow-up call w/ B. Miller re: same (.2). | 0.40 | $ | 940.00 |
| 5/21/25 | M L | Corr. with M. Emanoil re: Debtors' retention applications. | 0.30 | | 307.50 |
| 5/22/25 | M E | Review/analyze Debtors' professional retention apps. | 1.10 | | 687.50 |
| 5/23/25 | M E | Review/analyze Debtors' professional retention applications. | 0.20 | | 125.00 |
| 5/26/25 | M E | Review/analyze Paul, Weiss retention app, Cole Schotz retention app. | 0.20 | | 125.00 |
| 5/27/25 | M L | Review/analyze retention application research. | 0.40 | | 410.00 |
| 5/27/25 | M E | Review/analyze Debtors' professionals retention applications re: fees, conflicts (.6); corr. with M. Loison re: same (.1). | 0.70 | | 437.50 |
| 5/28/25 | M L | Review/analyze Debtors' professionals' retention applications. | 0.30 | | 307.50 |
| 5/28/25 | M E | Review/analyze Debtors professional retention applications (.3); corr. with Willkie team re: same (.2); corr. with M. Loison, AlixPartners team re: Debtors' professional fees (.3). | 0.80 | | 500.00 |
| 5/30/25 | J G | Corr. with AlixPartners team re: Guggenheim retention application and A&G consulting agreement (.2); corr. with M. Emanoil re: same (.1). | 0.30 | | 397.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  88
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/3/25 | M E | Review/analyze Guggenheim retention application. | 0.20 | 165.00 |
|---|---|---|---|---|
| 6/4/25 | M L | Review/analyze Guggenheim fees. | 0.60 | 615.00 |
| 6/4/25 | M E | Review/analyze Guggenheim retention app, engagement letter (1.4); corr. with M. Loison, J. Graber re: same (.3). | 1.70 | 1,402.50 |
| 6/5/25 | T G | Correspondence w/ S. Mitchell (Paul Weiss) re: Guggenheim retention application. | 0.40 | 940.00 |
| 6/9/25 | CAD | Correspondence w/ Willkie, Alix teams regarding Guggenheim proposed retention order issues. | 0.30 | 495.00 |
| 6/9/25 | J G | Attend and participate in meeting with AlixPartners team and M. Loison re: retention application and conflicts check. | 0.30 | 397.50 |
| 6/9/25 | JHB | Correspondence with K. McGlynn (AlixPartners) re: Guggenheim fee structure. | 0.20 | 365.00 |
| 6/11/25 | CAD | Correspondence w/ J. Burbage, Willkie team regarding proposed language to be inserted in Guggenheim retention order. | 0.20 | 330.00 |
| 6/11/25 | JHB | Revise Guggenheim success fee (.4) and correspondence with S. Mitchell re: same (.2). | 0.60 | 1,095.00 |
| 6/13/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding language insert to proposed Guggenheim retention order. | 0.20 | 330.00 |
| 6/13/25 | JHB | Corr. with Willkie team re: Guggenheim retention order language. | 0.30 | 547.50 |
| 6/15/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding final revised language for Guggenheim retention order. | 0.20 | 330.00 |
| 6/15/25 | JHB | Correspondence with Paul Weiss re: Guggenheim retention order language. | 0.20 | 365.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 89
Invoice No. 12520433
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/17/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding revisions to proposed Guggenheim retention order. | 0.20 | 330.00 |
| 6/17/25 | JHB | Correspondence with Paul Weiss re: Guggenheim retention order language. | 0.20 | 365.00 |
| 6/26/25 | J G | Review and revise AlixPartners retention application. | 1.00 | 1,325.00 |
| 6/28/25 | J G | Review UCC professionals' retention application (.6); corr. with AlixPartners re: same (.1); corr. with M. Loison re: same (.1). | 0.80 | 1,060.00 |
| 6/30/25 | M L | Review/analyze Sills retention application (1.3); corr. with J. Graber re: same (.3). | 1.60 | 1,640.00 |
| 6/30/25 | W C | Analyze Sills retention application re: citations and clean-up. | 0.40 | 152.00 |
| | | **Subtotal - Non- Willkie Retention Applications** | **14.30** | **16,487.00** |

## Willkie Retention Application

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/19/25 | M L | Corr. with Willkie team re: parties in interest list. | 0.20 | $ 205.00 |
| 5/23/25 | M L | Corr. with Willkie team re: review of parties in interest list. | 0.10 | 102.50 |
| 5/29/25 | JHB | Attend internal meeting with J. Graber and M. Loison re: Willkie retention application and conflicts check (.4); meeting with T. Goren re: same (.1). | 0.50 | 912.50 |
| 5/29/25 | M L | Review/analyze conflicts re: Willkie retention application. | 1.10 | 1,127.50 |
| 5/30/25 | J G | Review/analyze conflicts reports i/c/w Willkie retention application (1.0); continuous corr. with M. Loison re: same (.9). | 1.90 | 2,517.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 90
Invoice No. 12520433
Client/Matter No. 136121.00001

| 5/30/25 | M L | Review/analyze conflicts re: Willkie retention application. | 1.30 | 1,332.50 |
|---|---|---|---|---|
| 6/5/25 | M L | Review/analyze conflicts re: Willkie retention application. | 0.70 | 717.50 |
| 6/9/25 | M L | Corr. with Willkie team re: disclosures in connection with retention application (.2); draft Willkie declaration re: same (.5). | 0.70 | 717.50 |
| 6/10/25 | M L | Review/analyze conflicts re: Willkie retention application | 0.60 | 615.00 |
| 6/11/25 | J G | Draft Willkie retention application. | 1.10 | 1,457.50 |
| 6/11/25 | M E | Draft Willkie Retention Application. | 0.20 | 165.00 |
| 6/12/25 | J G | Review/revise retention application. | 0.20 | 265.00 |
| 6/13/25 | M L | Draft Willkie declaration in support of retention. | 2.50 | 2,562.50 |
| 6/13/25 | J G | Review/revise retention application (.8); corr. with R. Sasso and M. Loison re: same (.3). | 1.10 | 1,457.50 |
| 6/13/25 | R S | Assist w/ drafting of Willkie retention application. | 0.30 | 114.00 |
| 6/14/25 | M L | Draft Willkie declaration in support of retention. | 1.50 | 1,537.50 |
| 6/15/25 | M L | Draft Willkie declaration in support of retention. | 1.20 | 1,230.00 |
| 6/16/25 | M L | Draft Willkie declaration in support of retention. | 2.20 | 2,255.00 |
| 6/16/25 | J G | Review/revise retention application. | 0.50 | 662.50 |
| 6/17/25 | CAD | Correspondence w/ J. Graber regarding draft B. Miller declaration in support of Willkie retention application (.3); review/analyze same (.1) and precedent (.1). | 0.50 | 825.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 91
Invoice No. 12520433
Client/Matter No. 136121.00001

| | | | | |
|---|---|---|---|---|
| 6/17/25 | M L | Draft Willkie retention application disclosures. | 4.10 | 4,202.50 |
| 6/17/25 | J G | Continuous corr. with M. Loison re: retention application and conflicts check of PII list (.9); review and revise retention application (1.5). | 2.40 | 3,180.00 |
| 6/18/25 | M L | Draft Willkie retention application disclosures. | 1.30 | 1,332.50 |
| 6/18/25 | J G | Review/analyze parties in interest list and related conflicts reports in connection with retention application (.5); continuous corr. with M. Loison re: same (.4). | 0.90 | 1,192.50 |
| 6/19/25 | M L | Draft Willkie disclosure schedule. | 0.80 | 820.00 |
| 6/19/25 | JHB | Correspondence with M. Haddad re: Willkie retention / disclosure issue. | 0.30 | 547.50 |
| 6/20/25 | LGF | Research firm disclosures re: Willkie retention application (2.3); corr. with J. Graber regarding same (.1). | 2.40 | 1,728.00 |
| 6/20/25 | M L | Draft Willkie retention application. | 1.80 | 1,845.00 |
| 6/20/25 | J G | Review and revise retention application (.5); continuous corr. with M. Loison and Willkie team re: same (.5); corr. with Paul Weiss re: parties in interest list disclosures (.2). | 1.20 | 1,590.00 |
| 6/21/25 | LGF | Research firm disclosures re: Willkie retention application (.6); corr. with J. Graber regarding same (.2). | 0.80 | 576.00 |
| 6/21/25 | M L | Draft Willkie retention application. | 0.80 | 820.00 |
| 6/23/25 | E W | Confirm nature of matter for entities in conflicts report. | 0.50 | 190.00 |
| 6/24/25 | CAD | Review/revise draft of Willkie retention application, proposed order, and supporting declarations (2.4); correspondence w/ J. Graber regarding same and comments (.3). | 2.70 | 4,455.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 92
Invoice No. 12520433
Client/Matter No. 136121.00001

| 6/24/25 | LGF | Update firm disclosures re: Willkie retention application (.2); calls with J. Graber regarding same (.2). | 0.40 | 288.00 |
|---|---|---|---|---|
| 6/24/25 | J G | Review and revise retention application (1.0); corr. with Willkie team re: same (.3). | 1.30 | 1,722.50 |
| 6/25/25 | E W | Compile information re disclosures for retention application. | 0.50 | 190.00 |
| 6/26/25 | CAD | Correspondence w/ J. Graber regarding current draft of Willke retention application (.4); review/revise same (.5); correspondence w/ B. Miller regarding same (.1); correspondence w/ J. Graber/J. Burbage, Committee regarding draft of Willkie retention application and logistics (.2). | 1.20 | 1,980.00 |
| 6/26/25 | J G | Review and revise retention application. | 0.40 | 530.00 |
| 6/26/25 | JHB | Correspondence with J. Graber and C. Damast re: Willkie retention application. | 0.10 | 182.50 |
| 6/30/25 | M L | Corr. with M. Gates (AlixPartners) re: Willkie retention application (.2); corr. with J. Graber re: retention disclosures (.4); review/analyze retention disclosures (.1.2); draft budget re: Willkie retention application (.3). | 2.10 | 2,152.50 |
| 6/30/25 | J G | Review and revise schedules to retention application (.8); continuous corr. with M. Loison, AlixPartners, and Sills team re: same (.6) | 1.40 | 1,855.00 |
| | | **Subtotal - Willkie Retention Application** | **45.80** | **52,158.50** |

New Rite Aid Official Committee of Unsecured Creditors                           Page 93
Invoice No. 12520433
Client/Matter No. 136121.00001

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| JAMES H. BURBAGE | 112.90 | $ 1,825.00 | $ 206,042.50 |
| WESTON T. EGUCHI | 21.40 | 2,225.00 | 47,615.00 |
| BRETT MILLER | 77.50 | 2,500.00 | 193,750.00 |
| TODD GOREN | 99.20 | 2,350.00 | 233,120.00 |
| MARK STANCIL | 1.00 | 2,500.00 | 2,500.00 |
| MELISSA FISCHETTI | 4.60 | 1,825.00 | 8,395.00 |
| VADIM MAHMOUDOV | 2.30 | 2,500.00 | 5,750.00 |
| AIMEE CONTRERAS-CAMUA | 0.30 | 2,025.00 | 607.50 |
| CRAIG A. DAMAST | 30.10 | 1,650.00 | 49,665.00 |
| JESSICA GRABER | 170.20 | 1,325.00 | 225,515.00 |
| MARINE LOISON | 157.40 | 1,025.00 | 161,335.00 |
| WILLIAM L. GROSS | 8.30 | 1,025.00 | 8,507.50 |
| Sean Daly | 42.00 | 1,400.00 | 58,800.00 |
| ANTHONY J. VECCHIO | 5.10 | 1,025.00 | 5,227.50 |
| ZACHARY CHARLTON | 5.60 | 825.00 | 4,620.00 |
| LAURA GOTTLIEB FELDMAN | 3.60 | 720.00 | 2,592.00 |
| MICHAEL BOTFELD | 1.80 | 1,225.00 | 2,205.00 |
| ANDREW NESMITH | 2.80 | 1,025.00 | 2,870.00 |
| MISHA EMANOIL | 89.10 | 825.00 | 73,507.50 |
| MISHA EMANOIL | 91.70 | 625.00 | 57,312.50 |
| CHLOE LUCATUORTO | 16.90 | 825.00 | 13,942.50 |
| DRISHTI BARAR | 1.00 | 825.00 | 825.00 |
| DRISHTI BARAR | 35.90 | 625.00 | 22,437.50 |
| ROHAN SASSO | 23.20 | 380.00 | 8,816.00 |
| LAURA GUIDO | 5.30 | 590.00 | 3,127.00 |
| LAUREN WALKER | 4.40 | 380.00 | 1,672.00 |
| William, Collins | 0.40 | 380.00 | 152.00 |

| Disbursements and Other Charges | Amount |
|---|---|
| Data Acquisition - Bloomberg | $ 1,700.00 |
| Data Acquisition - Lexis | 5,603.78 |
| Data Acquisition - Westlaw | 1,654.90 |
| Local Meals | 80.00 |
| Taxi, Car Service, & Parking | 332.64 |
| Teleconferencing | 67.22 |

| | |
|---|---|
| Professional Fees | $ 1,400,909.00 |
| Disbursements and Other Charges | 9,438.54 |
| **Total this Invoice** | $ 1,410,347.54 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12520433
Client/Matter No. 136121.00001
July 23, 2025

**New Rite Aid Bankruptcy**

Remit To:

    Willkie Farr & Gallagher LLP
    787 Seventh Avenue, 37th Floor
    New York, NY 10019-6099
    Attention: Accounts Receivable

**FOR PROFESSIONAL SERVICES RENDERED**
through June 30, 2025

| | |
|---|---:|
| Asset Disposition | 167,307.50 |
| Assumption and Rejection of Leases and Contracts | 11,012.50 |
| Budgeting (Case) | 825.00 |
| Case Administration | 111,150.00 |
| Employee Benefits and Pensions | 547.50 |
| Non-Willkie Fee Statements & Applications | 602.50 |
| Financing and Cash Collateral | 455,116.50 |
| Other Litigation | 6,222.50 |
| Meetings and Communications with Creditors | 196,377.50 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ▮
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ▮
INTERNATIONAL SWIFT NUMBER: ▮
REFERENCE: ▮
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Plan and Disclosure Statement | 31,623.00 |
| Real Estate | 1,295.00 |
| Relief from Stay and Adequate Protection | 5,630.00 |
| Tax | 6,645.00 |
| Hearings | 75,242.00 |
| First and Second Day Motions | 89,124.50 |
| Claims Administration and Objections | 23,572.50 |
| Lien Investigation | 127,112.50 |
| Other Motions/Applications | 17,732.50 |
| Governmental/Regulatory and Foreign Law Matters | 5,125.00 |
| Non- Willkie Retention Applications | 16,487.00 |
| Willkie Retention Application | 52,158.50 |
| Disbursements and Other Charges | 9,438.54 |
| **Total this Invoice** | $    1,410,347.54 |

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE:
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

### ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
### FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025

In re New Rite Aid LLC, *et al.*[1]                    Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)                    Client: Official Committee of Unsecured
                                          Creditors

Chapter 11                                Case Filed: May 5, 2025


COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED


*/s/ Brett H. Miller*          *8/25/2025*
BRETT H. MILLER          Date

---

[1]    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<div style="border:1px solid black; padding:20px;">

**SECTION I**
**FEE SUMMARY**

</div>

Summary of Amounts Requested for the Period
July 1, 2025 through July 31, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $420,730.50 |
| Disbursement Total | $155.76 |
| Total Fees Plus Disbursements | $420,886.26 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $1,410,347.54 |
| Total Fees and Expenses Allowed to Date | $1,130,165.74 |
| Total Retainer Remaining | n/a |
| Total Holdback | $280,181.80 |
| Total Received by Applicant | $1,130,165.74 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 11.0 | $1,825.00 | $20,075.00 |
| Todd M. Goren<br>Partner | 2003 | 47.0 | $2,350.00 | $110,450.00 |
| Paul Labov<br>Partner | 2003 | 13.7 | $2,350.00 | $32,195.00 |
| Brett H. Miller<br>Partner | 1992 | 20.9 | $2,500.00 | $52,250.00 |
| Craig A. Damast<br>Counsel | 1992 | 6.1 | $1,650.00 | $10,065.00 |
| Drishti Barar<br>Associate | 2025 | 1.0 | $825.00 | $825.00 |
| Zachary Charlton<br>Associate | 2025 | 2.6 | $825.00 | $2,145.00 |
| Sean Daly<br>Associate | 2015 | 1.8 | $1,400.00 | $2,520.00 |
| Misha Emanoil<br>Associate | 2025 | 49.1 | $825.00 | $40,507.50 |
| Jessica Flynn<br>Associate | 2025 | 0.7 | $825.00 | $577.50 |
| Jessica D. Graber<br>Associate | 2022 | 73.1 | $1,325.00 | $96,857.50 |
| Marine Loison<br>Associate | 2024 | 59.6 | $1,025.00 | $61,090.00 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and Discovery Attorney Programs | n/a | 1.2 | $720.00 | $864.00 |
| William Collins<br>Paralegal | n/a | 5.7 | $380.00 | $2,166.00 |

---

[2]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

3

| | | | | |
|---|---|---|---|---|
| Rohan Sasso<br>Paralegal | n/a | 5.4 | $380.00 | $2,052.00 |
| Lauren Walker<br>Paralegal | n/a | 0.8 | $380.00 | $304.00 |
| Joanna Zervaki | n/a | 0.4 | $380.00 | $152.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (13.4) | | ($14,365.00) |
| **PROFESSIONAL TOTAL** | | 286.7 | | $420,730.50 |

<div style="text-align: center;">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 28.6 | $42,938.50 |
| Assumption and Rejection of Leases and Contracts (003) | 0.2 | $470.00 |
| Avoidance Action Analysis (004) | 11.4 | $10,765.00 |
| Budgeting (Case) (005) | 1.0 | $1,275.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 28.4 | $35,821.00 |
| Claims Administration and Objections (008) | 4.7 | $8,517.50 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 0.8 | $820.00 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 51.3 | $89,882.50 |
| Other Litigation (014) | 0.0 | $0.00 |
| Meetings and Communications with Creditors (015) | 38.1 | $63,192.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 2.1 | $3,010.00 |
| Real Estate (018) | 0.0 | $0.00 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.2 | $265.00 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 48.2 | $76,743.50 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 22.9 | $33,200.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 0.4 | $410.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 15.7 | $16,446.50 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 13.4 | $14,365.00 |
| Non-Willkie Retention Applications (037) | 5.6 | $7,072.50 |
| Willkie Retention Application (038) | 27.1 | $29,901.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (13.4) | ($14,365.00) |
| **SERVICES TOTALS** | 286.7 | $420,730.50 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Local Meals | $155.76 |
| **DISBURSEMENTS TOTAL** | **$155.76** |

<div style="border:1px solid black;">

**SECTION IV**
**CASE HISTORY**

</div>

1.  Date cases filed: May 5, 2025.

2.  Chapter under which cases commenced: Chapter 11.

3.  Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

    If limit on number of hours or other limitations to retention, set forth: n/a.

