| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors.  [1] | Chapter 11<br><br>Case No.  25-14861 (MBK)<br><br>(Jointly Administered) |

### DECLARATION OF JANICE G. DUBLER, ON BEHALF OF PROPOSED ORDINARY COURSE PROFESSIONAL OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

I, Janice Dubler, pursuant to Section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my information, knowledge, and belief:

1. I am a Shareholder of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located at 1735 Market Street, Suite 3000, Philadelphia, PA 19103 (the "Company").

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

2. This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of New Jersey authorizing New Rite Aid, LLC and/or its affiliated debtors (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases [Docket No. [●]] (the "Order"). Following the date that the Debtors commenced their chapter 11 cases (the "Petition Date"), the Debtors requested that the Law Firm provide professional services (or continue to provide such services) to the Debtors, and the Law Firm has consented to provide such services. Accordingly, the Law Firm is submitting this Declaration pursuant to the Order.

3. The Law Firm, through me, and other members, partners, associates, or employees of the Law Firm, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date: legal services related to labor and employment law advice and counsel, immigration, labor arbitration, employment litigation and other labor and employment-related legal services.

4. The Law Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in these cases. As part of its customary practice, the Law Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these cases. The Law Firm does not perform services for any such person in connection with these cases. In addition, the Law Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Law Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Law Firm.

6. Neither I, nor any principal of, or professional employed by the Law Firm, insofar as I have been able to discover, holds or represents any interest adverse to the Debtors or their estates.

7. The Law Firm believes that it is owed approximately $68,775 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Law Firm's employment by the Debtors. The Law Firm agrees to waive all unpaid amounts for services rendered prior to the Petition Date.

8. As of the Petition Date, which was the date on which the Debtors commenced these chapter 11 cases, the Law Firm was not party to an agreement for indemnification with the Debtors.

9. At any time during the period of its employment, if the Law Firm should discover any facts bearing on the matters described herein, the Law Firm will supplement the information contained in this Declaration.

10. I, or a representative of the Law Firm, have read and am familiar with the requirements of the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business*.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2025 in Philadelphia, PA, USA.

/s/ Janice G. Dubler
**Janice G. Dubler**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.  25-14861 (MBK)<br><br>(Jointly Administered) |

### RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTORS

**This Questionnaire will be filed with the Court and must be returned to:**

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

If more space is needed, please complete on a separate page and attach.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

1. Name and address of the Company:

   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

   1735 Market Street, Suite 3000

   Philadelphia, PA 19103

2. Date of retention:

September 1, 2021

3. Type of services provided (accounting, legal, etc.):

Legal advice and counsel

4. Brief description of services to be provided:

Legal services related to labor and employment law advice and counsel, immigration, labor arbitration, employment litigation and other labor and employment-related legal services.

5. Prepetition claims against the Debtors held by the Company (if any):

The Law Firm believes that it is owed approximately $68,775 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Law Firm's employment by the Debtors.

6. Arrangements for compensation (hourly, contingent, etc.):

We have a variety of matters, some of which are billed hourly, some of which are billed on a fixed rate or fee menu.

    a. Average hourly rate (if applicable):

Our rates range from $400 to $875 depending on the type of matter

    b. Estimated average monthly compensation based on prepetition retention (if Company was employed prepetition):

$5,000

2

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the Company:

Not applicable, none identified

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its estate with respect to the matters on which the above-named firm is to be employed:

None identified

9. Name and title of individual completing this Retention Questionnaire:

Janice G, Dubler, Esquire – Shareholder

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated:  September 15, 2025

/s/ Janice G. Dubler, Esq.
Shareholder
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.

3