**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Sidney P. Levinson (admitted *pro hac vice*)
Elie J. Worenklein
Rory B. Heller (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
slevinson@debevoise.com
eworenklein@debevoise.com

*Co-Counsel to the Debtor and Debtor in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Ryan T. Jareck
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Co-Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-22548 (CMG) |
| Debtor. | |

**DECLARATION OF KRISTINE J. FEHER, ESQ. ON BEHALF OF PROPOSED ORDINARY COURSE PROFESSIONAL GREENBERG TRAURIG, LLP**

I, Kristine J. Feher, Esq., pursuant to Section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my information, knowledge, and belief:

---

[1] The last four digits of the Debtor's federal tax identification number are 4862. The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

1. I am a Shareholder of Greenberg Traurig, LLP, located at 500 Campus Drive, Suite 400, Florham Park, NJ 07932-0677 (the "**Company**").

2. CCA Construction, Inc. ("**CCA**" or the "**Debtor**") has requested that the Company provide legal services to CCA, and the Company has consented to provide such services.

3. The Company may have in the past performed and may perform services in the future, in matters unrelated to CCA's chapter 11 case, for persons that are parties-in- interest this case. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of CCA, or other parties-in-interest in this case. The Company does not perform services for any such persons in connection with this case. In addition, the Company does not have any relationship with any such persons, their attorneys, or accountants that would be adverse to CCA or its estate.

4. Neither I, nor any principal of or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from CCA with any other person other than the principals and regular employees of the Company.

5. Neither I, nor any principal of, or professional employed by the Company, insofar as I have been able to discover, holds or represents any interest adverse to CCA or its estate.

6. CCA has no outstanding pre-petition fees.

7. As of the Petition Date, which was the date on which CCA commenced this chapter 11 case, the Company was not party to an agreement for indemnification with CCA.

8. At any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

9. I, or a representative of the Company, have read and am familiar with the requirements of the *Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2025 in
Florham Park, New Jersey

Kristine J. Feher, Esq.

| | |
|---|---|
| **DEBEVOISE & PLIMPTON LLP** | **COLE SCHOTZ P.C.** |
| M. Natasha Labovitz (admitted *pro hac vice*) | Michael D. Sirota |
| Sidney P. Levinson (admitted *pro hac vice*) | Warren A. Usatine |
| Elie J. Worenklein | Felice R. Yudkin |
| Rory B. Heller (admitted *pro hac vice*) | Ryan T. Jareck |
| 66 Hudson Boulevard | Court Plaza North, 25 Main Street |
| New York, NY 10001 | Hackensack, NJ 07601 |
| Telephone: (212) 909-6000 | Telephone: (201) 489-3000 |
| Facsimile: (212) 909-6836 | Facsimile: (201) 489-1536 |
| nlabovitz@debevoise.com | msirota@coleschotz.com |
| slevinson@debevoise.com | wusatine@coleschotz.com |
| eworenklein@debevoise.com | fyudkin@coleschotz.com |
| | rjareck@coleschotz.com |
| *Co-Counsel to the Debtor and Debtor in Possession* | *Co-Counsel to the Debtor and Debtor in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CCA Construction, Inc.,[1] | Case No. 24-22548 (CMG) |
| Debtor. | |

**RETENTION QUESTIONNAIRE**

**TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTOR**

---

[1] The last four digits of the Debtor's federal tax identification number are 4862. The Debtor's service address for the purposes of this chapter 11 case is 445 South Street, Suite 310, Morristown, NJ 07960.

**Please return this Questionnaire to:**

| | |
|---|---|
| **DEBEVOISE & PLIMPTON LLP** | **COLE SCHOTZ P.C.** |
| M. Natasha Labovitz (admitted *pro hac vice*) | Michael D. Sirota |
| Sidney P. Levinson (admitted *pro hac vice*) | Warren A. Usatine |
| Elie J. Worenklein | Felice R. Yudkin |
| Rory B. Heller (admitted *pro hac vice*) | Ryan T. Jareck |
| 66 Hudson Boulevard | Court Plaza North, 25 Main Street |
| New York, NY 10001 | Hackensack, NJ 07601 |
| Telephone:   (212) 909-6000 | Telephone:   (201) 489-3000 |
| Facsimile:   (212) 909-6836 | Facsimile: (201) 489-1536 |
| nlabovitz@debevoise.com | msirota@coleschotz.com |
| slevinson@debevoise.com | wusatine@coleschotz.com |
| eworenklein@debevoise.com | fyudkin@coleschotz.com |
| | rjareck@coleschotz.com |

*If more space is needed, please complete on a separate page and attach.*

1. Name and address of firm:

    Greenberg Traurig, LLP

    500 Campus Drive, Suite 400

    Florham Park, NJ 07932-0677

2. Date of retention:

    7/23/2018

3. Type of services provided (accounting, legal, etc.):

    Legal Services; Employment Law

4. Brief description of services to be provided:

    Employment advice, including employee training, compliance, counseling, and

    defense of demand letters/agency charges/employment litigation, as needed

5. Arrangements for compensation (hourly, contingent, etc.):

    Hourly.

    _____

6. Prepetition claims against CCA held by the firm:

None

(a) Average hourly rate (if applicable):

Feher, Kris $1,050; Lord, Raquel $950; Bandel, Ellen $1,050

(b) Estimated average monthly compensation:

$5,000.

7. Prepetition claims against CCA held individually by any member, associate, or professional employee of the firm:

None.

8. Disclose the nature and provide a brief description of any interest adverse to CCA or to its estate with respect to the matters on which the above-named firm is to be employed:

GT does not represent any party in matters related to this chapter 11 case or adverse to CCA or its estate.

9. Name and title of individual completing this Retention Questionnaire:

Kristine J. Feher, Esq.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: September 12, 2025

Kristine J. Feher, Esq, Shareholder
Greenberg Traurig, LLP