**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS

**NOTICE IS HEREBY GIVEN** that there will be a hearing held, if necessary, on **October 20, 2025 at 9:00 a.m. (ET)** before the Honorable Michael B. Kaplan, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom #8, 402 East State Street, Trenton, New Jersey, 08608 for the purpose of acting on applications for compensation. Attendance by creditors is welcomed, but not required. The following fee applications will be heard:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Co-Counsel to the Debtors<br><br>First Interim Fee Application<br>[Docket No. 2570] | $18,434,132.00 | $247,144.23 |
| Cole Schotz P.C.<br><br>Co-Counsel to the Debtors<br><br>First Interim Fee Application<br>[Docket No. 2576] | $2,862,744.00 | $6,525.60 |
| Guggenheim Securities, LLC<br><br>Investment Banker to the Debtors<br><br>First Interim Fee Application<br>[Docket No. 2573] | $4,411,723.06 | $75,293.41 |
| Alvarez & Marsal North America, LLC<br><br>Financial Advisor to the Debtors<br><br>First Interim Fee Application<br>[Docket No. 2571] | $15,701,765.50 | $70,453.20 |
| Willkie Farr & Gallagher LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application<br>[Docket No. 2577] | $2,166,074.50 | $13,506.67 |
| Sills Cummis & Gross P.C.<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application<br>[Docket No. 2584] | $456,331.00 | $7,017.47 |
| AlixPartners, LLP<br><br>Financial Advisor to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application<br>[Docket No. 2578] | $1,312,704.50 | $0.00 |

Creditors may be heard before the application is determined.  In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required, unless objections are timely filed and served.  Objections shall be filed and served no later than October 13, 2025.

**PLEASE TAKE FURTHER NOTICE** that copies of the fee application may be obtained at no charge at https://restructuring.ra.kroll.com/RiteAid2025 or via Pacer at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 26, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*