|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for New Hartford Holdings, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br>                              *Debtors*[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION

TO THE CLERK:

New Hartford Holdings, LLC wishes to withdraw its Motion for Administrative Payment [Document No. 245] filed in the above-captioned matter on May 14, 2025.

/s/ Dana S. Plon
DANA S. PLON, ESQUIRE
*Attorney for Movant,*
*New Hartford Holdings, LLC*

September 29, 2025

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.