UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
*Attorney for New Hartford Holdings, LLC*

| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><div align="right">*Debtors*[1]</div> | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |
|---|---|

<u>**CERTIFICATE OF SERVICE**</u>

      I, Dana S. Plon, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal

of Motion was served upon each of the persons listed below by being filed through the Court's electronic

filing system and by electronic mail on this 29th day of September 2025 as follows::

<div align="center">

Michael D. Sirota, Esquire
Cole Schotz P.C.
msirota@coleschotz.com
*Attorney for Debtor*

US Department of Justice
Office of the US Trustee
jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

</div>

/s/ *Dana S. Plon*

DANA S. PLON, ESQUIRE
*Attorney for Movant,*
*New Hartford Holdings, LLC*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.