## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 11, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 242]

On August 19, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the (1) Supplemental Government Authority Service List attached hereto as **Exhibit B**, (2) Supplemental Landlords Service List attached hereto as **Exhibit C**, and (3) Supplemental Taxing Authorities Service List attached hereto as **Exhibit D**:

- Notice of Filing of Asset Purchase Agreements with Respect to the Sale of Certain of the Pharmacy Assets [Docket No. 352]

- Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in the Asset Purchase Agreements [Docket No. 353]

- Order Shortening Time Period for Notice [Docket No. 393]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On August 20, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on (1) Eastport Regency, LLC, (ADRID: 28110920), c/o Regency Centers LP, One Independent Drive, Suite 114, Jacksonville, FL 32202-5019, and (2) Key Me, (ADRID: 28163381), 2000 Gateway Blvd, Suite 100, Hebron, KY 41048:

- Tenth Notice of Additional Closing Locations [Docket No. 1319]

Dated: September 23, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 23, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 90741, 90846 & 90961

## Exhibit A

## Exhibit A

Supplemental Mailing List
Served via First-Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28123803 | CEROS INC. | 228 PARK AVE S #16327 | NEW YORK | NY | 10003-1502 |
| 28132272 | GIANNONE, NELENA | ADDRESS ON FILE | | | |
| 28154863 | HENDERSON, ANGELA | ADDRESS ON FILE | | | |
| 28134379 | KAYODE, OMOTAYO | ADDRESS ON FILE | | | |
| 28157207 | NAWAL, KHUNSHA | ADDRESS ON FILE | | | |
| 28140290 | SPEED, NACRESESHENA | ADDRESS ON FILE | | | |
| 28149593 | SPICER, JOSHUA | ADDRESS ON FILE | | | |

## Exhibit B

Exhibit B

Supplemental Governmental Authorities Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28163743 | EMSL ANALYTICAL INC | 6349 CASTLEPLACE DR | STE 200 | | INDIANAPOLIS | IN | 46250-1929 |
| 28168770 | KENT COUNTY, DE COUNTY CONSUMER PROTECTION AGENCY | ATTN: CONSUMER PROTECTION DIVISION | DELAWARE DEPARTMENT OF JUSTICE | 102 W. WATER STREET | DOVER | DE | 19904 |
| 28127426 | NEVADA WORKERS' COMPENSATION COMMISSION | DEPARTMENT OF LABOR AND INDUSTRY | DIVISION OF INDUSTRIAL RELATIONS | 1886 COLLEGE PKWY | CARSON CITY | NV | 89706-8000 |
| 28160344 | VERMONT DEPARTMENT OF HEALTH | 280 STATE DR | | | WATERBURY | VT | 05671-9501 |

**<u>Exhibit C</u>**

Exhibit C

Supplemental Landlords Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28161467 | 336 UNION REALTY LLC | C/O TKR PROPERTY SERVICES | 9920 4TH AVE | STE 305 | BROOKLYN | NY | 11209-8331 |
| 28161143 | 5601 22ND LLC | 2751 77TH AVE SE STE 202 | | | MERCER ISLAND | WA | 98040-2000 |

In re: New Rite Aid, LLC, *et al.*

Case No. 25-14861 (MBK)

**<u>Exhibit D</u>**

## Exhibit D

### Supplemental Taxing Authorities Service List
### Served via First-Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28104876 | CITY OF MOUNT PLEASANT | 320 W BROADWAY ST | MT PLEASANT | MI | 48858-2447 |
| 28108875 | SAN BENITO COUNTY TAX COLLECTOR | 1131 SAN FELIPE RD | HOLLISTER | CA | 95023-2827 |
| 28109949 | TRUMBULL COUNTY, OH HEALTH DEPARTMENT | 194 W MAIN ST | CORTLAND | OH | 44410-1445 |