## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Reply to the United States Trustee's Objection to the Debtors' Motion for Entry of an Order (I) (A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates With Respect Thereto, and (E) Granting Related Relief, and (II) (A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates with Respect Thereto, and (C) Granting Related Relief [Docket No. 2506]

- Notice of Agenda of Matters Scheduled to be Heard on September 19, 2025 at 10:30 a.m. (ET) [Docket No. 2508]

*[Remainder of page intentionally left blank]*

---

1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: September 26, 2025

/s/ Humas Ali
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 26, 2025, by Humas Ali, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 91847

## Exhibit A

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| SUBSTITUTE INSURANCE COLLATERAL FACILITY AGREEMENT | 1970 GROUP, INC. | SR@1970GROUP.COM ABUHRKE@1970GROUP.COM |
| COUNSEL TO PLAINTIFFS MARGARET BIANUCCI, KATHRYN EDWARDS, ERICA JUDKA, AND FAITH SPIKER IN THE CLASS ACTION AND ON BEHALF OF THE PRELIMINARILY APPROVED SETTLEMENT CLASS | AHDOOT & WOLFSON, PC | AFERICH@AHDOOTWOLFSON.COM |
| COUNSEL TO AZTEC INN, L.P. | ANSELL GRIMM & AARON, P.C. | ADARTIGLIO@ANSELL.LAW |
| COUNSEL TO KIMCO REALTY CORPORATION; PL RANCHO LP; WRI FREEDOM CENTRE, L.P.; LINDA MAR S.C., L.P.; GATEWAY AT DONNER PASS, LP; KK GREAT NECK 2470, LLC; INDEPENDENCE PLAZA SC, LLC; PK II TANASBOURNE VILLAGE LP; KIMSCHOTT FACTORIA MALL, LLC; PAN PACIFIC (JEFFERSON SQUARE) LLC; AND PK I SILVERDALE SHOPPING CENTER LLC (COLLECTIVELY, THE "KIMCO LANDLORDS"), 11 KNOLLS CRECENT LLC | ARENTFOX SCHIFF LLP | NICHOLAS.MARTEN@AFSLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO 5931 ATLANTIC, LLC, AAT DEL MONTE LLC, BALDEN TOWNE PLAZA LIMITED PARTNERSHIP, BRIXTON CAPITAL, EDENS, FAIRVIEW SHOPPING CENTER, LLC, GARTIN PROPERTIES LLC, HCP RRF SAND CANYON LLC, HUNTINGDON PIKE COMPANY, LANCASTER DEVELOPMENT COMPANY, LLC, PRIME/FRIT BELL GARDENS, LLC, QCSI SIX LLC, RAR 2 QUEEN ANNE EDEN HILL QRS, LLC, REALTY INCOME CORPORATION, REDONDO PRIME 1, LLC, S & N II, LTD., SO-GOODNOES CORNER JV LLC, SPIRIT EK VINELAND NJ, LLC, SPIRIT RA PLAINS PA, LLC, SVAP III PLAZA MEXICO, LLC, THE IRVINE COMPANY LLC, VALLEY MALL, L.L.C. AND WEIS MARKETS INC. | BALLARD SPAHR LLP | BRANCHD@BALLARDSPAHR.COM ZARNIGHIANN@BALLARDSPAHR.COM |
| COUNSEL TO ROSS DRESS FOR LESS, INC. | BALLARD SPAHR LLP | KERNERJ@BALLARDSPAHR.COM |
| COUNSEL TO 5931 ATLANTIC, LLC, AAT DEL MONTE LLC, BALDEN TOWNE PLAZA LIMITED PARTNERSHIP, BRIXTON CAPITAL, EDENS, FAIRVIEW SHOPPING CENTER, LLC, GARTIN PROPERTIES LLC, HCP RRF SAND CANYON LLC, HUNTINGDON PIKE COMPANY, LANCASTER DEVELOPMENT COMPANY, LLC, PRIME/FRIT BELL GARDENS, LLC, QCSI SIX LLC, RAR 2 QUEEN ANNE EDEN HILL QRS, LLC, REALTY INCOME CORPORATION, REDONDO PRIME 1, LLC, S & N II, LTD., SO-GOODNOES CORNER JV LLC, SPIRIT EK VINELAND NJ, LLC, SPIRIT RA PLAINS PA, LLC, SVAP III PLAZA MEXICO, LLC, THE IRVINE COMPANY LLC, VALLEY MALL, L.L.C. AND WEIS MARKETS INC., ROSS DRESS FOR LESS, INC. | BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM SUMMERSM@BALLARDSPAHR.COM BRANNICKN@BALLARDSPAHR.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO 5931 ATLANTIC, LLC, AAT DEL MONTE LLC, BALDEN TOWNE PLAZA LIMITED PARTNERSHIP, BRIXTON CAPITAL, EDENS, FAIRVIEW SHOPPING CENTER, LLC, GARTIN PROPERTIES LLC, HCP RRF SAND CANYON LLC, HUNTINGDON PIKE COMPANY, LANCASTER DEVELOPMENT COMPANY, LLC, PRIME/FRIT BELL GARDENS, LLC, QCSI SIX LLC, RAR 2 QUEEN ANNE EDEN HILL QRS, LLC, REALTY INCOME CORPORATION, REDONDO PRIME 1, LLC, S & N II, LTD., SO-GOODNOES CORNER JV LLC, SPIRIT EK VINELAND NJ, LLC, SPIRIT RA PLAINS PA, LLC, SVAP III PLAZA MEXICO, LLC, THE IRVINE COMPANY LLC, VALLEY MALL, L.L.C. AND WEIS MARKETS INC. | BALLARD SPAHR LLP | MYERSM@BALLARDSPAHR.COM NEWELLJ@BALLARDSPAHR.COM |
