UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# NOTICE OF QUALIFIED BIDS AND VIRTUAL AUCTION

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief* [Docket No. 804] (the "Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on September 17, 2025, in accordance with the Order, the Debtors filed the *Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets* [Docket No. 2488] (the "Auction Notice").[2]

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline has passed and the Debtors have received one or more Qualified Bids for certain of the Specified Leases.

**PLEASE TAKE FURTHER NOTICE** that the Auction with respect to the Specified Leases identified on **Exhibit A**, attached hereto, will be held on **October 1, 2025 at 1:00 p.m. (prevailing Eastern Time)** via Zoom videoconference only.

**PLEASE TAKE FURTHER NOTICE** that, prior to the Auction, Qualified Bidders and relevant Lease Counterparties will receive instructions to attend the Auction via email**.**

**PLEASE TAKE FURTHER NOTICE** that all other dates, deadlines and procedures set forth in the Auction Notice shall remain in full force and effect.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Auction Notice.

**PLEASE TAKE FURTHER NOTICE** copies of the Auction Procedures, the Order, and the Auction Notice, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

Dated: September 29, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit A

### Amended Specified Leases

| # | Store # | Location Code | Location Address |
|---|---|---|---|
| 1 | 756A | 00756-2 | 4606 ADMIRAL PEARY HIGHWAY, EBENSBURG, PA, 15931 |