**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
dmcgill@webbermcgill.com
*Attorneys for Red Eagle Management LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>New Rite Aid, LLC, et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: October 20, 2025<br>Objection Deadline: October 13, 2025 |

**NOTICE OF MOTION OF RED EAGLE MANAGEMENT TO ALLOW AND COMPEL
PAYMENT OF ADMINISTRATIVE CLAIM FOR STUB RENT AND POST-PETITION
<u>UTILITY CHARGES</u>**

**PLEASE TAKE NOTICE** that on **October 20, 2025 at 10:00 a.m.**, Red Eagle Management LLC ("Movant"), by and through its undersigned counsel, shall move (the "Motion") before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 E. State Street, Courtroom No. 8, Trenton, New Jersey 08608 (the "Bankruptcy Court") for entry of an order allowing and compelling payment of an administrative claim for stub rent and utility charges.

**PLEASE TAKE FURTHER NOTICE** that the Movant will rely upon the Motion and Certification of Tyler Weber submitted herewith, papers filed in reply to any opposition, and arguments of counsel on the return date of the Motion. Oral argument is requested if a timely

objection to the Motion is filed. A proposed form of order granting the relief sought in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court, in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplementary Commentary") (the "General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and Supplemental Commentary, so as to be filed with the Bankruptcy Court and served on the undersigned no later than seven (7) days before the return date of the Motion..

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objection, the Motion may be deemed uncontested and the Bankruptcy Court may grant the relief requested in the Motion.

                                        **WEBBER MCGILL LLC**
                                        *Attorneys for Movant*

                                        By: */s/ Douglas J. McGill*
                                              Douglas J. McGill

Dated: September 30, 2025