**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
dmcgill@webbermcgill.com
*Attorneys for Red Eagle Management LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>New Rite Aid, LLC, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### ORDER ALLOWING ADMINISTRATIVE CLAIM OF RED EAGLE MANAGEMENT LLC FOR STUB RENT AND UTILITY CHARGES, AND COMPELLING PAYMENT OF SUCH CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

| | |
|---|---|
| Debtor: | New Rite Aid, LLC |
| Case No: | 25-14861 (MBK) |
| Caption of Order: | Order Allowing Administrative Claim of Red Eagle Management LLC For Stub Rent and Utility Charges, And Compelling Payment of Such Claim |

**THIS MATTER**, having been opened before this Court upon the motion (the "Motion") of Red Eagle Management LLC ("Red Eagle") for allowance and payment of an administrative claim for stub rent and post-petition utility charges; and good sufficient notice of the Moton having been given; and the Court having considered the Motion and any opposition thereto; and the Court having conducted a hearing on the Motion, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Red Eagle is hereby allowed an administrative claim, in the amount of $13,587.17.

3. The Debtor(s) shall pay $13,587.17 to Red Eagle in satisfaction of its administrative claim within ten (10) days after entry of this Order.