Anthony G. Brown, Attorney General of Maryland
James McHale, Assistant Attorney General (counsel of record)
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
jmchale@oag.state.md.us

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>NEW RITE AID, LLC, et al.,[1]<br><br>Debtors | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF HALEY VAN EREM

I, James McHale, a member of the bar of this Court, make this application for entry of an order approving admission of attorney Haley Van Erem, *pro hac vice*, to represent the State of Maryland in the above-referenced captioned Chapter 11 cases (collectively, the "Cases") and any related adversary proceedings.

This application is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey. In support of this application, counsel submits the attached Certification of Haley Van Erem, and requests the proposed Order be entered.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: September 30, 2025              Respectfully submitted,

/s/ *James M.C. McHale*
JAMES M.C. MCHALE
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
jmchale@oag.state.md.us