Anthony G. Brown, Attorney General of Maryland
James McHale, Assistant Attorney General (counsel of record)
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
jmchale@oag.state.md.us

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>NEW RITE AID LLC, et al.,[1]<br><br>Debtors | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATION OF HALEY VAN EREM IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Haley Van Erem, hereby certify the following:

1. I am the Unit Chief of the Opioids Enforcement Unit for the State of Maryland, a creditor in the above-captioned Chapter 11 cases (collectively, the "Cases"). My office is located at 200 St. Paul Place, Baltimore, Maryland, 21202. I make this Certification in support of my application to appear *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1, to represent the State of Maryland in the above-captioned case and any related adversary proceedings involving the State of Maryland.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. I am admitted, practicing, and in good standing as a member of the bar of the District of Columbia. I was admitted to the bar of the District of Columbia in 2017. I am also a member of the bar of the State of Florida, inactive status. I was admitted to the bar of the State of Florida in 2013. My application to the bar of the State of Maryland is pending.

3. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

4. I agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025                              Respectfully submitted,

/s/ *Haley Van Erem*
Haley Van Erem
Unit Chief, Opioids Enforcement Unit
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576- 6429
hvanerem@oag.state.md.us