Anthony G. Brown, Attorney General of Maryland
James McHale, Assistant Attorney General (counsel of record)
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
jmchale@oag.state.md.us

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>NEW RITE AID, LLC, et al.,[1]<br><br>Debtors | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SARAH A. ZADROZNY

PLEASE TAKE NOTICE that Sarah A. Zadrozny, Esq. hereby withdraws her appearance as counsel, *pro hac vice*, for creditor, the State of Maryland, and requests that she be removed from all service lists, including CM/ECF electronic service.

PLEASE TAKE FURTHER NOTICE that Haley Van Erem, Esq., *pro hac vice* pending, has been substituted as counsel, *pro hac vice*, for the State of Maryland.  James M.C. McHale will also continue to serve as counsel of record for the State of Maryland, which will therefore suffer no interruption in its representation in these cases.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: September 30, 2025

Respectfully submitted,

/s/ James M.C. McHale
JAMES M.C. MCHALE
SARAH A. ZADROZNY (*pro hac vice*)
HALEY VAN EREM (*pro hac vice* pending)
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6383
jmchale@oag.state.md.us