**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the landlords and their counsel (where available) with respect to unexpired leases (the "Leases") proposed to be assumed and assigned to Med One Pharmacy, Inc. under that certain Asset Purchase Agreement attached as Exhibit A to the Notice of Successful Bidder With Respect to Certain of the Debtors' Pharmacy Assets [Docket No. 1819]:

- Notice of Potentially Assumed Unexpired Leases customized to include the store number, store address, landlord related to the store, debtor counterparty related to the store, and proposed cure amount related to the store, a blank copy of which is attached hereto as **Exhibit A** (the "Cure Notice")

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: September 29, 2025

/s/ *Humas Ali*
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 29, 2025, by Humas Ali, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 17, 473, 1178, & 1819** |

**NOTICE OF POTENTIALLY ASSUMED UNEXPIRED LEASES**

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY
TO AN UNEXPIRED LEASE WITH ONE OR MORE OF THE
DEBTORS AS SET FORTH ON **EXHIBIT A** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that on May 21, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Auction and Bidding Procedures, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing (A) the Sale of Assets and (B) Shortened Notice With Respect Thereto, and (VII) Granting Related Relief*, [Docket No. 473] (the "Bidding Procedures Order") by which the Court approved procedures (such procedures, the "Bidding Procedures") for the sale or sales (each, a "Sale Transaction") of all, substantially all, or any portion of the Assets.[2]

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2025, the Court entered the *Order (I) Authorizing the Debtors to Enter Into and Perform Under the KPH Healthcare Services Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (IV) Granting Related Relief.* [Docket No. 1178] (the "Sale Order") authorizing the Debtors, in consultation with the Consultation Parties, to file one or more additional notices of successful bidder (each, an "Additional Notice of Successful Bidder").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on August 6, 2025, in accordance with the Sale Order and the Bidding Procedures Order, the Debtors filed the *Notice of Successful Bidder With Respect to Certain of the Debtors' Pharmacy Assets* [Docket No. 1819] declaring Med One Pharmacy Inc. as the successful bidder (the "Successful Bidder") for certain of the Debtors' Pharmacy Assets (the "Successful Bid").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Sale Order, the deadline to object to the Sale to the Successful Bidder is August 13, 2025.

**PLEASE TAKE FURTHER NOTICE** that, subject to (i) the approval of the Sale to the Successful Bidder and (ii) your right to object described below, pursuant to the Bidding Procedures, the Sale Order, and the terms of the APA, the Debtors **may** assume and assign to the Successful Bidder the unexpired lease(s) listed on **Exhibit A** to which you are a counterparty (each, a "Lease"). The Debtors have conducted a review of their books and records and have determined that the Cure Payments for unpaid monetary obligations under such Lease(s) are as set forth on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Payments, object to a proposed assignment to the Successful Bidder of any Lease, or dispute the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Lease (collectively, an "Assignment Objection"), your Assignment Objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Payments, state the correct Cure Payments alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (d) be filed with the Court and served and ***actually received* no later than August 20, 2025, at 5:00 p.m. (prevailing Eastern Time)** (the "Assignment Objection Deadline") by (i) the Bid Notice Parties, (ii) the Office of the United States Trustee for the District of New Jersey, (iii) counsel to the Official Committee of Unsecured Creditors, Willkie Farr & Gallagher LLP, (iv) the Successful Bidder, and (v) any other party that has filed a notice of appearance in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if an Assignment Objection is not filed by the Assignment Objection Deadline, then (a) you will be deemed to have stipulated that the Cure Payments, if any, as determined by the Debtors are correct and that there are no other defaults entitled to be cured in connection with the proposed assumption and assignment of your Lease, (b) you will be forever barred, estopped, and enjoined from asserting any additional Cure Payments are due under the Lease, and (c) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the proposed Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of any Lease or related Cure Payments in connection with the Successful Bid that otherwise complies with these procedures shall be heard at a later date as may be fixed by the Court, unless otherwise agreed by the Debtors and the non-Debtor Lease counterparty.

2

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Lease on this Contract Assumption Notice or any Supplemental Assumption Notice does not require or guarantee that such Lease will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Leases are reserved. Moreover, the Debtors explicitly reserve the right to seek to reject or assume each Lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Lease as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (a) alters in any way the prepetition nature of the Leases or the validity, priority, or amount of any claims of a counterparty to any Lease against the Debtors that may arise under such Lease, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of a counterparty to any Lease against the Debtors that may arise under such Lease.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Bidding Procedures Order, the Sale Order, and all documents filed in these chapter 11 cases are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930- 4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

Dated: August 6, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com
        svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas

3

New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**Exhibit A**

**Proposed Assumed and Assigned Unexpired Leases and Proposed Cure Payments**

| Store Number | Address | Landlord | Debtor Counterparty | Proposed Cure |
|---|---|---|---|---|
| | | | | |