**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF STIPULATION AND CONSENT ORDER BETWEEN THE DEBTORS AND REYES HOLDINGS, LLC AND ITS AFFILIATES TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned co-counsel, respectfully state the following in support of this application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC*

---

1  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*and its Affiliates to Modify Automatic Stay to Effect Setoff* (the "Stipulation and Consent Order"),[2] a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. On May 5, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Reyes Holdings, LLC is a large American food and beverage distributer and bottler. Reyes Holdings, LLC also conducts business through three affiliates: Harbor Distributing, LLC, Crest Beverage, LLC, and Reyes Coca-Cola Bottling, LLC (collectively, "Reyes Holdings").

3. Prior to the Petition Date, the Debtors would, from time to time and in the ordinary course of business, purchase food and beverage products from Reyes Holdings.

4. On November 14, 2023, as security for future purchases, the Debtors and Reyes Holdings (collectively, the "Parties") entered into a Form Trade Agreement whereby the Debtors agreed to establish a security deposit with Reyes Holdings of $1,000,000. The Debtors provided Reyes Holdings with the security deposit.

5. On January 11, 2024, the Parties entered into an Amendment to Trade Agreement, whereby the Debtors agreed to establish a supplemental security deposit with Reyes Holdings of $1,500,000 (together with the $1,000,000 security deposit, the "Security Deposits"). The aggregate amount of the Security Deposits held by Reyes Holdings as of the Petition Date was $2,500,000.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the proposed Stipulation and Consent Order.

6. On June 30, 2025, Reyes Holdings filed a proof of claim for goods sold to the Debtors in the amount of $1,896,243.86 [Claim No. 782] (the "POC").

7. On September 12, 2025, Reyes Coca-Cola Bottling filed a separate proof of claim in the amount of $415,251.30 [Claim No. 1798] (together with the POC, the "Claims").

8. The parties have agreed that Reyes Holdings will apply the Security Deposits to fully satisfy the Claims and return the net remaining balance of the Security Deposits to the Debtors. Upon satisfaction of the Claims by application of the Security Deposits, Reyes Holdings will have no further claims, including administrative claims under section 503(b)(9) of the Bankruptcy Code or otherwise, against the Debtors.

9. Reyes Holdings and the Debtors agree that they would both materially benefit from a modification of the automatic stay to allow Reyes Holdings to exercise its setoff rights and, in prompt fashion, pay the net remaining balance of the Security Deposits to the Debtors. Such a setoff and net payment would resolve, in an orderly and efficient manner, potential claim-related disputes between the Parties and return proceeds of the Security Deposits to the Debtors for the benefit of their estates.

10. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Stipulation and Consent Order, attached hereto as **Exhibit 1**. For the avoidance of doubt, the Debtors submit that the proposed Stipulation and Consent Order is in the best interest of the Debtors' estates.

11. No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Consent Order and grant such other or further relief as the Court deems just and appropriate under the circumstances.

Dated:  September 30, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

# Exhibit 1

**Proposed Stipulation and Consent Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# STIPULATION AND CONSENT ORDER BETWEEN THE DEBTORS AND REYES HOLDINGS, LLC AND ITS AFFILIATES TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The relief set forth on the following pages, numbered three (3) through six (6), is **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
   aeaton@paulweiss.com
   chopkins@paulweiss.com
   smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
   wusatine@coleschotz.com
   fyudkin@coleschotz.com
   svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)
Debtors: NEW RITE AID, LLC, *et al.*
Case No.: 25-14861 (MBK)
Caption of Order: Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff

This Stipulation and Consent Order is entered into by and among the Debtors and Reyes Holdings, LLC ("Reyes Holdings," on its own behalf and on behalf of its affiliates Harbor Distributing, LLC, Crest Beverage, LLC, and Reyes Coca-Cola Bottling, LLC, and collectively with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:[1]

## RECITALS

**WHEREAS**, on May 5, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, the Parties agreed that the Debtors would establish security deposits of $2,500,000 (the "Security Deposits").

