**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF COMBINED HEARING / DISMISSAL HEARING AND DATES BY WHICH TOGGLE NOTICE, CONFIRMATION ORDER, DISMISSAL ORDERS, AND PLAN SUPPLEMENT SHALL BE FILED IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that on September 22, 2025, the Court[2] entered an order [Docket No. 2535] (the "Disclosure Statement Order"): (a) authorizing New Rite Aid, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2517] (as modified, amended, or supplemented from time to time, the "Plan"); (b) conditionally approving the *First Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2518] (as modified, amended, or supplemented from time to time, the "Disclosure

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

Statement"); (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan, or, in the event the Debtors determine to seek entry of the Dismissal Orders, scheduling certain dates with respect to the dismissal of these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Order established **September 26, 2025 at 4:00 p.m. (prevailing Eastern Time)** as the deadline by which the Debtors shall file and serve a notice indicating whether they will pursue confirmation of the Plan or, alternatively, seek dismissal of these Chapter 11 Cases (the "Toggle Notice").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Order established **September 29, 2025 at 4:00 p.m. (prevailing Eastern Time)** as the deadline by which the Debtors shall file a draft confirmation order (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Order established **September 30, 2025 at 4:00 p.m. (prevailing Eastern Time)** as the deadline by which the Debtors shall file the plan supplement (the "Plan Supplement") and proposed dismissal orders (the "Dismissal Orders," together with the Toggle Notice, Confirmation Order, and Plan Supplement, the "DS Order Documents").

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Order established **October 20, 2025 at 9:00 a.m. (prevailing Eastern Time)** as the date on which the Combined Hearing / Dismissal Hearing shall be held.

**PLEASE TAKE FURTHER NOTICE** that, on September, 26, 2025, the Debtors filed the *Notice of Extension of Date By Which Toggle Notice Shall Be Filed* [Docket No. 2579] extending, pursuant to paragraph 9 of the Disclosure Statement Order, the deadline to file the Toggle Notice to **September 30, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to pursuant to paragraphs 7 and 9 of the Disclosure Statement Order, the Debtors hereby file notice that they are adjourning the Combined Hearing / Dismissal Hearing, and the deadline to file the DS Order Documents, to a **date to be determined**. The Debtors may file a subsequent notice establishing new deadlines for filing of the DS Order Documents, setting the date for the Combined Hearing / Dismissal Hearing, as applicable, and establishing filing and objection deadlines related thereto, in consultation with the U.S. Trustee, McKesson, the Committee, and the DIP Agents.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, Disclosure Statement, Disclosure Statement Order, solicitation materials, and subsequent filings are available free of charge at https://restructuring.ra.kroll.com/RiteAid2025 or by contacting Kroll Restructuring Administration LLC at (888) 575-9318 (U.S./Canada, toll free), +1 (646) 930-4577 (international), by email at RiteAid2025Info@ra.kroll.com, or by writing to New Rite Aid, LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights as set forth in the Disclosure Statement Order, Plan, and applicable law, including the right to further amend, supplement, or modify the Plan and solicitation procedures in accordance therewith.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 30, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
 wusatine@coleschotz.com
 fyudkin@coleschotz.com
 svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com
 aeaton@paulweiss.com
 chopkins@paulweiss.com
 smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

4