**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

## OMNIBUS NOTICE OF HEARING REGARDING
## OBJECTIONS TO REJECTION NOTICES

**PLEASE TAKE NOTICE** that on June 9, 2025, the United States Bankruptcy Court for the District of New Jersey entered the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 776] (the "Rejection Procedures Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). [2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures Order, the Debtors are authorized to and have filed various Rejection Notices and parties have filed certain objections, identified on **Schedule A** attached hereto (the "Objections"), to the Rejection Notices.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]    Capitalized terms used but not defined in this notice have the meanings given to them in the Rejection Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures Order, if the Debtors are unable to resolve an objection the Debtors are authorized to file a notice of hearing to consider the objection on not less than ten (10) calendar days' notice. *See* Rejection Procedures Order, ¶ 2.e.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby provide notice that a hearing to consider the Objections will be held on **October 10, 2025 at 10:00 a.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** copies of the Rejection Procedures Order, the Rejection Notices, and the Objections, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

*[Remainder of Page Intentionally Left Blank.]*

Dated:  September 30, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:      arosenberg@paulweiss.com
            aeaton@paulweiss.com
            chopkins@paulweiss.com
            smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

## <u>Schedule A</u>

### Objections

- Reservation of Rights of RAP Smyrna, LLC and RAP East Market York, LLC to the Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1780]

- Objection, Joinder, and Reservation of Rights of Landlord, AG WGI, LLC Regarding Debtors Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1790]

- Limited Objection and Reservation of Rights of Landlord, Washington Town Center, LLC, in Response to Debtors' Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1783]

- Limited Objection and Reservation of Rights of Landlord, 4151 White Plains Road LLC, in Response to Debtors' Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2202]

- Amended Limited Objection and Reservation of Rights of Landlord, Gitomer Family Realty LLC to Debtors' Thirtieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2292, amending Docket No. 2264]

- Objection and Reservation of Right of Schwartz Halfmoon Associates, LLC to Thirty-First Notice of Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 2334]

- Limited Objection and Reservation of Rights of Landlord, RWY Trust, in Response to Debtors' Thirty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2299]