| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **COLE SCHOTZ P.C.** |
| Andrew N. Rosenberg (admitted *pro hac vice*) | Michael D. Sirota, Esq. |
| Alice Belisle Eaton (admitted *pro hac vice*) | Warren A. Usatine, Esq. |
| Christopher Hopkins (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Sean A. Mitchell (admitted *pro hac vice*) | Seth Van Aalten, Esq. (admitted *pro hac vice*) |
| 1285 Avenue of the Americas | Court Plaza North, 25 Main Street |
| New York, New York 10019 | Hackensack, New Jersey 07601 |
| Telephone: (212) 373-3000 | Telephone: (201) 489-3000 |
| Facsimile: (212) 757-3990 | msirota@coleschotz.com |
| arosenberg@paulweiss.com | wusatine@coleschotz.com |
| aeaton@paulweiss.com | fyudkin@coleschotz.com |
| chopkins@paulweiss.com | svanaalten@coleschotz.com |
| smitchell@paulweiss.com | |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the August 1, 2025 through August 31, 2025, monthly fee statement [Docket No. 2473] (the "Monthly Fee Statement") of Alvarez & Marsal North America, LLC ("A&M"), filed on September 16, 2025, were to be filed and served not later than September 30, 2025. I, Marc Liebman, certify that, as of October 1, 2025, I have

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2

reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.


DATED:      October 1, 2025                    */s/ Marc Liebman*
                                               Marc Liebman
                                               Managing Director
                                               Alvarez & Marsal North America, LLC