**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## THIRD SUPPLEMENTAL NOTICE OF SUCCESSFUL
## AND BACKUP BIDDERS WITH RESPECT TO THE AUCTION
## OF CERTAIN OF THE DEBTORS' FEE OWNED PROPERTIES

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. [804] (the "Order")[2] by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction") for the sale of certain fee owned property (each, a "Fee Owned Property"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on August 1, 2025 pursuant to the Order, the Debtors conducted the Auction with respect to certain of the Fee Owned Properties.

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2025, the Debtors filed the *Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property* [Docket No. 1788] disclosing the results of the Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, on October 1, 2025, the Debtors continued the Auction (the "Continued Auction") solely for the purposes of securing viable Backup Bidders for certain of the Debtors' Fee Owned Properties.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Continued Auction, the Debtors selected the following Backup Bidders with respect to each of the Fee Owned Properties listed on Exhibit A attached hereto.  The Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Fee Owned Property set forth on

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Order.

Exhibit A shall be sold effective as of the date set forth in each applicable Asset Purchase Agreement (the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be scheduled, if necessary, subject to the Court's availability.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures and the Order, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http:// www.njd.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 2, 2025

_/s/ Michael D. Sirota_
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted _pro hac vice_)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:       msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com
             svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted _pro hac vice_)
Alice Belisle Eaton (admitted _pro hac vice_)
Christopher Hopkins (admitted _pro hac vice_)
Sean A. Mitchell (admitted _pro hac vice_)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:       arosenberg@paulweiss.com
             aeaton@paulweiss.com
             chopkins@paulweiss.com
             smitchell@paulweiss.com

_Co-Counsel to the Debtors and_
_Debtors in Possession_

**EXHIBIT A**

| Store No.[1] | Address | Successful Bidder | Successful Bid Amount | Backup Bidder | Backup Bid Amount |
|---|---|---|---|---|---|
| 1936 | 2017-2023 South Broad Street, Philadelphia, Pennsylvania | Capital D Acquisitions | $2,600,000 | Bin Mai | $1,750,000 |
| 3325 | 1443 South Seventh Street, Philadelphia, Pennsylvania | Capital D Acquisitions | $2,500,000 | Chan 8 Enterprises LLC | $1,250,000 |

---

[1]   This Notice shall supersede the *Notice of Successful and Backup Bidder[s] with Respect to the Auction of Certain of the Debtors' Fee Owned Property* [Docket No. 1788] with respect to the Fee Owned Properties listed herein.