Caption in Compliance with D.N.J. LBR 9004-1(b)

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on October 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## STIPULATION AND CONSENT ORDER BY AND BETWEEN THE DEBTORS AND 508 MONROE TURNPIKE LLC CONFIRMING PREPETITION LEASE TERMINATION AND SURRENDER OF PREMISES

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

**DATED: October 3, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
   aeaton@paulweiss.com
   chopkins@paulweiss.com
   smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
   wusatine@coleschotz.com
   fyudkin@coleschotz.com
   svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption Of Order: | Stipulation and Consent Order by and Between the Debtors and 508 Monroe Turnpike LLC Confirming Prepetition Lease Termination and Surrender of Premises |

This Stipulation and Consent Order (the "**Stipulation**") is entered into by and between the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and 508 Monroe Turnpike LLC (the "**Landlord**" and together with the Debtors, the "**Parties**"), and the Parties hereby stipulate and agree as follows:

## RECITALS

**WHEREAS,** on May 5, 2025 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

**WHEREAS,** prior to the Petition Date, Debtor Maxi Drug, Inc. (the "**Maxi Drug**") and 508 Monroe Turnpike, LLC (the "**Landlord**") entered into a Ground Lease dated February 4, 2002 (the "**Ground Lease**") relating to the certain premises located at 508 Monroe Turnpike, Monroe, CT (the "**Premises**") at which the Debtors operated Store No. 10369.

**WHEREAS,** on June 20, 2024, Maxi Drug and Landlord entered into an Amendment to Lease (the "**Lease Amendment**" and together with the Ground Lease, the "**Lease**").

**WHEREAS,** on April 16, 2025, the Landlord sent a letter to Maxi Drug providing written notice pursuant to Article 20 (DEFAULT) subsection 20.2 Landlord's Remedies subsection (a) terminating the Lease effective June 30, 2025 (the "**Lease Termination Effective Date**").

**WHEREAS**, although the Lease Termination Effective Date occurred after the Petition Date, the automatic stay set forth in section 362(a) of the Bankruptcy Code does not stay the expiration of the term and the Lease was terminated on the Lease Termination Effective Date.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption Of Order: | Stipulation and Consent Order by and Between the Debtors and 508 Monroe Turnpike LLC Confirming Prepetition Lease Termination and Surrender of Premises |

**WHEREAS**, following the Lease Termination Effective Date, the Debtors continued to use and occupy the Premises through August 31, 2025, at 11:59 p.m. (the "**Surrender Effective Date**"), and continued to pay the Landlord for the use and occupancy of the Premises through that time.

**WHEREAS**, the Debtors and the Landlord have mutually agreed that (i) any rights that the Debtors held under the Lease and/or to the Premises are and have been terminated as of the Surrender Effective Date and (ii) the Landlord shall be permitted to reoccupy the Premises, to the exclusion of the Debtors, effective as of the Surrender Effective Date.

**WHEREAS**, the Landlord agrees that the Debtors do not owe any additional amounts with respect to rent for the period from the Petition Date, through and including the Lease Termination Date, or any amounts on account of the use and occupancy of the Premises from the Lease Termination Date through the Surrender Effective Date, and have no further claims against the Debtors for the post-Petition Date period, whether under sections 365(d)(3) or 503(b)(1), or otherwise.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS.**

1. Any rights that the Debtors held under the Lease and/or to the Premises are and have been terminated as of the Surrender Effective Date.

2. The Landlord shall be permitted to reoccupy the Premises, to the exclusion of the Debtors, effective as of the Surrender Effective Date.

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption Of Order: Stipulation and Consent Order by and Between the Debtors and 508 Monroe Turnpike LLC Confirming Prepetition Lease Termination and Surrender of Premises

3. Any or real personal property that may be located on the Premises is deemed abandoned pursuant to Section 554 of the Bankruptcy Code as of the Surrender Effective Date and Landlord is permitted, in its sole discretion and without further notice to Debtors or third parties, to utilize and/or dispose of such Property without liability, and to the extent applicable the automatic stay is modified for such disposition.

4. Any and all claims arising under or relating to the Lease against the Debtors and their estates, other than those available under section 502(b)(6) of the Bankruptcy Code, are hereby waived and released.

5. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

6. The Parties acknowledge that this Stipulation is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation.

7. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

8. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon approval by the Court.

9. The Court retains sole and exclusive jurisdiction with respect to the enforcement, interpretation, and implementation of this Stipulation.

**IN WITNESS WHEREOF,** and in agreement herewith, the Parties have executed and delivered this Stipulation as of the date first set forth below.

Dated: September 24, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted pro hac vice)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted pro hac vice)
Alice Belisle Eaton (admitted pro hac vice)
Christopher Hopkins (admitted pro hac vice)
Sean A. Mitchell (admitted pro hac vice)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

/s/ *Stuart L. Kossar*
**NORRIS MCLAUGHLIN P.A.**
Stuart L. Kossar
7 Times Square
21st Floor
New York, NY 10036
Telephone: 212.808.0844
Email: slkossar@norris-law.com

*Counsel to 508 Monroe Turnpike LLC*