| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **SAUL EWING LLP** |
| Turner N. Falk, Esq. |
| 1500 Market Street, 38th Floor |
| Centre Square West |
| Philadelphia PA 19102 |
| (215) 972-8415 |
| turner.falk@saul.com |
| *Counsel for H.K.N. IV, LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date**: Oct. 27, 2025 at 10:00 a.m. EST<br><br>**Objections Due**: Oct. 20, 2025 |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF**

**PLEASE TAKE NOTICE** that on **October 27, 2025 at 10:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, the above-captioned debtors (the "Debtors"), by and through their undersigned counsel, will move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom #8, for entry of an order granting

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

56221137.3

Notice of Moto=ion    Page 2 of 3

the *Motion for Entry of an Order (A) Granting an Allowed Administrative Expense for Post-Petition Lease Obligations, and (B) Compelling Immediate Payment Thereof* (the "Motion") filed by H.K.N. IV, LLC (the "Landlord").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Landlord shall rely upon the Motion submitted concurrently herewith and the declaration and exhibit thereto. The Landlord submits that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2 by **October 20, 2025**.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

[*Remainder of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated: October 6, 2025   By: */s/ Turner N. Falk*
  **SAUL EWING LLP**
  Turner N. Falk, Esq.
  1500 Market Street, 38th Floor
  Centre Square West
  Philadelphia PA 19102
  (215) 972-8415
  turner.falk@saul.com
  *Counsel for H.K.N. IV, LLC*

56221137.3