| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1500 Market Street, 38th Floor<br>Centre Square West<br>Philadelphia PA 19102<br>(215) 972-8415<br>turner.falk@saul.com<br>*Counsel for H.K.N. IV, LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

56221137.3

Debtors: NEW RITE AID, LLC, *et al*.
Case No. 25-14861 (MBK)
Caption of Order:  ORDER GRANTING MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF

Upon Consideration of the *Motion for Entry of an Order (A) Granting an Allowed Administrative Expense for Post-Petition Lease Obligations, and (B) Compelling Immediate Payment Thereof* (the "Motion")[2] filed by H.K.N. IV, LLC (the "Landlord"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that it is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that all of the requirements of sections 365(d)(3) of the Bankruptcy Code as well as the Federal Rules of Bankruptcy Procedure are met and the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and it further appearing that the relief sought herein is reasonable and necessary; and that the notices of the Motion were appropriate; and after due deliberation and sufficient and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Landlord is ALLOWED an administrative expense for the Total Lease Obligations in the amount of $70,416.46.

3. The Debtor shall pay the Landlord the allowed administrative expense of $70,416.46 within seven days of the date of this Order.

---

[2] Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Motion.

2

56221137.3

Debtors: NEW RITE AID, LLC, *et al*.
Case No. 25-14861 (MBK)
Caption of Order: ORDER GRANTING MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

56221137.3