# Resident Ledger

**RITE AID - STORE #05985**
**ATTN: LAWRENCE GELMAN**
**P.O. BOX 3165**
**HARRISBURG, PA, 17105**

| | |
|---|---|
| Date: | 10/01/2025 |
| Resident Code: | t0020574 |
| Property: | r4810200 |
| Unit: | 1029 |
| Status: | Current |
| Rent: | $0.00 |
| Deposit: | |
| Move In Date: | 04/28/2011 |
| Move Out Date: | 01/01/0001 |
| Due Day: | 1 |
| Tel Num(Office): | (717) 761-2633 |
| Tel Num(Home): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | (23,143.47) | 0.00 | (23,143.47) |
| 01/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 2,066.82 |
| 01/06/25 | 10625W | 0.00 | 25,210.29 | (23,143.47) |
| 01/15/25 | Q4 2024 CAM Rec | 15,344.27 | 0.00 | (7,799.20) |
| 01/22/25 | Reverse Q4 2024 CAM Rec | (15,344.27) | 0.00 | (23,143.47) |
| 02/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 2,066.82 |
| 02/05/25 | 20525W | 0.00 | 25,210.29 | (23,143.47) |
| 02/24/25 | 1st Inst. 24-25 RE Tax Reverse | (39,836.33) | 0.00 | (62,979.80) |
| 02/24/25 | 1st Inst. 24-25 RE Tax Prorated 7/1/24-9/2/24 | 13,856.11 | 0.00 | (49,123.69) |
| 02/24/25 | Adjust Q3 2024 CAM Rec Reversal | 161.07 | 0.00 | (48,962.62) |
| 02/24/25 | Q3 2024 CAM Rec 7/1/24-9/02/24 | 10,618.89 | 0.00 | (38,343.73) |
| 03/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | (13,133.44) |
| 03/01/25 | 0 - PY Charge Real Estate Tax (01/2024 - 12/2024) | (0.02) | 0.00 | (13,133.46) |
| 03/07/25 | 30725W - 03/07/25 Wire | 0.00 | 25,210.29 | (38,343.75) |
| 03/07/25 | Adjust Base Rent-January 2024 | 8,235.89 | 0.00 | (30,107.86) |
| 03/07/25 | Adjust Base Rent-February 2024 | 8,235.89 | 0.00 | (21,871.97) |
| 03/07/25 | Adjust Base Rent-March 2024 | 8,235.89 | 0.00 | (13,636.08) |
| 03/07/25 | Adjust Base Rent-April 2024 | 8,235.89 | 0.00 | (5,400.19) |
| 03/07/25 | Adjust Base Rent-May 2024 | 8,235.89 | 0.00 | 2,835.70 |
| 03/07/25 | Adjust Base Rent-June 2024 | 8,235.89 | 0.00 | 11,071.59 |
| 03/07/25 | Adjust Base Rent-July 2024 | 8,235.89 | 0.00 | 19,307.48 |
| 03/07/25 | Adjust Base Rent-August 2024 | 8,235.89 | 0.00 | 27,543.37 |
| 03/07/25 | Adjust Base Rent-September | 549.06 | 0.00 | 28,092.43 |
| 03/07/25 | Reverse Rent Abatement-Sept 2024 | 23,529.60 | 0.00 | 51,622.03 |
| 03/07/25 | Reverse Q1 2024 CAM Rec | (11,293.30) | 0.00 | 40,328.73 |
| 03/07/25 | Reverse Q2 2024 CAM Rec | (14,603.98) | 0.00 | 25,724.75 |
| 03/07/25 | Reverse 2nd 23-24 Taxes | (39,533.25) | 0.00 | (13,808.50) |
| 03/07/25 | Reverse 1st Install Prorated Taxes | (13,856.11) | 0.00 | (27,664.61) |
| 03/07/25 | Reverse Q3 2024 CAM Rec | (10,618.89) | 0.00 | (38,283.50) |
| 04/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | (13,073.21) |
| 05/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 12,137.08 |
| 06/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 37,347.37 |
| 07/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 62,557.66 |
| 08/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 87,767.95 |
| 08/06/25 | 80625W | 0.00 | 20,784.59 | 66,983.36 |
| 09/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 92,193.65 |

# Resident Ledger

| | |
|---|---|
| Date: | 10/01/2025 |
| Resident Code: | t0020574 |
| Property: | r4810200 |
| Unit: | 1029 |
| Status: | Current |
| Rent: | $0.00 |
| Deposit: | |
| Move In Date: | 04/28/2011 |
| Move Out Date: | 01/01/0001 |
| Due Day: | 1 |
| Tel Num(Office): | (717) 761-2633 |
| Tel Num(Home): | |

**RITE AID - STORE #05985**
**ATTN: LAWRENCE GELMAN**
**P.O. BOX 3165**
**HARRISBURG, PA, 17105**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 10/01/25 | 0 - Base Rent Retail | 25,210.29 | 0.00 | 117,403.94 |

| Current | 30 Days | 60 Days | Over 90 | Current Owed |
|---|---|---|---|---|
| 50,420.58 | -20,784.59 | 25,210.29 | 62,557.66 | 117,403.94 |