**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:    (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:    (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>**October 9, 2025 at __:__ _.m. E.T.** |

**DECLARATION OF ROGER D. STRODE IN SUPPORT OF CVS PHARMACY INC.'S EMERGENCY MOTION TO ENFORCE SALE ORDER AND COMPEL PERFORMANCE BY DEBTORS UNDER THE PNW APA**

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

I, Roger D. Strode, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner at Foley & Lardner LLP ("Foley"), 321 North Clark Street, Suite 2800, Chicago, IL 60654, and am over the age of eighteen (18).

2. I submit this Declaration (this "Declaration") in support of *CVS Pharmacy Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the PNW APA* (the "Emergency Motion").[2]

3. Except as otherwise indicated herein, all facts set forth in this Declaration are based on my personal knowledge. If I were called to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on CVS's behalf.

4. The last Closing Date under the PNW APA occurred on September 30, 2025.

5. In June of 2025, the Debtors acknowledged their Insurance Obligation but indicated to CVS that they would not comply with it and that they intended to breach the PNW APA. Attached hereto as Exhibit 1 is a true and correct copy of the follow-up email that I sent to Debtors' counsel regarding this issue on June 30, 2025.

6. On July 11, 2025, I sent a letter to Debtors' counsel, on behalf of CVS, notifying the Debtors of CVS's concerns that Debtors would breach § 6.7 and seeking the Debtors' assurances that they "intend[ed] to comply with [their] obligations under Section 6.7 of the PNW APA to maintain or procure and maintain the required druggist liability coverage." Attached hereto as Exhibit 2 is a true and correct copy of my July 11, 2025 letter.

7. In response to my July 11, 2025 letter, Debtors' counsel again acknowledged

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Emergency Motion.

Debtors' awareness of their Insurance Obligation, which they confirmed "begin[s] upon 'the last Closing Date.'" They further assured CVS's counsel that "[t]here is no current or anticipatory breach of this provision of the APA." Attached hereto as <u>Exhibit 3</u> is the letter I sent to Debtors' counsel, dated August 7, 2025, which reflects Debtors' July acknowledgement of their Insurance Obligation, and contains my additional request to Debtors' counsel "promptly advise CVS of [Debtors'] compliance with [their] obligations under Section 6.7 and provide CVS with reasonable evidence of such compliance including, for example, communication from an insurer indicating that such coverage has been bound or, in the alternative, a copy of such policy coverage."

8. On September 12, 2025, in response to my August 7, 2025 letter, Debtors' counsel sent me an email stating that "Rite Aid is still considering its options with respect to this matter" of the Insurance Obligation. A true and correct copy of this email is attached hereto as <u>Exhibit 4</u>.

9. CVS was led to believe that the Debtors had obtained a quote for a three-year tail policy from Lloyds of London, and, on September 23, 2025, CVS, through my Foley bankruptcy attorney colleague, Geoffrey S. Goodman, requested of Debtors' counsel, "as soon as possible [] evidence of the tail insurance coverage through either a certificate of insurance showing the terms and conditions or the insurance binder." A true and correct copy of Attorney Goodman's email to Debtors' counsel is attached hereto as <u>Exhibit 5</u>.

10. No such evidence was forthcoming from Debtors. To date, Debtors have not provided any evidence that they have extended or procured insurance consistent with their Insurance Obligation. Rather, communications from Debtors' counsel in October – after the last Closing Date – admitted that Debtors have *not* renewed their existing insurance, *nor* have they purchase tail insurance as required by § 6.7. Accordingly, Debtors have not complied with the Insurance Obligation and are in breach of the PNW APA.

    I declare under penalty of perjury that the forgoing is true and correct.

Executed on October 6, 2025.

                                */s/ Roger D. Strode*
                                Roger D. Strode

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a true and correct redacted copy of the foregoing document was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases and a true and correct unredacted copy of the foregoing document was sent via email upon the parties below as indicated:

| | |
|---|---|
| **COLE SCHOTZ, P.C.**<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirosta, Esq.;<br>Warren A. Usatine, Esq.;<br>Felice R. Yudkin, Esq.;<br>Seth Van Aalten, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Counsel to the Debtors* | **OFFICE OF THE UNITED STATES TRUSTEE**<br>**UNITED STATES TRUSTEE, REGION 3**<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102-5504<br>Attn: Jeffrey M. Sponder<br>Lauren Bielskie<br>Jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br><br>*U.S. Trustees' Counsel* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Andrew N. Rosenberg;<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Alison R. Benedon<br>Brian S. Hermann; Christopher Hopkins<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br>abenedon@paulweiss.com<br><br>*Counsel to the Debtors* | **GREENBERG TRAURIG, LLP**<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody, Esq.<br>brodya@gtlaw.com<br><br>*Co-counsel to Bank of America, N.A., as DIP Agent* |

**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Attn: John F. Ventola, Esq.
Mark Edgarton, Esq.
J.P. Jaillet, Esq.
Jonathan D. Marshall, Esq.
jventola@choate.com
gedgarton@choate.com
jjaillet@choate.com
jmarshall@choate.com

*Co-Counsel to Bank of America, N.A., as DIP Agent*

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019-6099
Attn: Brett H. Miller, Esq.
Todd M. Goren, Esq.
James H. Burbage, Esq.
D. Graber, Esq.
bmiller@willkie.com
tgoren@willkie.com
jburbage@willkie.com
jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Attn: Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

_s/ Anne B. Sekel_