# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Strode, Roger D. |
| **To:** | Spelman, Megan; Polani, Guy |
| **Cc:** | Watkins, Michael J.; Zaitlin, Hannah E.; Bell, Karen Z; Jordan, Brenna B.; Crisp, Florence A.; Goodman, Geoff; Khatchatourian, Emil |
| **Subject:** | Requested Waiver of Covenant Under Section 6.7 of Asset Purchase Agreement |
| **Date:** | Monday, June 30, 2025 4:37:32 PM |

Megan,

This is a follow up to Rite Aid Drugs' request for a waiver of its obligation to acquire tail coverage for druggist liability under the terms of the Asset Purchase Agreement.

CVS is considering this request, but since the obligation is contractual, and a failure to comply with it would be a breach of a covenant, and would trigger indemnification obligations and rights should CVS incur any losses due to such breach CVS wants to ensure that Rite Aid is aware that it is reserving its right to enforce this provision, or seek indemnification by reason of any breach thereof.

Please consider this notice as required under the Asset Purchase Agreement. If you'd rather we send a more formal notice, please advise promptly. Should I not hear from you we will assume your assent and receipt of this notice.

If you'd like to discuss further, please call me, or send me an email and we can jump on a call.

Best regards and thank you, Megan,

Roger