# **EXHIBIT 2**



321 N CLARK ST.
SUITE 3000
CHICAGO, IL  60654-4762
312.832.4500 TEL
312.832.4700 FAX
FOLEY.COM

WRITER'S DIRECT LINE
312.832.4565
rstrode@foley.com

July 11, 2025

**Via Email & Federal Express**

Ms. Megan Spelman
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Dear Megan:

This letter comes to you on behalf of our client CVS Pharmacy, Inc., under the terms of the various asset purchase agreements by and between CVS Pharmacy, Inc. ("CVS") and New Rite Aid, LLC ("RAD"), specifically, (i) that certain Asset Purchase Agreement, dated as of May 15, 2025 by and between CVS Pharmacy, Inc., and certain "Designated Purchasers" and New Rite Aid, LLC with respect to certain Store Buy Locations and File Buy Locations located in Idaho, Washington and Oregon (the "PNW APA"), (ii) that certain Purchase and Sale Agreement, dated as of May 15, 2025, by and among Thrifty Payless, Inc. (collectively with the entities listed under the header "Sellers" on the signature page thereto) and CVS (collectively with the "Buyer Legal Entities" designated on Schedule A thereto) (the "CA File Buy APA"), (iii) that certain Purchase and Sale Agreement, dated as of May 15, 2025, by and among Rite Aid of New York, Inc. (collectively with the entities listed under the header "Sellers" on the signature page thereto) and CVS (collectively with the "Buyer Legal Entities" designated on Schedule A thereto) (the "NY File Buy APA"), (iv) that certain Purchase and Sale Agreement, dated as of May 15, 2025, by and among Eckerd Corporation (collectively with the entities listed under the header "Sellers" on the signature page thereto) and CVS (collectively with the "Buyer Legal Entities" designated on Schedule A thereto) (the "PA File Buy APA"), and (v) that certain Purchase and Sale Agreement, dated as of May 15, 2025, by and among Eckerd Corporation (collectively with the entities listed under the header "Sellers" on the signature page thereto) and CVS (collectively with the "Buyer Legal Entities" designated on Schedule A thereto) (the "Other File Buy APA", and collectively with the CA File Buy APA, the NY File Buy APA, and the PA File Buy APA, the "File Buy APAs" and collectively with the PNW APA, the "APAs").  Capitalized terms not otherwise defined herein shall have the respective meanings ascribed to them in PNW APA and the File Buy APAs, as applicable.

This letter serves to notify you and RAD of certain actual and potential breaches by RAD under the terms of the APAs, namely:

1. <u>Druggist Liability Coverage and Compliance with Section 6.7 of the PNW APA</u>. RAD has expressed to CVS, that RAD cannot, or will not, comply with Section 6.7 of the PNW APA, which requires RAD either to maintain its existing druggist liability policy for 3 years post-Closing or purchase 3-year tail coverage for druggist liability due to an anticipated

AUSTIN  |  BOSTON  |  BRUSSELS  |  CHICAGO  |  DALLAS  |  DENVER  |  DETROIT  |  HOUSTON  |  JACKSONVILLE  |  LOS ANGELES
MADISON  |  MEXICO CITY  |  MIAMI  |  MILWAUKEE  |  NASHVILLE  |  NEW YORK  |  ORLANDO  |  RALEIGH  |  SACRAMENTO  |  SALT LAKE CITY
SAN DIEGO  |  SAN FRANCISCO  |  SILICON VALLEY  |  TALLAHASSEE  |  TAMPA  |  TOKYO  |  WASHINGTON, D.C.

4909-4408-3797.1



July 11, 2025
Page 2

lack of funds necessary to maintain or purchase such coverage. Please confirm by no later than July 16, 2025, that RAD intends to comply with its obligations under Section 6.7 of the PNW APA to maintain or procure and maintain the required druggist liability coverage. If RAD does not respond in the affirmative by such date, we will assume that RAD is repudiating its obligations under Section 6.7 of the PNW APA and is therefore in breach or anticipatory breach of this material covenant of the PNW APA.

2. <u>Apparent Failure to Operate in the Ordinary Course</u>. Based on prescription data received to date and conversations among our respective clients, multiple Stores appear to have closed or significantly reduced their hours, staffing, and inventory, with some Stores even reporting low or zero prescriptions dispensed on numerous days. For example: (i) Store 5814 (Bakersfield, California) filled only six prescriptions over the three-day period from June 26-June 28; (ii) Stores 6378 and 5862 (both in Fresno, California) filled zero prescriptions on June 14, 22 and 28, respectively; and (iii) Store 11021 (Lebanon, PA) had twelve (12) days with zero prescriptions since May 18th. These are simply examples and not intended to be an exhaustive description of all Stores that have filled low or zero prescriptions, indicating to CVS that RAD is closing Stores, drastically reducing operating hours, or failing to staff the pharmacy, for potentially days at a time. CVS also understands that RAD has been moving inventory from closed locations to Stores that CVS would be acquiring under the APAs, which could result in inventory caps being exceeded and inventory levels exceeding that which would be required to operate in the ordinary course. Moreover, as previously described in an earlier notice of breach, RAD disenrolled in Medicare DMEPOS in violation of the APAs. The failure to maintain DMEPOS enrollments negatively affects Medicare patients, a critically important patient group. All of this results in a significant concern that Stores are not being operated in the Ordinary Course and as required by the APAs, and that RAD is in material breach. You will recall RAD committed in the APAs to operate the Stores in the Ordinary Course to avoid losses to their customer bases. If this course of conduct continues, CVS will have no choice but to conclude that RAD is in breach of its obligation to operate the Stores in the Ordinary Course.

3. <u>Access to Information; RAD's Lack of Compliance with Section 6.2(a) of the PNW APA and Section 4(a) of the File Buy APAs</u>. Given the low script counts described above and in accordance with its rights under the APAs (Section 6.2(a) of the PNW APA and Section 4(a) of the File Buy APAs), CVS has requested daily script count data for upcoming Closings to assess whether RAD has complied with Sections 6.1(a) and 8.2 of the PNW APA and Sections 4(b) and 15(b) of the File Buy APAs. RAD has refused to fulfill these requests for daily script counts in breach of its obligations. We request that you provide this information immediately. If we do not receive this data by noon on July 13th for the Stores scheduled for Closings next week, CVS may have no choice but to pause those Closings until it has had an opportunity to confirm RAD has satisfied all closing conditions.



July 11, 2025
Page 3

Megan, CVS takes these actual or potential breaches of the APAs very seriously and is concerned about the wherewithal of the Business.  We are happy to discuss any of these matters with you but ask that your client respond to the requests set forth in this letter and immediately cure any current and ongoing breaches.  Please note that CVS reserves its rights under the APAs and governing law.

Thank you for your attention to these matters.

Sincerely yours,

Roger D. Strode

RDS