# **EXHIBIT 3**



321 N CLARK ST.
SUITE 3000
CHICAGO, IL  60654-4762
312.832.4500 TEL
312.832.4700 FAX
FOLEY.COM

WRITER'S DIRECT LINE
312.832.4565
rstrode@foley.com

August 7, 2025

**Via Email**

Ms. Megan Spelman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Dear Megan:

This letter comes to you as a follow up to our letter of July 11, 2025, and your response of July 13, 2025, regarding New Rite Aid LLC's ("RAD") obligations under Section 6.7 of the PNW Asset Purchase Agreement.

As you are aware, the PNW APA obligates RAD to either maintain, at its own expense and for a period of three years following the last Closing Date, its existing insurance coverage, or purchase tail coverage for that same period with respect to events relating to druggist liability covering all such occurrences prior to each Closing.

The last Closing Date is anticipated to occur at the end of September. CVS expects RAD to comply with its obligations under Section 6.7 of the PNW APA (obligations you acknowledged on behalf of RAD in your July 13 response letter).

Given the close proximity of the last Closing Date and the fact that there cannot be any lapse in this essential coverage, CVS asks that you (on behalf of RAD), or RAD, promptly advise CVS of RAD's compliance with its obligations under Section 6.7 and provide CVS with reasonable evidence of such compliance including, for example, communication from an insurer indicating that such coverage has been bound or, in the alternative, a copy of such policy coverage.

Thank you, in advance, for RAD's response and compliance with its obligations under the PNW APA.

Sincerely yours,

Roger D. Strode

RDS

AUSTIN  |  BOSTON  |  BRUSSELS  |  CHICAGO  |  DALLAS  |  DENVER  |  DETROIT  |  HOUSTON  |  JACKSONVILLE  |  LOS ANGELES
MADISON  |  MEXICO CITY  |  MIAMI  |  MILWAUKEE  |  NASHVILLE  |  NEW YORK  |  ORLANDO  |  RALEIGH  |  SACRAMENTO  |  SALT LAKE CITY
SAN DIEGO  |  SAN FRANCISCO  |  SILICON VALLEY  |  TALLAHASSEE  |  TAMPA  |  TOKYO  |  WASHINGTON, D.C.
4905-6330-1979.1