# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Spelman, Megan |
| **To:** | Strode, Roger D.; Polani, Guy |
| **Cc:** | Jordan, Brenna B.; Bell, Karen Z; Kurlantzick, Rachel; Crisp, Florence A.; Pasquesi, Frank E.; Khatchatourian, Emil; Goodman, Geoff; Garlough, Jon; Zaitlin, Hannah E.; Watkins, Michael J.; Harper, Joseph S.; Madrigal, Eileen M. |
| **Subject:** | RE: Insurance Coverage |
| **Date:** | Friday, September 12, 2025 6:45:08 AM |

**\*\*\* EXTERNAL EMAIL MESSAGE \*\*\***

Roger,

Rite Aid is still considering its options with respect to this matter.

Kind regards,
Megan

**Megan Spelman** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3314 (Direct Phone) | +1 212 492 0314 (Direct Fax)
mspelman@paulweiss.com | www.paulweiss.com

**From:** Strode, Roger D. <RStrode@foley.com>
**Sent:** Friday, September 5, 2025 11:01 AM
**To:** Spelman, Megan <mspelman@paulweiss.com>; Polani, Guy <gpolani@paulweiss.com>
**Cc:** Jordan, Brenna B. <brenna.jordan@cvshealth.com>; Bell, Karen Z <karen.bell@cvshealth.com>; Kurlantzick, Rachel <rachel.kurlantzick@cvshealth.com>; Crisp, Florence A. <florence.crisp@cvshealth.com>; Pasquesi, Frank E. <FPasquesi@foley.com>; Khatchatourian, Emil <EKhatchatourian@foley.com>; Goodman, Geoff <GGoodman@foley.com>; Garlough, Jon <JGarlough@foley.com>; Zaitlin, Hannah E. <HZaitlin@foley.com>; Watkins, Michael J. <michael.watkins@foley.com>; Harper, Joseph S. <JHarper@foley.com>; Madrigal, Eileen M. <EMadrigal@foley.com>
**Subject:** Insurance Coverage

Good Morning Megan,

Please see the attached.

I'm happy to discuss with you at your convenience.

Best regards,

Roger

**Roger D. Strode**
*Partner*

**Foley & Lardner LLP**
321 N Clark St., Suite 3000, Chicago, IL 60654-4762
Phone 312.832.4565 | Cell 414.202.8717
View My Bio | Visit Foley.com | rstrode@foley.com



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.