# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Goodman, Geoff |
| **To:** | Mitchell, Sean A |
| **Cc:** | Khatchatourian, Emil; Harper, Joseph S. |
| **Subject:** | Tail Insurance |
| **Date:** | Tuesday, September 23, 2025 11:46:21 AM |
| **Attachments:** | image001.jpg |

Sean—As you may know, our teams had a productive call on tail insurance issues.  We understand that RAD obtained a quote for a three-year tail policy from Lloyds of London, but with a $1M deductible per claim, and was in the process of acquiring that tail.  Your client confirmed that, at Paul Weiss' direction, they could provide us with their projected future losses to help us assess the potential exposure going forward.

Could you please provide as soon as possible (1) evidence of the tail insurance coverage through either a certificate of insurance showing the terms and conditions or the insurance binder, and (2) RAD's seven-year loss run to help us estimate the losses and facilitate discussions re: funding an escrow?

Best,

Geoff


**Geoff Goodman**
*Partner*

**Foley & Lardner LLP**
321 N Clark St., Suite 3000, Chicago, IL 60654-4762
Phone 312.832.4514
View My Bio | Visit Foley.com | ggoodman@foley.com

