**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:   (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: <br><br> NEW RITE AID, LLC, *et al.* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br> (Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON
CVS PHARMACY INC.'S EMERGENCY MOTION TO ENFORCE SALE ORDER AND
<u>COMPEL PERFORMANCE BY DEBTORS UNDER THE CVS APAS</u>**

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

CVS Pharmacy, Inc. ("CVS"), through counsel, pursuant to D.N.J. LBR 9013-2(c), respectfully requests that the time period to notice a hearing on *CVS Pharmacy Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the PNW APA* (the "Emergency Motion"), as required by Fed. R. Bankr. P. 2002, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and states as follows:

1.  A shortened time hearing is requested because:  As set forth in the Emergency Motion, the Debtors have been in breach of their Insurance Obligation under the PNW APA since October 1, 2025, and time is of the essence to compel the Debtors to remedy their breach because the Debtors' insurance coverage lapses on October 15, 2025.  If the Debtors do not purchase extended or tail insurance by October 15, 2025, there will be a lapse in coverage, exposing their former pharmacists to liability and causing significant harm to CVS and its business.  Moreover, a hearing on October 9, 2025 is essential to providing CVS with an adequate remedy for the Debtors' breach:  October 9 is the date of CVS's final payment due to the Debtors under its APAs. Given that the Debtors have little to no available cash to pay anyone in their estates – as the Debtors have indicated on numerous occasions (including in connection with disputes with CVS) – a holdback from CVS's cash payment to the Debtors may be the only way CVS can be adequately compensated for the Debtors' breach.  The Debtors should not be rewarded for essentially "rope a doping" the insurance issue until the eleventh hour.  The Debtors are in breach, and CVS is entitled to enforce the PNW APA on an expedited basis to avoid significant harm, just as the Debtors have done in other circumstances.

2

2. <u>State the hearing date requested:</u>  CVS respectfully requests that the Court hear the Emergency Motion on October 9, 2025, at 9:00 a.m. E.T. or as early in the day as the Court's calendar will permit.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

**WHEREFORE**, CVS respectfully requests that the Court enter the proposed order shortening time filed concurrently herewith and grant such other and further relief for CVS as the Court deems equitable and just.

DATED: October 6, 2025

Respectfully submitted,

*/s/ Anne B. Sekel*
**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
ASekel@foley.com

*and*

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a true and correct redacted copy of the foregoing document was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases and a true and correct unredacted copy of the foregoing document was sent via email upon the parties below as indicated:

| | |
|---|---|
| **COLE SCHOTZ, P.C.**<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirosta, Esq.;<br>Warren A. Usatine, Esq.;<br>Felice R. Yudkin, Esq.;<br>Seth Van Aalten, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Counsel to the Debtors* | **OFFICE OF THE UNITED STATES TRUSTEE**<br>**UNITED STATES TRUSTEE, REGION 3**<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102-5504<br>Attn: Jeffrey M. Sponder<br>Lauren Bielskie<br>Jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br><br>*U.S. Trustees' Counsel* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Andrew N. Rosenberg;<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Alison R. Benedon<br>Brian S. Hermann; Christopher Hopkins<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br>abenedon@paulweiss.com<br><br>*Counsel to the Debtors* | **GREENBERG TRAURIG, LLP**<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody, Esq.<br>brodya@gtlaw.com<br><br>*Co-counsel to Bank of America, N.A., as DIP Agent* |

| | |
|---|---|
| **CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, Massachusetts 02110<br>Attn: John F. Ventola, Esq.<br>Mark Edgarton, Esq.<br>J.P. Jaillet, Esq.<br>Jonathan D. Marshall, Esq.<br>jventola@choate.com<br>gedgarton@choate.com<br>jjaillet@choate.com<br>jmarshall@choate.com<br><br>*Co-Counsel to Bank of America, N.A., as DIP Agent* | **SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Attn: Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |
| **WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Brett H. Miller, Esq.<br>Todd M. Goren, Esq.<br>James H. Burbage, Esq.<br>D. Graber, Esq.<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | *s/ Anne B. Sekel* |