| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>By: Corinne Samler Brennan (# 015082007)<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08053<br>Telephone: (856) 486-7900<br>cbrennan@klehr.com<br>*Counsel to RAP Smyrna, LLC and RAP East Market York, LLC* | |
| In re:<br><br>     NEW RITE AID, LLC, et al.,<br><br>                              Debtors. | Case No.:   25-14861<br><br>Judge:       Michael B. Kaplan<br><br>Chapter:    11 |

## PRAECIPE TO WITHDRAW RESERVATION OF RIGHTS OF RAP SMYRNA, LLC AND RAP EAST MARKET YORK, LLC TO THE SEVENTEENTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES WITHOUT PREJUDICE

Kindly withdraw the Reservation of Rights of RAP Smyrna, LLC and RAP East Market York, LLC to the Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (the "Reservation of Rights") without prejudice.  The Reservation of Rights was filed with this Court on August 4, 2025 at Docket No. 1780.

                                            **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:     */s/Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        10000 Lincoln Drive East, Suite 201
        Marlton, NJ  08053
        Telephone: (856) 486-7900

        *Counsel to RAP Smyrna, LLC and RAP East Market York, LLC*

Dated: October 7, 2025

11750369.v1