Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:

NEW RITE AID, LLC, *et al.*,

Debtors.[1]

Case No. 25-14861 (MBK)

Chapter 11

# CERTIFICATE OF NO OBJECTION REGARDING PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP'S MONTHLY FEE STATEMENT FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025
**Related To: Docket No. 2541**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed on September 22, 2025 were to be filed and served not later than October 6, 2025. I, Alice Belisle Eaton certify that, as of October 7, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated:  October 7, 2025

*/s/ Alice Belisle Eaton*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alice Belisle Eaton (Admitted *Pro Hac Vice*) .

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.