**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
*Attorneys for 4151 White Plains Road LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF**
**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD, 4151**
**WHITE PLAINS ROAD LLC, IN RESPONSE TO DEBTORS' TWENTY-NINTH**
**NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR**
**UNEXPIRED LEASES**
**(Related Docket Nos.: 2163 & 2202)**

**PLEASE TAKE NOTICE** that 4151 White Plains Road LLC hereby withdraws its

*Limited Objection and Reservation of Rights of Landlord, 4151 White Plains Road LLC, in*

*Response to Debtors' Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or*

*Unexpired Leases* [Doc. 2202].

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for 4151 White Plains Road LLC


By:____*/s/ Kenneth L. Baum*_____
Kenneth L. Baum

DATED:  October 7, 2025

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.