Caption in Compliance with D.N.J. LBR 9004-1(b)



| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on October 7, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following pages, numbered three (3) through and including four (4), is **ORDERED**.

**DATED: October 7, 2025**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

4903-5032-1776.1

**FOLEY & LARDNER LLP**

Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
ASekel@foley.com

*and*

**FOLEY & LARDNER LLP**

Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:   (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

(Page | 3)
Debtors:            NEW RITE AID, LLC, *et al.*
Case No.            25-14861 (MBK)
Caption of Order:   Order Enforcing the Sale Order and Compelling Performance by Debtors Under the PNW APA

---

Upon review of the *Application for Order Shortening Time for Hearing on CVS Pharmacy Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the PNW APA* (the "Application"),[1] of CVS Pharmacy Inc. ("CVS") for entry of an order (this "Order") shortening the time period for notice for the Emergency Motion pursuant to Fed. R. Bankr. P. 9006(c)(1), **IT IS HEREBY ORDERED THAT**:

1. A hearing will be conducted on the Emergency Motion on **October 10, 2025, at 10:00 a.m. E.T., via Zoom** (the "Hearing Date"), before the Honorable Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. CVS must serve a copy of this Order, and all related documents on counsel to the Debtors, the U.S. Trustee, Bank of America, as DIP Agent and as Administrative Agent, and the Official Committee of Unsecured Creditors, by email.

3. Service must be made within one (1) day of the date of this Order.

4. Notice by telephone is not required.

5. A *Certification of Service* must be filed prior to the Hearing Date.

6. Any objections to the Emergency Motion can be presented at the Hearing

7. Parties may request to appear by phone by submitting an email request to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4903-5032-1776.1

(Page | 4)
Debtors:           NEW RITE AID, LLC, *et al.*
Case No.           25-14861 (MBK)
Caption of Order:  Order Pursuant to Sections 365 and 363 Approving the Assumption and Assignment of Lease with Gallashea Properties, LLC

8. The hearing will be conducted via Zoom. **Parties wishing to present remote argument must request panelist status by emailing Chambers (chambers_of_mbk@njb.uscourts.gov)** indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found on the page on the Courts website devoted to the New Rite Aid, LLC case: https://www.njb.uscourts.gov/riteaid2.