| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on October 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# THIRTY-FIFTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

**DATED: October 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

  2.  The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Thirty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1,2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | ADVANCED GLOBAL SYSTEMS | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 2. | AVALARA | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 3. | AVALARA | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 4. | AVALARA INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 9/4/2025 |
| 5. | AVALARA INC | RITE AID HDQTRS. CORP. | SECOND ADDENDUM TO TERMS AND CONDITIONS | 9/4/2025 |
| 6. | AVALARA INC | RITE AID HDQTRS. CORP. | SECOND ADDENDUM TO TERMS AND CONDITIONS DATED 06/05/2023 | 9/4/2025 |
| 7. | BALKANID | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |

1 For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2 The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | BITLY INC | RITE AID HDQTRS. CORP. | BITLY SUBSCRIPTION TERMS AND CONDITIONS DATED 02/28/2019 | 9/4/2025 |
| 9. | BITLY INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 10. | BITLY INC. | RITE AID HDQTRS. CORP. | RITEAID + BITLY - MARCH 2025 RENEWAL CONTRACT RENEWAL | 9/4/2025 |
| 11. | BLUEALLY | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 12. | CATAMORPHIC CO | RITE AID HDQTRS. CORP. | LAUNCHDARKLY SUBSCRIPTION AGREEMENT DATED 05/31/2023 | 9/4/2025 |
| 13. | CATAMORPHIC CO | RITE AID HDQTRS. CORP. | LAUNCHDARKLY SUBSCRIPTION AGREEMENT DATED 05/31/2023 | 9/4/2025 |
| 14. | CATAMORPHIC, CO. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 15. | CENTER FOR INTERNET SECURITY, INC | RITE AID HDQTRS. CORP. | RITE AID - 2025 SECURESUITE MEMBERSHIP RENEWAL CONTRACT RENEWAL | 9/4/2025 |
| 16. | CHICAGO SOFT | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 17. | CHICAGO SOFT | RITE AID HDQTRS. CORP. | LEASE CONVERSION ADDENDUM | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | CHICAGO SOFT | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE AGREEMENT DATED 07/17/2023 | 9/4/2025 |
| 19. | COMPUTER AID, INC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 9/4/2025 |
| 20. | COMPUTER AID, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 12/14/2020 | 9/4/2025 |
| 21. | CONFIGURE INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 22. | CONFIGURE INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 23. | CONFIGURE, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 9/4/2025 |
| 24. | CONFIGURE, INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 25. | CONFIGURE, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 26. | CONVERGE TECHNOLOGY SOLUTIONS US, LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 9/4/2025 |
| 27. | CORPORATE IT SOLUTIONS INC | RITE AID HDQTRS. CORP. | CORPORATE IT SOLUTIONS SERVICE AGREEMENT DATED 03/13/2014 | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | COVEWARE, INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 29. | COVEWARE, INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 30. | COVEWARE, INC | RITE AID HDQTRS. CORP. | SOW (STATEMENT OF WORK) | 9/4/2025 |
| 31. | COVEWARE, INC | RITE AID HDQTRS. CORP. | COVEWARE SERVICES AGREEMENT DATED 06/15/2022 | 9/4/2025 |
| 32. | DAKTRONICS, INC | RITE AID HDQTRS. CORP. | DAKTRONICS - MASTER PURCHASE AGREEMENT DATED 08/14/2020 | 9/4/2025 |
| 33. | DATA QUEST, INC | RITE AID HDQTRS. CORP. | DATAQUEST - PRAKASH Q3-4 STATEMENT OF WORK (SOW) | 9/4/2025 |
| 34. | DAWN US HOLDINGS, LLC | RITE AID HDQTRS. CORP. | COLOCATION SERVICE ORDER DATED 05/23/2023 | 9/4/2025 |
| 35. | DAWN US HOLDINGS, LLC | RITE AID HDQTRS. CORP. | COLOCATION SERVICE ORDER DATED 08/14/2023 | 9/4/2025 |
| 36. | DELL FINANACIAL SERVICES LLC | RITE AID HDQTRS. CORP. | AMENDMENT | 9/4/2025 |
| 37. | DELL FINANACIAL SERVICES LLC | RITE AID HDQTRS. CORP. | MASTER LEASE AGREEMENT DATED 05/14/2019 | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | DELL MARKETING L.P. | RITE AID HDQTRS. CORP. | DELL COMPELLENT SOFTWARE END USER LICENSE AGREEMENT DATED 07/11/2012 | 9/4/2025 |
| 39. | FIGMA, INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 40. | FIGMA, INC. | RITE AID HDQTRS. CORP. | INVOICE/RENEWAL CONTRACT RENEWAL | 9/4/2025 |
| 41. | GOOGLE | RITE AID HDQTRS. CORP. | ORDER FORM - GOOGLE MAPS CORE SERVICE | 9/4/2025 |
| 42. | GOOGLE LLC | RITE AID HDQTRS. CORP. | GOOGLE CLOUD PLATFORM SUBSCRIPTION ORDER FORM (RECAPTCHA) | 9/4/2025 |
| 43. | HEALTH- ISAC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 44. | HIGHMARK | RITE AID ONLINE STORE, INC. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 45. | HUBSPOT | RITE AID HDQTRS. CORP. | HUBSPOT CUSTOMER TERMS OF SERVICE NEW CONTRACT | 9/4/2025 |
| 46. | ICC SOLUTIONS | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 47. | ILLINOIS WHOLESALE CASH REGISTER, INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | IOACTIVE | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 49. | IW TECHNOLOGIES | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 50. | JP LILLEY INC | RITE AID HDQTRS. CORP. | JP LILLEY INC NEW CONTRACT | 9/4/2025 |
