# EXHIBIT A

# Aging Report

56324486.3

```
R03B4201B                                                    ACAA                                          10/7/2025  11:23:27
ACAAPIT                                               Detail Aging Report                                  Page -          1
Company:  00100    Pittsburgh Int'l Airport                                                                As-Of Date  10/7/2025
                                                                                                           Aging Date  10/7/2025
        ......Document........    Invoice   Due Date/
Ty  Number   Company Item         Date      Check Date    Original Amount   Open Amount    Current        1 - 30      31 - 60    61 - 90    91 - 120    Over 120

Customer:  144872     Eckerd                                                Phone Number:              (         )          Credit Limit         Insured Credit Limit

RU   27076   00100  001          1/16/2025  1/16/2025         3,935.20-       2,090.88-                                                                    2,090.88-
RU   28392   00100  001          9/10/2025  9/10/2025        10,483.87-      10,483.87-              10,483.87-
RI   312765  00100  001          2/9/2024   3/10/2024            500.00         500.00                                                                       500.00
RD   325481  00100  001          4/1/2025   4/1/2025         12,500.00      12,500.00                                                                     12,500.00
RD   325481  00100  002          4/1/2025   4/1/2025          3,497.39       3,497.39                                                                      3,497.39
RD   325481  00100  003          4/1/2025   4/1/2025          1,071.94       1,071.94                                                                      1,071.94
RD   326549  00100  001          5/1/2025   5/1/2025         12,500.00      12,500.00                                                                     12,500.00
RD   326549  00100  002          5/1/2025   5/1/2025          3,497.39       3,497.39                                                                      3,497.39
RD   326549  00100  003          5/1/2025   5/1/2025          1,071.94       1,071.94                                                                      1,071.94
                                                           _____     _____                _____                                        _____
Customer:  144872     Eckerd                                 20,219.59      22,063.91                 10,483.87-                                         32,547.78

Company:   00100   Pittsburgh Int'l                          20,219.59      22,063.91                 10,483.87-                                         32,547.78
                   Airport                                 _____     _____                _____                                        _____

Grand Total                                                  20,219.59      22,063.91                 10,483.87-                                         32,547.78
                                                           ===========     ==========                ===========                                        ==========
```