# EXHIBIT B

# Sales Report

56324486.3



02/07/2025

ALLEGHENY COUNTY AIRPORT AUTH
PITTSBURGH INT'L AIRPORT LANDSIDE TERMINAL 4TH FL MEZZ
PO BOX 12370
PITTSBURGH ,   Pennsylvania 15231-0370

10941-01 - Pittsburgh, PA

In accordance with the terms of your lease for the above mentioned location,
payment has been calculated as follows. If you have any questions regarding these figures, email Salesreports@riteaid.com.

| **Period** | **Amount** |
|---|---|
| 01/2025 | $131,456.00 |
|  | $131,456.00 |
| Breakpoint : | $0.00 |
| Difference : | $131,457.00 |
| Percent Rent Factor : | 0.50% |
| Percentage Rent Value : | $657.29 |
| Breakpoint : | $100,000.00 |
| Difference : | $31,456.00 |
| Percent Rent Factor : | 14.00 % |
| Percentage Rent Value : | $4,403.84 |
| Less Recapture/Deductions : | $12,500.00 |
| Percentage Rent Due : | $0.00 |
| **Percentage Rent Due :** | $657.29 |

I certify that the above information is a true and correct statement of sales
made from the premises at the above location for the reported period of time.

Due to Chapter 11 filing on Oct 15, 2023, we had to do a special accounting close. The sales for Oct 2023 represents Oct 1 - Oct 14. The sales for Nov 2023 represents Oct 15 - Nov 30.

*Jenaf Armermann*

Jennifer Armermann
Manager, Lease Accounting