PAID
$194.00

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 OCT -7 A 9: 14

JEANNE A. HAUGHTON

In re

**NEW RITE AID, LLC**

Debtor

Case No. __25-14861__
☐ Amended

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY IN A CHAPTER 11/12 CASE AND NOTICE OF HEARING THEREON**

**Notice**

YOU ARE NOTIFIED THAT:

1. A motion was filed by **OLIVE TREE CORNING PLAZA LLC** for relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 U.S.C. § 362.

2. The name and address of the moving party's attorney or, if not attorney, the moving party are:

   **ANNA J. NIEMANN, ESQ
   SANDHU LAW GROUP, APC
   2535 CAPITOL OAKS DRIVE, SUITE 450
   SACRAMENTO, CA 95833
   for OLIVE TREE CORNING PLAZA LLC**

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the clerk at 402 EAST STATE STREET, TRENTON, NJ 08608, COURTROOM #8. If the response is served in paper, you must also file a certificate showing the response has been served on the moving party's attorney.

4. A response must state the facts upon which relief from the automatic stay is resisted..

5. If you file a timely response, a hearing on the motion, which

   ☐ is [check this box only if directed to do so by the court]

   ☒ is not

   an evidentiary hearing at which witnesses may testify, will be held as follows:

**Date: NOVEMBER 6, 2025____Time: 10:00 EDT**

1124 (2/28/2025)                                    Page 1 of 2

**Location:** ☐ Courtroom #  8  , **HON. MICHAEL B. KAPLAN**

☒ Video Hearing. To connect, see www.NJB.uscourts.gov/video-hearings.

**Call-In Number:** ☒ Other **609-858-9360 for Judge Michael Kaplan**

If no timely response is filed, the hearing may be cancelled. Parties are encouraged to check the hearing calendar at https://www.NJB.uscourts.gov after the response deadline has passed.

6. If a timely response is not filed, then either:

   a. The court may sign an order without further notice, submitted by the moving party, granting relief from the stay; or

   b. The stay will expire under the terms of 11 U.S.C. § 362(e).

**Certificate of Service**

I certify that on _____ (1) this notice, (2) and the motion, were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 4001 and FRBP 7004 on the debtor, U.S. trustee, trustee, members of any committee appointed pursuant to 11 U.S.C. § 1102 or its authorized agent (or, if no committee, on all creditors included on the list filed pursuant to FRBP 1007(d)), and their respective attorneys.

_____
Signature of Moving Party or Attorney                    CSB #

_____