Sumair S. Sandhu, Esq. [SBN 219169]
ssandhu@sandhulg.com
Anna J. Niemann, Esq. [SBN 165326]
aniemann@sandhulg.com
SANDHU LAW GROUP
A Professional Corporation
2535 Capitol Oaks Drive, Suite 450
Sacramento, CA, 95833
T: (916) 963-9965 | F: (916) 963-9966

Attorney for **OLIVE TREE CORNING PLAZA, LLC**

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 OCT -7  A 9: 14

JEANNE A. NAUGHTON
BY:
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In re | Case No. 25-14861 |
|---|---|
| NEW RITE AID, LLC | **MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY** |
| Debtor | DATE: NOVEMBER 6, 2025<br>TIME: 10:00 AM EDT<br>DEPT: Hon. Michael Kaplan |

In compliance with provisions of 11 U.S.C. § 362(a)(1)-(3), moving party OLIVE TREE CORNING PLAZA, LLC submits the following statement of facts and information in support of the present motion for relief from automatic stay in re. bankruptcy of NEW RITE AID, LLC, Case No. 25-14861, US Bankruptcy Court for the District of New Jersey.

(1) **The present balance owing to the moving party excluding any precomputed interest or other unearned charges:** There is pending in the Superior Court for the County of Tehama, State of California, a personal injury lawsuit on behalf of plaintiff Gary Hudson, Tehama County Case No. 24ci-000069. The incident giving rise to plaintiff's action occurred on premises then under the control and management of moving party's tenant, debtor RITE AID STORE. The case is presently in pre-trial litigation. No judgment has yet been rendered, so no "present balance" is yet available.

-1-

MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY

**(2) The date upon which the debt was incurred**; on January 6, 2025, moving party OLIVE TREE CORNING PLAZA, LLC served a cross-complaint on the designated agent for service of process for RITE AID CORP seeking judgment for contractual and equitable indemnification, apportionment and declaratory relief as to RITE AID as the party primarily responsible for the creation and management of the condition of the premises that Plaintiff asserts to have caused his claimed injury and damage. The personal injury action is pending, no trial date has been set and no judgment is yet rendered. Counsel for RITE AID has rejected service of process of the cross-complaint of moving party and has refused to appear on grounds of the pendency of bankruptcy proceedings.

**(3) Whether the moving party holds a security interest or lien upon the debtor's property:** Moving party OLIVE TREE CORNING PLAZA, LLC is the landlord/owner of the subject property. DEBTOR RITE AID CORP is a leasehold tenant of moving party at the subject property.

**(4) The nature of the security interest or lien, the date upon which the security interest or lien was obtained, and if applicable, the date upon which the security interest or lien was perfected:** The lease terms as between OLIVE TREE PLAZA CORNING, LLC AND RITE AID remains in force and effect. The personal injury action of Gary Hudson in the Superior Court of Tehama County is pending, no trial date has been set and no judgment is yet rendered.

**(5) A description of the collateral sufficient for identification (e.g., street address):** The subject premises, including the RITE AID tenancy is located at 640 Edith Avenue, Corning, California, 96021

**(6) The fair market value of the collateral**; UNDETERMINED

**(7) A description of, and the amounts due upon, any other security interest or liens which have priority over that of the moving party;** UNKNOWN

**(8) Whether the debtor is in default and, if so, the number of defaulted installments and the total sums in default;** THE DEBTOR RITE AID has rejected and refused to respond to the pending cross-complaint of moving party OLIVE TREE CORNING PLAZA LLC. Moving

party has given notice of the intent to seek the default of RITE AID in the Superior Court of Tehama, California.

(9) **The subsection of § 362(d) under which relief is requested**: OLIVE TREE CORNING PLAZA LLC seeks relief pursuant to subsections (1) and (2) of 11 U.S.C. § 362(d)

(10) **Any other facts which are relevant in determining whether relief should be granted**: Absent relief from bankruptcy stay, moving party OLIVE TREE CORNING PLAZA LLC will unfairly and unjustly be rendered unable to obtain judgment for contractual and equitable indemnification and other equitable relief from such judgment from the primarily liable party, RITE AID CORP for such personal injury damages as plaintiff Gary Hudson may be adjudicated to be entitled based upon alleged liability of OLIVE TREE CORNING PLAZA, LLC.

DATED: October 3, 2025                                SANDHU LAW GROUP A.P.C.

By: _____
Anna J. Niemann, Esq.
Attorneys for Moving Party
**OLIVE TREE CORNING PLAZA, LLC**

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**