*Gary Hudson v. Olive Tree Corning Plaza, et al.*
*Tehama County Superior Court Case No.: 24CI-000069*

## PROOF OF SERVICE

I declare that I am over the age of eighteen years and not a party to or interested in the within action. I am an employee of Sandhu Law Group, and my business address is 2535 Capitol Oaks Drive, Suite 450, Sacramento, CA, 95833.

On the date indicated below, I served a true copy of the following documents:

## MOTION OF OLIVE TREE CORNING PLAZA, LLC
### FOR RELIEF FROM STAY

[   ]  By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by placing such envelope (s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this offices' practice, addressed as follows:

[   ]  By U.S. Express Mail: On the parties in said action, by placing a true copy in the United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for Express Mail in accordance with the office's practice, addressed as follows:

[   ]  By Facsimile: Transmitting to the parties in this action by facsimile machine pursuant to Rule 2005, California Rules of Court. The transmission was reported as complete and in compliance with Rule 2003(3), no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration, addressed as follows:

[XX]  By Electronic Service: On the parties in said action by serving electronically on the persons at their e-mail addresses listed below pursuant to Code of Civil Procedure section 1013a and Rule 2.251, California Rules of Court. The transmission was reported as complete and in compliance with Rule 2.251(h). Pursuant to Rule 2.251, I printed out the electronic confirmation of service, a copy of which is attached to this declaration, addressed as follows:

| | |
|---|---|
| ***RITE AID APPEARANCE COUNSEL –*** | MORGAN, LEWIS & BOCKIUS LLP<br>Michael K. Gocksch, CA Bar No. 318743<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel: +1.617.341.7902<br>michael.gocksch@morganlewis.com |
| ***RITE AID BK COUNSEL –*** | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas, New York, New York 10019 (Attn: Joshua A. Esses (jesses@paulweiss.com) , Tyler Zelinger (tzelinger@paulweiss.com)<br><br>COLE SCHOTZ, P.C.<br>Court Plaza North<br>25 Main Street, Hackensack, New Jersey 07601 (Attn: Felice R. Yudkin (fyudkin@coleschotz.com), and Andreas Milliaressis (amilliaressis@coleschotz.com) |

-4-

MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY

1  [ XX ] By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by
placing such envelope (s) with postage thereon fully prepaid in the designated area for
2  outgoing mail in accordance with this offices' practice, addressed as follows:

3

***UNITED STATES TRUSTEE*** –                One Newark Center
4                                            1085 Raymond Boulevard, Suite 2100
                                             Newark NJ  07102
5

6                                            UNITED STATES BANKRUPTCY COURT
                                             DISTRICT OF NEW JERSEY
7                                            Clarkson S. Fisher U.S. Courthouse
                                             402 East State Street
8                                            Trenton NJ  08608

9
     Executed on October 3, 2025, at Sacramento, California.  I declare under penalty of perjury
10
   under the laws of the State of California that the foregoing is true and correct.
11

12                                            _Glenn Perrine_
                                             Glenn Perrine
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**