**Harris Investigations, LLC**
PO Box 304
Lansdale, Pa 19446
Phone 888-484-9827

| | | | |
|---|---|---|---|
| **Job:** | 14306624 (K 0801887-01) | **Due:** | 10/07/2025 |
| **Recipient:** | NEW JERSEY BANKRUPTCY COURT | **Pages:** | 84 |
| **Server:** | Diane Riggs | **Fee:** | 125 |

**Client:** Knox Services   **Phone:**

| Case | 25-14861 | Plaintiff | IN RE NEW RITE AID, LLC |
|---|---|---|---|
| Court | NEW JERSEY BANKRUPTCY COURT | Defendant | |
| Documents | DECLARATION,NOTICE,MOTION | | |
| Instructions | | | |
| Please file today (or tomorrow if too late for today) and status jgarcia@knoxservices.com with date and time of completion. | | | |
| Please advance fee of $199 | | | |

Address
402 East State Street, Trenton, NJ 08608

**NEW JERSEY BANKRUPTCY COURT**

**Description of Service / Recipient and Date & Time:**

Age: _____    Ethnicity: _____    Gender: _____    Weight: _____

Height: _____    Hair: _____    Eyes: _____    Relationship: _____

Signature of Recipient: _____    Date: _____

NEW JERSEY BANKRUPTCY COURT

1  Sumair S. Sandhu, Esq. [SBN 219169]
   ssandhu@sandhulg.com
2  Anna J. Niemann, Esq. [SBN 165326]
   aniemann@sandhulg.com
3  SANDHU LAW GROUP
   A Professional Corporation
4  2535 Capitol Oaks Drive, Suite 450
   Sacramento, CA, 95833
5  T: (916) 963-9965 | F: (916) 963-9966

6  Attorney for **OLIVE TREE CORNING PLAZA, LLC**

7

8              UNITED STATES BANKRUPTCY COURT

9                  DISTRICT OF NEW JERSEY

10
   In re                                    Case No.  25-14861
11
12                                          **DECLARATION OF COUNSEL IN**
   NEW RITE AID, LLC                        **SUPPORT OF MOTION OF OLIVE**
13                                          **TREE CORNING PLAZA, LLC**
                                            **FOR RELIEF FROM STAY**
   Debtor
14                                          DATE:  NOVEMBER 6, 2025
15                                          DEPT: Hon. Michael Kaplan
                                            TIME:  10:00 AM EDT
16

17
       I, ANNA J. NIEMANN declare as follows:
18
19     1.  I am an attorney duly admitted to practice in the Courts of the State of California.  I am of

       counsel to the Sandhu Law Group, attorneys of record for moving party OLIVE TREE
20
       CORNING PLAZA, LLC, defendant in a personal injury action on behalf of plaintiff Gary
21
       Hudson now pending in the Superior Court for the County of Tehama, State of California,
22
       Case No. 24CI-000069.  No trial date is pending and no judgment has yet been rendered.
23
24     2.  Moving party OLIVE TREE CORNING PLAZA, LLC is the landlord/owner of the subject

       property, located at 640 Edith Avenue, Corning, California, 96021
25
26     3.  DEBTOR RITE AID CORP is a leasehold tenant of moving party at the subject property.

       The incident giving rise to plaintiff's complaint in the State Court action occurred on
27
       premises then under the control and management of moving party's tenant, debtor RITE
28

                                      -1-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

1   AID CORPORATION. The case is presently in pre-trial litigation, in active discovery. No

2   judgment has yet been rendered.

3   4.   On January 13, 2025, moving party OLIVE TREE CORNING PLAZA, LLC served a

4       cross-complaint on the designated agent for service of process for RITE AID CORP

5       seeking judgment for contractual and equitable indemnification, apportionment and

6       declaratory relief as to RITE AID CORPORATION as the party primarily responsible for

7       the creation and management of the condition of the premises that Plaintiff asserts to have

8       caused his injury and damage. A true and accurate copy of that Cross-Complaint, the

9       associated Summons and Proof of Service is attached to this supporting declaration as

10      **Exhibit 1**.

11  5.   Counsel for RITE AID has rejected service of process of the Cross-Complaint of moving

12      party and has refused to appear in Answer to the Cross-Complaint in the State Court action

13      on grounds of the pendency of bankruptcy proceedings. A true and accurate copy of the

14      May 14, 2025 Notice of Stay and Notice of Attorney Appearance filed by counsel on

15      behalf of RITE AID CORPORATION is attached to this declaration as **Exhibit 2**.

16  6.   The leasehold terms as between moving party OLIVE TREE PLAZA CORNING, LLC and

17      debtor RITE AID CORPORATION remain in full force and effect, and the Corning

18      California location of RITE AID continues in operation and paying rent.

19  7.   Absent relief from stay, moving party OLIVE TREE CORNING PLAZA LLC will

20      unfairly and unjustly be barred from judgment as against RITE AID CORP for such

21      personal injury damages as plaintiff Gary Hudson may be adjudicated to be entitled based

22      upon alleged liability of OLIVE TREE CORNING PLAZA, LLC.

DATED: October 3, 2025                          SANDHU LAW GROUP A.P.C.

                                                By: _____
                                                     Anna J. Niemann, Esq.
                                                     Attorneys for Moving Party
                                                     **OLIVE TREE CORNING PLAZA,
                                                     LLC**

-2-

MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY

# EXHIBIT 1

ELECTRONICALLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
1/6/2025 2:27 PM
County of Tehama
Kevin Harrigan, Clerk of the Court
By _____ , Deputy
Trisha Williams
EFILED

1 │ Sumair S. Sandhu, Esq. [SBN 219169]
ssandhu@sandhulg.com
2 │ Anna J. Niemann, Esq. [SBN 165326]
aniemann@sandhulg.com
3 │ SANDHU LAW GROUP
A Professional Corporation
4 │ 2535 Capitol Oaks Drive, Suite 450
Sacramento, CA, 95833
5 │ T: (916) 963-9965 | F: (916) 963-9966

6 │ Attorney for Defendant/Cross-Complainant
**OLIVE TREE CORNING PLAZA, LLC**

7

8 │ SUPERIOR COURT OF CALIFORNIA, COUNTY OF TEHAMA

9 │ UNLIMITED JURISDICTION

10

11 │ GARY HUDSON,                                    Case No.  24CI-000069

12 │         Plaintiff,                              **CROSS-COMPLAINT OF**
**OLIVE TREE CORNING PLAZA, LLC**
13 │ v.

14 │ OLIVE TREE CORNING PLAZA, LLC a
limited liability company; ANDERSON      Complaint Filed: April 3, 2024
15 │ LIVING TRUST, form of business known;
and DOES 1 through 100, inclusive,       TRIAL DATE: not set
16 │

17 │         Defendants.

18 │

19 │ OLIVE TREEE CORNING PLAZA, LLC, a
limited liability company,
20 │

21 │         Cross-Complainant

22 │ v.

23 │ RITE AID CORPORATION and ROES 1
through 20, inclusive,
24 │

25 │         Cross-Defendants.

26 │         COMES NOW Defendant and Cross-Complainant OLIVE TREE CORNING PLAZA,

27 │ LLC. (hereinafter "Cross-Complainant") and submits and alleges this Cross-Complaint against

28

-1-

1  Cross-Defendant RITE AID CORPORATION, a Delaware corporation and ROES 1 through 20,

2  inclusive.

## GENERAL ALLEGATIONS

3

4  Cross-complainant OLIVE TREE CORNING PLAZA, LLC alleges as follows:

5      1.  Cross-complainant has been sued by Plaintiff GARY HUDSON ("Plaintiff") in Tehama

6  County Superior Court Case no. 24CI-000069, filed April 3, 2024, alleging Cross-Complainant's,

7  negligence or fault and that such negligence or fault resulted in injuries or damages to plaintiff

8  following a trip-and-fall accident.  The allegations of Plaintiff's Complaint are incorporated herein

9  by this reference as though fully set forth, solely for descriptive purposes, and without admitting

10  the truth of any allegations contained in said Complaint.

11      2.  At all times herein mentioned, Cross-Complainant, OLIVE TREE CORNING PLAZA,

12  LLC, and all and/or some of the parties were either residents of, were corporations and/or entities

13  conducting business in, and/or the incident alleged in Plaintiff's complaint occurred within the

14  County of Tehama.

15      3.  Upon information and belief, Cross-Defendant RITE AID CORPORATION is and at all

16  times mentioned was, a corporation organized and existing under and by virtue of the laws of the

17  State of Delaware, with an agent for service of process located at 330 North Brand Blvd.,

18  Glendale, California.  Cross-complainant is informed and believes and thereon alleges that cross-

19  defendant RITE AID CORPORATION is authorized to do, has regularly done, and is doing

20  business within the State of California.

21      4.  The true names and capacities, whether individual, corporate, associate, or otherwise of

22  Cross-Defendants, ROES 1 through 20, inclusive, are unknown to Cross-Complainant, who

23  therefore sues said Cross-Defendants by such fictitious names.  Cross-Complainant is informed

24  and believes and thereon alleges that each of the ROE Cross-Defendants is responsible in some

25  manner, either intentionally, willfully, wantonly, negligently or otherwise for the events and

26  happenings alleged in the Complaint. .Cross-Complainant prays leave to amend this Cross-

27  Complaint when the true names and capacities of ROES 1-20, or any them, has been ascertained.

28  The cross-defendants named as ROES are collectively referred to herein as "Cross-Defendants."

-2-

**CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC**

5. At all times herein mentioned, each of Cross-Defendants, including ROES 1-20, inclusive, was an agent, servant, employee, partner and/or joint venturer of the other Cross-Defendants, and each of them, and at all times herein mentioned, each Cross-Defendant was acting within the course and scope of his, her or its relationship as agent, servant, employee, partner and/or joint venturer of the other Cross-Defendants, and each of them.

6. Cross-Complainant is informed and believes and thereon alleges that each of the Cross-Defendants, including ROES 1-20, inclusive, are in some manner legally responsible for the acts and omissions alleged by Plaintiff, and actually and proximately caused and/or substantially contributed to the various injuries and damages claimed by Plaintiff.

7. An actual controversy has arisen and now exists between the parties concerning their respective rights and duties. Cross-Complainant has asserted that in the event it is subjected to liability to Plaintiff or any party to this action, Cross-Complainant will be entitled to indemnification, contribution and apportionment from Cross-Defendants for the full or partial amount of any loss suffered or judgment paid by Cross-Complainant to any such party for such costs, reasonable attorney fees and other expenses which have been, and in the future may be, incurred in Cross-Complainant's conduct of the defense of this action and related cross-actions. Accordingly, Cross-Complainant hereby tenders its defense to Cross-Defendants to protect, defend, and indemnify Cross-Complainant.

8. Adjudication of this Cross-Complaint in conjunction with Plaintiffs' Complaint will prevent a multiplicity of trials and will be in the furtherance of the interests of justice and expedition of the business of the above-entitled court.

## FIRST CAUSE OF ACTION – EQUITABLE INDEMNITY

9. Cross-Complainant incorporates by reference the allegations above and below as though fully set forth herein.

10. Cross-Complainant denies any negligence, fault or liability for any damages alleged by Plaintiff. However, if Plaintiff sustained damage, any such damages were a direct result of the carelessness and negligence of Cross-Defendants, and each of them, as more specifically alleged in the Complaint.

-3-

1    11. In the event Cross-Complainant is held liable to Plaintiff in the principal action, any

2    such liability arises only by reason of the active, primary, and superseding negligence of Cross-

3    Defendants, and each of them, and through no fault of Cross-Complainant whose fault, if any, is

4    secondary and passive only.

5    12. For these reasons, Cross-Complainant is entitled to total or partial equitable

6    indemnification and equitable contribution from said Cross-Defendants, and each of them.

7    13. Cross-Complainant has incurred and will continue to incur expenses in the form of

8    attorneys' fees, court costs and other litigation expenses to defend Plaintiffs' Complaint herein,

9    therefore, Cross-Complainant is further entitled to recovery from Cross-Defendants, and each of

10    them, such reasonable attorneys' fees, court costs and other litigation expenses necessarily

11    incurred in the principal action, and any related cross-actions included herein; the amount of said

12    expenses is unknown at this time, and Cross-Complainant prays for leave to amend this Cross-

13    Complaint when the same has been ascertained.

14    ## SECOND CAUSE OF ACTION – CONTRIBUTION

15    14. Cross-Complainant incorporates by reference the allegations above and below as

16    though fully set forth herein.

17    15. Plaintiff's damages, if any, were caused by the negligence and carelessness of Cross-

18    Defendants, and each of them, and as such under the rules of comparative negligence, Cross-

19    Complainant is entitled to total or partial equitable indemnity and equitable contribution for the

20    amount of negligence attributable to Cross-Defendants, and each of them.

21    16. Plaintiffs' damages, if any, should be paid by each Cross-Defendant in proportion to

22    the comparative negligence of that Cross-Defendant in causing Plaintiffs' damages, if any.

23    ## THIRD CAUSE OF ACTION – APPORTIONMENT

24    17. Cross-Complainant incorporates by reference the allegations above and below as

25    though fully set forth herein.

26    18. Plaintiff's damages, if any, were caused by the negligence and carelessness of Cross-

27    Defendants, and each of them, and as such under the rules of apportionment, Cross-Complainant is

28

-4-

**CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC**

1  entitled to total or partial equitable indemnity and equitable contribution for the amount of

2  negligence attributable to Cross-Defendants, and each of them.

3      19. Plaintiff's damages, if any, should be paid by each Cross-Defendant in proportion to

4  the comparative negligence of that Cross-Defendant in causing Plaintiff's damages, if any.

5              **FOURTH CAUSE OF ACTION – DECLARATORY RELIEF**

6      20. Cross-Complainant incorporates by reference the allegations above and below as

7  though fully set forth herein.

8      21. Cross-Complainant alleges that an actual controversy exists between Cross-

9  Complainant and Cross-Defendants, including ROES 1 through 20, and each of them, under the

10  circumstances alleged above, and that Cross-Complainant is informed and believe that Cross-

11  Defendants, including ROES 1 through 20, and each of them, deny that they have any obligation to

12  fully or partially indemnify Cross-Complainant.

13      22. Cross-Complainant desires and requests a judicial determination of the respective rights

14  and duties of Cross-Complainant and Cross-Defendants, including ROES 1 through 20, and each

15  of them, with respect to the alleged damages claimed in Plaintiff's Complaint. In particular, Cross-

16  Complainant seeks a determination that it is entitled to indemnification, contribution, and

17  apportionment from Cross-Defendants relating to the claims alleged within Plaintiff's Complaint.

