UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FOLEY & LARDNER LLP
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:   (212) 687-2329
ASekel@foley.com

FOLEY & LARDNER LLP
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

In re:

NEW RITE AID, LLC, *et al.,*

| | |
|---|---|
| Case No.: | 25-14861 (MBK) |
| Chapter: | 11 |
| Adv. No.: | N/A |
| Hearing Date: | October 10, 2025 |
| Judge: | Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Janelle C. Harrison, am a paralegal for Foley & Lardner LLP, counsel to CVS Pharmacy, Inc. in this matter.

2. On 10/8/2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. CVS Pharmacy, Inc. Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the CVS APAs [Doc. No. 2779];

   2. Declaration of Roger D. Strode in Support of CVS Pharmacy, Inc. Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the PNW APA  [Doc. No. 2780];

4913-9260-7345.1

    3. Application for Order Shortening Time for Hearing on CVS Pharmacy, Inc. Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the CVS APAs [Doc. No. 2781]; and

    4. Order Shortening Time Period for Notice [Doc. No. 2788].

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  10/8/2025

*Janelle Harrison*
Signature

4913-9260-7345.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   Email per Doc. No. 2788<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| COLE SCHOTZ, P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>Attn: Michael D. Sirosta, Esq.;<br>Warren A. Usatine, Esq.;<br>Felice R. Yudkin, Esq.;<br>Seth Van Aalten, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Attn: Andrew N. Rosenberg;<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Alison R. Benedon<br>Brian S. Hermann; Christopher Hopkins<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br>abenedon@paulweiss.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   Email per Doc. No. 2788<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4913-9260-7345.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Attn: Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Brett H. Miller, Esq.<br>Todd M. Goren, Esq.<br>James H. Burbage, Esq.<br>D. Graber, Esq.<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   Email per Doc. No. 2788<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GREENBERG TRAURIG, LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody, Esq.<br>brodya@gtlaw.com<br><br>-and-<br><br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>Attn: John F. Ventola, Esq.<br>Mark Edgarton, Esq.<br>J.P. Jaillet, Esq.<br>Jonathan D. Marshall, Esq.<br>jventola@choate.com<br>gedgarton@choate.com<br>jjaillet@choate.com<br>jmarshall@choate.com | Counsel to Bank of America, N.A., as DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   Email per Doc. No. 2788<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4913-9260-7345.1