**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit A**:

- Eighth Notice of Additional Closing Locations [Docket No. 1046]

On September 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit B**:

- Notice of (I) Sale by Auction and Sale Hearing for Debtors' Thrifty Assets and (II) Adjournment of Auction with Respect to the Debtors' Other Remaining Assets [Docket No. 1062]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: October 3, 2025

                                                                                              */s/ Paul Pullo*
                                                                                              Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A

Supplemental Counterparties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28127453 | BLUE RHINO | 5650 UNIVERSITY PARKWAY | SUITE 400 | | WINSTON SALEM | NC | 27105 |
| 28111284 | PRINCIPAL MUTUAL LIFE INS CO | 711 HIGH ST. | | | DES MOINES | IA | 50309 |
| 28163380 | REDBOX | ATTN: PRESIDENT OR GENERAL COUNSEL | 1800 114TH AVE SE | SUITE 900 | BELLEVUE | WA | 98004 |

**Exhibit B**

Exhibit B

Supplemental Mailing Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28163230 | MELVIN & MARY SCHAEFER | ADDRESS ON FILE | | | | |
| 28166097 | NORTH FRANKLIN TOWNSHIP | 345 FRANKLIN FARMS RD | | WASHINGTON | PA | 15301-5819 |
| 28127198 | STATE OF MARYLAND UNCLAIMED PROPERTY UNIT | COMPTROLLER OF MARYLAND | 301 CARROLL ST | ANNAPOLIS | MD | 21411-1000 |
| 28160144 | VILLAGE OF HOLLY | 504 1/2 E MAPLE ST | | HOLLY | MI | 48442-1694 |
| 28126394 | WILLIAMS/REDMOND LLC | 16310 NE 80th Street, Suite 100 | | Redmond | WA | 98052 |