**LAW OFFICES OF KENNETH L. BAUM LLC**
201 W. Passaic Street, Suite 104
Rochelle Park, New Jersey 07662
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.
*Attorneys for Washington Town Center, LLC*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

<div align="center">

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION AND RESERVATION OF RIGHTS OF LANDLORD,
WASHINGTON TOWN CENTER, LLC, IN RESPONSE TO DEBTORS' EIGHTEENTH
NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR
UNEXPIRED LEASES**
**(Related Docket Nos.: 1573 & 1783)**

</div>

**PLEASE TAKE NOTICE** that Washington Town Center, LLC withdraws its *Limited Objection and Reservation of Rights of Landlord, Washington Town Center, LLC, in Response to Debtors' Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Doc. 1783].

<div style="margin-left: 50%;">

LAW OFFICES OF KENNETH L. BAUM LLC
Attorneys for Washington Town Center, LLC


By:     */s/ Kenneth L. Baum*
       Kenneth L. Baum

</div>

DATED:  October 9, 2025

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.