**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 8, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Altman, Blitstein & Wayne, (ADRID: 30031150), 4263 Tierra Rejada Rd, Moorpark, CA 93021-3772:

- Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 770]

On September 8, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental DN 1320 Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1320]

On September 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Redbox, (ADRID: 28163380), Attn: President or General Counsel, 1800 114th Ave Se, Suite 900, Bellevue, WA 98004:

- Notice of Additional Closing Locations [Docket No. 185]

---

1  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On September 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit B**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 242]

On September 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Blue Rhino, (ADRID: 28127453), 5650 University Parkway, Suite 400, Winston Salem, NC 27105:

- Ninth Notice of Additional Closing Locations [Docket No. 1133]

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the (1) Supplemental Taxing Authorities Service List attached hereto as **Exhibit C**, and (2) Supplemental Landlords Service List attached hereto as **Exhibit D**:

- Notice of Successful Bidder with Respect to Certain of the Debtors' Pharmacy Assets [Docket No. 1306]

Dated: October 3, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

# Exhibit A

## Supplemental DN 1320 Notice Parties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28084011 | 336 UNION REALTY LLC | 9920 4TH AVE | STE 305 | | BROOKLYN | NY | 11209-8331 |
| 30227628 | 5601 22ND LLC | HENBART LLC | 2731 77TH AVE SE | STE 202 | MERCER ISLAND | WA | 98040-2800 |
| 28110802 | BRIXMOR SPE 2 LLC | 200 W RIDGE PIKE | STE 101 | | CONSHOHOCKEN | PA | 19428-3702 |

In re: New Rite Aid, LLC, *et al.*  
Case No. 25-14861 (MBK)                                    Page 1 of 1

**Exhibit B**

Exhibit B

Supplemental Mailing Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28169737 | 1010DATA SERVICES, LLC | ATTN: INNA KUZNETSOVA, CEO | 3300 HILLVIEW AVE | STE B | PALO ALTO | CA | 94304-1251 |
| 28134215 | JOSEPH, ANNU | ADDRESS ON FILE | | | | | |

**Exhibit C**

Exhibit C
Supplemental Taxing Authorities Service List
Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28167032 | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | 651 BANNON ST | STE 100 | SACRAMENTO | CA | 95811-0356 |
| 28166097 | NORTH FRANKLIN TOWNSHIP | 345 FRANKLIN FARMS RD | | WASHINGTON | PA | 15301-5819 |
| 28160144 | VILLAGE OF HOLLY | 504 1/2 E MAPLE ST | | HOLLY | MI | 48442-1694 |

In re: New Rite Aid, LLC, *et al.*
Case No. 25-14861 (MBK)

**Exhibit D**

Exhibit D

Supplemental Landlords Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28084011 | 336 UNION REALTY LLC | 9920 4TH AVE | STE 305 | BROOKLYN | NY | 11209-8331 |
| 28110802 | BRIXMOR SPE 2 LLC | 200 W RIDGE PIKE | STE 101 | CONSHOHOCKEN | PA | 19428-3702 |
| 28163230 | MELVIN & MARY SCHAEFER | ADDRESS ON FILE | | | | |
| 28111516 | WEC 97K-19 INVESTMENT TRUST | 1000 BRICKELL AVE | STE 720 | MIAMI | FL | 33131-3047 |