**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 10, 2025 AT 10:00 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
        via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## I. STATUS CONFERENCE

1. CVS Pharmacy, Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the CVS APAs [Docket No. 2779]

    Related Documents

    A. Declaration of Roger D. Strode in Support of CVS Pharmacy Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the PNW APA [Docket No. 2780]

    B. Application for Order Shortening Time for Hearing on CVS Pharmacy, Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the CVS APAs [Docket No. 2781]

    C. Order Shortening Time Period for Notice [Docket No. 2788]

    **Status:** A status conference regarding this matter is going forward with permission of the Court.

## II. CONTESTED MATTERS GOING FORWARD

2. Notices of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket Nos. 1574, 1575, 2163, 2165 and 2166]

    Related Documents

    A. Omnibus Notice of Hearing Regarding Objections to Rejection Notices [Docket No. 2708]

    B. Debtors' Omnibus Reply in Response to Objections to the Debtors' Rejection of Leases [Docket No. 2782]

    Responses/Objections

    A. Limited Objection and Reservation of Rights of Landlord, Washington Town Center, LLC, in Response to Debtors' Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (Related Docket No.: 1575) [Docket No. 1783]

    B. Objection, Joinder, and Reservation of Rights of Landlord, AG WGI, LLC Regarding Debtors' Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1790]

    C. Limited Objection and Reservation of Rights of Landlord, 4151 White Plains Road LLC, in Response to Debtors' Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (Related Docket No.: 2163) [Docket No. 2202]

    D. Limited Objection and Reservation of Rights of Landlord, Gitomer Family Realty LLC, to Debtors' Thirtieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (Doc. No. 2165) [Docket No. 2264]

    E. Amended Limited Objection and Reservation of Rights of Landlord, Gitomer Family Realty LLC, to Debtors' Thirtieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (Doc. No. 2165) [Docket No. 2292]

    F. Limited Objection and Reservation of Rights of Landlord, RWY Trust, in Response to Debtors' Thirtieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (Doc. No. 2166) [Docket No. 2299]

    G. Objection and Reservation of Right of Schwartz Halfmoon Associates, LLC to Thirty-First Notice of Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 2334]

**Status:** These matters are going forward with permission of the Court.

3. Sale Hearing regarding Certain Leases and Fee Owned Properties

    <u>Related Documents</u>

    A. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 1320]

    B. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Fee Owned Properties [Docket No. 1321]

    C. Notice of Qualified Bids and Virtual Auction [Docket No. 1498]

    D. Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [Docket No. 1524]

    E. Notice of Assumption and Assignment of Certain of the Debtors' Leases [Docket No. 1525]

    F. Notice of Successful and Backup Bidder(s) with Respect to the Auction of Certain of the Debtors' Fee Owned Property [Docket No. 1788]

G. Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Fee Owned Properties [Docket No. 1887]

H. Notice of Acceptance of New Successful Bidder with Respect to Store No. 10579 [Docket No. 1957]

I. Second Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Fee Owned Properties [Docket No. 2402]

J. Notice of Bid Deadline, Potential Auction, and Potential Sale Hearing for Certain Lease Assets [Docket No. 2488]

Responses/Objections

A. Objection of the Chen 1998 Family Trust, et al. to Notice of Assumption and Assignment of Lease and Cure Amount [Docket No. 1786]

B. Joint Response of the Debtors and Ross Dress for Less, Inc. to Objection of the Chen 1998 Family Trust, et al. to Notice of Assignment of Lease and Cure Amount [Docket No. 2809]

**Status:** This matter will be going forward with respect to the objection of the Chen 1998 Family Trust, et al. to Notice of Assumption and Assignment of Lease and Cure Amount [Docket No. 1786]. The Debtors will continue to address other matters related to proposed assignments of leases and sales of fee owned property on an ongoing basis, with orders to be submitted and will seek Court intervention as necessary.

### III. ADJOURNED AND RESOLVED MATTERS NOT GOING FORWARD

4. Motion of OSJ of Peterborough LLC to Allow Administrative Expense Claim and Compel Immediate Payment [Docket No. 1463]

   **Status:** This matter has been resolved and an order will be submitted to Chambers.

5. Debtors' Motion to Enforce the Sale Order and Compel Performance by Purchasers Brahmaji Valiveti and Praveen Challa Under the Second Amended and Restated Purchase and Sale Agreement [Docket No. 2297]

   Related Documents

    A. Declaration of George Zhushma in Support of Debtors' Motion to Enforce the Sale Order and Compel Performance by Purchasers Brahmaji Valiveti and Praveen Challa Under the Second Amended and Restated Purchase and Sale Agreement in support of (related document:2297 Motion (Generic) filed by [Docket No. 2298]

**Status:**  This matter has been adjourned to October 20, 2025 at 9:00 a.m. (ET).

6. Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-185993-MBK, Docket No. 5922]

    Related Documents

    A. Motion for Entry of an Order Authorizing RAD Sub-Trust A to File Under Seal the Motion of Rad Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 5923]

    B. Notice of Hearing on Motions of RAD Sub-Trust A for Orders: (A) Enforcing the Plan and Confirmation Order Against McKesson Corporation and Granting Related Relief ("Motion to Compel"); and (B) Authorizing RAD Sub-Trust A to File Under Seal the Motion to Compel [Case No. 23-18993-MBK, Docket No. 5929]

    Responses/Objections

    A. McKesson Corporation's Opposition to Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 6058]

**Status:**  This matter has been adjourned to October 27, 2025 at 10:00 a.m. (ET).

[*Remainder of page intentionally left blank*]

Dated:  October 9, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*