| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Musi, Mattson, Daubenberger & Clark, LLP<br>21 West Third Street<br>Media, Pa 19063<br>(p): (610) 891-8806<br>(f): (610) 891-8807<br>dlk@mmdlawfirm.com<br>Dimitri L. Karapelou, Esquire | |
| In Re: NEW RITE AID, LLC, *et al.*, | Case No.:    25-14861 (MBK)<br><br>Chapter:    11 |

## NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL OF ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Dimitri L. Karapelou of Musi, Mattson, Daubenberger & Clark, LLP hereby withdraws its appearance as attorney for 92 Victory Investments, LLC, 65 Victory Investments, LLC and 16 Victory Investments, LLC ("Victory Investments") in the above-entitled action. Debtor has rejected or assumed and assigned the respective real property leases with Victory and as such the underlying debts and claims have been resolved. As such, counsel of Musi, Mattson, Daubenberger & Clark respectfully requests to be withdrawn from electronic notifications in the within case.

DATED: October 8, 2025.  Respectfully submitted,

   */s/ Dimitri L. Karapelou*
Dimitri L. Karapelou, Esquire
Musi, Mattson, Daubenberger & Clark, LLP
21 West Third Street
Media, PA 19063
(610) 891-8806
Attorney for 92 Victory Investments, LLC, 65 Victory Investments, LLC and 16 Victory Investments, LLC

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Musi, Mattson, Daubenberger & Clark, LLP<br>21 West Third Street<br>Media, Pa 19063<br>(p): (610) 891-8806<br>(f): (610) 891-8807<br>dlk@mmdlawfirm.com<br>Dimitri L. Karapelou, Esquire | |
| In Re: NEW RITE AID, LLC, *et al.*, | Case No.:    25-14861 (MBK)<br><br>Chapter:    11 |

## CERTIFICATE OF SERVICE

I hereby certify that on the October 8 day of October, 2025, a true and correct copy of the foregoing Withdrawal of Notice of Appearance was served electronically to the interested parties who have requested service by ECF notification from the court in this case.

                                                 */s/ Dimitri L. Karapelou*
                                              Dimitri L. Karapelou, Esquire
                                              Musi, Mattson, Daubenberger & Clark, LLP
                                              21 West Third Street
                                              Media, PA 19063
                                              (610) 891-8806
                                              Attorney for 92 Victory Investments, LLC, 65 Victory
                                              Investments, LLC and 16 Victory Investments, LLC