| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(a) |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Jennifer R. Hoover (NJ 026502001)<br>John C. Gentile, Esq.<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>jhoover@beneschlaw.com<br>jgentile@beneschlaw.com<br><br>*Counsel to Carstens Realty* |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>Debtors. |

Chapter 11

Case No. 25-14861 (MBK)

Judge: Michael B. Kaplan

(Jointly Administered)

**RE: D.I. 2471**

# NOTICE OF WITHDRAWAL OF OBJECTION OF CARSTENS REALTY TO THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES TO DOLLAR TREE STORES, INC.

**PLEASE TAKE NOTICE** that Carstens Realty ("Carstens"), by and through its undersigned counsel, filed the *Objection of Carstens Realty to the Debtors' Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc.* (the "Objection") on September 16, 2025, at D.I. 2471.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

27635435

**PLEASE TAKE NOTICE** that Carstens hereby withdraws the Objection without prejudice.

Dated: October 10, 2025  
Wilmington, Delaware

**BENESCH, FRIEDLANDER,  
COPLAN & ARONOFF LLP**

 /s/ Jennifer R. Hoover  
Jennifer R. Hoover (NJ 026502001)  
John C. Gentile, Esq.  
Continental Plaza II  
411 Hackensack Ave., 3rd Floor  
Hackensack, NJ 07601-6323  
Telephone: (302) 442-7010  
Facsimile: (302) 442-7012  
E-mail: jhoover@beneschlaw.com  
         jgentile@beneschlaw.com

*Counsel to Carstens Realty*

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, hereby certify that on October 10, 2025, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system.

                                                                          */s/ Jennifer R. Hoover*
                                                                          Jennifer R. Hoover (NJ 026502001)