Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### STIPULATION AND CONSENT ORDER BETWEEN THE DEBTORS AND PURCHASERS BRAHMAJI VALIVETI AND PRAVEEN CHALLA

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED**.

**DATED: October 10, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
        aeaton@paulweiss.com
        chopkins@paulweiss.com
        smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com
        svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Purchasers Brahmaji Valiveti and Praveen Challa |

This Stipulation and Consent Order is entered into by and among the Debtors and Brahmaji Valiveti and Praveen Challa (together, "<u>Buyers</u>" and collectively with the Debtors, the "<u>Parties</u>"). The Parties hereby stipulate and agree as follows:[1]

## **RECITALS**

**WHEREAS**, on May 5, 2025 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

**WHEREAS**, in accordance with the bidding procedures approved by the Court, on May 13, 2025, Buyers submitted a proposed bid and transaction documents (the "<u>Bid Documents</u>") to the Debtors to acquire certain assets associated with Rite Aid's retail locations in California and New York;

**WHEREAS**, on May 15, 2025, Buyers entered into a purchase and sale agreement (the "<u>Initial PSA</u>") that was consistent with the Bid Documents previously submitted by the Buyers;

**WHEREAS**, the Initial PSA was amended on May 23, 2025 (the "<u>Amended and Restated PSA</u>") and again on June 11, 2025 by the *Second Amended and Restated Purchase and Sale Agreement* (the "<u>Second Amended PSA</u>", collectively with the Initial PSA and Amended and Restated PSA, the "<u>PSA</u>").

**WHEREAS**, on May 21, 2025, the Bankruptcy Court approved the Initial PSA, as amended by the Amended and Restated PSA and the Second Amended PSA, via a Sale Order [Docket No. 472];

---

[1]   Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Purchasers Brahmaji Valiveti and Praveen Challa |

**WHEREAS**, under the Second Amended PSA, Buyers agreed to purchase from the Sellers certain pharmacy assets with respect to Pharmacies listed on <u>Schedule A</u> attached thereto, including but not limited to, "all prescription records, patient records, lists and profiles of the applicable Pharmacy, in each case, in the applicable Seller's possession and readily available for no less than the 3-year period (or such time period mandated by state and federal laws) immediately preceding the respective Closing Date." Second Amended PSA, § 1(a);

**WHEREAS**, on each Closing Date, Sellers agreed to "surrender possession of the applicable Purchased Assets to the applicable Buyer with respect to the applicable Store or Stores," Second Amended PSA, § 5(b), and Buyers agreed to "pay to the applicable Seller the amounts listed below by wire transfer of immediately available funds to the account designated by such Seller." *Id.* § 5(c). The Parties agreed to a Purchase Price set forth on Schedule A to the Second Amended PSA, Second Amended PSA, Sch. A., and also agreed that such price "will decrease in the event there is a reduction in the Current Volume at any Pharmacy between the date of this Agreement and each respective Closing Date." *Id.* § 6(b);

**WHEREAS**, the Closing Date of the transactions occurred on various dates between July 11, 2025, and August 6, 2025, as detailed on Schedule A to the PSA. *Id.* § Sch. A. On those dates, Sellers surrendered the Purchased Assets to the Buyers, including the "prescription records, patient records, lists and profiles of the applicable Pharmacy;"

**WHEREAS**, based upon the Sellers' records, and after accounting for the Purchase Price adjustments agreed to paragraph 6(b) of the Second Amended PSA, Sellers contend that Buyers were contractually obligated to pay an aggregate "Records Purchase Price" of $1,527,502.66 and an aggregate "Inventory Purchase Price" of $1,328,210.28;

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Purchasers Brahmaji Valiveti and Praveen Challa |

**WHEREAS**, on September 4, 2025, the Debtors filed the *Debtors' Motion to Enforce the Sale Order and Compel Performance by Purchasers Brahmaji Valiveti and Praveen Challa Under the Second Amended and Restated Purchase and Sale Agreement* [Docket No. 2297] (the "Motion") seeking entry of an order enforcing the PSA and requiring the Buyers to pay the Purchase Price to Rite Aid; and

**WHEREAS**, the Parties desire to resolve the Motion and memorialize their agreement regarding the modification of the Purchase Price in the Second Amended PSA on the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND, IT IS HEREBY ORDERED THAT:**

1.      The foregoing recitals are incorporated herein by reference.

2.      The Purchase Price in the Second Amended PSA shall be fixed at $2,300,000.00 (the "Amended Purchase Price").

3.      The Debtors shall seek Bankruptcy Court approval of this Stipulation and Consent Order promptly following its execution.  Payment of the Amended Purchase Price shall be due the later of (x) October 15, 2025, and (y) two (2) business days following issuance of an order approving this Stipulation and Consent Order.

4.      The Parties agree to adjourn the hearing on the Motion from October 10, 2025, to October 20, 2025.  Upon (i) payment of the Amended Purchase Price by Buyers and (ii) confirmation that the Amended Purchase Price was received by the Debtors, the Debtors shall withdraw the Motion.

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Purchasers Brahmaji Valiveti and Praveen Challa |

5.      Within five (5) business days of remittance of the Amended Purchase Price, the Debtors shall deliver Bills of Sale, as said term is defined in the PSA.

6.      Except as expressly provided herein, the terms of this Stipulation and Consent Order are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between the Buyers on the one hand and the Debtors and the Debtors' bankruptcy estates on the other hand, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the Debtors, including the Bid Documents, the PSA, the Sale Order, and the Debtors' chapter 11 cases; *provided*, *however*, the foregoing shall not release or otherwise impact the Parties' rights, claims, and obligations under this Stipulation and Consent Order.

7.      The Parties acknowledge that this Stipulation and Consent Order is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Consent Order.

8.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation and Consent Order.  Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation and Consent Order.

9.      The terms and provisions contained within this Stipulation and Consent Order shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Purchasers Brahmaji Valiveti and Praveen Challa |

bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

10.     This Stipulation and Consent Order sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

11.     Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation and Consent Order will be immediately effective and enforceable upon its entry. The Debtors and the Buyers are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Consent Order.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation and Consent Order as of the date first set forth below.

**ACCEPTED AND AGREED:**

Dated:  October 9, 2025

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
                msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com
                svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:      (212) 373-3000
Facsimile:      (212) 757-3990
                arosenberg@paulweiss.com
                aeaton@paulweiss.com
                chopkins@paulweiss.com
                smitchell@paulweiss.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*

**KURZMAN EISENBERG CORBIN & LEVER, LLP**

*/s/ Jeffrey S. Peters*
Jeffrey S. Peters, Esq.
1 North Broadway, 12th Fl.
White Plains, New York 10601
Telephone:      (212) 922-0816
Email:  jpeters@kelaw.com

*COUNSEL TO BUYERS*