**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
tgoren@willkie.com
jburbage@willkie.com
jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF WILLKIE FARR & GALLAGHER LLP FOR THE <u>PERIOD OF AUGUST 1, 2025 THROUGH AUGUST 31, 2025</u>**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.  As of October 10, 2025, Willkie Farr & Gallagher LLP ("<u>Willkie</u>"), co-counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of New Rite Aid, LLC and its debtor affiliates in the above-captioned cases (collectively, the "<u>Debtors</u>"), has received no

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

answer, objection, or other responsive pleading to the *Monthly Fee Statement for the Period of August 1, 2025 through August 31, 2025* [Docket No. 2555] (the "Monthly Fee Statement"), filed on September 25, 2025. The undersigned further certifies that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "Administrative Order"), objections to the Monthly Fee Statement were to be filed and served no later than October 9, 2025.

2.    Pursuant to the Administrative Order, the Debtors are authorized to pay Willkie eighty (80%) of the fees and one hundred (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

I certify under penalty of perjury that the foregoing statement is true and correct.

Dated: October 10, 2025

                              */s/ Andrew Sherman, Esq.*
                              **SILLS CUMMIS & GROSS P.C.**
                              Andrew Sherman, Esq.
                              Boris Mankovetskiy, Esq.
                              Gregory Kopacz, Esq.
                              One Riverfront Plaza
                              Newark, New Jersey 07102
                              Telephone: (973) 643-7000
                              Email:   asherman@sillscummis.com
                                                  bmankovetskiy@sillscummis.com
                                                  gkopacz@sillscummis.com

                              -and-

                              **WILLKIE FARR & GALLAGHER LLP**
                              Brett H. Miller, Esq. (admitted *pro hac vice*)

Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
             tgoren@willkie.com
             jburbage@willkie.com
             jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*