Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on October 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

## STIPULATION AND CONSENT ORDER BETWEEN THE DEBTORS AND REYES HOLDINGS, LLC AND ITS AFFILIATES TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The relief set forth on the following pages, numbered three (3) through six (6), is **ORDERED**.

DATED: October 8, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff |

This Stipulation and Consent Order is entered into by and among the Debtors and Reyes Holdings, LLC ("Reyes Holdings," on its own behalf and on behalf of its affiliates Harbor Distributing, LLC, Crest Beverage, LLC, and Reyes Coca-Cola Bottling, LLC, and collectively with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:[1]

## RECITALS

**WHEREAS**, on May 5, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, the Parties agreed that the Debtors would establish security deposits of $2,500,000 (the "Security Deposits").

**WHEREAS**, the Debtors provided Reyes Holdings with the Security Deposits in the aggregate amount of $2,500,000.

**WHEREAS**, the Parties agree that Reyes Holdings is owed $2,311,495.16 on account of goods provided prior to the Petition Date and related charges, broken down as follows: $1,896,243.86 owed to Harbor Distributing, LLC and Crest Beverage, LLC, and $415,251.30 owed to Reyes Coca-Cola Bottling, LLC (the "Claims").

**WHEREAS**, the Parties agree that Reyes Holdings shall apply the Security Deposits to satisfy the Claims and the Parties stipulate to modification of the automatic stay under Bankruptcy Code § 362(a) to allow such application of the Security Deposits to the Claims.

**WHEREAS**, Reyes Holdings shall return the net balance of the Security Deposits in the

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff |

amount of $188,504.84 to the Debtors not later than five (5) business days after entry of the Bankruptcy Court order approving this Stipulation.

**WHEREAS**, the Debtors, in their business judgment, believe the Stipulation and Consent Order is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Reyes Holdings' setoff rights, and payment of the Claims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND, IT IS HEREBY ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. Effective as of the date the Court enters this Stipulation and Consent Order, the Claims shall be fixed at $2,311,495.16.

3. The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Reyes Holdings to set off the Claims against the Security Deposits. The net effect of such set off results in Reyes Holdings owing the Debtors $188,504.84.

4. Within five (5) business days of the Court approving this Stipulation and Consent Order, Reyes Holdings shall pay the Debtors the net balance of the Security Deposits in the amount of $188,504.84 in accordance with payment instructions to be provided by the Debtors.

5. Except as expressly provided herein, the terms of this Stipulation and Consent Order are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Reyes Holdings on the one hand and the Debtors and the Debtors'

(Page | 5)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff |

bankruptcy estates on the other hand, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods provided by Reyes Holdings to any of the Debtors; *provided*, *however*, the foregoing shall not release or otherwise impact the Parties' rights, claims, and obligations under this Stipulation and Consent Order. For the avoidance of doubt, the foregoing release shall include any and all administrative claims that Reyes Holdings has or may have against the Debtors under section 503(b)(9) of the Bankruptcy Code or otherwise.

6. The Parties acknowledge that this Stipulation and Consent Order is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Consent Order.

7. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation and Consent Order. Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation and Consent Order.

8. The terms and provisions contained within this Stipulation and Consent Order shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Consent Order Between the Debtors and Reyes Holdings, LLC and Its Affiliates to Modify Automatic Stay to Effect Setoff |

9. This Stipulation and Consent Order sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

10. Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation and Consent Order will be immediately effective and enforceable upon its entry. The Debtors and Reyes Holdings are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Consent Order.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Consent Order.

*[Signature page to follow]*

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation and Consent Order as of the date first set forth below.

<u>**ACCEPTED AND AGREED**</u>:

Dated:  September 30, 2025

| **COLE SCHOTZ P.C.** | **BORGES & ASSOCIATES LLC** |
|---|---|
| */s/ Michael D. Sirota* | */s/ Sue L. Chin* |
| Michael D. Sirota, Esq. | Sue L. Chin, Esq. |
| Warren A. Usatine, Esq. | 575 Underhill Boulevard, Suite 118 |
| Felice R. Yudkin, Esq. | Syosset, NY 11791 |
| Seth Van Aalten, Esq. (admitted *pro hac vice*) | Telephone:    (516) 667- 8200 |
| Court Plaza North, 25 Main Street | Email:  schin@borgeslawllc.com |
| Hackensack, New Jersey 07601 | |
| Telephone:    (201) 489-3000 | *COUNSEL TO REYES HOLDINGS* |
| msirota@coleschotz.com | |
| wusatine@coleschotz.com | |
| fyudkin@coleschotz.com | |
| svanaalten@coleschotz.com | |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:    (212) 373-3000
Facsimile:      (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14861-MBK |
| New Rite Aid, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2025      Signature:      /s/Gustava Winters