Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on October 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**STIPULATION AND AGREED ORDER APPROVING THE ASSUMPTION AND
ASSIGNMENT OF TRANSITION SERVICES AGREEMENT AMONG
RITE AID HDQTRS. CORP., ELIXIR INSURANCE COMPANY, AND
<u>MEDIMPACT HEALTHCARE SYSTEMS, INC.</u>**

The relief set forth on the following pages, numbered three (3) and five (5), is **ORDERED**.

DATED: October 10, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Approving the Assumption and Assignment of Transition Services Agreement Between Rite Aid Hdqtrs. Corp. and MedImpact Healthcare Systems, Inc. |

This stipulation ("Stipulation") is made by and among Rite Aid Hdqtrs. Corp. ("Rite Aid Hdqtrs."), Elixir Insurance Company ("EIC") and MedImpact Healthcare Systems, Inc. ("MedImpact," collectively, with Rite Aid Hdqtrs. and EIC, the "Parties") by and through their duly authorized undersigned counsel. The Parties hereby stipulate and agree as follows:

**WHEREAS**, on May 5, 2025 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), commencing cases jointly administered under Case No. 25-14861;

**WHEREAS**, as of the Petition Date, Rite Aid Hdqtrs. and MedImpact were parties to a Transition of Services Agreement, dated as of February 1, 2024 (the "Agreement"), which remains in effect;

**WHEREAS**, pursuant to the Agreement, Rite Aid Hdqtrs. is to provide certain services to MedImpact to facilitate the transition of operations related to the sale of certain business from Hunter Lane, LLC, a Debtor affiliate, to MedImpact and MedImpact is to provide certain services to Rite Aid Hdqtrs.;

**WHEREAS**, EIC has requested that Rite Aid Hdqtrs. assume and assign the Agreement to EIC;

**WHEREAS**, EIC will be responsible for any and all outstanding services provided or to be provided by Rite Aid Hdqtrs. pursuant to the Agreement and for the payment of the payment to MedImpact of cure costs of $103,124.00;

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Approving the Assumption and Assignment of Transition Services Agreement Between Rite Aid Hdqtrs. Corp. and MedImpact Healthcare Systems, Inc. |

**WHEREAS**, the Debtors, in their business judgment, believe entry into this Stipulation is in the best interests of their estates and stakeholders;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, through their respective undersigned counsel, that:

1. The Parties represent and warrant that they have full authority to enter into this Stipulation and to consummate the transaction provided by this Stipulation, subject to approval by the Bankruptcy Court.

2. All of the recitals stated above are incorporated by reference as if fully set forth herein. This Stipulation constitutes the complete express agreement of the Parties with respect to the subject matter of the Stipulation. No modification, amendment or waiver of any of the provisions of this Stipulation shall be effective unless in writing and signed by the Parties.

3. This Stipulation is subject to approval by the Bankruptcy Court. Upon the Bankruptcy Court's approval of this Stipulation (the "Stipulation Effective Date"), this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective administrators, estates, affiliates, parents, subsidiaries, successors, transferees, and assigns, including, but not limited to, any trustee appointed in the Debtors' cases under chapter 11 or chapter 7 of the Bankruptcy Code.

4. The Parties hereby stipulate and agree that the Parties shall take the following actions:

   a. On the Stipulation Effective Date, pursuant to section 365 of the Bankruptcy Code, the Agreement is hereby assumed by Rite Aid Hdqtrs. and assigned to EIC. EIC

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al.*
Case No.: 25-14861 (MBK)
Caption of Order: Stipulation and Agreed Order Approving the Assumption and Assignment of Transition Services Agreement Between Rite Aid Hdqtrs. Corp. and MedImpact Healthcare Systems, Inc.

shall be deemed to have been in privity of contract with MedImpact from the Stipulation Effective Date, and all rights, remedies and obligations under the Agreement shall be deemed assumed by EIC as of the Stipulation Effective Date.

b. Within three (3) business days of the Stipulation Effective Date, EIC shall pay to MedImpact cure costs of $103,124.00 in full and final satisfaction of any claims arising under section 365(b) of the Bankruptcy Code on account of or arising out of such assignment.

5. The Bankruptcy Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) with respect to any disputes arising from, or other actions to interpret, administer or enforce, the terms and provisions of this Stipulation.

6. The Parties agree that nothing herein is intended to be, nor shall be deemed or construed to be, a waiver of, nor in any way affect, the appeal pending before the United States District Court for the District of New Jersey (the "Appeal") or any matters related thereto pending in the Bankruptcy Court, or any other matters to which the Parties have or may have in the future a claim or interest. For the avoidance of doubt, nothing herein shall abrogate, limit, grant relief from, or otherwise modify the application of the automatic stay of 11 U.S.C. § 362(a)(1) to the Appeal.

7. The Debtors are authorized to execute and deliver all instruments and documents and take all additional actions necessary to effectuate the relief granted in this Stipulation without further order from this Bankruptcy Court.

(Page | 6)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Stipulation and Agreed Order Approving the Assumption and Assignment of Transition Services Agreement Between Rite Aid Hdqtrs. Corp. and MedImpact Healthcare Systems, Inc. |

8.  This Stipulation shall be deemed to have been drafted jointly by the Parties, and any uncertainty or omission shall not be construed as an attribution of drafting by any Party.

[*Signature Pages Follow*]

Dated: October 2, 2025

**RITE AID HDQTRS. CORP.**

*/s/ Marc Liebman*
Marc Liebman
Chief Transformation Officer
New Rite Aid, LLC

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (NJ Bar No. 26641988)
Matthew S. Sarna (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Email: stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com

-and-

**ELIXIR INSURANCE COMPANY**

*/s/Anna P. Khais*
Anna P. Khais, CPA
Chief Financial Officer & Treasurer
Elixir Insurance Company

Richard A. Chesley (admitted *pro hac vice*)
Jeffrey S. Torosian (admitted *pro hac vice*)
Joseph A. Roselius (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-3430
Email: richard.chesley.dlapiper.com
jeffrey.torosian@us.dlapiper.com
joseph.roselius@us.dlapiper.com

*Counsel to MedImpact Healthcare Systems, Inc.*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 25-14861-MBK
New Rite Aid, LLC                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 1
Date Rcvd: Oct 10, 2025        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025             Signature:      /s/Gustava Winters