# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit A**:

- Seventh Notice of Additional Closing Locations [Docket No. 862]

Dated: October 3, 2025

                                                                                         */s/ Paul Pullo*
                                                                                         Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

SRF 91255

**Exhibit A**

## Exhibit A

Supplemental Counterparties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28127453 | BLUE RHINO | 5650 UNIVERSITY PARKWAY | SUITE 400 | WINSTON SALEM | NC | 27105 |
| 28111266 | PENTON COMPANY | 1166 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |