| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>John T. Carroll, III, Esq.<br>Attorney I.D. (015331983)<br>1010 Kings Highway South<br>Cherry Hill, NJ  08034<br>Telephone:  302-295-2028<br>Facsimile:  215-701-2140<br>Email: jcarroll@cozen.com<br><br>*Local Attorneys for creditors, Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.* [1]<br><br>                            Debtors. | Case No.: 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

### APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF DOUGLAS S. ROSNER

John T. Carroll, III, a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Douglas S. Rosner, Esq., of the law firm Goulston & Storrs, to practice before this Court in connection with the above captioned Chapter 11 case (the "Case").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC (collectively, "Academy Fire") as a creditor in the Case. The scope of the Application will be the representation of Academy Fire in the Case. In support of this application, counsel submits the attached Certification of Douglas S. Rosner, Esq., and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Douglas S. Rosner, Esq. to this Court.

3. Mr. Rosner is an attorney at law of the Commonwealth of Massachusetts and the State of New York, and a member and director with the law firm of Goulston & Storrs, with an address of One Post Office Square, 25th Floor, Boston, MA 02109.

4. Attached is the Certification of Mr. Rosner in which he certifies that he is and has been a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York. Mr. Rosner is also admitted to practice before the Supreme Court of the United States, US Court of Appeals for First and Seventh Circuit and US District Courts in Massachusetts, Southern District of Texas, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois and Southern District of New York. Additionally, Mr. Rosner certifies that he is and has remained a member in good standing of said bars at all times, that no disciplinary

proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. Rosner's law firm, Goulston & Storrs, serves as national bankruptcy counsel to Academy Fire. As a result, Mr. Rosner is familiar with the circumstances surrounding this matter and the business relationships between Academy Fire and New Rite Aid, and his presence will serve the best interests of Academy Fire.

6. Mr. Rosner is not licensed as an attorney in the State of New Jersey. He wishes to appear in the Case as counsel to Academy Fire and respectfully requests this Court to admit him *pro hac vice*.

7. If Mr. Rosner is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Douglas S. Rosner, Esq. to represent Academy Fire, in connection with the Case.

Dated: October 14, 2025

Respectfully submitted,

**COZEN O'CONNOR P.C.**

/s/ *John T. Carroll, III*
John T. Carroll, III, Esq.
1010 Kings Highway South
Cherry Hill, NJ  08034
Telephone: (302) 295-2028
Email: jcarroll@cozen.com

*Counsel for Academy Fire*