| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>John T. Carroll, III, Esq.<br>Attorney I.D. (015331983)<br>1010 Kings Highway South<br>Cherry Hill, NJ  08034<br>Telephone:  302-295-2028<br>Facsimile:  215-701-2140<br>Email: jcarroll@cozen.com<br><br>*Local Attorneys for creditors, Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.* [1]<br><br>                    Debtors. | Case No.: 25-14861 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATION OF DOUGLAS S. ROSNER

I, Douglas S. Rosner, Esq., hereby certify as follows:

1. I am an attorney and a director with the law firm of Goulston & Storrs, a Professional Corporation, counsel to Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC (collectively, "Academy Fire"), creditor in the above captioned Chapter 11 case (New Rite Aid LLC, the "Case"). My office is located at One Post Office Square, 25th Floor, Boston, MA

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

LEGAL\80791404\1 8888888/00801671

02109. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1, to represent Academy Fire in the Case.

2. I am admitted to practice law in the Commonwealth of Massachusetts and the State of New York. I am also admitted to practice before the Supreme Court of the United States, US Court of Appeals for First and Seventh Circuit and US District Courts in Massachusetts, Southern District of Texas, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois and Southern District of New York.

3. I am a member in good standing of the Bars in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  October 14, 2025

/s/ *Douglas S. Rosner*
Douglas S. Rosner (*pro hac vice* pending)
**GOULSTON & STORRS PC**
One Post Office Square, 25th Floor
Boston, MA  02109
(617) 574-6517
Email: drosner@goulstonstorrs.com
*Counsel for Academy Fire*

3

LEGAL\80791404\1 8888888/00801671