## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FLECK ECKERT KLEIN McGARRY LLC
A Pennsylvania Limited Liability Company
Scott M. Klein, Esquire
NJ Attorney ID # 404372022
222 N. Walnut Street, First Floor
West Chester, PA  19380
(484) 402-7802
*Attorneys for 4000 Woodhaven Holdings DE LLC*

| | |
|---|---|
| In re:  NEW RITE AID, LLC, et al.<br>          Debtors | Chapter 11<br><br>Case No. 25-14861 (MKB)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF MOTION

TO THE CLERK:

4000 Woodhaven Holdings DE LLC wishes to withdraw its Motion for Relief from Stay (DE 1024) filed in the above captioned matter on June 17, 2025

**FLECK ECKERT KLEIN MCGARRY LLC**

Dated: October 14, 2025        BY:        */s/ Scott M. Klein*
                                            Scott M. Klein, Esquire
                                            E-mail: sklein@fekmlaw.com