| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>John T. Carroll, III, Esq.<br>Attorney I.D. (015331983)<br>1010 Kings Highway South<br>Cherry Hill, NJ 08034<br>Telephone: 302-295-2028<br>Facsimile: 215-701-2140<br>Email: jcarroll@cozen.com<br><br>*Attorneys for creditors, Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>Debtors. | Case No.: 25-14861 (MBK)<br>Chapter 11<br>(Jointly Administered)<br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of creditors and interested parties Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC (collectively, "Academy Fire"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**ADDRESS:** John T. Carroll, III, Esq.
Cozen O'Connor
1010 Kings Highway South
Cherry Hill, NJ 08034
(302) 295-2028 Telephone
(215) 701-2140 Facsimile
Email: jcarroll@cozen.com

**DOCUMENTS:**

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: October 14, 2025

**COZEN O'CONNOR**

*/s/ John T. Carroll, III*
John T. Carroll, III, Esq.

LEGAL\80797079\1 8888888/00801671