| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>John T. Carroll, III, Esq.<br>Attorney I.D. (015331983)<br>1010 Kings Highway South<br>Cherry Hill, NJ  08034<br>Telephone:  302-295-2028<br>Facsimile:  215-701-2140<br>Email: jcarroll@cozen.com<br><br>*Attorneys for creditors, Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>                                Debtors. | Chapter 11<br><br>Case No.: 25-14861 (MBK)<br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Jill L. Deeney:

    ☐    represent _____ in this matter.

    ☑    am the paralegal for John T. Carroll, III of Cozen O'Connor, who represents Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC in the above captioned matter.

    ☐    am the _____ in this case and am representing myself.

2. On October 14, 2025 I served copies of the following pleadings and/or documents via 1) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof; and 2) via electronic mail to the parties listed on the chart below:

    **Notice of Appearance and Request for Service of Papers on behalf of Academy Fire Protection, Inc. and Academy Fire Life Safety, LLC**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Date:    October 14, 2025            /s/ *Jill L. Deeney*
                                                              Signature

LEGAL\80800444\1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NEW RITE AID, LLC<br>200 Newberry Commons<br>Etters, PA 17319<br>David Kastin, Esq.<br>David.Kastin@riteaid.com | Debtor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| United States Trustee for the District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>Lauren Bielski, Esq.<br>Jeffrey M. Sponder, Esq.<br>Lauren.bielskie@usdoj.gov<br>Jeffrey.m.sponder@usdoj.gov | United States Trustee for the District of New Jersey | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas New York, NY 10019<br>Andrew N. Rosenberg, Esq.<br>Alice Belisle Eaton, Esq.<br>Christopher Hopkins, Esq.<br>Nick Krislov, Esq.<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>nkrislov@paulweiss.com | Debtors Co-Counsel | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| COLE SCHOTZ, PC<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>FYudkin@coleschotz.com<br>SVanaalten@coleschotz.com | Debtors Co-Counsel | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CHOATE, HALL & STEWART LLP<br>Two Internal Place<br>Boston, MA 02110<br>John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Mark D. Silva, Esq.<br>jventola@choate.com<br>Jmarshall@choate.com<br>msilva@choate.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| GREENBERG TRAURIG, LLC<br>500 Campus Drive<br>Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esq.<br>Julia Frost-Davies, Esq.<br>brodya@gtlaw.com<br>Julia.frostdavies@gtlaw.com | Counsel to the Senior Credit Facility Agent and the DIP Agent | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| LEICHTMAN LAW PLLC<br>Maura I. Russell, Esq.<br>Mrussell@leichtmanlaw.com | Counsel to the Consultants | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| LOWENSTEIN SANDLER LLP<br>Jeffrey Cohen, Esq.<br>Andrew Behlmann, Esq.<br>jcohen@lowenstein.com<br>abehlmann@lowenstein.com | Counsel to the Consultants | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SIDLEY AUSTIN LLP<br>Dennis M. Twomey, Esq.<br>dtwomey@sidley.com | Co-Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| BUCHALTER<br>Jeffrey K. Garfinkle, Esq.<br>jgarfinkle@buchalter.com | Co-Counsel to McKesson | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| WILLKIE, FARR & GALLAGHER, LLP<br>Brett H. Miller, Esq.<br>Tood M. Goren, Esq.<br>James H. Burbage, Esq.<br>Jessica D. Gaber, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbages@willkie.com<br>jgraber@willkie.com | Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |
| Sills, Commis & Gross, P.C.<br>Andrew S. Sherman, Esq.<br>Boris Mankovetskiy, Esq. Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other - Email<br>(As authorized by the Court or by rule. Cite the rule if applicable). |

LEGAL\80800444\1

5

LEGAL\80800444\1