Morris Schlaf, Esq. - 016152012
SACCO & FILLAS, LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com
Counsel for Creditor Nikolaos Zigouris

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, et al., | Case No. 25-14861 (MBK) |
| Debtors. | NOTICE OF APPERANCE |

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nikolaos Zigouris, a creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Morris Schlaf, Esq.
SACCO & FILLAS, LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
(718) 269-2226
Mschlaf@saccofillas.com

**PLEASE TAKE FURTHER NOTICE** that this request includes all notices entered pursuant to FRBP 2002 and all documents and pleadings of any nature.

Dated: Astoria, New York
October 14, 2025

SACCO & FILLAS, LLP

By: /s/  Morris Schlaf
Morris Schlaf, Esq.
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
T:(718) 269-2226
zkaplan@saccofillas.com
*Attorneys for* Creditor Nikolaos Zigouris
*Our File No. 32653-24*