Morris Schlaf, Esq. - 016152012
SACCO & FILLAS, LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com
Counsel for Creditor
Nikolaos Zigouris

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, et al., | |
| Debtors. | Case No. 25-14861 (MBK) |

OBJECTION TO
FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES

1.   Creditor Nikolaos Zigouris, a creditor whose claim arose from personal injury sustained on or about March 19, 2024 from a dangerous condition at Debtor(s) premises at or about 33-01 30th Avenue, Astoria, NY 11102, County of Queens, State of New York (*See* Zigouris Proof of Claim) hereby **objects** to the FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES as the plan fails to provide for insured claims of personal injury creditors in premises liability cases.

Dated: October 13, 2025

By:    /s/ Morris J. Schlaf
Morris J. Schlaf, Esq.
SACCO & FILLAS, LLP
31-19 Newtown Avenue, 7th Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com