**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF CONSENT ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND KIMBERLY-CLARK CORP. TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned co-counsel, respectfully state the following in support of this application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Consent Order Approving Settlement Agreement Between the Debtors and*

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Kimberly-Clark Corp. to Modify Automatic Stay to Effect Setoff* (the "Consent Order"),[2] a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1.      On May 5, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      Kimberly-Clark Corporation ("Kimberly-Clark") is a global household and consumer goods company that manufactures personal care, hygiene products, and professional care products and sells them worldwide.

3.      Prior to the Petition Date, the Debtors would, from time to time and in the ordinary course of business, purchase paper-based products from Kimberly-Clark.

4.      On November 10, 2023, as security for future purchases, the Debtors and Kimberly-Clark (collectively, the "Parties") entered into an agreement whereby the Debtors agreed to establish a security deposit with Kimberly-Clark of $2,000,000 on or before November 17, 2023. The Debtors provided the security deposit on November 14, 2023.

5.      On December 18, 2023, the Parties entered into a second agreement whereby the Debtors agreed to establish a supplemental security deposit with Kimberly-Clark of $1,500,000 on or before December 22, 2023. The Debtors provided the supplemental security deposit on December 18, 2023 (collectively with the November 14, 2023 security deposit, the "Security Deposits"). The aggregate amount of the Security Deposits held by Kimberly-Clark as of the Petition Date was $3,500,000.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in Consent Order or Settlement Agreement, as applicable.

6.      Kimberly-Clark no longer supplies good to the Debtors.  As of the Petition Date, the Debtors owed Kimberly-Clark $1,426,604.81 on account of pre-petition goods provided and related charges (the "Invoice Amount").

7.      The parties have agreed that Kimberly-Clark will apply the Security Deposits to fully satisfy the Invoice Amount and return the net remaining balance of the Security Deposits to the Debtors.

8.      Kimberly-Clark and the Debtors agree that they would both materially benefit from a modification of the automatic stay to allow Kimberly-Clark to exercise its setoff rights and, in prompt fashion, pay the net remaining balance of the Security Deposits to the Debtors.  Such a setoff and net payment would resolve, in an orderly and efficient manner, potential claim-related disputes between the Parties and return proceeds of the Security Deposits to the Debtors for the benefit of their estates.

9.      This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Consent Order, attached hereto as **Exhibit 1**, approving the Settlement Agreement between the Debtors and Kimberly-Clark.  For the avoidance of doubt, the Debtors submit that the proposed Consent Order is in the best interest of the Debtors' estates.

10.     No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter the Consent Order and grant such other or further relief as the Court deems just and appropriate under the circumstances.

3

Dated:  October 15, 2025

/s/ Michael D. Sirota
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in
Possession*

## <u>Exhibit 1</u>

**Proposed Consent Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## CONSENT ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND KIMBERLY-CLARK CORP. TO MODIFY AUTOMATIC STAY TO EFFECT SETOFF

The relief set forth on the following page three (3) is **ORDERED**.

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
        aeaton@paulweiss.com
        chopkins@paulweiss.com
        smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com
        svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Consent Order Approving Settlement Agreement Between the Debtors and Kimberly-Clark Corp. to Modify Automatic Stay to Effect Setoff |

1.     The Settlement Agreement, attached hereto as **<u>Exhibit A</u>**, and the relief set forth therein is approved.

2.     Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Order will be immediately effective and enforceable upon its entry.

3.     The Debtors and Kimberly-Clark are authorized to take all actions necessary to effectuate the relief granted in the Settlement Agreement.

4.     The terms and provisions contained within the Settlement Agreement shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Settlement Agreement.

## **Exhibit A**

**Settlement Agreement**

## SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by and among the Debtors and Kimberly-Clark Corporation ("Kimberly-Clark," collectively with the Debtors, the "Parties").  The Parties hereby agree as follows:[1]

## RECITALS

**WHEREAS**, on May 5, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on November 10, 2023, and December 18, 2023, the Parties agreed that the Debtors would establish security deposits of $2,000,000 and $1,500,000, respectively, (collectively, the "Security Deposits").

**WHEREAS**, the Debtors provided Kimberly-Clark the Security Deposits in the aggregate amount of $3,500,000.

**WHEREAS**, the Parties agree that Kimberly-Clark is owed $1,426,604.81 on account of goods provided prior to the Petition Date and related charges (the "Invoice Amount").

**WHEREAS**, the Parties agree that Kimberly-Clark shall apply the Security Deposits to satisfy the Invoice Amount and the Parties stipulate to modification of the automatic stay under Bankruptcy Code § 362(a) to allow such application of the Security Deposit to the Invoice Amount.

**WHEREAS**, Kimberly-Clark shall return the net balance of the Security Deposits in the amount of $2,073,395.19 to the Debtors not later than fifteen (15) business days after entry of the Bankruptcy Court order approving this Settlement Agreement (the "Consent Order").

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them elsewhere in the Settlement Agreement.

**WHEREAS**, the Debtors, in their business judgment, believe the Settlement Agreement is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Kimberly-Clark's setoff rights, and payment of the Invoice Amount.

**NOW, THEREFORE, IT IS HEREBY AGREED THAT:**

1.      The foregoing recitals are incorporated herein by reference.

2.      Effective as of the date the Court enters the Consent Order, the current Kimberly-Clark Invoice Amount shall be fixed at $1,426,604.81.

3.      The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Kimberly-Clark to set off the Invoice Amount against the Security Deposits.    The net effect of such set off results in Kimberly-Clark owing the Debtors $2,073,395.19.

4.      Within fifteen (15) business days of the Court entering the Consent Order, Kimberly-Clark shall pay the Debtors the net balance of the Security Deposits in the amount of $2,073,395.19 in accordance with payment instructions to be provided by the Debtors.

5.      Except as expressly provided herein, the terms of this Settlement Agreement are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Kimberly-Clark and its affiliates on the one hand and the Debtors and the Debtors' bankruptcy estates on the other hand, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods provided by Kimberly-Clark to any of the Debtors; *provided*, *however*, the foregoing shall not release or otherwise impact the Parties' rights, claims, and obligations under this Settlement Agreement.

6.      The Parties acknowledge that this Settlement Agreement is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Settlement Agreement.

7.      Each Party represents and warrants to the other that it has the power and authority to enter into this Settlement Agreement.  Each person who executes this Settlement Agreement on behalf of a Party hereto represents that he or she is duly authorized to execute this Settlement Agreement on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Settlement Agreement.

8.      This Settlement Agreement sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

[*Signature page to follow*]

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Settlement Agreement as of the date first set forth below.

**ACCEPTED AND AGREED**:

Dated:  October 14, 2025

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*_____
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
                      msirota@coleschotz.com
                      wusatine@coleschotz.com
                      fyudkin@coleschotz.com
                      svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:      (212) 373-3000
Facsimile:      (212) 757-3990
                      arosenberg@paulweiss.com
                      aeaton@paulweiss.com
                      chopkins@paulweiss.com
                      smitchell@paulweiss.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*

**KIMBERLY-CLARK CORPORATION**

*/s/ Kelly R. Vickers*_____
By: Kelly R. Vickers
Title: Associate General Counsel
Address: 351 Phelps Dr., Irving, TX  75080
Telephone: 972-281-1327