**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 29, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2517]

- First Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2518]

- Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Scheduling Certain Dates with Respect to the Dismissal of the Chapter 11 Cases, and (B) Granting Related Relief [Docket No. 2535]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Dated: October 7, 2025

                                                                 */s/ Eladio Perez*
                                                                   Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 7, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 28126934 | DEA | 8701 MORRISSETTE DRIVE | | | SPRINGFIELD | VA | 22152 | ODLL@USDOJ.GOV | First-Class Mail and Email |
| 28126945 | DRUG ENFORCEMENT ADMINISTRATION | STACY HARPER-AVILLA, CHIEF, UN REPORTING AND QUOTA SECTION | DIVERSION CONTROL DIVISION | 8701 MORRISSETTE DR | SPRINGFIELD | VA | 22152 | STACY.HARPER-AVILLA@USDOJ.GOV | First-Class Mail and Email |
| 28163738 | DRUG ENFORCEMENT ADMINISTRATION | THOMAS COOK, DIVERSION INVESTIGATOR | PROVIDENCE RESIDENT OFFICE | 8701 MORRISSETTE DR | SPRINGFIELD | VA | 22152 | THOMAS.A.COOK@USDOJ.GOV | First-Class Mail and Email |
| 28163739 | DRUG ENFORCEMENT ADMINISTRATIONATTN: REGISTRATION SECTION/ODR | PO BOX 2639 | | | SPRINGFIELD | VA | 22152-2639 | | First-Class Mail |
| 28163740 | DRUG ENFORCEMENT AGENCY | | | | | | | TIFFANY.M.TURNER@USDOJ.GOV | Email |
| 28163741 | DRUG ENFORCEMENT AGENCY | | | | | | | JENNIFER.J.DONAHUE@USDOJ.GOV | Email |
| 28126954 | FEDERAL TRADE COMMISSION | ATTN: LEGAL DEPARTMENT | 600 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20580 | | First-Class Mail |
| 28714362 | Federal Trade Commission (FTC) | | | | | | | BWELKE@FTC.GOV; KNELSON@FTC.GOV; CERICKSON@FTC.GOV | Email |
| 28127454 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | ADMINISTRATIVE AND CIVIL REMEDIES BRANCH, OFFICE OF COUNSEL TO THE INSPECTOR GENERAL | COHEN BUILDING, ROOM 5527 | 330 INDEPENDENCE AVENUE, S.W. | WASHINGTON | DC | 20201 | OFFICEOFCOUNSEL@OIG.HHS.GOV | First-Class Mail and Email |
| 28127325 | UNITED STATES DRUG ENFORCEMENT ADMINISTRATION | 8701 MORRISSETTE DRIVE | | | SPRINGFIELD | VA | 22152 | | First-Class Mail |

In re: New Rite Aid, LLC, *et al.*
Case No. 25-14861 (MBK)

Page 1 of 1