| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> **SAUL EWING LLP** <br> Turner N. Falk, Esq. <br> 1500 Market Street, 38th Floor <br> Centre Square West <br> Philadelphia PA 19102 <br> (215) 972-8415 <br> turner.falk@saul.com <br> *Counsel for 1700 Aviation Boulevard LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*.,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MITCHELL YOKOGAWA IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER (A) GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE FOR POST-PETITION LEASE OBLIGATIONS, AND (B) COMPELLING IMMEDIATE PAYMENT THEREOF**

Pursuant to 28 U.S.C. § 1746, Mitchell Yokogawa hereby declares as follows:

1. I am an authorized representative of 1700 Aviation Boulevard LLC (the "Landlord").

2. I respectfully submit this declaration in support of the Landlord's *Motion for Entry of an Order (A) Granting an Allowed Administrative Expense for Post-Petition Lease Obligations, and (B) Compelling Immediate Payment Thereof* (the "Motion").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

56345148.3

3. I am informed and believe that on May 5, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court.

4. As of the Petition Date, the Landlord and Thrifty Payless Inc. (the "Debtor") were parties to a lease dated September 28, 1973 (as amended, the "Lease"), pursuant to which the Debtor leased certain nonresidential real property located at 1720 Aviation Boulevard, Redondo Beach, California (the "Premises").

5. Under the Lease, rent and related additional rental obligations are due on the first day of each calendar month. These amounts include base rents, percentage rents, tax payments, common area maintenance, and other operating costs payable under the Lease.

6. I am informed and believe that on July 10, 2025, the Court entered the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [D.I. 1396] (the "Final DIP Order").

7. I am informed and believe that the Final DIP Order is associated with a budget giving the Debtors access to lending sufficient to fulfill the commitments in the Final DIP Order.

8. I am informed and believe that the Final DIP Order provides that "the Debtors shall pay their postpetition contractual rent obligations to their applicable landlords for the period of the Petition Date to May 31, 2025…" Final DIP Order ¶ 49(a).

9. I am informed and believe that the Final DIP Order further provides that "The Debtors shall continue to comply with section 365(d)(3) of the Bankruptcy Code, including by timely paying in accordance with the applicable leases all postpetition obligations arising under

2

56345148.3

unexpired leases of nonresidential real property" until the Lease is assumed, assigned or rejected. Final DIP Order ¶ 49(f).

10. Pursuant to the Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases, the Debtors rejected the Lease as of August 31, 2025. *See* D.I. 2163, p. 14 of 27.

11. Throughout the relevant time period, the Debtor has only made partial payments but have failed to make full payment of all obligations due under the Lease, including the full amounts owed for the Base Rent, the Percentage Rent, CAM charges, and taxes. In regard to the Percentage Rent, the Debtor has failed to provide the Landlord with the required reporting. Nonetheless, based on last year's reported information from the Debtor (in which the Percentage Rents totaled $145,480.22), the monthly Percentage Rent can be estimated to be $12,123.35.

12. The Landlord is owed $14,355.64 attributable to May 2025 Lease charges, but the Debtor has only paid $1,601.86 for the month of May 2025, leaving an outstanding balance of $12,753.78 for the entire month of May 2025. The post-petition period (May 5, 2025 to May 31, 2025) represents 87.10%[2] of the month. Accordingly, as shown on the payment ledger attached as **Exhibit A**, the Landlord remains entitled to a stub rent claim for the post-petition period of the month of May in the amount of $12,753.78 (the "Stub Rent Claim").

13. In addition, as further shown on Exhibit A, the Debtors owe $49,447.22 for the Lease obligations attributable to the post-petition, pre-rejection months under the Lease (*i.e.*, June 1, 2025 to August 31, 2025).

14. In addition, the Landlord has incurred in excess of $4,620.00 in legal fees to seek reimbursement of these post-petition obligations under the Lease.

---

[2] Computed by taking the 27 postpetition days of May, divided by 31 days in the entire month.

56345148.3

15. In summary, the outstanding post-petition obligations owed by the Debtors to the Landlord total $66,821.00 (the "Total Lease Obligations").

16. The Landlord has not received the aforementioned post-petition rent and related obligations owed under the Lease pursuant to 365(d)(3) of the Bankruptcy Code. Additionally, the Landlord has not received payment for the Stub Rent Claim that is entitled to an administrative claim pursuant to section 503(b)(1) of the Bankruptcy Code.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 15, 2025

*/s/ Mitchell Yokogawa*
Mitchell Yokogawa

56345148.3