# EXHIBIT A

## Ledger

| DESCRIPTION | Subtotal | Total |
|---|---:|---:|
| **STUB RENT CLAIM (5/5/25-5/31/25)** | | |
| Monthly Base Rents | $1,909.91 | |
| Monthly Percentage Rents | $12,123.35 | |
| Monthly CAM Charges | $0.00 | |
| Monthly Tax | $2,449.15 | |
| Subtotal | $16,482.41 | |
| Multiply by the Post-Petition Portion | 87.10% | |
| Subtotal | $14,355.64 | |
| Less monthly payment received | ($1,601.86) | |
| Total | **$12,753.78** | **$12,753.78** |
| | | |
| **ADDITIONAL POST-PETITION RENTS (JUNE TO AUGUST)** | | |
| Monthly Base Rents | $1,909.91 | |
| Monthly Percentage Rents | $12,123.35 | |
| Monthly CAM Charges | $0.00 | |
| Monthly Tax | $2,449.15 | |
| Less monthly payment received | $0.00 | |
| Subtotal | $16,482.41 | |
| Multiply by 3 Months (June to August) | x 3 | |
| Subtotal | **$49,447.22** | **$49,447.22** |
| | | |
| **ATTORNEYS' FEES** | **$4,620.00** | **$4,620.00** |
| | | |
| **TOTAL LEASE OBLIGATIONS** | | **$66,821.00** |

56345148.3