| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SAUL EWING LLP**<br>Turner N. Falk, Esq.<br>1500 Market Street, 38th Floor<br>Centre Square West<br>Philadelphia PA 19102<br>(215) 972-8415<br>turner.falk@saul.com<br>*Counsel for 1700 Aviation Boulevard LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, <u>Turner N. Falk</u>:

   ☒ represent 1700 Aviation Boulevard LLC in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>October 15, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Motion for Allowance of Administrative Expense and Immediate Payment
   2. Declaration in Support of Motion
   3. Exhibit in Support of Motion
   4. Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: October 15, 2025         /s/ *Turner N. Falk*
                                   Signature

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

56345148.3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (Chapter 11 Complex Case Procedures § IV.b.iii)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, New York 10019<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | The Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (Chapter 11 Complex Case Procedures § IV.b.iii)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| SILLS CUMMIS & GROSS P.C<br>Andrew Sherman<br>Boris Mankovetskiy<br>Gregory A. Kopacz<br>The Legal Center, One Riverfront Plaza<br>1037 Raymond Blvd<br>Newark NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Misha Emanoil<br>787 Seventh Avenue | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (Chapter 11 Complex Case Procedures § IV.b.iii)<br>(As authorized by the Court or by rule. Cite rule if applicable) |

56345148.3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New York NY 10019-6099<br>bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br>memanoil@willkie.com | | |
| CHOATE, HALL & STEWART LLP<br>Mark Silva<br>John Ventola<br>Kevin Simard<br>Jonathan Marshall<br>Rick Thide<br>Jean-Paul Jaillet<br>Mark G. Edgarton<br>Two International Place<br>Boston MA 02110<br>msilva@choate.com<br>jventola@choate.com<br>ksimard@choate.com<br>jmarshall@choate.com<br>rthide@choate.com<br>jjaillet@choate.com<br>gedgarton@choate.com<br><br>-and-<br><br>GREENBERG TRAURIG, LLP<br>Alan J. Brody<br>Julia Frost-Davies<br>500 Campus Drive, Suite 400<br>Florham Park NJ 07932-0677<br>brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com | DIP Lender | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (Chapter 11 Complex Case Procedures § IV.b.iii)<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| All Parties That Have Entered an Appearance | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF (Chapter 11 Complex Case Procedures § IV.b.iii)<br>(As authorized by the Court or by rule. Cite rule if applicable) |

3

56345148.3