**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF BRENDAN HAYES IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY GUGGENHEIM SECURITIES, LLC AS INVESTMENT BANKER EFFECTIVE AS OF THE PETITION DATE, (II) MODIFYING CERTAIN TIME-KEEPING REQUIREMENTS, AND (III) GRANTING RELATED RELIEF**

I, Brendan Hayes, hereby state and declare as follows:

1. I am a Senior Managing Director at Guggenheim Securities, LLC ("Guggenheim Securities"), an investment banking and financial advisory firm with principal offices located at

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

330 Madison Avenue, New York, New York 10017, as well as at other locations within the United States.

2. I submit this declaration (this "Third Supplemental Declaration") in support of the application (the "Application") of the debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (the "Debtors") for entry of an order approving the Debtors' retention and employment of Guggenheim Securities as their investment banker, effective as of the Petition Date, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code [Docket No. 652].

3. In connection with the Application, I also submitted an initial declaration (the "Initial Declaration") describing Guggenheim Securities' connections to the Debtors and other Potential Parties in Interest.[2] The Initial Declaration was appended to the Application as **Exhibit C**. I also submitted a supplemental declaration in support of the Application on June 16, 2025 (the "First Supplemental Declaration") [Docket No. 888] and a second supplemental declaration in support of the Application on September 3, 2025 (the "Second Supplemental Declaration" and, together with the First Supplemental Declaration and Initial Declaration, collectively, the "Prior Declarations") [Docket No. 2285]. Except as otherwise stated in this Third Supplemental Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by Guggenheim Securities with respect to the matters set forth herein.[3] If called to testify, I could and would testify competently to the facts set forth herein.

4. As described in the Second Supplemental Declaration, in connection with the filing of said supplemental declaration, Guggenheim Securities researched certain of its internal

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Application or in the relevant Prior Declaration (as defined below), as the context requires.

[3] Certain information set forth herein relates to matters (i) contained in Guggenheim Securities' books and records and (ii) within the knowledge of other Guggenheim Securities' employees, and is based on information provided by such employees.

2

databases to determine whether Guggenheim Securities had any connections with the entities identified therein as the Additional Potential Parties in Interest, and, accordingly, Guggenheim Securities identified the specified connections on **Schedule 2** to the Second Supplemental Declaration, including, among other things, such Additional Potential Parties in Interest who were, or, if applicable, whose pertinent affiliates or instrumentalities were, identified by Guggenheim Securities prior to filing the Second Supplemental Declaration as current (namely, subject to an active ongoing engagement) or former investment banking clients of Guggenheim Securities (such updated list of specified Investment Banking Department connections, the "Updated Client Match List").

5.      At the request of the U.S. Trustee, Guggenheim Securities has confirmed that the investment banking engagements associated with the names on the Updated Client Match List are unrelated to these chapter 11 cases. Additionally, with respect to any Additional Potential Party in Interest listed on **Schedule 2** to the Second Supplemental Declaration that was identified by Guggenheim Securities prior to filing the Second Supplemental Declaration as an actual current investment banking client of Guggenheim Securities, to the extent that Guggenheim Securities received any fees from any such Additional Potential Party in Interest during the 2023 or 2024 calendar years, Guggenheim Securities has confirmed (a) with respect to the 2023 calendar year, that none of the revenue so obtained from any such individual Additional Potential Party in Interest during such calendar year would have exceeded 1% of Guggenheim Securities' gross revenue for 2023 and (b) with respect to the 2024 calendar year, that none of the revenue so obtained from any such individual Additional Potential Party in Interest during such calendar year would have exceeded 1% of Guggenheim Securities' gross revenue for 2024.

[*Remainder of page left intentionally blank*]

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: October 15, 2025               **GUGGENHEIM SECURITIES, LLC**

                                      */s/ Brendan Hayes*
                                      Brendan Hayes
                                      Senior Managing Director