| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Robert L. LeHane <br> Jennifer D. Raviele (admitted *pro hac vice*) <br> Connie Y. Choe <br> **KELLEY DRYE & WARREN LLP** <br> 3 World Trade Center <br> 175 Greenwich Street <br> New York, NY 10007 <br> Tel: (973) 503-5900 <br> Fax: (973) 503-5950 <br> Email: rlehane@kelleydrye.com <br>           jraviele@kelleydrye.com <br>           cchoe@kelleydrye.com <br><br> -and- <br><br> One Jefferson Road <br> Parsippany, NJ 07054 <br> Tel: 973-503-5900 <br><br> *Counsel for Equity One (Copps Hill) LLC* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br>           Debtors.[1] | Chapter 11 <br><br> Case Number: 25-14861 (MBK) <br><br> (Jointly Administered) |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Case 25-14861-MBK    Doc 2895-1    Filed 10/15/25    Entered 10/15/25 21:27:33    Desc
Proposed Order    Page 2 of 2

Page | 2

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER CONCERNING REQUEST TO SEAL DOCUMENTS |

On request of Equity One (Copps Hill) LLC (the "Landlord") to (i) file under seal an unredacted copy of the *Witness and Exhibit List of Equity One (Copps Hill) LLC for Hearing Scheduled on October 20, 2025 at 10:00 A.M. (ET)* (the "Witness and Exhibit List"), which shall remain confidential and not be made available to anyone other than the Court; and (ii) file the Witness and Exhibit List with all confidential portions redacted;

And the Court having considered the request and any objection thereto, it is

☐   ORDERED that the request is denied and the Witness and Exhibit List shall be deleted from the Court's electronic filing system.

☐   ORDERED that the request is granted and that the Landlord is authorized to file (i) the unredacted Witness and Exhibit List under seal; and (ii) the Witness and Exhibit List with all confidential portions redacted, and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.