|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert L. LeHane<br>Jennifer D. Raviele (admitted *pro hac vice*)<br>Connie Y. Choe<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>         jraviele@kelleydrye.com<br>         cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Equity One (Copps Hill) LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case Number: 25-14861 (MBK)<br><br>(Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON THE MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE EQUITY ONE (COPPS HILL) LLC TO FILE UNDER SEAL THE WITNESS AND EXHIBIT LIST OF EQUITY ONE (COPPS HILL) LLC FOR HEARING SCHEDULED <u>ON OCTOBER 20, 2025 AT 10:00 A.M. (ET)</u>**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Equity One (Copps Hill) LLC ("Landlord"), by and through its undersigned counsel, Kelley Drye & Warren LLP, respectfully requests through this application (the "Application") that the time period for a hearing on the *Motion for Entry of an Order Authorizing Equity One (Copps Hill) LLC to File Under Seal the Witness and Exhibit List of Equity One (Copps Hill) LLC for Hearing Scheduled for October 20, 2025 at 10:00 A.M. (ET)* (the "Seal Motion"), as required by Fed. R. Bankr. P. 2002, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1. <u>A shortened time hearing is requested because</u>: The Landlord requests a hearing on shortened time because, contemporaneously herewith, the Committee filed the *Witness and Exhibit List of Equity One (Copps Hill) LLC for Hearing Scheduled on October 20, 2025 at 10:00 A.M. (ET)* (the "Witness and Exhibit List")[2] which the Landlord plans to utilize at the hearing currently scheduled for October 20, 2025 at 10:00 a.m. (ET) (the "Hearing"). The Seal Motion seeks to seal certain portions of the exhibits to the Witness and Exhibit List that contain certain commercial information, including business and financial terms. If this Application is not granted, parties would have twenty-one (21) days to object to the Seal Motion, which would permit parties to file objections after the Hearing. The Landlord, therefore, respectfully requests that the Court enter an order shortening time to consider the Seal Motion such that the Seal Motion will be heard at the Hearing.

2. <u>State the hearing date requested</u>: By this Application, the Landlord respectfully requests that Court hear the Seal Motion at the hearing currently scheduled for October 20, 2025 at 10:00 a.m. (ET), subject to the Court's availability.

---

[2] Docket No. [●].

2

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

4. The applicant requests entry of the proposed order shortening time.

**WHEREFORE**, the Landlord respectfully requests that this Court (i) grant the Application, (ii) enter the form of order substantially in the form submitted herewith, and (iii) grant such other and further relief as it deems necessary and appropriate.

Dated: October 15, 2025

Respectfully submitted,

By: */s/ Robert L. LeHane*
Robert L. LeHane
Jennifer D. Raviele (admitted *pro hac vice*)
Connie Y. Choe
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Email: rlehane@kelleydrye.com
  jraviele@kelleydrye.com
  cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Attorneys for Equity One (Copps Hill) LLC*