| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert L. LeHane<br>Jennifer D. Raviele (admitted *pro hac vice*)<br>Connie Y. Choe<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>           jraviele@kelleydrye.com<br>           cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Equity One (Copps Hill) LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case Number: 25-14861 (MBK)<br><br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbers two (2) through three (3) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, et al. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |

After review of the application of the Equity One (Copps Hill) LLC (the "Landlord"), for a reduction of time for a hearing on the *Motion for Entry of an Order Authorizing Equity One (Copps Hill) LLC to File Under Seal the Witness and Exhibit List of Equity One (Copps Hill) LLC for Hearing Scheduled on October 20, 2025 at 10:00 A.M. (ET)*, under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on [_____] at [_____] in the United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom No. 8 before the Honorable Judge Michael B. Kaplan.

2. The Landlord must serve a copy of this Order, and all related documents, on all parties entitled to receive notice under Rule 2002 by email.

3. The Landlord must also serve a copy of this Order, and all related documents, on the following parties:

[_____
_____]

by [☐] each, [☐] any of the following methods selected by the Court:

   [☐] fax,  [☐] overnight mail,  [☐] regular mail,  [☐] email,  [☐] hand delivery.

4. Service must be made:

   [☐] on the same day as the date of this order, or [

   [☐] within [_____] day(s) of the date of this Order.

5. Notice by telephone:

   [☐] is not required

Debtors:            NEW RITE AID, LLC, et al.
Case No.            25-14861 (MBK)
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
                    HEARING AND LIMITING NOTICE

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said application:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ☐ The hearing will be conducted via a specialized Zoom link. See instructions below: