| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert L. LeHane<br>Jennifer D. Raviele (admitted *pro hac vice*)<br>Connie Y. Choe<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  rlehane@kelleydrye.com<br>            jraviele@kelleydrye.com<br>            cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for Equity One (Copps Hill) LLC* | |
| In re:<br><br>NEW RITE AID, LLC<br><br>    Debtors[1]. | Chapter 11<br><br>Case Number: 25-14861 (MBK)<br><br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF EQUITY ONE (COPPS HILL) LLC
FOR HEARING SCHEDULED ON OCTOBER 20, 2025 AT 10:00 A.M. (ET)**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Equity One (Copps Hill) LLC (the "Landlord"), by and through its undersigned counsel, file this Witness and Exhibit List regarding the hearing scheduled for October 20, 2025, at 10:00 a.m. (ET) (the "Hearing").

## WITNESS

The Landlord may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and
2. Any rebuttal witnesses.

The Landlord reserves the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing.

## EXHIBITS

The Landlord may offer into evidence any one or more of the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Second Supplemental Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases [D.I. 2205] | | | | |
| 2. | Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc. [D.I. 2260] | | | | |
| 3. | Objection of Equity One (Copps Hill) LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc. [D.I. 2497] | | | | |
| 4. | Lease by and between Ridgefield Properties LLC and Genovese Drug Stores, Inc. dated August 2001 (filed under seal) | | | | |
| 5. | Amendment and Restatement of Lease by and between Ridgefield Properties LLC and The Stop & Shop Supermarket Company dated October 2001 (filed under seal) | | | | |

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 6. | Lease by and between Equity One (Copps Hill) LLC and Michaels Stores, Inc. dated November 2023 (filed under seal) | | | | |
| 7. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 8. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 9. | Any exhibit listed or offered by any other party | | | | |

## RESERVATION OF RIGHTS

The Landlord reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing. The Landlord reserves the right to use or rely on any testimony, documents, or exhibits introduced or designated by other parties in connection with the hearing on these matters. The Landlord further reserves the right to offer additional testimony or documents as may be appropriate for rebuttal or impeachment purposes.

Dated:   October 15, 2025

**KELLEY DRYE & WARREN LLP**

By: */s/ Robert L. LeHane*
Robert L. LeHane
Jennifer D. Raviele (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  rlehane@kelleydrye.com
            jraviele@kelleydrye.com
            cchoe@kelleydrye.com
-and-
One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Equity One (Copps Hill) LLC*