UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

New Rite Aid, LLC

Case No.: _____25-14861_____

Chapter: _____11_____

Judge: _____Michael B. Kaplan_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: October 16, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____ Robert L. LeHane _____ for the reduction of

time for a hearing on  Motion to Seal re: Witness List and Exhibit List of Equity One (Copps Hill) LLC..

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

Related Relief

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ October 20, 2025 _____ at  10:00 am   in

the United States Bankruptcy Court, _____ 402 East State Street, Trenton, New Jersey 08608 _____ ,

Courtroom No. ____8____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

 US Trustee and any and all interested parties. _____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____ ,

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8. ☒ The hearing will be conducted via Zoom. Parties wishing to present remote argument must request panelist status by emailing chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the panelist will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found at the Court's New Rite Aid, LLC website: https://www.njb.uscourts.gov/riteaid2.

*rev.* 1/12/22