# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FLECK ECKERT KLEIN McGARRY LLC
A Pennsylvania Limited Liability Company
Scott M. Klein, Esquire
NJ Attorney ID # 404372022
222 N. Walnut Street, First Floor
West Chester, PA  19380
(484) 402-7802
*Attorneys for 4000 Woodhaven Holdings DE LLC*

| | |
|---|---|
| In re:  NEW RITE AID, LLC, et al. | Chapter 11 |
| Debtors | Case No. 25-14861 (MKB) |
| | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL AND
## REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATIONS

PLEASE TAKE NOTICE that Scott M. Klein, Esquire of Fleck Eckert Klein McGarry LLC, 222 N. Walnut Street, First Floor, West Chester, PA 19380 hereby withdraws his appearance as attorney for 4000 Woodhaven Holdings DE LLC in the above-entitled action.

4000 Woodhaven Holdings DE LLC withdrew its Motion for Relief from Stay (DE 1024) on October 14, 2025 (*see* DE 2865).  4000 Woodhaven Holdings DE LLC received payment from the Debtors and the debt has been resolved.

As such, counsel of record for 4000 Woodhaven Holdings DE LLC, Scott M. Klein, Esquire, respectfully requests to be withdrawn from electronic notifications in the within case.

                                                  **FLECK ECKERT KLEIN MCGARRY LLC**

Dated: October 16, 2025        BY:   */s/ Scott M. Klein*
                                                            Scott M. Klein, Esquire
                                                            E-mail: sklein@fekmlaw.com