## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FLECK ECKERT KLEIN McGARRY LLC
A Pennsylvania Limited Liability Company
Scott M. Klein, Esquire
NJ Attorney ID # 404372022
222 N. Walnut Street, First Floor
West Chester, PA  19380
(484) 402-7802
*Attorneys for 4000 Woodhaven Holdings DE LLC*

| | |
|---|---|
| In re:  NEW RITE AID, LLC, et al. | Chapter 11 |
| Debtors | Case No. 25-14861 (MKB) |
| | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Scott M. Klein, hereby certify that on this 16th day of October 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF System and served upon those parties requesting service therefrom.  The document is available for viewing and downloading.

**FLECK ECKERT KLEIN MCGARRY LLC**

BY:  */s/ Scott M. Klein*
Scott M. Klein, Esquire
E-mail: sklein@fekmlaw.com