| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Wojciech F. Jung<br>Edward L. Schnitzer<br>Womble Bond Dickinson (US) LLP<br>888 Seventh Avenue, 38th Floor<br>New York, NY 10106<br>Telephone: (332) 258-8400<br>Wojciech.Jung@wbd-us.com<br>Edward.Schnitzer@wbd-us.com<br><br>Counsel for TRC Master Fund LLC | |
| In Re: | Case No.: 25-14861<br><br>Adv. Pro. No.: _____<br><br>Chapter: 11<br><br>Subchapter V: ❏ Yes ❏ No<br><br>Hearing Date: 10/21/25<br><br>Judge: MBK |

## ADJOURNMENT REQUEST

1. I, _____Wojciech F. Jung_____,

   ☒ am the attorney for: _____TRC Master Fund LLC_____,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: TRC Master Fund LLC's Relief from the Automatic Stay [DI 607]

   Current hearing date and time: October 21, 2025 at 10:00 a.m.

   New date requested: February, 2026 or soon thereafter

   Reason for adjournment request: To ensure the best use of judicial resources & because the progress and/or outcome of these cases may render moot the relief sought by Movant

2. Consent to adjournment:

   ❏ I have the consent of all parties.   ❏ I do not have the consent of all parties (explain below):

   Notice has been provided to the Debtors and they did not oppose to the adjournment

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 10/16/2025                                                              Wojciech F. Jung
                                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                         New hearing date: 2/5/2026 at 11:30 am          ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____          ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**