# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| New Rite Aid, LLC | Case No.: | 25-14861 |
| | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: See list on page 2.

**Current date and time**: Monday, October 20, 2025 at 10:00 a.m.

**New date and time**: Monday, October 27, 2025 at 10:00 a.m.

**Additional Notes**:

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.
- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No. ___

**Court Appearances**:
- (●) Required by Zoom
- ( ) Required In-Person
- ( ) Required by Telephone
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone

****Parties who have already received panelist status for the October 20 Hearing need NOT re-register*** Please use the same connection information to appear for the hearings on Monday, October 27. Parties who wish to present remote argument and who have *not yet registered* must request panelist status by emailing Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found on the page on the Court website devoted to the New Rite Aid, LLC case: https://www.njb.uscourts.gov/riteaid2.

## List of Matters Being Adjourned

1. Doc # 2535 ORDER (I)(A) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (B) APPROVING THE SOLICITATION PROCEDURES

2. Doc # 2218 Motion to Compel Payment of Administrative Expenses Filed by Shmuel Klein on behalf of c/o Natal A. Ron Esq STONEBRIER COMMERCIAL L.P.

3. Doc # 1755 *Motion for Adequate Protection, in addition to Motion to Compel Payment of Administrative Expenses* Filed by Shmuel Klein on behalf of Hvp2 LLC

4. Doc # 182 Motion to Compel Payment of Administrative Expenses Filed by Shmuel Klein on behalf of Hvp2 LLC. (05/09/2025)

5. Doc # 390 *Motion for Adequate Protection Filed by Shmuel Klein on behalf of Hvp2 LLC.* (05/18/2025)

6. Doc # 2602 Motion to Compel Payment of Administrative Expenses Filed by Douglas J. McGill on behalf of Red Eagle Management LLC. (09/30/2025)

7. Doc # 2895 Motion to Seal re: Witness List and Exhibit List of Equity One (Copps Hill LLC). Filed by Robert L. LeHane on behalf of Equity One (Copps Hill LLC)