**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

| In re: In re: Thrifty PayLess, Inc. | Chapter 11 Case Number: 25-14857 | |
|---|---|---|

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: Levon Investments, LLC (The person or other entity to whom the debtor owed money or property.) Name and Addresses Where Notices Should Be Sent: c/o Investec Management Corp. 200 E. Carrillo Street, Suite 200 Santa Barbara, CA  93101 Contact Phone: 805-962-8989 Contact E-mail: billy@investecre.com | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 5790 | Check here if this request: ☐ replaces a previously filed request, dated: ☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

    ☐ Goods Sold
    ☐ Services performed
    ☐ Money loaned
    ☐ Personal injury/wrongful death
    ☐ Taxes
    ☒ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: 7-21-2025

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: 18,887.31_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request.  Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
    Brief Description of Collateral:

    ☐ Real Estate      ☐ Motor Vehicle
    ☐ Other (Describe briefly) _____

    Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits**:  The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

    DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.
    If  the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**:  To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: 10-17-2025 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any). /s/ Leslie C. Heilman, Atorney for Claimant_____ |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court.  If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).

*rev.8/1/15*

# Tenant Ledger

**Tenants:** RITE AID CORP #5790
**Office:** (717) 730-7786
**Phone:** (805) 564-6599
**Phone:** (717) 760-7817
**Unit:** B-7
**Property:** 11 - MESA SHOPPING CENTER - 1910-2050 CLIFF DRIVE SANTA BARBARA, CA 93101
**Status:** Past
**Move in date:** 04/01/1988
**Move out date:** 08/31/2025
**Lease Expiration:** 08/31/2027
**Rent:** 50,152.83
**Deposit Paid:** 0.00
**Chargeback Amount (Last 12 Months):** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | | | | 0.00 Starting Balance |
| 05/11/2021 | RITE AID CORP #5790 | Payment (Reference #7392451) | | 1,809.52 | -1,809.52 |
| 04/12/2022 | | Current Yr NNN-Act - 1Q22 CAM RECON | 13,380.63 | | 11,571.11 |
| 07/20/2022 | | Current Yr NNN-Act - 2Q22 CAM RECON | 19,345.69 | | 30,916.80 |
| 10/01/2022 | | Rent - October 2022 | 50,152.83 | | 81,069.63 |
| 10/06/2022 | RITE AID CORP #5790 | Payment (Reference #7512291) OCTOBER 2022 | | 50,152.83 | 30,916.80 |
| 11/01/2022 | | Rent - November 2022 | 50,152.83 | | 81,069.63 |
| 11/07/2022 | RITE AID CORP #5790 | Payment (Reference #7519026) NOVEMBER 2022 | | 50,152.83 | 30,916.80 |
| 11/09/2022 | | Current Yr NNN-Act - 2022-2023 PROP TAX 1ST INSTALLMENT | 41,144.34 | | 72,061.14 |
| 11/16/2022 | | Current Yr NNN-Act - 3Q22 CAM RECON | 13,649.89 | | 85,711.03 |
| 12/01/2022 | | Rent - December 2022 | 50,152.83 | | 135,863.86 |
| 12/06/2022 | RITE AID CORP #5790 | Payment (Reference #7525330) DECEMBER 2022 | | 50,152.83 | 85,711.03 |
| 12/27/2022 | RITE AID CORP #5790 | Payment (Reference #7530181) 22/23 PROP TAX 1ST INSTALLMENT | | 41,144.34 | 44,566.69 |
| 12/28/2022 | RITE AID CORP #5790 | Payment (Reference #7530389) 1Q22 CAM RECON | | 13,380.63 | 31,186.06 |
| 01/01/2023 | | Rent - January 2023 | 50,152.83 | | 81,338.89 |
| 01/03/2023 | RITE AID CORP #5790 | Payment (Reference #7531444) JANUARY 2023 | | 50,152.83 | 31,186.06 |
| 02/01/2023 | | Rent - February 2023 | 50,152.83 | | 81,338.89 |
| 02/02/2023 | | Current Yr NNN-Act - 2022-2023 PROP TAX 2ND INSTALLMENT | 41,144.34 | | 122,483.23 |
| 02/06/2023 | RITE AID CORP #5790 | Payment (Reference #7539278) PARTIAL PAYMENT OF 2Q22 CAM RECON | | 14,814.46 | 107,668.77 |
| 02/06/2023 | RITE AID CORP #5790 | Payment (Reference #7538105) FEBRUARY 2023 | | 50,152.83 | 57,515.94 |
| 02/15/2023 | | Prior Year NNN - 4Q22 CAM RECON | 16,707.35 | | 74,223.29 |
| 03/01/2023 | | Rent - March 2023 | 50,152.83 | | 124,376.12 |
| 03/07/2023 | RITE AID CORP #5790 | Payment (Reference #7543741) MARCH 2023 | | 50,152.83 | 74,223.29 |
| 03/20/2023 | RITE AID CORP #5790 | Payment (Reference #7546410) 2022/23 PROP TAX 2ND INSTALLMENT | | 41,144.34 | 33,078.95 |
| 03/21/2023 | RITE AID CORP #5790 | Payment (Reference #0007546882) | | 34,846.20 | -1,767.25 |
| 04/01/2023 | | Rent - April 2023 | 50,152.83 | | 48,385.58 |
| 04/05/2023 | | Current Yr NNN-Act - 1Q23 CAM RECON | 16,861.86 | | 65,247.44 |
| 04/06/2023 | RITE AID CORP #5790 | Payment (Reference #0007549150) APRIL 2023 | | 50,152.83 | 15,094.61 |
| 05/01/2023 | | Rent - May 2023 | 50,152.83 | | 65,247.44 |
| 05/09/2023 | RITE AID CORP #5790 | Payment (Reference #0007555163) MAY 2023 | | 50,152.83 | 15,094.61 |

