**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (NJ Bar No. 015052012)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
Email: aferich@ahdootwolfson.com

*Counsel for Plaintiffs Margaret Bianucci, Kathryn Edwards, Erica Judka, and Faith Spiker in the Class Action and on Behalf of the Settlement Class*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, et al., | No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |
| | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE SERVICE** |

Pursuant to D.N.J. LBR 9010-2 and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Andrew W. Ferich, of Ahdoot & Wolfson, PC, hereby respectfully moves for leave to withdraw as counsel of record for Margaret Bianucci, Kathryn Edwards, Erica Judka, and Faith Spiker (collectively, the "Class Action Plaintiffs" or "Plaintiffs") in the above-captioned bankruptcy case, and in support states as follows:

1. Movant has been counsel of record for the Class Action Plaintiffs in this matter for proceedings related to *Bianucci, et al. v Rite Aid Corporation*, No. 2:24-cv-03356-HB (E.D. Pa.).

2. On June 10, 2025, this Court granted Class Action Plaintiffs relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1). [Docket Entry 796]

3. The related class action matter for which movant's services were engaged has been fully and finally settled. *See* **Exhibit A**.

4. No further representation is required in the bankruptcy case, and withdrawal can be accomplished without material adverse effect on the interest of the Class Action Plaintiffs.

5. Movant further requests that the Clerk remove the undersigned from the Court's CM/ECF electronic notice list in this case, so that Movant no longer receives electronic notices.

WHEREFORE, Movant respectfully requests that the Court enter an Order:

(a) granting leave for Andrew W. Ferich to withdraw as counsel of record for the Class Action Plaintiffs in this matter; and

(b) directing that Andrew W. Ferich be removed from the CM/ECF electronic notice list in this case.

Respectfully submitted this 20th day of October, 2025.

/s/ Andrew W. Ferich
Andrew W. Ferich (NJ Bar No. 015052012)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email: aferich@ahdootwolfson.com

*Counsel for Plaintiffs Margaret Bianucci, Kathryn Edwards, Erica Judka, and Faith Spiker in the Class Action and on Behalf of the Settlement Class*