# **CERTIFICATE OF SERVICE**

I, Andrew W. Ferich, hereby certify that on this 20th day of October, 2025, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel of Record to be electronically filed with the Court and served upon those parties who have requested to receive service via the court's CM/ECF system.

/s/ Andrew W. Ferich
Andrew W. Ferich (NJ Bar No. 015052012)

*Counsel for Plaintiffs Margaret Bianucci, Kathryn Edwards, Erica Judka, and Faith Spiker in the Class Action and on Behalf of the Settlement Class*