**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

Order Filed on October 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 16, 2025 THROUGH AUGUST 31, 2025**

The relief set forth on the following page, numbered two (2), is **ORDERED**.

.

**DATED: October 21, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that Sills Cummis & Gross P.C. (the "**Applicant**") filed an application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required, and for good cause shown; it is hereby **ORDERED** that:

2. Compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sills Cummis & Gross P.C. | $456,331.00 | $7,017.47 |

3. The above-captioned Debtors are hereby authorized and directed to immediately pay to Applicant the sums above, less any amounts previously paid to Applicant on account of the May 2025 through August 2025 monthly fee statements.