# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF COUNSEL RESPECT TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES TO DOLLAR TREE STORES, INC.

The undersigned hereby certifies that, as of the date hereof, the Debtors have either not received any answer, objection or other responsive pleading to the *Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc.* [Docket No. 2260] (the "Assumption and Assignment Notice"),[2] with respect to the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto or to any Cure Costs with respect to such Real Property Leases or have resolved such answer, objection or other responsive pleading.  The undersigned further certifies that I have reviewed the Court's docket in these cases and either no answer, objection or other responsive pleading to the Assumption and Assignment Notice appears thereon, with respect to the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto or to the Cure Costs with respect to such Real Property Leases or such answer, objection or other responsive pleading has been resolved or satisfied.  Pursuant to the Assumption and Assignment

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]  Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Assumption and Assignment Notice (or the Assignment Order attached thereto).

2

Notice, responsive pleadings to the proposed sale or disposition of such Real Property Leases identified on the Assumption and Assignment Notice or to the Cure Costs with respect to such Real Property Leases were to be filed and served no later than September 16, 2025.

It is hereby respectfully requested that the Court enter an Assignment Order approving the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto attached at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Dated:  October 22, 2025

Respectfully submitted,

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:      arosenberg@paulweiss.com
            aeaton@paulweiss.com
            chopkins@paulweiss.com
            smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**Exhibit A**

| Store No. | Debtor | Landlord Name & Address | Lease / Store Address | Assignee | Cure Amount | Lease Assignment Date |
|---|---|---|---|---|---|---|
| 447 | Rite Aid of Pennsylvania, Inc. | AR & MC COMPANY 2775 MOUNTAIN RD HAMBURG, PA 19526 | That real property lease agreement (incl. all amendments, supplements, or modifications) between the Debtor and the Landlord associated with the store located at:<br><br>1205 Ben Franklin Hwy West Douglasville, PA | Dollar Tree Stores, Inc. or its affiliated Designee | $30,000.00 | As soon as practicable following entry of the Assignment Order |