UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| New Rite Aid, LLC | Case Number: | 25-14861 |
| | Civil Number: | 25-CV-14757-RK |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

CORRECTED

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal    ☐ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☒ Other    7/23/25 doc Sealed document and Doc #1531 Debtors' Supplemental Brief in Further Support of Their Emergency Motion to Enforce the Sale Order and Compel

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | CVS Pharmacy, Inc. | Appellee(s): | New Rite Aid, LLC |
| Attorney: | Anne B. Sekel, Esq. | Attorney: | Michael D. Sirota, Esq. |
| Address: | 90 Park Avenue | Address: | 25 Main Street |
| | New York, NY 10016-1314 | | Hackensack, NJ 07601 |

Title of Order Appealed: [#1800 Order Granting, in Part Debtors Emergency Motion to Enforce the Sale Order and Compel Performance by CVS Pharmacy, Inc. Under CVS Asset Purchase Agreement.

Date Entered On Docket: _____

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*