| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LATHAM & WATKINS LLP**<br>Adam S. Ravin<br>Candace M. Arthur (*pro hac vice* forthcoming)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:    (212) 906-1200<br>Facsimile:    (212) 751-4864<br>Email:    adam.ravin@lw.com<br>    candace.arthur@lw.com<br><br>- and -<br><br>Jonathan Gordon (*pro hac vice* forthcoming)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:    (312) 876-6542<br>Email:    jonathan.gordon@lw.com<br><br>*Counsel to Dollar Tree Stores, Inc.* |

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

# NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above captioned cases on behalf of Dollar Tree Stores, Inc. ("**Dollar Tree**"), and pursuant to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002, 3017(a), 9007, and 9010(b) and section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"),

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

US-DOCS\165155432.1

hereby requests that any and all notices given or required to be given in these cases, be delivered to and served upon the person(s) listed below at the following addresses, telephone and facsimile numbers:

>Adam S. Ravin
>Candace M. Arthur (*pro hac vice* forthcoming)
>**LATHAM & WATKINS LLP**
>1271 Avenue of the Americas
>New York, New York 10020
>Telephone:    (212) 906-1200
>Facsimile:    (212) 751-4864
>Email:    adam.ravin@lw.com
>    candace.arthur@lw.com
>
>– and –
>
>Jonathan Gordon (*pro hac vice* forthcoming)
>**LATHAM & WATKINS LLP**
>330 North Wabash Avenue, Suite 2800
>Chicago, Illinois 60611
>Telephone:    (312) 876-6542
>Email:    jonathan.gordon@lw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Court provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the District of New Jersey

or a waiver of any substantive or procedural rights of Dollar Tree, including: (1) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of New Jersy (the "**District Court**"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Dollar Tree may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 23, 2025
New York, New York

Respectfully submitted,

*/s/ Adam S. Ravin*
**LATHAM & WATKINS LLP**
Adam S. Ravin
Candace M. Arthur (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020
Telephone:	(212) 906-1200
Facsimile:	(212) 751-4864
Email:	adam.ravin@lw.com
	candace.arthur@lw.com

- and -

Jonathan Gordon (*pro hac vice* forthcoming)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:	(312) 876-6542
Email:	jonathan.gordon@lw.com

*Counsel to Dollar Tree Stores, Inc.*