| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LATHAM & WATKINS LLP**<br>Adam S. Ravin<br>Candace M. Arthur (*pro hac vice* forthcoming)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: adam.ravin@lw.com<br>candace.arthur@lw.com<br><br>- and -<br><br>Jonathan Gordon (*pro hac vice* forthcoming)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-6542<br>Email: jonathan.gordon@lw.com<br><br>*Counsel to Dollar Tree Stores, Inc.* |

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF CANDACE M. ARTHUR, ESQ.

Dollar Tree Stores, Inc. ("***Dollar Tree***"), by and through its counsel, Latham Watkins LLP, respectfully submit this application (the "***Application***"), for the *pro hac vice* admission of Candace M. Arthur, Esq. and represents as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

US-DOCS\165110744.2

1. On May 5, 2025, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

2. Candace M. Arthur, a partner at the firm of Latham & Watkins LLP, has represented Dollar Tree in connection with these matters. Because of her familiarity with the facts and circumstances relevant to Dollar Tree in these matters, Dollar Tree requests that Ms. Arthur be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Candace M. Arthur, annexed hereto as **Exhibit A**, Ms. Arthur is a member in good standing of the bar of the State of New York and United States District Court for the Southern District of New York. Ms. Arthur is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Candace M. Arthur has represented that she will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant Dollar Tree's Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel pro hac vice in the above captioned matters.

Dated: October 23, 2025

Respectfully submitted,

/s/ Adam S. Ravin
**LATHAM & WATKINS LLP**
Adam S. Ravin
Candace M. Arthur (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.ravin@lw.com
candace.arthur@lw.com

- and -

Jonathan Gordon (*pro hac vice* forthcoming)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-6542
Email: jonathan.gordon@lw.com

*Counsel to Dollar Tree Stores, Inc.*