<table>
<tr><td>
UNITED STATES BANKRUPTCY COURT<br>
DISTRICT OF NEW JERSEY<br>
**Caption in Compliance with D.N.J. LBR 9004-1**

**LATHAM & WATKINS LLP**<br>
Adam S. Ravin<br>
Candace M. Arthur (*pro hac vice* forthcoming)<br>
1271 Avenue of the Americas<br>
New York, New York 10020<br>
Telephone:   (212) 906-1200<br>
Facsimile:   (212) 751-4864<br>
Email:   adam.ravin@lw.com<br>
          candace.arthur@lw.com

- and -

Jonathan Gordon (*pro hac vice* forthcoming)<br>
330 North Wabash Avenue, Suite 2800<br>
Chicago, Illinois 60611<br>
Telephone:   (312) 876-6542<br>
Email:   jonathan.gordon@lw.com

*Counsel to Dollar Tree Stores, Inc.*
</td></tr>
<tr><td>

In re:

NEW RITE AID, LLC, *et al.*,

               Debtors.[3]
</td></tr>
</table>

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth below is **ORDERED**.

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

---

[3] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

US-DOCS\165110744.2

ORDERED that Candace M. Arthur be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly, by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court
> District of New Jersey
> Attention: Pro Hac Vice Admissions
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, N.J. 07102

and it is further,

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.