## Exhibit A

**Certification of Jonathan Gordon**

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LATHAM & WATKINS LLP**<br>Adam S. Ravin<br>Candace M. Arthur (*pro hac vice* forthcoming)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:     (212) 906-1200<br>Facsimile:     (212) 751-4864<br>Email:             adam.ravin@lw.com<br>                      candace.arthur@lw.com<br><br>- and -<br><br>Jonathan Gordon (*pro hac vice* forthcoming)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:     (312) 876-6542<br>Email:             jonathan.gordon@lw.com<br><br>*Counsel to Dollar Tree Stores, Inc.* |  |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[2]<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATION OF JONATHAN GORDON IN SUPPORT
### OF APPLICATION FOR ORDER FOR ADMISSION PRO HAC VICE

Jonathan Gordon, Esq., of full age, hereby certifies as follows:

1.    I am an attorney at law duly admitted to practice before the Court of the State of

Illinois, and associate at the firm of Latham & Watkins LLP., counsel for Dollar Tree Stores, Inc.

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

US-DOCS\165112031.2

("**Dollar Tree**"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

2. I was admitted to practice in the State of Illinois in 2018, the United States District Court for the Northern District of Illinois in 2019, and the United States District Court for the Southern District of Texas in 2025.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

4. Dollar Tree filed the within Application for the *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court

5. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District of New Jersey ("**D.N.J. L.R.**").

7. For the foregoing reasons, I respectfully request the application for *pro hac vice* be granted and the proposed form order submitted herewith, annexed as **Exhibit B**, be entered.

8. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 23, 2025            /s/ *Jonathan Gordon*

                                                    Jonathan Gordon, Esq.

**Exhibit B**

**Proposed Order**