UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>                              Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |
| CVS PHARMACY, INC.,<br><br>                              Appellant,<br><br>v.<br><br>NEW RITE AID, LLC,<br><br>                              Appellee. | Case No. 25-cv-14757<br><br>Judge Robert Kirsch |

## STIPULATION TO DISMISS APPEAL
## PURSUANT TO FEDERAL BANKRUPTCY RULE 8023

Pursuant to Federal Rule of Bankruptcy Procedure 8023, all parties hereby stipulate and agree to the dismissal of the above-captioned appeal. It is further stipulated and agreed that each side shall bear its own costs and fees.

DATED: October 16, 2025

**FOLEY & LARDNER LLP**

*/s/ Anne B. Sekel*
Anne B. Sekel, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
E-mail: ASekel@foley.com

-and-

Geoffrey S. Goodman, Esq.(admitted *pro hac*

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota
**COLE SCHOTZ P.C.**
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800
Tel: (201) 489-3000
Fax: (201) 489-1536
Email: msirota@coleschotz.com

So ordered this 22 day of October, 2025.

Robert Kirsch, U.S.D.J.