**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on (1) ASP Realty, Inc, (ADRID: 28161108), c/o Supervalu, 11840 Valley View Road, Eden Prairie, MN 55344, and (2) Key Me, (ADRID: 28163381), 2000 Gateway Blvd, Suite 100, Hebron, KY 41048:

- Fifth Notice of Additional Closing Locations [Docket No. 697]

On September 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Litigation Service List attached hereto as **Exhibit A**:

- Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 1881]

On September 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Home Essentials Brands LLC, (ADRID: 30517306), 3070 Ranchview Ln N, Minneapolis, MN 55447-1459:

- Twenty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, if Any [Docket No. 1966]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On September 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Acon Laboratories, Inc., (ADRID: 28103296), Tom Troyk, c/o Steve Vasquez, 9440 Carroll Park Dr, San Diego, CA 92121-5201:

- Twenty-Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, if Any [Docket No. 1968]

Dated: October 22, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 22, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

Supplemental Litigation Service List

Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 30258833 | BURCHETT, JAMILLAH | ADDRESS ON FILE | | | | | |
| 30259397 | FIGUEROA, LUIS | C/O MARA LAW FIRM PC | 2650 CAMINO DEL RIO NORTH | SUITE 302 | SAN DIEGO | CA | 92108-1632 |
| 30259399 | FLETCHER, JAMMELLA | ADDRESS ON FILE | | | | | |
| 30259051 | ROBINSON, DESTINY | ADDRESS ON FILE | | | | | |