ROSENBERG MARTIN GREENBERG, LLP
Jeffrey M. Lichtstein
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201
410-727-6600
jlichtstein@rosenbergmartin.com

*Attorneys for NEM, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 25-14861-MBK<br>Chapter 11 |

**NOTICE OF AND OPPORTUNITY TO OBJECT TO NEM LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 365(d)(3)**

**PLEASE TAKE NOTICE:** NEM, LLC ("NEM" or the "Landlord"), by and through its undersigned counsel, has filed a Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3) (the "Motion"). The Motion seeks payment in the amount of **$37,188.00**.

**Your rights may be affected.** You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to allow the payment, or if you want the Court to consider your views on the matter, then you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtor's service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

prior to the hearing date.

**Hearing Date: December 4, 2025**

**Hearing Time: 10 a.m.**

**Hearing Location: Clarkson S. Fisher U.S. Courthouse**
    **402 East State Street**
    **Trenton, NJ 08608**

**Courtroom Number: Courtroom #8**

If you mail your objection to the clerk for filing, you must mail it early enough so the Court will receive it on or before 7 days prior to the hearing date.

**You must also mail a copy of your response to:**

> **Jeffrey M. Lichtstein**
> **Rosenberg Martin Greenberg, LLP**
> **25 S. Charles Street**
> **21st Floor**
> **Baltimore, MD 21201**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the allowance and payment sought in the Motion and may enter an order approving the requested allowance and payment.

Dated: October 23, 2025              ROSENBERG MARTIN GREENBERG, LLP

*/s/ Jeffrey M. Lichtstein*
Jeffrey M. Lichtstein
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201
410-727-6600
jlichtstein@rosenbergmartin.com

*Attorneys for NEM, LLC*

2

## CERTIFICATE OF SERVICE

The foregoing was served electronically on October 23, 2025, on recipients of electronic noticing, including the Debtors and the U.S. Trustee.

*/s/ Jeffrey M. Lichtstein*
Jeffrey M. Lichtstein

3