ROSENBERG MARTIN GREENBERG, LLP
Jeffrey M. Lichtstein
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201
410-727-6600
jlichtstein@rosenbergmartin.com

*Attorneys for NEM, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861-MBK<br>Chapter 11 |
| Debtors.[1] | |

## DECLARATION OF KEVIN S. BREEDEN

I, Kevin S. Breeden, declare as follows:

1. I am the trustee of Robert's Appointive Trust, which owns a 1/6th membership interest in NEM, LLC ("NEM" or the "Landlord").

2. I have personal knowledge of the facts set forth herein.

3. This Declaration is being submitted in support of the Landlord's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3) (the "Motion").

### The Lease

4. NEM is the landlord of real property located at 1400 Sulphur Springs Road, Baltimore, MD 21227 (the "Premises").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtor's service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

5.  The Premises were the location of Rite Aid Store No. 2210.

6.  The Landlord entered into a commercial lease with Rite Aid of Maryland, LLC (the "Tenant") dated April 19, 1996, as most recently amended by that certain Amendment to Lease dated November 1, 2023 (the "Lease"). A true and accurate copy of the Lease is attached hereto as <u>Exhibit 1</u>.

7.  The Tenant rejected the Lease effective as of July 31, 2025 (the "Rejection Date"). [Dkt. 1574].

### <u>Amounts Owed to the Landlord by the Debtors</u>

8.  The Debtors have failed to pay rent, taxes, insurance, and common area maintenance ("CAM") charges for June and July of 2025 in the total amount of $37,188.00. A true and accurate copy of the Payoff Statement confirming the amounts due by the Debtors under the Lease is attached hereto as <u>Exhibit 2</u>.

9.  The minimum monthly rent due and owing to the Landlord by the Debtors is $13,963.00 per month. See <u>Exhibit 1</u>, at p. 13.

10. The minimum monthly taxes due and owing to the Landlord by the Debtors is $1,833.00 per month. See <u>Exhibit 1</u>, at p. 14-15.

11. The minimum monthly insurance due and owing to the Landlord by the Debtors is $798.00 per month. See <u>Exhibit 1</u>, at p. 16.

12. The minimum monthly CAM charges due and owing to the Landlord by the Debtors is $2,000.00 per month. See <u>Exhibit 1</u>, at p. 14.

13. The total amount due by the Debtors to the Landlord is described by the chart below:

**June 2025**
| | |
|---|---|
| Rent: | $ 13,963.00 |
| Taxes: | $ 1,833.00 |
| Insurance: | $ 798.00 |

| | | |
|---|---|---|
| CAM: | $ | 2,000.00 |
| **Total:** | **$** | **18,594.00** |

| | | |
|---|---|---|
| **July 2025** | | |
| Rent: | $ | 13,963.00 |
| Taxes: | $ | 1,833.00 |
| Insurance: | $ | 798.00 |
| CAM: | $ | 2,000.00 |
| **Total:** | **$** | **18,594.00** |

14. The Landlord has been harmed by not receiving rent, taxes, insurance, and CAM charges for both June and July of 2025 and will experience additional harm if its administrative expense claim is not paid immediately.

15. Attached hereto as <u>Exhibit 3</u> is a Request for Payment of Administrative Expense in the form required by the local rules.

16. Accordingly, the Landlord respectfully submits that it is entitled to an administrative expense claim in the amount of $37,188.00 and the same should be immediately paid to the Landlord.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:    10/13/25    _____

_____

Kevin S. Breeden