# EXHIBIT 2

# Transactions

Date Range: From 1/01/25

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| Rite Aid | 1473 | NEM, LLC | 1400 | 4/19/1996 | |

| Date | Reference | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 01/01/25 | IV# 103257 | Base Rent | Base Rent | 13,962.84 | 13,962.84 |
| 01/14/25 | 7629493 | Payment Received | Jan 2025 | -13,962.84 | 0.00 |
| 02/01/25 | IV# 103467 | Base Rent | Base Rent | 13,962.84 | 13,962.84 |
| 02/17/25 | ECK - 7631872 | Payment Received | | -13,962.84 | 0.00 |
| 03/01/25 | IV# 103959 | Base Rent | Base Rent | 13,962.84 | 13,962.84 |
| 03/06/25 | ACH | Payment Received | Mar 2025 | -13,962.84 | 0.00 |
| 04/01/25 | IV# 104775 | Base Rent | Base Rent | 13,962.84 | 13,962.84 |
| 05/01/25 | IV# 105400 | Base Rent | Base Rent | 13,962.84 | 27,925.68 |
| 06/01/25 | IV# 106048 | Base Rent | Base Rent | 13,962.84 | 41,888.52 |
| 06/02/25 | ACH | Payment Received | Apr 2025 | -13,962.84 | 27,925.68 |
| 07/01/25 | IV# 106721 | Base Rent | Base Rent | 13,962.84 | 41,888.52 |
| 07/03/25 | ACH | Payment Received | May 2025 | -13,962.84 | 27,925.68 |
| 08/01/25 | IV# 107351 | Base Rent | Base Rent | 13,962.84 | 41,888.52 |
| 09/01/25 | IV# 108032 | Base Rent | Base Rent | 13,962.84 | 55,851.36 |