ROSENBERG MARTIN GREENBERG, LLP
Jeffrey M. Lichtstein
25 S. Charles Street, 21st Fl.
Baltimore, MD 21201
410-727-6600
jlichtstein@rosenbergmartin.com

*Attorneys for NEM, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 25-14861-MBK<br>Chapter 11 |

**ORDER GRANTING MOTION OF NEM, LLC TO ALLOW ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 365(d)(3) AND COMPEL IMMEDIATE PAYMENT THEREOF**

The relief set forth on the following page is hereby **ORDERED.**

Dated: _____

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtor's service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Page 2

Debtor:       New Rite Aid, LLC, *et al.* (Rite Aid of Maryland, LLC)

Case No.:     25-14861-MBK

Caption of Order:     Order Granting Motion of NEM, LLC to Allow Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3) and Compel Immediate Payment Thereof

_____

### ORDER GRANTING MOTION OF NEM, LLC TO ALLOW ADMINISTRATIVE EXPENSE CLAIM AND COMPEL IMMEDIATE PAYMENT THEREOF

1. **ORDERED** that the Motion is **GRANTED** to the extent set forth herein.

2. **ORDERED** that NEM LLC's claim in the amount of $37,188.00 is allowed as an administrative expense claim pursuant to section 365(d)(3) of the Bankruptcy Code as applicable.

3. **ORDERED** that the Debtors shall make payment to NEM, LLC in the amount of $37,188.00 within ten (10) business days of entry of this Order.

4. **ORDERED** that the parties are authorized to take all steps or actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

5. **ORDERED** that the Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules are satisfied by such notice.

6. **ORDERED** that the requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

7. **ORDERED** that this Court shall retain exclusive jurisdiction to enforce the terms of this Order.