| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | **Order Filed on October 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                 Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CONSENT ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN
THE DEBTORS AND KIMBERLY-CLARK CORP. TO MODIFY
<u>AUTOMATIC STAY TO EFFECT SETOFF</u>**

The relief set forth on the following page three (3) is **ORDERED**.

**DATED: October 23, 2025**

                                                                                 Honorable Michael B. Kaplan
                                                                                 United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Consent Order Approving Settlement Agreement Between the Debtors and Kimberly-Clark Corp. to Modify Automatic Stay to Effect Setoff |

1. The Settlement Agreement, attached hereto as **Exhibit A**, and the relief set forth therein is approved.

2. Notwithstanding Bankruptcy Rule 4001(a)(4), the terms and conditions of this Order will be immediately effective and enforceable upon its entry.

3. The Debtors and Kimberly-Clark are authorized to take all actions necessary to effectuate the relief granted in the Settlement Agreement.

4. The terms and provisions contained within the Settlement Agreement shall (a) be binding on the Parties and on any later appointed chapter 11 trustee, chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the Debtors' chapter 11 bankruptcy cases.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Settlement Agreement.

# Exhibit A

**Settlement Agreement**

## SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by and among the Debtors and Kimberly-Clark Corporation ("Kimberly-Clark," collectively with the Debtors, the "Parties"). The Parties hereby agree as follows:[1]

## RECITALS

**WHEREAS**, on May 5, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on November 10, 2023, and December 18, 2023, the Parties agreed that the Debtors would establish security deposits of $2,000,000 and $1,500,000, respectively, (collectively, the "Security Deposits").

**WHEREAS**, the Debtors provided Kimberly-Clark the Security Deposits in the aggregate amount of $3,500,000.

**WHEREAS**, the Parties agree that Kimberly-Clark is owed $1,426,604.81 on account of goods provided prior to the Petition Date and related charges (the "Invoice Amount").

**WHEREAS**, the Parties agree that Kimberly-Clark shall apply the Security Deposits to satisfy the Invoice Amount and the Parties stipulate to modification of the automatic stay under Bankruptcy Code § 362(a) to allow such application of the Security Deposit to the Invoice Amount.

**WHEREAS**, Kimberly-Clark shall return the net balance of the Security Deposits in the amount of $2,073,395.19 to the Debtors not later than fifteen (15) business days after entry of the Bankruptcy Court order approving this Settlement Agreement (the "Consent Order").

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them elsewhere in the Settlement Agreement.

**WHEREAS**, the Debtors, in their business judgment, believe the Settlement Agreement is in the best interests of their estates and stakeholders.

**WHEREAS**, the Parties desire to memorialize their agreement regarding the modification of the automatic stay, application of all of Kimberly-Clark's setoff rights, and payment of the Invoice Amount.

**NOW, THEREFORE, IT IS HEREBY AGREED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. Effective as of the date the Court enters the Consent Order, the current Kimberly-Clark Invoice Amount shall be fixed at $1,426,604.81.

3. The automatic stay imposed pursuant to section 362(a) of the Bankruptcy Code is hereby modified to allow Kimberly-Clark to set off the Invoice Amount against the Security Deposits. The net effect of such set off results in Kimberly-Clark owing the Debtors $2,073,395.19.

4. Within fifteen (15) business days of the Court entering the Consent Order, Kimberly-Clark shall pay the Debtors the net balance of the Security Deposits in the amount of $2,073,395.19 in accordance with payment instructions to be provided by the Debtors.

5. Except as expressly provided herein, the terms of this Settlement Agreement are in full and final satisfaction, settlement, discharge, and release of any and all claims of any nature whatsoever between Kimberly-Clark and its affiliates on the one hand and the Debtors and the Debtors' bankruptcy estates on the other hand, whether known or unknown, matured or unmatured, foreseen or unforeseen, asserted or unasserted, based on or relating to the goods provided by Kimberly-Clark to any of the Debtors; *provided*, *however*, the foregoing shall not release or otherwise impact the Parties' rights, claims, and obligations under this Settlement Agreement.

6. The Parties acknowledge that this Settlement Agreement is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Settlement Agreement.

7. Each Party represents and warrants to the other that it has the power and authority to enter into this Settlement Agreement.  Each person who executes this Settlement Agreement on behalf of a Party hereto represents that he or she is duly authorized to execute this Settlement Agreement on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Settlement Agreement.

8. This Settlement Agreement sets forth the entire understanding of the Parties regarding the subject matter hereof and supersedes all prior oral or written agreements between them.

[*Signature page to follow*]

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Settlement Agreement as of the date first set forth below.

**ACCEPTED AND AGREED:**

Dated:  October 14, 2025

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIMBERLY-CLARK CORPORATION** |
| */s/ Michael D. Sirota* | */s/ Kelly R. Vickers* |
| Michael D. Sirota, Esq. | By: Kelly R. Vickers |
| Warren A. Usatine, Esq. | Title: Associate General Counsel |
| Felice R. Yudkin, Esq. | Address: 351 Phelps Dr., Irving, TX  75080 |
| Seth Van Aalten, Esq. (admitted *pro hac vice*) | Telephone: 972-281-1327 |
| Court Plaza North, 25 Main Street | |
| Hackensack, New Jersey 07601 | |
| Telephone:   (201) 489-3000 | |
| msirota@coleschotz.com | |
| wusatine@coleschotz.com | |
| fyudkin@coleschotz.com | |
| svanaalten@coleschotz.com | |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:    (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*