UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2025 OCT 23 P 1:03
JEAN...*

In re

**NEW RITE AID, LLC**

Debtor

Case No. _____ **25-14861** _____

☐ Amended

*Signature in Support*

**NOTICE OF MOTION FOR RELIEF FROM
AUTOMATIC STAY IN A CHAPTER 11/12
CASE AND NOTICE OF HEARING
THEREON** *2794*

**Notice**

YOU ARE NOTIFIED THAT:

1. A motion was filed by **OLIVE TREE CORNING PLAZA LLC** _____ for relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 U.S.C. § 362.

2. The name and address of the moving party's attorney or, if not attorney, the moving party are:

   **ANNA J. NIEMANN, ESQ
   SANDHU LAW GROUP, APC
   2535 CAPITOL OAKS DRIVE, SUITE 450
   SACRAMENTO, CA 95833
   for OLIVE TREE CORNING PLAZA LLC**

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the clerk at 402 EAST STATE STREET, TRENTON, NJ 08608, COURTROOM #8. If the response is served in paper, you must also file a certificate showing the response has been served on the moving party's attorney.

4. A response must state the facts upon which relief from the automatic stay is resisted..

5. If you file a timely response, a hearing on the motion, which

   ☐ is [*check this box only if directed to do so by the court*]

   ☐
   X is not

   an evidentiary hearing at which witnesses may testify, will be held as follows:

**Date: NOVEMBER 6, 2025_____Time: 10:00 EDT**

**1124 (2/28/2025)**                    Page 1 of 2

**Location:** ☐ Courtroom #  8  , **HON. MICHAEL B. KAPLAN**  _____

☒ Video Hearing. To connect, see www.NJB.uscourts.gov/video-hearings.

**Call-In Number:** ☒ Other  609-858-9360 for Judge Michael Kaplan

If no timely response is filed, the hearing may be cancelled. Parties are encouraged to check the hearing calendar at https://www.NJB.uscourts.gov after the response deadline has passed.

6.  If a timely response is not filed, then either:

  a.  The court may sign an order without further notice, submitted by the moving party, granting relief from the stay; or

  b.  The stay will expire under the terms of 11 U.S.C. § 362(e).

**Certificate of Service**

I certify that on ___Oct. 3 2025___ (1) this notice, (2) and the motion, were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 4001 and FRBP 7004 on the debtor, U.S. trustee, trustee, members of any committee appointed pursuant to 11 U.S.C. § 1102 or its authorized agent (or, if no committee, on all creditors included on the list filed pursuant to FRBP 1007(d)), and their respective attorneys.

_____     _____
Signature of Moving Party or Attorney                    CSB #

_Attorney for Olive Tree Corning Plaza LLC_

Sumair S. Sandhu, Esq. [SBN 219169]
ssandhu@sandhulg.com
Anna J. Niemann, Esq. [SBN 165326]
aniemann@sandhulg.com
SANDHU LAW GROUP
A Professional Corporation
2535 Capitol Oaks Drive, Suite 450
Sacramento, CA, 95833
T: (916) 963-9965 | F: (916) 963-9966

Attorney for **OLIVE TREE CORNING PLAZA, LLC**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In re | Case No. 25-14861 |
|---|---|
| NEW RITE AID, LLC | **MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY** |
| Debtor | DATE: NOVEMBER 6, 2025<br>TIME: 10:00 AM EDT<br>DEPT: Hon. Michael Kaplan |

In compliance with provisions of 11 U.S.C. § 362(a)(1)-(3), moving party OLIVE TREE CORNING PLAZA, LLC submits the following statement of facts and information in support of the present motion for relief from automatic stay in re. bankruptcy of NEW RITE AID, LLC, Case No. 25-14861, US Bankruptcy Court for the District of New Jersey.

(1) **The present balance owing to the moving party excluding any precomputed interest or other unearned charges:** There is pending in the Superior Court for the County of Tehama, State of California, a personal injury lawsuit on behalf of plaintiff Gary Hudson, Tehama County Case No. 24ci-000069. The incident giving rise to plaintiff's action occurred on premises then under the control and management of moving party's tenant, debtor RITE AID STORE. The case is presently in pre-trial litigation. No judgment has yet been rendered, so no "present balance" is yet available.

