**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' SUPPLEMENT PROVIDING NOTICE OF AN ADDITIONAL PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

1. Pursuant to the Court's *Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 770] (the "OCP Order"),[2] the Debtors are authorized to employ and retain Additional Ordinary Course Professionals not currently listed on **Exhibits 1-4** to the OCP Order (the "Initial OCP Lists") by filing with the Court, and serving on the Notice Parties, a supplement to the Initial OCP Lists (the "Supplement") listing

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order [Docket No. 770].

the name of any Additional Ordinary Course Professional, together with a brief description of the services to be rendered and the applicable Monthly Fee Cap, and by otherwise complying with the terms of the OCP Order. Such authorization is effective retroactive to the date of filing the Supplement or the applicable date of engagement. Within thirty (30) days of the filing of such Supplement, each Additional Ordinary Course Professional shall provide to the Debtors and the Debtors' counsel an OCP Declaration and Retention Questionnaire, and the Debtors will file such documents with the Court and serve a copy upon the Notice Parties.

2.  The Debtors hereby supplement the Initial OCP Lists, attached to the OCP Order as **Exhibits 1-4**, to include Kading Briggs LLP as an Additional Ordinary Course Professional in accordance with the description and Monthly Fee Cap listed in **Exhibit A** attached hereto.

3.  The Debtors will provide notice of this Supplement and the Additional Ordinary Course Professional's OCP Declaration and Retention Questionnaire in accordance with the terms of the OCP Order to the Notice Parties. The Debtors submit that, in light of the terms of the OCP Order, no other or further notice need be given.

Dated:  October 23, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**EXHIBIT A**

**Additional Ordinary Course Professional**

| Professional | Type of Service Provided | Monthly Fee Cap if Services are Utilized | Aggregate Fee Cap |
|---|---|---|---|
| Kading Briggs LLP | Legal | $5,000.00 | $35,000.00 |