**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No.  25-14861 (MBK) |
| Debtors. [1] | (Jointly Administered) |

**DECLARATION OF KYMBERLEIGH DAMRON-HSIAO, ON BEHALF OF PROPOSED
ORDINARY COURSE PROFESSIONAL KADING BRIGGS LLP**

I, Kymberleigh Damron-Hsiao, pursuant to Section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my information, knowledge, and belief:

1.      I am a Partner of Kading Briggs LLP, located at 100 Spectrum Center Drive, Suite 800, Irvine, CA 92618 (the "Company").

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

2.      This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of New Jersey authorizing New Rite Aid, LLC and/or its affiliated debtors (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases [Docket No. 770] (the "Order"). Following the date that the Debtors commenced their chapter 11 cases (the "Petition Date"), the Debtors requested that the Company provide professional services (or continue to provide such services) to the Debtors, and the Company has consented to provide such services. Accordingly, the Company is submitting this Declaration pursuant to the Order.

3.      The Company, through me, and other members, partners, associates, or employees of the Company, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date: Legal services.

4.      The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in these cases. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these cases. The Company does not perform services for any such person in connection with these cases. In addition, the Company does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.      Neither I, nor any principal of, or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

6.       Neither I, nor any principal of, or professional employed by the Company, insofar as I have been able to discover, holds or represents any interest adverse to the Debtors or their estates.

7.       The Company believes that it is owed approximately $25,446.80 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Company's employment by the Debtors.  The Company agrees to waive all unpaid amounts for services rendered prior to the Petition Date.

8.       As of the Petition Date, which was the date on which the Debtors commenced these chapter 11 cases, the Company was not party to an agreement for indemnification with the Debtors.

9.       At any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

10.      I, or a representative of the Company, have read and am familiar with the requirements of the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business.*

I declare under penalty of perjury that the foregoing is true and correct.  Executed this October 14, 2025, in Irvine, California, United States.

**Kymberleigh Damron-Hsiao**

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No.  25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**RETENTION QUESTIONNAIRE**

**TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL
EMPLOYED BY THE DEBTORS**

**This Questionnaire will be filed with the Court and must be returned to:**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

If more space is needed, please complete on a separate page and attach.

---

[1]     The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1.      Name and address of the Company:

Kading Briggs LLP

100 Spectrum Center Drive, Suite 800

Irvine, CA 92618


2.      Date of retention:

June 1, 2014

3.      Type of services provided (accounting, legal, etc.):

Kading Briggs LLP provides Rite Aid with legal services.



4.      Brief description of services to be provided:

Kading Briggs LLP defends Rite Aid in employment-related single plaintiff and class action

Lawsuits and provides advice and training in employment-related matters.


5.      Prepetition claims against the Debtors held by the Company (if any):

$25,446.80 of unpaid invoices submitted prior to petition for bankruptcy.

$1,635.90 in fees and costs incurred from May 6, 2025 through September 30, 2025.


6.      Arrangements for compensation (hourly, contingent, etc.):

Hourly

a.       Average hourly rate (if applicable):

All attorneys bill at a negotiated blended rate of $400.00 per hour.

b.       Estimated average monthly compensation based on prepetition retention (if Company was employed prepetition):

$1,000-$2,500 with no litigation.  Pre-petition fees ranged from $50,000-$100,000 due to litigation activity, but most cases have been dismissed due to Rite Aid's first bankruptcy.

7.       Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the Company:

None.

8.       Disclose the nature and provide a brief description of any interest adverse to the Debtors or to its estate with respect to the matters on which the above-named firm is to be employed:

N/A

9.       Name and title of individual completing this Retention Questionnaire:

Kymberleigh Damron-Hsiao, Partner

Pursuant to 28 U.S.C.  §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: October 14, 2025

_Kymberleigh Damron-Hsiao_
Kymberleigh Damron-Hsiao
Partner
Kading Briggs LLP

3