Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] |

Order Filed on October 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

### ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF CERTAIN RETAINED PROFESSIONALS

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

**DATED: October 21, 2025**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (*pro hac vice* pending)
Alice Belisle Eaton (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtor: | NEW RITE AID, LLC, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | Order Approving First Interim Fee Applications of Certain Retained Professionals |

Upon consideration of the interim fee applications [Docket Nos. 2570, 2571, 2573, 2576, 2577, 2578 and 2584] (the "Interim Fee Applications") of certain retained professionals (collectively, the "Retained Professionals" and each a "Retained Professional") for the period covering May 5, 2025 through August 31, 2025, in the above-captioned debtors and debtors in possession (collectively, the "Debtors") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "Interim Compensation Order"); and the Court having reviewed the Interim Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Interim Fee Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Interim Fee Applications have been afforded the opportunity to be heard on the Interim Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

2. The Retained Professionals are granted interim allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

(Page | 4)
Debtor: NEW RITE AID, LLC, *et al.*
Case No.: 25-14861 (MBK)
Caption of Order: Order Approving First Interim Fee Applications of Certain Retained Professionals

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to remit payment to each Retained Professional in the amount set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of this Order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Exhibit A**

| Professional and Application | Fees Requested | Expenses Requested | Allowed Fees and Expenses |
|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Co-Counsel to the Debtors<br><br>First Interim Fee Application [Docket No. 2570] | $18,434,132.00 | $247,144.23 | $18,681,276.23 |
| Cole Schotz P.C.<br><br>Co-Counsel to the Debtors<br><br>First Interim Fee Application [Docket No. 2576] | $2,862,744.00 | $6,525.60 | $2,869,269.60 |
| Guggenheim Securities, LLC<br><br>Investment Banker to the Debtors<br><br>First Interim Fee Application [Docket No. 2573] | $4,411,723.06 | $75,293.41 | $4,487,016.47 |
| Alvarez & Marsal North America, LLC<br><br>Financial Advisor to the Debtors<br><br>First Interim Fee Application [Docket No. 2571] | $15,701,765.50 | $70,453.20 | $15,772,218.70 |
| Willkie Farr & Gallagher LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 2577] | $2,166,074.50 | $13,506.67 | $2,179,581.17 |
| Sills Cummis & Gross P.C.<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 2584] | $456,331.00 | $7,017.47 | $463,348.47 |

| | | | |
|---|---|---|---|
| AlixPartners, LLP<br><br>Financial Advisor to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 2578] | $1,312,704.50 | $0.00 | $1,312,704.50 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-14861-MBK

New Rite Aid, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1
Date Rcvd: Oct 21, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + New Rite Aid, LLC, 200 Newberry Commons, Etters, PA 17319-9363 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025  Signature:  /s/Gustava Winters