| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON OCTOBER 27, 2025 AT 10:00 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
      via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## I. STATUS CONFERENCE

1. The Court will hold a status conference regarding final approval of the Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2287] and confirmation of the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 2286].

## II. CONTESTED MATTERS GOING FORWARD

2. HVP2 LLC Motion to Enforce the Confirmed Plan and for Payment of Administrative Payment [Docket No. 182]

    Responses/Objections

    A. Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 653]

    B. Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 1108]

    C. Debtors' Second Supplement to Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390] [Docket No. 2970]

    **Status:** This matter is going forward with permission of the Court.

3. HVP2 LLC Motion for Payment of Administrative Payment [Docket No. 390]

    Responses/Objections

    A. Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 653]

    B. Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315] [Docket No. 1108]

    C. Debtors' Second Supplement to Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390] [Docket No. 2970]

    **Status:** This matter is going forward with permission of the Court.

4. HVP2 LLC Motion for Payment of Stub Rent and Post Petition Amounts Past Due [Docket No. 1755]

   Related Documents

   A. Supplemental Certification in Further Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees [Docket No. 2445]

   Responses/Objections

   A. Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755] [Docket No. 2389]

   B. Exhibits to Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755] [Docket No. 2391]

   C. Declaration of Debora Diprizito in Response to Supplemental Certification in Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees [Docket No. 2461]

   D. Declaration of Shelby A. Marks in Response to Supplemental Certification in Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees [Docket No. 2462]

   E. Affidavit of Service [D.I. 2465]

   **Status:** This matter is going forward with permission of the Court.

5. Objection of Equity One (Copps Hills) LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc. [Docket No. 2497]

   Related Documents

   A. Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc. [Docket No. 2260]

   B. Notice of Hearing on Objection of Equity One (Copps Hills) LLC to Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc. [Docket No. 2807]

   Responses/Objections

   A. Debtors' and Dollar Tree Stores, Inc.'s Joint Reply in Support of Assignment of Lease for Store #10389 in Ridgefield, Connecticut [Docket No. 2974]

3

  B.  Joint Stipulation of Facts by the Debtors, Dollar Tree Stores, Inc., and Equity One (Copps Hill) LLC [Docket No. 2975]

**Status:** This matter is going forward with permission of the Court.

### III.   <u>ADJOURNED MATTERS NOT GOING FORWARD</u>

6. Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-185993-MBK, Docket No. 5922]

  Related Documents

   A.  Motion for Entry of an Order Authorizing RAD Sub-Trust A to File Under Seal the Motion of Rad Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 5923]

   B.  Notice of Hearing on Motions of RAD Sub-Trust A for Orders: (A) Enforcing the Plan and Confirmation Order Against McKesson Corporation and Granting Related Relief ("Motion to Compel"); and (B) Authorizing RAD Sub-Trust A to File Under Seal the Motion to Compel [Case No. 23-18993-MBK, Docket No. 5929]

  Responses/Objections

   A.  McKesson Corporation's Opposition to Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 6058]

**Status:** This matter has been adjourned to November 24, 2025 at 10:00 a.m. (ET).

[*Remainder of page intentionally left blank*]

Dated: October 24, 2025

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*