

Order Filed on October 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case Number: 25-14861 (MBK) <br><br> (Jointly Administered) |

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**
**PURSUANT TO 11 U.S.C. § 107**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: October 27, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Page | 2
Debtors:            NEW RITE AID, LLC, *et al.*
Case No.            25-14861 (MBK)
Caption of Order:   ORDER CONCERNING REQUEST TO SEAL DOCUMENTS
                    PURSUANT TO 11 U.S.C. § 107

Robert L. LeHane
Jennifer D. Raviele (admitted *pro hac vice*)
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
       jraviele@kelleydrye.com
       cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for Equity One (Copps Hill) LLC*

Page | 3
Debtors:           NEW RITE AID, LLC, *et al.*
Case No.           25-14861 (MBK)
Caption of Order:  ORDER CONCERNING REQUEST TO SEAL DOCUMENTS
                   PURSUANT TO 11 U.S.C. § 107

---

On request of Equity One (Copps Hill) LLC (the "Landlord") to (i) file under seal an unredacted copy of the *Witness and Exhibit List of Equity One (Copps Hill) LLC for Hearing Scheduled for October 20, 2025 at 10:00 A.M. (ET)* (the "Witness and Exhibit List"), which shall remain confidential and not be made available to anyone other than the Court, the Debtors and the United States Trustee; and (ii) file the Witness and Exhibit List with all confidential portions redacted, which has been filed at Docket No. 2897;

And the Court having considered the request and any objection thereto, and the Court having determined that the redactions constitute commercial information pursuant to 11 U.S.C. § 107(b)(1), it is

- ☐ ORDERED that the request is denied and the Witness and Exhibit List shall be deleted from the Court's electronic filing system.

- ☒ ORDERED that the request is granted and that the Landlord is authorized to file (i) the unredacted Witness and Exhibit List under seal; and (ii) the Witness and Exhibit List with all confidential portions redacted.