UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

Case No.:      25-14861 (MBK)

Chapter:              11

Hearing Date:    November 10, 2025

Judge:          Michael B. Kaplan

# ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED OR CONVERTED TO CHAPTER 7

The relief set forth on the following page(s) is ORDERED.

**DATED: October 27, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

For reasons discussed on the record during the hearing on October 27, 2025, it is hereby

ORDERED that all parties shall appear on **November 10, 2025 at 10:00am** to show cause why the Chapter 11 bankruptcy case(s) should not be dismissed or converted to Chapter 7; and it is further

ORDERED that any response or opposition to this Order to Show Cause must be submitted no later than Friday, November 7, 2025 at 4:00pm; and it is further

ORDERED that, unless otherwise ordered by the Court, the hearing on the Order to Show Cause will be conducted remotely via Zoom.  Parties who wish to present remote argument must request panelist status by emailing Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found on the page on the Court website devoted to the New Rite Aid, LLC case: https://www.njb.uscourts.gov/riteaid2.