UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025

In re New Rite Aid LLC, *et al.*[1]

Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)

Client: Official Committee of Unsecured Creditors

Chapter 11

Case Filed: May 5, 2025

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED

*/s/ Brett H. Miller*          *10/27/2025*
BRETT H. MILLER          Date

---

[1]     The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<div style="border:1px solid">

**SECTION I**
**FEE SUMMARY**

</div>

Summary of Amounts Requested for the Period
September 1, 2025 through September 30, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $214,307.50 |
| Disbursement Total | $434.48 |
| Total Fees Plus Disbursements | $214,741.98 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $2,179,581.17 |
| Total Fees and Expenses Allowed to Date | $2,179,581.17 |
| Total Retainer Remaining | n/a |
| Total Holdback | $0.00 |
| Total Received by Applicant | $2,179,581.17 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 6.7 | $1,825.00 | $12,227.50 |
| Todd M. Goren<br>Partner | 2003 | 16.4 | $2,350.00 | $38,540.00 |
| Paul Labov<br>Partner | 2003 | 12.30 | $2,350.00 | $28,905.00 |
| Brett H. Miller<br>Partner | 1992 | 5.00 | $2,500.00 | $12,500.00 |
| Craig A. Damast<br>Counsel | 1992 | 1.2 | $1,650.00 | $1,980.00 |
| Misha Emanoil<br>Associate | 2025 | 13.40 | $825.00 | $11,055.00 |
| Jessica Flynn<br>Associate | 2025 | 8.00 | $825.00 | $6,600.00 |
| Jessica D. Graber<br>Associate | 2022 | 44.90 | $1,325.00 | $59,492.50 |
| Marine Loison<br>Associate | 2024 | 36.30 | $1,025.00 | $37,207.50 |
| William Collins<br>Paralegal | n/a | 12.00 | $380.00 | $4,560.00 |
| Rohan Sasso<br>Paralegal | n/a | 6.5 | $380.00 | $2,470.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (1.2) | | ($1,230.00) |
| **PROFESSIONAL TOTAL** | | 161.5 | | $214,307.50 |

---

[2]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

<div style="border:1px solid">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 12.7 | $8,635.50 |
| Assumption and Rejection of Leases and Contracts (003) | 6.50 | $4,181.00 |
| Avoidance Action Analysis (004) | 0.0 | $0.00 |
| Budgeting (Case) (005) | 0.0 | $0.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 12.5 | $16,499.00 |
| Claims Administration and Objections (008) | 0.7 | $577.50 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 2.4 | $1,962.00 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 1.7 | $3,585.00 |
| Other Litigation (014) | 0.0 | $0.00 |
| Meetings and Communications with Creditors (015) | 17.9 | $30,061.00 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 71.2 | $109,993.00 |
| Real Estate (018) | 0.0 | $0.00 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.0 | $0.00 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 11.3 | $12,753.50 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 0.0 | $0.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 0.0 | $0.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 23.8 | $25,562.50 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 1.2 | $1,230.00 |
| Non-Willkie Retention Applications (037) | 0.0 | $0.00 |
| Willkie Retention Application (038) | 0.8 | $497.50 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (1.2) | ($1,230.00) |
| **SERVICES TOTALS** | 161.5 | $214,307.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Conferencing | $246.00 |
| Local Meals | $41.71 |
| Teleconferencing | $146.77 |
| **DISBURSEMENTS TOTAL** | $434.48 |

> **SECTION IV**
> **CASE HISTORY**

1.        Date cases filed: May 5, 2025.

2.        Chapter under which cases commenced: Chapter 11.

3.        Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

>        If limit on number of hours or other limitations to retention, set forth: n/a.

4.        Summarize in brief the benefits to the estate and attach supplements as needed:[3]

*a.*        The Applicant prepared for and attended various hearings during the Compensation Period, including hearings on the Debtors' various lease/executory contract rejection motions and objections thereto and the Debtors' *Motion for Entry of an Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Approving, in the Alternative, Dismissal of the Debtors' Chapter 11 Cases, (B) Scheduling Certain Dates with Respect Thereto, and (C) Granting Related Relief* [Docket No. 2289] (the "Disclosure Statement Motion").  The Applicant also attended the fee owned property auction.

*b.*        The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.  The Applicant reviewed, analyzed, and commented on the Debtors' Disclosure Statement Motion and exhibits related thereto and draft proposed order confirming the Debtors' chapter 11 plan and disclosure statement.  The Applicant also addressed numerous inbound inquiries from creditors regarding the same and worked to resolve related disputes.

*c.*        The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors regarding the same and worked to resolve related disputes.

*d.*        The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

---

[3]        The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

     e.    The Applicant engaged in negotiations with the Debtors and DIP lenders regarding the Debtors' *Amended Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 2536].

     f.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

    5.    This is the Applicant's fourth monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

8

## Exhibit A

**Retention Order**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of
Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.    In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code,

Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain

and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on

the terms set forth in the Application and Miller Declaration, as may be modified herein, including

to perform the services set forth below:

a) advising the Committee in connection with its powers and duties under the
Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b) assisting and advising the Committee relative to the administration of these Chapter
11 Cases;

c) attending meetings and negotiating with the representatives of the Debtors and
other parties in interest;

d) assisting and advising the Committee in its examination and analysis of the conduct
of the Debtors' affairs;

e) assisting and advising the Committee in connection with any sale of the Debtors'
assets pursuant to section 363 of the Bankruptcy Code;

f) assisting the Committee in the review, analysis, and negotiation of any chapter 11
plan(s) of reorganization or liquidation that may be filed and assisting the
Committee in the review, analysis, and negotiation of the disclosure statement
accompanying any such plan(s);

g) taking all necessary actions to protect and preserve the interests of the Committee,
including: (i) possible prosecution of actions on its behalf;
(ii) if appropriate, negotiations concerning all litigation in which the Debtors are
involved; and (iii) if appropriate, the review and analysis of claims filed against the
Debtors' estates;

h) generally preparing on behalf of the Committee all necessary motions, applications,
answers, orders, reports, replies, responses, and papers in support of positions taken
by the Committee;

i) appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee,
and protecting the interests of the Committee before those courts and before the
U.S. Trustee; and

j) performing all other necessary legal services in these Chapter 11 Cases.

