**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.,* | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |
| | Objection Deadline:  November 10, 2025 |

**FIFTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

AlixPartners, LLP, as financial advisor to the Official Committee of Unsecured Creditors

(the "Committee") to the above-captioned debtors (the "Debtors"), hereby submits this fifth

monthly fee statement for professional services rendered and reimbursement of expenses for the

period from September 1, 2025 through September 30, 2025 (the "Fifth Monthly Fee

Statement") pursuant to the Court's *Administrative Fee Order Establishing Procedures for the*

*Allowance and Payment of Interim Compensation and Reimbursement of Expenses of*

*Professionals Retained by Order of this Court* [Docket No. 767] (the "Interim Compensation

Order").

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Pursuant to the Interim Compensation Order, objections to the Fifth Monthly

Fee Statement, if any, are due by November 10, 2025.

Dated: October 27, 2025                    ALIXPARTNERS, LLP
                                           909 Third Avenue, 28th Floor
                                           New York, New York 10022


                                           /s/ David MacGreevey
                                           _____
                                           By: David MacGreevey
                                                 Partner & Managing Director

                                           *Financial Advisor to the Official Committee of
                                           Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | New Rite Aid, LLC[1] | APPLICANT: | AlixPartners, LLP |
| CASE NO.: | 25-14861 (MBK) | CLIENT: | Official Committee of Unsecured Creditors |
| CHAPTER: | 11 | CASE FILED: | May 5, 2025 |

---

### FIFTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025

### SECTION I
### FEE SUMMARY

☐ Monthly Fee Statement No.  __5__  or  ☐ Interim or Final Fee Application _____

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested: | $1,312,704.50 | $0.00 |
| Total Fees Allowed To Date: | $1,312,704.50 | $0.00 |
| Total Retainer (If Applicable) | $0.00 | |
| Total Holdback (If Applicable) | $262,333.20 | $0.00 |
| Total Received By Applicant | $1,050,163.60 | $0.00 |

| | |
|---|---|
| FEE TOTALS | $ 48,961.50 |
| DISBURSEMENTS TOTALS | +        0.00 |
| TOTAL FEE APPLICATION | $ 48,961.50 |
| MINUS 20% HOLDBACK | -     9,792.30 |
| AMOUNT SOUGHT AT THIS TIME | $ 39,169.20 |

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## SUMMARY OF PROFESSIONALS CHART

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Partner & Managing Director | $1,460 | 1.7 | $ 2,482.00 |
| Kathryn B McGlynn | Partner & Managing Director | $1,415 | 0.8 | 1,132.00 |
| Matthew D Gates | Director | $1,120 | 18.3 | 20,496.00 |
| Chase Hood | Senior Vice President | $850 | 15.3 | 13,005.00 |
| Sari Rosenfeld | Senior Vice President | $660 | 1.3 | 858.00 |
| Jennifer Braverman | Senior Vice President | $565 | 2.1 | 1,186.50 |
| Lisa Marie Bonito | Vice President | $580 | 15.8 | 9,164.00 |
| Jennifer A Bowes | Vice President | $580 | 1.1 | 638.00 |
| **Total Hours and Fees for Professionals** | | | **56.4** | **$ 48,961.50** |
| Less 20% Holdback | | | | (9,792.30) |
| **Total Fees for Professionals** | | | | **$ 39,169.20** |

