**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
          tgoren@willkie.com
          jburbage@willkie.com
          jgraber@willkie.com

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

*Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

Sills Cummis & Gross P.C. ("Sills"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors"), submits this monthly fee statement for the period of September 1, 2025 through September 30, 2025 (the "Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on June 9, 2025 [Docket No. 767] (the

---

[1]   The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

"Administrative Order"). Pursuant to the Administrative Order, responses to the Fee Statement,

if any, are due by November 10, 2025.

Dated: October 27, 2025

/s/ Andrew H. Sherman

**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:   asherman@sillscummis.com
         bmankovetskiy@sillscummis.com
         gkopacz@sillscummis.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

13587183

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| **Debtors:** | **New Rite Aid, LLC, *et al.*[1]** | **Applicant:** | **Sills Cummis & Gross P.C.** |
| **Case No.:** | **25-14861 (MBK)** | **Client:** | **The Official Committee of Unsecured Creditors** |
| **Chapter:** | **11** | **Case Filed:** | **May 5, 2025** |

## SECTION I
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | **$456,331.00** | **$7,017.47** |
| Total Fees Allowed to Date | **$456,331.00** | **$7,017.47** |
| Total Retainer (If Applicable) | **N/A** | **N/A** |
| Total Holdback (If Applicable) | **$0.00** | **N/A** |
| Total Received by Sills | **$456,331.00** | **$7,017.47** |

| | |
|---|---|
| **FEE TOTALS:** | **$56,406.00** |
| **DISBURSEMENT TOTALS** | **$1,867.44** |
| **TOTAL FEE APPLICATION** | **$58,273.44** |
| **MINUS 20% HOLDBACK** | **$11,281.20** |
| **AMOUNT SOUGHT AT THIS TIME** | **$46,992.24** |

---

[1]  The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

13587183

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1991 | Member, Bankruptcy | 2.3 | $1,150 | $2,645.00 |
| Boris Mankovetskiy | 2001 | Member, Bankruptcy | 9.1 | $985 | $8,963.50 |
| Gregory A. Kopacz | 2010 | Member, Bankruptcy | 39.3 | $850 | $33,405.00 |
| Oleh Matviyishyn | 2022 | Associate, Bankruptcy | 21.7 | $525 | $11,392.50 |
| | **TOTAL:** | | **72.4** | | **$56,406.00** |

2

**SECTION II**
**SUMMARY OF SERVICES**

| Task Code | Task Description | Total Hours Billed | Fees |
|---|---|---|---|
| 102 | Asset Disposition | 1.4 | $1,125.00 |
| 104 | Case Administration | 20.3 | $16,935.50 |
| 105 | Claims Administration and Objections | 5.2 | $4,420.00 |
| 107 | Fee/Employment Applications | 32.3 | $22,710.00 |
| 108 | Fee/Employment Objections | 0.2 | $170.00 |
| 113 | Plan and Disclosure Statement | 13.0 | $11,045.50 |
|  | **TOTAL:** | **72.4** | **$56,406.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| B&W Copies | $1,544.55 |
| Postage | $266.14 |
| Lexis-Nexis | $56.75 |
| **TOTAL:** | **$1,867.44** |

