## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental DN 1762 Counterparties Service List attached hereto as **Exhibit A**:

- Twentieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1762]

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Home Essentials Brands LLC, (ADRID: 28124581), 3070 Ranchview Ln N, Minneapolis, MN 55447-1459:

- Twenty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1763]

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Suntree Snack Foods LLC, (ADRID: 28109412), 4502 W Monterosa St, Phoenix, AZ 85031-2300:

- Twenty-Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1764]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental DN 1765 Counterparties Service List attached hereto as **Exhibit B**:

- Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1765]

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental DN 1767 Counterparties Service List attached hereto as **Exhibit C**:

- Twenty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1767]

On September 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Stillwaters Foodservice, Inc, (ADRID: 28163313), 40945 173rd St E, Lancaster, CA 93535-7418:

- Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1768]

On September 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Rogue Community Health, (ADRID: 29959230), c/o Amy Cervan, 1221 Disk Dr, Medford, OR 97501-6638:

- Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, if Any [Docket No. 851]

On September 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Cole Ek Philadelphia PA, LLC, (ADRID: 28110844), c/o Vereit, Inc., 11995 El Camino Real, San Diego, CA 92130-2539:

- Eighth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 1404]

On September 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Melvin & Mary Schaefer, (ADRID: 28163230), at an address that has been redacted in the interest of privacy:

- Ninth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 1405]

Dated: October 28, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 28, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

## Exhibit A

Exhibit A

Supplemental DN 1762 Counterparties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 30517244 | AON RISK SERVICES INC | 200 EAST RANDOLPH ST | CHICAGO | IL | 60601 |
| 30261073 | COOLA LLC | 6023 Innovation Way Ste 110 | CARLSBAD | CA | 92009-1789 |

**Exhibit B**

Exhibit B

Supplemental DN 1765 Counterparties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| 28104268 | APOLLO HEALTH AND BEAUTY CARE | 1 APOLLO PLACE | TORONTO | ON | M3J 0H2 | CANADA |
| 30260440 | CARTER INTRALOGISTICS | 128 COLEMAN BOULEVARD | FREDERICK | GA | 31408 | |
| 28105413 | CONAIR | 246 BROADWAY | NEW HYDE PARK | NY | 11040-5399 | |

**Exhibit C**

Exhibit C

Supplemental DN 1767 Counterparties Service List

Served via First-Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28125476 | NOLAN TRANSPORTATION GROUP, LLC | 244 PERIMETER CENTER PKWY NE | ATLANTA | GA | 30346-1402 |
| 28169321 | PLM TRAILER LEASING | 6600 LYNDON B JOHNSON FWY STE 179 | DALLAS | TX | 75240-6543 |