**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 16, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on 336 Union Realty LLC, (ADRID: 28084011), 9920 4th Ave, Ste 305, Brooklyn, NY 11209-8331:

- Order (I) Authorizing the Debtors to Enter into and Perform Under the KPH Healthcare Services Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (IV) Granting Related Relief [Docket No. 1178]

- Order (I) Authorizing the Debtors to Enter into and Perform Under the Hilrod Holdings L.P. Asset Purchase Agreement, (II) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (IV) Granting Related Relief [Docket No. 1179]

- Notice of Sale by Auction and Sale Hearing for Debtors' Remaining Assets [Docket No. 1181]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Blue Rhino, (ADRID: 28127453), 5650 University Parkway, Suite 400, Winston Salem, NC 27105:

- Tenth Notice of Additional Closing Locations [Docket No. 1319]

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Ascensia Diabetes Care US Inc, (ADRID: 30517248), Bank of New York Mellon, 5 Wood Hollow Rd, Parsippany, NJ 07054:

- Twentieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1762]

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Comco Systems, (ADRID: 30517434), 161 N I-35E, Suite 139, Denton, TX 76205:

- Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1765]

Dated: October 24, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 24, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028