| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **PILLAR+AUGHT**<br>4201 E. Park Circle<br>Harrisburg, PA 17111<br>(717) 308-9910<br>(717) 686-9862 Facsimile<br>Lindsey E. Snavely, Esq. (lsnavely@pillaraught.com)<br>Kate Deringer Sallie, Esq. (ksallie@pillaraught.com)<br><br>*Counsel to Boyd & Mahoney and U D Properties* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC<br><br>　　　　　　　　Debtors. | Case No.: 25-14861 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL OF ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Lindsey E. Snavely and Kate Deringer Sallie of Pillar + Aught hereby withdraws its appearance as attorneys for Boyd & Mahoney and U D Properties in the above-entitled action. Debtor has rejected the respective real property leases with Boyd & Mahoney and U D Properties. As such, counsel of Pillar + Aught respectfully requests to be withdrawn from electronic notifications in the within case.

Dated: October 29, 2025　　　　　　　　　　　　**PILLAR+AUGHT**

　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Lindsey E. Snavely*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Lindsey E. Snavely, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Kate Deringer Sallie, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　4201 E. Park Circle
　　　　　　　　　　　　　　　　　　　　　　　　　Harrisburg, PA 17111
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (717) 308-9910
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (717) 686-9862
　　　　　　　　　　　　　　　　　　　　　　　　　Email: lsnavely@pillaraught.com
　　　　　　　　　　　　　　　　　　　　　　　　　ksallie@pillaraught.com

*Counsel to Boyd & Mahoney and U D Properties*

<table>
<tr><td>
**UNITED STATES BANKRUPTCY COURT**<br>
**DISTRICT OF NEW JERSEY**<br>
Caption in Compliance with D.N.J. LBR 9004-1(b)<br>
**PILLAR+AUGHT**<br>
4201 E. Park Circle<br>
Harrisburg, PA 17111<br>
(717) 308-9910<br>
(717) 686-9862 Facsimile<br>
Lindsey E. Snavely, Esq. (lsnavely@pillaraught.com)<br>
Kate Deringer Sallie, Esq. (ksallie@pillaraught.com)<br>
<br>
*Counsel to Boyd & Mahoney*
</td></tr>
</table>

| In re: | Case No.: 25-14861 (MBK) |
|---|---|
| NEW RITE AID, LLC | Chapter: 11 |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, <u>Lindsey E. Snavely</u>:

   [X] represent Boyd & Mahoney and U D Properties, in the above-captioned matter.

   [ ] am the secretary/paralegal for _____ in the above-captioned matter.

   [ ] am the _____ in the above case and am representing myself.

2. On October 29, 2025, *Notice of Withdrawal of Counsel and Request for Removal of Electronic Notices* was electronically filed with the Court, using the Court's Electronic Filing System, and served via the Court's CM/ECF system on the parties that have consented to electronic service of all court filings.

3. On October 29, 2025, I caused the *Notice* to be served via electronic mail to the parties listed on **Exhibit A.**

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  October 29, 2025                                        */s/ Lindsey E. Snavely*
                                                               Signature:  Lindsey E. Snavely

**EXHIBIT A**

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey, 07102<br>Attn. Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov<br>Attn. Lauren Bielskie<br>lauren.bielskie@usdoj.gov | *U.S. Trustee's Office* | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>**X** Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, PA 17319<br>David Kastin, Esquire<br>david.kastin@riteaid.com | *Debtor* | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>**X** Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Andrew N. Rosenberg, Esquire<br>arosenberg@paulweiss.com<br>Alice Belisle Eaton, Esquire<br>aeaton@paulweiss.com<br>Christopher Hopkins, Esquire<br>chopkins@paulweiss.com<br>Nick Krislov, Esquire<br>nkrislov@paulweiss.com | *Counsel to the Debtor* | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>**X** Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Michael D. Sirota, Esquire<br>Msirota@coleschotz.com | *Counsel to the Debtor* | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RRR |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Warren A. Usatine, Esquire<br>wusatine@coleschotz.com<br>Felice R. Yudkin, Esquire<br>FYudkin@coleschotz.com<br>Seth Van Aalten, Esquire<br>svanaalten@coleschotz.com | | [X] Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>John V. Fentola, Esquire<br>jventola@choate.com<br>Jonathan D. Marshall, Esquire<br>jmarshall@choate.com<br>Mark D. Silva, Esquire<br>msilva@choate.com | *Counsel to Senior Credit Facility Agent and the DIP Agent* | [ ] Hand-Delivered<br>[ ] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Alan J. Brody, Esquire<br>brodya@gtlaw.com<br>Julia Frost-Davies, Esquire<br>Julia.frostdavies@gtlaw.com | *Counsel to Senior Credit Facility Agent and the DIP Agent* | [ ] Hand-Delivered<br>[ ] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leichtman Law PLLC<br>185 Madison Avenue, 15th Floor<br>New York, NY 10016<br>Maura I. Russell, Esquire<br>mrussell@leichtmanlaw.com | *Counsel to the Consultants* | [ ] Hand-Delivered<br>[ ] Regular mail<br>[ ] Certified mail/RRR<br>[X] Other: Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel to the Consultants* | [ ] Hand-Delivered<br>[ ] Regular mail |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Jeffrey Cohen, Esquire<br>jcohen@lowenstein.com<br>Andrew Behlmann, Esquire<br>abehlmann@lowenstein.com | | ☐ Certified mail/RRR<br><br>☒ Other: Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07068<br>Anthony Sodono, Esquire<br>asodono@msbnj.com<br>Michele Dudas, Esquire<br>mdudas@msbnj.com | *Co-Counsel to McKesson* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Dennis M. Twomey, Esquire<br>dtwomey@sidley.com | *Co-Counsel to McKesson* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Buchalter<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Jeffrey K. Garfinkle, Esquire<br>jgarfinkle@buchalter.com | *Co-Counsel to McKesson* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>☒ Other: Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |