# EXHIBIT E

# STONEBRIER COMMERCIAL L.P.

INVOICE

4780 West Lane, Ste. A  
Stockton, CA 95210  
Phone 209-951-4391 Fax 209-473-7923

DATE: March 31, 2025  
INVOICE # 33125  
FOR: Rite Aid -Stockton, CA

**Bill To:**  
Thrifty Payless, Inc.  
Rite Aid  
P.O. Box 3165  
Harrisburg, PA 17105

| DESCRIPTION | AMOUNT |
|---|---|
| RITE AID STORE #6510  4774 West Lane, Stockton, CA 95210  SEE ATTACHED BILLS | |
| See Work Done By PCI Employee on Rite Aid Property Mar. 2025 | 630.00 |
| Neilsens Mobile Detailing Inv# 298067 | 889.00 |
| Property Improvements - Landscape - Feb. 2025 | 850.00 |
| City of Stockton Storm Water Bill - dated 2/18/25 | 56.20 |
| City of Stockton Sewer & Water Bill - dated 3/25/25 | 231.35 |
| City of Stockton Fire Hydrant Bill - dated 2/18/25 | 79.07 |
| City of Stockton Irrigation Water Bill - dated 3/25/25 | 359.90 |
| All Invoices due and payable upon receipt  Make all checks payable to StoneBrier Commerical L.P. | |
| TOTAL | $ 3,095.52 |

If you have any questions concerning this invoice, contact Kelli, by phone 209.951.4391 or email kelli@patmon.com.

THANK YOU FOR YOUR BUSINESS!

**Work done by Patmon Company on Rite Aid Property**

| Date | Time In | Time Out | Employee Name | WORK DONE | | | | Other | MINUTES |
| | | | | Carts | Trash | Graffiti | ndscap | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/2025 | | | Saturday | | | | | | |
| 3/2/2025 | | | Sunday | | | | | | |
| 3/3/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/4/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/5/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/6/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/7/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/8/2025 | | | Saturday | | | | | | |
| 3/9/2025 | | | Sunday | | | | | | |
| 3/10/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/11/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/12/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/13/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/14/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/15/2025 | | | Saturday | | | | | | |
| 3/16/2025 | | | Sunday | | | | | | |
| 3/17/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/18/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/19/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/20/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/21/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/22/2025 | | | Saturday | | | | | | |
| 3/23/2025 | | | Sunday | | | | | | |
| 3/24/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/25/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/26/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/27/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/28/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 3/29/2025 | | | Saturday | | | | | | |
| 3/30/2025 | | | Sunday | | | | | | |
| 3/31/2025 | | | Antonio Carranza | | X | | X | | 60 |

| | |
|---|---|
| Hours | 21.00 |
| Rate | $30.00 |
| Total Due | $630.00 |

# Neilsen's Mobile Detailing

**Invoice**

Invoice No: 298067
Date: 03/02/2025
Terms: NET 30
Due Date: 04/01/2025
Bill To: Patmon
kelli@patmon.com

4 Atherton Island, Stockton, CA 95204
209-473-2271
209-483-8215
209-474-2894
Neilsenmd@yahoo.com
Neilsensmd.com

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Power wash Rite Aid building power wash concrete clean all windows on Rite Aid $889.00 | 1 | $889.00 | $889.00 |

Subtotal: $889.00
TAX 0%: $0.00
Total: $889.00
PAID: $0.00

**Balance Due** $889.00

1 / 1

# Property Improvements

# INVOICE

4780 West Lane, Ste. A  
Stockton, CA  95210  
Phone 209-951-4391 Fax 209-473-7923

**DATE:** March 31, 2025  
**INVOICE #** 3312025  
**FOR:** *StoneBrier Comm.*

**Bill To:**  
StoneBrier Commercial

| DESCRIPTION | AMOUNT |
|---|---|
| **LANDSCAPE MAINTENANCE**<br>**4774 West Lane, Stockton, CA  95210**<br>Rite Aid<br><br>FOR THE MONTH OF:  February 2025 | 850.00 |
| TOTAL | $ 850.00 |

Make all checks payable to Property Improvements

THANK YOU FOR YOUR BUSINESS!

