# EXHIBIT F

# STONEBRIER COMMERCIAL L.P.

**INVOICE**

4780 West Lane, Ste. A
Stockton, CA 95210
Phone 209-951-4391 Fax 209-473-7923

DATE: April 30, 2025
INVOICE # 43025
FOR: Rite Aid - Stockton, CA

**Bill To:**
Thrifty Payless, Inc.
Rite Aid
P.O. Box 3165
Harrisburg, PA 17105

| DESCRIPTION | AMOUNT |
|---|---|
| **RITE AID STORE #6510** <br> **4774 West Lane, Stockton, CA 95210** <br> **SEE ATTACHED BILLS** | |
| See Work Done By PCI Employee on Rite Aid Property Apr. 2025 | 660.00 |
| Neilsens Mobile Detailing Inv# 298092 | 889.00 |
| Property Improvements - Landscape - Mar. 2025 | 850.00 |
| City of Stockton Storm Water Bill - dated 3/18/25 | 56.20 |
| City of Stockton Sewer & Water Bill - dated 3/25/25 | 242.13 |
| City of Stockton Fire Hydrant Bill - dated 3/18/25 | 79.07 |
| City of Stockton Irrigation Water Bill - dated 3/25/25 | 584.82 |
| All Invoices due and payable upon receipt <br> Make all checks payable to StoneBrier Commerical L.P. | |
| **TOTAL** | **$ 3,361.22** |

If you have any questions concerning this invoice, contact Kelli, by phone 209.951.4391 or email kelli@patmon.com.

THANK YOU FOR YOUR BUSINESS!

## Work done by Patmon Company on Rite Aid Property

| Date | Time In | Time Out | Employee Name | WORK DONE ||||  Other | MINUTES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Carts | Trash | Graffiti | Landsc | | |
| 4/1/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/2/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/3/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/4/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/5/2025 | | | Saturday | | | | | | |
| 4/6/2025 | | | Sunday | | | | | | |
| 4/7/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/8/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/9/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/10/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/11/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/12/2025 | | | Saturday | | | | | | |
| 4/13/2025 | | | Sunday | | | | | | |
| 4/14/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/15/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/16/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/17/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/18/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/19/2025 | | | Saturday | | | | | | |
| 4/20/2025 | | | Sunday | | | | | | |
| 4/21/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/22/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/23/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/24/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/25/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/26/2025 | | | Saturday | | | | | | |
| 4/27/2025 | | | Sunday | | | | | | |
| 4/28/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/29/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/30/2025 | | | Antonio Carranza | | X | | X | | 60 |

| | |
|---|---|
| Hours | 22.00 |
| Rate | $30.00 |
| Total Due | $660.00 |

*Rite Aid*

# Neilsen's Mobile Detailing

| | |
|---|---|
| Invoice No: | 298092 |
| Date: | 04/02/2025 |
| Terms: | NET 30 |
| Due Date: | 05/02/2025 |
| Bill To: | Patmon |
| | kelli@patmon.com |

**Invoice**

4 Atherton Island, Stockton, CA 95204
209-473-2271
209-483-8215
209-474-2894
Neilsenmd@yahoo.com
Neilsensmd.com

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Clean RitAide building and concrete and windows $889.00 | 1 | $889.00 | $889.00 |

| | |
|---|---|
| Subtotal | $889.00 |
| TAX 0% | $0.00 |
| Total | $889.00 |
| PAID | $0.00 |
| **Balance Due** | **$889.00** |

1 / 1

# Property Improvements

# INVOICE

4780 West Lane, Ste. A
Stockton, CA 95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** April 30, 2025
**INVOICE #** 4302025
**FOR:** *StoneBrier Comm.*

**Bill To:**
StoneBrier Commercial

| DESCRIPTION | AMOUNT |
|---|---|
| LANDSCAPE MAINTENANCE<br>4774 West Lane, Stockton, CA 95210<br>Rite Aid<br><br>FOR THE MONTH OF: March 2025 | 850.00 |
| TOTAL | $ 850.00 |

Make all checks payable to Property Improvements

THANK YOU FOR YOUR BUSINESS!

