# EXHIBIT G

# STONEBRIER COMMERCIAL L.P.

4780 West Lane, Ste. A
Stockton, CA  95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** May 31, 2025
**INVOICE #** *53125*
**FOR:** *Rite Aid -Stockton, CA*

**Bill To:**
Thrifty Payless, Inc.
Rite Aid
P.O. Box 3165
Harrisburg, PA  17105

| DESCRIPTION | AMOUNT |
|---|---:|
| **RITE AID STORE #6510** | |
| **4774 West Lane, Stockton, CA  95210** | |
| **SEE ATTACHED BILLS** | |
| | |
| See Work Done By PCI Employee on Rite Aid Property May. 2025 | 660.00 |
| Neilsens Mobile Detailing Inv# 298112 | 889.00 |
| Property Improvements - Landscape - Month of May 2025 | 850.00 |
| City of Stockton Storm Water Bill - dated 04/16/25 | 56.20 |
| City of Stockton Sewer & Water Bill - dated 04/24/25 | 262.63 |
| City of Stockton Fire Hydrant Bill - dated 04/16/25 | 79.07 |
| City of Stockton Irrigation Water Bill - dated 04/24/25 | 829.83 |
| | |
| All Invoices due and payable upon receipt | |
| Make all checks payable to StoneBrier Commerical L.P. | |
| **TOTAL** | **$ 3,626.73** |

If you have any questions concerning this invoice, contact Maria, by phone 209.951.4391 or email Maria@patmon.com

**THANK YOU FOR YOUR BUSINESS!**

**Work done by Patmon Company on Rite Aid Property**

| Date | Time In | Time Out | Employee Name | Carts | Trash | Graffiti | Landsc | Other | MINUTES |
|------|---------|----------|---------------|-------|-------|----------|--------|-------|---------|
| 4/1/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/2/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/3/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/4/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/5/2025 | | | Saturday | | | | | | |
| 4/6/2025 | | | Sunday | | | | | | |
| 4/7/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/8/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/9/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/10/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/11/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/12/2025 | | | Saturday | | | | | | |
| 4/13/2025 | | | Sunday | | | | | | |
| 4/14/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/15/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/16/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/17/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/18/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/19/2025 | | | Saturday | | | | | | |
| 4/20/2025 | | | Sunday | | | | | | |
| 4/21/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/22/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/23/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/24/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/25/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/26/2025 | | | Saturday | | | | | | |
| 4/27/2025 | | | Sunday | | | | | | |
| 4/28/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/29/2025 | | | Antonio Carranza | | X | | X | | 60 |
| 4/30/2025 | | | Antonio Carranza | | X | | X | | 60 |

| | |
|---|---|
| Hours | 22.00 |
| Rate | $30.00 |
| Total Due | $660.00 |

# Neilsen's Mobile Detailing

| | | **Invoice** |
|---|---|---|
| **Invoice No:** | 298112 | |
| **Date:** | 05/06/2025 | |
| **Terms:** | NET 30 | 4 Atherton Island, Stockton, CA 95204 |
| **Due Date:** | 06/05/2025 | 209-473-2271 |
| **Bill To:** | Patmon | 209-483-8215 |
| | kelli@patmon.com | 209-474-2894 |
| | | Neilsenmd@yahoo.com |
| | | Neilsensmd.com |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Power wash and clean RitAide also power wash concrete and clean windows | 1 | $889.00 | $889.00 |

| | | |
|---|---|---|
| Subtotal | | $889.00 |
| TAX 0% | | $0.00 |
| Total | | $889.00 |
| PAID | | $0.00 |
| **Balance Due** | | **$889.00** |

# Property Improvements

# INVOICE

4780 West Lane, Ste. A
Stockton, CA  95210
Phone 209-951-4391 Fax 209-473-7923

| | |
|---|---|
| **DATE:** | May 31, 2025 |
| **INVOICE #** | 5312025 |
| **FOR:** | *StoneBrier Comm.* |

**Bill To:**
StoneBrier Commercial

| DESCRIPTION | AMOUNT |
|---|---|
| **LANDSCAPE MAINTENANCE** **4774 West Lane, Stockton, CA  95210** **Rite Aid** FOR THE MONTH OF:  May  2025 | 850.00 |
| Make all checks payable to Property Improvements   **TOTAL** | $          850.00 |

**THANK YOU FOR YOUR BUSINESS!**

| | |
|---|---|
| | STONEBRIER COMMERCIAL LP |
| ACCOUNT NO. | 4774 WEST LN & |
| | 000417333-000293252 |
| STATEMENT DATE: | 4/16/25 |
| CYCLE / ROUTE | 85-01 |

**THIS IS A BILL**

STK0416A   2199 1 AV 0.545
7000002774 00.0011.0104 2199/1

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438

### Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 56.20 |
| Last Payment(s) Amount | -56.20 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 56.20 |
| Total Amount Due | 56.20 |

### New Charges

Rate Class   : COMMERCIAL

| Service | | Charge | Total |
|---|---|---|---|
| OWNER STORM DRAIN | 26.76 | 56.20 | 56.20 |
| Total Current Charges | | | 56.20 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 56.20 |

### Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

### Messages:

---



## CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438

Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER | 000417333-000293252 |
| SERVICE ADDRESS | 4774 WEST LN & |
| DUE BY: | 5/04/25 |

| Total Amount Due | 56.20 |
|---|---|
| Amount Enclosed:  $ | 56.20 |



### Contact Us

| | | |
|---|---|---|
| | Customer Service: M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0004173330002932520000005b20b



