# EXHIBIT H

# CITY OF STOCKTON

| | |
|---|---|
| CUSTOMER: | STONEBRIER COMMERCIAL LTD PTP |
| SERVICE ADDRESS: | 4774 IRR WEST LN & |
| ACCOUNT NO: | 000739375-000293254 |
| STATEMENT DATE: | 5/23/25 |
| CYCLE / ROUTE: | 23-01 |

**THIS IS A BILL**

STK0523A  3096 1 AV 0.545
7000003333 00.0012.0208 3096/2

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210

## Summary of Charges

| | |
|---|---:|
| **Previous Bill Amount** | 567.20 |
| **Last Payment(s) Amount** | -567.20 |
| **Balance Forward** | 0.00 |
| **Adjustments** | 0.00 |
| **New Charges** | 615.66 |
| **Total Amount Due** | 615.66 |

### New Charges

Rate Class : COMMERCIAL
Meter Number: 63470758

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 4/15/25 | 5/14/25 | 3154 | 3329 | 175 UNIT(S) | 29 |

| Service | | Charge | Total |
|---|---:|---:|---:|
| WTR SERVICE CHG 1" | | 36.56 | |
| SUMMER WTR USE $3.11 | 175.00 | 544.25 | |
| TOTAL IRRIGATION | | | 580.81 |
| UTILITY TAX | | 34.85 | 34.85 |
| Total Current Charges | | | 615.66 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 615.66 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

**Messages:**

---



425 N. EL DORADO ST
STOCKTON, CA 95202

Return this portion with your payment.

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210



| | |
|---|---|
| ACCOUNT NUMBER: | 000739375-000293254 |
| SERVICE ADDRESS: | 4774 IRR WEST LN & |
| DUE BY: | 6/10/25 |

**Total Amount Due**  615.66

Amount Enclosed: $

## Contact Us

**Customer Service:**  (209) 937-8295
M-F, 8am-4:30pm; Closed every other Friday
First open Friday of each month 8am-Noon

**Water & Sewer 24/7 Emergency Service:**  (209) 937-8341

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

000739375000293254000000615667

**CITY OF STOCKTON**

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 WEST LN &
ACCOUNT NO: 000739375-000293250
STATEMENT DATE: 5/15/25
CYCLE / ROUTE: 33-01

**THIS IS A BILL**

STK0515A  2190 1 AV 0.545
7000002762 00.0011.0109 2190/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 79.07 |
| Last Payment(s) Amount | -79.07 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 79.07 |
| **Total Amount Due** | **79.07** |

## New Charges

Rate Class : COMMERCIAL

| Service | | | Charge | Total |
|---|---|---|---|---|
| FIRE HYDRANT SVC 5 | 4/30/25 | 5/31/25 | 30.65 | 30.65 |
| 8" FIRE SERVICE | 4/30/25 | 5/31/25 | 43.94 | 43.94 |
| UTILITY TAX | | | 4.48 | 4.48 |
| Total Current Charges | | | | 79.07 |
| Balance Forward | | | | 0.00 |
| Total Amount Due | | | | 79.07 |

## Ways to Pay

| | | |
|---|---|---|
| Online: | www.stocktonca.gov/payonline | |
| Phone: | (209) 937-8295 | |
| Mail: | See pay stub below. Payments must be made payable to the City of Stockton | |
| Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 | |
| Learn more about payments and services: | www.stocktonca.gov/payments | |

**Messages:**

---

**CITY OF STOCKTON**
425 N. EL DORADO ST
STOCKTON, CA 95202

Return this portion with your payment.

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438



| | |
|---|---|
| ACCOUNT NUMBER: | 000739375-000293250 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 6/02/25 |
| **Total Amount Due** | **79.07** |

Amount Enclosed: $

## Contact Us

| | |
|---|---|
| **Customer Service:** M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:



CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0007393750002932500000000079076



**CITY OF STOCKTON**

425 N. EL DORADO ST
STOCKTON, CA 95202

CUSTOMER: STONEBRIER COMMERCIAL LTD PTP
SERVICE ADDRESS: 4774 WEST LN
ACCOUNT NO: 000739375-000155056
STATEMENT DATE: 5/23/25
CYCLE / ROUTE: 23-01

**THIS IS A BILL**

## Summary of Charges

| | |
|---|---:|
| Previous Bill Amount | 262.63 |
| Last Payment(s) Amount | -262.63 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 219.42 |
| **Total Amount Due** | **219.42** |

STK0523A  3096 1 AV 0.545
7000003332 00.0012.0208 3096/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

## New Charges

Rate Class: COMMERCIAL
Meter Number: 63237080

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 4/15/25 | 5/14/25 | 6003 | 6019 | 16 UNIT(S) | 29 |

| Service | Charge | | Total |
|---|---:|---:|---:|
| COM SEWER BASE | | 26.91 | |
| CONS UNIT PRICE | 27.00 | 64.80 | |
| TOTAL COMMERCIAL SEWE | | | 91.71 |
| WTR SERVICE CHG 1.5" | | 73.12 | |
| SUMMER WTR USE $2.96 | 16.00 | 47.36 | |
| TOTAL WATER | | | 120.48 |
| UTILITY TAX | | 7.23 | 7.23 |
| Total Current Charges | | | 219.42 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 219.42 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor, 425 N. El Dorado Street, Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

**Messages:**

---



**CITY OF STOCKTON**

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438



Return this portion with your payment.

