# EXHIBIT I

# CITY OF STOCKTON

| CUSTOMER: | STONEBRIER COMMERCIAL LTD PTP |
|---|---|
| SERVICE ADDRESS: | 4774 IRR WEST LN & |
| ACCOUNT NO: | 000739375-000293254 |
| STATEMENT DATE: | 6/24/25 |
| CYCLE / ROUTE: | 23-01 |

**THIS IS A BILL**

STK0624A   3078 1 AV 0.545
7000003310 00.0012.0202 3078/2

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210

## Summary of Charges

| Previous Bill Amount | 615.66 |
|---|---|
| Last Payment(s) Amount | -615.66 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 1296.18 |
| **Total Amount Due** | **1296.18** ✓ |

### New Charges

Rate Class : COMMERCIAL
Meter Number: 63470758

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 5/14/25 | 6/18/25 | 3329 | 3708 | 379 UNIT(S) | 35 |

| Service | Charge | | Total |
|---|---|---|---|
| WTR SERVICE CHG 1" | | 44.12 | |
| SUMMER WTR USE $3.11 | 379.00 | 1178.69 | |
| TOTAL IRRIGATION | | | 1222.81 |
| UTILITY TAX | | 73.37 | 73.37 |
| Total Current Charges | | | 1296.18 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 1296.18 |

## Ways to Pay

- Online: www.stocktonca.gov/payonline
- Phone: (209) 937-8295
- Mail: See pay stub below
  Payments must be made payable to the City of Stockton
- Walk-in: City of Stockton, 1st Floor
  425 N. El Dorado Street
  Stockton, CA 95202
- Learn more about payments and services: www.stocktonca.gov/payments

## Messages:

On November 12, 2024, by Resolution 2024-11-12-1605, the Stockton City Council adopted a new five-year sewer rate plan. The approved sewer rate adjustments will go into effect on July 1, 2025. For more information, please visit www.stocktonca.gov/SewerRates.

On May 25, 2021, by Resolution 2021-05-25-1602, the City Council approved a new five-year water rate plan. The 2025 water rate adjustment will be effective July 1, 2025. For more information, visit www.stocktonca.gov/WaterRates.

To report street flooding, broken pipes, sewer backups or water leaks, contact the City of Stockton 24 hours via phone at (209) 937-8341.

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210



Return this portion with your payment.

| ACCOUNT NUMBER: | 000739375-000293254 |
|---|---|
| SERVICE ADDRESS: | 4774 IRR WEST LN & |
| DUE BY: | 7/12/25 |

**Total Amount Due**   1296.18

Amount Enclosed: $

## Contact Us

- Customer Service: (209) 937-8295
  M-F, 8am-4:30pm; Closed every other Friday
  First open Friday of each month 8am-Noon
- Water & Sewer 24/7 Emergency Service: (209) 937-8341

REMIT TO:

|||||||||||||||||||||||||||||||||||||||||||||||||

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0007393750002932540000012961802

# CITY OF STOCKTON

**THIS IS A BILL**

STK0619A  2196 1 AV 0.545
7000002771 00.0011.0109 2196/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

| | |
|---|---|
| STONEBRIER COMMERCIAL LTD PTP | |
| SERVICE ADDRESS: | 4774 WEST LN & |
| ACCOUNT NO: | 000739375-000293250 |
| STATEMENT DATE: | 6/19/25 |
| CYCLE / ROUTE: | 33-01 |

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 79.07 |
| Last Payment(s) Amount | -79.07 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 79.07 |
| **Total Amount Due** | **79.07** |

## New Charges

Rate Class : COMMERCIAL

| Service | | | Charge | Total |
|---|---|---|---|---|
| FIRE HYDRANT SVC 5 | 5/31/25 | 6/30/25 | 30.65 | 30.65 |
| 8" FIRE SERVICE | 5/31/25 | 6/30/25 | 43.94 | 43.94 |
| UTILITY TAX | | | 4.48 | 4.48 |
| Total Current Charges | | | | 79.07 |
| Balance Forward | | | | 0.00 |
| Total Amount Due | | | | 79.07 |

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

## Messages:

On November 12, 2024, by Resolution 2024-11-12-1605, the Stockton City Council adopted a new five-year sewer rate plan. The approved sewer rate adjustments will go into effect on July 1, 2025. For more information, please visit www.stocktonca.gov/SewerRates.

On May 25, 2021, by Resolution 2021-05-25-1602, the City Council approved a new five-year water rate plan. The 2025 water rate adjustment will be effective July 1, 2025. For more information, visit www.stocktonca.gov/WaterRates.

To report street flooding, broken pipes, sewer backups or water leaks, contact the City of Stockton 24 hours via phone at (209) 937-8341.

