# EXHIBIT J

**Natali Ron**

| | |
|---|---|
| **From:** | Pat Patmon <pat@patmon.com> |
| **Sent:** | Wednesday, April 16, 2025 10:23 AM |
| **To:** | Legal.RealEstate@riteaid.com |
| **Cc:** | ddiprizito@RITEAID.com; Corinna L. Jones; Charles Hastings; Charles Hastings; Jeff Patmon |
| **Subject:** | Rite Aid Stockton, Ca store # 6510 |
| **Attachments:** | Executed Rite Aid Lease.pdf; Rite Aid lease Admendment 6.25.2024.pdf; 6510 Stockton, CA Termination Notice.docx.pdf |

Tracy L Verastegui
Vice President, Real Estate

Attached for your review is a copy of our Lease, the amendment, and the termination notice.

Please note that your rent, and CAM charges remain unpaid for the month of April 2025. We have made several attempts to contact you and have received no response. Rite Aid is responsible, as per the terms of the lease, for rent, interest and late charges on unpaid rent, property Taxes and Insurance until July 31, 2025.

We have not contacted our attorney, however if you do not respond to this notice immediately, I will instruct our Attorney to take any necessary action to recover all amounts due under the lease, including all legal fees and costs.

Please contact me immediately.

Pat



Charles "Pat" Patmon III
Founding Director / Board Chair
4780 West Lane    Suite A
Stockton, California  95210
E-mail:   pat@patmon.com
Direct:      (209) 463-5561
Office:      (209) 951-4391

REAL ESTATE DEVELOPMENT AND OPERATION

1