# EXHIBIT K

# THREE (3) DAY NOTICE TO PAY RENT OR QUIT

TO: THRIFTY PAYLESS, INC., A CALIFORNIA CORPORATION AND ALL OTHERS IN POSSESSION OF THE PREMISES DESCRIBED AND KNOWN AS 4774 WEST LANE, STOCKTON, CALIFORNIA 95210, COUNTY OF SAN JOAQUIN (HEREINAFTER KNOWN AS THE "PREMISES")

**PLEASE TAKE NOTICE** that, within three (3) days after you receive service of this Notice, you must pay **STONEBRIER COMMERCIAL LIMITED PARTNERSHIP, a California partnership** in full the rent now due and unpaid on the above referenced Premises, or alternatively, you must surrender possession of the Premises to the **STONEBRIER COMMERCIAL LIMITED PARTNERSHIP, a California partnership.**

**YOU ARE HEREBY NOTIFIED THAT** this notice is provided to you pursuant to Code of Civil Procedure § 1161(2). You are being served with this notice because you have breached material covenants contained in your rental agreement, including but not limited to the failure to pay rent, in violation of your lease agreement, including any and all modifications thereto.

**YOU ARE FURTHER NOTIFIED** that pursuant to the lease or rental agreement under which you hold the possession of the above-described Premises, there is now due and unpaid rent in the total sum of:

<u>Forty-Seven Thousand, Two Hundred and Eight Dollars and 33/100 ($47,208.33)</u>

| | |
|---|---|
| Entity to Pay: | STONEBRIER COMMERCIAL LIMITED PARTNERSHIP |
| Address to Pay in person: | STONEBRIER COMMERCIAL LIMITED PARTNERSHIP<br>4780 West Lane, Suite A<br>Stockton, CA 95210 |
| Address to Pay via mail: | STONEBRIER COMMERCIAL LIMITED PARTNERSHIP<br>4780 West Lane, Suite A<br>Stockton, CA 95210 |
| Phone Number: | (209) 951-4391 |

Payment must be in the form of a cash, cashier's check or money order and may be made during business hours Monday through Friday 8:00 AM through 5:00 PM, and delivered to the above-referenced address.

**YOU ARE FURTHER NOTIFIED** that if you fail to pay the rental amount due or to surrender possession within the three-day period, **STONEBRIER COMMERCIAL LIMITED PARTNERSHIP, a California partnership** will institute legal proceedings for an unlawful detainer against you to recover possession of said Premises, and to recover a judgment for rent and damages which may include court costs and/or attorney's fees.

Page 2

**NEGATIVE CREDIT RATING**: As required by law, you are hereby notified that a negative credit report on your credit history may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations. Failure to vacate the above-referenced violations within the three (3) day time period could result in an unlawful detainer court action being filed against you. This may result in a judgment being entered into against you which could impact your credit rating and ability to obtain rental housing.

**YOU ARE FURTHER NOTIFIED** This Notice is given pursuant to the laws of the State of California and is intended to recover possession of the Premises by the owner. IT IS ALSO AN ATTEMPT TO COLLECT A DEBT. Any information provided by you will be used for that purpose. This Notice is covered under 15 United States Code § 1692(g), which states that unless you dispute the debt in writing, or any part of it, within 30 days it will be assumed to be valid. If you notify the undersigned that you dispute the debt, verification of the debt will be mailed to you.

STATE LAW PERMITS FORMER TENANTS TO RECLAIM ABANDONED PERSONAL PROPERTY LEFT AT THE FORMER ADDRESS OF THE TENANT, SUBJECT TO CERTAIN CONDITIONS. YOU MAY OR MAY NOT BE ABLE TO RECLAIM PROPERTY WITHOUT INCURRING ADDITIONAL COSTS, DEPENDING ON THE COST OF STORING THE PROPERTY AND THE LENGTH OF TIME BEFORE IT IS RECLAIMED. IN GENERAL, THESE COSTS WILL BE LOWER THE SOONER YOU CONTACT YOUR FORMER LANDLORD AFTER BEING NOTIFIED THAT PROPERTY BELONGING TO YOU WAS LEFT BEHIND AFTER YOU MOVED OUT.

Landlord: ***STONEBRIER COMMERCIAL LIMITED PARTNERSHIP,*** a California partnership

Dated: April 18, 2025

THE LAW OFFICE OF
HASTINGS & RON

_____
NATALI A. RON, ESQ.
Attorneys for Landlord