**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 30, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on D. Thomas & Associates Inc, (ADRID: 28124022), 1717 West 91st Place, Kansas City, MO, 64114-3237:

- Notice of Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 1119]

On September 30, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Green Dot Corporation, (ADRID: 28115448), 1675 N. Freedom Blvd (200 West), Building 1, Provo, UT, 84604:

- Application in Lieu of Motion in Support of Entry of Stipulation and Consent Order by and Between the Debtors and Green Dot Corporation and Green Dot Bank Regarding Termination and Rejection of Sales and Distribution Agreement [Docket No. 1120]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Blue Rhino, (ADRID: 28127453), 5650 University Parkway, Suite 400, Winston Salem, NC, 27105:

- Eleventh Notice of Additional Closing Locations [Docket No. 1417]

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Abbott Nutrition, (ADRID: 30517237), 100 Abbott Park Road, Abbott Park, IL, 60064-3500:

- Twentieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1762]

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on L'Oréal Usa, Inc, (ADRID: 30517518), 50 Connell Dr, Berkeley Heights, NJ, 07922:

- Twenty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1766]

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Pro's Choice, (ADRID: 30517583), 35 Sawgrass Drive, Bellport, NY, 11713:

- Twenty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1767]

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Pro's Choice Beauty Care, (ADRID: 30517584), 35 Sawgrass Drive, Bellport, NY, 11713:

- Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1768]

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the Supplemental Administrative Claim Holders Service List attached hereto as **Exhibit A**:

- The Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief [Docket No. 1883], a standalone document without annexes and exhibits.

- The Administrative Claims Procedures Election Form, a form of which is attached hereto as **Exhibit B**.

- A pre-addressed, postage paid return envelope, a sample of which is not attached hereto.

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Redbox, (ADRID: 28163380), Attn: President Or General Counsel, 1800 114th Ave Se, Suite 900, Bellevue, WA, 98004:

- Nineteenth Notice of Additional Closing Locations [Docket No. 2214]

Dated: October 24, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 24, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

3          SRF 92058, 92139, 92140, 92141 & 92142

**Exhibit A**

\

## Exhibit A

Supplemental Administrative Claim Holders Service List

Served via First-Class Mail

| ADDRESS ID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 28103294 | ACON LABORATORIES | 9440 CARROLL PARK DR | | SAN DIEGO | CA | 92121-5201 |
| 28106792 | IRWIN NATURALS | 300 CORPORATE POINTE | STE 550 | CULVER CITY | CA | 90230-7617 |

**Exhibit B**

# ADMINISTRATIVE CLAIMS PROCEDURES ELECTION FORM

You are receiving this Election Form (this "Election Form") because you are a holder of one or more Administrative Claims against New Rite Aid, LLC and/or its debtor-affiliates (collectively, the "Debtors") as of **July 31, 2025** (the "Administrative Claims Record Date"). Your Administrative Claim is subject to the Administrative Claims Procedures as described in the *Debtors' Motion for Entry of an Order (I) Approving the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1820] (the "Motion").[1] **You may affirmatively opt in to (an "Opt-In Election") or out of (and "Opt-Out Election") the Administrative Claims Procedures by checking the box and returning this Election Form in accordance with the directions below on or before September 16, 2025 at 5:00 p.m. (prevailing Eastern Time) (the "Election Deadline")**.

> **THE ELECTION DEADLINE IS SEPTEMBER 16, 2025 AT 5:00 P.M. (PREVAILING EASTERN TIME).**
>
> **FOR YOUR ELECTION TO BE COUNTED, THE CLAIMS AGENT MUST ACTUALLY RECEIVE THIS ELECTION FORM, WITH THE APPROPRIATE BOX BELOW CHECKED, ON OR BEFORE THE ELECTION DEADLINE.**
>
> **IF YOUR ELECTION FORM IS RECEIVED AFTER THE ELECTION DEADLINE, YOUR ELECTION FORM WILL NOT BE COUNTED, AND YOU WILL BE DEEMED TO HAVE CONSENTED TO THE TREATMENT OF YOUR ADMINISTRATIVE CLAIM AS SET FORTH IN THE ADMINISTRATIVE CLAIMS PROCEDURES AND THIS ELECTION FORM.**

PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING THIS ELECTION FORM CAREFULLY BEFORE COMPLETING THIS ELECTION FORM.

