SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Sophia L. Cahill, Esq. (N.J. Bar No. 111252014)
scahill@sheppardmullin.com
Edward H. Tillinghast, III, Esq. (*pro hac vice*)
etillinghast@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212-653-8700

*Attorneys for Optimal Investment Group, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PARTY OPTIMAL INVESTMENT GROUP, INC. AND ITS COUNSEL AND REQUEST FOR REMOVAL FROM COURT MATRIX, SERVICE LIST, AND ELECTRONIC NOTICES

WHEREAS, on June 27, 2025, interested non-party Optimal Investment Group, Inc. ("Optimal"), by and through its attorney Sophia L. Cahill, Esq. of Sheppard Mullin Richter & Hampton, LLP, filed a Notice of Appearance and Request for Service of Notice in this matter (ECF Docket No. 1134); and

WHEREAS, on June 27, 2025, Ms. Cahill filed an application for *pro hac vice* admission of attorney Edward H. Tillinghast, III of Sheppard Mullin Richter & Hampton, LLP, to represent Optimal in this matter (ECF Docket No. 1137) in connection with a proposed asset sale by the

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Debtor (Optimal's proposed purchase was not accepted by the Debtor and the subject assets were sold to another entity), and on July 8, 2025, the Court issued an Order granting that application and admitted Mr. Tillinghast *pro hac vice* (ECF Docket No. 1354); and

WHEREAS, Optimal no longer has an interest in this matter, has not filed any claims, motions, or filings apart from those referenced above, and now wishes to withdraw its appearance and that of its attorneys in this matter;

PLEASE TAKE NOTICE that non-party Optimal, by and through its attorneys Sophia L. Cahill and Edward H. Tillinghast, III of Sheppard Mullin Richter & Hampton, LLP, hereby withdraws its appearance in the above-entitled action and respectfully requests that it and its attorneys Sophia L. Cahill and Edward H. Tillinghast, III be withdrawn from the court matrix, service list, and electronic notifications in the within case.

Dated:  New York, New York            Respectfully submitted,
        October 29, 2025

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By:  */s/ Sophia L. Cahill*
     Sophia L. Cahill
     30 Rockefeller Plaza
     New York, NY  10112-0015
     Tel:  (212) 653-8700
     scahill@sheppardmullin.com

*Attorneys for Non-Party Optimal Investment Group, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Sophia L. Cahill, Esq. (N.J. Bar No. 111252014)
scahill@sheppardmullin.com
Edward H. Tillinghast, III, Esq. (*pro hac vice*)
etillinghast@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212-653-8700

*Attorneys for Optimal Investment Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, et al.,<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2025, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served electronically to the interested parties who have requested service by ECF notification from the court in this case.

Dated: New York, New York
October 29, 2025

Respectfully submitted,

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**


By:   */s/ Sophia L. Cahill*
       Sophia L. Cahill
       30 Rockefeller Plaza
       New York, NY  10112-0015
       Tel:  (212) 653-8700

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

scahill@sheppardmullin.com

*Attorneys for Optimal Investment Group, Inc.*