## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Nolan Transportation Group, LLC, (ADRID: 30517553), 244 Perimeter Center Pkwy NE, Atlanta, GA, 30346-1402:

- Twenty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 2211]

On October 7, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Sentry Data Systems, Inc., (ADRID: 30263854), 600 W Hillsboro Blvd, Ste 500, Deerfield Beach, FL, 33441-1605:

- Thirty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2304]

On October 7, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Star2star Communications, (ADRID: 30264065), 301 N Cattlemen Rd, Ste 300, Sarasota, FL, 34232-6431:

- Thirty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2305]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On October 7, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on WEC 98D-13, (ADRID: 28111521), C/O Allerand Realty Holdings, LLC, 1000 Brickell Ave, Ste 720, Miami, FL, 33131-3047:

- Thirty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, if Any
[Docket No. 2483]

On October 8, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Scriptdrop Inc, (ADRID: 28125809), 855 Grandview Ave., Suite 110, Columbus, OH, 43215:

- Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases
[Docket No. 865]

Dated: October 28, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 28, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028