Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>John T. Carroll, III, Esq. (#015331983)<br>Simon E. Fraser, Esq. (#026821999)<br>Marla S. Benedek, Esq. (#162792015)<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 250-4498<br>Email: jcarroll@cozen.com<br>      sfraser@cozen.com<br>      mbenedek@cozen.com<br><br>*Counsel to Appellants* |

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 2878** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., Return Management Services, Inc., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC, submit this Notice of Appeal in conformity with Bankruptcy Form B417A.

### Part 1: Identify the appellant(s)

1. **Names of Appellants**:

   a) Academy Fire Protection, Inc.;
   b) Academy Fire Life Safety, LLC;
   c) Canada Dry Delaware Valley Bottling Company;
   d) Canada Dry Potomac Corporation;
   e) GNC Holdings, LLC;
   f) Pepsi-Cola Bottling Company of New York, Inc.;
   g) Pepsi-Cola and National Brand Beverages, Ltd.;
   h) Return Management Services, Inc.;
   i) RoofConnect Logistics, Inc.; and
   j) Utz Quality Foods, LLC.

2. **Position of Appellants in the bankruptcy case that is the subject of this appeal**:

   Parties-in-interest, creditors of the above-captioned debtors and debtors in possession, and/or beneficiaries of the RAD Sub-Trust A.

### Part 2: Identify the subject of this appeal

1. **Describe the judgment, order, or decree appealed from**:

   *Order Approving the Sale of the Retained Preference Claims to the RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief* [D.I. 2878] (the "Sale Order")

   A copy of the Sale Order is attached hereto as **Exhibit A**.

2. **State the date on which the judgment, order, or decree was entered**:

   The Sale Order was entered on October 15, 2025.

### Part 3: Identify the other parties to the appeal

The parties to the Sale Order, and the names, addresses, and telephone numbers of their attorneys, are as follows:

| Party: | Attorney: |
|---|---|
| Academy Fire Protection, Inc.<br>Academy Fire Life Safety, LLC<br>Canada Dry Delaware Valley Bottling Company<br>Canada Dry Potomac Corporation<br>GNC Holdings, LLC<br>Pepsi-Cola Bottling Company of New York, Inc.<br>Pepsi-Cola and National Brand Beverages, Ltd.<br>Return Management Services, Inc.<br>RoofConnect Logistics, Inc.<br>Utz Quality Foods, LLC<br><br>*Appellants* | **COZEN O'CONNOR**<br>John T. Carroll, III, Esq.<br>Simon E. Fraser, Esq.<br>Marla S. Benedek, Esq.<br>1201 N. Market Street, Suite 1001<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2000<br>Email: jcarroll@cozen.com<br>       sfraser@cozen.com<br>       mbenedek@cozen.com |
| The above-captioned debtors and debtors in possession<br><br>*Appellees* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Email: msirota@coleschotz.com<br>       wusatine@coleschotz.com<br>       fyudkin@coleschotz.com<br>       svanaalten@coleschotz.com<br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>       aeaton@paulweiss.com<br>       chopkins@paulweiss.com<br>       smitchell@paulweiss.com |

| | |
|---|---|
| RAD Sub-Trust A | **EMMET, MARVIN & MARTIN, LLP**<br>Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane, Esq.<br>Andres Barajas, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email: rlehane@kelleydrye.com<br>            abarajas@kelleydrye.com |
| RAD Sub-Trust A, Trustee, Thomas A. Pitta | Thomas A. Pitta<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com |
| Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder. Esq.<br>Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-5993<br>Email:  jeffrey.m.sponder@usdoj.gov<br>             lauren.bielskie@usdoj.gov |

| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Email: asherman@sillscummis.com<br>　　　　bmankovetskiy@sillscummis.com<br>　　　　gkopacz@sillscummis.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>　　　　tgoren@willkie.com<br>　　　　jburbage@willkie.com<br>　　　　jgraber@willkie.com |

## Part 4: Optional election to have appeal heard by District Court

Not applicable in this jurisdiction.

**Part 5: Sign Below:**

Dated: October 29, 2025          **COZEN O'CONNOR**

*/s/ John T. Carroll, III*
John T. Carroll, III, Esq.
Simon E. Fraser, Esq.
Marla S. Benedek, Esq.
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email: jcarroll@cozen.com
      sfraser@cozen.com
      mbenedek@cozen.com

*Counsel to Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., Return Management Services, Inc., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC*