UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| New Rite Aid, LLC | Case Number: | 25-14861-MBK |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/29/25. The parties to the appeal are:

Appellant(s): Utz Quality Foods, LLC, RoofConnect Logistics, Inc. ET AL    Appellee(s): SEE APPEAL
Attorney: John T. Carroll III    Attorney: _____
Address: Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington, DE 19801    Address: _____

Title of Order Appealed: ORDER APPROVING THE SALE OF THE RETAINED PREFERENCE CLAIMS TO RAD SUB-TRUST A, PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF

Date Entered On Docket: 10/15/25

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 25-CV-14757-RK | Judge Robert Kirsch | 8/20/25 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

rev. 8/28/17