**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
       tgoren@willkie.com
       jburbage@willkie.com
       jgraber@willkie.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail: asherman@sillscummis.com
       bmankovetskiy@sillscummis.com
       gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*, *NUNC PRO TUNC* TO MAY 16, 2025**

Andrew H. Sherman makes this declaration (the "Fourth Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and a Member of the law firm Sills Cummis & Gross P.C. ("Sills"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee").

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. On July 3, 2025, the Committee filed the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1314] (the "Application").[2] In support of the Application, I filed the *Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1314, Exhibit B] (the "Initial Declaration") and the *First Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1436] (the "First Supplemental Declaration").

4. On July 15, 2025, the Court entered the *Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1458] (the "Retention Order").

5. On August 14, 2025, I filed the *Second Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc*

---

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to such terms in the Application.

*Pro Tunc to May 16, 2025* [Docket No. 1886] (the "Second Supplemental Declaration").

6.     On October 20, 2025, I filed the *Third Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 2941] (the "Third Supplemental Declaration" and, collectively with the Initial Declaration, the First Supplemental Declaration and the Second Supplemental Declaration, the "Declarations").

7.     In connection with the Application and the Retention Order, I submit this Fourth Supplemental Declaration to supplement the disclosures set forth in the Declarations, as follows:

(A)   Sills has been retained to represent Cardinal Health, an affiliate of a party-in-interest in these chapter 11 cases, in a product liability matter that is unrelated to these chapter 11 cases.[3]

8.     Sills does not believe the foregoing disclosure presents any conflict of interest or affects its status as a disinterested person, but discloses the connection in an abundance of caution.

9.     I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonable inquiry, the foregoing is true and correct.

---

[3] Sills has also been retained to represent CONMED Corporation in the same product liability matter, but CONMED Corporation does not appear to be a party-in-interest in these chapter 11 cases.

3

Dated: October 30, 2025          /s/ *Andrew H. Sherman*
Newark, New Jersey          Andrew H. Sherman