**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel:  (973) 739-9559
dmcgill@webbermcgill.com
*Attorneys for Red Eagle Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>New Rite Aid, LLC, et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No.  25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF RED EAGLE MANAGEMENT LLC TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE CLAIM FOR STUB RENT AND POST-PETITION UTILITY CHARGES**

**PLEASE TAKE NOTICE** that the *Motion Red Eagle Management LLC to Allow and Compel Payment of Administrative Claim for Stub Rent and Unpaid Post-Petition Utility Charges* [Docket No. 2602] has been resolved and is hereby withdrawn.

**WEBBER MCGILL LLC**
*Attorneys for Red Eagle Management LLC*

By: */s/ Douglas J. McGill*
       Douglas J. McGill

Dated:  November 1, 2025