UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

Case No.: 25-14861

Chapter: 11

Hearing Date: October 27, 2025

Judge: Michael B. Kaplan

ORDER DENYING MOTION FOR ADEQUATE PROTECTION, AND MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

The relief set forth on the following page(s) is ORDERED.

DATED: November 3, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

HPV22 LLC's Motion for Adequate Protection in Addition to Motion to Compel Payment of Administrative Expenses (ECF No. 1755) is **DENIED** for the reasons set forth in the Opinion docketed at ECF No. 3159.