**Exhibit A**

**Proposed Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS
TO SHARE DATA CONTAINING PROTECTED INFORMATION
PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through five (5) is

**ORDERED.**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

Page | 2

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS TO SHARE DATA CONTAINING PROTECTED INFORMATION PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

By: */s/ Robert L. LeHane*
**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Email: rlehane@kelleydrye.com
   abarajas@kelledrye.com
   cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

By: */s/ Daniel I. Wolf*

**GILBERT LLP**
Kami E. Quinn, Esq.
Daniel I. Wolf, Esq.
Beth A. Koehler, Esq.
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
Tel: (202) 772-2336
quinnk@gilbertlegal.com
wolfd@gilbertlegal.com
koehlerb@gilbertlegal.com

*Co-Counsel to the RAD Sub-Trust B*

By: */s/ Arthur J. Abramowitz*
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
Telephone: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
   rswitkes@shermansilverstein.com

By: */s/ Gordon Z. Novod*
**GRANT & EISENHOFER P.A.**
Gordon Z. Novod, Esq.
Meagan Farmer, Esq.
485 Lexington Ave.
29th Floor
New York, NY 10017
Tel: (646) 722-8500
gnovod@gelaw.com
mfarmer@gelaw.com

*Co-Counsel to the RAD Sub-Trust B*

By: */s/ Kyle A. Lonergan*
**MCKOOL SMITH**
Kyle A. Lonergan, Esq.
James H. Smith, Esq.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Tel: (212) 402-9400
klonergan@mckoolsmith.com
jsmith@McKoolSmith.com

*Co-Counsel to the RAD Sub-Trust B*

Page | 3

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS TO SHARE DATA CONTAINING PROTECTED INFORMATION PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF |

Upon the motion (the "Motion") of RAD Sub-Trust A and RAD Sub-Trust B (the "Trusts"), formed pursuant to the confirmed 2023 Plan, seeking entry of an order authorizing and directing the Debtors to share data containing Protected Information to the Trusts as more fully set forth in the Motion; and this Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, Article XIII of the 2023 Plan, Paragraph 275 of the 2023 Confirmation Order, and section 105(a) of the Bankruptcy Code; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice is necessary; and this Court having reviewed the Motion; and all objections to the Motion, if any, having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The MOTION is granted as set forth herein.

2. The Debtors are authorized, directed, and required to provide the Trusts with access to all data, including data containing Protected Information and Privileged Information, reasonably necessary for the Trusts to evaluate, administer, and pursue the Assigned Claims and Assigned Insurance Rights transferred to them under the 2023 Plan.

Page | 4

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS TO SHARE DATA CONTAINING PROTECTED INFORMATION PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF |

3. Paragraph 7(c) of the Protective Order shall be deleted and replaced in its entirety with the following paragraph:

> **"The Trust shall conduct a reasonable review of PHI or Other Individually Identifiable Health Material before producing or sharing such Discovery Materials with any other person or entity. The Trust must designate all Discovery Materials that it reasonably concludes contains Protected Information as 'PHI or Other Individually Identifiable Health Information Material.' Such designation shall constitute a representation that there is a good-faith basis for the designation, and the material so designated shall be treated in all respects as Highly Confidential Material."**

For the avoidance of doubt, the remaining terms of the Protective Order, including the protections provided in the Protective Order for data designated as PHI or IIHI, remain and are not affected by this Order.

4. All access, use, and review of the Protected Information shall be conducted in strict compliance with the 2023 Plan, the 2023 Confirmation Order, the Protective Order, the Litigation Cooperation Agreement, and all applicable federal and state laws, including HIPAA, 45 C.F.R. § 164.512(e)(1)(i), and other privacy protections governing PHI, PII, and IIHI.

5. The Debtors shall not be required to undertake any separate or additional screening or designation of the Protected Information. The costs and responsibilities associated with any subsequent review, access, or use of the Protected Information shall be borne by the Trusts and/or by a Receiving Party.

Case 25-14861-MBK    Doc 3166-1    Filed 11/04/25    Entered 11/04/25 21:22:58    Desc
Exhibit A - Proposed Order    Page 6 of 6

Page | 5

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS TO SHARE DATA CONTAINING PROTECTED INFORMATION PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF |

6. Pursuant to the 2023 Plan, all attorney client privilege, work product protections, or other privilege or immunity held by the Debtors related to the Assigned Claims and Assigned Insurance Rights shall be preserved and extended to the Trust.

7. Nothing in this Order alters or modifies the Trusts' obligations under the 2023 Plan documents. The Trusts shall remain fully responsible for compliance with all applicable legal and fiduciary obligations in connection with their use of the Protected Information.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Trusts are authorized and empowered to take any and all actions necessary to implement the terms of this Order.

10. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.