| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane<br>Andres Barajas (admitted *pro hac vice*)<br>Connie Y. Choe<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Tel: (973) 503-5900<br>Email: rlehane@kelleydrye.com<br>       abarajas@kelledrye.com<br>       cchoe@kelleydrye.com<br><br>*Counsel for Thomas A. Pitta, as Trustee of the RAD Sub-Trust A* | |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz, Esq.<br>Ross J. Switkes, Esq.<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>rswitkes@shermansilverstein.com<br><br>*Local Counsel to the RAD Sub-Trust B* | **GRANT & EISENHOFER P.A.**<br>Gordon Z. Novod, Esq.<br>Meagan Farmer, Esq.<br>485 Lexington Ave.<br>29th Floor<br>New York, NY 10017<br>Tel: (646) 722-8500<br>gnovod@gelaw.com<br>mfarmer@gelaw.com<br><br>*Co-Counsel to the RAD Sub-Trust B* |
| **GILBERT LLP**<br>Kami E. Quinn, Esq.<br>Daniel I. Wolf, Esq.<br>Beth Koehler, Esq.<br>700 Pennsylvania Ave., SE<br>Suite 400<br>Washington, DC  20003<br>Tel: (202) 772-2336<br>quinnk@gilbertlegal.com<br>wolfd@gilbertlegal.com<br>koehlerb@gilbertlegal.com<br><br>*Co-Counsel to the RAD Sub-Trust B* | **MCKOOL SMITH**<br>Kyle A. Lonergan, Esq.<br>James H. Smith, Esq.<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019<br>Tel: (212) 402-9400<br>klonergan@mckoolsmith.com<br>jsmith@McKoolSmith.com<br><br>*Co-Counsel to the RAD Sub-Trust B* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>Docket No. 3166 |

## APPLICATION FOR ORDER SHORTENING TIME

The RAD Sub-Trust A and RAD Sub-Trust B (each, a "Trust", and collectively, the "Trusts"), by and through their undersigned counsel, respectfully request through this application (the "Application") that the time period for a hearing on the *Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief* (the "Motion"),[2] as required by Fed. R. Bankr. P. 2002, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1.  The Trusts request that the Motion be heard on shortened notice because as set forth in the Motion, the Trusts are seeking to safeguard and enforce their rights provided to them under the 2023 Plan to the Debtors' cooperation and transfer of necessary data for their prosecution of Assigned Claims and Assigned Insurance Rights. These rights of the Trusts may be negatively prejudiced at this critical juncture when the Court will be determining whether these

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

[2] Docket No. 3166. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

Chapter 11 Cases proceed toward confirmation, conversion, or dismissal. Therefore, the Trusts seek to ensure their rights and relief requested in the Motion, are addressed in connection with the Court's decision on the Order to Show Cause.[3] The Trusts respectfully submit that no parties will be prejudiced by this request to shorten time.

2. By this Application, the Trusts respectfully request that the hearing on the Motion be heard at the hearing scheduled for November 10, 2025, at 10:00 a.m. (ET). The Trusts understand that the hearing may be adjourned to a later date and in such event, request that the Motion be heard at the next available hearing date and time as determined by the Court's availability.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

**WHEREFORE**, the Trusts respectfully requests that this Court (i) grant the Application, (ii) enter the form of order substantially in the form submitted herewith, and (iii) grant such other and further relief as it deems necessary and appropriate.

The applicant requests entry of the proposed order shortening time.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Docket No. 2997.

Dated: November 4, 2025

By: */s/ Robert L. LeHane*_____
**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Andres Barajas (admitted *pro hac vice*)
Connie Y. Choe
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Email: rlehane@kelleydrye.com
   abarajas@kelledrye.com
   cchoe@kelleydrye.com

*Counsel for Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

By: */s/ Daniel I. Wolf*_____
**GILBERT LLP**
Kami E. Quinn, Esq.
Daniel I. Wolf, Esq.
Beth A. Koehler, Esq.
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
Tel: (202) 772-2336
quinnk@gilbertlegal.com
wolfd@gilbertlegal.com
koehlerb@gilbertlegal.com

*Co-Counsel to the RAD Sub-Trust B*

By: */s/ Arthur J. Abramowitz*_____
**SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
Telephone: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
   rswitkes@shermansilverstein.com

By: */s/ Gordon Z. Novod*_____
**GRANT & EISENHOFER P.A.**
Gordon Z. Novod, Esq.
Meagan Farmer, Esq.
485 Lexington Ave.
29th Floor
New York, NY 10017
Tel: (646) 722-8500
gnovod@gelaw.com
mfarmer@gelaw.com

*Co-Counsel to the RAD Sub-Trust B*

By: */s/ Kyle A. Lonergan*_____
**MCKOOL SMITH**
Kyle A. Lonergan, Esq.
James H. Smith, Esq.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Tel: (212) 402-9400
klonergan@mckoolsmith.com
jsmith@McKoolSmith.com

*Co-Counsel to the RAD Sub-Trust B*