**Order Filed on November 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In re | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbers three (3) through four (4) is hereby **ORDERED**.

**DATED: November 5, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, et al. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE |

After review of the application of the RAD Sub-Trust A and RAD Sub-Trust B (each, a "Trust", and collectively, the "Trusts"), for a reduction of time for a hearing on the *Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief,* under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.   A hearing will be conducted on the matter on November 24, 2025 at 10:00 am in the United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom No. 8.

2.   The Trusts must serve a copy of this Order, and all related documents, on all parties entitled to receive notice under Rule 2002 by email.

3.   The Trusts must also serve a copy of this Order, and all related documents, on the following parties:

US Trustee, and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4.   Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5.   Notice by telephone:

Debtors:            NEW RITE AID, LLC, et al.
Case No.            25-14861 (MBK)
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING
                    HEARING AND LIMITING NOTICE

[X] is not required

[ ] must be provided to [_____]

    [ ] on the same day as the date of this Order, or

    [ ] within [_____] day(s) of the date of this Order

6.    A Certification *of Service* must be filed prior to the hearing date.

7.    Any objections to said application:

[X] must be filed with the Court and served on all parties in interest by electronic

or overnight mail [ by ] November 17, 2025.

[ ] may be presented orally at the hearing.

8.    [ ] Court appearances are required to prosecute said application and any

objections.

[X] Parties may request to appear by phone by contacting Chambers prior to the

return date.

9.    [ ] The hearing will be conducted via Zoom using the Judge's standard Zoom

link for remote appearances, which can be found on the Judge's page on the

Court's website: https://www.njb.uscourts.gov/

[ ] The hearing will be conducted via a specialize zoom link. See instructions

below: Parties may request to appear by Zoom by submitting an email request
to Chambers (chambers_of_mbk@njb.uscourts.gov) prior to the return date