| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Joseph C. Barsalona II<br>Katherine R. Beilin<br>Court Plaza South<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Facsimile: (201) 488-5556<br>Email: jbarsalona@pashmanstein.com<br>          kbeilin@pashmanstein.com<br><br>-and-<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein<br>Anthony R. Scarcella<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5218<br>Email: egoldstein@goodwin.com<br>          ascarcella@goodwin.com<br><br>*Counsel for Mass Jaz LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR**
<u>**SERVICE OF PAPERS**</u>

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

To:   Clerk of the Court
      Clarkson S. Fisher U.S. Courthouse
      402 East Street
      Trenton, NJ 08608

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b) the undersigned counsel Joseph C. Barsalona II and Katherine R. Beilin enter an appearance in this case on behalf of Mass Jaz LLC. Request is made that all documents filed in this case and identified below be served on the undersigned at this address:

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Joseph C. Barsalona II
Katherine R. Beilin
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 270-5477
Email: jbarsalona@pashmanstein.com
       kbeilin@pashmanstein.com

-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein
Anthony R. Scarcella
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
       ascarcella@goodwin.com

DOCUMENTS:

[X] All notices entered pursuant to Fed. R. Bankr. P. 2002

[X] All documents and pleadings of any nature

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, pleading, request, suggestion, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex, electronic means or otherwise, which may affect or seek to affect in any way the rights or interests of the above referenced creditors in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditors under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of jurisdiction.

Dated: November 5, 2025

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II
Katherine R. Beilin
Court Plaza South
21 Main Street Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com
         kbeilin@pashmanstein.com

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein
Anthony R. Scarcella
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
         ascarcella@goodwin.com

*Counsel for Mass Jaz LLC*