**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Joseph C. Barsalona II
Katherine R. Beilin
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com
　　　　kbeilin@pashmanstein.com

-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein
Anthony R. Scarcella
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
　　　　ascarcella@goodwin.com

*Counsel for Mass Jaz LLC*

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 4, 2025 at 10:00 a.m.<br><br>Objections Due: Nov. 28, 2025 at 4:00 p.m. |

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**NOTICE OF MOTION PURSUANT TO 11 U.S.C. §§ 365(d)(3) OR 503(b)(1)(A) OF MASS JAZ LLC TO ALLOW, AND COMPEL PAYMENT OF, CLAIM FOR ADDITIONAL RENT THAT CAME DUE UNDER LEASE POST-PETITION**

**PLEASE TAKE NOTICE** that on **December 4, 2025, at 10:00 a.m.** Mass Jaz LLC ("Mass Jaz"), by and through its undersigned counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 E. State Street, Courtroom No. 8, Trenton, New Jersey 08608 (the "Bankruptcy Court"), which hearing may be conducted remotely via ZoomGov.com, *see* https://www.njb.uscourts.gov/riteaid2, for entry of an order, substantially in the form of the attached proposed order (the "Proposed Order"), pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b) allowing, and compelling payment of, a claim for taxes that came due post-petition as additional rent under that lease (as more particularly described in the Memorandum of Law [defined below], the "Lease") of certain store premises known and referred to as 5125 Merrick Road, Massapequa, New York (as more particularly described in the Lease, the "Premises") by and between Mass Jaz, as lessor, and Genovese Drug Stores, Inc. (the "Debtor," and together with its debtor affiliates the "Debtors"), as lessee.

**PLEASE TAKE FURTHER NOTICE** that Mass Jaz will rely upon the attached *Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Motion"), *Memorandum of Law in Support of Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Memorandum of Law"), and *Certification of Kenneth Breslin in Support of Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and*

2

*Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Breslin Certification" or "Breslin Cert.") as well as the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to enter an Order granting Mass Jaz its requested relief, or if you want the Court to consider your views on the Motion, then you or your attorney must file a written objection with the Clerk of the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608 and serve a copy of the same on Mass Jaz and to all parties on the service list submitted herewith.

You must attend the hearing scheduled to be conducted on **December 4, 2025, at 10:00 a.m.** in the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, Courtroom No. 8, 402 East State Street, Trenton, New Jersey, 08608 or remotely via ZoomGov.com, *see* https://www.njb.uscourts.gov/riteaid2. If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting this Motion.

| | |
|---|---|
| Dated: November 5, 2025 | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>/s/ *Joseph C. Barsalona II*<br>Joseph C. Barsalona II<br>Katherine R. Beilin<br>Court Plaza South<br>21 Main Street Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Facsimile: (201) 488-5556<br>Email: jbarsalona@pashmanstein.com<br>          kbeilin@pashmanstein.com<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein<br>Anthony R. Scarcella |

One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
      ascarcella@goodwin.com

*Counsel for Mass Jaz LLC*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Joseph C. Barsalona II<br>Katherine R. Beilin<br>Court Plaza South<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Facsimile: (201) 488-5556<br>Email: jbarsalona@pashmanstein.com<br>           kbeilin@pashmanstein.com<br><br>-and-<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein<br>Anthony R. Scarcella<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5218<br>Email: egoldstein@goodwin.com<br>           ascarcella@goodwin.com<br><br>*Counsel for Mass Jaz LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 4, 2025 at 10:00 a.m.<br><br>Objections Due: Nov. 28, 2025 at 4:00 p.m. |

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**MOTION PURSUANT TO 11 U.S.C. §§ 365(d)(3) OR 503(b)(1)(A) OF MASS JAZ LLC TO ALLOW, AND COMPEL PAYMENT OF, CLAIM FOR ADDITIONAL RENT THAT CAME DUE UNDER LEASE POST-PETITION**

Creditor Mass Jaz LLC ("Mass Jaz") hereby moves (this "Motion") the Court for entry of an order, substantially in the form of the proposed order (the "Proposed Order") filed herewith, pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b) allowing, and compelling payment of, a claim for taxes that came due post-petition as additional rent under that lease (as more particularly described in the Memorandum of Law [defined below], the "Lease") of certain store premises known and referred to as 5125 Merrick Road, Massapequa, New York (as more particularly described in the Lease, the "Premises") by and between Mass Jaz, as lessor, and Genovese Drug Stores, Inc. (the "Debtor," and together with its debtor affiliates the "Debtors"), as lessee. The Court should grant this Motion for the reasons set forth in the *Memorandum of Law in Support of Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Memorandum of Law"), filed herewith, and upon the facts set forth in the *Certification of Kenneth Breslin in Support of Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Breslin Certification" or "Breslin Cert."), filed herewith, as well as the exhibits attached thereto.

Dated: November 5, 2025        **PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ *Joseph C. Barsalona II*
Joseph C. Barsalona II
Katherine R. Beilin
Court Plaza South
21 Main Street Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
Email: jbarsalona@pashmanstein.com
       kbeilin@pashmanstein.com

-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein
Anthony R. Scarcella
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
ascarcella@goodwin.com

*Counsel for Mass Jaz LLC*

3