# EXHIBIT B

**Mass Jaz LLC**
500 Old Country Rd
Suite #200
Garden City, NY 11530

**Statement**

Account: massapeq - 010 - massrit

Date: 08/18/25

**Post Genovese Drug Store dba Rite Aid #10648**
**Post - Attn: Secretary**
**PO Box 3165**
**Harrisburg,   17105**

Payment: _____

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 07/02/25 | Town Tax (2nd 1/2 7/1-12/25 Town taxes) | 25,045.67 | | 25,045.67 |
| 07/09/25 | School Tax-(2nd-1/2- 5/5-6/30/25) | 12,070.89 | | 37,116.56 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 37,116.56 | 0.00 | 0.00 | 37,116.56 |

1-Nov-24

**Rite Aid - Store # 10648**
**POST PETITION**

RE: Massepequa Shopping Center
REAL ESTATE TAX INVOICE

**TAX TYPE:** School Taxes
**PERIOD: 07/01/24-06/30/25**

| | | |
|---|---|---|
| TOTAL REAL ESTATE TAXES | | $ 327,335.67 |
| YOUR PRORATA SHARE | 23.42% | $ 76,662.01 |
| LESS: MONTHLY DEPOSITS BILLED | | $ - |
| **2nd 1/2 due  5/5 -06/30/25** | | **$ 12,070.89** |

500 OLD COUNTRY RD STE 200
GARDEN CITY, NY 11530

| LEVY DESCRIPTION | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|
| MASSAPEQUA UFSD SCHOOL | 1.900 | | $68,647.00 | 459.1130 | $315,167.30 |
| MASSAPEQUA UFSD LIBRARY | 2.469 | | $69,047.00 | 17.7290 | $12,168.37 |

THIS IS YOUR SCHOOL TAX BILL

THE BOARD OF EDUCATION IN EACH SCHOOL DISTRICT IS THE RESPONSIBLE BODY FOR SCHOOL AFFAIRS OVER WHICH THE TOWN OF OYSTER BAY HAS NO CONTROL. THE TOWN THROUGH THIS OFFICE ACTS AS AN AGENCY FOR THE COLLECTION AND DISTRIBUTION OF SCHOOL TAXES. FOR INFORMATION ABOUT TAX RATES AND AMOUNTS, CONTACT YOUR LOCAL DISTRICT DIRECTLY AT 308-5000 OR MASSAPEQUA UFSD, 4925 MERRICK ROAD MASSAPEQUA, NY 11758

FOR ALL QUESTIONS REGARDING ASSESSMENTS OR EXEMPTIONS PLEASE CALL NASSAU COUNTY DEPARTMENT OF ASSESSMENT AT 516-571-1500
FOR ALL QUESTIONS REGARDING THE STAR CREDIT PLEASE CALL NYS DEPARTMENT OF TAXATION AND FINANCE AT 518-457-2036

| FIRST HALF TAX >> | $163,667.84 | SECOND HALF TAX >> | $163,667.83 | TOTAL TAX >> | $327,335.67 |
|---|---|---|---|---|---|
| | | | | | Pay this amount if total tax is paid on or before 11/12/2024: $325,698.99 |
| TOTAL >> | $163,667.84 | TOTAL >> | $163,667.83 | | |

Rev. 7/24

---

## 2024-25 SCHOOL TAX — SECOND HALF 2024-25

**SECOND HALF – SCHOOL TAXES**
**DUE APRIL 1**
**SECOND HALF TAX PAYABLE**
**WITHOUT PENALTY TO MAY 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S D CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 23 | 53 | 172 | 15 |

PAY  $163,667.83

PAYOR
(other than owner) _____

DO NOT WRITE BELOW THIS LINE

MASS JAZ LLC

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

2300791901  2522
Check here if receipt is requested.

