# EXHIBIT C

Receivable Detail by Charge Code
Mass Jaz LLC (massapeq)
Date Range: All dates
mm/yy Range: May 2025
Sort By: Date

| Acct Code | Charge Notes | Charge/Post Date | May 2025 Balance Number | Due to 5/5/2025 |
|---|---|---|---:|---:|
| **Genovese Drug Store dba Rite Aid #10648** | | | | |
| rent | Minimum Rent (05/202 | 05/25 | 27,791.67 | 4,482.53 |
| cam | Common Area (05/202 | 05/25 | 3,436.19 | 554.22 |
| schtax | 2nd 1/2 24/25 school tax ( 125 days /181 days) | 05/25 | 38,331.01 | 26,471.69 |
| | | | 69,558.87 | 31,508.44 |