| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Joseph C. Barsalona II<br>Katherine R. Beilin<br>Court Plaza South<br>21 Main Street Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Facsimile: (201) 488-5556<br>Email: jbarsalona@pashmanstein.com<br>         kbeilin@pashmanstein.com<br><br>-and-<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein<br>Anthony R. Scarcella<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5218<br>Email: egoldstein@goodwin.com<br>         ascarcella@goodwin.com<br><br>*Counsel for Mass Jaz LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §§ 365(d)(3) OR 503(b)(1)(A) OF MASS JAZ LLC TO ALLOW, AND COMPEL PAYMENT OF, CLAIM FOR <u>ADDITIONAL RENT THAT CAME DUE UNDER LEASE POST-PETITION</u>**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

(Page | 2)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §§ 365(d)(3) OR 503(b)(1)(A) OF MASS JAZ LLC TO ALLOW, AND COMPEL PAYMENT OF, CLAIM FOR ADDITIONAL RENT THAT CAME DUE UNDER LEASE POST-PETITION |

The relief set forth on the following page, numbered two (2) through three (3), is **ORDERED.**

1. The *Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition* (the "Motion")[2] is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 365(d)(3), Mass Jaz is allowed $25,045.67 on account of the Debtor's proportionate share of certain real estate taxes (town taxes) that came due after the Petition Date and for which the Debtor was billed under the terms of the Lease after the Petition Date but before the Rejection Date. Within fourteen (14) days of the entry of this Order, the Debtors shall pay Mass Jaz $25,045.67.

3. Pursuant to 11 U.S.C. § 503(b)(1), Mass Jax is allowed an administrative expense claim in the prorated amount of $12,070.89, representing the Debtor's prorated proportionate share of certain real estate taxes (school taxes) that came due before the Petition Date but relate to a tax period ending after the Petition Date, on account of the Debtor's use of the Premises between the Petition Date and Rejection Date, which use benefited the estate. Within fourteen (14) days of the entry of this Order, the Debtors shall pay Mass Jaz $12,070.89.

4. Pursuant to 11 U.S.C. § 503(b)(1), Mass Jax is allowed an administrative expense claim in the prorated amount of $2,881.97, representing the Debtor's prorated proportionate share of certain common area charges account of the Debtor's use of the Premises between the Petition

---

[2] Unless otherwise defined herein, defined terms shall have the meaning ascribed to them in the Motion or the supporting Memorandum of Law.

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §§ 365(d)(3) OR 503(b)(1)(A) OF MASS JAZ LLC TO ALLOW, AND COMPEL PAYMENT OF, CLAIM FOR ADDITIONAL RENT THAT CAME DUE UNDER LEASE POST-PETITION |

Date and May 31, 2025, which use benefited the estate. Within fourteen (14) days of the entry of this Order, the Debtors shall pay Mass Jaz $2,881.97.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.