|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> Joseph C. Barsalona II <br> Katherine R. Beilin <br> Court Plaza South <br> 21 Main Street Suite 200 <br> Hackensack, NJ 07601 <br> Telephone: (201) 488-8200 <br> Facsimile: (201) 488-5556 <br> Email: jbarsalona@pashmanstein.com <br>             kbeilin@pashmanstein.com <br><br> -and- <br><br> **SHIPMAN & GOODWIN LLP** <br> Eric S. Goldstein <br> Anthony R. Scarcella <br> One Constitution Plaza <br> Hartford, CT 06103-1919 <br> Telephone: (860) 251-5000 <br> Facsimile: (860) 251-5218 <br> Email: egoldstein@goodwin.com <br>             ascarcella@goodwin.com <br><br> *Counsel for Mass Jaz LLC* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*, <br><br>                           Debtors.[1] | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II of Pashman Stein Walder Hayden, P.C, *Counsel for Mass Jaz LLC* in the above reference proceeding certifies as follows:

On November 5, 2025, I caused to be served the following to the parties listed on Exhibit "A" attached hereto and via electronic mail upon all parties registered to receive ecf notification in the above captioned chapter 11 bankruptcy cases:

- Motion Pursuant to 11 U.S.C. §§ 365(d)(3) or 503(b)(1)(A) of Mass Jaz LLC to Allow, and Compel Payment of, Claim for Additional Rent that Came Due Under Lease Post-Petition

Dated: November 5, 2025                    */s/ Joseph C. Barsalona II*
                                                                  Joseph C. Barsalona II

# Exhibit A

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br><br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>Email: arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Lauren Bielskie<br>Jeffrey M. Sponder<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>Email: lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SILLS CUMMIS & GROSS P.C<br>Andrew Sherman<br>Boris Mankovetskiy<br>Gregory A. Kopacz<br>The Legal Center<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Newark, NJ 07102<br><br>Email: asherman@sillscummis.com<br>　　　bmankovetskiy@sillscummis.com<br>　　　gkopacz@sillscummis.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Misha Emanoil<br>787 Seventh Avenue<br>New York, NY 10019-6099<br><br>Email: bmiller@willkie.com<br>　　　tgoren@willkie.com<br>　　　jburbage@willkie.com<br>　　　jgraber@willkie.com<br>　　　memanoil@willkie.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHOATE, HALL & STEWART LLP<br>Mark Silva<br>John Ventola<br>Kevin Simard<br>Jonathan Marshall<br>Rick Thide<br>Jean-Paul Jaillet<br>Mark G. Edgarton<br>Two International Place<br>Boston, MA 02110<br><br>Email: msilva@choate.com<br>　　　jventola@choate.com<br>　　　ksimard@choate.com<br>　　　jmarshall@choate.com<br>　　　rthide@choate.com<br>　　　jjaillet@choate.com | DIP Lender | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| gedgarton@choate.com<br><br>-and-<br><br>GREENBERG TRAURIG, LLP<br>Alan J. Brody<br>Julia Frost-Davies<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932-0677<br><br>Email: brodya@gtlaw.com<br>julia.frostdavies@gtlaw.com | | |