

**Robert L. LeHane, Esq.**
**Kelley Drye & Warren LLP**
**7 Giralda Farms, Suite 340,**
**Madison, New Jersey 07940**
**Tel: (202) 342-8633**
**Fax: (202) 342-8451**
**rlehane@kelleydrye.com**

**Arthur J. Abramowitz, Esq.**
**Sherman Silverstein Kohl, Rose & Podolsky, P.A.**
**308 Harper Dr Suite #200,**
**Moorestown, NJ 08057**
**Tel: 856.661.2081**
**Fax: x 856.773.5308**
**aabramowitz@shermansilverstein.com**

November 7, 2025

**<u>VIA CM/ECF FILING</u>**
The Honorable Michael B. Kaplan
U.S. Bankruptcy Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

   **Re:** *In re New Rite Aid, LLC, et al.*, **Case No. 25-14861 (MBK)**

Dear Judge Kaplan:

Earlier this week, on November 4, 2025, RAD Sub-Trust A and RAD Sub-Trust B (the "<u>Trusts</u>") filed a *Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B For Entry Of An Order (I) Authorizing And Directing The Debtors To Share Data Containing Protected Information Pursuant To The 2023 Plan; and (II) Granting Related Relief* [Dkt. 3166] ("<u>PHI Motion</u>").[1] The Trusts requested that the PHI Motion be heard on an expedited basis, a request which your Honor approved on November 5, 2025 [Dkt. 3168]. Pursuant to that order, the hearing on the PHI Motion is scheduled for November 24, 2025 at 10:00 a.m. (ET).

On October 27, 2025, the Court issued an *Order to Show Cause as to why Case should not be Dismissed or Converted to Chapter 7* [Dkt. 2997] ("<u>Order to Show Cause</u>"). The *Order to Show Cause* provides that "any response or opposition" must be filed no later than November 7, 2025. Given that the Trusts' *PHI Motion* will not be heard until November 24, 2025, the Trusts are submitting this letter as a response to the *Order to Show Cause* out of an abundance of caution.

---

[1] All terms capitalized but no defined herein shall have the meaning ascribed to it in the PHI Motion.

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

November 7, 2025
Page 2

The Trusts take no position as to whether the Debtors' bankruptcy should be dismissed or converted to chapter 7. However, regardless of the outcome, the Trusts assert that either the Debtors or an appointed chapter 7 Trustee should be required to fulfill the Debtors' obligations under the 2023 Confirmation Order, 2023 Plan, and the *Rite Aid Litigation Trust Cooperation Agreement*[2] so that the Trusts can continue to prosecute, settle, and/or monetize their respective Assigned Claims and Assigned Insurance Rights, as set forth in the Trusts' *PHI Motion*. The Trusts continue to reserve all rights in this regard.

The Trusts will be available to discuss their response and/or argue the *PHI Motion* at the November 24, 2025 hearing.

Respectfully Submitted,
SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
A Professional Corporation

ARTHUR J. ABRAMOWITZ


KELLEY DRYE & WARREN LLP
*/s/ Robert L. LeHane*
Robert L. LeHane


cc:     All counsel of record (via CM/ECF)

---

[2] Case No. 23-18993-MBK, Dkt. 4793, Exh. O..