# EXHIBIT A

**Tax Notices and Correspondence to Rite Aid**

# YODER & LANGFORD, P.C.
### LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*March 8, 2023*

## *VIA FIRST CLASS MAIL*:

Rite-Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

> Re:    Rite-Aid # 290
> 500 E. Lancaster Ave.
> Shillington, PA
> Real Estate/County/Twp/Boro Tax

Gentlemen:

Enclosed is the 2023 Real Estate/County/Twp/Boro Tax Bill # 5719, for the Rite-Aid Store in the amount of $16,049.59 due April 30, 2023.

Please remit directly to:          Betsy Z. Diebolt
                                   Tax Collector
                                   1775 Welsh Road
                                   Mohnton, PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:    2023 Real Estate/County/Twp/Boro Tax Bill # 5719

cc:    Real Estate Dept., 30 Hunter Lane, Camp Hill, PA 17011
       Real Estate Tax Dept., P. O. Box 3165, Harrisburg, PA 17105-3165

**TAX PAYER INSTRUCTIONS:**        TAX BILL ENCLOSED

1. *IF SERVICED BY A MORTGAGE COMPANY,* please check with a representative of that company, and follow their instructions.
2. Present this entire bill when paying in person. Contact Tax Collector for available times.
3. If a receipt is desired when paying by mail, send this entire bill along with a self-addressed stamped envelope.
4. Failure to receive this bill does not entitle the property owner to a discount or remission of any penalties on these taxes.
5. 2% Discount for payments made the 1st and 2nd month after bill date. Flat tax amount for payments during the 3rd and 4th months. 10% Penalty added after the 4th month. All amounts have been computed for your convenience.
6. If property has changed ownership, please provide the name of the new owner, and return this bill to the tax collector's office immediately.
7. *ONLY FULL PAYMENT ACCEPTED.*
8. $15 added per authority when filed with Tax Claim. A FEE OF $0.00 CHARGED FOR ALL RETURNED CHECKS.

---

FOLD, CREASE AND TEAR ALONG DOTTED LINES
REMOVE SIDE EDGES FIRST

---

**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
YODER ROBERT W
6344 E CACTUS WREN RD
PARADISE VALLEY,AZ 85253-4249

**2023 Real Estate Tax - County and District - (39) CUMRU TWP**

Bill Date: 03/01/2023     Duplicate ID: 3923R-CD     Bill #: 5719

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |

| Tax Type | Rate | 2% Discount | Flat Rate | 10% Penalty |
|---|---|---|---|---|
| County | 7.65700 M | 8,126.68 | 8,292.53 | 9,121.78 |
| City/Twp/Boro | 5.04500 M | 5,354.47 | 5,463.74 | 6,010.11 |
| Fire | 1.30000 M | 1,379.74 | 1,407.90 | 1,548.69 |
| District Debt Srvc | 0.85000 M | 902.14 | 920.55 | 1,012.61 |
| EMS | 0.27000 M | 286.56 | 292.41 | 321.65 |

**Sitting Dates and Times:**
Jan/Feb: Call for appt. Mar/Apr/Jul/Aug:
TUES & THURS 8-12PM, WED 11AM-4:30PM
May/Jun/Sep/Oct/Nov/Dec: TUES 8-12PM
WED 11-4:30 PM. Closed 05/16/23, 05/17/23
CLOSED 06/26/23 thru 07/04/23, 12/19/23-1/1/24

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 16,049.59 | 16,377.13 | 18,014.84 |

Last day to pay: 12/31/2023
Bills are considered unpaid until funds clear the bank.

392876

---

**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
YODER ROBERT W
6344 E CACTUS WREN RD
PARADISE VALLEY,AZ 85253-4249

**2023 Real Estate Tax - County and District - (39) CUMRU TWP**

Bill Date: 03/01/2023     Duplicate ID: 3923R-CD     Bill #: 5719

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |

| Tax Type | Rate | 2% Discount | Flat Rate | 10% Penalty |
|---|---|---|---|---|
| County | 7.65700 M | 8,126.68 | 8,292.53 | 9,121.78 |
| City/Twp/Boro | 5.04500 M | 5,354.47 | 5,463.74 | 6,010.11 |
| Fire | 1.30000 M | 1,379.74 | 1,407.90 | 1,548.69 |
| District Debt Srvc | 0.85000 M | 902.14 | 920.55 | 1,012.61 |
| EMS | 0.27000 M | 286.56 | 292.41 | 321.65 |

**Sitting Dates and Times:**
Jan/Feb: Call for appt. Mar/Apr/Jul/Aug:
TUES & THURS 8-12PM, WED 11AM-4:30PM
May/Jun/Sep/Oct/Nov/Dec: TUES 8-12PM
WED 11-4:30 PM. Closed 05/16/23, 05/17/23
CLOSED 06/26/23 thru 07/04/23, 12/19/23-1/1/24

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 16,049.59 | 16,377.13 | 18,014.84 |

**Tax Collector Copy**

392876

# YODER & LANGFORD, P.C.
### LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

·July 6, 2023

***VIA FIRST CLASS MAIL*:**

Rite-Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

      Re:    Rite-Aid # 290
                500 E. Lancaster Ave.
                Shillington, PA
                2023 School Real Estate Tax

Gentlemen:

Enclosed is the 2023 School Real Estate Tax Bill # 4457, for the Rite-Aid Store in the amount of $31,946.33 due August 31, 2023.

Please remit directly to:      Betsy Z. Diebolt
                              Tax Collector
                              1775 Welsh Road
                              Mohnton, PA 19540-8803

Thank you.

                Sincerely,

                YODER & LANGFORD, P.C.

                By:
                    Robert R. Yoder

Enclosure:    2023 School Real Estate Tax Bill # 4457

cc:    Real Estate Dept., 30 Hunter Lane, Camp Hill, PA 17011
       Real Estate Tax Dept., P. O. Box 3165, Harrisburg, PA 17105-3165

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB 3834 P 1033

**TAX PAYER:**
RWY TRUST
YODER ROBERT R TRUSTEE
8175 E EVANS RD #13
SCOTTSDALE AZ 85267-0000

GOVERNOR MIFFLIN SD – CUMRU TOWNSHIP

### 2023 SCHOOL REAL ESTATE TAX BILL     BILL # 4457

SITTING

JULY/AUGUST:
TUESDAY & THURSDAY 8:00 AM TO 12:00 PM
WEDNESDAY 11:00 AM TO 4:30 PM
ALL OTHER MONTHS:
TUESDAY 8:00 AM TO 12:00 PM
WEDNESDAY 11:00 AM TO 4:30 PM
CLOSED
7/1-7/4, 9/5, 10/3-10/11, 12/19-1/1/24

| Mills | 30.10000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $32,598.30 |

| Bill Date | 07/01/2023 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 31,946.33 | 32,598.30 | 35,858.13 |

Please review instructions before selecting Installment Plan

**or if selecting Installment Plan ==>** FIRST INSTALLMENT:
DUE DATE:     **10,866.10**
July 31, 2023

---

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB 3834 P 1033

**TAX PAYER:**
RWY TRUST
YODER ROBERT R TRUSTEE
8175 E EVANS RD #13
SCOTTSDALE AZ 85267-0000

GOVERNOR MIFFLIN SD – CUMRU TOWNSHIP

### 2023 SCHOOL REAL ESTATE TAX BILL     BILL # 4457

SITTING

JULY/AUGUST:
TUESDAY & THURSDAY 8:00 AM TO 12:00 PM
WEDNESDAY 11:00 AM TO 4:30 PM
ALL OTHER MONTHS:
TUESDAY 8:00 AM TO 12:00 PM
WEDNESDAY 11:00 AM TO 4:30 PM
CLOSED
7/1-7/4, 9/5, 10/3-10/11, 12/19-1/1/24

| Mills | 30.10000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $32,598.30 |

| Bill Date | 07/01/2023 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 31,946.33 | 32,598.30 | 35,858.13 |

Please review instructions before selecting Installment Plan

**or if selecting Installment Plan ==>** FIRST INSTALLMENT:
DUE DATE:     **10,866.10**
July 31, 2023



**COMMENT:** 24-HOUR DROP BOXES AVAILABLE OUTSIDE THE UPPER AND LOWER LEVELS OF THE CUMRU TOWNSHIP ADMINISTRATION BUILDING.

CASH PAYMENTS NOT ACCEPTED IN THE DROP BOXES

## *TAX PAYER INSTRUCTIONS*

1. **Bring both copies of the bill when paying in person.**
2. **If you pay by mail and a receipt is required, please include both copies of the bill and a self-addressed stamped envelope; otherwise only one copy of the bill is required with payment.**
3. Failure to receive a bill does not entitle the owner to discount or remission of penalty on taxes.
4. If paying the bill in full, you have the following alternatives:
   A. Pay the net amount by August 31, 2023, for a two percent (2.00%) discount.
   B. Pay in full at the flat amount from September 1, 2023 until October 31, 2023.
   C. Payment after October 31, 2023 is subject to penalties and interest as provided in the tax code.
5. If you no longer own this property, please provide name of new owner on bill and return to tax collector's office.
6. **If serviced by a Mortgage Company, forward bill to them immediately.**
7. Only full or installment payment is accepted. EXACT payment only.

