# EXHIBIT B

## Pictures of Property























































