# **EXHIBIT C**

# **Excerpts from Lease**

ARTICLE 13 – REPAIR AND MAINTENANCE Tenant shall maintain the Premises at its expense in good condition and repair including, without limitation, the Building, sidewalks, curbs and Parking Lot, making all necessary repairs thereto, interior and exterior, structural and nonstructural, ordinary and extraordinary, and unforeseen and foreseen. In any event, Tenant shall make all repairs necessary to avoid any structural damage or injury to the Premises or otherwise. Tenant shall also maintain all portions of the leased Premises in a clean and orderly condition, free of dirt, rubbish, snow, ice and unlawful obstructions and shall maintain the paving of the Parking Lot and keep the said area striped. Tenant assumes the full and sole responsibility for the condition, operation, repair, replacement, maintenance, and management of the leased Premises. When used in this Article, the term "repairs" shall include all necessary replacements, renewals, alterations, additions and betterments. All repairs made by Tenant shall be performed in a workmanlike manner.

ARTICLE 16 – Triple Net Lease Tenant agrees that this Lease is intended to constitute a net-net-net (or triple net) lease. Accordingly, Tenant shall be solely responsible for and promptly pay all charges for heat, water, gas, electricity, or any other utility used or consumed in the Premises, and all other expenses, charges, taxes, assessments, or costs in connection with the Premises and not otherwise excepted hereunder.

ARTICLE 28 – Payment of Taxes Tenant shall pay the real estate taxes assessed and payable with respect to the Premises as of and upon the Rent Commencement Date. Landlord shall forward to Tenant originals of all such bills to permit Tenant to pay such taxes before the imposition of late fees. Tenant may also appeal any tax assessment increase in the name of Landlord, who shall cooperate with Tenant. If by Landlord's efforts Landlord receives any abatement, refund or rebate of said real estate taxes, Landlord shall refund to Tenant, any such real estate taxes less Landlord's cost of obtaining said abatement, refund or rebate. Tenant shall pay all license, privilege, ad valorem or other taxes levied, assessed or charged against it or Landlord on account of the operation of its business or on account of property belonging to the Tenant. Notwithstanding anything herein to the contrary, Tenant shall not be required to pay Landlord's income taxes as a result of this Lease. All taxes or payments in lieu of taxes assessed during a lease term but payable in whole or in part after expiration of the Lease without renewal or holdover, shall be adjusted and prorated, so that Landlord shall pay its prorated share for the period subsequent to the Lease term and Tenant shall pay its prorated share for the Lease term.

ARTICLE 36 – Surrender of Premises Except as otherwise provided in Article 22 hereof, on the last day of the term demised or on the sooner termination thereof, Tenant shall peaceably surrender the Premises in good order, condition and repair, broom-clean, reasonable wear and tear alone excepted, and shall surrender all keys for the Building to Landlord at the place then fixed for the payment of rent.

ARTICLE 39 – Characterization of Amounts Due All sums other than rent payable hereunder by Tenant are hereby deemed and declared to be additional rent under the terms of this Lease and the Landlord shall have any and all rights afforded it hereunder or at law or equity to collect the same. Such sums shall include, but not be limited to, initial term rent, renewal option term rent, late pay charges, excess real estate taxes, attorney's fees, court costs, costs of repairs and maintenance, and utility bills.