UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
Email: schnabel.eric@dorsey.com
　　　　glorioso.alessandra@dorsey.com

*- and -*

Eric S. Goldstein (*pro hac vice* forthcoming)
Anthony R. Scarcella
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5059
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
　　　　ascarcella@goodwin.com

*Attorneys for eRx Network, LLC*

In re:

NEW RITE AID, LLC, *et al.,*[1]

　　　　　　　　　Debtors.

Chapter:   11

Case No. 25-14861 (MBK)

(Jointly Administered)

## DECLARATION OF ERIC S. GOLDSTEIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

4923-3207-1544\1

Eric S. Goldstein, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Partner at the law firm of Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT New York, NY 06103. My direct telephone number is (860) 251-5059 and my email address is egoldstein@goodwin.com.

2. I make this declaration in support of my application pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Bankruptcy Rules</u>"), for admission to the Bankruptcy Court pro hac vice. I request to be admitted *pro hac vice* to serve as counsel to eRx Network, LLC ("<u>eRX</u>") in connection with the above-captioned case.

3. I am of lawful age and am a member of good standing in the following jurisdictions:

| <u>Jurisdiction</u> | <u>Year of Admission</u> |
|---|---|
| State of Connecticut | 2006 |
| United States District Court for the Eastern District of New York | 2014 |
| U.S. Court of Appeals for the Second Circuit | 2012 |
| United States District Court for the Northern District of New York | 2012 |
| United States District Court for the Southern District of New York | 2010 |
| United States District Court for the District of Connecticut | 2006 |

4. No disciplinary proceeding is currently pending against me, nor has any discipline ever been imposed against me in any jurisdiction.

5. I am familiar with the facts and circumstances relevant to eRx's interests in the above-captioned proceedings. If the application for my admission *pro hac vice* is granted, I agree to abide by the Court's local rules and submit myself to the disciplinary jurisdiction of the Court.

6. Upon being admitted to appear and participate in this case pro hac vice, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District of New Jersey ("D.N.J. L.R.").

7. For the foregoing reasons, I respectfully request the application for pro hac vice be granted and the proposed form order submitted herewith be entered.

I, Eric S. Goldstein, declare under penalty of perjury that the foregoing is true and correct.

SHIPMAN & GOODWIN LLP

November 7, 2025

*/s/ Eric S. Goldstein*
Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5059
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com

4923-3207-1544\1