UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone:  (302) 425-7171
Email:   schnabel.eric@dorsey.com
             glorioso.alessandra@dorsey.com

*- and -*

Eric S. Goldstein (*pro hac vice* forthcoming)
Anthony R. Scarcella
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5059
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
           ascarcella@goodwin.com

*Attorneys for eRx Network, LLC*

In re:

NEW RITE AID, LLC, *et al.,*[1]

               Debtors.

Chapter:   11

Case No. 25-14861 (MBK)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Eric Lopez Schnabel of Dorsey & Whitney LLP, counsel for eRx Network, LLC (collectively, with its direct and indirect affiliates, "eRx") in the above reference proceeding certifies as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On November 6, 2025, I caused to be served the following to the parties listed on Exhibit "A" attached hereto and via electronic mail upon all parties registered to receive ECF notification in the above captioned chapter 11 bankruptcy cases:

> (i) Application for Order Approving Admission Pro Hac Vice of Eric S. Goldstein, Esq.; (ii) Certification in Support; and (iii) proposed Order.

Dated: November 7, 2025                    */s/ Eric Lopez Schnabel*
                                                                             Eric Lopez Schnabel

**Exhibit A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br><br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>Email: arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Lauren Bielskie<br>Jeffrey M. Sponder<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>Email: lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SILLS CUMMIS & GROSS P.C<br>Andrew Sherman<br>Boris Mankovetskiy<br>Gregory A. Kopacz<br>The Legal Center<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Newark, NJ 07102<br><br>Email: asherman@sillscummis.com<br>       bmankovetskiy@sillscummis.com<br>       gkopacz@sillscummis.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Misha Emanoil<br>787 Seventh Avenue<br>New York, NY 10019-6099<br><br>Email: bmiller@willkie.com<br>       tgoren@willkie.com<br>       jburbage@willkie.com<br>       jgraber@willkie.com<br>       memanoil@willkie.com | Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHOATE, HALL & STEWART LLP<br>Mark Silva<br>John Ventola<br>Kevin Simard<br>Jonathan Marshall<br>Rick Thide<br>Jean-Paul Jaillet<br>Mark G. Edgarton<br>Two International Place<br>Boston, MA 02110<br><br>Email: msilva@choate.com<br>       jventola@choate.com<br>       ksimard@choate.com<br>       jmarshall@choate.com<br>       rthide@choate.com<br>       jjaillet@choate.com | DIP Lender | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>[x] Other: Email<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| gedgarton@choate.com<br><br>-and-<br><br>GREENBERG TRAURIG, LLP<br>Alan J. Brody<br>Julia Frost-Davies<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932-0677<br><br>Email: brodya@gtlaw.com<br>        julia.frostdavies@gtlaw.com | | |

4932-1921-8296\1