|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on November 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# FORTY-SECOND ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

DATED: November 10, 2025

                                                                                       Honorable Michael B. Kaplan
                                                                                       United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Forty- Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Forty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "**PII**"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

| | |
|---|---|
| (Page \| 5) | |
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Forty-Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts[1, 2]**

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | MESSAGE SYSTEMS INC. | RITE AID HDQTRS. CORP. | MESSAGE SYSTEMS LICENSE AGREEMENT DATED 02/23/2010 | 10/6/2025 |
| 2. | MESSAGEWARE, INC | RITE AID HDQTRS. CORP. | MESSAGEWARE-RITEAID-AMMENDMENT-1 CONTRACT RENEWAL | 10/6/2025 |
| 3. | MITEL | THE BARTELL DRUG COMPANY | VENDOR AGREEMENT DATED 9/30/2019 | 10/6/2025 |
| 4. | NATIONSBENEFITS LLC | RITE AID HDQTRS. CORP. | LICENSE, SERVICES, AND INTEGRATION AGREEMENT NEW CONTRACT | 10/6/2025 |
| 5. | ON-LINE STRATEGIES SERVICES, LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | 10/6/2025 |
| 6. | ON-LINE STRATEGIES SERVICES, LLC | RITE AID HDQTRS. CORP. | ON-LINE STRATEGIES SERVICES, LLC CONTRACT RENEWAL | 10/6/2025 |
| 7. | ON-LINE STRATEGIES SERVICES, LLC | RITE AID HDQTRS. CORP. | PROPOSAL TO RITE AID: NATIONS BENEFITS UPGRADE (SOW10) STATEMENT OF WORK (SOW) | 10/6/2025 |
| 8. | ON-LINE STRATEGIES SERVICES, LLC | RITE AID HDQTRS. CORP. | RAH1151; PROPOSAL TO RITE AID: EAGLE EYE SOLUTIONS GROUP INTEGRATION STATEMENT OF WORK (SOW) | 10/6/2025 |
| 9. | ON-LINE STRATEGIES, INC | RITE AID CORPORATION | BUSINESS ASSOCIATE AGREEMENT DATED 03/19/2003 | 10/6/2025 |

