Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**HUSCH BLACKWELL LLP**
Rebecca R. Starner (NJ I.D. # 304872019)
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
Telephone: 202.378.2300
Email: Rebecca.Starner@huschblackwell.com

Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
Email: caleb.holzaepfel@huschblackwell.com

*Counsel to Appellants*

In re:

NEW RITE AID, LLC, *et al.*,[1]

Chapter 11

Case No. 25-14861 (MBK)

(Jointly Administered)

**RE: D.I. 2878**

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Bayer Healthcare, LLC submits this Notice of Appeal in conformity with Bankruptcy Form B417A and pursuant to Bankruptcy Rules of Federal Procedure 8002(a)(3) and 8003.

**Part 1: Identify the appellant.**

1.    **Name of Appellant:**

Bayer Healthcare, LLC.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2.      **Position of Appellants in the bankruptcy case that is the subject of this appeal:**

Party-in-interest and creditor of the above-captioned Debtors-in-Possession, and/or beneficiaries

of the RAD Sub-Trust A.

**Part 2:  Identify the subject of this appeal**

1.      **Describe the judgment, order, or decree appealed from**:

*Order Approving the Sale of the Retained Preference Claims to the RAD Sub-Trust A, Pursuant to*

*Section 363 of the Bankruptcy Code and Granting Related Relief* [D.I. 2878] (the "Sale Order").

A copy of the Sale Order is attached hereto as **Exhibit A**.

2.      **State the date on which the judgment, order, or decree was entered**:

The Sale Order was entered on October 15, 2025.

3.      **State the date on which certain parties filed a Notice of Appeal:**

Parties-in-interest and creditors Academy Fire Protection, Inc., Academy Fire Life Safety, LLC,

Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC

Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand

Beverages, Ltd., Return Management Services, Inc., RoofConnect Logistics, Inc., and Utz Quality

Foods, LLC filed their joint *Notice of Appeal* [Dkt No. 3139] on October 29, 2025.

**Part 3: Identify the other parties to the appeal**

The parties to the Sale Order, and the names, addresses, and telephone numbers of their

attorneys, are as follows:

| Party: | Attorney: |
|---|---|
| Bayer Healthcare, LLC<br>*Appellants* | **HUSCH BLACKWELL LLP**<br>Rebecca R. Starner (NJ I.D. #304872019)<br>1801 Pennsylvania Ave., NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.378.2300<br>Email: Rebecca.Starner@huschblackwell.com |

| | Caleb T. Holzaepfel (admitted *pro hac vice*) 736 Georgia Avenue, Suite 300 Chattanooga, TN 37402 Telephone: (423) 266-5500 Facsimile: (423) 266-5499 Email: caleb.holzaepfel@huschblackwell.com |
|---|---|
| The above-captioned debtors and debtors in possession<br><br>*Appellees* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. Warren A. Usatine, Esq. Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Email: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com chopkins@paulweiss.com<br>smitchell@paulweiss.com |

| | |
|---|---|
| RAD Sub-Trust A | **EMMET, MARVIN & MARTIN, LLP**<br>Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email: tpitta@emmetmarvin.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane, Esq.<br>Andres Barajas, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email:rlehane@kelleydrye.com<br>abarajas@kelleydrye.com |
| RAD Sub-Trust A, Trustee,<br>Thomas A. Pitta | Thomas A. Pitta<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com |
| Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder. Esq. Lauren Bielskie, Esq.<br>Office of the United States Trustee One Newark Center, Suite 2100 Newark, New Jersey 07102<br>Telephone: (973) 645-5993<br>effrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov |
| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq. Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>-and- |

|  | **WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>tgoren@willkie.com jburbage@willkie.com<br>jgraber@willkie.com |
|---|---|
| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq. Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>tgoren@willkie.com jburbage@willkie.com<br>jgraber@willkie.com |

**Part 4: Optional election to have appeal heard by District Court:**

Not applicable in this jurisdiction.

**Part 5: Sign Below:**

Dated: November 12, 2025                    **HUSCH BLACKWELL LLP**

*/s/ Rebecca R. Starner*
Rebecca R. Starner (NJ I.D. # 304872019)
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
Telephone: 202.378.2300
Email: Rebecca.Starner@huschblackwell.com

Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
Email: caleb.holzaepfel@huschblackwell.com

*Attorneys for Appellants*