**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**AKERMAN LLP**<br>Mark S. Lichtenstein<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>E-mail: mark.lichtenstein@akerman.com<br><br>-and-<br><br>Eyal Berger (*pro hac vice* forthcoming)<br>AKERMAN LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Ft. Lauderdale, FL  33301<br>Telephone: (954) 463-2700<br>E-mail: eyal.berger@akerman.com<br><br>*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC* | |
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**TO: ALL INTERESTED PARTIES**

      **PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. Section 1109(b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), PMDLabs, Inc. and Rite Aid LLC, through its counsel,  Akerman LLP, hereby appears in the above-captioned proceeding and request that all notices and all papers served or required to be served in these cases be served upon the following:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

84180539;1

| Mark S. Lichtenstein<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Telephone: (212) 880-3800<br>E-mail: mark.lichtenstein@akerman.com | Eyal Berger<br>AKERMAN LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Ft. Lauderdale, FL  33301<br>Telephone: (954) 463-2700<br>E-mail: eyal.berger@akerman.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein. Neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent pleading, claim, or suit is intended and shall not be deemed or construed to be a waiver of the rights of the foregoing party: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, setoff, or recoupment to which the above mentioned party may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[SIGNATURE PAGE TO FOLLOW]*

2

84180539;1

Dated: November 11, 2025   AKERMAN LLP

By: *s/ Mark S. Lichtenstein*
    Mark S. Lichtenstein (NJ Bar No. 055191992)
    1251 Avenue of the Americas, 37th Flr.
    New York, New York, 10020
    Telephone: (212) 880-3800
    Email: mark.lichtenstein@akerman.com

*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC*

84180539;1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Mark S. Lichtenstein<br>mark.lichtenstein@akerman.com<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Tel.: (212) 880-3800<br><br>*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC* | |
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*, [2]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF EYAL BERGER, ESQ.**
**IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

**EYAL BERGER, ESQ.**, under penalty of perjury, hereby certifies as follows:

1. I am an attorney with the law firm of Akerman LLP ("Akerman"). My office is located at 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301.

2. Akerman has been retained to represent interested parties PMDLabs Inc. and Rite Aid LLC in the above-captioned cases.

3. I am admitted to practice in and am a member in good standing of the following state and federal bars:

| STATE OR FEDERAL JURISDICTIONS | ADMISSION DATE |
|---|---|
| State of Florida | 2005 |

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

4

84180539;1

| STATE OR FEDERAL JURISDICTIONS | ADMISSION DATE |
|---|---|
| U.S. Bankruptcy Court for the Southern District of Florida | 2005 |
| U.S. Bankruptcy Court for the Northern District of Florida | 2009 |
| U.S. Bankruptcy Court for the Middle District of Florida | 2005 |
| U.S. District Court for the Southern District of Florida | 2005 |
| U.S. District Court for the Northern District of Florida | 2009 |
| U.S. District Court for the Middle District of Florida | 2005 |
| U.S. District Court for the Eastern District of Michigan | 2022 |
| U.S. Court of Appeal for the Eleventh Circuit | 2010 |

4. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

5. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

6. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) or

5

pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

    I declare under penalty that the foregoing is true and correct.

Dated: November 11, 2025

                                                                       _____

                                                                         Eyal Berger