**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Mark S. Lichtenstein<br>mark.lichtenstein@akerman.com<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Tel.: (212) 880-3800<br><br>*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC* | |
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION**
**OF EYAL BERGER, ESQ.**

To: The Honorable Michael B. Kaplan

Mark S. Lichtenstein (the "Applicant "), a member of the bar of this Court, respectfully submits this application (the "Application"), for the *pro hac vice* admission of Eyal Berger, Esq. ("Mr. Berger") of Akerman LLP ("Akerman"), pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, to practice before this Court in connection with the above-captioned cases and represent as follows:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

84164015;1

1. I am an attorney at law of the State of New Jersey, admitted to practice and in good standing in the United States District Court for the District of New Jersey, among other jurisdictions. I am a partner at the law firm of Akerman LLP which maintains an address of 1251 Avenue of the Americas, 37th Floor, New York, New York 10020. Akerman has been retained to represent interested parties PMDLabs Inc. and Rite Aid LLC.

2. I have been a member of the New Jersey bar since 1992 and have not been subject to any disciplinary proceedings.

3. Mr. Berger is an attorney at law and partner with Akerman, which maintains offices at 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301.

4. Attached hereto as **Exhibit A** is Certification of Mr. Berger in which he certifies that he is a member in good standing of the bar of State of Florida, U.S. Bankruptcy Court for the Southern, Northern, Eastern and Middle Districts of Florida, U.S. District Court for the Southern, Northern and Middle District of Florida, U.S. District Court for the Eastern District of Michigan and U.S. Court of Appeal for the Eleventh Circuit. Additionally, Mr. Berger certifies that he is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

4. I have appeared as counsel of record for PMDLabs Inc. and Rite Aid LLC and will serve as local counsel upon whom all notices, pleadings and orders may be served.

WHEREFORE, the Applicant respectfully requests entry of the proposed order submitted herewith approving the admission, *pro hac vice*, of Eyal Berger, Esq., pursuant to D.J. LBR 9010-1 and L. Civ. R. 101.1(c), in the above-captioned cases and any related adversary proceedings.

*[Signature page to follow]*

84164015;1

Dated: November 12, 2025

By:   *s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (NJ Bar No. 055191992)
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York, 10020
Telephone: (212) 880-3800
Email: mark.lichtenstein@akerman.com

*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC*