**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Mark S. Lichtenstein<br>mark.lichtenstein@akerman.com<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Tel.: (212) 880-3800<br><br>*Attorneys for Interested Parties PMDLabs Inc. and Rite Aid LLC* | |
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*, [2]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF EYAL BERGER, ESQ.**
**IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

**EYAL BERGER, ESQ.**, under penalty of perjury, hereby certifies as follows:

1. I am an attorney with the law firm of Akerman LLP ("Akerman"). My office is located at 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301.

2. Akerman has been retained to represent interested parties PMDLabs Inc. and Rite Aid LLC in the above-captioned cases.

3. I am admitted to practice in and am a member in good standing of the following state and federal bars:

| STATE OR FEDERAL JURISDICTIONS | ADMISSION DATE |
|---|---|
| State of Florida | 2005 |

---

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

4

84164015;1

| STATE OR FEDERAL JURISDICTIONS | ADMISSION DATE |
|---|---|
| U.S. Bankruptcy Court for the Southern District of Florida | 2005 |
| U.S. Bankruptcy Court for the Northern District of Florida | 2009 |
| U.S. Bankruptcy Court for the Middle District of Florida | 2005 |
| U.S. District Court for the Southern District of Florida | 2005 |
| U.S. District Court for the Northern District of Florida | 2009 |
| U.S. District Court for the Middle District of Florida | 2005 |
| U.S. District Court for the Eastern District of Michigan | 2022 |
| U.S. Court of Appeal for the Eleventh Circuit | 2010 |

4. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

5. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

6. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) or

pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

    I declare under penalty that the foregoing is true and correct.

Dated: November 12, 2025

                                                       */s/ Eyal Berger*
                                                     Eyal Berger

84164015;1