**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
John T. Carroll, III, Esq. (#015331983)
Simon E. Fraser, Esq. (#026821999)
Marla S. Benedek, Esq. (#162792015)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email: jcarroll@cozen.com
      sfraser@cozen.com
      mbenedek@cozen.com

*Counsel to Appellants*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd.,

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

RoofConnect Logistics, Inc., and Utz Quality Foods, LLC (collectively, the "Appellants"), by and through their undersigned counsel, submit the following: (i) their statement of the issues to be presented on appeal from the *Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief* [Docket No. 2878] (the "Sale Order") entered on October 15, 2025 in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), and all other subsumed judgments, orders, and decrees brought up for review in the appeal; and (ii) their designation of the items to be included in the record on appeal.

I. **Statement of Issues to Be Presented on Appeal**

1. Whether the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") erred in concluding that the sale (the "Sale") proposed by the *Debtors' Motion for Entry of an Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief* [Docket No. 2837] (the "Sale Motion") complied with the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), including but not limited to 11 U.S.C. § 363(b), and applicable Third Circuit precedent.

2. Whether the Bankruptcy Court erred in concluding that the Debtors in the Bankruptcy Cases (the "Debtors") as movants had met their evidentiary burden under section 363(b) of the Bankruptcy Code, despite neither the Debtors, nor any other party, having presented any evidence at the hearing on the Sale Motion and despite the Bankruptcy Court's not having made any factual findings. Alternatively, whether the Bankruptcy Court erred in concluding that a movant seeking approval of a sale of property of a debtor's estate outside of the ordinary course of business bears no evidentiary burden pursuant to section 363(b) of the Bankruptcy Code.

2

3. Whether the Bankruptcy Court erred in approving the Sale on zero business days' notice to the Debtors' creditors and other interested parties in the Bankruptcy Cases, and other parties impacted by the Sale including without limitation the beneficiaries of RAD Sub-Trust A (the "Trust"), and with no notice having been provided to some such parties in interest.

4. Whether the Bankruptcy Court erred in authorizing the Sale without competitive bidding or a marketing process for the assets sold and/or transferred.

5. Whether the Bankruptcy Court erred in approving the Sale with no evidence having been entered of record at the hearing to approve the Sale Motion to establish an evidentiary record.

6. Whether the Bankruptcy Court erred in approving the Sale because, pursuant to Article IV, paragraph R of the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (With Further Modifications)* (the "2023 Plan"), as confirmed by the Bankruptcy Court by, and attached to, its *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (With Further Modification)* [Docket No. 4532] entered in the bankruptcy cases styled as *In re Rite Aid Corporation, et al.* and jointly administered by the Bankruptcy Court at Case No. 23-18993 (the "2023 Bankruptcy Cases"), the Retained Preference Claims (as such term is used in the Sale Order) were not among the causes of action retained by the Debtors (as defined in the 2023 Plan), the Reorganized Debtors (as defined in the 2023 Plan), and/or the Wind-Down Debtors (as defined in the 2023 Plan).

7. Whether the Bankruptcy Court erred in approving the Sale without any evidence or findings regarding the Trust's authority to (a) purchase claims and causes of action, and (b) transfer rights to recover proceeds of Assigned Claims under the 2023 Plan.

8. Whether the Bankruptcy Court erred in authorizing the Sale without the RAD Sub-Trust B being party to the Sale.

9. Whether the Bankruptcy Court erred in authorizing the Sale without the Debtors' compliance with section 1127 of the Bankruptcy Code, in connection with the modification of the 2023 Plan.

II. **Designations of Items to be Included in the Record on Appeal**

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:[2]

| Item | Date Filed or Entered | Bankr. Docket No. | Description |
|---|---|---|---|
| 1 | 10/10/2025 | 2837 | Debtors' Motion for Entry of an Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief |
| 2 | 10/10/2025 | 2838 | Application for Order Shortening Time For Hearing on Debtors' Motion for Entry of an Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief |
| 3 | 10/10/2025 | 2839 | Order Shortening Time Period for Notice |
| 4 | 10/10/2025 | 2841 | Notice of Filing of Proposed Purchase and Sale Agreement in Connection with Debtors' Motion for Entry of an Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief |
| 5 | 10/12/2025 | 2848 | Certification in Opposition to Sale of All Preference Actions to RAD Sub-Trust A |

---

[2] Unless otherwise indicated, the terms "Date Filed or Entered" and "Bankr. Docket No." refer to documents filed or entered, and docketed, in the Bankruptcy Cases.

| Item | Date Filed or Entered | Bankr. Docket No. | Description |
|---|---|---|---|
| 6 | 10/14/2025 | 2864 | Transcript regarding Hearing Held 10/14/2025 (Audio File) |
| 7 | 10/15/2025 | 2878 | Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief |
| 8 | 10/15/2025 | 2892 | Transcript regarding Hearing Held 10/14/2025 |
| 9 | 10/29/2025 | 3139 | Notice of Appeal |
| 10 | 11/10/2025 | 3206 | Affidavit of Service filed by Kroll Restructuring Administration |
| 11 | 8/16/2024 (in the 2023 Bankruptcy Cases) | 4532 (in the 2023 Bankruptcy Cases) | Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (With Further Modifications) |
| 12 | 8/16/2024 (in the 2023 Bankruptcy Cases) | 4532 (in the 2023 Bankruptcy Cases) | Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (With Further Modifications) |
| 13 | 8/31/2024 (in the 2023 Bankruptcy Cases) | 4793 (in the 2023 Bankruptcy Cases) | Notice of Filing of Eleventh Amended Plan Supplement, including all exhibits and other attachments |
| 14 | 10/22/2025 (in the 2023 Bankruptcy Cases) | 7104 (in the 2023 Bankruptcy Cases) | Status Report Pursuant to Section 3.15 of the Rite Aid Sub-Trust A Agreement |
| 15 | | | Docket for the Bankruptcy Cases; Case No. 25-14861 |
| 16 | | | Docket for the 2023 Bankruptcy Cases; Case No. 23-18993 |

LEGAL\81391412\3 8888888/00807332

### III. Reservation of Rights

Appellants reserve all rights to amend this Statement including, without limitation, to identify and to include additional items and statements of issues for inclusion in the record on appeal. Appellant further reserves all rights to amend this Statement based on one or more of the statements of issues to be presented on appeal and counter-designations of items to be included in the record on appeal filed by any other parties in this appeal.

Dated: November 12, 2025

**COZEN O'CONNOR**

*/s/ John T. Carroll, III*
John T. Carroll, III, Esq.
Simon E. Fraser, Esq.
Marla S. Benedek, Esq.
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email:  jcarroll@cozen.com
           sfraser@cozen.com
           mbenedek@cozen.com

*Counsel to Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC*