| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **COZEN O'CONNOR** <br> A Pennsylvania Professional Corporation <br> John T. Carroll, III, Esq. (#015331983) <br> Simon E. Fraser, Esq. (#026821999) <br> Marla S. Benedek, Esq. (#162792015) <br> 1201 N. Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> Telephone: (302) 295-2000 <br> Facsimile: (302) 250-4498 <br> Email: jcarroll@cozen.com <br>        sfraser@cozen.com <br>        mbenedek@cozen.com <br><br> *Counsel to Appellants* |

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

### APPELLANTS' NOTICE OF ORDER OF TRANSCRIPT FOR APPEAL

PLEASE TAKE NOTICE that, pursuant to Rule 8009(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc.,

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

81459794\1

Pepsi-Cola and National Brand Beverages, Ltd., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC (collectively, the "Appellants"), by and through their undersigned counsel, ordered a transcript of this Court's October 14, 2025 hearing (the "Transcript") in writing, via email, pursuant to this Court's instructions set forth on its website, and made satisfactory arrangements with the clerk for the payment of the costs of the Transcript. The Appellants have designated the Transcript for inclusion in the record on appeal. *See* Docket No. 3226.

Dated: November 12, 2025

**COZEN O'CONNOR**

*/s/ John T. Carroll, III*
John T. Carroll, III, Esq.
Simon E. Fraser, Esq.
Marla S. Benedek, Esq.
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email: jcarroll@cozen.com
sfraser@cozen.com
mbenedek@cozen.com

*Counsel to Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC*

81459794\1