UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
John T. Carroll, III, Esq. (#015331983)
Simon E. Fraser, Esq. (#026821999)
Marla S. Benedek, Esq. (#162792015)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email: jcarroll@cozen.com
  sfraser@cozen.com
  mbenedek@cozen.com

*Counsel to Appellants*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, John T. Carroll, III, counsel to the Appellants, hereby certify that on November 12, 2025, I caused a true and correct copy of the *Appellants' Notice of Order of Transcript for Appeal* to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case, and to be served on the following parties via email:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

1

81459794\1

| Party: | Attorney: |
|---|---|
| The above-captioned debtors and debtors in possession<br><br>*Appellees* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Email:  msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>           fyudkin@coleschotz.com<br>           svanaalten@coleschotz.com<br><br>-and-<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*) Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Email:  arosenberg@paulweiss.com<br>           aeaton@paulweiss.com<br>           chopkins@paulweiss.com<br>           smitchell@paulweiss.com |
| RAD Sub-Trust A | **EMMET, MARVIN & MARTIN, LLP**<br>Thomas A. Pitta, Esq.<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane, Esq.<br>Andres Barajas, Esq.<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email: rlehane@kelleydrye.com<br>           abarajas@kelleydrye.com |

81459794\1

| | |
|---|---|
| RAD Sub-Trust A, Trustee, Thomas A. Pitta | Thomas A. Pitta<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email: tpitta@emmetmarvin.com |
| Official Committee of Unsecured Creditors | **SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Email: asherman@sillscummis.com<br>    bmankovetskiy@sillscummis.com<br>    gkopacz@sillscummis.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*) Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail: bmiller@willkie.com<br>    tgoren@willkie.com<br>    jburbage@willkie.com<br>    jgraber@willkie.com |
| Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Jeffrey M. Sponder. Esq.<br>Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-5993<br>Email: jeffrey.m.sponder@usdoj.gov<br>    lauren.bielskie@usdoj.gov |

| | |
|---|---|
| Dated: November 12, 2025 | **COZEN O'CONNOR**<br><br>*/s/ John T. Carroll, III*<br>John T. Carroll, III, Esq.<br>Simon E. Fraser, Esq.<br>Marla S. Benedek, Esq.<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 250-4498<br>Email: jcarroll@cozen.com<br>       sfraser@cozen.com<br>       mbenedek@cozen.com<br><br>*Counsel to Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC* |