Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
NEW RITE AID LLC, *et al.*,1
Debtors                                                             Chapter 11
_____                Case No. 25-14861 (MBK)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Law Office of Shmuel Klein, appeals to the United States District Court for the District of New Jersey an Order of Judge Michael B. Kaplan dated November 3, 2025 and entered in the office of the Clerk of said Court on November 3, 2025 and from that part of the order which denied HVP2 LLC application for post-petion late fees, Common Area Charges and attorney's fees.

This appeal is made pursuant to Federal Rule of Bankruptcy Procedure 8001(a), 8002(a).

In accordance with Rule 40(a) of the United States District Court for the District of New Jersey, the name of the other parties to the Order and their respective attorneys of record are listed below:

| | |
|---|---|
| Blank Rome LLP | Attorney for Wells Fargo Bank, N.A., as Trustee for |
| 405 Lexington Ave | IMPAC Secured Assets Corp., Mortgage Pass-Through |
| New Jersey, NY 10174 | Certificates, Series 2005-2 |

Law Office of Shmuel Klein          Attorney for Appellant
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510

Dated: November 11, 2025
Mahwah, NJ                    /s/ Shmuel Klein
                              Shmuel Klein