UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

| | |
|---|---|
| Case No.: | 25-14861 |
| Chapter: | 11 |
| Hearing Date: | October 27, 2025 |
| Judge: | Michael B. Kaplan |

ORDER DENYING MOTION FOR ADEQUATE PROTECTION

The relief set forth on the following page(s) is ORDERED.

DATED: November 3, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

HVP22 LLC's Motion for Adequate Protection (ECF No. 569) is DENIED for the reasons set forth in the Opinion docketed at ECF No. 3159.