Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

In re:
NEW RITE AID LLC, *et al.*,1
Debtors                                                                Chapter 11
_____                  Case No. 25-14861 (MBK)

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
PURSUANT TO BANKRUPTCY RULE 8006**

Appellant having filed a notice of appeal dated August 5, 2019 from an order of the bankruptcy court dated November 3, 2025, which denied HVP2 LLC application for post-petion late fees, Common Area Charges and attorney's fees hereby designates the following for inclusion in the record on appeal and sets forth a statement of issues to be presented on appeal.

**Designation of Contents of Record**

1.      Order signed on November 3, 2025 which denied HVP2 LLC application for post-petion late fees, Common Area Charges and attorney's fees.

2.      Motion to Compel Payment of Administrative Expenses (ECF No. 182) ("Admin Expense Motion"), a Motion for Adequate Protection (ECF No. 390) (the "First Adequate Protection Motion") and a second Motion for Adequate Protection In Addition to Motion to Compel Payment of Administrative Expenses (ECF No. 1755) (the "Second Adequate Protection Motion"), (collectively with the First Adequate Protection Motion and the Admin Expense Motion, the "Motions" and the Debtors' oppostion to each together with a transcript of the hearing.

**Issues Presented**

1.  Whether the Bankruptcy Judge erred and/or abused discretion in its order which denied HVP2 LLC application for post-petion late fees, Common Area Charges and attorney's fees.

Dated: November 11, 2025
Mahwah, NJ                            /s/Shmuel Klein
                                      Shmuel Klein