| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re:<br><br>New Rite Aid, LLC | Order Filed on November 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     25-14861<br><br>Chapter:         11<br><br>Hearing Date:   October 27, 2025<br><br>Judge:    Michael B. Kaplan |

## ORDER DENYING MOTION FOR ADEQUATE PROTECTION, AND MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

The relief set forth on the following page(s) is ORDERED.

**DATED: November 3, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

HPV22 LLC's Motion for Adequate Protection in Addition to Motion to Compel Payment of Administrative Expenses (ECF No. 1755) is **DENIED** for the reasons set forth in the Opinion docketed at ECF No. 3159.