Case 25-14861-MBK  Doc 3231-1  Filed 11/03/25  Entered 11/03/25 17:35:14  Desc Main
Exhibit Order based upon Opinion appealed   Page 1 of 2

Case 25-14861-MBK  Doc 3523  Filed 11/03/25  Entered 11/03/25 12:45:19  Desc
Document   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

Case No.:     25-14861

Chapter:     11

Hearing Date:     October 27, 2025

Judge:     Michael B. Kaplan

## ORDER DENYING MOTION FOR ADEQUATE PROTECTION

The relief set forth on the following page(s) is ORDERED.

DATED: November 3, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

HVP22 LLC's Motion for Adequate Protection is not approved for the reasons set forth in the Opinion docketed at ECF No. 3159.