Case 25-14861-MBK    Doc 3231-4    Filed 11/03/25    Entered 11/03/25 15:15:14    Desc Main
Exhibit Order based upon Opinion appealed    Page 1 of 2

Case 25-14861-MBK    Doc 3231    Filed 11/03/25    Entered 11/03/25 12:55:19    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

New Rite Aid, LLC

Case No.: 25-14861

Chapter: 11

Hearing Date: October 27, 2025

Judge: Michael B. Kaplan

ORDER DENYING MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

The relief set forth on the following page(s) is ORDERED.

DATED: November 3, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

HVP22 LLC's Motion to Compel Payment of Administrative Expenses (ECF No. 182) is **DENIED** for the reasons set forth in the Opinion docketed at ECF No. 3159.