UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein PA
Attorney for the HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
email:shmuel.klein@verizon.net
Attorney ID 0851987

Case No.: 25-14861 (MBK)

Chapter: 11

In Re:

RITE AID CORPORATION, et al.,
Debtors

Adv. No.: 

Hearing Date: 

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Shmuel Klein :

   ☒ represent HVP2 LLC in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 11-13-2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Appeal
   APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES PURSUANT TO BANKRUPTCY RULE 8006
   Opinion and Orders Appealed

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11-13-2025

/s/ Shmuel Klein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | UST | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |