UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case no.:         25-14861
New Rite Aid, LLC                                   :
                                                    : Chapter:          11
                                                    :
                   Debtor(s)                        : Adv. Pro. No.: _____
                                                    :

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I __Wendy Quiles__, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On __November 12, 2025__ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated __October 15, 2025__ was filed.

A copy of the appeal was served on the following parties on __November 13, 2025__.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Michael D. Sirota, Esq. Warren A. Usatine, Esq., attorney to debtors and debtors in possession | 25 Main Street Hackensack, New Jersey 07601 | ☒ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| Thomas A. Pitta, Esq., attorney for RAD Sub-Trust A | 120 Broadway, 32nd Floor New York, New York 10271 | ☒ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| Rebecca R. Starner attorney for Bayer Healthcare, LLC | 1801 Pennsylvania Ave., NW, Suite 1000 Washington, DC 20006 | ☒ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| SILLS CUMMIS & GROSS P.C., Official Committee of Unsecured Creditors | One Riverfront Plaza Newark, New Jersey 07102 | ☒ Notice of Electronic Filing (NEF) ❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: November 13, 2025                         By: __Wendy Quiles__
                                                     Deputy Clerk

*rev. 1/13/17*