UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:                                                                 Chapter:                                 _____

                                                                    Case Number: _____

                                                                    Civil Number: _____

                                                                 Adversary Number: _____

                                                                 Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal       ❏ Order being Appealed       ❏ Designation of Record on Appeal

❏ Statement of Issues       ❏ Transcript       ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal   ❏ Certification of Failure to File Designation   ❏ Motion to Withdraw the Reference

❏ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.  The parties to the appeal are:

Appellant(s): _____      Appellee(s): _____

Attorney: _____      Attorney: _____

Address: _____      Address: _____

            _____                  _____

Title of Order Appealed: _____

Date Entered On Docket: to Section 363 of the Bankruptcy Code and Granting Related Relief
_____

❏ An appeal has not previously been filed in this case.

❏ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 8/28/17*