# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| New Rite Aid, LLC | Case Number: 25-14861-MBK |
| | Civil Number: 25-CV-17041-RK |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

- ☐ Notice of Appeal
- ☐ Order being Appealed
- ☒ Appellants' Designation of Record on Appeal
- ☒ Appellants' Statement of Issues
- ☐ Transcript
- ☐ Transcript Ordered On: _____
- ☐ Motion for Leave to Appeal
- ☐ Certification of Failure to File Designation
- ☐ Motion to Withdraw the Reference
- ☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/29/25. The parties to the appeal are:

Appellant(s): Utz Quality Foods, LLC, RoofConnect Logistics, Inc. ET AL
Appellee(s): SEE APPEAL
Attorney: John T. Carroll III
Attorney: _____
Address: Cozen O'Connor 1201 North Market Street Suite 1001 Wilmington, DE 19801
Address: _____

Title of Order Appealed: ORDER APPROVING THE SALE OF THE RETAINED PREFERENCE CLAIMS TO RAD SUB-TRUST A, PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF

Date Entered On Docket: 10/15/25

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 25-CV-14757 | Judge Robert Kirsch | August 20, 2025 |
| 25-CV-17041 | Judge Robert Kirsch | October 30, 2025 |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*