**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 21, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served on the landlords and their counsel (where available) with respect to unexpired leases (the "Leases") proposed to be assumed and assigned to CVS Pharmacy, Inc. under that certain Asset Purchase Agreement attached as Exhibit A to the *Notice of Filing of Asset Purchase Agreements with Respect to the Sale of Certain of the Pharmacy Assets* [Docket No. 352]:

- Notice of Potentially Assumed Unexpired Leases customized to include the store number, store address, landlord related to the store, debtor counterparty related to the store, and proposed cure amount related to the store, a blank copy of which is attached hereto as **Exhibit A** (the "***Cure Notice***")

On August 21, 2025, at my direction and under my supervision, employees of Kroll caused the Cure Notice to be served on the subtenants, if any, with respect to the real property subject to the Leases.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On September 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Vestar James Center LLC, (ADRID: 28111502), C/O Vestar Property Mgmt, 2415 E Camelback Rd, Suite 100, Phoenix, AZ, 85016:

- Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1575]

On September 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Supplemental DN 2325 Landlords Service List attached hereto as **Exhibit B**:

- Seventeenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any [Docket No. 2325]

On September 29, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Washington County, OR County Consumer Protection Agency, (ADRID: 28160612), Attn: Consumer Protection Division, 155 N 1st Ave, Hillsboro, OR, 97124:

- Sixth Notice of Additional Closing Locations [Docket No. 743]

Dated: October 13, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 13, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. 17, 142, 329, 338 & 352** |

**NOTICE OF POTENTIALLY ASSUMED UNEXPIRED LEASES**

> YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES ARE A COUNTERPARTY
> TO AN UNEXPIRED LEASE WITH ONE OR MORE OF THE
> DEBTORS AS SET FORTH ON **EXHIBIT A** ATTACHED HERETO.

**PLEASE TAKE NOTICE** that on May 7, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Auction and Bidding Procedures, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, (VI) Authorizing (A) the Sale of Assets and (B) Shortened Notice With Respect Thereto, and (VII) Granting Related Relief*, [Docket No. 142] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2025, in accordance with the Bidding Procedures Order, the Debtors filed the *Amended Notice of (I) Successful Bidders and (II) Adjournment of Auction* [Docket No. 338], declaring, among others, CVS Pharmacy, Inc. as the successful bidder (the "Successful Bidder") for certain of the Pharmacy Assets (the "Successful Bid").

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2025, the Debtors filed the proposed *Order (I) Approving and Authorizing the Sale of Certain Pharmacy Assets Free and Clear of all Liens, Claims, Rights, Interests, and Encumbrances, (II) Approving Certain Asset*

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]  Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.

*Purchase Agreements and Related Agreements Among the Debtors and Purchaser, (III) Authorizing Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (IV) Granting Related Relief* [Docket No. 329] (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2025, the Debtors filed the *Notice of Filing of Asset Purchase Agreements with Respect to the Sale of Certain of the Pharmacy Assets* [Docket No. 352], which included copies of the asset purchase agreements among the Debtors and the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, subject to your right to object described two paragraphs below, pursuant to the Bidding Procedures and the terms of the Successful Bid, the Debtors **may** assume and assign to the Successful Bidder the unexpired lease(s) listed on **Exhibit A** to which you are a counterparty (each, a "Lease"). The Debtors have conducted a review of their books and records and have determined that the Cure Payments for unpaid monetary obligations under such Lease(s) are as set forth on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the hearing to consider approval of the Sale of certain Pharmacy Assets to the Successful Bidder and entry of the Proposed Order is currently scheduled to take place on **May 21, 2025, at 11:30 a.m. (prevailing Eastern Time)** (the "Sale Hearing"), before the Honorable Chief Judge Kaplan, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, New Jersey 08608 or by videoconference or such other form of remote communication established by the Court.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Payments, object to a proposed assignment to the Successful Bidder of any Lease, or dispute the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Lease (collectively, an "Assignment Objection"), your Assignment Objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Payments, state the correct Cure Payments alleged to be owed to the objecting contract counterparty, together with any applicable and appropriate documentation in support thereof; and (d) be filed with the Court and served and ***actually received* no later than June 2, 2025, at 5:00 p.m. (prevailing Eastern Time)** (the "Assignment Objection Deadline") by (i) the Bid Notice Parties, (ii) the Office of the United States Trustee for the District of New Jersey, (iii) counsel to any official committees of unsecured creditors appointed in these chapter 11 cases, (iv) the applicable Successful Bidder(s), if known, and (v) any other party that has filed a notice of appearance in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if an Assignment Objection is not filed by the Assignment Objection Deadline, then (a) you will be deemed to have stipulated that the Cure Payments, if any, as determined by the Debtors are correct and that there are no other defaults entitled to be cured in connection with the proposed assumption and assignment of your Lease, (b) you will be forever barred, estopped, and enjoined from asserting any additional Cure Payments are due under the Lease, and (c) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful

2

Bidder has not provided adequate assurance of future performance as of the closing date of the applicable Sale Transactions.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of an Lease or related Cure Payments in connection with the Successful Bid that otherwise complies with these procedures shall be heard at a later date as may be fixed by the Court, unless otherwise agreed by the Debtors and the non-Debtor Lease counterparty.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Lease on this Contract Assumption Notice or any Supplemental Assumption Notice does not require or guarantee that such Lease will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Leases are reserved. Moreover, the Debtors explicitly reserve the right to seek to reject or assume each Lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Lease as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (a) alters in any way the prepetition nature of the Leases or the validity, priority, or amount of any claims of a counterparty to any Lease against the Debtors that may arise under such Lease, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of a counterparty to any Lease against the Debtors that may arise under such Lease.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Bidding Procedures Order, the Proposed Order, and all documents filed in these chapter 11 cases are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retainer in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930- 4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/RiteAid2025; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

Dated: May 19, 2025

                /s/ *Michael D. Sirota*
                **COLE SCHOTZ P.C.**
                Michael D. Sirota, Esq.
                Warren A. Usatine, Esq.
                Felice R. Yudkin, Esq.
                Seth Van Aalten, Esq. (admitted *pro hac vice*)
                Court Plaza North, 25 Main Street
                Hackensack, New Jersey 07601
                Telephone: (201) 489-3000
                Email:    msirota@coleschotz.com
                wusatine@coleschotz.com
                fyudkin@coleschotz.com
                        svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990
Email: arosenberg@paulweiss.com
          aeaton@paulweiss.com
          chopkins@paulweiss.com
          smitchell@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

4

**Exhibit A**

**Proposed Assumed and Assigned Unexpired Leases and Proposed Cure Payments**

| Store Number | Address | Landlord | Debtor Counterparty | Proposed Cure |
|---|---|---|---|---|

# Exhibit B

Supplemental DN 2325 Landlords Service List

Served via First-Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28086192 | BRIXMOR SPE 2 LLC | C/O BRIXMOR PROPERTY GROUP | 200 W RIDGE PIKE | STE 101 | CONSHOHOCKEN | PA | 19428-3702 |
| 28095147 | MELVIN & MARY SCHAEFER | ADDRESS ON FILE | | | | | |
| 28102239 | WEC 97K-19 INVESTMENT TRUST | C/O ALLERAND REALTY HOLDINGS | 1000 BRICKELL AVE | STE 720 | MIAMI | FL | 33131-3047 |

In re: New Rite Aid, LLC, *et al.*
Case No. 25-14861 (MBK)

Page 1 of 1