## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Order Approving the Assumption and Assignment of Chen 1998 Family Trust, et al. Unexpired Lease to Ross Dress for Less, Inc. [Docket No. 2983] (the "*Assumption and Assignment of Chen Order*")

- Order Approving the Assumption and Assignment of Certain Unexpired Lease to Ross Dress for Less, Inc. [Docket No. 2985] (the "*Ross Lease Assumption Order*")

- Notice of Agenda of Matters Scheduled to be Heard on October 27, 2025 at 10:00 a.m. (ET) [Docket No. 2987]

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the Assumption and Assignment of Chen Order and Ross Lease Assumption Order to be served via First-Class Mail on (1) the Master Service List attached hereto as **Exhibit B**, and (2) the Notice Parties Service List attached hereto **Exhibit C**.

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the Assumption and Assignment of Chen Order to be served via First-Class Mail on Mid-Peninsula Management Inc, (ADRID: 28111160), PO Box 1652, Burlingame, CA, 94011-1652.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

On October 24, 2025, at my direction and under my supervision, employees of Kroll caused the Ross Lease Assumption Order to be served by the method set forth on the DN 2985 Landlords Service List attached hereto as **Exhibit D**.

Dated: November 13, 2025

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 13, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 92701

## Exhibit A

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| 1970 GROUP, INC. | ATTN: STEPHEN ROSEMAN, ANGELA BUHRKE | SR@1970GROUP.COM<br>ABUHRKE@1970GROUP.COM |
| AHDOOT & WOLFSON, PC | ATTN: ANDREW W. FERICH, ESQUIRE | AFERICH@AHDOOTWOLFSON.COM |
| ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ. | ADARTIGLIO@ANSELL.LAW |
| ARENTFOX SCHIFF LLP | ATTN: NICHOLAS A. MARTEN, ESQ. | NICHOLAS.MARTEN@AFSLAW.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, ESQUIRE<br>NAHAL ZARNIGHIAN, ESQUIRE | BRANCHD@BALLARDSPAHR.COM<br>ZARNIGHIANN@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: JUSTIN E. KERNER | KERNERJ@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQUIRE, LAUREL D. ROGLEN, ESQUIRE, MARGARET A. VESPER, ESQUIRE, MATTHEW G. SUMMERS, NICHOLAS J. BRANNICK | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM<br>SUMMERSM@BALLARDSPAHR.COM<br>BRANNICKN@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: MICHAEL S. MYERS, ESQUIRE<br>JOEL F. NEWELL, ESQUIRE | MYERSM@BALLARDSPAHR.COM<br>NEWELLJ@BALLARDSPAHR.COM |
| BANK OF AMERICA, N.A., RETAIL FINANCE GROUP | ATTN: COURTNEY KOLB | DADLER@BOFA.COM |
| BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN, ESQ. | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | ATTN: SCOTT L. FLEISCHER, ESQ. | SFLEISCHER@BARCLAYDAMON.COM |
| BATESCAREY LLP | ATTN: ADAM H. FLEISCHER, ESQ., ALLYSON C. SPACHT, ESQ. | ASPACHT@BATESCAREY.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| BAYARD, P.A. | ATTN: ERICKA F. JOHNSON, ESQ. | EJOHNSON@BAYARDLAW.COM |
