## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 25-14861 |
| New Rite Aid, LLC | : | | |
| | : | Chapter: | 11 |
| | : | | |
| Debtor(s) | : | Adv. Pro. No.: | |
| | : | | |

### CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _____Wendy Quiles_____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____November 13, 2025_____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____November 3, 2025_____ was filed.

A copy of the appeal was served on the following parties on _____November 14, 2025_____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Michael D. Sirota, attorney for debtor | 25 Main Street Hackensack, NJ 07601 | ☒ Notice of Electronic Filing (NEF) ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) ❏ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____November 14, 2025_____

By: _____Wendy Quiles_____
Deputy Clerk

*rev. 1/13/17*