UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| New Rite Aid, LLC | Case Number: | 25-14861 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal     ☒ Order being Appealed     ☒ Appellant's Designation of Record on Appeal
☒ Appellant's Statement of Issues     ☐ Transcript     ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal     ☐ Certification of Failure to File Designation     ☐ Motion to Withdraw the Reference
☒ Other  #3159 Opinion

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on November 13, 2025. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | HVP2 LLC | Appellee(s): | NEW RITE AID, LLC |
| Attorney: | Shmuel Klein PA | Attorney: | Michael D. Sirota |
| Address: | 113 Cedarhill Ave | Address: | 25 Main St. |
| | Mahwah, NJ 07430 | | Hackensack, NJ 07601 |

Title of Order Appealed:  #3161 Order Denying Motion for Adequate Protection

Date Entered On Docket:  November 3, 2025

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 25-CV-14757 | Judge Robert Kirsch | August 20, 2025 |
| 25-CV-17041 | Judge Robert Kirsch | October 30, 2025 |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*