| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail:  bmiller@willkie.com<br>            tgoren@willkie.com<br>            jburbage@willkie.com<br>            jgraber@willkie.com<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | **SILLS CUMMIS & GROSS P.C.**<br>Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>E-mail:  asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br>            gkopacz@sillscummis.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                                        Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF BRETT H. MILLER**
**IN FURTHER SUPPORT OF THE APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025**

I, Brett H. Miller, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that, to the best of my knowledge and belief and after reasonable inquiry, I believe the following is true and correct:

1. I am a partner in the law firm of Willkie Farr & Gallagher LLP ("Willkie"), with offices at 787 Seventh Avenue, New York, New York 10019, among other locations, and I am

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

duly authorized to make this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of Willkie.  I am an attorney duly admitted and in good standing to practice before the Bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.  There are no disciplinary proceedings pending against me.

2. On July 3, 2025, the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases (the "Committee") filed the *Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1313] (the "Application") to employ and retain Willkie as co-counsel for the Committee.  In support of the Application, I filed the *Declaration of Brett H. Miller in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1313, Exh. B] (the "Original Declaration") and the *First Supplemental Declaration of Brett H. Miller in Further Support of the Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1443] (the "First Supplemental Declaration").  On July 15, 2025, the Court entered the *Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 1457] (the "Retention Order").  On July 22, 2025, I filed the *Second Supplemental Declaration of Brett H. Miller in Further Support of the Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective*

*as of May 16, 2025* [Docket No. 1522] (the "Second Supplemental Declaration"). On October 17, 2025, I filed the *Third Supplemental Declaration of Brett H. Miller in Further Support of the Application for Entry of an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of May 16, 2025* [Docket No. 2917] (the "Third Supplemental Declaration" and, together with the First Supplemental Declaration and Second Supplemental Declaration, the "Supplemental Declarations").

3. In connection with the Application and the Retention Order, I submit this Fourth Supplemental Declaration as a supplement to my Original Declaration and Supplemental Declarations, and to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order.

4. This Fourth Supplemental Declaration has been prepared in accordance with paragraph 14 of the Original Declaration, which provides that Willkie will supplement the disclosures in the Original Declaration periodically to the extent required as a result of additional information becoming available during these Chapter 11 Cases.

5. Except as otherwise indicated in this Fourth Supplemental Declaration, the facts set forth in this Fourth Supplemental Declaration are personally known to me, information learned from my review of relevant documents, and information supplied to me by Willkie's partners or employees and, if called as a witness, I could and would testify thereto.

**SUPPLEMENTAL DISCLOSURES**

6. Since filing the Third Supplemental Declaration, Willkie has conducted additional searches within its client database and updated the initial searches. Based on these searches and

information, Willkie discloses the additional relationship in <u>Exhibit A</u> attached hereto (the "<u>Supplemental Disclosure Schedule</u>").

7. Willkie has represented, currently represents, and will likely in the future represent certain parties-in-interest or potential parties-in-interest in these Chapter 11 Cases in matters unrelated to the Debtors, these Chapter 11 Cases, or such entities' claims against the Debtors, as part of its customary practice, as applicable, including AlixPartners LLP, the entity listed on the Supplemental Disclosure Schedule (together with its affiliates, the "<u>Supplemental Disclosure Party</u>") in matters unrelated to the Debtors' Chapter 11 Cases. As set forth in my Original Declaration, Willkie currently represents AlixPartners, LLP in matters wholly unrelated to the Debtors or these Chapter 11 Cases. Original Declaration ¶ 19. Willkie has not represented, does not represent, and will not represent the Supplemental Disclosure Party or any of its affiliates in matters directly related to the Debtors or these Chapter 11 Cases.

8. Willkie will continue to review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. To the extent any information disclosed herein requires amendment or modification upon Willkie's completion of further review or as additional material, relevant facts or relationships become available, Willkie will file a further supplemental declaration stating such amended or modified information.

Dated: November 14, 2025                    */s/ Brett H. Miller*
                                            Brett H. Miller

**Exhibit A**
**Supplemental Disclosure Schedule**

| Entity Names Searched | Relationship to Committee | Relationship to Firm |
|---|---|---|
| AlixPartners LLP | Financial Advisor of the Official Committee of Unsecured Creditors of New Rite Aid, LLC *et al.* | A counsel at Willkie who is not working on these Chapter 11 Cases has a spouse who is a partner and managing director at AlixPartners LLP who is working on these Chapter 11 Cases. |