**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:    (212) 682-7474
Fax:    (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:    (312) 832-4500
Fax:    (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CVS PHARMACY, INC.'S EMERGENCY MOTION TO ENFORCE SALE ORDER AND COMPEL PERFORMANCE BY DEBTORS UNDER THE CVS APAs**

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

**PLEASE TAKE NOTICE** that CVS Pharmacy, Inc., hereby withdraws *CVS Pharmacy, Inc.'s Emergency Motion to Enforce Sale Order and Compel Performance by Debtors Under the CVS APAs* [Docket No. 2779].

DATED: November 18, 2025            Respectfully submitted,

*/s/ Anne B. Sekel*
**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
ASekel@foley.com

and

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq. (admitted *pro hac vice*)
Jonathan W. Garlough, Esq. (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, a true and correct copy of the foregoing document was sent via ECF noticing to all parties receiving ECF notices in these chapter 11 cases.

*s/ Anne B. Sekel*