**McDOWELL LAW, PC**
Paul Pflumm, Esq. (006912002)
46 West Main Street
Maple Shade, New Jersey 08052
(856) 482-5544
ppflumm@mcdowelllegal.com
*Co-Counsel for Southern California UFCW Unions &*
*Drug Employers Pension Fund and Southern California*
*Drug Benefit Fund*

**ADELMAN & GETTLEMAN, LTD**.
Howard L. Adelman, Esq. (Ill. ARDC no. 0015458)
(pending admission *pro hac vice*)
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
hla@ag-ltd.com
*Co-Counsel for Southern California UFCW Unions &*
*Drug Employers Pension Fund and Southern California*
*Drug Benefit Fund (pro hac pending)*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

PLEASE TAKE NOTICE that Paul Pflumm, Esquire of McDowell Law, P.C., hereby enters his appearance as attorney for the Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund, creditors in the above captioned proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

**Paul S. Pflumm, Esq.**
**MCDOWELL LAW, PC**
**46 W. MAIN STREET**
**MAPLE SHADE, NJ 08052**
**TELEPHONE: (856) 482-5544**
**ppflumm@mcdowelllegal.com**

PLEASE TAKE FURTHER NOTICE the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Answering or Reply Papers, Memorandum and Briefs in Support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

This Appearance and Request for Notice is made without prejudice to Southern California UFCW Unions & Drug Employers Pension Fund's and the Southern California Drug Benefit Fund's rights, remedies and claims against other entities or any objection that may be made to the subject matter, jurisdiction of the Court and shall not be deemed or construed to submit Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case for a proceeding therein.

Dated: November 19, 2025         MCDOWELL LAW, P.C.
                                 Counsel for Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund

                                 BY: /s/ *PAUL PFLUMM*
                                 PAUL PFLUMM, ESQUIRE

**I HEREBY CERTIFY** that a copy of this Request was served via the Bankruptcy Court's Electronic Case Filing System (CM/ECF) to all parties registered to receive such notice in the within matter.

Dated: November 19, 2025         MCDOWELL LAW, P.C.
                                 Counsel for Southern California UFCW Unions & Drug Employers Pension Fund and the Southern California Drug Benefit Fund

                                 BY: /s/ *PAUL PFLUMM*
                                 PAUL PFLUMM, ESQUIRE