Joseph A. McCormick, Jr.  (016221977)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Southern California UFCW Unions & Drug Employers Pension Fund
and Southern California Drug Benefit Fund

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | Case No.: 25-14861 (MBK) |
|---|---|
| NEW RITE AID, LLC, et al., | Chapter 11 |
| Debtors. | Honorable Michael B. Kaplan |
|  | **APPLICATION FOR ADMISSION PRO HAC VICE OF HOWARD L. ADELMAN PURSUANT TO D.N.J. LBR 9010-1(b)** |

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Howard L. Adelman of the law firm of Adelman & Gettleman, Ltd., to represent Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund in the above-captioned Chapter 11 case. In support of this application, counsel submits the attached Certification of Howard L. Adelman, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

          Respectfully submitted,

          McDowell Law P.C.

          By: /s/ *Joseph A. McCormick, Jr.*

          FOR THE FIRM
          Joseph A. McCormick, Jr.

Dated: November 19, 2025