Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | Case No.: 25-14861 (MBK) |
|---|---|
| NEW RITE AID, LLC, et al., | Chapter 11 |
| Debtors. | Honorable Michael B. Kaplan |
| | **CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF HOWARD L. ADELMAN PURSUANT TO D.N.J. LBR 9010-1(b)** |

I, Howard L. Adelman, being of legal age, do hereby certify:

1. I, Howard L. Adelman, make this Certification in support of my application to appear in this case *pro hac vice* pursuant to D.N.J. LBR 9010-1(b) to represent Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund.

2. I am an attorney-at-law practicing as a partner at the law firm of Adelman & Gettleman, Ltd., with offices located at 53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604.

3. I was admitted to practice in the State of Illinois in 1977, the State of Missouri in 1978, the U.S. District Court Northern District of Illinois in 1979, U.S. Court of Appeals for the 7th Circuit in 1982, the U.S. Court of Appeals for the 8th Circuit in 1978, and the U.S. Supreme Court in 1982.

4. I have taken inactive status in the State of Missouri. I remain in good standing in each

of the other jurisdictions in which I am admitted to practice.

5. No disciplinary proceedings are pending against me in any jurisdiction.

6. No discipline has previously been imposed on me in any jurisdiction.

7. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2), and pay the fee prescribed by Local Civil Rule 101.1(c)(3).

I declare under penalty of perjury that the foregoing is true and correct. Executed on the ___ day of November, 2025

_____
Howard L. Adelman