| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Turner Falk<br>**SAUL EWING LLP**<br>1735 Market Street, Suite 3400<br>Philadelphia, PA 19103-7504<br>Tel: (215) 972-8415<br>E-mail: turner.falk@saul.com<br><br>John D. Demmy (DE Bar No. 2802)<br>**SAUL EWING LLP**<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Tel. 302-421-6848<br>E-mail: john.demmy@saul.com<br><br>*Attorneys for Element Fleet Corporation* | |
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>               Debtors | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>(*Jointly Administered*) |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2025, I caused a true and correct copy of the foregoing *Limited Objection of Element Fleet to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

                                                  */s/ Turner Falk*
                                                  Turner Falk
                                                  **SAUL EWING LLP**
                                                  1735 Market Street, Suite 3400
                                                  Philadelphia, PA 19103-7504
                                                  (215) 972-8415

Dated: November 19, 2025

# SERVICE LIST

Andrew N. Rosenberg, Esquire
Alice Belisle Eaton, Esquire
Christopher Hopkins, Esquire
Sean A. Mitchell, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com
*Counsel for the Debtors*

Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Felice R. Yudkin, Esquire
Seth Van Aalten, Esquire
Cole Schotz, P.C.
25 Main Street
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com
*Counsel to the Debtors*

New Rite Aid, LLC
Attn: David Kastin
200 Newberry Commons
Etters, PA 17319
David.kastin@riteaid.com
*Debtors*

Brett H. Miller, Esquire
Todd M. Goren, Esquire
James H. Burbage, Esquire
Jessica D. Graber, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
bmiller@wilkie.com
tgoren@wilkie.com
jburbage@wilkie.com
jgraber@wilkie.com
*Counsel to the Committee*

Andrew S. Sherman, Esquire
Boris Mankovetskiy, Esquire
Gregory Kopacz, Esquire
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
asherman@sillscummis.com
bmankovetskiy@sillscummis.com
gkopacz@sillcummis.com
*Counsel to the Committee*

John F. Ventola, Esquire
Jonathan D. Marshall, Esquire
Mark D. Silva, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
msilva@choate.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Alan J. Brody, Esquire
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
brodya@gtlaw.com
*Counsel to Prepetition ABL Agent and DIP Agent*

Dennis M. Twomey, Esquire
Jackson T. Garvey, Esquire
Ian C. Ferrell, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dtwomey@sidley.com
jgarvey@sidley.com
iferrell@sidley.com
*Counsel to McKesson Corporation (as Plan Sponsor)*

Anthony Sodono, III, Esquire
Michele M. Dudas, Esquire
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
asodono@msbnj.com
mdudas@msbnj.com
*Counsel to McKesson Corporation (as Plan Sponsor)*

Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
Office of the United States Trustee
District of New Jersey
Raymond Boulevard, Suite 2100
Newark, NJ 07102
jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

2