| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **SILLS CUMMIS & GROSS P.C.** |
| Brett H. Miller, Esq. (admitted *pro hac vice*) | Andrew H. Sherman, Esq. |
| Todd M. Goren, Esq. (admitted *pro hac vice*) | Boris Mankovetskiy, Esq. |
| James H. Burbage, Esq. (admitted *pro hac vice*) | Gregory Kopacz, Esq. |
| Jessica D. Graber, Esq. (admitted *pro hac vice*) | One Riverfront Plaza |
| 787 Seventh Avenue | Newark, New Jersey 07102 |
| New York, NY 10019-6099 | Telephone: (973) 643-7000 |
| Telephone: (212) 728-8000 | E-mail: asherman@sillscummis.com |
| E-mail: bmiller@willkie.com | bmankovetskiy@sillscummis.com |
| tgoren@willkie.com | gkopacz@sillscummis.com |
| jburbage@willkie.com | |
| jgraber@willkie.com | |
| *Co-Counsel to the Official Committee of Unsecured Creditors* | *Co-Counsel to the Official Committee of Unsecured Creditors* |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*, *NUNC PRO TUNC* TO MAY 16, 2025**

Andrew H. Sherman makes this declaration (the "Fifth Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law and a Member of the law firm Sills Cummis & Gross P.C. ("Sills"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee").

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. On July 3, 2025, the Committee filed the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1314] (the "Application").[2] In support of the Application, I filed the *Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1314, Exhibit B] (the "Initial Declaration") and the *First Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1436] (the "First Supplemental Declaration").

4. On July 15, 2025, the Court entered the *Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 1458] (the "Retention Order").

5. On August 14, 2025, I filed the *Second Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc*

---

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to such terms in the Application.

*Pro Tunc to May 16, 2025* [Docket No. 1886] (the "Second Supplemental Declaration").

6.  On October 20, 2025, I filed the *Third Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 2941] (the "Third Supplemental Declaration").

7.  On October 30, 2025, I filed the *Fourth Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* [Docket No. 3148] (the "Fourth Supplemental Declaration" and, collectively with the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration and the Third Supplemental Declaration, the "Declarations").

8.  In connection with the Application and the Retention Order, I submit this Fifth Supplemental Declaration to supplement the disclosures set forth in the Declarations, as follows:

(A) Sills has been engaged to represent Elsevier Inc. in an adversary proceeding related to the Debtors' first bankruptcy cases, *In re Rite Aid Corporation, et al.* (Case No. 23-18993 (MBK) Bankr. D.N.J.), brought by Thomas A. Pitta, as Trustee of the RAD Sub-Trust A (the "Rite-Aid I Trustee"), styled *Thomas A. Pitta, as Trustee of the RAD Sub-Trust A v. Elsevier Inc.* (Adv. Pro. No. 25-01777 (MBK) Bankr. D.N.J.) (the "Elsevier Adversary Proceeding"). The Rite-Aid I Trustee, a member of the Committee in these chapter 11 cases, has consented to Sills' representation of Elsevier Inc. in the Elsevier Adversary Proceeding.

(B) Sills has been engaged to represent Regency Centers, L.P., a party-in-interest in these chapter 11 cases, and its affiliate, in a real estate matter that is unrelated to

these chapter 11 cases. In addition, in such matter, Sills is adverse to Global Retail Investors, LLC and First Washington Realty, both of whom are parties-in-interest in these chapter 11 cases.

9. To the best of my knowledge and information, the annual fees paid to Sills by Elsevier, Inc. and Regency Centers, L.P.,[3] did not exceed 1% of Sills' annual gross revenue for each of the past three years. Sills has not and will not represent Elsevier, Inc. or Regency Centers, L.P. in connection with these chapter 11 cases.

10. Sills does not believe the foregoing disclosures present any conflict of interest or affect its status as a disinterested person but discloses these connections out of an abundance of caution.

11. I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonable inquiry, the foregoing is true and correct.

Dated: November 19, 2025  /s/ *Andrew H. Sherman*
Newark, New Jersey  Andrew H. Sherman

---

[3] Regency Centers, L.P. is a new client of Sills.