# EXHIBIT A

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. | **Who is the current creditor?** | LS Morrell LLC |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| | | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- | --- |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq.<br>Address2: P.O. Box 5315<br>Address3:<br>Address4:<br>City: Princeton<br>State: NJ<br>Postal Code: 08543<br>Country:<br><br>Contact phone 609-219-7458<br>Contact email tonder@stark-stark.com<br><br>**Uniform Claim Identifier (if you use one)** | Address1:<br>Address2:<br>Address3:<br>Address4:<br>City:<br>State:<br>Postal Code:<br>Country:<br><br>Contact phone<br>Contact email |

| | | |
| --- | --- | --- |
| 4. | **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known)_____    Filed on ___/___/___ <br>MM  /  DD  / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.  How much is the claim?**    $ 30,981.27

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ 89,515.50

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 30,981.27 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $ _____

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   08/29/2025

_____   _____
Electronic Signature   Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder
      First name          Middle name          Last name

Title/Company   Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address   _____
      Number   Street

Princeton            NJ            08543
City            State         ZIP Code   Country

Contact phone   609-219-7458            Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-----------------------------------------------------------------------------------------------------------

Attachment Filename:

LS Morrell Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-EEKDK-217044087

Claim Electronically Submitted on (UTC) :  2025-08-29T15:26:50.265Z

Submitted by:  LS Morrell LLC
                        tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, LS Morrell LLC files the following claims for its lease dated September 30, 2005 for Morrell Plaza, located at 9910 Frankford Ave., #250, Philadelphia, PA 19114 (the "Lease") and amended on November 1, 2023 (the "Amendment").

1. **Pre-Petition - $89,515.50** for rent prior to May 5, 2025;

2. **Administrative - $30,981.27** ($26,176.77 + $4,804.50 in attorneys' fees pursuant to paragraph 3(c) of the Amendment); and

3. **Rejection  - $280,193.56**.

LS Morrell LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

**7/24/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**

<mark>**PREPETITION**</mark>

**A. MINIMUM RENT**

| | |
|---|---|
| 4/1/2025 | $ 30,507.83 |
| 5/1/2025 | $ 30,507.83 |
| | $ 61,015.66 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| November 1, 2023 | $  1,722.21 |
| December 1, 2023 | $  1,722.21 |
| December 4, 2023 | $ (1,696.42) |
| December 4, 2023 | $ (1,696.42) |
| January 5, 2024 | $ (1,696.42) |
| February 1, 2024 | $  2,283.43 |
| February 9, 2024 | $ (1,696.42) |
| March 1, 2024 | $  2,283.43 |
| March 11, 2024 | $ (1,696.42) |
| April 1, 2024 | $  2,283.43 |
| April 8, 2024 | $ (1,696.42) |
| May 1, 2024 | $  2,283.43 |
| May 13, 2024 | $ (1,696.42) |
| June 1, 2024 | $  2,283.43 |
| April 9, 2024 | $   (500.00) |
| April 15, 2024 | $    (53.19) |
| June 14, 2024 | $    (26.19) |
| June 14, 2024 | $    (54.39) |
| June 14, 2024 | $ (1,696.42) |
| July 1, 2024 | $  2,283.43 |
| July 15, 2024 | $ (1,696.42) |

| | | |
|---|---|---|
| August 1, 2024 | $ 2,283.43 | |
| August 12, 2024 | $ (1,696.42) | |
| September 1, 2024 | $ 2,283.43 | |
| September 12, 2024 | $ (1,696.42) | |
| October 1, 2024 | $ 2,283.43 | |
| October 16, 2024 | $ (1,696.42) | |
| November 1, 2024 | $ 2,283.43 | |
| November 12, 2024 | $ (1,696.42) | |
| December 1, 2024 | $ 2,283.43 | |
| January 2, 2025 | $ 2,248.05 | |
| February 1, 2025 | $ 2,248.05 | |
| February 18, 2025 | $ (1,696.42) | |
| February 21, 2025 | $ (1,109.42) | |
| March 1, 2025 | $ 2,248.05 | |
| March 17, 2025 | $ (1,696.42) | |
| April 1, 2025 | $ 2,248.05 | |
| May 1, 2025 | $ 2,248.05 | |
| | | $ 12,612.91 |

**C. ANNUAL REAL ESTATE**

| | | |
|---|---|---|
| 2025 (125 days X 79.6731) | $ 9,959.13 | |
| | | $ 9,959.13 |

**D. COMMON AREA**

| | | |
|---|---|---|
| March 13, 2024 | $ (2,316.41) | |
| March 28, 2025 | $ (415.34) | |
| April 1, 2025 | $ 4,204.68 | |
| May 1, 2025 | $ 4,204.68 | |
| | | $ 5,677.61 |

**E. WATER/SEWER**

| | | |
|---|---|---|
| December 7, 2023 | $ 27.48 | |
| December 28, 2023 | $ 41.90 | |
| March 26, 2024 | $ 62.59 | |
| February 3, 2025 | $ 32.76 | |
| March 27, 2025 | $ 32.57 | |
| April 10, 2025 | $ 52.89 | |
| | | $ 250.19 |

| **Total** | **$ 89,515.50** |
|---|---|

**8/28/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.05.2025-07.31.2025**

**A. PHILLY SALES TAX**
| | |
|---|---|
| June 1, 2025 | 2,248.05 |
| July 1, 2025 | 2,248.05 |
| July 23, 2025 | -1,696.42 |
| | 2,799.68 |

**B. ANNUAL REAL ESTATE**
| | |
|---|---|
| 2025 (240 days X $79.6731 | 19,121.53 |
| | 19,121.53 |

**C. COMMON AREA**
| | |
|---|---|
| June 1, 2025 | 4,204.68 |
| | 4,204.68 |

**D. WATER/SEWER**
| | |
|---|---|
| June 16, 2025 | 50.88 |
| | 50.88 |

**TOTAL AMOUNT DUE:**              **26,176.77**

**8/6/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.01.25-11.14.27 (End of Lease Term)**

**A. MINIMUM RENT**

| | |
|---|---|
| August 1, 2025 | 30,507.83 |
| September 1, 2025 | 30,507.83 |
| October 1, 2025 | 30,507.83 |
| November 1, 2025 | 30,507.83 |
| December 1, 2025 | 30,507.83 |
| January 1, 2026 | 30,507.83 |
| February 1, 2026 | 30,507.83 |
| March 1, 2026 | 30,507.83 |
| April 1, 2026 | 30,507.83 |
| May 1, 2026 | 30,507.83 |
| June 1, 2026 | 30,507.83 |
| July 1, 2026 | 30,507.83 |
| August 1, 2026 | 30,507.83 |
| September 1, 2026 | 30,507.83 |
| October 1, 2026 | 30,507.83 |
| November 1, 2026 | 30,507.83 |
| December 1, 2026 | 30,507.83 |
| January 1, 2027 | 30,507.83 |
| February 1, 2027 | 30,507.83 |
| March 1, 2027 | 30,507.83 |
| April 1, 2027 | 30,507.83 |
| May 1, 2027 | 30,507.83 |
| June 1, 2027 | 30,507.83 |
| July 1, 2027 | 30,507.83 |
| August 1, 2027 | 30,507.83 |
| September 1, 2027 | 30,507.83 |
| October 1, 2027 | 30,507.83 |
| November 1, 2027 | 30,507.83 |
| | 30,507.83 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| August 1, 2025 | 2,248.05 |
| September 1, 2025 | 2,248.05 |
| October 1, 2025 | 2,248.05 |
| November 1, 2025 | 2,248.05 |

| | |
|---|---|
| December 1, 2025 | 2,248.05 |
| January 1, 2026 | 2,248.05 |
| February 1, 2026 | 2,248.05 |
| March 1, 2026 | 2,248.05 |
| April 1, 2026 | 2,248.05 |
| May 1, 2026 | 2,248.05 |
| June 1, 2026 | 2,248.05 |
| July 1, 2026 | 2,248.05 |
| August 1, 2026 | 2,248.05 |
| September 1, 2026 | 2,248.05 |
| October 1, 2026 | 2,248.05 |
| November 1, 2026 | 2,248.05 |
| December 1, 2026 | 2,248.05 |
| January 1, 2027 | 2,248.05 |
| February 1, 2027 | 2,248.05 |
| March 1, 2027 | 2,248.05 |
| April 1, 2027 | 2,248.05 |
| May 1, 2027 | 2,248.05 |
| June 1, 2027 | 2,248.05 |
| July 1, 2027 | 2,248.05 |
| August 1, 2027 | 2,248.05 |
| September 1, 2027 | 2,248.05 |
| October 1, 2027 | 2,248.05 |
| November 1, 2027 | 2,248.05 |
| | 62,945.40 |

**C. ANNUAL REAL ESTATE**

| | |
|---|---|
| 2025 (153 days X 79.6731) | 12,189.98 |
| 2026 | 29,080.66 |
| 2027 (334 days X 79.6731) | 26,610.81 |
| | 67,881.45 |

**D. COMMON AREA**

| | |
|---|---|
| August 1, 2025 | 4,204.68 |
| September 1, 2025 | 4,204.68 |
| October 1, 2025 | 4,204.68 |
| November 1, 2025 | 4,204.68 |
| December 1, 2025 | 4,204.68 |
| January 1, 2026 | 4,204.68 |
| February 1, 2026 | 4,204.68 |
| March 1, 2026 | 4,204.68 |
| April 1, 2026 | 4,204.68 |

| | |
|---|---|
| May 1, 2026 | 4,204.68 |
| June 1, 2026 | 4,204.68 |
| July 1, 2026 | 4,204.68 |
| August 1, 2026 | 4,204.68 |
| September 1, 2026 | 4,204.68 |
| October 1, 2026 | 4,204.68 |
| November 1, 2026 | 4,204.68 |
| December 1, 2026 | 4,204.68 |
| January 1, 2027 | 4,204.68 |
| February 1, 2027 | 4,204.68 |
| March 1, 2027 | 4,204.68 |
| April 1, 2027 | 4,204.68 |
| May 1, 2027 | 4,204.68 |
| June 1, 2027 | 4,204.68 |
| July 1, 2027 | 4,204.68 |
| August 1, 2027 | 4,204.68 |
| September 1, 2027 | 4,204.68 |
| October 1, 2027 | 4,204.68 |
| November 1, 2027 | 4,204.68 |

117,731.04

**E. WATER/SEWER**

| | |
|---|---|
| August - 2025 | 40.28 |
| September - 2025 | 40.28 |
| October - 2025 | 40.28 |
| November - 2025 | 40.28 |
| December - 2025 | 40.28 |
| January - 2026 | 40.28 |
| February - 2026 | 40.28 |
| March - 2026 | 40.28 |
| April - 2026 | 40.28 |
| May - 2026 | 40.28 |
| June - 2026 | 40.28 |
| July - 2026 | 40.28 |
| August - 2026 | 40.28 |
| September - 2026 | 40.28 |
| October - 2026 | 40.28 |
| November - 2026 | 40.28 |
| December - 2026 | 40.28 |
| January - 2027 | 40.28 |
| February - 2027 | 40.28 |

| | |
|---|---|
| March - 2027 | 40.28 |
| April - 2027 | 40.28 |
| May - 2027 | 40.28 |
| June - 2027 | 40.28 |
| July - 2027 | 40.28 |
| August - 2027 | 40.28 |
| September - 2027 | 40.28 |
| October - 2027 | 40.28 |
| November - 2027 | 40.28 |
| | 1,127.84 |

**TOTAL AMOUNT DUE:**    **280,193.56**

Rite Aid Store No. 11126

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "***Amendment***") is made effective November 1, 2023 (the "***Effective Date***") by and between LS MORRELL LLC, a(n) Pennsylvania limited liabilty company ("***Landlord***"), and ECKERD CORPORATION., a Delaware corporation ("***Tenant***," and together with the Landlord, the "***Parties***" and each, a "***Party***").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated September 30, 2005 (as amended from time to time thereafter, the "***Lease***"), with respect to that certain premises located at 9910 Franklin Avenue, Suite 250 Philadelphia, Pennsylvania 19114-1900, which premises is defined and more particularly described in the Lease (the "***Premises***");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "***Debtors***") commenced a case (the "***Chapter 11 Cases***") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "***Bankruptcy Code***") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "***Bankruptcy Court***"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.      Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Effective Date. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "***Restructuring Effective Date***"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof.  In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

3.    <u>Lease Modification</u>.

(a)    <u>Abatement</u>.  Landlord hereby acknowledges and agrees that fifty percent (50.00%) of base rent, which excludes percentage rent, and additional rent otherwise payable under the Lease (including, without limitation, common area maintenance charges, taxes and insurance premiums) ("***Base Rent***") with respect to the Abatement Period (as defined below) is hereby abated and forgiven (the "***Abated Rent***") in full.  For further clarification, the Abated Rent shall be no more than Thirty Thousand Five Hundred Seven and 83/100 Dollars (**$30,507.83**). Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent.  As used herein, "***Abatement Period***" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "***Initial Date***") and ending on the last calendar day of the second full calendar month after the calendar month in which the Initial Date occurs.

(b)    <u>Waiver of Claims</u>.  Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code.

(c)    <u>Attorneys' Fees</u>.  Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord's shall be entitled to reimbursement of any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to the Lease and Bankruptcy Code Section 365.

4.    <u>No Default and Waiver of Charges</u>.  To the extent that any notices of default or non-payment have been delivered to the other Party, all such notices are hereby waived and of no further force or effect.  No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

5.    <u>Authority</u>.  Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.    <u>Notices</u>.

(a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
ECKERD CORPORATION.
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
ECKERD CORPORATION
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

       (b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

| Name: | LS MORRELL LLC |
|---|---|
| Address: | C/O Levin Management Corporation |
| | 975 US-22, North Plainfield, NJ 07060 |
| | Attn.: Paul Tavaglione, Executive Vice President/Chief Financial Officer |
| | PTavaglione@levinmgt.com |
| | (908) 226-5279 |

          And

          Stark & Stark, PC.
          100 American Metro Blvd.
          Hamilton, NJ 08619
          Attn.: Thomas S. Onder, Esq. and Joseph H. Lemkin, Esq.
          tonder@stark-stark.com
          jlemkin@stark-stark.com
          (609) 219-7458

    7.    <u>Miscellaneous</u>.

       (a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("***Tenant's Broker***"). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

       (b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

       (c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein

DocuSign Envelope ID: B9B9C128-9FA0-4399-A125-4EF86165B334

specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)        This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)        The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(f)        Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

*[signature pages follow]*

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

LS MORRELL LLC

| ATTEST: | BY: | ESTATE 22 PROPERTIES LLC<br>By: JHL Holdings, Inc., Manager |
|---|---|---|

By: _Stacy A. Garrity_
Stacy A. Garrity
Secretary

By: _Antoinette Puccia_
Antoinette Puccia
Vice President

| ATTEST: | BY: | LEVIN PROPERTIES, L.P.<br>By: JHL Holdings, Inc., general partner |
|---|---|---|

By: _Stacy A. Garrity_
Stacy A. Garrity
Secretary

By: _Antoinette Puccia_
Antoinette Puccia
Vice President

WITNESS:                    By:    SOMERSET ASSOCIATES SFP, LLC

_____

By: _David Singer_
271A10163758458...
David A. Singer, Managing Member

WITNESS:                    By:    SOMERVILLE CIRCLE ASSOCIATES SFP, LLC

_____

By: _David Singer_
271A10163758458...
David A. Singer, Managing Member

**TENANT:**

ECKERD CORPORATION

By: _Lisa M. Winnick_
064A956E328E49F...
Name: Lisa M. Winnick
Title: Vice President

5

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | LS Morrell LLC |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ✔ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No | |
|---|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on ___/___/___  MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| **7. How much is the claim?** | $ _30,981.27_____ . **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><br>Administrative Claim |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**      $_____<br><br>**Amount of the claim that is secured:**      $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**      $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☐ No<br>☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $89,515.50_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $ 30,981.27

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name    Middle name    Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number    Street

Princeton    NJ    08543
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:

Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

LS Morrell Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-TRDIU-548536172

Claim Electronically Submitted on (UTC) :  2025-08-29T15:19:12.969Z

Submitted by:  LS Morrell LLC
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, LS Morrell LLC files the following claims for its lease dated September 30, 2005 for Morrell Plaza, located at 9910 Frankford Ave., #250, Philadelphia, PA 19114 (the "Lease") and amended on November 1, 2023 (the "Amendment").

1. **Pre-Petition - $89,515.50** for rent prior to May 5, 2025;

2. **Administrative - $30,981.27** ($26,176.77 + $4,804.50 in attorneys' fees pursuant to paragraph 3(c) of the Amendment); and

3. **Rejection  - $280,193.56**.

