## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**STARK & STARK**
A Professional Corporation
Thomas S. Onder, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 896-9060
*Attorneys for Claimants*

| | |
|---|---|
| In the Matter of: | Case No. 25-14861 (MBK) |
| New Rite Aid, LLC, *et al.,* | Chapter 11 |
| Debtors. | |
| | Hearing Date: November 24, 2025 |

## NOTICE OF CROSS-MOTION FOR ALLOWANCE AND COMPELLING
## PAYMENT OF ADMINSTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that a hearing on the *Cross-Motion for Allowance and Compelling Payment of Administrative Expense Claims* (the "Cross-Motion") will be held on November 24, 2025, at 10:00 a.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard (the "Hearing") before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Cross-Motion sets for the relevant factual bases upon which the Court should grant the requested relief. The Cross-Motion is submitted with a proposed Order granting the requested relief as well as the Brief in support of the Cross-Motion.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the relief requested in the Cross-Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding

Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received on or before **November 21, 2024 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Cross-Motion as requested by the Landlord.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Cross-Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/RiteAid2025. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 19, 2025

Respectfully submitted,

**STARK & STARK**
A Professional Corporation

By:  _/s/ Joseph H. Lemkin_
       JOSEPH H. LEMKIN

By:  _/s/ Thomas S. Onder_
       THOMAS S. ONDER