UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK, P.C.**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022 (Telephone)
(609) 895-7395 (Facsimile)
jlemkin@stark-stark.com
and
Thomas S. Onder, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 219-7458 (Telephone)
(609) 895-7395 (Facsimile)
tonder@stark-stark.com

| | |
|---|---|
| In Re: | Chapter 11 |
| New Rite Aid, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors. | Hearing Date: November 24, 2025 |
| | Docket # 3215 |

**ORDER GRANTING CROSS-MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINSTRATIVE EXPENSE CLAIMS**

The relief set forth on the following pages two (2) through three (3) is **ORDERED.**

Upon the Cross-Motion to Allow and Compel Payment of Administrative Expense Claims of Claimants, Levin Management Corporation, MAG II Morrell Plaza, LP; Trusts Under the Will of Janice Levin; Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust (SPW) UDT; Felos Associates, LLC; Joseph Murphy Corporation; Yoko C. Gates Trust; SADG-1 Limited Partnership; SADG-3 Limited Partnership; SADG-4 Limited Partnership; RAP Hamlin LP, RAP Dallas LP; Ald Capital PA; LLC Bethel Park Library, LLC; Red Lion Broadway, LLC; 569 Broadway Associates; Mt. Lebanon Cooke, LP (collectively the "Claimants") (the "Cross-Motion"); and

The Court having jurisdiction to consider the Application and the relief requested therein pursuant to and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

The Court having found that this is core proceeding pursuant to pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

This Court having found that Claimants' notice of cross-motion and opportunity for a hearing was appropriate and no other notice need be provided; and

The Court having reviewed the Cross-Motion; and

The Court having heard the statements in support of the relief requested therein at a hearing before this Court, the record of which is incorporated herein by reference; and

The Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and

Upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Cross-Motion is **APPROVED** as set forth herein.

2. Pursuant to sections 105(a) and 365(d)(3) of the Bankruptcy Code, Debtors are authorized and directed to pay the Claimants administrative claims as reflected in Exhibit "A" hereto within fourteen (14) days of entry of this Order.

3. Pursuant to sections 105(a) and 503(b), Claimants are awarded an allowed administrative expense in the amounts indicated in Exhibit "A" attached hereto.

# EXHIBIT "A"

| Claimant | Filed Administrative Claim Amount |
|---|---|
| MAG II Morrell Plaza, LP | $30,981.27 |
| Trusts Under the Will of Janice Levin | $38,338.52 |
| Robert Marin and Celeste de Schulthess Marin, Trustees of the Robert Marin and Celeste de Schulthess Marin Family Trust (SPW) UDT | $30,814.18 |
| Felos Associates, LLC | $1,500 |
| Joseph Murphy Corporation | $175,801.59 |
| Yoko C. Gates Trust | $45,866.14 |
| SADG-1 Limited Partnership | $13,884.38 |
| SADG-4 Limited Partnership | $18,680.08 |
| RAP Hamlin LP, RAP Dallas LP | $10,999.63 |
| Ald Capital PA LLC | $32,523.99 |
| Bethel Park Library, LLC | $23,677.14 |
| Red Lion Broadway, LLC | $19,245.67 |
| 569 Broadway Associates | $18,188.58 |
| Mt. Lebanon Cooke, LP | $45,118.25 |