**EXHIBIT A**

| | | |
|---|---|---|
| **CARUSO** | | |
| The Commons at Calabasas, LLC | Rite Aid #6327 | The Commons at Calabasas 4710 Commons Way Calabasas, California |
| **CLARION PARTNERS** | | |
| CLPF Harbour Pointe, LLC | Rite Aid #05246 | Harbor Pointe 11700 Mukilteo Speedway, Mukilteo, Washington |
| **GASKA, INC.** | | |
| GKGF, LLC | Rite Aid #05532 | Sunhill Plaza 10465 Sunland Blvd., Sunland, California |
| **MERLONE GEIER PARTNERS** | | |
| MGP XI Northgate, LLC | Rite Aid #5958 | 1500 Northgate Mall San Rafael, California |
| MGP XI-A Town Center Lake Forest, LLC | Rite Aid #5225 | Town Center at Lake Forest Park, 17171 Bothell Way NE, Suite 150 Lake Forest Park, WA |
| **PERFORM PROPERTIES** | | |
| B10 Mountain A LA LP | Rite Aid #5600 | Ontario Plaza 1050 North Mountain Avenue, Ontario, California |
| B10 Mountain B LA LP | Rite Aid #5529 | Plaza de La Canada 647 Foothill Boulevard, La Canada Flintridge, California |
| B10 Mountain A OC LP | Rite Aid #5682 | Desert Springs Marketplace 74958 Country Club Drive, Palm Desert, California |
| B10 Mountain A OR LLC | Rite Aid #5335 | Wilsonville Town Center 8235 SW Wilsonville Road, Wilsonville, Oregon |
| B10 Mountain B OR LLC | Rite Aid #5359 | Division Center 11930 S.E. Division Street, Portland, Oregon |
| B10 Mountain B SF LLC | Rite Aid #5883 | Country Club Gate Center 160 Country Club Gate Center, Pacific Grove, California |

| | | |
|---|---|---|
| B10 Mountain A WA LLC | Rite Aid #6234 | Ballinger Village<br>20330 Ballinger Way, N.E., Shoreline, Washington |
| B10 Mountain A WA LLC | Bartell Drugs #6921 | Bridle Trails Shopping Center<br>6619 132nd Avenue NE, Kirkland, Washington |
| B10 Mountain B WA LLC | Rite Aid #6503 | Gateway Shopping Center<br>3733 116th Street NE, Marysville, Washington |
| B10 Mountain B WA LLC | Rite Aid #5184 | Canyon Park Shopping Center<br>22631 Bothell Everett Highway, Bothell, Washington |
| BCORE Westwood Village LLC | Rite Aid #5220 | Westwood Village<br>2600 S.W. Barton Street, Suite H1, Seattle, Washington |
| NMP-C4 Fairfield S/C, LLC | Rite Aid #11273 | Fairfield Shopping Center<br>5232 Fairfield Shopping Center, Virginia Beach, Virginia |
| ROIC Paramount Plaza, LLC | Rite Aid #5512 | Paramount Plaza<br>8447 Alondra Boulevard, Paramount, California |
| **READ INVESTMENTS** | | |
| RI - Grass Valley, LLC | Rite Aid #6089 | 720 Sutton Way, Grass Valley, California |
| **RICH DEVELOPMENT COMPANY** | | |
| Rich/Cherry, LLC | Rite Aid #6346 | 211 Cherry Street<br>Long Beach, California |
| J.W. Rich Investment Company | Rite Aid #5513 | 501 South Gaffey Street, San Pedro, California |
| **SEAGATE PROPERTIES** | | |
| Montecito Market Place Associates | Rite Aid #5957 | 471 3rd Street, San Rafael, California |
| **SURAPANENI PROPERTIES** | | |
| Surapaneni Fresno Properties, LLC | Rite Aid #5862 | 1210 N. Blackstone Avenue, Fresno, California |
| **ZENTMYER PROPERTIES** | | |
| Zentmyer Properties II LLC | Rite Aid #5842 | 26 Old Mammoth Road, Mammoth Lakes, California |