UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            vesperm@ballardspahr.com

*Co-Counsel for Objecting Landlords*

Dustin P. Branch
Nahal Zarnighian
Sara Shahbazi
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
            zarnighiann@ballardspahr.com
            shahbazis@ballardspahr.com

Michael S. Myers
Joel F. Newell
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
E-mail: myersm@ballardspahr.com
            newellj@ballardspahr.com

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No.  25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, Leslie C. Heilman:

    ☒  represent The Commons at Calabasas, LLC, CLPF Harbour Pointe, LLC, GKGF, LLC, MGP XI Northgate, LLC, MGP XI-A Town Center Lake Forest, LLC, B10 Mountain A LA LP, B10 Mountain B LA LP, B10 Mountain A OC LP, B10 Mountain A OR LLC, B10 Mountain B OR LLC, B10 Mountain B SF LLC, B10 Mountain A WA LLC, B10 Mountain A WA LLC, B10 Mountain B WA LLC, B10 Mountain B WA LLC, BCORE Westwood Village LLC, NMP-C4 Fairfield S/C, LLC, ROIC Paramount Plaza, LLC, RI - Grass Valley, LLC, Rich/Cherry, LLC, J.W. Rich

Investment Company, Montecito Market Place Associates, Surapaneni Fresno Properties, LLC, Zentmyer Properties II LLC    in this matter.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On November 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Objection of Multiple Landlords to (I) Confirmation of Second Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates and (II) Final of Second Amended Disclosure Statement and Reservation of Rights

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>E-mail: lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Kastin<br>New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania 17319<br>E-mail: david.kastin@riteaid.com | The Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins | Co-Counsel to the Debtor | ☐ Hand-delivered |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br> 1285 Avenue of the Americas<br>New York, New York 10019<br>E-mail: arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>nkrislov@paulweiss.com | | ☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street Hackensack, New Jersey 07601<br>E-mail: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>FYudkin@coleschotz.com<br>svanaalten@coleschotz.com | Co-Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John F. Ventola<br>Jonathan D. Marshall<br>Mark D. Silva<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>E-mail: jventola@choate.com<br>jmarshall@choate.com<br>msilva@choate.com | Counsel to DIP Agent and Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Brody<br>Julia Frost Davies<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>E-mail: brodya@gtlaw.com<br>Julia.frostdavies@gtlaw.com | Counsel to DIP Agent and Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Rimger<br>Adam C. Rogoff<br>Megan M. Wassan<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>E-mail: rringer@kramerlevin.com<br>arogoff@kramerlevin.com<br>mwasson@kramerlevin.com | Counsel to Ad Hoc Secured Noteholder Group | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono<br>Michele Dudas<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>Email: asodono@msbnj.com<br>mdudas@msnbj.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dennis M. Twomey<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Email: dtwomey@sidley.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey K. Garfinkle<br>Buchalter<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>Email: jgarfinkle@buchalter.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew H. Sherman<br>Boris I. Mankovetskiy | Co-Counsel to the Official Committee | ☐ Hand-delivered |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gregory Kopacz<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>E-mail:<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | of Unsecured Creditors | ☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>E-mail: bmiller@wilkie.com<br>    tgoren@wilkie.com<br>    jburbage@wilkie.com<br>    jgraber@kelleydrye.com | Co-Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Dated: November 19, 2025　　　　　　　　　　*/s/ Leslie C. Heilman*
Wilmington, Delaware　　　　　　　　　　　　Leslie C. Heilman