UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004- 1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
       roglenl@ballardspahr.com
       vesperm@ballardspahr.com

*Counsel to 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc.*

Dustin P. Branch
Nahal Zarnighian
Sara Shahbazi
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
       zarnighiann@ballardspahr.com
       shahbazis@ballardspahr.com

Michael S. Myers
Joel F. Newell
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
E-mail: myersm@ballardspahr.com
       newellj@ballardspahr.com

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*[1] | Case No.  25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, Leslie C. Heilman:

    ☒ represent 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates,

L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. in this matter.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On November 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Limited Objection of 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, EDENS, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., SO-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC,  SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. to Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>E-mail: lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| David Kastin<br>New Rite Aid, LLC<br>200 Newberry Commons<br>Etters, Pennsylvania 17319<br>E-mail: david.kastin@riteaid.com | The Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>E-mail:<br>arosenberg@paulweiss.com<br>    aeaton@paulweiss.com<br>    chopkins@paulweiss.com<br>    nkrislov@paulweiss.com | Co-Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street Hackensack, New Jersey 07601<br>E-mail: msirota@coleschotz.com<br>    wusatine@coleschotz.com<br>    FYudkin@coleschotz.com<br>    svanaalten@coleschotz.com | Co-Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John F. Ventola<br>Jonathan D. Marshall<br>Mark D. Silva<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>E-mail: jventola@choate.com | Counsel to DIP Agent and Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| jmarshall@choate.com<br>msilva@choate.com | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan J. Brody<br>Julia Frost Davies<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>E-mail: brodya@gtlaw.com<br>Julia.frostdavies@gtlaw.com | Counsel to DIP Agent and Prepetition ABL Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Rimger<br>Adam C. Rogoff<br>Megan M. Wassan<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>E-mail: rringer@kramerlevin.com<br>      arogoff@kramerlevin.com<br>      mwasson@kramerlevin.com | Counsel to Ad Hoc Secured Noteholder Group | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono<br>Michele Dudas<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>Email: asodono@msbnj.com<br>      mdudas@msnbj.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dennis M. Twomey<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Email: dtwomey@sidley.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey K. Garfinkle<br>Buchalter<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>Email: jgarfinkle@buchalter.com | Counsel to McKesson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew H. Sherman<br>Boris I. Mankovetskiy<br>Gregory Kopacz<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>E-mail:<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com | Co-Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>E-mail: bmiller@wilkie.com<br>    tgoren@wilkie.com<br>    jburbage@wilkie.com<br>    jgraber@kelleydrye.com | Co-Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Dated: November 19, 2025  /s/ Leslie C. Heilman
Wilmington, Delaware  Leslie C. Heilman

6