**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF PUBLICATION**

I, Jean-Christophe Gache, declare and state as follows:

I am employed by Kroll Restructuring Administration LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that the *Revised Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines*, as conformed for publication, was published on November 14, 2025 in *The New York Times*, as described in the proof of publication attached hereto as **Exhibit A**.

Dated: November 19, 2025

/s/ *Jean-Christophe Gache*
Jean-Christophe Gache

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

SRF 92870

**Exhibit A**



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

November 18, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

11/14/2025, NY/NATL, pg B3

*Larnyce Tabron*



## Koreans Given New Visas To Return to Georgia Plant

**FROM FIRST BUSINESS PAGE**

Korean ex-detainees in preparation for a class-action lawsuit against U.S. immigration authorities over their detention. His account was corroborated by screenshots and photos shared with The New York Times that show visa renewals for two of the workers.

One person whose visa was revoked on Sept. 27 had it reissued on Oct. 22, the documents show. Another worker asked the U.S. Embassy in Seoul about his visa status and received an email on Oct. 14 stating that his visa was valid.

South Korea's Foreign Ministry said in a statement that U.S. officials had contacted the former detainees individually about their visa renewals and taken steps to ensure that no adverse information related to the Georgia operation remained on their records.

In response to questions about the workers, the State Department said in a statement that it was providing visas to support South Korean investments in the United States and to allow short-term entry for people with special skills. The department said it would not comment on individual cases, citing confidentiality laws.

The HL-GA Battery Company, which owns the plant where the raid happened, did not immediately respond to a request for comment.

The Trump administration has sought to distance itself from the raid, which came amid its nationwide crackdown on immigration. President Lee Jae Myung of South Korea, where the raid stirred up public anger, said it was a violation of the workers' rights and would discourage companies from investing in the United States.

The timing was especially awkward for Mr. Lee, who had just met President Trump at the White House and pledged to invest $350 billion in the United States in return for lower tariffs on South Korean exports.

U.S. authorities detained a total of 475 workers in the raid and sent them to a detention facility that was described as unsanitary. Homeland Security officials called it the largest detention of immigrants at a U.S. workplace ever and accused them of being in the country illegally or working unlawfully.

But more than half of the South Koreans detained were in the United States on valid visas, according to their lawyers, who have accused the U.S. authorities of rights abuses.

Mr. Trump initially defended the raid but then backed away from it as it became clear that the workers had skills that few Americans had. He told his government to consider letting them stay, help finish the factory and train new workers. In October, he said he was "very much opposed" to the raid.

"They had people from South Korea that made batteries all their lives," he said in an interview on Fox News that aired on Tuesday in which he argued that the United States needed foreign talent. Making batteries is "very complicated," he added. "It's not at an easy thing, and very dangerous."

The South Korean workers who had been detained flew home on Sept. 12 after the two countries negotiated their departure.

U.S. officials agreed to allow the workers to return later. But many workers said they did not want to go back to the United States. The raid brought construction to a halt at the factory for some time, though Hyundai said the plant was still on track to open in the first half of 2026.

In October, South Korea's Foreign Ministry said that the United States had agreed to allow people to work at industrial sites on B-1 short-term business visas or on a visa waiver program called the Electronic System for Travel Authorization, or ESTA, which permits certain business activities.

Detainees who were on the ESTA visa waiver program were encouraged to apply for B-1 status, Mr. Kim said. Many of the non-South Korean workers came from Latin America and had other immigration statuses, including work authorization, said Julia Solórzano, the legal and policy director of the Centro de los Derechos del Migrante, an immigrant rights group investigating the raid.

Last week, the South Korean Consulate in Atlanta held a meeting with representatives from companies that have workers in Georgia. Consulate officials told the group that B-1 visas would now permit workers to install, service and repair overseas-purchased equipment in the United States, but not to earn income there.

Those guidelines were an effort to address concerns raised by many business leaders after the raid that the scope of business activity allowed with a B-1 visa, which is for temporary business travel, was unclear.

The consulate also warned that workers entering the United States should carry all required documents and be prepared to answer questions from immigration officials.

The detainees who have returned to Georgia are subcontractors or freelancers, as opposed to employees at LG Energy Solution, one of the companies building the battery plant along with Hyundai, said Mr. Kim, 34, an engineer who works for a subcontractor.

Mr. Kim, a project manager who held a B-1 visa when he was detained, said that he had no immediate plans to return to Georgia for business. If told to go back, he said, he would not be thrilled.

"It seems like the B-1 issue has been resolved, but I wouldn't be happy to return to the United States," he said. "If I were detained again, I would think twice about staying in this industry."



A battery plant owned by Hyundai and LG Energy Solution in Georgia.



Ford Motor has stopped making its F-150 Lightning electric pickup truck, which starts at $55,000, and won't say when or whether production will restart.

