THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*,[1] | Case No. 25-14861 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, <u>Wendy M. Simkulak:</u>

    ☒ represent <u>the Chubb Companies</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in the case and am representing myself.

2. On November 19, 2025, I caused a copy of the following pleading and/or document to be sent to the parties listed in the chart below:

    - **OBJECTION OF THE CHUBB COMPANIES WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES, OPT-OUT OF THIRD-PARTY RELEASE, AND RESERVATION OF RIGHTS (DKT. NO. 3265)**

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: November 19, 2025

*/s/ Wendy M. Simkulak*
Wendy M. Simkulak, Esq.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **RITE AID CORPORATION**<br>200 Newberry Commons<br>Etters, PA 17319 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Email |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 6th Avenue<br>New York, NY 10019<br>Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com)<br>Alice Belisle Eaton (aeaton@paulweiss.com)<br>Christopher Hopkins (chopkins@paulweiss.com)<br>Sean A. Mitchell (smitchell@paulweiss.com) | Co-Counsel to the Debtors and Debtors in Possession | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |
| **COLE SCHOTZ P.C.**<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Michael D. Sirota (msirota@coleschotz.com)<br>Warren A. Usatine (wusatine@coleschotz.com)<br>Felice R. Yudkin (fyudkin@coleschotz.com)<br>Seth Van Aalten (svanaalten@coleschotz.com) | Co-Counsel to the Debtors and Debtors in Possession | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Attn: Brett H. Miller (bmiller@willkie.com)<br>Todd M. Goren (TGoren@willkie.com)<br>James H. Burbage (jburbage@willkie.com)<br>Jessica D. Graber (jgraber@willkie.com)<br><br>-and –<br><br>**SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Attn: Andrew H. Sherman (asherman@sillscummis.com)<br>Boris Mankovetskiy (bmankovetskiy@sillscummis.com)<br>Gregory Kopacz (gkopacz@sillscummis.com) | Counsel to the Committee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |
| **CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>Attn: John F. Ventola (jventola@choate.com)<br>Jonathan D. Marshall (jmarshall@choate.com)<br>Mark D. Silva (msilva@choate.com)<br><br>-and-<br><br>**GREENBERG TRAURIG, LLP**<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Attn: Alan J. Brody (brodya@gtlaw.com) | Counsel to the DIP Agents | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Attn: Dennis M. Twomey (dtwomey@sidley.com)<br>Jackson T. Garvey (jgarvey@sidley.com)<br>Ian C. Ferrell (iferrell@sidley.com )<br><br>-and-<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>Attn: Anthony Sodono, III (asodono@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com) | Counsel to McKesson Corporation (as Plan Sponsor) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |
| **Office of the United States Trustee for Region 3 District**<br>One Newark Center<br>Newark, NJ 07102<br>Attn: Jeffrey M. Sponder (jeffrey.m.sponder@usdoj.gov)<br>Lauren Bielskie (lauren.bielskie@usdoj.gov) | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Email |

4