| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Paul Pflumm (006912002)<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>(856) 482-5544<br>ppflumm@mcdowelllegal.com<br>Co-Counsel for Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund | Case No.: 25-14861<br>Chapter: 11 |
| In Re:<br><br>NEW RITE AID, LLC, et al.,<br>Debtors, | Adv. No.: _____<br>Hearing Date: _____<br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Katie Rhodes__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Paul Pflumm__, who represents __Southern California UFCW Unions & Drug Employers Pension Fund__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 19, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Appearance, ecf. document #3261, Application for Attorney Howard L. Adelman to Appear Pro Hac Vice, ecf document #3262; and Limited Objection of Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates, ecf document #3268

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __November 19, 2025__     /s/ Katie Rhodes_____
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz P.C.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul, Weiss, Rifkind, Wharton & Garrison LLC<br>1285 Avenue of the Americas<br>New York, NY 10019 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sills Cummins & Gross P.C.<br>Attn: Andrew Sherman<br>The Legal Center<br>One Riverfront Plaza<br>1037 Raymond Blvd<br>Newark, NJ 07102 | Co-counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willkie Farr & Gallagher LLP<br>Attn: Brett H. Miller, Todd M. Goren, James H. Burbage, Jessica D. Graber, Misha Emanoil<br>787 Seventh Avenue<br>New York, NY 10019-609 | Co-counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |