| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**BARCLAY DAMON LLP**<br>Scott L. Fleischer, Esq.<br>1270 Avenue of the Americas, Suite 52310<br>New York, NY 10020<br>Telephone:  (212) 784-5810<br>sfleischer@barclaydamon.com<br><br>Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Telephone:  (315) 413-7115<br>knewman@barclaydamon.com<br><br>*Counsel for Gibraltar Management Co., Inc., Inland Commercial Real Estate Services LLC, and The Widewaters Group, Inc.* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Judge:  Michael B. Kaplan<br><br>(Jointly Administered) |

**LIMITED OBJECTION AND JOINDER OF GIBRALTAR MANAGEMENT CO., INC., INLAND COMMERCIAL REAL ESTATE SERVICES LLC, AND THE WIDEWATERS GROUP, INC. TO (I) CONFIRMATION OF SECOND AMENDED JOINT CHAPTER 11 PLAN OR REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES AND (II) FINAL APPROVAL OF SECOND AMENDED DISCLOSURE STATEMENT AND RESERVATION OF RIGHTS**

Gibraltar Management Co., Inc., Inland Commercial Real Estate Services LLC, and The Widewaters Group, Inc. (the "Landlords"), by and through their undersigned counsel, hereby file this (i) limited objection to the *Second Amended Joint Chapter 11 Plan of Reorganization of New*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

5

*Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3215] (the "Plan")[2] and (ii) joinder to objections to the Plan (collectively, the "Objection/Joinder"), including but not limited to the objections filed at Docket Nos. 3271, 3271, and 3277 (collectively, the "Filed Objections") and respectfully represent as follows:

## BACKGROUND

1. On May 5, 2025 (the "Petition Date"), New Rite Aid, LLC and its debtor affiliates (the "Debtors", and each a "Debtor") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Court").

2. Upon information and belief, the Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. The Landlords – through certain of their affiliates – and Debtors are parties to unexpired leases of nonresidential real property (the "Leases") located in a portion of shopping centers as set forth on the attached **Schedule 1** (the "Premises").

4. The Premises are located within "shopping centers" as that term is used in § 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

5. The Debtors have not paid certain post-petition rent and charges owed to each of the Landlords, which came due under the Leases and Bankruptcy Code section 365(d)(3) and which were also required to be paid under the final DIP financing order [Dkt. 2536, ¶ 49(f)].

---

[2] Capitalized terms used but not otherwise defined here shall have the meaning ascribed to them in the Plan and accompanying documents.

2

6. On November 11, 2025, the Debtors filed the Plan and related disclosure statement [Docket No. 3216] (the "Disclosure Statement").

**OBJECTION**

7. The Landlords' administrative claims are considered "Excluded Claims," meaning they are not subject to the Administrative Claims Procedures or limited to payment from the funds in the Administrative Claims Distribution Pool. However, the Plan refers to payment of administrative claims solely from reserves and the Plan and Disclosure Statement – in part by the absence of the Wind-Down Budget – do not sufficiently disclose the Debtors' ability to satisfy Excluded Claims. This leaves the Landlords without any assurance that their administrative claims will be paid in full as required by Bankruptcy Code section 1129(a)(9).

**JOINDER**

8. The Landlords hereby join and incorporate the Filed Objection to the extent of the relief requested herein and request such other and further relief as is set forth herein.

9. The Landlords hereby join any other objections filed by the Debtors' landlords or other parties to the extent such objections are not inconsistent with the relief sought herein.

**RESERVATION OF RIGHTS**

10. The Landlords reserve their rights to supplement this Objection and make such other and further objections as they deem necessary or appropriate.

**WHEREFORE**, the Landlords respectfully request that the Court condition any confirmation of the Plan as set forth in this Objection/Joinder and grant the Landlords any additional and further relief the Court deems just and proper.

| | |
|---|---|
| Dated: November 20, 2025<br>New York, New York | **BARCLAY DAMON LLP**<br><br>By: */s/ Scott L. Fleischer*<br>Scott L. Fleischer, Esq.<br>NJ Bar No. 089802014<br>1270 Avenue of the Americas, Suite 2310<br>New York, New York 10020<br>Telephone:  (212) 784-5810<br>Email:  sfleischer@barclaydamon.com<br><br>Kevin M. Newman, Esq.<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York 13202<br>Telephone:  (315) 413-7115<br>Email:  knewman@barclaydamon.com<br><br>*Counsel to Gibraltar Management Co., Inc.,*<br>*Inland Commercial Real Estate Services LLC,*<br>*and The Widewaters Group, Inc.* |

## **CERTIFICATE OF SERVICE**

      I certify that on November 20, 2025 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                          */s/Scott L. Fleischer*
                                          Scott L. Fleischer

## **SCHEDULE 1**

| Landlord | Shopping Center | Location | Store No. |
|---|---|---|---|
| **Gibraltar Management Co., Inc.** | | | |
| GBR Valley Cottage Limited Liability Company | 133 Route 303 | Valley Cottage, NY | 01019 |
| **Inland Commercial Real Estate Services LLC** | | | |
| IREIT Yardley Lower Makefield, L.L.C. | Lower Makefield Shopping Center | Yardley, PA | 11114 |
| **The Widewaters Group, Inc.** | | | |
| Skywood Properties Company, LLC, as assignee of RCS Development Company | Haymaker Village Shops | Monroeville, PA | 10919 |

32807365.1