| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption In Compliance With D.N.J. LBR 9004-1(b)**<br>DUANE MORRIS LLP<br>A Delaware Limited Liability Partnership<br>Catherine Beideman Heitzenrater, Esq.<br>(NJ Bar No. 024112007)<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: (215) 979-7342<br>Facsimile:  (215) 827-5490<br>Email:  CHeitzenrater@duanemorris.com<br><br>*Counsel for Chubb Companies* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>Debtors. [1] | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Chief Judge Michael B. Kaplan<br><br>(Jointly Administered) |

**APPLICATION FOR ADMISSION PRO HAC VICE
OF JESSICA KENNEY BONTEQUE PURSUANT TO LOCAL BANKRUPTCY
RULE 9010-1, Fed. R. CIV. PROC. 78, AND D.N.J. L. Civ. R. 101.1**

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached Certification, the undersigned hereby moves for the admission *pro hac vice* of Jessica Kenney Bonteque, Esq. of the law firm of Duane Morris LLP, to represent the ACE American Insurance Company, Indemnity Insurance Company of North America, ACE Fire Underwriters Insurance

---

[1]  The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

DM3\22097750.1

Company, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company, Illinois Union Insurance Company, ACE Property & Casualty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Executive Risk Indemnity Inc., Pacific Indemnity Company, and each of their respective U.S.-based affiliates, predecessors, and successors (collectively, and solely in their capacities as insurers and/or third party administrators of one or more of the above-captioned debtors, the "Chubb Companies") in the above-captioned chapter 11 cases.

Respectfully submitted,

Dated: November 20, 2025

/s/ *Catherine Beideman Heitzenrater*
DUANE MORRIS LLP
Catherine Beideman Heitzenrater, Esq.
(NJ Bar No. 024112007)
40 Lake Center Drive
401 Route 73 North, Suite 200
Marlton, NJ 08053
Telephone: (215) 979-7342
Facsimile: (215) 827-5490
Email: CHeitzenrater@duanemorris.com

*Counsel for Chubb Companies*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption In Compliance With D.N.J. LBR 9004-1(b)**<br>DUANE MORRIS LLP<br>A Delaware Limited Liability Partnership<br>Catherine Beideman Heitzenrater, Esq.<br>(NJ Bar No. 024112007)<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: (215) 979-7342<br>Facsimile:  (215) 827-5490<br>Email:  CHeitzenrater@duanemorris.com<br><br>*Counsel for Chubb Companies* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Chief Judge Michael B. Kaplan<br><br>(Jointly Administered) |

**CERTIFICATION OF JESSICA KENNEY BONTEQUE, ESQ.  IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to LBR 9010-1 and 7007-1, I, Jessica Kenney Bonteque, Esq., does hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am an attorney in the law firm of Duane Morris LLP, with my office located at 1540 Broadway, New York, New York 10036-4086.  My telephone number is (212) 692-1036, my facsimile number is (212) 954-5310, and my email address is JBonteque@duanemorris.com.

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

DM3\22097750.1

| State or Federal Jurisdiction | Admission Date |
|---|---|
| State Court of New York | 2015 |
| U.S. District Court, Southern District of New York | 2019 |
| U.S. District Court, Eastern District of New York | 2019 |
| U.S. District Court, District of Arizona | 2008 |
| U.S. Court of Appeals, 9th Circuit | 2011 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

/s/ *Jessica Kenney Bonteque*
Jessica Kenney Bonteque, Esq.

Dated: November 20, 2025

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption In Compliance With D.N.J. LBR 9004-1(b)**<br>DUANE MORRIS LLP<br>A Delaware Limited Liability Partnership<br>Catherine Beideman Heitzenrater, Esq.<br>(NJ Bar No. 024112007)<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: (215) 979-7342<br>Facsimile:  (215) 827-5490<br>Email:  CHeitzenrater@duanemorris.com<br><br>*Counsel for Chubb Companies* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>        Debtors. [1] | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Chief Judge Michael B. Kaplan<br><br>(Jointly Administered) |

## **ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

DM3\22097750.1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that **Jessica Kenney Bonteque, Esq.** be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

2