| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption In Compliance With D.N.J. LBR 9004-1(b)**<br>DUANE MORRIS LLP<br>A Delaware Limited Liability Partnership<br>Catherine Beideman Heitzenrater, Esq.<br>(NJ Bar No. 024112007)<br>40 Lake Center Drive<br>401 Route 73 North, Suite 200<br>Marlton, NJ 08053<br>Telephone: (215) 979-7342<br>Facsimile:  (215) 827-5490<br>Email:  CHeitzenrater@duanemorris.com<br><br>*Counsel for Chubb Companies* | |
| In Re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Case No. 25-14861 (MBK)<br><br>Chapter 11<br><br>Chief Judge Michael B. Kaplan<br><br>(Jointly Administered) |

**CERTIFICATION OF JESSICA KENNEY BONTEQUE, ESQ.  IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to LBR 9010-1 and 7007-1, I, Jessica Kenney Bonteque, Esq., does hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am an attorney in the law firm of Duane Morris LLP, with my office located at 1540 Broadway, New York, New York 10036-4086.  My telephone number is (212) 692-1036, my facsimile number is (212) 954-5310, and my email address is JBonteque@duanemorris.com.

2. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

DM3\22097750.1

| State or Federal Jurisdiction | Admission Date |
|---|---|
| State Court of New York | 2015 |
| U.S. District Court, Southern District of New York | 2019 |
| U.S. District Court, Eastern District of New York | 2019 |
| U.S. District Court, District of Arizona | 2008 |
| U.S. Court of Appeals, 9th Circuit | 2011 |

3. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

/s/ Jessica Kenney Bonteque
Jessica Kenney Bonteque, Esq.

Dated: November 20, 2025