**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel:   (212) 682-7474
Fax:   (212) 687-2329
ASekel@foley.com

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel:   (312) 832-4500
Fax:   (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*<br><br><div align="right">Debtors.[1]</div> | Chapter 11<br><br>Case No. 25-14861 (MBK)<br>(Jointly Administered)<br><br>**Ref. Docket No. 3215 & 3219**<br><br>**Hearing Date:**<br>**November 24, 2025 at 10:00 a.m. E.T.** |

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1483.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at [https://restructuring.ra.kroll.com/RiteAid2025].  The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

4935-3559-4107.1

**CVS PHARMACY, INC.'S RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES**

CVS Pharmacy Inc. ("CVS") hereby submits this response and reservation of rights (this "Response") with respect to the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3215] (the "Second Amended Plan") filed and served by New Rite Aid, LLC and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (the "Chapter 11 Cases").[2] In support of this Response, CVS respectfully represents as follows:

1. On May 21, 2025, the Court entered a sale order [Docket No. 470] (the "CVS Sale Order") that, *inter alia*, approved certain asset purchase agreements, dated May 15, 2025, entered into by and among CVS and the Debtors (collectively the "CVS APAs").

2. On November 11, 2025, the Debtors filed, *inter alia*, their Second Amended Plan, and a *Notice of Filing of Proposed Confirmation Order* [Docket No. 3219], which includes a proposed confirmation order as Exhibit A (the "Proposed Confirmation Order").

3. In connection with the Second Amended Plan and the Proposed Confirmation Order, CVS seeks to clarify its rights, and the obligations of the Debtors, Wind-Down Debtors, and/or Reorganized Debtors, as applicable, in accordance with the terms of the CVS Sale Order and CVS APAs. To that end, CVS has been in discussion with the Debtors, through counsel, to negotiate clarificatory language to be included in the Proposed Confirmation Order.

4. Here is the language that CVS proposes to add to the Plan Confirmation Order to address its concerns (the "CVS Confirmation Order Language"):

---

[2] This Response is timely filed before 4:00 p.m. E.T. on November 20, 2025, pursuant to agreement between counsel for CVS and the Debtors.

2

> For the avoidance of doubt, nothing in the Plan, the Disclosure Statement, the Plan Supplement, other ancillary and supplemental documents relating to or issued under the Plan (as each of the foregoing may be amended or supplemented), or this Confirmation Order shall derogate, alter or amend in any manner (1) the terms of that certain asset purchase agreement entered into by and among CVS Pharmacy, Inc. and its designated purchasers (collectively, "CVS") and certain of the Debtors for certain assets associated with the Debtors' retail locations in the Pacific Northwest region, dated May 15, 2025 (the "PNW APA"), including, without limitation, the terms of the Indemnity Escrow Agreement (as defined in the PNW APA) and CVS's rights with respect to the Indemnity Escrow Account (as defined in the PNW APA), or (2) the terms of each of those four certain non-PNW APA Asset Purchase Agreements, dated as of May 15, 2025, each by and among CVS and the Debtors (the "Non-PNW APAs" and, together with the PNW APA, the "CVS APAs"), including, without limitation, CVS's continuing rights thereunder and the Debtors' continuing obligations thereunder; *provided, however*, that the Reorganized Debtors shall not have any liability to CVS on account of any matters described in, or rights reserved under, this paragraph [_]; *provided further* that CVS's rights to injunctive relief are fully preserved; *provided further* that the Liquidating Trustee shall cause the Debtors and the Wind-Down Debtors, as applicable, to comply with and abide by the terms of the CVS APAs (each as approved by the Sale Order filed at Docket No. 470), pursuant to Article VII(B) of the Plan.

5. While CVS and the Debtors continue to negotiate in good faith over the inclusion of the CVS Confirmation Order Language, they and other relevant stakeholders have not reached agreement as of the date and time of this filing. Therefore, CVS files this Response to preserve its rights, including, without limitation, under the CVS Sale Order and CVS APAs.

6. CVS expressly reserves the right to amend, modify, or supplement this Response. CVS also expressly reserves the right to amend, modify, or supplement this Response up to and including at the Second Amended Plan confirmation hearing, presently scheduled for November 24, 2025 at 10:00 a.m. E.T.

WHEREFORE, CVS respectfully requests that the Court (i) condition confirmation of the Plan and entry of the Proposed Confirmation Order upon inclusion of the CVS Confirmation Order

3

Language set forth above, and (ii) grant such other and further relief as the Court deems just and equitable.

DATED: November 20, 2025

Respectfully submitted,

*/s/ Anne B. Sekel*
**FOLEY & LARDNER LLP**
Anne B. Sekel, Esq.
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
ASekel@foley.com

*and*

**FOLEY & LARDNER LLP**
Geoffrey S. Goodman, Esq.  (admitted *pro hac vice*)
Jonathan W. Garlough, Esq.  (admitted *pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
ggoodman@foley.com
jgarlough@foley.com

*Counsel for CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a true and correct copy of the foregoing document was sent via ECF noticing to all parties receiving ECF notices in these chapter 11 cases.

*s/ Anne B. Sekel*