UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

IN RE:

New Rite Aid, LLC, *et al.*         Case No. 25-14861-MBK
       (Jointly Administered)
       Judge Michael B. Kaplan
       Chapter 11

   Debtor.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #1738

NOW COMES Creditor, First Citizens Bank & Trust Company, by and through counsel, Scott Fink, and withdraws the Proof of Claim #1738 filed on September 3, 2025 through the claims agent, Kroll Restructuring Administration.

      Respectfully submitted,

      **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: November 20, 2025        By: /s/ Scott Fink_____
      Scott Fink
      5990 West Creek Road, Suite 200
      Independence, OH 44131
      216-739-5644
      216-739-5680 (fax)
      sfink@weltman.com
      Agent for Creditor
      First Citizens Bank & Trust Company

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing document was sent via ECF noticing to all parties receiving ECF notices in these chapter 11 cases.

By: /s/ Scott D. Fink
Scott D. Fink
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5644
216-739-5680 (fax)
sfink@weltman.com
Agent for Creditor
First Citizens Bank & Trust Company