UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

IN RE:

New Rite Aid, LLC, *et al.*     Case No. 25-14861-MBK
(Jointly Administered)
Judge Michael B. Kaplan
Chapter 11

Debtor.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #1739

NOW COMES Creditor, First Citizens Bank & Trust Company, by and through counsel, Scott Fink, and withdraws the Proof of Claim #1739 filed on September 3, 2025 through the claims agent, Kroll Restructuring Administration.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: November 20, 2025         By: /s/ Scott Fink_____
Scott Fink
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5644
216-739-5680 (fax)
sfink@weltman.com
Agent for Creditor
First Citizens Bank & Trust Company

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing document was sent via ECF noticing to all parties receiving ECF notices in these chapter 11 cases.

By: /s/ Scott D. Fink
Scott D. Fink
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5644
216-739-5680 (fax)
sfink@weltman.com
Agent for Creditor
First Citizens Bank & Trust Company