**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**

Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Email: KRWalsh@mintz.com

*- and -*

Ian A. Hammel, Esq. (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Email: IAHammel@mintz.com

*Attorneys for NBPIV Delran LLC*

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF IAN A. HAMMEL

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Ian A. Hammel of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. to practice before this Court in connection with the above-captioned proceedings. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the Applicant hereby represents as follows:

1. Mr. Hammel is a partner with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111. The application is in connection with a lease that the Debtors propose to assume under their pending plan. Because of his familiarity with the facts and circumstances relevant to that lease, the landlord NBPIV Delran LLC requests that Mr. Hammel be allowed to appear *pro hac vice* in these matters.

2. As set forth in the certification filed herewith, Mr. Hammel is a member in good standing of the Bar of the Commonwealth of Massachusetts and an attorney admitted before the United States District Court for the District of Massachusetts.

3. If admitted *pro hac vice*, Mr. Hammel has represented that he will adhere to the disciplinary jurisdiction of this Court.

November 21, 2025

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*/s/ Kaitlin R. Walsh*
Kaitlin R. Walsh (NJ Bar No. 038402006)
919 Third Avenue
New York, NY 10022
Tel: (212) 935-3000
Fax: (212) 983-3115
Email: KRWalsh@mintz.com