| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** <br><br> Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006) <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 935-3000 <br> Email: KRWalsh@mintz.com <br><br> *- and -* <br><br> Ian A. Hammel, Esq. (*pro hac vice* pending) <br> One Financial Center <br> Boston, MA 02111 <br> Telephone: (617) 542-6000 <br> Email: IAHammel@mintz.com <br><br> *Attorneys for NBPIV Delran LLC* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*,[1] <br><br>     Debtors. | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

### DECLARATION OF IAN A. HAMMEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Ian A. Hammel, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C., One Financial Center, Boston, MA 02111. My direct telephone number is (617) 348-1724 and my email address is iahammel@mintz.com.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. I make this declaration in support of my application pursuant to Rule 9010-1 of Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Bankruptcy Rules</u>"), for admission to the Bankruptcy Court *pro hac vice*. I request to be admitted *pro hac vice* to serve as counsel to NBPIV Delran LLC in connection with the above-captioned cases.

3. I am of lawful age and am a member of good standing in the following jurisdictions:

| Jurisdiction | Year of Admission |
|---|---|
| Commonwealth of Massachusetts | 1996 |
| United States District Court for the Commonwealth of Massachusetts | 1997 |

4. No disciplinary proceeding is currently pending against me, nor has any discipline ever been imposed against me in any jurisdiction.

5. I am familiar with the facts and circumstances relevant to NBPIV Delran LLC's interests in the above-captioned proceedings. If the application for my admission *pro hac vice* is granted, I agree to abide by the Court's local rules and submit myself to the disciplinary jurisdiction of the Court.

6. Upon being admitted to appear and participate in these cases *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District of New Jersey.

7. For the foregoing reasons, I respectfully request the application for *pro hac vice* be granted and the proposed form order submitted herewith be entered.

I, Ian A. Hammel, declare under penalty of perjury that the foregoing is true and correct.

November 21, 2025                                     **MINTZ, LEVIN, COHN, FERRIS,**
                                                       **GLOVSKY AND POPEO, P.C.**

                                                       */s/ Ian A. Hammel*
                                                       Ian A. Hammel (*pro hac vice* pending)
                                                       One Financial Center
                                                       Boston, MA 02111
                                                       Tel: (617) 542-6000
                                                       Fax: (617) 542-2241
                                                       Email: IAHammel@mintz.com