|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **MINTZ, LEVIN, COHN, FERRIS,**<br>**GLOVSKY AND POPEO, P.C.**<br><br>Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 935-3000<br>Email: KRWalsh@mintz.com<br><br>*- and -*<br><br>Ian A. Hammel, Esq. (*pro hac vice* pending)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br>Email: IAHammel@mintz.com<br><br>*Attorneys for NBPIV Delran LLC* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# RESERVATION OF RIGHTS OF NBPIV DELRAN LLC REGARDING SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF NEW RITE AID, LLC AND CERTAIN AFFILIATES

        NBPIV Delran LLC (the "Central Fill Facility Landlord") submits this reservation of rights as to the *Second Amended Joint Chapter 11 Plan of Reorganization of New*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Rite Aid, LLC and Its Debtor Affiliates* (as the same may be further amended and supplemented, the "Plan").

The Central Fill Facility Landlord has reached an agreement in principle as to the Debtors' proposal to assume the lease for the Central Fill Facility as that term is used in the Plan and submits this reservation of rights to reflect that the parties are finalizing details to announce and implement the resolution; the Central Fill Facility Landlord reserves rights as to the Plan and lease pending that outcome of that effort.

## BACKGROUND

1. New Rite Aid, LLC and various affiliates (the "Debtors") commenced these cases in May 2025. On information and belief, the Debtors have continued to manage their businesses as debtors and debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. This reservation of rights concerns the commercial lease for the Central Fill Facility described in the Plan. For convenience, capitalized terms used in this reservation of rights and not defined herein have the meanings used in the Plan.

3. Debtor Rite Aid of New Jersey, Inc. is the tenant for the Central Fill Facility described in the Plan under a written lease agreement with the Central Fill Facility Landlord dated December 22, 2015 (the "Central Fill Facility Lease").

4. The Debtors have filed the Plan and related Disclosure Statement and Plan Supplement. *See Docket Nos. 3215 (Plan), 3216 (Disclosure Statement), 3218 (Plan Supplement).*

5. The Plan and related documents provide for the assumption of the Central Fill Facility Lease. *See Plan Supplement at Exhibit B (schedule of Assumed*

2

*Executory Contracts and/or Unexpired Leases).* The Debtors consented to a November 21, 2025 response deadline for the Central Fill Facility Landlord.

## RESERVATION OF RIGHTS

6.  The Central Fill Facility Landlord has reached an agreement in principle as to the Debtors' proposal to assume the Central Fill Facility Lease. The resolution addresses the cure payment for the Central Facility Lease as the Central Fill Facility Landlord disagrees with the cure amount specified in the Plan Supplement as filed. The agreement in principle also clarifies the continued efficacy of certain agreements that relate to the Central Fill Facility Lease, addresses post assumption mechanics for certain terms of the Central Fill Facility Lease and includes terms as to security and adequate assurance for performance under the Central Fill Facility Lease when assumed.

7.  The Central Fill Facility Landlord will continue to work with the Debtors and McKesson to document the foregoing resolution, but reserves all rights as to the Plan and Central Fill Facility Lease, including the Debtors' request to assume the Central Fill Facility Lease under the Plan and set a cure amount, until the parties announce and then implement the resolution.

November 21, 2025

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*/s/ Kaitlin R. Walsh*
Kaitlin R. Walsh (NJ Bar No. 038402006)
919 Third Avenue
New York, NY 10022
Tel: (212) 935-3000
Fax: (212) 983-3115
Email: KRWalsh@mintz.com

- and -

        Ian A. Hammel (*pro hac vice* pending)
        One Financial Center
        Boston, MA 02111
        Tel: (617) 542-6000
        Fax: (617) 542-2241
        Email: IAHammel@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey on all parties receiving ECF notices in these chapter 11 cases.

*/s/ Kaitlin R. Walsh*
Kaitlin R. Walsh