# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025

In re New Rite Aid LLC, *et al.*[1]

Applicant: Willkie Farr & Gallagher LLP

Case No. 25-14861 (MBK)

Client: Official Committee of Unsecured Creditors

Chapter 11

Case Filed: May 5, 2025

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED

*/s/ Brett H. Miller*    11/21/2025
BRETT H. MILLER    Date

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<div style="border: 1px solid black;">

**SECTION I**
**FEE SUMMARY**

</div>

Summary of Amounts Requested for the Period
October 1, 2025 through October 31, 2025 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $128,504.00 |
| Disbursement Total | $536.52 |
| Total Fees Plus Disbursements | $129,040.52 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested | $2,394,323.15 |
| Total Fees and Expenses Allowed to Date | $2,351,461.65 |
| Total Retainer Remaining | n/a |
| Total Holdback | $42,861.50 |
| Total Received by Applicant | $2,179,581.17 |

| Name of Professional and Title | Year Admitted[2] | Hours | Rate | Fee |
|---|---|---|---|---|
| James H. Burbage<br>Partner | 2016 | 4.0 | $1,825.00 | $7,300.00 |
| Todd M. Goren<br>Partner | 2003 | 9.1 | $2,350.00 | $21,385.00 |
| Paul Labov<br>Partner | 2003 | 10.3 | $2,350.00 | $24,205.00 |
| Brett H. Miller<br>Partner | 1992 | 1.0 | $2,500.00 | $2,500.00 |
| Misha Emanoil<br>Associate | 2025 | 25.2 | $825.00 | $20,790.00 |
| Jessica D. Graber<br>Associate | 2022 | 25.4 | $1,325.00 | $33,655.00 |
| Marine Loison<br>Associate | 2024 | 16.1 | $1,025.00 | $16,502.50 |
| Laura Gottlieb Feldman<br>Associate Director, Paralegal and Discovery Attorney Programs | n/a | 0.3 | $720.00 | $216.00 |
| William Collins<br>Paralegal | n/a | 6.8 | $380.00 | $2,584.00 |
| Rohan Sasso<br>Paralegal | n/a | 1.3 | $380.00 | $494.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | (1.1) | | ($1,127.50) |
| **PROFESSIONAL TOTAL** | | 98.4 | | $128,504.00 |

---

[2]    Unless noted otherwise, the year listed is the year the attorney was admitted in New York.

<div style="border">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis and Recovery (001) | 0.0 | $0.00 |
| Asset Disposition (002) | 5.3 | $4,674.50 |
| Assumption and Rejection of Leases and Contracts (003) | 4.1 | $2,092.00 |
| Avoidance Action Analysis (004) | 0.0 | $0.00 |
| Budgeting (Case) (005) | 0.0 | $0.00 |
| Business Operations (006) | 0.0 | $0.00 |
| Case Administration (007) | 12.7 | $19,009.50 |
| Claims Administration and Objections (008) | 0.6 | $615.00 |
| Employee Benefits and Pensions (010) | 0.0 | $0.00 |
| Non-Willkie Fee Statements & Applications (011) | 0.4 | $281.00 |
| Employment and Fee Application Objections (012) | 0.0 | $0.00 |
| Financing and Cash Collateral (013) | 0.2 | $205.00 |
| Other Litigation (014) | 0.0 | $0.00 |
| Meetings and Communications with Creditors (015) | 13.7 | $19,632.00 |
| Non-Working Travel (billed at 50%) (016) | 0.0 | $0.00 |
| Plan and Disclosure Statement (017) | 14.8 | $31,565.00 |
| Real Estate (018) | 0.0 | $0.00 |
| Relief from Stay and Adequate Protection (019) | 0.0 | $0.00 |
| Reporting (020) | 0.0 | $0.00 |
| Tax (021) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Valuation (022) | 0.0 | $0.00 |
| Discovery (023) | 0.0 | $0.00 |
| Hearings (024) | 25.9 | $28,881.00 |
| First and Second Day Motions (025) | 0.0 | $0.00 |
| Claims Investigation (026) | 0.0 | $0.00 |
| Lien Investigation (027) | 0.0 | $0.00 |
| Intercompany Claims (028) | 0.0 | $0.00 |
| Other Motions/Applications (029) | 10.5 | $11,151.00 |
| Schedules and Statements (030) | 0.0 | $0.00 |
| Insurance (031) | 0.0 | $0.00 |
| Willkie Fee Statements and Applications (032) | 5.0 | $6,190.00 |
| Fee Objection Discussion and Litigation (033) | 0.0 | $0.00 |
| Mediation (034) | 0.0 | $0.00 |
| Governmental/Regulatory and Foreign Law Matters (035) | 0.0 | $0.00 |
| Time Entry Review (036) | 1.1 | $1,127.50 |
| Non-Willkie Retention Applications (037) | 1.1 | $863.00 |
| Willkie Retention Application (038) | 4.1 | $3,345.00 |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | (1.1) | ($1,127.50) |
| **SERVICES TOTALS** | 98.4 | $128,504.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Conferencing | $425.00 |
| Teleconferencing | $111.52 |
| **DISBURSEMENTS TOTAL** | $536.52 |

> **SECTION IV**
> **CASE HISTORY**

1.      Date cases filed: May 5, 2025.

2.      Chapter under which cases commenced: Chapter 11.

3.      Date of retention: July 15, 2025, *effective as of* May 16, 2025.  *See* **Exhibit A** attached hereto.

            If limit on number of hours or other limitations to retention, set forth: n/a.

