## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## DECLARATION OF CRAIG E. JOHNSON OF
## KROLL RESTRUCTURING ADMINISTRATION LLC
## REGARDING THE SOLICITATION OF VOTES AND TABULATION OF
## BALLOTS CAST ON THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF
## REORGANIZATION OF NEW RITE AID, LLC AND ITS DEBTOR AFFILIATES

I, Craig E. Johnson, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Senior Director of Restructuring Administration and Issuer Services at Kroll Restructuring Administration LLC ("Kroll"), located at 1 World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007.  I am over the age of eighteen and not a party to the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2.      I submit this declaration (this "Declaration")[2] with respect to the solicitation of votes and the tabulation of Ballots cast on the *Second Amended Joint Chapter 11 Plan of*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the debtors in these chapter 11 cases (collectively, the "Debtors") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined herein), as applicable.

*Reorganization of New Rite Aid, LLC and its Debtor Affiliates* [Docket No. 3215] (as may be amended, supplemented, or modified from time to time, the "Plan") and the elections made by certain Holders of Claims or Interests to opt out of the Third-Party Release provided in the Plan. Except as otherwise noted, all facts set forth herein are based on (a) my personal knowledge, (b) knowledge that I acquired from individuals under my supervision or from the Debtors or their other professionals, and (c) my review of the relevant documents.  I am authorized to submit this Declaration on behalf of Kroll.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.       On May 7, 2025 and June 4, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 140] and the *Order Authorizing the Debtors' Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 676] (together, the "Retention Orders"), respectively. The Retention Orders authorize the Debtors to retain Kroll as their administrative advisor to assist with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan.  Kroll and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and Non-Voting Claimants' Packages**

4.       On September 22, 2025, the Court entered the *Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Scheduling Certain Dates with Respect to the Dismissal of the Chapter 11 Cases, and (B) Granting Related Relief,*

2

[Docket No. 2535] (the "Disclosure Statement Order"), pursuant to which the Court approved certain procedures to (a) solicit votes from, and tabulate Ballots submitted by, Holders of Claims entitled to vote on the Plan and (b) solicit opt-out elections from, and tabulate opt-out election forms (each, a "Release Opt-Out Election Form") submitted by, Holders of Claims and Interests, as applicable, not entitled to vote on the Plan (the "Solicitation Procedures").  Kroll adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and distributed (or caused to be distributed), as applicable, (x) Solicitation Packages (as defined in the Disclosure Statement Order), including Ballots, to parties entitled to vote on the Plan and (y) the Non-Voting Claimants' Package (as defined in the Disclosure Statement Order), including Release Opt-Out Election Forms, to certain parties not entitled to vote on the Plan.[3]  I supervised the solicitation and tabulation services performed by Kroll's employees.

5.      The Solicitation Procedures established September 8, 2025 as the voting record date for determining which Holders of Claims or Interests were entitled to vote on the Plan or opt out of the Third-Party Release, as applicable (the "Voting Record Date").  Pursuant to the Plan and the Solicitation Procedures, respectively, only Holders of Claims in the following Class as of the Voting Record Date were entitled to vote to accept or reject the Plan (the "Voting Class"):

| Class | Description |
| --- | --- |
| 3 | Prepetition FILO Claims |

No other Classes were entitled to vote on the Plan (Classes 1, 2, 4, 7, and 8, collectively, the "Non-Voting Classes").

---

[3]   In accordance with the Solicitation Procedures, Kroll did not distribute (or cause to be distributed) the Non-Voting Claimants' Package to Holders in Class 5 (Intercompany Claims) or Class 6 (Intercompany Interests). I understand Holders in these Classes are proponents of the Plan and therefore presumed to accept the Plan.

