**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br>　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON NOVEMBER 24, 2025 AT 10:00 A.M. (ET)

To:　　All Parties Receiving Electronic Notification of Filing
　　　　via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**I.    CONTESTED MATTERS GOING FORWARD**

1. Combined Hearing Regarding Final Approval of the Disclosure Statement and Confirmation of the Plan

   Related Documents

   A. Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (ii)(a) Scheduling Certain Dates with Respect to the Dismissal of the Chapter 11 Cases, and (B) Granting Related Relief [Docket No. 2535]

   B. Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Solicitation Version) [Docket No. 3215]

   C. Second Amended Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Solicitation Version) [Docket No. 3216]

   D. Notice of Filing of Redlines of Second Amended Plan and Second Amended Disclosure Statement [Docket No. 3217]

   E. Notice of Filing of Plan Supplement [Docket No. 3218]

   F. Notice of Filing of Proposed Confirmation Order [Docket No. 3219]

   G. Revised Notice of Hearing to Consider Confirmation of the Chapter 11 Plan [Docket No. 3220]

   H. Debtors' (I) Memorandum of Law in Support of (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [Docket No. 3298]

   I. Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3299]

   J. Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3300]

Responses/Objections

A. Limited Objection of Element Fleet to Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3263]

B. Objection of the Chubb Companies with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates, Opt-Out of Third-Party Release, and Reservation of Rights [Docket No. 3265]

C. United States Trustee's Objection to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3266]

D. Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan and Cross-Motion to Allow and Compel Payment of Administrative Expense Claims [Docket Nos. 3267 and 3269]

E. Limited Objection of Southern California UFCW Unions & Drug Employers Pension Fund and Southern California Drug Benefit Fund to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3268]

F. Joint Limited Objection of RAD Sub-Trust A and RAD Sub-Trust B to the Debtors' Data Retention Plan [Docket No. 3270]

G. Objection of Multiple Landlords to (I) Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates and (II) Final Approval of Second Amended Disclosure Statement and Reservation of Rights [Docket No. 3271]

H. Limited Objection of 5931 Atlantic, LLC, AAT Del Monte LLC, Balden Towne Plaza Limited Partnership, Brixton Capital, CP/IPERS Woodfield, LLC, Edens, Fairview Shopping Center, LLC, Gartin Properties LLC, HCP RRF Sand Canyon LLC, Huntingdon Pike Company, Lancaster Development Company, LLC, Manoa Shopping Center Associates, L.P., Northern Trust Bank of CA, N.A., Prime/FRIT Bell Gardens, LLC, QCSI Six LLC, RAR 2 Queen Anne Eden Hill QRS, LLC, Realty Income Corporation, Redondo Prime 1, LLC, S & N II, Ltd., So-Goodnoes Corner JV LLC, Spirit EK Vineland NJ, LLC, Spirit RA Plains PA, LLC, SVAP III Plaza Mexico, LLC, The Irvine Company LLC, Valley Mall, L.L.C. and Weis Markets Inc. to Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3272]

    I. Corrected Limited Objection and Reservation of Rights of WARN Plaintiff Martin C. Gordon II, on Behalf of Himself and the Putative WARN Class, to Confirmation of the Joint Chapter 11 Plan [Docket No. 3275, amending Docket No. 3274]

    J. Limited Objection of Brixmor Property Group, East Park Development, LLC, First Washington Realty, LLC, Lerner Properties, NNN REIT, Inc., Newmark Merrill Companies, and Regency Centers, L.P. to Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3277]

    K. Limited Objection and Joinder of Gibraltar Management Co., Inc., Inland Commercial Real Estate Services LLC, and the Widewaters Group, Inc. To (I) Confirmation of Second Amended Joint Chapter 11 Plan or Reorganization of New Rite Aid, LLC and Its Debtor Affiliates and (II) Final Approval of Second Amended Disclosure Statement and Reservation of Rights [Docket No. 3284]

    L. CVS Pharmacy, Inc.'s Response and Reservation of Rights with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates [Docket No. 3289]

    M. Objection of Ebony Bates with Respect to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates, Opt-Out of Third-Party Release, and Reservation of Rights [Docket No. 3297]

**Status:** This matter is going forward with permission of the Court.

## II. ADJOURNED MATTERS

2. Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3166]

    Related Documents

    A. Application for Order Shortening Time [Docket No. 3167]

    B. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 3168]

**Status:** Per the Court's Text Order dated November 21, 2025, the movant has requested oral argument and this matter will be adjourned to December 8, 2025 at 11:30 a.m.

4

3. Stonebrier Commercial L.P.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(7) and § 503(b)(9) and for Payment of Administrative Expense Claim [Docket No. 2218]

    Related Documents

    A. Certification in Support of Stonebrier Commercial L.P.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(7) and § 503(b)(9) and for Payment of Administrative Expense Claim [Docket No. 3132]

    Responses/Objections

    A. Debtors' Objection to Stonebrier Commercial L.P.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(7) and § 503(b)(9) and for Payment of Administrative Expense Claim [Docket No. 2543]

    **Status:**  Per the Court's Text Order dated November 21, 2025, the movant has requested oral argument and this matter will be adjourned to December 8, 2025 at 11:30 a.m.

### III. MATTERS BEING DECIDED ON THE PAPERS

4. Motion of Olive Tree Corning Plaza, LLC for Relief from Stay [Docket No. 2794]

    Related Documents

    A. Signature in Support of Motion of Olive Tree Corning Plaza, LLC for Relief from Stay [Docket No. 2968]

    Responses/Objections

    B. Debtors' Opposition to Motion of Olive Tree Corning Plaza LLC Seeking Relief from the Automatic Stay [Docket No. 3147]

    **Status:** Per the Court's Text Order dated November 21, 2025, this matter will be decided on the papers.

[*Remainder of page intentionally left blank*]

Dated:  November 21, 2025

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and*
*Debtors in Possession*