| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

# DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 24, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors in possession (the "**Debtors**"), file this Witness and Exhibit List regarding the hearing scheduled for Monday, November 24, 2025 at 10:00 a.m. (prevailing Eastern Time) (the "**Hearing**").

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## WITNESSES

The Debtors may call the following witnesses (in alphabetical order):

1. **Craig E. Johnson**, Senior Director of Restructuring Administration and Issuer Services at Kroll Restructuring Administration, LLC

2. **Marc Liebman,** Chief Transformation Officer of the Debtors

3. Any witness necessary to establish the authenticity or admissibility of documents.

4. Any witness listed by any other party.

5. Rebuttal and impeachment witnesses as necessary.

The Debtors reserve the right to cross examine any witness called by another party. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below. The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtors further reserve the right to add documents used for rebuttal. By including a document on this Exhibit List, the Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The Debtors reserve the right to object if another party seeks to introduce into evidence exhibits that the Debtors have identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1. | Declaration of Craig E. Johnson of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Amended Joint Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates | | | | 3299 |
| 2. | Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates | | | | 3300 |
| 3. | Any exhibit necessary to establish the authenticity or admissibility of documents | | | | |
| 4. | Any exhibit listed or introduced by any other party | | | | |
| 5. | Any documents filed in the above-captioned bankruptcy case | | | | |
| 6. | Rebuttal and impeachment exhibits as necessary | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

*[Remainder of Page Intentionally Left Blank.]*

Dated: November 23, 2025

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
     wusatine@coleschotz.com
     fyudkin@coleschotz.com
     svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990
Email:   arosenberg@paulweiss.com
     aeaton@paulweiss.com
     chopkins@paulweiss.com
     smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*