# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

New Rite Aid, LLC

Case No.: 25-14861

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: Motion to Compel; ECF No. 3174

**Current date and time**: Thursday, December 4, 2025 at 10:00 a.m.

**New date and time**: Monday, December 8, 2025 at 11:30 a.m.

**Additional Notes**: Hearing is being moved to align with omnibus hearing date.

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.
- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No.___

**Court Appearances**:
- ◉ Required by Zoom
- ○ Required In-Person
- ○ Required by Telephone
- ○ Are NOT Required
- ○ May be either In-Person or remotely via Telephone