**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF COUNSEL WITH RESPECT TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' LEASES TO DOLLAR TREE STORES, INC.**

The undersigned hereby certifies that, as of the date hereof, the Debtors have either not received any answer, objection or other responsive pleading to the *Notice of Assumption and Assignment of Certain of the Debtors' Leases to Dollar Tree Stores, Inc.* [Docket No. 2260] (the "Assumption and Assignment Notice"),[2] with respect to the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto or to any Cure Costs with respect to such Real Property Leases, or have resolved such answer, objection or other responsive pleading. The undersigned further certifies that I have reviewed the Court's docket in these cases and either no answer, objection or other responsive pleading to the Assumption and Assignment Notice appears thereon with respect to the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto or to the Cure Costs with respect to such Real Property Leases, or such answer, objection or other

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Assumption and Assignment Notice (or the Assignment Order attached thereto).

responsive pleading has been resolved or satisfied.[3] Pursuant to the Assumption and Assignment Notice, responsive pleadings to the proposed sale or disposition of such Real Property Leases identified on the Assumption and Assignment Notice or to the Cure Costs with respect to such Real Property Leases were to be filed and served no later than September 16, 2025.

It is hereby respectfully requested that the Court enter an Assignment Order approving the proposed sale or disposition of such Real Property Leases on **Exhibit A** hereto attached at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

---

[3] Landlord, Forest Valley Station LLC, filed that certain *Limited Objection of Forest Valley Station LLC to Notice of Assumption and Assignment of Certain of Debtors' Leases to Dollar Tree Stores, Inc.* [Docket No. 2464] (the "Objection"). The parties have resolved the Objection through agreement on an amendment to the Real Property Lease and through agreed revisions that are reflected in the Assignment Order attached hereto.

2

Dated: November 24, 2025

Respectfully submitted,

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

**Exhibit A**

| Store No. | Debtor | Landlord Name & Address | Lease / Store Address | Assignee | Cure Amount | Lease Assignment Date |
|---|---|---|---|---|---|---|
| 2205 | Rite Aid of Maryland, Inc. | FOREST VALLEY STATION LLC FOUNDATION GROUP LLC 9690 DEERECO ROAD, SUITE 820 TIMONIUM, MD 21093 | That real property lease agreement (incl. all amendments, supplements, or modifications) between the Debtor and the Landlord associated with the store located at: 1520 Rock Spring Road Forest Hill, MD | Dollar Tree Stores, Inc. or its affiliated Designee | $0.00 | Upon entry of the Assignment Order |