**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
      tgoren@willkie.com
      jburbage@willkie.com
      jgraber@willkie.com

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
      bmankovetskiy@sillscummis.com
      gkopacz@sillscummis.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br><br>           Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## SIXTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025

    Sills Cummis & Gross P.C. ("Sills"), co-counsel to the Official Committee of Unsecured

Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors"), submits this monthly

fee statement for the period of October 1, 2025 through October 31, 2025 (the "Fee Statement")

pursuant to the Court's *Administrative Fee Order Establishing Procedures for the Allowance*

*and Payment of Interim Compensation and Reimbursement of Expenses of Professionals*

*Retained by Order of this Court*, entered on June 9, 2025 [Docket No. 767] (the "Administrative

---

[1]    The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

<u>Order</u>"). Pursuant to the Administrative Order, responses to the Fee Statement, if any, are due by

December 9, 2025.

Dated: November 25, 2025

/s/ Andrew H. Sherman
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email:    asherman@sillscummis.com
          bmankovetskiy@sillscummis.com
          gkopacz@sillscummis.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured
Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| **Debtors:** | **New Rite Aid, LLC, *et al.*[1]** | **Applicant:** | **Sills Cummis & Gross P.C.** |
| **Case No.:** | **25-14861 (MBK)** | **Client:** | **The Official Committee of Unsecured Creditors** |
| **Chapter:** | **11** | **Case Filed:** | **May 5, 2025** |

## SECTION I
## FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested | **$512,737.00** | **$8,884.91** |
| Total Fees Allowed to Date | **$501,455.80** | **$8,884.91** |
| Total Retainer (If Applicable) | **N/A** | **N/A** |
| Total Holdback (If Applicable) | **$11,281.20** | **N/A** |
| Total Received by Sills | **$456,331.00** | **$7,017.47** |

| | |
|---|---|
| **FEE TOTALS:** | **$34,254.00** |
| **DISBURSEMENT TOTALS** | **$513.95** |
| **TOTAL FEE APPLICATION** | **$34,767.95** |
| **MINUS 20% HOLDBACK** | **$6,850.80** |
| **AMOUNT SOUGHT AT THIS TIME** | **$27,917.15** |

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

| Name of Professional | Year Admitted | Title/Department | Hours | Rate[2] | Fees |
|---|---|---|---|---|---|
| Andrew H. Sherman | 1991 | Member, Bankruptcy | 3.0 | $1,295 | $3,885.00 |
| Boris Mankovetskiy | 2001 | Member, Bankruptcy | 1.2 | $1,095 | $1,314.00 |
| Gregory A. Kopacz | 2010 | Member, Bankruptcy | 21.6 | $975 | $21,060.00 |
| Oleh Matviyishyn | 2022 | Associate, Bankruptcy | 12.3 | $650 | $7,995.00 |
| | **TOTAL:** | | **38.1** | | **$34,254.00** |

---

[2] Effective October 1, 2025 (the first day of Sills' fiscal year), the standard hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. In particular, the hourly rate of Andrew H. Sherman was increased from $1,150 to $1,295; the hourly rate of Boris Mankovetskiy was increased from $985 to $1,095; the hourly rate of Gregory Kopacz was increased from $850 to $975; and the hourly rate of Oleh Matviyishyn was increased from $525 to $650. These changes are reflected in the *Notice of Increase of the Hourly Rates of Professionals* [Docket No. 2384].

20098243

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours Billed | Fees |
|-----------|-----------------|--------------------|------|
| 102 | Asset Disposition | 2.5 | $2,437.50 |
| 104 | Case Administration | 22.9 | $21,095.50 |
| 105 | Claims Administration and Objections | 0.2 | $195.00 |
| 107 | Fee/Employment Applications | 10.3 | $8,287.50 |
| 108 | Fee/Employment Objections | 0.6 | $487.50 |
| 110 | Litigation (Other than Avoidance Action Litigation) | 0.2 | $195.00 |
| 113 | Plan and Disclosure Statement | 1.3 | $1,491.00 |
| 114 | Relief from Stay Proceedings | 0.1 | $65.00 |
| | **TOTAL:** | **38.1** | **$34,254.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---------------|--------|
| B&W Copies | $342.00 |
| Postage | $171.95 |
| **TOTAL:** | **$513.95** |

