| | |
|---|---|
| **PAUL, WEISS, RIFKIND,** **WHARTON & GARRISON LLP** Andrew N. Rosenberg (admitted *pro hac vice*) Alice Belisle Eaton (admitted *pro hac vice*) Christopher Hopkins (admitted *pro hac vice*) Sean A. Mitchell (admitted *pro hac vice*) 1285 Avenue of the Americas New York, New York 10019 Telephone: (212) 373-3000 Facsimile: (212) 757-3990 arosenberg@paulweiss.com aeaton@paulweisss.com chopkins@paulweiss.com smitchell@paulweiss.com  *Co-Counsel for the Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.** Michael D. Sirota, Esq. Warren A. Usatine, Esq. Felice R. Yudkin, Esq. Seth Van Aalten, Esq. (admitted *pro hac vice*) Court Plaza North, 25 Main Street Hackensack, New Jersey 07601 Telephone: (201) 489-3000 msirota@coleschotz.com wusatine@coleschotz.com fyudkin@coleschotz.com svanaalten@coleschotz.com  *Co-Counsel for the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: NEW RITE AID CORPORATION, *et al.*, Debtors.[1] | Chapter 11 Case No. 25-14861 (MBK) (Jointly Administered) |

# DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL (ORDER APPROVING THE SALE OF RETAINED PREFERENCE CLAIMS TO RAD SUB-TRUST A)

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and appellees (the "Debtors") submit this designation of additional items to be included in the record in connection with the appeal by Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC (collectively,

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

the "Appellants") of the Bankruptcy Court's *Order Approving the Sale of the Retained Preference Claims to RAD Sub-Trust A, Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief* [Docket No. 2878] (the "Sale Order") issued on October 15, 2025.

**Designation of Additional Items to be Included in the Record on Appeal**[2]

On November 12, 2025, Appellants filed *Appellants' Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal* [Docket No. 3226] ("Appellants' Record Designations").

In addition to the items designated by Appellants, the Debtors designate for inclusion in the record on appeal the following docketed items in *In re New Rite Aid Corporation, et al.*, Case No. 25-14861 (MBK) (Bankr. D.N.J.):

| Docket No. | Description |
|---|---|
| 24 | *Declaration of Marc Liebman, Chief Transformation Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions* |
| 2286 | *Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* |
| 2287 | *Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* |
| 2517 | *First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* |
| 2518 | *Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* |
| 2535 | *Order (I)(A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballot and Notices in Connection Therewith, (D) Scheduling Certain Dates with Respect Thereto, and (E) Granting Related Relief and (II)(A) Scheduling Certain Dates with Respect to the Dismissal of the Chapter 11 Cases, and (B) Granting Related Relief* |

---

[2] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Debtors understand that all items designated by Appellants include all exhibits and other documents included within each entry. If this is incorrect, the Debtors hereby designate all exhibits and other documents related to the documents designated by Appellants.

| Docket No. | Description |
|---|---|
| 3215 | *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates*[3] |
| 3216 | *Second Amended Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* |
| 3217 | *Notice of Filing of Redlines of Second Amended Plan and Second Amended Disclosure Statement* |

In addition, the Debtors designate the following docket items from their prior Chapter 11 proceedings for inclusion in the record on appeal, *In re Rite Aid Corporation, et al.*, Case No. 23-18993 (MBK) (Bankr. D.N.J.):

| Docket No. | Description |
|---|---|
| 4800 | *Notice of (I) Entry of Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates and (II) Occurrence of Effective Date* |

*[Remainder of Page Intentionally Left Blank.]*

---

[3] Docket Nos. 3215, 3216 and 3217 were filed after the Bankruptcy Court entered the Sale Order and are only relevant to the extent they supersede documents that the Debtors relied upon in the underlying motion.

**Debtors' Reservations**

The Debtors reserve the right to request that additional items be included in the record on appeal or that the record be supplemented.

| | |
|---|---|
| Dated: November 25, 2025 | */s/ Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. |
| | Warren A. Usatine, Esq. |
| | Felice R. Yudkin, Esq. |
| | Seth Van Aalten, Esq. (admitted *pro hac vice*) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | Telephone: (201) 489-3000 |
| | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | fyudkin@coleschotz.com |
| | svanaalten@coleschotz.com |
| | |
| | -and- |
| | |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Alice Belisle Eaton (admitted *pro hac vice*) |
| | Christopher Hopkins (admitted *pro hac vice*) |
| | Sean A. Mitchell (admitted *pro hac vice*) |
| | 1285 Avenue of the Americas |
| | New York, New York 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | arosenberg@paulweiss.com |
| | aeaton@paulweiss.com |
| | chopkins@paulweiss.com |
| | smitchell@paulweiss.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |