**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ACCEPTANCE OF NEW SUCCESSFUL BIDDER**
**WITH RESPECT TO STORE NO. 3871**

**PLEASE TAKE NOTICE** that on June 11, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Final Order (I) Establishing Procedures for the Sale of Certain Leases and Fee Owned Properties, and (II) Granting Related Relief*, [Docket No. 804] (the "Order") by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction") for the sale of certain unexpired leases of nonresidential real property in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2025, pursuant to the Order, the Debtors conducted the Auction with respect to certain of the Leases.

**PLEASE TAKE FURTHER NOTICE** that, on July 22, 2025, the Debtors filed the *Notice of Successful and Backup Bidders with Respect to the Auction of Certain of the Debtors' Leases* [Docket No. 1524] (the "Successful Bidder Notice"),[2] *inter alia*, providing notice of Universal Group Companies' ("Universal Group") successful bid with respect to the lease (the "Lease") for the Debtors' Store No. 3871, located at 9300 Lakeside Boulevard, Owings Mills, Maryland.

**PLEASE TAKE FURTHER NOTICE** that following the entry of the Order approving the assumption and assignment of the Lease to Universal Group [Docket No. 2176] (the "Assignment Order"), the landlord, Turabdin Realty (the "Landlord"), raised certain issues with respect to the assignment of the Lease to Universal Group, advised the Debtors that the Landlord would proceed to vacate the Assignment Order, and offered to enter into a Lease Termination Agreement with the Debtors that would provide for a payment of $39,565.17 in cash to the Debtors and a waiver of all of the Landlord's pre- and post-petition claims (including any claims for rent or other obligations due under the Lease for any periods following the entry of the Assignment Order).

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms used but not defined in this notice have the meanings given to them in the Successful Bidder Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in their business judgment and in the exercise of their fiduciary duties consistent with the Auction Procedures, to name the Landlord as the new successful bidder with respect to the Lease. *See* Auction Procedures, ¶¶ P, S.

**PLEASE TAKE FURTHER NOTICE** that any objections to this Notice shall be filed within fourteen (14) days following the filing of this Notice in accordance with the terms of the Order and the Auction Procedures. In the event of a timely objection, the matter will be set for a hearing. If there are no timely objections, the Debtors shall request entry of an order approving the Lease Termination Agreement with the Landlord.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures, the Order and the Successful Bidder Notice, as well as all related exhibits are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or +1 (646) 930-4577 (international); (b) by visiting the website maintained in these chapter 11 cases at **https://restructuring.ra.kroll.com/RiteAid2025**; or (c) for a fee via PACER by visiting http://www.njb.uscourts.gov.

Dated:  November 25, 2025

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:     arosenberg@paulweiss.com
           aeaton@paulweiss.com
           chopkins@paulweiss.com
           smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*