**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental DN 2778 Contract Counterparties Service List attached hereto as **Exhibit A**:

- Forty-Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2778]

On November 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Dawn US Holdings, LLC, (ADRID: 28124054), 3100 Olympus Blvd, Ste 510, Coppell, TX, 75019-6533:

- Thirty-Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, if Any [Docket No. 2790]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

At my direction and under my supervision, employees of Kroll caused the following document to be served on the date set forth via First-Class Mail on Supplemental Master Hardcopy Mailing List attached hereto as **Exhibit B**:

- the Notice of (A) Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines, and (B) in the Alternative, Hearing to Consider Dismissal of the Debtors' Chapter 11 Cases, a copy of which is attached hereto as **Exhibit C** (the "*Combined Hearing Notice*");

At my direction and under my supervision, employees of Kroll caused the Combined Hearing Notice to be served on the date set forth via First-Class Mail on Supplemental Non-Voting Hardcopy Service List attached hereto as **Exhibit D**.

Dated: November 19, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 19, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

# Exhibit A

Supplemental DN 2778 Contract Counterparties Service List

Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28125365 | ON-LINE STRATEGIES, INC | 7920 BELT LINE RD # 980 | | DALLAS | TX | 75254-8145 |
| 28160260 | THERAPEUTIC RESEARCH CENTER | TRC PARENT LLC | 1720 S BELLAIRE ST | DENVER | CO | 80222 |
| 28126217 | TRINTECH | 5600 GRANITE PKWY | | PLANO | TX | 75024 |

**Exhibit B**

Exhibit B
Supplemental Master Hardcopy Mailing List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 28154363 | ALQURASHI, MASHHOUR MARZOOQ A | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28154383 | ALTMILLER, WILLIAM | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28145442 | BAHONSUA, LAUREN | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28128337 | BARKER, CLAIRE | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28152393 | BEAUDRY, TABITHA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28128600 | BENSON, TYLER | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28142953 | BIGELOW, AMBERLYNN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28146167 | BOECKER, MAKENZIE | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28112787 | BOLAN JAHNSEN DACEY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28146193 | BOLLINGER, AMY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28128970 | BOYD, SABRINA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28104061 | BRFII MISSION HILLS, LLC | 3625 DEL AMO BLVD | STE 350 | TORRANCE | CA | 90503-5026 | November 5, 2025 |
| 28129075 | BRIGNANO, KATHY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156146 | BYRNES, GAIL | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28104175 | CALEDONIA VILLAGE RETAIL, LLC | C/O PURE RE MGMT | 300 IONIA AVE NW | GRAND RAPIDS | MI | 49503-2507 | November 5, 2025 |
| 28142664 | CARDENAS, CRISTIAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28129770 | CHANDRAMOHAN, HAREESH | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28129999 | CLAY, KIESHA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28130281 | COSTELLA, JAMIE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28087790 | COTTEY, JULIANNA R | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28143580 | COURSEN, HEATHER | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28130391 | CROOKER, ERIKA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28130485 | CURTIS, RITA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28088074 | DANG, TU N | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28130629 | DAVIS, DENISE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28154626 | DAWSON, MARTELL | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28154655 | DE NYSSCHEN, CHRISTIAAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28142811 | DONALD, ISABELLER | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28149214 | EHRHARDT, KIMBERLY | ADDRESS ON FILE | | | | | November 5, 2025 |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)

