Law Office of Shmuel Klein PA
Attorney for TROY SRALP, LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
NEW RITE AID LLC, *et al.*,1
Debtors                                                                Chapter 11
_____                  Case No. 25-14861 (MBK)

TO: HONORABLE MICHAEL B. KAPLAN
United States Bankruptcy Judge

PLEASE TAKE NOTICE, that TROY SRALP, LLC, by and through its undersigned counsel, submits the attached Motion which will move on 12/18/2025 at 10:00am seeking an Order (i) Compelling the Immediate Payment of its Administrative expenses, (ii) Obligating Each of the Debtors to Pay the Allowed Administrative expenses Jointly and Severally; and (iii) Granting such other relief as is just and proper (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, TROY SRALP, LLC will rely upon the certification of counsel and brief filed in support of the relief requested.

PLEASE TAKE FURTHER NOTICE objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

WHEREFORE it is respectfully requested TROY SRALP's motion be granted and the Debtor pay the

---

1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

movant the $30,262.71 within ten days of the granting of this motion and allowed late penalties for

violation of the Court's Order in the amount of $100.00 per day.

Dated: November 26, 2025        Law Office of Shmuel Klein PA
                                           BY: /s/ Shmuel Klein
                                           Shmuel Klein, Esq.
                                           Attorney for TROY SRALP, LLC