Law Office of Shmuel Klein PA
Attorney for TROY SRALP, LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
NEW RITE AID LLC, *et al.*,1
Debtors

Chapter 11
Case No. 25-14861 (MBK)

_____

### Certification in Support of TROY SRALP, LLC Motion

I, Shmuel Klein certify actual knowledge of the foregoing statements and they are true:

1. This Certification is filed by TROY SRALP, LLC, (hereinafter "TROY SRALP") in Support of its motion to for administrative expenses for post-petition Common Area Charges (CAM) in the amount of $30262.71 itemized in detail, annexed herewith as Exhibit "A" and pursuant to a certain lease (hereinafter the "Lease" filed herewith as Exhibit "B").

2. On May 5, 2025 (the "Petition Date"), New Rite Aid LLC and its affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), ultimately consolidated into the above-captioned case. Since the Petition Date, the Debtors have steadily liquidated all of their numerous businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. From the petition date of until the alleged rejection of the lease, on July 31, 2025 (which date is

---

1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

contested and subject to an appeal) the Debtors continued use, occupy and transact business at a certain retail space located at 83 Vandenburgh Ave., Troy, NY (Store 10687) which is a 14,578± sq.ft. stand alone block & steel frame building with a drive-thru pharmacy, custom built for the Debtor, completed on or about early 2018. The Debtor originally occupied a smaller space in a strip mall adjacent to this site (owned by TROY SRALP) but insisted that a new entity, HVP 2 LLC (hereinafter HVP) take a $3.3M 20 year loan to build the Debtor a custom store for their unique operations. TROY SRALP, HVP and the Debtor entered into a lease dated April 24, 2017 which required HVP to construct the Debtor's custom built pharmacy. According to the lease the Debtor agreed to be responsible to pay a proportionate share of the CAM charges. The Debtor paid all CAM charges prior to 2023 when it assumed the lease in its prior bankruptcy. It owes substantial amount of CAM charges pre-petition and this motion seeks post-petition administrative fees and expenses.

4. Despite demand, Debtor has failed to pay the post-petition amount of $30262.71 as an administrative expense.

WHEREFORE it is respectfully requested TROY SRALP's motion be granted and the Debtor pay the movant the $30262.71 within ten days of the granting of this motion and allowed late penalties for violation of the Court's Order in the amount of $100.00 per day.

Dated: November 26, 2025  Law Office of Shmuel Klein PA
BY: /s/ Shmuel Klein
Shmuel Klein, Esq.
Attorney for TROY SRALP, LLC