Law Office of Shmuel Klein PA
Attorney for TROY SRALP, LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
NEW RITE AID LLC, *et al.*,1
Debtors

Chapter 11
Case No. 25-14861 (MBK)

# ORDER GRANTING TROY SRALP, LLC MOTION FOR ADEQUATE PROTECTION

The relief set forth on the following pages, it is **ORDERED**

Upon the motion (the "<u>Motion</u>") of TROY SRALP, LLC for entry of an order (this "<u>Order</u>") authorizing and approving adequate protection payment to the Movant in the amount of $30,262.71 and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the TROY SRALP, LLC notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

(a) The Motion is **GRANTED** as set forth herein.

(b) This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.