UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein PA
Attorney for the TROY SRALP, LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
email:shmuel.klein@verizon.net
Attorney ID 0851987

In Re:

RITE AID CORPORATION, et al.,
Debtors

Case No.: 25-14861 (MBK)
Chapter: 11
Adv. No.:
Hearing Date: 12-18-2025
Judge: MBK

### CERTIFICATION OF SERVICE

1. I, _____Shmuel Klein_____ :

   ☒ represent ____TROY SRALP, LLC____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____12-1-25_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion for Administrative and Adequate Protection Common Area Charges

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12-1-25

/s/ Shmuel Klein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601<br>msirota@coleschotz.com; | counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>Jeffrey.M.Sponder@usdoj.gov and lauren.bielskie@usdoj.gov | UST | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| fyudkin@coleschotz.com;<br>svanaalten@coleschotz.com;<br>arosenberg@paulweiss.com;<br>aeaton@paulweiss.com;<br>chopkins@paulweiss.com;<br>smitchell@paulweiss.com;<br>jventola@choate.com; | counsel for parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| jmarshall@choate.com;<br>msilva@choate.com;<br>brodya@gtlaw.com;<br>julia.frostdavies@gtlaw.com;<br>Jeffrey.M.Sponder@usdoj.gov;<br>lauren.bielskie@usdoj.gov;<br>bmiller@willkie.com; | counsel for parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| jburbage@willkie.com;<br>jgraber@willkie.com;<br>asherman@sillscummis.com;<br>bmankovetskiy@sillscummis.com;<br>gkopacz@sillscummis.com;<br>agumport@sidley.com;<br>jgarfinkle@buchalter.com; | counsel for parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |