| Item | Total | Admin fee | 2025 Numerator | Denominator | PRS | Tenant total |
|---|---|---|---|---|---|---|
| Grounds & Exterior Maintenance/Repair | $133,933.30 | $20,090.00 | 14,578 | 147,341 | 9.89% | $15,239.15 |
| Insurance | $147,341.00 | | 14,578 | 147,341 | 9.89% | $14,578.00 |
| Common Area Lighting | $4,116.50 | | 14,578 | 147,341 | 9.89% | $407.29 |
| Water & Sewer | $386.80 | | 14,578 | 147,341 | 9.89% | $38.27 |
| | $285,777.60 | $20,090.00 | | | | $30,262.71 |
| | | | | | Total CAM DUE | $30,262.71 |
| | | | | | Total CAM DUE | $30,262.71 |

## DETAIL

| Inv Date | Inv Number | Vendor | Inv Amount | Balance |
|---|---|---|---|---|
| *Grounds & Exterior Maintenance/Repair* | | | | $- |
| 5/19/2025 | 2324354 | Upstate Property Maintenance Inc | $2,689.20 | $2,689.20 |
| 7/1/2025 | 2324398 | Upstate Property Maintenance Inc | $2,689.20 | $5,378.40 |
| 7/1/2025 | 2324427 | Upstate Property Maintenance Inc | $2,689.20 | $8,067.60 |
| 5/13/2025 | 3288 | Grounds & More: 75-1.6.2025 | $830.89 | $8,898.49 |
| 5/19/2025 | 210335 | Northeast Heating Cooling Refrigeration Co., Inc.: 210335 | $15,354.00 | $24,252.49 |
| 5/21/2025 | 3289 | B&B Universal Concrete LLC | $12,973.00 | $37,225.49 |
| 5/30/2025 | 3290 | B&B Universal Concrete LLC | $75,692.00 | $112,917.49 |

| Date | Ref | Payee | Amount | Balance |
|---|---|---|---|---|
| 6/1/2025 | 411 | Grounds & More | $2,250.00 | $115,167.49 |
| 6/5/2025 | 192 | Magic Nails | $(11.00) | $115,156.49 |
| 7/1/2025 | 416 | Grounds & More: 416 | $2,250.00 | $117,406.49 |
| 7/9/2025 | 7000-14438 | North East Fire Protection Systems, Inc.: 7000-14438 | $710.13 | $118,116.62 |
| 7/23/2025 | 5704 | Rotormatic LLC: 5704 | $2,580.88 | $120,697.50 |
| 7/24/2025 | Web Pay CHK | Magic Nails | $(0.80) | $120,696.70 |
| 7/24/2025 | Web Pay CHK | Magic Nails | $(511.80) | $120,184.90 |
| 5/6/2025 | 1472 | Standard Sweeping LLC | $4,514.40 | $124,699.30 |
| 6/16/2025 | 1512 | Standard Sweeping LLC | $4,719.60 | $129,418.90 |
| 7/9/2025 | 1551 | Standard Sweeping LLC | $4,514.40 | $133,933.30 |

*Common Area Lighting*

| Date | Payee | Amount | Balance |
|---|---|---|---|
| 5/19/2025 | National Grid | $57.75 | $57.75 |
| 5/19/2025 | National Grid | $495.17 | $552.92 |
| 5/19/2025 | National Grid | $801.82 | $1,354.74 |
| 6/23/2025 | National Grid | $56.48 | $1,411.22 |
| 6/23/2025 | National Grid | $490.54 | $1,901.76 |
| 6/23/2025 | National Grid | $687.71 | $2,589.47 |
| 7/20/2025 | National Grid | $57.30 | $2,646.77 |
| 7/20/2025 | National Grid | $591.10 | $3,237.87 |
| 7/20/2025 | National Grid | $821.33 | $4,059.20 |

| | 7/28/2025 | National Grid | $57.30 | $4,116.50 |
|---|---|---|---|---|

*Water & Sewer*

| | 6/23/2025 | City of Troy | $96.70 | $96.70 |
|---|---|---|---|---|
| | 6/23/2025 | City of Troy | $96.70 | $193.40 |
| | 6/23/2025 | City of Troy | $96.70 | $290.10 |
| | 6/23/2025 | City of Troy | $96.70 | $386.80 |