| | |
|---|---|
| **PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Sean A. Mitchell (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>arosenberg@paulweiss.com<br>aeaton@paulweisss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Co-Counsel for the Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel for the Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## DEBTORS' COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL (ORDERS RELATING TO HVP2 LLC)

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and appellees (the "Debtors") submit this designation of additional items to be included in the record in connection with the appeals by HVP2 LLC (the "Appellant") of the Bankruptcy Court's (i) *Order Denying Motion for Adequate Protection, and Motion to Compel Payment of Administrative Expenses* [Docket No. 3161]; (ii) *Order Denying Motion for Adequate Protection* [Docket No. 3162]; and (iii) *Order Denying Motion to Compel Payment of Administrative*

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

*Expenses* [Docket No. 3163] (collectively, the "Denial Orders"), each issued on November 3, 2025.

### Designation of Additional Items to be Included in the Record on Appeal[2]

On November 13, 2025, Appellant filed *Appellant's Designation of Record Statement of Issues Pursuant to Bankruptcy Rule 8006* [Docket No. 3231] ("Appellant's Record Designation").

Included in the Appellant's Record Designation are "the Debtors' opposition to each [of the Motions]." *See* Appellant's Record Designation at ¶ 2. The Appellant's Record Designation did not identify such filings by reference to the docket entries (as required by Rule 8009(a)(4) of the Federal Rules of Bankruptcy Procedure). For specific reference thereto, the Debtors designate for inclusion in the record on appeal the following docketed items in *In re New Rite Aid Corporation, et al.*, Case No. 25-14861 (MBK) (Bankr. D.N.J.):

| Docket No. | Description |
|---|---|
| 653 | *Debtors' Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC [Docket No. 315]* |
| 1108 | *Debtors' Supplement to Omnibus Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390], New Hartford Holdings LLC [Docket No. 245] and Gallashea Properties, LLC* |
| 2389 | *Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755]* |
| 2391 | *Exhibits to Debtors' Objection to HVP2 LLC Motion for Payment of Stub Rent and Post-Petition Amounts Past Due [Docket No. 1755]* |
| 2461 | *Declaration of Debora Diprizito in Response to Supplemental Certification in Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees* |
| 2462 | *Declaration of Shelby A. Marks in Response to Supplemental Certification in Support of HVP2 LLC Motion to Compel Payment of Post Petition Rent and Fees* |

---

[2] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Debtors understand that all items designated by Appellant include all exhibits and other documents included within each entry.

| Docket No. | Description |
|---|---|
| 2465 | *Affidavit of Service* |
| 2970 | *Debtors' Second Supplement to Opposition to Motions of HVP2 LLC [Docket Nos. 182 and 390]* |

*[Remainder of Page Intentionally Left Blank.]*

**Debtors' Reservations**

The Debtors reserve the right to request that additional items be included in the record on appeal or that the record be supplemented.

Dated: December 1, 2025

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and Debtors in Possession*