| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Brett H. Miller, Esq. (admitted *pro hac vice*)<br>Todd M. Goren, Esq. (admitted *pro hac vice*)<br>James H. Burbage, Esq. (admitted *pro hac vice*)<br>Jessica D. Graber, Esq. (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>E-mail:  bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com<br><br>*Co-Counsel to the Official Committee of*<br>*Unsecured Creditors* | **SILLS CUMMIS & GROSS P.C.**<br>Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>E-mail:  asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br><br>*Co-Counsel to the Official Committee of*<br>*Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

The undersigned hereby certifies the following pursuant to 28 U.S.C. § 1746:

1.  As of December 3, 2025, no answer, objection or other responsive pleading has been received with respect to the *Sixth Monthly Fee Statement of AlixPartners, LLP, Financial*

---

[1] The last four digits of Debtor New Rite Aid LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

20110351

*Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2025 Through October 31, 2025* [Docket No. 3254] (the "Monthly Fee Statement"), filed on November 18, 2025. The undersigned further certifies that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "Administrative Order"), objections to the Monthly Fee Statement were to be filed and served no later than December 2, 2025.

2. Pursuant to the Administrative Order, the Debtors are authorized to pay AlixPartners, LLP $36,854.00, which represents 80% of the $46,067.50 in fees requested in the Monthly Fee Statement, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

I certify under penalty of perjury that the foregoing statement is true and correct.

Dated: December 3, 2025

> */s/ Andrew Sherman, Esq.*
> **SILLS CUMMIS & GROSS P.C.**
> Andrew Sherman, Esq.
> Boris Mankovetskiy, Esq.
> Gregory Kopacz, Esq.
> One Riverfront Plaza
> Newark, New Jersey 07102
> Telephone: (973) 643-7000
> Email:  asherman@sillscummis.com
>   bmankovetskiy@sillscummis.com
>   gkopacz@sillscummis.com
>
> -and-

20110351

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (admitted *pro hac vice*)
Todd M. Goren, Esq. (admitted *pro hac vice*)
James H. Burbage, Esq. (admitted *pro hac vice*)
Jessica D. Graber, Esq. (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
    tgoren@willkie.com
    jburbage@willkie.com
    jgraber@willkie.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

3

20110351