**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 7, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on (ADRID: 30098821), Wasilauski, Ann whose address has been redacted in the interest of privacy.

- Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit A**

Dated: November 10, 2025

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 10, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

SRF 92978

**Exhibit A**

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| New Rite Aid, LLC (Case No. 25-14861) | 1740 Associates, L.L.C. (Case No. 25-14744) | 4042 Warrensville Center Road - Warrensville Ohio, Inc. (Case No. 25-14746) |
| 5277 Associates, Inc. (Case No. 25-14750) | 5600 Superior Properties, Inc. (Case No. 25-14753) | Apex Drug Stores, Inc. (25-14757) |
| Broadview and Wallings-Broadview Heights Ohio, Inc. (25-14763) | Drug Palace, Inc. (Case No. 25-14768) | Eckerd Corporation (25-14769) |
| EDC Drug Stores, Inc. (25-14773) | Ex Benefits, LLC (25-14776) | Ex Design, LLC (25-14782) |
| Ex Design Holdings, LLC (25-14779) | Ex Holdco, LLC (25-14788) | Ex Initiatives, LLC (25-14793) |
| Ex Options, LLC (25-14797) | Ex Pharmacy, LLC (25-14801) | Ex Procurement, LLC (25-14809) |
| Ex Rxclusives, LLC (25-14814) | Ex Savings, LLC (25-14818) | Ex Software, LLC (25-14822) |
| Ex Solutions of MO, LLC (25-14826) | Ex Solutions of NV, LLC (25-14828) | Ex Solutions of OH, LLC (25-14833) |
| Ex Tech, LLC (25-14743) | First Florida Insurers of Tampa, LLC (25-14748) | GDF, Inc.(25-14751) |
| Genovese Drug Stores, Inc. (25-14755) | Gettysburg and Hoover-Dayton, Ohio, LLC (25-14760) | Grand River & Fenkell, LLC (25-14764) |
| Harco, Inc. (25-14767) | Hunter Lane, LLC (25-14772) | ILG – 90 B Avenue Lake Oswego, LLC (25-14777) |
| JCG Holdings (USA), Inc. (25-14787) | JCG (PJC) USA, LLC (25-14781) | K & B, Incorporated (25-14819) |
| K & B Alabama Corporation (25-14792) | K & B Louisiana Corporation (25-14796) | K & B Mississippi Corporation (25-14804) |
| K & B Services, Incorporated (25-14807) | K & B Tennessee Corporation (25-14812) | K&B Texas Corporation (25-14824) |
| Lakehurst and Broadway Corporation (25-14831) | LMW - 90B Avenue Lake Oswego, Inc (25-14836) | Maxi Drug, Inc. (25-14843) |
| Maxi Drug North, Inc. (25-14838) | Maxi Drug South, L.P. (25-14840) | Maxi Green Inc.(25-14774) |
| Munson & Andrews, LLC (25-14784) | Name Rite, LLC (25-14790) | PDS-1 Michigan, Inc. (25-14803) |
| Perry Drug Stores, Inc. (25-14806) | P.J.C.Distribution, Inc. (25-14794) | P.J.C. Realty Co., Inc. (25-14799) |
| PJC Lease Holdings, Inc. (25-14808) | PJC Manchester Realty LLC (25-14813) | PJC of Massachusetts, Inc. (25-14816) |
| PJC of Rhode Island, Inc. (25-14820) | PJC of Vermont Inc. (25-14827) | PJC Peterborough Realty LLC (25-14832) |
| PJC Realty MA, Inc. (25-14835) | PJC Revere Realty LLC (25-14837) | PJC Special Realty Holdings,Inc. (25-14839) |
| RCMH LLC (25-14842) | RDS Detroit, Inc. (25-14846) | READ's Inc.(25-14847) |
| RediClinic Associates, Inc. (25-14848) | RediClinic LLC (25-14849) | RediClinic of Dallas-Fort Worth, LLC (25-14850) |
| RediClinic of DC, LLC (25-14851) | RediClinic of DE, LLC (25-14745) | RediClinic of MD, LLC (25-14747) |
| RediClinic of PA, LLC (25-14749) | RediClinic of VA, LLC (25-14752) | RediClinic US, LLC (25-14756) |
| Richfield Road - Flint, Michigan,LLC (25-14759) | Rite Aid Corporation (25-14731) | Rite Aid Drug Palace, Inc. (25-14762) |
| Rite Aid Hdqtrs. Corp. (25-14859) | Rite Aid Hdqtrs. Funding, Inc. (25-14860) | Rite Aid Lease Management Company (25-14765) |
| Rite Aid of Connecticut, Inc. (25-14770) | Rite Aid of Delaware, Inc. (25-14775) | Rite Aid of Georgia, Inc. (25-14780) |
| Rite Aid of Indiana, Inc. (25-14786) | Rite Aid of Kentucky, Inc. (25-14789) | Rite Aid of Maine, Inc. (25-14798) |
| Rite Aid of Maryland, Inc. (25-14800) | Rite Aid of Michigan, Inc. (25-14805) | Rite Aid of New Hampshire, Inc. (25-14810) |
| Rite Aid of New Jersey, Inc. (25-14730) | Rite Aid of New York, Inc. (25-14815) | Rite Aid of North Carolina, Inc. (25-14821) |

