**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al*.,<br>                  Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON DECEMBER 8, 2025 AT 11:30 A.M. (ET)**

To:    All Parties Receiving Electronic Notification of Filing
        via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

I.  **CONTESTED MATTERS GOING FORWARD**

1. Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3166]

    Related Documents

    A. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 3168]

    B. RAD Sub-Trust B's Reply in Support of Motion for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3478]

    Responses/Objections

    A. Debtors' Objection to the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3471]

    **Status:**  This matter is going forward with permission of the Court.

2. Motion for Immediate Payment of Post-Petition Expenses Under Section 365(d)(3) [Docket No. 3190]

    Related Documents

    A. Declaration of Robert R. Yoder, Trustee of the RWY Trust [Docket No. 3191]

    B. Joint Stipulation of Facts in Connection with RWY Trust's Motion for Immediate Payment of Post-Petition Expenses Under Section 365(d)(3) [Docket No. 3489]

    Responses/Objections

    A. Debtors' Objection to RWY Trust's Motion for Immediate Payment of Post-Petition Expenses Under Section 365(d)(3) [Docket No. 3479]

    **Status:**  This matter is going forward with permission of the Court.

**II.   MATTERS NOT GOING FORWARD**

   3. Order to Show Cause as to Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 2997]

     <u>Responses/Objections</u>

      A. Response of Mass Jaz LLC to Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3184]

      B. Joint Letter to Honorable Michael B. Kaplan in Response to Order to Show Cause as to Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3185]

      C. Response of ERX Network, LLC to Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3194]

      D. Response of the United States Trustee to the Court's Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3198]

     **Status:** This matter has been adjourned to December 15, 2025 at 10:00 a.m.

*[Remainder of page intentionally left blank]*

Dated: December 5, 2025

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*