| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on December 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF
STONEBRIER COMMERCIAL L.P.**

The relief set forth on the following page, numbered three (3) through four (4), is

**ORDERED**.

**DATED: December 8, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

Debtors:        NEW RITE AID, LLC, *et al.*
Case No.        25-14861 (MBK)
Caption of Order:   CONSENT ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF STONEBRIER COMMERCIAL L.P

---

Upon *Stonebrier Commercial L.P.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(7) and § 503(b)(9) and for Payment of Administrative Expense Claim* [Docket No. 2218] (the "Motion") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the parties having agreed to resolve the Motion consensually through the submission of this order (the "Order"); and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is RESOLVED as set forth herein.

2. Stonebrier Commercial L.P. ("Landlord") shall be deemed to have an allowed administrative expense claim in the amount of $15,500.00 (the "Allowed Administrative Claim"), in full and final satisfaction of any and all administrative expenses or claims, pursuant to sections 365(d)(3), 503(b) or 507 of the Bankruptcy Code including, but not limited to, the claims asserted in the Motion.

3. The Allowed Administrative Claim shall be paid in accordance with the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates* [Docket No. 3215] and *Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates*

(Page | 4)
Debtors:         NEW RITE AID, LLC, *et al*.
Case No.         25-14861 (MBK)
Caption of Order: CONSENT ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF STONEBRIER COMMERCIAL L.P

---

*(Technical Modifications)* [Docket No. 3445] or in accordance with any other order of this Court, including any order resolving the Debtors' chapter 11 cases.

  4.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.