| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **COLE SCHOTZ P.C.** |
| Andrew N. Rosenberg (admitted *pro hac vice*) | Michael D. Sirota, Esq. |
| Alice Belisle Eaton (admitted *pro hac vice*) | Warren A. Usatine, Esq. |
| Christopher Hopkins (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Sean A. Mitchell (admitted *pro hac vice*) | Seth Van Aalten, Esq. (admitted *pro hac vice*) |
| 1285 Avenue of the Americas | Court Plaza North, 25 Main Street |
| New York, New York 10019 | Hackensack, New Jersey 07601 |
| Telephone: (212) 373-3000 | Telephone: (201) 489-3000 |
| Facsimile: (212) 757-3990 | msirota@coleschotz.com |
| arosenberg@paulweiss.com | wusatine@coleschotz.com |
| aeaton@paulweiss.com | fyudkin@coleschotz.com |
| chopkins@paulweiss.com | svanaalten@coleschotz.com |
| smitchell@paulweiss.com | |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF KROLL RESTRUCTURING ADMINISTRATION LLC**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the September 1, 2025 through September 30, 2025, monthly fee statement [Docket No. 3124] (the "Monthly Fee Statement") of Kroll Restructuring Administration LLC ("Kroll"), filed on October 28, 2025, were to be filed and served not later than November 11, 2025. I, Gabriel Brunswick, certify that, as of December

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

8, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.

DATED:    December 8, 2025          */s/ Gabriel Brunswick*
                                    Gabriel Brunswick
                                    Associate General Counsel
                                    Kroll Restructuring Administration LLC