# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| NEW RITE AID, LLC | Case Number: 25-14861 |
| | Civil Number: 25-CV-17413-RK |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal    ☐ Order being Appealed    ☒ Appellee's Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on November 12, 2025. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Bayer Healthcare, LLC | Appellee(s): | NEW RITE AID, LLC |
| Attorney: | Rebecca R. Starner, Esq. | Attorney: | Michael D. Sirota & Warren A. Usatine |
| Address: | 1801 Pennsylvania Ave., NW, Suite 1000 | Address: | Court Plaza North, 25 Main Street |
| | Washington, DC 20006 | | Hackensack, NJ 07601 |

Title of Order Appealed: #2878 Order Approving The Sale of the Retained Preference Claims Torad-Sub-Trust A. Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief

Date Entered On Docket: October 15, 2025

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 25-CV-14757 | Judge Robert Kirsch | August 20, 2025 |
| 25-CV-17041 | Judge Robert Kirsch | October 30, 2025 |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

rev. 8/28/17