| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(a) |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Jennifer R. Hoover (NJ No. 026502001) <br> Continental Plaza II <br> 411 Hackensack Ave., 3rd Floor <br> Hackensack, NJ 07601-6323 <br> Telephone: (302) 442-7010 <br> Facsimile: (302) 442-7012 <br> Email: jhoover@beneschlaw.com <br><br> **JEFFER MANGELS BUTLER & MITCHELL LLP** <br> THOMAS M. GEHER (CA Bar No. 130588) <br> (*Pro Hac Vice*) <br> 1900 Avenue of the Stars, 7th Floor <br> Los Angeles, California 90067-4308 <br> Telephone:    (310) 203-8080 <br> Facsimile:    (310) 203-0567 <br> Email: tgeher@jmbm.com <br><br> *Counsel to Canyon Crest Towne Centre, LLC* |

| | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, et al, [1], <br><br>             Debtors. | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

27990302

PLEASE TAKE NOTICE that Thomas M. Geher, Esquire of Jeffer Mangels Butler & Mitchell LLP, 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067 hereby withdraws his appearance as attorney for Canyon Crest Towne Centre, LLC, interested party in the above-entitled action. Debtor has rejected the respective real property leases with Canyon Crest Towne Centre, LLC. As such, counsel of Canyon Crest Towne Centre, LLC respectfully requests to be withdrawn from electronic notifications in the within case.

Date: December 11, 2025

Jennifer R. Hoover (NJ No. 026502001)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com

 /s/ Thomas M. Geher
THOMAS M. GEHER (admitted p*ro hac vice*)
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567
Email: tgeher@jmbm.com

*Counsel to Canyon Crest Towne Centre, LLC*

## **CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on this 11th day of December, 2025, I caused the foregoing *Notice of Withdrawal of Pro Hac Vice Counsel and Request for Removal from Electronic Notification* to be served by this Court's CM/ECF system.

                                            */s/ Jennifer R. Hoover*
                                            Jennifer R. Hoover (NJ No. 026502001)