**Enlarged City School District of Troy**
518 - 328 - 5042

**Notice of 2025 School Tax**

| | |
|---|---|
| HVP 2 LLC | SBL:    123.29-1-3 |
| PO BOX 3165 | ADDR: 83 VANDENBURGH AVE |
| HARRISBURG, PA 17105 | SWIS:   381700 Troy |
| | Bill #:   2025-005995 |

**MAIL PAYMENT WITH REMITTANCE STUB TO:**    **ASSESSMENT INFORMATION**

| | | |
|---|---|---|
| Tax Processing Unit | Full Market Value as of     March 01, 2025 | $7,328,767.00 |
| Enlarged CSD of Troy | Total Assessed Value as of  July 01, 2025 | $4,280,000.00 |
| PO Box 12185 | Uniform Percentage of Value | 58.40 |
| Albany, NY 12212 - 2185 | | |

**PROPERTY TAXES**

| | Taxable Assessed Before STAR | Rate per $1000 | Non-Homestead Rate per $1000 | Taxes Due |
|---|---|---|---|---|
| Exemption | Ex Amt | | | |
| Sch | $4,280,000.00 | 22.73368 | | $97,300.15 |
| | | | **Total Tax Due:** | **$97,300.15** |

---

**SEND STUB WITH PAYMENT**    **2025 - 2026 SCHOOL TAX INSTALLMENT #2**    123.29-1-3

Mark here [ ] for receipt    Enlarged City School District of Troy
DUE WITHOUT PENALTY BY Mar 02, 2026


2025-005995-2

| If Paid Between | Penalty Amt | Total Due |
|---|---|---|
| **Aug 01 - Mar 02** | $0.00 | $48,650.07 |
| Mar 03 - Mar 31 | $486.50 | $49,136.57 |

---

**SEND STUB WITH PAYMENT**    **2025 - 2026 SCHOOL TAX INSTALLMENT #1**    123.29-1-3

Mark here [ ] for receipt    Enlarged City School District of Troy
DUE WITHOUT PENALTY BY Sep 02, 2025

2025-005995-1

| If Paid Between | Penalty Amt | Total Due | If Paid Between | Penalty Amt | Total Due |
|---|---|---|---|---|---|
| **Aug 01 - Sep 02** | $0.00 | $48,650.08 | Dec 01 - Dec 31 | $1,946.00 | $50,596.08 |
| Sep 03 - Sep 30 | $486.50 | $49,136.58 | Jan 01 - Jan 31 | $2,432.50 | $51,082.58 |
| Oct 01 - Oct 31 | $973.00 | $49,623.08 | Feb 01 - Mar 02 | $2,919.00 | $51,569.08 |
| Nov 01 - Nov 30 | $1,459.50 | $50,109.58 | Mar 03 - Mar 31 | $3,405.51 | $52,055.59 |