***** KVS STANDARD LIVE ON TROYCHKVS SERVER ***** - City of Troy, NY

```
TCIQ14/CS/V03/L023              City of Troy                      DATE: 09/25/25
TERMINAL NO: 000             UB Account Summary                   TIME: 16:20:16

Yr: 2025 Seq: 52  Bill:    3704          Bank :
Owner: HVP2 LLC                          Id: 381700 123.29-1-3
                                         Loc:83 VANDENBURGH AVE
Acct#: 5206090921                        Penalty as of  Acct Tot:       $214.89
Bill Dt     Cons/Cd     Charge     Adjust    09/25/2025    Payment     Balance
09/12/25     5000 E      97.10       0.00         0.00        0.00       97.10
           *Mtr Read Fr: 04/15/25 To: 07/23/25 CNS    5000 E
06/13/25     4313 A      96.70       0.00         9.91        0.00      106.61
           *Mtr Read Fr: 01/14/25 To: 04/15/25 CNS    4313 A
03/14/25     3145 A      96.70       0.00         6.35       91.87-      11.18
           *Mtr Read Fr: 10/15/24 To: 01/14/25 CNS    3145 A
01/10/25     3273 A      91.23       0.00         0.00       91.23-       0.00
           *Mtr Read Fr: 07/24/24 To: 10/15/24 CNS    3273 A
09/13/24     3507 A      91.23      91.23-        0.00        0.00        0.00
           *Mtr Read Fr: 04/23/24 To: 07/24/24 CNS    3507 A
06/14/24     3614 A      91.23       0.00        14.34      105.57-       0.00
           *Mtr Read Fr: 01/22/24 To: 04/23/24 CNS    3614 A
03/15/24     3377 A      91.23       0.00        13.91      105.14-       0.00
                                            *** More Transactions On Next Screen ***
  1 Rtrn  |  2 Det  |  3 Mnt  |  4 Summry  |  5 DtHist  |  6 Print  |  7 PenDt  |  8 Fwd
 ESC Cancel                                                          ^8 PrpPd  | ^9 PrpSum
```