| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on December 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# FORTY-FIRST ORDER APPROVING THE REJECTION
# OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
# LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is

**ORDERED**.

**DATED: December 12, 2025**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Forty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Final Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No.776] (the "Final Procedures Order")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Final Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Final Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agree; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Final Procedures Order.

(Page | 4)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: Forty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

---

shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' Personal Property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided, however*, that nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, to the extent the Debtors seek to abandon Personal Property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such Personal Property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability

(Page | 5)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: Forty-First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty (30) calendar days after the later of (a) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

## Rejected Contracts[1,2]

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 1. | ABBOTT DIABETES CARE INC | RITE AID HDQTRS. CORP. | FOURTH AMENDMENT TO THE DATA SERVICE AGREEMENT DATED 01/01/2023 | 10/6/2025 |
| 2. | ABBOTT DIABETES CARE INC | RITE AID HDQTRS. CORP. | MASTERS SERVICES AGREEMENT | 10/6/2025 |
| 3. | ABBOTT DIABETES CARE INC | RITE AID HDQTRS. CORP. | RETAIL CHARGEBACK AGREEMENT AND ALL AMENDMENTS | 10/6/2025 |
| 4. | ABBOTT DIABETES CARE INC. | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 5. | ACCU-TIME SYSTEMS, INC | RITE AID HDQTRS. CORP. | SALES ORDER DATED 09/09/2022 | 10/6/2025 |
| 6. | AGILENCE | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 7. | AGILENCE, INC. | RITE AID ONLINE STORE, INC. | STATEMENT OF WORK (SOW) | 10/6/2025 |

