# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: _____

**Current date and time**: _____

**New date and time**: _____

**Additional Notes**:

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address:  Courtroom No. ___

**Court Appearances**:    Required by Zoom ***          Required In-Person

Required by Telephone          Are NOT Required

May be either In-Person or remotely via

***To appear remotely, parties must request panelist status by emailing Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Telephonic information for observation purposes can be found on the page on the Court website devoted to the New Rite Aid, LLC case: https://www.njb.uscourts.gov/riteaid2.