| United States Bankruptcy Court<br>District of New Jersey | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re: | Chapter 11<br><br>Case Number: | |

| NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed. |
|---|

| Name of Creditor:<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

☐ Goods Sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly) **Lease**

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate      ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
   If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>_____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).                   *rev.8/1/15*

**Schedule to Proof of Claim of**
**Realty Income Properties 16, LLC**

**In re: Thrifty PayLess, Inc.**
**Chapter 11 - Case No. 25-14857-MBK**
**United States Bankruptcy Court for the District of New Jersey**

This Schedule supplements the information stated on the accompanying Proof of Claim and shall constitute a part of the Proof of Claim.

I.  **Basis for the Claim**

Debtor Thrifty PayLess, Inc., as tenant ("**Debtor**" or "**Tenant**"), leased that certain premises located at 1514 SW Highland Ave, Redmond, OR 97556 (the "**Premises**") from Landlord Realty Income Properties 16, LLC (and any successor thereto, "**Landlord**"), pursuant to an unexpired nonresidential real property lease (as amended, modified, or supplemented from time to time, collectively, the "**Lease**"). A true and correct copy of the Lease is available upon request.

Debtor and various of its affiliates each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 5, 2025 (the "Petition Date") in the United States Bankruptcy Court for the District of New Jersey, which cases are being jointly administered under Case No. 25-14861-MBK entitled *In re New Rite Aid, LLC, et al.* (the "**Lead Bankruptcy Case**").

On July 24, 2025, an *Order Authorizing the Assumption and Assignment of Certain Leases in Furtherance of the Sale to CVS Pharmacy, Inc. [Store Nos. 5297, 5375, 5394 & 6956]* [Docket No. 1546] (the "**Assignment Order**") was entered in the Lead Bankruptcy Case. Pursuant to the Assignment Order, the Lease was deemed assigned to Oregon CVS Pharmacy, L.L.C. effective as of September 29, 2025 (the "**Effective Date**"). The Assignment Order provides for a cure amount of $32,000.00 to be paid by Debtor to Landlord (the "**Cure Amount**"), representing the Debtor's payment obligation under the Lease arising prior to June 30, 2025. The Cure Amount does not include Debtor's payment obligations under the Lease arising after June 30, 2025.

Pursuant to the Lease, the Debtor was required to make certain property tax payments arising out of the use and/or operation of the Premises. Certain amounts remain due and owing for the period of time following June 30, 2025, through the Effective Date. Landlord seeks an administrative expense claim for 2025 real property taxes that remain due and owing for the period of time following the June 30, 2025, through the Effective Date (the "**Real Property Tax Obligation**").

Around October 2025, Deschutes County, Oregon, where the Premises is located, assessed real property taxes for the 2025 fiscal year to be billed and payable by November 17, 2025. A copy of the 2025 real property tax bill (the "**Tax Bill**") is attached as **Exhibit A**.

The amount of the Real Property Tax Obligation is $15,859.03. A calculation of the Real Property Tax Obligation is set forth in **Exhibit B**.

## II. Calculation and Classification of the Claim

Thus, under the Lease, Landlord is owed a sum of not less than **$15,859.03** on account of 2025 real property taxes for the period from July 1, 2025 to the Effective Date (the "**Administrative Property Tax Claim**"). The Administrative Property Tax Claim is entitled to administrative expense priority pursuant to Sections 503(b) and 365(d)(3) of the Bankruptcy Code for the Debtors' continued use and occupancy of the Premises on and from July 30, 2025, through the Effective Date.

## III. Reservation of Rights

Landlord reserves the right to supplement and/or amend this Proof of Claim to include amounts not stated above, including, without limitation, costs, expenses, attorneys' fees, and any other charges or amounts due, as appropriate, under applicable bankruptcy and non-bankruptcy law. Landlord reserves all of its rights and remedies, including, without limitation, the right to amend this claim from time to time to reflect additional charges, adjustments and the like, due and payable under the Lease, as the same become quantified, known or available. Landlord further reserves the general right to amend, supplement, or modify this claim as to amount or classification, or to add additional exhibits.

Landlord also reserves the right to amend this Proof of Claim (and any Proof of Claim that it files, has filed or may file in the Debtor's bankruptcy case) to make such claim a secured claim by virtue of Landlord's right to setoff, offset or recoup the amount thereof under 11 U.S.C. § 553 or otherwise, or to otherwise assert a defense of setoff, offset and/or recoupment against any claims, defenses or offsets that the Debtor or any other party may assert against Landlord.

By filing this Proof of Claim, Landlord does not (i) submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim, (ii) waive (and expressly reserves) all of its procedural and substantive defenses to any claim that may be asserted against it by the Debtor, any trustee of the estate, or any other person, including, without limitation, any defense based upon the lack of jurisdiction of the Bankruptcy Court to entertain any such claim, and (iii) waive (and expressly reserves) any claim, interest, right, or right of action that Landlord has or might have against any one or more of the Debtors, whether such claim, interest, right, or right of action arises prior to, upon, or after the Petition Date.

