# Exhibit A

**Schedule of Assumed Executory Contracts and Unexpired Leases**

This **Exhibit A**[1] contains the Schedule of Assumed Executory Contracts and Unexpired Leases,[2] which includes those Executory Contracts and Unexpired Leases proposed to be assumed by, or assumed and assigned to, the Reorganized Debtors, Wind-Down Debtors, and Rite Aid Plan Sponsor Entity as set forth on **Exhibit A-1**, **Exhibit A-2**, and **Exhibit A-3** respectively. As set forth in the Plan, unless an Executory Contract or Unexpired Lease is specifically included in this **Exhibit A** (or otherwise within the categories listed in the following provisos (a) through (f) of Article V.A of the Plan), **such Executory Contract or Unexpired Lease shall be rejected as of the Effective Date in accordance with the following provisions of the Plan**.

Article V.A of the Plan provides as follows:

> On the Effective Date, except as otherwise provided herein, each Executory Contract or Unexpired Lease not previously assumed, assumed and assigned, or rejected (including any Executory Contract or Unexpired Lease entered into after the Petition Date) shall be deemed automatically rejected by the applicable Debtor, unless otherwise agreed by the applicable counterparty, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that: (a) are specifically described in the Plan as to be assumed in connection with Confirmation of the Plan, or are identified on the Schedule of Assumed Executory Contracts and Unexpired Leases; (b) have been previously assumed or rejected by the Debtors pursuant to any Bankruptcy Court order; (c) are the subject of a Filed motion to assume, assume and assign, or reject such Executory Contract or Unexpired Lease (or of a Filed objection with respect thereto) that is pending on the Confirmation Date; (d) are to be assumed and assigned by the Debtors, as applicable, including through a Sale Order in connection with any sale transaction; (e) are a contract, release, or other agreement or document entered into in connection with the Plan; or (f) are an Insurance Policy. Notwithstanding the foregoing, by consent of McKesson and the Debtors, the deadline for assumption or rejection of the McKesson Supply Documents shall be extended through fifteen (15) Business Days after the earliest of (1) termination of the McKesson Inventory Sale Agreement in accordance with its terms, (2) if the Inmar Outside Date occurs prior to occurrence of the Inmar Closing, the expiration of the Initial Inmar Credit Payment Period (as defined in the McKesson Inventory Sale Agreement), and (3) if the Inmar Closing occurs, expiration of the Subsequent Inmar Credit Payment Period (as defined in the McKesson Inventory Sale Agreement).
>
> To the extent any provision of the Bankruptcy Code or the Bankruptcy Rules requires the Debtors to assume or reject an Executory Contract or Unexpired Lease

---

[1] The Debtors propose to assume each of the third party administrative service agreements and supporting agreements listed in this **Exhibit A**, as well as all current amendments, renewals, business associate agreements, statements of work, appendices, and other supporting documents and agreements incorporated into or entered under the listed agreement (with the exception of The Hartford agreements) and which is necessary to ensure the ability of the Debtors to administer any applicable employee benefit plan in accordance with the Plan.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 3445, Ex. A] (as it may be amended, supplemented, or otherwise modified from time to time, the "Plan").

