UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### DECLARATION OF MICHAEL KELLEY CONCERNING ███████

I, Michael Kelley, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Director of IT Operations with Grant & Eisenhofer P.A. ("G&E"), located at 123 Justison Street, 7th Floor, Wilmington, DE 19801. I submit this declaration on behalf of G&E and ███████ in connection with *In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.) and the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief (*see In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.), Dkt. No. 3166).

2. I have personal knowledge of the facts contained in this Declaration, and they are all true and correct.

3. ███████ a Delaware LLC, is located at ███████.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

4. ▮▮▮▮ provides a comprehensive suite of services for the legal community to manage **electronically stored information (ESI)** during litigation, investigations, and other legal processes. ▮▮▮▮ services are designed to help legal professionals efficiently identify, collect, review, and produce digital evidence. ▮▮▮▮ primary client is G&E, serving G&E's e-discovery needs.

5. ▮▮▮▮ servers and equipment is housed at two locations. First, ▮▮▮▮



▮▮▮▮ **Security and Controls**

6. To ensure information security, cybersecurity and privacy protection, ▮▮▮▮ adheres to the ISO 9000 information security standard. The ISO 9000 security standard an international standard for Quality Management Systems promulgated by the International Organization for Standardization.

7. Since November 2023, G&E and ▮▮▮▮ have been in the process of implementing a SOC 2 (Systems and Organization Controls 2) security framework, which was developed by the American Institute of Certified Public Accountants, and which defines criteria for managing data based on five "trust service principles"—security, availability, processing integrity, confidentiality and privacy. SOC 2 is recognized as a gold standard for data security and requires organizations to establish and follow strict information security policies and procedures. While I do not know the exact timeline that G&E and ▮▮▮▮ will achieve SOC 2 certification, I estimate that SOC 2 certification would occur within six months or less,

8. ▬▬▬ stores collected data in a secure environment to maintain its integrity and confidentiality. ▬▬▬ implements administrative, physical and technical safeguards to protect data containing protected health information ("PHI") or other individually identifiable health information ("IIHI").

   a. ▬▬▬ **administrative safeguards** include: unique password management, login monitoring, security training and information access management (i.e., access to PHI is limited to those who need such information for their specific case).

   b. ▬▬▬ **physical safeguards** include: ▬▬▬ with such server(s) located in a secure location with a locked door, workstation security (secure placement), access restrictions to server room ▬▬▬, device locks and passcode requirements.

   c. ▬▬▬ **technical safeguards** include: robust access controls (user IDs, passwords, automatic logoff), data encryption, audit controls (logging and monitoring system activity), automatic secure backup, disaster recovery plans, firewalls, malware protection, and antivirus software.

9. ▬▬▬ audit controls, which includes performing regular audits and maintaining audit logs, help detect any unusual or unauthorized activities and can flag potential security incidents, allowing for immediate intervention and mitigation.

10. In addition to these security measures, ▬▬▬ also maintains a cyber liability policy that ▬▬▬

**How Data Will Be Handled, Stored and Reviewed**

11. ▮▮▮▮ has hosted documents containing PHI on numerous occasions on behalf of G&E. In those instances, ▮▮▮▮ securely safeguarded the data containing PHI and not once experienced a data security breach of any kind.

12. Once ▮▮▮▮ receives data from the debtors, the software will automatically mark any data containing PHI. ▮▮▮▮ system uses advanced native capabilities to identify PHI and other patient information using custom terms to classify content. And for any data that the vendor actually outputs for review, ▮▮▮▮ will undertake an additional review to ensure that all PHI is properly marked. Thus, all data containing PHI will identified and inventoried.

13. The data containing PHI will be securely stored on the server (using the security measures detailed above in ¶¶ 5-6), and all computers and/or workstations will be equipped with security measures to protect against unauthorized access, including the use of usernames and passcodes to limit access to the data to authorized personnel only.

14. I understand that some of the data that the Rite Aid Sub-Trust B may receive in connection with its initiation, commencement, filing, prosecution, and defense of the "Assigned Insurance Rights" (as such term is defined in *In re Rite Aid Corporation*, Case No. 23-18993 (MBK) (Bankr. D. N.J.), Dkt. No. 4532, Ex. A, Art. I.A.43)) may be stored on external hard drives. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

15. For the review of the data containing PHI, ▮▮▮▮ will implement role-based access controls to ensure that the data is only accessed by users who need to review the data for in connection with the Rite Aid Sub-Trust B's initiation, commencement, filing, prosecution, and defense of the "Assigned Insurance Rights".

16. Users who are allowed access to the data containing PHI will be receive training on secure handling of PHI, password safety, and incident reporting.

17. ▮▮▮▮ will schedule regular encrypted backups of the data, and will maintain its existing audit controls to monitor user access.

18. Finally, when directed by G&E, ▮▮▮▮ will destroy all data containing PHI. ▮▮▮▮ destruction methodology for the final disposition of electronic PHI and/or the hardware of electronic media on which it is stored includes physically deleting files and then clearing the media by using software products to overwrite media with non-sensitive data so that it is unreadable. Any physical data is shredded.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2025

_____
Michael Kelley