UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### DECLARATION OF ELISE MARTIN CONCERNING ███████ AND DATA SECURITY

I, Elise Martin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Operating Officer of Grant & Eisenhofer P.A. ("<u>G&E</u>"), located at 123 Justison Street, 7th Floor, Wilmington, DE 19801. I am also the President of ███████ ███████ a Delaware LLC, ███████ ███████.

2. I submit this declaration on behalf of G&E and ███ in connection with *In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.) and the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief (*see In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.), Dkt. No. 3166).

3. I have personal knowledge of the facts contained in this Declaration, and they are all true and correct.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

**▬▬▬ is G&E's Vendor**

4. ▬▬▬ provides a comprehensive suite of services for the legal community to manage **electronically stored information (ESI)** during litigation, investigations, and other legal processes. ▬▬▬ services are designed to help legal professionals efficiently identify, collect, review, and produce digital evidence. ▬▬▬ primary client is G&E, serving G&E's e-discovery needs.

5. ▬▬▬

6. ▬▬▬

**G&E and ▬▬▬ Have Successfully Safeguarded PHI Data on Numerous Occasions**

7. I understand that Sub-Trust B expects to receive data from the Rite Aid debtors ("RAD") that may contain sensitive protected health information ("PHI") or other individually identifiable health information ("IIHI"), but which is necessary for Sub-Trust B's prosecution of the Assigned Insurance Rights, which were vested to Sub-Trust B pursuant to RAD's 2023 bankruptcy reorganization plan.

8. G&E understands the sensitive nature of this type of data and takes its duty to safeguard the data very seriously. G&E has robust measures in place to safeguard this type of sensitive data and has successfully protected PHI data in the past.

9. G&E has many practice groups, some of which involve cases that include e-discovery containing PHI data. For example, the birth injury litigation, Child Victims Act and Clergy litigation, catastrophic injury litigation and civil rights, sexual assault/harassment litigation practice areas regularly encounter data containing PHI in the discovery process. For cases in those

practice areas, G&E has successfully safeguarded data containing PHI on several occasions and has not experienced any data breach affecting PHI or IIHI data.

10. The attorneys and paralegals who are allowed access to data containing PHI receive training on secure handling of PHI, password safety, and incident reporting.

11. G&E also employs appropriate access controls to ensure that only authorized personnel can access PHI when necessary, such as the use of unique user IDs, passwords and encryption, among other technical safeguards.

12. As explained in the Declaration of Michael Kelly, dated December 19, 2025 (the "Kelly Declaration"), submitted contemporaneously herewith, █████████████████████████████████████████████████████████████████████████████████████████████████████████████

13. The Kelly Declaration details the administrative, physical and technical safeguards ████████ employs to protect data containing PHI and IIHI.

14. ████████ has hosted data containing PHI on numerous occasions on behalf of G&E. In those instances, ████████ has securely safeguarded the data containing PHI and not once experienced a data security breach of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025

*/s/ Elise Martin*
Elise Martin