UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

DECLARATION OF KYLE A. LONERGAN CONCERNING
MCKOOL SMITH PC EXPERIENCE WITH
DATA CONTAINING PROTECTED INFORMATION

I, Kyle A. Lonergan, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a principal at the law firm of McKool Smith, P.C. ("McKool"), located at 1301 Avenue of Americas, 32nd Floor, New York, NY 10019.

2. I submit this declaration on behalf of McKool in connection with *In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.) and the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief (*see In re New Rite Aid LLC*, Case No. 25-14861 (MBK) (Bankr. D. N.J.), Dkt. No. 3166).

3. I have personal knowledge of the facts contained in this Declaration, and if called and sworn as a witness, I could and would testify as set forth below.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

4.      McKool regularly serves as counsel in matters that require the handling of protected health information ("PHI") or other individually identifiable health information ("IIHI"). For example, McKool is currently counsel of record in the following matters and has safeguarded data containing PHI and IIHI in those matters without incident: *Advanced Spinal Care & Assocs., LLC v. Multiplan Corp.*, 1:25-CV-80 (N.D. Ill.), *Heritage General & Colorectal, PA, v. Multiplan Corp.*, No. 1:24-CV-12517 (N.D. Ill.), *Lyons v. Horizon Healthcare Services, Inc.*, No. 2:21-CV-20188 (D.N.J.), *Dundon v. Ace Property & Casualty Insurance Co.*, 2:24-CV-04221 (E.D. Pa.); *Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, et al. v. Anthem, Inc. et al.* ("*Bed Bath & Beyond*"), No. 2:22-cv-01256-RDP (N.D. Ala.), and *In Re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-CV-20000 (N.D. Ala.).

5.      McKool also has extensive experience handling similarly sensitive data in matters concerning Residential Mortgage-Backed Securities ("RMBS"). McKool Smith has acted as counsel for the plaintiff (typically a trustee) in more than twenty RMBS repurchase actions. Each action encompasses thousands of at-issue loans. We managed the production and receipt of those loans' origination and servicing files, which contained Non-Public Borrower Information protected by the Gramm-Leach-Bliley Act, without incident.

6.      For the data that Sub-Trust B expects to receive from the Rite Aid debtors that may contain PHI or IIHI, McKool will handle that data in the same manner it has handled similarly sensitive data in other matters, which includes employing appropriate access controls to ensure that only authorized personnel can access PHI when necessary, such as the use of unique user IDs and confidential passwords, among other technical safeguards.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2025

_____
Kyle A. Lonergan

3