Law Office of Shmuel Klein PA
Attorney for TROY SRALP, LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
NEW RITE AID LLC, *et al*.
Debtors

Chapter 11
Case No. 25-14861 (MBK)

Withdrawal of Motion for Payment of Administrative Payment

PLEASE TAKE NOTICE that, the Motion for Payment of Administrative Payment (docket #3455) is

hereby withdrawn, without prejudice.

DATED: December 18, 2025
Mahwah, NJ

_/s/ Shmuel Klein_
Shmuel Klein, Esq.