| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

Order Filed on December 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING, IN PART, AND DENYING, IN PART, RWY TRUST'S MOTION FOR IMMEDIATE PAYMENT OF POST-PETITION EXPENSES UNDER SECTION 365(D)(3) AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered three (3) through four (4), is

**ORDERED**.

**DATED: December 19, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

-and-

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)
Debtors: NEW RITE AID, LLC, *et al.*
Case No. 25-14861 (MBK)
Caption of Order: ORDER GRANTING, IN PART, AND DENYING, IN PART, RWY TRUST'S MOTION FOR IMMEDIATE PAYMENT OF POST-PETITION EXPENSES UNDER SECTION 365(D)(3) AND GRANTING RELATED RELIEF

---

Upon RWY Trust's *Motion for Immediate Payment of Post-Petition Expenses Under Section 365(d)(3)* [Docket No. 3190] (the "Motion") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and the Debtors' objection [Docket No. 3479] and having heard the statements in support of and in opposition to the relief requested therein at a hearing before this Court on December 8, 2025 (the "Hearing"); and the Court delivered a ruling on the Motion at the Hearing, and the Court having directed the parties to submit a form of order consistent with the Court's ruling at the Hearing (this "Order"); and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, in part, and DENIED, in part, as set forth herein.

2. RWY Trust shall have an allowed administrative expense claim in the amount of $12,868.39 (the "Allowed Administrative Claim"), in full and final satisfaction of any and all administrative expenses or claims pursuant to section 503(b) of the Bankruptcy Code including, but not limited to, the claims asserted in the Motion.

3. The Allowed Administrative Claim shall be paid in accordance with the *Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates*

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al*. |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | ORDER GRANTING, IN PART, AND DENYING, IN PART, RWY TRUST'S MOTION FOR IMMEDIATE PAYMENT OF POST-PETITION EXPENSES UNDER SECTION 365(D)(3) AND GRANTING RELATED RELIEF |

*(Technical Modifications)* [Docket No. 3445, Ex. A] (the "Plan") and the *Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445].

4. RWY Trust shall not be entitled to any claim(s) arising under section 365(d)(3) of the Bankruptcy Code. Except as otherwise provided herein, any and all requests by RWY Trust for allowance of a claim pursuant to section 365(d)(3) or 503(b) of the Bankruptcy Code, including those set forth in the Motion, are denied, with prejudice.

5. Entry of this Order is without prejudice to RWY Trust's right to file a general unsecured claim, including for any amounts sought in the Motion, subject to any and all rights, claims and defenses of the Debtors or the Liquidating Trustee (as defined in the Plan) with respect to such a claim, including the right to contest such claim(s).

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.