**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, Debtors.[1] | Case No. 25-14861 (MBK) |
| | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON DECEMBER 23, 2025 AT 11:30 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
      via the Court's CM/ECF System

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## I. CONTESTED MATTERS GOING FORWARD

1. Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-185993-MBK, Docket No. 5922]

    Related Documents

    A. Motion for Entry of an Order Authorizing RAD Sub-Trust A to File Under Seal the Motion of Rad Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 5923]

    B. Notice of Hearing on Motions of RAD Sub-Trust A for Orders: (A) Enforcing the Plan and Confirmation Order Against McKesson Corporation and Granting Related Relief ("Motion to Compel"); and (B) Authorizing RAD Sub-Trust A to File Under Seal the Motion to Compel [Case No. 23-18993-MBK, Docket No. 5929]

    Responses/Objections

    A. McKesson Corporation's Opposition to Motion of RAD Sub-Trust A for an Order (I) Enforcing the Plan and Confirmation Order Against McKesson Corporation and (II) Granting Related Relief [Case No. 23-18993-MBK, Docket No. 6058]

    **Status:** This matter is going forward with permission of the Court.

## II. STATUS CONFERENCE

2. Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3166]

    Related Documents

    A. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 3168]

    B. RAD Sub-Trust B's Reply in Support of Motion for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3478]

    C. Notice of Filing of Revised Proposed Form of Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3501]

    D. Debtors' Reservation of Rights Regarding the Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3554]

Responses/Objections

    A. Debtors' Objection to the Joint Motion of RAD Sub-Trust A and RAD SubTrust B for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3471]

    B. RAD Sub-Trust B'S Reply in Support of Motion for Entry of an Order (I) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief [Docket No. 3478]

**Status:** A status conference regarding this matter is going forward with permission of the Court.

## III. ADJOURNED/RESOLVED MATTERS

3. [H.K.N. IV, LLC's] Motion for Entry of an Order (A) Granting an Allowed Administrative Expense for Post-Petition Lease Obligations, and (B) Compelling Immediate Payment Thereof [Docket No. 2776]

    **Status:** This matter has been adjourned to January 15, 2026 at 11:30 a.m. (ET).

4. NEM LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3)  [Docket No. 2966]

    **Status:** This matter has been adjourned to January 15, 2026 at 11:30 a.m. (ET).

5. Limited Objection to Confirmation of Second Amended Joint Chapter 11 Plan and Cross-Motion to Allow and Compel Payment of Administrative Expense Claims [Docket No. 3269]

    **Status:** The Debtors continue to reconcile the claims set forth in the Limited Objection and Cross-Motion and will request that this matter be adjourned.

6. Order to Show Cause as to Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 2997]

   <u>Responses/Objections</u>

   A. Response of Mass Jaz LLC to Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3184]

   B. Joint Letter to Honorable Michael B. Kaplan in Response to Order to Show Cause as to Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3185]

   C. Response of ERX Network, LLC to Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3194]

   D. Response of the United States Trustee to the Court's Order to Show Cause Why Case Should Not Be Dismissed or Converted to Chapter 7 [Docket No. 3198]

   **Status:** This matter has been adjourned to January 15, 2026 at 11:30 a.m. (ET).

4

Dated:  December 22, 2025

*/s/  Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and
Debtors in Possession*