UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILSON SONSINI GOODRICH & ROSATI, P.C.
Alison L. Genova, Esq.
31 West 52nd Street, 5th Floor
New York, New York 10019
Tel.: (212) 999-5800
Email: agenova@wsgr.com

Caz Hashemi, Esq. (*pro hac vice* forthcoming)
Stephen B. Strain, Esq. (*pro hac vice* forthcoming)
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Email: chashemi@wsgr.com
Email: sstrain@wsgr.com

*Counsel for Defendants Bruce Bodaken, Bari Harlam, Robert
Knowling, Jr., Louis Miramontes, Arun Nayar, and Katherine
Quinn [Adv. Pro. No. 25-1386 (MBK)]; Counsel for Defendants
Elizabeth Burr, Heyward Donigan, Christopher Bohrer, Paul
Gilbert, Andre Persaud, Justin Mennen, Michael Savage, and
Thomas Warburton [Adv. Pro. No. 25-1387 (MBK)]; Counsel
for Defendants Joseph Anderson, Jr., Bruce Bodaken, Elizabeth
"Busy" Burr, Heyward Donigan, Amanda Glover, David
Jessick, Robert Knowling, Jr., Kevin Lofton, Daniel Miller,
Louis Miramontes, Arun Nayar, Myrtle Potter, Michael Regan,
John Standley, and Marcy Syms [Adv. Pro. No. 25-1388 (MBK)]*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>    Debtors,[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>    Debtors.[2] | Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

---

[1]   The last four digits of Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtor entities and each Debtor's federal tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.

[2]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## NOTICE OF MOTION OF INSURED PERSONS FOR ENTRY OF
## A COMFORT ORDER REGARDING INSURANCE PROCEEDS

**PLEASE TAKE NOTICE** that on <u>**January 15, 2026 at 11:30 a.m. (prevailing Eastern**</u>

<u>**time)**</u>, or as soon thereafter as counsel may be heard, Bruce Bodaken, Bari Harlam, Robert

Knowling, Jr., Louis Miramontes, Arun Nayar, Katherine Quinn, Elizabeth Burr, Heyward

Donigan, Christopher Bohrer, Paul Gilbert, Andre Persaud, Justin Mennen, Michael Savage,

Thomas Warburton, Joseph Anderson, Jr., Amanda Glover, David Jessick, Kevin Lofton, Daniel

Miller, Myrtle Potter, Michael Regan, John Standley, and Marcy Syms (collectively, the

"<u>Insured Persons</u>") shall present the *Motion of Insured Persons for Entry of a Comfort Order*

*Regarding Insurance Proceeds* (the "<u>Motion</u>")[3] before the Honorable Michael B. Kaplan, United

States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District

of New Jersey, 402 East State Street, Trenton, NJ 08608, for entry of an order, substantially in

the form submitted herewith, granting relief from the automatic stay and Plan Injunctions to

permit National Union to pay proceeds under and in accordance with the terms of the Policies

with respect to the Complaints, as explained in more detail in the Motion.

**PLEASE TAKE NOTICE** that in support of the relief requested in the Motion, the

Insured Persons shall rely on the accompanying Motion, which sets the relevant legal and factual

bases upon which the relief requested should be granted.  A proposed Order granting the relief

requested in the Motion is also submitted herewith.

**PLEASE TAKE NOTICE** that objections, if any, to the relief requested in the Motion

shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with

the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

practice before the Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2022* (the "General Order") and the *Commentary Supplementing Administrative Procedures dated March 2004* (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE NOTICE** that copies all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/RiteAid/    and    https://restructuring.ra.kroll.com/RiteAid2025. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

3

**PLEASE TAKE NOTICE** that unless objections are timely filed and served, the Motion

shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested

may be granted without further notice or hearing.

Dated: December 23, 2025

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Alison L. Genova*
Alison L. Genova, Esq. (No. 087492014)
John I. Karin, Esq. (*pro hac vice* forthcoming)
31 West 52nd Street, 5th Floor
New York, New York 10019
Tel.: (212) 999-5800
E-mail: agenova@wsgr.com
E-mail: jkarin@wsgr.com

-and-

Caz Hashemi, Esq. (*pro hac vice* forthcoming)*
Stephen B. Strain, Esq. (*pro hac vice* forthcoming)*
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Tel.: (650) 493-9300
Fax.: (866) 974-7329
E-mail: chashemi@wsgr.com
E-mail: sstrain@wsgr.com

-and-

Jessica L. Snorgrass, Esq. (*pro hac vice* forthcoming)
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Tel.: (424) 446-6900
E-mail: jsnorgrass@wsgr.com

*Counsel for Defendants Bruce Bodaken, Bari Harlam,*
*Robert Knowling, Jr., Louis Miramontes, Arun Nayar, and*
*Katherine Quinn [Adv. Pro. No. 25-1386 (MBK)];*
*Counsel for Defendants Elizabeth Burr, Heyward*

---

\*    Admission *pro hac vice* pending in the (i) Compensation Suit [Adv. Pro. No. 25-1386 (MBK)]; (ii) McKinsey
Suit [Adv. Pro. No. 25-1387 (MBK)]; and (iii) Opioid Suit [Adv. Pro. No. 25-1388 (MBK)].

\*    Admission *pro hac vice* pending in the (i) Compensation Suit [Adv. Pro. No. 25-1386 (MBK)]; (ii) McKinsey
Suit [Adv. Pro. No. 25-1387 (MBK)]; and (iii) Opioid Suit [Adv. Pro. No. 25-1388 (MBK)].

*Donigan, Christopher Bohrer, Paul Gilbert, Andre Persaud, Justin Mennen, Michael Savage, and Thomas Warburton [Adv. Pro. No. 25-1387 (MBK)]; Counsel for Defendants Joseph Anderson, Jr., Bruce Bodaken, Elizabeth "Busy" Burr, Heyward Donigan, Amanda Glover, David Jessick, Robert Knowling, Jr., Kevin Lofton, Daniel Miller, Louis Miramontes, Arun Nayar, Myrtle Potter, Michael Regan, John Standley, and Marcy Syms [Adv. Pro. No. 25-1388 (MBK)]*