# **EXHIBIT A**

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>      Debtors, [1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>      Debtors. [2] | Case No. 25-14861 (MBK)<br><br>(Jointly Administered)<br><br>**COMFORT ORDER REGARDING INSURANCE PROCEEDS** |

Upon the motion (the "Motion")[3] of Bruce Bodaken, Bari Harlam, Robert Knowling, Jr., Louis Miramontes, Arun Nayar, Katherine Quinn, Elizabeth Burr, Heyward Donigan, Christopher Bohrer, Paul Gilbert, Andre Persaud, Justin Mennen, Michael Savage, Thomas Warburton, Joseph Anderson, Jr., Amanda Glover, David Jessick, Kevin Lofton, Daniel Miller, Myrtle Potter, Michael Regan, John Standley, and Marcy Syms (collectively, the "Insured Persons") for entry of a comfort order (this "Order") to confirm that National Union may pay proceeds under and in accordance with the terms of the Policies as set forth more fully in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the*

---

[1] The last four digits of Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtor entities and each Debtor's federal tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.

[2] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Bankruptcy Code Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED as set forth herein.

    2.    To the extent they apply, the automatic stay and Plan Injunctions are hereby lifted, solely to allow the Insured Persons to draw on the Public Policy and the Previous Public Policy (and any other directors and officers insurance policy which may predate the Public Policy, to the extent that National Union later determines that any of the Complaints relate back to a claim made under such prior policy) for, and National Union to advance and pay, covered loss in connection with the Complaints in accordance with the terms of the Public Policy and the Previous Public Policy (and any such prior policy) and this Order.

    3.    Nothing in this Order shall modify or alter the terms of the Public Policy or the Previous Public Policy (or any such prior policy) or the parties' contractual rights and obligations thereunder.

    4.    Nothing in this Order shall be deemed to otherwise enlarge, modify, or alter any terms, rights, or obligations under the Plans.

5. Nothing in this Order shall preclude the Insured Persons from, at any time, by motion or further stipulation, seeking or obtaining further payments under the Policies or any other applicable insurance policies.

6. The terms and conditions of this Order are immediately enforceable and effective upon its entry.