# EXHIBIT A

Proposed Form of Order

(Attached)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

Jason D. Angelo, Esq. (No. 076922013)
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone: +1.609.987.0050
Facsimile: +1.609.951.0824
E-mail: jangelo@reedsmith.com

-and-

Omar J. Alaniz, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
2850 N. Harwood St., Suite 1500
Dallas, Texas 75201
Telephone: +1.469.680.4200
Facsimile: +1.469.680.4299
E-mail: oalaniz@reedsmith.com

*Counsel for On-Line Strategies Services, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al*., | Case No. 25-14861 (MBK) |
| Debtors.[1] | Jointly Administered |
| | **Ref. Docket No.** _____ |

**ORDER GRANTING MOTION OF ON-LINE STRATEGIES SERVICES, LLC FOR ENTRY OF AN ORDER ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The relief set forth on the following page two (2) is hereby **ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

(Page 2)

| | |
|---|---|
| Debtor: | New Rite Aid, *et al.* |
| Case No.: | 25-14861 (MBK) |
| Caption of Order: | ORDER GRANTING MOTION OF ON-LINE STRATEGIES SERVICES, LLC FOR ENTRY OF AN ORDER ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM |

**THIS MATTER**, having been presented to the Court by On-Line Strategies Services, LLC ("OLS") upon the filing of its Motion for Entry of an Order Allowing and Directing Immediate Payment of Administrative Expense Claim (the "Motion"); and the Court having considered the Motion, opposition filed thereto, if any, and oral argument of counsel, if any; and for good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

2. Any objections and responses to the Motion or the relief requested therein that have not been withdrawn, waived, settled, or resolved are overruled on the merits and denied with prejudice.

3. OLS is granted an allowed administrative expense priority claim pursuant to 11 U.S.C. §§ 503(b) and 507(a) in the amount of not less than $41,544.00 for post-petition amounts due under the OLS Agreement.

4. The Debtors are authorized and directed to pay the Administrative Expense Claim to OLS within seven (7) days from entry of this Order.

5. The parties are authorized to take all steps or actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

6. Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules are satisfied by such notice.

7. This Court shall retain exclusive jurisdiction to enforce the terms of this Order.