# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.,* | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |
| | Objection Deadline: January 12, 2026 |

### SEVENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025

AlixPartners, LLP, as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") to the above-captioned debtors (the "Debtors"), hereby submits this seventh monthly fee statement for professional services rendered and reimbursement of expenses for the period from November 1, 2025 through November 30, 2025 (the "Seventh Monthly Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 767] (the "Interim Compensation Order").

---

[1]    The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Pursuant to the Interim Compensation Order, objections to the Seventh Monthly Fee Statement, if any, are due by January 12, 2026.

Dated:  December 29, 2025

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


/s/  David MacGreevey

By:  David MacGreevey
        Partner & Managing Director

*Financial Advisor to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | New Rite Aid, LLC[1] | APPLICANT: | AlixPartners, LLP |
| CASE NO.: | 25-14861 (MBK) | CLIENT: | Official Committee of Unsecured Creditors |
| CHAPTER: | 11 | CASE FILED: | May 5, 2025 |

**SEVENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

**SECTION I
FEE SUMMARY**

☐ Monthly Fee Statement No. ___6___ or  ☐ Interim or Final Fee Application _____

| | **FEES** | **EXPENSES** |
|---|---|---|
| Total Previous Fee Requested: | $1,407,733.50 | $0.00 |
| Total Fees Allowed To Date: | $1,388,727.70 | $0.00 |
| Total Retainer (If Applicable) | $0.00 | |
| Total Holdback (If Applicable) | $19,005.80 | $0.00 |
| Total Received By Applicant | $1,351,873.70 | $0.00 |

| | |
|---|---|
| FEE TOTALS | $ 45,095.50 |
| DISBURSEMENTS TOTALS | + 0.00 |
| TOTAL FEE APPLICATION | $ 45,095.50 |
| MINUS 20% HOLDBACK | - 9,019.10 |
| AMOUNT SOUGHT AT THIS TIME | $ 36,076.40 |

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

## SUMMARY OF PROFESSIONALS CHART

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Partner & Managing Director | $1,460 | 4.3 | $ 6,278.00 |
| Kathryn B McGlynn | Partner & Managing Director | $1,415 | 14.9 | 21,083.50 |
| Elizabeth S Kardos | Partner | $950 | 0.3 | 285.00 |
| Matthew D Gates | Director | $1,120 | 2.5 | 2,800.00 |
| Kaitlyn Sundt McClarren | Director | $715 | 0.6 | 429.00 |
| Chase Hood | Senior Vice President | $850 | 13.3 | 11,305.00 |
| Brooke Filler | Senior Vice President | $605 | 0.6 | 363.00 |
| Lisa Marie Bonito | Vice President | $580 | 4.4 | 2,552.00 |
| **Total Hours and Fees for Professionals** | | | **40.9** | **$ 45,095.50** |
| Less 20% Holdback | | | | (9,019.10) |
| **Total Fees for Professionals** | | | | **$ 36,076.40** |

**Average Billing Rate  $      1,102.58**

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **1.2 Meetings & Communication with UCC and Creditors**<br>Updated the Committee regarding the status of the Chapter 11 Cases, presented analyses to the Committee related to various case workstreams, and attended discussions and communicated with other professionals representing the Committee. | 4.2 | 5,531.00 |
| **1.4 Meetings & Communication with Debtors**<br>Attended meetings, communicated and coordinated with the Debtors and/or the Debtors' professionals. | 3.4 | 4,491.50 |
| **1.7 Analysis of Liquidity and Cash Management**<br>Analyzed cash flow budgets, wind down budgets and budget variance reports published during these Chapter 11 Cases to monitor the Debtors' liquidity through the pendency of the Cases; and reviewed the liquidity impact of professional fees and payments under first day motions. | 12.3 | 13,429.00 |
| **1.8 Sale of Business and Assets**<br>Oversaw the Debtors' sale processes for the Debtors' real estate and other assets. | 0.2 | 283.00 |
| **1.11 Financial and Other Diligence**<br>Analyzed relevant information regarding the Debtors' and other relevant parties' financial affairs from public and non-public sources, including, but not limited to, data provided by the Debtors' advisors through an online data room. | 4.2 | 4,314.00 |
| **1.17 RSA, Disclosure Statement & Plan of Reorganization**<br>Analyzed, reviewed and provided commentary on plan of reorganization and disclosure statement updates and amendments and other related documents. | 4.1 | 4,897.50 |
| **1.18 Court Hearings and Status Conferences**<br>Attended Court hearings. | 4.6 | 5,659.00 |
| **1.19 Retention Application & Relationship Disclosures**<br>Evaluated relationship disclosures for the supplemental declaration; revised AlixPartners' fifth supplemental declaration; and responded to inquiries from the U.S. Trustee related to AlixPartners' retention. | 1.4 | 1,154.50 |
| **1.20 Fee Applications & Fee Statements**<br>Managed the fee application process in accordance with requirements of the U.S. Trustee and/or the Court.  Prepared and reviewed the October 2025 Monthly Fee Statement, including all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court. | 6.5 | 5,336.00 |
| **SERVICE TOTALS:** | **40.9** | **$45,095.50** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

