**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE REGARDING ABANDONMENT OF**
**EQUITY INTERESTS IN ABANDONED ENTITIES**

**PLEASE TAKE NOTICE** that on November 26, 2025, the Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445], as supplemented at Docket No. 3536 (the "Confirmation Order"), which (i)

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

authorized each Abandoning Debtor[2] identified in the Restructuring Steps Memorandum to abandon all of its equity interests (the "Equity Interests") in such respective subsidiaries (the "Abandoned Entity") listed in the Restructuring Steps Memorandum [Docket No. 3445, ¶ 116], and (ii) established that upon filing a notice of abandonment of Equity Interests with this Court, each Abandoning Debtor and its estate shall automatically be deemed to have abandoned the Equity Interests and surrendered and relinquished all of its right, title, and interest to the Equity Interests, including any recovery rights and/or litigation claims with respect thereto [Docket No. 3445, ¶ 117].

**PLEASE TAKE FURTHER NOTICE** that each Abandoning Debtor hereby abandons the Equity Interests in such respective Abandoned Entity and hereby surrenders and relinquishes all right, title, and interest to the Equity Interests, including any recovery rights and/or litigation claims with respect thereto.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Confirmation Order, the Plan attached as Exhibit A to the Confirmation Order, or the Disclosure Statement attached as Exhibit B to the Confirmation Order, as applicable.

Dated: December 29, 2025

/s/ Michael D. Sirota
─────────────────────────

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel for Debtors and Debtors in Possession*

3