4.  Summarize in brief the benefits to the estate and attach supplements as needed:[3]

  a. The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including the Final DIP hearing and the hearing regarding the Debtors' motion to compel performance under the sale order from CVS [Docket No. 1322].  The Applicant also attended the remaining assets and certain leases auctions.

  b. The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.

  c. The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, payment of stub rent, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors and worked to resolve related disputes.

  d. The Applicant discussed, negotiated, and resolved its *Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Obtain Senior-Secured, Superpriority, Postpetition Financing* [Docket No. 1094] with certain improvements to the Debtors' proposed DIP financing facility that benefitted all general unsecured creditors.

  e. The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

  f. The Applicant conducted an investigation into the perfection of prepetition liens on the Debtors' assets.

  g. The Applicant prepared and filed the *Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official*

---

[3] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

*Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1313] and a supplemental declaration in support of its retention [Docket No. 1443].  The Applicant also addressed inquiries by the United States Trustee regarding the retention of the Committee's professionals.

h.    The Applicant continued to review and analyze the McKesson motion to compel payment of administrative expenses [Docket No. 655] and engaged in negotiations with the Debtors, McKesson, and the DIP lenders regarding the same.

i.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

5.    This is the Applicant's second monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

**Exhibit A**

**Retention Order**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
          tgoren@willkie.com
          jburbage@willkie.com
          jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Application is granted to the extent set forth herein.

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on the terms set forth in the Application and Miller Declaration, as may be modified herein, including to perform the services set forth below:

a)  advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b)  assisting and advising the Committee relative to the administration of these Chapter 11 Cases;

c)  attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

d)  assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

e)  assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f)  assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g)  taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, the review and analysis of claims filed against the Debtors' estates;

h)  generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i)  appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j)  performing all other necessary legal services in these Chapter 11 Cases.

3.      Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.      Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.      Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.      Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.      Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

-4-

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit B**

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**


**New Rite Aid Bankruptcy**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12521604
Client/Matter No. 136121.00001
August 22, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through July 31, 2025 as set out in the
attached detail

| | |
|---|---:|
| Asset Disposition | $ 42,938.50 |
| Assumption and Rejection of Leases and Contracts | 470.00 |
| Avoidance Action Analysis | 10,765.00 |
| Budgeting (Case) | 1,275.00 |
| Case Administration | 35,821.00 |
| Claims Administration and Objections | 8,517.50 |
| Non-Willkie Fee Statements & Applications | 820.00 |
| Financing and Cash Collateral | 89,882.50 |
| Meetings and Communications with Creditors | 63,192.50 |
| Plan and Disclosure Statement | 3,010.00 |
| Reporting | 265.00 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

New Rite Aid Official Committee of Unsecured Creditors                    Page  2
New Rite Aid Bankruptcy
Invoice No. 12521604
Client/Matter No. 136121.00001

| | |
|---|---:|
| Hearings | 76,743.50 |
| Lien Investigation | 33,200.00 |
| Other Motions/Applications | 410.00 |
| Willkie Fee Statements and Applications | 16,446.50 |
| Non- Willkie Retention Applications | 7,072.50 |
| Willkie Retention Application | 29,901.00 |
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $    420,886.26 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 3
Invoice No. 12521604
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

**Asset Disposition**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | M E | Corr. with Willkie team re: notice of remaining assets auction. | | 0.30 | 247.50 |
| 7/1/25 | P L | Corr. with Willkie team re: open issues with stub rent issues. | | 0.40 | 940.00 |
| 7/2/25 | M E | Corr. with Willkie team re: notice of successful bidder. | | 0.50 | 412.50 |
| 7/3/25 | M L | Review/analyze updated sale process dates. | | 0.10 | 102.50 |
| 7/3/25 | J G | Corr. with Paul Weiss re: landlord rent payments. | | 0.10 | 132.50 |
| 7/3/25 | M E | Review/analyze landlord objections, Debtors' stipulation re: store sale (1.2); corr. with J. Graber re: same (.8). | | 2.00 | 1,650.00 |
| 7/4/25 | B M | Review/comment on the motion to compel CVS to abide by the asset purchase agreement (.4); prepare memorandum regarding open points for the CVS sale (.4). | | 0.80 | 2,000.00 |
| 7/5/25 | J G | Corr. with M. Emanoil and M. Loison re: Debtors' Motion to Enforce the Sale Order and Compel Performance by CVS (.1); review/analyze same (.3). | | 0.40 | 530.00 |
| 7/5/25 | M E | Corr. with UCC re: Debtors' motion to compel performance by CVS. | | 0.90 | 742.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 4
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/5/25 | JHB | Review/analyze motion to compel CVS payment. | | 0.30 | 547.50 |
| 7/6/25 | M E | Corr. with Willkie team re: landlord objections to sale, Debtors' stipulation. | | 0.10 | 82.50 |
| 7/7/25 | M L | Review/analyze landlord objections to sale. | | 0.20 | 205.00 |
| 7/7/25 | M E | Corr. with Willkie team re: landlord objections, hearing agenda. | | 0.70 | 577.50 |
| 7/8/25 | T G | Review/analyze briefing re: Debtors' motion to enforce the sale order and compel performance by CVS. | | 1.10 | 2,585.00 |
| 7/9/25 | T G | Review/analyze pleadings from Debtors' motion to enforce the sale order and compel performance by CVS re: open issues. | | 0.80 | 1,880.00 |
| 7/9/25 | J G | Analyze notice of amended exhibits to auction notice (July leases) (.3); corr. with UCC Professionals re: same (.2). | | 0.50 | 662.50 |
| 7/9/25 | CAD | Correspondence w/ T. Goren, other Committee professionals regarding status of stub rent negotiations. | | 0.20 | 330.00 |
| 7/9/25 | M E | Corr. with Willkie team re: landlord objections to auction and sale of leases (1.1). | | 1.10 | 907.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 5
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | J G | Analyze notice of adjourned dates re: remaining assets auction and sale timeline (.5); corr. with Willkie team (.2) and Paul Weiss (.1) re: same and Bids. | | 0.80 | 1,060.00 |
| 7/15/25 | J G | Analyze notice of remaining assets sale timeline (.3); corr. with M. Emanoil re: same (.2); corr. with Paul Weiss re: remaining asset bids (.2). | | 0.70 | 927.50 |
| 7/18/25 | M L | Review/analyze auction information (.3); review/analyze notice of successful bidder (.9). | | 1.20 | 1,230.00 |
| 7/18/25 | J G | Review/analyze lease termination bids, unity APA, notice of successful bidders and related auction materials (1.2); corr. with Willkie team re: same (.2) and communications to Committee re: same (.1). | | 1.50 | 1,987.50 |
| 7/21/25 | T G | Correspondence w/ Willkie team re: auction status. | | 0.40 | 940.00 |
| 7/21/25 | Z C | Attend auction for certain leases (1.9); corr. with M. Loison, J. Graber re: same (.3). | | 2.20 | 1,815.00 |
| 7/21/25 | J G | Attend auction for certain leases (1.9); corr. with Willkie team re: same (.4). | | 2.30 | 3,047.50 |
| 7/21/25 | P L | Corr. with Willkie team re: Debtors' motion to compel administrative payments from CVS. | | 0.80 | 1,880.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 6
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/22/25 | CAD | Correspondence w/ Willkie team regarding Debtors' specified second leases auction and results. | | 0.20 | 330.00 |
| 7/22/25 | T G | Review/analyze auction results (.3) and correspondence w/ Willkie team re: same (.1). | | 0.40 | 940.00 |
| 7/22/25 | M L | Review/analyze notices of successful bidder. | | 0.40 | 410.00 |
| 7/22/25 | M L | Review/analyze witness and exhibit lists re: CVS litigation. | | 0.20 | 205.00 |
| 7/22/25 | J G | Corr. with D. Bass (Cole Schotz) re: auction results (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 7/23/25 | B M | Call with the Debtors to discuss the CVS hearing and negotiations with the lenders (.5); call with the UCC professionals to discuss open issues for the UCC (.4). | | 0.90 | 2,250.00 |
| 7/24/25 | M L | Corr. with Willkie team re: CVS litigation documents. | | 0.50 | 512.50 |
| 7/24/25 | T G | Review/analyze pre-trial briefs and supporting declarations re CVS dispute. | | 1.40 | 3,290.00 |
| 7/28/25 | CAD | Correspondence w/ Willkie team, Committee regarding dispute w/ CVS. | | 0.20 | 330.00 |
| 7/28/25 | T G | Review/analyze CVS litigation decision (.6) and correspondence w/ Willkie team re same (.3). | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 7
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/28/25 | M L | Review/analyze summary of order re: Debtors' motion to compel payment from CVS. | | 0.20 | 205.00 |
| 7/28/25 | J G | Review/analyze court's written CVS opinion (.3); corr. with Willkie team re: same (2.). | | 0.50 | 662.50 |
| 7/28/25 | P L | Review/analyze Judge's decision on CVS and various open items. | | 1.40 | 3,290.00 |
| 7/29/25 | M E | Review/analyze notice of adjournment of remaining assets auction (.1); corr. with M. Loison, J. Graber re: same (.1). | | 0.20 | 165.00 |
| 7/30/25 | W C | Review/analyze objections filed by landlords to: Debtors' motion. | | 0.20 | 76.00 |
| 7/31/25 | M L | Corr. with Paul Weiss re: auction details (.1); corr. with Willkie team re: same (.1). | | 0.20 | 205.00 |
| | | **Subtotal - Asset Disposition** | | **28.60** | **42,938.50** |

## Assumption and Rejection of Leases and Contracts

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/30/25 | T G | Correspondence w/ creditor and Willkie team re: lease assumption question. | | 0.20 | 470.00 |
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | | **0.20** | **470.00** |

## Avoidance Action Analysis

New Rite Aid Official Committee of Unsecured Creditors                    Page 8
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/23/25 | M L | Corr. with Willkie team re: preference research. | | 0.30 | 307.50 |
| 7/28/25 | M L | Corr. with Willkie team re: preference claims disposition. | | 0.20 | 205.00 |
| 7/29/25 | M L | Review/analyze preference claim research. | | 0.20 | 205.00 |
| 7/29/25 | M E | Corr. M. Loison re: preference action research (.1); conduct research re: same (.2). | | 0.30 | 247.50 |
| 7/30/25 | M L | Conduct research on preference claims. | | 2.50 | 2,562.50 |
| 7/30/25 | M E | Conduct research re: preference actions. | | 2.00 | 1,650.00 |
| 7/31/25 | M E | Conduct research re: preference actions (1.0); summarize findings (1.0); corr. with M. Loison, J. Graber re: same (.3). | | 2.30 | 1,897.50 |
| 7/31/25 | M L | Conduct research treatment of preference actions (2.4); corr. with J. Graber re: same (1.2). | | 3.60 | 3,690.00 |
| | | **Subtotal - Avoidance Action Analysis** | | **11.40** | **10,765.00** |

## Budgeting (Case)

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | CAD | Correspondence w/ M. Loison, Willkie team regarding draft of Willkie budget and staffing plan (.2); review/analyze same (.2). | | 0.40 | 660.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 9
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | M L | Corr. with M. Gates (AlixPartners) re: case budget (.2); draft Willkie case budget (.3). | | 0.50 | 512.50 |
| 7/3/25 | M L | Corr. with Willkie team re: UCC professionals fee budget. | | 0.10 | 102.50 |
| | **Subtotal - Budgeting (Case)** | | | **1.00** | **1,275.00** |

## Case Administration

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/1/25 | M L | Prepare for (.1) and attend (.4) meeting with Debtors re: exit strategy and plan deal. | | 0.50 | 512.50 |
| 7/1/25 | T G | Call w/ Debtors' professionals re: DIP, exit strategy negotiations (.4); follow-up discussion w/ Willkie team re: same (.4). | | 0.80 | 1,880.00 |
| 7/2/25 | M E | Draft/revise 7/3 UCC meeting agenda (.6), corr. with J. Graber, M. Loison re: same (.2). | | 0.80 | 660.00 |
| 7/2/25 | J G | Analyze agenda for upcoming UCC meeting (.2); corr. with M. Emanoil re: same (.1); attention to case administration re: upcoming UCC meeting and hearings (.5). | | 0.80 | 1,060.00 |
| 7/2/25 | P L | Corr. with B. Miller regarding case posture and open issues. | | 0.40 | 940.00 |
| 7/3/25 | J Z | Review/analyze notices of appearance. | | 0.40 | 152.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 10
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | R S | Review/analyze notices of appearance. | | 0.30 | 114.00 |
| 7/4/25 | J G | Corr. with Paul Weiss re: landlord lease payments. | | 0.20 | 265.00 |
| 7/6/25 | J G | Attention to case administration re: upcoming hearings (.2); communications with landlords (.2) and Paul Weiss (.1) re: outstanding payments, and budgeting updates from AlixPartners. | | 0.50 | 662.50 |
| 7/7/25 | J G | Attention to case administration re: upcoming DIP hearing and outstanding pleadings re: same. | | 0.80 | 1,060.00 |
| 7/8/25 | M E | Corr. with J. Graber re: Debtors' CAM/base rent obligations. | | 0.50 | 412.50 |
| 7/9/25 | JHB | Correspondence with Willkie team re: DIP modifications following CVS ruling. | | 0.30 | 547.50 |
| 7/9/25 | M L | Corr. with M. Emanoil re: weekly UCC agenda. | | 0.10 | 102.50 |
| 7/9/25 | R S | Assist w/ attorney research re: notices of appearance. | | 0.40 | 152.00 |
| 7/9/25 | M E | Draft UCC meeting agenda (.6); corr. with J. Graber, M. Loison re: same (.2). | | 0.80 | 660.00 |
| 7/10/25 | M E | Corr. with Willkie team re: landlord objections, Morgan Lewis fee cap increase. | | 1.30 | 1,072.50 |
| 7/10/25 | B M | Call with Debtors regarding open UCC issues. | | 0.50 | 1,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 11
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | J G | Attention to case administration re: upcoming dates and deadlines, final DIP order, sale proceedings (.5); corr. with M. Emanoil and M. Loison re: same (.2). | | 0.70 | 927.50 |
| 7/14/25 | P L | Corr. with Willkie team re: operational issues. | | 0.90 | 2,115.00 |
| 7/15/25 | M E | Review/analyze motions to be heard at 7/23 hearing (.6); corr. with Willkie team re: same (.2). | | 0.80 | 660.00 |
| 7/16/25 | M L | Attend meeting with Debtors re: exit strategy, challenge period. | | 0.30 | 307.50 |
| 7/16/25 | T G | Prepare for (.1) and attend (.3) call w/ Debtors' professionals re: CVS status, exit strategy. | | 0.40 | 940.00 |
| 7/16/25 | M E | Revise 7/17 UCC meeting agenda (.3); corr. with M. Loison, J. Graber re: same (.1). | | 0.40 | 330.00 |
| 7/16/25 | M E | Attend meeting with Paul Weiss, Willkie, AlixPartners teams re: plan process update, challenge period. | | 0.30 | 247.50 |
| 7/16/25 | P L | Attend call w/ Debtors' professionals re: CVS status, exit strategy. | | 0.30 | 705.00 |
| 7/16/25 | J G | Attend meeting with Debtors re: creditor negotiations, challenge period. (.3). | | 0.30 | 397.50 |
| 7/17/25 | JHB | Correspondence w/ J. Graber re: docket updates in connection with 2023 cases. | | 0.20 | 365.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 12
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/17/25 | W C | Review/analyze notices of appearance in connection with supplemental parties in interest list (1.9); corr. w/ M. Loison re: Notice of Appearance research (.2). | | 2.10 | 798.00 |
| 7/17/25 | Z C | Review/analyze Sub-Trust A statement (.2); corr. with Willkie team re: same (.2). | | 0.40 | 330.00 |
| 7/17/25 | J G | Corr. with Willkie team re: 2023 cases pleadings, status report re: general unsecured claim equity trust (.2); review/analyze same (.2); attention to same, upcoming dates and deadlines, and upcoming lease auctions (.5) | | 0.90 | 1,192.50 |
| 7/18/25 | M E | Corr. with Willkie team re: 7/23 hearing, 7/25 hearing. | | 0.10 | 82.50 |
| 7/18/25 | P L | Corr. with Willkie team re: open issues, DIP, exit strategy plan, and landlord issues. | | 0.70 | 1,645.00 |
| 7/22/25 | J G | Attention to case administration re: upcoming filings, dates and deadlines, and open work streams re: same (.8); corr. with Willkie team re: same (.2). | | 1.00 | 1,325.00 |
| 7/23/25 | M L | Attend meeting with Debtors re: CVS hearing, exit strategy update (.5); draft agenda for UCC meeting on 7/24 (.2). | | 0.70 | 717.50 |
| 7/23/25 | JHB | Corr. with M. Loison re: July 25 hearing issues (.3); corr. with M. Loison re: hearing (.2). | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 13
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/23/25 | W C | Review/analyze new notices of appearance. | | 0.20 | 76.00 |
| 7/23/25 | T G | Prepare for (.1) and attend (.5) call w/ Debtors' professionals re: CVS, exit strategy. | | 0.60 | 1,410.00 |
| 7/24/25 | M E | Corr. with M. Loison re CVS hearing, declarations (.7); corr. with Willkie team re: Holland & Knight fee cap increase (.2). | | 0.90 | 742.50 |
| 7/25/25 | W C | Review/analyze documents in virtual data room re: Committee investigation. | | 1.40 | 532.00 |
| 7/28/25 | J G | Analyze outstanding case administration items, creditor communications, strategic alternatives re: same, upcoming dates and deadlines. | | 0.70 | 927.50 |
| 7/29/25 | T G | Confer w/ Willkie team re status of discussions post-CVS decision/exit strategy. | | 0.40 | 940.00 |
| 7/29/25 | W C | Review/analyze internal database re: Debtors' as-filed pleadings. | | 0.40 | 152.00 |
| 7/30/25 | M L | Attend meeting with Debtors re: plan, CVS litigation, and claims. | | 0.50 | 512.50 |
| 7/30/25 | T G | Call w/ Debtors' professionals re CVS, exit strategy update (.5) and follow-up discussion w/ Willkie team re: same (.2). | | 0.70 | 1,645.00 |
| 7/30/25 | M E | Draft agenda for 7/31 UCC meeting re: exit strategy, CVS hearing. | | 0.50 | 412.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 14
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/30/25 | M E | Attend meeting with Paul Weiss, Cole Schotz, Willkie, Sills Cummis, AlixPartners teams re: exit strategy update. | | 0.50 | 412.50 |
| 7/30/25 | JHB | Attend weekly committee professionals call re: exit strategy. | | 0.50 | 912.50 |
| 7/30/25 | P L | Conference with Debtors' team on current issues, upcoming pleadings, exit strategy. | | 0.70 | 1,645.00 |
| | | **Subtotal - Case Administration** | | **28.40** | **35,821.00** |