| DIP AGENT & AGENT UNDER THE PREPETITION CREDIT AGREEMENT | BANK OF AMERICA, N.A., RETAIL FINANCE GROUP | DADLER@BOFA.COM |
| COUNSEL TO DLC MANAGEMENT CORPORATION, GIBRALTAR MANAGEMENT CO., INC., INLAND COMMERCIAL REAL ESTATE SERVICES LLC, KEMPNER PROPERTIES, LLC, AND PARAGON MANAGEMENT GROUP, LLC | BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| COUNSEL TO DLC MANAGEMENT CORPORATION, GIBRALTAR MANAGEMENT CO., INC., INLAND COMMERCIAL REAL ESTATE SERVICES LLC, KEMPNER PROPERTIES, LLC, AND PARAGON MANAGEMENT GROUP, LLC | BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| COUNSEL TO GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN ASSURANCE COMPANY, AND GREAT AMERICAN SPIRIT INSURANCE COMPANY | BATESCAREY LLP | ASPACHT@BATESCAREY.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO KIN PROPERTIES, INC., FUNDAMENTALS COMPANY LLC, MASCOT LLC, MASUE LLC, MABY LLC, HILLSBOROUGH ASSOCIATES, JANESS ASSOCIATES, MUSUE LLC, BAYVIEW ASSOCIATES, NATHAN JEFFREY LLC, AND JASUE LLC | BAYARD, P.A. | EJOHNSON@BAYARDLAW.COM |
| COUNSEL TO B-21 LLC AND ELTINGVILLE SHOPPING CENTER LLC, BRITHYM REALTY CO | BELKIN BURDEN GOLDMAN, LLP | JSOLOMON@BBGLLP.COM |
| COUNSEL TO INFOSYS LIMITED, WILLIAMS SCOTSMAN, INC, CANYON CREST TOWNE CENTRE, LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KCAPUZZI@BENESCHLAW.COM JHOOVER@BENESCHLAW.COM SWALSH@BENESCHLAW.COM |
| COUNSEL TO THE VENTURA FAMILY 2023 TRUST, DUQUESNE LIGHT COMPANY | BERNSTEIN-BURKLEY, P.C. | KEBECK@BERNSTEINLAW.COM |
| COUNSEL TO JRC ASSETS, LP | BERTONE PICCINI, LLP | OLIPNICK@BERTONEPICCINI.COM |
| COUNSEL TO MISSION PLAZA CENTER LLC | BEWLEY LASSLEBEN & MILLER LLP | ERNIE.PARK@BEWLEYLAW.COM |
| COUNSEL TO MARIA LUCANIA, AS EXECUTRIX OF THE ESTATE OF JOSEPH LUCANIA | BOND, SCHOENECK & KING, PLLC | ELOBELLO@BSK.COM JKRELL@BSK.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
| --- | --- | --- |
| COUNSEL TO D & L RENTALS, LLC | BOND, SCHOENECK & KING, PLLC | JKRELL@BSK.COM |
| COUNSEL TO REYES HOLDINGS AND AFFILIATED ENTITIES | BORGES & ASSOCIATES, LLC | SCHIN@BORGESLAWLLC.COM |
| COUNSEL TO 111 NORTH HIGH ASSOCIATES, L.P. | BROWN NIMEROFF LLC | JNIMEROFF@BROWNNIMEROFF.COM |
| COUNSEL TO ENSONO, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | BRIGID.NDEGE@BCLPLAW.COM |
| COUNSEL TO ENSONO, INC. | BRYAN CAVE LEIGHTON PAISNER LLP | DMUNSETH@BCLPLAW.COM |
| COUNSEL TO MCKESSON CORPORATION | BUCHALTER, A PROFESSIONAL CORPORATION | DSLATE@BUCHALTER.COM JGARFINKLE@BUCHALTER.COM BHARVEY@BUCHALTER.COM |
| COUNSEL TO ORACLE AMERICA, INC | BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO ROBINS CARLSBAD, LLC | BYRNELAW APC | JOHN.BYRNE@BYRNELAWCORP.COM |
| COUNSEL TO CONTINGENCE LLC | CAIRNCROSS & HEMPELMANN | BYEUNG@CAIRNCROSS.COM |
| COUNSEL TO GITOMER FAMILY REALTY LLC | CAPEHART & SCATCHARD, P.A. | WWRIGHT@CAPEHART.COM |
| COUNSEL TO 1289 HOOKSETT ROAD, LLC | CARMODY TORRANCE SANDAK & HENNESSEY LLP | MKURZMAN@CARMODYLAW.COM |
| COUNSEL TO RX NEWBURGH OWNERS LLC | CHARLES E. BOULBOL, P.C. | RTRACK@MSN.COM |
| COUNSEL TO NEW CENTURY ASSOCIATES GROUP, L.P. | CHARLSON BRABER MCCABE & DENMARK | LIAM@CHARLSONLAW.COM |
| COUNSEL TO THE HANOVER INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, AND GREENWOOD SHOPPING CENTER, INC., CARDINAL HEALTH 110, LLC D/B/A PARMED PHARMACEUTICALS, 1396 W. CHESTNUT LLC, IEKA MONIQUE LUCAS, MAHNAZ JAVAHERI, ELISEO MEDELLIN HERNANDEZ | CHIESA SHAHINIAN & GIANTOMASI PC | SZUBER@CSGLAW.COM<br>BKANTAR@CSGLAW.COM<br>SDELLAFERA@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DIP AGENT & AGENT UNDER THE PREPETITION CREDIT AGREEMENT, AND COUNSEL TO BANK OF AMERICA N.A. | CHOATE, HALL & STEWART LLP | MSILVA@CHOATE.COM<br>JVENTOLA@CHOATE.COM<br>KSIMARD@CHOATE.COM<br>JMARSHALL@CHOATE.COM<br>RTHIDE@CHOATE.COM<br>JJAILLET@CHOATE.COM<br>GEDGARTON@CHOATE.COM |
| COUNSEL TO PARKWOOD JOINT VENTURE, BY AND THROUGH ITS AGENT, KORMAN COMMERCIAL PROPERTIES, INC. | CIARDI CIARDI & AUSTIN | ACIARDI@CIARDILAW.COM<br>JCRANSTON@CIARDILAW.COM |