**WHEREAS**, the Debtors provided Reyes Holdings with the Security Deposits in the aggregate amount of $2,500,000.

**WHEREAS**, the Parties agree that Reyes Holdings is owed $2,311,495.16 on account of goods provided prior to the Petition Date and related charges, broken down as follows: $1,896,243.86 owed to Harbor Distributing, LLC and Crest Beverage, LLC, and $415,251.30 owed to Reyes Coca-Cola Bottling, LLC (the "Claims").

**WHEREAS**, the Parties agree that Reyes Holdings shall apply the Security Deposits to satisfy the Claims and the Parties stipulate to modification of the automatic stay under Bankruptcy Code § 362(a) to allow such application of the Security Deposits to the Claims.

**WHEREAS**, Reyes Holdings shall return the net balance of the Security Deposits in the

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff |

amount of $188,504.84 to the Debtors not later than five (5) business days after entry of the Bankruptcy Court order approving this Stipulation.

**WHEREAS**, the Debtors, in their business judgment, believe the Stipulation and Consent Order is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Reyes Holdings' setoff rights, and payment of the Claims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND, IT IS HEREBY ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. Effective as of the date the Court enters this Stipulation and Consent Order, the Claims shall be fixed at $2,311,495.16.

3. The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Reyes Holdings to set off the Claims against the Security Deposits. The net effect of such set off results in Reyes Holdings owing the Debtors $188,504.84.

4. Within five (5) business days of the Court approving this Stipulation and Consent Order, Reyes Holdings shall pay the Debtors the net balance of the Security Deposits in the amount of $188,504.84 in accordance with payment instructions to be provided by the Debtors.

5. Except as expressly provided herein, the terms of this Stipulation and Consent Order are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Reyes Holdings on the one hand and the Debtors and the Debtors'

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al.*
Case No.: 25-14861 (MBK)
Caption of Order: Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff

bankruptcy estates on the other hand, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods provided by Reyes Holdings to any of the Debtors; *provided*, *however*, the foregoing shall not release or otherwise impact the Parties' rights, claims, and obligations under this Stipulation and Consent Order. For the avoidance of doubt, the foregoing release shall include any and all administrative claims that Reyes Holdings has or may have against the Debtors under section 503(b)(9) of the Bankruptcy Code or otherwise.

6. The Parties acknowledge that this Stipulation and Consent Order is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Consent Order.

7. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation and Consent Order. Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation and Consent Order.

8. The terms and provisions contained within this Stipulation and Consent Order shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

(Page | 6)
Debtors:                NEW RITE AID, LLC, *et al*.
Case No.:               25-14861 (MBK)
Caption of Order:       Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff

9. This Stipulation and Consent Order sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

10. Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation and Consent Order will be immediately effective and enforceable upon its entry. The Debtors and Reyes Holdings are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Consent Order.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation and Consent Order as of the date first set forth below.

**ACCEPTED AND AGREED:**

Dated:  September 30, 2025

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **BORGES & ASSOCIATES LLC** |
| */s/ Michael D. Sirota* | */s/ Sue L. Chin* |
| Michael D. Sirota, Esq. | Sue L. Chin, Esq. |
| Warren A. Usatine, Esq. | 575 Underhill Boulevard, Suite 118 |
| Felice R. Yudkin, Esq. | Syosset, NY 11791 |
| Seth Van Aalten, Esq. (admitted *pro hac vice*) | Telephone:     (516) 667- 8200 |
| Court Plaza North, 25 Main Street | Email:  schin@borgeslawllc.com |
| Hackensack, New Jersey 07601 | |
| Telephone:     (201) 489-3000 | *COUNSEL TO REYES HOLDINGS* |
| msirota@coleschotz.com | |
| wusatine@coleschotz.com | |
| fyudkin@coleschotz.com | |
| svanaalten@coleschotz.com | |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990
   arosenberg@paulweiss.com
   aeaton@paulweiss.com
   chopkins@paulweiss.com
   smitchell@paulweiss.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*