| 51. | KLARNA INC. | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 52. | LENOVO (UNITED STATES) INC. | RITE AID HDQTRS. CORP. | PRICING AGREEMENT DATED 05/04/2020 | 9/4/2025 |
| 53. | LENOVO (UNITED STATES) INC. | RITE AID CORPORATION | TERM EXTENSION AMENDMENT TO PRICING AGREEMENT DATED 08/17/2023 | 9/4/2025 |
| 54. | LOQATE | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 55. | LOQATE | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 56. | LOQATE | RITE AID HDQTRS. CORP. | RITEA11111 ORDER FORM PURCHASE ORDER/ORDER FORM | 9/4/2025 |
| 57. | M3 CONSULTING INC. | RITE AID HDQTRS. CORP. | M3 INFORMIX RITEAID SOW CONTRACT EXTENSION | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 58. | M3 CONSULTING INC. | RITE AID HDQTRS. CORP. | M3 INFORMIX RITEAID SOW CONTRACT EXTENSION | 9/4/2025 |
| 59. | MALWAREBYTES INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 60. | MANAGEENGINE | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 61. | MARRS | RITE AID HDQTRS. CORP. | BILL OF SALE MARRS LAPTOPS AND APPLE PRODUCTS NEW CONTRACT | 9/4/2025 |
| 62. | MONOTYPE IMAGING INC | RITE AID HDQTRS. CORP. | MONOTYPE CONTRACT RENEWAL | 9/4/2025 |
| 63. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | AMENDMENT TO BROADCAST AGREEMENT DATED 10/25/2018 | 9/4/2025 |
| 64. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | AMENDMENT TO BROADCAST AGREEMENT DATED 10/31/2011 | 9/4/2025 |
| 65. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | BROADCAST AGREEMENT DATED 01/30/2008 | 9/4/2025 |
| 66. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | BROADCAST AGREEMENT DATED 03/01/2008 | 9/4/2025 |
| 67. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | SECOND AMENDMENT TO BROADCAST AGREEMENT DATED 03/01/2012 | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 68. | MUSIC TECHNOLOGIES INC. | RITE AID HDQTRS. CORP. | SECOND AMENDMENT TO BROADCAST AGREEMENT DATED 11/04/2011 | 9/4/2025 |
| 69. | NCR CORPORATION | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER SOLUTION AGREEMENT | 9/4/2025 |
| 70. | NCR CORPORATION | RITE AID HDQTRS. CORP. | NCR - MASTER SOLUTIONS AGREEMENT DATED 09/07/2005 | 9/4/2025 |
| 71. | PATCH MY PC, LLC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |
| 72. | PEAK TECHNOLOGIES | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 73. | PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 74. | PWC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 75. | PWC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 76. | PWC US BUSINESS ADVISORY LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 77. | QUALYS INC | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 78. | QUEST SOFTWARE INC | RITE AID HDQTRS. CORP. | AMENDMENT TO THE SOFTWARE LICENSE AGREEMENT DATED 12/29/2005 | 9/4/2025 |
| 79. | QUEST SOFTWARE INC | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE AGREEMENT DATED 12/29/2005 | 9/4/2025 |
| 80. | QUEST SOFTWARE INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 81. | QUOTIENT TECHNOLOGY INC. | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO THE PLATFORM SERVICES AGREEMENT DATED 05/01/2022 | 9/4/2025 |
| 82. | RAPDEV, LLC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 08/07/2023 | 9/4/2025 |
| 83. | RAPDEV, LLC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 09/18/2023 | 9/4/2025 |
| 84. | READSPEAKER | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 9/4/2025 |
| 85. | REASSIGNED NUMBERS DATABASE | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 86. | ROBERT HALF INTERNATIONAL INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 11/15/2023 | 9/4/2025 |
| 87. | ROBERT HALF INTERNATIONAL INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 11/20/2017 | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 88. | ROKT PTE LTD | RITE AID ONLINE STORE, INC. | CONTRACT AMENDMENT | 9/4/2025 |
| 89. | SALESFORCE | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 90. | SAM LINCOLN, GDS GROUP | RITE AID HDQTRS. CORP. | SPEAKER CONFIRMATION - GDS BOSTON NEW CONTRACT | 9/4/2025 |
| 91. | SAUCE LABS INC | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 9/4/2025 |
| 92. | SAUCELABS (V/N 29386) | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 9/4/2025 |
| 93. | SECURITY INNOVATION | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 09/26/2023 | 9/4/2025 |
| 94. | SECURITY INNOVATION, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 9/4/2025 |
| 95. | SENTRY DATA SYSTEMS INC | RITE AID HDQTRS. CORP. | 340B PROGRAM PROCESSOR AGREEMENT | 9/4/2025 |
| 96. | SENTRY DATA SYSTEMS INC | RITE AID HDQTRS. CORP. | 340B PROGRAM PROCESSOR AGREEMENT & ALL AMENDMENTS | 9/4/2025 |
| 97. | SENTRY DATA SYSTEMS INC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 9/4/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 98. | SENTRY DATA SYSTEMS INC | RITE AID HDQTRS. CORP. | SENTRY - 340B PROGRAM PROCESSOR AGREEMENT | 9/4/2025 |
| 99. | SENTRY DATA SYSTEMS INC | RITE AID HDQTRS. CORP. | SENTRY - 340B PROGRAM PROCESSOR AGREEMENT | 9/4/2025 |
| 100. | SERVICESTACK | RITE AID HDQTRS. CORP. | NEW CONTRACT | 9/4/2025 |