18  Cross-Complainant desires and requests a declaration of the respective liabilities of Cross-

19  Defendants, including ROES 1 through 20, and each of them, for such damages, if any, and a

20  declaration of Cross-Defendants, including ROES 1 through 20, and each of their responsibilities

21  to indemnify Cross-Complainant for the amounts which Cross-Complainant may be compelled to

22  pay and for which Cross-Defendants, including ROES 1 through 20, and each of them, have been

23  determined responsible, and for costs of suit and attorneys' fees incurred herein by Cross-

24  Complainant.

25      23. Such a declaration is necessary and appropriate at this time such that Cross-

26  Complainant may ascertain its rights and duties with respect to Plaintiffs' claims for damages

27  herein. Furthermore, the claims of Plaintiff arose out of the same transaction or occurrence, and

28  determination of the related claims in one proceeding is necessary and appropriate in order to

**CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC**

1  avoid the multiplicity of actions that would result if Cross-Complainant was required now to

2  defend against the claims of Plaintiff and then bring a separate action against Cross-Defendants,

3  including ROES 1 through 20, and each of them, for indemnification of sums which Cross-

4  Complainant maybe compelled to pay as a result of any alleged damages, judgments or other

5  awards recovered by Plaintiff against Cross-Complainant.

6       WHEREFORE, Cross-Complainant prays for judgment against Cross-Defendants, and

7  each of them, as follows:

8       1. That Cross-Complainant recover from Cross-Defendants, and each of them, for expenses

9          incurred in the defense of this litigation, including reasonable attorney's fees to the

10          extent recoverable;

11       2. That to the extent found liable on Plaintiffs' Complaint, if at all, Cross-Complaint prays

12          for a judgment against Cross-Defendants, and each of them, pursuant to principles

13          of equitable indemnity, contribution and/or apportionment;

14       3. That to the extent found liable on Plaintiffs' Complaint, if at all, Cross-Complaint prays

15          for equitable contribution from Cross-Defendants, and each of them, in proportion

16          to the amount of negligence attributable to said Cross-Defendants, and each of

17          them;

18       4. For a declaration of the amounts for which Cross-Defendants, including ROES 1 through

19          20, and each of them, are obligated to indemnify Cross-Complainant, to the extent

20          Cross-Complainant is compelled to pay any sums as a result of any damages,

21          judgment or other awards recovered by Plaintiff, and for judgment against Cross-

22          Defendants, including ROES 1 through 20, and each of them in said amounts;

23       5. For a judicial determination of Cross-Defendants including ROES 1 through 20, and

24          each of their, responsibility and liability for any damages claimed by Plaintiff

25          which are found to exist;

26       6. For a judicial determination that Cross-Complainant is entitled to indemnity from Cross-

27          Defendants including ROES 1 through 50, and each of them, in sufficient sums so

28          that Cross-Complainant is required to pay no sum greater than such amount

-6-

**CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC**

computed by multiplying the judgment by the percentage of Cross-Complainant's

legal responsibility for damages herein, if any;

7. For costs of suit herein, including attorney's fees to the extent recoverable; and,

8. For such other and further relief as this Court deems proper.

DATED: January 2, 2025

SANDHU LAW GROUP A.P.C.

By: _____
Sumair S. Sandhu, Esq.
Anna J. Niemann, Esq.
Attorneys for Defendant
**OLIVE TREE CORNING PLAZA, LLC**

1 | *Gary Hudson v. Olive Tree Corning Plaza, et al.*
*Tehama County Superior Court Case No.: 24CI-000069*

2 | ## PROOF OF SERVICE

3 | I declare that I am over the age of eighteen years and not a party to or interested in the within

4 | action. I am an employee of Sandhu Law Group, and my business address is 2535 Capitol Oaks Drive, Suite 450, Sacramento, CA, 95833.

5 | On the date indicated below, I served a true copy of the following documents:

6 | ### CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC

7 | [  ]   By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by placing

8 | such envelope (s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this offices' practice, addressed as follows:

9 | [  ]   By U.S. Express Mail: On the parties in said action, by placing a true copy in the United States mail

10 | by placing such envelope(s) with postage thereon fully prepaid in the designated area for Express Mail in accordance with the office's practice, addressed as follows:

11 | [  ]   By Facsimile: Transmitting to the parties in this action by facsimile machine pursuant to Rule 2005,

12 | California Rules of Court. The transmission was reported as complete and in compliance with Rule 2003(3), no error was reported by the machine. Pursuant to Rule 2005(I), I caused the

13 | machine to print a transmission record of the transmission, a copy of which is attached to this declaration, addressed as follows:

14 | [XX]   By Electronic Service:  On the parties in said action by serving electronically on the persons at their

15 | e-mail addresses listed below pursuant to Code of Civil Procedure section 1013a and Rule 2.251, California Rules of Court.  The transmission was reported as complete and in

16 | compliance with Rule 2.251(h).  Pursuant to Rule 2.251, I printed out the electronic confirmation of service, a copy of which is attached to this declaration, addressed as follows:

17 |

18 | *Attorneys for Plaintiff,*      Garrett May, SBN 275909
*GARY HUDSON*             Robert May, SBN 250968

19 |                          **The May Firm Injury Lawyers, Inc.**
                         297 Santa Rosa Street

20 |                          San Luis Obispo, CA 93405
                         Phone: (805) 980 7758

21 |                          Fax: (805) 980 7754
                         Email: lit@mayfirm.com

22 |                          g.preciado@mayfirm.com
                         garrett@mayfirm.com

23 |                          debra@mayfirm.com

24 | Executed on January 2, 2025, at Sacramento, California.  I declare under penalty of perjury

25 | under the laws of the State of California that the foregoing is true and correct.

26 |                                   *Glenn Perrine*
                                  Glenn Perrine

27 |

28 |
                                        -8-

### CROSS-COMPLAINT OF OLIVE TREE CORNING PLAZA, LLC

**SUM-110**

# SUMMONS
## Cross-Complaint
### *(CITACION JUDICIAL–CONTRADEMANDA)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
1/9/2025 11:28 PM
County of Tehama
Kevin Harrigan, Clerk of the Court
By _____ Trisha Williams _____ , Deputy
EFILED

**NOTICE TO CROSS-DEFENDANT:**
*(AVISO AL CONTRA-DEMANDADO):*

Rite Aid Corporation

**YOU ARE BEING SUED BY CROSS-COMPLAINANT:**
*(LO ESTÁ DEMANDANDO EL CONTRADEMANDANTE):*

Olive Tree Corning Plaza, LLC

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the cross-complainant. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al contrademandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

SHORT NAME OF CASE *(from Complaint): (Nombre de Caso):*
Gary Hudson v. Olive Tree Corning Plaza, et al.

CASE NUMBER: *(Número del Caso):*
24CI-000069

The name and address of the court is:
*(El nombre y dirección de la corte es)* Tehama County Courthouse

1740 Walnut Street, Red Bluff, California

The name, address, and telephone number of cross-complainant's attorney, or cross-complainant without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del contrademandante, o del contrademandante que no tiene abogado, es):*
Anna J. Niemann; 2535 Capitol Oaks Drive, Suite 450 Sacramento, CA, 95833; (916) 963-9965

DATE: January 9, 2025          Kevin Harrigan    Clerk, by    Trisha Williams    , Deputy
*(Fecha)*                      Clerk of the Court *(Secretario)*                   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (POS-010).)*

NOTICE TO THE PERSON SERVED: You are served

1. ☐ as an individual cross-defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Rite Aid Corp
   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF TEHAMA

Page 1 of 1
Code of Civil Procedure, §§ 412.20, 428.60, 465
www.courts.ca.gov

Form Adopted for Mandatory Use
Judicial Council of California
SUM-110 [Rev. July 1, 2009]

**SUMMONS—CROSS-COMPLAINT**

ANNA NIEMANN, (SBN 165326)
SANDHU LAW GROUP, APC
2535 CAPITOL OAKS DRIVE, SUITE 450
SACRAMENTO, CA  95833
916-963-9965
Atty. File No.: 24CI-000069

SUPERIOR COURT OF CA., COUNTY OF TEHAMA

Case No. : 24CI-000069
**PROOF OF SERVICE OF SUMMONS**

PLAINTIFF      : GARY HUDSON
DEFENDANT   : OLIVE TREE CORNING PLAZA, ET AL.

Hearing date: January 27,2025       Time : 04:00 PM       Dept./Div. : 5

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS ON CROSS-COMPLAINT; CROSS-COMPLAINT;
      CASE MANAGEMENT STATEMENT; CASE MANAGEMENT STATEMENT

3.    a.  Party Served   : RITE AID CORPORATION
      b.  Person Served  : DAISY MONTENEGRO, PROCESS SPECIALIST
                          (AUTHORIZED TO ACCEPT)

4.    Address where the party was served: 330 NORTH BRAND BLVD      SUITE 700
                          GLENDALE, CA 91203   (Business)

5.    I served the party
      a.  **by personal service.**  I personally delivered the documents listed in Item 2 to the party or person authorized to
          receive service of process for the party (1) on  January 13, 2025  (2) at: 10:15 AM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c.  on behalf of: RITE AID CORPORATION
          under  [xx]  CCP 416.10   (corporation)

7.    **Person who served papers**              d.  Fee For Service : $ 116.75
      a.  MIGUEL A. RUIZ                          e.  I am
      b.  KNOX ATTORNEY SERVICE                        (3)  a registered California process server
          1550 HOTEL CIRCLE NORTH SUITE 440                 (I)  an independent contractor
          SAN DIEGO, CA 92108                               (ii)  Registration No.: 2687
      c.  619-233-9700                                      (iii)  County: ORANGE, CA

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  January 14, 2025                    Signature: _____
                                                        MIGUEL A. RUIZ

**PROOF OF SERVICE**

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)                           Ref. No. : 1666245-01

# EXHIBIT 2

1  MORGAN, LEWIS & BOCKIUS LLP
   Michael K. Gocksch, CA Bar No. 318743
2  One Federal Street
   Boston, MA 02110-1726
3  Tel:   +1.617.341.7902
   Fax:   +1.617.34.7701
4  michael.gocksch@morganlewis.com

5  Attorneys for Cross-Defendant
   RITE AID CORPORATION

6

7

ELECTRONICALLY
**FILED**
SUPERIOR COURT OF CALIFORNIA

5/14/2025 2:27 PM
County of Tehama
Kevin Harrigan, Clerk of the Court

By_____Kalie Waltjen_____, Deputy
EFILED

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF TEHAMA

10

11  GARY HUDSON, an individual,                Case No. 24CI-000069

12              Plaintiff,                      NOTICE OF APPEARANCE OF
                                               COUNSEL FOR CROSS-DEFENDANT
13      vs.                                     RITE AID CORPORATION

14  OLIVE TREE CORNING PLAZA, LLC, a           Date Action Filed: April 3, 2024
    limited liability company; ANDERSON
15  LIVING TRUST, form of business unknown;
    and DOES 1 through 100, inclusive,
16

17              Defendants.

18  OLIVE TREE CORNING PLAZA, LLC, a
    limited liability company,
19
                Cross-Complainant,
20
        vs.
21
    RITE AID CORPORATION,
22
                Cross-Defendant.
23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW

1   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that the following attorney, Michael K. Gocksch of the firm

3   Morgan, Lewis & Bockius, LLP, hereby enter his appearance as counsel of record for Cross-

4   Defendant RITE AID CORPORATION ("Rite Aid") in the above captioned matter.  Rite Aid

5   requests that the Court's docket and counsel service lists be updated as follows:

6                   Michael K. Gocksch, CA Bar No. 318743

7                   **MORGAN, LEWIS & BOCKIUS LLP**
                One Federal Street

8                   Boston, MA  02110-1726
                Tel:   +1.617.341.7902
                Fax:   +1.617.34.7701

9                   michael.gocksch@morganlewis.com

10      Please serve said counsel listed above with all correspondence, pleadings, and notices in

11  this action.

12  Dated: May 14, 2025                MORGAN, LEWIS & BOCKIUS LLP

13

14                  By /s/ *Michael K. Gocksch*

15                     Michael K. Gocksch
                   Attorneys for Cross-Defendant

16                     RITE AID CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am a citizen of the United States and employed in Boston, Massachusetts. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Federal Street, Boston, MA 02110-1726.

On May 14, 2025, I served a copy of the within document(s):

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
### RITE AID CORPORATION

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| THE MAY FIRM INJURY LAWYERS, INC.<br>Garrett May [CA Bar No. 275909]<br>Robert May [CA Bar No. 250968]<br>297 Santa Rosa Street<br>San Luis Obispo, CA 93405<br>Tel: 805-980-7758<br>Fax: 805-980-7754<br>lit@mayfirm.com | *Attorneys for Plaintiff*<br>GARY HUDSON |
| SANDHU LAW GROUP<br>Sumair S. Sandhu [CA Bar No. 219169]<br>Anna J. Niemann [CA Bar No. 165326]<br>2535 Capitol Oaks Drive, Suite 450<br>Sacramento, California 95833<br>Tel: 916-963-9965<br>Fax: 916-963-9966<br>ssandhu@sandhulg.com<br>aniemann@sandhulg.com | *Attorneys for Defendant*<br>OLIVE TREE CORNING PLAZA, LLC |

Executed on May 14, 2025, at Boston, Massachusetts.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Michael K. Gocksch*
Michael K. Gocksch

ELECTRONICALLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
5/14/2025 2:27 PM
County of Tehama
Kevin Harrigan, Clerk of the Court
By_____Kalie Waltjen_____, Deputy
EFILED

1  MORGAN, LEWIS & BOCKIUS LLP
Michael K. Gocksch, CA Bar No. 318743
2  One Federal Street
Boston, MA  02110-1726
3  Tel:   +1.617.341.7902
Fax:   +1.617.34.7701
4  michael.gocksch@morganlewis.com

5  Attorneys for Cross-Defendant
RITE AID CORPORATION

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                                  COUNTY OF TEHAMA

10

11  GARY HUDSON, an individual,                    Case No. 24CI-000069

12                    Plaintiff,                   SUGGESTION OF BANKRUPTCY
                                                   FOR NEW RITE AID, LLC AND
13            vs.                                  CERTAIN OF ITS AFFILIATES AND
                                                   NOTICE OF AUTOMATIC STAY OF
14  OLIVE TREE CORNING PLAZA, LLC, a               PROCEEDINGS
    limited liability company; ANDERSON
15  LIVING TRUST, form of business unknown;        Date Action Filed: April 3, 2024
    and DOES 1 through 100, inclusive,
16
                    Defendants.
17

18  OLIVE TREE CORNING PLAZA, LLC, a
    limited liability company,
19
                    Cross-Complainant,
20
              vs.
21
    RITE AID CORPORATION,
22
                    Cross-Defendant.
23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**PLEASE TAKE NOTICE** that, on May 5, 2025, New Rite Aid, LLC and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). A copy of the voluntary petition of the lead Debtor, New Rite Aid, LLC (Case No. 25-14861-MBK), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtor's chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Michael B. Kaplan and are captioned *In re New Rite Aid, LLC, et al.*, Ch. 11 Case No. 25-14861 (MBK) (Bankr. D. N.J. May 5, 2025).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.
> . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact Debtors' proposed bankruptcy counsel (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Joshua A. Esses (jesses@paulweiss.com), and Tyler Zelinger (tzelinger@paulweiss.com)); and (b) Cole Schotz, P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601 (Attn: Felice R. Yudkin (fyudkin@coleschotz.com), and Andreas Milliaressis (amilliaressis@coleschotz.com)); before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 14, 2025

/s/ *Michael K. Gocksch*
Michael K. Gocksch
CA Bar No. 318743
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone:    (617) 341-7902
Email:        michael.gocksch@morganlewis.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

PROOF OF SERVICE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of New Jersey**
(State)

Case number (*if known*): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | New Rite Aid, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Juniper RX, LLC |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 88-0991843 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 Newberry Commons**<br>Number          Street | Number          Street |
| | P.O. Box |
| **Etters          Pennsylvania          17319**<br>City                      State          Zip Code | City                                    State     Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **York County**<br>County | Number          Street |
| | City                                    State     Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | https://www.riteaid.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **New Rite Aid, LLC**                                          Case number *(if known)*
          Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check One:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 4561 |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☒ Chapter 11. *Check all that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☐ No | |
| | ☒ Yes. District | **District of New Jersey** When 10/15/2023 MM/DD/YYYY    Case number 23-19101 |
| If more than 2 cases, attach a separate list. | District | When _____ MM/DD/YYYY    Case number _____ |

Debtor  **New Rite Aid, LLC**
Name                                                                          Case number *(if known)* _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.    Debtor    **See Rider 1** _____    Relationship    **Affiliate** _____

List all cases. If more than 1, attach a separate list.