# Tenant Ledger

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 06/01/2023 | | Rent - June 2023 | 50,152.83 | | 65,247.44 |
| 06/08/2023 | RITE AID CORP #5790 | Payment (Reference #0007561079) JUNE 2023 | | 50,152.83 | 15,094.61 |
| 07/01/2023 | | Rent - July 2023 | 50,152.83 | | 65,247.44 |
| 07/07/2023 | RITE AID CORP #5790 | Payment (Reference #0007566326) JULY 2023 | | 50,152.83 | 15,094.61 |
| 07/20/2023 | | Current Yr NNN-Act - 2Q23 CAM RECON | 18,636.60 | | 33,731.21 |
| 08/01/2023 | | Rent - August 2023 | 50,152.83 | | 83,884.04 |
| 08/07/2023 | RITE AID CORP #5790 | Payment (Reference #0007572239) AUGUST 2023 | | 50,152.83 | 33,731.21 |
| 09/01/2023 | | Rent - September 2023 | 50,152.83 | | 83,884.04 |
| 09/07/2023 | RITE AID CORP #5790 | Payment (Reference #0007578063) SEPTEMBER 2023 | | 50,152.83 | 33,731.21 |
| 10/01/2023 | | Rent - October 2023 | 50,152.83 | | 83,884.04 |
| 10/10/2023 | | Current Yr NNN-Act - 3Q23 CAM RECON | 14,771.40 | | 98,655.44 |
| 10/10/2023 | RITE AID CORP #5790 | Payment (Reference #0007583118) OCTOBER 2023 | | 50,152.83 | 48,502.61 |
| 11/01/2023 | | Rent - November 2023 | 50,152.83 | | 98,655.44 |
| 11/01/2023 | RITE AID CORP #5790 | Payment (Reference #ACH) NOVEMBER 2023 | | 50,152.83 | 48,502.61 |
| 11/02/2023 | | Current Yr NNN-Act - 2023/24 PROP TAX ACTUAL - 1st INSTALL | 41,862.90 | | 90,365.51 |
| 12/01/2023 | | Rent - December 2023 | 50,152.83 | | 140,518.34 |
| 12/01/2023 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 50,152.83 | 90,365.51 |
| 12/11/2023 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 17,614.44 | 72,751.07 |
| 01/01/2024 | | Rent - January 2024 | 50,152.83 | | 122,903.90 |
| 01/02/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 50,152.83 | 72,751.07 |
| 01/19/2024 | | Prior Year NNN - 4Q23 CAM RECON | 17,547.17 | | 90,298.24 |
| 02/01/2024 | | Rent - February 2024 | 50,152.83 | | 140,451.07 |
| 02/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 50,152.83 | 90,298.24 |
| 02/13/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) 4Q23 CAM RECON | | 17,547.17 | 72,751.07 |
| 03/01/2024 | | Rent - March 2024 | 50,152.83 | | 122,903.90 |
| 03/04/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) MARCH 2024 | | 50,152.83 | 72,751.07 |
| 03/05/2024 | | Current Yr NNN-Act - 2023/24 PROP TAX ACTUAL - 2nd INSTALL | 41,862.90 | | 114,613.97 |
| 03/22/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 41,862.90 | 72,751.07 |
| 03/29/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 500.00 | 72,251.07 |
| 04/01/2024 | | Rent - April 2024 | 50,152.83 | | 122,403.90 |
| 04/04/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) APRIL 2024 | | 50,152.83 | 72,251.07 |
| 04/15/2024 | | Current Yr NNN-Act - 1Q24 CAM RECON | 15,251.31 | | 87,502.38 |
| 05/01/2024 | | Rent - May 2024 | 50,152.83 | | 137,655.21 |
| 05/03/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) MAY 2024 | | 50,152.83 | 87,502.38 |
| 06/01/2024 | | Rent - June 2024 | 50,152.83 | | 137,655.21 |
| 06/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) JUNE 2024 | | 50,152.83 | 87,502.38 |
| 06/26/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) 1Q24 CAM RECON | | 15,251.31 | 72,251.07 |
| 07/01/2024 | | Rent - July 2024 | 50,152.83 | | 122,403.90 |
| 07/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) JULY 2024 | | 50,152.83 | 72,251.07 |
| 07/31/2024 | | Current Yr NNN-Act - 2Q24 CAM Recon | 18,018.53 | | 90,269.60 |