-1-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

1    **(2) The date upon which the debt was incurred**; on January 6, 2025, moving party

2    OLIVE TREE CORNING PLAZA, LLC served a cross-complaint on the designated agent for

3    service of process for RITE AID CORP seeking judgment for contractual and equitable

4    indemnification, apportionment and declaratory relief as to RITE AID as the party primarily

5    responsible for the creation and management of the condition of the premises that Plaintiff asserts

6    to have caused his claimed injury and damage. The personal injury action is pending, no trial date

7    has been set and no judgment is yet rendered. Counsel for RITE AID has rejected service of

8    process of the cross-complaint of moving party and has refused to appear on grounds of the

9    pendency of bankruptcy proceedings.

10    **(3) Whether the moving party holds a security interest or lien upon the debtor's**

11    **property:** Moving party OLIVE TREE CORNING PLAZA, LLC is the landlord/owner of the

12    subject property.  DEBTOR RITE AID CORP is a leasehold tenant of moving party at the subject

13    property.

14    **(4) The nature of the security interest or lien, the date upon which the security**

15    **interest or lien was obtained, and if applicable, the date upon which the security interest or**

16    **lien was perfected:** The lease terms as between OLIVE TREE PLAZA CORNING, LLC AND

17    RITE AID remains in force and effect. The personal injury action of Gary Hudson in the Superior

18    Court of Tehama County is pending, no trial date has been set and no judgment is yet rendered.

19    **(5) A description of the collateral sufficient for identification (e.g., street address):** The

20    subject premises, including the RITE AID tenancy is located at 640 Edith Avenue, Corning,

21    California, 96021

22    **(6) The fair market value of the collateral**; UNDETERMINED

23    **(7) A description of, and the amounts due upon, any other security interest or liens**

24    **which have priority over that of the moving party**; UNKNOWN

25    **(8) Whether the debtor is in default and, if so, the number of defaulted installments**

26    **and the total sums in default;** THE DEBTOR RITE AID has rejected and refused to respond to

27    the pending cross-complaint of moving party OLIVE TREE CORNING PLAZA LLC. Moving

28

-2-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

1  party has given notice of the intent to seek the default of RITE AID in the Superior Court of

2  Tehama, California.

3       **(9) The subsection of § 362(d) under which relief is requested**; OLIVE TREE

4  CORNING PLAZA LLC seeks relief pursuant to subsections (1) and (2) of 11 U.S.C. § 362(d)

5       **(10) Any other facts which are relevant in determining whether relief should be**

6  **granted:** Absent relief from bankruptcy stay, moving party OLIVE TREE CORNING PLAZA

7  LLC will unfairly and unjustly be rendered unable to obtain judgment for contractual and equitable

8  indemnification and other equitable relief from such judgment from the primarily liable party,

9  RITE AID CORP for such personal injury damages as plaintiff Gary Hudson may be adjudicated

10  to be entitled based upon alleged liability of OLIVE TREE CORNING PLAZA, LLC.

11  DATED: October 3, 2025                           SANDHU LAW GROUP A.P.C.

12

13

14                            By: _____

15                              Anna J. Niemann, Esq.
                            Attorneys for Moving Party

16                              **OLIVE TREE CORNING PLAZA, LLC**

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

*Gary Hudson v. Olive Tree Corning Plaza, et al.*
*Tehama County Superior Court Case No.: 24CI-000069*

## PROOF OF SERVICE

I declare that I am over the age of eighteen years and not a party to or interested in the within action.  I am an employee of Sandhu Law Group, and my business address is 2535 Capitol Oaks Drive, Suite 450, Sacramento, CA, 95833.