3.     Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.     Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.     Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.     Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.     Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.     Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

9.     Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit B

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12528977
Client/Matter No. 136121.00001
October 27, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through September 30, 2025 as set out in the
attached detail

| | | |
|---|---|---:|
| Asset Disposition | $ | 8,635.50 |
| Assumption and Rejection of Leases and Contracts | | 4,181.00 |
| Case Administration | | 16,499.00 |
| Claims Administration and Objections | | 577.50 |
| Non-Willkie Fee Statements & Applications | | 1,962.00 |
| Financing and Cash Collateral | | 3,585.00 |
| Meetings and Communications with Creditors | | 30,061.00 |
| Plan and Disclosure Statement | | 109,993.00 |
| Hearings | | 12,753.50 |
| Willkie Fee Statements and Applications | | 25,562.50 |
| Willkie Retention Application | | 497.50 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

New Rite Aid Official Committee of Unsecured Creditors                      Page  2
New Rite Aid Bankruptcy
Invoice No. 12528977
Client/Matter No. 136121.00001

Disbursements and Other Charges                                              434.48

**Total this Invoice**                              $      214,741.98

New Rite Aid Official Committee of Unsecured Creditors                                   Page 3
Invoice No. 12528977
Client/Matter No. 136121.00001

**New Rite Aid Bankruptcy**

**Asset Disposition**

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/2/25 | W C | Review/analyze sale agreement orders. | | 0.70 | 266.00 |
| 9/2/25 | M E | Review/analyze landlord objection to successful bidder notice (.4); corr. with M. Loison (.1), Willkie team (.1) re: same. | | 0.60 | 495.00 |
| 9/3/25 | W C | Review/analyze sale agreement orders. | | 1.90 | 722.00 |
| 9/4/25 | M L | Review/analyze landlord objections to rejection notices. | | 0.20 | 205.00 |
| 9/4/25 | M E | Review/analyze Debtors' motion to compel performance under sale agreement, landlord objection to successful bidder notice (.3); corr. with M. Loison re: same (.1). | | 0.40 | 330.00 |
| 9/4/25 | W C | Review/analyze pleadings re: sale agreement orders. | | 1.50 | 570.00 |
| 9/5/25 | M L | Corr. with M. Emanoil re: landlord objections. | | 0.10 | 102.50 |
| 9/8/25 | M E | Review/analyze SVAP III surreply (.2); corr. with Willkie team re: same (.1) | | 0.30 | 247.50 |
| 9/9/25 | J G | Attend auction (.1) re: fee owned properties (partial); corr. with Willkie team re: same (.2); corr. with Committee re: same (.2) | | 0.50 | 662.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  4
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/9/25 | M E | Attend fee owned properties auction (.3); corr. with J. Graber re: same (.1); review/analyze Debtors' objection to HVP2 motion (.2); corr. with Willkie team re: same (.1). | | 0.70 | 577.50 |
| 9/9/25 | W C | Review/analyze Dollar Tree assumption agreement order. | | 0.20 | 76.00 |
| 9/11/25 | W C | Review/analyze AmeriServ supplemental objection to assumption and assignment notice (.1); review/analyze appearance notices (.2); review/analyze sale agreement orders (.2). | | 0.50 | 190.00 |
| 9/12/25 | W C | Review/analyze sale agreement orders. | | 0.30 | 114.00 |
| 9/13/25 | J F | Review/analyze supplement to Debtors' reply to Universal Objection to replacement of successful bidder for store 5736 (.6); corr. with Willkie team re: same (.3). | | 0.90 | 742.50 |
| 9/16/25 | J F | Review/analyze new sale order for store 6102 (.4) and order vacating previous sale order re: same (.2); corr. with Willkie team re: same (.2). | | 0.80 | 660.00 |
| 9/16/25 | W C | Review/analyze objections to cure amount (.4); review/analyze 636 LLC sale agreement order (.1). | | 0.50 | 190.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 5
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 9/16/25 | J F | Review/analyze Debtors' designation of record in CVS appeal (.2); corr. with Willkie team re: same (.1). | | 0.30 | 247.50 |
| 9/18/25 | M L | Review/analyze bid deadline and notice, landlord objections to assumption and assignment agreements, and Judge Kaplan written ruling re: same (.9); corr. with J. Graber re: same (.1); corr. with Willkie team re: same (.3). | | 1.30 | 1,332.50 |
| 9/19/25 | M L | Review/analyze McKesson Supply Agreement. | | 0.30 | 307.50 |
| 9/25/25 | M E | Review/analyze stipulation with 508 Monroe (.3); corr. with M. Loison re: same (.1). | | 0.40 | 330.00 |
| 9/30/25 | M E | Review/analyze notice of auction re: leases (.1); corr. with Willkie team, UCC re: same (.1). | | 0.20 | 165.00 |
| 9/30/25 | M L | Corr. with M. Emanoil re: notice of successful bidder. | | 0.10 | 102.50 |
| | **Subtotal - Asset Disposition** | | | **12.70** | **8,635.50** |

### Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 9/3/25 | M E | Review/analyze landlord objection to rejection notice (.2); corr. with M. Loison re: same (.1). | | 0.30 | 247.50 |
| 9/3/25 | W C | Review/analyze assumption and assignment notices. | | 0.10 | 38.00 |