**Average Billing Rate  $        868.11**

# SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **1.1 Planning, Coordination and Case Management:** Organized and managed resources to effectively plan and coordinate the Chapter 11 process, keep the engagement team informed of the latest case developments, remain aligned on the many workstreams, verify that resources were properly allocated to meet deadlines, and ensure all matters and issues are being addressed in an efficient and timely manner. | 0.2 | 292.00 |
| **1.2 Meetings & Communication with UCC and Creditors** Updated the Committee regarding the status of the Chapter 11 Cases, presented analyses to the Committee related to various case workstreams, and attended discussions and communicated with other professionals representing the Committee. | 4.4 | 4,677.00 |
| **1.3 Preparation of Committee Presentations** Prepared, revised and circulated presentations to the Committee containing case updates and various case workstream analyses. | 5.2 | 5,704.00 |
| **1.4 Meetings & Communication with Debtors** Attended meetings, communicated and coordinated with the Debtors and/or the Debtors' professionals. | 5.5 | 5,593.00 |
| **1.7 Analysis of Liquidity and Cash Management** Analyzed cash flow budgets and budget variance reports published during these Chapter 11 Cases to monitor the Debtors' liquidity through the pendency of the Cases; and reviewed the liquidity impact of professional fees and payments under first day motions. | 5.4 | 4,590.00 |
| **1.8 Sale of Business and Assets** Oversaw the Debtors' sale processes for the Debtors' real estate and other assets; reviewed proposals for the sales of the above-referenced assets; analyzed and reviewed the Bidding Procedures motion and other related documents; and provided the Committee with updates on the sales. | 2.5 | 2,233.00 |

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| **1.17 RSA, Disclosure Statement & Plan of Reorganization**<br><br>Negotiated, analyzed, reviewed and provided commentary on settlement proposals and other related documents. | 3.4 | 3,538.00 |
| **1.18 Court Hearings and Status Conferences**<br><br>Attended Court hearings. | 0.7 | 784.00 |
| **1.19 Retention Applications & Relationship Disclosures**<br><br>AlixPartners prepared and filed its fourth supplemental declaration in support of retention; analyzed relationship disclosures required by the Bankruptcy Code. | 3.4 | 2,284.50 |
| **1.20 Fee Applications & Fee Statements**<br><br>Managed the fee application process in accordance with requirements of the U.S. Trustee and/or the Court.  Prepared and reviewed the August 2025 Monthly Fee Statement and First Interim Fee Application, including all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court. | 25.7 | 19,266.00 |
| **SERVICE TOTALS:** | **191.5** | **$48,961.50** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

No Reimbursement of Expenses Sought in Fifth Monthly Fee Statement


I certify under penalty of perjury that the foregoing is true and correct.


Dated:  October 27, 2025                    /s/  *David MacGreevey*
                                            David MacGreevey

## <u>EXHIBITS</u>

Attached hereto are the following exhibits for the AlixPartners, LLP's Fifth Monthly Fee
Statement for the Period from September 1, 2025 through September 30, 2025

**Exhibit A – AlixPartners' Retention Order**

**Exhibit B -  Detailed Description of AlixPartners' Hours and Professional
Fees by Matter Category**

**<u>Exhibit A</u>**

**AlixPartners' Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (*pro hac vice*)
Todd M. Goren, Esq. (*pro hac vice*)
James H. Burbage, Esq. (*pro hac vice*)
Jessica D. Graber, Esq. (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
          tgoren@willkie.com
          jburbage@willkie.com
          jgraber@willkie.com

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

*Counsel to the Official*
*Committee of Unsecured Creditors*



**Order Filed on July 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY AND RETAIN ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED <u>CREDITORS EFFECTIVE AS OF MAY 16, 2025</u>

The relief set forth on the following pages, numbered two (2) through eight (8), is hereby

**ORDERED.**

**DATED: July 18, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:    2
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in these Chapter 11 Cases of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors") for entry of an order (this "Order"), pursuant to sections 328(a), 330, 331, and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"), authorizing the Committee to employ and retain AlixPartners, LLP ("AlixPartners") as the Committee's financial advisor, effective as of May 16, 2025; and upon consideration of the Declaration of David MacGreevey (the "MacGreevey Declaration"); and it appearing that AlixPartners is "disinterested" and eligible for retention pursuant to sections 101(14) and 328(c) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided, and the Court having reviewed the Application; and the Court having held a hearing on the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Application is granted to the extent set forth in this Order.

Page: 3
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
    as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
    Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.        Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Committee is
authorized to employ and retain AlixPartners as its financial advisor in connection with these
Chapter 11 Cases effective as of May 16, 2025, and in accordance with the terms and conditions
set forth in the Engagement Letter attached to the Application as **Exhibit B**, except as modified
by this Order.