13587183

## SECTION IV
## CASE HISTORY

| 1. | DATE CASE FILED | **May 5, 2025** |
|---|---|---|
| 2. | CHAPTER UNDER WHICH CASE WAS COMMENCED | **Chapter 11** |
| 3. | DATE OF RETENTION | **July 15, 2025** *Nunc Pro Tunc* **to May 16, 2025** |
| 4. | SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2] | |
| | (a)    Sills analyzed and addressed matters related to the Debtors' various asset sales and contract rejections and conducted research related to the Debtors' lease obligations.<br><br>(b)    Sills prepared for and attended hearings, Committee meetings, and conferences with the Debtors' and the Committee's respective professionals and addressed related matters.<br><br>(c)    Sills reviewed and analyzed pleadings, orders, and other court filings, and addressed related matters, including maintaining a "critical dates" calendar.<br><br>(d)    Sills (i) prepared its first interim fee application, August fee statement and a notice of rate increase; (ii) reviewed and advised the Committee's other professionals regarding their interim fee applications, monthly fee statements and a supplemental retention declaration; (iii) prepared certifications of no objection; and (iv) conducted related research and analysis and addressed related matters.<br><br>(e)    Sills reviewed and analyzed the Debtors' proposed plan and disclosure statement, the order conditionally approving the disclosure statement, the proposed confirmation order, and addressed plan exclusivity, confirmation and other plan-related matters.<br><br>(f)    Sills filed and served documents, prepared certifications of service, and addressed creditor queries.<br><br>(g)    Sills communicated with the Committee's professionals, the Debtors' professionals, landlords, creditors, the U.S. Trustee, Chambers and other parties regarding the foregoing and other matters. | |
| 5. | FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): | TBD |

---

[2] The following summary is intended to highlight the general categories of services Sills rendered on behalf of the Committee and for the benefit of the estates; it is not intended to itemize each and every professional service performed by Sills.

4

13587183

I certify under penalty of perjury that the above is true.

Date:   October 27, 2025                              _/s/ Andrew H. Sherman_____
                                                      Andrew H. Sherman

13587183

# EXHIBIT A

# RETENTION ORDER

13587183

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com

*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
## OF SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*,
## *NUNC PRO TUNC* TO MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through five (5) is

**ORDERED.**

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtor:   New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* (the "Application"),[2] seeking entry of an order (this "Order") authorizing the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors") to retain and employ Sills Cummis & Gross P.C. ("Sills") as its co-counsel effective *nunc pro tunc* to May 16, 2025, all as more fully set forth in the Application and the declarations of Andrew H. Sherman (the "Sherman Declaration") and Thomas A. Pitta in support; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee provided appropriate notice of the Application and the opportunity for a hearing on the Application under the circumstances; and the Court having reviewed the Application and its supporting materials; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Application, if any, before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.     The Application is granted to the extent set forth herein.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:   3
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.    The Committee is authorized to retain and employ Sills as its co-counsel pursuant

to 11 U.S.C. §§ 328(a) and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1 effective as of

May 16, 2025 on the terms set forth in the Application and the Sherman Declaration, as may be

modified herein.

3.    Sills shall file interim and final applications for allowance of compensation and

reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the

applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense

guidelines of this Court, and other such procedures established by order of this Court.

4.    Sills shall make a reasonable effort to comply with the U.S. Trustee's requests for

information and additional disclosures as set forth in the *Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application

and any interim and/or final fee application(s) to be filed by Sills in these cases.

5.    Prior to any increases in Sills' hourly rates, Sills shall provide ten (10) business

days' notice to the Debtor and the U.S. Trustee before any increases in the rates set forth in the

Application are implemented and shall file such notice with the Court. Parties-in-interest retain

all rights to object to any rate increase on all grounds, including but not limited to, the

reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains

the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.    Sills (i) shall only bill 50% for non-working travel; (ii) shall not seek the

reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of

Page:  4
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:  25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
           Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
           LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

any objections to any of Sills' fee applications in these cases; (iii) shall use the billing and

expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of

Compensation Requested by Project Category"); and (iv) provide any and all monthly fee

statements, interim fee applications, and final fee applications in "LEDES" format to the U.S.

Trustee.

7.       Notwithstanding anything in the Application and the Sherman Declaration to the

contrary, Sills shall (i) to the extent that it uses the services of independent contractors or

subcontractors (collectively, the "Contractors") in this case, pass through the cost of such

Contractors at the same rate that Sills pays the Contractors; (ii) seek reimbursement for actual

costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required

for Sills; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v)

attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or

final fee applications filed in this case.

8.       Sills shall use its best efforts to avoid any duplication of services provided by any

of the Committee's other retained professionals in these chapter 11 cases.

9.       To the extent that there may be any inconsistency among the terms of the

Application, the Sherman Declaration, and this Order, the terms of this Order shall govern.