Case 25-14861-MBK    Doc 3132-2    Filed 10/29/25    Entered 10/29/25 10:46:40    Desc
Exhibit E Unpaid monthly expense invoices    Page 6 of 11

[2/3]

CITY OF STOCKTON
425 N. EL DORADO ST
STOCKTON, CA 95202

CUSTOMER: STONEBRIER COMMERCIAL LP
SERVICE ADDRESS: 4774 WEST LN &
ACCOUNT NO: 000417333-000293252
STATEMENT DATE: 2/18/25
CYCLE / ROUTE: 85-01

**THIS IS A BILL**

### Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 56.20 |
| Last Payment(s) Amount | -56.20 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 56.20 |
| **Total Amount Due** | **56.20** |

### New Charges

Rate Class : COMMERCIAL

| Service | | Charge | Total |
|---|---|---|---|
| OWNER STORM DRAIN | 26.76 | 56.20 | 56.20 |
| Total Current Charges | | | 56.20 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 56.20 |

STK0218A  2176 1 AV 0.545
7000002753 00.0011.0107 2176/2

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210

### Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

Messages:

---


CITY OF STOCKTON
425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210



Return this portion with your payment.

ACCOUNT NUMBER: 000417333-000293252
SERVICE ADDRESS: 4774 WEST LN &
DUE BY: 3/08/25

**Total Amount Due** 56.20

Amount Enclosed: $ 56.20

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

### Contact Us

| | | |
|---|---|---|
| | Customer Service: M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

0004173330002932520000000056206

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

**THIS IS A BILL**

| CUSTOMER: | STONEBRIER COMMERCIAL LTD PTP |
|---|---|
| SERVICE ADDRESS: | 4774 WEST LN |
| ACCOUNT NO: | 000739375-000155056 |
| STATEMENT DATE: | 3/25/25 |
| CYCLE / ROUTE: | 23-01 |

### Summary of Charges

| | |
|---|---|
| Previous Bill Amount | *March* 231.35 |
| Last Payment(s) Amount | 0.00 |
| Balance Forward | 231.35 |
| Adjustments | 0.00 |
| New Charges | *April* 242.13 |
| **Total Amount Due** | **473.48** |

STK0325A   3079 1 AV 0.545
7000003311 00.0012.0201 3079/1



STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438

### New Charges

Rate Class : COMMERCIAL
Meter Number: 63237080

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 2/14/25 | 3/17/25 | 5952 | 5977 | 25 UNIT(S) | 31 |

| Service | | Charge | Total |
|---|---|---|---|
| COM SEWER BASE | | 26.91 | |
| CONS UNIT PRICE | 27.00 | 64.80 | |
| TOTAL COMMERCIAL SEWE | | | 91.71 |
| WTR SERVICE CHG 1.5" | | 78.16 | |
| WINTER WTR USE $2.55 | 25.00 | 63.75 | |
| TOTAL WATER | | | 141.91 |
| UTILITY TAX | | 8.51 | 8.51 |
| Total Current Charges | | | 242.13 |
| Balance Forward | | | 231.35 |
| Total Amount Due | | | 473.48 |

## Ways to Pay

- Online: www.stocktonca.gov/payonline
- Phone: (209) 937-8295
- Mail: See pay stub below
  Payments must be made payable to the City of Stockton
- Walk-in: City of Stockton, 1st Floor
  425 N. El Dorado Street
  Stockton, CA 95202
- Learn more about payments and services: www.stocktonca.gov/payments

## Messages:

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438



Return this portion with your payment.

| ACCOUNT NUMBER: | 000739375-000155056 |
|---|---|
| SERVICE ADDRESS: | 4774 WEST LN |
| DUE BY: | 4/12/25 |

**Total Amount Due** 473.48

Amount Enclosed: $  473.48 - VISA
3-25-25

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

## Contact Us

- Customer Service: (209) 937-8295
  M-F, 8am-4:30pm; Closed every other Friday
  First open Friday of each month 8am-Noon
- Water & Sewer 24/7 Emergency Service: (209) 937-8341

000739375000155056000000473487

Kelli Ness

| | |
|---|---|
| From: | System Admin <DoNotReply@stocktonca.gov> |
| Sent: | Tuesday, March 25, 2025 11:44 AM |
| To: | Kelli Ness |
| Subject: | Payment Receipt from City of Stockton |

## Payment Receipt from City of Stockton

| | |
|---|---|
| Account Number: | 000739375-000155056 |
| Receipt Number: | 183609447567870 |
| Payment Amount: | $473.48 |
| Payment Date: | 03/25/2025 11:44 AM |
| Payment Account: | ******8640 |