[2/3]

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

| | |
|---|---|
| CUSTOMER: | STONEBRIER COMMERCIAL LP |
| SERVICE ADDRESS: | 4774 WEST LN & |
| ACCOUNT NO: | 000417333-000293252 |
| STATEMENT DATE: | 3/18/25 |
| CYCLE / ROUTE: | 85-01 |

*Apr.*

**THIS IS A BILL**

STK0318B  2179 1 AV 0.545
7000002753 00.0011.0105 2179/2

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210

## Summary of Charges

| | |
|---|---:|
| Previous Bill Amount | 56.20 |
| Last Payment(s) Amount | -56.20 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 56.20 |
| **Total Amount Due** | **56.20** |

## New Charges

Rate Class : COMMERCIAL

| Service | Charge | Total |
|---|---:|---:|
| OWNER STORM DRAIN   26.76 | 56.20 | 56.20 |
| Total Current Charges | | 56.20 |
| Balance Forward | | 0.00 |
| Total Amount Due | | 56.20 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

Messages:

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210



Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER: | 000417333-000293252 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 4/05/25 |

**Total Amount Due**  56.20

Amount Enclosed: $  *56.20*

## Contact Us

| | | |
|---|---|---|
| | Customer Service: M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

000417333000293252000000056206

# CITY OF STOCKTON
STOCKTON, CA 95202

**THIS IS A BILL**

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 WEST LN
ACCOUNT NO: 000739375-000155056
STATEMENT DATE: 3/25/25
CYCLE / ROUTE: 23-01

## Summary of Charges

| | | |
|---|---|---|
| Previous Bill Amount | March | 231.35 |
| Last Payment(s) Amount | | 0.00 |
| Balance Forward | | 231.35 |
| Adjustments | | 0.00 |
| New Charges | April | 242.13 |

STK0325A  3079 1 AV 0.545
7000003311 00.0012.0201 3079/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438

## New Charges

Rate Class : COMMERCIAL
Meter Number: 63237080

| READ DATES | | METER READINGS | | | |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | USAGE | DAYS |
| 2/14/25 | 3/17/25 | 5952 | 5977 | 25 UNIT(S) | 31 |

| Service | Charge | | Total |
|---|---|---|---|
| COM SEWER BASE | | 26.91 | |
| CONS UNIT PRICE | 27.00 | 64.80 | |
| TOTAL COMMERCIAL SEWE | | | 91.71 |
| WTR SERVICE CHG 1.5" | | 78.16 | |
| WINTER WTR USE $2.55 | 25.00 | 63.75 | |
| TOTAL WATER | | | 141.91 |
| UTILITY TAX | | 8.51 | 8.51 |
| Total Current Charges | | | 242.13 |
| Balance Forward | | | 231.35 |
| Total Amount Due | | | 473.48 |

## Ways to Pay

| | |
|---|---|
| Online: | www.stocktonca.gov/payonline |
| Phone: | (209) 937-8295 |
| Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| Learn more about payments and services: | www.stocktonca.gov/payments |

Messages:

---



425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438



Return this portion with your payment.

ACCOUNT NUMBER: 000739375-000155056
SERVICE ADDRESS: 4774 WEST LN
DUE BY: 4/12/25

Amount Enclosed: $ 473.48 - VISA
3-25-25

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

### Contact Us

Customer Service: (209) 937-8295
M-F, 8am-4:30pm; Closed every other Friday
First open Friday of each month 8am-Noon

Water & Sewer 24/7 Emergency Service: (209) 937-8341

0007393750001550560000004734 87

Kelli Ness

| | |
|---|---|
| From: | System Admin <DoNotReply@stocktonca.gov> |
| Sent: | Tuesday, March 25, 2025 11:44 AM |
| To: | Kelli Ness |
| Subject: | Payment Receipt from City of Stockton |

## Payment Receipt from City of Stockton

| | |
|---|---|
| Account Number: | 000739375-000155056 |
| Receipt Number: | 183609447567870 |
| Payment Amount: | $473.48 |
| Payment Date: | 03/25/2025 11:44 AM |
| Payment Account: | ******8640 |

### Charge Details

| Description | Amount |
|---|---|
| 000739375-000155056 | $473.48 |
| Total | $473.48 |

*(handwritten)* March $231.35
✳ April $242.13

1

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 WEST LN &
ACCOUNT NO: 000739375-000293250
STATEMENT DATE: 3/18/25
CYCLE / ROUTE: 33-01