# CITY OF STOCKTON

**THIS IS A BILL**

STK0416A  2200 1 AV 0.545
7000002776 00.0011.0105 2200/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

| | |
|---|---|
| ACCOUNT NO: | 000739375-000293250 |
| STATEMENT DATE: | 4/16/25 |
| CYCLE / ROUTE | 33-01 |

### Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 79.07 |
| Last Payment(s) Amount | -79.07 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 79.07 |
| Total Amount Due | 79.07 |

### New Charges

Rate Class : COMMERCIAL

| Service | | | Charge | Total |
|---|---|---|---|---|
| FIRE HYDRANT SVC 5 | 3/31/25 | 4/30/25 | 30.65 | 30.65 |
| 8" FIRE SERVICE | 3/31/25 | 4/30/25 | 43.94 | 43.94 |
| UTILITY TAX | | | 4.48 | 4.48 |
| Total Current Charges | | | | 79.07 |
| Balance Forward | | | | 0.00 |
| Total Amount Due | | | | 79.07 |

## Ways to Pay

| | | |
|---|---|---|
| Online: | www.stocktonca.gov/payonline |
| Phone: | (209) 937-8295 |
| Mail: | See pay stub below<br>Payments must be made<br>payable to the City of Stockton |
| Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| Learn more about<br>payments and services: | www.stocktonca.gov/payments |

## Messages:

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

Return this portion with your payment.

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438



| ACCOUNT NUMBER | 000739375-000293250 |
|---|---|
| SERVICE ADDRESS | 4774 WEST LN & |
| DUE BY | 5/04/25 |

| Total Amount Due | 79.07 |
|---|---|
| Amount Enclosed: $ | 79.07 |

## Contact Us

| | | |
|---|---|---|
| Customer Service:<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:



CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0007393750002932500000000079076

# CITY OF STOCKTON



**THIS IS A BILL**

ACCOUNT NO.          000739375-000155056
STATEMENT DATE.      4/24/25
CYCLE / ROUTE        23-01

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 473.48 |
| Last Payment(s) Amount | -473.48 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 262.63 |
| Total Amount Due | 262.63 |

STK0424A  3080 1 AV 0.545
7000003317 00.0012.0199 3080/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

## New Charges

Rate Class  : COMMERCIAL

Meter Number: 63237080

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 3/17/25 | 4/15/25 | 5977 | 6003 | 26 UNIT(S) | 29 |

| Service | | Charge | Total |
|---|---|---|---|
| COM SEWER BASE | | 26.91 | |
| CONS UNIT PRICE | 27.00 | 64.80 | |
| TOTAL COMMERCIAL SEWE | | | 91.71 |
| WTR SERVICE CHG 1.5" | | 73.12 | |
| WINTER WTR USE $2.55 | 26.00 | 66.30 | |
| TOTAL WATER | | | 139.42 |
| UTILITY TAX | | 8.37 | 8.37 |
| 10% SEWER PENALTY | 3/25/25 | | 9.17 |
| 10% WATER PENALTY | 3/25/25 | | 13.96 |

| | |
|---|---|
| Total Current Charges | 262.63 |
| Balance Forward | 0.00 |
| Total Amount Due | 262.63 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below<br>Payments must be made<br>payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about<br>payments and services: | www.stocktonca.gov/payments |

## Messages:

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

Return this portion with your payment.

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438



| | |
|---|---|
| ACCOUNT NUMBER | 000739375-000155056 |
| SERVICE ADDRESS | 4774 WEST LN |
| DUE BY | 5/12/25 |

| | |
|---|---|
| Total Amount Due | 262.63 |

Amount Enclosed: $ _262.63_

## Contact Us

| | | |
|---|---|---|
| | Customer Service:<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:



CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

000739375000155056000000262632

# CITY OF STOCKTON

STONEBRIER COMMERCIAL LTD PTP
4774 IRR WEST LN &

| | |
|---|---|
| ACCOUNT NO. | 000739375-000293254 |
| STATEMENT DATE | 4/24/25 |
| CYCLE / ROUTE | 23-01 |

**THIS IS A BILL**

STK0424A  3080 1 AV 0.545
7000003318 00.0012.0199 3080/2

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 944.72 |
| Last Payment(s) Amount | -944.72 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 567.20 |
| **Total Amount Due** | **567.20** |

## New Charges

Rate Class  : COMMERCIAL

Meter Number: 63470758

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 3/17/25 | 4/15/25 | 2980 | 3154 | 174 UNIT(S) | 29 |

| Service | | Charge | Total |
|---|---|---|---|
| WTR SERVICE CHG 1" | | 36.56 | |
| WINTER WTR USE $2.67 | 174.00 | 464.58 | |
| TOTAL IRRIGATION | | | 501.14 |
| UTILITY TAX | | 30.07 | 30.07 |
| 10% WATER PENALTY | 3/25/25 | | 35.99 |
| Total Current Charges | | | 567.20 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 567.20 |

## Ways to Pay



| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below<br>Payments must be made<br>payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about<br>payments and services: | www.stocktonca.gov/payments |

## Messages:

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

Return this portion with your payment.

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210



| ACCOUNT NUMBER | 000739375-000293254 |
|---|---|
| SERVICE ADDRESS | 4774 IRR WEST LN & |
| DUE BY | 5/12/25 |

| **Total Amount Due** | **567.20** |
|---|---|
| Amount Enclosed: $ | 567.20 |

## Contact Us

| | | |
|---|---|---|
| | Customer Service:<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

00073937500029325400000567200