ACCOUNT NUMBER: 000739375-000155056
SERVICE ADDRESS: 4774 WEST LN
DUE BY: 6/10/25

**Total Amount Due** 219.42

Amount Enclosed: $ _____

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

## Contact Us

| | | |
|---|---|---|
| | **Customer Service:** M-F, 8am-4:30pm; Closed every other Friday. First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

0007393750001550560000000219422

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

| | |
|---|---|
| CUSTOMER | STONEBRIER COMMERCIAL LP |
| SERVICE ADDRESS: | 4774 WEST LN & |
| ACCOUNT NO: | 000417333-000293252 |
| STATEMENT DATE: | 5/15/25 |
| CYCLE / ROUTE: | 85-01 |

**THIS IS A BILL**

STK0515A  2189 1 AV 0.545
7000002760 00.0011.0108 2189/1

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438

## Summary of Charges

| | |
|---|---:|
| Previous Bill Amount | 56.20 |
| Last Payment(s) Amount | -56.20 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 56.20 |
| **Total Amount Due** | **56.20** |

### New Charges

Rate Class : COMMERCIAL

| Service | Charge | Total |
|---|---:|---:|
| OWNER STORM DRAIN   26.76 | 56.20 | 56.20 |
| Total Current Charges | | 56.20 |
| Balance Forward | | 0.00 |
| Total Amount Due | | 56.20 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below<br>Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

**Messages:**

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438



Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER: | 000417333-000293252 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 6/02/25 |

| Total Amount Due | 56.20 |
|---|---:|
| Amount Enclosed:  $ | |

## Contact Us

| | | |
|---|---|---|
| | **Customer Service:**<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

000417333000293252000000005620b

# PROPERTY IMPROVEMENTS

# INVOICE

4780 West Lane, Ste. A
Stockton, CA  95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** June 30, 2025
**INVOICE #** 63025
**FOR:** *StoneBrier Comm.*

**Bill To:**
StoneBrier Commercial

| DESCRIPTION | AMOUNT |
|---|---|
| LANDSCAPE MAINTENANCE<br>4774 West Lane, Stockton, CA  95210<br><br>FOR THE MONTH OF:  June 2025 | 850.00 |
| Make all checks payable to Property Improvements    TOTAL | $ 850.00 |

**THANK YOU FOR YOUR BUSINESS!**

# Neilsen's Mobile Detailing

| | |
|---|---|
| Invoice No: | 298132 ✓ ✓ |
| Date: | 06/02/2025 ✓ |
| Terms: | NET 30 |
| Due Date: | 07/02/2025 |
| Bill To: | Patmon Comp |
| | Maria@patmon.com |

**Invoice**

4 Atherton Island, Stockton, CA 95204
209-473-2271
209-483-8215
209-474-2894
Neilsenmd@yahoo.com
Neilsensmd.com

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Clean Rite Aid power washed concrete, clean the windows power wash the parking lot | 1 | $889.00 | $889.00 |

Total $889.00

| | |
|---|---|
| Subtotal | $889.00 |
| TAX 0% | $0.00 |
| Total | $889.00 |
| PAID | $0.00 |
| ✓ Balance Due | $889.00 |

1 / 1

**Work done by Patmon Company on Rite Aid Property**

| Date | Time In | Time Out | Employee Name | WORK DONE | | | | Other | MINUTES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Carts | Trash | Graffiti | Landscaping | | |
| 6/1/2024 | | | Sunday | | | | | | |
| 6/2/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/3/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/4/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/5/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/6/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/7/2024 | | | Saturday | | | | | | |
| 6/8/2024 | | | Sunday | | | | | | |
| 6/9/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/10/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/11/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/12/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/13/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/14/2024 | | | Saturday | | | | | | |
| 6/15/2024 | | | Sunday | | | | | | |
| 6/16/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/17/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/18/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/19/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/20/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/21/2024 | | | Saturday | | | | | | |
| 6/22/2024 | | | Sunday | | | | | | |
| 6/23/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/24/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/25/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/26/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/27/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 6/28/2024 | | | Saturday | | | | | | |
| 6/29/2024 | | | Sunday | | | | | | |
| 6/30/2024 | | | Antonio Carranza | | X | | X | | 60 |

| | |
| --- | --- |
| **Hours** | **21.00** |
| **Rate** | **$30.00** |
| **Total Due** | **$630.00** |

# STONEBRIER COMMERCIAL L.P.

INVOICE

4780 West Lane, Ste. A
Stockton, CA  95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** June 30, 2025
**INVOICE #** 63025
**FOR:** Rite Aid -Stockton, CA

**Bill To:**
Thrifty Payless, Inc.
Rite Aid
P.O. Box 3165
Harrisburg, PA  17105

| DESCRIPTION | AMOUNT |
|---|---|
| RITE AID STORE #6510 4774 West Lane, Stockton, CA  95210 SEE ATTACHED BILLS | |
| See Work Done By PCI Employee on Rite Aid Property June 2025 | 630.00 |
| Neilsens Mobile Detailing Inv# 298132 | 889.00 |
| Property Improvements - Landscape - June 2025 | 850.00 |
| City of Stockton Storm Water Bill - dated 05/15/25 | 56.20 |
| City of Stockton Sewer & Water Bill - dated 05/23/25 | 219.42 |
| City of Stockton Fire Hydrant Bill - dated 05/15/25 | 79.07 |
| City of Stockton Irrigation Water Bill - dated 05/23/25 | 615.66 |
| All Invoices due and payable upon receipt Make all checks payable to StoneBrier Commerical L.P. | |
| TOTAL | $ 3,339.35 |

If you have any questions concerning this invoice, contact Kelli, by phone 209.951.4391 or email kelli@patmon.com.

**THANK YOU FOR YOUR BUSINESS!**