---

**CITY OF STOCKTON**
425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER: | 000739375-000293250 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 7/07/25 |

**Total Amount Due** 79.07

Amount Enclosed: $

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

### Contact Us

| | | |
|---|---|---|
| | Customer Service:<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

0007393750002932500000000079076

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

**CUSTOMER:** STONEBRIER COMMERCIAL LTD PTP
**SERVICE ADDRESS:** 4774 WEST LN
**ACCOUNT NO:** 000739375-000155056
**STATEMENT DATE:** 6/24/25
**CYCLE / ROUTE:** 23-01

**THIS IS A BILL**

STK0624A   3078 1 AV 0.545
7000003309 00.0012.0202 3078/1

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438

## Summary of Charges

| | |
|---|---|
| Previous Bill Amount | 219.42 |
| Last Payment(s) Amount | -219.42 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 207.22 |
| **Total Amount Due** | **207.22** |

## New Charges

Rate Class : COMMERCIAL
Meter Number: 63237080

| READ DATES | | METER READINGS | | USAGE | DAYS |
|---|---|---|---|---|---|
| Previous | Current | Previous | Current | | |
| 5/14/25 | 6/18/25 | 6019 | 6026 | 7 UNIT(S) | 35 |

| Service | | Charge | Total |
|---|---|---|---|
| COM SEWER BASE | | 26.91 | |
| CONS UNIT PRICE | 27.00 | 64.80 | |
| TOTAL COMMERCIAL SEWE | | | 91.71 |
| WTR SERVICE CHG 1.5" | | 88.25 | |
| SUMMER WTR USE $2.96 | 7.00 | 20.72 | |
| TOTAL WATER | | | 108.97 |
| UTILITY TAX | | 6.54 | 6.54 |

Total Current Charges   207.22
Balance Forward   0.00
Total Amount Due   207.22

## Ways to Pay

| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
|  | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor<br>425 N. El Dorado Street<br>Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

## Messages:

On November 12, 2024, by Resolution 2024-11-12-1605, the Stockton City Council adopted a new five-year sewer rate plan. The approved sewer rate adjustments will go into effect on July 1, 2025. For more information, please visit www.stocktonca.gov/SewerRates.

On May 25, 2021, by Resolution 2021-05-25-1602, the City Council approved a new five-year water rate plan. The 2025 water rate adjustment will be effective July 1, 2025. For more information, visit www.stocktonca.gov/WaterRates.

To report street flooding, broken pipes, sewer backups or water leaks, contact the City of Stockton 24 hours via phone at (209) 937-8341.

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LTD PTP
4780 WEST LANE #A
STOCKTON CA 95210-3438



**Return this portion with your payment.**

| | |
|---|---|
| ACCOUNT NUMBER: | 000739375-000155056 |
| SERVICE ADDRESS: | 4774 WEST LN |
| DUE BY: | 7/12/25 |

**Total Amount Due**   207.22

Amount Enclosed: $

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

## Contact Us

| | | |
|---|---|---|
| | **Customer Service:**<br>M-F, 8am-4:30pm; Closed every other Friday<br>First open Friday of each month 8am-Noon | (209) 937-8295 |
| | **Water & Sewer 24/7 Emergency Service:** | (209) 937-8341 |

0007393750001550560000000207220

# CITY OF STOCKTON

CUSTOMER: STONEBRIER COMMERCIAL LP
SERVICE ADDRESS: 4774 WEST LN &
ACCOUNT NO: 000417333-000293252
STATEMENT DATE: 6/19/25
CYCLE / ROUTE: 85-01

**THIS IS A BILL**

STK0619A  2195 1 AV 0.545
7000002769 00.0011.0108 2195/1

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438

## Summary of Charges

| | |
|---|---:|
| Previous Bill Amount | 56.20 |
| Last Payment(s) Amount | -56.20 |
| Balance Forward | 0.00 |
| Adjustments | 0.00 |
| New Charges | 56.20 |
| **Total Amount Due** | **56.20** ✓ |

## New Charges

Rate Class : COMMERCIAL

| Service | | Charge | Total |
|---|---:|---:|---:|
| OWNER STORM DRAIN | 26.76 | 56.20 | 56.20 |
| Total Current Charges | | | 56.20 |
| Balance Forward | | | 0.00 |
| Total Amount Due | | | 56.20 |

## Ways to Pay



| | | |
|---|---|---|
| | Online: | www.stocktonca.gov/payonline |
| | Phone: | (209) 937-8295 |
| | Mail: | See pay stub below. Payments must be made payable to the City of Stockton |
| | Walk-in: | City of Stockton, 1st Floor 425 N. El Dorado Street Stockton, CA 95202 |
| | Learn more about payments and services: | www.stocktonca.gov/payments |

## Messages:

On November 12, 2024, by Resolution 2024-11-12-1605, the Stockton City Council adopted a new five-year sewer rate plan. The approved sewer rate adjustments will go into effect on July 1, 2025. For more information, please visit www.stocktonca.gov/SewerRates.