**To make an Opt-In Election or Opt-Out Election**, you must check only the appropriate box below labeled "**OPT-IN ELECTION**" or "**OPT-OUT ELECTION**" as applicable, provide the requested identifying information, and promptly submit your completed Election Form electronically via the electronic portal maintained by Kroll Restructuring Administration LLC ("Kroll" or the "Claims Agent") or by first-class mail or overnight courier. By returning this Election Form with the "Opt-In Election" or "Opt-Out Election" box checked, you will be deemed to have elected to opt-in or opt-out, as applicable, to the Administrative Claims Procedures.

**If you choose not to make an Opt-In Election or Opt-Out Election**, you do not need to take any further action. If you do not make an Opt-In Election or Opt-Out Election, either by (i) returning this Election Form without properly indicating such an election or (ii) failing to timely and properly return this Election Form **you shall be deemed, in each case, to have consented to receiving the Deemed Administrative Claim Settlement Amount (defined below) set forth below on account of, and in full and final satisfaction of, your Administrative Claim pursuant to any chapter 11 plan proposed by the Debtors and shall have waived any right(s) to object to any plan of reorganization on the basis of such treatment**.

**Submitting Your Election Form Electronically.** You may submit this Election Form electronically via Kroll's electronic submission portal by visiting Kroll's case website at https://restructuring.ra.kroll.com/riteaid2025/, navigating to the "Quick Links" section of the site and clicking on "Submit Election Form."

**IMPORTANT NOTE**: To submit your Election Form electronically, you will need your Unique Electronic Election Form ID#.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion. Access to the Motion and the Debtors' case docket is available free of charge at https://restructuring.ra.kroll.com/riteaid2025/ under "Docket."

**YOUR UNIQUE ELECTRONIC ELECTION FORM ID# IS:** _____

**Submitting Your Election Form in Hard Copy**. You may deliver this Election Form via paper copy by completing, signing, and sending (by first class mail or overnight courier) to Kroll at:

**NEW RITE AID, LLC ELECTION FORM PROCESSING CENTER**
**C/O KROLL RESTRUCTURING ADMINISTRATION LLC**
**850 THIRD AVENUE, SUITE 412**
**BROOKLYN, NY 11232**

If you believe you have received this Election Form in error, please contact the Claims Agent immediately by: (a) calling the Claims Agent at (888) 575-9318 (U.S./Canada, toll free) or +1 (646) 930-4577 (international), (b) emailing the Claims Agent at RiteAid2025Info@ra.kroll.com with a reference to "In re New Rite Aid, LLC – Election Form Inquiry" in the subject line, or (c) writing to the Claims Agent at New Rite Aid, LLC's Election Form Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

**Item 1. Amount of Administrative Expense Claim**. As of July 31, 2025, (the "Administrative Claims Record Date") the Debtors' books and records show that you held unpaid Administrative Claims in the aggregate amount listed in the table below as the "Recorded Amount." In accordance with the Administrative Claims Procedures:

- If you make an Opt-In Election, you shall receive, within ten (10) business days (or as soon as reasonably practicable thereafter) following the filing by the Debtors of a Participation Condition Notice indicating that the Participation Condition has been met, a distribution equal to your Pro Rata Share of $5 million (the "Administrative Claims Distribution Pool"), not to exceed 5.00% of the Recorded Amount or such other amount as agreed between you and the Debtors (the "Maximum Settlement Payment Amount"), in full and final satisfaction of your Administrative Claim (the "First Distribution").

- If you make an Opt-Out Election, you shall retain your administrative claim and not receive any distribution on account of these Administrative Claims Procedures.