3 2300791901 25220016366783

---

## 2024-25 SCHOOL TAX — FIRST HALF 2024-25

**FIRST HALF – SCHOOL TAXES**
**DUE OCTOBER 1**
**FIRST HALF TAX PAYABLE**
**WITHOUT PENALTY TO NOVEMBER 10**

SCHOOL TAXES – TOWN OF OYSTER BAY

| S D CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 23 | 53 | 172 | 15 |

PAY  $163,667.84

PAYOR
(other than owner) _____

DO NOT WRITE BELOW THIS LINE

MASS JAZ LLC

When paying by mail, detach and return this stub with payment of the first half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

2300791901  2521

3 2300791901 25210016366784

16-Jul-24

**Rite Aid - Store # 10648**

**RE: Massepequa Shopping Center**
**REAL ESTATE TAX INVOICE**

**TAX TYPE: TOWN TAX**
**PERIOD: 07/01/25-12/31/25**

| | | |
|---|---|---|
| TOTAL REAL ESTATE TAXES | | $ 106,941.39 |
| YOUR PRORATA SHARE | 23.42% | $ 25,045.67 |
| LESS: MONTHLY DEPOSITS BILLED | | $ - |
| TOTAL DUE | | $ 25,045.67 |

## STATEMENT OF TAXES
### GENERAL TAX LEVY
### TOWN OF OYSTER BAY - COUNTY OF NASSAU

2025   BILL #: 2300791901 251

FORMS PAYABLE TO THE RIGHT
SEE REVERSE SIDE

MAKE FUNDS PAYABLE TO

JEFFREY P. PRAVATO
RECEIVER OF TAXES
74 AUDREY AVE
OYSTER BAY NY 11771-1539

OFFICE HOURS
9:00 A.M. to 4:45 P.M.
Monday – Friday
(516) 624-6400
receiveroftaxes@oysterbay-ny.gov

EST STATE AID COUNTY          $309,328,003.00
EST STATE AID TOWN            $14,200,000.00
COUNTY SALES TAX CREDIT       $30,117,291.00

| PROPERTY DESCRIPTION | | | | EXEMPTION DESCRIPTION | TAX CODE | TAX RATE | TAXABLE VALUE |
|---|---|---|---|---|---|---|---|
| SD CODE | SECTION | BLOCK | LOT | NON-EXEMPT | 591 | 311.563 | $68,647 |
| 23 | 53 | 172 | 15 | | | | |

LOCATION > 5117-5165 MERRICK RD, MASSAPEQUA 11758
CLASS > 4S114    ROLL SECTION > 1    STATE SD CODE > 282423
SIZE > 3.7857 Acres
TAX SERVICE CODE      TAX PAYOR CODE

| FULL VALUE PER DEPT OF ASSESSMENT | UNIFORM PCT OF VALUE | LAND ASSESSMENT | TOTAL ASSESSMENT |
|---|---|---|---|
| $6,864,700 | 1.000 | $46,751 | $68,647 |