## *INSTALLMENT INSTRUCTIONS*

1. The installment option allows for the payment of the **flat tax rate** in three (3) equal installments, with the payment amounts due on or before the dates as listed:

| First Installment | 10,866.10 | July 31, 2023 |
| Second Installment | 10,866.10 | September 30, 2023 |
| Third Installment | 10,866.10 | November 30, 2023 |

2. Payment of the first installment must be made on or before July 31, 2023 to indicate your intention to pay the taxes on the installment plan.
3. After receiving the first payment on or before July 31, 2023, the remaining installment coupons will be mailed to you.
4. Installment payments are made in the same manner as if paying the bill in full (either mailed or in person).
5. Failure to make any one of the installment payments by the due date stated above will result in a penalty of ten percent (10.00%) on each such late installment.
6. A tax payer who is delinquent by more than ten days on more than two installment payments **shall be ineligible for the installment payment option** in the following school fiscal year.
7. Payment of all installments prior to August 31, 2023 **DOES NOT** entitle you to the two percent (2.00%) discount.

# YODER & LANGFORD, P.C.
## LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*February 12, 2024*

**<u>VIA FIRST CLASS MAIL</u>:**

Rite Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

Rite Aid
Real Estate Tax Department
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid
Real Estate Department
30 Hunter Lane
Camp Hill, PA 17011

Rite Aid
200 Newberry Commons
Harrisburg, PA 17319

Re:    Township of Cumru Sewer Department

Rite Aid Store No.:    290
Address:    500 E. Lancaster Ave.
Shillington, PA 19607-1365
Sewer Account No.:    08010003002
Amount Due:    $1,287.32
Due Date:    March 11, 2024

Gentlemen:

Enclosed is the Township of Cumru Sewer Department Sewer Bill, for the Rite-Aid Store No. 290, in the amount of $1,287.32 due before March 11, 2024. This bill includes a past due balance of $587.32. Please remit payment immediately. If you have any questions or if you anticipate payment delays, please let me know so that I can assess what I have to do in order to keep the property current on taxes.

Please remit directly to:    Betsy Z. Diebolt
Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803

**YODER & LANGFORD, P.C.**

---

Rite Aid Corporation
February 12, 2024

Page 2

Thank you.

        Sincerely,

        YODER & LANGFORD, P.C.

        By:
          Robert R. Yoder

Enclosure:    Township of Cumru Sewer Department Bill

cc:      Frank O'Neill, A&G Real Estate Partners, frank@agrep.com
        Kimberly Kupka, Vintage Law, LLC, kk@vintagelaw.com

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD - MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

**FP** ✉ **US POSTAGE**
**$000.53º**
First-Class - IMI
ZIP 19540
02/08/2024
036B 0011814323

| LOCATION |
|---|
| 500 EAST LANCASTER AVENUE/RITE AID |

| ACCOUNT NO. | FROM | TO |
|---|---|---|
| 08010003002 | 10/01/2023 | 12/31/2023 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
|---|---|---|---|
| 637 | 581 | 56 | $700.00 |

| PAST DUE | THIS BILLING | TOTAL DUE |
|---|---|---|
| 587.32 | 700.00 | $1,287.32 |

Due Date: 03/11/2024

Pmt After Due Date: $1,319.50

Your Acct #:  08010003002

Total Amt Due:  $1,287.32

Total Amt Remiting: _____

Hulululuulululululululul

**RWY TRUST YODER ROBERT R TRUSTE**
**8175 E EVANS RD #13598**

**SCOTTSDALE, AZ 85267**






Make Checks Payable to:
Township of Cumru Sewer Dept.

INTEREST AT 2.5% PER QUARTER

FAILURE TO RECEIVE QUARTERLY
BILL DOES NOT RELIEVE OWNER
OF ANY CHARGES

UNPAID CHARGES CAN BE TURNED
OVER TO COLLECTION AGENCY.

THANK YOU.

OFFICE HOURS:

Township Building
Monday thru Friday
8 a.m. to 4:30 p.m.

CLOSED ALL LEGAL HOLIDAYS

IF RECEIPT REQUIRED, PLEASE
ENCLOSE A STAMPED, SELF ADDRESSED
ENVELOPE WITH ENTIRE BILL.

Keep This Portion For Your Records

RETURN THIS PORTION WITH YOUR PAYMENT
SEWER BILL TOWNSHIP OF CUMRU
SEWER DEPARTMENT

# YODER & LANGFORD, P.C.
### LAW OFFICE

**8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267**

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

*PHONE (602) 808-9578
FAX (602) 468-0688*

*March 14, 2024*

### *VIA FIRST CLASS MAIL:*

Rite Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

Rite Aid
Real Estate Department
30 Hunter Lane
Camp Hill, PA 17011

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

> *Re:*    *Rite Aid Store No.:*    *290*
>        *Address:*    *500 E. Lancaster Ave.*
>                     *Shillington, PA 19607*
>        *Parcel ID:*    *39439508995683*
>        *Tax:*    *2024 Real Estate Tax*
>                     *County and District – (39) CUMRU TWP*

Dear Rite Aid:

Enclosed is the 2024 Real Estate/County/Twp/Boro Tax Bill # 4464, for the above mentioned Rite-Aid Store in the amount of $16,885.94 due by April 30, 2024.

Please remit directly to:      Betsy Z. Diebolt
                                  Tax Collector
                                  1775 Welsh Road
                                  Mohnton, PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:      2024 Real Estate/County/Twp/Boro Tax Bill # 4464

Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803

206   157499

**FIRST CLASS MAIL TAX BILL ENCLOSED**
Temp - Return Service Requested

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
READING, PA
PERMIT NO. 392

***************AUTO**MIXED AADC 159157499 1 MB 0.571
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE, AZ 85267-4939

4464

Parcel #: 39439508995683                                                     567812

**TAX PAYER INSTRUCTIONS:**

**TAX BILL ENCLOSED**

1. *IF SERVICED BY A MORTGAGE COMPANY*, please check with a representative of that company, and follow their instructions.
2. Present this entire bill when paying in person. Contact Tax Collector for available times.
3. If a receipt is desired when paying by mail, send this entire bill along with a self-addressed stamped envelope.
4. Failure to receive this bill does not entitle the property owner to a discount or remission of any penalties on these taxes.
5. 2% Discount for payments made the 1st and 2nd month after bill date. Flat tax amount for payments during the 3rd and 4th months. 10% Penalty added after the 4th month. All amounts have been computed for your convenience.
6. If property has changed ownership, please provide the name of the new owner, and return this bill to the tax collector's office immediately.
7. *ONLY FULL PAYMENT ACCEPTED.*
8. $15 added per authority when filed with Tax Claim. A FEE OF $0.00 CHARGED FOR ALL RETURNED CHECKS.

FOLD, CREASE AND TEAR ALONG DOTTED LINES
REMOVE SIDE EDGES FIRST

---

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS
Tax Payer:
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE, AZ 85267-4939

Sitting Dates and Times:
Jan/Feb: Call for appt  Mar/Apr/Jul/Aug
TUES 11AM-4:30PM  WED 8-10  THURS 8-12
May/Jun/Sep/Oct/Nov/Dec:  TUES 11-4:30
Thurs 8-12  Closed 05/28/24, 06/20-07/01/24
Closed 12/18/24-01/01/25

**2024 Real Estate Tax - County and District - (39)  CUMRU TWP**

Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

| Assessment: | Land 661,300 | Building 421,700 | Total AV 1,083,000 | H/S 0 | F/S 0 | Taxable AV 1,083,000 |
|---|---|---|---|---|---|---|
| Tax Type | Rate | | 2% Discount | | Flat Rate | 10% Penalty |
| County | 8.34500 M | | 8,856.89 | | 9,037.64 | 9,941.40 |
| City/Twp/Boro | 5.04500 M | | 5,354.47 | | 5,463.74 | 6,010.11 |
| Fire | 1.40000 M | | 1,485.88 | | 1,516.20 | 1,667.82 |
| District Debt Srvc | 0.85000 M | | 902.14 | | 920.55 | 1,012.61 |
| EMS | 0.27000 M | | 286.56 | | 292.41 | 321.65 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 16,885.94 | 17,230.54 | 18,953.59 |

Last day to pay: 12/31/2024
Bills are considered unpaid until funds clear the bank.                       567812

---

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS
Tax Payer:
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE, AZ 85267-4939

Sitting Dates and Times:
Jan/Feb: Call for appt  Mar/Apr/Jul/Aug
TUES 11AM-4:30PM  WED 8-10  THURS 8-12
May/Jun/Sep/Oct/Nov/Dec:  TUES 11-4:30
Thurs 8-12  Closed 05/28/24, 06/20-07/01/24
Closed 12/18/24-01/01/25