1  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 10. | ON-LINE STRATEGIES, INC | RITE AID HDQTRS. CORP. | INSTANT REDEEMABLE COUPONS ("SOW6") DATED 08/23/2023 | 10/6/2025 |
| 11. | ON-LINE STRATEGIES, INC | RITE AID CORPORATION | MASTER SERVICES AGREEMENT DATED 01/21/2020 | 10/6/2025 |
| 12. | ON-LINE STRATEGIES, INC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT DATED 01/21/2020 | 10/6/2025 |
| 13. | ON-LINE STRATEGIES, INC | RITE AID CORPORATION | PRODUCTION SUPPORT PROJECT AGREEMENT DATED 07/01/1998 | 10/6/2025 |
| 14. | PARATA - EXECUTED IN 2014 - NEW EXECUTED 5/16/16 | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 15. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | AMENDMENT DATED 06/25/2012 | 10/6/2025 |
| 16. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | PARATA AMENDMENT DATED 07/27/2010 | 10/6/2025 |
| 17. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | PURCHASE, LICENSE AND SUPPORT AGREEMENT DATED 06/04/2010 | 10/6/2025 |
| 18. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | PURCHASE, LICENSE AND SUPPORT CONTRACT DATED 12/21/2012 | 10/6/2025 |
| 19. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | PURCHASE, LICENSE AND SUPPORT CONTRACT SUPPLEMENT | 10/6/2025 |
| 20. | PARATA SYSTEMS, LLC | RITE AID HDQTRS. CORP. | SECOND AMENDMENT DATED 12/21/2012 | 10/6/2025 |
| 21. | PHARMACY TECH CERT BOARD | RITE AID HDQTRS. CORP. | PTCB | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 22. | POINTE SOLUTIONS | RITE AID HDQTRS. CORP. | STATEMENT OF WORK PCI PIN REPORT ON COMPLIANCE (ROC) AND ATTESTATION OF COMPLIANCE (AOC) STATEMENT OF WORK (SOW) | 10/6/2025 |
| 23. | QUINTESSENTIAL MAILING SOFTWARE INCORPORATED (QMSI) | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 24. | QUINTESSENTIAL MAILING SOFTWARE INCORPORATED (QMSI) | RITE AID HDQTRS. CORP. | QMSI S/W MAINTENANCE RENEWAL CONTRACT RENEWAL | 10/6/2025 |
| 25. | SADA SYSTEMS, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 03/20/2023 | 10/6/2025 |
| 26. | SADA SYSTEMS, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 03/28/2023 | 10/6/2025 |
| 27. | SCRIPTPRO USA INC | RITE AID HDQTRS. CORP. | AMENDMENT TO PURCHASE AGREEMENT DATED 09/16/2013 | 10/6/2025 |
| 28. | SCRIPTPRO USA INC | RITE AID HDQTRS. CORP. | FOURTH MODIFICATION TO PURCHASE AGREEMENT DATED 08/18/2011 | 10/6/2025 |
| 29. | SCRIPTPRO USA INC | RITE AID CORPORATION | MODIFICATION TO PURCHASE AGREEMENT DATED 10/14/1999 | 10/6/2025 |
| 30. | SCRIPTPRO USA INC | RITE AID CORPORATION | PURCHASE AGREEMENT DATED 05/12/1998 | 10/6/2025 |
| 31. | SCRIPTPRO USA INC | RITE AID CORPORATION | SECOND MODIFICATION TO PURCHASE AGREEMENT DATED 06/23/2003 | 10/6/2025 |
| 32. | SCRIPTPRO USA INC | RITE AID CORPORATION | THIRD MODIFICATION TO PURCHASE AGREEMENT DATED 06/01/2005 | 10/6/2025 |
| 33. | SERVICENOW, INC. | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 34. | SERVICENOW, INC. | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 10/6/2025 |
| 35. | SINCH | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 36. | SINCH INTERCONNECT LLC | RITE AID HDQTRS. CORP. | GENERAL TERMS AND CONDITIONS | 10/6/2025 |
| 37. | SOLARWINDS | RITE AID HDQTRS. CORP. | SOLARWINDS ANNUAL MAINTENANCE RENEWAL QUOTE CONTRACT RENEWAL | 10/6/2025 |
| 38. | SOLARWINDS | RITE AID HDQTRS. CORP. | SOLAR WINDS NETWORK RENEWAL CONTRACT RENEWAL | 10/6/2025 |
| 39. | SOLINK | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 10/6/2025 |
| 40. | STRATACACHE, INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 41. | STRATACACHE, INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 42. | STRATACACHE, INC. | RITE AID ONLINE STORE, INC. | CONTRACT RENEWAL | 10/6/2025 |
| 43. | STRATACACHE|SCALA|PRN | RITE AID HDQTRS. CORP. | STRATACACHE RENEWAL CONTRACT RENEWAL | 10/6/2025 |
| 44. | STRATACACHE|SCALA|PRN | RITE AID HDQTRS. CORP. | STRATACACHE RENEWAL CONTRACT RENEWAL | 10/6/2025 |