| BELKIN BURDEN GOLDMAN, LLP | ATTN: JAY B. SOLOMON, ESQ. | JSOLOMON@BBGLLP.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, STEVEN L. WALSH, ESQ., JENNIFER R. HOOVER, ESQ. | KCAPUZZI@BENESCHLAW.COM<br>JHOOVER@BENESCHLAW.COM<br>SWALSH@BENESCHLAW.COM |
| BERNSTEIN-BURKLEY, P.C. | ATTN: KERI P. EBECK | KEBECK@BERNSTEINLAW.COM |
| BERTONE PICCINI, LLP | ATTN: OWEN LIPNICK, ESQ. | OLIPNICK@BERTONEPICCINI.COM |
| BEWLEY LASSLEBEN & MILLER LLP | ATTN: ERNIE ZACHARY PARK | ERNIE.PARK@BEWLEYLAW.COM |
| BOND, SCHOENECK & KING, PLLC | ATTN: EDWARD J. LOBELLO, ESQ., JUSTIN S. KRELL, ESQ. | ELOBELLO@BSK.COM<br>JKRELL@BSK.COM |
| BOND, SCHOENECK & KING, PLLC | ATTN: JUSTIN S. KRELL, ESQ. | JKRELL@BSK.COM |
| BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ. | SCHIN@BORGESLAWLLC.COM |
| BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE | JNIMEROFF@BROWNNIMEROFF.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: BRIGID K. NDEGE | BRIGID.NDEGE@BCLPLAW.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH | DMUNSETH@BCLPLAW.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: DANIEL H. SLATE, JEFFREY K. GARFINKLE, BRIAN T. HARVEY | DSLATE@BUCHALTER.COM<br>JGARFINKLE@BUCHALTER.COM<br>BHARVEY@BUCHALTER.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| BYRNELAW APC | ATTN: JOHN P. BYRNE | JOHN.BYRNE@BYRNELAWCORP.COM |
| CAIRNCROSS & HEMPELMANN | ATTN: BINAH B. YEUNG, ESQ. | BYEUNG@CAIRNCROSS.COM |
| CAPEHART & SCATCHARD, P.A. | ATTN: WILLIAM G. WRIGHT, ESQ. | WWRIGHT@CAPEHART.COM |
| CARMODY TORRANCE SANDAK & HENNESSEY LLP | ATTN: MARC J. KURZMAN, ESQ. | MKURZMAN@CARMODYLAW.COM |
| CHARLES E. BOULBOL, P.C. | ATTN: CHARLES E. BOULBOL | RTRACK@MSN.COM |
| CHARLSON BRABER MCCABE & DENMARK | ATTN: LIAM Y. BRABER, ESQ. | LIAM@CHARLSONLAW.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, BRIAN KANTAR, SAM DELLA FERA, JR, TERRI JANE FREEDMAN | SZUBER@CSGLAW.COM<br>BKANTAR@CSGLAW.COM<br>SDELLAFERA@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM |
| CHOATE, HALL & STEWART LLP | ATTN: MARK SILVA, JOHN VENTOLA, KEVIN SIMARD, JONATHAN MARSHALL, RICK THIDE, JEAN-PAUL JAILLET, MARK G.EDGARTON | MSILVA@CHOATE.COM<br>JVENTOLA@CHOATE.COM<br>KSIMARD@CHOATE.COM<br>JMARSHALL@CHOATE.COM<br>RTHIDE@CHOATE.COM<br>JJAILLET@CHOATE.COM<br>GEDGARTON@CHOATE.COM |
| CIARDI CIARDI & AUSTIN | ATTN: ALBERT A. CIARDI, III, ESQUIRE, JENNIFER C. MCENTEE, ESQUIRE | ACIARDI@CIARDILAW.COM<br>JCRANSTON@CIARDILAW.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CITY OF PHILADELPHIA LAW DEPARTMENT | ATTN: TAX LITIGATION & COLLECTIONS UNIT | PAMELA.THURMOND@PHILA.GOV |
| CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH | AHORNISHER@CLARKHILL.COM<br>TBUSH@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: STEVEN M. RICHMAN | SRICHMAN@CLARKHILL.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C. | ATTN: ALEXANDER F. BARTH, ESQUIRE | ABARTH@COHENSEGLIAS.COM |