LS Morrell LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

**7/24/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**

==**PREPETITION**==

**A. MINIMUM RENT**

| | |
|---|---|
| 4/1/2025 | $ 30,507.83 |
| 5/1/2025 | $ 30,507.83 |
| | $ 61,015.66 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| November 1, 2023 | $  1,722.21 |
| December 1, 2023 | $  1,722.21 |
| December 4, 2023 | $ (1,696.42) |
| December 4, 2023 | $ (1,696.42) |
| January 5, 2024 | $ (1,696.42) |
| February 1, 2024 | $  2,283.43 |
| February 9, 2024 | $ (1,696.42) |
| March 1, 2024 | $  2,283.43 |
| March 11, 2024 | $ (1,696.42) |
| April 1, 2024 | $  2,283.43 |
| April 8, 2024 | $ (1,696.42) |
| May 1, 2024 | $  2,283.43 |
| May 13, 2024 | $ (1,696.42) |
| June 1, 2024 | $  2,283.43 |
| April 9, 2024 | $   (500.00) |
| April 15, 2024 | $    (53.19) |
| June 14, 2024 | $    (26.19) |
| June 14, 2024 | $    (54.39) |
| June 14, 2024 | $ (1,696.42) |
| July 1, 2024 | $  2,283.43 |
| July 15, 2024 | $ (1,696.42) |

| | |
|---|---|
| August 1, 2024 | $ 2,283.43 |
| August 12, 2024 | $ (1,696.42) |
| September 1, 2024 | $ 2,283.43 |
| September 12, 2024 | $ (1,696.42) |
| October 1, 2024 | $ 2,283.43 |
| October 16, 2024 | $ (1,696.42) |
| November 1, 2024 | $ 2,283.43 |
| November 12, 2024 | $ (1,696.42) |
| December 1, 2024 | $ 2,283.43 |
| January 2, 2025 | $ 2,248.05 |
| February 1, 2025 | $ 2,248.05 |
| February 18, 2025 | $ (1,696.42) |
| February 21, 2025 | $ (1,109.42) |
| March 1, 2025 | $ 2,248.05 |
| March 17, 2025 | $ (1,696.42) |
| April 1, 2025 | $ 2,248.05 |
| May 1, 2025 | $ 2,248.05 |
| | $ 12,612.91 |

**C. ANNUAL REAL ESTATE**

| | |
|---|---|
| 2025 (125 days X 79.6731) | $ 9,959.13 |
| | $ 9,959.13 |

**D. COMMON AREA**

| | |
|---|---|
| March 13, 2024 | $ (2,316.41) |
| March 28, 2025 | $ (415.34) |
| April 1, 2025 | $ 4,204.68 |
| May 1, 2025 | $ 4,204.68 |
| | $ 5,677.61 |

**E. WATER/SEWER**

| | |
|---|---|
| December 7, 2023 | $ 27.48 |
| December 28, 2023 | $ 41.90 |
| March 26, 2024 | $ 62.59 |
| February 3, 2025 | $ 32.76 |
| March 27, 2025 | $ 32.57 |
| April 10, 2025 | $ 52.89 |
| | $ 250.19 |

| | |
|---|---|
| **Total** | **$ 89,515.50** |

**8/28/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.05.2025-07.31.2025**

**A. PHILLY SALES TAX**

| | | |
|---|---|---|
| June 1, 2025 | 2,248.05 | |
| July 1, 2025 | 2,248.05 | |
| July 23, 2025 | -1,696.42 | |
| | | 2,799.68 |

**B. ANNUAL REAL ESTATE**

| | | |
|---|---|---|
| 2025 (240 days X $79.6731 | 19,121.53 | |
| | | 19,121.53 |

**C. COMMON AREA**

| | | |
|---|---|---|
| June 1, 2025 | 4,204.68 | |
| | | 4,204.68 |

**D. WATER/SEWER**

| | | |
|---|---|---|
| June 16, 2025 | 50.88 | |
| | | 50.88 |

**TOTAL AMOUNT DUE:**          **26,176.77**

**8/6/2025**
**Rite Aid - Morrell Plaza Philadelphia, PA**
**Tenant ID 90 010**
**Statement of Account**
**Period: 08.01.25-11.14.27 (End of Lease Term)**

**A. MINIMUM RENT**

| | |
|---|---|
| August 1, 2025 | 30,507.83 |
| September 1, 2025 | 30,507.83 |
| October 1, 2025 | 30,507.83 |
| November 1, 2025 | 30,507.83 |
| December 1, 2025 | 30,507.83 |
| January 1, 2026 | 30,507.83 |
| February 1, 2026 | 30,507.83 |
| March 1, 2026 | 30,507.83 |
| April 1, 2026 | 30,507.83 |
| May 1, 2026 | 30,507.83 |
| June 1, 2026 | 30,507.83 |
| July 1, 2026 | 30,507.83 |
| August 1, 2026 | 30,507.83 |
| September 1, 2026 | 30,507.83 |
| October 1, 2026 | 30,507.83 |
| November 1, 2026 | 30,507.83 |
| December 1, 2026 | 30,507.83 |
| January 1, 2027 | 30,507.83 |
| February 1, 2027 | 30,507.83 |
| March 1, 2027 | 30,507.83 |
| April 1, 2027 | 30,507.83 |
| May 1, 2027 | 30,507.83 |
| June 1, 2027 | 30,507.83 |
| July 1, 2027 | 30,507.83 |
| August 1, 2027 | 30,507.83 |
| September 1, 2027 | 30,507.83 |
| October 1, 2027 | 30,507.83 |
| November 1, 2027 | 30,507.83 |
| | 30,507.83 |

**B. PHILLY SALES TAX**

| | |
|---|---|
| August 1, 2025 | 2,248.05 |
| September 1, 2025 | 2,248.05 |
| October 1, 2025 | 2,248.05 |
| November 1, 2025 | 2,248.05 |

| | |
|---|---|
| December 1, 2025 | 2,248.05 |
| January 1, 2026 | 2,248.05 |
| February 1, 2026 | 2,248.05 |
| March 1, 2026 | 2,248.05 |
| April 1, 2026 | 2,248.05 |
| May 1, 2026 | 2,248.05 |
| June 1, 2026 | 2,248.05 |
| July 1, 2026 | 2,248.05 |
| August 1, 2026 | 2,248.05 |
| September 1, 2026 | 2,248.05 |
| October 1, 2026 | 2,248.05 |
| November 1, 2026 | 2,248.05 |
| December 1, 2026 | 2,248.05 |
| January 1, 2027 | 2,248.05 |
| February 1, 2027 | 2,248.05 |
| March 1, 2027 | 2,248.05 |
| April 1, 2027 | 2,248.05 |
| May 1, 2027 | 2,248.05 |
| June 1, 2027 | 2,248.05 |
| July 1, 2027 | 2,248.05 |
| August 1, 2027 | 2,248.05 |
| September 1, 2027 | 2,248.05 |
| October 1, 2027 | 2,248.05 |
| November 1, 2027 | 2,248.05 |
| | 62,945.40 |

**C. ANNUAL REAL ESTATE**

| | |
|---|---|
| 2025 (153 days X 79.6731) | 12,189.98 |
| 2026 | 29,080.66 |
| 2027 (334 days X 79.6731) | 26,610.81 |
| | 67,881.45 |

**D. COMMON AREA**

| | |
|---|---|
| August 1, 2025 | 4,204.68 |
| September 1, 2025 | 4,204.68 |
| October 1, 2025 | 4,204.68 |
| November 1, 2025 | 4,204.68 |
| December 1, 2025 | 4,204.68 |
| January 1, 2026 | 4,204.68 |
| February 1, 2026 | 4,204.68 |
| March 1, 2026 | 4,204.68 |
| April 1, 2026 | 4,204.68 |

| | |
|---|---|
| May 1, 2026 | 4,204.68 |
| June 1, 2026 | 4,204.68 |
| July 1, 2026 | 4,204.68 |
| August 1, 2026 | 4,204.68 |
| September 1, 2026 | 4,204.68 |
| October 1, 2026 | 4,204.68 |
| November 1, 2026 | 4,204.68 |
| December 1, 2026 | 4,204.68 |
| January 1, 2027 | 4,204.68 |
| February 1, 2027 | 4,204.68 |
| March 1, 2027 | 4,204.68 |
| April 1, 2027 | 4,204.68 |
| May 1, 2027 | 4,204.68 |
| June 1, 2027 | 4,204.68 |
| July 1, 2027 | 4,204.68 |
| August 1, 2027 | 4,204.68 |
| September 1, 2027 | 4,204.68 |
| October 1, 2027 | 4,204.68 |
| November 1, 2027 | 4,204.68 |

117,731.04

**E. WATER/SEWER**

| | |
|---|---|
| August - 2025 | 40.28 |
| September - 2025 | 40.28 |
| October - 2025 | 40.28 |
| November - 2025 | 40.28 |
| December - 2025 | 40.28 |
| January - 2026 | 40.28 |
| February - 2026 | 40.28 |
| March - 2026 | 40.28 |
| April - 2026 | 40.28 |
| May - 2026 | 40.28 |
| June - 2026 | 40.28 |
| July - 2026 | 40.28 |
| August - 2026 | 40.28 |
| September - 2026 | 40.28 |
| October - 2026 | 40.28 |
| November - 2026 | 40.28 |
| December - 2026 | 40.28 |
| January - 2027 | 40.28 |
| February - 2027 | 40.28 |

| | |
|---|---|
| March - 2027 | 40.28 |
| April - 2027 | 40.28 |
| May - 2027 | 40.28 |
| June - 2027 | 40.28 |
| July - 2027 | 40.28 |
| August - 2027 | 40.28 |
| September - 2027 | 40.28 |
| October - 2027 | 40.28 |
| November - 2027 | 40.28 |
| | 1,127.84 |

**TOTAL AMOUNT DUE:**          **280,193.56**

Rite Aid Store No. 11126

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between LS MORRELL LLC, a(n) Pennsylvania limited liabilty company ("*Landlord*"), and ECKERD CORPORATION., a Delaware corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated September 30, 2005 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 9910 Franklin Avenue, Suite 250 Philadelphia, Pennsylvania 19114-1900, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.    Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.    Effective Date. This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof.  In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

3.      Lease Modification.

(a)      Abatement. Landlord hereby acknowledges and agrees that fifty percent (50.00%) of base rent, which excludes percentage rent, and additional rent otherwise payable under the Lease (including, without limitation, common area maintenance charges, taxes and insurance premiums) ("***Base Rent***") with respect to the Abatement Period (as defined below) is hereby abated and forgiven (the "***Abated Rent***") in full. For further clarification, the Abated Rent shall be no more than Thirty Thousand Five Hundred Seven and 83/100 Dollars (**$30,507.83**). Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent. As used herein, "***Abatement Period***" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "***Initial Date***") and ending on the last calendar day of the second full calendar month after the calendar month in which the Initial Date occurs.

(b)      Waiver of Claims. Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code.

(c)      Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. However, Landlord's shall be entitled to reimbursement of any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to the Lease and Bankruptcy Code Section 365.

4.      No Default and Waiver of Charges. To the extent that any notices of default or non-payment have been delivered to the other Party, all such notices are hereby waived and of no further force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

5.      Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.      Notices.

(a)      Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

2

4853-5029-3407, v. 2

Rite Aid Store No. 11126

If by Certified Mail:
ECKERD CORPORATION.
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
ECKERD CORPORATION
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

      (b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

| Name: | LS MORRELL LLC |
|---|---|
| Address: | C/O Levin Management Corporation |
| | 975 US-22, North Plainfield, NJ 07060 |
| | Attn.: Paul Tavaglione, Executive Vice President/Chief Financial Officer |
| | PTavaglione@levinmgt.com |
| | (908) 226-5279 |

      And

      Stark & Stark, PC.
      100 American Metro Blvd.
      Hamilton, NJ 08619
      Attn.: Thomas S. Onder, Esq. and Joseph H. Lemkin, Esq.
      tonder@stark-stark.com
      jlemkin@stark-stark.com
      (609) 219-7458

7.    <u>Miscellaneous</u>.

      (a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("***Tenant's Broker***"). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

      (b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

      (c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein

3

4853-5029-3407, v. 2

specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)    This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)    The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(f)    Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

[*signature pages follow*]

4

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

LS MORRELL LLC

ATTEST:                                  BY:      ESTATE 22 PROPERTIES LLC
                                                  By: JHL Holdings, Inc., Manager

By: _Stacy A. Garrity_                    By: _Antoinette Puccia_
Stacy A. Garrity                                  Antoinette Puccia
Secretary                                         Vice President

ATTEST:                                  BY:      LEVIN PROPERTIES, L.P.
                                                  By:  JHL Holdings, Inc., general partner

By: _Stacy A. Garrity_                    By: _Antoinette Puccia_
Stacy A. Garrity                                  Antoinette Puccia
Secretary                                         Vice President

WITNESS:                                 By:      SOMERSET ASSOCIATES SFP, LLC

                                                  DocuSigned by:
_____                   By: _David Singer_
                                                  271A10163758458...
                                                  David A. Singer, Managing Member

WITNESS:                                 By:      SOMERVILLE CIRCLE ASSOCIATES SFP, LLC

                                                  DocuSigned by:
_____                   By: _David Singer_
                                                  271A10163758458...
                                                  David A. Singer, Managing Member

**TENANT:**

ECKERD CORPORATION

                                         DocuSigned by:
By: _Lisa M. Winnick_
                                         064A956E328E49F...
Name:  Lisa M. Winnick
Title:  Vice President

5

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Rite Aid of Pennsylvania, LLC

**Case Number:** 25-14830

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Trust for the Benefit of Catherine M. Levin |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| --- | --- | --- |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- | --- |
| | | Address1:  c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2:  P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City:  Princeton | City: |
| | | State:  NJ | State: |
| | | Postal Code:  08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone  609-219-7458 | Contact phone |
| | | Contact email  tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known)_____    Filed on ____/____/____<br>MM / DD / YYYY |
| --- | --- | --- |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
| --- | --- | --- |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ 38,338.52

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 23,480.79

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $ 38,338.52

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name    Middle name    Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number    Street

Princeton    NJ    08543

City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

---

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-----------------------------------------------------------------------------------------------------------

Attachment Filename:

EO Levin Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-CZOUT-895785890

Claim Electronically Submitted on (UTC) :  2025-09-29T18:43:41.419Z

Submitted by:  Trust for the Benefit of Catherine M. Levin
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Trust for the Benefit of Catherine M. Levin files the following claims for its lease at Capitol Plaza Shopping Center, located at 450 Blue Valley Dr, Bangor, PA 18013, which is dated August 26, 2005.

1. Pre-Petition:  $23,480.79;

2. Administrative:  $38,338.52, comprised of $25,192.52 rent plus $13,146 in attys fees pursuant to Amendment dated November 1, 2023;

3. Rejection:  $46,752.00 in base rent through Feb. 28, 2026, plus any additional rents.

Trust for the Benefit of Catherine M. Levin reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Account Number: 21022; 21701                    **Rite Aid - Capitol Plaza**                    July 24, 2025
Location: Bangor, PA                                    **Statement of Account**

| | | | |
|---|---|---|---|
| - MINIMUM RENT | | | |
| April 1, 2025 | $ 7,792.00 | | |
| May 1, 2025 | $ 7,792.00 | | |
| | | $ 15,584.00 | |

| | | |
|---|---|---|
| B. Annual Real Estate | | |
| March 3, 2025 | $ 7,950.30 | |
| | | $ 7,950.30 |

| | | |
|---|---|---|
| G. LATE CHARGES | | |
| June 15, 2024 | $ 70.06 | |
| October 15, 2024 | $ 70.06 | |
| November 15, 2024 | $ 182.41 | |
| December 15, 2024 | $ 260.33 | |
| April 15, 2025 | $ 149.56 | |
| | | $ 732.42 |

| | | |
|---|---|---|
| Unapplied Payments | $ 785.93 | |
| | | |
| Total | | $ 23,480.79 |

| | | |
|---|---|---|
| - MINIMUM RENT | | |
| August 1, 2025 | $ 7,792.00 | |
| | | $ 7,792.00 |

| | | |
|---|---|---|
| Payment Received | $ 6,535.23 | |
| | | |
| G. LATE CHARGES | | |
| June 15, 2025 | $ 227.48 | |
| July 15, 2025 | $ 227.48 | |
| | | $ 454.96 |

| | | |
|---|---|---|
| Total | | $ 1,711.73 |

| | | |
|---|---|---|
| **Final Total** | | **$ 25,192.52** |

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. Who is the current creditor? | Trust for the Benefit of Catherine M. Levin |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| --- | --- |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
| --- | --- | --- |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
| --- | --- |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

**7.  How much is the claim?**   $ 38,338.52 .  **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 23,480.79 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☑ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | |
| | | $ _____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 38,338.52 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $ _____ |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
_____
First name    Middle name    Last name

Title/Company    Shareholder / Stark & Stark, PC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address    _____
Number    Street

Princeton    NJ    08543
_____
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Proof of Claim**    page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:

Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

EO Levin Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-OKCCJ-346209523

Claim Electronically Submitted on (UTC) :  2025-09-29T18:34:49.979Z

Submitted by:  Trust for the Benefit of Catherine M. Levin
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Trust for the Benefit of Catherine M. Levin files the following claims for its lease at Capitol Plaza Shopping Center, located at 450 Blue Valley Dr, Bangor, PA 18013, which is dated August 26, 2005.

1. Pre-Petition:  $23,480.79;

2. Administrative:  $38,338.52, comprised of $25,192.52 rent plus $13,146 in attys fees pursuant to Amendment dated November 1, 2023;

3. Rejection:  $46,752.00 in base rent through Feb. 28, 2026, plus any additional rents.

Trust for the Benefit of Catherine M. Levin reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Account Number: 21022; 21701          **Rite Aid - Bangor Plaza**                    July 24, 2025
Location: Bangor, PA                              **Statement of Account**

<span style="background-color: yellow">**PREPETITION**</span>

|  |  |  |  |
|---|---|---|---|
| - MINIMUM RENT |  |  |  |
| April 1, 2025 | $ 7,792.00 |  |  |
| May 1, 2025 | $ 7,792.00 |  |  |
|  |  | $ 15,584.00 |  |
| B. Annual Real Estate |  |  |  |
| March 3, 2025 | $ 7,950.30 |  |  |
|  |  | $  7,950.30 |  |
| G. LATE CHARGES |  |  |  |
| June 15, 2024 | $    70.06 |  |  |
| October 15, 2024 | $    70.06 |  |  |
| November 15, 2024 | $   182.41 |  |  |
| December 15, 2024 | $   260.33 |  |  |
| April 15, 2025 | $   149.56 |  |  |
|  |  | $    732.42 |  |
| Unapplied Payments | <span style="color:red">$    785.93</span> |  |  |
| Total |  |  | $ 23,480.79 |

<span style="background-color: yellow">**POST-PETITION**</span>

|  |  |  |  |
|---|---|---|---|
| - MINIMUM RENT |  |  |  |
| August 1, 2025 | $ 7,792.00 |  |  |
|  |  | $  7,792.00 |  |
| Payment Received |  | <span style="color:red">$  6,535.23</span> |  |
| G. LATE CHARGES |  |  |  |
| June 15, 2025 | $   227.48 |  |  |
| July 15, 2025 | $   227.48 |  |  |
|  |  | $    454.96 |  |
| Total |  |  | $  1,711.73 |
| **Final Total** |  |  | **$ 25,192.52** |

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** New Rite Aid, LLC |
| **Case Number:** 25-14861 |

## Modified Official Form 410

# Proof of Claim

**4/25**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | Robert Marin and Celeset de Schulthess Marin Trust |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ✔ No<br>☐ Yes. From whom? _____ |
|---|---|

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Address1: c/o Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No<br>☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|

| 7. **How much is the claim?** | $ 30,814.18      **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|

| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>       Administrative Claim |
|---|---|

| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>     **Nature of property:**<br>     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>     ☐ Motor vehicle<br>     ☐ Other. Describe: _____<br><br>     **Basis for perfection:** _____<br>     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>     **Value of property:**      $_____<br><br>     **Amount of the claim that is secured:**    $_____<br><br>     **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>     **Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>     **Annual Interest Rate** (when case was filed) _____%<br>     ☐ Fixed<br>     ☐ Variable |
|---|---|

| 10. **Is this claim based on a lease?** | ☐ No<br>☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 23,944.89 _____ |
|---|---|

| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:*                **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $_____ |

---

## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Thomas S. Onder*    08/18/2025<br>_____<br>Electronic Signature        Date<br><br>**Name of the person who is completing and signing this claim**<br><br>Name    Thomas S. Onder<br>_____<br>First name    Middle name    Last name<br><br>Title/Company    Shareholder / Stark & Stark, PC<br>_____<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>P.O. Box 5315<br>Address _____<br>Number    Street<br><br>Princeton    NJ    08543<br>City    State    ZIP Code    Country<br><br>Contact phone    609-219-7458    Email    tonder@stark-stark.com |

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

Marin_Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-YYBGS-427283066

Claim Electronically Submitted on (UTC) :  2025-08-18T20:16:10.981Z

Submitted by:  Robert Marin and Celeset de Schulthess Marin Trust
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Robert Marin and Celeset de Schulthess Marin Family Trust files the following claims for its lease at 8530 Transit Road, Amherst, NY 14221, which is dated November 19, 2002.