BRITTANY GREESON FOR THE NEW YORK TIMES

## Automakers Refocus as E.V. Sales Drop

**FROM FIRST BUSINESS PAGE**

shift a day instead of two. G.M. is also slowing production of electric Cadillacs.

"It's really going to be into early next year when we're going to know what true E.V. demand is," G.M.'s chief executive, Mary T. Barra, said in a conference call last month.

Tesla, the electric vehicle pioneer, has significantly cut back production of its three luxury vehicles — the Model S, the Model X and the Cybertruck. Honda has discontinued the Acura ZDX sport utility vehicle. Stellantis canceled an electric Ram pickup before it hit showrooms.

Rivian, a newer automaker, is slowing production of its premium electric S.U.V.s and pickups and is preparing for a lower-priced model that is expected next year. The company recently laid off about 600 workers and lost $1.2 billion in the third quarter.

European automakers are also changing their plans because of the shifting industry landscape and the import tariffs Mr. Trump has imposed.

Mercedes-Benz had been selling electric versions of its luxury sedans and S.U.V.s in the United States but recently said it would stop importing them. Volkswagen has slowed production of the ID.Buzz, an upscale electric van that's made in Germany.

Porsche, the German sports-car maker controlled by Volkswagen, announced in September that it was halting development of several new electric cars and would spend heavily to add new gasoline-powered models. The shifts in its strategy have not been good for the company's finances. Porsche had an operating loss of nearly one billion euros ($1.1 billion) in the third quarter.

"We have seen a clear drop in demand for exclusive battery electric cars, and we are taking that into account," Oliver Blume, chief executive of Volkswagen and Porsche, said in a conference call in September.

For most Western automakers, the decline of the electric vehicle market has a silver lining. Except for Tesla, most have been losing money on such models, with the largest losses from luxury models. But now fewer sales will mean smaller losses.

In October, U.S. electric vehicle sales fell about 33 percent from a year earlier, to 64,500, according to estimates by J.D. Power. Sales of the F-150 Lightning fell 12 percent, to 1,543 vehicles. Acura sold just 25 ZDXs, down from more than 1,200 a year earlier.

"A lot of people thought that the high-end, luxury E.V. segment was going to be sustainable and it would continue to grow," said Jessica Caldwell, vice president of insights at Edmunds, a market researcher. "But with all the changes that have come to the industry, it's just not as big as we thought."

While the $7,500 tax credit was a relatively small discount on luxury cars, it helped automakers come up with lease deals that attracted affluent car buyers. Another factor in leases is the expected value of a vehicle after two or three years on the road. The values of previously leased electric models have been falling, and that has pushed up monthly payments on new leases.

Mr. Hovik, the Ford dealer in Arizona, said about 75 percent of the electric models he was selling were leased. "But without a strong lease proposition on those

### New spending on gas-powered and hybrid models.

vehicles, they became very much on the high end from an affordability standpoint," he said.

His dealership has about 75 Lightnings, and he's hoping Ford will offer incentives to help him sell them off. Other manufacturers have already jacked up discounts. Mercedes is offering discounts of $10,000 or more on some electric models and as much as $50,000 on a Maybach EQS, which has a starting price of $180,000.

The move away from expensive electric models is also good for consumers who cannot afford them even with big discounts. Around a dozen electric models now start at less than $40,000.

And Nissan and G.M. recently introduced versions of the Leaf and the Chevrolet Bolt that cost less than $30,000.

As for the Lightning, it was a milestone vehicle when it was introduced in 2022 — an electric version of the top-selling vehicle in the United States.

Ford set up an assembly line near Detroit and hoped to sell 150,000 a year. Initial demand was so strong that Ford increased production in 2023. But demand soon began to falter, partly because the company raised prices significantly to make up for higher costs. In 2024, Ford sold 33,000 Lightnings. The decision to halt Lightning production was also influenced by a fire at a supplier plant that produces aluminum for F-150 trucks. Facing a tight supply of aluminum, Ford decided to use the material it has for gasoline models of the truck.

A Ford spokeswoman said the company has an ample inventory of Lightnings as the supplier recovers from the fire, and in the meantime it is focused on producing gas-powered and hybrid F-150s.

While Ford won't commit to bringing the Lightning back, its executives have said they are working on new, lower-cost models. The first — a pickup that is smaller than the Lightning — will arrive in 2027. The company says the truck's starting price will be around $30,000.

[Legal notices follow: U.S. Bankruptcy Court notices for Anthology Inc. (Southern District of Texas, Houston Division, Case No. 25-90498 (ARP)) regarding Notice of Deadlines for Filing of Proofs of Claim and Notice of Auction for Sale of Debtors' Assets; and for New Rite Aid, LLC (District of New Jersey, Case No. 25-14861 (MBK)) regarding Revised Notice of Hearing to Consider Confirmation of the Chapter 11 Plan and Related Voting and Objection Deadlines.]