4.      Summarize in brief the benefits to the estate and attach supplements as needed:[3]

        a.      The Applicant prepared for and attended various hearings during the Compensation Period, including hearings on the Debtors' various lease/executory contract rejection motions and objections thereto and various status conferences in connection with the Debtors' chapter 11 plan.

        b.      The Applicant engaged in discussions with the Debtors, DIP Lenders, and other interested parties regarding potential exit strategies from these Chapter 11 Cases.  The Applicant reviewed, analyzed, and commented on the Debtors' disclosure statement motion and exhibits related thereto and draft proposed order confirming the Debtors' chapter 11 plan and disclosure statement.  The Applicant also addressed numerous inbound inquiries from creditors regarding the same and worked to resolve related disputes.

        c.      The Applicant analyzed numerous real estate matters, including issues related to asset disposition, store closings, and assumption and rejection of leases.  The Applicant also addressed numerous inbound inquiries from landlords and other creditors regarding the same and worked to resolve related disputes.

        d.      The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case issues, case updates, and strategy.

        e.      The Applicant attended the informal mediation with the Debtors and related parties in interest in these Chapter 11 Cases and communicated with the Debtors' advisors, the Committee, related parties in interest, and creditors regarding the foregoing and related matters.

---

[3]     The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service that the Applicant performed.

      f.    The Applicant rendered all other services described on the invoice attached hereto as **Exhibit B**.[4]

    5.    This is the Applicant's fifth monthly fee statement.

---

[4]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

## Exhibit A

**Retention Order**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
           tgoren@willkie.com
           jburbage@willkie.com
           jgraber@willkie.com
*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

**Order Filed on July 15, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

<div align="center">

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 16, 2025**

</div>

The relief set forth on the following pages, numbered two (2) through and including five

(5), is hereby **ORDERED**.

**DATED: July 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, for an order authorizing the Committee to retain and employ Willkie Farr & Gallagher LLP ("Willkie") as co-counsel effective as of May 16, 2025; and this Court having reviewed the Application, the Miller Declaration, and the Pitta Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Application is a core proceeding under 28 U.S.C. §157(b)(2); and this Court having found, based on the representations made in the Miller Declaration, that Willkie (a) does not hold or represent any interest adverse to the Debtors' estates, (b) is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases as required by section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application and the Declarations establish good cause for the relief granted herein; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and this Court having found that the Committee provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.     In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1, the Committee is hereby authorized to retain and employ Willkie as its co-counsel in these Chapter 11 Cases effective as of May 16, 2025, on the terms set forth in the Application and Miller Declaration, as may be modified herein, including to perform the services set forth below:

a) advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

b) assisting and advising the Committee relative to the administration of these Chapter 11 Cases;

c) attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

d) assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

e) assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to section 363 of the Bankruptcy Code;

f) assisting the Committee in the review, analysis, and negotiation of any chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

g) taking all necessary actions to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, the review and analysis of claims filed against the Debtors' estates;

h) generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

i) appearing, as appropriate, before this Court, appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

j) performing all other necessary legal services in these Chapter 11 Cases.

3.       Willkie shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.       Willkie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Willkie in these Chapter 11 Cases.

5.       Prior to any increases in Willkie's hourly rates, Willkie shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee, which notice shall state whether the Committee has consented to such rate increases.  Parties-in-interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.       Willkie shall not use affiliates, independent contractors, subcontractors or subsidiaries to perform services on behalf of the Committee without separate approval of this Court.

7.       Willkie (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Willkie's fee applications in these Chapter 11 Cases; (iii) shall use billing and expense categories generally consistent with the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.       Willkie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

-4-

9.      Notwithstanding anything in the Application, the Miller Declaration, and this Order to the contrary, Willkie shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

10.     This Order shall be immediately effective and enforceable upon its entry, and the Committee and Willkie are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.     To the extent that there may be any inconsistency among the terms of the Application, the Miller Declaration, and this Order, the terms of this Order shall govern.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice thereof, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit B

**Invoice**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

**New Rite Aid Official Committee of Unsecured Creditors**

**New Rite Aid Bankruptcy**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12531384
Client/Matter No. 136121.00001
November 18, 2025

**FOR PROFESSIONAL SERVICES RENDERED**
through October 31, 2025 as set out in the
attached detail

| | | |
|---|---|---|
| Asset Disposition | $ | 4,674.50 |
| Assumption and Rejection of Leases and Contracts | | 2,092.00 |
| Case Administration | | 19,009.50 |
| Claims Administration and Objections | | 615.00 |
| Non-Willkie Fee Statements & Applications | | 281.00 |
| Financing and Cash Collateral | | 205.00 |
| Meetings and Communications with Creditors | | 19,632.00 |
| Plan and Disclosure Statement | | 31,565.00 |
| Hearings | | 28,881.00 |
| Other Motions/Applications | | 11,151.00 |
| Willkie Fee Statements and Applications | | 6,190.00 |

**WIRE FRAUD ALERT: Our wire instructions are included on the remittance page of this invoice and remain unchanged. You should not accept new wire instructions via email or change wire instructions on file without first performing an independent verbal verification, either through the attorney responsible for your matter or by contacting the Willkie Farr & Gallagher LLP Accounting Department directly. Even if an email looks like it has come from someone associated with our firm, please call first to verify any new or modified instructions before initiating a wire transfer or ACH.**

New Rite Aid Official Committee of Unsecured Creditors                          Page  2
New Rite Aid Bankruptcy
Invoice No. 12531384
Client/Matter No. 136121.00001

Non- Willkie Retention Applications                                              863.00

Willkie Retention Application                                                  3,345.00

Disbursements and Other Charges                                                 536.52

**Total this Invoice**                                          $       129,040.52

New Rite Aid Official Committee of Unsecured Creditors                                    Page  3
Invoice No. 12531384
Client/Matter No. 136121.00001