6.     The Disclosure Statement Order approved the form of Ballot to be sent to (and collected from) Holders of Claims in the Voting Class.  Each such Ballot included a section for the applicable Holder to indicate whether such Holder votes to accept or reject the Plan.  Each Ballot also included a section for the Holder to opt out of the Third-Party Release.  The Disclosure Statement Order also approved the form of Release Opt-Out Election Form to be sent to (and collected from) Holders of Claims or Interests, as applicable, in the Non-Voting Classes.  Each such Release Opt-Out Election Form included a section for the applicable Holder to opt out of the Third-Party Release.

7.     Kroll worked closely with the Debtors and their advisors, in accordance with the Solicitation Procedures, to identify (a) Holders of Claims in the Voting Class and (b) Holders of Claims and Interests in the Non-Voting Classes, in each case, as of the Voting Record Date to coordinate the distribution of the solicitation materials and Non-Voting Claimants' Package (as applicable) to such Holders.  A detailed description of Kroll's distribution of Solicitation Packages to Holders of Claims in the Voting Class, as well as the distribution of Non-Voting Claimants' Packages to Holders of Claims and Interests, as applicable, in the Non-Voting Classes, is set forth in Kroll's (a) *Affidavit of Service of Solicitation Materials* [Docket No. 3164] and (b) *Supplemental Affidavit of Service of Solicitation Materials*, dated November 20, 2025 [Docket No. 3290] (the "Supplemental Affidavit of Service").]

### The Tabulation Process

8.     In accordance with the Solicitation Procedures, Kroll received, reviewed, and tabulated the Ballots submitted by Holders of Claims in the Voting Class.  Each Ballot received by Kroll was date-stamped, scanned (if submitted on paper), assigned a Ballot number, entered into Kroll's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid (among other requirements), a Ballot must have

been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant

Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to

Kroll via an approved method of delivery set forth in the Solicitation Procedures, and (d) actually

received by Kroll by 4:00 p.m. (prevailing Eastern Time) on November 19, 2025 (the "Extended

Voting Deadline").[4]

9.    All valid Ballots cast by Holders entitled to vote in the Voting Class and received

by Kroll on or before the Extended Voting Deadline were tabulated pursuant to the Solicitation

Procedures.[5]  The final tabulation of votes cast by properly completed Ballots received by Kroll is

attached hereto in summary form as **Exhibit A**.

### Third-Party Release Opt-Outs

10.    In accordance with the Solicitation Procedures, Kroll reviewed and documented the

Third-Party Release Opt-Out elections made by (a) Holders of Claims in the Voting Class that

checked the election box at Item 4 of their Ballots and (b) Holders of Claims and Interests,

as applicable, in the Non-Voting Classes that checked the election box at Item 1 of the Release

Opt-Out Election Form or in the supplemental Release Opt-Out Election Form, as applicable.

**Exhibit B** hereto sets forth a list of the Holders of Claims and/or Interests, as applicable,

that checked the applicable opt-out election, including Holders who submitted otherwise invalid

---

[4]    Pursuant to the Disclosure Statement Order, the Court established October 13, 2025 at 4:00 p.m. (prevailing Eastern Time) as the original voting deadline; however, in accordance with paragraphs 7 and 9 of the Disclosure Statement Order, the Debtors adjourned this deadline to a date to be determined in connection with the *Notice of Adjournment of Combined Hearing/Dismissal Hearing and Dates by Which Toggle Notice, Confirmation Order, Dismissal Orders, and Plan Supplement Shall be Filed in Connection Therewith* [Docket No. 2696]. On November 11, 2025, the Debtors filed the *Revised Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objections Deadlines* [Docket No. 3220], which memorialized the extension of the voting deadline to November 19, 2025 at 4:00 p.m. (prevailing Eastern Time).

[5]    On November 19, 2025, shortly after the Extended Voting Deadline, Kroll received Class 3 Ballots from each of Capital One, N.A. and Webster Bank to accept the Plan in the amounts of $6,742,500 and $585,000, respectively. Pursuant to Section D.2.m of the Solicitation Procedures, the Debtors waived the defect of lateness for these two votes and directed Kroll to accept them and include them in the final tabulation set forth in **Exhibit A**.  For the avoidance of doubt, Kroll did not receive any additional late Ballots or any other Ballots that were defective in any way.