3

20098243

**SECTION IV**
**CASE HISTORY**

| 1. | DATE CASE FILED | **May 5, 2025** |
|---|---|---|
| 2. | CHAPTER UNDER WHICH CASE WAS COMMENCED | **Chapter 11** |
| 3. | DATE OF RETENTION | **July 15, 2025 *Nunc Pro Tunc* to May 16, 2025** |
| 4. | SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[3] | |
| | (a)      Sills analyzed and addressed matters related to the Debtors' various auctions and asset sales and attended a related hearing.<br><br>(b)      Sills prepared for and attended status conferences, chambers conferences, hearings, Committee meetings, and conferences with the Debtors' and the Committee's respective professionals and addressed related matters.<br><br>(c)      Sills reviewed and analyzed pleadings, orders, and other court filings, and addressed related matters, including maintaining a "critical dates" calendar.<br><br>(d)      Sills (i) prepared its September fee statement; (ii) reviewed and advised the Committee's other professionals regarding their monthly fee statements and a supplemental retention declaration; and (iii) prepared certifications of no objection.<br><br>(e)      Sills analyzed and addressed plan confirmation and mediation matters.<br><br>(f)      Sills filed and served documents, prepared certifications of service, and addressed creditor queries.<br><br>(g)      Sills communicated with the Committee's professionals, the Debtors' professionals, landlords, creditors, the U.S. Trustee, Chambers and other parties regarding the foregoing and other matters. | |
| 5. | FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): | TBD |

I certify under penalty of perjury that the above is true.

Date:   November 25, 2025

*/s/ Andrew H. Sherman*
Andrew H. Sherman

---

[3] The following summary is intended to highlight the general categories of services Sills rendered on behalf of the Committee and for the benefit of the estates; it is not intended to itemize each and every professional service performed by Sills.

4

20098243

**EXHIBIT A**

**RETENTION ORDER**

20098243

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: bmiller@willkie.com
        tgoren@willkie.com
        jburbage@willkie.com
        jgraber@willkie.com

*Proposed Co-Counsel to the Official Committee of*
*Unsecured Creditors*

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW RITE AID, LLC, *ET AL.*, *NUNC PRO TUNC* TO MAY 16, 2025

The relief set forth on the following pages, numbered two (2) through five (5) is

**ORDERED.**

**DATED: July 15, 2025**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, et al., Nunc Pro Tunc to May 16, 2025* (the "Application"),[2] seeking entry of an order (this "Order") authorizing the Official Committee of Unsecured Creditors (the "Committee") of New Rite Aid, LLC, *et al.* (the "Debtors") to retain and employ Sills Cummis & Gross P.C. ("Sills") as its co-counsel effective *nunc pro tunc* to May 16, 2025, all as more fully set forth in the Application and the declarations of Andrew H. Sherman (the "Sherman Declaration") and Thomas A. Pitta in support; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee provided appropriate notice of the Application and the opportunity for a hearing on the Application under the circumstances; and the Court having reviewed the Application and its supporting materials; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Application, if any, before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.    The Application is granted to the extent set forth herein.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:   3
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.       The Committee is authorized to retain and employ Sills as its co-counsel pursuant to 11 U.S.C. §§ 328(a) and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1 effective as of May 16, 2025 on the terms set forth in the Application and the Sherman Declaration, as may be modified herein.

3.       Sills shall file interim and final applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules and the Local Rules, any fee and expense guidelines of this Court, and other such procedures established by order of this Court.

4.       Sills shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, in connection with the Application and any interim and/or final fee application(s) to be filed by Sills in these cases.

5.       Prior to any increases in Sills' hourly rates, Sills shall provide ten (10) business days' notice to the Debtor and the U.S. Trustee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court. Parties-in-interest retain all rights to object to any rate increase on all grounds, including but not limited to, the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.       Sills (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of

Page:   4
Debtor:   New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

any objections to any of Sills' fee applications in these cases; (iii) shall use the billing and

expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of

Compensation Requested by Project Category"); and (iv) provide any and all monthly fee

statements, interim fee applications, and final fee applications in "LEDES" format to the U.S.