Page 1 of 5

Exhibit B
Supplemental Master Hardcopy Mailing List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 28149376 | ESPEJO, TANIA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28152883 | FADIL, KHADIJA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156036 | FISH, RHEA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28131755 | FLORES, JUAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28131773 | FLYNN, JADYN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28143170 | FOLEY, JACK | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28131830 | FOSTER, LANCE | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28106159 | FOXIT SOFTWARE COMPANY | 39355 CALIFORNIA ST | STE 302 | FREMONT | CA | 94538-1410 | November 5, 2025 |
| 28146659 | GABEL, DANA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28153697 | GHALE, RENA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156305 | GODFREY, JACOB | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28090501 | GOTHIER, LINDA L | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28132561 | GRANT, TAIRRA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28132614 | GREENE, JOELLE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28145812 | GRIFFITH, DAVID | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28145948 | GWINN, MICHELLE | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28106532 | HARVEST TRADING GROUP, INC. | 175 DERBY ST | STE 12 | HINGHAM | MA | 02043-4035 | November 5, 2025 |
| 28124584 | HOME ESSENTIALS BRANDS LLC | 3070 RANCHVIEN LN N | | MINNEAPOLIS | MN | 55447-1459 | November 5, 2025 |
| 28147388 | HORN, MARYN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28133619 | HUDZIK, ZACHARY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 30517495 | INSTAKEY SECURITY SYSTEMS | PO BOX 270170 | | LITTLETON | CO | 80127-0003 | November 5, 2025 |
| 28158918 | IRON MOUNTAIN OFF-SITE | 1101 ENTERPRISE DR | | ROYERSFORD | PA | 19468-4201 | November 10, 2025 |
| 28155198 | IYER, GANESHAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28116231 | JACOBS, JACLYN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28143928 | JOHNSON, SEAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28143974 | JONES, BROOKE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28092436 | JONES, SKYLA A | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28134284 | KAMAUNU, AMANDA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28134302 | KANG, JOSEPH | ADDRESS ON FILE | | | | | November 5, 2025 |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)

Page 2 of 5

**Exhibit B**
Supplemental Master Hardcopy Mailing List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 28092611 | KANIM, RAND W | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28160056 | KIM, ANNA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28158087 | KOPPENHAVER, BRITTANY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28158090 | KORTI, SEI NEWON | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28093212 | KRAUSE, MISTY N | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28134799 | KROPF, CAROLYN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28144049 | KRUKOWSKI, CAROLINE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28167758 | LARUE, REBECCA E | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28135073 | LEE, ALICEIA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28151566 | LERMA REYES, AMANDA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156945 | LILLY, M. ELIZABETH | ADDRESS ON FILE | | | | | November 5, 2025 |
| 30262519 | LITTLE RIVERS HEALTH CARE, INC. | PO BOX 8 | | NEWBURY | VT | 05051-0008 | November 5, 2025 |
| 28135335 | LOGAN, DAMISHA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28135469 | LUCIO, ANGELA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28135484 | LUKE, MOLLI | ADDRESS ON FILE | | | | | November 5, 2025 |
| 30262562 | LUMINA DATAMATICS INC | 600 CORDWAINER DR | STE 203 | NORWELL | MA | 02061-1644 | November 5, 2025 |
| 28094168 | LUMINARE HEALTH BENEFITS, INC (F/K/A TRUSTMARK HEALTH BENEFITS, INC AND/OR CORESOURCE, INC) | JENNIFER ANN HERMAN | 6133 N RIVER RD | ROSEMONT | IL | 60018-5176 | November 10, 2025 |
| 28144232 | MADDOX, MARY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28135738 | MARCOTTE, HANNAH | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28135959 | MAUPPINS, SHEILA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28155029 | MCEVEY, PAUL | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28155051 | MCGOWAN, HOLLY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28095576 | MOLNER, JESSICA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28136694 | MORALES, EVELYN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28137122 | NGO, ANNIE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28107941 | NICOLAS & DELORES HRISCA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28108008 | NORWEGIAN TOWNSHIP | 506 MAPLE AVE | | MARLIN | PA | 17951 | November 5, 2025 |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)

Page 3 of 5

Exhibit B
Supplemental Master Hardcopy Mailing List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 28137301 | NUTTER, DANTESHA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28125364 | ON-LINE STRATEGIES, INC | 7920 BELT LINE ROAD | # 980 | DALLAS | TX | 75254-8145 | November 5, 2025 |
| 28155467 | PADILLA, FRANCES | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28155543 | PAREDES PAMATZ, JENNIFER | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28137666 | PARRENT, LEANNA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28157813 | PATEL, SAMIRKUMAR | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28137890 | PEREZ, LORENA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28148588 | PINK, SHADAIN | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28152215 | PRINGLE, HOLLI | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28138627 | REYES GARCIA, ELIZABETH | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28149114 | RIVERA, MAKIS | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28138997 | ROGERS, REBECCA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28152750 | ROLFE, JOHN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28152768 | ROMASZEWSKI, JERRI | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28139381 | SANDEFUR, ERICA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28145784 | SAWAGED, AREEN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28150113 | SCHELLHAUS, BRIAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28139743 | SHAFFER, MIRANDA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156764 | SHELL, DAWN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156766 | SHELLEY, TERRY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156799 | SHIMA, MARY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156833 | SHUMAN, MCKENZIE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28139932 | SIMION, LARA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140184 | SNYDER, JESSICA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28146087 | SOBOLEVSKYI, OLEKSANDR | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28100344 | SOUTHWICK, BRONWIN R | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28149636 | STALEY, BRYAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140511 | STRONG, SOPHIA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140523 | STURTEVANT, DIANE | ADDRESS ON FILE | | | | | November 5, 2025 |