| Rite Aid of Ohio, Inc. (25-14825) | Rite Aid of Pennsylvania, LLC (25-14830) | Rite Aid of South Carolina, Inc. (25-14841) |
|---|---|---|
| Rite Aid of Tennessee, Inc. (25-14844) | Rite Aid of Vermont, Inc. (25-14754) | Rite Aid of Virginia, Inc. (25-14761) |
| Rite Aid of Washington, D.C. Inc. (25-14766) | Rite Aid of West Virginia, Inc. (25-14771) | Rite Aid Online Store, Inc. (25-14778) |
| Rite Aid Payroll Management, Inc. (25-14785) | Rite Aid Realty Corp. (25-14791) | Rite Aid Rome Distribution Center, Inc. (25-14795) |
| Rite Aid Specialty Pharmacy, LLC (25-14802) | Rite Aid Transport, Inc. (25-14811) | Rite Investments Corp. (25-14823) |
| Rite Investments Corp., LLC (25-14817) | Rx Choice, Inc. (25-14829) | Rx USA, Inc. (25-14834) |
| The Bartell Drug Company (25-14845) | The Jean Coutu Group (PJC) USA, Inc. (25-14852) | The Lane Drug Company (25-14854) |
| Thrift Drug, Inc. (25-14853) | Thrifty Corporation (25-14855) | Thrifty Ice Cream, LLC (25-14856) |
| Thrifty PayLess, Inc.  (25-14857) | | |

Modified Official Form 410
==========================

# Proof of Claim

4/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? 

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name
Number       Street
City                State         ZIP Code
Contact phone
Contact email

Uniform claim identifier (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**Where should payments to the creditor be sent?** (if different)

Name
Number       Street
City                State         ZIP Code
Contact phone
Contact email

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ___ / ___ / ___
                                                                               MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing?

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. **Is all or part of the claim secured?** | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**: $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>❏ Fixed<br>❏ Variable |
| 10. **Is this claim based on a lease?** | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. **Is this claim subject to a right of setoff?** | ❏ No<br>❏ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br>❏ Yes. *Check one:* | **Amount entitled to priority** |
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❏ No<br>❏ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏  I am the creditor.
❏  I am the creditor's attorney or authorized agent.
❏  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                        MM / DD / YYYY

_____
Signature

**Name of the person who is completing and signing this claim:**

Name        _____
              First name            Middle name              Last name

Title       _____

Company     _____
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
              Number       Street
              _____
              City                             State       ZIP Code

Contact phone  _____    Email  _____

**Proof of Claim**                                                                 page 3

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                                       12/24

---

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.ra.kroll.com/RiteAid2025/.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**
**If by first class mail:**
New Rite Aid, LLC Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
New Rite Aid, LLC Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**