---

1   For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.

2   The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 8. | ALERT MEDIA | RITE AID HDQTRS. CORP. | PROPOSAL AND TERMS OF SERVICE AGREEMENT | 10/6/2025 |
| 9. | AMERICAN RX GROUP LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT DATED 06/15/2018 | 10/6/2025 |
| 10. | APPRISS HEALTH | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO THE STATEMENT OF WORK DATED 08/16/2023 | 10/6/2025 |
| 11. | APPRISS HEALTH | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 12. | APPRISS HEALTH | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT DATED 01/12/2009 | 10/6/2025 |
| 13. | APPRISS HEALTH | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT DATED 09/16/2013 | 10/6/2025 |
| 14. | APPRISS HEALTH | RITE AID HDQTRS. CORP. | STATEMENT OF WORK FOR SERVICES RELATED TO BMP GATEWAY AND NARXCARE DATED 08/16/2018 | 10/6/2025 |
| 15. | APPRISS INSIGHTS LLC | RITE AID CORPORATION | MASTER AGREEMENT RENEWAL | 10/6/2025 |
| 16. | BEYONDTRUST (VENDOR # 23188) | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 17. | BLUEFLETCH LLC | RITE AID HDQTRS. CORP. | SOFTWARE LICENSE AND MAINTENANCE AGREEMENT DATED 08/02/2022 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 18. | CALIBRATION GROUP | RITE AID HDQTRS. CORP. | TERMINATION | 10/6/2025 |
| 19. | CONTROL RISKS GROUP, LLC | RITE AID HDQTRS. CORP. | FINAL-CONTROL RISKS GROUP MASTER PURCHASE AGREEMENT CONTRACT RENEWAL | 10/6/2025 |
| 20. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO MAINTENANCE SERVICES AGREEMENT DATED 07/31/2015 | 10/6/2025 |
| 21. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MAINTENANCE SERVICES WORK PROFILE TO MASTER AGREEMENT DATED 06/10/2021 | 10/6/2025 |
| 22. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MAINTENANCE SERVICES WORK PROFILE TO MASTER SERVICE AGREEMENT DATED 12/31/2019 | 10/6/2025 |
| 23. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | AMENDMENT TO MASTER PURCHASE AGREEMENT DATED 06/08/2021 | 10/6/2025 |
| 24. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | MAINTENANCE SERVICES WORK PROFILE - PART OF MASTER AGREEMENT DATED 07/01/2012 | 10/6/2025 |
| 25. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | MAINTENANCE SERVICES WORK PROFILE TO MASTER AGREEMENT DATED 07/01/2012 | 10/6/2025 |
| 26. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 01/25/2010 | 10/6/2025 |
| 27. | CROSSCOM NATIONAL LLC | RITE AID HDQTRS. CORP. | MASTER PURCHASE AGREEMENT DATED 01/25/2010 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 28. | DATALOADER.IO | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 29. | DATALOADER.IO | RITE AID HDQTRS. CORP. | NEW CONTRACT | 10/6/2025 |
| 30. | DATAMAX SYSTEM SOLUTIONS | RITE AID HDQTRS. CORP. | BILL OF SALE NEW CONTRACT | 10/6/2025 |
| 31. | DIVERSIFIED COMPUTER SYSTEMS, INC. ("DCSI") | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 32. | EN-VISION AMERICA INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 1 TO PRODUCT SUPPLY AGREEMENT DATED 04/13/2021 | 10/6/2025 |
| 33. | EN-VISION AMERICA INC | RITE AID HDQTRS. CORP. | AMENDMENT NO. 2 TO STANDARD APLS SUPPLY AGREEMENT DATED 05/30/2023 | 10/6/2025 |
| 34. | EN-VISION AMERICA INC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 35. | FIRST DATA MERCHANT SERVICES | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 36. | GOVDOCS | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | 10/6/2025 |
| 37. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 38. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 39. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 40. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 41. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 42. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 43. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 44. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 45. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 46. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |
| 47. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | STATEMENT OF WORK (SOW) | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 48. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | GUIDEPOINT SAILPOINT ES 211794-1 NEW CONTRACT | 10/6/2025 |
| 49. | GUIDEPOINT SECURITY | RITE AID HDQTRS. CORP. | PINGONE CAIM IMPLEMENTATION_20241029_CHANGE ADDENDUM AMENDMENT | 10/6/2025 |
| 50. | GUIDEPOINT SECURITY LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | 10/6/2025 |
| 51. | GUIDEPOINT SECURITY LLC | RITE AID HDQTRS. CORP. | CHANGE ORDER TO THE SOW CONTRACT AMENDMENT | 10/6/2025 |
| 52. | HELPSYSTEMS | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT | 10/6/2025 |
| 53. | HELPSYSTEMS | RITE AID CORPORATION | QUOTE | 10/6/2025 |
| 54. | HELPSYSTEMS | RITE AID HDQTRS. CORP. | RITE AID PURCHASE ORDER | 10/6/2025 |
| 55. | HUGHES_NETWORK_SYSTEMS_INC | RITE AID HDQTRS. CORP. | STIPULATION ORDER WITH HUGHES RE CURE OBJECTION AND AMDT TO MSA CONTRACT RENEWAL | 10/6/2025 |
| 56. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | ADDENDUM A – PRICING AND FEES DATED 01/01/2022 | 10/6/2025 |
| 57. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | AGREEMENT BETWEEN RITE AID HDQTRS. CORP. AND JACKSON AND COKER LOCUMTENENS, LLC DATED 05/20/2010 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 58. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CLIENT AGREEMENT ADDENDUM | 10/6/2025 |
| 59. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CLIENT AGREEMENT ADDENDUM DATED 01/01/2023 | 10/6/2025 |
| 60. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM | 10/6/2025 |
| 61. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM DATED 03/08/2017 | 10/6/2025 |
| 62. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM DATED 05/20/2010 | 10/6/2025 |
| 63. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM DATED 11/30/2011 | 10/6/2025 |
| 64. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | MASTER SERVICES AGREEMENT; ADDENDUM TO MSA 2023 | 10/6/2025 |
| 65. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | OVERSIGHT AND REVIEW SERVICES CLIENT AGREEMENT DATED 03/12/2019 | 10/6/2025 |
| 66. | JACKSON & COKER HOLDINGS LLC | RITE AID HDQTRS. CORP. | RITE AID AGREEMENT DATED 08/12/2008 | 10/6/2025 |
| 67. | LANGUAGE LINE SERVICES | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT DATED 11/08/2017 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 68. | LANGUAGE SCIENTIFIC, INC | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 69. | LEXIS NEXIS STATE NET | RITE AID HDQTRS. CORP. | STATE NET SERVICES ORDER FORM CONTRACT RENEWAL | 10/6/2025 |
| 70. | LEXIS NEXIS STATE NET | RITE AID HDQTRS. CORP. | STATE NET SERVICES ORDER FORM CONTRACT RENEWAL | 10/6/2025 |
| 71. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 1 TO MASTER SERVICE AGREEMENT DATED 10/02/2014 | 10/6/2025 |
| 72. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 2 TO MASTER SERVICE AGREEMENT DATED 09/24/2015 | 10/6/2025 |
| 73. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 3 TO MASTER SERVICE AGREEMENT DATED 06/05/2017 | 10/6/2025 |
| 74. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 4 TO MASTER SERVICE AGREEMENT DATED 10/25/2017 | 10/6/2025 |
| 75. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 5 TO MASTER SERVICE AGREEMENT AND STATEMENT OF WORK DATED 08/13/2021 | 10/6/2025 |
| 76. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT 6 TO MASTER SERVICE AGREEMENT DATED 02/27/2022 | 10/6/2025 |
| 77. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER SEVEN TO STATEMENT OF WORK | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 78. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | MASTER SERVICE AGREEMENT DATED 05/02/2011 | 10/6/2025 |
| 79. | LEXMARK INTERNATIONAL INC | RITE AID HDQTRS. CORP. | SELF MAINTENANCE AGREEMENT DATED 04/27/2009 | 10/6/2025 |
| 80. | LEXMARK, INC | RITE AID HDQTRS. CORP. | LEXMARK AMENDMENT 8 CONTRACT RENEWAL | 10/6/2025 |
| 81. | LIVE ACTION | RITE AID HDQTRS. CORP. | QUOTE & SOFTWARE LICENSE AGREEMENT LICENSE AGREEMENT | 10/6/2025 |
| 82. | LP SOFTWARE | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 83. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 2 TO THE APPLICATION SERVICES AGREEMENT | 10/6/2025 |
| 84. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 3 TO APPLICATION SERVICES AGREEMENT | 10/6/2025 |
| 85. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | AMENDMENT NUMBER 4 TO APPLICATION SERVICES AGREEMENT | 10/6/2025 |
| 86. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | APPLICATION SERVICES AGREEMENT | 10/6/2025 |
| 87. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 05/02/2023 | 10/6/2025 |