## IV. Notice

Notices or pleadings related to this or any other Proof of Claim should be sent to the following parties at the listed addresses:

Realty Income Corporation
Attention: Legal Department
11995 El Camino Real
San Diego, CA 92130

2

Further, any distribution(s) or payment(s) made on account of this claim should be sent to the following party at the listed address:

Realty Income Corporation
Attention: Legal Department
11995 El Camino Real
San Diego, CA 92130

# EXHIBIT A

REAL PROPERTY TAX STATEMENT
JULY 1, 2025 TO JUNE 30, 2026
DESCHUTES COUNTY, OREGON
1300 NW WALL ST STE 203, BEND, OR 97703

TAX ACCOUNT: 124027

REALTY INCOME PROPERTIES 16 LLC
ATTN: PM DEPT #5092
11995 EL CAMINO REAL
SAN DIEGO CA  92130

PROPERTY DESCRIPTION
CODE: 2001   MAP: 151316-CB-04700   CLASS: 201
SITUS ADDRESS: 1514 SW HIGHLAND AVE REDMOND
LEGAL: SOUTH MORELAND ACRES  PTS 1-5

| VALUES: | LAST YEAR | THIS YEAR |
|---|---|---|
| REAL MARKET (RMV) | | |
| LAND | 1,804,260 | 2,165,110 |
| STRUCTURES | 5,376,180 | 5,120,570 |
| TOTAL RMV | 7,180,440 | 7,285,680 |
| MAXIMUM ASSESSED VALUE | 3,157,260 | 3,251,970 |
| TOTAL ASSESSED VALUE | 3,157,260 | 3,251,970 |
| ASSESSED VALUE | 3,157,260 | 3,251,970 |
| TOTAL PROPERTY TAX: | 63,615.02 | 66,306.35 |

### TAX BY DISTRICT

| | |
|---|---|
| SCHOOL DISTRICT #2J | 15,096.95 |
| C O C C | 1,864.03 |
| HIGH DESERT ESD | 289.75 |
| EDUCATION TOTAL: | 17,250.73 |
| DESCHUTES COUNTY | 3,840.58 |
| COUNTY LIBRARY | 1,652.65 |
| COUNTYWIDE LAW ENFORCEMENT | 3,755.70 |
| COUNTY EXTENSION/4H | 67.64 |
| 9-1-1 | 1,087.13 |
| DESCHUTES SOIL & WATER CONSERVATION | 180.48 |
| CITY OF REDMOND | 13,249.18 |
| REDMOND DWNTWN URBAN RENEWAL | 2,881.57 |
| REDMOND SOUTH 97 URBAN RENEWAL | 1,029.57 |
| REDMOND FIRE & RESCUE | 5,270.14 |
| REDMOND FIRE & RESCUE LOCAL OPTION | 2,438.98 |
| REDMOND AREA PARK & REC DISTRICT | 1,117.05 |
| GENERAL GOVT TOTAL: | 36,570.67 |
| COUNTY LIBRARY BOND | 1,025.67 |
| CITY OF REDMOND BOND 2022 | 2,010.69 |
| REDMOND AREA PARK & REC DIST BOND | 1,772.97 |
| SCHOOL #2J BOND 2008 | 4,715.03 |
| SCHOOL #2J BOND 2021 | 677.71 |
| SCHOOL #2J BOND 2025 | 2,029.55 |
| C O C C BOND | 253.33 |
| BONDS - OTHER TOTAL: | 12,484.95 |

---

This is your copy and not a bill if your mortgage company is responsible for paying your taxes. This statement was sent to: Corelogic Commercial Tax

| | |
|---|---|
| TAX QUESTIONS | (541) 388-6540 |
| ASSESSMENT QUESTIONS | (541) 388-6508 |
| For Property Information: | dial.deschutes.org |

**Full Payment with 3% Discount      $64,317.16**
Discount is lost after due date and interest may apply
PAYMENT OPTIONS:
* Online       www.deschutes.org/tax
* By Mail      Deschutes County Tax, PO Box 7559
               Bend OR 97708-7559
* Drop Box     1300 NW Wall St, Bend
               411 SW 9th St, Redmond
               51340 Highway 97, La Pine
* In Person    1300 NW Wall St, Ste 203, Bend (2nd Floor)

*Please include this coupon with payment. Please do not staple, paper clip or tape your payment.*

## Payment Due November 17, 2025

Please select payment option                                          TAX ACCOUNT: 124027

| | | |
|---|---|---|
| ☐ Full Payment (3% Discount)<br>No Additional Payment Due | $64,317.16 | REALTY INCOME PROPERTIES 16 LLC<br>ATTN: PM DEPT #5092<br>11995 EL CAMINO REAL<br>SAN DIEGO CA  92130 |
| ☐ Two-Thirds Payment (2% Discount)<br>Next Payment Due  05/15/26 | $43,320.15 | |
| ☐ One-Third Payment (No Discount)<br>Next Payment Due  02/17/26 | $22,102.12 | ☐ Change my Mailing Address<br>(Mailing address change form on reverse) |

**THIS IS NOT A BILL
IF LENDER IS SCHEDULED TO PAY**

Deschutes County Tax Collector
PO Box 7559
Bend OR 97708-7559

0910000124027000221021200043320150006431716 2

# EXHIBIT B

Thrifty PayLess, Inc.
1514 SW Highland Ave, Redmond, OR 97556
Landlord:  Realty Income Properties 16, LLC
Effective Date of Assignment to Oregon CVS Pharmacy, L.L.C.:  09/29/25

## Real Property Taxes (Pro-Rated)

| | |
|---|---:|
| Real Property Taxes (07/01/25-06/30/26) | 64,317.16 |
| Real Property Taxes (07/01/25-06/30/26) Per Diem | 176.21 |
| Real Property Taxes (07/01/25-09/28/25) Prorated for 90 days | 15,859.03 |
| **TOTAL ADMINISTRATIVE CLAIM FOR REAL PROPERTY TAXES:** | **15,859.03** |