> by a deadline, including section 365(d) of the Bankruptcy Code, such requirement shall be satisfied if the Debtors make an election, either through the Filing of a motion or identification in the Plan Supplement or similar schedule in connection with a Sale Order, to assume or reject such Executory Contract or Unexpired Lease prior to the applicable deadline, regardless of whether or not the Bankruptcy Court has actually ruled on such proposed assumption or rejection prior to such deadline.
>
> Entry of the Confirmation Order shall constitute an order of the Bankruptcy Court approving, subject to and upon the occurrence of the Effective Date, (a) the assumptions and assumptions and assignments of the Executory Contracts and Unexpired Leases as set forth in the Plan or the Schedule of Assumed Executory Contracts and Unexpired Leases and (b) the rejections of any such agreements not assumed or assumed and assigned pursuant to this Plan, in each case pursuant to sections 365 and 1123 of the Bankruptcy Code.  Except as otherwise specifically set forth herein or in the Confirmation Order or any Sale Order, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date.  Notwithstanding anything herein to the contrary, with respect to any Unexpired Lease that is not assumed on the Effective Date pursuant to this Article V.A, the effective date of rejection of such Unexpired Leases shall be the later of:  (a) the Effective Date, and (b) the date upon which the Debtors or the Wind-Down Debtors, as applicable, notify the landlord in writing (e-mail being sufficient) that they have surrendered the premises to the landlord and returned the keys, key codes, or security codes, as applicable; *provided* that on the date the Debtors or the Wind-Down Debtors surrender the premises as set forth in the foregoing proviso (b), all property remaining in the premises will be deemed abandoned free and clear of any interests, Liens, Claims, and encumbrances and landlords may dispose of such property without further notice or court order, unless otherwise agreed by the applicable lessor or pursuant to an order of the Bankruptcy Court.  The Debtors shall provide each counterparty to an Unexpired Lease which is not assumed pursuant to this Plan with a notice (which notice may, for the avoidance of doubt, be included in the notice such party receives with respect to the filing of the Plan Supplement).

Article V.B of the Plan provides as follows:

> Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases for any Claims which would be subject to the Claims Bar Date pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within 30 days after the earliest of (a) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (b) the effective date of such rejection, or (c) the Effective Date.  **Any such Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time shall be barred from asserting such Claims against the Debtors and/or receiving distributions on account of such Claims in these Chapter 11 Cases.  The Debtors, the Reorganized Debtors, or the Wind-Down Debtors, as applicable, shall be authorized to update the**

3

> **Claims Register to remove any Claims not timely filed;** *provided* **that the Debtors will provide notice to such claimant at the address or email address on the Proof of Claim, to the extent such information is provided, informing such claimant that its Claim will be removed from the Claims Register as a result of being untimely filed**. All Allowed Claims arising from the rejection of the Debtors' prepetition Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III.B and may be objected to in accordance with the provisions of Article IX of the Plan and the applicable provisions of the Bankruptcy Code and Bankruptcy Rules. Pursuant to Article III.B General Unsecured Claims shall not receive any recovery pursuant to the Plan, are not subject to the Claims Bar Date, and no Proofs of Claim with respect to such Claims must be Filed.

Article V.C of the Plan provides as follows:

> On the Effective Date or as soon as reasonably practicable thereafter, the Debtors, the Wind-Down Debtors, or, solely with respect to any Executory Contracts or Unexpired Leases to be assumed by, or assumed and assigned to, any Reorganized Debtor, the Reorganized Debtors, as applicable, shall, in accordance with the Schedule of Assumed Executory Contracts and Unexpired Leases, pay all Cure Costs relating to Executory Contracts and Unexpired Leases that are being assumed under the Plan, if any, on such terms as the parties to such Executory Contracts or Unexpired Leases may agree; *provided* that, if a dispute regarding assumption or Cure Cost is unresolved as of the Effective Date, then payment of the applicable Cure Cost shall occur as soon as reasonably practicable after such dispute is resolved. Any Cure Cost shall be deemed fully satisfied, released, and discharged upon payment of the Cure Cost.
>
> Unless (a) otherwise agreed in writing by the parties to the applicable Executory Contract or Unexpired Lease or (b) an earlier deadline has been set with respect to such objection by a Final Order (including, without limitation, the Bidding Procedures Order or any Sale Order, in which case the deadlines set forth in such orders with respect to the applicable Executory Contract or Unexpired Lease shall control), any objection by a counterparty to an Executory Contract or Unexpired Lease to be assumed pursuant to this Plan to the applicable proposed assumption or related Cure Cost must be Filed, served, and actually received by counsel to the Debtors by no later than 14 days after the service of notice of assumption on affected counterparties (which notice may, for the avoidance of doubt, be included in the notice such party receives with respect to the filing of the Plan Supplement). **Any counterparty to an Executory Contract or Unexpired Lease that fails to timely object to the proposed assumption or assumption and assignment, as applicable, of any Executory Contract or Unexpired Lease will be deemed to have consented to such assumption or assumption and assignment and any untimely request for an additional or different Cure Cost shall be Disallowed and forever barred, estopped, and enjoined from assertion, and shall not be enforceable against any of the Debtors without the need for any objection by the applicable Reorganized Debtors or the Wind-Down Debtors, as applicable,**