No Reimbursement of Expenses Sought in Seventh Monthly Fee Statement


    I certify under penalty of perjury that the foregoing is true and correct.


Dated:  December 29, 2025                      /s/  *David MacGreevey*
                                              David MacGreevey

## **EXHIBITS**

Attached hereto are the following exhibits for the AlixPartners, LLP's Seventh Monthly Fee
Statement for the Period from November 1, 2025 through November 30, 2025

**Exhibit A – AlixPartners' Retention Order**

**Exhibit B -  Detailed Description of AlixPartners' Hours and Professional
Fees by Matter Category**

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WILLKIE FARR & GALLAGHER LLP**
Brett H. Miller, Esq. (*pro hac vice*)
Todd M. Goren, Esq. (*pro hac vice*)
James H. Burbage, Esq. (*pro hac vice*)
Jessica D. Graber, Esq. (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail:  bmiller@willkie.com
         tgoren@willkie.com
         jburbage@willkie.com
         jgraber@willkie.com

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  asherman@sillscummis.com
         bmankovetskiy@sillscummis.com
         gkopacz@sillscummis.com

*Counsel to the Official
Committee of Unsecured Creditors*
</td></tr>
</table>



**Order Filed on July 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO EMPLOY AND RETAIN ALIXPARTNERS, LLP AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS EFFECTIVE AS OF MAY 16, 2025**

The relief set forth on the following pages, numbered two (2) through eight (8), is hereby

**ORDERED.**

**DATED: July 18, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:  2
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in these Chapter 11 Cases of New Rite Aid, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors") for entry of an order (this "Order"), pursuant to sections 328(a), 330, 331, and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"), authorizing the Committee to employ and retain AlixPartners, LLP ("AlixPartners") as the Committee's financial advisor, effective as of May 16, 2025; and upon consideration of the Declaration of David MacGreevey (the "MacGreevey Declaration"); and it appearing that AlixPartners is "disinterested" and eligible for retention pursuant to sections 101(14) and 328(c) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided, and the Court having reviewed the Application; and the Court having held a hearing on the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.    The Application is granted to the extent set forth in this Order.

Page: 3
Debtor:     New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
            as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
            Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

2.      Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain AlixPartners as its financial advisor in connection with these Chapter 11 Cases effective as of May 16, 2025, and in accordance with the terms and conditions set forth in the Engagement Letter attached to the Application as **Exhibit B**, except as modified by this Order.

3.      The terms of the Engagement Letter, including, without limitation, the indemnification provisions, are reasonable, and the conditions of employment are approved in all respects, as modified by this Order.

4.      AlixPartners shall file monthly, interim, and final requests for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Rules, the U.S. Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on June 9, 2025, and any other such procedures as may be fixed by order of the Court. AlixPartners shall keep its time in one-tenth (1/10) hour increments in accordance with the U.S. Trustee Guidelines.

5.      AlixPartners' compensation terms set forth in the Engagement Letter, including, without limitation, the Fee and Expense Structure, are approved, and the Debtors shall be bound by such terms. AlixPartners shall be compensated for the services identified in the Application, the MacGreevey Declaration and the Engagement Letter and reimbursed for out-of-pocket expenses incurred in connection with such services, pursuant to section 328(a) of the Bankruptcy

Page:  4
Debtor:   New Rite Aid, LLC, *et al.*
Case No.:  25-14861 (MBK)
Caption:   Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of

the Court.  Notwithstanding the above, the standard of review of AlixPartners' fees, expenses and

other compensation shall be based on the reasonableness standard provided for in section 330 of

the Bankruptcy Code.