## Claims Administration and Objections

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/2/25 | CAD | Correspondence w/ B. Miller regarding status of discussions w/ McKesson regarding its claim and related litigation. | | 0.10 | 165.00 |
| 7/2/25 | P L | Review/analyze open issues on stub rent and administrative claims. | | 1.40 | 3,290.00 |
| 7/3/25 | J G | Analyze precedent research re: treatment of administrative claims. | | 0.50 | 662.50 |
| 7/7/25 | J G | Analyze precedential research re: administrative claims treatment. | | 2.00 | 2,650.00 |
| 7/25/25 | B M | Review/analyze of the Alix Partners materials regarding administrative claims. | | 0.70 | 1,750.00 |
| | | **Subtotal - Claims Administration and Objections** | | **4.70** | **8,517.50** |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 15
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/21/25 | M L | Review/analyze AlixPartners June monthly fee statement (.3); corr. with J. Burbage re: same (.3). | | 0.60 | 615.00 |
| 7/22/25 | M L | Corr. with AlixPartners re: monthly fee statement. | | 0.20 | 205.00 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | | **0.80** | **820.00** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | B M | Call with the Debtors to discuss the DIP and budget issues (.4); call with the UCC professionals to discuss the UCC issues with the DIP (.4); prepare memorandum regarding the DIP and budget issues (.5). | | 1.30 | 3,250.00 |
| 7/1/25 | M E | Call with Paul Weiss, Cole Schotz, Willkie teams re: plan, DIP (.4), call w/ Willkie team re: same (.4). | | 0.80 | 660.00 |
| 7/1/25 | J G | Attend meeting with Debtors' professionals re: DIP negotiations, creditor negotiations (.4); corr. with UCC professional re: same (.4); corr. with D. Keeton (Paul Weiss) re: same, deadlines in DIP Order (.1); corr. with Willkie team re: same (.2). | | 1.10 | 1,457.50 |

New Rite Aid Official Committee of Unsecured Creditors                           Page 16
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | B M | Calls with the Debtors to discuss the open DIP and litigation issues and the UCC comments re: same (1.4); call with the UCC professionals to discuss the UCC response to same (.4); prepare memorandum regarding the DIP budget and litigation open issues (.5). | | 2.30 | 5,750.00 |
| 7/2/25 | CAD | Correspondence w/ J. Graber, Willkie team regarding extension of DIP challenge period and status of DIP budget issues. | | 0.20 | 330.00 |
| 7/2/25 | JHB | Attend update call with Paul Weiss re: DIP and budget issues. | | 0.50 | 912.50 |
| 7/2/25 | T G | Call w/ Debtors' professionals re: DIP status/next steps (.8); follow-up call w/ UCC professionals re: same (.4); correspondence w/ Willkie team re: same/proposed language (.6). | | 1.80 | 4,230.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 17
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/2/25 | J G | Attend meeting with Debtors professionals and UCC professionals re: DIP negotiations, upcoming DIP hearing, outstanding UCC objections (.8); corr. with J. Marshall (Choate) re: DIP challenge period (.2); attention to DIP order re: same (.2); corr. with Willkie team (.3) and Sills team (.1) re: same; attend call with Paul Weiss and landlords' counsel re: DIP negotiations and related budget (.5). | | 2.10 | 2,782.50 |
| 7/2/25 | M E | Draft resolution terms re: DIP order (.4), corr. with M. Loison, J. Burbage re: same (.1). | | 0.50 | 412.50 |
| 7/2/25 | M E | Prepare for (.4) and attend (.8) call with Paul Weiss team, Willkie team re: DIP issues. | | 1.20 | 990.00 |
| 7/2/25 | JHB | Corr. with M. Loison re: settlement bullets for DIP Lenders. | | 0.40 | 730.00 |
| 7/3/25 | M L | Attend meeting with AlixPartners and landlord groups re: DIP budget. | | 0.80 | 820.00 |
| 7/3/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding outline of potential settlement of Committee's issues w/ DIP financing motion. | | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 18
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | T G | Call w/ Debtors and Landlords re: DIP budget/potential resolution (.8) and follow-up correspondence w/ Willkie team re: same (.4); review/revise proposed DIP settlement key points (.4). | | 1.60 | 3,760.00 |
| 7/3/25 | J G | Corr. with M. Loison re: DIP language revisions. | | 0.20 | 265.00 |
| 7/3/25 | J G | Attend UCC meeting re: DIP negotiations, upcoming hearing, budget analysis (.6); corr. with Debtors' professionals, UCC professionals, and landlord counsel re: budget analysis and DIP objections (1.0). | | 1.60 | 2,120.00 |
| 7/3/25 | M E | Prepare for (.2) and attend (.5) conference with Debtors professionals, landlords re: DIP budget. | | 0.70 | 577.50 |
| 7/3/25 | B M | Call with the Debtors to discuss the DIP financing order (.5); correspondence with the DIP lenders regarding proposed language for the DIP order (.4); review/comment on the DIP order language (.4); review/analyze the AlixPartners report on landlord claims and escrow for stub rent payment (.5). | | 1.80 | 4,500.00 |
| 7/3/25 | P L | Conference with J. Burbage regarding language in DIP order. | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 19
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/3/25 | P L | Conference with B. Miller regarding language in DIP order. | | 0.20 | 470.00 |
| 7/4/25 | CAD | Correspondence w/ Willkie, Sills teams regarding proposed revisions to final DIP order, including mediation language. | | 0.40 | 660.00 |
| 7/4/25 | M L | Attend meeting with Paul Weiss re: Committee DIP objection. | | 0.30 | 307.50 |
| 7/4/25 | JHB | Update call with Paul Weiss re: status of negotiations with DIP Lenders (.4); call with B. Miller re: next steps (.1); draft resolution language for DIP Order (.3); correspondence with Willkie re: same (.2). | | 1.00 | 1,825.00 |
| 7/4/25 | T G | Correspondence w/ Willkie team re: potential DIP language. | | 0.60 | 1,410.00 |
| 7/4/25 | J G | Corr. with Paul Weiss and Willkie team re: ongoing DIP negotiations (.4); continuous corr. with Willkie team re: same (.7); continuous corr. with D. Keeton (Paul Weiss) re: same (.5). | | 1.60 | 2,120.00 |
| 7/5/25 | JHB | Correspondence with M. Gates (AlixPartners) re: avoidance action data in connection with DIP Objection. | | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 20
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/5/25 | P L | Review/analyze DIP objection (1.6) and correspondence with Willkie team re: possible resolution (.2). | | 1.80 | 4,230.00 |
| 7/6/25 | CAD | Correspondence w/ Willkie team regarding status of negotiations regarding DIP financing/possible resolution of Committee's DIP objection and language to be included in proposed final DIP order. | | 0.30 | 495.00 |
| 7/6/25 | JHB | Review/analyze re: settlement of Committee DIP objection. | | 0.40 | 730.00 |
| 7/6/25 | T G | Review/analyze proposed resolution of DIP issues (.4) and correspondence w/ Willkie team re: same (.3); correspondence w/ Alix re: preference claims/DIP budget (.3). | | 1.00 | 2,350.00 |
| 7/6/25 | J G | Continuous corr. with Willkie team and Paul Weiss re: ongoing DIP negotiations and upcoming hearing re: same (1.4); analyze revisions re: same (.2). | | 1.60 | 2,120.00 |
| 7/6/25 | B M | Review/comment on the revised DIP order (.6); correspondence with the Debtors and the lenders regarding the revised DIP order (.5). | | 1.10 | 2,750.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 21
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | CAD | Various correspondence w/ Willkie, Paul Weiss teams regarding updated draft of proposed final DIP order and Committee comments (.5); review/analyze same (.2); correspondence w/ T. Goren regarding status of potential DIP resolution (.1). | | 0.80 | 1,320.00 |
| 7/7/25 | M L | Review/analyze Final DIP Order (.4); corr. with J. Graber re: same (.3). | | 0.70 | 717.50 |
| 7/7/25 | JHB | Correspondence with J. Graber re: review of DIP markup (.2); review/revise same (.3); correspondence with J. Graber re: Final DIP order and challenge period (.5). | | 1.00 | 1,825.00 |
| 7/7/25 | M E | Attend conference with Debtors' professionals, landlords, Willkie team re: DIP issues, hearing. | | 0.20 | 165.00 |
| 7/7/25 | J G | Review/revise final DIP order (1.7); continuous corr. with Willkie team (.5) and Paul Weiss team re: same (.6); review/analyze Debtors' statement re: DIP order (.2); corr. with Willkie team (.2) and Paul Weiss (.1) re: same; corr. with Choate re: DIP negotiations (.2); attend call with Paul Weiss and landlords' counsel re: DIP negotiations (.3). | | 3.80 | 5,035.00 |
| 7/7/25 | P L | Corr. with B. Miller re: DIP objection. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 22
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | T G | Calls w/ D. Keeton (Paul Weiss) (.3) and A. Eaton (Paul Weiss) (.2) re: DIP; call w/ B. Miller re: same (.3); call w/ landlords re: DIP (.3); review/revise drafts of Interim DIP Order (.8) and correspondence w/ Willkie team re: same (.4); review/revise Debtors' DIP statement (.3); correspondence w/ Willkie and Sills team re: DIP conference (.3). | | 2.90 | 6,815.00 |
| 7/8/25 | M L | Review/analyze DIP research (1.5); review/analyze interim DIP order (.3). | | 1.80 | 1,845.00 |
| 7/8/25 | CAD | Correspondence w/ J. Graber, Committee regarding status conference regarding DIP financing and CVS sale issues. | | 0.10 | 165.00 |
| 7/8/25 | T G | Call w/ I. Gold re: budget questions (.3); follow-up correspondence w/ Alix and Willkie team re: same (.3). | | 0.60 | 1,410.00 |
| 7/9/25 | T G | Call w/ Paul Weiss re: DIP status/CVS litigation (.7); follow-up correspondence w/ UCC advisors re: same (.4); call w/ P. Labov re: same (.2); review/revise updated draft DIP Order (.6) and correspondence w/ Paul Weiss re: same (.4). | | 2.30 | 5,405.00 |
| 7/9/25 | M L | Corr. with J. Graber re: interim DIP order. | | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                       Page 23
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/9/25 | J G | Attend and participate in call with Debtors Professionals and UCC professionals re: DIP discussions, CVS negotiations, and strategic alternatives re: same (.5); corr. with Willkie team re: same (.4); corr. with M. Gates (AlixPartners) re: same (.1); corr. with M. Loison re: treatment of avoidance actions re: same (.2); review/analyze final DIP order re: same (.2). | | 1.40 | 1,855.00 |
| 7/10/25 | JHB | Attend conference re: resolution of DIP objections. | | 0.40 | 730.00 |
| 7/10/25 | T G | Call w/ Debtors/Landlords re: DIP Order (.3); review/revise updated drafts of DIP Order (.4); correspondence w/ Paul Weiss and Willkie team re: same (.4). | | 1.10 | 2,585.00 |
| 7/11/25 | M E | Review/revise stipulation between Debtors, Committee, Lenders re: lien challenges. | | 0.20 | 165.00 |
| 7/14/25 | M E | Corr. with Willkie team re: DIP Milestones, deadline to object to store closing notice, McKesson motion | | 0.30 | 247.50 |
| 7/15/25 | S D | Discuss collateral issues for stipulation with J. Graber (.2); review/analyze analysis of same to inform advice (.3). | | 0.50 | 700.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 24
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/17/25 | CAD | Correspondence w/ Willkie team regarding DIP order/ Committee challenge deadline issues (.2); correspondence w/ Willkie, Choate teams regarding same (.2). | | 0.40 | 660.00 |
| 7/21/25 | JHB | Correspondence with M. Loison re: DIP Order mechanics. | | 0.30 | 547.50 |
| 7/22/25 | M L | Review/analyze final DIP order re: milestones and reporting requirements. | | 1.70 | 1,742.50 |
| | | **Subtotal - Financing and Cash Collateral** | | **51.30** | **89,882.50** |

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | M L | Attend UCC professionals meeting re: exit strategy, estimated budget. | | 0.30 | 307.50 |
| 7/1/25 | T G | Prepare for (.1) and attend (.4) call w/ UCC professionals re: weekly call topics, DIP, exit strategy. | | 0.50 | 1,175.00 |
| 7/1/25 | M E | Corr. with Willkie team re: P&F Retail, Debtors stipulation. | | 0.30 | 247.50 |
| 7/1/25 | P L | Attend UCC professionals call re: DIP, exit strategy negotiations. | | 0.40 | 940.00 |
| 7/2/25 | M L | Prepare for (.3) and attend (.4) meeting with UCC professionals re: DIP objection. | | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 25
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/2/25 | JHB | Correspondence with I. Gold and L. Roglan re: stub rent settlement. | | 0.20 | 365.00 |
| 7/2/25 | M E | Attend conference with landlord parties, Paul Weiss, Cole Schotz professionals, Willkie team re: DIP issues. | | 0.40 | 330.00 |
| 7/3/25 | M L | Attend UCC meeting re: DIP/plan update, administrative claims update, Committee retention applications, financial advisor update. | | 0.70 | 717.50 |
| 7/3/25 | JHB | Attend weekly UCC meeting re: DIP/plan update, administrative claims update, Committee retention applications, financial advisor update (.7); corr. with Willkie team re: same (.1). | | 0.80 | 1,460.00 |
| 7/3/25 | T G | Prepare for (.3) and participate on (.7) UCC call re: DIP, case update; corr. with Willkie team re: same (.1); review/analyze Alix materials for call (.4); call w/ creditor re: rent payments and follow-up correspondence w/ Willkie team re: same (.3). | | 1.80 | 4,230.00 |
| 7/3/25 | M E | Prepare for (.2) and attend (.7) UCC meeting re: DIP issues, administrative claims update, and financial advisor update. | | 0.90 | 742.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 26
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/5/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding Debtors' motion to enforce sale order and compel enforcement by CVS. | | 0.20 | 330.00 |
| 7/6/25 | T G | Review/revise correspondence to UCC re: DIP resolution. | | 0.40 | 940.00 |
| 7/6/25 | M E | Corr. with Willkie team, UCC re: DIP resolution. | | 1.40 | 1,155.00 |
| 7/7/25 | P L | Corr. with Willkie team, UCC professionals re: DIP Objection, CVS issues. | | 0.80 | 1,880.00 |
| 7/8/25 | M L | Review/analyze update to Committee re: Debtors' motion to compel payment from CVS. | | 0.50 | 512.50 |
| 7/8/25 | M E | Corr. with UCC re: CVS motion hearing. | | 0.90 | 742.50 |
| 7/9/25 | J G | Review/revise agenda for upcoming UCC meeting (.2); corr. with M. Emanoil re: same (.1). | | 0.30 | 397.50 |
| 7/9/25 | M E | Prepare for (.1) and attend (.4) call with Willkie, AlixPartners, Sills Cummis, Paul Weiss teams re: CVS proceeds calculations. | | 0.50 | 412.50 |
| 7/10/25 | JHB | Attend weekly Committee call re: DIP proposal, sale process (.4); corr. with Willkie team re: same (.1). | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 27
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/10/25 | M L | Attend meeting with UCC professionals re: DIP proposal, sale process (.3); attend UCC meeting re: same (.4). | | 0.70 | 717.50 |
| 7/10/25 | T G | Prepare for (.3) and participate in (.4) Committee call re: DIP/case update; corr. with Willkie team re: same (.3); review/analyze Alix materials for call (.4). | | 1.40 | 3,290.00 |
| 7/10/25 | M E | Attend conference with Paul Weiss team, Willkie team, landlords re: DIP objections. | | 0.20 | 165.00 |
| 7/10/25 | M E | Corr. with J. Blau (UFCW) re: UCC meeting (.2); prepare for (.1) and attend (.3) UCC meeting re: DIP hearing. | | 0.60 | 495.00 |
| 7/10/25 | J G | Prepare for (.1) and attend meeting with UCC professionals re: DIP proposal, sale process (.3); attend UCC meeting re: same (.4). | | 0.80 | 1,060.00 |
| 7/10/25 | JHB | Attend weekly professionals meeting re: exit strategy, DIP. | | 0.40 | 730.00 |
| 7/10/25 | M E | Attend meeting with Willkie team, Sills Cummis team, AlixPartners team re: DIP hearing, CVS motion, plan process. | | 0.40 | 330.00 |
| 7/10/25 | B M | Prepare for (.3) and participate in the UCC meeting to discuss the DIP, sale process and plan option (.5). | | 0.80 | 2,000.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 28
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | T G | Call w/ I. Gold re: budget issues (.4); correspondence w/ Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 7/14/25 | M E | Draft UCC meeting agenda (.2); corr. with Willkie team re: MedImpact motion, revised remaining assets auction notice (.8) | | 1.00 | 825.00 |
| 7/15/25 | M E | Corr. with Willkie team, UCC re: revised auction notice, bid procedures. | | 0.50 | 412.50 |
| 7/16/25 | M L | Attend meeting with UCC professionals re: UCC meeting, exit strategy update (.1); draft Committee update re: exit strategy, CVS, and July 23rd hearing (.6). | | 0.70 | 717.50 |
| 7/16/25 | T G | Call w/ UCC advisors re: UCC call, case status and strategic alternatives re: same (.2); follow-up call w/ B. Miller re: same (.3). | | 0.50 | 1,175.00 |
| 7/16/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss the DIP., plan options and sale process. | | 1.20 | 3,000.00 |
| 7/16/25 | P L | Attend call w/ UCC professionals re: CVS status, exit strategy. | | 0.30 | 705.00 |
| 7/16/25 | J G | Attend meeting with UCC professionals re: UCC meeting, plan/litigation update. | | 0.10 | 132.50 |
| 7/18/25 | M L | Corr. with UCC re: notice of successful bidder. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                        Page 29
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 7/21/25 | JHB | Correspondence with M. Sorenson re: meeting with 1970 group. | | 0.20 | 365.00 |
| 7/22/25 | M L | Corr. with UCC re: auction results. | | 0.20 | 205.00 |
| 7/23/25 | M L | Corr. with Committee re: successful bidder (.3); attend meeting with UCC professionals re: CVS hearing, exit strategies (.5); corr. with Committee re: weekly agenda (.1). | | 0.90 | 922.50 |
| 7/23/25 | M L | Review/analyze AlixPartners presentation. | | 0.30 | 307.50 |
| 7/23/25 | T G | Call w/ UCC professionals re: CVS, exit strategy, strategic alternatives re: same (.5); review/revise agenda for UCC call (.2); call w/ 1970 group re: workers comp questions (.2) and follow-up correspondence re: same (.2). | | 1.10 | 2,585.00 |
| 7/23/25 | J G | Attend meeting with Debtors re: CVS hearing, plan update (.5); attend meeting with UCC professionals re: CVS hearing, plan update (.5). | | 1.00 | 1,325.00 |
| 7/23/25 | B M | Review/comment on the agenda, exhibits and handouts for the UCC meeting to discuss CVS, plan options and sale process. | | 1.30 | 3,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 30
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/24/25 | T G | Prepare for (.2) and participate in (.4) Committee call re: case update; review/analyze Alix materials for call (.4). | | 1.00 | 2,350.00 |
| 7/24/25 | M E | Attend UCC meeting re: CVS litigation, plan options. | | 0.40 | 330.00 |
| 7/24/25 | B M | Participation in the UCC meeting to discuss the DIP, sale process and plan option (.4); call with A. Eaton (Paul Weiss) regarding open UCC issues (.3); call with I. Gold regarding lessor issues (.2). | | 0.90 | 2,250.00 |
| 7/25/25 | M E | Corr. with UCC re: CVS hearing. | | 0.70 | 577.50 |
| 7/25/25 | JHB | Corr. with M. Emanoil re: CVS hearing summary for Committee. | | 0.40 | 730.00 |
| 7/28/25 | M E | Corr. with UCC, Willkie team re: Kaplan opinion on CVS motion (.4) review/analyze same (.4). | | 0.80 | 660.00 |
| 7/30/25 | M L | Attend meeting with UCC professionals re: ongoing creditor litigation, UCC meeting on 7/31. | | 0.20 | 205.00 |
| 7/30/25 | T G | Call w/ UCC advisors re: UCC call topics, creditor litigation (.2); review/revise agenda for UCC call (.3). | | 0.50 | 1,175.00 |
| 7/30/25 | B M | Review and comment on the agenda, exhibits and handouts for the UCC meeting to discuss CVS, plan options and sale process. | | 0.90 | 2,250.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 31
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/30/25 | M E | Corr. with UCC re: UCC meeting agenda, AlixPartners materials. | | 0.10 | 82.50 |
| 7/30/25 | J G | Prepare for (.2) and attend meeting with Debtors re: creditor inquiries, strategic alternatives re: plan, CVS litigation, and claims. (.5); corr. with UCC professionals re: same (.2); corr. with B. Parlin (Holland&Knight) re: cure amounts (.2); attention to same (.2); corr. with Cole Schotz re: same (.2). | | 1.50 | 1,987.50 |
| 7/30/25 | P L | Conference with internal team and other UCC professionals regarding current issues, upcoming pleadings, exit strategy. | | 0.30 | 705.00 |
| 7/31/25 | B M | Prepare for and participate in the UCC meeting to discuss the CVS hearing and plan option (.2); call with M. Branzberg regarding Cencora issues (.6). | | 0.80 | 2,000.00 |
| 7/31/25 | M E | Corr. with UCC re: fee owned properties auction. | | 0.10 | 82.50 |
| 7/31/25 | M E | Corr. with M. Loison, Willkie team re: Willkie fee statement objection deadline. | | 0.10 | 82.50 |
| 7/31/25 | M L | Attend UCC meeting re: exit strategy update, CVS hearing recap, financial advisor update. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 32
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/31/25 | J G | Prepare for (.1) and attend UCC meeting (.2) re: exit strategy update, CVS hearing recap, financial advisor update. corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 7/31/25 | T G | Prepare for (.2) and participate on (.2) Committee call re: CVS/creditor inquiries and financial update; review and analyze Alix materials for UCC call (.4); correspondence w/ creditor re: cure question (.1). | | 0.90 | 2,115.00 |
| | **Subtotal - Meetings and Communications with Creditors** | | | **38.10** | **63,192.50** |