| COUNSEL TO CITY OF PHILADELPHIA | CITY OF PHILADELPHIA LAW DEPARTMENT | PAMELA.THURMOND@PHILA.GOV |
| COUNSEL FOR CPT SHOPS AT ROSSMOOR, LLC, SUMMIT APARTMENTS, INC., S. DAVIS REAL ESTATE HOLDINGS, LLC, AND VESTAR PENINSULA RETAIL, LLC | CLARK HILL PLC | AHORNISHER@CLARKHILL.COM<br>TBUSH@CLARKHILL.COM |
| COUNSEL FOR CPT SHOPS AT ROSSMOOR, LLC, SUMMIT APARTMENTS, INC., S. DAVIS REAL ESTATE HOLDINGS, LLC, AND VESTAR PENINSULA RETAIL, LLC | CLARK HILL PLC | SRICHMAN@CLARKHILL.COM |
| COUNSEL TO GLENWOOD ASSOCIATES, LLC | COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C. | ABARTH@COHENSEGLIAS.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION (UFCW) | COHEN, WEISS AND SIMON LLP | MWOODS@CWSNY.COM<br>RSELTZER@CWSNY.COM<br>MSTOLZ@CWSNY.COM<br>JWANG@CWSNY.COM |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>SVANAALTEN@COLESCHOTZ.COM |
| 3L NOTES TRUSTEE | COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION | RACHEL.ATKIN@COMPUTERSHARE.COM |
| 1.5L NOTES TRUSTEE | CSC DELAWARE TRUST COMPANY | GREGORY.DANIELS@CSCGLOBAL.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| CO-COUNSEL TO APPALACHIAN POWER COMPANY, OHIO POWER COMPANY D/B/A AEP OHIO, VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, SOUTHERN CALIFORNIA EDISON COMPANY, SAN DIEGO GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA GAS COMPANY, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, BALTIMORE GAS AND ELECTRIC COMPANY, PECO ENERGY COMPANY, DELMARVA POWER & LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ORANGE & ROCKLAND UTILITIES, INC., THE CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICE COMPANY, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, NSTAR ELECTRIC COMPANY, WESTERN MASSACHUSETTS, BOSTON GAS COMPANY, MASSACHUSETTS ELECTRIC COMPANY, KEYSPAN GAS EAST CORPORATION, THE BROOKLYN UNION GAS COMPANY, NIAGARA MOHAWK POWER CORPORATION, PSEG LONG ISLAND, OHIO EDISON COMPANY, PENNSYLVANIA POWER COMPANY, WEST PENN POWER COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, PENNSYLVANIA ELECTRIC COMPANY, AND METROPOLITAN EDISON COMPANY | CULLEN AND DYKMAN LLP | KCHRISTODOULOU@CULLENLLP.COM |
| COUNSEL TO TOWNSHIP OF BARNEGAT, MANCHESTER TOWNSHIP TAX OFFICE | DASTI & STAIGER, P.C. | WOXLEY@DASTILAW.COM |
| COUNSEL TO GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN ASSURANCE COMPANY, AND GREAT AMERICAN SPIRIT INSURANCE COMPANY | DAVID CHRISTIAN ATTORNEYS LLC | DCHRISTIAN@DCA.LAW |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO GREEN DOT CORPORATION AND GREEN DOT BANK | DAVIS WRIGHT TREMAINE LLP | MICHAELGOETTIG@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>SAHARSOOMRO@DWT.COM |
| COUNSEL TO 1970 GROUP, INC. | DEBEVOISE & PLIMPTON LLP | EWEISGERBER@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MJSORENSEN@DEBEVOISE.COM |
| COUNSEL TO K LOGIX LLC | DEMERLE & ASSOCIATES, P.C. | PANTONELLI@DEMERLEPC.COM |
| COUNSEL TO MEDIMPACT HEALTHCARE SYSTEMS, INC. | DLA PIPER LLP (US) | RICHARD.CHESLEY@US.DLAPIPER.COM |
| COUNSEL TO MEDIMPACT HEALTHCARE SYSTEMS, INC. | DLA PIPER LLP (US) | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM |
| COUNSEL TO THOMPSON & THOMPSON, LLC, THE EDGE GROUP, INC | DUANE MORRIS LLP | DSMCGEHRIN@DUANEMORRIS.COM<br>LJKOTLER@DUANEMORRIS.COM |
| COUNSEL TO 3L NOTES TRUSTEE, CO-TRUSTEE OF THE RAD MASTER TRUST AND TRUSTEE OF THE RAD SUB-TRUST A AND THE RAD GUC EQUITY TRUST (COLLECTIVELY, THE "TRUSTS") | EMMET, MARVIN & MARTIN, LLP | TPITTA@EMMETMARVIN.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO OLIVE PROPERTIES LLC | ERVIN COHEN & JESSUP LLP | BMOLDO@ECJLAW.COM |
| COUNSEL TO MIDWOOD MANAGEMENT CORP., AS PROPERTY MANAGER FOR CANNONBUT LLC, AND RC SOUTHAMPTON LLC | FARRELL FRITZ, P.C. | DPASCARELLA@FARRELLFRITZ.COM |
| COUNSEL TO MIDWOOD MANAGEMENT CORP., AS PROPERTY MANAGER FOR CANNONBUT LLC, AND RC SOUTHAMPTON LLC | FARRELL FRITZ, P.C. | JSTELLAKIS@FARRELLFRITZ.COM |