District    **New Jersey** _____    When _____

Case number, if known _____    MM / DD / YYYY

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City    State    Zip Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☒ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    **New Rite Aid, LLC**
Name    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **15. Estimated assets (on a consolidated basis)** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☒ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities (on a consolidated basis)** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☒ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __05/05/2025__
    MM/ DD / YYYY

✗    __/s/ Matthew Schroeder__          __Matthew Schroeder__
    Signature of authorized representative of debtor    Printed name

Title    __Chief Executive Officer__

**18. Signature of attorney**    ✗    __/s/ Michael D. Sirota__    Date    __05/05/2025__
    Signature of attorney for debtor    MM/DD/YYYY

__Michael D. Sirota__
Printed name

__Cole Schotz P.C.__
Firm name

__25 Main Street__
Number    Street

__Hackensack__    __NJ__    __07601__
City    State    ZIP Code

__(201) 489-3000__    __msirota@coleschotz.com__
Contact phone    Email address

__014321986__    __NJ__
Bar number    State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of New Jersey**

(State)

Case number (if
known): _____    Chapter __11

☐ Check if this is an
amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of New Rite Aid LLC.

- New Rite Aid LLC
- 1740 Associates, L.L.C.
- 4042 Warrensville Center Road - Warrensville Ohio, Inc.
- 5277 Associates, Inc.
- 5600 Superior Properties, Inc.
- Apex Drug Stores, Inc.
- Broadview and Wallings-Broadview Heights Ohio, Inc.
- Drug Palace, Inc.
- Eckerd Corporation
- EDC Drug Stores, Inc.
- Ex Benefits, LLC
- Ex Design, LLC
- Ex Design Holdings LLC
- Ex Holdco, LLC
- Ex Initiatives, L.L.C.
- Ex Options, LLC
- Ex Pharmacy, LLC
- Ex Procurement, LLC
- Ex Rxclusives, LLC
- Ex Savings, LLC
- Ex Software, LLC
- Ex Solutions of MO, LLC
- Ex Solutions of NV, LLC
- Ex Solutions of OH, LLC
- Ex Tech, LLC
- First Florida Insurers of Tampa, LLC
- GDF, Inc.
- Genovese Drug Stores, Inc.
- Gettysburg and Hoover-Dayton, Ohio, LLC
- Grand River & Fenkell, LLC
- Harco, Inc.
- Hunter Lane, LLC
- ILG – 90 B Avenue Lake Oswego, LLC

- JCG (PJC) USA, LLC
- JCG Holdings (USA), Inc.
- K & B Alabama Corporation
- K & B Louisiana Corporation
- K & B Mississippi Corporation
- K & B Services, Incorporated
- K & B Tennessee Corporation
- K&B Texas Corporation
- K & B, Incorporated
- Lakehurst and Broadway Corporation
- LMW – 90B Avenue Lake Oswego, Inc.
- Maxi Drug North, Inc.
- Maxi Drug South, L.P.
- Maxi Drug, Inc.
- Maxi Green Inc.
- Munson & Andrews, LLC
- Name Rite, L.L.C.
- P.J.C. Distribution, Inc.
- P.J.C. Realty Co., Inc.
- PDS-1 Michigan, Inc.
- Perry Drug Stores, Inc.
- PJC Lease Holdings, Inc.
- PJC Manchester Realty LLC
- PJC of Massachusetts, Inc.
- PJC of Rhode Island, Inc.
- PJC of Vermont Inc.
- PJC Peterborough Realty LLC
- PJC Realty MA, Inc.
- PJC Revere Realty LLC
- PJC Special Realty Holdings, Inc.
- RCMH LLC
- RDS Detroit, Inc.
- READ's Inc.
- RediClinic Associates, Inc.
- RediClinic of Dallas-Fort Worth, LLC

- RediClinic of DC, LLC
- RediClinic of DE, LLC
- RediClinic of MD, LLC
- RediClinic of PA, LLC
- RediClinic of VA, LLC
- RediClinic LLC
- RediClinic US, LLC
- Richfield Road – Flint, Michigan, LLC
- Rite Aid Corporation
- Rite Aid Drug Palace, Inc.
- Rite Aid Hdqtrs. Corp.
- Rite Aid Hdqtrs. Funding, Inc.
- Rite Aid Lease Management Company
- Rite Aid of Connecticut, Inc.
- Rite Aid of Delaware, Inc.
- Rite Aid of Georgia, Inc.
- Rite Aid of Indiana, Inc.
- Rite Aid of Kentucky, Inc.
- Rite Aid of Maine, Inc
- Rite Aid of Maryland, Inc.
- Rite Aid of Michigan, Inc.
- Rite Aid of New Hampshire, Inc.
- Rite Aid of New Jersey, Inc.
- Rite Aid of New York, Inc.
- Rite Aid of North Carolina, Inc.

- Rite Aid of Ohio, Inc.
- Rite Aid of Pennsylvania, LLC
- Rite Aid of South Carolina, Inc.
- Rite Aid of Tennessee, Inc.
- Rite Aid of Vermont, Inc.
- Rite Aid of Virginia, Inc.
- Rite Aid of Washington, D.C. Inc.
- Rite Aid of West Virginia, Inc.
- Rite Aid Online Store, Inc.
- Rite Aid Payroll Management, Inc.
- Rite Aid Realty Corp.
- Rite Aid Rome Distribution Center, Inc.
- Rite Aid Specialty Pharmacy, LLC
- Rite Aid Transport, Inc.
- Rite Investments Corp.
- Rite Investments Corp., LLC
- Rx Choice, Inc.
- Rx USA, Inc.
- The Bartell Drug Company
- The Jean Coutu Group (PJC) USA, Inc.
- The Lane Drug Company
- Thrifty Corporation
- Thrift Drug, Inc.
- Thrifty Ice Cream, LLC
- Thrifty PayLess, Inc.