| 08/01/2024 | | Rent - August 2024 | 50,152.83 | | 140,422.43 |
| 08/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) AUGUST 2024 | | 50,152.83 | 90,269.60 |
| 08/09/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) 2Q24 CAM RECON | | 18,018.53 | 72,251.07 |
| 09/01/2024 | | Rent - September 2024 | 50,152.83 | | 122,403.90 |
| 09/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) SEPTEMBER 2024 | | 50,152.83 | 72,251.07 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 09/12/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 57,656.46 | 14,594.61 |
| 09/13/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) | | 33,723.72 | -19,129.11 |
| 10/01/2024 | | Rent - October 2024 | 50,152.83 | | 31,023.72 |
| 10/04/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) OCTOBER 2024 | | 50,152.83 | -19,129.11 |
| 10/18/2024 | | Current Yr NNN-Act - 3Q24 CAM REC | 25,469.29 | | 6,340.18 |
| 11/01/2024 | | Rent - November 2024 | 50,152.83 | | 56,493.01 |
| 11/04/2024 | | Current Yr NNN-Act - 2024/25 PROPERTY TAX 1ST INSTALL | 42,635.99 | | 99,129.00 |
| 11/06/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) NOVEMBER 2024 | | 50,152.83 | 48,976.17 |
| 11/15/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) 3Q24 CAM REC & 24/25 PROP TAX 1ST | | 68,105.28 | -19,129.11 |
| 12/01/2024 | | Rent - December 2024 | 50,152.83 | | 31,023.72 |
| 12/05/2024 | RITE AID CORP #5790 | Payment (Reference #ACH) DECEMBER 2024 | | 50,152.83 | -19,129.11 |
| 01/01/2025 | | Rent - January 2025 | 50,152.83 | | 31,023.72 |
| 01/06/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) JANUARY 2025 | | 50,152.83 | -19,129.11 |
| 01/21/2025 | | Prior Year NNN - 4Q24 CAM RECON | 18,467.21 | | -661.90 |
| 02/01/2025 | | Rent - February 2025 | 50,152.83 | | 49,490.93 |
| 02/05/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) FEBRUARY 2025 | | 50,152.83 | -661.90 |
| 02/28/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) 4Q24 CAM RECON | | 18,467.21 | -19,129.11 |
| 03/01/2025 | | Rent - March 2025 | 50,152.83 | | 31,023.72 |
| 03/03/2025 | | Current Yr NNN-Act - 2024/25 PROPERTY TAX 2ND INSTALL | 42,635.99 | | 73,659.71 |
| 03/06/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) MARCH 2025 | | 50,152.83 | 23,506.88 |
| 04/01/2025 | | Rent - April 2025 | 50,152.83 | | 73,659.71 |
| 04/20/2025 | | Current Yr NNN-Act - 1Q25 CAM RECON | 19,077.57 | | 92,737.28 |
| 05/01/2025 | | Rent - May 2025 | 50,152.83 | | 142,890.11 |
| 06/01/2025 | | Rent - June 2025 | 50,152.83 | | 193,042.94 |
| 06/03/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) JUNE 2025 | | 50,152.83 | 142,890.11 |
| 07/01/2025 | | Rent - July 2025 | 50,152.83 | | 193,042.94 |
| 07/03/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) JULY 2025 | | 50,152.83 | 142,890.11 |
| 07/21/2025 | | Current Yr NNN-Act - 2Q25 CAM RECON | 18,887.31 | | 161,777.42 |
| 08/01/2025 | | Rent - August 2025 | 50,152.83 | | 211,930.25 |
| 08/06/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) AUGUST 2025 | | 50,152.83 | 161,777.42 |
| 09/08/2025 | RITE AID CORP #5790 | Payment (Reference #ACH) May 2025 prorated | | 42,063.67 | 119,713.75 |
| 09/16/2025 | | Rent - ONE YEAR'S RENT | 601,833.96 | | 721,547.71 |
| 09/16/2025 | | Prior Year NNN - ONE YEAR OF CAM RECS & PROP TAXES | 175,532.03 | | 897,079.74 |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | | | **897,079.74** |