On the date indicated below, I served a true copy of the following documents:

### MOTION OF OLIVE TREE CORNING PLAZA, LLC
### FOR RELIEF FROM STAY

[  ]  By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by placing such envelope (s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this offices' practice, addressed as follows:

[  ]  By U.S. Express Mail: On the parties in said action, by placing a true copy in the United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for Express Mail in accordance with the office's practice, addressed as follows:

[  ]  By Facsimile: Transmitting to the parties in this action by facsimile machine pursuant to Rule 2005, California Rules of Court.  The transmission was reported as complete and in compliance with Rule 2003(3), no error was reported by the machine.  Pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration, addressed as follows:

[XX]  By Electronic Service:  On the parties in said action by serving electronically on the persons at their e-mail addresses listed below pursuant to Code of Civil Procedure section 1013a and Rule 2.251, California Rules of Court.  The transmission was reported as complete and in compliance with Rule 2.251(h).  Pursuant to Rule 2.251, I printed out the electronic confirmation of service, a copy of which is attached to this declaration, addressed as follows:

*RITE AID APPEARANCE COUNSEL –*

MORGAN, LEWIS & BOCKIUS LLP
Michael K. Gocksch, CA Bar No. 318743
One Federal Street
Boston, MA 02110-1726
Tel: +1.617.341.7902
michael.gocksch@morganlewis.com

*RITE AID BK COUNSEL –*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas, New York, New York 10019 (Attn: Joshua A. Esses (jesses@paulweiss.com) , Tyler Zelinger (tzelinger@paulweiss.com)

COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street, Hackensack, New Jersey 07601 (Attn: Felice R. Yudkin (fyudkin@coleschotz.com), and Andreas Milliaressis (amilliaressis@coleschotz.com)

-4-

MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY

1

[ XX ] By U.S. Mail: On the parties in said action, by placing a true copy in the United States mail by placing such envelope (s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this offices' practice, addressed as follows:

2

3

*UNITED STATES TRUSTEE* –               One Newark Center
4                                                                          1085 Raymond Boulevard, Suite 2100
                                                                            Newark NJ  07102
5

6                                                                          UNITED STATES BANKRUPTCY COURT
                                                                            DISTRICT OF NEW JERSEY
7                                                                          Clarkson S. Fisher U.S. Courthouse
                                                                            402 East State Street
8                                                                          Trenton NJ  08608

9
        Executed on October 3, 2025, at Sacramento, California.  I declare under penalty of perjury
10
under the laws of the State of California that the foregoing is true and correct.
11

12                                                                        *Glenn Perrine*
                                                                                Glenn Perrine
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

**MOTION OF OLIVE TREE CORNING PLAZA, LLC FOR RELIEF FROM STAY**

# SANDHU
## LAW GROUP, APC

REPLY TO:
2535 Capitol Oaks Dr., Suite 450
Sacramento, CA 95833
Tel. 916-963-9965

October 7, 2025

Harris Investigations, LLC
934 Woodlane Road
Mount Holly New Jersey  08060

**Re: Motion for Relief from Automatic Stay – in re. New Rite Aid, LLC**
**New Jersey Bankruptcy Case no. 25-14861**
**Knox Job # 801887**

Enclosed please find a "wet signature" of counsel for the moving party on the Notice of Motion for Relief from Automatic Stay in a Chapter 11/12 Case and Notice of Hearing Thereon.

Please present this document to the clerk of the Trenton offices of the Bankruptcy Court for the District of New Jersey to accompany the moving papers at your earliest convenience.

Please acknowledge receipt of this request to Knox Services.  We are advising Knox Services of this direct communication to your offices by copy of this correspondence.

Should you have any questions regarding this request, please feel free to contact this office directly at 916-963-9941 or contact  Rebecca Gray at Knox Services at 619-685-4204

Sincerely,
SANDHU LAW GROUP, APC

ANNA J. NIEMANN

AJN:gap

LOS ANGELES OFFICE
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Tel. 213-570-8320

REDDING OFFICE
2055 Pine Street
Redding, CA 96001
Tel. 530-245-1877

SAN FRANCISCO OFFICE
1990 N. California Blvd., Suite 800
Walnut Creek, CA 94596
Tel. 650-844-5200