New Rite Aid Official Committee of Unsecured Creditors                                          Page 6
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|------|-----------|-------------|-----|-------|--------|
| 9/4/25 | M E | Review/analyze landlord objections to assumption/rejection, Ross reply to SVAP III objection (.7); corr. with Willkie team re: same (.2). | | 0.90 | 742.50 |
| 9/5/25 | M E | Review/analyze Debtors' reply to SVAP objection (.3), landlord objections to rejection notices (.1); corr. with Willkie team re: same (.1). | | 0.50 | 412.50 |
| 9/5/25 | W C | Review/analyze lease rejection orders. | | 0.30 | 114.00 |
| 9/8/25 | W C | Review/analyze lease rejection notices. | | 0.30 | 114.00 |
| 9/12/25 | M E | Review/analyze Universal objection, Debtors' reply to same (.5); corr. with J. Graber re: same (.1). | | 0.60 | 495.00 |
| 9/15/25 | W C | Review/analyze sale agreement orders (.2); review/analyze lease termination agreement orders (.1). | | 0.30 | 114.00 |
| 9/16/25 | J F | Review/analyze notice of proposed lease assumption and assignment filed 9/17 (.3); corr. with Willkie team re: same (.2). | | 0.50 | 412.50 |
| 9/17/25 | W C | Review/analyze lease rejection orders. | | 0.30 | 114.00 |
| 9/18/25 | W C | Review/analyze lease rejection orders. | | 0.20 | 76.00 |
| 9/19/25 | W C | Review/analyze lease rejection orders. | | 0.50 | 190.00 |

New Rite Aid Official Committee of Unsecured Creditors                                Page 7
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/22/25 | W C | Review/analyze lease assumption orders. | | 0.40 | 152.00 |
| 9/23/25 | M E | Corr. with M. Loison (.7), Willkie team (.1) re: Debtors' objection to Stonebrier motion for administrative expenses. | | 0.80 | 660.00 |
| 9/25/25 | M L | Review/analyze stipulation between Debtors and landlord 508 Monroe Turnpike LLC. | | 0.10 | 102.50 |
| 9/26/25 | W C | Review/analyze Murray Ave Market, LLC lease assumption order. | | 0.20 | 76.00 |
| 9/29/25 | W C | Review/analyze thirty-ninth lease rejection notice. | | 0.10 | 38.00 |
| 9/30/25 | M E | Corr. with M. Loison re: hearing on objections to rejection. | | 0.10 | 82.50 |
| | **Subtotal - Assumption and Rejection of Leases and Contracts** | | | **6.50** | **4,181.00** |

## Case Administration

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/3/25 | M L | Review/analyze AlixPartners materials for Committee meeting (.3); attend meeting with Debtors re: plan process (.2). | | 0.50 | 512.50 |
| 9/3/25 | R S | Attend weekly meeting w/ Debtors' professionals re: plan process and exit strategy. | | 0.20 | 76.00 |

New Rite Aid Official Committee of Unsecured Creditors                                       Page 8
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/3/25 | M E | Draft agenda for 9/4 UCC meeting (.3); corr. with J. Graber, M. Loison re: same (.1). | | 0.40 | 330.00 |
| 9/3/25 | J G | Prepare for (.2) and attend meeting with debtors professionals and UCC professionals re: plan/disclosure statement (.2). | | 0.40 | 530.00 |
| 9/3/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan. | | 0.20 | 165.00 |
| 9/8/25 | W C | Review/analyze appearance notices. | | 0.10 | 38.00 |
| 9/10/25 | M L | Review/analyze weekly UCC meeting agenda (.2); attend meeting with Debtors re: plan process, dismissal order (.8). | | 1.00 | 1,025.00 |
| 9/10/25 | P L | Attend advisors' call re: plan process, dismissal order (.8); attend follow up meeting with Willkie team re: same (.5). | | 1.30 | 3,055.00 |
| 9/10/25 | J G | Prepare for (.3), attend and participate in Debtors professionals and UCC professionals meeting re: plan negotiations (.8); corr. with UCC professionals re: same (.4). | | 1.50 | 1,987.50 |
| 9/10/25 | JHB | Attend weekly meeting with Debtors' professionals re: plan process, dismissal order. | | 0.80 | 1,460.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 9
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/17/25 | M L | Attend meeting with Debtors re: plan process, exit strategy (.5); review/analyze agenda for weekly committee meeting (.1). | | 0.60 | 615.00 |
| 9/17/25 | J F | Draft agenda for 9/18 UCC meeting (.9); corr. with J. Graber and M. Loison re: same (.4). | | 1.30 | 1,072.50 |
| 9/17/25 | J G | Prepare for (2.) attend and participate (.5) in meeting with Debtors professionals and UCC professionals re: plan negotiations, dismissal, and strategic alternatives re: same; review/analyze materials re: claims voting summary/administrative claims procedures (.4); corr. with UCC professionals re: same (.2). | | 1.30 | 1,722.50 |
| 9/17/25 | R S | Attend weekly meeting w/ Debtors professionals re: 9/19 hearing, dismissal motion. | | 0.50 | 190.00 |
| 9/17/25 | JHB | Attend weekly update call with Debtors professionals re: plan process, exit strategy. | | 0.50 | 912.50 |
| 9/24/25 | P L | Attend weekly check in with Debtors' counsel. | | 0.40 | 940.00 |
| 9/24/25 | M L | Attend meeting with Debtors re: exit strategy (.3); corr. with M. Emanoil re: Committee agenda (.1). | | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 10
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/24/25 | M E | Draft agenda for 9/25 UCC meeting (.2); corr. with J. Graber, M. Loison re: same (.1). | | 0.30 | 247.50 |
| 9/24/25 | JHB | Attend weekly update call with Debtors professionals re: plan process and exit strategy. | | 0.30 | 547.50 |
| 9/24/25 | J G | Attend and participate in meeting with Debtors professionals and UCC professionals re: ongoing negotiations re: plan/disclosure statement (.3); corr. with UCC professionals re: same (.2). | | 0.50 | 662.50 |
| | | **Subtotal - Case Administration** | | **12.50** | **16,499.00** |

## Claims Administration and Objections

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/30/25 | M E | Review/analyze Red Eagle motion for payment of administrative claims, Reyes claims stipulation (.5); corr. with M. Loison (.1), Willkie team (.1) re: same. | | 0.70 | 577.50 |
| | | **Subtotal - Claims Administration and Objections** | | **0.70** | **577.50** |