3.        The terms of the Engagement Letter, including, without limitation, the
indemnification provisions, are reasonable, and the conditions of employment are approved in all
respects, as modified by this Order.

4.        AlixPartners shall file monthly, interim, and final requests for allowance of
compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330
and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Rules, the U.S.
Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and
Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by
Order of this Court*, entered on June 9, 2025, and any other such procedures as may be fixed by
order of the Court. AlixPartners shall keep its time in one-tenth (1/10) hour increments in
accordance with the U.S. Trustee Guidelines.

5.        AlixPartners' compensation terms set forth in the Engagement Letter, including,
without limitation, the Fee and Expense Structure, are approved, and the Debtors shall be bound
by such terms. AlixPartners shall be compensated for the services identified in the Application,
the MacGreevey Declaration and the Engagement Letter and reimbursed for out-of-pocket
expenses incurred in connection with such services, pursuant to section 328(a) of the Bankruptcy

Page:  4
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
            as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
            Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of

the Court.  Notwithstanding the above, the standard of review of AlixPartners' fees, expenses and

other compensation shall be based on the reasonableness standard provided for in section 330 of

the Bankruptcy Code.

6.    The indemnification provisions included in the Engagement Letter are approved,

subject to the following:

a)    No AlixPartners Party (as that term is defined in the Engagement Letter)
      shall be entitled to indemnification, contribution, or reimbursement
      pursuant to the Engagement Letter for services, unless such services and the
      indemnification, contribution, or reimbursement therefore are approved by
      the Court.

b)    Notwithstanding any provision of the Engagement Letter to the contrary,
      the Debtors shall have no obligation to indemnify an AlixPartners Party, or
      provide contribution or reimbursement to an AlixPartners Party, for any
      claim or expense that is either: (i) judicially determined (the determination
      having become final and no longer subject to appeal) to have arisen from an
      AlixPartners Party's gross negligence, bad faith, fraud, or willful
      misconduct to which the Debtors have not consented; (ii) for a contractual
      dispute in which the Debtors allege breach of AlixPartners Party's
      obligations under the Engagement Letter, unless the Court determines that
      indemnification, contribution or reimbursement would be permissible
      pursuant to In re United Artists Theater Co., 315 F.3d 217 (3d. Cir. 2003);
      or (iii) settled without the Debtors' consent prior to a judicial determination
      as to an AlixPartners' Party's gross negligence, willful misconduct, breach
      of fiduciary duty, or bad faith or self-dealing but determined by the Court
      after notice and hearing to be a claim or expense for which the AlixPartners
      Party should not receive indemnity, contribution, or reimbursement under
      the terms of the Engagement Letter, as modified by this Order.

c)    If, before the earlier of (i) the entry of an order confirming a chapter 11 plan
      in these cases (that order having become a final order no longer subject to
      appeal), or (ii) the entry of an order closing these Chapter 11 Cases, an
      AlixPartners Party believes that they are entitled to the payment of any

Page:   5
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
            as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
            Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

amounts by the Debtors on account of the indemnification, contribution and/or reimbursement obligations under the Engagement Letter (as modified by this Order), including, without limitation, the advancement of defense costs, the AlixPartners Party must file an application therefore in the Court, and the Debtors may not pay any such amounts to the AlixPartners Party before the entry of an order by the Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by any AlixPartners Party for indemnification, contribution and/or reimbursement, and is not a provision limiting the duration of the Debtors' obligation to indemnify, or make contributions or reimbursements to, any AlixPartners Party. All parties in interest shall retain the right to object to any demand by any AlixPartners Party for indemnification, contribution and/or reimbursement.

7.      Any limitation of liability provisions set forth in the Engagement Letter, or otherwise, are hereby eliminated for the duration of these Chapter 11 Cases.

8.      At least ten (10) days before implementing any increases from the rates listed in its Engagement Letter and Application for its professionals in these cases, AlixPartners shall provide written notice of any rate increases to the Committee, the United States Trustee, and the Debtors, and will file a Supplemental Affidavit with the Court.  The Committee, the Debtors, the United States Trustee, and all parties-in-interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

9.      In the event that, during the pendency of these Chapter 11 Cases, AlixPartners seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in AlixPartners' fee applications and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the

Page:  6
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code

sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy

Code section 327 and 1103. All rights are reserved to object to any request for reimbursement of

expenses, including but not limited to any request for the reimbursement of legal fees of

AlixPartners' independent legal counsel.