10.      The terms and conditions of this Order shall be effective and enforceable

immediately upon its entry, and the Committee and Sills are authorized to take all actions

necessary to effectuate the relief granted pursuant to this Order in accordance with the

Application.

Page:   5
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
            Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
            LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

11.    Notice of the Application as provided therein is deemed to be good and sufficient

notice thereof, and the requirements of the Local Rules are satisfied by the contents of the

Application.

12.    The Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**EXHIBIT B**

**INVOICE**

13587183

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
New Rite Aid, LLC

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors Committee

For Legal Services Rendered Through September 30, 2025

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 09/03/25 | GAK | 102 | Review Debtors' application in lieu of motion to terminate and reject MSA with XIFIN. | 0.10 | |
| 09/03/25 | OM | 102 | Review court notifications regarding CVS motion to compel. | 0.20 | |
| 09/09/25 | GAK | 102 | Email from Debtors' counsel regarding auction for fee owned properties. | 0.10 | |
| 09/11/25 | GAK | 102 | Review second supplemental notice of successful bid. | 0.20 | |
| 09/17/25 | GAK | 102 | Review notice of bid deadline and potential auction/sale hearing for certain lease assets. | 0.20 | |
| 09/18/25 | GAK | 102 | Review Court's letter opinion on assumption/assignment. | 0.20 | |
| 09/24/25 | GAK | 102 | Email from Debtors' counsel regarding ScriptStop sale. | 0.10 | |
| 09/26/25 | GAK | 102 | Review notification regarding rejection of executory contracts and email A. Sherman regarding same. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/29/25 | GAK | 102 | Review notification regarding contracts to be rejected and email A. Sherman on same. | 0.20 | |
| | | **TASK TOTAL 102** | | **1.40** | **$1,125.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 09/02/25 | GAK | 104 | Review notification regarding adjournment of hearing. | 0.10 | |
| 09/03/25 | GAK | 104 | Call and emails with Debtors' counsel regarding Friday's hearing. | 0.20 | |
| 09/03/25 | GAK | 104 | Meeting with Debtors' professionals regarding case matters. | 0.20 | |
| 09/03/25 | GAK | 104 | Meeting with Committee professionals regarding case matters. | 0.10 | |
| 09/03/25 | BM | 104 | Update call with Debtors' professionals. | 0.30 | |
| 09/03/25 | OM | 104 | Correspondence with G. Kopacz regarding potential hearing on Debtors' motion to compel CVS. | 0.10 | |
| 09/04/25 | GAK | 104 | Call with F. Yudkin regarding CVS hearing and related matters. | 0.10 | |
| 09/04/25 | BM | 104 | Attend Committee meeting. | 0.20 | |
| 09/09/25 | GAK | 104 | Emails with Willkie team regarding Thursday hearing. | 0.10 | |
| 09/09/25 | GAK | 104 | Email Chambers regarding Thursday's hearing. | 0.10 | |
| 09/10/25 | GAK | 104 | Attend meeting with Debtors' professionals regarding case matters. | 0.80 | |
| 09/10/25 | GAK | 104 | Attend meeting with Committee professionals regarding case matters. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/10/25 | GAK | 104 | Email Willkie regarding adjournment of hearing. | 0.10 |  |
| 09/10/25 | GAK | 104 | Email with Committee regarding case matters. | 0.10 |  |
| 09/10/25 | BM | 104 | Update call with Debtors' counsel. | 0.70 |  |
| 09/10/25 | AHS | 104 | Attend update call with counsel for Debtors and coordinate with Committee counsel in advance of meeting. | 0.70 |  |
| 09/11/25 | GAK | 104 | Attend Committee meeting regarding case matters. | 0.20 |  |
| 09/11/25 | BM | 104 | Attend Committee meeting. | 0.30 |  |
| 09/11/25 | AHS | 104 | Attend Committee meeting. | 0.30 |  |
| 09/15/25 | GAK | 104 | Draft email to Chambers regarding tomorrow's hearing. | 0.20 |  |
| 09/15/25 | GAK | 104 | Review and comment on critical dates calendar. | 0.60 |  |
| 09/15/25 | GAK | 104 | Communications with Committee/Willkie regarding adjournment of DS hearing. | 0.20 |  |
| 09/15/25 | GAK | 104 | Email from Debtors' counsel regarding adjournment of DS hearing. | 0.10 |  |
| 09/15/25 | GAK | 104 | Emails with Willkie regarding matters scheduled for hearing and next steps. | 0.30 |  |
| 09/15/25 | GAK | 104 | Review Court's opinion on assignment of Thrifty/SVAP Lease to Ross Dress-for-Less. | 0.20 |  |
| 09/15/25 | GAK | 104 | Email from Debtors' counsel regarding bank account closures. | 0.10 |  |
| 09/15/25 | GAK | 104 | Emails with J. Graber and A. Sherman regarding tomorrow's hearing. | 0.20 |  |
| 09/15/25 | OM | 104 | Review pleadings, orders and review and update critical dates calendar. | 1.10 |  |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/16/25 | GAK | 104 | Communications with Chambers regarding hearing. | 0.10 | |
| 09/16/25 | GAK | 104 | Attend hearing on numerous matters. | 0.40 | |
| 09/16/25 | GAK | 104 | Review court notifications regarding adjournments of hearings on various matters. | 0.20 | |
| 09/16/25 | GAK | 104 | Communications with Willkie and Committee regarding hearing and next steps. | 0.10 | |
| 09/16/25 | BM | 104 | Attend omnibus hearing. | 0.40 | |
| 09/16/25 | OM | 104 | Correspondence with co-counsel regarding critical dates and next steps. | 0.10 | |
| 09/16/25 | OM | 104 | Revise critical dates schedule pursuant to omnibus hearing and notice of agenda. | 0.80 | |
| 09/16/25 | OM | 104 | Correspondence with G. Kopacz regarding omnibus hearing. | 0.10 | |
| 09/16/25 | OM | 104 | Revise critical dates schedule pursuant to correspondence with G. Kopacz. | 0.40 | |
| 09/17/25 | GAK | 104 | Email from Willkie regarding Committee meeting and review agenda. | 0.10 | |
| 09/17/25 | GAK | 104 | Meeting with Committee's advisors regarding case matters. | 0.20 | |
| 09/17/25 | GAK | 104 | Attend meeting with Debtors' professionals regarding case matters. | 0.50 | |
| 09/17/25 | BM | 104 | Attend update call with Debtors' professionals. | 0.50 | |
| 09/17/25 | OM | 104 | Attention to service of AlixPartners' fourth supplemental declaration. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors Committee                                              October 16, 2025
                                                  Client/Matter No. 08650166.000001
                                                                Invoice: 2086543
                                                                        Page 5