### Charge Details

| Description | Amount |
|---|---|
| 000739375-000155056 | $473.48 |
| Total | $473.48 |

*March $231.35
April $242.13*

1

**CITY OF STOCKTON**
425 N. EL DORADO ST
STOCKTON, CA 95202

**THIS IS A BILL**

STK0218A  2178 1 AV 0.545
7000002756 00.0011.0109 2178/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438

| CUSTOMER: | STONEBRIER COMMERCIAL LTD PTP |
|---|---|
| SERVICE ADDRESS: | 4774 WEST LN & |
| ACCOUNT NO: | 000739375-000293250 |
| STATEMENT DATE: | 2/18/25 |
| CYCLE / ROUTE: | 33-01 |

### Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 79.07 |
| Last Payment(s) Amount | -79.07 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 79.07 |
| **Total Amount Due** | **79.07** |

### New Charges

Rate Class : COMMERCIAL

| Service | | | Charge | Total |
|---|---|---|---|---|
| FIRE HYDRANT SVC 5 | 1/31/25 | 2/28/25 | 30.65 | 30.65 |
| 8" FIRE SERVICE | 1/31/25 | 2/28/25 | 43.94 | 43.94 |
| UTILITY TAX | | | 4.48 | 4.48 |
| Total Current Charges | | | | 79.07 |
| Balance Forward | | | | 0.00 |
| Total Amount Due | | | | 79.07 |

### Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

**Messages:**

---

**CITY OF STOCKTON**
425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438

Return this portion with your payment.

| ACCOUNT NUMBER: | 000739375-000293250 |
|---|---|
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 3/08/25 |

| Total Amount Due | 79.07 |
|---|---|
| Amount Enclosed:  $ | 79.07 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

### Contact Us

| Customer Service: | (209) 937-8295 |
|---|---|
| M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | |
| Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

0007393750002932500000000790 76

# CITY OF STOCKTON

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 IRR WEST LN &
ACCOUNT NO: 000739375-000293254
STATEMENT DATE: 3/25/25
CYCLE / ROUTE: 23-01

**THIS IS A BILL**

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 359.90 |
| Last Payment(s) Amount | 0.00 |
| Balance Forward | 359.90 |
| Adjustments | 0.00 |
| New Charges | 584.82 |
| **Total Amount Due** | **944.72** |

*March: 359.90*
*April: 584.82*

STK0325A  3079 1 AV 0.545
7000003312 00.0012.0201 3079/2

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210

## New Charges

Rate Class : COMMERCIAL
Meter Number: 63470758

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 2/14/25 | 3/17/25 | 2788 | 2980 | 192 UNIT(S) | 31 |

| Service | | Charge | Total |
|---|---|---|---|
| WTR SERVICE CHG 1" | | 39.08 | |
| WINTER WTR USE $2.67 | 192.00 | 512.64 | |
| TOTAL IRRIGATION | | | 551.72 |
| UTILITY TAX | | 33.10 | 33.10 |

Total Current Charges 584.82
Balance Forward 359.90
Total Amount Due 944.72

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below<br>Payments must be made<br>payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about<br>payments and services: | www.stocktonca.gov/payments |

Messages:

---

# CITY OF STOCKTON
425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210



Return this portion with your payment.

ACCOUNT NUMBER: 000739375-000293254
SERVICE ADDRESS: 4774 IRR WEST LN &
DUE BY: 4/12/25

**Total Amount Due   944.72**

Amount Enclosed: $ **944.72 - VISA**
**3-25-25**

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

## Contact Us

| | | |
|---|---|---|
| | Customer Service:<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

0007393750002932540000000944721

**Kelli Ness**

| | |
|---|---|
| From: | System Admin <DoNotReply@stocktonca.gov> |
| Sent: | Tuesday, March 25, 2025 11:49 AM |
| To: | Kelli Ness |
| Subject: | Payment Receipt from City of Stockton |

## Payment Receipt from City of Stockton

| | |
|---|---|
| Account Number: | 000739375-000293254 |
| Receipt Number: | 700348538951662 |
| Payment Amount: | $944.72 |
| Payment Date: | 03/25/2025 11:49 AM |
| Payment Account: | ******8640 |

### Charge Details

| Description | Amount |
|---|---|
| 000739375-000293254 | $944.72 |
| Total | $944.72 |

*[handwritten:]* ✳ March $359.90
April $584.82

1