*Apr.*

**THIS IS A BILL**

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 79.07 |
| Last Payment(s) Amount | -79.07 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 79.07 |
| **Total Amount Due** | **79.07** |

## New Charges

Rate Class : COMMERCIAL

| Service | | | Charge | Total |
|---|---|---|---|---|
| FIRE HYDRANT SVC 5 | 2/28/25 | 3/31/25 | 30.65 | 30.65 |
| 8" FIRE SERVICE | 2/28/25 | 3/31/25 | 43.94 | 43.94 |
| UTILITY TAX | | | 4.48 | 4.48 |
| Total Current Charges | | | | 79.07 |
| Balance Forward | | | | 0.00 |
| Total Amount Due | | | | 79.07 |

STK0318B  2181 1 AV 0.545
7000002756 00.0011.0107 2181/1



STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438

### Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

**Messages:**

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210-3438



Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER: | 000739375-000293250 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 4/05/25 |
| **Total Amount Due** | **79.07** |

Amount Enclosed: $  79.07

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

### Contact Us

| | | |
|---|---|---|
| | Customer Service: M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

000739375000293250000000079076

**CITY OF STOCKTON**
STOCKTON, CA 95202

**THIS IS A BILL**

STK0325A  3079 1 AV 0.545
7000003312 00.0012.0201 3079/2

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 IRR WEST LN &
ACCOUNT NO: 000739375-000293254
STATEMENT DATE: 3/25/25
CYCLE / ROUTE: 23-01

### Summary of Charges

| | | |
|---|---|---|
| Previous Bill Amount | March: | 359.90 |
| Last Payment(s) Amount | | 0.00 |
| Balance Forward | | 359.90 |
| Adjustments | | 0.00 |
| New Charges | April: | 584.82 |

### New Charges

Rate Class : COMMERCIAL
Meter Number: 63470758

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 2/14/25 | 3/17/25 | 2788 | 2980 | 192 UNIT(S) | 31 |

| Service | | Charge | Total |
|---|---|---|---|
| WTR SERVICE CHG 1" | | 39.08 | |
| WINTER WTR USE $2.67 | 192.00 | 512.64 | |
| TOTAL IRRIGATION | | | 551.72 |
| UTILITY TAX | | 33.10 | 33.10 |
| Total Current Charges | | | 584.82 |
| Balance Forward | | | 359.90 |
| Total Amount Due | | | 944.72 |

### Ways to Pay

Online: www.stocktonca.gov/payonline
Phone: (209) 937-8295
Mail: See pay stub below
Payments must be made payable to the City of Stockton
Walk-in: City of Stockton, 1st Floor
425 N. El Dorado Street
Stockton, CA 95202
Learn more about payments and services: www.stocktonca.gov/payments

Messages:

---

**CITY OF STOCKTON**
425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LN #A
STOCKTON CA 95210



Return this portion with your payment.

ACCOUNT NUMBER: 000739375-000293254
SERVICE ADDRESS: 4774 IRR WEST LN &
DUE BY: 4/12/25

Amount Enclosed: $ 944.72 - VISA
3-25-25

### Contact Us

Customer Service:
M-F, 8am-4:30pm; Closed every other Friday
First open Friday of each month 8am-Noon   (209) 937-8295

Water & Sewer 24/7 Emergency Service:   (209) 937-8341

REMIT TO:
CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0007393750002932540000000944721

Kelli Ness

| | |
|---|---|
| From: | System Admin <DoNotReply@stocktonca.gov> |
| Sent: | Tuesday, March 25, 2025 11:49 AM |
| To: | Kelli Ness |
| Subject: | Payment Receipt from City of Stockton |

## Payment Receipt from City of Stockton

| | |
|---|---|
| Account Number: | 000739375-000293254 |
| Receipt Number: | 700348538951662 |
| Payment Amount: | $944.72 |
| Payment Date: | 03/25/2025 11:49 AM |
| Payment Account: | ******8640 |

### Charge Details

| Description | Amount |
|---|---|
| 000739375-000293254 | $944.72 |
| Total | $944.72 |

*[Handwritten:]* March $359.90
※ April $584.82

1