On May 25, 2021, by Resolution 2021-05-25-1602, the City Council approved a new five-year water rate plan. The 2025 water rate adjustment will be effective July 1, 2025. For more information, visit www.stocktonca.gov/WaterRates.

To report street flooding, broken pipes, sewer backups or water leaks, contact the City of Stockton 24 hours via phone at (209) 937-8341.

---

# CITY OF STOCKTON

425 N. EL DORADO ST
STOCKTON, CA 95202

STONEBRIER COMMERCIAL LP
4780 WEST LN STE A
STOCKTON CA 95210-3438



Return this portion with your payment.

| | |
|---|---|
| ACCOUNT NUMBER: | 000417333-000293252 |
| SERVICE ADDRESS: | 4774 WEST LN & |
| DUE BY: | 7/07/25 |

**Total Amount Due**  **56.20**

Amount Enclosed: $ _____

## Contact Us

| | | |
|---|---|---|
| | Customer Service: M-F, 8am-4:30pm; Closed every other Friday First open Friday of each month 8am-Noon | (209) 937-8295 |
| | Water & Sewer 24/7 Emergency Service: | (209) 937-8341 |

REMIT TO:

CITY OF STOCKTON
P.O. BOX 7193
PASADENA, CA 91109-7193

0004173330002932520000005620b

# PROPERTY IMPROVEMENTS

# INVOICE

4780 West Lane, Ste. A
Stockton, CA 95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** July 31 2025
**INVOICE #** 73125
**FOR:** *StoneBrier Comm.*

**Bill To:**
**StoneBrier Commercial**

| DESCRIPTION | AMOUNT |
|---|---|
| **LANDSCAPE MAINTENANCE**<br>4774 West Lane, Stockton, CA 95210<br><br>**FOR THE MONTH OF:** July 2025 | 850.00 |
| Make all checks payable to Property Improvements      TOTAL | $ 850.00 |

**THANK YOU FOR YOUR BUSINESS!**

**Work done by Patmon Company on Rite Aid Property**

| Date | Time In | Time Out | Employee Name | WORK DONE | | | | Other | MINUTES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Carts | Trash | Graffiti | Landscaping | | |
| 7/1/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/2/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/3/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/4/2024 | | | Holiday | | | | | | |
| 7/5/2024 | | | Saturday | | | | | | |
| 7/6/2024 | | | Sunday | | | | | | |
| 7/7/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/8/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/9/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/10/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/11/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/12/2024 | | | Saturday | | | | | | |
| 7/13/2024 | | | Sunday | | | | | | |
| 7/14/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/15/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/16/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/17/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/18/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/19/2024 | | | Saturday | | | | | | |
| 7/20/2024 | | | Sunday | | | | | | |
| 7/21/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/22/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/23/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/24/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/25/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/26/2024 | | | Saturday | | | | | | |
| 7/27/2024 | | | Sunday | | | | | | |
| 7/28/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/29/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/30/2024 | | | Antonio Carranza | | X | | X | | 60 |
| 7/31/2024 | | | Antonio Carranza | | X | | X | | 60 |

| | |
| --- | --- |
| Hours | 22.00 |
| Rate | $30.00 |
| Total Due | $660.00 |

# STONEBRIER COMMERCIAL L.P.

4780 West Lane, Ste. A
Stockton, CA  95210
Phone 209-951-4391 Fax 209-473-7923

**DATE:** July 31, 2025
**INVOICE #** 73125
**FOR:** *Rite Aid -Stockton, CA*

**Bill To:**
Thrifty Payless, Inc.
Rite Aid
P.O. Box 3165
Harrisburg, PA  17105

| DESCRIPTION | AMOUNT |
|---|---:|
| **RITE AID STORE #6510** <br> **4774 West Lane, Stockton, CA  95210** <br> **SEE ATTACHED BILLS** | |
| See Work Done By PCI Employee on Rite Aid Property July 2025 | 660.00 |
| Neilsens Mobile Detailing | - |
| Property Improvements - Landscape - July 2025 | 850.00 |
| City of Stockton Storm Water Bill - dated 06/19/25 | 56.20 |
| City of Stockton Sewer & Water Bill - dated 06/24/25 | 207.22 |
| City of Stockton Fire Hydrant Bill - dated 06/19/25 | 79.07 |
| City of Stockton Irrigation Water Bill - dated 06/24/25 | 1,296.18 |
| All Invoices due and payable upon receipt | |
| Make all checks payable to StoneBrier Commerical L.P. | |
| **TOTAL** | **$ 3,148.67** |

If you have any questions concerning this invoice, contact Kelli, by phone 209.951.4391 or email kelli@patmon.com.

**THANK YOU FOR YOUR BUSINESS!**