- If you do not make an Opt-In Election or an Opt-Out Election, you shall be deemed to have consented to receiving, in full and final satisfaction of your Administrative Claim, a distribution equal to your Pro Rata Share of amounts remaining in the Administrative Claims Distribution Pool after the First Distribution is made, not to exceed the Maximum Settlement Payment Amount or such other amount as agreed between you and the Debtors under any subsequent chapter 11 plan confirmed in the Debtors' chapter 11 cases, in satisfaction of section 1129 of the Bankruptcy Code.

- If you do not agree with the Recorded Amount populated below, you may populate the Administrative Expense Claim amount that you believe to be correct in "Administrative Claimant Recorded Amount" field.

- If you populate an amount in the "Administrative Claimant Recorded Amount" field, the validity of your Election Form and Opt-In Election or Opt-Out Election is subject to (i) further review of your Administrative Claim amount by the Debtors; and (ii) the Debtors' agreement upon your Administrative Claim amount.

- In instances where the Debtors do not agree with the Administrative Claim Amount populated within the "Administrative Claimant Recorded Amount" field, **you may be required to resubmit an Election Form with a reconciled, agreed upon claim amount populated in Recorded Amount field or risk your Election Form not being counted.**

**Each claimant receiving a distribution pursuant to the Administrative Claims Procedures shall be deemed to acknowledge and agree that its consent or deemed consent to such treatment constitutes an agreement with respect to its administrative claim treatment for all purposes including, without limitation, section 1129(a)(9) of the Bankruptcy Code, and shall have waived any rights to object to any plan of reorganization on the basis of such claim treatment.**

| Recorded Amount | |
|---|---|
| Administrative Claimant Recorded Amount (please **only** populate an amount in this field if you disagree with the Recorded Amount pre-populated above) | |
| Maximum Settlement Payment Amount (5.00% of Recorded Amount) | |

**Item 2. Administrative Expense Claims Procedures – Important Information for Administrative Claimants.**

Generally, in order to be approved by the Bankruptcy Court, a chapter 11 plan must provide for the payment, in full, of administrative expense claims. However, holders of these priority claims can agree to "different treatment" and enable a debtor to confirm and consummate a chapter 11 plan even if funds are not available to pay priority claimants in full.

At this point in the Chapter 11 Cases, the Debtors believe that the assets available for distribution will not be sufficient to repay the Debtors' postpetition lenders, or "DIP Lenders," in full. Because the loans held by the DIP Lenders are secured by substantially all of the Debtors' assets, these lenders are entitled to payment from the Debtors' assets prior to administrative claimants. **As a result, unless the DIP Lenders agree to permit the Debtors to do so, they will be unable to provide *any* payment to you on account of your Administrative Claim**.

The Administrative Claims Procedures are the result of such an agreement between the Debtors and the DIP Lenders, and the Debtors believe that implementation of the Administrative Claims Procedures are the only way they will be able to make any distributions to holders of Administrative Claims. The implementation of the Administrative Claims Procedures is conditioned upon a sufficient number Administrative Claimants (as determined by the Debtors and the DIP Lenders in consultation with the Committee) consenting or being deemed to consent to the treatment contemplated in the Administrative Claims Procedures (the "Participation Condition").

**If the Debtors and the DIP Lenders determine, in consultation with the Committee, that the number of consenting or deemed consenting Administrative Claimants is insufficient and the Participation Condition is not waived, the Administrative Claims Procedures shall not be consummated, no payments shall be made to Administrative Claimants under it, and the Debtors believe that such payments will not be possible at all. Further, the Debtors may, in consultation with the Committee and with the consent of the DIP Lenders (not to be unreasonably withheld), terminate the Administrative Claims Procedures at any time prior to the filing of a Participation Condition Notice indicating that the Participation Condition has been met or waived.**

Please take notice that regardless of whether you participate in the Administrative Claims Procedures, the Debtors' rights of setoff, recoupment, and any and all potential Claims (as that term is defined in section 101(5) of the Bankruptcy Code) and causes of action of the Debtors, including under chapter 5 of the Bankruptcy Code or applicable law, are expressly preserved.

**YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE *DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE ADMINISTRATIVE CLAIMS PROCEDURES AND (II) GRANTING RELATED RELIEF* AND THE ORDER, INCLUDING THE ADMINISTRATIVE EXPENSE CLAIM PROCEDURES SET FORTH THEREIN, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**INSTRUCTIONS FOR COMPLETING THIS ELECTION FORM, AS WELL AS THE ELECTION AND CERTIFICATION ITEMS TO BE COMPLETED, ARE PROVIDED ON THE FOLLOWING PAGES.**

**INSTRUCTIONS FOR COMPLETING THIS ELECTION FORM**

1. Capitalized terms used in the Election Form or in these instructions (the "Instructions") but not otherwise defined therein or herein shall have the meaning set forth in the Motion.[2]

2. **If you choose to make an Opt-In Election or Opt-Out Election**, you must complete the Election Form by taking the following steps:

    (a) clearly indicate your decision to make an Opt-In Election or Opt-Out Election by checking the box labeled "**OPT-IN ELECTION**" or "**OPT-OUT ELECTION**" (as applicable) below;

    (b) carefully read the "Certifications" set forth below and provide the requested identification information; and

    (c) sign, date and submit your Election Form either electronically or in hard copy as described in the Election Form.

3. **Return of Election Form**: Your Election Form MUST be returned to the Claims Agent so as to be **actually received** by the Claims Agent on or before the Election Deadline, which is **5:00 p.m. (prevailing Eastern Time) on September 16, 2025**.

4. If an Election Form is received by the Claims Agent after the Election Deadline, it will not be effective. Additionally, the following Election Forms may NOT be counted:

    - ANY ELECTION FORM THAT IS ILLEGIBLE OR CONTAINS INSUFFICIENT INFORMATION TO PERMIT THE IDENTIFICATION OF THE HOLDER OF THE CLAIM;

    - ANY ELECTION FORM SENT TO THE DEBTORS, THE DEBTORS' AGENTS/REPRESENTATIVES (OTHER THAN THE CLAIMS AGENT), OR THE DEBTORS' FINANCIAL OR LEGAL ADVISORS;

    - ANY ELECTION FORM THAT DOES NOT INDICATE AN OPT-OUT ELECTION OR OPT-IN ELECTION;

    - ANY ELECTION FORM THAT INDICATES BOTH AN OPT-OUT ELECTION AND AN OPT-IN ELECTION;

    - ANY ELECTION FORM TRANSMITTED BY FACSIMILE OR E-MAIL;

    - ANY UNSIGNED ELECTION FORM; OR

    - ANY ELECTION FORM NOT COMPLETED IN ACCORDANCE WITH THE PROCEDURES APPROVED IN THE ADMINISTRATIVE CLAIMS PROCEDURES ORDER.

---

[2] The Motion and the Debtors' case docket is available free of charge at https://restructuring.ra.kroll.com/riteaid2025/ under "Docket."

5. If multiple Election Forms are received from the same holder with respect to the same Administrative Claim prior to the Election Deadline, the last valid form timely received will supersede and revoke any earlier received forms.

6. The Election Form is not a letter of transmittal and may not be used for any purpose other than to opt in to the Administrative Claims Procedures.

7. The Election Form does not constitute, and shall not be deemed to be, (a) a proof of claim, (b) proof of interest, or (c) an assertion or admission of an Administrative Claim.

8. Please be sure to sign and date your Election Form in the section titled "Certifications" below. If you are signing an Election Form in your capacity as a trustee, executor, administrator, guardian, attorney in fact, officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Claims Agent, the Debtors or the Bankruptcy Court, must submit proper evidence to the requesting party to so act on behalf of such Administrative Claimant. In addition, please provide your name and mailing address if it is different from that set forth on the attached mailing label or if no such mailing label is attached to the Election Form.