MASS JAZ LLC
C/O BRESLIN REALTY DEVELOPMENT CORP
500 OLD COUNTRY RD STE 200
GARDEN CITY, NY 11530

| LEVY DESCRIPTION | TOTAL TAXES LEVIED | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY GENERAL PURPOSES | 1204,493.86 | 12.765 | | $68,647.00 | 0.4450 | $305.48 |
| NASSAU COMMUNITY COLLEGE | $1,021,088.33 | 1.819 | | $68,647.00 | 2.2220 | $1,525.34 |
| COUNTY POLICE | $29,454,049.62 | -4.840 | | $68,647.00 | 65.9910 | $45,300.84 |
| COUNTY POLICE HEADQUARTERS | $1,307,319.24 | 316.267 | | $68,647.00 | 7.8450 | $1,953.09 |
| COUNTY ENVIRONMENTAL BOND FUND | $279,855.99 | -1.305 | | $68,647.00 | 0.6090 | $418.06 |
| FIRE PREVENTION | $27,572.38 | 3.038 | | $68,647.00 | 0.0600 | $41.19 |
| SEWER COLL & DISPOSAL ZONE OF ASSESSMENT | $9,294,035.24 | -3.803 | | $68,647.00 | 23.2620 | $15,961.29 |
| STORM WATER RESOURCES ZONE OF ASSESSMENT | $287,669.81 | 15.616 | | $68,647.00 | 0.6260 | $429.73 |
| NYS TAX REFUND FUND | $0.00 | 0.000 | | $68,647.00 | 0.0000 | $0.00 |
| DISPUTED ASSESSMENT FUND | $9,485,738.12 | 0.141 | | $68,647.00 | 29.6420 | $14,170.15 |
| GENERAL FUND TOWN | $7,129,763.74 | 0.195 | | $68,647.00 | 15.4760 | $10,623.01 |
| TOWN HIGHWAY | $8,750,547.07 | 1.350 | | $68,647.00 | 20.8780 | $14,327.17 |
| GARBAGE - DISTRICT 1 | $17,106,038.78 | -0.654 | | $68,647.00 | 54.2770 | $37,602.77 |
| SOLID WASTE DISPOSAL DIST | $4,391,270.90 | -10.533 | | $68,647.00 | 10.3600 | $7,111.83 |
| TOWN LIGHTING DIST | $1,192,038.74 | -10.981 | | $68,647.00 | 7.8570 | $1,957.81 |
| PUBLIC PARKING - UNINCORPORATED AREA | $3,476,155.86 | 3.909 | | $68,647.00 | 8.2020 | $15,830.43 |
| BLDG ZONING PLANNING | $368,472.97 | 87.180 | | $68,647.00 | 0.7360 | $505.24 |
| PARKS - MASSAPEQUA | $1,793,350.11 | 7.422 | | $68,647.00 | 33.0430 | $179,094.61 |
| UNINCORP DRAINAGE DIST 1 | $491,945.81 | -3.863 | | $68,647.00 | 1.1720 | $807.98 |
| FIRE MASSAPEQUA | $2,381,468.04 | 3.938 | | $68,647.00 | 15.7680 | $32,104.80 |

| FIRST HALF TAX >> | $106,941.39 | SECOND HALF TAX >> | $106,941.39 | TOTAL TAX >> | $213,882.78 |
|---|---|---|---|---|---|
| | | | | | Pay this amount if total tax is paid on or before 2/10/2025: $212,813.37 |
| TOTAL >> | $106,941.39 | TOTAL >> | $106,941.39 | | |

---

### 2025  GENERAL TAX — SECOND HALF  2025

**SECOND HALF – GENERAL TAXES**
**DUE JULY 1**
**SECOND HALF TAX PAYABLE WITHOUT PENALTY TO AUGUST 10**

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

2300791901 2512

☐ Check here if receipt is requested.

GENERAL TAXES – TOWN OF OYSTER BAY

| SD CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 23 | 53 | 172 | 15 |

PAY    $106,941.39

PAYOR
(other than owner)

DO NOT WRITE BELOW THIS LINE

MASS JAZ LLC

3 2300791901 25120010694139

---

### 2025  GENERAL TAX — FIRST HALF  2025

**FIRST HALF – GENERAL TAXES**
**DUE JANUARY 1**
**FIRST HALF TAX PAYABLE WITHOUT PENALTY TO FEBRUARY 10**

When paying by mail, detach and return this stub with payment of the first half tax. If paying TOTAL TAX, return both first and second half stubs with payment.

When paying in person, bring the entire bill. Do not detach stubs.

2300791901 2511

GENERAL TAXES – TOWN OF OYSTER BAY

| SD CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 23 | 53 | 172 | 15 |

PAY    $106,941.39

PAYOR
(other than owner)

DO NOT WRITE BELOW THIS LINE

MASS JAZ LLC

3 2300791901 25110010694139