**2024 Real Estate Tax - County and District - (39)  CUMRU TWP**

Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

| Assessment: | Land 661,300 | Building 421,700 | Total AV 1,083,000 | H/S 0 | F/S 0 | Taxable AV 1,083,000 |
|---|---|---|---|---|---|---|
| Tax Type | Rate | | 2% Discount | | Flat Rate | 10% Penalty |
| County | 8.34500 M | | 8,856.89 | | 9,037.64 | 9,941.40 |
| City/Twp/Boro | 5.04500 M | | 5,354.47 | | 5,463.74 | 6,010.11 |
| Fire | 1.40000 M | | 1,485.88 | | 1,516.20 | 1,667.82 |
| District Debt Srvc | 0.85000 M | | 902.14 | | 920.55 | 1,012.61 |
| EMS | 0.27000 M | | 286.56 | | 292.41 | 321.65 |

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 16,885.94 | 17,230.54 | 18,953.59 |

**Tax Collector Copy**                                                       567812

# YODER & LANGFORD, P.C.
## LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*April 5, 2024*

**_VIA CERTIFIED MAIL_**
**_and EMAIL_:** directpaytax@riteaid.com

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

|       |                       |                                            |
|-------|-----------------------|--------------------------------------------|
| *Re:* | *Rite Aid Store No.:* | *290*                                      |
|       | *Address:*            | *500 East Lancaster Avenue*                |
|       |                       | *Shillington, PA 19607*                    |

*Sewer Tax Acct. No.: 08010003002*
*Amount Due:          $1,319.50*

*Real Estate Tax:       2024 County and District – (39) CUMRU TWP*
*Real Estate Bill No.: 4464*
*Parcel ID:             39439508995683*
*Amount Due:           $16,884.94 (if paid by April 30, 2024)*

Dear Rite Aid:

As a follow up to taxes due for the above mentioned Rite Aid store (see the attached
February 12, 2024 letter regarding the sewer tax due and March 14, 2024 letter regarding the real
estate tax due), we are requesting payment of the taxes at this time. Enclosed for your
convenience is the Township of Cumru Sewer Department Sewer Bill, in the amount of
$1,319.50, as well as the 2024 Real Estate Tax Bill No. 4464, in the amount of $16,885.94 due
by April 30, 2024.

Please remit directly to:        Betsy Z. Diebolt
                                 Tax Collector
                                 1775 Welsh Road
                                 Mohnton, PA 19540-8803

**YODER & LANGFORD, P.C.**

---

Rite Aid
April 5, 2024
Page 2


      Please confirm receipt of this correspondence and remittance of payment.  Please let me know if you have any questions.  Thank you.


          Sincerely,

          YODER & LANGFORD, P.C.

          By:
            Robert R. Yoder


Enclosure:    February 12, 2024 Letter
               March 14, 2024 Letter
               Sewer Tax Bill
               2024 Real Estate/County/Twp/Boro Tax Bill # 4464

**YODER & LANGFORD, P.C.**
LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*February 12, 2024*

***VIA FIRST CLASS MAIL:***

Rite Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

Rite Aid
Real Estate Tax Department
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid
Real Estate Department
30 Hunter Lane
Camp Hill, PA 17011

Rite Aid
200 Newberry Commons
Harrisburg, PA 17319

Re:     Township of Cumru Sewer Department

Rite Aid Store No.:     290
Address:     500 E. Lancaster Ave.
Shillington, PA 19607-1365
Sewer Account No.:     08010003002
Amount Due:     $1,287.32
Due Date:     March 11, 2024

Gentlemen:

Enclosed is the Township of Cumru Sewer Department Sewer Bill, for the Rite-Aid Store No. 290, in the amount of $1,287.32 due before March 11, 2024. This bill includes a past due balance of $587.32. Please remit payment immediately. If you have any questions or if you anticipate payment delays, please let me know so that I can assess what I have to do in order to keep the property current on taxes.

Please remit directly to:     Betsy Z. Diebolt
Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803

**YODER & LANGFORD, P.C.**

Rite Aid Corporation
February 12, 2024

Page 2

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:    Township of Cumru Sewer Department Bill

cc:    Frank O'Neill, A&G Real Estate Partners, frank@agrep.com
       Kimberly Kupka, Vintage Law, LLC, kk@vintagelaw.com

# YODER & LANGFORD, P.C.
## LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*March 14, 2024*

**_VIA FIRST CLASS MAIL_:**

Rite Aid Corporation
Real Estate Department
P. O. Box 8431
Harrisburg, PA 17105

Rite Aid
Real Estate Department
30 Hunter Lane
Camp Hill, PA 17011

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

|       |                    |                                        |
|-------|--------------------|----------------------------------------|
| *Re:* | *Rite Aid Store No.:* | *290*                               |
|       | *Address:*         | *500 E. Lancaster Ave.*                |
|       |                    | *Shillington, PA 19607*                |
|       | *Parcel ID:*       | *39439508995683*                       |
|       | *Tax:*             | *2024 Real Estate Tax*                 |
|       |                    | *County and District – (39) CUMRU TWP* |

Dear Rite Aid:

Enclosed is the 2024 Real Estate/County/Twp/Boro Tax Bill # 4464, for the above mentioned Rite-Aid Store in the amount of $16,885.94 due by April 30, 2024.

Please remit directly to:     Betsy Z. Diebolt
                              Tax Collector
                              1775 Welsh Road
                              Mohnton, PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:     2024 Real Estate/Twp/Boro Tax Bill # 4464



FP ◇ US POSTAGE
$000.53⁰
First-Class - IMI
ZIP 19540

02/08/2024
036B 0011814323



TOWNSHIP OF CUMRU SEWER DEPARTMENT
1775 WELSH ROAD - MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

**LOCATION**
500 EAST LANCASTER AVENUE/RITE AID

| ACCOUNT NO. | FROM | TO |
|---|---|---|
| 08010003002 | 10/01/2023 | 12/31/2023 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
|---|---|---|---|
| 637 | 581 | 56 | $700.00 |

| PAST DUE | THIS BILLING | TOTAL DUE |
|---|---|---|
| 587.32 | 700.00 | $1,287.32 |

Due Date: 03/11/2024

Pmt After Due Date: $1,319.50

Your Acct #:       08010003002

Total Amt Due:        $1,287.32

Total Amt Remiting: _____



RWY TRUST YODER ROBERT R TRUSTE
8175 E EVANS RD #13598

SCOTTSDALE, AZ 85267

Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803

206  157499

**FIRST CLASS MAIL TAX BILL ENCLOSED**
Temp - Return Service Requested

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
READING, PA
PERMIT NO. 392

***************AUTO**MIXED AADC 159157499 1 MB 0.571
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

4464

Parcel #: 39439508995683    567812

TAX PAYER INSTRUCTIONS:

**TAX BILL ENCLOSED**

1. *IF SERVICED BY A MORTGAGE COMPANY*, please check with a representative of that company, and follow their instructions.
2. Present this entire bill when paying in person. Contact Tax Collector for available times.
3. If a receipt is desired when paying by mail, send this entire bill along with a self-addressed stamped envelope.
4. Failure to receive this bill does not entitle the property owner to a discount or remission of any penalties on these taxes.
5. 2% Discount for payments made the 1st and 2nd month after bill date. Flat tax amount for payments during the 3rd and 4th months. 10% Penalty added after the 4th month. All amounts have been computed for your convenience.
6. If property has changed ownership, please provide the name of the new owner, and return this bill to the tax collector's office immediately.
7. *ONLY FULL PAYMENT ACCEPTED.*
8. $15 added per authority when filed with Tax Claim. A FEE OF $0.00 CHARGED FOR ALL RETURNED CHECKS.

FOLD, CREASE AND TEAR ALONG DOTTED LINES
REMOVE SIDE EDGES FIRST

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**2024 Real Estate Tax - County and District - (39) CUMRU TWP**
Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS
Tax Payer:
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 8.34500 M | | 8,856.89 | 9,037.64 | | 9,941.40 |
| City/Twp/Boro | 5.04500 M | | 5,354.47 | 5,463.74 | | 6,010.11 |
| Fire | 1.40000 M | | 1,485.88 | 1,516.20 | | 1,667.82 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.27000 M | | 286.56 | 292.41 | | 321.65 |

Sitting Dates and Times:
Jan/Feb: Call for appt. Mar/Apr/Jul/Aug:
TUES 11AM-4.30PM, WED 8-10, THURS 8-12
May/Jun/Sep/Oct/Nov/Dec: TUES 11-4.30
Thurs 5-12 · Closed 05/28/24, 06/20-07/01/24
Closed 12/18/24-01/01/25

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 16,885.94 | 17,230.54 | 18,953.59 |

Last day to pay: 12/31/2024
Bills are considered unpaid until funds clear the bank.                567812

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**2024 Real Estate Tax - County and District - (39) CUMRU TWP**
Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS
Tax Payer:
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 8.34500 M | | 8,856.89 | 9,037.64 | | 9,941.40 |
| City/Twp/Boro | 5.04500 M | | 5,354.47 | 5,463.74 | | 6,010.11 |
| Fire | 1.40000 M | | 1,485.88 | 1,516.20 | | 1,667.82 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.27000 M | | 286.56 | 292.41 | | 321.65 |

Sitting Dates and Times:
Jan/Feb: Call for appt. Mar/Apr/Jul/Aug:
TUES 11AM-4.30PM, WED 8-10, THURS 8-12
May/Jun/Sep/Oct/Nov/Dec: TUES 11-4.30
Thurs 8-12 · Closed 05/28/24, 06/20-07/01/24
Closed 12/18/24-01/01/25

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 16,885.94 | 17,230.54 | 18,953.59 |

**Tax Collector Copy**                567812

# YODER & LANGFORD, P.C.
### LAW OFFICE

**8175 EAST EVANS ROAD, #13598**
**SCOTTSDALE, ARIZONA 85267**

---

**ROBERT R. YODER, ESQ.**
robert@yoderlangford.com

*PHONE (602) 808-9578*
*FAX (602) 468-0688*

---

*July 9, 2024*

***VIA EMAIL:*** directpaytax@riteaid.com
and ***CERTIFIED MAIL:***

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17105

> *Re:*   ***2024 School Real Estate Tax***
> *Rite Aid Store No.:*   *290*
> *Address:*   *500 East Lancaster Avenue*
> *Shillington, PA 19607*

Rite Aid:

Enclosed is the 2024 School Real Estate Tax Bill # 4465, for the Rite-Aid Store in the amount of $33,485.28 due by August 31, 2024.