| 45. | TELEPHONE OPERATING COMPANY OF NORTHERN NEW ENGLAND | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT FOR DIGITAL CENTREX SERVICE DATED 11/02/2011 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 46. | THERAPEUTIC RESEARCH CENTER | RITE AID HDQTRS. CORP. | ADDENDUM NO. 7 TO MASTER PURCHASE AGREEMENT | 10/6/2025 |
| 47. | THERAPEUTIC RESEARCH CENTER | RITE AID HDQTRS. CORP. | INFORMATION SYSTEMS SECURITY AGREEMENT | 10/6/2025 |
| 48. | THERAPEUTIC RESEARCH CENTER | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT & SUBSCRIPTION AGREEMENT | 10/6/2025 |
| 49. | THERAPEUTIC RESEARCH CENTER | RITE AID HDQTRS. CORP. | SECOND ADDENDUM TO MASTER PURCHASE AGREEMENT & SUBSCRIPTION AGREEMENT | 10/6/2025 |
| 50. | THERAPEUTIC RESEARCH CENTER | RITE AID HDQTRS. CORP. | SECOND ADDENDUM TO SUBSCRIPTION AGREEMENT | 10/6/2025 |
| 51. | THERAPEUTIC RESEARCH CENTER, LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 52. | THERAPEUTIC RESEARCH CENTER, LLC | RITE AID HDQTRS. CORP. | TRADE AGREEMENT | 10/6/2025 |
| 53. | TIME WARNER CABLE BUSINESS SERVICES | RITE AID HDQTRS. CORP. | TIME WARNER CABLE BUSINESS CLASS SERVICES AGREEMENT | 10/6/2025 |
| 54. | TRACE3 | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 55. | TRACE3 | RITE AID HDQTRS. CORP. | MASTER SOLUTIONS AGREEMENT | 10/6/2025 |
| 56. | TRACE3 | RITE AID HDQTRS. CORP. | MASTER SOLUTIONS AGREEMENT DATED 07/27/2023 | 10/6/2025 |
| 57. | TRACE3 | RITE AID HDQTRS. CORP. | QUOTE SUMMARY DATED 08/01/2023 | 10/6/2025 |
| 58. | TRINTECH | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 59. | TRINTECH | RITE AID HDQTRS. CORP. | RITE-AID SOW 20241031 STATEMENT OF WORK (SOW) | 10/6/2025 |
| 60. | TRINTECH INC | RITE AID HDQTRS. CORP. | SOFTWARE AGREEMENT | 10/6/2025 |
| 61. | UNIVERSAL SOFTWARE | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 62. | UNIVERSAL SOFTWARE INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 63. | VALUEBLUE INC | RITE AID HDQTRS. CORP. | BLUEDOLPHIN MSA DATED 09/08/2022 | 10/6/2025 |
| 64. | VALUEBLUE INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL FOR ANOTHER YEAR CONTRACT RENEWAL | 10/6/2025 |
| 65. | VALUEBLUE INC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT DATED 09/09/2022 | 10/6/2025 |
| 66. | VALUEBLUE INC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 01/05/2022 | 10/6/2025 |
| 67. | WACHTER | RITE AID HDQTRS. CORP. | NEW CONTRACT | 10/6/2025 |
| 68. | WAGEWORKS INC | RITE AID HDQTRS. CORP. | ORDER FORM DATED 07/01/2020 | 10/6/2025 |
| 69. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID CORPORATION | ACH DRAFT AUTHORIZATION AGREEMENT | 10/6/2025 |
| 70. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID HDQTRS. CORP. | AGENCY AGREEMENT DATED 08/01/2011 | 10/6/2025 |
| 71. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 2 DATED 06/14/2016 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 72. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID HDQTRS. CORP. | AMENDMENT TO AGENCY AGREEMENT DATED 08/01/2016 | 10/6/2025 |
| 73. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID HDQTRS. CORP. | WESTERN UNION NORTH AMERICA AGENCY AGREEMENT DATED 08/01/2011 | 10/6/2025 |
| 74. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID HDQTRS. CORP. | WESTERN UNION NORTH AMERICA AGENCY AGREEMENT DATED 10/31/2022 | 10/6/2025 |
| 75. | WESTERN UNION FINANCIAL SERVICES, INC | RITE AID CORPORATION | WESTERN UNION NORTH AMERICA AGENCY AGREEMENT DATED 11/07/2016 | 10/6/2025 |
| 76. | WORKFORCE SOFTWARE | RITE AID HDQTRS. CORP. | WORKFORCE SOFTWARE SAAS SERVICES - PHARMACY SCHEDULING APPLICATION CONTRACT RENEWAL | 10/6/2025 |
| 77. | YEXT, INC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 78. | YEXT, INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 79. | YEXT, INC | RITE AID HDQTRS. CORP. | YEXT MASTER SUBSCRIPTION AGREEMENT SUBSCRIPTION SCHEDULE 1-24-2025 CONTRACT RENEWAL | 10/6/2025 |
| 80. | ZOHO CORPORATION | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 81. | ZOHO CORPORATION | RITE AID HDQTRS. CORP. | NON-DISCLOSURE AGREEMENT (NDA) | 10/6/2025 |