| COHEN, WEISS AND SIMON LLP | ATTN: MELISSA S. WOODS, RICHARD M. SELTZER, MATTHEW E. STOLZ, K. JEFF WANG | MWOODS@CWSNY.COM<br>RSELTZER@CWSNY.COM<br>MSTOLZ@CWSNY.COM<br>JWANG@CWSNY.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA ESQ., WARREN A. USATINE ESQ., FELICE R. YUDKIN ESQ., SETH VAN AALTEN ESQ. | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>SVANAALTEN@COLESCHOTZ.COM |
| COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION | ATTN: RACHEL ATKIN | RACHEL.ATKIN@COMPUTERSHARE.COM |
| COZEN O'CONNOR | ATTN: JOHN T. CARROLL, III, ESQ. | JCARROLL@COZEN.COM |
| CSC DELAWARE TRUST COMPANY | ATTN: GREGORY DANIELS | GREGORY.DANIELS@CSCGLOBAL.COM |
| CULLEN AND DYKMAN LLP | ATTN: KYRIAKI CHRISTODOULOU | KCHRISTODOULOU@CULLENLLP.COM |
| DASTI & STAIGER, P.C. | ATTN: WILLIAM J. OXLEY | WOXLEY@DASTILAW.COM |
| DAVID CHRISTIAN ATTORNEYS LLC | ATTN: DAVID CHRISTIAN, ESQ. | DCHRISTIAN@DCA.LAW |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| DAVIS WRIGHT TREMAINE LLP | ATTN: MICHAEL GOETTIG | MICHAELGOETTIG@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>SAHARSOOMRO@DWT.COM |
| DEBEVOISE & PLIMPTON LLP | ATTN: ERICA S. WEISGERBER, ELIE J. WORENKLEIN, MATTHEW J. SORENSEN | EWEISGERBER@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MJSORENSEN@DEBEVOISE.COM |
| DEMERLE & ASSOCIATES, P.C. | ATTN: PATRICIA ANTONELLI, ESQ. | PANTONELLI@DEMERLEPC.COM |
| DLA PIPER LLP (US) | ATTN: RICHARD A. CHESLEY, JEFFREY S. TOROSIAN | RICHARD.CHESLEY@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM |
| DUANE MORRIS LLP | ATTN: DREW S. MCGEHRIN, ESQ., LAWRENCE J. KOTLER | DSMCGEHRIN@DUANEMORRIS.COM<br>LJKOTLER@DUANEMORRIS.COM |
| EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ. | TPITTA@EMMETMARVIN.COM |
| ERVIN COHEN & JESSUP LLP | C/O BYRON Z. MOLDO, ESQ. | BMOLDO@ECJLAW.COM |
| FARRELL FRITZ, P.C. | ATTN: DARREN A. PASCARELLA | DPASCARELLA@FARRELLFRITZ.COM |
| FARRELL FRITZ, P.C. | ATTN: JOHN C. STELLAKIS | JSTELLAKIS@FARRELLFRITZ.COM |
| FLASTER/GREENBERG P.C. | ATTN: WILLIAM J. BURNETT, ESQUIRE | WILLIAM.BURNETT@FLASTERGREENBERG.COM |
| FOLEY & LARDNER LLP | ATTN: ANNE B. SEKEL | ASEKEL@FOLEY.COM |
| FORMAN HOLT | ATTN: MICHAEL E. HOLT | MHOLT@FORMANLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| FRIEDMAN LAW GROUP, P.C | ATTN: J. BENNETT FRIEDMAN | JFRIEDMAN@FLG-LAW.COM |
| FROST BROWN TODD LLP | ATTN: A.J. WEBB, JOY D. KLEISINGER | AWEBB@FBTLAW.COM JKLEISINGER@FBTLAW.COM |
| FROST BROWN TODD LLP | ATTN: JORDAN S. BLASK | JBLASK@FBTLAW.COM |
| GENOVA BURNS LLC | ATTN: DANIEL M. STOLZ | DSTOLZ@GENOVABURNS.COM |
| GIBBONS P.C. | ATTN: JOHN S. MAIRO, MARK B. CONLAN | JMAIRO@GIBBONSLAW.COM MCONLAN@GIBBONSLAW.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK, ESQ. | DBRUCK@GREENBAUMLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, JULIA FROST-DAVIES | BRODYA@GTLAW.COM JULIA.FROSTDAVIES@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: JULIA FROST-DAVIES | JULIA.FROSTDAVIES@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | ATTN: WALTER BENZIJA, ESQ., DONNA H. LIEBERMAN, ESQ., KEARA M. WALDRON, ESQ. | WBENZIJA@HALPERINLAW.NET DLIEBERMAN@HALPERINLAW.NET KWALDRON@HALPERINLAW.NET |
| HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP | ATTN: ERIC R. PERKINS, ESQ | EPERKINS@HLGSLAW.COM |
| HILL WALLACK LLP | ATTN: MICHAEL KAHME, ESQ. | MKAHME@HILLWALLACK.COM |
| HODGSON RUSS LLP | ATTN: JON T. POWERS, ESQ. | TPOWERS@HODGSONRUSS.COM |
| ICE MILLER LLP | ATTN: LOUIS T. DELUCIA, ESQ., ALYSON M. FIEDLER, ESQ., NATHAN BASALYGA, ESQ. | LOUIS.DELUCIA@ICEMILLER.COM ALYSON.FIEDLER@ICEMILLER.COM NATHAN.BASALYGA@ICEMILLER.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| JACKSON WALKER LLP | ATTN: KRISTHY M. PEGUERO, VICTORIA ARGEROPLOS | KPEGUERO@JW.COM<br>VARGEROPLOS@JW.COM |
| JACKSON WALKER LLP | ATTN: WILLIAM T. FARMER | WFARMER@JW.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SINIS, P.C. | ATTN: RAYMOND M. PATELLA | RPATELLA@LAWJW.COM |
| JONES DAY | ATTN: HEATHER LENNOX, T. DANIEL REYNOLDS | HLENNOX@JONESDAY.COM<br>TDREYNOLDS@JONESDAY.COM |
| JONES MURRAY LLP | ATTN: MATTHEW W. BOURDA | MATTHEW@JONESMURRAY.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT,ESQ. | WLEVANT@KAPLAW.COM |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ., ERIC R. WILSON, ESQ., MAEGHAN J. MCLOUGHLIN, ESQ., ROBERT L. LEHANE, ESQ., JENNIFER D. RAVIELE, ESQ., CONNIE Y. CHOE, ESQ., JOHN CHURCHILL, ESQ. | MMCLOUGHLIN@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRY.COM<br>CCHOE@KELLEYDRYE.COM<br>JCHURCHILL@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, ANDRES BARAJAS, DANE P. KANE, CONNIE Y. CHOE | RLEHANE@KELLEYDRYE.COM<br>DKANE@KELLEYDRYE.COM<br>ABARAJAS@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: JORDAN KAUFMAN (BANKRUPTCY DIVISION) | BANKRUPTCY@KERNCOUNTY.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: CORINNE SAMLER BRENNAN | CBRENNAN@KLEHR.COM |
| KLEHR HARRISON HARVEY BRANZBURG, LLP | ATTN: MORTON R. BRANZBURG, ESQ | MBRANZBURG@KLEHR.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: RACHAEL L. RINGER, ADAM C. ROGOFF, MEGAN M. WASSON | RRINGER@KRAMERLEVIN.COM<br>AROGOFF@KRAMERLEVIN.COM<br>MWASSON@KRAMERLEVIN.COM |
| KURTZMAN \| STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | ATTN: KIMBERLY A. BROWN, COLIN R. ROBINSON, JOSHUA B. BROOKS | BROWN@LRCLAW.COM<br>ROBINSON@LRCLAW.COM<br>BROOKS@LRCLAW.COM |
| LATHAM & WATKINS LLP | ATTN: ADAM S. RAVIN, CANDACE M. ARTHUR | ADAM.RAVIN@LW.COM<br>CANDACE.ARTHUR@LW.COM |
| LATHAM & WATKINS LLP | ATTN: JONATHAN GORDON | JONATHAN.GORDON@LW.COM |
| LAU & ASSOCIATES, P.C. | ATTN: SHAWN J. LAU | SHAWN_LAU@MSN.COM |
| LAW OFFICE OF SHMUEL KLEIN PA | ATTN: SHMUEL KLEIN, ESQ. | SHMUEL.KLEIN@VERIZON.NET |
| LAW OFFICE OF WILLIAM P. FENNELL, A.P.L.C. | ATTN: WILLIAM P. FENNELL, ESQ | WILLIAM.FENNELL@FENNELLLAW.COM |
| LAW OFFICES OF ALLAN D. SARVER | ATTN: ALLAN D. SARVER, ESQ. | ADS@ASARVERLAW.COM |
| LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM, ESQ. | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| LAW OFFICES OF RONALD K. BROWN, JR. | ATTN: RONALD K. BROWN, ESQ. | RON@RKBROWNLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LAZARE POTTER GIACOVAS & MOYLE LLP | ATTN: ANNA PIA D. FELIX, ESQ., MICHAEL T. CONWAY, ESQ. | AFELIX@LPGMLAW.COM<br>MCONWAY@LPGMLAW.COM |
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: JOHN J. JACKO III | JJACKO@LEECHTISHMAN.COM |
| LEIGHTON LAW GROUP, LLC | ATTN: JAY B. LEIGHTON, ESQ. | JAY@LEIGHTON-LAW.COM |
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. | ATTN: JOHN-PATRICK M. FRITZ, JEFFREY S. KWONG | JPF@LNBYG.COM<br>JSK@LNBYG.COM |
| LEVY RATNER, P.C. | ATTN: JESSICA I. APTER, RYAN J. BARBUR | JAPTER@LEVYRATNER.COM<br>RBARBUR@LEVYRATNER.COM |
| LINDABURY MCCORMICK ESTABROOK & COOPER, P.C. | ATTN: JAY LAVROFF, ESQ. | JLAVROFF@LINDABURY.COM |
| LOEB & LOEB LLP | ATTN: JOHN A. PISKORA, VADIM J. RUBINSTEIN | JPISKORA@LOEB.COM<br>VRUBINSTEIN@LOEB.COM |
| LUNDY, BELDECOS & MILBY, P.C. | ATTN: JESSICA M. GULASH, ESQ. | JGULASH@LBMLAW.COM |
| MAURICE WUTSCHER LLP | ATTN: ALAN C. HOCHHEISER, ESQ. | AHOCHHEISER@MAURICEWUTSCHER.COM |
| MCCARTER & ENGLISH, LLP | ATTN: JEFFREY T. TESTA, ESQ., CLEMENT J. FARLEY, ESQ | JTESTA@MCCARTER.COM<br>CFARLEY@MCCARTER.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, VIRGINIA T. SHEA | GBRESSLER@MDMC-LAW.COM<br>VSHEA@MDMC-LAW.COM |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | ATTN: ANTHONY SODONO III, MICHELE M. DUDAS | ASODONO@MSBNJ.COM<br>MDUDAS@MSBNJ.COM |
| MELLINGER KARTZMAN LLC | ATTN: STEVEN A. JAYSON, ESQ., STEVEN P. KARTZMAN | SJAYSON@MSKLAW.NET |
| MILL RUN OFFICE CENTER | ATTN: KEVIN T FOGERTY | KFOGERTY@FOGERTYLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: IAN A. HAMMEL, ESQ. | IAHAMMEL@MINTZ.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ. | KRWALSH@MINTZ.COM |
| MORITT HOCK & HAMROFF LLP | ATTN: LESLIE A. BERKOFF, ALLISON AROTSKY | LBERKOFF@MORITTHOCK.COM AAROTSKY@MORITTHOCK.COM |
| MORRISON COHEN LLP | ATTN: ALVIN C. LIN, ESQ., DAVID J. KOZLOWSKI, ESQ. | ALIN@MORRISONCOHEN.COM DKOZLOWSKI@MORRISONCOHEN.COM BANKRUPTCY@MORRISONCOHEN.COM |
| NORRIS MCLAUGHLIN, P.A. | ATTN: MELISSA A. PEÑA, BRUCE J. WISOTSKY, ESQ. | MAPENA@NORRIS-LAW.COM BJWISOTSKY@NORRIS-LAW.COM |
| NORRIS MCLAUGHLIN, P.A. | ATTN: STUART L. KOSSAR, ESQ | SLKOSSAR@NORRIS-LAW.COM |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | ATTN: D. ALEXANDER BARNES, ESQUIRE | ALEXANDER.BARNES@OBERMAYER.COM |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | ATTN: EDMOND M. GEORGE, ESQUIRE, D. ALEXANDER BARNES, ESQUIRE | EDMOND.GEORGE@OBERMAYER.COM ALEXANDER.BARNES@OBERMAYER.COM |
| OFFICE OF US ATTORNEY, DISTRICT OF NEW JERSEY | ATTN: EAMONN O'HAGAN, ESQ., SENIOR BANKRUPTCY COUNSEL | EAMONN.OHAGAN@USDOJ.GOV |
| OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER, ESQUIRE | PWINTERHALTER@OFFITKURMAN.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, TEDDY M. KAPUR, STEVEN W. GOLDEN | BSANDLER@PSZJLAW.COM TKAPUR@PSZJLAW.COM SGOLDEN@PSZJLAW.COM |