1. **Pre-Petition - $23,944.89** for rent prior to May 5, 2025;

2. **Administrative - $30,814.18**; and

3. **Rejection  - $579,469.11**.

Robert Marin and Celeset de Schulthess Marin Family Trust reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust Accounting of Claims August 12, 2025


**Pre- Petition Owed:**   April Rent $21, 208.33 + May 1-4, 2025 $2,736.56 = **$23,944.89**
**$23,944.89**

**Administrative Post Petition Owed:**
**$30,814.18**

May Rent $21,208.33 / 31 = $684.14 X 27 days = **$18,471.77**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2025 to June 30, 2026
Tax Bill   $23,350.89 – **$1,945.91 of this amount Post Petition**
**for cost for July, 2025**

Post-petition attys fees per 3g of Amendment dated
March 1, 2024 **$10,396.50 as of August 1, 2025**

**Rejection Amounts Owed**
**$579,469.11**

Rent Owed from August 1, 2025 for
12 months                                                              **$254,499.96**

Property Insurance August 1, 2025     $20, 724.19
To July 31, 2026

Property Insurance August 1, 2026
To July 31, 2027-Projected              $20,724.19

Property Insurance August 1, 2027
To December 31, 2027
Projected                                $8,635.08 - **Total of Property Insurance is $50,083.46**


Town of Amherst, County of Erie
County and Town Property Tax 2025
January 1, 2025-December 31, 2025
$35,098.91, Payable 2/28/25
Prorated from August 1, 2025 to
 December 31, 2025                                                    **$14,624.55**

Town of Amherst, County of Erie
County and Town Property Tax 2026
January 1, 2026 to December 31,
2026- Projected                                                      **$35,098.91**

Town of Amherst, County of Erie
County and Town Property Tax
January 1, 2027 to December 31,
2027- Projected                                                      **$35,098.91**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2025 to June 30, 2026
Tax Bill                                       $23,350.89 – Note- $1,945.91 of this amount could
                                                        be considered Post Petition for cost
                                                        for July, 2025
                                                        **Remainder $21,404.98**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2026 to June 30, 2027
Tax Bill                                                             **$23,350.89**

Town of Amherst Williamsville
School Central District Tax Projected
July 1, 2027 to December 31, 2027
Prorated                                                            **$11,675.45**

Common Area Maintenance
August 1, 2025 to December
31, 2027 Projected @ 4.00 per
Square Foot Annually 13,824 Sq. ft.
Prorated @ 29 Months x $4,608                                       **$133,632.00**

4926-8291-3375, v. 1

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |
| **Debtor:** Eckerd Corporation |
| **Case Number:** 25-14769 |

## Modified Official Form 410

# Proof of Claim
**4/25**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. **Who is the current creditor?** | Robert Marin and Celeset de Schulthess Marin Trust | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |
| 2. **Has this claim been acquired from someone else?** | ✔ No<br>☐ Yes. From whom? | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Address1: c/o Stark & Stark, PC  Attn: Thomas Onder, Esq.<br>Address2: P.O. Box 5315<br>Address3:<br>Address4:<br>City: Princeton<br>State: NJ<br>Postal Code: 08543<br>Country:<br>Contact phone 609-219-7458<br>Contact email tonder@stark-stark.com<br><br>**Uniform Claim Identifier (if you use one)** | Address1:<br>Address2:<br>Address3:<br>Address4:<br>City:<br>State:<br>Postal Code:<br>Country:<br>Contact phone<br>Contact email |
| 4. **Does this claim amend one already filed?** | ✔ No<br>☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ✔ No<br>☐ Yes. Who made the earlier filing? _____ | |

**Proof of Claim**
page 1

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ 30,814.18

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ 23,944.89

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☑ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 30,814.18 |
| | *\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.* | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No | |
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder* 08/18/2025

_____    _____
Electronic Signature                           Date

**Name of the person who is completing and signing this claim**

Name:    Thomas S. Onder

First name          Middle name          Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address:
Number     Street

Princeton          NJ          08543
City                 State       ZIP Code    Country

Contact phone    609-219-7458          Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
☑ Yes
☐ No
-------------------------------------------------------------------------------------------------------------

Attachment Filename:

Marin_Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:   3870-1-NMAQO-812563471

Claim Electronically Submitted on (UTC) :   2025-08-18T20:24:29.809Z

Submitted by:   Robert Marin and Celeset de Schulthess Marin Trust
                tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Robert Marin and Celeset de Schulthess Marin Family Trust files the following claims for its lease at 8530 Transit Road, Amherst, NY 14221, which is dated November 19, 2002.

1. **Pre-Petition - $23,944.89** for rent prior to May 5, 2025;

2. **Administrative - $30,814.18**; and

3. **Rejection  - $579,469.11**.

Robert Marin and Celeset de Schulthess Marin Family Trust reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust Accounting of Claims August 12, 2025

**Pre- Petition Owed:**
**$23,944.89**                    April Rent $21, 208.33 + May 1-4, 2025 $2,736.56 = **$23,944.89**

**Administrative Post Petition Owed:**
**$30,814.18**

May Rent $21,208.33 / 31 = $684.14 X 27 days = **$18,471.77**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2025 to June 30, 2026
Tax Bill   $23,350.89 – **$1,945.91 of this amount Post Petition**
**for cost for July, 2025**

Post-petition attys fees per 3g of Amendment dated
March 1, 2024 **$10,396.50 as of August 1, 2025**

**Rejection Amounts Owed**
**$579,469.11**

Rent Owed from August 1, 2025 for
12 months                                                          **$254,499.96**

Property Insurance August 1, 2025        $20, 724.19
To July 31, 2026

Property Insurance August 1, 2026
To July 31, 2027-Projected                 $20,724.19

Property Insurance August 1, 2027
To December 31, 2027
Projected                                $8,635.08 - **Total of Property Insurance is $50,083.46**

Town of Amherst, County of Erie
County and Town Property Tax 2025
January 1, 2025-December 31, 2025
$35,098.91, Payable 2/28/25
Prorated from August 1, 2025 to
 December 31, 2025                                                 **$14,624.55**

1

Town of Amherst, County of Erie
County and Town Property Tax 2026
January 1, 2026 to December 31,
2026- Projected                                                    **$35,098.91**


Town of Amherst, County of Erie
County and Town Property Tax
January 1, 2027 to December 31,
2027- Projected                                                    **$35,098.91**


Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2025 to June 30, 2026
Tax Bill                            $23,350.89 – Note- $1,945.91 of this amount could
                                        be considered Post Petition for cost
                                        for July, 2025
                                        **Remainder $21,404.98**

Town of Amherst Williamsville
School Central District Property Tax
 Projected July 1, 2026 to June 30, 2027
Tax Bill                                              **$23,350.89**


Town of Amherst Williamsville
School Central District Tax Projected
July 1, 2027 to December 31, 2027
Prorated                                              **$11,675.45**


Common Area Maintenance
August 1, 2025 to December
31, 2027 Projected @ 4.00 per
Square Foot Annually 13,824 Sq. ft.
Prorated @ 29 Months x $4,608                         **$133,632.00**


2

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. Who is the current creditor? | Felos Associates, LLC |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ✔ No |
| --- | --- |
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No | | |
| --- | --- | --- | --- |
| | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ |
| | | | MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| **7. How much is the claim?** | $ _1,500.00_____ . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:     $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☐ No<br>☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_24,078.74_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.  $ 1500.00

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**  $ _____

---

### Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*  09/29/2025

_____     _____
Electronic Signature                                         Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

First name          Middle name          Last name

Title/Company   Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number       Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone   609-219-7458          Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-----------------------------------------------------------------------------------------------------------

Attachment Filename:

Felos Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:   3870-1-GLYKH-078686033

Claim Electronically Submitted on (UTC) :   2025-09-29T18:53:17.519Z

Submitted by:   Felos Associates, LLC
              tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Felos Associates, LLC files the following claims for its lease at 2401 Genese Street, Cheektowaga, NY.

1.    Pre-Petition - $24,078.74, comprised of Month of April $20,638.92 and 5 days of May $3,439.82;

2.    Admin Claim - $1,500 for cleanup work based on violations from July 11, 2025;

3.    Rejection - $302,033.00.

Felos Associates, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.



The
Town of
Cheektowaga

Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

## NOTICE OF VIOLATION(S)

July 11, 2025

Felos Associates LLC
7928 East Dr Apt 1008
North Bay Village, FL 33141

RE: 2401 Genesee St
  Cheektowaga, New York 14225
S.B.L. # 101.28-7-1.1
COMPLAINT #:2025-1928

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property is owned by you. Based upon an inspection of this property by a duly-authorized Town Inspector on July 10, 2025, you have been deemed in violation of the Town of Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1

**Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove or cause to be cut, trimmed or otherwise removed by all excessive grass, weeds, brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious growth" and "debris" shall be defined as all grasses, annual plants and vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth, garbage, and trash; provided, however, that this term shall not include cultivated flowers and gardens. It shall be the duty of any person owning any plot of ground in the Town of Cheektowaga to prevent the growth of weeds or accumulation of debris thereon as shall constitute a health hazard, fire hazard, safety or traffic hazard or public nuisance.**

### VIOLATION - CHAPTER 66, SECTION 66-2

**Property owners of any lot or land located in the Town of Cheektowaga shall maintain respective curbs, gutters and sidewalks bordering their parcels of land in such condition as to be clear of all growth of grass, weeds, brush, plant growth or debris within the curb, gutters and sidewalk.**

As directed by the code, you are hereby directed to complete the remedial action within 5 days.

**OWNER(S) RESPONSIBILITY/REMEDIAL ACTION(S) TO BE TAKEN**- Cut and remove the high grass and weeds located throughout the property, including trimming along all fence lines, foundations, landscape beds, curb lines, etc. Cut and remove all fallen brush bordering the roadway. Remove all miscellaneous accumulated debris throughout the property including, but not limited to, paper, bottles, fallen trees, propane tanks, tires, cardboard, tarps, garbage bags, yard waste, etc.

**Location and Additional Comments: Will cite Chapter 66 cut & clean, photos taken.**

**Entire property perimeter landscape area severe overgrowth.**

On July 16, 2025 the premises will be inspected for compliance and remediation of the violation (s) indicated above.  If all violations are not corrected at the time of this inspection, this office will contract with an outside contractor to cut, trim, or remove such weeds, grass, brush, plant growth or accumulated debris.

Pursuant to Chapter 66, Section 66-6 (Costs of Removal), the cost or expense of such work will be billed to you. Unless paid in full by the property owner within thirty (30) days receipt of bill, an additional two hundred dollars ($200.00) for administrative costs incurred will be added, and the Code requires that the Town shall cause a lien of these amounts on the property and shall draw interest from and after such thirty (30) days at the same rate that applies to real estate taxes.

Should you have any questions or need further information on this matter, contact the Neighborhood Preservation Office at (716) 897-7281.

Very truly yours,
TOWN OF CHEEKTOWAGA

Mark Radecki
Assistant Code Enforcement Officer

**The
Town of
Cheektowaga**



Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

### NOTICE OF VIOLATION(S)

September 08, 2025

Felos Associates LLC
7928 East Dr  Apt 1008
North Bay Village, FL 33141

RE:  2401 Genesee St
      Cheektowaga, New York 14225
SBL: 101.28-7-1.1
COMPLAINT #:2025-2855

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property is owned by you. Based upon an inspection of this property by a duly-authorized Town Inspector on September 5, 2025, you have been deemed in violation of the Town of Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1

**Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove or cause to be cut, trimmed or otherwise removed all excessive grass, weeds, brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious growth" and "debris" shall be defined as all grasses, annual plants and vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth, garbage, and trash; provided, however, that this term shall not include cultivated flowers and gardens. It shall be the duty of any person owning any plot of ground in the Town of Cheektowaga to prevent the growth of weeds or accumulation of debris thereon as shall constitute and health hazard, fire hazard, safety or traffic hazard or public nuisance.**

### VIOLATION - CHAPTER 66, SECTION 66-2

**Property owners of any lot or land located in the Town of Cheektowaga shall maintain their respective curbs, gutters and sidewalks bordering their parcels of land in such condition as to be clear of all growth of grass, weeds, brush, plant growth or debris within the curb, gutters and sidewalk.**

Please take notice that as you have received a similar such notice for this property within the calendar year, pursuant to Section 66-3B of the code, you are hereby directed to complete the remedial action within 2 days.

### REMEDIAL ACTION(S) TO BE TAKEN - Cut and remove the high grass and weeds

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

---

Modified Official Form 410

# Proof of Claim

**4/25**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. | **Who is the current creditor?** | **Felos Associates, LLC** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | **Has this claim been acquired from someone else?** | ☑ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | | Address1:  c/o Stark & Stark, PC   Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2:  P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City:  Princeton | City: |
| | | State:  NJ | State: |
| | | Postal Code:  08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone  609-219-7458 | Contact phone |
| | | Contact email  tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | **Does this claim amend one already filed?** | ☑ No |
|---|---|---|
| | | ☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ____/____/____  MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ 1,500.00    . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 24,078.74 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $ 1500.00

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025

Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name          Middle name          Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number    Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone    609-219-7458          Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------

Attachment Filename:

Felos Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-EPPEQ-690757650

Claim Electronically Submitted on (UTC) :  2025-09-29T19:00:50.285Z

Submitted by:  Felos Associates, LLC
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Felos Associates, LLC files the following claims for its lease at 2401 Genese Street, Cheektowaga, NY.

1.    Pre-Petition - $24,078.74, comprised of Month of April $20,638.92 and 5 days of May $3,439.82;

2.    Admin Claim - $1,500 for cleanup work based on violations from July 11, 2025;

3.    Rejection - $302,033.00.

Felos Associates, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

The
Town of
Cheektowaga



Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

## NOTICE OF VIOLATION(S)

July 11, 2025

Felos Associates LLC
7928 East Dr Apt 1008
North Bay Village, FL 33141

RE:  2401 Genesee St
      Cheektowaga, New York 14225
S.B.L. # 101.28-7-1.1
COMPLAINT #:2025-1928

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property is owned by you. Based upon an inspection of this property by a duly-authorized Town Inspector on July 10, 2025, you have been deemed in violation of the Town of Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1
**Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove or cause to be cut, trimmed or otherwise removed by all excessive grass, weeds, brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious growth" and "debris" shall be defined as all grasses, annual plants and vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth, garbage, and trash; provided, however, that this term shall not include cultivated flowers and gardens. It shall be the duty of any person owning any plot of ground in the Town of Cheektowaga to prevent the growth of weeds or accumulation of debris thereon as shall constitute a health hazard, fire hazard, safety or traffic hazard or public nuisance.**

### VIOLATION - CHAPTER 66, SECTION 66-2
**Property owners of any lot or land located in the Town of Cheektowaga shall maintain respective curbs, gutters and sidewalks bordering their parcels of land in such condition as to be clear of all growth of grass, weeds, brush, plant growth or debris within the curb, gutters and sidewalk.**

As directed by the code, you are hereby directed to complete the remedial action within 5 days.

**OWNER(S) RESPONSIBILITY/REMEDIAL ACTION(S) TO BE TAKEN**- Cut and remove the high grass and weeds located throughout the property, including trimming along all fence lines, foundations, landscape beds, curb lines, etc. Cut and remove all fallen brush bordering the roadway. Remove all miscellaneous accumulated debris throughout the property including, but not limited to, paper, bottles, fallen trees, propane tanks, tires, cardboard, tarps, garbage bags, yard waste, etc.

**Location and Additional Comments: Will cite Chapter 66 cut & clean, photos taken.**

**Entire property perimeter landscape area severe overgrowth.**

On July 16, 2025 the premises will be inspected for compliance and remediation of the violation (s) indicated above.  If all violations are not corrected at the time of this inspection, this office will contract with an outside contractor to cut, trim, or remove such weeds, grass, brush, plant growth or accumulated debris.

Pursuant to Chapter 66, Section 66-6 (Costs of Removal), the cost or expense of such work will be billed to you. Unless paid in full by the property owner within thirty (30) days receipt of bill, an additional two hundred dollars ($200.00) for administrative costs incurred will be added, and the Code requires that the Town shall cause a lien of these amounts on the property and shall draw interest from and after such thirty (30) days at the same rate that applies to real estate taxes.

Should you have any questions or need further information on this matter, contact the Neighborhood Preservation Office at (716) 897-7281.

Very truly yours,
TOWN OF CHEEKTOWAGA

Mark Radecki
Assistant Code Enforcement Officer

**The
Town of
Cheektowaga**



Neighborhood Preservation Office
275 Alexander Avenue
Cheektowaga, NY 14211
(716) 897-7281

### NOTICE OF VIOLATION(S)

September 08, 2025

Felos Associates LLC
7928 East Dr  Apt 1008
North Bay Village, FL 33141

RE:  2401 Genesee St
     Cheektowaga, New York 14225
SBL: 101.28-7-1.1
COMPLAINT #:2025-2855

The Town of Cheektowaga Assessor's Records indicate that the above-referenced property is owned by you. Based upon an inspection of this property by a duly-authorized Town Inspector on September 5, 2025, you have been deemed in violation of the Town of Cheektowaga's Town Code, Chapter 66 (BRUSH, WEEDS, OBNOXIOUS GROWTH AND DEBRIS) which reads as follows:

### VIOLATION - CHAPTER 66, SECTION 66-1

**Every owner of any area, lot or parcel of land shall cut, trim or otherwise remove or cause to be cut, trimmed or otherwise removed all excessive grass, weeds, brush or plant growth in excess of six (6) inches. "Brush," "weeds," "obnoxious growth" and "debris" shall be defined as all grasses, annual plants and vegetation (other than trees or shrubs), dead or dying trees, stumps, roots, filth, garbage, and trash; provided, however, that this term shall not include cultivated flowers and gardens. It shall be the duty of any person owning any plot of ground in the Town of Cheektowaga to prevent the growth of weeds or accumulation of debris thereon as shall constitute and health hazard, fire hazard, safety or traffic hazard or public nuisance.**

### VIOLATION - CHAPTER 66, SECTION 66-2

**Property owners of any lot or land located in the Town of Cheektowaga shall maintain their respective curbs, gutters and sidewalks bordering their parcels of land in such condition as to be clear of all growth of grass, weeds, brush, plant growth or debris within the curb, gutters and sidewalk.**

Please take notice that as you have received a similar such notice for this property within the calendar year, pursuant to Section 66-3B of the code, you are hereby directed to complete the remedial action within 2 days.