**<u>New Rite Aid Bankruptcy</u>**

**<u>Asset Disposition</u>**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Act</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/1/25 | M L | Attend auction re: certain leases and fee owned properties. | | 0.90 | 922.50 |
| 10/1/25 | M E | Prepare for (.1) and attend (1.0) auction re: certain lease assets. | | 1.10 | 907.50 |
| 10/6/25 | M E | Review/analyze CVS motion to compel. | | 0.40 | 330.00 |
| 10/7/25 | M L | Review/analyze CVS motion to compel. | | 0.30 | 307.50 |
| 10/7/25 | M E | Corr. with Willkie team re: CVS motion to compel. | | 0.10 | 82.50 |
| 10/8/25 | M L | Review/analyze landlord objections to Debtors' rejections. | | 0.40 | 410.00 |
| 10/10/25 | M E | Corr. with M. Loison (.6), Willkie team (.2) re: motion to approve sale of preferences to Sub-Trust A. | | 0.80 | 660.00 |
| 10/10/25 | M L | Corr. with M. Emanoil re: Debtors' motion to approve sale of retain preference claims to RAD Sub-Trust A. | | 0.20 | 205.00 |
| 10/10/25 | W C | Review/analyze notice of successful bidder (.1); review/analyze stipulation and consent orders (.3). | | 0.40 | 152.00 |
| 10/11/25 | JHB | Call with P. Labov re: preference claim sale motion. | | 0.10 | 182.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 4
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/17/25 | M E | Corr. with M. Loison re: intangible assets auction notice. | | 0.20 | 165.00 |
| 10/23/25 | M L | Corr. with M. Emanoil re: order dismissing the CVS appeal. | | 0.10 | 102.50 |
| 10/23/25 | M E | Corr. with M. Loison re: Sub-Trust A status report. | | 0.30 | 247.50 |
| | **Subtotal - Asset Disposition** | | | **5.30** | **4,674.50** |

## Assumption and Rejection of Leases and Contracts

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/1/25 | W C | Review/analyze Red Eagle Management notice of motion to compel (.1); review/analyze fortieth lease rejection notice (.1). | | 0.20 | 76.00 |
| 10/2/25 | M E | Review/analyze MedImpact stipulation, assumption notice, successful bidders notices (.5); corr. with Willkie team re: same (.1). | | 0.60 | 495.00 |
| 10/2/25 | W C | Review/analyze Thrifty Payless, Inc. lease assumption order. | | 0.10 | 38.00 |
| 10/3/25 | W C | Review/analyze lease termination agreement orders (.4); review/analyze lease assumption orders (.2). | | 0.60 | 228.00 |
| 10/7/25 | W C | Review/analyze lease rejection orders (.3). | | 0.30 | 114.00 |
| 10/8/25 | W C | Review/analyze lease termination agreement orders. | | 0.30 | 114.00 |

New Rite Aid Official Committee of Unsecured Creditors                                           Page 5
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/15/25 | W C | Review/analyze supplemental orders approving lease rejections. | | 0.50 | 190.00 |
| 10/21/25 | W C | Review/analyze lease assumption orders. | | 0.20 | 76.00 |
| 10/24/25 | M E | Review/analyze stipulation and reply re: lease assignment (.3); corr. with Willkie team re: same (.1). | | 0.40 | 330.00 |
| 10/24/25 | W C | Review/analyze Chen 1998 Family Trust lease assumption order. | | 0.10 | 38.00 |
| 10/27/25 | W C | Review/analyze forty-third lease rejection notice. | | 0.10 | 38.00 |
| 10/28/25 | M E | Review/analyze notice of lease assumption and assignment to Five Below. | | 0.20 | 165.00 |
| 10/29/25 | W C | Review/analyze forty-fourth lease rejection notice (.2); review/analyze 5931 Atlantic LLC lease termination agreement order (.1). | | 0.30 | 114.00 |
| 10/30/25 | W C | Review/analyze ninth Dollar Tree lease assumption order. | | 0.20 | 76.00 |
| | **Subtotal – Assumption and Rejection of Leases and Contracts** | | | **4.10** | **2,092.00** |

## Case Administration

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/1/25 | M L | Attend meeting with Debtors re: exit strategy, confirmation schedule. | | 0.40 | 410.00 |

New Rite Aid Official Committee of Unsecured Creditors                          Page  6
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/1/25 | JHB | Attend weekly update call with Debtors and Committee professionals re: exit strategy, DIP budget, confirmation schedule. | | 0.40 | 730.00 |
| 10/1/25 | R S | Attend weekly meeting w/ Debtors and UCC professionals re: DIP budget, confirmation schedule. | | 0.40 | 152.00 |
| 10/1/25 | T G | Call w/ Debtors' professionals re: plan update (.4). | | 0.40 | 940.00 |
| 10/2/25 | M L | Corr. with Willkie team re: status conference. | | 0.20 | 205.00 |
| 10/3/25 | M E | Corr. with Willkie team re: hearing dates, case deadlines. | | 0.20 | 165.00 |
| 10/5/25 | J G | Corr. with M. Loison re: communications with debtors counsel. | | 0.10 | 132.50 |
| 10/6/25 | P L | Review/analyze correspondence and internal call regarding budget and wind-down. | | 0.40 | 940.00 |
| 10/8/25 | P L | Attend and participate in update call with Debtors' counsel re: plan negotiations (.3); corr. with UCC professional call re: same (.2). | | 0.50 | 1,175.00 |
| 10/8/25 | M L | Attend meeting with Debtors re: exit strategy and plan process. | | 0.30 | 307.50 |