Ballots or Release Opt-Out Election Forms.[6]  For the avoidance of doubt, this Declaration does

not certify the legal effectiveness of any such opt-out election.  Such information is provided for

reporting and informational purposes only.  For confidentiality purposes, the names of certain

Holders in **Exhibit B** have been redacted in accordance with the confidentiality provisions set forth

in the *Final Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors'*

*50 Largest Unsecured Creditors, (B) File a Consolidated List of Creditors In Lieu of Submitting*

*a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable*

*Information of Natural Persons, and (II) Granting Related Relief* [Docket No. 769].


*[Remainder of Page Intentionally Left Blank]*

---

[6]  With the exception of Ballots or Opt-Out Forms that were superseded by subsequent valid Ballots or Opt-Out Forms, **Exhibit B** includes all the Holders of Claims and Interests, as applicable, that checked the opt-out box in Ballots or Opt-Out Forms, as applicable, including Holders of Claims and Interests that checked the opt-out box in Ballots or Opt-Out Forms that were found to be otherwise invalid.  Ballots or Opt-Out Forms that Kroll determined to be invalid solely because they were superseded by a subsequent valid submission are excluded from **Exhibit B**, because they would be duplicative of records included thereon.

It is my understanding that, in accordance with paragraphs 7 and 9 of the Disclosure Statement Order, the Debtors, in their permitted discretion, extended the Opt-Out Deadline from October 13, 2025 at 4:00 p.m. (prevailing Eastern Time) to:

a.  December 4, 2025 for the parties listed on Exhibit L, Exhibit V, and Exhibit W of the Supplemental Affidavit of Service;

b.  November 19, 2025 at 4:00 p.m. (prevailing Eastern Time) for Hughes Network, LLC; AG WGI, LLC; AudioEC Inc., d/b/a ArtCreativity; Configure, Inc.; Summit Apartments, Inc.; S. Davis Real Estate Holdings, LLC; and Vestar Peninsula Retail, LLC; and

c.  November 21, 2025 for Mahopac Improvements Owner, LLC; Riverside Improvements, LLC; GBR Valley Cottage Limited Liability Company; IREIT Yardley Lower Makefield, L.L.C.; Southside Real Estate, LP; and Skywood Properties Company, LLC.

There are also 10 Opt-Out Forms that Kroll received for which the opt-out box was not checked.  Kroll did not include those Opt-Out Forms on **Exhibit B**.

*       *       *       *       *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

statements are true and correct to the best of my knowledge, information, and belief.

Dated:  November 21, 2025                    /s/ Craig E. Johnson
                                             Craig E. Johnson
                                             Senior Director,
                                             Restructuring Admin. and Issuer Svcs.
                                             Kroll Restructuring Administration LLC

**<u>Exhibit A</u>**

**Final Vote Tabulation**

**New Rite Aid, LLC,** *et al* .
**Exhibit A - Final Voting Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|------------------|------------------|------------------|------------------|------------------|---------------------|
|       |                  | % | % | % | % |  |
| 3 | Prepetition FILO Claims | 19 | 0 | $60,000,000.00 | $0.00 | Accept |
|   |                         | 100% | 0% | 100% | 0% |  |