Trustee.

7.     Notwithstanding anything in the Application and the Sherman Declaration to the

contrary, Sills shall (i) to the extent that it uses the services of independent contractors or

subcontractors (collectively, the "Contractors") in this case, pass through the cost of such

Contractors at the same rate that Sills pays the Contractors; (ii) seek reimbursement for actual

costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required

for Sills; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v)

attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or

final fee applications filed in this case.

8.     Sills shall use its best efforts to avoid any duplication of services provided by any

of the Committee's other retained professionals in these chapter 11 cases.

9.     To the extent that there may be any inconsistency among the terms of the

Application, the Sherman Declaration, and this Order, the terms of this Order shall govern.

10.     The terms and conditions of this Order shall be effective and enforceable

immediately upon its entry, and the Committee and Sills are authorized to take all actions

necessary to effectuate the relief granted pursuant to this Order in accordance with the

Application.

Page:  5
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as
            Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid,
            LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

11.     Notice of the Application as provided therein is deemed to be good and sufficient

notice thereof, and the requirements of the Local Rules are satisfied by the contents of the

Application.

12.     The Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**EXHIBIT B**

**INVOICE**

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
New Rite Aid, LLC

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors Committee

For Legal Services Rendered Through October 31, 2025

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 10/01/25 | GAK | 102 | Email from Debtors' counsel regarding auction. | 0.10 | |
| 10/01/25 | GAK | 102 | Communications with Committee members and Willkie regarding auction. | 0.10 | |
| 10/02/25 | GAK | 102 | Review third supplemental notice of successful bid for fee owned properties. | 0.10 | |
| 10/02/25 | GAK | 102 | Review notice of successful bidder and backup bidder for leases and notification of upcoming hearing and email A. Sherman on same. | 0.20 | |
| 10/06/25 | GAK | 102 | Review CVS motion to enforce sale order. | 0.30 | |
| 10/12/25 | GAK | 102 | Review Debtors' motion to sell preference claims to RAD Sub Trust A. | 0.30 | |
| 10/12/25 | GAK | 102 | Review order scheduling expedited hearing on motion to sell preference claims and email A. Sherman regarding same. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/12/25 | GAK | 102 | Review proposed sale agreement for preference actions. | 0.20 | |
| 10/14/25 | GAK | 102 | Attend hearing on motion to sell preference claims. | 0.80 | |
| 10/19/25 | GAK | 102 | Review notification regarding auction for IP assets. | 0.10 | |
| 10/27/25 | GAK | 102 | Email from Cole Schotz regarding Thrifty sale. | 0.10 | |
| | | **TASK TOTAL 102** | | **2.50** | **$2,437.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 10/01/25 | GAK | 104 | Meeting with Debtors' professionals regarding case matters. | 0.50 | |
| 10/01/25 | GAK | 104 | Meeting with Committee professionals regarding case matters. | 0.10 | |
| 10/01/25 | BM | 104 | Attend update call with Debtors' professionals. | 0.50 | |
| 10/01/25 | OM | 104 | Review pleadings, orders and review and update critical dates calendar. | 1.10 | |
| 10/02/25 | GAK | 104 | Emails with Committee and Willkie on upcoming status conference. | 0.20 | |