Exhibit B
Supplemental Master Hardcopy Mailing List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 28140691 | TAPIA RIOS, GUADALUPE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140742 | TAYLOR, CLAIMONTE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140813 | THAHER, NAWFAL | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28140835 | THIEL, KAREN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28146485 | TOMAINO, SHANNON | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28150325 | TRAN, TIFFANY | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28150356 | TRINH, FLORENTINA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28154161 | TWISS, MEGAN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28141265 | VACHE, KIMBERLY | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28141342 | VANTASI, RAFAELA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28157322 | VENTRESCA, VINCENT | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28121842 | VEREIT REAL ESTATE LP | C/O VEREIT INC - AC0313 | 11995 EL CAMINO REAL | SAN DIEGO | CA | 92130-2539 | November 5, 2025 |
| 28158506 | WADE, HELEN | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28141596 | WALLACE, PORSCHA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28149913 | WELLS, JONATHON | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28110469 | WEX INC | 1 HANCOCK ST | | PORTLAND | ME | 04101-4217 | November 5, 2025 |
| 28150040 | WIETECHA, ANDREW | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28153910 | WILLSON, PAULA | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28153912 | WILMOTH, DANIELLE | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28153917 | WILSON, ALLISON | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28156470 | WOODS, JANIELYNN | ADDRESS ON FILE | | | | | November 10, 2025 |
| 28142183 | WOOLENSACK, ALLISON | ADDRESS ON FILE | | | | | November 5, 2025 |
| 28158171 | YONNIE, BENITA-BERNICE | ADDRESS ON FILE | | | | | November 10, 2025 |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)

Page 5 of 5

**Exhibit C**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF (A) HEARING TO CONSIDER CONFIRMATION OF
THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED
VOTING AND OBJECTION DEADLINES, AND (B) IN THE ALTERNATIVE,
HEARING TO CONSIDER DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES**

**PLEASE TAKE NOTICE THAT** on September 22, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order [Docket No. 2535] (the "Disclosure Statement Order"): (i)(a) authorizing New Rite Aid, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2517] (as modified, amended, or supplemented from time to time, the "Plan")[2]; (b) conditionally approving the *First Amended Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2518] (as modified, amended, or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan, and (ii) in the event the Debtors determine to seek entry of the Dismissal Orders (the "Non-Plan Toggle"), scheduling certain dates with respect to the dismissal of these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will file a notice (the "Toggle Notice"), indicating their intention to continue to seek Confirmation of a Plan or entry of the Dismissal Orders, by **September 26, 2025, at 4:00 p.m. (prevailing Eastern Time)**, as such date may be extended in accordance with the Disclosure Statement Order.

**PLEASE TAKE FURTHER NOTICE THAT**, in the event that the Debtors seek Dismissal, the Dismissal Hearing will commence on **October 20, 2025, at 9:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT**, in the event that the Debtors confirm they intend to seek confirmation of the Plan, the hearing at which the Court will consider confirmation of the Plan and approval of the Disclosure Statement on a final basis, will commence on **October 20, 2025, at 9:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "Combined Hearing") before the Honorable Chief Judge Michael B. Kaplan, United States Bankruptcy Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

> PLEASE BE ADVISED:  THE COMBINED HEARING OR DISMISSAL HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

## CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date**.  The voting record date is **September 8, 2025** (the "Voting Record Date"), which is the date for determining which certain Holders of Claims are entitled to vote on the Plan.

**Voting Deadline**.  The deadline for voting on the Plan is **October 13, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline").  If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' claims, noticing and solicitation agent, Kroll Restructuring Administration LLC, (the "Claims Agent") on or before the Voting Deadline.  **A failure to follow such instructions may disqualify your vote**.

## CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN AND/OR OBJECTING TO ENTRY OF THE DISMISSAL ORDERS

**Objection Deadlines**.  The deadline for filing objections to the Plan is **October 13, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline").  The deadline for filing objections to the Dismissal is **October 13, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Dismissal Objection Deadline").  Any objection to the relief sought at the Confirmation Hearing or the Dismissal Hearing **must**: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Court electronically by attorneys who regularly practice before the Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of

March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Court) and, by all other parties-in-interest, if not otherwise filed with the Clerk of the Court electronically via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Confirmation Objection Deadline:

| *Debtors* ||
|---|---|
| **New Rite Aid, LLC** <br> 200 Newberry Commons, Etters, Pennsylvania 17319 ||
| *Counsel to the Debtors* | *Counsel to the Debtors* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Attn: Andrew N. Rosenberg; Alice Belisle Eaton; Christopher Hopkins; Sean A. Mitchell | **Cole Schotz, P.C.** <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Attn: Michael D. Sirota; Warren A. Usatine; Felice R. Yudkin; Seth Van Aalten |
| *Counsel to the Committee* ||
| **WILLKIE FARR & GALLAGHER LLP** <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Attn: Brett H. Miller; Todd M. Goren; James H. Burbage; Jessica D. Graber <br><br> **SILLS CUMMIS & GROSS P.C.** <br> One Riverfront Plaza <br> Newark, New Jersey 07102 <br> Attn: Andrew H. Sherman; Boris Mankovetskiy; Gregory Kopacz ||
| *Counsel to the DIP Agents* ||
| **Choate, Hall & Stewart LLP** <br> Two International Place <br> Boston, Massachusetts 02110 <br> Attn: John F. Ventola; Jonathan D. Marshall; Mark D. Silva <br><br> **Greenberg Traurig LLP** <br> 500 Campus Drive, Suite 400 <br> Florham Park, New Jersey 07932 <br> Attn: Alan J. Brody ||
| *Counsel to McKesson Corporation (as Plan Sponsor)* ||
| **SIDLEY AUSTIN LLP** <br> One South Dearborn Street <br> Chicago, Illinois 60603 <br> Attn: Dennis M. Twomey; Jackson T. Garvey; Ian C. Ferrell <br><br> **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Suite 201 <br> Roseland, New Jersey 07068 <br> Attn: Anthony Sodono, III; Michele M. Dudas ||

| |
|---|
| *United States Trustee* |
| **Office of the United States Trustee**<br>**United States Trustee, Region 3**<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Attn: Jeffrey M. Sponder and Lauren Bielskie |

### ADDITIONAL INFORMATION

**Obtaining Solicitation Materials**.  The materials in the Solicitation Package are intended to be self-explanatory.  If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the materials in electronic format), please feel free to contact the Debtors' Claims Agent, by: (a) visiting the Debtors' restructuring website at: https://restructuring.ra.kroll.com/RiteAid2025; (b) writing to the Claims Agent at New Rite Aid Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232; (c) calling the Claims Agent at (888) 575-9318 (USA or Canada, toll free) or +1 (646) 930-4577 (international); or (d) email RiteAid2025Info@ra.kroll.com (with "In re New Rite Aid - Solicitation Inquiry" in the subject line).  You may also obtain copies of any pleadings filed with the Court for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/RiteAid2025, or the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.  Please be advised that the Claims Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement**.  The Debtors will file the Plan Supplement (as defined in the Plan) **no later than September 30, 2025, at 4:00 p.m. (prevailing Eastern Time)** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

---

**BINDING NATURE OF THE PLAN**

**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

---

*Remainder of page intentionally left blank*

Dated:  September 23, 2025

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**Exhibit D**

Exhibit D
Supplemental Non-Voting Hardcopy Service List
Served via First-Class Mail

| Address ID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|---|
| 30259192 | ACON LABORATORIES | 9440 CARROLL PARK DR | | | SAN DIEGO | CA | 92121-5201 | November 5, 2025 |
| 28123397 | AGILENCE, INC | ATTN: BRUCE KATZ, CFO | 309 FELLOWSHIP RD | STE 200 | MOUNT LAUREL | NJ | 08054-1234 | November 10, 2025 |
| 30258831 | BROADWAY ENTERPRISES INC. | 1685 BOGGS RD | STE 300 | | DULUTH | GA | 30096-9096 | November 10, 2025 |
| 28108075 | OC FLAVORS INC | 15506 DUPONT AVE | | | CHINO | CA | 92822 | November 5, 2025 |

In re: New Rite Aid, LLC, et al.
Case No. 25-14861 (MBK)

Page 1 of 1