| # | Non-Debtor Counterparty | Debtor Party | Contract Description | Rejection Effective Date |
|---|---|---|---|---|
| 88. | LP SOFTWARE INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK NUMBER 6 | 10/6/2025 |
| 89. | M3 CONSULTING INC. | RITE AID HDQTRS. CORP. | M3 INFORMIX RITEAID SOW STATEMENT OF WORK (SOW) | 10/6/2025 |
| 90. | M3 CONSULTING INC. | RITE AID HDQTRS. CORP. | M3 SQL RITEAID SOW BMANNAR 2025 CONTRACT RENEWAL | 10/6/2025 |
| 91. | M3 CONSULTING, INC. | RITE AID HDQTRS. CORP. | AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT | 10/6/2025 |
| 92. | M3 CONSULTING, INC. | RITE AID HDQTRS. CORP. | BUSINESS ASSOCIATE AGREEMENT | 10/6/2025 |
| 93. | M3 CONSULTING, INC. | RITE AID HDQTRS. CORP. | BUSINESS CONSULTING AGREEMENT DATED 04/30/2022 | 10/6/2025 |
| 94. | M3 CONSULTING, INC. | RITE AID HDQTRS. CORP. | PROFESSIONAL SERVICE AGREEMENT DATED 10/23/2007 | 10/6/2025 |
| 95. | M3 CONSULTING, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK DATED 04/30/2022 | 10/6/2025 |