4

>  **or any other party in interest or any further notice to or action, order, or approval of the Bankruptcy Court**.

Inclusion of any document in the Schedule of Assumed Executory Contracts and Unexpired Leases is not an admission by the Debtors that any such document constitutes an Executory Contract or Unexpired Lease.  Subject to the terms of the Plan and the Restructuring Support Agreement, the Debtors reserve the right to assert that any of the documents listed in the Schedule of Assumed Executory Contracts and Unexpired Leases are not Executory Contracts or Unexpired Leases.  As a matter of administrative convenience, in certain cases the Debtors may have listed the original parties to the Executory Contracts and Unexpired Leases listed in the Schedule of Assumed Executory Contracts and Unexpired Leases without taking into account any succession of trustees or any other transfers or assignments from one party to another.  The fact that the current parties to any particular Executory Contract or Unexpired Leases may not be named in the Schedule of Assumed Executory Contracts and Unexpired Leases is not intended to change the treatment of such Executory Contracts or Unexpired Leases.  References to any Executory Contracts or Unexpired Leases to be assumed pursuant to the Plan are to the applicable Executory Contract or Unexpired Lease and other operative documents as of the date of the Plan Supplement, as they may have been amended, modified, or supplemented from time to time and as may be further amended, modified, or supplemented by the parties thereto between such date and the Effective Date.

All parties reserve all rights, in accordance with the consent and approval rights provided under the Plan or the Restructuring Support Agreement, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, including this **Exhibit A**, at any time before the Effective Date of the Plan, or any such other date as may be provided for by order of the Bankruptcy Court.  Each of the documents contained in the Plan Supplement and its amendments remain subject to certain consent and approval rights to the extent provided in the Plan or the Restructuring Support Agreement.

# Exhibit A-1

## No Additional Assumed Executory Contracts and Unexpired Leases (Reorganized Debtors)

(1) The Debtors are no longer proposing to assume the Scriptability contract to the Reorganized Debtors at this time.

# Exhibit A-2

## Assumed Executory Contracts and Unexpired Leases (Wind-Down Debtors)

| Title of Contract | Counterparty | Debtor Counterparty | Description of Contract | Cure |
|---|---|---|---|---|
| CONTRACT AMENDMENT | 1010DATA | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| ADDENDUM - DEDICATED SERVER PURCHASE, HOSTING AND ANALYSIS AGREEMENT DATED 08/30/2012 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM | $0.00 |
| DEDICATED SERVER PURCHASE AND ANALYSIS AGREEMENT DATED 06/01/2011 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT | $0.00 |
| DEDICATED SERVER PURCHASE AND ANALYSIS AGREEMENT DATED 07/02/2010 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT | $0.00 |
| FIRST AMENDMENT TO STATEMENT OF WORK 1 DATED 02/14/2023 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| MASTER SERVICES AGREEMENT | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| PURCHASE AND ANALYSIS AGREEMENT | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT | $0.00 |
| PURCHASE AND ANALYSIS AGREEMENT DATED 07/02/2010 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | PURCHASE AGREEMENT | $0.00 |
| RITEINSIGHT PROGRAM AGREEMENT DATED 08/01/2016 | 1010DATA SERVICES LLC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| CONTRACT RENEWAL | ACCESS IT GROUP, INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| MASTER SERVICES AGREEMENT | ACCESSIT GROUP, INC. | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| RISK ASSESSMENT - STATEMENT OF WORK DATED 03/29/2018 | ACCESSIT GROUP, INC. | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |

| | | | | |
|---|---|---|---|---|
| ASSIGNMENT FOR MASTER TELECOM SERVICES AGREEMENT | ASSIGNET USA INC. | RITE AID HDQTRS. CORP. | ASSIGNMENT AGREEMENT | $0.00 |
| CONTRACT RENEWAL | AT&T ENTERPRISES, LLC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| AMENDMENT TO MASTER AGREEMENT DATED 08/14/2020 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| AT&T CORPORATE DIGITAL ADVANTAGE AGREEMENT DATED 05/30/2008 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| BUSINESS ASSOCIATE AGREEMENT | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| MASTER AGREEMENT DATED 12/13/2013 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | MASTER AGREEMENT | $0.00 |
| ONENET BTB PRICING SCHEDULE DATED 08/28/2020 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| ONENET INTRASTATE PRICING SCHEDULE DATED 08/14/2020 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| VPN SERVICE PRICING SCHEDULE DATED 08/18/2020 | AT&T SERVICES / SBC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| BALDINO CONSULTING LLC NEW CONTRACT | BALDINO CONSULTING LLC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| EXTENSION FOR JOHN BALDINO - INFRASTRUCTURE LEADER CONTRACT EXTENSION | BALDINO CONSULTING LLC | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | $0.00 |
| BEYOND TRUST (BOMGAR) CONTRACT RENEWAL | BEYOND TRUST | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $69,798.51 |
| BFPE 2025 MAINTENANCE CONTRACT RENEWAL | BFPE INTERNATIONAL INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| CONTRACT RENEWAL | BFPE INTERNATIONAL INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| NEW CONTRACT | BLACKKITE | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| NEW CONTRACT | BLANCCO US LLC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| EXTENSION LETTER DATED 12/05/2022 | BOTTOM LINE CONCEPTS, LLC | RITE AID HDQTRS. CORP. | EXTENSION LETTER AGREEMENT | $1,089.34 |

| | | | | |
|---|---|---|---|---|
| MASTER SERVICES AGREEMENT DATED 12/15/2021 | BOTTOM LINE CONCEPTS, LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| PROFESSIONAL SERVICES AGREEMENT | CARLIN EDWARDS BROWN PLLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $12,356.00 |
| MASTER TELECOM SERVICES AGREEMENT (AND ALL RELATED AMENDMENTS) | CASS INFORMATION SYSTEMS INC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| ADDENDUM TO ORDER NO. 611634 DATED 03/05/2019 | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | CONTRACT ADDENDUM | $0.00 |
| AMENDMENT TO CUSTOMER ORDER DATED 11/25/2019 | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| AMENDMENT TO ORDER 59304-12-03 DATED 05/28/2019 | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| CUSTOMER INFORMATION AND CONTRACT SPECIFICATIONS DATED 01/28/2022 | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| CUSTOMER INFORMATION AND CONTRACT SPECIFICATIONS DATED 12/23/2019 | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| MASTER SERVICES AGREEMENT | CENTURY LINK COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| CISCO DUO SECURITY MFA LICENSES RENEWAL CONTRACT RENEWAL | CISCO | RITE AID HDQTRS. CORP. | RENEWAL AGREEMENT | $0.00 |
| CISCO ENTERPRISE AGREEMENT PROGRAM TERMS FOR END USERS DATED 07/26/2023 | CISCO ENTERPRISE | RITE AID HDQTRS. CORP. | ENTERPRISE AGREEMENT | $0.00 |
| BUSINESS ASSOCIATE AGREEMENT DATED 03/10/2023 | CISCO SYSTEMS, INC. | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| CISCO ENTERPRISE AGREEMENT PROGRAM TERMS FOR END USERS DATED 03/10/2023 | CISCO SYSTEMS, INC. | RITE AID HDQTRS. CORP. | ENTERPRISE AGREEMENT | $0.00 |