6.     The indemnification provisions included in the Engagement Letter are approved,

subject to the following:

a)     No AlixPartners Party (as that term is defined in the Engagement Letter)
shall be entitled to indemnification, contribution, or reimbursement
pursuant to the Engagement Letter for services, unless such services and the
indemnification, contribution, or reimbursement therefore are approved by
the Court.

b)     Notwithstanding any provision of the Engagement Letter to the contrary,
the Debtors shall have no obligation to indemnify an AlixPartners Party, or
provide contribution or reimbursement to an AlixPartners Party, for any
claim or expense that is either: (i) judicially determined (the determination
having become final and no longer subject to appeal) to have arisen from an
AlixPartners Party's gross negligence, bad faith, fraud, or willful
misconduct to which the Debtors have not consented; (ii) for a contractual
dispute in which the Debtors allege breach of AlixPartners Party's
obligations under the Engagement Letter, unless the Court determines that
indemnification, contribution or reimbursement would be permissible
pursuant to In re United Artists Theater Co., 315 F.3d 217 (3d. Cir. 2003);
or (iii) settled without the Debtors' consent prior to a judicial determination
as to an AlixPartners' Party's gross negligence, willful misconduct, breach
of fiduciary duty, or bad faith or self-dealing but determined by the Court
after notice and hearing to be a claim or expense for which the AlixPartners
Party should not receive indemnity, contribution, or reimbursement under
the terms of the Engagement Letter, as modified by this Order.

c)     If, before the earlier of (i) the entry of an order confirming a chapter 11 plan
in these cases (that order having become a final order no longer subject to
appeal), or (ii) the entry of an order closing these Chapter 11 Cases, an
AlixPartners Party believes that they are entitled to the payment of any

Page:  5
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

> amounts by the Debtors on account of the indemnification, contribution
> and/or reimbursement obligations under the Engagement Letter (as
> modified by this Order), including, without limitation, the advancement of
> defense costs, the AlixPartners Party must file an application therefore in
> the Court, and the Debtors may not pay any such amounts to the
> AlixPartners Party before the entry of an order by the Court approving the
> payment. This subparagraph (c) is intended only to specify the period of
> time under which the Court shall have jurisdiction over any request for fees
> and expenses by any AlixPartners Party for indemnification, contribution
> and/or reimbursement, and is not a provision limiting the duration of the
> Debtors' obligation to indemnify, or make contributions or reimbursements
> to, any AlixPartners Party. All parties in interest shall retain the right to
> object to any demand by any AlixPartners Party for indemnification,
> contribution and/or reimbursement.

7.    Any limitation of liability provisions set forth in the Engagement Letter, or
otherwise, are hereby eliminated for the duration of these Chapter 11 Cases.

8.    At least ten (10) days before implementing any increases from the rates listed in its
Engagement Letter and Application for its professionals in these cases, AlixPartners shall provide
written notice of any rate increases to the Committee, the United States Trustee, and the Debtors,
and will file a Supplemental Affidavit with the Court.  The Committee, the Debtors, the United
States Trustee, and all parties-in-interest retain all rights to object to any rate increase on all
grounds including, but not limited to, the reasonableness standard provided for in section 330 of
the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section
330 of the Bankruptcy Code.

9.    In the event that, during the pendency of these Chapter 11 Cases, AlixPartners seeks
reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records
from such attorneys shall be included in AlixPartners' fee applications and such invoices and time
records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the

Page:  6
Debtor:       New Rite Aid, LLC, *et al.*
Case No.:   25-14861 (MBK)
Caption:     Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
                  as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
                  Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code

sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy

Code section 327 and 1103. All rights are reserved to object to any request for reimbursement of

expenses, including but not limited to any request for the reimbursement of legal fees of

AlixPartners' independent legal counsel.

10.        Notwithstanding anything to the contrary in the Application or the MacGreevey

Certification, AlixPartners (i) shall comply with the requirements of Local Rule 2016-1; (ii) shall

only bill 50% for non-working travel; (iii) shall not seek the reimbursement of any fees or costs,

including attorney fees and costs, arising from the defense of any objections to any of AlixPartners'

fee applications in these Chapter 11 Cases; (iv) shall use the billing and expense categories set

forth in the U.S. Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by

Project Category") or reasonably similar; and (v) provide any and all fees and expenses included

in monthly fee statements, interim fee applications, and final fee applications in "LEDES", or

similar agreed upon Excel format, to the United States Trustee.