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/2/25 | M L | Attend meeting with Debtors re: exit strategy and plan construct (1.0); review/analyze proposal for Debtors re: exit strategy (.4). | | 1.40 | 1,435.00 |
| 7/3/25 | P L | Correspondence with Willkie team re: plan construct and other open issues. | | 0.60 | 1,410.00 |
| 7/24/25 | CAD | Correspondence w/ B. Miller regarding plan-related discussions between Debtors and McKesson. | | 0.10 | 165.00 |
| | **Subtotal - Plan and Disclosure Statement** | | | **2.10** | **3,010.00** |

## Reporting

New Rite Aid Official Committee of Unsecured Creditors
Invoice No. 12521604
Client/Matter No. 136121.00001

Page 33

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/29/25 | J G | Review/analyze Debtors' reporting requirements (.1); corr. with AlixPartners team re: same (.1). | | 0.20 | 265.00 |
| | | **Subtotal - Reporting** | | **0.20** | **265.00** |

## Hearings

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | M L | Prepare documents for 7/8 hearing. | | 0.30 | 307.50 |
| 7/7/25 | M E | Review/analyze hearing agenda (.2); review/analyze documents in connection with July 8 hearing (3.2); corr. with M. Loison, R. Sasso re: same (.3); corr. with Willkie team re: same (.3). | | 4.00 | 3,300.00 |
| 7/7/25 | R S | Prepare documents for 7/8 hearing. | | 1.20 | 456.00 |
| 7/8/25 | M L | Attend Rite Aid status conference (.3); attend Rite Aid hearing re: motion to compel payment from CVS (1.3). | | 1.60 | 1,640.00 |
| 7/8/25 | T G | Attend pre-hearing conference with Judge (.3); prepare for (.3) and participate in hearing re: CVS dispute (1.4); continuous corr. with Willkie team re: same (1.1). | | 3.10 | 7,285.00 |
| 7/8/25 | M E | Prepare for (.1) and attend (1.4) CVS motion hearing; corr. with Willkie team re: same (.2). | | 1.70 | 1,402.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 34
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/8/25 | J G | Attend chambers conference re: CVS negotiations and upcoming hearing re: same (.3); corr. with UCC professionals (.4) and creditors (.2) re: same; prepare for (.5) and attend hearing re: CVS motions and DIP (1.4); corr. with Willkie team re: same (.5); corr. with M. Emanoil and M. Loison re: communications with UCC re: same (.3). | | 3.60 | 4,770.00 |
| 7/8/25 | B M | Prepare for (.7) and attend (1.5) the pre-hearing chambers conference and the hearing on the DIP and sale of assets; review and comment on the DIP order (.8); discussions with the landlords regarding the stub rent payment options (.6). | | 3.60 | 9,000.00 |
| 7/8/25 | JHB | Prepare for (.5) and attend (.3) Chambers conference in advance of DIP hearing and discussion re: next steps. | | 0.80 | 1,460.00 |
| 7/8/25 | M E | Attend chambers conference with Paul Weiss team, Cole Schotz team, Willkie team, landlord parties re: DIP issues, 7/8 hearing. | | 0.30 | 247.50 |
| 7/10/25 | JHB | Attend chambers conference re: CVS Sale disputes (.4); prepare for (.1) and attend (.7) hearing re: final DIP Order. | | 1.20 | 2,190.00 |
| 7/10/25 | M L | Attend hearing re: DIP and store closing notices. | | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 35
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/10/25 | T G | Prepare for (.4) and participate in (.4) pre-hearing conference and hearing re: final DIP approval (.7); corr. w/ B. Miller re: same (.3). | | 1.80 | 4,230.00 |
| 7/10/25 | M E | Prepare for (.1) and attend (.7) hearing re: DIP motion, store closing motion, 365(d)(4) motion. | | 0.80 | 660.00 |
| 7/10/25 | J G | Attend chambers conference re: DIP motion, outstanding items re: same, strategic exit alternatives (.4); corr. with Willkie team re: case administration for upcoming hearing and chambers conference (.4); attend hearing re: final DIP order (.7). | | 1.50 | 1,987.50 |
| 7/10/25 | M E | Prepare for (.1) and attend (.4) chambers conference with Paul Weiss, Cole Schotz, Foley & Lardner, Willkie teams re: CVS motion. | | 0.50 | 412.50 |
| 7/11/25 | M L | Corr. with N. Fazli (Paul Weiss) re: hearing transcripts. | | 0.10 | 102.50 |
| 7/17/25 | M L | Review/analyze adjournment of hearings re: motion to compel. | | 0.20 | 205.00 |
| 7/18/25 | M L | Review/analyze motions set for hearing on August 14th. | | 0.30 | 307.50 |
| 7/22/25 | T G | Correspondence w/ A. Sherman (Sills) re: upcoming hearings/conference. | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors
Invoice No. 12521604
Client/Matter No. 136121.00001

Page 36

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/22/25 | M L | Prepare documents for July 24 hearing re: sale motion. | | 0.10 | 102.50 |
| 7/22/25 | P L | Review/analyze agenda for hearing on lease sale and stay relief motions and pleadings re: same (1.3); corr. with Willkie team re: same (.3). | | 1.60 | 3,760.00 |
| 7/23/25 | M L | Review/analyze pleadings re: July 24 hearing re: sale motion (.6); attend hearing re: sale orders and motion for relief from stay (.6); draft summary of same (.6). | | 1.80 | 1,845.00 |
| 7/23/25 | CAD | Correspondence w/ M. Loison regarding status conference regarding Debtors' motion to compel payment from CVS. | | 0.10 | 165.00 |
| 7/23/25 | T G | Attend conference w/ Court re: Rite Aid (.5); prepare for (.3) and participate in omnibus hearing re: rejection/stay relief matters (.9); call w/ P. Labov re: open matters re: same (.2). | | 1.90 | 4,465.00 |
| 7/23/25 | J F | Attend status conference re: 7/25 hearing (.5); corr. with M. Loison re: same (.2). | | 0.70 | 577.50 |
| 7/25/25 | T G | Participate in CVS dispute hearing (partial) (4.6); review/analyze briefing re: same (.7); corr. with P. Labov re: same (.3); review/revise summary of same for UCC (.3). | | 5.90 | 13,865.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 37
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/25/25 | M E | Prepare for (.1) and attend (6.1) hearing on Debtors' motion to compel CVS performance. | | 6.20 | 5,115.00 |
| 7/25/25 | CAD | Correspondence w/ Willkie team regarding hearing on Debtors' motion to enforce the sale order and compel performance by CVS and summary thereof. | | 0.20 | 330.00 |
| 7/25/25 | B M | Attend the hearing on Debtors' motion to compel payment by CVS under the asset purchase agreement (partial). | | 2.00 | 5,000.00 |
| 7/29/25 | J G | Corr. with M. Emanoil re: upcoming hearings. | | 0.10 | 132.50 |
| | **Subtotal - Hearings** | | | **48.20** | **76,743.50** |

## Lien Investigation

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | CAD | Correspondence w/ Paul Weiss, Willkie teams regarding claims investigation challenge deadline/possible extension. | | 0.20 | 330.00 |
| 7/1/25 | T G | Correspondence w/ Paul Weiss and Willkie team re: challenge deadline. | | 0.30 | 705.00 |
| 7/7/25 | J G | Analyze challenge investigations and related opens items re: same. | | 0.60 | 795.00 |
| 7/8/25 | D B | Correspondence with Willkie team re: finance related documents | | 1.00 | 825.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 38
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/8/25 | J G | Analyze challenge investigations (.3) and draft stipulation re: same (1.6); corr. with Willkie team re: same (.3). | | 2.20 | 2,915.00 |
| 7/9/25 | S D | Correspond with Willkie team re: prepetition security documents issue. | | 0.20 | 280.00 |
| 7/9/25 | J G | Review/revise challenge investigations and stipulation re: same (.7); corr. with J. Burbage re: same (.1); corr. with D. Barar re: credit agreement schedules and outstanding inquiries (.3). | | 1.10 | 1,457.50 |
| 7/10/25 | JHB | Review/revise draft investigation stipulation. | | 0.40 | 730.00 |
| 7/11/25 | J G | Corr. with M. Emanoil re: draft challenge stipulation (.1); review/analyze same (.1). | | 0.20 | 265.00 |
| 7/13/25 | J G | Attention to lien investigation and challenge period deadline (.4); draft stipulation re: same (1.1); corr. with Willkie team re: same (.2). | | 1.70 | 2,252.50 |
| 7/14/25 | M L | Revise stipulation in connection with lien investigation. | | 1.80 | 1,845.00 |
| 7/14/25 | T G | Review/analyze draft challenge stipulation (.4) and correspondence w/ Willkie team re: same (.2). | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 39
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | S D | Correspond with Willkie team re: successor trustees issue (.3); review/analyze 1.5 lien and third lien indentures and related agreements to inform same (.4). | | 0.70 | 980.00 |
| 7/14/25 | M E | Revise McKesson, Debtors, Lenders, UCC stipulation (.5); corr. with M. Loison, J. Graber re: same (.1). | | 0.60 | 495.00 |
| 7/14/25 | J G | Review/analyze challenges investigations (1.0); review/revise draft stipulation re: same (1.0); corr. with Willkie team re: same (1.3); corr. with M. Salvucci (Paul Weiss) re: same (.1). | | 3.40 | 4,505.00 |
| 7/15/25 | M L | Revise stipulation re: lien investigation. | | 0.20 | 205.00 |
| 7/15/25 | T G | Review/revise updated challenge stipulation (.4); calls w/ J. Graber and W. Eguchi re: same (.8). | | 1.20 | 2,820.00 |
| 7/15/25 | J G | Analyze stipulation re: liens investigation and challenge period (.3); corr. with T. Goren and W. Eguchi re: challenge analyses and liens investigations (1.3); review/analyze security agreements and DIP re: same (1.0); corr. with S. Daly re: same (.1); corr. with Willkie team re: same (.5). | | 3.20 | 4,240.00 |
| 7/16/25 | T G | Correspondence w/ Choate and Willkie team re: challenge deadline. | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 40
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/16/25 | J G | Corr. with Choate and Willkie team re: challenge period (.2); attention to same (.2). | | 0.40 | 530.00 |
| 7/17/25 | S D | Review/analyze additional prepetition security documentation provided by Choate (.2); correspond with Willkie team re: same (.2). | | 0.40 | 560.00 |
| 7/17/25 | T G | Review/analyze updated materials from Choate (.4); correspondence w/ Willkie team re: same (.3); correspondence w/ Choate and Willkie team re: challenge deadline extension (.4). | | 1.10 | 2,585.00 |
| 7/17/25 | J G | Continuous corr. with Willkie team re: challenge period deadline, open investigative items re: same (.5); corr. with J. Marshall (Choate) re: same (.2); corr. with Paul Weiss re: same (.1). | | 0.80 | 1,060.00 |
| **Subtotal - Lien Investigation** | | | | **22.90** | **33,200.00** |

## Other Motions/Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/14/25 | M L | Review/analyze MedImpact motion to exercise recoupment. | | 0.20 | 205.00 |
| 7/17/25 | M L | Review/analyze 2023 chapter 11 cases as-filed status report. | | 0.20 | 205.00 |
| **Subtotal - Other Motions/Applications** | | | | **0.40** | **410.00** |

New Rite Aid Official Committee of Unsecured Creditors                    Page 41
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/7/25 | M L | Review/revise Willkie fee statement for privilege and completeness for May, June monthly fee statement. | | 1.20 | 1,230.00 |
| 7/10/25 | M E | Review/revise Willkie fee statement for privilege and completeness for May, June. | | 0.80 | 660.00 |
| 7/11/25 | M E | Review/revise Willkie fee statement for privilege and completeness for May, June (1.8); corr. with M. Loison, J. Graber re: same (.1). | | 1.90 | 1,567.50 |
| 7/14/25 | M L | Corr. with Willkie team re: Willkie monthly fee application. | | 0.20 | 205.00 |
| 7/15/25 | M L | Corr. with J. Graber re: Willkie monthly fee application (.1); corr. with Sills team re: same (.1). | | 0.40 | 410.00 |
| 7/15/25 | R S | Assist w/ attorney research re: monthly fee statements. | | 0.80 | 304.00 |
| 7/15/25 | J G | Corr. with M. Loison re: monthly fee statement (.2); analyze precedent re: same (.2). | | 0.40 | 530.00 |
| 7/17/25 | J G | Review/revise Willkie monthly fee application. | | 0.80 | 1,060.00 |
| 7/20/25 | M L | Draft Willkie first monthly fee statement. | | 0.40 | 410.00 |
| 7/21/25 | M L | Draft Willkie first monthly fee statement. | | 2.40 | 2,460.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 42
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/21/25 | W C | Corr. with M. Loison re: Willkie first monthly fee statement. | | 0.50 | 190.00 |
| 7/21/25 | J G | Review and revise fee statement (.3); corr. with M. Loison and J. Burbage re: same (.4). | | 0.70 | 927.50 |
| 7/22/25 | M L | Revise Willkie monthly fee statement (.4); corr. with J. Graber re: same (.2). | | 0.60 | 615.00 |
| 7/22/25 | J G | Review/revise first Willkie fee statement (.4); corr. with M. Loison re: same (.2). | | 0.60 | 795.00 |
| 7/23/25 | M L | Revise Willkie monthly fee statement. | | 0.90 | 922.50 |
| 7/24/25 | CAD | Review/revise draft of Willkie May-June 2025 monthly fee statement (.7); correspondence w/ M. Loison regarding same (.2). | | 0.90 | 1,485.00 |
| 7/24/25 | M L | Corr. with C. Damast re: Willkie monthly fee statement (.2); attention to same (.1). | | 0.30 | 307.50 |
| 7/25/25 | M L | Revise and file Willkie first monthly fee statement. | | 0.50 | 512.50 |
| 7/30/25 | J G | Review/revise attachments to fee statement for privilege and completeness. | | 1.40 | 1,855.00 |
| | | **Subtotal - Willkie Fee Statements and Applications** | | **15.70** | **16,446.50** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 43
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|