| COUNSEL TO AQUITANIA, CORP., COLELLA FAMILY PARTNERS AND SAMUEL D. COLELLA, TRUSTEE OF THE COLELLA FAMILY NON-EXEMPT MARITAL DEDUCTION TRUST DATED 9/21/1992 | FLASTER/GREENBERG P.C. | WILLIAM.BURNETT@FLASTERGREENBERG.COM |
| COUNSEL TO CVS PHARMACY INC. | FOLEY & LARDNER LLP | ASEKEL@FOLEY.COM |
| COUNSEL TO AJC LEGACY TRUST LLC, BM PROPERTIES | FORMAN HOLT | MHOLT@FORMANLAW.COM |
| COUNSEL TO DJM NNN IV LLC | FRIEDMAN LAW GROUP, P.C | JFRIEDMAN@FLG-LAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DIVISIONS INC. D/B/A DIVISIONS MAINTENANCE GROUP | FROST BROWN TODD LLP | AWEBB@FBTLAW.COM JKLEISINGER@FBTLAW.COM |
| COUNSEL TO DIVISIONS INC. D/B/A DIVISIONS MAINTENANCE GROUP | FROST BROWN TODD LLP | JBLASK@FBTLAW.COM |
| COUNSEL TO DANITA BROWN AND DONALD BROWN | GENOVA BURNS LLC | DSTOLZ@GENOVABURNS.COM |
| COUNSEL TO CREST PROPERTIES LLC; DERRY REALTY GROUP LLC; ECK-ALIQUIPPA PA LP; GREGORY P. DISCHINAT; JOANN DISCHINAT; MIRIAM CHU AND YOLANDA SCHEFFOLD, TRUSTEES OF CHU FAMILY TRUST, STEVEN WEISSMAN AND CHARISSA CHU, TRUSTEES OF CHU-WEISSMAN FAMILY TRUST, AND CHRISTIAN SCHEFFOLD AND YOLANDA SCHEFFOLD; PHR VILLAGE, LLC; PA HOPEWELL LLC, WILLIAM BURKE; AND T.F. ASSOCIATES | GIBBONS P.C. | JMAIRO@GIBBONSLAW.COM MCONLAN@GIBBONSLAW.COM |
| COUNSEL TO STATE STREET PARTNERS LLC, WESTCORE BRAVO LANCASTER LLC, TMT BEAR CREEK SHOPPING CENTER, INC. AND SVCN 1 LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | DBRUCK@GREENBAUMLAW.COM |
| LOCAL COUNSEL TO DIP AGENT & AGENT UNDER PREPETITION CREDIT AGREEMENT, BANK OF AMERICA N.A. | GREENBERG TRAURIG, LLP | BRODYA@GTLAW.COM JULIA.FROSTDAVIES@GTLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO BANK OF AMERICA N.A. | GREENBERG TRAURIG, LLP | JULIA.FROSTDAVIES@GTLAW.COM |
| COUNSEL TO MILL AVENUE ASSOCIATES, LLC | HALPERIN BATTAGLIA BENZIJA, LLP | WBENZIJA@HALPERINLAW.NET DLIEBERMAN@HALPERINLAW.NET KWALDRON@HALPERINLAW.NET |
| COUNSEL TO RETAIL SITE SPECIALISTS, LLC, ANDERSON RETAIL, LLC, LAGUNA HARBOUR LLC & LAGUNA OAKS, LLC | HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP | EPERKINS@HLGSLAW.COM |
| COUNSEL TO UNIVERSAL PROTEIN SUPPLEMENTS CORP. DBA UNIVERSAL NUTRITION | HILL WALLACK LLP | MKAHME@HILLWALLACK.COM |
| COUNSEL TO 2545 GETZVILLE LLC | HODGSON RUSS LLP | TPOWERS@HODGSONRUSS.COM |
| COUNSEL TO SKBB INVESTMENTS | ICE MILLER LLP | LOUIS.DELUCIA@ICEMILLER.COM ALYSON.FIEDLER@ICEMILLER.COM NATHAN.BASALYGA@ICEMILLER.COM |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | KPEGUERO@JW.COM VARGEROPLOS@JW.COM |
| COUNSEL TO BURLINGTON STORES, INC. | JACKSON WALKER LLP | WFARMER@JW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CONTINGENCE LLC | JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SINIS, P.C. | RPATELLA@LAWJW.COM |
| COUNSEL TO FIVE BELOW, INC. | JONES DAY | HLENNOX@JONESDAY.COM TDREYNOLDS@JONESDAY.COM |
| COUNSEL TO ENGIE RESOURCES LLC | JONES MURRAY LLP | MATTHEW@JONESMURRAY.COM |
| COUNSEL TO FNRP REALTY ADVISORS, LLC | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | WLEVANT@KAPLAW.COM |
| COUNSEL TO RYDER INTEGRATED LOGISTICS, INC. AND RYDER TRANSPORTATION SOLUTIONS, LLC (COLLECTIVELY, "RYDER"), BENDERSON DEVELOPMENT GROUP, BRIXMOR PROPERTYGROUP, FIRST WASHINGTON REALTY, LERNER PROPERTIES, NNNREIT, INC., AND REGENCY CENTERS, L.P, EAST PARK DEVELOPMENT, LLC AND FOX CHAPEL PLAZA | KELLEY DRYE & WARREN LLP | MMCLOUGHLIN@KELLEYDRYE.COM KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM JRAVIELE@KELLEYDRY.COM CCHOE@KELLEYDRYE.COM JCHURCHILL@KELLEYDRYE.COM |