**Prior Case Pending in this Court**

*In re Rite Aid Corporation, et al.,* Case No. 23-18993 (MBK) (Bankr. D.N.J. Oct. 15, 2023)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEW RITE AID, LLC, | ) Case No. 25-[_____] (____) |
| | ) |
| Debtor. | ) (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Thomas A Pitta in his Capacity as the Trustee of the GUC Equity Trust | Tr GUC Equity Trust c/o Emmet Marvin & Martin LLP 120 Broadway 32nd Floor New York, NY 10271 | 10.0% | 99,999 | Common Stock |
| HBC Investment Ltd | 28 Havemeyer Place Greenwich, CT 06830 | 8.6% | 86,211 | Common Stock |
| Tao Finance 3-A LLC | 2100 McKinney Avenue, Suite 1500 Dallas, TX 75201 | 8.3% | 82,967 | Common Stock |
| Conifer Finance 3 LLC | 2100 McKinney Avenue Dallas, TX 75201 | 6.7% | 67,335 | Common Stock |
| Arini Credit Master Fund Limited | 2 Park St London W1K 2XA United Kingdom | 5.1% | 50,719 | Common Stock |
| HG Vora Special Opportunities Master Fund Ltd | Master Fund Ltd 330 Madison Avenue, 21st Floor New York, NY 10017 | 4.8% | 48,400 | Common Stock |
| Diameter Master Fund LP | 55 Hudson Yards, Suite 29b New York, NY 10001 | 4.7% | 46,745 | Common Stock |
| Royal Bank of Canada | 250 Nicollet Mall, Suite 1400 Minneapolis, MN 55122 | 3.7% | 36,807 | Common Stock |
| Empyrean Capital Overseas Master Fund Ltd | Master Fund Ltd 10250 Constellation Blvd, Suite 2950 Los Angeles, CA 90067 | 3.1% | 30,766 | Common Stock |
| Rokos Global Macro Master Fund LP | 600 Lexington Avenue, 34th Floor New York, NY 10022 | 3.0% | 30,302 | Common Stock |
| JPMorgan Investment Funds Global High Yield Bond Fund | Global High Yield Bond Fund 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 2.7% | 26,592 | Common Stock |
| Helix Strategic Fund LP | 545 Madison Ave, 8th Floor New York, NY 10022 | 2.6% | 25,535 | Common Stock |
| JPMorgan High Yield Fund | 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 2.5% | 25,265 | Common Stock |
| Millennium CMM Ltd | Attn Kerry Filippatos 399 Park Ave New York, NY 10022 | 2.3% | 23,074 | Common Stock |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| JPMorgan Investment Funds Global Income Fund | Global Income Fund 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 1.9% | 19,393 | Common Stock |
| HG Vora Opportunistic Capital Master Fund II LP | Master Fund II LP 330 Madison Avenue, 21st Floor New York, NY 10017 | 1.9% | 19,233 | Common Stock |
| Diameter Dislocation Master Fund II LP | 55 Hudson Yards, Suite 29B New York, NY 10001 | 1.6% | 15,500 | Common Stock |
| Cypress V Finance 3 LLC | 2100 McKinney Avenue Dallas, TX 75201 | 1.5% | 14,810 | Common Stock |
| JPMorgan Funds Income Fund | 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 1.3% | 12,618 | Common Stock |
| JPMorgan Income Fund | 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 1.2% | 11,564 | Common Stock |
| Lysander-Fulcra Corporate | 1201 - 333 Seymour Street Vancouver BC V6B 5A6 Canada | 1.1% | 10,633 | Common Stock |
| Commingled Pension Trust Fund (High Yield) of JPMCB | 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 1.0% | 9,984 | Common Stock |
| National Employment Savings Trust | 1 E Ohio St Indianapolis, IN 46204 | 1.0% | 9,777 | Common Stock |
| JPMorgan Income Builder Fund | 1 East Ohio Street, Floor 6 Indianapolis, IN 46204 | 1.0% | 9,684 | Common Stock |
| Point72 Global Macro Investments LLC | c/o POINT72 Asset Management LP 72 Cummings Point Road Stamford, CT 06902 | 0.8% | 7,837 | Common Stock |
| Brigade Credit Fund II Ltd | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.7% | 6,891 | Common Stock |
| Avenue RP Opportunities Fund LP | 11 W 42nd St, 9th Fl New York, NY 10036 | 0.7% | 6,702 | Common Stock |
| Brigade Structured Credit Fund Ltd | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.7% | 6,671 | Common Stock |
| Morgan Stanley Co LLC | 1585 Broadway New York, NY 10036 | 0.7% | 6,556 | Common Stock |
| Deutsche Bank Securities Inc | Attn Katelyn Beck 5022 Gate Pkwy Bldg 200 Jacksonville, FL 32256 | 0.6% | 5,953 | Common Stock |
| California Public Employees' Retirement System | 1 E Ohio St, Floor 06 Indianapolis, IN 46204 | 0.5% | 5,053 | Common Stock |
| Squarepoint Diversified Partners 7 | 250 W 55th Street, 32nd Floor New York, NY 10019 | 0.5% | 4,569 | Common Stock |
| NBI High Yield Bond ETF | 1 E Ohio St, Floor 06 Indianapolis, IN 46204 | 0.4% | 4,121 | Common Stock |
| Teachers' Retirement System of the City of New York | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.4% | 3,802 | Common Stock |
| LVIP JPMorgan High Yield Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.4% | 3,661 | Common Stock |
| JPMorgan core plus bond fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.4% | 3,545 | Common Stock |
| New York City Police Pension Fund Subchapter 2 | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.4% | 3,505 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Kyburg Institutional Fund Obligationen Fremdwaehrungen | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.3% | 3,325 | Common Stock |
| Los Angeles County Employees Retirement Association | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.3% | 3,204 | Common Stock |
| JPMorgan Funds Global Bond Opportunities Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.3% | 3,187 | Common Stock |
| Avenue Global Opportunities Master Fund LP | 11 W 42nd St, 9th Fl New York, NY 10036 | 0.3% | 3,136 | Common Stock |
| SEI Institutional Investments Trust High Yield Bond Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.3% | 3,058 | Common Stock |
| JPMorgan Multi Income Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.3% | 2,990 | Common Stock |
| Virginia Retirement System | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.3% | 2,971 | Common Stock |
| FedEx Corporation Employees' Pension Trust | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,431 | Common Stock |
| Commingled Pension Trust Fund (Corporate High Yield) of JPMCB | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.2% | 2,337 | Common Stock |
| OSP Value Fund III LP | 5050 France Ave Sedina, MN 55410 | 0.2% | 2,307 | Common Stock |
| Scoggin International Fund Ltd | 654 Madison Ave, 10th Fl New York, NY 10065 | 0.2% | 2,307 | Common Stock |
| Brigade High Yield Fund Ltd | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,277 | Common Stock |
| JPMorgan Global Bond Opportunities Fund CFI Vista (GIS Core) | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.2% | 2,211 | Common Stock |
| Brigade Leveraged Capital Structures Fund Ltd | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,075 | Common Stock |
| SEI Institutional Managed Trust High Yield Bond Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,059 | Common Stock |
| Boston Patriot Beacon St LLC | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,039 | Common Stock |
| BG Master Fund | 3rd Floor Waterways House Grand Canal Quay Dublin 2 Ireland | 0.2% | 2,024 | Common Stock |
| Mediolanum Best Brands | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 2,011 | Common Stock |
| Migros-PensionsKasse Fonds | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.2% | 1,921 | Common Stock |
| Calamos Strategic Total Return Fund | 2020 Calamos Court Naperville, IL 60563 | 0.2% | 1,794 | Common Stock |
| California Public Employees Retirement System | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | 0.2% | 1,682 | Common Stock |
| Panther BCM LLC | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.2% | 1,639 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Calamos Convertible and High Income Fund | 2020 Calamos Court Naperville, IL  60563 | 0.2% | 1,568 | Common Stock |
| Bank of America Securities Inc | Two Bryant Park, 5th Floor New York, NY  10036 | 0.2% | 1,538 | Common Stock |
| Marneu Holding | 160 Broadway, 1st Floor New York, NY  10038 | 0.2% | 1,538 | Common Stock |
| BBH & Co I/b/o (for BBH TSL) Nomura Funds Ireland PLC US High Yield | 309 West 49th Street, 24th Floor New York, NY  10019-7316 | 0.1% | 1,490 | Common Stock |
| Mediolanum Strategia Globale Multi Bond | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 1,462 | Common Stock |
| SEI Institutional Investments Trust High Yield Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,459 | Common Stock |
| SC Credit Opportunities Mandate LLC | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 1,454 | Common Stock |
| Calamos Convertible Opportunities and Income Fund | 2020 Calamos Court Naperville, IL  60563 | 0.1% | 1,446 | Common Stock |
| Brigade Diversified Credit Clt | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 1,423 | Common Stock |
| Fulcra Credit Opportunities Fund | 1201 - 333 Seymour Street Vancouver BC V6B 5A6 Canada | 0.1% | 1,398 | Common Stock |
| New York State Teachers' Retirement System | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,371 | Common Stock |
| SEI Global Master Fund PLC the SEI High Yield Fixed Income Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 1,365 | Common Stock |
| Commingled Pension Trust Fund (Income) of JPMorgan Chase Bank | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,356 | Common Stock |
| JPMorgan Strategic Income Opportunities Fund | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,288 | Common Stock |
| JPMorgan Funds Multi-Manager Alternatives Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 1,238 | Common Stock |
| JPMorgan Investment Funds Global Income Conservative Fund | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,148 | Common Stock |
| Commingled Pension Trust Fund (Core Plus Bond) of JPMCB NA | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,081 | Common Stock |
| NBI Unconstrained Fixed Income ETF | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,042 | Common Stock |
| American Century Investment Trust High Income Fund | 309 West 49th Street, 24th Floor New York, NY  10019-7316 | 0.1% | 1,028 | Common Stock |
| JPMorgan Short Duration Core Plus Fund | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 1,007 | Common Stock |
| SEI Institutional Managed Trust High Yield Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN  46204 | 0.1% | 937 | Common Stock |
| New York City Fire Department Pension Fund Subchapter Two | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY  10022 | 0.1% | 931 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| The Regents of the University of California | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | 0.1% | 926 | Common Stock |
| State Teachers Retirement System of Ohio | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 923 | Common Stock |
| JPMorgan Funds Global Bond Opportunities Sustainable Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 898 | Common Stock |
| Sitching Pensioenfonds Zorg En Welzijn | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | 0.1% | 897 | Common Stock |
| JPMorgan Fund ICVC JPM Global High Yield Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 882 | Common Stock |
| Future Directions Credit Opportunities Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.1% | 811 | Common Stock |
| Chevron Master Pension Trust | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 804 | Common Stock |
| U S High Yield Bond Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.1% | 800 | Common Stock |
| Cloudy Bluff Co | c/o Northeast Investors Trust 125 High Street Boston, MA 02110 | 0.1% | 778 | Common Stock |
| The Coca-Cola Company Master Retirement Trust | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.1% | 774 | Common Stock |
| United Equities Commodities Company | 160 Broadway, 1st Floor New York, Ny 10038 | 0.1% | 769 | Common Stock |
| JPMorgan Funds US High Yield Plus Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 718 | Common Stock |
| Jane Street Global Trading LLC | 250 Vesey Street, 3rd Floor New York, NY 10281 | 0.1% | 707 | Common Stock |
| Moses Marx | 160 Broadway, 1st Floor New York, NY 10038 | 0.1% | 671 | Common Stock |
| CIBC World Markets Inc | 81 Bay St, 28th Floor Toronto, ON M5J 0E7 Canada | 0.1% | 628 | Common Stock |
| SEI Global Master Fund PLC the SEI High Yield Fixed Income Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 626 | Common Stock |
| Advanced Series Trust AST High Yield Portfolio | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 597 | Common Stock |
| JPMorgan Investment Funds Income Opportunity Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | 0.1% | 595 | Common Stock |
| Avenue Global Dislocation Opportunities Fund LP | 11 W 42nd St, 9th Fl New York, NY 10036 | 0.1% | 577 | Common Stock |
| BMO High Yield US Corporate Bond Index ETF | 100 King Street West Toronto, ON M5X 1A9 CANADA | 0.1% | 561 | Common Stock |
| Mermelstein Investment Partners II LP | 6500 N Hamlin Ave Lincolnwood, IL 60712 | 0.1% | 532 | Common Stock |
| City of Phoenix Employees' Retirement Plan | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.1% | 530 | Common Stock |
| The State of Connecticut Acting Through Its Treasurer | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | 0.1% | 528 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Big River Group Fund SPC LLC | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | 0.1% | 515 | Common Stock |
| JPMorgan Funds Flexible Credit Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 450 | Common Stock |
| Ohio Public Employees Retirement System | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 416 | Common Stock |
| Teachers' Retirement System of the City of New York | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 414 | Common Stock |
| Calamos Dynamic Convertible and Income Fund | 2020 Calamos Court Naperville, IL 60563 | < 0.1% | 408 | Common Stock |
| Pensiondanmark | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 399 | Common Stock |
| Pzena Focused Credit Opportunities Master Fund LP | 190 Elgin Avenue George Town, Grand Cayman KY1-9001 | < 0.1% | 384 | Common Stock |
| Scoggin Worldwide Fund Ltd | 654 Madison Ave, 10th Fl New York, NY 10065 | < 0.1% | 384 | Common Stock |
| SEI Institutional Managed Trust Multi-Strategy Alternative Fund | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | < 0.1% | 381 | Common Stock |
| JPMorgan Income ETF | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 364 | Common Stock |
| U S High Yield Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 359 | Common Stock |
| New York City Police Pension Fund | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 350 | Common Stock |
| Calamos Global Dynamic Income Fund | 2020 Calamos Court Naperville, IL 60563 | < 0.1% | 345 | Common Stock |
| Goldman Sachs Trust II Goldman Sachs Multi-Manager Non-Core Fixed | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | < 0.1% | 343 | Common Stock |
| Metropolitan Life Insurance Company | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 336 | Common Stock |
| Group Hospitalization and Medical Services Inc Carefirst Blue | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 332 | Common Stock |
| JPMorgan Fund ICVC JPM Multi-Asset Income Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 325 | Common Stock |
| Fourteen Capital High Yield Fund LP | 383 West Mountain Road Ridgefield, CT 06877 | < 0.1% | 308 | Common Stock |
| Stichting Bewaarder Syntrus Achmea Global High Yield Pool | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 303 | Common Stock |
| Calamos long/short equity & dynamic income trust | 2020 Calamos Court Naperville, IL 60563 | < 0.1% | 294 | Common Stock |
| JPMorgan Chase Retirement Plan Trust | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 290 | Common Stock |
| International Paper Company Commingled Investment Group Trust | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 286 | Common Stock |
| JPMorgan Funds Global Strategic Bond Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 278 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
|  | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 276 | Common Stock |
| Integrity High Income Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 275 | Common Stock |
| JPMorgan High Yield Research Enhanced ETF | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 274 | Common Stock |
| JPMorgan Multi Balanced Fund | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 269 | Common Stock |
| Teachers' Retirement System Of Louisiana | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 267 | Common Stock |
| JPMorgan Global Bond Opportunities Fund JP Morgan Chase Bank (London) | c/o Brigade Capital Management LP 399 Park Avenue, 16th Floor New York, NY 10022 | < 0.1% | 246 | Common Stock |
| Northrop Grumman Pension Master Trust | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 237 | Common Stock |
| New York City Board of Education Retirement System | 12 Elm Tree Road London NW8 9JX United Kingdom | < 0.1% | 231 | Common Stock |
| Sachin Khajuria | Attn Asset Servicing 200 West Street, 16th Floor New York, NY 10282 | < 0.1% | 231 | Common Stock |
| Goldman Sachs Co LLC | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 230 | Common Stock |
| Industriens Pensionsforsikring A/S | 4120 Villanova Street West University Place Harris, TX 77005 | < 0.1% | 225 | Common Stock |
| William Baker | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 220 | Common Stock |
| Pensionskasse SBB | Attn Asset Servicing 200 West St, 16th Floor New York, NY 10282 | < 0.1% | 217 | Common Stock |
| Goldman Sachs And Co LLC | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 204 | Common Stock |
| New York City Employees' Retirement System | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 202 | Common Stock |
| Carefirst of Maryland Inc Carefirst Bluecross Blueshield | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 182 | Common Stock |
| Aegon Custody B V | 309 West 49th Street, 24th Floor New York, NY 10019-7316 | < 0.1% | 175 | Common Stock |
| American Century High Yield Corporate Bond Trust | De Puente 54 Buenos Aires Tigre 1670 Argentina | < 0.1% | 162 | Common Stock |
| Maria Silvina Ripoll | 3800 Citibank Center Tampa, FL 33610 | < 0.1% | 154 | Common Stock |
| Astra Sisav Sif-Trisin | 245 Dekoven Drive Middletown, CT 06457 | < 0.1% | 154 | Common Stock |
| City of Middletown | 3800 Citigroup Ctr Tampa, FL 33610 | < 0.1% | 154 | Common Stock |
| Caceis Bank | 2 Kaufmantel Aviv 6801294 Israel | < 0.1% | 154 | Common Stock |
| Avdinco ltd |  |  |  |  |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| | 78 Rue De Lausanne<br>Geneva 1202, Switzerland | < 0.1% | 151 | Common Stock |
| One Swiss Bank SA | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 145 | Common Stock |
| JPMorgan Unconstrained Debt Fund | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 141 | Common Stock |
| GIM Specialist Investment Funds GIM Multi Sector Credit Fund | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 137 | Common Stock |
| L3harris Pension Master Trust | 2020 Calamos Court<br>Naperville, IL 60563 | < 0.1% | 134 | Common Stock |
| Calamos High Income Opportunities Fund | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 125 | Common Stock |
| Montgomery County Employees' Retirement System | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 123 | Common Stock |
| The Public Institution for Social Security | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 116 | Common Stock |
| BBH & Co f/b/o (for BBH TSL) Nomura Funds Ireland Global Sustainable | 1631 Breakers West Blvd<br>West Palm Beach, FL 33411 | < 0.1% | 111 | Common Stock |
| Alfonso Rafael Machado | PO Box 309<br>Grand Cayman KY1-1104<br>Cayman Islands | < 0.1% | 108 | Common Stock |
| Brevan Howard Alpha Strategies Master Fund Limited | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 107 | Common Stock |
| JPMorgan Fund II ICVC JPM Global Bond Opportunities Fund | 6500 N Hamlin Ave<br>Lincolnwood, IL 60712 | < 0.1% | 106 | Common Stock |
| Joseph A Mermelstein 2019 Rev Tr | 6500 N Hamlin Ave<br>Lincolnwood, IL 60712 | < 0.1% | 106 | Common Stock |
| Joseph Mermelstein Family Tr | 6500 N Hamlin Ave<br>Lincolnwood, IL 60712 | < 0.1% | 106 | Common Stock |
| Marvin S Mermelstein Rev Tr | 6500 N Hamlin Ave<br>Lincolnwood, IL 60712 | < 0.1% | 106 | Common Stock |
| Mermelstein 2021 Family Trust | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 104 | Common Stock |
| Barclays Multi-Manager Fund PLC | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 100 | Common Stock |
| Commonwealth of Massachusetts Employees Deferred Compensation | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 99 | Common Stock |
| Carefirst Bluechoice Inc | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 98 | Common Stock |
| Stichting Pensioenfonds Hoogovens | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 97 | Common Stock |
| Jpmorgan Core Plus Bond ETF | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 97 | Common Stock |
| Chevron Master Pension Trust | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 97 | Common Stock |
| New York State Teachers' Retirement System | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 97 | Common Stock |
| Stichting Mars Pensioenfonds | | | | |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Kevin Michael Zimerman | PO Box 116816534<br>La Gracia Rancho<br>Santa Fe, CA 92067 | < 0.1% | 86 | Common Stock |
| Brownstone Investment Group LLC | 505 Fifth Avenue, 10th Floor<br>New York, NY 10017 | < 0.1% | 82 | Common Stock |
| Pace High Yield Investments | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 79 | Common Stock |
| National Railroad Retirement Investment Trust | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 77 | Common Stock |
| New York City Fire Department Pension Fund | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 77 | Common Stock |
| NTCC Collective Funds For Employee Benefit Trusts | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 77 | Common Stock |
| Pinnacol Assurance | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 77 | Common Stock |
| 544 Investments Global Inc | Hunkins Waterfront Plaza<br>Suite 556 Main Street<br>Charlestown, SC | < 0.1% | 77 | Common Stock |
| Frank P Strock Jr Dawne M Strock | 495 Stony Run Rd<br>Dillsburg, PA 17019 | < 0.1% | 70 | Common Stock |
| Calamos Global Total Return Fund | 2020 Calamos Court<br>Naperville, IL 60563 | < 0.1% | 66 | Common Stock |
| JPMorgan Short Duration Core Plus ETF | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 62 | Common Stock |
| Floresta Overseas Ltd | 8601 NW 27 Street, Suite # 051-514342<br>Doral, FL 33122 | < 0.1% | 61 | Common Stock |
| J V B Financial Group LLC | 1800 N Military Trl, Ste 450<br>Boca Raton, FL 33431-6377 | < 0.1% | 58 | Common Stock |
| JPMorgan Fund ICVC JPM Unconstrained Bond Fund | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 58 | Common Stock |
| Montgomery County Consolidated Retiree Health Benefits Trust | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 57 | Common Stock |
| Government Of Guam Retirement Fund | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 57 | Common Stock |
| Northern Multi-Manager High Yield Opportunity Fund | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 57 | Common Stock |
| United Mine Workers of America 1974 Pension Trust | 309 West 49th Street, 24th Floor<br>New York, NY 10019-7316 | < 0.1% | 44 | Common Stock |
| Rebecca Rice Debakey | 7903 Woodway Dr<br>Houston, TX 77063 | < 0.1% | 40 | Common Stock |
| JPMorgan Global Strategic Bond Fund | 1 E Ohio St, Floor 6<br>Indianapolis, IN 46204 | < 0.1% | 38 | Common Stock |
| Meringues Ltd | Trident Trust<br>Suite 146, Road Town<br>Tortola, British Virgin Islands | < 0.1% | 33 | Common Stock |
| Verition Multi-Strategy Master Fund Ltd | Ugland House<br>Grand Cayman KY1-1104<br>Cayman Islands | < 0.1% | 31 | Common Stock |
| Um Suk Jeong | 3800 Citibank Center<br>Tampa, FL 33610 | | | |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Marex | 140 East 45th Street New York, NY 10017 | < 0.1% | 30 | Common Stock |
| Park Circle Company | 1829 Reisterstown Road Suite 140 Baltimore, MD 21208 | < 0.1% | 28 | Common Stock |
| Jeffrey A Legum | 1829 Reisterstown Road, Suite 140 Baltimore, MD 21208 | < 0.1% | 28 | Common Stock |
| The Fills Trust UAD 05/30/18 | 1974 Parkview Ter La, Jolla CA 92037 | < 0.1% | 27 | Common Stock |
| BMO ESG High Yield US Corporate Bond Index ETF | 100 King Street West Toronto, ON M5X 1A9 Canada | < 0.1% | 27 | Common Stock |
| JPMorgan Total Return Fund | 1 E Ohio St, Floor 6 Indianapolis, IN 46204 | < 0.1% | 23 | Common Stock |
| Thomas Pouliot | 5 Bristol Lane York, ME 03909 | < 0.1% | 23 | Common Stock |
| Maya Tokuriki Jamie B Stewart III | 334 Clinton Street Brooklyn, NY 11231 | < 0.1% | 23 | Common Stock |
| Octavio Gallardo Vargas | Paseos Del Prado 3445 Int 11 Lomas Del Valle Zapopan Jalisco 45129 | < 0.1% | 23 | Common Stock |
| Alicia Rosa Astengo De Amado | Ayacucho 1295 1824 Lanus Este Buenos Aires 1295 Argentina | < 0.1% | 22 | Common Stock |
| Wells Fargo Clearing Services LLC | 2801 Market Street Saint Louis, MO 63103 | < 0.1% | 19 | Common Stock |
| Northern Trust Investment Funds PLC | PLC George's Court 54-62 Townsend St Dublin 2 Ireland | < 0.1% | 19 | Common Stock |
| Michael A Knight | 1325 N Allen Place Apt 335 Seattle, WA 98103 | < 0.1% | 19 | Common Stock |
| Mark W Cooper Mark W Cooper IRA | 13232 Provence Dr Palm Beach Gardens, FL 33410 | < 0.1% | 19 | Common Stock |
| MSSB Fbo Roy A Oskutis | 1061 Fairdell Drive Hummelstown, PA 17036 | < 0.1% | 19 | Common Stock |
| Roberto Agustin Teixeira | Av Este 1 Resd La Vista Torre C Piso 13 Apto 13B S Los Naranjo Caracas Miranda 01080 | < 0.1% | 19 | Common Stock |
| UBS Financial Services | 1000 Harbor Blvd Weehawken, NJ 07086 | < 0.1% | 18 | Common Stock |
| Frank P Strock Jr | 495 Stony Run Rd Dillsburg, PA 17019 | < 0.1% | 18 | Common Stock |
| Claret Asset Management Corporation | 900 De Maison Neuve Ouest Suite 1900 Montreal QC H3A 0A8 | < 0.1% | 17 | Common Stock |
| Henry & Louise Mermelstein Grandchildren Partnership | 6500 N Hamlin Ave Lincolnwood, IL 60712 | < 0.1% | 13 | Common Stock |
| Kimberly P Dickinson | 12705 Winona Circle Broomfield, CO 80020 | < 0.1% | 12 | Common Stock |
| Lawrence Kleiman | 105 Natalie Court Bloomingdale, NJ 07403 | < 0.1% | 8 | Common Stock |
| Carlos Manuel Ferraz Cerqueira | Rua Eng Adelino Amaro Da Costa 281 Ponte De Lima 4990-026 Peru | < 0.1% | 6 | Common Stock |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held | Shares Held | Class of Equity |
|---|---|---|---|---|
| Wells Fargo Bank NA | 1525 West W T Harris Boulevard<br>Mac D1109-010<br>Charlotte, NC 28262 | < 0.1% | 6 | Common Stock |
| Michael De Lang | Carrousel Weg 129<br>Apeldoorn<br>Gelderland 7335 Pm Netherlands | < 0.1% | 5 | Common Stock |
| Raffaelli Daniel | Via Gazzoletti 7<br>Rovereto Trento 38068 Italy | < 0.1% | 4 | Common Stock |
| Sjoerd Bastiaan Schneijderberg | Cindy Nienkemper<br>Terborchdreef 20<br>Oud-Beijerland Zuid-Holland 2362 NB | < 0.1% | 4 | Common Stock |
| Daniel Emilov Todorov | Sofia 1172<br>Dianabat 12<br>Entrance V Floor 7 Apt 65<br>Sofia 1172 | < 0.1% | 4 | Common Stock |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-[_____] (___)<br><br>(Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Stockholder | Approximate Percentage of Interest Held | Description of Interest |
|---|---|---|
| JPMorgan | 18.3 % | Common Stock |
| Sixth Street | 16.5% | Common Stock |
| Thomas A Pitta in his Capacity as the Trustee of the GUC Equity Trust | 10% | Common Stock |