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/3/25 | M L | Corr. with M. Emanoil re: Paul Weiss monthly fee statement. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                                    Page  11
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/4/25 | M E | Corr. with Willkie team re: Cole Schotz July fee statement. | | 0.20 | 165.00 |
| 9/16/25 | M L | Review/analyze AlixPartners monthly fee application. | | 0.30 | 307.50 |
| 9/23/25 | M E | Review/analyze Paul Weiss fee statements (.1); corr. with Willkie team re: same (.2). | | 0.30 | 247.50 |
| 9/23/25 | W C | Corr. with Willkie team re: monthly fee statements. | | 0.20 | 76.00 |
| 9/24/25 | M L | Corr. with AlixPartners team re: August monthly fee statement. | | 0.10 | 102.50 |
| 9/25/25 | M L | Review/analyze AlixPartners interim fee application. | | 0.20 | 205.00 |
| 9/25/25 | W C | Review/analyze Kroll Restructuring Administration LLC combined fee statement. | | 0.20 | 76.00 |
| 9/26/25 | M E | Corr. with Willkie team re: Cole Schotz August fee statement (.3); review/analyze Debtors' professionals interim fee applications (.3); corr. with M. Loison re: same (.1). | | 0.70 | 577.50 |
| | | **Subtotal - Non-Willkie Fee Statements & Applications** | | **2.40** | **1,962.00** |

## Financing and Cash Collateral

New Rite Aid Official Committee of Unsecured Creditors                    Page 12
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/2/25 | T G | Review/analyze updated draft DIP order (.3); correspondence w/ Paul Weiss and Willkie team re: same (.4). | | 0.70 | 1,645.00 |
| 9/2/25 | J G | Attention to revised DIP order (.2); continuous corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 9/3/25 | T G | Correspondence w/ Paul Weiss and AlixPartners re: revised DIP Order. | | 0.40 | 940.00 |
| 9/5/25 | T G | Correspondence w/ M. Gates (AlixPartners) re: UCC financial reporting. | | 0.20 | 470.00 |
| | | **Subtotal - Financing and Cash Collateral** | | **1.70** | **3,585.00** |

## Meetings and Communications with Creditors

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/2/25 | T G | Correspondence w/ UCC members re updated draft plan | | 0.40 | 940.00 |
| 9/3/25 | T G | Call w/ S Lieberman (Pryor Cashman) re: plan (.4); call w/ UCC professionals re: same (.2); review/revise agenda for UCC call (.1). | | 0.70 | 1,645.00 |
| 9/3/25 | M L | Attend meeting with UCC professionals re: plan process. | | 0.10 | 102.50 |
| 9/3/25 | M E | Corr. with UCC re: 9/4 UCCmeeting. | | 0.10 | 82.50 |
| 9/3/25 | J G | Attend meeting with UCC professionals re: plan/disclosure statement. | | 0.10 | 132.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  13
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/4/25 | M L | Attend UCC meeting re: extension to exclusivity, plan process and timeline (.2); corr. with Honigman Miller re: distributions (.2). | | 0.20 | 205.00 |
| 9/4/25 | M L | Review/analyze August billing details (.2); corr. with Honigman Miller re: distributions (.2). | | 1.60 | 1,640.00 |
| 9/4/25 | T G | Prepare for (.3) and participate on (.2) Committee call re: plan update; review/analyze AlixPartners materials for call (.3); correspondence w/ UCC members re Plan comments (.4). | | 1.20 | 2,820.00 |
| 9/4/25 | J G | Prepare for (.2) and attend (.2) UCC meeting re: plan/disclosure statement, upcoming hearing, and open inquiries re: same; corr. with Willkie team re: same (.3). | | 0.70 | 927.50 |
| 9/4/25 | M E | Prepare for (.1) and attend (.2) meeting with UCC, UCC professionals re: plan and disclosure statement. | | 0.30 | 247.50 |
| 9/4/25 | B M | Participate in the UCC meeting to discuss the sale process and plan option (.2); call with A. Eaton (Paul Weiss) regarding open UCC issues (.3); call with I. Gold regarding lessor issues (.4). | | 0.90 | 2,250.00 |
| 9/4/25 | P L | Attend UCC meeting re: exit strategy and plan process. | | 0.30 | 705.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 14
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/5/25 | T G | Correspondence w/ UCC members re: Plan/disclosure statement comments. | | 0.20 | 470.00 |
| 9/8/25 | T G | Correspondence w/ PBGC re: disclosure statement comments. | | 0.20 | 470.00 |
| 9/8/25 | JHB | Correspondence with J. Graber re: 1970 Group question. | | 0.10 | 182.50 |
| 9/10/25 | M L | Attend meeting with UCC professionals re: administrative creditors. | | 0.20 | 205.00 |
| 9/10/25 | JHB | Call with I. Gold re: landlord issues. | | 0.10 | 182.50 |
| 9/10/25 | J G | Corr. with I. Gold re: outstanding creditor issues (.5); corr. with Willkie team re: same (.3). | | 0.80 | 1,060.00 |
| 9/10/25 | JHB | Attend weekly call with Committee professionals re: plan process, dismissal order. | | 0.20 | 365.00 |
| 9/11/25 | M L | Attend meeting with UCC re: plan process and sale update. | | 0.20 | 205.00 |
| 9/11/25 | T G | Prepare for (.2) and participate on (.2) UCC call re: plan process and exit strategy; review/analyze Alix materials for call (.3). | | 0.70 | 1,645.00 |
| 9/11/25 | JHB | Prepare for (.1) and attend (.2) weekly committee meeting re: exit strategy and plan. | | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                      Page  15
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/11/25 | J G | Prepare for (.2) and attend and participate (.2) in meeting with UCC re: plan updates, dismissal order, upcoming hearings; corr. with Willkie team re: same (.2). | | 0.60 | 795.00 |
| 9/11/25 | B M | Participate in the UCC meeting to discuss the sale process and plan option. | | 0.20 | 500.00 |
| 9/11/25 | M E | Prepare for (.1) and attend (.2) UCC meeting re: plan process update; corr. with Willkie team re: same (.1). | | 0.40 | 330.00 |
| 9/15/25 | T G | Correspondence w/ UCC member re: Plan/Dismissal questions. | | 0.30 | 705.00 |
| 9/16/25 | J F | Corr. with UCC members re: 9/16 omnibus hearing recap. | | 0.40 | 330.00 |
| 9/17/25 | M L | Attend meeting with UCC professionals re: Committee meeting, plan process. | | 0.20 | 205.00 |
| 9/17/25 | J F | Corr. with UCC members re: 9/18 UCC meeting. | | 0.30 | 247.50 |
| 9/17/25 | R S | Attend weekly meeting w/ UCC professionals re: 9/19 hearing, structured dismissal. | | 0.20 | 76.00 |
| 9/17/25 | J G | Review/revise agenda for upcoming UCC meeting (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 9/17/25 | JHB | Attend weekly update call with Committee professionals re: plan process, exit strategy. | | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                                                    Page 16
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | M L | Attend meeting with UCC re: plan process update, update on administrative claims procedures, report. | | 0.20 | 205.00 |
| 9/18/25 | JHB | Prepare for (.2) and attend (.2) weekly committee meeting re: ongoing plan negotiations, case timeline. | | 0.40 | 730.00 |
| 9/18/25 | J G | Prepare for (.2) and attend (.2) meeting with UCC members re: ongoing plan negotiations, case timeline re: same; corr. with Willkie team re: same (.2). | | 0.60 | 795.00 |
| 9/18/25 | T G | Prepare for (.2) and participate (.2) on UCC call re: status of plan and disclosure statement hearing and follow-up call with B. Miller re same (.2). | | 0.60 | 1,410.00 |
| 9/18/25 | B M | Participate on the UCC meeting to discuss the sale process and plan process. | | 0.20 | 500.00 |
| 9/24/25 | M L | Attend meeting with UCC professionals re: exit strategy (partial). | | 0.10 | 102.50 |
| 9/24/25 | JHB | Attend call with Committee professionals re: plan process and exit strategy. | | 0.20 | 365.00 |
| 9/24/25 | P L | Attend Committee professional call re: exit strategy (.2); corr. with Willkie team re: same (.1). | | 0.30 | 705.00 |
| 9/25/25 | B M | Participate on the UCC meeting to discuss exit strategy and plan process. | | 0.20 | 500.00 |