10.    Notwithstanding anything to the contrary in the Application or the MacGreevey

Certification, AlixPartners (i) shall comply with the requirements of Local Rule 2016-1; (ii) shall

only bill 50% for non-working travel; (iii) shall not seek the reimbursement of any fees or costs,

including attorney fees and costs, arising from the defense of any objections to any of AlixPartners'

fee applications in these Chapter 11 Cases; (iv) shall use the billing and expense categories set

forth in the U.S. Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by

Project Category") or reasonably similar; and (v) provide any and all fees and expenses included

in monthly fee statements, interim fee applications, and final fee applications in "LEDES", or

similar agreed upon Excel format, to the United States Trustee.

11.    None of the fees payable to AlixPartners shall constitute a "bonus" or fee

enhancement under applicable law, except where authorized by this Order.

12.    In the event AlixPartners seeks to use any of its affiliates to perform services for

the Debtors, the Debtors shall seek the separate retention of any such affiliates.

13.    Any material change to the scope of services being provided by AlixPartners, as

outlined in the Application and Engagement Letter, shall require further Court approval.

Page:  7
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:  25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
           as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
           Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

14.     During the pendency of these Chapter 11 Cases, paragraph 9 of the General Terms

and Conditions attached to the Engagement Letter requiring arbitration shall not be applicable.

The Court shall have exclusive jurisdiction over AlixPartners' engagement during the pendency

of these Chapter 11 Cases.

15.     Section 10 of the General Terms and Conditions attached to the Engagement Letter

is revised to reflect that termination during the pendency of these Chapter 11 Cases will only be

allowed upon entry of an Order by the Bankruptcy Court.

16.     In addition to the last paragraph of Section 12 of the General Terms and Conditions

attached to the Engagement Letter, to the extent AlixPartners uses the services of independent

contractors (the "Contractors") in these Chapter 11 Cases, AlixPartners shall (a) seek

reimbursement for actual costs incurred; and (b) attach any such Contractor invoices to its monthly

fee statements, interim fee applications and/or final fee applications filed in these cases.

17.     The relief granted herein shall be binding upon any chapter 11 trustee appointed in

these Chapter 11 Cases, or upon any chapter 7 trustee appointed in the event of a subsequent

conversion of these Chapter 11 Cases to cases under chapter 7.

18.     To the extent there is an inconsistency between this Order, the Engagement Letter

and the Application, the terms of this Order shall govern.

19.     AlixPartners shall use its reasonable efforts to avoid any duplication of services

provided by any of the other retained professionals in these Chapter 11 Cases.

20.     The Committee and AlixPartners are authorized and empowered to take all

necessary actions to implement the relief granted in this Order.

Page:  8
Debtor:      New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:     Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
             as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
             Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

21.    The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit B</u>**

**Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category**

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:             Planning, Coordination and Case Management
Code:           20014588PA0001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/02/2025 | DM | Communication with K. McGlynn (AlixPartners) re: revised New RAD work plan and staffing | 0.2 |
| | | **Total Hours** | **0.2** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                     Planning, Coordination and Case Management
Code:                  20014588PA0001.1.1