---

|          |      |     |                                                                                                                             | HOURS | AMOUNT |
|----------|------|-----|-----------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/17/25 | OM   | 104 | Correspondence with G. Kopacz and S. Rosenfeld of AlixPartners regarding filing and service of AlixPartners' fourth supplemental declaration. | 0.20  |        |
| 09/18/25 | GAK  | 104 | Emails with Committee members and Willkie in advance of meeting. | 0.10  |        |
| 09/18/25 | GAK  | 104 | Emails with J. Graber regarding tomorrow's hearing. | 0.10  |        |
| 09/18/25 | GAK  | 104 | Attend meeting with Committee members. | 0.20  |        |
| 09/18/25 | BM   | 104 | Attend Committee meeting. | 0.30  |        |
| 09/19/25 | BM   | 104 | Attend omnibus hearing. | 0.90  |        |
| 09/22/25 | OM   | 104 | Prepare Notice of Hearing related to interim fee applications. | 0.90  |        |
| 09/24/25 | GAK  | 104 | Meeting with Debtors' professionals regarding case matters. | 0.30  |        |
| 09/24/25 | GAK  | 104 | Meeting with Committee professionals regarding case matters. | 0.20  |        |
| 09/24/25 | BM   | 104 | Update call with Debtors' professionals. | 0.30  |        |
| 09/24/25 | AHS  | 104 | Attend call with Debtors' professionals and call with Committee professionals to prepare for meeting. | 0.50  |        |
| 09/24/25 | AHS  | 104 | Call with Debtors' professionals regarding case and plan status and follow up with Committee professionals in advance of meeting. | 0.50  |        |
| 09/25/25 | GAK  | 104 | Attend Committee meeting. | 0.20  |        |
| 09/25/25 | GAK  | 104 | Attention to service of fee statements. | 0.40  |        |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/25/25 | GAK | 104 | Review Court's text order regarding upcoming hearing. | 0.10 | |
| 09/25/25 | GAK | 104 | Email and call with C. Block regarding plan, case matters and licenses. | 0.30 | |
| 09/25/25 | BM | 104 | Attend Committee meeting. | 0.30 | |
| 09/25/25 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.60 | |
| 09/25/25 | AHS | 104 | Attend committee meeting. | 0.30 | |
| 09/26/25 | GAK | 104 | Call with landlord counsel regarding stub rent and 365(d)(3) matters. | 0.20 | |
| 09/29/25 | OM | 104 | Correspondence with G. Kopacz regarding certification of service for the Committee Professionals' fourth monthly fee statements and first interim fee application. | 0.10 | |
| 09/29/25 | OM | 104 | Prepare Certification of Service for Fourth Monthly fee applications and interim fee applications. | 0.60 | |
| 09/30/25 | GAK | 104 | Communications with Alix regarding MORs. | 0.10 | |
| 09/30/25 | OM | 104 | Finalize and file certification of service related to Committee professionals' interim and final fee applications. | 0.30 | |
| | | TASK TOTAL 104 | | 20.30 | $16,935.50 |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/02/25 | GAK | 105 | Email from Alix regarding property tax question regarding 365(d)(3). | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/03/25 | GAK | 105 | Draft email to A. Sherman with findings on administrative priority research regarding lease obligations. | 0.70 | |
| 09/03/25 | GAK | 105 | Email Alix regarding lease obligations and administrative priority matters. | 0.20 | |
| 09/03/25 | GAK | 105 | Research regarding leases and 365(d)(3) and administrative expense claims. | 3.70 | |
| 09/16/25 | GAK | 105 | Review Debtor declarations in opposition to administrative expense motions. | 0.20 | |
| 09/17/25 | GAK | 105 | Review email and related materials from A&M regarding administrative claim procedures and creditor support. | 0.30 | |