**PLEASE SUBMIT YOUR ELECTION FORM PROMPTLY!**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS ELECTION FORM
OR THE INSTRUCTIONS OR PROCEDURES, PLEASE CONTACT
THE CLAIMS AGENT AT:
(888) 575-9318 (U.S./ CANADA, TOLL FREE) OR +1 (646) 930-4577 (INTERNATIONAL)
OR VIA E-MAIL TO: RITEAID2025INFO@RA.KROLL.COM  (WITH "IN RE NEW RITE AID, LLC – ELECTION FORM INQUIRY" IN THE SUBJECT LINE).  PLEASE NOTE THAT THE CLAIMS AGENT WILL NOT ACCEPT ELECTION FORMS SUBMITTED VIA E-MAIL.**

> **IF THE CLAIMS AGENT DOES NOT ACTUALLY RECEIVE THE ELECTION FORM FROM YOU BEFORE THE OPT-IN DEADLINE, WHICH IS 5:00 P.M. PREVAILING EASTERN TIME ON SEPTEMBER 16, 2025, THEN YOUR ELECTION WILL NOT BE EFFECTIVE, AND YOU WILL BE DEEMED TO HAVE CONSENTED TO THE TREATMENT SET FORTH IN THE ADMINISTRATIVE CLAIMS PROCEDURES.**

**PLEASE INDICATE YOUR OPT-IN OR OPT-OUT ELECTION ON THE FOLLOWING PAGE.**

[*The remainder of this page is intentionally left blank*.]

**OPT-IN ELECTION.** YOU MAY ELECT TO OPT-IN TO THE ADMINISTRATIVE CLAIMS PROCEDURES BY CHECKING THE BOX BELOW:

> ☐  **By checking this box, you elect to <u>OPT-IN</u> to the Administrative Claims Procedures and receive up to the Maximum Settlement Payment Amount on account of your Administrative Claim in accordance with the Administrative Claims Procedures.**

**OPT-OUT ELECTION.** YOU MAY ELECT TO OPT-OUT OF THE ADMINISTRATIVE CLAIMS PROCEDURES BY CHECKING THE BOX BELOW:

> ☐  **By checking this box, you elect to <u>OPT-OUT</u> of the Administrative Claims Procedures.**

**PLEASE ENSURE THAT ONLY <u>ONE</u> OF THE ABOVE ELECTIONS IS MADE.**

[*The remainder of this page is intentionally left blank.*]

**Certifications.**

By signing this Election Form, the undersigned ("You") certifies that:

(a) as of the Administrative Claims Record Date, either: (i) You were the holder of one or more Administrative Claims; (ii) You were an authorized signatory for an entity that was a holder of one or more Administrative Claims; or (iii) You were the beneficial holder (or authorized signatory for a beneficial holder) of one or more Administrative Claims;

(b) You (or in the case of an authorized signatory, the Administrative Claimant) have received a copy of and reviewed the Election Form and Your Election Form is completed pursuant to the terms and conditions set forth herein;

(c) You have submitted the Election Form with respect to all of your Administrative Claims against the Debtors; and

(d) You have not submitted any other Election Form with respect to the Administrative Claims against the Debtors listed in the Recorded Amount on your Election Form, or, if any other Election Forms have been submitted with respect to such Administrative Claims against the Debtors, then any such earlier forms are hereby revoked.

| | |
|---|---|
| Name of Administrative Claim Holder or Beneficial Holder: | _____ |
| | (Print or Type) |
| Signature: | _____ |
| Name of Signatory: | _____ |
| | (If other than the Administrative Claimant) |
| Title of Signatory: | _____ |
| Address: | _____ |
| | _____ |
| | _____ |
| Telephone Number: | _____ |
| Email: | _____ |
| Date Completed: | _____ |

**PLEASE ENSURE THAT YOU HAVE REVIEWED THIS ELECTION FORM IN ITS ENTIRETY, AND (I) MADE AN OPT-IN ELECTION OR OPT-OUT ELECTION AND (II) PROPERLY COMPLETED THE CERTIFICATION ABOVE, THEN RETURN IT TO THE CLAIMS AGENT IN ACCORDANCE WITH THE INSTRUCTIONS ABOVE SO THAT IT IS RECEIVED ON OR BEFORE THE ELECTION DEADLINE.**