Please remit directly to:      Betsy Z. Diebolt
Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:    2024 School Real Estate Tax Bill # 4465

GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP

**2024 SCHOOL REAL ESTATE TAX BILL**    **BILL # 4465**

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG

**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
 2.51 ACR
DB  P

**TAX PAYER:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD #13598
SCOTTSDALE AZ 85267-4939

SITTING:
JULY & AUGUST:
TUES 11AM - 4:30PM, WED 8AM - 10AM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM - 4:30PM
THURS 8AM - 12PM
CLOSED: 7/4, 9/24-9/26, 10/1-10/7, 10/24
11/14, 12/12, 12/18-1/1/25

| Mills | 31.55000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $34,168.65 |

| Bill Date | 07/01/2024 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL - AUG | SEP - OCT | NOV - DEC |
| **PAY THIS AMOUNT ==>** | | 33,485.28 | 34,168.65 | 37,585.52 |

Please review instructions before selecting Installment Plan

**or if selecting Installment Plan ==>** FIRST INSTALLMENT:    **11,389.55**
DUE DATE:    July 31, 2024



**COMMENT:** 24-HOUR DROP BOXES AVAILABLE OUTSIDE THE UPPER AND LOWER LEVELS
OF THE CUMRU TOWNSHIP ADMINISTRATION BUILDING

CASH PAYMENTS NOT ACCEPTED IN THE DROP BOXES

***TAX PAYER INSTRUCTIONS***
1. **Bring both copies of the bill when paying in person.**
2. **If you pay by mail and a receipt is required, please include both copies of the bill and a self-addressed stamped envelope; otherwise only one copy of the bill is required with payment.**
3. Failure to receive a bill does not entitle the owner to discount or remission of penalty on taxes.
4. If paying the bill in full, you have the following alternatives:
    A. Pay the net amount by August 31, 2024, for a two percent (2.00%) discount.
    B. Pay in full at the flat amount from September 1, 2024 until October 31, 2024.
    C. Payment after October 31, 2024 is subject to penalties and interest as provided in the tax code.
5. If you no longer own this property, please provide name of new owner on bill and return to tax collector's office.
6. **If serviced by a Mortgage Company, forward bill to them immediately.**
7. Only full or installment payment is accepted. EXACT payment only.

***INSTALLMENT INSTRUCTIONS***
1. The installment option allows for the payment of the **flat tax rate** in three (3) equal installments, with the payment amounts due on or before the dates as listed:

| First Installment | 11,389.55 | July 31, 2024 |
|---|---|---|
| Second Installment | 11,389.55 | September 30, 2024 |
| Third Installment | 11,389.55 | November 30, 2024 |

2. Payment of the first installment must be made on or before July 31, 2024 to indicate your intention to pay the taxes on the installment plan.
3. After receiving the first payment on or before July 31, 2024, the remaining installment coupons will be mailed to you.
4. Installment payments are made in the same manner as if paying the bill in full (either mailed or in person).
5. Failure to make any one of the installment payments by the due date stated above will result in a penalty of ten percent (10.00%) on each such late installment.
6. A tax payer who is delinquent by more than ten days on more than two installment payments **shall be ineligible for the installment payment option** in the following school fiscal year.
7. Payment of all installments prior to August 31, 2024 **DOES NOT** entitle you to the two percent (2.00%) discount.

F



DUE DATE: July 31, 2024

**11,389.55**    or if selecting Installment Plan <== FIRST INSTALLMENT:

Please review instructions before selecting installing Installment Plan

SCOTTSDALE AZ 85267-4939
8175 E EVANS RD #13598
**TAX PAYER:**
RWY TRUST YODER ROBERT R TRUSTEE

| PAY THIS AMOUNT ==> | 33,485.28 | 34,168.65 | 37,585.52 |
|---|---|---|---|
| DURING THIS PERIOD | JUL – AUG | SEP – OCT | NOV – DEC |
| Bill Date **07/01/2024** | 2% Discount | Flat | 10% Penalty |

DB P
2.51 ACR
500 E LANCASTER AV
CLASS: C-COMMERCIAL
PIN: 39-4395-08-99-5683-
**PROPERTY INFORMATION:**
TC-CUMRU@CUMRUTOWNSHIP.ORG
610-775-8834
MOHNTON, PA 19540-8803
1775 WELSH RD
BETSY Z. DIEBOLT, TAX COLLECTOR
**MAKE CHECK PAYABLE TO:**

CLOSED: 7/4, 9/24-9/26, 10/1-10/7, 10/2 4
11/14, 12/12, 12/18-1/1/25

**BILL # 4465**    **2024 SCHOOL REAL ESTATE TAX BILL**

| Mills | Assessment | Property Tax |
|---|---|---|
| 31.55000 | 1,083,000 | $34,168.65 |

SITTING
SEPT THRU DEC:
TUES 11AM - 4:30PM
THURS 8AM - 12PM

JULY & AUGUST:
TUES 11AM - 4:30PM, WED 8AM - 10AM
THURS 8AM - 12PM

GOVERNOR MIFFLIN SD – CUMRU TOWNSHIP

Bill #: 4465 Tray #: 15 Bundle #: 20 Sequence #: 12393

BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803        SEE REVERSE SIDE
610-775-8834              FOR OPENING INSTRUCTIONS
TC-CUMRU@CUMRUTOWNSHIP.ORG

PRESORTED
FIRST - CLASS MAIL
U.S. POSTAGE PAID
READING, PA
PERMIT NO. 221

TEMP-RETURN SERVICE REQUESTED

## FIRST CLASS MAIL  -  TAX BILL ENCLOSED

***********************AUTO**MIXED AADC 170

PIN: 39-4395-08-99-5683-
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE AZ 85267-4939

CUMRU TOWNSHIP

THEN SLIDE FINGER OR PENCIL UNDER THIS EDGE TO OPEN
REMOVE SIDE EDGES FIRST

# YODER & LANGFORD, P.C.
### LAW OFFICE

8175 EAST EVANS ROAD #13598
SCOTTSDALE, ARIZONA 85267

—————

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
Fax (602) 468-0688

*October 18, 2024*

**VIA EMAIL:** directpaytax@riteaid.com
legal.realestate@riteaid.com
landlord.lease.invoice@riteaid.com

**CERTIFIED MAIL:**
Rite Aid
Real Estate Tax Department
P. O. Box 3165
Harrisburg, PA 17105
Attention: Legal Department

Rite Aid
200 Newberry Commons
Harrisburg, PA 17319
Attention: Legal Department

*Re:* *Taxes*

*Rite Aid Store No.:* *290*
*Address:* *500 E. Lancaster Ave.*
*Shillington, PA 19607-1365*

*Sewer:* *Account No. 08010003002*
*Amount Due:* *$2,224.03*
*Due Date:* ***Overdue** – September 10, 2024*

*County & District:* *Bill No. 4464*
*Amount Due:* *$18,953,59*
*Due Date:* *December 31, 2024*

*School Real Estate:* *Bill No. 4465*
*Amount Due:* *$35,585.52*
*Due Date* ***Overdue** – July 31, 2024*

Dear Rite Aid:

I am writing to follow up on requests to have taxes paid on the above property, Rite Aid Store No. 290. This is a follow up to prior letters and/or emails dated: February 12, 2024, March 14, 2024, April 3, 2024, April 5, 2024, May 9, 2024, May 20, 2024, and July 9, 2024. Please let me know if you intend to pay the assessments or provide direct contact information for who I

**YODER & LANGFORD, P.C.**

_____

Rite Aid Corporation
October 18, 2024

Page 2

need to speak to in order to get these taxes paid.  Two of the tax bills are overdue at this point.
Thank you.

                              Sincerely,

                              YODER & LANGFORD, P.C.