In re: New Rite Aid, LLC, *et al.*

Case No. 25-14861 (MBK)

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| PALMA LAW FIRM, P.C. | ATTN: VALERIE PALMA DELUISI, ESQ. | VPD@PALMALAWFIRM.COM |
| PAPERNICK & GEFSKY, LLC | ATTN: ROBERT L. MURPHY, ESQ | RMURPHY@PAPERNICK-GEFSKY.COM |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: DEANNA L. KOESTEL; DAVID E. SKLAR | DSKLAR@PASHMANSTEIN.COM |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: HENRY J. JAFFE | HJAFFE@PASHMANSTEIN.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW N. ROSENBERG, ALICE BELISLE EATON, CHRISTOPHER HOPKINS, SEAN A.MITCHELL, ALISON R. BENEDON | AROSENBERG@PAULWEISS.COM ABENEDON@PAULWEISS.COM AEATON@PAULWEISS.COM CHOPKINS@PAULWEISS.COM SMITCHELL@PAULWEISS.COM |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: DEBRA D. WARRING, MELISSA L VAN ECK | DWARRING@ATTORNEYGENERAL.GOV |
| PENSION BENEFIT GUARANTY CORPORATION, OFFICE OF THE GENERAL COUNSEL | ATTN: KELSEY L. OWENS, ESQ., JOEL W. RUDERMAN | OWENS.KELSEY1@PBGC.GOV EFILE@PBGC.GOV RUDERMAN.JOEL@PBGC.GOV |
| PENTIUK, COUVREUR & KOBILJAK, P.C. | ATTN: RANDALL A. PENTIUK | RPENTIUK@PCK-LAW.COM |
| PICK & ZABICKI LLP | ATTN: DOUGLAS J. PICK, ESQ. | DPICK@PICKLAW.NET |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: KELLY D. CURTIN, ZHENYI ZHOU | KDCURTIN@PBNLAW.COM JZHOU@PBNLAW.COM |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN JR., ESQ., KIMBERLY N. PAGEAU, ESQ. | WJMARTIN@PBNLAW.COM KNPAGEAU@PBNLAW.COM |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, ESQ. | SLIEBERMAN@PRYORCASHMAN.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| RABINOWITZ, LUBETKIN & TULLY, LLC | ATTN: JONATHAN I. RABINOWITZ, ESQ., BARRY J. ROY, ESQ. | JRABINOWITZ@RLTLAWFIRM.COM<br>BROY@RLTLAWFIRM.COM |
| RAISNER ROUPINIAN LLP | ATTN: GAIL C. LIN, JACK A. RAISNER, RENE S. ROUPINIAN | GCL@RAISNERROUPINIAN.COM<br>JAR@RAISNERROUPINIAN.COM<br>RSR@RAISNERROUPINIAN.COM |
| RAY QUINNEY & NEBEKER, P.C. | ATTN: DAVID H. LEIGH | DLEIGH@RQN.COM |
| REED SMITH LLP | ATTN: JASON D. ANGELO, ESQ. | JANGELO@REEDSMITH.COM |
| REED SMITH LLP | ATTN: OMAR J. ALANIZ, ESQ | OALANIZ@REEDSMITH.COM |
| ROBINSON & COLE LLP | ATTN: EVAN LAZEROWITZ, ESQUIRE, PATRICK BIRNEY, ESQUIRE, RICHARD WILLI, ESQUIRE | ELAZEROWITZ@RC.COM<br>PBIRNEY@RC.COM<br>RWILLI@RC.COM |
| ROETZEL & ANDRESS, LPA | ATTN: TIMOTHY M. REARDON | TREARDON@RALAW.COM |
| SACCO & FILLAS, LLP | ATTN: MORRIS SCHLAF, ESQ. | ZKAPLAN@SACCOFILLAS.COM |
| SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, JOHN D. DEMMY | MONIQUE.DISABATINO@SAUL.COM<br>JOHN.DEMMY@SAUL.COM |
| SAXTON & STUMP, LLC | ATTN: BARRY A. SOLODKY, ESQUIRE | BSO@SAXTONSTUMP.COM |
| SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG | DEDELBERG@SH-LAW.COM |
| SCHENCK, PRICE, SMITH & KING, LLP | ATTN: FRANKLIN BARBOSA, JR., ESQ. | FB@SPSK.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SCHWARTZ & GREENBAUM, LLC | ATTN: CRAIG M. SCHWARTZ, ESQ. | CMS@SGMDLAW.COM |
| SECURITIES & EXCHANGE COMMISSION NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC | ATTN: MICHAEL B. DUBIN, ESQ., WILLIAM J. MAFFUCCI, ESQ. | MDUBIN@SOGTLAW.COM WMAFFUCCI@SOGTLAW.COM |
| SEWARD & KISSEL LLP | ATTN: RONALD A HEWITT | HEWITT@SEWKIS.COM |
| SEYFARTH SHAW LLP | ATTN: JAMES S. YU | JYU@SEYFARTH.COM |
| SHAPIRO, CROLAND, REISER, APFEL & DI LORIO, LLP | ATTN: JOHN P. DI LORIO, ROBERT P. SHAPIRO | JDIIORIO@SHAPIROCROLAND.COM RSHAPIRO@SHAPIROCROLAND.COM |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: SOPHIA L. CAHILL, ESQ. | SCAHILL@SHEPPARDMULLIN.COM |