### REMEDIAL ACTION(S) TO BE TAKEN - Cut and remove the high grass and weeds

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case (Select only one Debtor per claim form):</strong></td></tr>
<tr><td><strong>Debtor:</strong> New Rite Aid, LLC</td></tr>
<tr><td><strong>Case Number:</strong> 25-14861</td></tr>
</table>

<u>Modified Official Form 410</u>

# Proof of Claim

**4/25**

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:   Identify the Claim

| | | | |
|---|---|---|---|
| 1. | **Who is the current creditor?** | Joseph Murphy Corporation | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor | |
| 2. | **Has this claim been acquired from someone else?** | ✔ No | |
| | | ☐ Yes. From whom? | |

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | **Does this claim amend one already filed?** | ✔ No | | |
|---|---|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ | |
| | | | MM / DD / YYYY | |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ✔ No | |
|---|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ | |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| **7. How much is the claim?** | $ 175,801.59   . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No<br>☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed<br>☐ Variable

**10. Is this claim based on a lease?**

☐ No<br>☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $32,219.33 _____

**11. Is this claim subject to a right of setoff?**

☑ No<br>☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
$ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).
$ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).
$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).
$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).
$ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.
$ 175,801.59

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**
$ _____

| **Part 3:** | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   09/29/2025

Electronic Signature                Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number      Street

Princeton        NJ        08543

City        State        ZIP Code    Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

JMC Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-LMPYG-558415107

Claim Electronically Submitted on (UTC) :  2025-09-29T16:02:55.193Z

Submitted by:  Joseph Murphy Corporation
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Joseph Murphy Corporation files the following claims for its lease at Farmers Lane Plaza, 1551 Farmers Lane, Santa Rosa, CA.

1. **Pre-Petition - $32,219.33** for rent prior to May 5, 2025;

2. **Administrative - $175,801.59**; and

3. **Rejection  - $91,797.10**.

Joseph Murphy Corporation reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

# JOSEPH MURPHY CORPORATION

**POST OFFICE BOX 2740**
**SANTA ROSA, CA 95405-0740**
**(707) 525-0397**

September 10, 2025

Tenant:

Store#06023
Rite Aid Corporation
Post Office Box 8431
Harrisburg, PA 17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|
| **2nd Quarter - April 1, 2025 to May 4, 2025** | | | |
| R&M Electric | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $830.04 | 38.157% | $316.72 |
| Landscape Contract | $1,838.00 | 38.157% | $701.33 |
| Security Contract | $4,945.00 | 38.157% | $1,886.86 |
| Sweeping/Cleaning Service | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| Total Expenses | $63,027.54 | | $24,049.42 |
| Administration Fee | | 10% | $2,404.94 |
| Water | $227.14 | 38.157% | $86.67 |
| Electric | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| **Total** | **$78,136.10** | **Subtotal** | **$32,219.33** |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | |
| R&M Electric | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | $285.00 | 0% | $0.00 |
| R&M Common Area | $222,477.00 | 38.157% | $84,890.55 |
| R&M Parking and Streets | $837.00 | 38.157% | $319.37 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |

| | | | | |
|---|---|---|---|---|
| Landscape Contract | | $5,662.00 | 38.157% | $2,160.45 |
| Security Contract | | $7,494.00 | 38.157% | $2,859.49 |
| Sweeping/Cleaning Service | | $7,546.50 | 38.157% | $2,879.52 |
| Pest Control Service | | $515.00 | 38.157% | $196.51 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $4,977.00 | 0% | $0.00 |
| | Total Expenses | $261,212.37 | | $97,662.98 |
| | Administration Fee | | 10% | $9,766.30 |
| Water | | $2,047.20 | 38.157% | $781.15 |
| Electric | | $4,046.59 | 38.157% | $1,544.06 |
| Insurance - Earthquake Only | | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | | $0.00 | 38.157% | $0.00 |
| | **Total** | **$298,348.50** | **Subtotal** | **$121,599.31** |

**3rd Quarter 2025**

| | | | | |
|---|---|---|---|---|
| R&M Electric | | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | | $0.00 | 0% | $0.00 |
| R&M Common Area | | $1,313.56 | 38.157% | $501.22 |
| R&M Parking and Streets | | $0.00 | 38.157% | $0.00 |
| R&M Landscape | | $3,102.09 | 38.157% | $1,183.66 |
| Garbage - General/Center trash only | | $1,660.08 | 38.157% | $633.44 |
| Landscape Contract | | $3,676.00 | 38.157% | $1,402.65 |
| Security Contract | | $4,599.00 | 38.157% | $1,754.84 |
| Sweeping/Cleaning Service | | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | | $199.00 | 38.157% | $75.93 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $19,580.73 | | $7,471.42 |
| | Administration Fee | | 10% | $747.14 |
| Water | | $1,751.77 | 38.157% | $668.42 |
| Electric | | $3,884.20 | 38.157% | $1,482.09 |
| Insurance - Earthquake Only | | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2024 figures) | | $26,437.90 | 38.157% | $10,087.91 |
| | **Total** | **$73,279.60** | **Subtotal** | **$28,708.44** |
| | | **2nd and 3rd Quarter** | **Balance Due:** | **$150,307.75** |

**Rite Aid Costs Per Lease**

| | | |
|---|---|---|
| Backflow Testing not done by Rite Aid | $ | 120.00 |
| Five-year fire testing not done by Rite Aid | $ | 750.00 |
| Wall removal (as per lease - return to original condition) | $ | 24,180.00 |

| After May 5, 2025 | TOTAL DUE: | $174,487.75 |
| Before May 5, 2025 | TOTAL DUE: | $32,219.33 |

9:11

< All Inboxes **Firecode In...**    ∧  ∨

service@firecode.com



"Your COMPLETE Source for Fire
Safety and Security Since 1982"



United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** Thrift Drug, Inc. |
| **Case Number:** 25-14853 |

## Modified Official Form 410

# Proof of Claim                                                                4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. **Who is the current creditor?** | Joseph Murphy Corporation |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. **Has this claim been acquired from someone else?** | ☑ No ☐ Yes. From whom? _____ |
|---|---|

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Address1: c/o Stark & Stark, PC  Attn: Thomas S. Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. **Does this claim amend one already filed?** | ☑ No  ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
|---|---|---|

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No ☐ Yes. Who made the earlier filing? _____ |
|---|---|

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 175,801.59 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 32,219.33 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 175,801.59 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025

_____
Electronic Signature                              Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
_____
First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address    _____
Number        Street

Princeton        NJ        08543
City        State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

---------------------------------------------------------------------------------------------------------------

Attachment Filename:

JMC Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-FTMWD-932285399

Claim Electronically Submitted on (UTC) :  2025-09-29T16:26:09.035Z

Submitted by:  Joseph Murphy Corporation
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Joseph Murphy Corporation files the following claims for its lease at Farmers Lane Plaza, 1551 Farmers Lane, Santa Rosa, CA.

1. **Pre-Petition - $32,219.33** for rent prior to May 5, 2025;

2. **Administrative - $175,801.59**; and

3. **Rejection  - $91,797.10**.

Joseph Murphy Corporation reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

**JOSEPH MURPHY CORPORATION**

**POST OFFICE BOX 2740**
**SANTA ROSA, CA 95405-0740**
**(707) 525-0397**

September 10, 2025                    Tenant:                    Store#06023
                                                                Rite Aid Corporation
                                                                Post Office Box 8431
                                                                Harrisburg, PA 17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|---|
| **2nd Quarter - April 1, 2025 to May 4, 2025** | | | | |
| R&M Electric | | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | | $0.00 | 0% | $0.00 |
| R&M Common Area | | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | | $0.00 | 38.157% | $0.00 |
| R&M Landscape | | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | | $830.04 | 38.157% | $316.72 |
| Landscape Contract | | $1,838.00 | 38.157% | $701.33 |
| Security Contract | | $4,945.00 | 38.157% | $1,886.86 |
| Sweeping/Cleaning Service | | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $63,027.54 | | $24,049.42 |
| | Administration Fee | | 10% | $2,404.94 |
| Water | | $227.14 | 38.157% | $86.67 |
| Electric | | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | | $0.00 | 38.157% | $0.00 |
| | **Total** | **$78,136.10** | **Subtotal** | **$32,219.33** |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | | |
| R&M Electric | | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | | $285.00 | 0% | $0.00 |
| R&M Common Area | | $222,477.00 | 38.157% | $84,890.55 |
| R&M Parking and Streets | | $837.00 | 38.157% | $319.37 |
| R&M Landscape | | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | | $1,660.08 | 38.157% | $633.44 |

| | | | |
|---|---|---|---|
| Landscape Contract | $5,662.00 | 38.157% | $2,160.45 |
| Security Contract | $7,494.00 | 38.157% | $2,859.49 |
| Sweeping/Cleaning Service | $7,546.50 | 38.157% | $2,879.52 |
| Pest Control Service | $515.00 | 38.157% | $196.51 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $4,977.00 | 0% | $0.00 |
| | | | |
| Total Expenses | $261,212.37 | | $97,662.98 |
| Administration Fee | | 10% | $9,766.30 |
| | | | |
| Water | $2,047.20 | 38.157% | $781.15 |
| Electric | $4,046.59 | 38.157% | $1,544.06 |
| Insurance - Earthquake Only | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| | | | |
| **Total** | **$298,348.50** | **Subtotal** | **$121,599.31** |

**3rd Quarter 2025**

| | | | |
|---|---|---|---|
| R&M Electric | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $1,313.56 | 38.157% | $501.22 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $3,102.09 | 38.157% | $1,183.66 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |
| Landscape Contract | $3,676.00 | 38.157% | $1,402.65 |
| Security Contract | $4,599.00 | 38.157% | $1,754.84 |
| Sweeping/Cleaning Service | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | $199.00 | 38.157% | $75.93 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| | | | |
| Total Expenses | $19,580.73 | | $7,471.42 |
| Administration Fee | | 10% | $747.14 |
| | | | |
| Water | $1,751.77 | 38.157% | $668.42 |
| Electric | $3,884.20 | 38.157% | $1,482.09 |
| Insurance - Earthquake Only | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2024 figures) | $26,437.90 | 38.157% | $10,087.91 |
| | | | |
| **Total** | **$73,279.60** | **Subtotal** | **$28,708.44** |
| | | | |
| | | **2nd and 3rd Quarter** | **Balance Due:** | **$150,307.75** |

**Rite Aid Costs Per Lease**

| | | |
|---|---|---|
| Backflow Testing not done by Rite Aid | $ | 120.00 |
| Five-year fire testing not done by Rite Aid | $ | 750.00 |
| Wall removal (as per lease - return to original condition) | $ | 24,180.00 |

| After May 5, 2025 | TOTAL DUE: | $174,487.75 |
| Before May 5, 2025 | TOTAL DUE: | $32,219.33 |



9:11

< All Inboxes **Firecode In...**    ∧    ∨

service@firecode.com

"Your COMPLETE Source for Fire
Safety and Security Since 1982"



United States Bankruptcy Court for the District of New Jersey

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** Thrifty Corporation

**Case Number:** 25-14855

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Joseph Murphy Corporation |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No | | |
| --- | --- | --- | --- | --- |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ | |
| | | | MM / DD / YYYY | |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.   How much is the claim?**   $ 175,801.59 **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                      $_____

**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**      $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 32,219.33 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $ 175,801.59

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    09/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

_____
First name    Middle name    Last name

Title/Company    Shareholder / Stark & Stark, PC

_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address    _____
Number    Street

Princeton    NJ    08543

_____
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

JMC Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:   3870-1-HTQHT-735759809

Claim Electronically Submitted on (UTC) :   2025-09-29T16:49:24.508Z

Submitted by:   Joseph Murphy Corporation
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Joseph Murphy Corporation files the following claims for its lease at Farmers Lane Plaza, 1551 Farmers Lane, Santa Rosa, CA.

1. **Pre-Petition - $32,219.33** for rent prior to May 5, 2025;

2. **Administrative - $175,801.59**; and

3. **Rejection  - $91,797.10**.

Joseph Murphy Corporation reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

# JOSEPH MURPHY CORPORATION

**POST OFFICE BOX 2740**
**SANTA ROSA, CA 95405-0740**
**(707) 525-0397**

September 10, 2025

Tenant:

Store#06023
Rite Aid Corporation
Post Office Box 8431
Harrisburg, PA 17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|
| **2nd Quarter - April 1, 2025 to May 4, 2025** | | | |
| R&M Electric | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $830.04 | 38.157% | $316.72 |
| Landscape Contract | $1,838.00 | 38.157% | $701.33 |
| Security Contract | $4,945.00 | 38.157% | $1,886.86 |
| Sweeping/Cleaning Service | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| Total Expenses | $63,027.54 | | $24,049.42 |
| Administration Fee | | 10% | $2,404.94 |
| Water | $227.14 | 38.157% | $86.67 |
| Electric | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| **Total** | **$78,136.10** | **Subtotal** | **$32,219.33** |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | |
| R&M Electric | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | $285.00 | 0% | $0.00 |
| R&M Common Area | $222,477.00 | 38.157% | $84,890.55 |
| R&M Parking and Streets | $837.00 | 38.157% | $319.37 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |

| | | | | |
|---|---|---|---|---|
| Landscape Contract | | $5,662.00 | 38.157% | $2,160.45 |
| Security Contract | | $7,494.00 | 38.157% | $2,859.49 |
| Sweeping/Cleaning Service | | $7,546.50 | 38.157% | $2,879.52 |
| Pest Control Service | | $515.00 | 38.157% | $196.51 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $4,977.00 | 0% | $0.00 |
| | Total Expenses | $261,212.37 | | $97,662.98 |
| | Administration Fee | | 10% | $9,766.30 |
| Water | | $2,047.20 | 38.157% | $781.15 |
| Electric | | $4,046.59 | 38.157% | $1,544.06 |
| Insurance - Earthquake Only | | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | | $0.00 | 38.157% | $0.00 |
| | **Total** | **$298,348.50** | **Subtotal** | **$121,599.31** |

### 3rd Quarter 2025

| | | | | |
|---|---|---|---|---|
| R&M Electric | | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | | $0.00 | 0% | $0.00 |
| R&M Common Area | | $1,313.56 | 38.157% | $501.22 |
| R&M Parking and Streets | | $0.00 | 38.157% | $0.00 |
| R&M Landscape | | $3,102.09 | 38.157% | $1,183.66 |
| Garbage - General/Center trash only | | $1,660.08 | 38.157% | $633.44 |
| Landscape Contract | | $3,676.00 | 38.157% | $1,402.65 |
| Security Contract | | $4,599.00 | 38.157% | $1,754.84 |
| Sweeping/Cleaning Service | | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | | $199.00 | 38.157% | $75.93 |
| Roof-Building R&M (painting) | | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | | $0.00 | 0% | $0.00 |
| | Total Expenses | $19,580.73 | | $7,471.42 |
| | Administration Fee | | 10% | $747.14 |
| Water | | $1,751.77 | 38.157% | $668.42 |
| Electric | | $3,884.20 | 38.157% | $1,482.09 |
| Insurance - Earthquake Only | | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2024 figures) | | $26,437.90 | 38.157% | $10,087.91 |
| | **Total** | **$73,279.60** | **Subtotal** | **$28,708.44** |
| | | **2nd and 3rd Quarter** | **Balance Due:** | **$150,307.75** |

### Rite Aid Costs Per Lease

| | |
|---|---|
| Backflow Testing not done by Rite Aid | $ 120.00 |
| Five-year fire testing not done by Rite Aid | $ 750.00 |
| Wall removal (as per lease - return to original condition) | $ 24,180.00 |

| After May 5, 2025 | TOTAL DUE: | $174,487.75 |
| Before May 5, 2025 | TOTAL DUE: | $32,219.33 |

9:11

< All Inboxes **Firecode In...**    ∧ ∨

service@firecode.com



"Your COMPLETE Source for Fire
Safety and Security Since 1982"



United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |
| **Debtor:** Thrifty PayLess, Inc. |
| **Case Number:** 25-14857 |

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
| --- | --- |
| 1. **Who is the current creditor?** | Joseph Murphy Corporation |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Address1: c/o Stark & Stark, PC  Attn. Thomas S. Onder, Esq. | Address1: |
| Address2: P.O. Box 5315 | Address2: |
| Address3: | Address3: |
| Address4: | Address4: |
| City: Princeton | City: |
| State: NJ | State: |
| Postal Code: 08543 | Postal Code: |
| Country: | Country: |
| Contact phone 609-219-7458 | Contact phone |
| Contact email tonder@stark-stark.com | Contact email |
| **Uniform Claim Identifier (if you use one)** | |

| | |
| --- | --- |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ___/___/___<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 175,801.59 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 32,219.33

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.     $ 175,801.559

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**     $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   09/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
_____
First name    Middle name    Last name

Title/Company    Shareholder / Stark & Stark, PC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315
_____
Number    Street
Address

Princeton    NJ    08543
_____
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

---------------------------------------------------------------------------------------------------------------

Attachment Filename:

JMC Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-NDFXC-922578296

Claim Electronically Submitted on (UTC) :  2025-09-29T16:12:38.026Z

Submitted by:  Joseph Murphy Corporation
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Joseph Murphy Corporation files the following claims for its lease at Farmers Lane Plaza, 1551 Farmers Lane, Santa Rosa, CA.

1. **Pre-Petition - $32,219.33** for rent prior to May 5, 2025;

2. **Administrative - $175,801.59**; and

3. **Rejection  - $91,797.10**.