New Rite Aid Official Committee of Unsecured Creditors                                      Page  7
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/8/25 | R S | Attend weekly meeting w/ UCC and Debtors' professionals re: confirmation hearing, CVS motion to compel (partial). | | 0.20 | 76.00 |
| 10/8/25 | J G | Prepare for (.3) and attend meeting with Debtors counsel re: confirmation, ongoing negotiations re: same, and case timeline (.3); corr. with Willkie team re: same (.2) | | 0.80 | 1,060.00 |
| 10/8/25 | M E | Attend meeting with S. Mitchell (Paul, Weiss), Willkie team re: plan process update (.3); attend meeting with UCC professionals re: same (.1). | | 0.40 | 330.00 |
| 10/8/25 | T G | Call w/ Debtors' professionals re: Plan update (.4). | | 0.40 | 940.00 |
| 10/10/25 | JHB | Attend and participate in internal call re: release issues in advance of Chambers conference. | | 0.40 | 730.00 |
| 10/10/25 | M E | Corr. with M. Loison re: upcoming hearings. | | 0.10 | 82.50 |
| 10/15/25 | M L | Attend meeting with Debtors re: mediation update, upcoming hearing, case exit. | | 0.20 | 205.00 |
| 10/15/25 | R S | Attend weekly meeting w/ Debtors and UCC professionals re: mediation. | | 0.20 | 76.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  8
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 10/15/25 | J G | Attend meeting with debtors and UCC professionals re: mediations, upcoming hearing, case exit (.2); corr. with UCC professionals re: same (.2); corr. with Willkie team re: upcoming UCC meeting (.2); attention to case administration re: same and upcoming hearings (.3). | | 0.90 | 1,192.50 |
| 10/15/25 | T G | Discussion w/ Willkie team re status of UCC call. | | 0.20 | 470.00 |
| 10/15/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan process/mediation (.3). | | 0.30 | 247.50 |
| 10/21/25 | J G | Corr. with Paul Weiss re: mediation proposals (.3); corr. with Willkie team re: same (.3); review/analyze mediation proposal (.2). | | 0.80 | 1,060.00 |
| 10/22/25 | M L | Attend meeting with Debtors re: mediation update. | | 0.40 | 410.00 |
| 10/22/25 | T G | Update call w/ Debtors' professionals re: plan and case status. | | 0.40 | 940.00 |
| 10/22/25 | M E | Revise 10/23 UCC meeting agenda. | | 0.10 | 82.50 |
| 10/22/25 | J G | Attend meeting with UCC professional and debtor professionals re: ongoing case strategic alternatives and mediations (.4); corr. with UCC professionals re: same (.1); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 9
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/22/25 | P L | Attend meeting with UCC professional and debtor professionals re: ongoing case strategic alternatives and mediations (.4); corr. with UCC professionals re: same (.2). | | 0.60 | 1,410.00 |
| 10/29/25 | M L | Attend meeting with Debtors re: mediation and exit strategy. | | 0.20 | 205.00 |
| 10/29/25 | P L | Conference with Debtors' counsel regarding open issues (.2); corr. with Willkie team re: same (.2). | | 0.40 | 940.00 |
| 10/29/25 | T G | Call w/ Debtors' advisors re: plan status (.2) and follow-up call w/ UCC advisors re: same (.2). | | 0.40 | 940.00 |
| 10/29/25 | M E | Attend meeting with Debtors' professionals re: plan mediation (.1); attend meeting with UCC professionals re: same (.1). | | 0.20 | 165.00 |
| 10/29/25 | R S | Attend weekly meeting w/ UCC and Debtors professionals re: plan confirmation. | | 0.10 | 38.00 |
| 10/29/25 | J G | Attend meeting with debtors' professionals re: mediation status (.1); corr. with UCC professionals re: same (.1); attention to order to show cause and related reply (.8). | | 1.00 | 1,325.00 |
| | | **Subtotal - Case Administration** | | **12.70** | **19,009.50** |

## Claims Administration and Objections

New Rite Aid Official Committee of Unsecured Creditors                    Page 10
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/28/25 | M L | Review/analyze Debtors' stipulation with Abbott Labs. | | 0.30 | 307.50 |
| 10/30/25 | M L | Review/analyze administrative claims order. | | 0.30 | 307.50 |
| | **Subtotal - Claims Administration and Objections** | | | **0.60** | **615.00** |

## Non-Willkie Fee Statements & Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/27/25 | M L | Review/analyze AlixPartners monthly fee statement. | | 0.20 | 205.00 |
| 10/28/25 | W C | Review/analyze non-debtor fee statements. | | 0.20 | 76.00 |
| | **Subtotal - Non-Willkie Fee Statements & Applications** | | | **0.40** | **281.00** |

## Financing and Cash Collateral

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/6/25 | M L | Corr. with AlixPartners re: DIP budget. | | 0.20 | 205.00 |
| | **Subtotal - Financing and Cash Collateral** | | | **0.20** | **205.00** |