**<u>Exhibit B</u>**

**Report of Opt-Outs to Release**

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 1 | OTHER SECURED CLAIMS | NEW RITE AID, LLC | 259 | WATER REVENUE BUREAU | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | ECKERD CORPORATION | 346 | COSBY, TRACHELL | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | ECKERD CORPORATION | 395 | FOSTER, DAVID | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 2 | OTHER PRIORITY CLAIMS | NEW RITE AID, LLC | 254 | GUPTA, NEHA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | NEW RITE AID, LLC | 352 | KEELINE FAMILY TRUST | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 319 | BRENNAN, MARK | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 387 | CRADDOCK, TIMOTHY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 389 | GAMBOA, CRAIG | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 297 | GRAHAM, CRYSTAL | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 255 | RICH, HENRY ARTHUR | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 258 | RICH, HENRY ARTHUR | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 317 | RUPPERT, TROY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 2 | OTHER PRIORITY CLAIMS | RITE AID HDQTRS. CORP. | 321 | STANIFORTH, KAREN | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 3 | PREPETITION FILO CLAIMS | ALL APPLICABLE DEBTORS | 423 | ING | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-AXKCG-013069763 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-RGNCY-478132452 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-GWDYK-786017350 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-IIRJT-196222260 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-UFAJY-211918073 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-NOWDM-764638213 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-NJSQW-145074365 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-GDXRT-694842982 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-IBCEG-729826865 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-TVPLA-806824144 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-OKPVI-437105614 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-LBKDB-395743673 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-LDDKF-148294545 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-CMFIJ-879532610 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-NKLTU-210152397 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-ZBEAG-910032662 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC, *et al* .**

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-EKAVU-771260973 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-CBGSO-383845962 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-FOLOT-259497723 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-PUUUF-967392569 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-NPEGV-357508113 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-RJZTM-748490112 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-EXHAW-189121418 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-EXLPT-840946148 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-IYOZW-997481188 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-GWOJI-947294157 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-OQYAC-588717007 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-KVBOE-309847230 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-VXFLE-692660567 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-ZVOUI-296009893 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-CEUPM-739065043 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-ZFFUH-905278505 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-OVMGL-272929808 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-AWTYV-483518685 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-YIMBG-714098910 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-LMYOR-463260160 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-SAADT-864314199 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-MSNVF-196175860 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-PJJSB-593211477 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-WGJIV-375165970 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-BXXEB-760675524 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-OQEKL-857861813 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-DLDMN-655675982 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS (SENIOR SECURED NOTES) | ALL APPLICABLE DEBTORS | 3870-2-PNZZY-437056176 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | ECKERD CORPORATION | 398 | JACJHIN LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | ECKERD CORPORATION | 284 | NVRTHRU GROUP LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | ECKERD CORPORATION | 328 | SHAMROCK BRANDS LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | ECKERD CORPORATION | 311 | THE FLEX COMPANY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | EX SOLUTIONS OF OH, LLC | 296 | KRUCIAL RAPID RESPONSE, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | GENOVESE DRUG STORES, INC. | 277 | SUN ENTERPRISES, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 289 | ALTA LOMA LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 450 | AUDIOEC INC, D/B/A ARTCREATIVITY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 287 | BEISLEY, RITA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 312 | CONFIRM BIOSCIENCES LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 339 | DELISLE FAMILY LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 340 | DELISLE FAMILY LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 306 | IPSOS-INSIGHT, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 271 | JACK BREITKOPF LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 257 | KESHAN, NIDHI | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 298 | MAYER BROTHERS APPLE PRODUCTS, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 272 | MCDONALD, MARCIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 438 | UFCW PHARMACISTS, CLERKS AND DRUG EMPLOYERS PENSION PLAN | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | NEW RITE AID, LLC | 290 | WEINSTEIN BEVERAGE CO | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | PERRY DRUG STORES, INC. | 334 | ANDA, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 337 | ACTAVIS MID ATLANTIC LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 267 | BAUTISTA, AUGUSTIN | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 286 | BAYER HEALTHCARE, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 288 | BEISLEY, RITA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 345 | CASCADE WHOLESALE HARDWARE, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 368 | CHATTEM, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 374 | COCA-COLA CONSOLIDATED INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 299 | MAYER BROTHERS APPLE PRODUCTS, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 283 | MOUTON, TAMISHA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 443 | ORACLE AMERICA , INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 376 | PERRY'S ICE CREAM CO., INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 322 | PONCE, ANTONIO | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 335 | SAHINOVIC, SAMRA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 405 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 332 | SHAMROCK BRANDS, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 373 | SUNBELT RENTALS INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 377 | TDW PROPERTY GROUP LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 382 | TETRA PAK, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 336 | TEVA PHARMACEUTICALS USA, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 381 | UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 409 | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5 | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 384 | VAN PRINCE APPEAL | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID CORPORATION | 408 | WINMAR ADVISORY, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 285 | BAYER HEALTHCARE, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 295 | COMPLESE, JEREMY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 453 | CONFIGURE, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 294 | DATA-QUEST INC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 445 | ELEMENT FLEET CORPORATION | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 314 | GUIDEHOUSE MANAGED SERVICES | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* **.**