| 10/02/25 | GAK | 104 | Email from Chambers regarding tomorrow's informal chambers conference and email Willkie on same. | 0.20 | |
| 10/03/25 | GAK | 104 | Attend chambers conference. | 0.70 | |
| 10/03/25 | GAK | 104 | Communications with Willkie regarding adversary proceeding matters. | 0.10 | |
| 10/03/25 | GAK | 104 | Review and comment on revised critical dates calendar. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/03/25 | GAK | 104 | Communications with Committee members/Willkie regarding status conference and next steps. | 0.20 | |
| 10/03/25 | GAK | 104 | Email from Debtors' counsel on chambers conference issues. | 0.10 | |
| 10/03/25 | AHS | 104 | Attend informal Chambers conference. | 0.70 | |
| 10/03/25 | OM | 104 | Update critical dates schedule pursuant to correspondence from Debtors' counsel. | 0.20 | |
| 10/03/25 | OM | 104 | E-mail to Willkie related to case critical dates. | 0.10 | |
| 10/06/25 | GAK | 104 | Email from Chambers regarding upcoming Chambers conference. | 0.10 | |
| 10/06/25 | GAK | 104 | Communications with Willkie regarding Chambers conference. | 0.10 | |
| 10/06/25 | GAK | 104 | Email from Debtors' counsel regarding upcoming conference. | 0.10 | |
| 10/08/25 | GAK | 104 | Emails with Debtors' counsel regarding conference. | 0.10 | |
| 10/08/25 | GAK | 104 | Attend meeting with Debtors' counsel on case matters. | 0.30 | |
| 10/08/25 | GAK | 104 | Attend meeting with Committee professionals. | 0.10 | |
| 10/08/25 | GAK | 104 | Attend Chambers conference. | 0.50 | |
| 10/08/25 | AHS | 104 | Attend informal court conference. | 0.40 | |
| 10/09/25 | GAK | 104 | Emails with Cole Schotz regarding tomorrow's chambers conference. | 0.20 | |
| 10/09/25 | GAK | 104 | Email from S. Mitchell regarding tomorrow's conference. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/09/25 | GAK | 104 | Email from Chambers regarding tomorrow's hearing. | 0.10 | |
| 10/09/25 | GAK | 104 | Emails with J. Graber regarding tomorrow's hearing and chambers conference. | 0.20 | |
| 10/09/25 | OM | 104 | Update critical dates calendar pursuant to notice of agenda, adjournments, and recently filed pleadings. | 0.30 | |
| 10/10/25 | GAK | 104 | Attend Chambers conference on plan matters. | 0.60 | |
| 10/10/25 | GAK | 104 | Attend hearing on sale, rejection and CVS matters. | 0.80 | |
| 10/10/25 | BM | 104 | Attend Court status conference. | 0.40 | |
| 10/10/25 | AHS | 104 | Attend hearing regarding lease issues. | 0.40 | |
| 10/10/25 | AHS | 104 | Attend information conference regarding confirmation issues. | 0.40 | |
| 10/10/25 | OM | 104 | Revise critical dates memo pursuant to new hearing dates and instructions from G. Kopacz regarding same. | 0.20 | |
| 10/10/25 | OM | 104 | Revise critical dates calendar pursuant to results of hearing. | 0.30 | |
| 10/11/25 | GAK | 104 | Email from Debtors' counsel regarding proposed chambers conference. | 0.10 | |
| 10/13/25 | GAK | 104 | Communications with Committee and Willkie on Chambers conference. | 0.10 | |
| 10/13/25 | GAK | 104 | Attend chambers conference. | 0.30 | |
| 10/13/25 | GAK | 104 | Email Chambers regarding tomorrow's hearing. | 0.10 | |
| 10/13/25 | GAK | 104 | Emails with Willkie regarding tomorrow's hearing. | 0.10 | |
| 10/14/25 | GAK | 104 | Email from Chambers regarding today's hearing. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/14/25 | GAK | 104 | Communications with Committee regarding preference action sale hearing. | 0.10 | |
| 10/14/25 | OM | 104 | Review docket, update critical dates calendar and circulate to team with reminders. | 0.40 | |
| 10/15/25 | GAK | 104 | Attend meeting with Debtors' professionals regarding case matters. | 0.30 | |
| 10/15/25 | GAK | 104 | Meeting with Committee professionals regarding case matters. | 0.20 | |
| 10/15/25 | GAK | 104 | Communications with Committee and Willkie regarding mediation. | 0.10 | |