| | | | | |
|---|---|---|---|---|
| ENTERPRISE AGREEMENT 3.0 PROGRAM TERMS FOR END USERS DATED 03/10/2023 | CISCO SYSTEMS, INC. | RITE AID HDQTRS. CORP. | ENTERPRISE AGREEMENT | $0.00 |
| LETTER AGREEMENT BETWEEN CISCO SYSTEMS, INC. AND RITE AID HDQTRS. CORP. U DATED 03/10/2023 | CISCO SYSTEMS, INC. | RITE AID HDQTRS. CORP. | LETTER AGREEMENT | $0.00 |
| MASTER CISCO END USER LICENSE AGREEMENT DATED 03/10/2023 | CISCO SYSTEMS, INC. | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| MASTER SERVICES AGREEMENT | CITRIX SYSTEMS INC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $145.75 |
| ITC TELECOM SERVICES AGREEMENT | COMCAST | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| AMENDMENT NO. 3 | CORVEL CORPORATION | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| CORVEL ENTERPRISE COMP SERVICES AGREEMENT | CORVEL CORPORATION | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| VENDOR AGREEMENT RE TAX APPEALS DATED 11/23/2021 | CRONIN & CRONIN LAW FIRM PLLC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| NEW CONTRACT | CROWDSTRIKE | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| RITE AID-CROWDSTRIKE-IDENTITY-2025 RENEWAL CONTRACT RENEWAL | CROWDSTRIKE | RITE AID HDQTRS. CORP. | RENEWAL AGREEMENT | $0.00 |
| CROWDSTRIKE DATED 08/10/2022 | CROWDSTRIKE, INC. | RITE AID CORPORATION | VENDOR AGREEMENT | $0.00 |
| CROWDSTRIKE EXTENDED SUPPORT AGREEMENT DATED 02/17/2022 | CROWDSTRIKE, INC. | RITE AID CORPORATION | SUPPORT AGREEMENT | $0.00 |
| CROWDSTRIKE TERMS AND CONDITIONS DATED 11/29/2021 | CROWDSTRIKE, INC. | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| RITE AID_CYBERARK LCM SUBSCRIPTION CONTRACT RENEWAL | CYBERARK | RITE AID HDQTRS. CORP. | SUBSCRIPTION AGREEMENT | $0.00 |
| CONTRACT RENEWAL | DATA 21 INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |

| | | | | |
|---|---|---|---|---|
| PRODUCT LICENSE AGREEMENT DATED 05/07/2009 | DATA 21 INC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT | $0.00 |
| SOW11182024PE DATED 11/18/2024 | DATAQUEST | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | $0.00 |
| ASSIGNMENT AGREEMENT DATED 06/02/2025 | DILKS & KNOPIK, LLC | RITE AID CORPORATION | ASSIGNMENT AGREEMENT | $0.00 |
| UNITYSYNC CONTRACT RENEWAL | DIRWIZ | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| CONTRACT RENEWAL | FORTRA | RITE AID HDQTRS. CORP. | RENEWAL AGREEMENT | $0.00 |
| SOFTWARE SUBSCRIPTION RENEWAL CONTRACT RENEWAL | FORTRA | RITE AID HDQTRS. CORP. | RENEWAL AGREEMENT | $0.00 |
| SOFTWARE SUBSCRIPTION RENEWAL CONTRACT RENEWAL | FORTRA | RITE AID HDQTRS. CORP. | RENEWAL AGREEMENT | $0.00 |
| END USER LICENSE AGREEMENT FOR OFFENSIVE SECURITY SOLUTIONS DATED 06/20/2023 | FORTRA, LLC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT | $0.00 |
| END USER LICENSE AGREEMENT FOR OFFENSIVE SECURITY SOLUTIONS DATED 06/20/2023 | FORTRA, LLC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT | $0.00 |
| ELECTRONIC COMMERCE SERVICES AGREEMENT DATED 08/31/2004 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID CORPORATION | SERVICE AGREEMENT | $0.00 |
| ELECTRONIC COMMERCE SERVICES AGREEMENT DATED 08/31/2004 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID CORPORATION | VENDOR AGREEMENT | $0.00 |
| GLOBAL EXCHANGE SEIMEES (GXSI CONTRACT DATED 08/31/2004 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID CORPORATION | SERVICE AGREEMENT | $0.00 |
| GLOBAL EXCHANGE SEIMEES (GXSI CONTRACT DATED 08/31/2004 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID CORPORATION | VENDOR AGREEMENT | $0.00 |
| SUPPLEMENT AND AMENDMENT NUMBER | GLOBAL EXCHANGE | RITE AID HDQTRS. CORP. | CONTRACT SUPPLEMENT AND | $0.00 |