11.        None of the fees payable to AlixPartners shall constitute a "bonus" or fee

enhancement under applicable law, except where authorized by this Order.

12.        In the event AlixPartners seeks to use any of its affiliates to perform services for

the Debtors, the Debtors shall seek the separate retention of any such affiliates.

13.        Any material change to the scope of services being provided by AlixPartners, as

outlined in the Application and Engagement Letter, shall require further Court approval.

Page:  7
Debtor:    New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:    Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
Aid, LLC, *et al.*, *Nunc Pro Tunc* to May 16, 2025.

14.    During the pendency of these Chapter 11 Cases, paragraph 9 of the General Terms and Conditions attached to the Engagement Letter requiring arbitration shall not be applicable. The Court shall have exclusive jurisdiction over AlixPartners' engagement during the pendency of these Chapter 11 Cases.

15.    Section 10 of the General Terms and Conditions attached to the Engagement Letter is revised to reflect that termination during the pendency of these Chapter 11 Cases will only be allowed upon entry of an Order by the Bankruptcy Court.

16.    In addition to the last paragraph of Section 12 of the General Terms and Conditions attached to the Engagement Letter, to the extent AlixPartners uses the services of independent contractors (the "Contractors") in these Chapter 11 Cases, AlixPartners shall (a) seek reimbursement for actual costs incurred; and (b) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.

17.    The relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7.

18.    To the extent there is an inconsistency between this Order, the Engagement Letter and the Application, the terms of this Order shall govern.

19.    AlixPartners shall use its reasonable efforts to avoid any duplication of services provided by any of the other retained professionals in these Chapter 11 Cases.

20.    The Committee and AlixPartners are authorized and empowered to take all necessary actions to implement the relief granted in this Order.

Page:  8
Debtor:      New Rite Aid, LLC, *et al.*
Case No.:    25-14861 (MBK)
Caption:     Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C.
             as Co-Counsel for the Official Committee of Unsecured Creditors of New Rite
             Aid, LLC, *et al., Nunc Pro Tunc* to May 16, 2025.

21.    The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit A</u>**

**AlixPartners' Retention Order**

**<u>Exhibit B</u>**

**Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category**

**Alix**Partners

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Meetings & Communication with UCC and Creditors
Code:          20014588PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/05/2025 | CH | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn, M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/05/2025 | KBM | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn, M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/05/2025 | MDG | Call with B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn, M. Gates, C. Hood (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/06/2025 | CH | Call with D. MacGreevey, K. McGlynn, M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and weekly case status updates | 0.2 |
| 11/06/2025 | DM | Call with D. MacGreevey, K. McGlynn, M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and weekly case status updates | 0.2 |
| 11/06/2025 | KBM | Call with D. MacGreevey, K. McGlynn, M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and weekly case status updates | 0.2 |
| 11/06/2025 | KBM | Communication with Committee Counsel re: professional fees | 0.2 |
| 11/06/2025 | MDG | Call with D. MacGreevey, K. McGlynn, M. Gates, C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and weekly case status updates | 0.2 |
| 11/12/2025 | DM | Call with B. Miller (Willkie), G. Kopacz and others (Sills), K. McGlynn and D. MacGreevey (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/12/2025 | KBM | Call with B. Miller (Willkie), G. Kopacz and others (Sills), K. McGlynn and D. MacGreevey (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/20/2025 | CH | Call with K. McGlynn and C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and other case status updates | 0.2 |
| 11/20/2025 | DM | Discussion with B. Miller (Willkie) re: New RAD wind down budget | 0.4 |
| 11/20/2025 | KBM | Call with K. McGlynn and C. Hood (AlixPartners), B. Miller and others (Willkie), A. Sherman and others (Sills), and Committee members re: plan and other case status updates | 0.2 |
| 11/21/2025 | KBM | Communication with Indenture Trustees re: updated fees | 0.2 |
| 11/23/2025 | KBM | Communication with AlixPartners team and Committee Member on questions re: wind down budget | 0.4 |
| 11/24/2025 | KBM | Review updates from Committee Counsel | 0.4 |
| 11/26/2025 | DM | Call with B. Miller, T. Goren (Willkie), G. Kopacz and others (Sills), K. McGlynn, D. MacGreevey (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |
| 11/26/2025 | KBM | Call with B. Miller, T. Goren (Willkie), G. Kopacz and others (Sills), K. McGlynn, D. MacGreevey (AlixPartners) re: case updates, open issues, and next steps in advance of upcoming Committee meeting | 0.2 |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:          Meetings & Communication with UCC and Creditors
Code:        20014588PA0001.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| | | **Total Hours** | **4.2** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                     Meetings & Communication with UCC and Creditors
Code:                   20014588PA0001.1.2