## Non- Willkie Retention Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 7/1/25 | CAD | Review/revise draft of AlixPartners engagement letter (.3); correspondence w/ M. Loison, J. Burbage regarding same (.2). | | 0.50 | 825.00 |
| 7/1/25 | M L | Review/analyze precedent re: engagement letter. | | 1.00 | 1,025.00 |
| 7/1/25 | J G | Attention to Sills and AlixPartners' retention applications. | | 1.00 | 1,325.00 |
| 7/2/25 | J G | Corr. with AlixPartners and Sills re: retention applications (.2); review/analyze same (1.3); corr. with T. Pitta re: same (.1). | | 1.60 | 2,120.00 |
| 7/3/25 | M L | Review/analyze AlixPartners retention application. | | 0.50 | 512.50 |
| 7/3/25 | J G | Review/revise outstanding retention applications for filing. | | 0.80 | 1,060.00 |
| 7/18/25 | M L | Corr. with AlixPartners and Sills teams re: supplemental PII list. | | 0.20 | 205.00 |
| | **Subtotal - Non- Willkie Retention Applications** | | | **5.60** | **7,072.50** |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 44
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

### Willkie Retention Application

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/1/25 | M L | Corr. with J. Graber re: Willkie retention application. | | 0.10 | 102.50 |
| 7/1/25 | M L | Revise retention application disclosure (.8); corr. with J. Graber re: same (.2). | | 1.00 | 1,025.00 |
| 7/1/25 | E W | Attention to retention application and outstanding workstreams re: same. | | 0.80 | 304.00 |
| 7/1/25 | R S | Attention to retention application and outstanding workstreams re: same. | | 2.40 | 912.00 |
| 7/1/25 | J G | Review/revise retention application (.9); corr. with Willkie team re: same (.3); corr. with Willkie team re: budget and staffing plan (.4); review/revise same (.3); corr. with M. Loison re: same (.1). | | 2.00 | 2,650.00 |
| 7/3/25 | CAD | Correspondence w/ Willkie team regarding status of/filing Willkie retention application. | | 0.20 | 330.00 |
| 7/9/25 | J G | Corr. with G. Kopacz (Sills), Willkie team re: UST inquiries re: retention order (.3); attention to same (.7). | | 1.00 | 1,325.00 |
| 7/10/25 | CAD | Correspondence w/ US Trustee, Willkie team regarding Willkie retention application and requested additional disclosures. | | 0.20 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 45
Invoice No. 12521604
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/10/25 | LGF | Research firm disclosures re: Willkie retention application (.2); emails with M. Loison regarding same (.1). | | 0.30 | 216.00 |
| 7/10/25 | M L | Corr. with L. Feldman re: U.S. Trustee comments to Willkie retention application (.8); revise Willkie retention application (1.5); corr. with J. Graber re: same (.3); revise supplemental declaration in support of retention application (.6). | | 3.20 | 3,280.00 |
| 7/10/25 | R S | Corr. w/ J. Graber re: supplemental declaration in support of retention application. | | 0.30 | 114.00 |
| 7/10/25 | J G | Corr. with M. Loison re: Willkie supplemental declaration ISO retention application in light of US Trustee inquiries (.3); analyze and draft same (1.3). | | 1.60 | 2,120.00 |
| 7/11/25 | M L | Revise supplemental declaration in support of Willkie's retention . | | 0.40 | 410.00 |
| 7/11/25 | M L | Corr. with J. Graber re: supplemental declaration ISO Willkie's retention. | | 0.40 | 410.00 |
| 7/11/25 | LGF | Research firm disclosures re: Willkie retention application; emails with M. Loison regarding same. | | 0.20 | 144.00 |

New Rite Aid Official Committee of Unsecured Creditors
Invoice No. 12521604
Client/Matter No. 136121.00001

Page 46

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/11/25 | J G | Corr. with J. Burbage and M. Loison re: US Trustee inquiries and draft declaration in support of retention application (.4); analyze outstanding inquiries re: same (.3); corr. with B. Miller and T. Goren re: same (.2); corr. with G. Kopacz re: same (.1). | | 1.00 | 1,325.00 |
| 7/11/25 | T G | Correspondence w/ Willkie team re: Willkie retention issues (.3); review/analyze supplemental declaration (.4). | | 0.70 | 1,645.00 |
| 7/12/25 | J G | Review/analyze supplemental declaration in support of retention application and responses to UST re: same (.5); corr. with M. Loison re: same (.1). | | 0.60 | 795.00 |
| 7/13/25 | J G | Review/analyze supplemental declaration in support of retention application and responses to UST re: same. | | 0.40 | 530.00 |
| 7/14/25 | M L | Corr. with J. Graber re: supplemental declaration in support of Willkie's retention (.3); review/analyze supplemental declaration (.5). | | 0.80 | 820.00 |
| 7/14/25 | T G | Review/analyze updated Willkie declaration (.2); correspondence w/ Willkie team re: same (.2). | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 47
Invoice No. 12521604
Client/Matter No. 136121.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 7/14/25 | J G | Corr. with U.S. Trustee (.2) re: retention order; revise same (.5); review/analyze precedent re: same (.5); corr. with Sills Cummis re: same (.2); corr. with Willkie team re: communications to US Trustee (.4). | | 1.80 | 2,385.00 |
| 7/15/25 | M L | Review/analyze reports re: supplemental declaration in support of Willkie retention. | | 1.30 | 1,332.50 |
| 7/15/25 | LGF | Research firm disclosures re: Willkie retention application (.2); emails with M. Loison regarding same (.2). | | 0.40 | 288.00 |
| 7/15/25 | J G | Review/analyze final order re: retention application for filing (.2); corr. with US Trustee (.1) and G. Kopacz (Sills) (.1) re: same. | | 0.40 | 530.00 |
| 7/15/25 | W C | Corr. w/ M. Loison re: notices of appearance and supplemental declaration in support of Willkie retention. | | 0.90 | 342.00 |
| 7/17/25 | M L | Review/revise Willkie supplemental declaration in support of retention. | | 0.40 | 410.00 |
| 7/18/25 | M L | Review/revise Willkie supplemental declaration in support of retention. | | 0.90 | 922.50 |
| 7/18/25 | LGF | Research firm disclosures re: Willkie retention application; corr. with M. Loison regarding same. | | 0.30 | 216.00 |
| 7/21/25 | M L | Revise Willkie second supplemental declaration in support of retention. | | 0.60 | 615.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 48
Invoice No. 12521604
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|----------|-------------|-----|-------|--------|
| 7/21/25 | T G | Review/revise 2nd supplemental retention declaration (.2) and correspondence w/ Willkie team re same (.2). | | 0.40 | 940.00 |
| 7/21/25 | J G | Review and revise supplemental declaration ISO retention app (.7); corr. with M. Loison (.4) and Willkie team (.4) re: same. | | 1.50 | 1,987.50 |
| 7/22/25 | M L | Revise second supplemental declaration in support of Willkie retention. | | 0.20 | 205.00 |
| | | **Subtotal - Willkie Retention Application** | | **27.10** | **29,901.00** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 49
Invoice No. 12521604
Client/Matter No. 136121.00001

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Paul Labov | 13.70 | $ | 2,350.00 | $ | 32,195.00 |
| JAMES H. BURBAGE | 11.00 | | 1,825.00 | | 20,075.00 |
| BRETT MILLER | 20.90 | | 2,500.00 | | 52,250.00 |
| TODD GOREN | 47.00 | | 2,350.00 | | 110,450.00 |
| CRAIG A. DAMAST | 6.10 | | 1,650.00 | | 10,065.00 |
| LAURA GOTTLIEB FELDMAN | 1.20 | | 720.00 | | 864.00 |
| MARINE LOISON | 51.30 | | 1,025.00 | | 52,582.50 |
| ZACHARY CHARLTON | 2.60 | | 825.00 | | 2,145.00 |
| MISHA EMANOIL | 47.30 | | 825.00 | | 39,022.50 |
| Sean Daly | 1.80 | | 1,400.00 | | 2,520.00 |
| DRISHTI BARAR | 1.00 | | 825.00 | | 825.00 |
| JESSICA FLYNN | 0.70 | | 825.00 | | 577.50 |
| JESSICA GRABER | 69.80 | | 1,325.00 | | 92,485.00 |
| LAUREN WALKER | 0.80 | | 380.00 | | 304.00 |
| ROHAN SASSO | 5.40 | | 380.00 | | 2,052.00 |
| William Collins | 5.70 | | 380.00 | | 2,166.00 |
| Joanna, Zervaki | 0.40 | | 380.00 | | 152.00 |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 6/13/25 | Local Meals | $ | 155.76 |

| Disbursements and Other Charges | Amount |
|---------------------------------|--------|
| Local Meals | $ 155.76 |

| Professional Fees | $ 420,730.50 |
|-------------------|--------------|
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $ 420,886.26 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12521604
Client/Matter No. 136121.00001
August 22, 2025

**New Rite Aid Bankruptcy**

Remit To:

Willkie Farr & Gallagher LLP
787 Seventh Avenue, 37th Floor
New York, NY 10019-6099
Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through July 31, 2025

| | | |
|---|---|---|
| Asset Disposition | $ | 42,938.50 |
| Assumption and Rejection of Leases and Contracts | | 470.00 |
| Avoidance Action Analysis | | 10,765.00 |
| Budgeting (Case) | | 1,275.00 |
| Case Administration | | 35,821.00 |
| Claims Administration and Objections | | 8,517.50 |
| Non-Willkie Fee Statements & Applications | | 820.00 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: █
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: █
INTERNATIONAL SWIFT NUMBER █
REFERENCE: █

Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---:|
| Financing and Cash Collateral | 89,882.50 |
| Meetings and Communications with Creditors | 63,192.50 |
| Plan and Disclosure Statement | 3,010.00 |
| Reporting | 265.00 |
| Hearings | 76,743.50 |
| Lien Investigation | 33,200.00 |
| Other Motions/Applications | 410.00 |
| Willkie Fee Statements and Applications | 16,446.50 |
| Non- Willkie Retention Applications | 7,072.50 |
| Willkie Retention Application | 29,901.00 |
| Disbursements and Other Charges | 155.76 |
| **Total this Invoice** | $ 420,886.26 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE:
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**<u>ATTORNEY MONTHLY FEE STATEMENT COVER SHEET</u>**
**<u>FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025</u>**

In re New Rite Aid LLC, *et al.*[1]            Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)                  Client: Official Committee of Unsecured
                                         Creditors

Chapter 11                               Case Filed: May 5, 2025

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

<u>RETENTION ORDER ATTACHED</u>

            */s/ Brett H. Miller*          *9/25/2025*
            BRETT H. MILLER            Date

---

[1]    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the
Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the
website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The
location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these
chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<div style="border:1px solid black; text-align:center;">

**SECTION I**
**FEE SUMMARY**

</div>

Summary of Amounts Requested for the Period
August 1, 2025 through August 31, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $344,435.00 |
| Disbursement Total | $3,912.37 |
| Total Fees Plus Disbursements | $348,347.37 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $1,831,233.80 |
| Total Fees and Expenses Allowed to Date | $1,466,905.90 |
| Total Retainer Remaining | n/a |
| Total Holdback | $364,327.90 |
| Total Received by Applicant | $1,466,905.90 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 26.9 | $1,825.00 | $49,092.50 |
| Weston T. Eguchi<br>Partner | 2006 | 1.4 | $2.225.00 | $3,115.00 |
| Todd M. Goren<br>Partner | 2003 | 36.1 | $2,350.00 | $84,835.00 |
| Paul Labov<br>Partner | 2003 | 17.5 | $2,350.00 | $41,125.00 |
| Brett H. Miller<br>Partner | 1992 | 2.1 | $2,500.00 | $5,250.00 |
| Craig A. Damast<br>Counsel | 1992 | 3.7 | $1,650.00 | $6,105.00 |
| Misha Emanoil<br>Associate | 2025 | 43.1 | $825.00 | $35,557.50 |
| Jessica D. Graber<br>Associate | 2022 | 56.8 | $1,325.00 | $75,260.00 |
| Marine Loison<br>Associate | 2024 | 45.8 | $1,025.00 | $46,945.00 |
| William Collins<br>Paralegal | n/a | 7.4 | $380.00 | $2,812.00 |
| Rohan Sasso<br>Paralegal | n/a | 1.1 | $380.00 | $418.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (6.4) | | ($6,080.00) |
| **PROFESSIONAL TOTAL** | | 235.5 | | $344,435.00 |

---

[2]   Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

3

<div style="border:1px solid black">

## SECTION II
## SUMMARY OF SERVICES

</div>

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 25.9 | $26,437.50 |
| Assumption and Rejection of Leases and Contracts (003) | 3.2 | $2,150.50 |
| Avoidance Action Analysis (004) | 0.0 | $0.00 |
| Budgeting (Case) (005) | 0.0 | $0.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 8.7 | $12,430.50 |
| Claims Administration and Objections (008) | 36.5 | $60,231.00 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 2.0 | $2,326.50 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 11.8 | $22,707.50 |
| Other Litigation (014) | 8.1 | $12,797.50 |
| Meetings and Communications with Creditors (015) | 36.2 | $55,497.50 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 58.4 | $91,869.00 |
| Real Estate (018) | 1.3 | $2,132.50 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.1 | $102.50 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 29.7 | $38,245.00 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 1.4 | $3,115.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 4.2 | $5,215.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 7.6 | $8,847.50 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 6.4 | $6,080.00 |
| Non-Willkie Retention Applications (037) | 0.0 | $0.00 |
| Willkie Retention Application (038) | 0.4 | $330.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (6.4) | ($6,080.00) |
| **SERVICES TOTALS** | 235.5 | $344,435.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Conferencing | $501.00 |
| Data Acquisition | $2,844.21 |
| Local Meals | $372.58 |
| Teleconferencing | $194.58 |
| **DISBURSEMENTS TOTAL** | $3,912.37 |

---

**SECTION IV**
**CASE HISTORY**

---

1.      Date cases filed: May 5, 2025.

2.      Chapter under which cases commenced: Chapter 11.

3.      Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

        If limit on number of hours or other limitations to retention, set forth: n/a.

4.      Summarize in brief the benefits to the estate and attach supplements as needed:[3]

    a.      The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including a status conference regarding the McKesson litigation and a hearing on the Debtors' Administrative Claims Procedures motion [Docket No. 1820].  The Applicant also attended the fee owned property auction.

    b.      The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.  The Applicant reviewed and negotiated the Debtors' Disclosure Statement [Docket No. 2287], Disclosure Statement Motion [Docket No. 2289], and Plan [Docket No. 2286].

    c.      The Applicant reviewed, analyzed, and commented on the Debtors' Administrative Claims Procedures motion and prepared and filed the *Statement of the Official Committee of Unsecured Creditors with Respect to Debtors' Motion for Entry of an Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1877].

    d.      The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, payment of stub rent, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors and worked to resolve related disputes.

    e.      The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

    f.      The Applicant continued to review and analyze the McKesson motion to compel payment of administrative expenses [Docket No. 655] and engaged in negotiations with the Debtors, McKesson, and the DIP lenders regarding the same.

---

[3]   The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

g.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

5.    This is the Applicant's third monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

## Exhibit A

## Retention Order

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

<div align="center">

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025**

</div>

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code,
Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain
and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on
the terms set forth in the Application and Miller Declaration, as may be modified herein, including
to perform the services set forth below:

    a) advising the Committee in connection with its powers and duties under the
Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

    b) assisting and advising the Committee relative to the administration of these Chapter
11 Cases;

    c) attending meetings and negotiating with the representatives of the Debtors and
other parties in interest;

    d) assisting and advising the Committee in its examination and analysis of the conduct
of the Debtors' affairs;

    e) assisting and advising the Committee in connection with any sale of the Debtors'
assets pursuant to section 363 of the Bankruptcy Code;

    f) assisting the Committee in the review, analysis, and negotiation of any chapter 11
plan(s) of reorganization or liquidation that may be filed and assisting the
Committee in the review, analysis, and negotiation of the disclosure statement
accompanying any such plan(s);

    g) taking all necessary actions to protect and preserve the interests of the Committee,
including: (i) possible prosecution of actions on its behalf;
(ii) if appropriate, negotiations concerning all litigation in which the Debtors are
involved; and (iii) if appropriate, the review and analysis of claims filed against the
Debtors' estates;

    h) generally preparing on behalf of the Committee all necessary motions, applications,
answers, orders, reports, replies, responses, and papers in support of positions taken
by the Committee;

    i) appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee,
and protecting the interests of the Committee before those courts and before the
U.S. Trustee; and

    j) performing all other necessary legal services in these Chapter 11 Cases.