| COUNSEL TO THOMAS A. PITTA, SOLELY IN HIS CAPACITIES AS CO-TRUSTEE OF THE RAD MASTER TRUST, TRUSTEE OF THE RAD SUB-TRUST A, AND TRUSTEE OF THE RAD GUC EQUITY TRUST | KELLEY DRYE & WARREN LLP | RLEHANE@KELLEYDRYE.COM DKANE@KELLEYDRYE.COM ABARAJAS@KELLEYDRYE.COM CCHOE@KELLEYDRYE.COM KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| COUNSEL TO COUNTY OF KERN, STATE OF CALIFORNIA | KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | BANKRUPTCY@KERNCOUNTY.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AUDUBON SQUARE INC, PENA REALTY HOLDINGS COMPANY, LLC, RAP EAST MARKET YORK, LLC, RAP ETTERS, LLC, RAP SMYRNA, LLC, RAP MILFORD, LLC | KLEHR HARRISON HARVEY BRANZBURG LLP | CBRENNAN@KLEHR.COM |
| COUNSEL TO AMERISOURCEBERGEN DRUG CORPORATION | KLEHR HARRISON HARVEY BRANZBURG, LLP | MBRANZBURG@KLEHR.COM |
| COUNSEL TO THE AD HOC SECURED NOTEHOLDER GROUP | KRAMER LEVIN NAFTALIS & FRANKEL LLP | RRINGER@KRAMERLEVIN.COM AROGOFF@KRAMERLEVIN.COM MWASSON@KRAMERLEVIN.COM |
| COUNSEL TO THE GOLDENBERG GROUP, KINGSWAY REALTY COMPANY, GOODMAN PROPERTIES AND AMS OLYPHANT RA, LLC | KURTZMAN \| STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| COUNSEL TO C&S WHOLESALE GROCERS, LLC | LANDIS RATH & COBB LLP | BROWN@LRCLAW.COM ROBINSON@LRCLAW.COM BROOKS@LRCLAW.COM |
| COUNSEL TO RWY TRUST | LAU & ASSOCIATIES, P.C. | SHAWN_LAU@MSN.COM |
| COUNSEL TO HVP2 LLC, NEW HARTFORD HOLDINGS LLC, GALLASHEA PROPERTIES, LLC | LAW OFFICE OF SHMUEL KLEIN PA | SHMUEL.KLEIN@VERIZON.NET |
| COUNSEL TO RETAIL SITE SPECIALISTS, LLC, ANDERSON RETAIL, LLC, LAGUNA HARBOUR LLC & LAGUNA OAKS, LLC | LAW OFFICE OF WILLIAM P. FENNELL, A.P.L.C. | WILLIAM.FENNELL@FENNELLLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO PROFECTUS CAPITAL LLC | LAW OFFICES OF ALLAN D. SARVER | ADS@ASARVERLAW.COM |
| COUNSEL TO WASHINGTON TOWN CENTER, LLC ("WTC") AND WEST CAPITOL SHOPPING CENTER, LLC ("WCSC") & AULDAN COMPANY, L.L.C. & 4151 WHITE PLAINS ROAD LLC | LAW OFFICES OF KENNETH L. BAUM LLC | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| COUNSEL TO PLATT PARTNERS,L.P AND HARBOR CENTER PARTNERS, LP | LAW OFFICES OF RONALD K. BROWN, JR. | RON@RKBROWNLAW.COM |
| COUNSEL TO TENNINGTON ASSOCIATES, LP AND PINEHAVEN ASSOCIATES MOTEL LP | LAZARE POTTER GIACOVAS & MOYLE LLP | AFELIX@LPGMLAW.COM MCONWAY@LPGMLAW.COM |
| COUNSEL TO BLUE JAY CENTER, LLC | LEECH TISHMAN FUSCALDO & LAMPL LLC | JJACKO@LEECHTISHMAN.COM |
| COUNSEL TO KACHR, LLC | LEIGHTON LAW GROUP, LLC | JAY@LEIGHTON-LAW.COM |
| COUNSEL TO SACC INC. | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. | JPF@LNBYG.COM JSK@LNBYG.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO 1199SEIU UNITED HEALTHCARE WORKERS EAST, 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND, 1199SEIU LEAGUE TRAINING & UPGRADING FUND, AND 1199SEIU EMPLOYER CHILD CARE FUND | LEVY RATNER, P.C. | JAPTER@LEVYRATNER.COM RBARBUR@LEVYRATNER.COM |
| COUNSEL TO GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN ASSURANCE COMPANY, AND GREAT AMERICAN SPIRIT INSURANCE COMPANY | LINDABURY MCCORMICK ESTABROOK & COOPER, P.C. | JLAVROFF@LINDABURY.COM |
| COUNSEL TO SCHWARTZ HALFMOON ASSOCIATES, LLC | LOEB & LOEB LLP | JPISKORA@LOEB.COM VRUBINSTEIN@LOEB.COM |
| COUNSEL TO 9TH & HIGHLAND, LLC, RAD PA, LLC & BLOCH IRONWOOD, LLC | LUNDY, BELDECOS & MILBY, P.C. | JGULASH@LBMLAW.COM |
| COUNSEL TO AMTRUST NORTH AMERICA, INC. | MAURICE WUTSCHER LLP | AHOCHHEISER@MAURICEWUTSCHER.COM |
| COUNSEL TO NOVO NORDISK INC. | MCCARTER & ENGLISH, LLP | JTESTA@MCCARTER.COM CFARLEY@MCCARTER.COM |
| COUNSEL TO HALEON US SERVICES, INC., FORMERLY KNOWN AS GSK CONSUMER HEALTHCARE SERVICES INC. AND ITS AFFILIATES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM VSHEA@MDMC-LAW.COM |
| COUNSEL TO MCKESSON CORPORATION | MCMANIMON, SCOTLAND & BAUMANN, LLC | ASODONO@MSBNJ.COM MDUDAS@MSBNJ.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO 1021 FIRST AVENUE CONWAY, LLC, IVI WORLD LLC | MELLINGER KARTZMAN LLC | SJAYSON@MSKLAW.NET |
| COUNSEL TO GOLDCO PARTNERS | MILL RUN OFFICE CENTER | KFOGERTY@FOGERTYLAW.COM |
| COUNSEL TO NBPIV DELRAN LLC | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | IAHAMMEL@MINTZ.COM |
| COUNSEL TO NBPIV DELRAN LLC | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | KRWALSH@MINTZ.COM |