Fill in this information to identify the case:

Debtor name: New Rite Aid, LLC

United States Bankruptcy Court for the:

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ACE AMERICAN INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 UNITED STATES | KEVIN HARKIN CFO EMAIL - KEVIN.HARKIN@CHUBB.COM PHONE - (212) 703-7000 | INSURANCE CLAIM | UNLIQUIDATED | | | $ 87,421,088.00 |
| 2 | DEPARTMENT OF JUSTICE ATTN: RYAN LAMB, ESQ. C/O: U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION P.O. BOX 875 WASHINGTON, DC 20044-0875 UNITED STATES | RYAN LAMB, ESQ. TRIAL ATTORNEY EMAIL - RYAN.LAMB@USDOJ.GOV PHONE - (866) 909-6170 | PLAN PAYMENT CLAIM | UNLIQUIDATED | | | $ 48,000,000.00 |
| 3 | AMERISOURCEBERGEN DRUG CORP 1 WEST FIRST AVENUE CONSHOHOCKEN, PA 19428 UNITED STATES | JAMES F. CLEARY CFO EMAIL - JAMES.CLEARY@CENCORA.COM PHONE - (610) 727-7000 | TRADE CLAIM | | | | $ 29,850,071.64 |
| 4 | UFCW LOCAL 8-GOLDEN STATE 2200 PROFESSIONAL DRIVE ROSEVILLE, CA 95661 UNITED STATES | JACQUES LOVEALL CEO EMAIL - JLOVEALL@UFCW8.ORG PHONE - (916) 786-0588 | UNION CLAIM | UNLIQUIDATED | | | $ 19,501,087.00 |
| 5 | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1167 855 W. SAN BERNARDINO AVE BLOOMINGTON, CA 92316 UNITED STATES | JOE DUFFLE PRESIDENT EMAIL - JOE@UFCW1167.ORG PHONE - (909) 877-5000 EXT 150 | UNION CLAIM | UNLIQUIDATED | | | $ 18,872,465.60 |
| 6 | GOOGLE INC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 UNITED STATES | ANAT ASHKENAZI CFO EMAIL - ANATASHKENAZI@GOOGLEMAIL.COM PHONE - (650) 253-0000 | TRADE CLAIM | UNLIQUIDATED | | | $ 18,315,913.00 |
| 7 | CHATTEM INC 3708 ST. ELMO AVENUE CHATTANOOGA, TN 37409 UNITED STATES | CHARLES RUSK CFO EMAIL - CHARLES.RUSK@CHATTEM.COM PHONE - (423) 822-5000 | TRADE CLAIM | UNLIQUIDATED | | | $ 12,608,496.24 |
| 8 | HCL AMERICA INC 330 POTRERO AVE SUNNYVALE, CA 94085 UNITED STATES | SHIV WALIA CFO EMAIL - SHIV.WALIA@HCL.COM PHONE - (408) 733-0480 | TRADE CLAIM | UNLIQUIDATED | | | $ 11,191,439.18 |
| 9 | 32-14 31ST FOOD LLC 3214 31ST ST ASTORIA, NY 11106 UNITED STATES | ROCCO A. CAVALIERE, ESQ. COUNSEL ATTORNEY EMAIL - RCAVALIERE@TARTERKRINSKY.COM PHONE - (212) 216-8000 | LEASE REJECTION DAMAGE CLAIM | UNLIQUIDATED | | | $ 8,408,233.22 |
| 10 | PRICEWATERHOUSECOOPERS LLP 300 MADISON AVE NEW YORK, NY 10017 UNITED STATES | TIM GRADY COO EMAIL - TIMOTHY.GRADY@PWC.COM PHONE - (646) 471 3000/4000 | TRADE CLAIM | | | | $ 7,950,822.65 |
| 11 | EVERGREEN TRADING 233 SPRING ST 5TH FLOOR NEW YORK, NY 10013 UNITED STATES | GORDON ZELLNER CEO EMAIL - GZELLNER@EVERGREENTRADING.COM PHONE - 844-364-0700 | TRADE CLAIM | | | | $ 6,873,762.65 |
| 12 | FFF ENTERPRISES INC 44000 WINCHESTER ROAD TEMECULA, CA 92590 UNITED STATES | WAYNE TALLEUR CFO EMAIL - WTALLEUR@FFFENTERPRISES.COM PHONE - (800) 843-7477 | TRADE CLAIM | | | | $ 6,013,809.98 |
| 13 | UFCW NORTHERN CALIFORNIA AND DRUG EMPLOYERS HEALTH AND WELFARE TRUST FUND 2200 PROFESSIONAL DRIVE ROSEVILLE, CA 95601 UNITED STATES | JACQUES LOVEALL PRESIDENT EMAIL - JLOVEALL@UFCW8.ORG PHONE - (800) 552-2400 | UNION CLAIM | UNLIQUIDATED | | | $ 5,988,850.00 |
| 14 | HALEON US SERVICES INC THE HEIGHTS BUILDING 5 FIRST FLOOR THE HEIGHTS WEYBRIDGE SURREY, KT13 0NY UNITED KINGDOM | DAWN ALLEN CFO EMAIL - DAWN.ALLEN@HALEON.COM PHONE - (885) 825 5249 | TRADE CLAIM | | | | $ 5,928,811.00 |

| | Creditor | Contact | Claim Type | Contingent/Unliquidated | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 15 | KENVUE BRANDS LLC<br>1 KENVUE WAY<br>SUMMIT, NJ 07901<br>UNITED STATES | THIBAUT MONGON<br>CEO<br>EMAIL - TMONGON@KENVUE.COM<br>PHONE - (908) 319-5476 | TRADE CLAIM | | | | | $ | 4,735,854.81 |
| 16 | THE HANOVER INSURANCE COMPANY<br>440 LINCOLN STREET<br>WORCESTER, MA 01653-0002<br>UNITED STATES | JACK ROCHE<br>CEO<br>EMAIL - JROCHE@HANOVER.COM<br>PHONE - 508-855-1000 | SURETY BOND CLAIM | UNLIQUIDATED | | | | $ | 4,637,500.00 |
| 17 | STARCOM WORLDWIDE, INC.<br>35 W WACKER DR<br>CHICAGO, IL 60601<br>UNITED STATES | MICHAEL EPSTEIN<br>CEO<br>EMAIL - MICHAEL.EPSTEIN@SMVGROUP.COM<br>PHONE - 212-468-3868 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 4,044,848.39 |
| 18 | INFOSYS LIMITED<br>607 E HOWARD LN<br>BUILDING 1, SUITE 200<br>AUSTIN, TX 78753<br>UNITED STATES | JAYESH SANGHRAJKA<br>CFO<br>EMAIL - JAYESH_SANGHRAJKA@INFOSYS.COM<br>PHONE - (646) 254-3196 | TRADE CLAIM | | | | | $ | 3,884,131.50 |
| 19 | HCL TECH CORP SERV LTD<br>TECHNOLOGY HUB, SEZ<br>PLOT NO. 3A, SECTOR 126<br>NOIDA, 201304<br>INDIA | SHIV WALIA<br>CFO<br>EMAIL - SHIV.WALIA@HCL.COM<br>PHONE - (408) 733-0480 | TRADE CLAIM | | | | | $ | 3,874,471.17 |
| 20 | KORN FERRY (US)<br>1900 AVENUE OF THE STARS<br>SUITE 1225<br>LOS ANGELES, CA 90067<br>UNITED STATES | GARY BURNISON<br>CEO<br>EMAIL - GARY_BURNISON@KORNFERRY.COM<br>PHONE - 212-687-1834 | TRADE CLAIM | | | | | $ | 3,854,927.22 |
| 21 | SAP AMERICA INC<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073<br>UNITED STATES | LLOYD ADAMS<br>CEO<br>EMAIL - LLOYD.ADAMS@SAP.COM<br>PHONE - 610-661-1000 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 3,595,286.85 |
| 22 | RUSSELL STOVER CHOCOLATES LLC<br>4900 OAK STREET<br>KANSAS CITY, MO 64112-2702<br>UNITED STATES | NICCOLO STARACE<br>CEO<br>EMAIL - NSTARACE@LINDT.COM<br>PHONE - 1-800-477-8663 | TRADE CLAIM | | | | | $ | 3,455,317.44 |
| 23 | AGENCY WITHIN LLC<br>43-01 22ND ST<br>SUITE 802<br>QUEENS, NY 11101<br>UNITED STATES | JOE YAKUEL<br>CEO<br>EMAIL - JYAKUEL@WITHIN.CO<br>PHONE - (315) 533-2368; (844) 494-8446 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 3,151,861.13 |
| 24 | BON SUISSE INC<br>11860 COMMUNITY RD<br>POWAY, CA 92064-8807<br>UNITED STATES | DAVID TAYLOR<br>GENERAL MANAGER<br>EMAIL - DTAYLOR@BONSUISSE.COM<br>PHONE - 858-391-9222 | TRADE CLAIM | | | | | $ | 3,105,328.59 |
| 25 | ACON LABORATORIES<br>9440 CARROLL PARK DRIVE<br>SAN DIEGO, CA 92121<br>UNITED STATES | THOMAS TROYK<br>VP, OPERATIONS<br>EMAIL - TTROYK@ACONLABS.COM<br>PHONE - 858-875-8000 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 2,947,267.46 |
| 26 | IRON MOUNTAIN OFF-SITE<br>1101 ENTERPRISE DRIVE<br>ROYERSFORD, PA 19468<br>UNITED STATES | BARRY HYTINEN<br>CFO<br>EMAIL - BARRY.HYTINEN@IRONMOUNTAIN.COM<br>PHONE - 800-934-3453 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 2,727,819.46 |
| 27 | UNILEVER HPC USA<br>655 THIRD AVENUE, 10TH FLOOR<br>NEW YORK, NY 10017<br>UNITED STATES | HERRISH PATEL<br>PRESIDENT UNILEVER USA<br>EMAIL - HERRISH.PATEL@UNILEVER.COM<br>PHONE - 800-298-5018 | TRADE CLAIM | | | | | $ | 2,707,681.07 |
| 28 | EMERSON HEALTHCARE LLC<br>407 EAST LANCASTER AVE<br>WAYNE, PA 19087<br>UNITED STATES | ERIC STASTNY<br>COO<br>EMAIL - ESTASTNY@EMERSONHOSP.ORG<br>PHONE - 978-369-1400 | TRADE CLAIM | | | | | $ | 2,695,037.77 |
| 29 | INTERNATIONAL FIDELITY INSURANCE COMPANY<br>ONE NEWARK CENTER, 20TH FLOOR<br>NEWARK, NJ 7102<br>UNITED STATES | DAVID PIRRUNG<br>CFO<br>EMAIL - DAVID.PIRRUNG@IATINSURANCE.COM<br>PHONE - (919) 831-4109 | SURETY BOND CLAIM | UNLIQUIDATED | | | | $ | 2,686,493.00 |
| 30 | SUNBELT RENTALS<br>2341 DEERFIELD DRIVE<br>FORT MILL, SC 29715<br>UNITED STATES | BRENDAN HORGAN<br>CEO<br>EMAIL -<br>BRENDAN.HORGAN@SUNBELTRENTALS.COM<br>PHONE - 888-886-8199 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 2,676,971.92 |
| 31 | ADOBE INC<br>345 PARK AVENUE<br>SAN JOSE, CA 95110<br>UNITED STATES | DAN DURN<br>CFO<br>EMAIL - DDURN@ADOBE.COM<br>PHONE - 408-536-6000 | TRADE CLAIM | | | | | $ | 2,572,494.62 |
| 32 | MASTER LITIGATION TRUST<br>C/O HALPERIN BATTAGLIA BENZIJA, LLP<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005<br>UNITED STATES<br><br><br>C/O GENTILE, TURNER BENSON<br>501 RIVERCHASE PARKWAY EAST, SUITE 100<br>HOOVER, AL 35244<br>UNITED STATES | DONNA H. LIEBERMAN, ESQ.<br>COUNSEL ATTORNEY<br>EMAIL - DLIEBERMAN@HALPERINLAW.NET<br>PHONE - (212) 765-9100<br><br>ED C. GENTILE, III<br>COUNSEL ATTORNEY<br>EMAIL - EGENTILE@GTANDSLAW.COM<br>PHONE - (205) 980-2533 | PLAN PAYMENT CLAIM | | | | | $ | 2,500,000.00 |