New Rite Aid Official Committee of Unsecured Creditors                      Page  17
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/25/25 | M L | Prepare for (.1) and attend (.2) UCC meeting re: plan process update. | | 0.30 | 307.50 |
| 9/25/25 | T G | Prepare for (.2) and participate on (.2) Committee call re: status of Plan. | | 0.40 | 940.00 |
| 9/25/25 | M E | Prepare for (.1) and attend (.2) meeting with UCC re: plan process update. | | 0.30 | 247.50 |
| 9/25/25 | P L | Prepare for (.1) and attend Committee call re: exit strategy and plan process (.2). | | 0.30 | 705.00 |
| 9/25/25 | J G | Meeting with UCC re: plan negotiations, confirmation, ongoing negotiations with parties in interest (.2); corr. with Willkie team re: same (.2). | | 0.30 | 397.50 |
| 9/26/25 | JHB | Corr. with Willkie team re: update email to Committee re: toggle notice. | | 0.10 | 182.50 |
| 9/30/25 | M L | Corr. with Willkie team (.1) and UCC (.2) re: notice of adjournment of confirmation hearing. | | 0.30 | 307.50 |
| 9/30/25 | JHB | Correspondence with M. Loison re: creditor response re: insurance claim. | | 0.20 | 365.00 |
| **Subtotal - Meetings and Communications with Creditors** | | | | **17.90** | **30,061.00** |