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.2 | $ | 292.00 |
| **Total Professional Hours and Fees** | | **0.2** | **$** | **292.00** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:              Meetings & Communication with UCC and Creditors
Code:           20014588PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/02/2025 | MDG | Prepare internal email update re: stub rent payment | 0.3 |
| 09/02/2025 | MDG | Correspondence with Sills re: property tax claims question | 0.3 |
| 09/03/2025 | CH | Call with B. Miller and others (Willkie), A. Sherman, G. Kopacz (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.1 |
| 09/03/2025 | MDG | Call with B. Miller and others (Willkie), A. Sherman, G. Kopacz (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.1 |
| 09/04/2025 | CH | Call with M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan, admin claims and other case status updates | 0.2 |
| 09/04/2025 | MDG | Call with M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan, admin claims and other case status updates | 0.2 |
| 09/05/2025 | MDG | Correspondence with Willkie team re: process for Committee updates on variance reporting | 0.4 |
| 09/10/2025 | CH | Call with B. Miller and others (Willkie), A. Sherman, G. Kopacz (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.3 |
| 09/10/2025 | MDG | Call with B. Miller and others (Willkie), A. Sherman, G. Kopacz (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.3 |
| 09/11/2025 | CH | Call with M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and other case status updates | 0.2 |
| 09/11/2025 | MDG | Call with M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and other case status updates | 0.2 |
| 09/17/2025 | CH | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 09/17/2025 | MDG | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 09/18/2025 | CH | Call with D. MacGreevey, M. Gates, C. Hood (all AlixPartners), B. Miller, T. Goren (Willkie), A. Sherman and others (Sills), and Committee members re: weekly updates and strategies | 0.2 |
| 09/18/2025 | DM | Call with D. MacGreevey, M. Gates, C. Hood (all AlixPartners), B. Miller, T. Goren (Willkie), A. Sherman and others (Sills), and Committee members re: weekly updates and strategies | 0.2 |
| 09/18/2025 | MDG | Call with D. MacGreevey, M. Gates, C. Hood (all AlixPartners), B. Miller, T. Goren (Willkie), A. Sherman and others (Sills), and Committee members re: weekly updates and strategies | 0.2 |

**Alix**Partners

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:        Meetings & Communication with UCC and Creditors
Code:      20014588PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/24/2025 | CH | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 09/24/2025 | MDG | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 09/25/2025 | KBM | Participate in call with K. McGlynn and M. Gates (AlixPartners), B. Miller, T. Goren and others (Willkie) and Committee members re: case issues including plan confirmation and financial update | 0.2 |
| 09/25/2025 | MDG | Participate in call with K. McGlynn and M. Gates (AlixPartners), B. Miller, T. Goren and others (Willkie) and Committee members re: case issues including plan confirmation and financial update | 0.2 |
| | | **Total Hours** | **4.4** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                        Meetings & Communication with UCC and Creditors
Code:                    20014588PA0001.1.2

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.2 | $ | 292.00 |
| Kathryn B McGlynn | $1,415 | 0.2 | | 283.00 |
| Matthew D Gates | $1,120 | 2.6 | | 2,912.00 |
| Chase Hood | $850 | 1.4 | | 1,190.00 |
| **Total Professional Hours and Fees** | | **4.4** | **$** | **4,677.00** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Preparation of Committee Presentations
Code:          20014588PA0001.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 09/01/2025 | MDG | Review weekly Committee presentation | 0.7 |
| 09/02/2025 | CH | Draft updates to UCC materials to incorporate comments from K. McGlynn (AlixPartners) | 0.4 |
| 09/02/2025 | CH | Draft updates to UCC materials to incorporate additional information from A&M | 0.4 |
| 09/02/2025 | KBM | Review and revise weekly presentation to the Committee | 0.6 |
| 09/03/2025 | CH | Finalize and distribute Committee meeting materials | 0.3 |
| 09/04/2025 | MDG | Prepare for oral presentation to Committee | 0.5 |
| 09/06/2025 | MDG | Email to C. Hood (AlixPartners) re: new format for presenting variance to Committee | 0.2 |
| 09/10/2025 | MDG | Prepare notes for oral presentation on budget to Committee | 0.8 |
| 09/17/2025 | MDG | Prepare for oral presentation to Committee | 0.6 |
| 09/24/2025 | MDG | Prepare for oral presentation to Committee meeting | 0.7 |
| | | **Total Hours** | **5.2** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                    Preparation of Committee Presentations
Code:                  20014588PA0001.1.3