| | | **TASK TOTAL 105** | | **5.20** | **$4,420.00** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/03/25 | GAK | 107 | Email and call with O. Matviyishyn regarding notice of rate increase. | 0.20 | |
| 09/04/25 | OM | 107 | Continue drafting notice of rate increase. | 1.40 | |
| 09/05/25 | GAK | 107 | Communications with O. Matviyhshyn regarding notice of rate increase. | 0.10 | |
| 09/05/25 | GAK | 107 | Review and revise notice of rate increase. | 0.70 | |
| 09/05/25 | OM | 107 | Finalize Sills' notice of rate increase. | 0.30 | |
| 09/08/25 | GAK | 107 | Finalize notice of rate increase. | 0.20 | |
| 09/08/25 | OM | 107 | Draft Sills' July CNO. | 0.20 | |
| 09/08/25 | OM | 107 | Draft CNO for Willkie's July fee statement. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/08/25 | OM | 107 | Draft AlixPartners' July certificate of no objection. | 0.20 | |
| 09/09/25 | GAK | 107 | Numerous emails with UST and Alix regarding supplemental declaration. | 0.30 | |
| 09/09/25 | GAK | 107 | Review and comment on draft Sills CNO and emails with A. Sherman on same. | 0.30 | |
| 09/09/25 | GAK | 107 | Review and revise draft CNO for Alix and communications with Alix on same. | 0.20 | |
| 09/09/25 | GAK | 107 | Review and revise Willkie CNO and emails with Willkie on same. | 0.30 | |
| 09/09/25 | OM | 107 | Finalize and file Committee professionals' CNOs. | 0.30 | |
| 09/09/25 | OM | 107 | Finalize, file and serve Sills' notice of rate increase. | 0.40 | |
| 09/11/25 | GAK | 107 | Emails with Alix regarding interim fee application and review compensation procedures order in connection with same. | 0.20 | |
| 09/11/25 | GAK | 107 | Calls with M. Loison regarding fee application matters. | 0.20 | |
| 09/15/25 | GAK | 107 | Email from Debtors' counsel regarding interim fee application. | 0.10 | |
| 09/15/25 | GAK | 107 | Email Alix team regarding interim fee application. | 0.10 | |
| 09/15/25 | OM | 107 | Attention to interim compensation order related to preparation of Sills' First Interim fee application. | 0.10 | |
| 09/16/25 | GAK | 107 | Review Alix's proposed supplemental declaration. | 0.20 | |
| 09/16/25 | GAK | 107 | Review Alix's August fee statement and emails with Alix and Willkie on same. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/16/25 | GAK | 107 | Communications with Alix regarding supplemental declaration and next steps. | 0.20 | |
| 09/16/25 | GAK | 107 | Communications with Willkie and O. Matviyishyn regarding interim fee applications. | 0.20 | |
| 09/16/25 | GAK | 107 | Work on August fee statement. | 0.60 | |
| 09/16/25 | GAK | 107 | Review local rules in connection with interim fee application. | 0.20 | |
| 09/16/25 | OM | 107 | Correspondence with Willkie regarding interim fee application requirements and review same. | 0.20 | |
| 09/17/25 | GAK | 107 | Emails with Alix and UST regarding 4th supplemental declaration. | 0.10 | |
| 09/17/25 | GAK | 107 | Communications with O Matviyishyn regarding filing and service of Alix supplemental declaration. | 0.20 | |
| 09/17/25 | GAK | 107 | Work on August fee statement and communications with O. Matviyishyn on same. | 0.30 | |
| 09/17/25 | OM | 107 | Finalize and file AlixPartner's Fourth Supplemental Declaration | 0.40 | |
| 09/17/25 | OM | 107 | Begin drafting Sills' August monthly fee statement. | 2.00 | |
| 09/18/25 | GAK | 107 | Communications with O. Matviyishyn regarding August fee statement. | 0.10 | |
| 09/18/25 | OM | 107 | Begin drafting first interim fee application. | 1.40 | |
| 09/19/25 | OM | 107 | Continue drafting first interim fee application. | 2.80 | |
| 09/20/25 | OM | 107 | Continue drafting first interim fee application. | 3.20 | |