                              By:
                                Robert R. Yoder

Enclosures:    2024 Township of Cumru Sewer Department Bill
               2024 Real Estate Tax – County and District – CUMR TWP
               2024 School Real Estate Tax Bill – Governor Mifflin SD – Cumru Township

cc:      Debora Diprizito, Director, Real Estate Administration, ddiprizito@riteaid.com
         Tiffany Bethas, Rite Aid, Accounting, Tiffany.bethas@riteaid.com
         Frank O'Neill, A&G Real Estate Partners, frank@agrep.com
         Kimberly Kupka, Vintage Law, LLC, kk@vintagelaw.com



HARRISBURG PA

FP ● US POSTAGE
$000.56⁹
First-Class - IM
ZIP 19540
09/13/2024
0368 0011814323

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD · MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

Your Acct #:            08010003002

Total Amt Due:          $2,169.79

Total Amt Remiting:     _____

Penalty is 2.5% per Quarter

| LOCATION |
| --- |
| 500 EAST LANCASTER AVENUE/RITE AID |

RWY TRUST YODER ROBERT R TRUSTE
8175 E EVANS RD #13598

SCOTTSDALE, AZ 85267

| ACCOUNT NO | FROM | TO |
| --- | --- | --- |
| 08010003002 | 04/01/2024 | 06/30/2024 |

| PRESENT | PREVIOUS | USAGE | CURR.CHG |
| --- | --- | --- | --- |
| 749 | 694 | 55 | $687.50 |

| PAST DUE | THIS BILLING | TOTAL DUE |
| --- | --- | --- |
| 1,482.29 | 687.50 | $2,169.79 |

Due Date:  09/10/2024

Pmt After Due Date:  $2,224.03

85267-493598

*************AUTO**MIXED AADC 159157499 1 MB 0.571

RWY TRUST YODER ROBERT R  TRUSTEE

8175 E EVANS RD UNIT 13598

SCOTTSDALE,AZ 85267-4939

4464

Parcel #: 39439508995683

567812

## TAX PAYER INSTRUCTIONS:

### TAX BILL ENCLOSED

1. *IF SERVICED BY A MORTGAGE COMPANY*, please check with a representative of that company, and follow their instructions.
2. Present this entire bill when paying in person. Contact Tax Collector for available times.
3. If a receipt is desired when paying by mail, send this entire bill along with a self-addressed stamped envelope.
4. Failure to receive this bill does not entitle the property owner to a discount or remission of any penalties on these taxes.
5. 2% Discount for payments made the 1st and 2nd month after bill date. Flat tax amount for payments during the 3rd and 4th months. 10% Penalty added after the 4th month. All amounts have been computed for your convenience.
6. If property has changed ownership, please provide the name of the new owner, and return this bill to the tax collector's office immediately.
7. *ONLY FULL PAYMENT ACCEPTED.*
8. $15 added per authority when filed with Tax Claim. A FEE OF $0.00 CHARGED FOR ALL RETURNED CHECKS.

FOLD, CREASE AND TEAR ALONG DOTTED LINES
REMOVE SIDE EDGES FIRST

---

Make Checks Payable To:
Betsy Z. Diebolt. Tax Collector
1775 Welsh Road
Mohnton, PA  19540-8803
610-775-8834

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS
Tax Payer:
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

**2024 Real Estate Tax - County and District - (39)  CUMRU TWP**

Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | | Rate | 2% Discount | Flat Rate | | 10% Penalty |
| County | | 8.34500 M | 8,856.89 | 9,037.64 | | 9,941.40 |
| City/Twp/Boro | | 5.04500 M | 5,354.47 | 5,463.74 | | 6,010.11 |
| Fire | | 1.40000 M | 1,485.88 | 1,516.20 | | 1,667.82 |
| District Debt Srvc | | 0.85000 M | 902.14 | 920.55 | | 1,012.61 |
| EMS | | 0.27000 M | 286.56 | 292.41 | | 321.65 |

Sitting Dates and Times:
Jan/Feb. Call for appt. Mar/Apr/Jul/Aug.
TUES 11AM-4:30PM, WED 8-10, THURS 8-12
May/Sep/Oct/Nov/Dec:  TUES 11-4:30
Thurs 8-12  Closed 05/28/24, 06/20-07/01/24
Closed 12/18/24-01/01/25

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 16,885.94 | 17,230.54 | 18,953.59 |

Last day to pay: 12/31/2024
Bills are considered unpaid until funds clear the bank.                          567812

---

Make Checks Payable To:
Betsy Z. Diebolt. Tax Collector
1775 Welsh Road
Mohnton, PA  19540-8803
610-775-8834

Parcel ID:
39439508995683
Property Situs:
500 E LANCASTER AV
Property Description:
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**2024 Real Estate Tax - County and District - (39)  CUMRU TWP**

Bill Date: 03/01/2024          Duplicate ID: 3924R-CD          Bill #: 4464

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | | Rate | 2% Discount | Flat Rate | | 10% Penalty |
| County | | 8.34500 M | 8,856.89 | 9,037.64 | | 9,941.40 |
| City/Twp/Boro | | 5.04500 M | 5,354.47 | 5,463.74 | | 6,010.11 |
| Fire | | 1.40000 M | 1,485.88 | 1,516.20 | | 1,667.82 |

CUMRU TOWNSHIP

REMOVE SIDE EDGES FIRST
THEN SLIDE FINGER OR PENCIL UNDER THIS EDGE TO OPEN

*AUTO**MIXED AADC 170

||l·||l··||l···||l·||··|l·|·|l·||·|||·|·||·l||l|

PIN: 39-4395-08-99-5683-
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE AZ 85267-4939

**FIRST CLASS MAIL - TAX BILL ENCLOSED**

TEMP-RETURN SERVICE REQUESTED

PRESORTED
FIRST - CLASS MAIL
U.S. POSTAGE PAID
READING, PA
PERMIT NO. 221

SEE REVERSE SIDE
FOR OPENING INSTRUCTIONS

BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG

Bill #: 4465 Tray #: 15 Bundle #: 20 Sequence #: 12393

### MAKE CHECK PAYABLE TO:
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB  P

**TAX PAYER:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD  #13598
SCOTTSDALE AZ 85267-4939

GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP

### 2024 SCHOOL REAL ESTATE TAX BILL        BILL # 4465

**SITTING**
JULY & AUGUST:
TUES 11AM - 4:30PM, WED 8AM - 10AM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM - 4:30PM
THURS 8AM - 12PM
CLOSED: 7/4, 9/24-9/26, 10/1-10/7, 10/24
11/14, 12/12, 12/16-1/1/25

| | |
|---|---|
| Mills | 31.55000 |
| Assessment | 1,083,000 |
| Property Tax | $34,168.65 |

| Bill Date | 07/01/2024 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL - AUG | SEP - OCT | NOV - DEC |
| **PAY THIS AMOUNT ==>** | | 33,485.28 | 34,168.65 | 37,585.52 |
| Please review instructions before selecting Installment Plan | | | | |
| or if selecting Installment Plan ==> | FIRST INSTALLMENT: | | | 11,389.55 |
| | DUE DATE: | | | July 31, 2024 |



**YODER & LANGFORD, P.C.**
LAW OFFICE

8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*May 8, 2025*

***VIA EMAIL:*** directpaytax@riteaid.com
and ***CERTIFIED MAIL:***

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

>       *Re:*     ***2025 Real Estate Tax – County and District – (39) CUMRU TWP***
>                *Rite Aid Store No.:*     *290*
>                *Address:*               *500 East Lancaster Avenue*
>                                         *Shillington, PA 19607*

Rite Aid:

Enclosed is the 2025 Real Estate Tax – County and District – (39) CUMRU TWP Bill # 4465, for the Rite-Aid Store in the amount of $19,329.39 due by June 30, 2025 (which will subsequently increase to $21,262.33 if paid between July 1 – December 31, 2025).

Please remit directly to:          Betsy Z. Diebolt
                                   Tax Collector
                                   1775 Welsh Road
                                   Mohnton, PA 19540-8803

Thank you.

>                Sincerely,
>
>                YODER & LANGFORD, P.C.
>
>
>                By:
>                    Robert R. Yoder

Enclosure:     2025 Real Estate Tax – County and District Bill # 4465

**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

**2025 Real Estate Tax - County and District - (39)  CUMRU TWP**

**Bill Date: 03/01/2025**  **Duplicate ID: 3925R-CD**  **Bill #: 4465**

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | | Rate | 2% Discount | Flat Rate | | 10% Penalty |
| County | | 9.01300 M | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | | 5.34500 M | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | | 2.30000 M | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | | 0.85000 M | 902.14 | 920.55 | | 1,012.61 |
| EMS | | 0.34000 M | 360.86 | 368.22 | | 405.04 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt  MAR/APR/JUL/AUG:
Tues 11AM-4:30PM; Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC:  Tues 11AM-4:30PM
Thurs 8AM-12PM; Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

Last day to pay: 12/31/2025
Bills are considered unpaid until funds clear the bank.