| SHIPMAN & GOODWIN LLP | ATTN: ERIC S. GOLDSTEIN, ESQ. | EGOLDSTEIN@GOODWIN.COM |
| SHUB JOHNS & HOLBROOK LLP | ATTN: BENJAMIN F. JOHNS | BJOHNS@SHUBLAWYERS.COM |
| SIDLEY AUSTIN LLP | ATTN : DENNIS M. TWOMEY | DTWOMEY@SIDLEY.COM |
| SIDLEY AUSTIN LLP | ATTN: ANNA GUMPORT | AGUMPORT@SIDLEY.COM |
| SIDLEY AUSTIN LLP | ATTN: JOHN J. KUSTER | JKUSTER@SIDLEY.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| SILLS CUMMIS & GROSS P.C | ATTN: ANDREW SHERMAN, BORIS MANKOVETSKIY, GREGORY A. KOPACZ | ASHERMAN@SILLSCUMMIS.COM BMANKOVETSKIY@SILLSCUMMIS.COM GKOPACZ@SILLSCUMMIS.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON | DPLON@SIRLINLAW.COM |
| SPENCER FANE LLP | ATTN: JOHN G. WILLARD, ESQ. | JGWILLARD@SPENCERFANE.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: JEFFREY N. ROTHLEDER | JEFFREY.ROTHLEDER@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: NORMAN N. KINEL | NORMAN.KINEL@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: PETER R. MORRISON, MAURA P. MCINTYRE | PETER.MORRISON@SQUIREPB.COM MAURA.MCINTYRE@SQUIREPB.COM |
| STARK & STARK, PC | ATTN: THOMAS S. ONDER, JOSEPH H. LEMKIN | TONDER@STARK-STARK.COM JLEMKIN@STARK-STARK.COM |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: JAMES M.C. MCHALE, HALEY VAN EREM | OAG@OAG.STATE.MD.US JMCHALE@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| TAYMAN LANE CHAVERRI LLP | ATTN: JEFFREY RHODES, ESQ. | JRHODES@TLCLAWFIRM.COM |
| TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ. | BROST@TSPCLAW.COM |
| THE HINDS LAW GROUP, APC | ATTN: JAMES ANDREW HINDS, JR. | JHINDS@HINDSLAWGROUP.COM |
| TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: GINA BAKER HANTEL | GINA.HANTEL@AG.TN.GOV |
| TRIF & MODUGNO LLC | ATTN: LOUIS A. MODUGNO | LMODUGNO@TM-FIRM.COM |
| TROUTMAN PEPPER LOCKE LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| TUCKER ARENSBERG, P.C. | ATTN: EVAN C. PAPPAS, ESQUIRE | EPAPPAS@TUCKERLAW.COM |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: CRYSTAL GEISE | CRYSTAL.GEISE@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: MARY A. SCHMERGEL | MARY.SCHMERGEL@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: RYAN W. LAMB,  CRYSTAL J. GEISE | RYAN.LAMB@USDOJ.GOV CRYSTAL.GEISE@USDOJ.GOV |
| USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER, LAUREN BIELSKIE | JEFFREY.M.SPONDER@USDOJ.GOV LAUREN.BIELSKIE@USDOJ.GOV |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| VALINOTI, SPECTER & DITO, LLP | ATTN: JEFFREY A. DITO, ESQ. | JDITO@VALINOTI-DITO.COM |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV |
| WEBBER MCGILL LLC | ATTN: DOUGLAS J. MCGILL, ESQ. | DMCGILL@WEBBERMCGILL.COM |
| WEBER GALLAGHER, LLP | ATTN: ANDREW SMALL, ESQ. | ASMALL@WGLAW.COM |
| WENOKUR RIORDAN, PLLC | ATTN: FAYE C. RASCH | FAYE@WRLAWGROUP.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | ATTN: THOMAS A. DRAGHI, ALEXANDRA PONTRELLO | TDRAGHI@WESTERMANLLP.COM APONTRELLO@WESTERMANLLP.COM |
| WHITE AND WILLIAMS LLP | ATTN: JEREMIAH J. VANDERMARK | VANDERMARKJJ@WHITEANDWILLIAMS.COM |
| WILENTZ, GOLDMAN & SPITZER, P.A. | ATTN: DAVID H. STEIN, ESQ. | DSTEIN@WILENTZ.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN: BRETT H. MILLER, TODD M. GOREN, JAMES H. BURBAGE, JESSICA D. GRABER, MISHA EMANOIL, JOSEPH T. BAIO, CHRISTOPHER J. ST. JEANOS, KATHERINE HIGGINBOTHAM | BMILLER@WILLKIE.COM TGOREN@WILLKIE.COM JBURBAGE@WILLKIE.COM JGRABER@WILLKIE.COM MEMANOIL@WILLKIE.COM JBAIO@WILLKIE.COM CSTJEANOS@WILLKIE.COM KHIGGINBOTHAM@WILLKIE.COM |
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | ATTN: SIMON ARON, ESQ | SARON@WRSLAWYERS.COM |