Joseph Murphy Corporation reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

# JOSEPH MURPHY CORPORATION

**POST OFFICE BOX 2740**
**SANTA ROSA,  CA  95405-0740**
**(707) 525-0397**

September 10, 2025

Tenant:

Store#06023
Rite Aid Corporation
Post Office Box 8431
Harrisburg, PA  17105

| Sq Ft Numerator | Sq Ft Denominator |
|---|---|
| 35,250 | 92,382 |

| Expense | Property Expense | Tenant Percent | Tenant Expense |
|---|---|---|---|
| **2nd Quarter – April 1, 2025 to May 4, 2025** | | | |
| R&M Electric | $0.00 | 38.157% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $43,900.00 | 38.157% | $16,750.92 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $830.04 | 38.157% | $316.72 |
| Landscape Contract | $1,838.00 | 38.157% | $701.33 |
| Security Contract | $4,945.00 | 38.157% | $1,886.86 |
| Sweeping/Cleaning Service | $2,515.50 | 38.157% | $959.84 |
| Pest Control Service | $230.00 | 38.157% | $87.76 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| Total Expenses | $63,027.54 | | $24,049.42 |
| Administration Fee | | 10% | $2,404.94 |
| Water | $227.14 | 38.157% | $86.67 |
| Electric | $2,673.76 | 38.157% | $1,020.23 |
| Insurance - Earthquake Only | $12,207.66 | 38.157% | $4,658.08 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| **Total** | **$78,136.10** | **Subtotal** | **$32,219.33** |
| **2nd Quarter 2025 - May 5, 2025 to June 30, 2025** | | | |
| R&M Electric | $989.79 | 38.157% | $377.67 |
| R&M Plumbing/Sewer Lines | $285.00 | 0% | $0.00 |
| R&M Common Area | $222,477.00 | 38.157% | $84,890.55 |
| R&M Parking and Streets | $837.00 | 38.157% | $319.37 |
| R&M Landscape | $8,769.00 | 38.157% | $3,345.99 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |

| | | | |
|---|---|---|---|
| Landscape Contract | $5,662.00 | 38.157% | $2,160.45 |
| Security Contract | $7,494.00 | 38.157% | $2,859.49 |
| Sweeping/Cleaning Service | $7,546.50 | 38.157% | $2,879.52 |
| Pest Control Service | $515.00 | 38.157% | $196.51 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $4,977.00 | 0% | $0.00 |
| | | | |
| Total Expenses | $261,212.37 | | $97,662.98 |
| Administration Fee | | 10% | $9,766.30 |
| | | | |
| Water | $2,047.20 | 38.157% | $781.15 |
| Electric | $4,046.59 | 38.157% | $1,544.06 |
| Insurance - Earthquake Only | $31,042.34 | 38.157% | $11,844.83 |
| Property Tax | $0.00 | 38.157% | $0.00 |
| | | | |
| **Total** | **$298,348.50** | **Subtotal** | **$121,599.31** |

**3rd Quarter 2025**

| | | | |
|---|---|---|---|
| R&M Electric | $0.00 | 0% | $0.00 |
| R&M Plumbing/Sewer Lines | $0.00 | 0% | $0.00 |
| R&M Common Area | $1,313.56 | 38.157% | $501.22 |
| R&M Parking and Streets | $0.00 | 38.157% | $0.00 |
| R&M Landscape | $3,102.09 | 38.157% | $1,183.66 |
| Garbage - General/Center trash only | $1,660.08 | 38.157% | $633.44 |
| Landscape Contract | $3,676.00 | 38.157% | $1,402.65 |
| Security Contract | $4,599.00 | 38.157% | $1,754.84 |
| Sweeping/Cleaning Service | $5,031.00 | 38.157% | $1,919.68 |
| Pest Control Service | $199.00 | 38.157% | $75.93 |
| Roof-Building R&M (painting) | $0.00 | 38.157% | $0.00 |
| Roof-Building R&M | $0.00 | 0% | $0.00 |
| | | | |
| Total Expenses | $19,580.73 | | $7,471.42 |
| Administration Fee | | 10% | $747.14 |
| | | | |
| Water | $1,751.77 | 38.157% | $668.42 |
| Electric | $3,884.20 | 38.157% | $1,482.09 |
| Insurance - Earthquake Only | $21,625.00 | 38.157% | $8,251.45 |
| Property Tax - (Based on 2024 figures) | $26,437.90 | 38.157% | $10,087.91 |
| | | | |
| **Total** | **$73,279.60** | **Subtotal** | **$28,708.44** |
| | | | |
| | | **2nd and 3rd Quarter** | **Balance Due:** | **$150,307.75** |

**Rite Aid Costs Per Lease**

| | | |
|---|---|---|
| Backflow Testing not done by Rite Aid | $ | 120.00 |
| Five-year fire testing not done by Rite Aid | $ | 750.00 |
| Wall removal (as per lease - return to original condition) | $ | 24,180.00 |

| After May 5, 2025 | TOTAL DUE: | $174,487.75 |
|---|---|---|
| Before May 5, 2025 | TOTAL DUE: | $32,219.33 |





United States Bankruptcy Court for the District of New Jersey

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. | Who is the current creditor? | Yoko C. Gates Trust |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC Attn. Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No | | |
| --- | --- | --- | --- | --- |
| | | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ | |
| | | | MM / DD / YYYY | |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

Proof of Claim                                           page 1

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. **How much is the claim?**   $ _45,866.14_____   . **Does this amount include interest or other charges?**

   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Administrative Claim

9. **Is all or part of the claim secured?**

   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____

   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☐ No
    ☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $7,061.05_____

11. **Is this claim subject to a right of setoff?**

    ☑ No
    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 45,866.14 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $_____

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    07/29/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
First name        Middle name        Last name

Title/Company    Shareholder

Identify the corporate servicer as the company if the authorized agent is a servicer.
P.O. Box 5315

Address
Number    Street

Princeton    NJ    08543
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

Yoko Schedule A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-DSMYW-479522415

Claim Electronically Submitted on (UTC) :  2025-07-29T18:17:29.744Z

Submitted by:  Yoko C. Gates Trust
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Yoko C. Gates Trust files the following claims for its lease at 520 West Washington Street, Sequim, WA, which is dated October 13, 2006 and was amended on November 1, 2023:

1. **Pre-Petition - $7,061.05**, comprised of $5,235.79 in rent to May 5, 2025, plus attorneys' fees and costs after the Restructuring Date of the first case until May 5, 2025 of $1,825.26, per section 3(c) of the Amendment dated November 1, 2025;

2. **Administrative - $45,866.14**, comprised of $35,341.64 in rent from May 5 to May 31, 2025 and $11,524.50 for attorneys' fees and costs from May 5 to May 31, 2025, per section 3(c) of the Amendment dated November 1, 2025; and

3. **Rejection  - $487,429.16**, comprised of $486,929.16 for one year's worth of rent from July 1, 2025 to June 30, 2026, plus attorneys' fees and costs of $1,500.00.

Yoko C. Gates Trust reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Thrifty PayLess, Inc.

**Case Number:** 25-14857

## Modified Official Form 410

# Proof of Claim                                                                4/25

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Yoko C. Gates Trust |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08619 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email  tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No | |
| --- | --- | --- | --- |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**   $ 45,866.14

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**  $ 7,061.05

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.

$ 45,866.14

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ _____

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    07/30/2025

_____    _____
Electronic Signature            Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

_____
First name            Middle name            Last name

Title/Company    Shareholder

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address
_____
Number        Street

Princeton        NJ        08619
City            State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

---

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

--------------------------------------------------------------------------------------------------------

Attachment Filename:

Yoko Schedule A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-DNKUI-678604868

Claim Electronically Submitted on (UTC) :  2025-07-30T19:12:27.858Z

Submitted by:  Yoko C. Gates Trust
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Yoko C. Gates Trust files the following claims for its lease at 520 West Washington Street, Sequim, WA, which is dated October 13, 2006 and was amended on November 1, 2023:

1. **Pre-Petition - $7,061.05**, comprised of $5,235.79 in rent to May 5, 2025, plus attorneys' fees and costs after the Restructuring Date of the first case until May 5, 2025 of $1,825.26, per section 3(c) of the Amendment dated November 1, 2025;

2. **Administrative - $45,866.14**, comprised of $35,341.64 in rent from May 5 to May 31, 2025 and $11,524.50 for attorneys' fees and costs from May 5 to May 31, 2025, per section 3(c) of the Amendment dated November 1, 2025; and

3. **Rejection  - $487,429.16**, comprised of $486,929.16 for one year's worth of rent from July 1, 2025 to June 30, 2026, plus attorneys' fees and costs of $1,500.00.

Yoko C. Gates Trust reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

United States Bankruptcy Court for the District of New Jersey

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | SADG-1 Limited Partnership |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ☑ No | |
|---|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on ____/____/____  MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ 13,884.38   **. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 15,833.33 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.

$ 13,884.38

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$ _____

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/21/2025

Electronic Signature        Date

**Name of the person who is completing and signing this claim**

Name        Thomas S. Onder

First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number        Street

Princeton        NJ        08543

City        State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

---

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

SADG-1 Sch A opt.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-UCIGC-853993143

Claim Electronically Submitted on (UTC) :  2025-08-21T15:02:05.418Z

Submitted by:  SADG-1 Limited Partnership
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, SADG-1 Limited Partnership files the following claims for its lease at 102 North Main Street, Pittston, PA 18640

1. **Pre-Petition - $15,833.33** for rent prior to May 5, 2025;

2. **Administrative - $13,884.38**; and

3. **Rejection  - $190,000.00**.

SADG-1 Limited Partnership reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "***Amendment***") is made effective November 1, 2023 (the "***Effective Date***") by and between SADG-1 Limited Partnership, a Pennsylvania limited partnership ("***Landlord***"), and RITE AID OF PENNSYLVANIA, LLC, a Pennsylvania limited liability company ("***Tenant***," and together with the Landlord, the "***Parties***" and each, a "***Party***").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated February 18, 1997 (as amended from time to time thereafter, the "***Lease***"), with respect to that certain premises located at 102 North Main Street Pittston, Pennsylvania 18640-2166, which premises is defined and more particularly described in the Lease (the "***Premises***");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "***Debtors***") commenced a case (the "***Chapter 11 Cases***") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "***Bankruptcy Code***") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "***Bankruptcy Court***"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.     Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.     Recitals Correct. The parties acknowledge and agree that the recitals stated above are true and correct, are being relied upon by the parties in entering into this Agreement, and each and every one of the above recitals is incorporated herein as if fully set forth at length.

3.     Effective Date.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "***Restructuring Effective Date***"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, except as otherwise provided herein, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly

1

reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

    4.    Lease Modification.

    (a)    Rent. Landlord and Tenant hereby agree that, from and after the Effective Date and through the remainder of the Current Base Term that expires November 23, 2032, Tenant shall only be obligated to pay rent (exclusive of any percentage rent, common area maintenance charges, taxes, and insurance premiums and all other additional rent payable directly to the Landlord) in the amount of $190,000.00 per annum ("**Base Rent**"), payable on the first (1st) day of each month in equal installments of $15,833.33. Nothing set forth in this Amendment shall modify Tenant's obligation to pay Additional Rent as set forth in the Lease. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

    (b)    Landlord Waiver of Claims. Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury and/or environmental claims.

    (c)    Tenant Waiver of Claims. Tenant hereby waives, releases, and discharges Landlord and all of its affiliated companies and their successors and assigns, from any and all claims, damages, obligations, liabilities, actions and causes of action of every kind and nature whatsoever it may have or that arose under in or in connection with the Lease, arising prior to the Effective Date, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured.

    (d)    Attorneys' Fees. Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. For the sake of clarity, this provision applies only to this Amendment, and Article 23 of the Lease shall otherwise continue to govern the payment of attorneys' fees in connection with the Lease, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

    5.    No Default and Waiver of Charges. Landlord acknowledges and affirms that as of the Effective Date, Tenant is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Landlord further acknowledges and agrees that as of the Effective Date, Landlord has no knowledge of any offsets, claims, or defenses against Tenant with respect to any obligation or duty of Tenant arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to Tenant, all such notices are hereby waived and of no further

2

force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

6.  Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

7.  Notices.

(a)  Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
RITE AID OF PENNSYLVANIA, LLC
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
RITE AID OF PENNSYLVANIA, LLC
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b)  Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows and with copies sent at the same time by email to the email addresses set forth below:

| | |
|---|---|
| Name: | SADG-1, Limited Partnership |
| Address: | 100 Colliery Road |
| | Dickinson City, PA 18519 |
| Email: | mark@scandaleassociated.com |
| | ladidiane@comcast.net |
| | gregscan@gmail.com |
| | tonder@stark-stark.com |
| | ereilly@bvrrlaw.com |
| Telephone: | 570-383-0259 |

With a copy to:
If by Overnight Courier
Thomas S. Onder
Stark & Stark- Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458

And

Eileen A. Reilly, Esquire

3

BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704
Telephone (570) 288-6441
Fax (570) 288-4598
If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark-Attorneys At Law
PO Box 5315
Princeton, NJ 08543

AND

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704

All notices sent by nationally recognized courier shall be effective the following business day, all notices sent by certified mail, return receipt requested shall be effective five calendar days after the date mailed, if mailed from a post office with proof of mailing, or, if not so mailed upon receipt.

      8.     Miscellaneous.

      (a)     Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("**Tenant's Broker**") and REF Advisory INC ("**Landlord's Advisor**"). Landlord shall be solely responsible for the fee of Landlord's Advisor. Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

      (b)     This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

      (c)     Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

      (d)     This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

4

(e)  The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(f)  Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

(g)  Rite Aid Corporation, the Lease Guarantor, shall affirm its corporate guaranty of the subject lease and including this Lease Amendment.

[*signature pages follow*]

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

SADG-1 LIMITED PARTNERS,
A Pennsylvannia limited partenrship

By: SADG-1, Inc.,
Its Corporate General Partner

By: _____
Name: John W. Pardue
Title: President

**TENANT:**

RITE AID OF PENNSYLVANIA, LLC

By: _____
  *Lisa M. Winnick*
Name: Lisa M. Winnick
Title: Vice President

**GUARANTOR:**

RITE AID CORPORATION

By: _____
  *Lisa M. Winnick*
Name:
Title:

6

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Rite Aid of Pennsylvania, LLC

**Case Number:** 25-14830

---

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. **Who is the current creditor?** | **SADG-1 Limited Partnership** |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. **Has this claim been acquired from someone else?** | ☑ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. **Where should notices and payments to the creditor be sent?** <br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Address1:  Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2:  P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City:  Princeton | City: |
| | State:  NJ | State: |
| | Postal Code:  08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone  609-219-7458 | Contact phone |
| | Contact email  tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. **Does this claim amend one already filed?** | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on ____/____/____ <br> MM / DD / YYYY | |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 13,884.38

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 15,833.33

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☑ Yes. *Check one:* |

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.     $ 13,884.38

     * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No <br> ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**     $ _____ |

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/21/2025

    Electronic Signature           Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

    First name         Middle name         Last name

Title/Company    Shareholder / Stark & Stark, PC

    Identify the corporate servicer as the company if the authorized agent is a servicer.

    P.O. Box 5315

Address

    Number      Street

    Princeton         NJ         08543

    City             State         ZIP Code     Country

Contact phone    609-219-7458       Email    tonder@stark-stark.com

---

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:
_____

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

SADG-1 Sch A opt.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-CDRZH-868119414

Claim Electronically Submitted on (UTC) :  2025-08-21T15:10:21.948Z

Submitted by:  SADG-1 Limited Partnership
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, SADG-1 Limited Partnership files the following claims for its lease at 102 North Main Street, Pittston, PA 18640

1. **Pre-Petition - $15,833.33** for rent prior to May 5, 2025;

2. **Administrative - $13,884.38**; and

3. **Rejection  - $190,000.00**.

SADG-1 Limited Partnership reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

### AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between SADG-1 Limited Partnership, a Pennsylvania limited partnership ("*Landlord*"), and RITE AID OF PENNSYLVANIA, LLC, a Pennsylvania limited liability company ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

### RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated February 18, 1997 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 102 North Main Street Pittston, Pennsylvania 18640-2166, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

### AGREEMENT

1.      Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Recitals Correct. The parties acknowledge and agree that the recitals stated above are true and correct, are being relied upon by the parties in entering into this Agreement, and each and every one of the above recitals is incorporated herein as if fully set forth at length.

3.      Effective Date.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however,* that Tenant shall obtain the benefit of this Amendment, except as otherwise provided herein, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly

1

reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

4.      Lease Modification.

(a)      Rent.    Landlord and Tenant hereby agree that, from and after the Effective Date and through the remainder of the Current Base Term that expires November 23, 2032, Tenant shall only be obligated to pay rent (exclusive of any percentage rent, common area maintenance charges, taxes, and insurance premiums and all other additional rent payable directly to the Landlord) in the amount of $190,000.00 per annum ("**Base Rent**"), payable on the first (1st) day of each month in equal installments of $15,833.33. Nothing set forth in this Amendment shall modify Tenant's obligation to pay Additional Rent as set forth in the Lease. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

(b)      Landlord Waiver of Claims.    Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury and/or environmental claims.

(c)      Tenant Waiver of Claims.    Tenant hereby waives, releases, and discharges Landlord and all of its affiliated companies and their successors and assigns, from any and all claims, damages, obligations, liabilities, actions and causes of action of every kind and nature whatsoever it may have or that arose under in or in connection with the Lease, arising prior to the Effective Date, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured.

(d)      Attorneys' Fees.    Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. For the sake of clarity, this provision applies only to this Amendment, and Article 23 of the Lease shall otherwise continue to govern the payment of attorneys' fees in connection with the Lease, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

5.      No Default and Waiver of Charges.    Landlord acknowledges and affirms that as of the Effective Date, Tenant is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Landlord further acknowledges and agrees that as of the Effective Date, Landlord has no knowledge of any offsets, claims, or defenses against Tenant with respect to any obligation or duty of Tenant arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to Tenant, all such notices are hereby waived and of no further

2

force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

6.      Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

7.      Notices.

(a)      Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
RITE AID OF PENNSYLVANIA, LLC
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
RITE AID OF PENNSYLVANIA, LLC
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b)      Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows and with copies sent at the same time by email to the email addresses set forth below:

| | |
|---|---|
| Name: | SADG-1, Limited Partnership |
| Address: | 100 Colliery Road |
| | Dickinson City, PA 18519 |
| Email: | mark@scandaleassociated.com |
| | ladidiane@comcast.net |
| | gregscan@gmail.com |
| | tonder@stark-stark.com |
| | ereilly@bvrrlaw.com |
| Telephone: | 570-383-0259 |

With a copy to:
If by Overnight Courier
Thomas S. Onder
Stark & Stark- Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458

And

Eileen A. Reilly, Esquire

3

BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704
Telephone (570) 288-6441
Fax (570) 288-4598
If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark-Attorneys At Law
PO Box 5315
Princeton, NJ 08543

AND

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704

All notices sent by nationally recognized courier shall be effective the following business day, all notices sent by certified mail, return receipt requested shall be effective five calendar days after the date mailed, if mailed from a post office with proof of mailing, or, if not so mailed upon receipt.

8.    Miscellaneous.

(a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("*Tenant's Broker*") and REF Advisory INC ("*Landlord's Advisor*"). Landlord shall be solely responsible for the fee of Landlord's Advisor. Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

(b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

(c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)    This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

Rite Aid Store No. 1371

(e)      The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

(f)      Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

(g)      Rite Aid Corporation, the Lease Guarantor, shall affirm its corporate guaranty of the subject lease and including this Lease Amendment.