## Meetings and Communications with Creditors

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/1/25 | M L | Attend meeting with UCC professionals re: exit strategy. | | 0.10 | 102.50 |
| 10/1/25 | R S | Attend weekly meeting w/ UCC professionals re: confirmation hearing. | | 0.10 | 38.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 11
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/1/25 | M E | Attend meeting with Debtors' professionals, UCC professionals re: plan process (.4); confer with Willkie team re: same (.1). | | 0.50 | 412.50 |
| 10/1/25 | P L | Attend weekly meeting w/ Debtors and UCC professionals re: DIP budget and confirmation (.3); corr. with UCC professionals re: same (.3). | | 0.60 | 1,410.00 |
| 10/1/25 | T G | Attend meeting w/ UCC advisors re: plan update (.2); correspondence w/ Debtors and Willkie team re chambers conference re: same (.2). | | 0.40 | 940.00 |
| 10/3/25 | M L | Corr. with Willkie team re: insurance policies and creditor questions. | | 0.40 | 410.00 |
| 10/3/25 | JHB | Correspondence with M. Loison re: creditor inquiry (.2); provide comments to M. Emanoil re: update to the Committee (.1). | | 0.30 | 547.50 |
| 10/8/25 | T G | Review and revise update to UCC re chambers conference and UCC call. | | 0.20 | 470.00 |
| 10/8/25 | M L | Attend meeting with UCC Professionals re: exit strategy. | | 0.10 | 102.50 |
| 10/8/25 | T G | Attend meeting w/ UCC professionals re: Plan update (.2). | | 0.20 | 470.00 |
| 10/9/25 | M E | Corr. with C. Ceresa (Debevoise) re: plan inquires. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 12
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/10/25 | M L | Corr. with Committee re: hearing. | | 0.40 | 410.00 |
| 10/13/25 | M E | Corr. with C. Choe, J. Raviele (Kelley Drye) re: plan timeline. | | 0.20 | 165.00 |
| 10/15/25 | M L | Attend meeting with UCC professionals re: mediation update. | | 0.20 | 205.00 |
| 10/15/25 | R S | Attend weekly meeting w/ UCC professionals re: mediation. | | 0.20 | 76.00 |
| 10/15/25 | M E | Draft agenda for 10/16 UCC meeting. | | 0.30 | 247.50 |
| 10/15/25 | M E | Corr. with UCC re: Committee meeting update. | | 0.30 | 247.50 |
| 10/15/25 | P L | Attend and participate in UCC professionals call re: ongoing mediation. | | 0.40 | 940.00 |
| 10/16/25 | J G | Corr. with P. Labov re: hearings and preference motion (.4); corr. with creditors re: same (.4); attention to same (.3). | | 1.10 | 1,457.50 |
| 10/16/25 | M E | Corr. with UCC re: 10/20 hearing, UCC meeting (.2); corr. with M. DiGiacomo re: debtor communications re: sale inquiry (.1). | | 0.30 | 247.50 |
| 10/19/25 | M L | Review/analyze AlixPartners materials for Committee meeting. | | 0.20 | 205.00 |
| 10/19/25 | M E | Corr. with Willkie team, UCC re: 10/20 committee meeting. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 13
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | M L | Attend Committee meeting re: mediation update and budget updates. | | 0.20 | 205.00 |
| 10/20/25 | JHB | Prepare for (.1) and attend (.2) Committee meeting re: mediation update. | | 0.30 | 547.50 |
| 10/20/25 | T G | Prepare for (.2) and participate on (.2) UCC call re: mediation and open inquiries. | | 0.40 | 940.00 |
| 10/20/25 | B M | Prepare for (.1) and attend (.2) committee meeting to discuss the mediation status. | | 0.30 | 750.00 |
| 10/20/25 | M E | Prepare for (.1) and attend (.2) meeting with UCC re: mediation update; corr. with Willkie team re: same (.1). | | 0.40 | 330.00 |
| 10/20/25 | J G | Prepare for (.4) and attend meeting with UCC re: budget and mediation (.2). | | 0.60 | 795.00 |
| 10/21/25 | M L | Corr. with K. Owens (PBGC) re: Rite Aid committee meeting. | | 0.20 | 205.00 |
| 10/27/25 | M L | Review/analyze hearing summary for Committee re: Disclosure Statement/Plan status conference and landlord objection. | | 0.40 | 410.00 |
| 10/27/25 | JHB | Review/analyze hearing update email from M. Emanoil for Committee (.1). | | 0.10 | 182.50 |
| 10/27/25 | P L | Review/analyze status of open issues (.4); continuous corr. with Willkie team and Committee member regarding same (.5). | | 0.90 | 2,115.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page  14
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/29/25 | M L | Attend meeting with UCC professionals re: DIP budget. | | 0.40 | 410.00 |
| 10/29/25 | M E | Draft agenda for 10/30 UCC meeting (.2); corr. with UCC re: same (.1). | | 0.30 | 247.50 |
| 10/29/25 | R S | Attend weekly meeting w/ UCC professionals re: confirmation timeline, budget. | | 0.10 | 38.00 |
| 10/30/25 | M E | Prepare for (.1) and attend (.1) meeting with UCC re: plan mediation update. | | 0.20 | 165.00 |
| 10/30/25 | JHB | Attend weekly update call with UCC re: plan process (.1) corr. with Willkie team re: same (.1). | | 0.20 | 365.00 |
| 10/30/25 | J G | Prepare for (.1) and attend (.1) meeting with UCC re: ongoing mediation update; corr. with Willkie team re: same and additional mediation developments (.2). | | 0.40 | 530.00 |
| 10/30/25 | P L | Attend meeting with UCC re: plan process and mediation update. | | 0.30 | 705.00 |
| 10/31/25 | M E | Corr. with Willkie team (.3), UCC (.1) re: mediator's proposal. | | 0.40 | 330.00 |
| 10/31/25 | J G | Review/analyze mediation update (.3); corr. with Willkie team re: same (.2); corr. with UCC re: same (.2). | | 0.70 | 927.50 |
| | **Subtotal - Meetings and Communications with Creditors** | | | **13.70** | **19,632.00** |

New Rite Aid Official Committee of Unsecured Creditors                                                    Page 15
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|

## Plan and Disclosure Statement

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/1/25 | M L | Review/analyze plan re: creditor insurance question. | | 0.20 | 205.00 |
| 10/1/25 | M L | Corr. with Paul, Weiss re: discovery requests re: exit strategy and plan. | | 0.10 | 102.50 |
| 10/3/25 | P L | Attend chambers conference and internal meeting regarding case exit. | | 0.90 | 2,115.00 |
| 10/3/25 | B M | Calls with the Debtors and Judge Kaplan regarding the potential settlement of the open plan issues. | | 0.70 | 1,750.00 |
| 10/10/25 | M L | Review/analyze plan from old Rite Aid cases. | | 0.50 | 512.50 |
| 10/10/25 | T G | Calls (x3) w/ Paul Weiss re: chambers conference/open issues (.4); calls (.3)/correspondence (.2) w/ Willkie team re same; participate in chambers conference re same (.7). | | 1.60 | 3,760.00 |
| 10/10/25 | P L | Attend chambers conference re: open plan items (partial). | | 0.40 | 940.00 |
| 10/10/25 | P L | Review/analyze correspondence with Willkie team re: plan release provisions. | | 1.10 | 2,585.00 |
| 10/13/25 | T G | Participate in chambers conference re: plan status (.3) and follow-up discussion w/ Willkie team re same (.2). | | 0.50 | 1,175.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 16
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|------------|-------------|-----|-------|--------|
| 10/14/25 | T G | Correspondence (.2)/call (.1) w/ Willkie team re: plan mediation; review/analyze mediation proposal (.4). | | 0.70 | 1,645.00 |
| 10/14/25 | P L | Attend internal meeting regarding mediation and case exit. | | 0.40 | 940.00 |
| 10/14/25 | J G | Prepare for (.5) and attend mediation (.5) (partial); corr. with Willkie team re: same (.3). | | 1.30 | 1,722.50 |
| 10/14/25 | JHB | Review/analyze correspondence re: status of mediation. | | 0.20 | 365.00 |
| 10/15/25 | T G | Review and analyze mediator proposal (.3); call w/ Debtors' advisors re: same (.3) and follow-up discussion w/ UCC advisors re: same (.2). | | 0.80 | 1,880.00 |
| 10/15/25 | JHB | Review/analyze correspondence re: status of mediation. | | 0.10 | 182.50 |
| 10/15/25 | M E | Corr. with M. Loison re: confirmation objection (.1). | | 0.10 | 82.50 |
| 10/16/25 | P L | Prepare for (.1) and attend conference with internal team regarding open issues with plan process and mediation (.3). | | 0.40 | 940.00 |
| 10/16/25 | T G | Correspondence w/ Willkie team re: mediation/UCC call timing. | | 0.30 | 705.00 |
| 10/17/25 | P L | Conference with committee member regarding open issues with confirmation and sale of avoidance actions. | | 1.20 | 2,820.00 |