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 442 | HUGHES NETWORK SYSTEMS, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 399 | JONES, CHARLOTTE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 269 | KISER, KIMBERLY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 413 | L/S 1200 INTREPID AVENUE, LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 369 | LOBAR ASSOCIATES INC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 396 | PUNJABI, MONISH | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 375 | ROZNOWSKI, MELANIE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 327 | SAS INSTITUTE INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 326 | SKADDEN, ARPS, SLATE, | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID HDQTRS. CORP. | 302 | TRADESHOW NETWORK | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF CONNECTICUT, INC. | 414 | NAUGATUCK RITE, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 379 | ALLCITY NETWORK INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 303 | CITY OF PHILADELPHIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 342 | CORNELL STOREFRONT SYSTEMS | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 393 | D&D GARDEN LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 397 | MJM SOURCING LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 293 | PHARMACEUTICAL SPECIALTIES INC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 329 | SHAMROCK BRANDS LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 325 | SLG BRANDS LTD | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF MARYLAND, INC. | 309 | THE FLEX COMPANY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF NEW HAMPSHIRE, INC. | 401 | BARRETT WHOLESALERS CO | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 347 | AUDUBON SQUARE, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 266 | BOYD & MAHONEY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 392 | CITY OF LATROBE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 305 | CITY OF PHILADELPHIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 275 | FOUR CITY CENTER OP LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 360 | HPT (CHAMBERSBURG), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 361 | HPT (CORAOPOLIS), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 363 | HPT (DERRY) LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 357 | HPT (GEISTOWN), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 362 | HPT (HOMESTEAD), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 358 | HPT (KANE), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 364 | HPT (NATRONA HEIGHTS) LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 366 | HPT (SHAMOKIN) LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 367 | HPT (SPRING GROVE), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 359 | HPT (WAYNESBURG ), L.P. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 391 | KATHLEEN ZAFFINA TAX COLLECTOR | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 385 | SOUTHWEST REGIONAL TAX BUREAU | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE; HOLDER DID NOT PROVIDE A SIGNATURE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 304 | WATER REVENUE BUREAU | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF VIRGINIA, INC. | 449 | AG WGI, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID OF VIRGINIA, INC. | 383 | PRINCE, VAN | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | RITE AID PAYROLL MANAGEMENT, INC. | 263 | CITY OF PHILADELPHIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THE BARTELL DRUG COMPANY | 344 | CASCADE WHOLESALE HARDWARE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THE BARTELL DRUG COMPANY | 301 | LITTLE SPRING WATER | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THE BARTELL DRUG COMPANY | 331 | SHAMROCK BRANDS LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THE BARTELL DRUG COMPANY | 324 | SLG BRANDS LTD | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THE BARTELL DRUG COMPANY | 308 | THE FLEX COMPANY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFT DRUG, INC. | 351 | 1021 FIRST AVENUE CONWAY, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFT DRUG, INC. | 390 | SOUTHWEST REGIONAL TAX BUREAU | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE; HOLDER DID NOT PROVIDE A SIGNATURE |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 343 | CORNELL STOREFRONT SYSTEMS | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 394 | D&D GARDEN LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 300 | FLETCHER'S FIRE PROTECTION | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC, *et al* .**