| 10/15/25 | AHS | 104 | Call with Debtors' professionals regarding status and follow up with Committee professionals. | 0.30 | |
| 10/16/25 | GAK | 104 | Review notifications and text order from chambers regarding adjournment of matters. | 0.10 | |
| 10/16/25 | GAK | 104 | Email from Chambers regarding mediation. | 0.10 | |
| 10/16/25 | GAK | 104 | Communications with Willkie and Committee on mediation matters. | 0.20 | |
| 10/16/25 | GAK | 104 | Communications with F. Yudkin regarding upcoming hearing. | 0.10 | |
| 10/16/25 | OM | 104 | Update critical dates schedule pursuant to recent court notifications and filed pleadings. | 0.70 | |
| 10/16/25 | OM | 104 | E-mail to F. Yudkin of Debtor's counsel regarding pending adversary hearings. | 0.10 | |
| 10/18/25 | GAK | 104 | Email from Debtors regarding mediation. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/20/25 | GAK | 104 | Communications with Debtors and mediation parties regarding mediation matters. | 0.20 | |
| 10/20/25 | GAK | 104 | Attend Committee meeting. | 0.30 | |
| 10/20/25 | BM | 104 | Attend Committee meeting. | 0.30 | |
| 10/21/25 | OM | 104 | Prepare certification of service for Willkie's and Debtors' Third Supplemental Declarations. | 0.60 | |
| 10/21/25 | OM | 104 | Finalize and file certification of service related to third supplemental declarations. | 0.30 | |
| 10/21/25 | OM | 104 | Update critical dates schedule pursuant to numerous court notifications and adjournments. | 0.60 | |
| 10/22/25 | GAK | 104 | Communications with Willkie and Committee regarding mediation and case matters. | 0.10 | |
| 10/22/25 | GAK | 104 | Meeting with Debtors' professionals regarding case matters. | 0.20 | |
| 10/23/25 | GAK | 104 | Emails with Willkie regarding Monday hearing. | 0.20 | |
| 10/23/25 | GAK | 104 | Review and comment on critical dates calendar. | 0.60 | |
| 10/23/25 | GAK | 104 | Email Chambers regarding Monday hearing. | 0.10 | |
| 10/23/25 | GAK | 104 | Email from Paul Weiss regarding mediation and Monday's hearing. | 0.10 | |
| 10/23/25 | OM | 104 | Correspondence with G. Kopacz regarding case critical dates and next steps. | 0.10 | |
| 10/24/25 | GAK | 104 | Review and comment on revised critical dates calendar. | 0.70 | |
| 10/27/25 | GAK | 104 | Review notifications from Chambers regarding upcoming hearings. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/27/25 | GAK | 104 | Communications with Committee and Willkie regarding today's hearing. | 0.10 | |
| 10/27/25 | GAK | 104 | Attend omnibus hearing/plan status conference. | 1.50 | |
| 10/27/25 | OM | 104 | Attention to service of committee professionals' September monthly fee statements. | 0.30 | |
| 10/27/25 | OM | 104 | Revise critical dates schedule pursuant to results of October 27 hearing. | 0.40 | |
| 10/28/25 | GAK | 104 | Communications with Willkie regarding MORs. | 0.10 | |
| 10/28/25 | GAK | 104 | Review MORs in connection with request from Willkie. | 0.30 | |
| 10/28/25 | GAK | 104 | Review and comment on proposed COS for fee statements. | 0.20 | |
| 10/28/25 | OM | 104 | Prepare certification of service related to the Committee Professionals September fee applications. | 0.40 | |
| 10/28/25 | OM | 104 | Finalize and file certification of service related to fee applications. | 0.20 | |
| 10/29/25 | GAK | 104 | Meeting with Debtor's counsel regarding mediation/case matters. | 0.10 | |
| 10/29/25 | GAK | 104 | Communications with Committee professional group regarding mediation and case matters; email from Willkie on tomorrow's meeting. | 0.10 | |
| 10/29/25 | OM | 104 | Correspondence with AlixPartners regarding September MORs. | 0.10 | |
| 10/30/25 | GAK | 104 | Attend committee meeting. | 0.10 | |
| | | **TASK TOTAL 104** | | 22.90 | $21,095.50 |