| | | | | |
|---|---|---|---|---|
| THREE DATED 12/01/2010 | SERVICES, INC. | | AMENDMENT | |
| SUPPLEMENT AND AMENDMENT NUMBER THREE DATED 12/01/2010 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| SUPPLEMENT AND AMENDMENT NUMBER TWO TO ELECTRONIC COMMERCE SERVICES AGREEMENT DATED 09/01/2007 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID HDQTRS. CORP. | CONTRACT SUPPLEMENT AND AMENDMENT | $0.00 |
| SUPPLEMENT AND AMENDMENT NUMBER TWO TO ELECTRONIC COMMERCE SERVICES AGREEMENT DATED 09/01/2007 | GLOBAL EXCHANGE SERVICES, INC. | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| AMENDMENT NO. 5 TO TELECOMMUNICATIONS SERVICES AGREEMENT | GRANITE TELECOMMUNICATIONS, LLC | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| AMENDMENT NO. 6 TO TELECOMMUNICATIONS SERVICES AGREEMENT | GRANITE TELECOMMUNICATIONS, LLC | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| AMENDMENT NO. 7 TO TELECOMMUNICATIONS SERVICES AGREEMENT | GRANITE TELECOMMUNICATIONS, LLC | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| TELECOMMUNICATIONS SERVICES AGREEMENT & AMENDMENTS NO. 1 THROUGH 4 | GRANITE TELECOMMUNICATIONS, LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| ELIXIR PUERTO RICO_GRANT THORNTON_KEVANE TAX REPORTING ENGAGEMENT CONTRACT RENEWAL | GRANT THORNTON | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| GRANT THORNTON PROPOSAL FOR FY25 ELIXIR PUERTO RICO, INC. TAX COMPLIANCE NEW CONTRACT | GRANT THORNTON | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| STATEMENT OF WORK (SOW) | GRANT THORNTON LLP | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $6,231.68 |
| CONTRACT EXTENSION | HCL | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | $0.00 |