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 1.0 | $ | 1,460.00 |
| Kathryn B McGlynn | $1,415 | 2.2 | | 3,113.00 |
| Matthew D Gates | $1,120 | 0.4 | | 448.00 |
| Chase Hood | $850 | 0.6 | | 510.00 |
| **Total Professional Hours and Fees** | | **4.2** | **$** | **5,531.00** |

**Alix**Partners

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

| Re: | Meetings & Communication with Debtors |
| Code: | 20014588PA0001.1.4 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/03/2025 | MDG | Correspondence with A&M re: Debtors' advisors fee trackers | 0.3 |
| 11/05/2025 | CH | Call with S. Mitchell (PW), B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn, C. Hood (AlixPartners) re: case updates and next steps | 0.2 |
| 11/05/2025 | KBM | Call with S. Mitchell (PW), B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn, C. Hood (AlixPartners) re: case updates and next steps | 0.2 |
| 11/06/2025 | KBM | Communication with J. Bain (A&M) re: professional fee budget | 0.1 |
| 11/06/2025 | MDG | Correspondence with Debtors' advisors re: fee estimates | 0.3 |
| 11/12/2025 | DM | Call with S. Mitchell (PW), B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn and D. MacGreevey (AlixPartners) re: case updates and next steps | 0.3 |
| 11/12/2025 | KBM | Call with S. Mitchell (PW), B. Miller and others (Willkie), G. Kopacz and others (Sills), K. McGlynn and D. MacGreevey (AlixPartners) re: case updates and next steps | 0.3 |
| 11/12/2025 | KBM | Communication with A&M re: updated budget and winddown budget | 0.4 |
| 11/19/2025 | CH | Call with S. Mitchell (PW), T. Goren and others (Willkie), G. Kopacz and others (Sills), K. McGlynn and C. Hood (AlixPartners) re: case updates and next steps | 0.1 |
| 11/19/2025 | KBM | Call with S. Mitchell (PW), T. Goren and others (Willkie), G. Kopacz and others (Sills), K. McGlynn and C. Hood (AlixPartners) re: case updates and next steps | 0.1 |
| 11/20/2025 | DM | Discussion with S. Lieberman (Pryor Cashman) re: New RAD wind down budget | 0.2 |
| 11/21/2025 | KBM | Communication with A&M re: final wind down budget | 0.4 |
| 11/23/2025 | KBM | Communication with R. Behrens (A&M) re: wind down budget | 0.3 |
| 11/26/2025 | DM | Attend meeting with S. Mitchell (PW), T. Goren (Willkie), G. Kopacz (Sills), D. MacGreevey and K. McGlynn (AlixPartners) re: weekly updates and next steps | 0.1 |
| 11/26/2025 | KBM | Attend meeting with S. Mitchell (PW), T. Goren (Willkie), G. Kopacz (Sills), D. MacGreevey and K. McGlynn (AlixPartners) re: weekly updates and next steps | 0.1 |
| | | **Total Hours** | **3.4** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                          Meetings & Communication with Debtors
Code:                        20014588PA0001.1.4

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.6 | $ | 876.00 |
| Kathryn B McGlynn | $1,415 | 1.9 | | 2,688.50 |
| Matthew D Gates | $1,120 | 0.6 | | 672.00 |
| Chase Hood | $850 | 0.3 | | 255.00 |
| **Total Professional Hours and Fees** | | **3.4** | **$** | **4,491.50** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