3.      Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.      Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.      Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.      Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.      Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

-4-

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit B

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

**FOR PROFESSIONAL SERVICES RENDERED**
through August 31, 2025 as set out in the
attached detail

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12525150
Client/Matter No. 136121.00001
September 22, 2025

| | | |
|---|---|---|
| Asset Disposition | $ | 26,437.50 |
| Assumption and Rejection of Leases and Contracts | | 2,150.50 |
| Case Administration | | 12,430.50 |
| Claims Administration and Objections | | 60,231.00 |
| Non-Willkie Fee Statements & Applications | | 2,326.50 |
| Financing and Cash Collateral | | 22,707.50 |
| Other Litigation | | 12,797.50 |
| Meetings and Communications with Creditors | | 55,497.50 |
| Plan and Disclosure Statement | | 91,869.00 |
| Real Estate | | 2,132.50 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

127906358.3New Rite Aid Official Committee of Unsecured Creditors                    Page  2

New Rite Aid Bankruptcy
Invoice No. 12525150
Client/Matter No. 136121.00001

| | |
|---|---|
| Reporting | 102.50 |
| Hearings | 38,245.00 |
| Lien Investigation | 3,115.00 |
| Other Motions/Applications | 5,215.00 |
| Willkie Fee Statements and Applications | 8,847.50 |
| Willkie Retention Application | 330.00 |
| Disbursements and Other Charges | 3,912.37 |
| **Total this Invoice** | $      348,347.37 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 3
Invoice No. 12525150
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

**Asset Disposition**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 8/1/25 | M L | Review/analyze updates re: notice of Thrifty closing (.4); review/analyze Debtors' letters to CVS re: sale (.3); attend Rite Aid fee owned properties auction (in part) (1.6). | | 2.30 | 2,357.50 |
| 8/1/25 | M E | Attend fee owned properties auction (partial) (5.7); review/analyze notice of thrifty sale closing, HVP2 motion for adequate assurance (.4). | | 6.10 | 5,032.50 |
| 8/1/25 | T G | Correspondence w/ Willkie team re: fee owned property auction. | | 0.30 | 705.00 |
| 8/1/25 | J G | Attend few owned properties auction (partial) (5); corr. with Willkie team re: same (.4). | | 5.40 | 7,155.00 |
| 8/4/25 | W C | Review/analyze landlord objections to sale. | | 0.20 | 76.00 |
| 8/4/25 | P L | Correspondence with Willkie team re: fee owned property auction process. | | 0.60 | 1,410.00 |
| 8/5/25 | W C | Assist w/ attorney research re: as-filed landlord objections to sale. | | 0.80 | 304.00 |
| 8/6/25 | W C | Review/analyze landlord objections to lease assignment notice. | | 0.20 | 76.00 |
| 8/6/25 | M E | Review/analyze landlord cure objections. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 4
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/7/25 | M E | Review/analyze landlord objections to fee owned properties sale. | | 0.60 | 495.00 |
| 8/13/25 | M L | Attend fee owned properties auction. | | 0.20 | 205.00 |
| 8/13/25 | CAD | Correspondence w/ Willkie team regarding auction of certain fee owned properties and summary. | | 0.20 | 330.00 |
| 8/13/25 | J G | Attend fee owned properties auction (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 8/13/25 | M E | Attend fee owned properties auction (.3); corr. with J. Graber, M. Loison re: same (.2). | | 0.50 | 412.50 |
| 8/14/25 | M L | Review/analyze notice of successful bidder re: fee owned properties (.2); corr. with Committee re: same (.1). | | 0.30 | 307.50 |
| 8/14/25 | W C | Review/analyze landlord objections to notices of successful bidders (.7); review/analyze lease assignment orders (.2). | | 0.90 | 342.00 |
| 8/15/25 | M L | Review/analyze 17th notice of store closing. | | 0.10 | 102.50 |
| 8/15/25 | W C | Review/analyze landlord pleadings re: objections to sale. | | 0.20 | 76.00 |
| 8/19/25 | P L | Internal professionals discussion regarding McKesson and CVS. | | 0.90 | 2,115.00 |
| 8/20/25 | M L | Review/analyze notice of successful bidders. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 5
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/20/25 | M E | Corr. with M. Loison (.5), Willkie team (.5) re: notice of successful bidder, designation rights agreement. | | 1.00 | 825.00 |
| 8/21/25 | W C | Review/analyze sale agreement orders. | | 0.20 | 76.00 |
| 8/21/25 | M E | Corr. with Willkie team re: notice of new successful bidder | | 0.20 | 165.00 |
| 8/22/25 | M L | Review/analyze CVS appeals timeline. | | 0.50 | 512.50 |
| 8/22/25 | M E | Corr. with Willkie team re: notice of new successful bidder. | | 0.30 | 247.50 |
| 8/23/25 | M E | Corr. with M. Loison (.5), Willkie team (.1) re: Debtors' replies to landlord objections. | | 0.60 | 495.00 |
| 8/25/25 | W C | Review/analyze store closing notices (.2); review/analyze lease assignment orders (.2). | | 0.40 | 152.00 |
| 8/26/25 | J G | Corr. with D. Bass (Cole Schotz) re: de minimis asset sales (.1); corr. with Willkie team re: same (.2). | | 0.30 | 397.50 |
| 8/27/25 | W C | Review/analyze sale agreement orders (.1); review/analyze lease assignment orders (.1). | | 0.20 | 76.00 |
| 8/29/25 | M L | Review/analyze notice of successful bidder. | | 0.10 | 102.50 |
| 8/29/25 | M E | Corr. with M. Loison re: landlord objection, notice of successful bidder. | | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                                  Page 6
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/29/25 | W C | Review/analyze lease assignment orders. | | 0.90 | 342.00 |
| 8/29/25 | J G | Corr. with Paul Weiss and Cole Schotz teams re: store closing and related sales (.2); corr. with Willkie team re: same (.1). | | 0.30 | 397.50 |
| | **Subtotal - Asset Disposition** | | | **25.90** | **26,437.50** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Corr. with J. Graber, M. Loison re: Debtors' ground lease obligations. | | 0.10 | 82.50 |
| 8/2/25 | M E | Corr. with Willkie team re: HVP2 motion to compel, MTI objection to lease rejection notice. | | 0.10 | 82.50 |
| 8/4/25 | M E | Review/analyze landlord objections to contract rejection. | | 0.80 | 660.00 |
| 8/5/25 | M E | Review/analyze landlord objections to lease assumption/rejection (.9); corr. with Willkie team re: same (.2). | | 1.10 | 907.50 |
| 8/15/25 | W C | Review/analyze lease assignment orders. | | 0.40 | 152.00 |
| 8/18/25 | W C | Review/analyze lease termination agreement orders. | | 0.40 | 152.00 |
| 8/19/25 | W C | Review /analyze lease termination agreements. | | 0.30 | 114.00 |

New Rite Aid Official Committee of Unsecured Creditors                                   Page 7
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Assumption and Rejection of Leases and Contracts** | | **3.20** | **2,150.50** |

## Case Administration

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/6/25 | T G | Call w/ Debtors' professionals re: administrative claims procedures, McKesson discussions, CVS (.4);follow-up discussion w/ Willkie team re same (.4). | | 0.80 | 1,880.00 |
| 8/6/25 | M L | Attend call with Debtors re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 410.00 |
| 8/6/25 | P L | Attend all hands call with Debtors' counsel re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 940.00 |
| 8/6/25 | P L | Attend call with WFG and Sills team re: McKesson litigation, CVS update, and exit strategy. | | 0.40 | 940.00 |
| 8/6/25 | M E | Attend meeting with Paul Weiss, Cole Schotz, Willkie, Sills Cummis, AlixPartners teams re: McKesson, CVS, administrative claims procedures. | | 0.40 | 330.00 |
| 8/7/25 | W C | Review/analyze notices of appearance. | | 0.30 | 114.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 8
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | J G | Attention to case administration re: upcoming hearings, chambers conference, dates and deadlines, and strategic case alternatives. | | 0.50 | 662.50 |
| 8/10/25 | M E | Corr. with O. Matviyishyn (Sills) re: upcoming dates and deadlines (.1); review/analyze McKesson litigation schedule (.3); corr. with J. Graber re: same (.1). | | 0.50 | 412.50 |
| 8/12/25 | M L | Corr. with Sills team re: UCC professionals' CNO to first monthly fee statement and case administration re: same. | | 0.50 | 512.50 |
| 8/13/25 | M L | Attend meeting with Debtors re: outstanding motions and upcoming hearing re: same. | | 0.50 | 512.50 |
| 8/13/25 | P L | Attend Debtors' professionals call re: McKesson and CVS motions and upcoming 8/14 hearing re: same. | | 0.50 | 1,175.00 |
| 8/13/25 | W C | Review/analyze pro hac vice applications. | | 0.20 | 76.00 |
| 8/13/25 | R S | Attend weekly meeting w/ Debtors' professionals re: 8/14 hearing. | | 0.40 | 152.00 |
| 8/13/25 | JHB | Attend weekly meeting with Debtors' professionals re: McKesson and CVS motions and upcoming 8/14 hearing re: same. | | 0.50 | 912.50 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 9
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/15/25 | J G | Attention to case administration re: upcoming dates and deadlines, fee applications, and hearings. | | 0.30 | 397.50 |
| 8/18/25 | J G | Attention to case administration re: outstanding motions and upcoming hearings. | | 0.60 | 795.00 |
| 8/20/25 | T G | Correspondence w/ Willkie team re: update calls w/ UCC and Debtor advisors. | | 0.40 | 940.00 |
| 8/20/25 | R S | Attend weekly meeting w/ Debtors' professionals re: upcoming hearing. | | 0.20 | 76.00 |
| 8/26/25 | J G | Corr. with G. Kopacz (Sills) re: upcoming hearing (.2); attention to case administration re: same, sale timelines, and case open items (.7). | | 0.90 | 1,192.50 |

|  |  | **Subtotal - Case Administration** | | **8.70** | **12,430.50** |

## Claims Administration and Objections

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M L | Review/analyze protective stipulation and motion to seal re: McKesson claim. | | 0.30 | 307.50 |
| 8/1/25 | M E | Corr. with N. Fazli (Paul Weiss) re: Debtors' objection to McKesson motion to compel (.1); review/analyze same (.1); corr. with M. Loison re: same (.1). | | 0.30 | 247.50 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 10
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Review/analyze BofA joinder to Debtors objection to McKesson motion to compel payment of administrative claims (.7); corr. with Willkie team re: same (.1). | | 0.80 | 660.00 |
| 8/1/25 | T G | Review/analyze draft admin claims procedures. | | 0.70 | 1,645.00 |
| 8/3/25 | JHB | Correspondence w/ J. Graber re: administrative expense claim motion. | | 0.10 | 182.50 |
| 8/4/25 | CAD | Correspondence w/ Willkie team regarding Debtors' motion to approve administrative claims procedures and comments to proposed order. | | 0.20 | 330.00 |
| 8/4/25 | T G | Review/revise draft admin claim procedures (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |
| 8/4/25 | JHB | Call from S. Mitchell (Paul Weiss) re: administrative claims motion (.2); corr. with J. Graber re: same (.7); corr. with Willkie team re: same (.4). | | 1.30 | 2,372.50 |
| 8/4/25 | J G | Review/revise administrative claims procedure motion and related order (1.6); continuous corr. with Willkie team re: same (.7); review and revise precedent re: same (.7) ; corr. with Paul Weiss re: same (.1). | | 3.10 | 4,107.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 11
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------------|-------------|-----|-------|--------|
| 8/5/25 | T G | Review/analyze updated admin claim procedures (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |
| 8/5/25 | JHB | Review/analyze revised draft of administrative claims motion (.4); corr. with Willkie team re: same (.1); corr. with Paul Weiss re: same (.3); corr. with P. Labov and T. Goren re: same (.2). | | 1.00 | 1,825.00 |
| 8/6/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding revisions to administrative claims procedures. | | 0.20 | 330.00 |
| 8/6/25 | T G | Review/analyze updated admin claims procedures. | | 0.40 | 940.00 |
| 8/6/25 | M L | Review/analyze summary of the administrative claims motion. | | 0.40 | 410.00 |
| 8/6/25 | P L | Corr. with Willkie team re: administrative claims procedures motion. | | 0.60 | 1,410.00 |
| 8/7/25 | M L | Attend call with landlords' counsel re: Debtors' administrative claims motions. | | 0.80 | 820.00 |
| 8/7/25 | T G | Review/revise various drafts of admin claim procedures (.9) and correspondence w/ Willkie team re: same (.3). | | 1.20 | 2,820.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 12
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | J G | Continuous corr. with Willkie team re: administrative claims procedures order (.6); review/revise same (.4); corr. with Willkie team and UCC members re: same (.2). | | 1.20 | 1,590.00 |
| 8/8/25 | T G | Review/revise further updated drafts of admin claims procedures (.4) and correspondence w/ Willkie team/landlords and Paul Weiss re: same (.4). | | 0.80 | 1,880.00 |
| 8/9/25 | JHB | Correspondence with J. Graber re: admin procedures motion and statement in connection therewith. | | 0.50 | 912.50 |
| 8/10/25 | M L | Draft Committee statement re: administrative claims motion. | | 2.10 | 2,152.50 |
| 8/11/25 | M L | Draft Committee statement re: administrative claims motion (.8); corr. with J. Burbage re: same (.2); revise statement re: same (.4). | | 1.40 | 1,435.00 |
| 8/11/25 | J G | Corr. with Willkie team re: statement re: administrative claims procedures (.2); analyze same (.2). | | 0.40 | 530.00 |
| 8/11/25 | JHB | Revise draft of Committee statement w/r/t admin claims procedures (1.2); call with S. Mitchell (Paul Weiss) re: revisions to Admin Claims Procedures Order (.3). | | 1.50 | 2,737.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 13
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/11/25 | T G | Correspondence w/ Paul Weiss re: admin claim procedures (.2); correspondence w/ Alix re: PBGC claims (.2). | | 0.40 | 940.00 |
| 8/12/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding revised language for administrative claims procedures order and upcoming hearing. | | 0.30 | 495.00 |
| 8/12/25 | J G | Analyze UCC statement regarding administrative claims procedures (.3); corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 8/12/25 | JHB | Review/analyze administrative claims order language (.3); call with Paul Weiss re: same (.3); correspondence with J. Graber re: same (.2); review/analyze agenda and coordinate distribution of statement w/r/t Administrative Claims Order (.1). | | 0.90 | 1,642.50 |
| 8/12/25 | T G | Correspondence w/ Willkie team re: revisions to admin claim procedures (.3); review/revise draft statement re: admin claims procedures (.3). | | 0.60 | 1,410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 14
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/12/25 | M E | Corr. with M. Loison re: Committee statement re: administrative claims procedures (.1); corr. with J. Burbage re: administrative claims procedures (.2); review/analyze Debtor's letter re: McKesson dispute (.3). | | 0.60 | 495.00 |
| 8/13/25 | CAD | Analyze changes to administrative claims procedures order (.3); correspondence w/ Willkie team regarding Committee's statement regarding administrative claim procedures motion (.2); review/analyze same (.1). | | 0.60 | 990.00 |
| 8/13/25 | M L | Review/analyze filed McKesson letter re: McKesson motion to compel payment. | | 0.50 | 512.50 |
| 8/13/25 | M L | Revise Committee statement regarding administrative claims procedure. | | 0.80 | 820.00 |
| 8/13/25 | P L | Review/analyze Committee Statement re: claims procedures. | | 0.80 | 1,880.00 |
| 8/13/25 | P L | Conference with Willkie team regarding Administrative Claims Procedures Order. | | 1.20 | 2,820.00 |
| 8/13/25 | J G | Review/revise administrative claims procedures statement (1.0); corr. with Willkie team re: same (.4); corr. with UCC re: same (.2). | | 1.60 | 2,120.00 |

New Rite Aid Official Committee of Unsecured Creditors                                                Page 15
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/13/25 | JHB | Correspondence with Paul Weiss re: Admin Claims Procedures language (.5); finalize Committee statement w/r/t Admin Claims Procedures (.5); call with P. Labov re: same (.2). | | 1.20 | 2,190.00 |
| 8/13/25 | T G | Review/analyze updated admin claims procedures (.4) and correspondence w/ Paul Weiss re same (.2). | | 0.60 | 1,410.00 |
| 8/14/25 | T G | Review/revise updated drafts of admin claim procedures language (.6) and correspondence w/ Debtors/landlords re: same (.3). | | 0.90 | 2,115.00 |
| 8/14/25 | JHB | Correspondence with Willkie team re: admin claims procedure order language. | | 0.40 | 730.00 |
| 8/16/25 | M L | Review/analyze McKesson reply re: motion to compel (.8); corr. with Willkie team re: same (.5). | | 1.30 | 1,332.50 |
| 8/18/25 | W C | Review/analyze Debtor's objection to McKesson Corporation Motion to Compel. | | 0.70 | 266.00 |
| 8/21/25 | T G | Review/analyze updated analysis re admin claims (.4) and correspondence w/ Alix and Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 8/21/25 | P L | Corr. with Willkie team re: McKesson motion to compel. | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors    Page 16
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Claims Administration and Objections** | | **36.50** | **60,231.00** |

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M L | Review/analyze monthly fee statement filed by Paul Weiss and Cole Schotz | | 0.50 | 512.50 |
| 8/20/25 | M L | Review/analyze Cole Schotz notice of fee increase. | | 0.20 | 205.00 |
| 8/20/25 | T G | Review/analyze fee tracker and correspondence w/ Alix re: same. | | 0.40 | 940.00 |
| 8/21/25 | M L | Corr. with AlixPartners re: July monthly fee statement. | | 0.30 | 307.50 |
| 8/26/25 | M E | Corr. with Willkie team re: A&M July fee statement. | | 0.30 | 247.50 |
| 8/26/25 | W C | Review/analyze A&M monthly fee application. | | 0.30 | 114.00 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | | **2.00** | **2,326.50** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M L | Corr. with M. Emanoil re: DIP budget. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 17
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M E | Call with M. Gates (AlixPartners) re: DIP budget (.1); corr. with Paul Weiss team re: administrative claims procedures (.3); corr. with J. Graber re: same (.2); review/analyze DIP budget, final DIP order (.3); corr. with R. Seltzer re: administrative claims procedures, DIP budget (.2). | | 1.10 | 907.50 |
| 8/12/25 | M E | Review/analyze final DIP order re: employee expenses, lease obligations (.4); corr. with J. Graber re: same (.1). | | 0.50 | 412.50 |
| 8/24/25 | JHB | Review/analyze proposed revisions to Final DIP Order. | | 0.30 | 547.50 |
| 8/24/25 | J G | Review and analyze revised DIP (.5); corr. with Paul Weiss re: same (.1); corr. with J. Burbage re: same (.1). | | 0.70 | 927.50 |
| 8/25/25 | CAD | Correspondence w/ Willkie team regarding draft of amended final DIP order and issues (.2) and comments (.2). | | 0.40 | 660.00 |
| 8/25/25 | JHB | Correspondence with Willkie team re: revisions to Final DIP Order. | | 0.60 | 1,095.00 |
| 8/25/25 | T G | Review/analyze draft amended DIP Order (.5) and correspondence w/ Willkie team re: same (.4) | | 0.90 | 2,115.00 |
| 8/25/25 | P L | Corr. with Willkie team re: DIP budget. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 18
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/25/25 | J G | Review/analyze revised DIP budget (.5); corr. with Paul Weiss re: same (.1); corr. with J. Burbage re: same (.1). | | 0.70 | 927.50 |
| 8/26/25 | T G | Review/analyze updated DIP language (.3) and correspondence w/ Paul Weiss re: same (.3). | | 0.60 | 1,410.00 |
| 8/26/25 | JHB | Correspondence with Paul Weiss re: DIP Order amendment. | | 0.20 | 365.00 |
| 8/26/25 | P L | Review/analyze amended DIP order. | | 0.80 | 1,880.00 |
| 8/27/25 | JHB | Call with Choate re: DIP Order amendment. | | 0.30 | 547.50 |
| 8/27/25 | T G | Review/analyze updated DIP order (.4); correspondence (.3)/call (.3) w/ Paul Weiss re: same; call w/ Choate re: same (.7); follow-up call w/ B. Miller re: same (.2); correspondence w/ Alix re: same (.2). | | 2.10 | 4,935.00 |
| 8/27/25 | P L | Conference with internal team regarding DIP lender issues with Budget. | | 0.70 | 1,645.00 |
| 8/28/25 | T G | Correspondence w/ Paul Weiss re: DIP/Plan status. | | 0.20 | 470.00 |
| 8/30/25 | T G | Review/analyze updated DIP Order. | | 0.30 | 705.00 |
| 8/31/25 | T G | Review/analyze further updated drafts of DIP Order (.4); correspondence (.3)/call (.2) w/ Willkie team and Paul Weiss re: same. | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                        Page 19
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | | **Subtotal - Financing and Cash Collateral** | | **11.80** | **22,707.50** |