| COUNSEL TO BTS (WYOMISSING) L.P., ORION DEVELOPMENT RA LXVII, LLC, AND ORION DEVELOPMENT XXIII, LLC | MORITT HOCK & HAMROFF LLP | LBERKOFF@MORITTHOCK.COM AAROTSKY@MORITTHOCK.COM |
| COUNSEL TO DGMM LP AND MMDG LP | MORRISON COHEN LLP | ALIN@MORRISONCOHEN.COM DKOZLOWSKI@MORRISONCOHEN.COM BANKRUPTCY@MORRISONCOHEN.COM |
| COUNSEL TO 92 VICTORY INVESTMENTS, LLC, 65 VICTORY INVESTMENTS, LLC AND 16 VICTORY INVESTMENTS, LLC | MUSI, MATTSON, DAUBENBERGER & CLARK, LLP | DLK@MMDLAWFIRM.COM |
| COUNSEL TO LANDLORD, SLIGO REALTY AND SERVICE CORP., LANDLORD/CREDITOR, 508 MONROE TURNPIKE, LLC, CASCADE WHOLESALE HARDWARE, INC., 169 HOLDING CORP. | NORRIS MCLAUGHLIN, P.A. | MAPENA@NORRIS-LAW.COM, BJWISOTSKY@NORRIS-LAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LANDLORD, SLIGO REALTY AND SERVICE CORP., LANDLORD/CREDITOR, 508 MONROE TURNPIKE, LLC, ROCHDALE VILLAGE INC. | NORRIS MCLAUGHLIN, P.A. | SLKOSSAR@NORRIS-LAW.COM |
| COUNSEL TO TINUITI, INC. | OBERMAYER REBMANN MAXWELL & HIPPEL LLP | ALEXANDER.BARNES@OBERMAYER.COM |
| COUNSEL TO PINTZUK BROWN REALTY GROUP, TINUITI, INC. | OBERMAYER REBMANN MAXWELL & HIPPEL LLP | EDMOND.GEORGE@OBERMAYER.COM, ALEXANDER.BARNES@OBERMAYER.COM |
| COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF US ATTORNEY, DISTRICT OF NEW JERSEY | EAMONN.OHAGAN@USDOJ.GOV |
| COUNSEL TO FAIR OAKS, LLC, THE CHEN 1998 FAMILY TRUST & 170 SAN MATEO ROAD PARTNERSHIP, TONI A. DIMICELI, TRUSTEE, ET AL. | OFFIT KURMAN, P.A. | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO HILROD HOLDINGS L.P. | PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM TKAPUR@PSZJLAW.COM SGOLDEN@PSZJLAW.COM |
| COUNSEL TO EBONY BATES | PALMA LAW FIRM, P.C. | VPD@PALMALAWFIRM.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO  GREATER BUTLER MART HOLDINGS, LLC | PAPERNICK & GEFSKY, LLC | RMURPHY@PAPERNICK-GEFSKY.COM |
| COUNSEL TO PCE PARTNERS LLC, HELEN OF TROY L.P., AND KAZ USA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | DKOESTEL@PHASMANSTEIN.COM DSKLAR@PASHMANSTEIN.COM |
| COUNSEL TO HELEN OF TROY L.P., AND KAZ USA, INC. | PASHMAN STEIN WALDER HAYDEN, P.C. | HJAFFE@PASHMANSTEIN.COM |
| CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | AROSENBERG@PAULWEISS.COM ABENEDON@PAULWEISS.COM AEATON@PAULWEISS.COM CHOPKINS@PAULWEISS.COM SMITCHELL@PAULWEISS.COM |
| COUNSEL TO CMWLTH OF PENNSYLVANIA | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | DWARRING@ATTORNEYGENERAL.GOV |
| COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION, OFFICE OF THE GENERAL COUNSEL | OWENS.KELSEY1@PBGC.GOV EFILE@PBGC.GOV RUDERMAN.JOEL@PBGC.GOV |
| COUNSEL TO CITY OF RIVERVIEW | PENTIUK, COUVREUR & KOBILJAK, P.C. | RPENTIUK@PCK-LAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO 3301 PROPERTIES , LLC, 5215 PROPERTIES, LLC, 1950 FULTON LLC | PICK & ZABICKI LLP | DPICK@PICKLAW.NET |
| COUNSEL TO SACC INC. | PORZIO, BROMBERG & NEWMAN, P.C. | KDCURTIN@PBNLAW.COM JZHOU@PBNLAW.COM |
| COUNSEL TO SKD CONSTRUCTION CO., LLC | PORZIO, BROMBERG & NEWMAN, P.C. | WJMARTIN@PBNLAW.COM KNPAGEAU@PBNLAW.COM |
| COUNSEL TO COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE | PRYOR CASHMAN LLP | SLIEBERMAN@PRYORCASHMAN.COM |
| COUNSEL TO CENTERBRIDGE SPECIAL CREDIT PARTNERS IV MASTER, L.P. | RABINOWITZ, LUBETKIN & TULLY, LLC | JRABINOWITZ@RLTLAWFIRM.COM BROY@RLTLAWFIRM.COM |
| COUNSEL FOR THE PLANTIFF IN THE WARN CLASS ACTION | RAISNER ROUPINIAN LLP | GCL@RAISNERROUPINIAN.COM JAR@RAISNERROUPINIAN.COM RSR@RAISNERROUPINIAN.COM |
| COUNSEL TO QUALTRICS, LLC | RAY QUINNEY & NEBEKER, P.C. | DLEIGH@RQN.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. | REED SMITH LLP | JANGELO@REEDSMITH.COM |
| COUNSEL TO INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. | REED SMITH LLP | OALANIZ@REEDSMITH.COM |
| COUNSEL TO SIMONE DEVELOPMENT COMPANIES | ROBINSON & COLE LLP | ELAZEROWITZ@RC.COM PBIRNEY@RC.COM RWILLI@RC.COM |