| 33 | ACTIVE COSMETICS DIV OF LOREAL<br>888 N DOUGLAS ST<br>EL SEGUNDO, CA 90245<br>UNITED STATES | MYRIAM COHEN-WELGRYN<br>PRESIDENT, ACTIVE COSMETICS<br>EMAIL - MYRIAM.COHEN-WELGRYN@LOREAL.COM<br>PHONE - (212) 818-1500 | TRADE CLAIM | | | | | $ | 2,403,198.82 |
| 34 | ANDA / GENERIC<br>2915 WESTON ROAD<br>WESTON, FL 33331<br>UNITED STATES | ANDREW MOORE<br>PRESIDENT<br>EMAIL - ANDREW.MOORE@ANDANET.COM<br>PHONE - 1-866-204-8492 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 2,417,481.19 |
| 35 | DELOITTE & TOUCHE LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>UNITED STATES | JASON GIRZADAS<br>CEO, DELOITTE US<br>EMAIL - JGIRZADAS@DELOITTE.COM<br>PHONE - 415-783-4324 | TRADE CLAIM | | | | | $ | 2,252,152.54 |
| 36 | DIVISIONS INC DBA DIVISIONS<br>300 DAVE COWENS DRIVE, 1 RIVERFRONT PLACE # 500<br>NEWPORT, KY 47071<br>UNITED STATES | GARY MITCHELL<br>CEO<br>EMAIL - GMITCHELL@DIVISIONSINC.COM<br>PHONE - | TRADE CLAIM | | | | | $ | 2,224,473.96 |
| 37 | COGNIRA INC<br>TWO MIDTOWN PLAZA, 1349 W PEACHTREE ST NW #1750<br>ATLANTA, GA 30309<br>UNITED STATES | HATEM SELLAMI<br>CEO<br>EMAIL - HATEM.SELLAMI@COGNIRA.COM<br>PHONE - (404) 648-8359 | TRADE CLAIM | | | | | $ | 2,151,245.97 |
| 38 | LIVING ESSENTIALS CORP<br>1550 VALLEY VISTA DR STE 210<br>DIAMOND BAR, CA 91765<br>UNITED STATES | STEVE RANSEY<br>VP OF SALES<br>EMAIL - STEVE@FIVEHOUR.COM<br>PHONE - (909) 590-1000 | TRADE CLAIM | | | | | $ | 2,130,716.14 |
| 39 | PURERED<br>220 SEMEL CIRCLE NW<br>ATLANTA, GA 30309<br>UNITED STATES | DONNY BRADSHAW<br>CFO<br>EMAIL - DONNY.BRADSHAW@PURERED.NET<br>PHONE - (770) 498-4091 | TRADE CLAIM | | | | | $ | 2,082,004.50 |
| 40 | L. PERRIGO CO.<br>515 EASTERN AVE<br>ALLEGAN, MI 49010<br>UNITED STATES | PATRICK LOCKWOOD-TAYLOR<br>CEO<br>EMAIL - PATRICK.LOCKWOOD-<br>TAYLOR@PERRIGO.COM<br>PHONE - 269-673-8451 | TRADE CLAIM | | | | | $ | 2,026,843.95 |
| 41 | BERKLEY INSURANCE COMPANY<br>W. R. BERKLEY CORPORATION<br>GREENWICH, CT 0930<br>UNITED STATES | RICHARD BAIO<br>CFO<br>EMAIL - RICHARD.BAIO@BERKLEY.COM<br>PHONE - 012.768.3100 | SURETY BOND CLAIM | UNLIQUIDATED | | | | $ | 2,009,000.00 |
| 42 | LEO BURNETT COMPANY<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601<br>UNITED STATES | PAUL EICHELMAN<br>CFO<br>EMAIL - PEICHELMAN@LEOBURNETT.COM<br>PHONE - (312) 220 8059 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 1,980,411.90 |
| 43 | STAPLES, INC.<br>500 STAPLES DRIVE<br>FRAMINGHAM, MA 1702<br>UNITED STATES | WALKER JOHNSON<br>CFO<br>EMAIL - WALKER.JOHNSON@STAPLES.COM<br>PHONE - 508-253-5000 | TRADE CLAIM | | | | | $ | 1,928,733.54 |
| 44 | SPRINGWISE FACILITY MGMT INC<br>1822 SOUTH BEND AVENUE<br>SOUTH BEND, IN 46637<br>UNITED STATES | BRYAN WYNEN<br>CEO<br>EMAIL - BRYAN.WYNEN@SPRINGWISEFM.COM<br>PHONE - | TRADE CLAIM | | | | | $ | 1,887,393.13 |
| 45 | HUGHES NETWORK SYSTEMS INC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876<br>UNITED STATES | JEFF BOGGS<br>VP, FINANCE<br>EMAIL - JEFF.BOGGS@HUGHES.COM<br>PHONE - | TRADE CLAIM | UNLIQUIDATED | | | | $ | 1,833,835.34 |
| 46 | LCP ORANGEVALE, LLC<br>1312 NORTH MARKET ST, SUITE 201<br>WILMINGTON, DE 19801<br>UNITED STATES | MICHAEL J. BARRIE, ESQ.<br>COUNSEL ATTORNEY<br>EMAIL - MBARRIE@BENESCHLAW.COM<br>PHONE - | LEASE GUARANTY CLAIM | UNLIQUIDATED | | | | $ | 1,795,275.34 |
| 47 | 1010DATA SERVICES, LLC<br>432 PARK AVE S, 16TH FLOOR<br>NEW YORK, NY 10017<br>UNITED STATES | INNA KUZNETSOVA<br>CEO<br>EMAIL - INNA.KUZNETSOVA@1010DATA.COM<br>PHONE - 650.250.4777 | TRADE CLAIM | UNLIQUIDATED | | | | $ | 1,766,891.40 |
| 48 | HARBOR DISTRIBUTING LLC<br>5901 BOLSA AVE<br>HUNTINGTON BEACH, CA 92647<br>UNITED STATES | CHRIS SELWOOD<br>CFO<br>EMAIL - CSELWOOD@REYESHOLDINGS.COM<br>PHONE - (714) 933-2400 | TRADE CLAIM | | | | | $ | 1,695,090.90 |
| 49 | MCKESSON DRUG<br>6555 STATE HWY 161<br>IRVING, TX 75039<br>UNITED STATES | BRIAN TYLER<br>CEO<br>EMAIL - BRIAN.TYLER@MCKESSON.COM<br>PHONE - (972) 446-4800 | TRADE CLAIM | CONTINGENT<br>UNLIQUIDATED | | | | | UNDETERMINED |
| 50 | PENSION BENEFIT GUARANTY CORPORATION<br>445 12TH STREET SW<br>WASHINGTON, DC 20024<br>UNITED STATES | LISA CARTER<br>CEO<br>EMAIL - LISA.CARTER@PBGC.GOV<br>PHONE - | PENSION CLAIM | UNLIQUIDATED | | | | | UNDETERMINED |

Fill in this information to identify the case and this filing:

Debtor Name    New Rite Aid, LLC

United States Bankruptcy Court for the:    **District of New Jersey**

(State)

Case number (If known):

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

███    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    Other document that requires a declaration **List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/05/2025                    */s/ Matthew Schroeder*
                MM/ DD/YYYY                Signature of individual signing on behalf of debtor

                                **Matthew Schroeder**
                                Printed name

                                **Chief Executive Officer**
                                Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

## OMNIBUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS, MANAGERS, OR SIMILAR
## GOVERNING BODY OR ENTITY, AS APPLICABLE, OF EACH OF
## THE COMPANIES SET FORTH ON <u>EXHIBIT A</u> ATTACHED HERETO

We, the undersigned, are the requisite members of the board of directors, managers, or similar governing body or the sole member or sole managing member (each, an "<u>Authorizing Body</u>," and collectively, the "<u>Authorizing Bodies</u>"), as applicable, of each of the companies set forth on <u>**Exhibit A**</u> attached hereto (each, a "<u>Company</u>," and collectively the "<u>Rite Aid Companies</u>"), and each organized and existing under the internal laws of the state of incorporation or formation, as applicable, as set forth in each Company's applicable governing documents. Each Authorizing Body hereby takes the following actions and adopts the resolutions attached hereto as <u>**Annex A**</u> by written consent, pursuant to its Company's bylaws, limited liability company agreement, operating agreement, or such other similar governing document and the applicable laws of the jurisdiction of incorporation or formation, as applicable, in which such Company is organized.

This consent may be executed in two or more counterparts (including by facsimile or portable document format (.pdf)) and all so executed counterparts shall constitute one consent notwithstanding that all the signatories hereto are not signatories to the same counterpart.

IN WITNESS WHEREOF, this omnibus written consent has been adopted as of May 5, 2025.

*[Remainder of page intentionally left blank]*

Docusign Envelope ID: 6A6CE7F6-D5EB-48C5-BDEF-0AA1086C8A55

## **Exhibit A**

### **The Rite Aid Companies**

1. New Rite Aid, LLC
2. The Bartell Drug Company
3. JCG Holdings (USA) Inc.
4. JCG (PJC) USA, LLC
5. Rite Investments Corp.
6. Rite Aid Hdqtrs. Funding, Inc.
7. The Jean Coutu Group (PJC) USA, Inc.
8. Maxi Green Inc.
9. PJC of Vermont, Inc.
10. Rite Aid of Vermont
11. Rite Aid of Michigan, Inc.
12. 1740 Associates, LLC
13. Richfield Road – Flint, Michigan, LLC
14. Perry Drug Stores, Inc.
15. Apex Drug Stores, Inc.
16. PDS-1 Michigan, Inc.
17. RDS Detroit, Inc.
18. Name Rite, LLC
19. Thrifty Payless, Inc.
20. Thrifty Ice Cream, LLC
21. Rite Aid of New Hampshire, Inc.
22. Maxi Drug North, Inc.
23. Genovese Drug Stores, Inc.
24. Rite Aid Drug Palace, Inc.
25. Rite Aid of New York, Inc.
26. Eckerd Corporation
27. Maxi Drug, Inc.
28. Rite Aid of Connecticut, Inc.
29. Rite Aid of Delaware, Inc.
30. Rite Aid of Maryland, Inc.
31. RediClinic Associates, Inc.
32. Rite Aid of Ohio, Inc.
33. Rite Aid of Pennsylvania, LLC
34. Rite Aid of Virginia, Inc.
35. The Lane Drug Company
36. Thrift Drug, Inc.
37. Harco, Inc.
38. Rite Aid of Georgia, Inc.
39. Rite Aid of Indiana, Inc.
40. Rite Aid of Kentucky, Inc.
41. Rite Aid of Maine, Inc.
42. Rite Aid Rome Distribution Center, Inc.

43. Rite Aid of North Carolina, Inc.

44. Munson & Andrews, LLC

45. Gettysburg and Hoover – Dayton, Ohio, LLC

46. Rite Aid of South Carolina, Inc.

47. Rite Aid of Tennessee, Inc.

48. Rite Aid of Washington, D.C., Inc.

49. Rite Aid of West Virginia, Inc.

50. Rite Aid Online Store, Inc.

51. Rite Aid Payroll Management, Inc.

52. K&B, Incorporated

53. K&B Alabama Corporation

54. K&B Louisiana Corporation

55. K&B Mississippi Corporation

56. K&B Tennessee Corporation

57. K&B Texas Corporation

58. K&B Services, Incorporated

59. Thrifty Corporation

60. Rite Aid Lease Management Company

61. Rite Aid Realty Corp.

62. LMW – 90B AVENUE LAKE OSWEGO, INC.

63. LG – 90B Avenue Lake Oswego, LLC

64. RCMH LLC

65. Rite Aid Hdqtrs. Corp.

66. Broadview and Wallings-Broadview Heights Ohio, Inc.

67. Drug Palace, Inc.

68. GDF, Inc.

69. Grand River & Fenkell, LLC

70. Lakehurst and Broadway Corporation

71. Rite Aid Transport, Inc.

72. Rx Choice, Inc.

73. Rx USA, Inc.

74. 4042 Warrensville Center Road – Warrenville Ohio, Inc.

75. 5277 Associates, Inc.

76. 5600 Superior Properties, Inc.