## Plan and Disclosure Statement

New Rite Aid Official Committee of Unsecured Creditors                                    Page 18
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/2/25 | M L | Review/analyze revised Plan. | | 0.90 | 922.50 |
| 9/2/25 | T G | Review/analyze updated draft plan (.6) and correspondence w/ Willkie team re: same (.3). | | 0.90 | 2,115.00 |
| 9/2/25 | JHB | Review/analyze Paul Weiss comments to plan of reorganization (.8) and correspondence with J. Graber re: same (.1). | | 0.90 | 1,642.50 |
| 9/2/25 | J G | Review/revise plan (2.2); corr. with Willkie team re: same (1.4); corr. with Paul Weiss re: same (.4). | | 4.00 | 5,300.00 |
| 9/2/25 | J G | Review/analyze motion to extend exclusive period (.2); corr. with Willkie team re: same (.2). | | 0.40 | 530.00 |
| 9/3/25 | T G | Review/revise updated drafts of Plan (.6), disclosure statement (.7) and disclosure statement Order (.4); correspondence w/ Willkie team re: same (.4); call (.2)/correspondence (.3) w/ Debtors' professionals re: plan. | | 2.60 | 6,110.00 |
| 9/3/25 | M L | Review/analyze revised disclosure statement exhibits (1.3); corr. with Paul, Weiss team re: same (.1); corr. with J. Graber re: same x2 (.3); revise disclosure statement order (.4); review/analyze revised disclosure statement (1.6). | | 3.70 | 3,792.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  19
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/3/25 | JHB | Corr. with Willkie team re: review of Disclosure Statement and exhibits. | | 0.50 | 912.50 |
| 9/3/25 | J G | Review/analyze plan, disclosure statement, disclosure statement motion and order, and related exhibits (5); continuous corr. with Willkie team and UCC advisors re: same (1.2). | | 6.20 | 8,215.00 |
| 9/3/25 | P L | Internal discussion regarding indenture trustee fees and plan. | | 1.20 | 2,820.00 |
| 9/3/25 | B M | Call with Paul Weiss to discuss the plan negotiations and administrative claims motion (.5); prepare memorandum regarding open issues for the plan (.4); call with M. Brandzberg (Klehr Harrison) regarding plan issues (.3). | | 1.20 | 3,000.00 |
| 9/3/25 | M E | Attend meeting with UCC professionals re: plan process and exit strategy. | | 0.10 | 82.50 |
| 9/4/25 | M L | Corr. with PBGC team re: disclosure statement. | | 0.10 | 102.50 |
| 9/4/25 | J G | Attention to plan and disclosure statement terms (.6); corr. with creditors committee re: same (.1); corr. with M. Gates (AlixPartners) re: creditor inquiries (.1). | | 0.80 | 1,060.00 |
| 9/4/25 | M E | Review/analyze disclosure statement re: plan time line (.4); corr. with T. Goren (.1), Willkie team (.2) re: same. | | 0.70 | 577.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 20
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/4/25 | T G | Review and analyze updated plan documents (.9) and correspondence w/ Willkie team re same (.2). | | 1.10 | 2,585.00 |
| 9/5/25 | P L | Review/analyze case closing options (.6) and corr. With Willkie team regarding same (.1). | | 0.70 | 1,645.00 |
| 9/9/25 | J G | Review/analyze dismissal order (.4); review/analyze precedent of same (.4). | | 0.40 | 530.00 |
| 9/10/25 | M L | Review/analyze dismissal order (.4); review/analyze precedent of same (.4). | | 0.80 | 820.00 |
| 9/10/25 | T G | Call w/ Debtors' professionals re: plan status update (.8) and follow-up discussion w/ UCC advisors re: same (.2); review/revise dismissal order (.4); correspondence w/ Willkie team re: disclosure statement hearing (.2). | | 1.60 | 3,760.00 |
| 9/10/25 | J G | Review and revise dismissal order and precedent re: same (1.9); continuous corr. with Willkie team re: same (.5) | | 2.40 | 3,180.00 |
| 9/10/25 | B M | Call with Paul Weiss to discuss the plan negotiations and administrative claims motion (.5); prepare memorandum regarding open issues for the plan (.4). | | 0.90 | 2,250.00 |
| 9/10/25 | R S | Assist w/ attorney research re: dismissal orders. | | 1.20 | 456.00 |
| 9/11/25 | M L | Review/analyze dismissal order precedent. | | 0.70 | 717.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 21
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/11/25 | T G | Review/analyze updated structured dismissal order (.4) and correspondence w/ Willkie team re: same (.4). | | 0.80 | 1,880.00 |
| 9/11/25 | P L | Review/analyze order dismissing case (1.0) and corr. with Willkie team regarding same (.3). | | 1.30 | 3,055.00 |
| 9/11/25 | P L | Conference with Willkie team regarding open issues on case exit and status of plan discussions. | | 0.90 | 2,115.00 |
| 9/11/25 | J G | Review/analyze UST objection to plan/disclosure statement (.6); corr. with M. Emanoil re: same (.2); corr. with Willkie team re: same (.2). | | 1.00 | 1,325.00 |
| 9/11/25 | J G | Review/revise dismissal order (2.4); continuous corr. with Willkie team re: same (.7). | | 3.10 | 4,107.50 |
| 9/11/25 | R S | Assist w/ research re: case dismissal orders. | | 1.20 | 456.00 |
| 9/11/25 | M E | Review/analyze US Trustee objection to disclosure statement motion. | | 0.50 | 412.50 |
| 9/12/25 | T G | Call w/ Paul Weiss re: plan status/negotiations update (.3); follow-up discussion w/ Willkie team re: same (.3). | | 0.60 | 1,410.00 |
| 9/12/25 | JHB | Attend update call with Paul Weiss team re: and plan process. | | 0.30 | 547.50 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 22
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/12/25 | J G | Continuous corr. with Willkie team re: dismissal order (.7); review/revise same (.6); corr. with Paul Weiss team re: same (.2); prepare for (.2), attend and participate on (.3) call with Paul Weiss and Willkie team re: plan discussions, dismissal order, and case administration re: same. | | 2.00 | 2,650.00 |
| 9/15/25 | T G | Review/revise updated structured dismissal order (.4) and correspondence (.3)/call (.1) w/ Willkie team re: same (.4); correspondence w/ Paul Weiss and team re: disclosure statement hearing (.2). | | 1.00 | 2,350.00 |
| 9/15/25 | JHB | Correspondence (.3) and call (.2) with J. Graber re: Dismissal order issues. | | 0.50 | 912.50 |
| 9/15/25 | J F | Corr. with R. Sasso re: disclosure statement hearing materials (.2); corr. with UCC professionals re: 9/16 omnibus hearing (.2). | | 0.40 | 330.00 |
| 9/15/25 | J G | Review/revise plan and disclosure statement edits (.3); review/revise dismissal order (1); corr. with Willkie team re: same (.3); review/analyze inquiries from committee members re: same (.2); corr. with Willkie team re: same (.2). | | 2.00 | 2,650.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page 23
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/15/25 | P L | Corr. with Willkie team re: wind-down budget (1.1); review/analyze structured dismissal order (1.2); corr. with Willkie team re: same (.2); corr. with Willkie team re: facilation of Sub Trust A and Sub Trust B concerns (.6). | | 3.10 | 7,285.00 |
| 9/16/25 | P L | Conference with Debtors' counsel re: plan process and exit strategy (.4) and conference with Willkie team re same (.4). | | 0.80 | 1,880.00 |
| 9/17/25 | B M | Call with Paul Weiss to discuss the plan negotiations and administrative claims motion (.4); prepare memorandum regarding open issues for the plan (.3). | | 0.70 | 1,750.00 |
| 9/18/25 | M L | Corr. with J. Graber re: confirmation hearing transcript precedent. | | 1.30 | 1,332.50 |
| 9/18/25 | J G | Review /analyze final disclosure statement and related exhibits (.5); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 9/19/25 | JHB | Correspondence with J. Graber re: plan comments. | | 0.20 | 365.00 |
| 9/19/25 | J F | Review/analyze solicitation versions of plan (.6) and disclosure statement (.8). | | 1.40 | 1,155.00 |
| 9/19/25 | J G | Review/analyze plan solicitation version (.5); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 24
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/22/25 | M E | Corr. with J. Graber re: plan (.2); review/analyze plan redline (.2); corr. with Willkie team re: confirmation/dismissal timeline (.2). | | 0.60 | 495.00 |
| 9/24/25 | B M | Call with Paul Weiss to discuss the plan negotiations and administrative claims motion (.4); prepare memorandum regarding open issues for the plan (.3). | | 0.70 | 1,750.00 |
| 9/24/25 | T G | Update call w/ Debtors re Plan status (.4) and follow-up discussion w/ UCC advisors re same (.2). | | 0.60 | 1,410.00 |
| 9/24/25 | M E | Attend call with Debtors' professionals, UCC professionals re: plan process (.3); attend call with UCC professionals re: same (.1) | | 0.40 | 330.00 |
| 9/26/25 | M L | Corr. with Willkie team re: toggle notice. | | 0.30 | 307.50 |
| 9/26/25 | P L | Internal discussion regarding confirmation order and next steps. | | 0.70 | 1,645.00 |
| 9/26/25 | T G | Review/analyze draft toggle notice and correspondence w/ Willkie team re: same. | | 0.40 | 940.00 |
| 9/26/25 | M E | Corr. with M. Loison, Willkie team re: toggle notice deadline. | | 0.20 | 165.00 |
| 9/28/25 | JHB | Review/analyze confirmation Order (.3); corr. with M. Loison re: same (.3). | | 0.60 | 1,095.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 25
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/28/25 | M L | Review/comment on confirmation order. | | 3.40 | 3,485.00 |
| 9/29/25 | M L | Revise confirmation order. | | 0.80 | 820.00 |
| 9/30/25 | M E | Corr. with M. Loison re: filing deadlines, confirmation hearing adjournment. | | 0.30 | 247.50 |
| 9/30/25 | M L | Review/analyze schedule of retained causes of action, schedule of assumed contract, and the data retention plan (1.3); review/analyze plan re: insurance policies and claims (1.6). | | 2.90 | 2,972.50 |
| 9/30/25 | P L | Review open issues on plan process. | | 0.40 | 940.00 |
| 9/30/25 | JHB | Corr. with M. Loison re: confirmation order markup. | | 0.20 | 365.00 |
| 9/30/25 | W C | Review/analyze order extending exclusive periods. | | 0.20 | 76.00 |
| **Subtotal - Plan and Disclosure Statement** | | | | **71.20** | **109,993.00** |