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 0.6 | $ | 849.00 |
| Matthew D Gates | $1,120 | 3.5 | | 3,920.00 |
| Chase Hood | $850 | 1.1 | | 935.00 |
| **Total Professional Hours and Fees** | | **5.2** | **$** | **5,704.00** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:          Meetings & Communication with Debtors
Code:        20014588PA0001.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/02/2025 | CH | Call with M. Gates, C. Hood (AlixPartners), M. Uhrin, T. Volpe (A&M) re: variance reporting | 0.2 |
| 09/02/2025 | MDG | Call with M. Gates, C. Hood (AlixPartners), M. Uhrin, T. Volpe (A&M) re: variance reporting | 0.2 |
| 09/03/2025 | CH | Email correspondence with J. Hagen (A&M) re: real estate sale process update | 0.2 |
| 09/03/2025 | CH | Call with S. Michell and others (Paul Weiss), J. Bain and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), A. Sherman and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.2 |
| 09/03/2025 | MDG | Call with J. Bain (A&M) re: plan exhibit | 0.2 |
| 09/03/2025 | MDG | Call with S. Michell and others (Paul Weiss), J. Bain and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), A. Sherman and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.2 |
| 09/03/2025 | MDG | Review correspondence from Paul Weiss re: updates on plan filing | 0.5 |
| 09/03/2025 | MDG | Correspondence with A&M re: plan exhibit | 0.5 |
| 09/10/2025 | CH | Call with A. Eaton and others (Paul Weiss), J. Bain and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), A. Sherman and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.7 |
| 09/10/2025 | MDG | Call with A. Eaton and others (Paul Weiss), J. Bain and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), A. Sherman and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.7 |
| 09/15/2025 | MDG | Correspondence with A&M re: wind-down budget | 0.3 |
| 09/17/2025 | CH | Call with A. Eaton and others (Paul Weiss), R. Behrens and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.5 |
| 09/17/2025 | MDG | Call with A. Eaton and others (Paul Weiss), R. Behrens and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.5 |
| 09/24/2025 | CH | Call with A. Eaton and others (Paul Weiss), R. Behrens and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.3 |
| 09/24/2025 | MDG | Call with A. Eaton and others (Paul Weiss), R. Behrens and others (A&M), F. Yudkin (Cole Schotz), B. Miller and others (Willkie), G. Kopacz and others (Sills), M. Gates, C. Hood (AlixPartners) re: case updates and next steps | 0.3 |
| | | **Total Hours** | **5.5** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                              Meetings & Communication with Debtors
Code:                          20014588PA0001.1.4

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Matthew D Gates | $1,120 | 3.4 | $ | 3,808.00 |
| Chase Hood | $850 | 2.1 | | 1,785.00 |
| **Total Professional Hours and Fees** | | **5.5** | **$** | **5,593.00** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

| Re: | Liquidity and Cash Management |
| Code: | 20014588PA0001.1.7 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 09/08/2025 | CH | Analyze variance reporting and liquidity package for week ending 8/30 | 0.9 |
| 09/08/2025 | CH | Draft diligence questions for A&M re: variance reporting and liquidation sales | 0.4 |
| 09/10/2025 | CH | Draft updates to professional fee budget to actual tracker | 0.4 |
| 09/10/2025 | CH | Review A&M responses to variance reporting diligence questions | 0.4 |
| 09/11/2025 | CH | Analyze variance reporting and liquidity package for week ending 9/6 | 1.0 |
| 09/11/2025 | CH | Draft diligence questions for A&M re: variance reporting and liquidation sales | 0.3 |
| 09/17/2025 | CH | Review A&M responses to variance reporting diligence questions | 0.2 |
| 09/19/2025 | CH | Analyze variance reporting and liquidity package for week ending 9/13 | 0.8 |
| 09/19/2025 | CH | Draft diligence questions for A&M re: variance reporting and liquidation sales | 0.4 |
| 09/25/2025 | CH | Review responses from A&M re: liquidity and sale process diligence items | 0.3 |
| 09/26/2025 | CH | Review disbursement schedule for upcoming week | 0.3 |
| | | **Total Hours** | **5.4** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                          Liquidity and Cash Management
Code:                        20014588PA0001.1.7

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Chase Hood | $850 | 5.4 | $ | 4,590.00 |
| **Total Professional Hours and Fees** | | **5.4** | **$** | **4,590.00** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:             Sale of Business and Assets
Code:           20014588PA0001.1.8