Sills Cummis & Gross P.C.

Creditors Committee                                        October 16, 2025
                                            Client/Matter No. 08650166.000001
                                                        Invoice: 2086543
                                                              Page 10

---

|          |      |     |                                                         | HOURS | AMOUNT |
|----------|------|-----|---------------------------------------------------------|-------|--------|
| 09/22/25 | GAK  | 107 | Email from Willkie regarding interim fee application.   | 0.10  |        |
| 09/22/25 | OM   | 107 | Finalize first interim fee application.                 | 1.40  |        |
| 09/23/25 | GAK  | 107 | Review and revise August fee application.               | 1.60  |        |
| 09/24/25 | GAK  | 107 | Emails with Alix regarding August fee statement.        | 0.20  |        |
| 09/24/25 | GAK  | 107 | Review Alix's August fee statement.                     | 0.20  |        |
| 09/24/25 | GAK  | 107 | Review and revise interim fee application.              | 4.60  |        |
| 09/25/25 | GAK  | 107 | Finalize and file Willkie August fee statement.         | 0.20  |        |
| 09/25/25 | GAK  | 107 | Finalize and file Alix monthly fee statement.           | 0.20  |        |
| 09/25/25 | GAK  | 107 | Communications with A. Sherman regarding August fee application. | 0.10  |        |
| 09/25/25 | GAK  | 107 | Finalize and file Sills August fee statement.           | 0.20  |        |
| 09/25/25 | GAK  | 107 | Revise August fee statement based on comments from A. Sherman. | 0.30  |        |
| 09/25/25 | GAK  | 107 | Review local rules regarding fee applications matters and emails and call with M. Loison on same. | 0.40  |        |
| 09/25/25 | GAK  | 107 | Emails with Willkie regarding August fee statement.     | 0.20  |        |
| 09/25/25 | GAK  | 107 | Emails with Alix regarding August fee statement.        | 0.20  |        |
| 09/25/25 | GAK  | 107 | Review Alix's interim fee application.                  | 0.30  |        |
| 09/25/25 | GAK  | 107 | Revise interim fee application based on comments from A. Sherman. | 0.60  |        |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 11