733286

**Make Checks Payable To:**
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R  TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE,AZ 85267-4939

**2025 Real Estate Tax - County and District - (39)  CUMRU TWP**

**Bill Date: 03/01/2025**  **Duplicate ID: 3925R-CD**  **Bill #: 4465**

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | | Rate | 2% Discount | Flat Rate | | 10% Penalty |
| County | | 9.01300 M | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | | 5.34500 M | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | | 2.30000 M | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | | 0.85000 M | 902.14 | 920.55 | | 1,012.61 |
| EMS | | 0.34000 M | 360.86 | 368.22 | | 405.04 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt  MAR/APR/JUL/AUG:
Tues 11AM-4:30PM; Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC:  Tues 11AM-4:30PM
Thurs 8AM-12PM; Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

| | During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|---|
| | Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

**Tax Collector Copy**

733286

**YODER & LANGFORD, P.C.**
LAW OFFICE

8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*May 19, 2025*

**VIA EMAIL:** directpaytax@riteaid.com
and **CERTIFIED MAIL:**

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

Re:     ***Township of Cumru Sewer Tax Department***

| | |
|---|---|
| *Rite Aid Store No.:* | *290* |
| *Address:* | *500 East Lancaster Avenue* |
| | *Shillington, PA 19607-1365* |
| *Account No.:* | *08010003002* |
| *Amount Due:* | *$957.61* |
| *Due Date:* | *June 10, 2025* |

Rite Aid:

Enclosed is the Township of Cumru Sewer Department Sewer Tax Bill, for the Rite Aid Store No. 290, in the amount of $957.61 due by June 10, 2025.

Please remit directly to:     Township of Cumru Sewer Department
1775 Welsh Road
Mohnton PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosure:     Township of Cumru Sewer Department Bill

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD - MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL





**US POSTAGE**
**$000.56º**
First-Class - IMI
ZIP 19540
05/08/2025
036B 0011814323

### Penalty is 2.5% per Quarter

| LOCATION |
|---|
| 500 EAST LANCASTER AVENUE/RITE AID |

| ACCOUNT NO. | FROM | TO |
|---|---|---|
| 08010003002 | 01/01/2025 | 03/31/2025 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
|---|---|---|---|
| 935 | 862 | 73 | $1,058.50 |

| PAST DUE | THIS BILLING | TOTAL DUE |
|---|---|---|
| -100.89 | 1,058.50 | $957.61 |

Due Date: 06/10/2025

Pmt After Due Date: $981.55

**Your Acct #:**           08010003002

**Total Amt Due:**          $957.61

**Total Amt Remiting:** _____

Ilulululuulululululuululululu

**RWY TRUST YODER ROBERT R TRUSTE**
**8175 E EVANS RD #13598**

**SCOTTSDALE, AZ 85267**



**Make Checks Payable to:**
**Township of Cumru Sewer Dept.**

**Township Building**
**Monday thru Friday**
**8 a.m. to 4:30 p.m.**

**FAILURE TO RECEIVE QUARTERLY**
**BILL DOES NOT RELIEVE OWNER**
**OF ANY CHARGES**

**Closed Daily 12:00 p.m. to 12:30 p.m.**

**UNPAID CHARGES CAN BE TURNED**
**OVER TO COLLECTION AGENCY.**

**CLOSED ALL LEGAL HOLIDAYS**

**Drop Boxes Are Available – NO CASH**

**THANK YOU.**

**IF RECEIPT REQUIRED, PLEASE**
**ENCLOSE A STAMPED, SELF ADDRESSED**
**ENVELOPE WITH ENTIRE BILL.**

**RETURN THIS PORTION WITH YOUR PAYMENT**

SEWER BILL TOWNSHIP OF CUMRU
SEWER DEPARTMENT

**Keep This Portion For Your Records**

# YODER & LANGFORD, P.C.
### LAW OFFICE

8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267

———

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*June 8, 2025*

***VIA CERTIFIED MAIL:***
**and *EMAIL:*** landlord.lease.invoice@riteaid.com
legal.realestate@riteaid.com

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

> *Re:*     ***Notice of Breach; Request for Records***
>
>        *Rite Aid Store No.:*    *290*
>        *Address:*          *500 East Lancaster Avenue*
>                      *Shillington, PA 19607-1365*
>
>        *Landlord:*       *RWY Trust*
>                      *Robert R. Yoder, Trustee*
>                      *8175 East Evans Road, #13598*
>                      *Scottsdale, Arizona 85267*

Dear Rite Aid:

     I am writing to provide notice of breach and to request additional clarification of matters specific to the above-lease.

     1.     Rent Delinquencies:   Base rent for April ($16,851.25 pre-petition) and May ($16,851.25, $14,133.31 of which is post-petition) have not been paid in breach of the above-Lease.   Please provide immediate payment of all amounts due, and/or confirmation of if or when Rite Aid intends to pay these amounts through the current bankruptcy proceedings.   Landlord hereby reserves all rights and remedies under the Lease.   Nothing herein shall be construed as a waiver of those rights or remedies.   We understand that payments are subject to applicable bankruptcy rules and limitations.

     2.     Insurance:   Please confirm that Rite Aid is current on all insurance for the above-property, and provide a current declaration or other proof of insurance consistent with requirements of the Lease.   If there has been or will be a lapse in insurance or non-payment of any portion of premiums, I need to know immediately.

     3.     Taxes and other Tenant-Paid Assessments / Charges / Tenant Obligations:   Please promptly pay all property and other taxes and assessments / charges / Tenant obligations due

**YODER & LANGFORD, P.C.**

_____

Rite Aid
June 8, 2025

Page 2

under the lease. If there has been or will be a lapse in any such payments or non-payment of any portion of amounts otherwise due, I need to know immediately.

- <u>Sewer Taxes / Assessments - Quarterly</u>: We have already received a delinquency notice and intent to file a lien from attorneys for the Township of Cumru (letter attached). Landlord paid that bill (<u>$1,190.98</u>) on May 30, 2025 to avoid a lien on the property. Proof of payment is attached. Rite Aid should reimburse the RWY Trust directly for those payments.

- <u>Property Taxes – Annual</u>: The current amount due for property taxes (if paid during the month of June is <u>$18,329.39</u>. This amount increases to <u>$21,262.33</u> if paid between July and December. I need confirmation that these taxes will be paid and when. The current Tax Statement is attached. We do not want a lien on the property.

- <u>Other Taxes or Assessments / Charges / Obligations</u>: Please confirm that Rite Aid is current on all other taxes, charges, assessments or obligations for which it is responsible under the lease, or whether there are any pre- or post- petition delinquencies that need to be addressed. Please provide contact and account information for all such obligations so that we can directly confirm and ensure that there will be no liens on the property or other claims against the Landlord.

4.    <u>Utilities</u>: Please confirm that Rite Aid is current on all utilities or whether there are any pre- or post- petition delinquencies that need to be addressed. Please provide contact and account information for all such obligations so that we can directly confirm and ensure that there will be no liens on the property or other claims against the Landlord, and so that the Landlord has a reference to continue utilities without lapse should Rite Aid reject and vacate.

5.    <u>Maintenance</u>: We have inspected the property post-petition and have several maintenance concerns. Please confirm how and when I can secure maintenance records on the property including (without limitation) all roof repairs, plumbing and electrical work. Please also confirm to whom I can submit claims or requests for maintenance and how such matters are being handled.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosures:    Notice of Default – Township of Cumru
Proof of Landlord payment
2025 Property Tax Bill

# YODER & LANGFORD, P.C.
### LAW OFFICE

**8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267**

**ROBERT R. YODER, ESQ.**
robert@yoderlangford.com

*PHONE (602) 808-9578*
*FAX (602) 468-0688*

---

*June 8, 2025*

**<u>VIA CERTIFIED MAIL</u>:**
**and <u>EMAIL</u>:** landlord.lease.invoice@riteaid.com
legal.realestate@riteaid.com

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

|  |  |
|---|---|
| *Re:* | ***Notice of Breach; Request for Records*** |
| | *Rite Aid Store No.:*    290 |
| | *Address:*    500 East Lancaster Avenue |
| | *Shillington, PA 19607-1365* |
| | *Landlord:*    RWY Trust |
| | *Robert R. Yoder, Trustee* |
| | *8175 East Evans Road, #13598* |
| | *Scottsdale, Arizona 85267* |

Dear Rite Aid:

I am writing to provide notice of breach and to request additional clarification of matters specific to the above-lease.

1. <u>Rent Delinquencies</u>:  Base rent for April ($16,851.25 pre-petition) and May ($16,851.25, $14,133.31 of which is post-petition) have not been paid in breach of the above-Lease.  Please provide immediate payment of all amounts due, and/or confirmation of if or when Rite Aid intends to pay these amounts through the current bankruptcy proceedings.  Landlord hereby reserves all rights and remedies under the Lease.  Nothing herein shall be construed as a waiver of those rights or remedies.  We understand that payments are subject to applicable bankruptcy rules and limitations.

2. <u>Insurance</u>:  Please confirm that Rite Aid is current on all insurance for the above-property, and provide a current declaration or other proof of insurance consistent with requirements of the Lease.  If there has been or will be a lapse in insurance or non-payment of any portion of premiums, I need to know immediately.

3. <u>Taxes and other Tenant-Paid Assessments / Charges / Tenant Obligations</u>:  Please promptly pay all property and other taxes and assessments / charges / Tenant obligations due

**YODER & LANGFORD, P.C.**

---

Rite Aid
June 8, 2025
Page 2

under the lease. If there has been or will be a lapse in any such payments or non-payment of any portion of amounts otherwise due, I need to know immediately.