Exhibit A

Master Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: PAUL R. DEFILIPPO, ESQ., JAMES N. LAWLOR, ESQ., JOSEPH F. PACELLI, ESQ., NICHOLAS A. SERVIDER, ESQ | PDEFILIPPO@WMD-LAW.COM<br>JLAWLOR@WMD-LAW.COM<br>JPACELLI@WMD-LAW.COM<br>NSERVIDER@WMD-LAW.COM |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: PAUL R. DEFILIPPO, ESQ., JAMES N. LAWLOR, ESQ., JOSEPH F. PACELLI, ESQ., NICHOLAS A. SERVIDER, ESQ | PDEFILIPPO@WMD-LAW.COM<br>JLAWLOR@WMD-LAW.COM<br>JPACELLI@WMD-LAW.COM<br>NSERVIDER@WMD-LAW.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J. MANGAN | KEVIN.MANGAN@WBD-US.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: WOJCIECH F. JUNG | WOJCIECH.JUNG@WBD-US.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: WOJCIECH F. JUNG, EDWARD L. SCHNITZER | WOJCIECH.JUNG@WBD-US.COM<br>EDWARD.SCHNITZER@WBD-US.COM |
| YODER & LANGFORD, P.C. | ATTN: ROBERT R. YODER | ROBERT@YODERLANGFORD.COM |

**Exhibit B**

Exhibit B

Master Service List

Served via First-Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| COUNSEL TO CKAD HOLDINGS, LLC | CALDWELL & KERNS, P.C. | ATTN: PETER M. GOOD, ESQUIRE<br>3631 NORTH FRONT STREET<br>HARRISBURG PA 17110 |
| COUNSEL TO OSJ OF PETERBOROUGH LLC | CUTOLO BARROS LLC | ATTN: JOSEPH A. KUTSCHMAN III, ESQ.<br>46-50 THROCKMORTON STREET<br>FREEHOLD NJ 07728 |
| COUNSEL TO DANITA BROWN AND DONALD BROWN | GENOVA BURNS LLC | ATTN: DONALD W. CLARKE, ESQ.<br>494 BROAD STREET<br>NEWARK NJ 07102 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 |
| COUNSEL TO WAYNE COUNTY TREASURER | SHERMETA, KILPATRICK & ASSOCIATES, PLLC | ATTN: RICHARDO I. KILPATRICK<br>1030 DORIS RD<br>AUBURN HILLS MI 48326 |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE ID 83720-1000 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FLOOR<br>ALBANY  NY 12224-0341 |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE OFFICE TOWER<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43266-0410 |

Exhibit B

Master Service List

Served via First-Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>202 NORTH NINTH STREET<br>RICHMOND  VA 23219 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW JERSEY | UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW JERSEY | ATTN: ALINA HABBA<br>970 BROAD STREET, 7TH FLOOR<br>NEWARK NJ 07102 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | USDOJ, OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER, LAUREN BIELSKIE<br>ONE NEWARK CENTER<br>SUITE 2100<br>NEWARK NJ 07102 |

**Exhibit C**

Exhibit C

Notice Parties Service List

Served via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQUIRE, LAUREL D. ROGLEN, ESQUIRE, MARGARET A. VESPER, ESQUIRE, MATTHEW G. SUMMERS, NICHOLAS J. BRANNICK | 919 N. MARKET STREET | 11TH FLOOR | WILMINGTON | DE | 19801 |
| BALLARD SPAHR LLP | ATTN: JUSTIN E. KERNER | 700 EAST GATE DRIVE, SUITE 330 | | MOUNT LAUREL | NJ | 08054 |

## Exhibit D

Exhibit D

DN 2985 Landlords Service List
Served as set forth below

| AddressID | Name | Address1 | Address2 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| 28163359 | SVAP III PLAZA MEXICO LLC | C/O STERLING RETAIL SERVICES INC | 201 DATURA ST, STE 100 | WEST PALM BEACH | FL | 33401 | salesreporting@sterlingorganization.com | First-Class Mail and Email |
| 30656975 | SVAP III PLAZA MEXICO LLC | 302 DATURA ST, STE 100 | | WEST PALM BEACH | FL | 33401 | | First-Class Mail |