[*signature pages follow*]

5

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

SADG-1 LIMITED PARTNERS,
A Pennsylvannia limited partenrship

By: SADG-1, Inc.,
Its Corporate General Partner

By: _____
Name: John W. Pardue
Title: President

**TENANT:**

RITE AID OF PENNSYLVANIA, LLC

DocuSigned by:
*Lisa M. Winnick*
By: _____
064A956E328F4BF
Name: Lisa M. Winnick
Title:  Vice President

**GUARANTOR:**

RITE AID CORPORATION

DocuSigned by:
*Lisa M. Winnick*
By: _____
064A956E328F4BF
Name:
Title:

6

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** Rite Aid of Pennsylvania, LLC |
| **Case Number:** 25-14830 |

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | **SADG-4 Limited Partnership** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No |  |  |
|---|---|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| **7. How much is the claim?** | $ 18,680.08    . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____
    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**      $_____

    **Amount of the claim that is secured:**      $_____

    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**      $_____

    **Annual Interest Rate** (when case was filed) _____%
    ☐ Fixed
    ☐ Variable

**10. Is this claim based on a lease?**

☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $28,387.08

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
|---|---|---|
| | ☑ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 18,680.08 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No | |
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $ _____ |

## Part 3:  Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

*Thomas S. Onder*   07/30/2025

| Electronic Signature | Date |
|---|---|

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

| First name | Middle name | Last name |
|---|---|---|

Title/Company   Shareholder

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

| Number        Street | | |
|---|---|---|
| Princeton | NJ | 08543 |
| City | State | ZIP Code        Country |

Contact phone   609-219-7458        Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

---

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-----------------------------------------------------------------------------------------------------------------

Attachment Filename:

SADG 4 Schedule A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-BVMET-128362851

Claim Electronically Submitted on (UTC) :  2025-07-30T19:33:50.069Z

Submitted by:  SADG-4 Limited Partnership
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, SADG-4, Limited Partnership files the following claims for its lease at Store # 4990 – 2 Kirby Avenue, Mountain Top, PA 18707-1213, which is dated November 24, 1997 and was amended on November 1, 2023:

1. **Pre-Petition - $28,387.08**, comprised of $1,720.42 in rent from May 1 to May 4, 2025, plus $13,333.33 in rent prior to May 1, 2025;

2. **Administrative - $18,680.08**, comprised of $11,612.91 for unpaid rent from May 5 to May 31, 2025 and $7,067.17 for taxes during this period; and

3. **Rejection  - $160,000.00** for one year's worth of rent from July 1, 2025 to June 30, 2026.

SADG-4, Limited Partnership reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

## Modified Official Form 410

# Proof of Claim                                                                                            4/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | SADG-4 Limited Partnership |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No | |
| --- | --- | --- | --- |
| | | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7.  How much is the claim?**   $ 18,680.08

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 28,387.08

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.  $ 18,680.08

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**  $ _____

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   07/29/2025

Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

First name          Middle name          Last name

Title/Company   Shareholder

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number      Street

Princeton      NJ      08543

City          State          ZIP Code      Country

Contact phone   609-219-7458          Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

SADG 4 Schedule A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-RCZYG-917888297

Claim Electronically Submitted on (UTC) :  2025-07-29T18:30:09.651Z

Submitted by:  SADG-4 Limited Partnership
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, SADG-4, Limited Partnership files the following claims for its lease at Store # 4990 – 2 Kirby Avenue, Mountain Top, PA 18707-1213, which is dated November 24, 1997 and was amended on November 1, 2023:

1.  **Pre-Petition - $28,387.08**, comprised of $1,720.42 in rent from May 1 to May 4, 2025, plus $13,333.33 in rent prior to May 1, 2025;

2.  **Administrative - $18,680.08**, comprised of $11,612.91 for unpaid rent from May 5 to May 31, 2025 and $7,067.17 for taxes during this period; and

3.  **Rejection  - $160,000.00** for one year's worth of rent from July 1, 2025 to June 30, 2026.

SADG-4, Limited Partnership reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Rite Aid of Pennsylvania, LLC

**Case Number:** 25-14830

Modified Official Form 410
# Proof of Claim
4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. | Who is the current creditor? | RAP Hamlin, LP |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on _____ MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.  How much is the claim?**    $ 10,999.63

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ 40,175.00

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 10,999.63 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $_____

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/21/2025
_____
Electronic Signature        Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
_____
First name        Middle name            Last name

Title/Company    Shareholder / Stark & Stark, PC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    P.O. Box 5315
_____
Number        Street

Princeton            NJ            08543
_____
City            State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

---

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

RAP Hamlin Sch A opt.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-JTYEX-044097632

Claim Electronically Submitted on (UTC) :  2025-08-21T15:30:16.719Z

Submitted by:  RAP Hamlin, LP
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, RAP Hamlin, LP files the following claims for its lease at 639 Hamlin Highway, Lake Ariel, PA 18427.

1. **Pre-Petition - $40,175.00** for rent prior to May 5, 2025;

2. **Administrative - $10,999.63**; and

3. **Rejection  - $482,100.00**.

RAP Hamlin, LP reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between RAP HAMLIN LP, a Pennsylvania limited partnership ("*Landlord*"), and RITE AID OF PENNSYLVANIA, LLC, a Pennsylvania limited liability company ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated March 1, 2007 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 639 Hamlin Highway Lake Ariel, Pennsylvania 18427-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.      <u>Capitalized Terms</u>.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      <u>Recitals Correct</u>. The parties acknowledge and agree that the recitals stated above are true and correct, are being relied upon by the parties in entering into this Agreement, and each and every one of the above recitals is incorporated herein as if fully set forth at length.

3.      <u>Effective Date</u>.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, except as otherwise provided herein, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly

1

reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

4.      Lease Modification.

(a)      Rent.   Landlord and Tenant hereby agree that, from and after the Effective Date and through the remainder of the Current Base Term that expires November 18, 2029, Tenant shall only be obligated to pay rent (exclusive of any percentage rent, common area maintenance charges, taxes, and insurance premiums and all other additional rent payable directly to the Landlord) in the amount of $482,100.00 per annum (“**Base Rent**”), payable on the first (1ˢᵗ) day of each month in equal installments of $40,175.00. Nothing set forth in this Amendment shall modify Tenant’s obligation to pay Additional Rent as set forth in the Lease. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

(b)      Landlord Waiver of Claims.   Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, of any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called “stub rent,” (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury and/or environmental claims.

(c)      Tenant Waiver of Claims.   Tenant hereby waives, releases, and discharges Landlord and all of its affiliated companies and their successors and assigns, from any and all claims, damages, obligations, liabilities, actions and causes of action of every kind and nature whatsoever it may have or that arose under in or in connection with the Lease, arising prior to the Effective Date, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured.

(d)      Attorneys’ Fees.   Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys’ fees incurred by Landlord in connection with this Amendment. For the sake of clarity, this provision applies only to this Amendment, and Article 21 and Article 32 of the Lease shall otherwise continue to govern the payment of attorneys’ fees in connection with the Lease, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

5.      No Default and Waiver of Charges.   Landlord acknowledges and affirms that as of the Effective Date, Tenant is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Landlord further acknowledges and agrees that as of the Effective Date, Landlord has no knowledge of any offsets, claims, or defenses against Tenant with respect to any obligation or duty of Tenant arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to Tenant, all such notices are hereby waived and of no further

force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

      6.     Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

      7.     Notices.

      (a)     Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

      If by Certified Mail:
      RITE AID OF PENNSYLVANIA, LLC
      P.O. Box 3165
      Harrisburg PA 17105
      Attn: Legal Department

      If by Overnight Courier:
      RITE AID OF PENNSYLVANIA, LLC
      200 Newberry Commons
      Etters PA 17319
      Attn: Legal Department

      (b)     Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows and with copies sent at the same time by email to the email addresses set forth below:

| Name: | RAP HAMLIN LP |
|---|---|
| Address: | 100 Colliery Road |
| | Dickson City, PA |
| Email: | mark@scandaleassociated.com |
| Telephone: | 570-383-0259 |

With a copy to:

If by Overnight Courier
Thomas S. Onder
Stark & Stark – Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458

And

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue

3

Forty Fort, PA 18704
Telephone (570) 288-6441
Fax (570) 288-4598

If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark – Attorneys at Law
PO Box 5315
Princeton, NJ 08543

AND

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704

All notices sent by nationally recognized courier shall be effective the following business day, all notices sent by certified mail, return receipt requested shall be effective five calendar days after the date mailed, if mailed from a post office with proof of mailing, or, if not so mailed upon receipt.

8.  Miscellaneous.

(a)  Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("*Tenant's Broker*") and REF Advisory INC ("*Landlord's Advisor*"). Landlord shall be solely responsible for the fee of Landlord's Advisor. Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

(b)  This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

(c)  Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

(d)  This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

(e)  The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

4

(f)     Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

(g)     Rite Aid Corporation, the Lease Guarantor, shall affirm its corporate guaranty of the subject lease and including this Lease Amendment.

[*signature pages follow*]

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

RAP HAMLIN LP,
A Pennsylvannia limited partnership

By: SADG-2, Inc.,
Its Corporate General Partner

By: _Diane Scandale_
Name: Diane Scandale
Title: President

**TENANT:**

RITE AID OF PENNSYLVANIA, LLC

By: _Lisa M. Winnick_
Name: Lisa M. Winnick
Title: Vice President

**GUARANTOR:**

RITE AID CORPORATION
By: _Lisa M. Winnick_
Name:
Title:

6

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | RAP Hamlin, LP |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No | |
| --- | --- | --- | --- |
| | | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| **7. How much is the claim?** | $ 10,999.63 _____ . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Administrative Claim _____ |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                  $_____<br><br>**Amount of the claim that is secured:**       $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☐ No<br>☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 40,175.00 _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 10,999.63 |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $ _____

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   08/21/2025

Electronic Signature                                   Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

First name          Middle name          Last name

Title/Company   Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number      Street

Princeton          NJ          08543

City          State          ZIP Code   Country

Contact phone   609-219-7458          Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

RAP Hamlin Sch A opt.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-ICSKC-588341829

Claim Electronically Submitted on (UTC) :  2025-08-21T15:20:46.352Z

Submitted by:  RAP Hamlin, LP
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, RAP Hamlin, LP files the following claims for its lease at 639 Hamlin Highway, Lake Ariel, PA 18427.

1. **Pre-Petition - $40,175.00** for rent prior to May 5, 2025;

2. **Administrative - $10,999.63**; and

3. **Rejection  - $482,100.00**.

RAP Hamlin, LP reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Rite Aid Store No. 2248

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between RAP HAMLIN LP, a Pennsylvania limited partnership ("*Landlord*"), and RITE AID OF PENNSYLVANIA, LLC, a Pennsylvania limited liability company ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS**, Landlord and Tenant are parties to that certain lease agreement dated March 1, 2007 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 639 Hamlin Highway Lake Ariel, Pennsylvania 18427-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS**, on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS**, Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE**, in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.    <u>Capitalized Terms</u>.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.    <u>Recitals Correct</u>. The parties acknowledge and agree that the recitals stated above are true and correct, are being relied upon by the parties in entering into this Agreement, and each and every one of the above recitals is incorporated herein as if fully set forth at length.

3.    <u>Effective Date</u>.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, except as otherwise provided herein, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof. In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly

1

reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

      4.     Lease Modification.

      (a)     Rent.  Landlord and Tenant hereby agree that, from and after the Effective Date and through the remainder of the Current Base Term that expires November 18, 2029, Tenant shall only be obligated to pay rent (exclusive of any percentage rent, common area maintenance charges, taxes, and insurance premiums and all other additional rent payable directly to the Landlord) in the amount of $482,100.00 per annum ("***Base Rent***"), payable on the first (1st) day of each month in equal installments of $40,175.00. Nothing set forth in this Amendment shall modify Tenant's obligation to pay Additional Rent as set forth in the Lease. In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

      (b)     Landlord Waiver of Claims.  Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, of any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury and/or environmental claims.

      (c)     Tenant Waiver of Claims.  Tenant hereby waives, releases, and discharges Landlord and all of its affiliated companies and their successors and assigns, from any and all claims, damages, obligations, liabilities, actions and causes of action of every kind and nature whatsoever it may have or that arose under in or in connection with the Lease, arising prior to the Effective Date, whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured.

      (d)     Attorneys' Fees.  Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection with this Amendment. For the sake of clarity, this provision applies only to this Amendment, and Article 21 and Article 32 of the Lease shall otherwise continue to govern the payment of attorneys' fees in connection with the Lease, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

      5.     No Default and Waiver of Charges.  Landlord acknowledges and affirms that as of the Effective Date, Tenant is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Landlord further acknowledges and agrees that as of the Effective Date, Landlord has no knowledge of any offsets, claims, or defenses against Tenant with respect to any obligation or duty of Tenant arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to Tenant, all such notices are hereby waived and of no further

force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

      6.    Authority. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

      7.    Notices.

      (a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
RITE AID OF PENNSYLVANIA, LLC
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
RITE AID OF PENNSYLVANIA, LLC
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

      (b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows and with copies sent at the same time by email to the email addresses set forth below:

| Name: | RAP HAMLIN LP |
|---|---|
| Address: | 100 Colliery Road |
| | Dickson City, PA |
| Email: | mark@scandaleassociated.com |
| Telephone: | 570-383-0259 |

With a copy to:

If by Overnight Courier
Thomas S. Onder
Stark & Stark – Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458

And

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue

3

Forty Fort, PA 18704
Telephone (570) 288-6441
Fax (570) 288-4598

If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark – Attorneys at Law
PO Box 5315
Princeton, NJ 08543

AND

Eileen A. Reilly, Esquire
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704

All notices sent by nationally recognized courier shall be effective the following business day, all notices sent by certified mail, return receipt requested shall be effective five calendar days after the date mailed, if mailed from a post office with proof of mailing, or, if not so mailed upon receipt.

     8.    Miscellaneous.

     (a)    Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("*Tenant's Broker*") and REF Advisory INC ("*Landlord's Advisor*"). Landlord shall be solely responsible for the fee of Landlord's Advisor. Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

     (b)    This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

     (c)    Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

     (d)    This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

     (e)    The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.

4

(f)     Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same.  Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein.  In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

(g)     Rite Aid Corporation, the Lease Guarantor, shall affirm its corporate guaranty of the subject lease and including this Lease Amendment.

[*signature pages follow*]

5

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

RAP HAMLIN LP,
A Pennsylvannia limited partnership

By: SADG-2, Inc.,
Its Corporate General Partner

By: _Diane Scandale_
Name: Diane Scandale
Title: President

**TENANT:**

RITE AID OF PENNSYLVANIA, LLC

By: _Lisa M. Winnick_
Name: Lisa M. Winnick
Title: Vice President

**GUARANTOR:**

RITE AID CORPORATION
By: _Lisa M. Winnick_
Name:
Title:

6

United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

---

<u>Modified Official Form 410</u>

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** *that you received.*

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. **Who is the current creditor?** | ALD Capital PA, LLC |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. **Has this claim been acquired from someone else?** | ☑ No |
| --- | --- |
| | ☐ Yes. From whom? |

| 3. **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | Address1: c/o Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. **Does this claim amend one already filed?** | ☑ No | |
| --- | --- | --- |
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ 32,523.99   . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 95,105.15 _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 32,523.99 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $ _____

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*   08/18/2025

_____
Electronic Signature            Date

**Name of the person who is completing and signing this claim**

Name   Thomas S. Onder

First name            Middle name            Last name

Title/Company   Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number   Street

Princeton            NJ            08543

City            State            ZIP Code            Country

Contact phone   609-219-7458            Email   tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

ALD Capital_Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:   3870-1-BZJCW-140325001

Claim Electronically Submitted on (UTC) :  2025-08-18T19:14:32.44Z

Submitted by:   ALD Capital PA, LLC
                tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, ALD Capital PA, LLC files the following claims for its lease at 3205 Cape Horn Rd.,
Red Lion, PA 11029, which is dated February 17, 2000 and amended on November 1, 2023:

1.  **Pre-Petition - $95,105.15** for rent prior to May 5, 2025;

2.  **Administrative - $32,523.99**; and

3.  **Rejection  - $246,569.57**.

ALD Capital PA, LLC reserves its right to supplement, modify, amend these claims with
additional documentation and/or assert additional claims.

**Rite Aid Accounting**

***Owed Prior to 5/5/2025 (pre-petition):***

| | |
|---|---:|
| Rent November 2024 | $ 20,000.00 |
| Rent December 2024 | $ 20,000.00 |
| Rent January 2025 | $ 20,000.00 |
| Partial Rent February 2025 | $ 6,666.67 |
| Rent April 2025 | $ 16,666.67 |
| Rent May 1-5, 2025 | $ 2,150.54 |
| RE Tax 1/1/2025 - 12/31/2025, billed 2/20/2025 | $ 9,621.27 |
| TOTAL | $95,105.15 |

***Owed from 5/5/2025 - 7/31/2025 (administrative):***

| | |
|---|---:|
| Rent May 5 - May 31/2025 | $ 14,516.13 |
| Portion of RE Tax $29319.25 for 7/1/2025 - 6/30/2026 due 11/17/2025, not paid, not billed to Rite Aid | $ 2,524.71 |
| Portion of RE Tax $9621.27 for 1/1/2025 - 12/31/2025 | $ 2,351.86 |
| Water Bill May, June, July 2025 including $150 delinquent fee (billed to Rite Aid by water company, not paid) | $ 540.29 |
| Attys Fees, per amendment in last bankruptcy case | $12,591.00 |
| TOTAL | $32,523.99 |

***Owed from 8/1/2025 - 6/19/2026 (end of term):***

| | |
|---|---:|
| Rent for this period at $16,666.67/month (one year) | $200,000.04 |
| Portion of RE Tax $29319.25 for 7/1/2025 - 6/30/2026 due 11/17/2025, not paid, not billed to Rite Aid | $ 25,890.12 |
| Portion of RE Tax $9621.27 for 1/1/2026 - 12/31/2026 | $ 8,525.51 |
| Insurance 9/20/2025 - 6/19/2026 (projected premium for one year $13718) | $ 12,153.90 |
| TOTAL | $246,569.57 |

DocuSign Envelope ID: B94129 11-89E2-4A5E-A02D-482935E5E1FE

Rite Aid Store No. 11029

## AMENDMENT TO LEASE

**THIS AMENDMENT TO LEASE** (this "*Amendment*") is made effective November 1, 2023 (the "*Effective Date*") by and between ALD CAPITAL PA, LLC, a Pennsylvania limited liability company ("*Landlord*"), and Eckerd Corporation, a Delaware corporation ("*Tenant*," and together with the Landlord, the "*Parties*" and each, a "*Party*").

## RECITALS

**WHEREAS,** Landlord and Tenant are parties to that certain lease agreement dated February 17, 2000 (as amended from time to time thereafter, the "*Lease*"), with respect to that certain premises located at 3205 Cape Horn Road Red Lion, Pennsylvania 17356-0000, which premises is defined and more particularly described in the Lease (the "*Premises*");

**WHEREAS,** on October 15, 2023, Tenant and certain of its debtor affiliates (collectively, the "*Debtors*") commenced a case (the "*Chapter 11 Cases*") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "*Bankruptcy Code*") which is now pending in the United States Bankruptcy Court for the District of New Jersey (the "*Bankruptcy Court*"). The Chapter 11 Cases are being jointly administered under Case Number 23-18993; and

**WHEREAS,** Landlord and Tenant desire to modify certain terms and conditions of the Lease, effective as of the Restructuring Effective Date (as hereinafter defined), as amended by this Amendment.