New Rite Aid Official Committee of Unsecured Creditors                    Page 17
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/17/25 | T G | Review/analyze updated mediation proposal. | | 0.40 | 940.00 |
| 10/17/25 | JHB | Corr. with Willkie team re: status of mediation. | | 0.10 | 182.50 |
| 10/20/25 | T G | Review/analyze mediator proposal (.2) and correspondence w/ Willkie team re: same/status (.1). | | 0.30 | 705.00 |
| 10/20/25 | P L | Review/analyze open issues with mediation (.3) and discuss same internally (.1). | | 0.40 | 940.00 |
| 10/20/25 | J G | Attend mediation (partial) (.3); corr. with Willkie team re: same (.2). | | 0.50 | 662.50 |
| 10/21/25 | P L | Conference with J. Burbage regarding state of settlement (.4), review/analyze correspondence regarding same (.2). | | 0.60 | 1,410.00 |
| 10/26/25 | T G | Correspondence w/ S. Mitchell (Paul Weiss) re: plan mediation status. | | 0.20 | 470.00 |
| 10/29/25 | JHB | Review/analyze update email from A. Eaton on mediation. | | 0.10 | 182.50 |
| 10/30/25 | T G | Correspondence w/ Willkie team/Paul Weiss re: PBGC and fee budget in connection with plan. | | 0.40 | 940.00 |
| 10/31/25 | P L | Review/analyze mediation update. | | 0.30 | 705.00 |
| | **Subtotal - Plan and Disclosure Statement** | | | **14.80** | **31,565.00** |

## Hearings

New Rite Aid Official Committee of Unsecured Creditors                                    Page 18
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 10/1/25 | M L | Review/analyze motions to be heard October 10th. | | 0.10 | 102.50 |
| 10/2/25 | M E | Corr. with M. Loison, J. Burbage, Committee re: 10/3 chambers conference. | | 0.50 | 412.50 |
| 10/3/25 | M L | Attend status conference re: plan (.8); revise summary for Committee re: same (.1). | | 0.90 | 922.50 |
| 10/3/25 | M E | Attend chambers conference re: plan process (.7); corr. with M. Loison (.3), Willkie team (.1), Committee (.1) re: same. | | 1.20 | 990.00 |
| 10/3/25 | JHB | Attend chambers conference re: plan process (.7). | | 0.70 | 1,277.50 |
| 10/8/25 | M L | Attend status conference re: plan update and status (.5); draft update to Committee re: same (.4); corr. with J. Graber re: same (.2). | | 1.10 | 1,127.50 |
| 10/8/25 | M E | Attend chambers conference with Debtors professionals, CVS professionals, Willkie professionals re: plan process, CVS dispute (.5); corr. with M. Loison, J. Graber re: same (.4). | | 0.90 | 742.50 |
| 10/8/25 | J G | Attend chambers conference re: CVS litigation (.5); corr. with Willkie team re: same (.2). | | 0.70 | 927.50 |
| 10/9/25 | M L | Review/analyze documents for 10/9 hearing re: motions for administrative expense payments. | | 0.20 | 205.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 19
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | J G | Corr. with G. Kopacz (Sills Cummis) re: upcoming hearing and related chambers conference (.2); corr. with Willkie team re: same (.2) | | 0.40 | 530.00 |
| 10/9/25 | M E | Compile documents for attorney review in connection with 10/10 hearing (.7); corr. with M. Loison re: same (.2). | | 0.90 | 742.50 |
| 10/9/25 | W C | Prepare materials for 10/10 hearing (.8); corr. with Willkie team re: same (.3). | | 1.10 | 418.00 |
| 10/10/25 | M L | Attend Chambers conference re: plan negotiations (.4) and hearing re: CVS emergency motion to compel and administrative claims motions (1.2). | | 1.60 | 1,640.00 |
| 10/10/25 | JHB | Attend chambers conference (.4); corr. with Willkie team re: same (.1). | | 0.50 | 912.50 |
| 10/10/25 | J G | Prepare for (.2) and attend chambers conference re: lender negotiations, strategic exit alternatives, and upcoming hearing (.4); corr. with Willkie team re: same (.4); corr. with Paul Weiss and Willkie team re: upcoming hearing, lender negotiations, and plan process (.5); corr. with M. Loison re: same (.5). | | 2.00 | 2,650.00 |
| 10/10/25 | M E | Attend chambers conference re: plan process (.4); corr. with Willkie team re: same (.2). | | 0.60 | 495.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 20
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|----------|----------------|-----------------|---------|-----------|------------|
| 10/10/25 | J G | Attend hearing re: sales of leases, motions to compel and related objections (.4) (partial); corr. with Willkie team re: same (.3). | | 0.70 | 927.50 |
| 10/13/25 | M L | Attend Rite Aid status conference re: plan and ongoing party discussions. | | 0.30 | 307.50 |
| 10/13/25 | JHB | Attend Chambers conference (.3); corr. with Willkie team re: same (.2). | | 0.50 | 912.50 |
| 10/13/25 | J G | Attend chambers conference re: parties' ongoing negotiations and case administration (.3); corr. with Willkie team (.2) and UCC (.1) re: same and upcoming mediation. | | 0.60 | 795.00 |
| 10/13/25 | M E | Attend status conference with Debtors, Judge Kaplan (.3); corr. with M. Loison, J. Graber re: same (.3); corr. with UCC re: same (.1). | | 0.70 | 577.50 |
| 10/13/25 | P L | Attend Chambers Conference re: plan process. | | 0.50 | 1,175.00 |
| 10/14/25 | J G | Prepare for (.3) and attend hearing re: sale of preference actions (.7); corr. with Willkie team (.2) and UCC (.2) re: same. | | 1.40 | 1,855.00 |
| 10/14/25 | M E | Prepare for (.1) and attend hearing on motion to approve sale of preference claims (.7); corr. with M. Loison, J. Graber re: same (.7) | | 1.50 | 1,237.50 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 21
Invoice No. 12531384
Client/Matter No. 136121.00001