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 273 | GROTHE FAMILY TRUST (TRUSTEES: JOHN P. GROTHE & JUNE A. GROTHE) | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 341 | IMOLA CABOT PARTNERS LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 365 | ISLAND COUNTY TREASURER | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 404 | J. R. SIMPLOT COMPANY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 282 | MCCORDUCK PROPERTIES | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 371 | ROBERT & MARCIA KEELINE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 330 | SHAMROCK BRANDS LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 323 | SLG BRANDS LTD | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 333 | TASTE OF NATURE INC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 310 | THE FLEX COMPANY | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 417 | UFCW LOCAL 8-GOLDEN STATE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| 4 | GENERAL UNSECURED CLAIMS | THRIFTY PAYLESS, INC. | 425 | VESTAR PENINSULA RETAIL, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 349 | 1021 FIRST AVENUE CONWAY, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 350 | 1021 FIRST AVENUE CONWAY, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 315 | 5214 BALTIMORE ASSOCIATES LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 380 | CHO-MCKINLEYVILLE LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 372 | COLD SPRING LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC, *et al*.**

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 426 | SUMMIT APARTMENTS, INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 440 | CVS PHARMACY INC. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 378 | DREW MANAGEMENT CORP. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 307 | EMPYREAN CAPITAL OVERSEAS MASTER FUND, LTD | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 320 | FOOTHILL INVESTMENT PARTNERS | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 274 | FOUR CITY CENTER OP LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 316 | H&M REALTY ASSOCIATES, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 278 | HG VORA OPPORTUNISTIC CAPITAL MASTER FUND II LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 279 | HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 280 | HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD. | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 454 | NAME ON FILE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 419 | LOCAL 880 UFCW | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 402 | MARK W COOPER MARK W COOPER IRA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 403 | MARK W COOPER MARK W COOPER IRA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 281 | MCCORDUCK PROPERTIES | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 268 | NVRTHRU GROUP LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 447 | OFP WAGRADOL PA2, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | OPT-OUT FORM RECEIVED AFTER OPT-OUT DEADLINE |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 356 | RAP EAST MARKET YORK, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC,** *et al* .

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 354 | RAP ETTERS, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 355 | RAP MILFORD, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 353 | RAP SMYRNA LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 370 | ROBERT & MARCIA KEELINE | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 291 | ROKOS GLOBAL MACRO MASTER FUND LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 292 | ROKOS GLOBAL MACRO MASTER FUND LP | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 424 | S DAVIS REAL ESTATE HLDG LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | Docket No. 3268 | SOUTHERN CALIFORNIA DRUG BENEFIT FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | Docket No. 3268 | SOUTHERN CALIFORNIA UFCW UNIONS & DRUG EMPLOYERS PENSION FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 276 | SUN ENTERPRISES, LLC | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 415 | UFCW LOCAL 1776 & PARTICIPATING EMPLOYERS PENSION FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 410 | UFCW LOCAL 360 | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 418 | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 770 | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 420 | UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880-MERCANTILE EMPLOYERS JOINT PENSION FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | ALL APPLICABLE DEBTORS | 421 | UNITED FOOD AND COMMERCIAL WORKERS UNION-EMPLOYER PENSION FUND | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | EX PHARMACY, LLC | 313 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |

**New Rite Aid, LLC, *et al*.**

**Exhibit B - Report of Parties that Opted Out of the Releases**

| Plan Class | Plan Class Description | Debtor | Ballot No. or Opt-Out No. | Name of Holder | Optional Release Election | If the Opt-Out Election Was Made through a Defective Ballot or Opt-Out Form, Below is the Nature of the Defect |
|---|---|---|---|---|---|---|
| N/A | UNCLASSIFIED CLAIMS | RITE AID OF MARYLAND, INC. | 253 | CITY OF PHILADELPHIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |
| N/A | UNCLASSIFIED CLAIMS | RITE AID OF PENNSYLVANIA, LLC | 261 | CITY OF PHILADELPHIA | ELECTS TO OPT-OUT OF THE THIRD-PARTY RELEASE | |