Sills Cummis & Gross P.C.

Creditors Committee                                                November 24, 2025
                                                       Client/Matter No. 08650166.000001
                                                                     Invoice: 2088678
                                                                             Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

### 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/01/25 | GAK | 105 | Email from Red Eagle regarding motion to compel. | 0.10 | |
| 10/19/25 | GAK | 105 | Review Levin Investments administrative expense claim filing. | 0.10 | |
| | | **TASK TOTAL 105** | | **0.20** | **$195.00** |

### 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/01/25 | GAK | 107 | Emails with Alix regarding fee application matters. | 0.10 | |
| 10/01/25 | GAK | 107 | Email UST regarding LEDES files for Alix. | 0.10 | |
| 10/09/25 | GAK | 107 | Communications with O. Matviyishyn regarding CNOs. | 0.10 | |
| 10/09/25 | OM | 107 | Prepare CNO related to Willkie's August fee statement. | 0.20 | |
| 10/09/25 | OM | 107 | Prepare Sills' CNO related to its August fee application. | 0.30 | |
| 10/09/25 | OM | 107 | Prepare AlixPartners' CNO related to its August fee application. | 0.30 | |
| 10/10/25 | GAK | 107 | Review and comment on Willkie's August CNO. | 0.20 | |
| 10/10/25 | GAK | 107 | Review and revise Alix CNO. | 0.20 | |
| 10/10/25 | GAK | 107 | Review and revise Sills' August CNO. | 0.20 | |
| 10/10/25 | GAK | 107 | Communications with Committee members regarding today's hearing and chambers conference. | 0.10 | |
| 10/10/25 | GAK | 107 | Communications with Willkie on CNOs. | 0.20 | |
| 10/10/25 | GAK | 107 | Email Alix regarding CNO for August fee statement. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/10/25 | OM | 107 | Finalize and file Willkie's August CNO. | 0.20 | |
| 10/10/25 | OM | 107 | Correspondence with Willkie regarding Willkie's August CNO. | 0.10 | |
| 10/13/25 | GAK | 107 | Emails with Alix team and O. Matviyishyn regarding CNO. | 0.20 | |
| 10/13/25 | OM | 107 | Finalize and file August CNO. | 0.40 | |
| 10/13/25 | OM | 107 | Finalize and file AlixPartners' August CNO. | 0.20 | |
| 10/15/25 | GAK | 107 | Work on September fee application. | 0.40 | |
| 10/16/25 | OM | 107 | Correspondence with L. Bonito from AlixPartners regarding September monthly fee statement. | 0.10 | |
| 10/16/25 | OM | 107 | Begin working on September Monthly fee application. | 0.60 | |
| 10/17/25 | OM | 107 | Review Third Supplemental Miller declaration provided by co-counsel. | 0.20 | |
| 10/17/25 | OM | 107 | Finalize and file Third Supplemental Miller Declaration. | 0.30 | |
| 10/18/25 | GAK | 107 | Emails with Willkie on interim fee application matters and next steps. | 0.30 | |
| 10/20/25 | GAK | 107 | Work on September fee application. | 0.20 | |
| 10/20/25 | GAK | 107 | Emails with Debtors' counsel on fee application matters and review proposed order. | 0.30 | |
| 10/20/25 | OM | 107 | Finalize drafting Sills' September monthly fee statement. | 1.20 | |
| 10/21/25 | GAK | 107 | Review and revise the September fee statement. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/21/25 | OM | 107 | Review order approving Sills' interim fee application and correspondence with G. Kopacz and A. Sherman regarding same. | 0.20 | |
| 10/22/25 | GAK | 107 | Communications with A&M regarding fee applications. | 0.10 | |
| 10/23/25 | GAK | 107 | Communications with Alix on September fee statement. | 0.10 | |
| 10/23/25 | OM | 107 | Correspondence with M. Loison of co-counsel regarding September monthly fee application. | 0.10 | |
| 10/23/25 | OM | 107 | Correspondence with G. Kopacz regarding September monthly fee application. | 0.10 | |
| 10/27/25 | GAK | 107 | Communications with Willkie regarding fee statement. | 0.10 | |
| 10/27/25 | GAK | 107 | Communications with Alix regarding fee statement. | 0.10 | |
| 10/27/25 | GAK | 107 | Review Willkie fee statement. | 0.20 | |
| 10/27/25 | GAK | 107 | Review and comment on Alix fee statement. | 0.20 | |
| 10/27/25 | GAK | 107 | Update September fee statement and communications with A. Sherman on same and regarding co-counsel's fee statements. | 0.40 | |
| 10/27/25 | OM | 107 | Correspondence with G. Kopacz regarding the filing of Committee professionals' September fee statements. | 0.10 | |
| 10/27/25 | OM | 107 | Review Willkie's and AlixPartners' September fee applications. | 0.30 | |
| 10/27/25 | OM | 107 | Finalize and file Willkie's September fee application. | 0.20 | |
| 10/27/25 | OM | 107 | Finalize and file AlixPartners' September fee application. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/27/25 | OM | 107 | Finalize Sills' September monthly fee statement. | 0.20 | |
| 10/29/25 | GAK | 107 | Communications with Willkie regarding final fee application matters and address related matters. | 0.20 | |
| | | **TASK TOTAL 107** | | **10.30** | **$8,287.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 10/10/25 | GAK | 108 | Review A&M September fee statement and email A. Sherman on same. | 0.20 | |
| 10/10/25 | OM | 108 | Review Hilco's retention application. | 0.30 | |
| 10/28/25 | GAK | 108 | Review Debtors' professionals September fee statement. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.60** | **$487.50** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 10/02/25 | GAK | 110 | Draft email to Debtors' counsel regarding McKesson adversary proceeding. | 0.20 | |
| | | **TASK TOTAL 110** | | **0.20** | **$195.00** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/25 | AHS | 113 | Call from creditor regarding plan and bar date issues. | 0.30 | |
| 10/01/25 | AHS | 113 | Call with counsel for Debtors regarding plan status and follow up with Committee professionals regarding same. | 0.50 | |
| 10/13/25 | OM | 113 | Review notification regarding mediation related to confirmation issues. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 12