| | | | | |
|---|---|---|---|---|
| SOW 31 MONGODB SUPPORT OFFSHORE CO2 CONTRACT RENEWAL | HCL | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| STATEMENT OF WORK (SOW) | HCL | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| CHANGE REQUEST – 1 FOR STATEMENT OF RITE AID - HCL SOW NO. 36 CONTRACT AMENDMENT | HCL AMERICA INC. | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| HCL SOW NO. 37 CONTRACT RENEWAL | HCL AMERICA INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| STATEMENT OF WORK (SOW) | HCL INC | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| CONTRACT RENEWAL | IBM | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| MIRACLESOFTT RESELLING IBM DB2 ENTERPRISE SERVER SUBSCRIPTION AND SUPPORT RENEWAL CONTRACT RENEWAL | IBM | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| ORDER FORM DATED 01/13/2023 | IDERA INC | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| QUOTE & MASTER SOFTWARE LICENSE AGREEMENT LICENSE AGREEMENT | IDERA, INC | RITE AID HDQTRS. CORP. | LICENSE AGREEMENT | $0.00 |
| CONTRACT RENEWAL | IDERA, INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| VENDOR AGREEMENT RE TAX APPEALS DATED 11/23/2021 | INTERNATIONAL APPRAISAL CO | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $15,499.39 |
| PROFESSIONAL SERVICES AGREEMENT | INTERNATIONAL EQUITY RESEARCH | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| CONTRACT RENEWAL | JACOBSON LAW FIRM, P.C. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $7,595.31 |
| PROPERTY TAX APPEAL SERVICE AGREEMENT DATED 01/01/2012 | JACOBSON LAW FIRM, P.C. | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| VENDOR AGREEMENT RE TAX APPEALS DATED 11/23/2021 | JANATA LACAP & HAZEN LLP | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| ORDER FORM DATED 02/01/2023 | KAPLAN FINANCIAL EDUCATION | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| LETTER AGREEMENT DATED 09/12/2019 | KEYSTONE TAX ASSOCIATES LLC | RITE AID HDQTRS. CORP. | LETTER AGREEMENT | $0.00 |

| | | | | |
|---|---|---|---|---|
| AMENDMENT_LEVEL 3 CONTRACT DATED 07/31/2018 | LEVEL 3 COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| LEVEL3_SERVICE ORDER DATED 12/19/2017 | LEVEL 3 COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| MASTER SERVICE AGREEMENT | LEVEL 3 COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| VENDOR AGREEMENT | LEVEL 3 COMMUNICATIONS LLC | RITE AID HDQTRS. CORP. | VENDOR AGREEMENT | $0.00 |
| ELECTRONIC SERVICES AGREEMENT DATED 10/08/2009 | MANUFACTURERS AND TRADERS TRUST COMPANY | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| M&T MASTER TREASURY MANAGEMENT SERVICES AGREEMENT DATED 11/03/2011 | MANUFACTURERS AND TRADERS TRUST COMPANY | RITE AID CORPORATION | SERVICE AGREEMENT | $0.00 |
| CONTRACT AMENDMENT | MRI SOFTWARE, LLC | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| GENERAL TERMS AND SOFTWARE-EXHIBIT CONTRACT RENEWAL | OMNISSA, LLC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| GENERAL TERMS AND SOFTWARE-EXHIBIT CONTRACT RENEWAL | OMNISSA, LLC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| AGREEMENT FOR PROGRAM PRODUCES LICENSES DATED 08/04/1994 | SYNCSORT INCORPORATED | RITE AID CORPORATION | LICENSE AGREEMENT | $0.00 |
| AGREEMENT FOR PROGRAM PRODUCT(S) LICENSE(S) AND/OR PROGRAM PRODUCT(S) MAINTENANCE SERVICE(S) DATED 08/04/1994 | SYNCSORT INCORPORATED | RITE AID CORPORATION | LICENSE AGREEMENT | $0.00 |
| AMENDMENT TO SOFTWARE LICENSE AGREEMENT DATED 05/23/2013 | SYNCSORT INCORPORATED | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| AMENDMENT TO SOFTWARE LICENSE AGREEMENT DATED 05/23/2013 | SYNCSORT INCORPORATED | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| AMENDMENT TO SOFTWARE LICENSE AGREEMENT | SYNCSORT INCORPORATED | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |

| | | | | |
|---|---|---|---|---|
| DATED 06/14/2013 | | | | |
| AMENDMENT TO SOFTWARE LICENSE AGREEMENT DATED 06/14/2013 | SYNCSORT INCORPORATED | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| 1147 STATEMENT OF WORK | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| 1155 STATEMENT OF WORK | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| AMENDMENT 2 TO STATEMENT OF WORK 1078 (T&M) | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| ANNEXURE 1078 A2 AMENDMENT | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| ANNEXURE TO 1155 STATEMENT OF WORK | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | ANNEXURE TO STATEMENT OF WORK | $0.00 |
| SOW 1147 EDW MAINTENANCE AND MIGRATION ACTIVITIES | TATA CONSULTANCY SERVICES LTD | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| CONTRACT AMENDMENT | UNICOM | RITE AID HDQTRS. CORP. | AMENDMENT AGREEMENT | $0.00 |
| CONTRACT RENEWAL | UNICOM SYSTEMS, INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| UNICOM/MACRO 4 LICENSE RENEWAL CONTRACT RENEWAL | UNICOM SYSTEMS, INC | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| UNICOM FINANCE RENEWAL CONTRACT RENEWAL | UNICOM SYSTEMS, INC. | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| NOBLETEC_LLC.C020567.V1.3 NOBLETEC_LLC.C021218.V1.2 CONTRACT RENEWAL | VERITAS | RITE AID HDQTRS. CORP. | CONTRACT RENEWAL | $0.00 |
| AMENDMENT TO THE U.S. SERVICES AGREEMENT | VERIZON | RITE AID CORPORATION | CONTRACT AMENDMENT | $0.00 |
| PARTICIPATING ENTITY SERVICE ORDER FORM | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |

| | | | | |
|---|---|---|---|---|
| PARTICIPATING ENTITY SERVICE ORDER FORM TO THE U.S. SERVICES AGREEMENT | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| PARTICIPATING ENTITY SERVICE ORDER FORM TO THE U.S. SERVICES AGREEMENT DATED 11/02/2022 | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| PARTICIPATING ENTITY SERVICE ORDER FORM TO THE U.S. SERVICES AGREEMENT DATED 11/15/2022 | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| SERVICE AGREEMENT | VERIZON | RITE AID CORPORATION | SERVICE AGREEMENT | $0.00 |
| SERVICE ORDER FORM TO THE U.S. SERVICES AGREEMENT | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| SERVICE ORDER FORM TO THE U.S. SERVICES AGREEMENT DATED 03/16/2022 | VERIZON | RITE AID HDQTRS. CORP. | ORDER FORM | $0.00 |
| STATEMENT OF WORK (SOW) | VERIZON | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| STATEMENT OF WORK (SOW) | VERIZON | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| STATEMENT OF WORK (SOW) | VERIZON | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
| THE U.S. SERVICES AGREEMENT DATED 10/03/2023 | VERIZON | RITE AID HDQTRS. CORP. | SERVICE AGREEMENT | $0.00 |
| VERIZON BUSINESS SERVICE AGREEMENT DATED 10/24/2008 | VERIZON | RITE AID CORPORATION | SERVICE AGREEMENT | $0.00 |

| STATEMENT OF WORK (SOW) | VERIZON BUSINESS | RITE AID HDQTRS. CORP. | STATEMENT OF WORK | $0.00 |
|---|---|---|---|---|
| CONTRACT EXTENSION | VERIZON BUSINESS NETWORK SERVICES LLC | RITE AID HDQTRS. CORP. | CONTRACT EXTENSION | $0.00 |
| RITE AID ZSCALER $0 1 2025 CONTRACT AMENDMENT | ZSCALER | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |
| RITE AID ZSCALER $0 1 2025 CONTRACT AMENDMENT | ZSCALER | RITE AID HDQTRS. CORP. | CONTRACT AMENDMENT | $0.00 |

## Exhibit A-3

## Assumed and Assigned Executory Contracts and Unexpired Leases (Rite Aid Plan Sponsor Entity)

| Title of Contract | Counterparty | Debtor Counterparty | Description of Contract | Cure |
|---|---|---|---|---|
| ENGAGEMENT LETTER TO PROVIDE QDRO ADMINISTRATIVE SERVICES | QRDO CONSULTANTS | RITE AID CORPORATION | ENGAGEMENT LETTER | $0.00 |