| | | | |
|---|---|---|---|
| Re: | Liquidity and Cash Management | | |
| Code: | 20014588PA0001.1.7 | | |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 11/03/2025 | CH | Review liquidity and variance reporting package for week ended 10/25 | 0.7 |
| 11/10/2025 | CH | Review liquidity and variance reporting package for week ended 11/1 | 0.7 |
| 11/13/2025 | KBM | Review weekly disbursements schedule | 0.2 |
| 11/17/2025 | CH | Review variance reporting and liquidity for week ended 11/8 | 0.7 |
| 11/18/2025 | CH | Analyze revised cash flow forecast and compare to prior iterations | 1.8 |
| 11/19/2025 | CH | Draft email to T. Volpe (A&M) re: wind down budget diligence items | 0.5 |
| 11/19/2025 | CH | Review wind down budget and supporting assumptions | 1.7 |
| 11/19/2025 | DM | Review new DIP budget against previous version | 0.3 |
| 11/19/2025 | DM | Review New RAD wind down budget presentation | 0.5 |
| 11/19/2025 | KBM | Review updated DIP budget | 0.8 |
| 11/19/2025 | KBM | Review wind down budget presentation from the Debtors | 1.4 |
| 11/21/2025 | KBM | Review final wind down budget | 0.8 |
| 11/21/2025 | KBM | Review weekly disbursements update | 0.3 |
| 11/24/2025 | CH | Review liquidity and variance reporting package for week ended 11/15 | 0.5 |
| 11/24/2025 | CH | Review revised wind down budget | 0.5 |
| 11/24/2025 | KBM | Review weekly liquidity compliance certificates | 0.3 |
| 11/26/2025 | KBM | Communication re: professional fee budgets | 0.3 |
| 11/26/2025 | KBM | Review professional fee budget vs. actuals | 0.3 |
| | | **Total Hours** | **12.3** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:              Liquidity and Cash Management
Code:          20014588PA0001.1.7

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.8 | $ | 1,168.00 |
| Kathryn B McGlynn | $1,415 | 4.4 | | 6,226.00 |
| Chase Hood | $850 | 7.1 | | 6,035.00 |
| **Total Professional Hours and Fees** | | **12.3** | **$** | **13,429.00** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Sale of Business and Assets
Code:          20014588PA0001.1.8

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 11/24/2025 | KBM | Communication with potential real estate lease buyer | 0.2 |
| | | **Total Hours** | **0.2** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                        Sale of Business and Assets
Code:                      20014588PA0001.1.8

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 0.2 | $ | 283.00 |
| **Total Professional Hours and Fees** | | **0.2** | **$** | **283.00** |

**Alix**Partners

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Financial and Other Diligence
Code:          20014588PA0001.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|--------------------------|-------|
| 11/04/2025 | CH | Draft updates to fee tracker for Debtor professional fees | 0.6 |
| 11/04/2025 | MDG | Analyze Debtors' professional fees | 0.7 |
| 11/05/2025 | MDG | Analyze Debtor professional fees | 0.8 |
| 11/06/2025 | KBM | Review updates to professional fee tracker | 0.3 |
| 11/13/2025 | KBM | Review Debtors' professional fee tracker of actuals vs. budget | 0.3 |
| 11/21/2025 | CH | Draft updates to professional fee tracker | 0.6 |
| 11/25/2025 | CH | Review monthly operating reports for October | 0.9 |
| | | **Total Hours** | **4.2** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                        Financial and Other Diligence
Code:                    20014588PA0001.1.11

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 0.6 | $ | 849.00 |
| Matthew D Gates | $1,120 | 1.5 | | 1,680.00 |
| Chase Hood | $850 | 2.1 | | 1,785.00 |
| **Total Professional Hours and Fees** | | **4.2** | **$** | **4,314.00** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:           RSA, Disclosure Statement & Plan of Reorganization
Code:         20014588PA0001.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 11/05/2025 | CH | Review amended plan and plan supplements | 0.6 |
| 11/06/2025 | KBM | Review updates to Plan | 0.3 |
| 11/12/2025 | KBM | Review updates re: Plan confirmation | 0.4 |
| 11/22/2025 | KBM | Review updated Plan related documents filed ahead of Confirmation hearing | 0.9 |
| 11/23/2025 | CH | Analyze administrative claims | 0.4 |
| 11/23/2025 | KBM | Review declaration of M. Liebman (A&M) in support of Disclosure Statement and Plan | 0.9 |
| 11/24/2025 | CH | Review M. Liebman declaration in support of the Debtors plan and confirmation | 0.6 |
| | | **Total Hours** | **4.1** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

| Re: | RSA, Disclosure Statement & Plan of Reorganization |
| Code: | 20014588PA0001.1.17 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Kathryn B McGlynn | $1,415 | 2.5 | $ | 3,537.50 |
| Chase Hood | $850 | 1.6 | | 1,360.00 |
| **Total Professional Hours and Fees** | | **4.1** | **$** | **4,897.50** |