## Other Litigation

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | JHB | Call with J. Graber re: unredacted pleadings in McKesson litigation. | | 0.20 | 365.00 |
| 8/2/25 | M E | Review/analyze Debtors adversary complaint against McKesson (.4); corr. with J Graber, M Loison re: same (.1). | | 0.50 | 412.50 |
| 8/2/25 | T G | Review/analyze McKesson litigation documents (.9) and correspondence w/ Willkie team re: same (.3). | | 1.20 | 2,820.00 |
| 8/3/25 | JHB | Correspondence with Paul Weiss re: unredacted pleadings in McKesson litigation. | | 0.10 | 182.50 |
| 8/4/25 | T G | Review/analyze McKesson litigation pleadings. | | 0.60 | 1,410.00 |
| 8/5/25 | M E | Corr. with Willkie team re: McKesson adversary proceeding. | | 0.30 | 247.50 |
| 8/9/25 | T G | Review/analyze Debtors' draft letter re: McKesson timing. | | 0.40 | 940.00 |
| 8/13/25 | T G | Review/analyze McKesson letter re: hearing scheduling. | | 0.30 | 705.00 |
| 8/19/25 | T G | Review/analyze CVS notice of appeal (.2) and correspondence w/ Willkie team re: same (.1). | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 20
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/19/25 | M E | Corr. with Willkie team re: CVS appeal (.3), McKesson dispute declarations (.9). | | 1.20 | 990.00 |
| 8/22/25 | CAD | Correspondence w/ M. Loison, Willkie team regarding critical dates in CVS appeal. | | 0.20 | 330.00 |
| 8/22/25 | M L | Review/analyze Pitta adversary complaint against CVS Caremark and other insurers. | | 0.60 | 615.00 |
| 8/22/25 | T G | Review and analyze Pitta adversary proceeding complaint. | | 0.40 | 940.00 |
| 8/22/25 | M E | Review/analyze Sub-Trust A adversary complaint (.3); corr. with Willkie team re: same (.2). | | 0.50 | 412.50 |
| 8/22/25 | J G | Review/analyze sub-trust A adversary complaint (.3); corr. with Willkie team re: same (.2); corr. with Sills and Willkie team re: CVS appeals timeline (.3); attention to notices of successful bidder (.3); corr. with Willkie team re: same (.2). | | 1.30 | 1,722.50 |
| | **Subtotal - Other Litigation** | | | **8.10** | **12,797.50** |

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Call with M. DiGiacomo (Realty Income Corp.) re: ground lease obligations. | | 0.10 | 82.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 21
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/1/25 | M E | Corr. with UCC re: fee owned properties auction. | | 0.10 | 82.50 |
| 8/1/25 | J G | Corr. with creditor re: outstanding rent amounts (.2); corr. with Willkie team re: same (.2) | | 0.40 | 530.00 |
| 8/2/25 | M E | Corr. with UCC re: Debtors' adversary complaint against McKesson. | | 0.20 | 165.00 |
| 8/4/25 | M E | Corr. with UCC re: notice of successful bidders re: fee owned properties auction. | | 0.20 | 165.00 |
| 8/6/25 | T G | Call w/ UCC advisors re UCC call topics, admin procedures (.4); review/revise agenda for UCC call (.2). | | 0.60 | 1,410.00 |
| 8/6/25 | M L | Attend meeting with UCC professionals re: exit strategy and CVS litigation (in part). | | 0.20 | 205.00 |
| 8/6/25 | M E | Draft/revise agenda for 8/7 UCC meeting re: administrative claims procedures. | | 0.80 | 660.00 |
| 8/6/25 | M E | Corr. with UCC re: notice of successful bidder re: pharmacy assets (.2);  corr. with UCC re: 8/7 meeting, administrative claims procedures motion (.4). | | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 22
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 8/6/25 | J G | Attend meeting with UCC professionals re: exit strategy and CVS litigation. (.2); draft summary to client re: admin claims procedures settlement motion (.7); continuous corr. with Willkie team re: same (.3). | | 1.20 | 1,590.00 |
| 8/6/25 | M E | Attend meeting with Willkie, Sills Cummis, AlixPartners teams re: same. | | 0.20 | 165.00 |
| 8/7/25 | M L | Attend meeting with UCC re: exit strategy, outstanding litigations. | | 0.60 | 615.00 |
| 8/7/25 | M E | Prepare for (.3) and attend (.6) UCC meeting re: administrative claims procedures. | | 0.90 | 742.50 |
| 8/7/25 | J G | Attend and participate in UCC meeting re: administrative claims procedures motion, strategic exit alternatives re: same, debtor negotiations, upcoming hearings (.6); corr. with Willkie team re: same (.1). | | 0.70 | 927.50 |
| 8/7/25 | JHB | Attend weekly committee call re: administrative claims procedures (.6); corr. with B. Miller and T. Goren re: next steps (.3); call with Landlords counsel re: admin procedures motions (.5); corr. with M. Stolz re: lease information (.2); correspondence with I. Gold re: leases (.2). | | 1.80 | 3,285.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 23
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | T G | Prepare for (.5) and participate on (.6) Committee call re admin procedures motion/plan status; review/analyze Alix materials for call (.4); call w/ landlords re: admin claim procedures (.6). | | 2.10 | 4,935.00 |
| 8/8/25 | JHB | Call with I. Gold re: 365(d)(4) issues (.4); correspondence with L. Roglen re: same (.2); correspondence with M. Stolz re: real estate issues (.3); draft language to admin claimants order to address committee issues and correspondence re: same (.4). | | 1.30 | 2,372.50 |
| 8/11/25 | CAD | Correspondence w/ M. Loison, Committee regarding Committee's statement regarding Debtors' administrative claims procedures motion (.1); review/analyze same (.1). | | 0.20 | 330.00 |
| 8/11/25 | JHB | Correspondence with committee member re: Admin Claims Procedures Order. | | 0.20 | 365.00 |
| 8/12/25 | M E | Corr. with UCC re: 8/14 hearing, 8/13 meeting. | | 0.30 | 247.50 |
| 8/12/25 | M E | Draft agenda for 8/13 UCC meeting (.4); corr. with Willkie team re: same (.2). | | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 24
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/13/25 | M L | Corr. with J. Burbage re: UCC call (.2); attend UCC meeting re: open case issues, CVS, administrative claims (.5). | | 0.70 | 717.50 |
| 8/13/25 | M E | Corr. with UCC re fee owned properties auction (.1); attend UCC meeting re: administrative claims procedures, McKesson dispute (.5); corr. with Willkie team (.1), AlixPartners team (.1) re: presentation to UCC. | | 0.80 | 660.00 |
| 8/13/25 | R S | Attend weekly meeting w/ UCC members re: 8/14 hearing. | | 0.30 | 114.00 |
| 8/13/25 | J G | Prepare for (.3) and attend (.5) meeting with UCC and Debtors professionals re: ongoing negotiations; corr. with UCC re: same (.3). | | 1.10 | 1,457.50 |
| 8/13/25 | JHB | Prepare for (.8) and attend weekly Committee call re: administrative claims procedures, McKesson dispute (.5). | | 1.30 | 2,372.50 |
| 8/13/25 | T G | Prepare for (.3) and participate on (.5) Committee call re: admin claims procedures; review and analyze Alix materials for call (.4); correspondence w/ creditors re admin procedures (.4). | | 1.60 | 3,760.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 25
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/14/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding summary of today's hearing on Debtors' motion to approve administrative claims procedures and McKesson's motion to compel. | | 0.20 | 330.00 |
| 8/14/25 | M E | Corr. with UCC re: 8/14 hearing. | | 0.10 | 82.50 |
| 8/14/25 | JHB | Correspondence with landlord counsel re: admin claims procedure order language. | | 0.90 | 1,642.50 |
| 8/19/25 | M E | Corr. with M. DiGiacomo (Realty Income) re: utilities information. | | 0.30 | 247.50 |
| 8/20/25 | T G | Review/revise agenda for UCC call. | | 0.20 | 470.00 |
| 8/20/25 | M E | Draft agenda for 8/21 UCC meeting (.5); corr. with Willkie team re: same (.1). | | 0.60 | 495.00 |
| 8/20/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan (.2); attend meeting with UCC professionals re: same (.1); call with J. Graber re: same (.1); corr. with T. Goren re: same (.3). | | 0.70 | 577.50 |
| 8/20/25 | M E | Corr. with UCC re: 8/21 meeting. | | 0.20 | 165.00 |
| 8/20/25 | R S | Attend weekly meeting w/ UCC professionals re: upcoming hearings. | | 0.20 | 76.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 26
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 8/20/25 | J G | Prepare for (.3) and attend (.2) meeting with Debtors professionals and UCC professionals re: upcoming hearings and litigation, plan negotiations, strategic exit alternatives re: same; corr. with UCC professionals re: same (.2); corr. with Willkie team re: same (.2). | | 0.90 | 1,192.50 |
| 8/20/25 | JHB | Corr. with M. Emanoil re: agenda for upcoming UCC meeting. | | 0.10 | 182.50 |
| 8/21/25 | CAD | Correspondence w/ M. Emanoil, Committee regarding recap of today's hearing on McKesson motion to compel. | | 0.20 | 330.00 |
| 8/21/25 | M L | Attend UCC meeting re: term sheet update, financial advisor update. | | 0.40 | 410.00 |
| 8/21/25 | JHB | Attend (.4) weekly Committee call; coordinate sharing of information w/ Paul Weiss and A&M (.2). | | 0.60 | 1,095.00 |
| 8/21/25 | T G | Prepare for (.3) and participate on (.4) Committee call re plan status; review and analyze Alix materials for UCC call (.4). | | 1.10 | 2,585.00 |
| 8/21/25 | M E | Prepare for (.2) and attend (.3) meeting with UCC, UCC professionals re: plan negotiations; corr. with UCC re: 8/21 hearing (.1). | | 0.60 | 495.00 |
| 8/21/25 | M E | Corr. with UCC re: 8/21 hearing. | | 0.40 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 27
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/21/25 | J G | Prepare for (.3), attend and participate (.4) in UCC meeting re: plan negotiations, upcoming hearings, and creditor litigations; corr. with Willkie team re: same (.2). | | 0.90 | 1,192.50 |
| 8/21/25 | P L | Attend meeting with UCC re: exit of chapter 11 cases and financial advisor update. | | 0.60 | 1,410.00 |
| 8/25/25 | JHB | Call with I. Gold re: landlord issues (.5); correspondence with Willkie team (.3) and Debtors counsel re: same (.2). | | 1.00 | 1,825.00 |
| 8/25/25 | T G | Correspondence w/ Willkie team re: landlord concerns. | | 0.30 | 705.00 |
| 8/26/25 | JHB | Correspondence with I. Gold re: landlord issues. | | 0.20 | 365.00 |
| 8/27/25 | M L | Attend meeting with UCC professionals re: plan process (.1); review/analyze AlixPartners presentation for Committee (.3). | | 0.40 | 410.00 |
| 8/27/25 | JHB | Correspondence with J. Graber re: landlord comments. | | 0.20 | 365.00 |
| 8/27/25 | M E | Draft agenda for 8/28 meeting with UCC (.3); corr. with J. Graber re: same (.1); corr. with Willkie team re: UCC meeting, 8/28 hearing (.1). | | 0.50 | 412.50 |
| 8/27/25 | M E | Corr. with Committee re: 8/28 hearing, 8/28 Committee meeting. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 28
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan (.3); attend meeting with UCC professionals re: same (.1). | | 0.40 | 330.00 |
| 8/27/25 | T G | Call w/ UCC professionals re: UCC call topics, DIP, Plan (.3); review/revise draft agenda for UCC call (.2). | | 0.50 | 1,175.00 |
| 8/27/25 | P L | Attend call with UCC re: plan process and hearing on August 28th. | | 0.40 | 940.00 |
| 8/27/25 | JHB | Attend weekly call with Committee professionals plan process and hearing on August 28th. | | 0.20 | 365.00 |
| 8/27/25 | J G | Corr. with UCC professionals re: plan negotiations and RSA, upcoming hearing. | | 0.20 | 265.00 |
| 8/28/25 | M L | Attend UCC meeting re: plan process and financial advisor update. | | 0.40 | 410.00 |
| 8/28/25 | M E | Prepare for (.1) and attend (.3) meeting with UCC, UCC professionals re: plan, administrative claims. | | 0.40 | 330.00 |
| 8/28/25 | T G | Prepare for (.3) and participate on (.4) Committee call re: DIP/Plan update; review/analyze Alix materials for call (.4); correspondence w/ landlords and Willkie team re: landlord questions (.3). | | 1.40 | 3,290.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 29
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/28/25 | J G | Prepare for (.2) and attend (.4) UCC meeting re: plan negotiations, upcoming sale hearing, and strategic case exit alternatives. | | 0.60 | 795.00 |
| 8/28/25 | JHB | Prepare for (.1) and attend weekly update call re: plan negotiations, upcoming sale hearing, and strategic case exit alternatives (.4). | | 0.50 | 912.50 |
| 8/29/25 | JHB | Correspondence with I. Gold re: lease issues. | | 0.10 | 182.50 |
| | | **Subtotal - Meetings and Communications with Creditors** | | **36.20** | **55,497.50** |