| COUNSEL TO BLS BRATTLEBORO LLC | ROETZEL & ANDRESS, LPA | TREARDON@RALAW.COM |
| COUNSEL TO FOREST VALLEY STATION LLC, ELEMENT FLEET CORPORATION, KENT HOLDING LLC AND, FIRST NORTHERN STAR LLC, FAMTAN LLC, MARY ANN GENUARIO, L/S 1200 INTREPID AVENUE, LP | SAUL EWING LLP | MONIQUE.DISABATINO@SAUL.COM JOHN.DEMMY@SAUL.COM |
| COUNSEL TO KYRA AND BENJAMIN MORROW, BRANDPOINT | SAXTON & STUMP, LLC | BSO@SAXTONSTUMP.COM |
| COUNSEL TO THE JACKSON INVESTMENT COMPANY, LLC AND MUSSO PROPERTIES | SCARINCI HOLLENBECK, LLC | DEDELBERG@SH-LAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AUDIOEC INC. D/B/A ARTCREATIVITY, AG WGI, LLC, CONFIGURE, INC. | SCHENCK, PRICE, SMITH & KING, LLP | FB@SPSK.COM |
| COUNSEL TO LEASE 2212 - 6330 KENWOOD AVE | SCHWARTZ & GREENBAUM, LLC | CMS@SGMDLAW.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION  NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION  PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO IMAGEONE INTERCO, LLC D/B/A IMAGEONE INDUSTRIES, LL | SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC | MDUBIN@SOGTLAW.COM WMAFFUCCI@SOGTLAW.COM |
| COUNSEL TO THE TRUSTEES FOR THE SENIOR SECURED NOTES | SEWARD & KISSEL LLP | HEWITT@SEWKIS.COM |
| COUNSEL TO DOVER MANAGEMENT CO. | SEYFARTH SHAW LLP | JYU@SEYFARTH.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CREDITOR RIZONA INC., RA2 WILDWOOD LLC AND RA2 LAKEHURST LLC | SHAPIRO, CROLAND, REISER, APFEL & DI LORIO, LLP | JDIIORIO@SHAPIROCROLAND.COM RSHAPIRO@SHAPIROCROLAND.COM |
| COUNSEL TO OPTIMAL INVESTMENT GROUP, INC | SHEPPARD MULLIN RICHTER & HAMPTON, LLP | SCAHILL@SHEPPARDMULLIN.COM |
| COUNSEL TO MASS JAZ LLC, ERX NETWORK HOLDINGS, INC. | SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM |
| COUNSEL TO PLAINTIFFS MARGARET BIANUCCI, KATHRYN EDWARDS, ERICA JUDKA, AND FAITH SPIKER IN THE CLASS ACTION AND ON BEHALF OF THE PRELIMINARILY APPROVED SETTLEMENT CLASS | SHUB JOHNS & HOLBROOK LLP | BJOHNS@SHUBLAWYERS.COM |
| COUNSEL TO MCKESSON CORPORATION | SIDLEY AUSTIN LLP | DTWOMEY@SIDLEY.COM |
| COUNSEL TO MCKESSON | SIDLEY AUSTIN LLP | AGUMPORT@SIDLEY.COM |
| COUNSEL TO MCKESSON CORPORATION | SIDLEY AUSTIN LLP | JKUSTER@SIDLEY.COM |
| CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SILLS CUMMIS & GROSS P.C | ASHERMAN@SILLSCUMMIS.COM BMANKOVETSKIY@SILLSCUMMIS.COM GKOPACZ@SILLSCUMMIS.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO NEW WAPPINGERS CENTERPOINT LLC, BLUMEL-211 ASSOCIATES, LLC, MARIST CENTERPOINT, LLC, GC MAIN STREET OWNERS LLC, MARKET SQUARE PLAZA I, LLC | SIRLIN LESSER & BENSON, P.C. | DPLON@SIRLINLAW.COM |
| COUNSEL TO IPSOS-INSIGHT, LLC AND IPSOS MMA, INC | SPENCER FANE LLP | JGWILLARD@SPENCERFANE.COM |
| COUNSEL TO 1.5L NOTES TRUSTEE, CSC DELAWARE TRUST COMPANY, AS SUCCESSOR TRUSTEE | SQUIRE PATTON BOGGS (US) LLP | JEFFREY.ROTHLEDER@SQUIREPB.COM |
| COUNSEL TO CSC DELAWARE TRUST COMPANY, AS SUCCESSOR TRUSTEE | SQUIRE PATTON BOGGS (US) LLP | NORMAN.KINEL@SQUIREPB.COM |
| COUNSEL TO CSC DELAWARE TRUST COMPANY, AS SUCCESSOR TRUSTEE | SQUIRE PATTON BOGGS (US) LLP | PETER.MORRISON@SQUIREPB.COM MAURA.MCINTYRE@SQUIREPB.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LEVIN MANAGEMENT CORPORATION, LS MORRELL LLC, SANTIAGO HOLDINGS II LLC, YOKO C GATES TRUST, JOSEPH MURPHY CORPORATION, FELOS ASSOCIATES LLC, ALD CAPITAL PA LLC, CONOPCO INC D/B/A UNILEVER NA, RAP DALLAS LP, RAP HAMLIN LP, SADG-1 LIMITED PARTNERS, SADG-3 LIMITED PARTNERSHIP, SADG-4 LIMITED PARTNERSHIP, THE LIBMAN COMPANY, ROBERT MARIN AND CELESET DE SCHULTHESS MARIN FAMILY TRUST, EDGEMARK LITTLETON, LLC, BETHEL PARK LIBRARY, LLC, RED LION BROADWAY, LLC, 569 BROADWAY ASSOCIATES, MT. LEBANON COOKE, LP, HARBOR CENTER PARTNERS, L.P. | STARK & STARK, PC | TONDER@STARK-STARK.COM JLEMKIN@STARK-STARK.COM |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US JMCHALE@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| COUNSEL TO KIN PROPERTIES, INC., FUNDAMENTALS COMPANY LLC, MASCOT LLC, MASUE LLC, MABY LLC, HILLSBOROUGH ASSOCIATES, JANESS ASSOCIATES, MUSUE LLC, BAYVIEW ASSOCIATES, NATHAN JEFFREY LLC, AND JASUE LLC | TAYMAN LANE CHAVERRI LLP | JRHODES@TLCLAWFIRM.COM |