77. P.J.C. Distribution, Inc.

78. PJC of Rhode Island, Inc.

79. PJC Lease Holdings, Inc.

80. PJC of Massachusetts, Inc.

81. P.J.C Realty Co., Inc.

82. PJC Realty MA, Inc.

83. PJC Special Realty Holdings, Inc.

84. PJC Manchester Realty LLC

Docusign Envelope ID: 6E6C0C348B4B2AE9-BDEF-0A5106GE40DB1
Case 25-14861-MBK    Doc 1    Filed 05/05/25    Entered 05/05/25 22:48:36    Desc Main
Document    Page 26 of 51

85. PJC Peterborough Realty LLC

86. PJC Revere Realty LLC

87. Maxi Drug South, L.P.

88. Rite Aid Specialty Pharmacy, LLC

89. RediClinic LLC

90. Rite Investments Corp., LLC

91. Ex Tech (f/k/a Ascend Health Technology, LLC)

92. Ex Design Holdings, LLC (f/k/a Design Rx Holdings, LLC)

93. Ex Options, LLC (f/k/a Elixir Rx Options, LLC)

94. Ex Solutions of OH, LLC (f/k/a Elixir Rx Solutions, LLC)

95. Ex Solutions of MO, LLC (f/k/a Elixir Rx Solutions, LLC)

96. Ex Solutions of NV, LLC (f/k/a Rx Solutions of Nevada, LLC)

97. Ex Pharmacy, LLC (f/k/a Elixir Pharmacy, LLC)

98. Ex Savings, LLC (f/k/a Elixir Savings, LLC)

99. First Florida Insurers of Tampa, LLC

100. Ex Software, LLC (f/k/a Laker Software, LLC)

101. Ex Procurement, LLC (f/k/a Tonic Procurement Solutions, LLC)

102. Ex Benefits (f/k/a Advance Benefits, LLC)

103. Ex Design, LLC (f/k/a Design Rx, LLC)

104. Ex Rxclusives, LLC

105. Ex Initiatives L.L.C. (f/k/a Rx Initiatives L.L.C.)

106. EDC Drug Stores, Inc.

107. READ'S Inc.

108. Hunter Lane, LLC

109. Ex Holdco, LLC (f/k/a Elixir Holdings, LLC)

110. RediClinic of MD, LLC

111. RediClinic of PA, LLC

112. RediClinic US, LLC

113. RediClinic of DC, LLC

114. RediClinic of DE, LLC

115. RediClinic of VA, LLC

116. RediClinic of Dallas-Fort Worth, LLC

117. Rite Aid of New Jersey, Inc.

118. Rite Aid Corporation

3

Case 25-14861-MBK    Doc 2794-3    Filed 10/07/25    Entered 10/07/25 16:03:01    Desc
Docusign Envelope ID: 6A6C7E6A-5FB3-4BC6-BDE5-0AA106GEF389

Case 25-14861-MBK    Doc 1    Filed 05/05/25    Entered 05/05/25 22:48:36    Desc Main
Document    Page 27 of 51

**Annex A**

## RESOLUTIONS OF THE
## AUTHORIZING BODY OF EACH COMPANY

**WHEREAS**, New Rite Aid, LLC ("New Rite Aid"), a Delaware limited liability company, is managed by a board of directors (the "New Rite Aid Board");

**WHEREAS**, on March 12, 2025, the New Rite Aid Board adopted resolutions establishing a special committee of the New Rite Aid Board (the "Special Committee") and delegating to the Special Committee, among other things, the power and authority of the New Rite Aid Board to: (a) plan for, negotiate, and evaluate potential strategic alternatives and contingency planning in connection with its ongoing goals and objectives; (b) direct and oversee the implementation and execution of the "Strategic Alternatives Plan" contemplated by that certain Amended and Restated Consent Under the Credit Agreement, dated as of March 11, 2025, by and among Rite Aid Corp. and the agent to that certain Credit Agreement, dated as of August 30, 2024 (as amended by that certain First Amendment to Credit Agreement, dated as of January 14, 2025, and as may be further amended, amended and restated, restated, supplemented, or otherwise modified in writing from time to time) (together with the preceding clause (a), the "Restructuring Matters"); and (c) make recommendations to the New Rite Aid Board regarding what actions should be taken by the New Rite Aid Board with respect to any Restructuring Matters;

**WHEREAS**, the Special Committee has determined that the matters approved and authorized herein, including, without limitation, the commencement of the Bankruptcy Cases (as defined below), the Rite Aid Companies' entry into the DIP Credit Agreement (as defined below) and certain cash collateral and adequate protection obligations, the Sale Process (as defined below), the Store Closing Sales Process (as defined below), and the retention of certain professionals, in each case, constitute Restructuring Matters;

**WHEREAS**, the Special Committee has considered the actions set forth herein, determined them to be in the best interests of New Rite Aid and the other Rite Aid Companies in light of the Rite Aid Companies' circumstances, and recommended that the New Rite Aid Board and each other Authorizing Body approve and authorize the transactions and other actions described herein;

**WHEREAS**, the Special Committee and each Authorizing Body has reviewed and considered the financial and operational condition of its applicable Company and the Rite Aid Companies as a whole, including the historical performance of the Rite Aid Companies, the assets of the Rite Aid Companies, the current and long-term liabilities of the Rite Aid Companies, and relevant industry and credit market conditions, and has considered various strategic alternatives in respect of such matters;

**WHEREAS**, the Special Committee and each Authorizing Body has (a) received, reviewed, and considered the recommendations of, and the related materials presented by the Rite Aid Companies' management team ("Management") and the Rite Aid Companies' legal, financial, and other outside professional advisors (collectively, the "Advisors") as to the financial condition of the Rite Aid Companies, the strategic alternatives available to the Rite Aid Companies, and the relative risks and benefits of pursuing cases under the provisions of chapter 11 of title 11 of the

United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"), and (b) had the opportunity to consult with Management and the Advisors in respect of the foregoing;

**WHEREAS**, each Authorizing Body, in respect of its applicable Company, has reviewed and considered the need for the Authorized Persons (as defined below) to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of such Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions and other actions contemplated herein;

**WHEREAS**, each Authorizing Body, in respect of its applicable Company, has reviewed and considered certain actions that may have previously been taken by any director, officer, employee, manager, member, stockholder, general partner, or agent of such Company in connection with or related to the matters contemplated herein;

**WHEREAS**, each Authorizing Body has reviewed and considered the Rite Aid Companies' collective need to employ individuals and/or firms as counsel, professionals, consultants, or financial advisors to represent and assist the Rite Aid Companies in carrying out their duties in connection with the chapter 11 cases under the Bankruptcy Code (such cases, collectively, the "Bankruptcy Cases"); and

**WHEREAS**, the New Rite Aid Board and the other Authorizing Bodies believe that taking the actions set forth below is in the best interests of the Rite Aid Companies and, therefore, desire to approve the following resolutions.

**NOW THEREFORE BE IT:**

1. **Commencement of the Bankruptcy Cases**

**RESOLVED**, that in accordance with the Special Committee's recommendation, each Authorizing Body, in respect of its applicable Company, has determined, after due consultation with Management and the Advisors, that it is desirable and in the best interests of such Company, its creditors, and other parties in interest that such Company file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (each, a "Bankruptcy Petition," and collectively, the "Bankruptcy Petitions") and commence a Bankruptcy Case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"); and be it further

**RESOLVED**, that each Authorizing Body, with respect to its applicable Company, hereby authorizes, directs, and empowers (a) Mr. Matthew Schroeder, (b) Mr. Marc Liebman, and (c) any other officer or other authorized person acting in the name and on behalf of such Company (clauses (a) through (c), collectively, the "Authorized Persons" and each, an "Authorized Person") to, on behalf of such Company, execute, verify, and file or cause to be filed any of the Bankruptcy Petitions, schedules, lists, and the motions, objections, replies, applications, and other papers or documents determined to be advisable, appropriate, convenient, desirable, or necessary in connection with the foregoing; and be it further

**RESOLVED**, that each Authorizing Body, with respect to its applicable Company, hereby (a) authorizes, adopts, and approves the form and the terms and provisions of, and authorizes and

empowers any Authorized Persons to file with the Bankruptcy Court any motions, pleadings, and any other documents to be performed or agreed to by its Company that are reasonably necessary for the prosecution of and in connection with the proceedings of the Bankruptcy Cases (collectively, the "Ancillary Documents"), and (b) authorizes and directs any Authorized Person, in the name and on behalf of its Company, to execute and deliver (with such changes, additions, and modifications thereto as such Authorized Persons executing the same shall approve, such approval to be conclusively evidenced by such Authorized Persons' execution and delivery thereof) each of the Ancillary Documents to which such Company is a party and, upon the execution and delivery thereof by each of the other parties thereto, cause such Company to perform its obligations thereunder; and be it further

## 2. Retention of Professionals

**RESOLVED**, that each Authorizing Body, with respect to its applicable Company, hereby authorizes and directs the Authorized Persons, in the name and on behalf of such Company, to employ: (a) the law firms of (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP and (ii) Cole Schotz P.C., as bankruptcy co-counsels; (b) Guggenheim Securities, LLC, as investment banker; (c) Alvarez & Marsal North America, LLC, as financial and restructuring advisor; (d) A&G Realty Partners, LLC, to provide real estate advisory services; (e) Kroll Restructuring Administration LLC, as claims and noticing agent; and (f) any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals any Authorized Person deems necessary, appropriate or advisable, each to represent and assist the Rite Aid Companies in carrying out their duties and responsibilities and exercising their rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and be it further

**RESOLVED**, that in connection with the foregoing, each Authorizing Body, with respect to its applicable Company, hereby authorizes, empowers, and directs the Authorized Persons to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services, and ratifies any and all prior actions taken in connection therewith in their entirety; and be it further

## 3. Sale Process and Store Closing Sales Process

**RESOLVED**, that in the business judgment of each Authorizing Body, it is desirable and in the best interest of its Company and its creditors, stakeholders, and other parties in interest that such Company, be and hereby is, authorized to (a) continue to engage in a marketing and sales process to identify the highest or otherwise best offer for all, substantially all, or a portion of the Rite Aid Companies' assets (the "Sale Process") and (b) initiate store closing sales to implement store closings for the Rite Aid Companies' remaining retail store and distribution center assets, as applicable (the "Store Closing Sales Process"); and be it further

**RESOLVED**, that in connection with the foregoing, each Authorizing Body, with respect to its applicable Company, hereby authorizes, empowers, and directs the Authorized Persons to (a)(i) continue the Sale Process, (ii) enter into or pursue negotiations with any interested parties in connection with the Sale Process or any resulting sale(s), (iii) file one or more motions or other pleadings with the Bankruptcy Court in furtherance of the Sale Process, including motions or pleadings for bidding or other sale procedures to be used to facilitate consummation of any sales resulting from the Sale Process, (iv) execute and deliver

Docusign Envelope ID: 6A6C7ZFG-06EB-48C5-BD5F-0AF106G 1981CB

any transaction documents in connection with the Sale Process, (v) seek approval from the Bankruptcy Court to sell such assets or take actions in furtherance of a sale, and (vi) undertake any and all related transactions as in his or her reasonable discretion is determined to be necessary, desirable, or appropriate in connection with the Sale Process and (b)(i) initiate store closing sales pursuant to the Store Closing Sales Process, (ii) file one or more motions or other pleadings with the Bankruptcy Court in furtherance of the Store Closing Sales Process, and (iii) undertake any and all related transactions as in his or her reasonable discretion is determined to be necessary, desirable, or appropriate in connection with the Store Closing Sales Process; and be it further

## 4. Approval of DIP Credit Agreement and Additional DIP Facility Documents

**RESOLVED**, that each Authorizing Body, in considering all strategic alternatives, deems it to be desirable and in the best interest of its applicable Company and such Company's creditors, stakeholders, and other parties in interest to (a) obtain senior secured superpriority postpetition financing (the "DIP Facility") on terms and conditions substantially consistent with the proposed form of debtor-in-possession credit agreement (the "DIP Credit Agreement"), (b) obtain the benefits of the use of cash collateral, as such term is defined in section 363(a) of the Bankruptcy Code ("Cash Collateral"), which is security for certain prepetition lenders (the "Prepetition Secured Parties"), (c) enter into any and all other agreements or documents that are required, necessary, appropriate, desirable, or advisable to consummate the transactions contemplated by the DIP Credit Agreement, (d) execute all certificates, notices, instruments, receipts, motions, or other documents and agreements required to consummate the transactions considered by the DIP Credit Agreement or the DIP Orders (as defined below) (collectively, the "DIP Facility Documents"), and (e) incur any and all obligations and undertake any and all related transactions on substantially the same terms as contemplated under the DIP Facility Documents, including granting liens on its assets to secure such obligations; and be it further

**RESOLVED**, that to use and obtain the benefits of the Cash Collateral and the DIP Facility, the Rite Aid Companies will provide certain adequate protection to the Prepetition Secured Parties, as documented in one or more orders of the Bankruptcy Court which authorize, among other things, the Rite Aid Companies to execute and perform under the DIP Credit Agreement, use Cash Collateral, and provide adequate protection to the Prepetition Secured Parties (such orders, collectively, the "DIP Orders") with such changes, additions, and modifications thereto as an Authorized Person shall approve; and be it further

**RESOLVED**, that each Authorizing Body has determined, in the exercise of its business judgment, that its applicable Company will obtain benefits from the incurrence of the borrowings and the other obligations under the DIP Facility Documents (the "Obligations"), including without limitation the adequate protection obligations set forth in the DIP Orders, which are necessary and convenient to the conduct, promotion, and attainment of the business of such Company; and be it further

**RESOLVED**, that each Authorizing Body, in the exercise of its business judgment, hereby authorizes and approves, in all respects, the terms, and provisions of the DIP Facility Documents, substantially in the forms circulated to the Authorizing Bodies, and the Rite Aid Companies' execution, delivery, and performance of its obligations under the DIP Facility

Documents, including without limitation, the grant of security interests under the applicable DIP Facility Document(s), and any borrowings or guaranty therewith; and be it further

RESOLVED, that each Authorizing Body, with respect to its applicable Company, hereby authorizes and empowers each Authorized Person to (a) enter into or join the DIP Facility Documents, including without limitation any guarantees related thereto, incur or guarantee the payment and performance of the Obligations, and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Facility Documents, including granting liens on and security interests in its assets, including the Collateral (as defined in the applicable DIP Facility Document(s)), (b) negotiate, execute, deliver, and perform under the DIP Facility Documents, and all agreements, certificates, documents, notices and instruments, security agreements, control agreements, intercreditor agreements and similar agreements and arrangements, financing statements (which may include supergeneric descriptions of collateral such as "all assets" or "all personal property"), intellectual property filings, fee letters and any reaffirmations, ratifications, amendments, extensions, waivers, joinder agreements, supplements, or any other modifications to any of the foregoing in connection with the DIP Facility Documents, (c) take any and all actions to perform all of the Obligations and the transactions contemplated under each of the DIP Facility Documents in the name and on behalf of such Company, including the payment of all fees and expenses in connection therewith, (d) take all such further actions, or cause all such further actions to be taken as in the reasonable determination of such Authorized Person shall be necessary, proper, or advisable in order to fully carry out the intent and accomplish the purposes of the foregoing resolutions and to consummate the transactions contemplated thereby, with all such changes, additions, and modifications thereto as such Authorized Person shall approve, with such approval to be conclusively evidenced by such Authorized Person's execution and delivery thereof, and (e) seek Bankruptcy Court approval of such Company's use of Cash Collateral and incurrence of the Obligations, in each case, pursuant to the DIP Orders; and be it further

5.    **General Authorizations**

RESOLVED, that any and all actions heretofore or hereafter taken by (a) the Special Committee, any Authorizing Body, or members of either of the foregoing, (b) any Authorized Person or agent of the Rite Aid Companies, and (c) any Company, in each case, with respect to, in furtherance of or in contemplation of the actions and transactions authorized by any of the foregoing resolutions are, and each is, hereby adopted, authorized, approved, ratified, and confirmed in all respects; and be it further

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of any Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of such Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the applicable Authorizing Body; and be it further

RESOLVED, that any Authorized Person be, and each of them individually hereby is, authorized to perform all acts, deeds, and other things as each applicable Company itself may

Docusign Envelope ID: 6J6CE7E6-85EB-48C5-BDEE-0A51066D4D8F

lawfully do, in accordance with its governing documents and applicable law, howsoever arising in
connection with the matters above, or in furtherance of the intentions expressed in the foregoing
resolutions, including, but not limited to, the negotiation, finalization, execution, and delivery of
any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds,
and other documents whatsoever as the individual acting may in such Authorized Person's
reasonable discretion approve, deem, or determine necessary, appropriate, or advisable, such
approval, deeming, or determination to be conclusively evidenced by said individual taking such
action or the execution thereof.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

### NEW RITE AID, LLC

By: _Matthew Schroeder_
Name: Matthew Schroeder
Title:  Director

By: _____
Name: Tim Pohl
Title:  Director

By: _Scott Vogel_
Name: Scott Vogel
Title:  Director

By: _Michael Wartell_
Name: Michael Wartell
Title:  Director

Docusign Envelope ID: 6A8CE7F6-06EB-48C5-BD5F-0A51060AF4B0

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**RITE AID CORPORATION**

By: Matthew Schroeder

Name:  Matthew Schroeder

Title:  Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**HUNTER LANE, LLC**

By: _Matthew Schroeder_
Name:  Matthew Schroeder
Title:   Director

By: _Susan Lowell_
Name:  Susan Lowell
Title:   Director

By: _Steven Bixler_
Name:  Steven Bixler
Title:   Director

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

> JCG HOLDINGS (USA) INC.
> JCG (PJC) USA, LLC
> RITE INVESTMENTS CORP.
> RITE AID HDQTRS. FUNDING, INC.
> THE JEAN COUTU GROUP (PJC) USA, INC.