## Hearings

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 9/3/25 | M E | Corr. with M. Loison re: 9/16 hearing re: administrative claims motions. | | 0.20 | 165.00 |
| 9/4/25 | M L | Corr. with J. Graber re: CVS hearing. | | 0.10 | 102.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 26
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/10/25 | M E | Corr. with Willkie team re: motions to be heard at 9/16 hearing re: administrative claims motions. | | 0.50 | 412.50 |
| 9/15/25 | J G | Corr. with UCC re adjourned hearing (.1); corr. with Paul Weiss re: same (.1); analyze agenda for upcoming hearing (2.); corr. with Willkie team and UCC re: same (.2); corr. with P. Labov re: same (.2). | | 0.80 | 1,060.00 |
| 9/16/25 | M L | Prepare for (.3) and attend (.4) hearing re: HVP2 motions. | | 0.70 | 717.50 |
| 9/16/25 | W C | Prepare eBinder for 9/16 hearing re: administrative claims motions. | | 0.50 | 190.00 |
| 9/16/25 | J F | Corr. with R. Sasso re: materials for 9/16 omnibus hearing (.7); attend hearing re: administrative claims motions (.4); corr. with J. Graber re: same (.4). | | 1.50 | 1,237.50 |
| 9/16/25 | J G | Prepare for (.3) and attend hearing re: administrative claims motions (.4); corr. with Willkie team re: same (.1); corr. with UCC re: same (.2). | | 1.00 | 1,325.00 |
| 9/16/25 | R S | Assist w/ Willkie team preparation for 9/16 hearing re: administrative claims motions. | | 1.20 | 456.00 |
| 9/18/25 | J F | Corr. with R. Sasso and W. Collins re: materials for 9/19 hearing re: disclosure statement hearing. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 27
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/18/25 | J G | Prepare for disclosure statement hearing (1); corr. with M. Loison re: same (.3). | | 1.30 | 1,722.50 |
| 9/19/25 | M L | Prepare documents for disclosure statement hearing (.2); attend disclosure statement hearing (.5); draft summary of same for Committee (.3). | | 1.00 | 1,025.00 |
| 9/19/25 | J G | Prepare for (.5) and attend disclosure statement hearing (.5); corr. with Willkie team and Committee re: same (.2). | | 1.20 | 1,590.00 |
| 9/19/25 | T G | Attend in disclosure statement hearing. | | 0.50 | 1,175.00 |
| 9/19/25 | P L | Attend hearing on conditional approval of disclosure statement. | | 0.60 | 1,410.00 |
| | **Subtotal - Hearings** | | | **11.30** | **12,753.50** |

## Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/2/25 | R S | Corr. w/ Willkie team re: interim fee applications. | | 0.90 | 342.00 |
| 9/2/25 | W C | Corr. w/ M. Loison re: Willkie first interim fee application deadline (.1); assist M. Loison w/ research re: same (2.1). | | 2.20 | 836.00 |
| 9/3/25 | M E | Corr. with M. Loison (.1), Willkie team (.1) re: Paul Weiss June fee Statement. | | 0.20 | 165.00 |
| 9/8/25 | J G | Review/revise Willkie August fee statement. | | 0.50 | 662.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 28
Invoice No. 12528977
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 9/9/25 | M L | Draft Willkie August monthly fee statement (.5); review/analyze certificate of no objection (.2). | | 0.70 | 717.50 |
| 9/10/25 | M L | Revise Willkie August monthly fee statement. | | 0.30 | 307.50 |
| 9/11/25 | J G | Review/revise fee statement. | | 1.40 | 1,855.00 |
| 9/15/25 | J G | Review/revise Willkie monthly fee statement. | | 2.00 | 2,650.00 |
| 9/16/25 | M L | Corr. with Sills team re: interim fee application (.1); draft Willkie's first interim fee application (1.3). | | 1.40 | 1,435.00 |
| 9/16/25 | M L | Review/analyze August fee application. | | 1.00 | 1,025.00 |
| 9/16/25 | J G | Corr. with M. Loison re: monthly and interim fee statements (.2); attention to same (.4). | | 0.60 | 795.00 |
| 9/17/25 | J G | Review and revise interim fee application (2.1); corr. with M. Loison re: same (.2). | | 2.30 | 3,047.50 |
| 9/18/25 | M L | Corr. with J. Graber re: Willkie August monthly fee statement. | | 0.10 | 102.50 |
| 9/18/25 | R S | Assist w/ attorney research re: committee professional interim fee applications. | | 0.50 | 190.00 |
| 9/19/25 | M L | Draft Willkie monthly fee statement. | | 0.50 | 512.50 |
| 9/20/25 | M L | Draft Willkie interim fee application. | | 0.30 | 307.50 |
| 9/21/25 | M L | Draft Willkie interim fee application. | | 1.60 | 1,640.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 29
Invoice No. 12528977
Client/Matter No. 136121.00001