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/08/2025 | CH | Analyze store closure and liquidation update materials for week ending 8/30 | 0.8 |
| 09/11/2025 | CH | Analyze store closure and liquidation update materials for week ending 9/6 | 0.7 |
| 09/19/2025 | CH | Analyze store closure and liquidation update materials for week ending 9/13 | 0.6 |
| 09/24/2025 | MDG | Review de minimis asset sale | 0.4 |
| | | **Total Hours** | **2.5** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                     Sale of Business and Assets
Code:                   20014588PA0001.1.8

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Matthew D Gates | $1,120 | 0.4 | $ | 448.00 |
| Chase Hood | $850 | 2.1 | | 1,785.00 |
| **Total Professional Hours and Fees** | | **2.5** | **$** | **2,233.00** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:          RSA, Disclosure Statement & Plan of Reorganization
Code:        20014588PA0001.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/03/2025 | MDG | Review and analyze plan exhibit re: professional fees | 1.0 |
| 09/10/2025 | CH | Review administrative and priority claim voting detail | 0.5 |
| 09/10/2025 | MDG | Analyze update of administrative claims solicitation received from Debtors | 1.4 |
| 09/17/2025 | CH | Review revised administrative and priority claims estimate | 0.5 |
| | | **Total Hours** | **3.4** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                         RSA, Disclosure Statement & Plan of Reorganization
Code:                       20014588PA0001.1.17

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Matthew D Gates | $1,120 | 2.4 | $ | 2,688.00 |
| Chase Hood | $850 | 1.0 | | 850.00 |
| **Total Professional Hours and Fees** | | **3.4** | **$** | **3,538.00** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:           Court Hearings and Status Conferences
Code:         20014588PA0001.1.18

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/16/2025 | MDG | Attend omnibus hearing | 0.3 |
| 09/19/2025 | MDG | Attend disclosure statement hearing | 0.4 |
| | | **Total Hours** | **0.7** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                         Court Hearings and Status Conferences
Code:                       20014588PA0001.1.18

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Matthew D Gates | $1,120 | 0.7 | $ | 784.00 |
| **Total Professional Hours and Fees** | | **0.7** | **$** | **784.00** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Retention Application & Relationship Disclosures
Code:          20014588PA0001.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/09/2025 | JB | Emails with S. Rosenfeld and J. Braverman (AlixPartners) re: disclosure requests | 0.2 |
| 09/09/2025 | SR | Review U.S. Trustee disclosure requests | 0.2 |
| 09/09/2025 | SR | Emails with S. Rosenfeld and J. Braverman (AlixPartners) re: U.S. Trustee disclosure requests | 0.2 |
| 09/10/2025 | JB | Research for disclosure requests | 1.1 |
| 09/10/2025 | SR | Review information to respond to U.S. Trustee questions for third supplemental declaration | 0.2 |
| 09/15/2025 | DM | Review and revise New RAD fourth supplemental declaration in support of retention | 0.3 |
| 09/15/2025 | JB | Draft Fourth Supplemental Declaration re. disclosures | 0.8 |
| 09/15/2025 | SR | Review fourth supplemental declaration re: disclosures | 0.2 |
| 09/16/2025 | SR | Email with U.S. Trustee re: relationship disclosures | 0.1 |
| 09/17/2025 | SR | Email with U.S. Trustee re: relationship disclosures | 0.1 |
| | | **Total Hours** | **3.4** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                    Retention Application & Relationship Disclosures
Code:                  20014588PA0001.1.19