---

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/25/25 | GAK | 107 | Communications with Debtors regarding interim fee applications. | 0.10 |  |
| 09/26/25 | GAK | 107 | Finalize and file Willkie interim fee application and address related matters. | 0.40 |  |
| 09/26/25 | GAK | 107 | Finalize and file Alix interim fee application. | 0.30 |  |
| 09/26/25 | GAK | 107 | Revise interim fee application based on comments of A. Sherman. | 0.40 |  |
| 09/26/25 | GAK | 107 | Finalize and file Sills' interim fee application. | 0.40 |  |
| 09/26/25 | GAK | 107 | Review and revise proposed notice of hearing from Debtors' counsel. | 0.30 |  |
| 09/26/25 | GAK | 107 | Emails with Debtors on fee application matters and notice of hearing. | 0.30 |  |
| 09/26/25 | GAK | 107 | Attention to service of interim fee applications. | 0.40 |  |
| 09/26/25 | GAK | 107 | Numerous emails with Willkie on interim fee applications and related matters. | 0.20 |  |
| 09/30/25 | GAK | 107 | Email from Alix on fee application matters. | 0.10 |  |

|  | HOURS | AMOUNT |
|---|---|---|
| **TASK TOTAL 107** | **32.30** | **$22,710.00** |

## 108 – FEE/EMPLOYMENT OBJECTIONS

| 09/03/25 | GAK | 108 | Review Paul Weiss June fee statement. | 0.20 |  |
|---|---|---|---|---|---|

|  | HOURS | AMOUNT |
|---|---|---|
| **TASK TOTAL 108** | **0.20** | **$170.00** |

## 113 – PLAN AND DISCLOSURE STATEMENT

| 09/02/25 | GAK | 113 | Review update email to Committee regarding Plan. | 0.10 |  |
|---|---|---|---|---|---|