- <u>Sewer Taxes / Assessments - Quarterly</u>: We have already received a delinquency notice and intent to file a lien from attorneys for the Township of Cumru (letter attached). Landlord paid that bill (<u>$1,190.98</u>) on May 30, 2025 to avoid a lien on the property. Proof of payment is attached. Rite Aid should reimburse the RWY Trust directly for those payments.

- <u>Property Taxes – Annual</u>: The current amount due for property taxes (if paid during the month of June is <u>$18,329.39</u>. This amount increases to <u>$21,262.33</u> if paid between July and December. I need confirmation that these taxes will be paid and when. The current Tax Statement is attached. We do not want a lien on the property.

- <u>Other Taxes or Assessments / Charges / Obligations</u>: Please confirm that Rite Aid is current on all other taxes, charges, assessments or obligations for which it is responsible under the lease, or whether there are any pre- or post- petition delinquencies that need to be addressed. Please provide contact and account information for all such obligations so that we can directly confirm and ensure that there will be no liens on the property or other claims against the Landlord.

4. <u>Utilities</u>: Please confirm that Rite Aid is current on all utilities or whether there are any pre- or post- petition delinquencies that need to be addressed. Please provide contact and account information for all such obligations so that we can directly confirm and ensure that there will be no liens on the property or other claims against the Landlord, and so that the Landlord has a reference to continue utilities without lapse should Rite Aid reject and vacate.

5. <u>Maintenance</u>: We have inspected the property post-petition and have several maintenance concerns. Please confirm how and when I can secure maintenance records on the property including (without limitation) all roof repairs, plumbing and electrical work. Please also confirm to whom I can submit claims or requests for maintenance and how such matters are being handled.

Sincerely,

YODER & LANGFORD, P.C.

By: Robert R. Yoder

Enclosures:   Notice of Default – Township of Cumru
Proof of Landlord payment
2025 Property Tax Bill



**Plank◆Frankowski**

ATTORNEYS AT LAW

Kelsey Frankowski, Esquire
KFrankowski@Pflegalgroup.com
Phone: (610) 898-9500
Fax: (610) 898-0276

4 Park Plaza, Suite 205
Wyomissing, Pennsylvania 19610
www.Pflegalgroup.com
inquiry@Pflegalgroup.com

May 21, 2025

**VIA CERTIFIED RETURN RECEIPT AND
FIRST CLASS MAIL**

RWY Trust
c/o Robert R. Yoder, Trustee
8175 E Evans Rd #13598
Scottsdale, AZ 85267

Re:   **Delinquency - Notice of the Imposition of Costs and Fees**
        PROPERTY ADDRESS: 500 E. Lancaster Av, Cumru Township

Dear Sir or Madam:

Please be advised that you presently owe the Township of Cumru $1,148.99 for refuse service, sewer service and other charges. These charges are now overdue.

The Township intends to file an amended lien against your property to secure the delinquent amounts and to impose or assess attorneys' fees in the amount of the lesser of 10% of the amount now overdue or $1,000, plus the actual filing and recording fees incurred to file and perfect the lien, within thirty (30) days after the mailing date of this Notice.

The lien imposing costs and attorneys' fees may be avoided by payment to your Account prior to the filing of said lien. Please send your payment with a copy of this letter to the Township of Cumru Sewer Department. Once your Account is current, the Township will contact me to have any pending lien disregarded or any current lien against your property removed.

If you have any questions about this matter, please contact the Township. In the event your questions cannot be answered by the Township, please contact an attorney.

Sincerely,

Plank ◆ Frankowski

Kelsey Frankowski

KF/jlm

5/30/25, 11:22 AM

Mail - Robert Yoder - Outlook

 **Outlook**

---

## Receipt from Sewer Fund

---

**From** Sewer Fund <messenger@messaging.squareup.com>

**Date** Fri 5/30/2025 11:17 AM

**To** Robert Yoder <robert@yoderlangford.com>

Square automatically sends receipts to the email address you used at any Square seller. Learn more

### Sewer Fund



Let Sewer Fund know how your
experience was

# $992.50

Custom Amount                           $992.50

ROBERT YODER/08010003002

**Total**                               **$992.50**



Sewer Fund

1775 Welsh Road

MOHNTON, PA 19540

(610) 777-1343

MasterCard 7646 (Keyed)



May 30 2025 at 2:16 PM

#Vmo1

Auth code: 09733Z

### Receipt Settings

Not your receipt?    Turn off automatic receipts

Manage preferences

© 2025 Square Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

5/30/25, 11:21 AM                                    Mail - Robert Yoder - Outlook

 **Outlook**

---

## Receipt from Sewer Fund

---

**From** Sewer Fund <messenger@messaging.squareup.com>
**Date** Fri 5/30/2025 11:15 AM
**To**   Robert Yoder <robert@yoderlangford.com>

Square automatically sends receipts to the email address you used at any Square seller. Learn more

### Sewer Fund



Let Sewer Fund know how your
experience was

# $198.48

| Custom Amount | $198.48 |
|---|---|
| ROBERT YODER/08010003001 | |
| **Total** | **$198.48** |



5/30/25, 11:21 AM                                            Mail - Robert Yoder - Outlook

Sewer Fund

1775 Welsh Road

MOHNTON, PA 19540

(610) 777-1343

MasterCard 7646                    May 30 2025 at 2:14 PM
(Keyed)                                              #bVa7
                    Auth code: 03210Z



**Receipt Settings**

Not your receipt?    Turn off automatic receipts

Manage preferences

© 2025 Square Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE, AZ 85267-4939

**2025 Real Estate Tax - County and District - (39) CUMRU TWP**

Bill Date: 03/01/2025          Duplicate ID: 3925R-CD          Bill #: 4465

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | 5.34500 M | | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | 2.30000 M | | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.34000 M | | 360.86 | 368.22 | | 405.04 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt MAR/APR/JUL/AUG:
Tues 11AM-4:30PM; Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC: Tues 11AM-4:30PM
Thurs 8AM-12PM; Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

Last day to pay: 12/31/2025
Bills are considered unpaid until funds clear the bank.          733286

---

Make Checks Payable To:
Betsy Z. Diebolt, Tax Collector
1775 Welsh Road
Mohnton, PA 19540-8803
610-775-8834

**Parcel ID:**
39439508995683

**Property Situs:**
500 E LANCASTER AV

**Property Description:**
COMMERCIAL BUILDING
DETACHED IMPROVEMENTS

**Tax Payer:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD UNIT 13598
SCOTTSDALE, AZ 85267-4939

**2025 Real Estate Tax - County and District - (39) CUMRU TWP**

Bill Date: 03/01/2025          Duplicate ID: 3925R-CD          Bill #: 4465

| Assessment: | Land | Building | Total AV | H/S | F/S | Taxable AV |
|---|---|---|---|---|---|---|
| | 661,300 | 421,700 | 1,083,000 | 0 | 0 | 1,083,000 |
| Tax Type | Rate | | 2% Discount | Flat Rate | | 10% Penalty |
| County | 9.01300 M | | 9,565.86 | 9,761.08 | | 10,737.19 |
| City/Twp/Boro | 5.34500 M | | 5,672.87 | 5,788.64 | | 6,367.50 |
| Fire | 2.30000 M | | 2,441.08 | 2,490.90 | | 2,739.99 |
| District Debt Srvc | 0.85000 M | | 902.14 | 920.55 | | 1,012.61 |
| EMS | 0.34000 M | | 360.86 | 368.22 | | 405.04 |

**Sitting Dates and Times:**
JAN/FEB: Call for appt MAR/APR/JUL/AUG:
Tues 11AM-4:30PM; Wed & Thurs 8AM-12PM
MAY/JUN/SEP/OCT/NOV/DEC: Tues 11AM-4:30PM
Thurs 8AM-12PM; Closed 4/3/25, 4/10/25
4/21/25, 6/5/25-6/11/25, 6/20/25-6/30/25

| During This Period | MAR-APR | MAY-JUN | JUL-DEC |
|---|---|---|---|
| Pay This Amount | 18,942.81 | 19,329.39 | 21,262.33 |

**Tax Collector Copy**          733286

# YODER & LANGFORD, P.C.
## LAW OFFICE

**8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267**

---

**ROBERT R. YODER, ESQ.**
robert@yoderlangford.com

*PHONE (602) 808-9578
FAX (602) 468-0688*

---

*July 8, 2025*

**VIA EMAIL:** landlord.lease.invoice@riteaid.com
directpaytax@riteaid.com
**and CERTIFIED MAIL:**

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

      *Re:*    **2025 School Real Estate Tax Bill**

| | |
|---|---|
| *Rite Aid Store No.:* | *290* |
| *Address:* | *500 East Lancaster Avenue* |
| | *Shillington, PA 19607-1365* |
| *Bill Date.:* | *07/01/2025* |
| *Tax Bill No.:* | *4465* |
| *Amount Due:* | *$35,151.58* |

Rite Aid:

      Enclosed is the 2025 School Real Estate Tax Bill, for Rite Aid Store No. 290, dated July 1, 2025, in the amount of $35,151.58, if paid prior to August 31, 2025 (subsequently increases to $35,868.96 if paid between September 1 – October 31, 2025, and $39,455.86 if paid between November 1 – December 31, 2025).