**NOW, THEREFORE,** in consideration of the foregoing, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and confessed, Landlord and Tenant hereby agree as follows:

## AGREEMENT

1.      Capitalized Terms.  Capitalized terms used and not otherwise defined herein shall have the respective meaning assigned to such terms in the Lease.

2.      Effective Date.  This Amendment, and each of its amendments, modifications, and waivers with respect to the Lease as set forth herein, shall be effective on the date that the Lease is assumed or assigned in the Chapter 11 Cases, whether pursuant to (a) procedures approved by the Bankruptcy Court or (b) entry of an order by the Bankruptcy Court approving the assumption or assignment of the Lease, including, pursuant to or in connection with a sale of Tenant's assets pursuant to Section 363 of the Bankruptcy Code, confirmation of Tenant's chapter 11 plan of reorganization in the Chapter 11 Cases, or a stand-alone motion for assumption or assignment of the Lease (in each case, the "*Restructuring Effective Date*"); *provided, however*, that Tenant shall obtain the benefit of this Amendment, and this Amendment shall be binding on Landlord, beginning on the Effective Date hereof.  In the event the Restructuring Effective Date does not occur, or the Lease is rejected in accordance with the Bankruptcy Code, this Amendment shall be null and void in all respects, and nothing in this Amendment shall give rise to any claim, causes of action, or damages (compensatory or consequential) against either Party.  Nothing contained in this Amendment is intended to be or shall be construed as or deemed an assumption or an assignment of the Lease, as amended hereby, or any contract or document related thereto under section 365 of the Bankruptcy Code. Prior to the Restructuring Effective Date, Tenant expressly reserves its right, in its sole and absolute discretion, to assume, reject, or assign the Lease pursuant to section 365 of the Bankruptcy Code.

1

4872-2212-1374, v. 1

3.    Lease Modification.

(a)    Term.  Notwithstanding anything in the Lease to the contrary, Landlord and Tenant acknowledge and agree that the current term of the Lease is set to expire as of 6/19/2026 (the "*Original Term*").  Landlord and Tenant further acknowledge and agree that the Original Term is hereby revised to expire on 12/31/2028 ("*Revised Term*").  Such Revised Term, and any existing options to renew, shall be on the same terms and conditions as set forth in the Lease, except as modified or amended in this Amendment.

(b)    Rent.  Landlord and Tenant acknowledge and agree that, from and after the Restructuring Effective Date, and through the remainder of the Revised Term, Tenant shall be obligated to pay base rent in the amount of $200,000.00 per annum ("*Base Rent*"), payable on the first (1ˢᵗ) day of each month in equal installment of $16,666.67.  Tenant shall remain responsible for any common area maintenance charges, taxes and insure premiums and all other additional rent payable by Tenant pursuant to the terms of the Lease.  In the event that, upon the Restructuring Effective Date, Tenant has paid rent in excess of the amount herein specified for the period specified above, then Tenant shall be entitled to offset such excess amounts against the next installment(s) of Base Rent coming due under the Lease until such time as such excess amounts have been recouped in full by Tenant.

(c)    Abatement.  Landlord hereby acknowledges and agrees that Base Rent with respect to the Abatement Period (as defined below) is hereby abated and forgiven ("the "*Abated Rent*") in full.  Landlord hereby waives any remedy under, or with respect to, the Lease or at law and/or equity arising in connection with, or otherwise related to, the Abated Rent.  As used herein, "*Abatement Period*" shall mean the period beginning on the date the Tenant emerges from its Chapter 11 Cases (the "*Initial Date*") and ending on the last calendar day of the third full calendar month after the calendar month in which the Initial Date occurs.

(d)    Landlord Waiver of Claims.  Landlord hereby waives, releases, and discharges Tenant and all of its affiliated companies, the Debtors (as defined in the Chapter 11 Cases), and their bankruptcy estates, and their respective successors and assigns, from any and all claims, damages, obligations, liabilities, actions, and causes of action of every kind and nature whatsoever it may have for any cure payments or other amounts due and owing under the Lease, or that otherwise arose under or in connection with the Lease, through and including the date hereof, including but not limited to claims for so-called "stub rent," (whether or not asserted as administrative priority claims pursuant to Section 503(b) of the Bankruptcy Code) whether known or unknown, liquidated or unliquidated, fixed or contingent, matured or unmatured, now existing or hereafter arising, including any claims and causes of action for damages, payments, or amounts owing or that may become owing pursuant to section 365(b) of the Bankruptcy Code. Notwithstanding the above language in this paragraph, this waiver shall not release any claims related to any personal injury indemnity obligations and/or environmental claims and/or claims related to Tenant/Debtor's pharmacy operations at the Premises. Further, this waiver shall not release any unbilled charges relating to periods on or after October 16, 2023.

(e)    Right to Renew.  Landlord has previously granted to Tenant the right, exercisable at Tenant's option, to extend the Term for four (4) periods of five (5) years each, which shall remain in force and effect and exercisable by Tenant as set forth in the Lease; provided, however, that the beginning of the first extension term shall begin on the day immediately following the last day of the Revised Term, and the periods of each extension term thereafter shall be adjusted accordingly.

(f)    Attorneys' Fees.  Landlord further acknowledges and agrees that, notwithstanding anything to the contrary in the Lease, Landlord shall not be entitled to receive from Tenant or its affiliates (or charge as rent due from Tenant or its affiliates) any attorneys' fees incurred by Landlord in connection

2

DocuSign Envelope ID: B94128A1-80E2-4A5E-A02D-48293F5751FE

Rite Aid Store No. 11029

with negotiating this Amendment. However, Landlord shall be entitled to any attorneys' fees and costs incurred after the Restructuring Effective Date, including any subsequent bankruptcy case, pursuant to Bankruptcy Code 365.

4.    <u>No Default and Waiver of Charges</u>. Each Party acknowledges and affirms that as of the Effective Date, the other Party is not in default under any of the terms, conditions, or provisions of the Lease, and that there exist no events or circumstances which, with the passage of time or the giving of notice or both, constitutes a default under the Lease (including, without limitation, any failure of Tenant to meet its obligations to continuously operate in the Premises). Each Party further acknowledges and agrees that it has no offsets, claims, or defenses against the other Party with respect to any obligation or duty of such Party arising pursuant to the Lease. To the extent that any notices of default or non-payment have been delivered to the other Party, all such notices are hereby waived and of no further force or effect. No default interest, late fees, charges, surcharges, or other fees shall be due, and all such interest, late fees, charges, surcharges, or other fees are waived and shall not apply.

5.    <u>Authority</u>. Each Party represents and warrants that it has the authority and power to enter into this Amendment and that this Amendment constitutes a legal, valid and binding obligation of that Party.

6.    <u>Notices</u>.

(a)    Notwithstanding anything to the contrary contained in the Lease, any notices required or permitted to be sent to Tenant under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

If by Certified Mail:
Eckerd Corporation
P.O. Box 3165
Harrisburg PA 17105
Attn: Legal Department

If by Overnight Courier:
Eckerd Corporation
200 Newberry Commons
Etters PA 17319
Attn: Legal Department

(b)    Notwithstanding anything to the contrary contained in the Lease any notices required or permitted to be sent to Landlord under the Lease shall be sent by nationally recognized overnight courier or United States certified mail, return receipt requested, addressed as follows:

| | |
|---|---|
| Name: | ALD CAPITAL PA, LLC |
| Address: | 679 Broadway |
| | Bayonne, NJ  07002 |
| Email: | dterry@aldrealty.com |
| | ltliccardi@aldrealty.com |
| | tonder@stark-stark.com |
| Telephone: | 201-436-9600 |

With a copy to:
If by Overnight Courier

3

4872-2212-1374, v. 1

DocuSign Envelope ID: B9412911-89E2-4A5E-A025-48293E5F51FE

Rite Aid Store No. 11029

Thomas S. Onder
Stark & Stark- Attorneys At Law
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 219-7458


If by Certified Mail:
Thomas S. Onder, Esq.
Stark & Stark-Attorneys At Law
PO Box 5315
Princeton, NJ 08543


   7.   <u>Miscellaneous</u>.

        (a)   Landlord and Tenant each hereby represents that it has dealt with no party or broker in connection with this Amendment [except for A&G Real Estate Partners ("***Tenant's Broker***"). Any and all fees that may be due to Tenant's Broker shall be paid by Tenant pursuant to a separate agreement]. Insofar as each Party knows, no other broker negotiated this Amendment or is entitled to any commission in connection therewith. Landlord and Tenant each agrees to indemnify, defend and hold the other harmless from and against any and all claims, loss, cost and damages (including reasonable attorney fees and court costs) suffered or incurred by the representing Party as a result of a breach of this representation.

        (b)   This Amendment may be executed in counterparts, each of which shall constitute an original, and which together shall constitute one and the same agreement. This Amendment may be executed or delivered by electronic or facsimile means, and copies of executed signature pages stored electronically in portable document format (.pdf) shall be binding as originals. Neither Party shall record this Amendment without the express prior written consent of the other Party.

        (c)   Subject to the other terms of this Amendment, each of Landlord and Tenant agree to execute and deliver such other instruments and perform such other acts, in addition to the matters herein specified, as may be reasonably necessary, from time to time, to effectuate the modifications, waivers and amendments contemplated by this Amendment.

        (d)   This Amendment, and all covenants contained herein, shall be binding and inure to the benefit of the Parties and their respective successors, assigns, heirs, executors, administrators, and representatives.

        (e)   The invalidity or unenforceability of any provision of this Agreement shall not affect or impair any other provisions, which shall remain in full force and effect.


        (f)   Except as modified as set forth in this Amendment, all of the terms and provisions of the Lease remain unchanged and in full force and effect and Landlord and Tenant hereby ratify and confirm same. Landlord and Tenant acknowledge and agree that the Lease, as modified by this Amendment, sets forth the entire agreement between Landlord and Tenant and there are no other agreements, understandings, undertakings, representations, or warranties among the Parties with respect to the subject matter hereof except as set forth herein. In case of any conflict between the terms and provisions of the Lease and the terms and provisions of this Amendment, the terms and provisions of this Amendment shall control.

                                    4

4872-2212-1374, v. 1

[*signature pages follow*]

**IN WITNESS WHEREOF**, the Parties hereto have executed this Amendment effective as of the Effective Date.

**LANDLORD:**

ALD CAPITAL PA, LLC

By: _____

Name: DAND TARASIEWIDZ

Title: Managing Member

**TENANT:**

Eckerd Corporation

By: _Lisa M. Winnick_____

Name: Lisa M. Winnick

Title:    Vice President

6

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

---

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. | Who is the current creditor? | ALD Capital PA, LLC |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | Address1: c/o Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No |
|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____    Filed on ___/___/_____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 32,523.99

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 95,105.15

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 32,523.99 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $_____

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*  08/18/2025

_____
Electronic Signature                          Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address    Number        Street

Princeton        NJ        08543
City        State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

ALD Capital_Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-WZVQT-143005629

Claim Electronically Submitted on (UTC) :  2025-08-18T19:24:27.946Z

Submitted by:  ALD Capital PA, LLC
         tonder@stark-stark.com

**KROLL**

United States Bankruptcy Court for the District of New Jersey

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** Rite Aid of Pennsylvania, LLC

**Case Number:** 25-14830

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Bethel Park, LLC |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1:  c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | | Address2:  P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City:  Princeton | City: |
| | | State:  NJ | State: |
| | | Postal Code:  08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone  609-219-7458 | Contact phone |
| | | Contact email  tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes.  Claim number on court claims registry (if known)_____    Filed on _____/_____/_____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| **7. How much is the claim?** | $ 23,677.14 _____ . **Does this amount include interest or other charges?** <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                    $_____

**Amount of the claim that is secured:**       $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 16,935.48 _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 23,677.14 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    07/30/2025

_____
Electronic Signature                 Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder
_____
First name    Middle name    Last name

Title/Company    Shareholder
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address
_____
Number    Street

Princeton    NJ    08543
_____
City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

--------------------------------------------------------------------------------------------------------------

Attachment Filename:

Bethel Park Schedule A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-CHFFL-962595396

Claim Electronically Submitted on (UTC) :  2025-07-30T19:23:43.351Z

Submitted by:  Bethel Park, LLC
                       tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Bethel Park, LLC files the following claims for its lease at Store # 4783 – 5100 Library Road, Bethel Park, PA, which is dated November 21, 1997 and was amended on September 8, 2023:

1. **Pre-Petition - $16,935.48** for rent prior to May 5, 2025;

2. **Administrative - $23,677.14**, comprised of $13,514.52 for unpaid rent May 5 to May 31, 2025 and $10,162.62 for taxes; and

3. **Rejection  - $248,179.85**, comprised of $180,000.00 for one year's worth of rent from July 1, 2025 to June 30, 2026 and $68,179.85 for taxes.

Bethel Park, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

| Entity Name | Tenant | Type of Tax | Amount Due | Actual / Estimated Amounts | Due Date | Billing Period |
|---|---|---|---|---|---|---|
| Bethel Park Library LLC | Rite Aid | County | $ 10,162.62 | Actual | 5/31/2025 | 2025 |
| Bethel Park Library LLC | Rite Aid | School | $ 60,050.26 | Estimated (No tax bill yet) | 8/31/2025 | 2025 |
| Bethel Park Library LLC | Rite Aid | Municipality | $ 8,129.59 | Estimated (No tax bill yet) | 8/31/2025 | 2025 |

5/13/25, 3:37 PM

# Payment Receipt

**Forte Payments**

2121 Providence Dr, Suite # 151
866-290-5400, Option 5
Fort Worth, TX 76106

**Bill To:**

Bethel
Bethel Park Library LLC
1401 Broad St

Clifton, NJ 07013
gmesta@arctrust.com

| LB# | Year | Amount |
| --- | --- | --- |
| 0392P00230000000 | 2025 | 10162.62 |

**Single Payment**

| | |
| --- | --- |
| Transaction Date: | 05/13/2025 12:36 PM Pacific Time |
| Pay Method: | eCheck ************9692 |
| Approval #: | 95396233 |
| Trace Number: | e43b74db-68ae-4a49-8c89-bac363066b40 |
| Amount: | $10,162.62 |

Payment Amount:  $10,162.62

**Total:**  **$10,162.62**

Thank you for your payment.

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** New Rite Aid, LLC |
| **Case Number:** 25-14861 |

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

---

**Part 1:    Identify the Claim**

| 1. Who is the current creditor? | Bethel Park, LLC |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: c/o Stark & Stark, PC  Attn. Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY | |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ 23,677.14 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 16,935.48

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). — $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). — $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). — $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). — $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). — $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. — $ 23,677.14

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** — $ _____

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    07/29/2025

Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name: Thomas S. Onder

First name          Middle name          Last name

Title/Company: Shareholder

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address:

Number          Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone: 609-219-7458          Email: tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**
☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

Bethel Park Schedule A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-UXDEY-174779880

Claim Electronically Submitted on (UTC) :  2025-07-29T18:41:54.048Z

Submitted by:  Bethel Park, LLC
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Bethel Park, LLC files the following claims for its lease at Store # 4783 – 5100 Library Road, Bethel Park, PA, which is dated November 21, 1997 and was amended on September 8, 2023:

1. **Pre-Petition - $16,935.48** for rent prior to May 5, 2025;

2. **Administrative - $23,677.14**, comprised of $13,514.52 for unpaid rent May 5 to May 31, 2025 and $10,162.62 for taxes; and

3. **Rejection  - $248,179.85**, comprised of $180,000.00 for one year's worth of rent from July 1, 2025 to June 30, 2026 and $68,179.85 for taxes.

Bethel Park, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

| Entity Name | Tenant | Type of Tax | Amount Due | Actual / Estimated Amounts | Due Date | Billing Period |
|---|---|---|---|---|---|---|
| Bethel Park Library LLC | Rite Aid | County | $ 10,162.62 | Actual | 5/31/2025 | 2025 |
| Bethel Park Library LLC | Rite Aid | School | $ 60,050.26 | Estimated (No tax bill yet) | 8/31/2025 | 2025 |
| Bethel Park Library LLC | Rite Aid | Municipality | $ 8,129.59 | Estimated (No tax bill yet) | 8/31/2025 | 2025 |

# Payment Receipt

**Forte Payments**

2121 Providence Dr, Suite # 151
866-290-5400, Option 5
Fort Worth, TX 76106

**Bill To:**

Bethel
Bethel Park Library LLC
1401 Broad St

Clifton, NJ 07013
gmesta@arctrust.com

| LB# | Year | Amount |
|-----|------|--------|
| 0392P00230000000 | 2025 | 10162.62 |

**Single Payment**

| | |
|---|---|
| Transaction Date: | 05/13/2025 12:36 PM Pacific Time |
| Pay Method: | eCheck ************9692 |
| Approval #: | 95396233 |
| Trace Number: | e43b74db-68ae-4a49-8c89-bac363066b40 |
| Amount: | $10,162.62 |

Payment Amount:   $10,162.62

**Total:**   **$10,162.62**

Thank you for your payment.

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | Red Lion Broadway, LLC |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ✔ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No | |
|---|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No | |
|---|---|---|
| | ☐ Yes. Who made the earlier filing? _____ | |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

**6.** **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.** **How much is the claim?**  $ 19,245.67

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9.** **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10.** **Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 1,605.48

**11.** **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). — $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). — $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). — $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). — $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). — $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. — $ 19,245.67

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** — $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder* 08/20/2025

Electronic Signature _____ Date _____

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name _____ Middle name _____ Last name _____

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number _____ Street _____

Princeton    NJ    08543

City _____ State _____ ZIP Code _____ Country _____

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------------

Attachment Filename:

Red Lion Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-FLHOO-325328047

Claim Electronically Submitted on (UTC) :  2025-08-20T13:12:34.325Z

Submitted by:  Red Lion Broadway, LLC
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Red Lion Broadway, LLC files the following claims for its lease at 910 West Broadway, Red Lion, PA 17356:

1. **Pre-Petition - $1,605.48** for rent prior to May 5, 2025;

2. **Administrative - $19,245.67**; and

3. **Rejection  - $209,231.60**.