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/24/25 | W C | Prepare internal materials for 10/27 hearing/ status conference related to mediation. | | 0.60 | 228.00 |
| 10/26/25 | M E | Corr. with M. Loison re: 10/27 hearing (.3); review/compile pleadings for attorney review in connection with 10/27 hearing (.5). | | 0.80 | 660.00 |
| 10/27/25 | T G | Participate in hearing re: mediation update (.4); correspondence w/ Paul Weiss and Willkie team re same (.3). | | 0.70 | 1,645.00 |
| 10/27/25 | M E | Prepare for (.2) and attend (1.4) 10/27 hearing; corr. with J. Graber, M. Loison re: same (.6). | | 2.20 | 1,815.00 |
| 10/27/25 | J G | Prepare for (.3) and attend hearing re: disclosure statement plan/status conference (1.4); review/analyze hearing summary for Committee re: same (.3). | | 2.00 | 2,650.00 |
| | **Subtotal - Hearings** | | | **25.90** | **28,881.00** |

## Other Motions/Applications

| **Date** | **Timekeeper** | **Description** | **Act** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 10/4/25 | M E | Review/analyze Sub Trust A adversary complaints (1.3); corr. with M. Loison, Willkie team re: same (.1). | | 1.40 | 1,155.00 |

New Rite Aid Official Committee of Unsecured Creditors                              Page 22
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|---|---|---|---|---|---|
| 10/7/25 | W C | Review/analyze CVS motion to compel (.2); review/analyze Olive Tree Corning Plaza stay relief motion (.1). | | 0.30 | 114.00 |
| 10/8/25 | M E | Review/analyze motion to compel (.3); corr. with Willkie team re: same (.4). | | 0.70 | 577.50 |
| 10/9/25 | W C | Review/analyze Debtors' and Ross Dress for Less' joint response to Chen 1998 Family objection. | | 0.20 | 76.00 |
| 10/15/25 | M E | Corr. with M. Loison re: application for consent order, motion to compel. | | 0.50 | 412.50 |
| 10/17/25 | M E | Corr. with Willkie team re: stipulation to dismiss CVS appeal. | | 0.20 | 165.00 |
| 10/23/25 | M E | Review/analyze landlord motion to compel, Debtors' response to landlord motions. | | 0.50 | 412.50 |
| 10/23/25 | W C | Review/analyze NEM LLC's motion for allowance and payment of administrative expense claims (.2). | | 0.20 | 76.00 |
| 10/28/25 | J G | Review/analyze precedent re: order to show cause and draft reply re: same (1.8); corr. with Willkie team re: same (.3). | | 2.10 | 2,782.50 |
| 10/29/25 | M E | Review/analyze notice of appeal, notice of lease assumption to Five Below (.3); corr. with M. Loison re: same (.1). | | 0.40 | 330.00 |

New Rite Aid Official Committee of Unsecured Creditors                        Page 23
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/30/25 | M E | Corr. with Willkie team re: notice of appeal of order approving sale of retained preference claims. | | 0.10 | 82.50 |
| 10/30/25 | M E | Review/analyze Debtors' opposition to stay relief motion. | | 0.40 | 330.00 |
| 10/30/25 | J G | Review and revise response to order to show cause. | | 3.50 | 4,637.50 |
| | | **Subtotal - Other Motions/Applications** | | **10.50** | **11,151.00** |

## Willkie Fee Statements and Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/10/25 | M L | Corr. with G. Kopacz (Sills Cummis) re: certificate of no objection for fee statements. | | 0.20 | 205.00 |
| 10/17/25 | J G | Review and revise Willkie monthly fee application (.9); corr. with Willkie team re: same (.1). | | 1.00 | 1,325.00 |
| 10/18/25 | M L | Revise Willkie September monthly fee statement. | | 0.30 | 307.50 |
| 10/18/25 | J G | Review and revise September monthly fee statement (.8); corr. with M. Loison re: same (.1) | | 0.90 | 1,192.50 |
| 10/20/25 | M L | Review/analyze omnibus fee order (.1); corr. with AlixPartners re: same (.1); corr. with J. Graber re: Willkie September monthly fee statement (.1). | | 0.30 | 307.50 |
| 10/21/25 | M E | Corr. with Willkie team re: order approving fee applications. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors            Page 24
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/23/25 | M L | Corr. with M. Gates (AlixPartners) re: Willkie monthly fee statement (.2); corr. with Willkie team re: same (.1). | | 0.30 | 307.50 |
| 10/25/25 | J G | Review and revise September fee statement (.4); corr. with M. Loison re: same (.1). | | 0.50 | 662.50 |
| 10/27/25 | M L | Revise Willkie monthly fee statement. | | 0.50 | 512.50 |
| 10/27/25 | T G | Review/analyze monthly fee statement for filing. | | 0.20 | 470.00 |
| 10/27/25 | J G | Review/analyze monthly fee statement for filing (.3); corr. with M. Loison re: same (.1). | | 0.40 | 530.00 |
| 10/28/25 | M L | Corr. with U.S. Trustee re: Willkie LEDES files. | | 0.20 | 205.00 |
| **Subtotal - Willkie Fee Statements and Applications** | | | | **5.00** | **6,190.00** |