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/27/25 | GAK | 113 | Review Court's Order to Show Cause on conversion/dismissal. | 0.10 | |
| 10/31/25 | GAK | 113 | Review mediators proposal. | 0.20 | |
| 10/31/25 | GAK | 113 | Communications with Willkie and Committee on plan matters. | 0.10 | |
| | | **TASK TOTAL 113** | | **1.30** | **$1,491.00** |

**114 – RELIEF FROM STAY PROCEEDINGS**

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/15/25 | OM | 114 | Review stipulation between Debtors and Kimberly-Clark Corp. to modify the automatic stay. | 0.10 | |
| | | **TASK TOTAL 114** | | **0.10** | **$65.00** |
| | | **TOTAL FEES** | | **38.10** | **$34,254.00** |

**TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 2.50 | $2,437.50 |
| 104 | Case Administration | | 22.90 | $21,095.50 |
| 105 | Claims Administration and Objections | | 0.20 | $195.00 |
| 107 | Fee/Employment Applications | | 10.30 | $8,287.50 |
| 108 | Fee/Employment Objections | | 0.60 | $487.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 0.20 | $195.00 |
| 113 | Plan and Disclosure Statement | | 1.30 | $1,491.00 |
| 114 | Relief from Stay Proceedings | | 0.10 | $65.00 |
| | **TOTAL FEES** | | **38.10** | **$34,254.00** |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 3.00 | x | $1,295.00 | = | $3,885.00 |
| Boris Mankovetskiy | 1.20 | x | $1,095.00 | = | $1,314.00 |
| Gregory A. Kopacz | 21.60 | x | $975.00 | = | $21,060.00 |
| Oleh Matviyishyn | 12.30 | x | $650.00 | = | $7,995.00 |

Sills Cummis & Gross P.C.

Creditors Committee

November 24, 2025
Client/Matter No. 08650166.000001
Invoice: 2088678
Page 13

---

Disbursement Detail

| 10/31/25 | B&W Copies | $342.00 |
|----------|------------|---------|
| 10/28/25 | Postage    | $171.95 |
|          | Total Disbursements | $513.95 |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $34,254.00 |
| Total Disbursements | $513.95 |
| **TOTAL THIS INVOICE** | **$34,767.95** |