**Alix**Partners

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:          Court Hearings and Status Conferences
Code:        20014588PA0001.1.18

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 11/24/2025 | CH | Attend New Rite Aid Confirmation Hearing | 1.6 |
| 11/24/2025 | DM | Attend New Rite Aid Confirmation Hearing | 1.2 |
| 11/24/2025 | KBM | Attend New Rite Aid Confirmation Hearing | 1.6 |
| 11/25/2025 | KBM | Attend day 2 of New Rite Aid Confirmation Hearing | 0.2 |
| | | **Total Hours** | **4.6** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Court Hearings and Status Conferences
Code:          20014588PA0001.1.18

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 1.2 | $ | 1,752.00 |
| Kathryn B McGlynn | $1,415 | 1.8 | | 2,547.00 |
| Chase Hood | $850 | 1.6 | | 1,360.00 |
| **Total Professional Hours and Fees** | | **4.6** | **$** | **5,659.00** |

**Alix**Partners

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:            Retention Application & Relationship Disclosures
Code:          20014588PA0001.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 11/07/2025 | ESK | Update 2016 disclosures | 0.3 |
| 11/17/2025 | BF | Draft supplemental declaration re: disclosures | 0.6 |
| 11/21/2025 | DM | Revise 5th supplemental declaration iso AP retention | 0.2 |
| 11/21/2025 | KSM | Evaluate relationship disclosure for supplemental declaration | 0.3 |
| | | **Total Hours** | **1.4** |

**AlixPartners**

Rite Aid Corporation
Attn: Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:                    Retention Application & Relationship Disclosures
Code:                  20014588PA0001.1.19

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.2 | $ | 292.00 |
| Elizabeth S Kardos | $950 | 0.3 | | 285.00 |
| Kaitlyn Sundt McClarren | $715 | 0.3 | | 214.50 |
| Brooke Filler | $605 | 0.6 | | 363.00 |
| **Total Professional Hours and Fees** | | **1.4** | **$** | **1,154.50** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

Re:          Fee Applications & Fee Statements
Code:        20014588PA0001.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 11/06/2025 | LMB | Prepare professional fees for October 2025 Monthly Fee Statement | 0.7 |
| 11/10/2025 | LMB | Prepare schedule/exhibit workbook for October 2025 Monthly Fee Statement | 0.8 |
| 11/10/2025 | LMB | Prepare Sixth Monthly Fee Statement, supporting schedules and exhibits (October 2025) | 1.1 |
| 11/10/2025 | LMB | Update fee application summary chart | 0.2 |
| 11/11/2025 | LMB | Review Certification of No Objection to the September 2025 Monthly Fee Statement | 0.2 |
| 11/11/2025 | LMB | Revise Sixth Monthly Fee Statement, supporting schedules and exhibits (October 2025) | 0.8 |
| 11/17/2025 | DM | Review AlixPartners' October monthly fee statement | 0.5 |
| 11/17/2025 | KSM | Review AlixPartners' October monthly fee statement | 0.3 |
| 11/17/2025 | LMB | Email to  G. Kopacz (Sills Cummis) attaching the Sixth Monthly Fee Statement, supporting schedules and exhibits (October 2025) | 0.2 |
| 11/17/2025 | LMB | Finalize Sixth Monthly Fee Statement, supporting schedules and exhibits (October 2025) | 0.4 |
| 11/21/2025 | KBM | Review Debtors' updated professional fee tracker and communication with B. Miller (Willkie) re: same | 0.9 |
| 11/21/2025 | KBM | Review updated UCC professional fee tracker | 0.4 |
| | | **Total Hours** | **6.5** |

**AlixPartners**

Rite Aid Corporation
Attn:  Matthew Schroeder, CEO
200 Newberry Commons
Ethers, PA 17319

| | | |
|---|---|---|
| Re: | Fee Applications & Fee Statements | |
| Code: | 20014588PA0001.1.20 | |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| David MacGreevey | $1,460 | 0.5 | $ | 730.00 |
| Kathryn B McGlynn | $1,415 | 1.3 | | 1,839.50 |
| Kaitlyn Sundt McClarren | $715 | 0.3 | | 214.50 |
| Lisa Marie Bonito | $580 | 4.4 | | 2,552.00 |
| **Total Professional Hours and Fees** | | **6.5** | **$** | **5,336.00** |