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/4/25 | P L | Review/analyze possible exit strategy (1.4) and discuss same with Willkie team (.3). | | 1.70 | 3,995.00 |
| 8/6/25 | T G | Review/analyze updated draft of plan term sheet. | | 0.70 | 1,645.00 |
| 8/6/25 | P L | Conference with F. Yudkin (Cole Schotz) regarding Judge Kaplan's prior decisions on "opt-out" releases. | | 0.20 | 470.00 |
| 8/7/25 | P L | Review/analyze issues re: case exit. | | 0.90 | 2,115.00 |
| 8/8/25 | P L | Corr. with Willkie team regarding case exit. | | 0.40 | 940.00 |
| 8/13/25 | JHB | Call with S. Mitchell (Paul Weiss) re: status of plan negotiations (.3); corr. with Willkie team re: same (.3). | | 0.60 | 1,095.00 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 30
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/13/25 | T G | Review/analyze updated plan term sheet. | | 0.40 | 940.00 |
| 8/18/25 | P L | Correspondence with Willkie team re: admin claims procedure order. | | 0.40 | 940.00 |
| 8/19/25 | J G | Review/revise research re: treatment of preference claims. | | 1.50 | 1,987.50 |
| 8/20/25 | CAD | Correspondence w/ Willkie, Alix teams regarding status of plan-related discussions. | | 0.20 | 330.00 |
| 8/20/25 | M L | Corr. with J. Graber re: exit strategy research. | | 0.30 | 307.50 |
| 8/20/25 | P L | Review/analyze open issues re: exit of cases (.4); corr. with Willkie team re: same (.2). | | 0.60 | 1,410.00 |
| 8/20/25 | P L | Attend all-hands call re: exit strategy. | | 0.40 | 940.00 |
| 8/20/25 | P L | Attend internal team call regarding strategy on plan confirmation. | | 0.30 | 705.00 |
| 8/20/25 | W C | Corr. with M. Loison w/ research re: plan. | | 0.80 | 304.00 |
| 8/20/25 | T G | Correspondence w/ UCC advisors re status of negotiations with creditors. | | 0.30 | 705.00 |
| 8/20/25 | J G | Research precedential treatment of preference claims in chapter 11 cases. | | 1.70 | 2,252.50 |
| 8/20/25 | JHB | Discussion with B. Miller re: plan update. | | 0.20 | 365.00 |
| 8/21/25 | J G | Research precedential preference treatment in chapter 11 cases. | | 2.20 | 2,915.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 31
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/22/25 | P L | Corr. with internal team regarding case exit strategy. | | 0.60 | 1,410.00 |
| 8/24/25 | JHB | Correspondence with J. Graber re: Restructuring Support Agreement. | | 0.20 | 365.00 |
| 8/25/25 | M L | Conduct research re: restructuring support agreement (.2); review/analyze restructuring support agreement (.5). | | 0.70 | 717.50 |
| 8/25/25 | JHB | Call with J. Graber re: RSA summary (.3); review/analyze same (.3). | | 0.60 | 1,095.00 |
| 8/25/25 | T G | Review/analyze draft restructuring support agreement (1.2) and correspondence w/ team re same (.4). | | 1.60 | 3,760.00 |
| 8/25/25 | P L | Correspondence with Willkie team re: case exit. | | 0.60 | 1,410.00 |
| 8/25/25 | J G | Review/analyze restructuring support agreement (2.9); corr. with Willkie team re: same (.5). | | 3.40 | 4,505.00 |
| 8/26/25 | T G | Corr. with Paul Weiss re: restructuring support agreement (.1); attention to same (1.0). | | 1.10 | 2,585.00 |
| 8/26/25 | J G | Corr. with Paul Weiss re: restructuring support agreement (.1); attention to same (.1). | | 0.20 | 265.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 32
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | CAD | Correspondence w/ Willkie team regarding draft of Debtors' plan and comments (.2); correspondence w/ M. Emanoil regarding restructuring support agreement milestones (.1). | | 0.30 | 495.00 |
| 8/27/25 | M L | Review/analyze plan of reorganization (4.0); conduct research re: same (.2); corr. with J. Graber re: same (.3). | | 4.50 | 4,612.50 |
| 8/27/25 | M L | Attend meeting with Debtors re: plan process and hearing on August 28th. | | 0.30 | 307.50 |
| 8/27/25 | JHB | Review/analyze draft plan of reorganization (1.2); call with T. Goren re: same (.2); call with J. Graber re: comments to same (.3); review/analyze J. Graber comments to plan (.6). | | 2.30 | 4,197.50 |
| 8/27/25 | M E | Review/analyze restructuring support agreement (.3); corr. with J. Burbage, J. Graber re: same (.1). | | 0.40 | 330.00 |
| 8/27/25 | J G | Review/analyze plan of liquidation (4.9); continuous corr. with Willkie team re: same (.9); review/revise same in light of team comments (.8). | | 6.60 | 8,745.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 33
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/27/25 | T G | Review/analyze proposed changes to draft restructuring support agreement/Plan (.9) and correspondence w/ Willkie team re: same (.3); call w/ Debtors' professionals re: plan process (.4). | | 1.60 | 3,760.00 |
| 8/27/25 | P L | Prepare for (.1) and attend (.3) call with Debtors re: plan process and hearing on August 28th. | | 0.40 | 940.00 |
| 8/27/25 | B M | Call with the Debtors regarding plan negotiations (.5); call with the UCC professionals regarding open plan issues (.4); review/comment on the draft plan and disclosure statement (.5); prepare memorandum regarding open plan issues (.7). | | 2.10 | 5,250.00 |
| 8/27/25 | JHB | Attend weekly call with Debtors' professionals re: plan process and hearing on August 28th. | | 0.30 | 547.50 |
| 8/27/25 | J G | Prepare for (.3) and attend (.3) meeting with Debtors professionals and UCC professionals re: plan negotiations and RSA. | | 0.60 | 795.00 |
| 8/28/25 | M L | Review/revise disclosure statement (2.6); corr. with J. Graber re: same (.3). | | 2.90 | 2,972.50 |
| 8/28/25 | P L | Conference with Willkie team regarding case exit and open issues. | | 0.40 | 940.00 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page 34
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/28/25 | J G | Review/revise plan (.8); corr. with Willkie team re: same (.3) | | 1.10 | 1,457.50 |
| 8/28/25 | JHB | Corr. with J. Graber re: comments to draft plan of reorganization (.3); correspondence with J. Graber re: review of draft Disclosure Statement (.1). | | 0.40 | 730.00 |
| 8/29/25 | CAD | Correspondence w/ Willkie, Paul Weiss teams regarding comments to draft plan, disclosure statement, and disclosure statement motion. | | 0.50 | 825.00 |
| 8/29/25 | M L | Review/revise solicitation procedures (.3); ballot (.2); notice of non-voting status (.2); opt-out form (.3); assumption notice (.2); review/comment on disclosure statement order (.2); corr. with Willkie team re: disclosure statement (.3); call with J. Burbage re: same (.2); revise disclosure statement (1.7); corr. with PBGC (.2); union (.2); and 1970 Group (.2) re: same; corr. with Paul Weiss team re: comments to disclosure statement (.2); corr. with Paul Weiss team re: comments to disclosure statement exhibits (.2). | | 4.60 | 4,715.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 35
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/29/25 | J G | Review/analyze draft disclosure statement motion, disclosure statement order, and exhibits re: same (3.0); continuous corr. with Willkie team re: same (1.2); corr. with Paul Weiss re: same (.4). | | 4.60 | 6,095.00 |
| 8/29/25 | T G | Review/analyze draft disclosure statement. | | 1.10 | 2,585.00 |
| 8/29/25 | JHB | Corr. with J. Graber re: disclosure statement and Plan comments. | | 0.40 | 730.00 |
| 8/30/25 | JHB | Review/analyze amended DIP order (.1) and internal correspondence re: same (.1). | | 0.20 | 365.00 |
| | | **Subtotal - Plan and Disclosure Statement** | | **58.40** | **91,869.00** |

## Real Estate

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/18/25 | T G | Review/analyze Colgate stipulation (.3) and correspondence w/ Alix and Willkie team re: same (.1). | | 0.40 | 940.00 |
| 8/18/25 | J G | Review/analyze Debtors-Colgate stipulation (.4); corr. with Willkie and AlixPartners team re: same (.3). | | 0.70 | 927.50 |
| 8/20/25 | J G | Corr. with Willkie team re: Colgate stipulation (.1); corr. with PW team re: same (.1). | | 0.20 | 265.00 |
| | | **Subtotal - Real Estate** | | **1.30** | **2,132.50** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 36
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Reporting

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/26/25 | M L | Corr. with M. Emanoil re: monthly operating reports. | | 0.10 | 102.50 |
| | **Subtotal - Reporting** | | | **0.10** | **102.50** |

## Hearings

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | J G | Attend chambers conference re: McKesson litigation, case planning re: same. | | 0.30 | 397.50 |
| 8/7/25 | M E | Attend chambers conference re: McKesson. | | 0.30 | 247.50 |
| 8/7/25 | M E | Corr. with J. Graber, N. Fazli (Paul Weiss) re: status conference re: McKesson litigation (.1); call with O. Matviyishyn (Sills Cummis) re: same (.1). | | 0.20 | 165.00 |
| 8/7/25 | M E | Corr. with M. Loison re: 8/14 hearing re: stay relief motions, asset sales. | | 0.30 | 247.50 |
| 8/7/25 | JHB | Prepare for (.1) and attend (.3) Chambers conference re: McKesson litigation. | | 0.40 | 730.00 |
| 8/7/25 | T G | Participate in chambers conference re: McKesson (.3) and correspondence w/ Willkie team re: same (.4). | | 0.70 | 1,645.00 |
| 8/8/25 | M L | Corr. with G. Kopacz (Sills) re: hearing on McKesson motion to compel. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 37
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/8/25 | M E | Corr. with J. Graber, M. Loison re: 8/11 hearing, 8/19 hearing. | | 0.30 | 247.50 |
| 8/9/25 | M L | Review/analyze hearings to be heard on August 14th. | | 0.80 | 820.00 |
| 8/11/25 | M E | Corr. with M. Loison re: 8/14 hearing. | | 0.20 | 165.00 |
| 8/13/25 | M L | Review/analyze agenda and prepare documents for hearing on 8/14. | | 0.40 | 410.00 |
| 8/13/25 | M E | Prepare documents in connection with 8/14 hearing (1.3); corr. with M. Loison (.3), Willkie team (.1) re: same. | | 1.70 | 1,402.50 |
| 8/13/25 | JHB | Prepare for hearing re: McKesson adjournment, CVS motion, Debtors' motion for administrative claims procedures. | | 0.60 | 1,095.00 |
| 8/14/25 | M L | Attend hearing re: McKesson adjournment, CVS motion, Debtors' motion for administrative claims procedures. | | 1.60 | 1,640.00 |
| 8/14/25 | P L | Attend hearing on McKesson stipulation, administrative claims procedures, and landlord issue (in part). | | 1.40 | 3,290.00 |
| 8/14/25 | J G | Prepare for (.1) and attend (1.6) hearing re: McKesson stipulation, administrative claims procedures, and landlord issues; corr. with Willkie team re: same (.3). | | 2.00 | 2,650.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 38
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/14/25 | M E | Prepare for (.2) and attend (1.6) 8/14 hearing re: McKesson stipulation, administrative claims procedures, and landlord issues; corr. with M. Loison, J. Graber re: same (.8). | | 2.60 | 2,145.00 |
| 8/14/25 | JHB | Prepare for (.6) and attend omnibus hearing re: McKesson stipulation, administrative claims procedures, and landlord issue (1.6). | | 2.20 | 4,015.00 |
| 8/14/25 | T G | Call w/ Paul Weiss re: McKesson/plan status/hearing update (.2); follow-up correspondence w/ Willkie team re same (.3); participate in chambers conference re: same (.3) and hearing re: same (.8) (in part). | | 1.60 | 3,760.00 |
| 8/14/25 | JHB | Call with S. Mitchell (Paul Weiss) re: status conference agenda. | | 0.20 | 365.00 |
| 8/15/25 | M L | Review/analyze the Debtors' and McKesson's exhibit lists for August 19th hearing on McKesson motion to compel. | | 0.20 | 205.00 |
| 8/18/25 | M L | Prepare documents for 8/19 Hearing re: McKesson motion to compel (.5); corr. with UCC re: adjournment of same (.2). | | 0.70 | 717.50 |
| 8/21/25 | M L | Attend hearing re: McKesson litigation. | | 0.30 | 307.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 39
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 8/21/25 | JHB | Prepare for (.1) and attend (.3) hearing re: McKesson litigation. | | 0.40 | 730.00 |
| 8/21/25 | T G | Correspondence w/ Paul Weiss and Willkie team re hearing/status conference. | | 0.40 | 940.00 |
| 8/21/25 | M E | Prepare for (.1) and attend (.3) hearing on McKesson motion to compel. | | 0.40 | 330.00 |
| 8/21/25 | J G | Prepare for (.2) and attend (.3) hearing re: ongoing McKesson negotiations, strategic exit alternatives for cases; corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 8/25/25 | M E | Corr. with Willkie team re: 8/28 hearing. | | 0.60 | 495.00 |
| 8/27/25 | M E | Review/analyze 8/28 hearing agenda (.2); corr. with Willkie team re: documents for 8/28 hearing (.6). | | 0.80 | 660.00 |
| 8/28/25 | M L | Prepare for (.3) and attend (1.8) hearing re: certain lease sales. | | 2.10 | 2,152.50 |
| 8/28/25 | M E | Compile documents in connection with 8/28 hearing (.9); corr. with Willkie team re: same (.2); prepare for (.2) and attend (1.8) 8/28 hearing; corr. with J. Graber, M. Loison re: same (.2). | | 3.30 | 2,722.50 |
| 8/28/25 | J G | Prepare for (.1) and attend sale hearing (1.8). | | 1.90 | 2,517.50 |
| | **Subtotal - Hearings** | | | **29.70** | **38,245.00** |

# Lien Investigation

New Rite Aid Official Committee of Unsecured Creditors                                      Page 40
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 7/15/25 | WTE | Corr. w J Graber re: lien challenge (.1); review/analyze lien analysis (.1); conference call w/ T Goren, J Graber re: same (.9). | | 1.10 | 2,447.50 |
| 7/17/25 | WTE | Correspondence with Choate and Willkie teams re challenge period. | | 0.30 | 667.50 |
| | **Subtotal - Lien Investigation** | | | **1.40** | **3,115.00** |

## Other Motions/Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/25 | M E | Review/analyze professionals filed pleadings and fee statements. | | 0.40 | 330.00 |
| 8/1/25 | J G | Analyze sealing motion, BOA joinder to Debtors' McKesson objection, and related pleadings (.5); corr. with Willkie team (.2) and Paul, Weiss (.2) re: same. | | 0.90 | 1,192.50 |
| 8/2/25 | J G | Corr. with M. Emanoil re: Complaint against McKesson (.4); attention to same (.1); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 8/5/25 | J G | Corr. with Willkie team re: McKesson docket pleadings (.2); review/analyze same (.2). | | 0.40 | 530.00 |
| 8/7/25 | J G | Corr. with Willkie team re: notices of appearance. | | 0.20 | 265.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 41
Invoice No. 12525150
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/14/25 | JHB | Communications with Paul Weiss and Choate re: admin claims procedure order language. | | 0.40 | 730.00 |
| 8/19/25 | J G | Review/analyze CVS notice of appeal re: order granting motion to enforce sale (.3); corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 8/27/25 | M E | Review/analyze landlord motions to compel (.5); corr. with M. Loison (.1), Willkie team (.1) re: same. | | 0.70 | 577.50 |
| | | **Subtotal - Other Motions/Applications** | | **4.20** | **5,215.00** |

## Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/7/25 | M L | Corr. with Sills team re: Willkie July fee statement. | | 0.50 | 512.50 |
| 8/11/25 | M L | Corr. with Sills team re: certificate of no objection (.2); corr. with M. Gates (AlixPartners) re: same (.2); review/analyze certificate re: same (.3); corr. with J. Burbage re: same (.1). | | 0.80 | 820.00 |
| 8/13/25 | M L | Corr. with M. Gates (AlixPartners) re: Willkie monthly fee statement (.2); corr. with Willkie team re: same (.4). | | 0.60 | 615.00 |
| 8/13/25 | J G | Corr. with Willkie team re: outstanding payments and upcoming fee application. | | 0.30 | 397.50 |
| 8/19/25 | M L | Draft Willkie second monthly fee application. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 42
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|------|------|------|------|------|
| 8/19/25 | J G | Corr. with Willkie team re: outstanding fee statements. | | 0.30 | 397.50 |
| 8/20/25 | M L | Revise Willkie second monthly fee application. | | 0.20 | 205.00 |
| 8/20/25 | J G | Review/revise Willkie July fee application (.7); corr. with M. Loison re: same (.2). | | 0.90 | 1,192.50 |
| 8/21/25 | M L | Corr. with Willkie team re: first Willkie monthly fee statement (.2); revise Willkie second monthly fee statement (.3); corr. with J. Graber re: same (.3). | | 0.80 | 820.00 |
| 8/22/25 | M L | Corr. with J. Graber re: Willkie July monthly fee statement (.2); revise monthly fee statement (.3); corr. with B. Miller and T. Goren re: same (.4). | | 0.90 | 922.50 |
| 8/22/25 | T G | Review/revise Willkie July monthly fee application. | | 0.30 | 705.00 |
| 8/22/25 | J G | Review/revise fee statement for July (.5); corr. with M. Loison re: same (.2). | | 0.70 | 927.50 |
| 8/25/25 | M L | Corr. with Willkie team re: Willkie second monthly fee statement (.3); corr. with J. Graber re: same (.2); corr. with Sills team re: same (.2). | | 0.70 | 717.50 |
| 8/26/25 | M L | Corr. with U.S. Trustee re: Willkie monthly fee statement. | | 0.40 | 410.00 |
| **Subtotal - Willkie Fee Statements and Applications** | | | | **7.60** | **8,847.50** |

New Rite Aid Official Committee of Unsecured Creditors                              Page 43
Invoice No. 12525150
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |

## **Willkie Retention Application**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 8/7/25 | M E | Review/analyze revised parties in interest list for supplemental declaration (.3); corr. with Willkie team re: same (.1). | | 0.40 | 330.00 |
| | | **Subtotal - Willkie Retention Application** | | **0.40** | **330.00** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  44
Invoice No. 12525150
Client/Matter No. 136121.00001

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| JAMES H. BURBAGE | 26.90 | $ | 1,825.00 | $ | 49,092.50 |
| Paul Labov | 17.50 | | 2,350.00 | | 41,125.00 |
| WESTON T. EGUCHI | 1.40 | | 2,225.00 | | 3,115.00 |
| TODD GOREN | 36.10 | | 2,350.00 | | 84,835.00 |
| BRETT MILLER | 2.10 | | 2,500.00 | | 5,250.00 |
| CRAIG A. DAMAST | 3.70 | | 1,650.00 | | 6,105.00 |
| MISHA EMANOIL | 40.70 | | 825.00 | | 33,577.50 |
| MARINE LOISON | 41.80 | | 1,025.00 | | 42,845.00 |
| JESSICA GRABER | 56.80 | | 1,325.00 | | 75,260.00 |
| William Collins | 7.40 | | 380.00 | | 2,812.00 |
| ROHAN SASSO | 1.10 | | 380.00 | | 418.00 |

| Disbursements and Other Charges | | Amount |
|---------------------------------|---|--------|
| Conference Services | $ | 501.00 |
| Data Acquisition - Bloomberg | | 200.00 |
| Data Acquisition - Lexis | | 2,313.23 |
| Data Acquisition - Westlaw | | 330.98 |
| Local Meals | | 372.58 |
| Teleconferencing | | 194.58 |

Professional Fees                                        $        344,435.00

Disbursements and Other Charges                                     3,912.37

**Total this Invoice**                                   $        348,347.37

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12525150
Client/Matter No. 136121.00001
September 22, 2025

**New Rite Aid Bankruptcy**

Remit To:

Willkie Farr & Gallagher LLP
787 Seventh Avenue, 37th Floor
New York, NY 10019-6099
Attention: Accounts Receivable

## FOR PROFESSIONAL SERVICES RENDERED
through August 31, 2025

| | |
|---|---:|
| Asset Disposition | $ 26,437.50 |
| Assumption and Rejection of Leases and Contracts | 2,150.50 |
| Case Administration | 12,430.50 |
| Claims Administration and Objections | 60,231.00 |
| Non-Willkie Fee Statements & Applications | 2,326.50 |
| Financing and Cash Collateral | 22,707.50 |
| Other Litigation | 12,797.50 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Meetings and Communications with Creditors | 55,497.50 |
| Plan and Disclosure Statement | 91,869.00 |
| Real Estate | 2,132.50 |
| Reporting | 102.50 |
| Hearings | 38,245.00 |
| Lien Investigation | 3,115.00 |
| Other Motions/Applications | 5,215.00 |
| Willkie Fee Statements and Applications | 8,847.50 |
| Willkie Retention Application | 330.00 |
| Disbursements and Other Charges | 3,912.37 |
| **Total this Invoice** | $ 348,347.37 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER:
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER:
INTERNATIONAL SWIFT NUMBER:
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

**EXHIBIT H**

**PROPOSED ORDER**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
          tgoren@willkie.com
          jburbage@willkie.com
          jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING FIRST INTERIM APPLICATION OF WILLKIE FARR & GALLAGHER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 16, 2025 THROUGH AUGUST 31, 2025

The relief set forth on the follow page be and hereby is **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

The Court having found that Willkie Farr & Gallagher LLP (the "Applicant") filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby **ORDERED** that:

1.    Compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Willkie Farr & Gallagher LLP | $2,166,074.50 | $13,506.67 |

2.    The Debtors in the above-captioned cases are hereby authorized and directed to immediately pay to Applicant the sums above, less any amounts previously paid to Applicant on account of the May 2025 through August 2025 monthly fee statements.