| COUNSEL TO WESTMINSTER GRANITE MAIN LLC | TENENBAUM & SAAS, P.C. | BROST@TSPCLAW.COM |
| COUNSEL TO PETER ORTIZ | THE HINDS LAW GROUP, APC | JHINDS@HINDSLAWGROUP.COM |
| COUNSEL TO  TN DEPT OF REVENUE | TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | GINA.HANTEL@AG.TN.GOV |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, CHARTIS EXCESS LIMITED, AMERICAN HOME ASSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, COMMERCE AND INDUSTRY INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, AIU INSURANCE COMPANY, AIG SPECIALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD | TRIF & MODUGNO LLC | LMODUGNO@TM-FIRM.COM |
| COUNSEL TO SKYLINE ROCKY ROAD ACQUISITION, LLC | TROUTMAN PEPPER LOCKE LLP | DEBORAH.KOVSKY@TROUTMAN.COM |
| COUNSEL TO MARTIN PERRY, AS RECEIVER FOR 1700 MURRAY AVENUE, LLC | TUCKER ARENSBERG, P.C. | EPAPPAS@TUCKERLAW.COM |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | CRYSTAL.GEISE@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | MARY.SCHMERGEL@USDOJ.GOV |
| COUNSEL TO UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | RYAN.LAMB@USDOJ.GOV CRYSTAL.GEISE@USDOJ.GOV |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | JEFFREY.M.SPONDER@USDOJ.GOV LAUREN.BIELSKIE@USDOJ.GOV |
| COUNSEL TO 770 TAMALPAIS DRIVE, INC | VALINOTI, SPECTER & DITO, LLP | JDITO@VALINOTI-DITO.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| COUNSEL TO RED EAGLE MANAGEMENT LLC | WEBBER MCGILL LLC | DMCGILL@WEBBERMCGILL.COM |
| COUNSEL TO RARED JAFFREY, LLC, RARED ALLENSTOWN, LLC, RARED MANCHESTER NH, LLC | WEBER GALLAGHER, LLP | ASMALL@WGLAW.COM |
| COUNSEL TO HEIDI GONZALES | WENOKUR RIORDAN, PLLC | FAYE@WRLAWGROUP.COM |
| COUNSEL TO MAR-MART REALTY CO., INC | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | TDRAGHI@WESTERMANLLP.COM APONTRELLO@WESTERMANLLP.COM |
| COUNSEL TO GOOGLE LLC | WHITE AND WILLIAMS LLP | VANDERMARKJJ@WHITEANDWILLIAMS.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO TIJSMA, LLC | WILENTZ, GOLDMAN & SPITZER, P.A. | DSTEIN@WILENTZ.COM |
| CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, CHARTIS EXCESS LIMITED, AMERICAN HOME ASSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, COMMERCE AND INDUSTRY INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, AIU INSURANCE COMPANY, AIG SPECIALTY INSURANCE COMPANY, ILLINOIS NATIONAL INSURANCE COMPANY AND AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD | WILLKIE FARR & GALLAGHER LLP | BMILLER@WILLKIE.COM TGOREN@WILLKIE.COM JBURBAGE@WILLKIE.COM JGRABER@WILLKIE.COM MEMANOIL@WILLKIE.COM, JBAIO@WILLKIE.COM CSTJEANOS@WILLKIE.COM KHIGGINBOTHAM@WILLKIE.COM |
| COUNSEL TO SERIES IV, CHANNEL ISLAND BUSINESS MART, OF THE WOLF FAMILY SERIES, LP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | SARON@WRSLAWYERS.COM |
| COUNSEL TO AMERICAN GREETINGS CORP. AND ITS AFFILIATE PAPYRUS-RECYCLED GREETINGS, INC., FIVE BELOW, INC. | WOLLMUTH MAHER & DEUTSCH LLP | PDEFILIPPO@WMD-LAW.COM JLAWLOR@WMD-LAW.COM JPACELLI@WMD-LAW.COM NSERVIDER@WMD-LAW.COM |
| COUNSEL TO AMERICAN GREETINGS CORP. AND ITS AFFILIATE PAPYRUS-RECYCLED GREETINGS, INC., FIVE BELOW, INC. | WOLLMUTH MAHER & DEUTSCH LLP | PDEFILIPPO@WMD-LAW.COM JLAWLOR@WMD-LAW.COM JPACELLI@WMD-LAW.COM NSERVIDER@WMD-LAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CORVEL ENTERPRISE CLAIMS, INC. (F/K/A CORVEL ENTERPRISE COMP, INC.) | WOMBLE BOND DICKINSON (US) LLP | KEVIN.MANGAN@WBD-US.COM |
| COUNSEL TO BURLINGTON STORES, INC. | WOMBLE BOND DICKINSON (US) LLP | WOJCIECH.JUNG@WBD-US.COM |
| COUNSEL TO TRC MASTER FUND LLC | WOMBLE BOND DICKINSON (US) LLP | WOJCIECH.JUNG@WBD-US.COM EDWARD.SCHNITZER@WBD-US.COM |
| COUNSEL TO RWY TRUST | YODER & LANGFORD, P.C. | ROBERT@YODERLANGFORD.COM |