By: _Jonathan D. Moll_
Name: Jonathan D. Moll
Title:  Director

By: _Maria T. Hurd_
Name: Maria T. Hurd
Title:  Director

By: _Susan Lowell_
Name: Susan Lowell
Title:  Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**RITE INVESTMENTS CORP., LLC**

By: Rite Investments Corp., its Member

By: Jonathan D. Moll
Name: Jonathan D. Moll
Title:  Authorized Signatory

By: Maria T. Hurd
Name:  Maria T. Hurd
Title:  Authorized Signatory

By: Susan Lowell
Name:  Susan Lowell
Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

> PJC OF VERMONT, INC.
> RITE AID OF VERMONT, INC.
> REDICLINIC ASSOCIATES, INC.

By: _____
Name: Steven Bixler
Title:  Director

By: _____
Name: Alyssa Parrish
Title:  Director

By: _____
Name: Susan Lowell
Title:  Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

> **RITE AID OF MICHIGAN, INC.**
> **EDC DRUG STORES, INC.**
> **APEX DRUG STORES, INC.**
> **PDS-1 MICHIGAN, INC.**
> **RDS DETROIT, INC.**
> **THRIFTY PAYLESS, INC.**
> **RITE AID OF NEW HAMPSHIRE, INC.**
> **MAXI DRUG NORTH, INC.**
> **GENOVESE DRUG STORES, INC.**
> **RITE AID DRUG PALACE, INC.**
> **RITE AID OF NEW YORK, INC.**
> **ECKERD CORPORATION**
> **MAXI DRUG, INC.**
> **RITE AID OF CONNECTICUT, INC.**
> **RITE AID OF DELAWARE, INC.**
> **RITE AID OF NEW JERSEY, INC.**
> **RITE AID OF MARYLAND, INC.**
> **RITE AID OF OHIO, INC.**
> **RITE AID OF VIRGINIA, INC.**
> **THE LANE DRUG COMPANY**
> **THRIFT DRUG, INC.**
> **HARCO, INC.**
> **RITE AID OF GEORGIA, INC.**
> **RITE AID OF INDIANA, INC.**
> **RITE AID OF KENTUCKY, INC.**
> **RITE AID OF SOUTH CAROLINA, INC.**
> **MAXI GREEN INC.**
> **LMW – 90B AVENUE LAKE OSWEGO, INC.**

RITE AID OF NORTH CAROLINA, INC
RITE AID OF TENNESSEE, INC.
RITE AID OF WASHINGTON, D.C., INC.
RITE AID OF WEST VIRGINIA, INC.
RITE AID ONLINE STORE, INC.
RITE AID PAYROLL MANAGEMENT,
INC.
READ'S INC.
PERRY DRUG STORES, INC.
K&B, INCORPORATED
K&B ALABAMA CORPORATION
K&B LOUISIANA CORPORATION
K&B MISSISSIPPI CORPORATION
K&B TENNESSEE CORPORATION
K&B TEXAS CORPORATION
K&B SERVICES, INCORPORATED
THRIFTY CORPORATION
RITE AID LEASE MANAGEMENT
COMPANY
RITE AID REALTY CORP.
LG – 90B AVENUE LAKE OSWEGO, LLC
RITE AID HDQTRS. CORP.
BROADVIEW AND WALLINGS-
BROADVIEW HEIGHTS OHIO, INC.
DRUG PALACE, INC.
GDF, INC.
RITE AID OF MAINE, INC.
RITE AID ROME DISTRIBUTION
CENTER, INC.
GRAND RIVER & FENKELL, LLC
LAKEHURST AND BROADWAY
CORPORATION
RITE AID TRANSPORT, INC.

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**RX CHOICE, INC.**
**RX USA, INC.**
**4042 WARRENSVILLE CENTER ROAD –**
**WARRENVILLE OHIO, INC.**
**5277 ASSOCIATES, INC.**
**5600 SUPERIOR PROPERTIES, INC.**
**PJC OF RHODE ISLAND, INC.**
**PJC LEASE HOLDINGS, INC.**
**PJC OF MASSACHUSETTS, INC.**
**P.J.C REALTY CO., INC.**
**PJC REALTY MA, INC.**
**PJC SPECIAL REALTY HOLDINGS, INC.**

By: _Dana Baughman_
Name: Dana Baughman
Title:  Director

By: _Alyssa Parrish_
Name: Alyssa Parrish
Title:  Director

By: _Steven Bixler_
Name: Steven Bixler
Title:  Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**1740 ASSOCIATES, LLC**
**RICHFIELD ROAD – FLINT, MICHIGAN, LLC**
By: Rite Aid of Michigan, Inc., its Manager

**NAME RITE, LLC**
**THRIFTY ICE CREAM, LLC**
By: Thrifty PayLess, Inc., its Manager

**RITE AID OF PENNSYLVANIA, LLC**
**RITE AID SPECIALTY PHARMACY, LLC**
**REDICLINIC LLC**
By: Rite Aid Hdqtrs. Corp., its Member

**MUNSON & ANDREWS, LLC**
**GETTYSBURG AND HOOVER – DAYTON, OHIO, LLC**
By: Rite Aid of Ohio, Inc., its Manager

By: *Dana Baughman*
Name: Dana Baughman
Title:  Authorized Signatory

By: *Alyssa Parrish*
Name:  Alyssa Parrish
Title:  Authorized Signatory

By: *St K Byl*
Name: Steven Bixler
Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

Docusign Envelope ID: 6J6CE7F6-05EB-48C5-BD5F-0A51086GED49

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

> **RCMH LLC**
> **REDICLINIC OF MD, LLC**
> **REDICLINIC OF PA, LLC**
> **REDICLINIC US, LLC**
> **REDICLINIC OF DC, LLC**
> **REDICLINIC OF DE, LLC**
> **REDICLINIC OF VA, LLC**
> **REDICLINIC OF DALLAS-FORT WORTH, LLC**
> By: RediClinic LLC, its Member
>
>
> By: _Susan Lowell_____
> Name: Susan Lowell
> Title:  Authorized Signatory

Docusign Envelope ID: 646CE7E8-65EB-48C5-BD5F-0AE1060FE489

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

### THE BARTELL DRUG COMPANY

By: Jermaine Smith
Name: Jermaine Smith
Title: Director

By: Alyssa Parrish
Name: Alyssa Parrish
Title: Director

By: Susan Lowell
Name: Susan Lowell
Title: Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**PJC MANCHESTER REALTY LLC**
**PJC REVERE REALTY LLC**
By: PJC Special Realty Holdings, Inc., its
Manager

**MAXI DRUG SOUTH, L.P.**
By: Maxi Drug, Inc., its General Partner

By: *Dana Baughman*
Name: Dana Baughman
Title:  Authorized Signatory

By: *Alyssa Parrish*
Name: Alyssa Parrish
Title:  Authorized Signatory

By: *Steven Bixler*
Name: Steven Bixler
Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

Docusign Envelope ID: 646CE7F6-B6EB-4BC5-BD5F-0A5106DC59E0

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

### REDICLINIC ASSOCIATES, INC.

By: _Susan Lowell_

Name:  Susan Lowell

Title:  Director

By: _Alyssa Parrish_

Name:  Alyssa Parrish

Title:  Director

By: _Steven Bixler_

Name:  Steven Bixler

Title:  Director

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

### PJC PETERBOROUGH REALTY LLC

By: _____
Name:  Susan Lowell
Title:   Manager

By: _____
Name:  Alyssa Parrish
Title:   Manager

By: _____
Name:  Steven Bixler
Title:   Manager

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF,** the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**EX HOLDCO, LLC**
By: Hunter Lane, its Manager

By: _Matthew Schroeder_
Name:  Matthew Schroeder
Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

Docusign Envelope ID: 6A6CE7F6-0EER-48C5-BD5F-0A51080EF09F

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

> **EX TECH, LLC**
> **EX DESIGN HOLDINGS, LLC**
> **EX OPTIONS, LLC**
> **EX SOLUTIONS OF OH, LLC**
> **EX SOLUTIONS OF MO, LLC**
> **EX SOLUTIONS OF NV, LLC**
> **EX PHARMACY, LLC**
> **EX SAVINGS, LLC**
> **FIRST FLORIDA INSURERS OF TAMPA, LLC**
> **EX SOFTWARE, LLC**
> **EX PROCUREMENT, LLC**
> By: Ex HoldCo, LLC, its Manager
>
> By: _Matthew Schroeder_
> Name:  Matthew Schroeder
> Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

**IN WITNESS WHEREOF,** the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**EX DESIGN, LLC**
**EX RXCLUSIVE, LLC**
**EX INITIATIVES L.L.C.**
By: Ex Design Holdings, LLC, its Manager


By: *Matthew Schroeder*
Name:  Matthew Schroeder
Title:  Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

Docusign Envelope ID: 6J6CF7F6-B5EB-48C5-BD5F-0A51060E86B6

**IN WITNESS WHEREOF,** the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

**EX BENEFITS, LLC**
By: First Florida Insurers of Tampa, LLC, its
Manager

By: _Matthew Schroeder_____
Name: Matthew Schroeder
Title: Authorized Signatory

*[Signature Page to Rite Aid Companies' Resolutions Authorizing Bankruptcy Filings]*

1

## PROOF OF SERVICE

2    I am a citizen of the United States and employed in Boston, Massachusetts. I am over the
age of eighteen years and not a party to the within entitled action. My business address is One
3    Federal Street, Boston, MA 02110-1726.

4    On May 14, 2025, I served a copy of the within document(s):

5    **SUGGESTION OF BANKRUPTCY**
**FOR NEW RITE AID, LLC AND CERTAIN OF ITS AFFILIATES AND NOTICE OF**
6    **AUTOMATIC STAY OF PROCEEDINGS**

7    ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, the United States mail at Los Angeles, California addressed as set
8    forth below.

9    ☒    by transmitting via e-mail or electronic transmission the document(s) listed above
to the person(s) at the e-mail address(es) set forth below.
10

11   THE MAY FIRM INJURY LAWYERS, INC.          *Attorneys for Plaintiff*
Garrett May [CA Bar No. 275909]               GARY HUDSON
12   Robert May [CA Bar No. 250968]
297 Santa Rosa Street
13   San Luis Obispo, CA 93405
Tel: 805-980-7758
14   Fax: 805-980-7754
lit@mayfirm.com
15

16   SANDHU LAW GROUP                           *Attorneys for Defendant*
Sumair S. Sandhu [CA Bar No. 219169]          OLIVE TREE CORNING PLAZA, LLC
17   Anna J. Niemann  [CA Bar No. 165326]
2535 Capitol Oaks Drive, Suite 450
Sacramento, California 95833
18   Tel: 916-963-9965
Fax: 916-963-9966
19   ssandhu@sandhulg.com
aniemann@sandhulg.com
20

21   Executed on May 14, 2025, at Boston, Massachusetts.

22   I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.
23

24   */s/ Michael K. Gocksch*
Michael K. Gocksch
25

26

27

28

1  *Gary Hudson v. Olive Tree Corning Plaza, et al.*
   *Tehama County Superior Court Case No.: 24CI-000069*

2

3                              **PROOF OF SERVICE**

        I declare that I am over the age of eighteen years and not a party to or interested in the within
4  action.  I am an employee of Sandhu Law Group, and my business address is 2535 Capitol Oaks
   Drive, Suite 450, Sacramento, CA, 95833.

5
        On the date indicated below, I served a true copy of the following documents:
6

       **DECLARATION OF ANNA J. NIEMANN IN SUPPORT OF**
7           **MOTION OF OLIVE TREE CORNING PLAZA, LLC**
                    **FOR RELIEF FROM STAY**

8
   [  ]  By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by placing
9          such envelope (s) with postage thereon fully prepaid in the designated area for outgoing mail
           in accordance with this offices' practice, addressed as follows:
10
   [  ]  By U.S. Express Mail: On the parties in said action, by placing a true copy in the United States mail
11         by placing such envelope(s) with postage thereon fully prepaid in the designated area for
           Express Mail in accordance with the office's practice, addressed as follows:
12
   [  ]  By Facsimile: Transmitting to the parties in this action by facsimile machine pursuant to Rule 2005,
13         California Rules of Court.  The transmission was reported as complete and in compliance with
           Rule 2003(3), no error was reported by the machine.  Pursuant to Rule 2005(I), I caused the
14         machine to print a transmission record of the transmission, a copy of which is attached to this
           declaration, addressed as follows:
15
   [XX]  By Electronic Service:  On the parties in said action by serving electronically on the persons at their
16          e-mail addresses listed below pursuant to Code of Civil Procedure section 1013a and Rule
            2.251, California Rules of Court.  The transmission was reported as complete and in
17          compliance with Rule 2.251(h).  Pursuant to Rule 2.251, I printed out the electronic
            confirmation of service, a copy of which is attached to this declaration, addressed as follows:
18

19  *RITE AID APPEARANCE COUNSEL –*        MORGAN, LEWIS & BOCKIUS LLP
                                           Michael K. Gocksch, CA Bar No. 318743
20                                         One Federal Street
                                           Boston, MA 02110-1726
21                                         Tel: +1.617.341.7902
                                           michael.gocksch@morganlewis.com
22
    *RITE AID BK COUNSEL –*                PAUL, WEISS, RIFKIND, WHARTON &
23                                         GARRISON LLP
                                           1285 Avenue of the Americas, New York, New
24                                         York 10019 (Attn: Joshua A. Esses
                                           (jesses@paulweiss.com) , Tyler Zelinger
25                                         (tzelinger@paulweiss.com)

26

27

28
                                        -3-

       **MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street, Hackensack, New Jersey 07601
(Attn: Felice R. Yudkin
(fyudkin@coleschotz.com), and Andreas
Milliaressis (amilliaressis@coleschotz.com)

**UNITED STATES TRUSTEE --**

One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark NJ  07102

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton NJ  08608

Executed on October 3, 2025, at Sacramento, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Glenn Perrine
Glenn Perrine

-4-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**