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 9/22/25 | M L | Revise Willkie interim fee application. | | 1.40 | 1,435.00 |
| 9/22/25 | R S | Assist w/ preparation of Willkie interim fee application. | | 0.40 | 152.00 |
| 9/22/25 | J G | Review and revise monthly fee statement and interim fee statement (1.3); corr.with M. Loison re: same (.2); corr. with J. Burbage re: same (.2). | | 1.70 | 2,252.50 |
| 9/23/25 | CAD | Review/revise Willkie first interim fee application (1.0); correspondence w/ M. Loison regarding same and comments (.2). | | 1.20 | 1,980.00 |
| 9/23/25 | M L | Corr. with C. Damast re: Willkie interim fee application (.2); revise Willkie August monthly fee statement (.3); corr. with Willkie team re: August monthly fee statement (.2); revise Willkie interim fee application (.4). | | 1.10 | 1,127.50 |
| 9/23/25 | T G | Review and revise monthly fee statement. | | 0.30 | 705.00 |
| 9/23/25 | J G | Corr. with Willkie team re: first interim fee application. | | 0.30 | 397.50 |
| 9/25/25 | M L | Corr. with Sills team re: Willkie August monthly fee statement (.2); revise Willkie first interim fee application (.7). | | 0.90 | 922.50 |
| **Subtotal - Willkie Fee Statements and Applications** | | | | **23.80** | **25,562.50** |

New Rite Aid Official Committee of Unsecured Creditors                                      Page  30
Invoice No. 12528977
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|

## Willkie Retention Application

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 9/3/25 | R S | Corr. w/ Willkie team re: B. Miller declaration ISO Willkie retention. | | 0.20 | 76.00 |
| 9/3/25 | W C | Assist M. Loison w/ research re: supplemental declarations to Willkie retention applications. | | 0.30 | 114.00 |
| 9/9/25 | M L | Corr. with Willkie team re: supplemental declaration in support of retention. | | 0.30 | 307.50 |
| | | **Subtotal - Willkie Retention Application** | | **0.80** | **497.50** |

New Rite Aid Official Committee of Unsecured Creditors                                          Page  31
Invoice No. 12528977
Client/Matter No. 136121.00001

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| JAMES H. BURBAGE | 6.70 | $ | 1,825.00 | $ | 12,227.50 |
| BRETT MILLER | 5.00 | | 2,500.00 | | 12,500.00 |
| TODD GOREN | 16.40 | | 2,350.00 | | 38,540.00 |
| Paul Labov | 12.30 | | 2,350.00 | | 28,905.00 |
| CRAIG A. DAMAST | 1.20 | | 1,650.00 | | 1,980.00 |
| MARINE LOISON | 35.10 | | 1,025.00 | | 35,977.50 |
| JESSICA FLYNN | 8.00 | | 825.00 | | 6,600.00 |
| JESSICA GRABER | 44.90 | | 1,325.00 | | 59,492.50 |
| MISHA EMANOIL | 13.40 | | 825.00 | | 11,055.00 |
| William Collins | 12.00 | | 380.00 | | 4,560.00 |
| ROHAN SASSO | 6.50 | | 380.00 | | 2,470.00 |

| Disbursements and Other Charges | | Amount |
|---|---|---|
| Conference Services | $ | 246.00 |
| Local Meals | | 41.71 |
| Teleconferencing | | 146.77 |

| | | |
|---|---|---|
| Professional Fees | $ | 214,307.50 |
| Disbursements and Other Charges | | 434.48 |
| **Total this Invoice** | $ | 214,741.98 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12528977
**New Rite Aid Bankruptcy**
Client/Matter No. 136121.00001
October 27, 2025

Remit To:

  Willkie Farr & Gallagher LLP
  787 Seventh Avenue, 37th Floor
  New York, NY 10019-6099
  Attention: Accounts Receivable

**FOR PROFESSIONAL SERVICES RENDERED**
through September 30, 2025

| | | |
|---|---|---|
| Asset Disposition | $ | 8,635.50 |
| Assumption and Rejection of Leases and Contracts | | 4,181.00 |
| Case Administration | | 16,499.00 |
| Claims Administration and Objections | | 577.50 |
| Non-Willkie Fee Statements & Applications | | 1,962.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: █████
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: █████
INTERNATIONAL SWIFT NUMBER: █████
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---|
| Financing and Cash Collateral | 3,585.00 |
| Meetings and Communications with Creditors | 30,061.00 |
| Plan and Disclosure Statement | 109,993.00 |
| Hearings | 12,753.50 |
| Willkie Fee Statements and Applications | 25,562.50 |
| Willkie Retention Application | 497.50 |
| Disbursements and Other Charges | 434.48 |
| **Total this Invoice** | $      214,741.98 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

PAYMENT MAY BE MADE BY WIRE OR ACH
CITIBANK, N.A.
ABA NUMBER: ████████
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ████████
INTERNATIONAL SWIFT NUMBER: ████████
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.