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.3 | $ | 438.00 |
| Sari Rosenfeld | $660 | 1.0 | | 660.00 |
| Jennifer Braverman | $565 | 2.1 | | 1,186.50 |
| **Total Professional Hours and Fees** | | **3.4** | **$** | **2,284.50** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Fee Applications & Fee Statements
Code:          20014588PA0001.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/09/2025 | LMB | Prepare professional fees for August 2025 Monthly Fee Statement | 2.9 |
| 09/10/2025 | CH | Analyze professional fees for August 2025 Monthly Fee Statement for privilege and confidentiality | 2.2 |
| 09/10/2025 | MDG | Review Certificate of No Objections and communicate with A&M re: payment of July fees | 0.5 |
| 09/10/2025 | MDG | Update and send professional fee tracker for the month of August | 1.0 |
| 09/11/2025 | LMB | Prepare professional fees for August 2025 Monthly Fee Statement | 0.5 |
| 09/11/2025 | MDG | Arrange payment of July invoices with A&M | 0.4 |
| 09/11/2025 | MDG | Analyze professional fees for August 2025 Monthly Fee Statement for privilege and confidentiality | 1.0 |
| 09/12/2025 | LMB | Prepare Fourth Monthly Fee Statement, supporting schedules and exhibits (August 2025) | 1.4 |
| 09/12/2025 | LMB | Prepare schedule/exhibit workbook for August 2025 Monthly Fee Statement | 0.8 |
| 09/12/2025 | LMB | Prepare fee application summary chart | 0.4 |
| 09/12/2025 | MDG | Review August fee statement | 1.0 |
| 09/12/2025 | MDG | Internal correspondence re: payment of July invoice | 0.2 |
| 09/15/2025 | LMB | Revise Fourth Monthly Fee Statement (August 2025) | 0.6 |
| 09/15/2025 | SR | Review fourth monthly fee statement (August 2025) | 0.3 |
| 09/16/2025 | DM | Review New RAD August fee statement (August 2025) | 0.5 |
| 09/16/2025 | LMB | Finalize Fourth Monthly Fee Statement (August 2025) | 0.6 |
| 09/16/2025 | LMB | Email to M.  Loison (Willkie) and G. Kopacz (Sills) attaching Fourth Monthly Fee Statement (August 2025) for filing on the Court docket | 0.2 |
| 09/16/2025 | LMB | Prepare First Interim Fee Application and supporting schedules | 2.3 |
| 09/16/2025 | LMB | Prepare schedule workbook for First Interim Fee Application | 1.0 |
| 09/16/2025 | MDG | Review First Interim Fee Application | 0.5 |
| 09/22/2025 | LMB | Revise and finalize Fourth Monthly Fee Statement (August 2025) | 0.4 |
| 09/22/2025 | LMB | Revise First Interim Fee Application | 1.5 |
| 09/23/2025 | LMB | Prepare proposed form of Order Awarding First Interim Fees | 0.3 |
| 09/23/2025 | LMB | Revise First Interim Fee Application | 1.2 |
| 09/24/2025 | DM | Review New RAD interim fee application | 0.5 |
| 09/24/2025 | MDG | Review First Interim Fee Application | 0.7 |
| 09/25/2025 | LMB | Email to M.  Loison (Willkie) and G. Kopacz (Sills) attaching First Interim Fee Application for filing on the Court docket | 0.2 |
| 09/25/2025 | LMB | Email to M.  Loison (Willkie) and G. Kopacz (Sills) attaching Fourth Monthly Fee Statement (August 2025) for filing on the Court docket | 0.2 |
| 09/25/2025 | LMB | Revise and finalize Fourth Monthly Fee Statement (August 2025) | 0.4 |
| 09/25/2025 | LMB | Revise and finalize First Interim Fee Application | 0.7 |
| 09/30/2025 | JAB | Prepare LEDES file for First Interim Period | 1.1 |
| 09/30/2025 | LMB | Email to G. Kopacz (Sills Cummis) attaching the LEDES file for the First Interim Fee Period | 0.2 |
| | | **Total Hours** | **25.7** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                        Fee Applications & Fee Statements
Code:                     20014588PA0001.1.20

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 1.0 | $ | 1,460.00 |
| Matthew D Gates | $1,120 | 5.3 | | 5,936.00 |
| Chase Hood | $850 | 2.2 | | 1,870.00 |
| Sari Rosenfeld | $660 | 0.3 | | 198.00 |
| Lisa Marie Bonito | $580 | 15.8 | | 9,164.00 |
| Jennifer A Bowes | $580 | 1.1 | | 638.00 |
| **Total Professional Hours and Fees** | | **25.7** | **$** | **19,266.00** |