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/02/25 | GAK | 113 | Review Debtors' proposed plan revisions and communications with Willkie on same. | 0.90 | |
| 09/02/25 | BM | 113 | Analysis regarding draft joint plan of reorganization. | 1.60 | |
| 09/03/25 | GAK | 113 | Review Debtors' motion to extend exclusivity periods. | 0.30 | |
| 09/03/25 | GAK | 113 | Numerous emails from Willkie regarding Plan provisions and related matters. | 0.40 | |
| 09/03/25 | BM | 113 | Analysis regarding draft plan and disclosure statement. | 1.10 | |
| 09/04/25 | GAK | 113 | Review email to Committee on Plan/DS and related matters. | 0.20 | |
| 09/10/25 | GAK | 113 | Review court's text order adjourning DS hearing. | 0.10 | |
| 09/10/25 | BM | 113 | Call with Committee's professionals regarding plan issues. | 0.30 | |
| 09/11/25 | GAK | 113 | Review UST's objection to conditional approval of Disclosure Statement. | 0.30 | |
| 09/11/25 | GAK | 113 | Communications with creditor regarding requested conversion of chapter 11 cases. | 0.10 | |
| 09/15/25 | OM | 113 | Analysis of disclosure statement and related pleadings. | 0.80 | |
| 09/18/25 | GAK | 113 | Review emails from Willkie and Debtors' counsel regarding reply to UST objection. | 0.20 | |
| 09/18/25 | GAK | 113 | Review proposed case timeline from Debtors' and email with Willkie on same. | 0.30 | |
| 09/18/25 | OM | 113 | Review Debtors' draft reply to U.S. Trustee's objection to conditional disclosure statement motion. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/19/25 | GAK | 113 | Review amended disclosure statement. | 0.40 | |
| 09/19/25 | GAK | 113 | Review amended plan and communications with Willkie on same. | 0.70 | |
| 09/19/25 | GAK | 113 | Review Debtors' reply in support of conditional approval of Disclosure Statement. | 0.20 | |
| 09/19/25 | GAK | 113 | Communications with Committee/Willkie regarding today's hearing and next steps. | 0.20 | |
| 09/19/25 | GAK | 113 | Attend hearing on motion to conditionally approve Disclosure Statement. | 0.50 | |
| 09/23/25 | GAK | 113 | Review order conditionally approving disclosure statement and emails to A. Sherman on same. | 0.60 | |
| 09/25/25 | GAK | 113 | Call with landlord counsel regarding plan. | 0.10 | |
| 09/25/25 | GAK | 113 | Call with landlord counsel regarding plan and case matters. | 0.10 | |
| 09/25/25 | BM | 113 | Analysis regarding plan confirmation issues. | 0.60 | |
| 09/26/25 | GAK | 113 | Communications with Willkie/Committee on extension of toggle notice and plan matters. | 0.10 | |
| 09/27/25 | BM | 113 | Analysis regarding draft confirmation order. | 0.70 | |
| 09/28/25 | GAK | 113 | Communications with Willkie and Committee regarding confirmation order. | 0.10 | |
| 09/29/25 | GAK | 113 | Review draft confirmation order. | 0.80 | |
| 09/29/25 | OM | 113 | Review draft confirmation order provided by Debtors. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 14

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/30/25 | GAK | 113 | Review order extending plan exclusivity periods and emails to A. Sherman on same. | 0.10 |  |
| 09/30/25 | GAK | 113 | Communications with Willkie regarding confirmation/dismissal hearing. | 0.10 |  |

| | **TASK TOTAL 113** | **13.00** | **$11,045.50** |
|---|---|---|---|
| | **TOTAL FEES** | **72.40** | **$56,406.00** |

**TASK CODE SUMMARY**

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 102 | Asset Disposition | | 1.40 | $1,125.00 |
| 104 | Case Administration | | 20.30 | $16,935.50 |
| 105 | Claims Administration and Objections | | 5.20 | $4,420.00 |
| 107 | Fee/Employment Applications | | 32.30 | $22,710.00 |
| 108 | Fee/Employment Objections | | 0.20 | $170.00 |
| 113 | Plan and Disclosure Statement | | 13.00 | $11,045.50 |
| | TOTAL FEES | | 72.40 | $56,406.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 2.30 | x | $1,150.00 | = | $2,645.00 |
| Boris Mankovetskiy | 9.10 | x | $985.00 | = | $8,963.50 |
| Gregory A. Kopacz | 39.30 | x | $850.00 | = | $33,405.00 |
| Oleh Matviyishyn | 21.70 | x | $525.00 | = | $11,392.50 |

Disbursement Detail

| | | |
|---|---|---|
| 09/29/25 | B&W Copies | $1,544.55 |
| 09/29/25 | Postage | $266.14 |
| 09/03/25 | Lexis-Nexis | $56.75 |
| | Total Disbursements | $1,867.44 |

Sills Cummis & Gross P.C.

Creditors Committee

October 16, 2025
Client/Matter No. 08650166.000001
Invoice: 2086543
Page 15

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $56,406.00 |
| Total Disbursements | $1,867.44 |
| **TOTAL THIS INVOICE** | **$58,273.44** |