      Please remit to:      Betsy Z. Diebolt, Tax Collector
                            1775 Welsh Road
                            Mohnton, PA 19540-8803

      Please also confirm payment.  Thank you.

      Sincerely,

      YODER & LANGFORD, P.C.

      By:
      Robert R. Yoder

Enclosure:    2025 Real Estate Tax Bill #4465

**INSTALLMENT INSTRUCTIONS**

1. The installment option allows for the payment of the **flat tax rate** in three (3) equal installments, with the payment amounts due on or before the dates as listed:

| First Installment | 11,956.32 | July 31, 2025 |
|---|---|---|
| Second Installment | 11,956.32 | September 30, 2025 |
| Third Installment | 11,956.32 | November 30, 2025 |

2. Payment of the first installment must be made on or before July 31, 2025 to indicate your intention to pay the taxes on the installment plan.
3. After receiving the first payment on or before July 31, 2025, the remaining installment coupons will be mailed to you.
4. Installment payments are made in the same manner as if paying the bill in full (either mailed or in person).
5. Failure to make any one of the installment payments by the due date stated above will result in a penalty of ten percent (10.00%) on each such late installment.
6. A tax payer who is delinquent by more than ten days on more than two installment payments **shall be ineligible for the installment payment option** in the following school fiscal year.
7. Payment of all installments prior to August 31, 2025 **DOES NOT** entitle you to the two percent (2.00%) discount.

---

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB  P
**TAX PAYER:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD #13598
SCOTTSDALE AZ 85267



GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP
**2025 SCHOOL REAL ESTATE TAX BILL**     **BILL # 4465**

JULY & AUGUST:
TUES 11AM – 4:30PM, WED 8AM – 12PM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM – 4:30PM
THURS 8AM - 12PM
CLOSED: 7/10, 7/24, 9/4, 10/7-10/16,
10/23, 11/20, 12/18-1/1/26

SITTING

| Mills | 33.12000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $35,868.96 |

| Bill Date | 07/01/2025 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 35,151.58 | 35,868.96 | 39,455.86 |

Please review instructions before selecting Installment Plan

or if selecting Installment Plan ==> FIRST INSTALLMENT: **11,956.32**
DUE DATE: July 31, 2025

---

**MAKE CHECK PAYABLE TO:**
BETSY Z. DIEBOLT, TAX COLLECTOR
1775 WELSH RD
MOHNTON, PA 19540-8803
610-775-8834
TC-CUMRU@CUMRUTOWNSHIP.ORG
**PROPERTY INFORMATION:**
PIN: 39-4395-08-99-5683-
CLASS: C-COMMERCIAL
500 E LANCASTER AV
2.51 ACR
DB  P
**TAX PAYER:**
RWY TRUST YODER ROBERT R TRUSTEE
8175 E EVANS RD #13598
SCOTTSDALE AZ 85267



GOVERNOR MIFFLIN SD - CUMRU TOWNSHIP
**2025 SCHOOL REAL ESTATE TAX BILL**     **BILL # 4465**

JULY & AUGUST:
TUES 11AM – 4:30PM, WED 8AM – 12PM
THURS 8AM - 12PM
SEPT THRU DEC:
TUES 11AM – 4:30PM
THURS 8AM - 12PM
CLOSED: 7/10, 7/24, 9/4, 10/7-10/16,
10/23, 11/20, 12/18-1/1/26

SITTING

| Mills | 33.12000 |
|---|---|
| Assessment | 1,083,000 |
| Property Tax | $35,868.96 |

| Bill Date | 07/01/2025 | 2% Discount | Flat | 10% Penalty |
|---|---|---|---|---|
| DURING THIS PERIOD | | JUL – AUG | SEP – OCT | NOV – DEC |
| PAY THIS AMOUNT ==> | | 35,151.58 | 35,868.96 | 39,455.86 |

Please review instructions before selecting Installment Plan

or if selecting Installment Plan ==> FIRST INSTALLMENT: **11,956.32**
DUE DATE: July 31, 2025

---

**COMMENT:** 24-HOUR DROP BOXES AVAILABLE OUTSIDE THE UPPER AND LOWER LEVELS OF THE CUMRU TOWNSHIP ADMINISTRATION BUILDING

CASH PAYMENTS NOT ACCEPTED IN THE DROP BOXES

**TAX PAYER INSTRUCTIONS**

1. Bring both copies of the bill when paying in person.
2. If you pay by mail and a receipt is required, please include both copies of the bill and a self-addressed stamped envelope; otherwise only one copy of the bill is required with payment.
3. Failure to receive a bill does not entitle the owner to discount or remission of penalty on taxes.
4. If paying the bill in full, you have the following alternatives:
   A. Pay the net amount by August 31, 2025, for a two percent (2.00%) discount.
   B. Pay in full at the flat amount from September 1, 2025 until October 31, 2025.
   C. Payment after October 31, 2025 is subject to penalties and interest as provided in the tax code.
5. If you no longer own this property, please provide name of new owner on bill and return to tax collector's office.
6. **If serviced by a Mortgage Company, forward bill to them immediately.**
7. Only full or installment payment is accepted. EXACT payment only.

# YODER & LANGFORD, P.C.
### LAW OFFICE

8175 EAST EVANS ROAD, #13598
SCOTTSDALE, ARIZONA 85267

ROBERT R. YODER, ESQ.
robert@yoderlangford.com

PHONE (602) 808-9578
FAX (602) 468-0688

*August 19, 2025*

**VIA EMAIL:**  landlord.lease.invoice@riteaid.com
directpaytax@riteaid.com
**and CERTIFIED MAIL:**

Rite Aid of Pennsylvania, LLC
P. O. Box 3165
Harrisburg, PA 17105

Rite Aid of Pennsylvania, LLC
200 Newberry Commons
Etters, PA 17319

Re:  **Township of Cumru Sewer Tax Department**

| | |
|---|---|
| *Rite Aid Store No.:* | *290* |
| *Address:* | *500 East Lancaster Avenue* |
| | *Shillington, PA 19607-1365* |
| *Account No.:* | *08010003002* |
| *Period :* | *April 1, 2025 – June 30, 2025* |
| *Amount Due:* | *$826.50* |
| *Date Due:* | *September 12, 2025* |

Rite Aid:

Enclosed is the Township of Cumru Sewer Department Sewer Bill, for Rite Aid Store No. 290, in the amount of $826.50 for account number 08010003002, which are due by September 12, 2025.

Please remit to:  Township of Cumru Sewer Department
1775 Welsh Road
Mohnton, PA 19540-8803

Thank you.

Sincerely,

YODER & LANGFORD, P.C.

By:
Robert R. Yoder

Enclosures:  Township of Cumru Sewer Department Bill

**TOWNSHIP OF CUMRU SEWER DEPARTMENT**
1775 WELSH ROAD - MOHNTON, PA 19540
PHONE: 610-777-1343
SEWER BILL

**US POSTAGE**
**$000.61**
First-Class - M
ZIP 19540
08/14/2025
0368 0011814323

**Penalty is 2.5% per Quarter**

| LOCATION |
|---|
| 500 EAST LANCASTER AVENUE/RITE AID |

| ACCOUNT NO. | FROM | TO |
|---|---|---|
| 08010003002 | 04/01/2025 | 06/30/2025 |

| PRESENT | PREVIOUS | USAGE | CURR CHG |
|---|---|---|---|
| 992 | 935 | 57 | $826.50 |

| PAST DUE | THIS BILLING | TOTAL DUE |
|---|---|---|
| 0.00 | 826.50 | $826.50 |

Due Date: 09/12/2025

Pmt After Due Date: $847.16

Your Acct #:                08010003002

Total Amt Due:                $826.50

Total Amt Remiting: _____

 

**RWY TRUST YODER ROBERT R TRUSTE**
**8175 E EVANS RD #13598**

**SCOTTSDALE, AZ 85267**

**MAKE CHECKS PAYABLE TO:**
Township Of Cumru Sewer Department

**FAILURE TO RECEIVE BILL DOES NOT RELIEVE OWNER OF ANY CHARGES**

**UNPAID CHARGES CAN BE TURNED OVER TO COLLECTION AGENCY.**

**THANK YOU!**

**RETURN THIS PROTION WITH YOUR PAYMENT SEWER BILL TOWNSHIP OF CUMRU SEWER DEPARTMENT**

**TOWNSHIP OF CUMRU**
1775 WELSH RD, MOHNTON, PA 19540

**OFFICE HOURS:**
Monday-Friday 8:00 a.m. to 4:30 p.m.
Closed daily 12:00 p.m. to 12:30 p.m.
**CLOSED ALL LEGAL HOLIDAYS**

**DROP BOXES AVAILABLE- NO CASH!**

**IF RECEIPT REQUIRED, PLEASE ENCLOSE A STAMPED/SELF ADDRESSED ENVELOPE WITH BILL.**

Keep this portion for your records.