Red Lion Broadway, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Database: ARCTRUSTPROD
BLDG: 2639
Occupancy Status: Current

CM Receivables Ledger
ARC Trust
Red Lion Broadway LLC
05/25 Through 07/25

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**2639-000145    RITE AID (STORE#1640)**    **Master Occp Id:  00000136-1**

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | 0.00 | | | |
| 2639 | 000145 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 | 12,442.50 | | 12,442.50 | | | |
| 2639 | 000145 | 5/8/2025 | LAT | Late Charge | CH | LATE FEE | 373.28 | | 12,815.78 | | | |
| 2639 | 000145 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 54 | 8,035.37 | | 20,851.15 | | | |
| 2639 | 000145 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 060325 | | EFT |
| 2639 | 000145 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84 | 372,714.72 |
| RET  | 35,036.60 | 20,473.36 | 17,705.05 |
|      | 209,231.60 | 200,552.20 | 390,419.77 |

United States Bankruptcy Court for the District of New Jersey

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** Rite Aid of Pennsylvania, LLC

**Case Number:** 25-14830

## Modified Official Form 410

# Proof of Claim

4/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. | Who is the current creditor? | Red Lion Broadway, LLC |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☑ No |
|---|---|---|
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No | | |
|---|---|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ |
| | | | | MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

---

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

**7. How much is the claim?**   $ 19,245.67

. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed
☐ Variable

---

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 1,605.48

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

**Proof of Claim**                                                                      page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 19,245.67 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**     $ _____

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*  08/20/2025

_____
Electronic Signature                              Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

_____
First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address
_____
Number        Street

Princeton        NJ        08543
_____
City        State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

---------------------------------------------------------------------------------------------------------

Attachment Filename:

Red Lion Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-DACTB-476617565

Claim Electronically Submitted on (UTC) :  2025-08-20T13:51:03.337Z

Submitted by:  Red Lion Broadway, LLC
              tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Red Lion Broadway, LLC files the following claims for its lease at 910 West
Broadway, Red Lion, PA 17356:

1. **Pre-Petition - $1,605.48** for rent prior to May 5, 2025;

2. **Administrative - $19,245.67**; and

3. **Rejection  - $209,231.60**.

Red Lion Broadway, LLC reserves its right to supplement, modify, amend these claims with
additional documentation and/or assert additional claims.

Database: ARCTRUSTPROD
BLDG: 2639
Occupancy Status: Current

CM Receivables Ledger
ARC Trust
Red Lion Broadway LLC
05/25 Through 07/25

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**2639-000145    RITE AID (STORE#1640)**    Master Occp Id:  00000136-1

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | 0.00 | | | |
| 2639 | 000145 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 | 12,442.50 | | 12,442.50 | | | |
| 2639 | 000145 | 5/8/2025 | LAT | Late Charge | CH | LATE FEE | 373.28 | | 12,815.78 | | | |
| 2639 | 000145 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 54 | 8,035.37 | | 20,851.15 | | | |
| 2639 | 000145 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 060325 | | EFT |
| 2639 | 000145 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84 | 372,714.72 |
| RET  | 35,036.60  | 20,473.36  | 17,705.05  |
|      | 209,231.60 | 200,552.20 | 390,419.77 |

**United States Bankruptcy Court for the District of New Jersey**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** Thrifty PayLess, Inc. |
| **Case Number:** 25-14857 |

## Modified Official Form 410

# Proof of Claim

**4/25**

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | Red Lion Broadway, LLC |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☑ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | Uniform Claim Identifier (if you use one) | |

| 4. | Does this claim amend one already filed? | ☑ No | | |
|---|---|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7. How much is the claim?** $ 19,245.67 . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 1,605.48

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.     $ 19,245.67

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**     $_____

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*     08/20/2025

Electronic Signature              Date

**Name of the person who is completing and signing this claim**

Name     Thomas S. Onder

First name          Middle name          Last name

Title/Company     Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number     Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone     609-219-7458          Email     tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

Red Lion Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-OIODZ-287597412

Claim Electronically Submitted on (UTC) :  2025-08-20T13:41:24.734Z

Submitted by:  Red Lion Broadway, LLC
                       tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Red Lion Broadway, LLC files the following claims for its lease at 910 West Broadway, Red Lion, PA 17356:

1. **Pre-Petition - $1,605.48** for rent prior to May 5, 2025;

2. **Administrative - $19,245.67**; and

3. **Rejection  - $209,231.60**.

Red Lion Broadway, LLC reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Database: ARCTRUSTPROD
BLDG: 2639
Occupancy Status: Current

CM Receivables Ledger
ARC Trust
Red Lion Broadway LLC
05/25 Through 07/25

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**2639-000145    RITE AID (STORE#1640)    Master Occp Id: 00000136-1**

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | 0.00 | | | |
| 2639 | 000145 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 | 12,442.50 | | 12,442.50 | | | |
| 2639 | 000145 | 5/8/2025 | LAT | Late Charge | CH | LATE FEE | 373.28 | | 12,815.78 | | | |
| 2639 | 000145 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 54 | 8,035.37 | | 20,851.15 | | | |
| 2639 | 000145 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 060325 | | EFT |
| 2639 | 000145 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 12,442.50 | | 33,293.65 | | | |
| 2639 | 000145 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 12,442.50 | 20,851.15 | 070325 | | EFT |

|       | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|-------|------------|------------------------|-------------|
| Rent  | 174,195.00 | 180,078.84             | 372,714.72  |
| RET   | 35,036.60  | 20,473.36              | 17,705.05   |
|       | 209,231.60 | 200,552.20             | 390,419.77  |

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| **Debtor:** New Rite Aid, LLC |
| **Case Number:** 25-14861 |

## Modified Official Form 410

# Proof of Claim                                                                         4/25

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | **569 Broadway Associates** |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ✔ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1:   Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2:   P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City:   Princeton | City: |
| | State:   NJ | State: |
| | Postal Code:   08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone   609-219-7458 | Contact phone |
| | Contact email   tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No | | |
|---|---|---|---|
| | ☐ Yes.   Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____ |

**7.  How much is the claim?**   $ 18,188.58

**. Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                  $_____

**Amount of the claim that is secured:**          $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 1,936.33

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.   $ 18,188.58

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $ _____

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*     08/20/2025

_____     _____
Electronic Signature                          Date

**Name of the person who is completing and signing this claim**

Name     Thomas S. Onder
_____
First name          Middle name          Last name

Title/Company     Shareholder / Stark & Stark, PC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address
_____
Number     Street

Princeton          NJ          08543
_____
City          State          ZIP Code          Country

Contact phone     609-219-7458          Email     tonder@stark-stark.com

**Proof of Claim**          page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------

Attachment Filename:

569 Broadway Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-UWOSI-761325991

Claim Electronically Submitted on (UTC) :  2025-08-20T20:15:55.943Z

Submitted by: 569 Broadway Associates
              tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, 569 Broadway Associates files the following claims for its lease at 3600 Tidewater Drive, Norfolk, VA 23509:

1. **Pre-Petition - $1,936.33** for rent prior to May 5, 2025;

2. **Administrative - $18,188.58**; and

3. **Rejection  - $200,552.20**.

569 Broadway Associates reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

CM Receivables Ledger
ARC Trust
Arct 569 Broadway (Norfolk),
05/25 Through 07/25

Database: ARCTRUSTPROD
BLDG: 0378
Occupancy Status: Current

Page: 1
Date: 8/13/2025
Time: 3:19 PM

**0378-CV0294    RITEAID RE PAYABLES (#04381)    LINDA BROWN    Master Occp Id:  CV000294-1**

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Balance Forward | | | | | 0.00 | | | |
| 0378 | CV0294 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 | 15,006.57 | | 15,006.57 | | | |
| 0378 | CV0294 | 5/8/2025 | LAT | Late Charge | CH | LATE FEE | 450.20 | | 15,456.77 | | | |
| 0378 | CV0294 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 3213 | 5,118.34 | | 20,575.11 | | | |
| 0378 | CV0294 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 15,006.57 | | 35,581.68 | | | |
| 0378 | CV0294 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 15,006.57 | 20,575.11 | 060325 | | EFT |
| 0378 | CV0294 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 15,006.57 | | 35,581.68 | | | |
| 0378 | CV0294 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 15,006.57 | 20,575.11 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84 | 372,714.72 |
| RET  | 35,036.60 | 20,473.36 | 17,705.05 |
|      | 209,231.60 | 200,552.20 | 390,419.77 |

United States Bankruptcy Court for the District of New Jersey

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|

**Debtor:** Rite Aid of Virginia, Inc.

**Case Number:** 25-14761

## Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | **569 Broadway Associates** |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ✔ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | **Uniform Claim Identifier (if you use one)** | |

| 4. Does this claim amend one already filed? | ✔ No | |
|---|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ 18,188.58    . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ 1,936.33

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 18,188.58 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____

---

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/20/2025

_____
Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name          Thomas S. Onder

First name          Middle name          Last name

Title/Company          Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address

Number          Street

Princeton          NJ          08543

City          State          ZIP Code          Country

Contact phone          609-219-7458          Email          tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

Attachment Filename:

569 Broadway Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-YXJVY-003431539

Claim Electronically Submitted on (UTC) :  2025-08-20T20:25:23.552Z

Submitted by:  569 Broadway Associates
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, 569 Broadway Associates files the following claims for its lease at 3600 Tidewater Drive, Norfolk, VA 23509:

1. **Pre-Petition - $1,936.33** for rent prior to May 5, 2025;

2. **Administrative - $18,188.58**; and

3. **Rejection  - $200,552.20**.

569 Broadway Associates reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

CM Receivables Ledger
ARC Trust
Arct 569 Broadway (Norfolk),
05/25 Through 07/25

Database: ARCTRUSTPROD
BLDG: 0378
Occupancy Status: Current

Page: 1
Date: 8/13/2025
Time: 3:19 PM

**0378-CV0294    RITEAID RE PAYABLES (#04381)    LINDA BROWN    Master Occp Id:  CV000294-1**

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Balance Forward | | | | | 0.00 | | | |
| 0378 | CV0294 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 | 15,006.57 | | 15,006.57 | | | |
| 0378 | CV0294 | 5/8/2025 | LAT | Late Charge | CH | LATE FEE | 450.20 | | 15,456.77 | | | |
| 0378 | CV0294 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 3213 | 5,118.34 | | 20,575.11 | | | |
| 0378 | CV0294 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 15,006.57 | | 35,581.68 | | | |
| 0378 | CV0294 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 15,006.57 | 20,575.11 | 060325 | | EFT |
| 0378 | CV0294 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 15,006.57 | | 35,581.68 | | | |
| 0378 | CV0294 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 15,006.57 | 20,575.11 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84 | 372,714.72 |
| RET  | 35,036.60  | 20,473.36  | 17,705.05 |
|      | 209,231.60 | 200,552.20 | 390,419.77 |

United States Bankruptcy Court for the District of New Jersey

---

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Rite Aid of Virginia, Inc.

**Case Number:** 25-14761

---

## Modified Official Form 410

# Proof of Claim

4/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Mt. Lebanon Cooke, LP |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☑ No  ☐ Yes. From whom? _____ |
| --- | --- | --- |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No  ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____/____/____ <br> MM / DD / YYYY |
| --- | --- | --- |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No  ☐ Yes. Who made the earlier filing? _____ |
| --- | --- | --- |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7. How much is the claim?** $ 45,118.25

. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $ 5,979.72

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☑ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 45,118.25 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $ _____ |

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/20/2025

_____
Electronic Signature                    Date

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

_____
First name        Middle name        Last name

Title/Company    Shareholder / Stark & Stark, PC

_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address    _____
Number        Street

Princeton        NJ        08543

_____
City        State        ZIP Code        Country

Contact phone    609-219-7458        Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

Mt Lebanon Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-MHVIJ-128465464

Claim Electronically Submitted on (UTC) :  2025-08-20T19:35:48.219Z

Submitted by:  Mt. Lebanon Cooke, LP
               tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Mt. Lebanon Cooke, LP files the following claims for its lease at 410 Cooke Lane, Mount Lebanon, PA 15234:

1. **Pre-Petition - $5,979.72** for rent prior to May 5, 2025;

2. **Administrative - $45,118.25**; and

3. **Rejection  - $390,419.77**.

Mt. Lebanon Cooke, LP reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

CM Receivables Ledger
ARC Trust
Mt Lebanon Cooke LP
05/25 Through 07/25

Database: ARCTRUSTPROD
BLDG: 0384
Occupancy Status: Current

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**0384-CV0493     RITE AID CORP. STORE #10942-01**     Master Occp Id:  CV000493-1

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | | | 1,972.04 | | | |
| 0384 | CV0493 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 @ | 31,059.56 | | 33,031.60 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0192 | 72.66 | | 33,104.26 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0191 | 17,993.71 | | 51,097.97 | | | |
| 0384 | CV0493 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 060325 | | EFT |
| 0384 | CV0493 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84             | 372,714.72  |
| RET  | 35,036.60  | 20,473.36              | 17,705.05   |
|      | 209,231.60 | 200,552.20             | 390,419.77  |

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** Eckerd Corporation

**Case Number:** 25-14769

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | Mt. Lebanon Cooke, LP | |
| --- | --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor | |

| 2. | Has this claim been acquired from someone else? | ☑ No ☐ Yes. From whom? | |
| --- | --- | --- | --- |

| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- | --- |
| | | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | | Address2: P.O. Box 5315 | Address2: |
| | | Address3: | Address3: |
| | | Address4: | Address4: |
| | | City: Princeton | City: |
| | | State: NJ | State: |
| | | Postal Code: 08543 | Postal Code: |
| | | Country: | Country: |
| | | Contact phone 609-219-7458 | Contact phone |
| | | Contact email tonder@stark-stark.com | Contact email |
| | | **Uniform Claim Identifier (if you use one)** | |

| 4. | Does this claim amend one already filed? | ☑ No ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on ___/___/___ MM / DD / YYYY |
| --- | --- | --- | --- |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ | |
| --- | --- | --- | --- |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**    $ 45,118.25

. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $5,979.72

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies.    $ 45,118.25

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/20/2025

Electronic Signature _____    Date _____

**Name of the person who is completing and signing this claim**

Name    Thomas S. Onder

First name _____    Middle name _____    Last name _____

Title/Company    Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.

P.O. Box 5315

Address _____

Number    Street

Princeton    NJ    08543

City    State    ZIP Code    Country

Contact phone    609-219-7458    Email    tonder@stark-stark.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

--------------------------------------------------------------------------------------------------------------

Attachment Filename:

Mt Lebanon Sch A.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3870-1-FNVQN-356924408

Claim Electronically Submitted on (UTC) :  2025-08-20T16:09:34.667Z

Submitted by:  Mt. Lebanon Cooke, LP
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Mt. Lebanon Cooke, LP files the following claims for its lease at 410 Cooke Lane, Mount Lebanon, PA 15234:

1. **Pre-Petition - $5,979.72** for rent prior to May 5, 2025;

2. **Administrative - $45,118.25**; and

3. **Rejection  - $390,419.77**.

Mt. Lebanon Cooke, LP reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Database: ARCTRUSTPROD
BLDG: 0384
Occupancy Status: Current

CM Receivables Ledger
ARC Trust
Mt Lebanon Cooke LP
05/25 Through 07/25

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**0384-CV0493    RITE AID CORP. STORE #10942-01**

Master Occp Id: CV000493-1

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Balance Forward | | | | | | | | 1,972.04 | | | |
| 0384 | CV0493 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 @ | 31,059.56 | | 33,031.60 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0192 | 72.66 | | 33,104.26 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0191 | 17,993.71 | | 51,097.97 | | | |
| 0384 | CV0493 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 060325 | | EFT |
| 0384 | CV0493 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 070325 | | EFT |

|      | Red Lion | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84 | 372,714.72 |
| RET  | 35,036.60 | 20,473.36 | 17,705.05 |
|      | 209,231.60 | 200,552.20 | 390,419.77 |

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** New Rite Aid, LLC

**Case Number:** 25-14861

---

Modified Official Form 410

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | Mt. Lebanon Cooke, LP |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ✔ No |
| --- | --- |
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Address1: Stark & Stark, PC  Attn: Thomas Onder, Esq. | Address1: |
| | Address2: P.O. Box 5315 | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: Princeton | City: |
| | State: NJ | State: |
| | Postal Code: 08543 | Postal Code: |
| | Country: | Country: |
| | Contact phone 609-219-7458 | Contact phone |
| | Contact email tonder@stark-stark.com | Contact email |
| | Uniform Claim Identifier (if you use one) | |

| 4. Does this claim amend one already filed? | ✔ No | |
| --- | --- | --- |
| | ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ✔ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? _____ |

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ _45,118.25_   . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Administrative Claim

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_5,979.72_

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____

☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. $ 45,118.25

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $ _____

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas S. Onder*    08/20/2025

_____    _____
Electronic Signature    Date

**Name of the person who is completing and signing this claim**

Name
Thomas S. Onder

Title/Company
First name    Middle name    Last name
Shareholder / Stark & Stark, PC

Identify the corporate servicer as the company if the authorized agent is a servicer.
P.O. Box 5315

Address
Number    Street
Princeton    NJ    08543
City    State    ZIP Code    Country

Contact phone
609-219-7458    Email    tonder@stark-stark.com

---

**Proof of Claim**    page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

--------------------------------------------------------------------------------------------------------

Attachment Filename:

Mt Lebanon Sch A.pdf

KROLL

Electronic Proof of Claim Confirmation:  3870-1-XBHWT-479827151

Claim Electronically Submitted on (UTC) :  2025-08-20T15:52:57.07Z

Submitted by:  Mt. Lebanon Cooke, LP
tonder@stark-stark.com

**KROLL**

## SCHEDULE A

Creditor, Mt. Lebanon Cooke, LP files the following claims for its lease at 410 Cooke Lane, Mount Lebanon, PA 15234:

1. **Pre-Petition - $5,979.72** for rent prior to May 5, 2025;

2. **Administrative - $45,118.25**; and

3. **Rejection  - $390,419.77**.

Mt. Lebanon Cooke, LP reserves its right to supplement, modify, amend these claims with additional documentation and/or assert additional claims.

Database: ARCTRUSTPROD
BLDG: 0384
Occupancy Status: Current

CM Receivables Ledger
ARC Trust
Mt Lebanon Cooke LP
05/25 Through 07/25

Page: 1
Date: 8/13/2025
Time: 3:20 PM

**0384-CV0493    RITE AID CORP. STORE #10942-01**    Master Occp Id:    CV000493-1

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Balance Forward | | | | | 1,972.04 | | | |
| 0384 | CV0493 | 5/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T5/31/2025 @ | 31,059.56 | | 33,031.60 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0192 | 72.66 | | 33,104.26 | | | |
| 0384 | CV0493 | 5/19/2025 | RET | Real Estate Tax | CH | Real estate tax Parcel 0191 | 17,993.71 | | 51,097.97 | | | |
| 0384 | CV0493 | 6/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T6/30/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 6/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 060325 | | EFT |
| 0384 | CV0493 | 7/1/2025 | RNT | Base Rent | CH | AUTOCHRG @T7/31/2025 | 31,059.56 | | 82,157.53 | | | |
| 0384 | CV0493 | 7/3/2025 | RNT | Base Rent | CR | Receipt | | 31,059.56 | 51,097.97 | 070325 | | EFT |

|      | Red Lion   | 569 Broadway (Norfolk) | Mt. Lebanon |
|------|-----------|------------------------|-------------|
| Rent | 174,195.00 | 180,078.84            | 372,714.72  |
| RET  | 35,036.60  | 20,473.36             | 17,705.05   |
|      | 209,231.60 | 200,552.20            | 390,419.77  |