## Non- Willkie Retention Applications

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/9/25 | M E | Corr. with M. Loison (.6), Willkie team (.2) re: Hilco retention application. | | 0.80 | 660.00 |
| 10/10/25 | M E | Corr. with AlixPartners team re: Hilco retention application. | | 0.20 | 165.00 |
| 10/31/25 | W C | Review/analyze fourth supplemental declaration in support of Sills Cummis & Gross retention. | | 0.10 | 38.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 25
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| | **Subtotal - Non- Willkie Retention Applications** | | | **1.10** | **863.00** |

## Willkie Retention Application

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/14/25 | LGF | Research firm disclosures re: Willkie retention application (.2); emails with M. Emanoil regarding same (.1). | | 0.30 | 216.00 |
| 10/14/25 | M E | Review/analyze notices of appearance for conflicts check (.3); corr. with M. Loison, L. Feldman re: same (.1). | | 0.40 | 330.00 |
| 10/14/25 | M E | Draft supplemental Miller declaration re: disclosure. | | 0.70 | 577.50 |
| 10/14/25 | W C | Corr. w/ M. Loison re: notices of appearance. | | 0.20 | 76.00 |
| 10/16/25 | M L | Revise Willkie third supplemental declaration. | | 0.60 | 615.00 |
| 10/16/25 | J G | Review/analyze supplemental declaration in support of retention application (.2); corr. with Willkie team re: same (.1). | | 0.30 | 397.50 |
| 10/16/25 | M E | Corr. with Willkie team re: supplemental Miller declaration. | | 0.10 | 82.50 |
| 10/17/25 | M L | Review/analyze filing version of supplemental declaration in support of Willkie retention. | | 0.20 | 205.00 |
| 10/17/25 | M E | Revise third supplemental Miller declaration. | | 0.20 | 165.00 |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 26
Invoice No. 12531384
Client/Matter No. 136121.00001

| Date | Timekeeper | Description | Act | Hours | Amount |
|------|-----------|-------------|-----|-------|--------|
| 10/20/25 | W C | Review/analyze third supplemental declaration of Brett Miller in further support of an order authorizing the retention and employment of Willkie. | | 0.20 | 76.00 |
| 10/23/25 | W C | Review/analyze notices of appearance (.1). | | 0.10 | 38.00 |
| 10/24/25 | M L | Corr. with W. Collins re: notice of appearance and supplemental declaration. | | 0.20 | 205.00 |
| 10/24/25 | M E | Corr. with Willkie team re: parties in interest (.2); review/analyze conflicts report re: party in interest (.1). | | 0.30 | 247.50 |
| 10/24/25 | W C | Corr. w/ Willkie team re: Dollar Tree Stores notice of appearance. | | 0.30 | 114.00 |
| | **Subtotal - Willkie Retention Application** | | | **4.10** | **3,345.00** |

New Rite Aid Official Committee of Unsecured Creditors                                    Page 27
Invoice No. 12531384
Client/Matter No. 136121.00001

| Timekeeper | Hours | Rate | | Amount |
|------------|-------|------|---|--------|
| JAMES H. BURBAGE | 4.00 | $  1,825.00 | $ | 7,300.00 |
| PAUL LABOV | 10.30 | 2,350.00 | | 24,205.00 |
| TODD GOREN | 9.10 | 2,350.00 | | 21,385.00 |
| BRETT MILLER | 1.00 | 2,500.00 | | 2,500.00 |
| MISHA EMANOIL | 25.20 | 825.00 | | 20,790.00 |
| MARINE LOISON | 15.00 | 1,025.00 | | 15,375.00 |
| JESSICA GRABER | 25.40 | 1,325.00 | | 33,655.00 |
| LAURA GOTTLIEB FELDMAN | 0.30 | 720.00 | | 216.00 |
| WILLIAM COLLINS | 6.80 | 380.00 | | 2,584.00 |
| ROHAN SASSO | 1.30 | 380.00 | | 494.00 |

| Disbursements and Other Charges | Amount |
|---------------------------------|--------|
| Conference Services | $   425.00 |
| Teleconferencing | 111.52 |

| | |
|---|---|
| Professional Fees | $   128,504.00 |
| Disbursements and Other Charges | 536.52 |
| **Total this Invoice** | $   129,040.52 |

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

---

## REMITTANCE ADVICE

**New Rite Aid Official Committee of Unsecured Creditors**

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No. 12531384
Client/Matter No. 136121.00001
November 18, 2025

**New Rite Aid Bankruptcy**

Remit To:

    Willkie Farr & Gallagher LLP
    787 Seventh Avenue, 37th Floor
    New York, NY 10019-6099
    Attention: Accounts Receivable

**FOR PROFESSIONAL SERVICES RENDERED**
through October 31, 2025

| | | |
|---|---|---:|
| Asset Disposition | $ | 4,674.50 |
| Assumption and Rejection of Leases and Contracts | | 2,092.00 |
| Case Administration | | 19,009.50 |
| Claims Administration and Objections | | 615.00 |

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ▮
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ▮
INTERNATIONAL SWIFT NUMBER ▮
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

Tel: 212 728 8000
Fax: 212 728 8111

Federal ID 13-5536844

## REMITTANCE ADVICE

| | |
|---|---:|
| Non-Willkie Fee Statements & Applications | 281.00 |
| Financing and Cash Collateral | 205.00 |
| Meetings and Communications with Creditors | 19,632.00 |
| Plan and Disclosure Statement | 31,565.00 |
| Hearings | 28,881.00 |
| Other Motions/Applications | 11,151.00 |
| Willkie Fee Statements and Applications | 6,190.00 |
| Non- Willkie Retention Applications | 863.00 |
| Willkie Retention Application | 3,345.00 |
| Disbursements and Other Charges | 536.52 |
| **Total this Invoice** | $    129,040.52 |

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

**PAYMENT MAY BE MADE BY WIRE OR ACH**
CITIBANK, N.A.
ABA NUMBER: ███████
FOR THE ACCOUNT OF WILLKIE FARR & GALLAGHER LLP
ACCOUNT NUMBER: ███████
INTERNATIONAL SWIFT NUMBER: ███████
REFERENCE: 136121.00001
Please see our Privacy Policy at willkie.com for important information regarding the Firm's collection and processing of personal data.