**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**BAYARD, P.A.**
Ericka F. Johnson (NJ #032162007)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

and

**TAYMAN LANE CHAVERRI LLP**
Jeffrey Rhodes (admitted *pro hac vice*)
2001 L Street, NW, Suite 500
Washington, DC 20036
Email: jrhodes@tlclawfirm.com

*Counsel for Kin Properties, Inc. and Certain Affiliated Landlords*

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter: 11<br><br>Case No.: 25-14861 (MBK)<br><br>(Jointly Administered) |

**MOTION OF KIN LANDLORDS TO COMPEL PAYMENT OF
POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3)
AND 503(b)(1)(A) ARISING FROM NON-RESIDENTIAL REAL PROPERTY LEASE**

Kin Properties Inc., as managing agent, and landlords Fundamentals Company LLC and Mascot LLC (collectively, the "Kin Landlords"), pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), hereby file this motion ("Motion") and request entry of an order granting allowance and directing

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

immediate payment of post-petition lease obligations (the "Claims") arising under a lease of non-residential real property that the Debtors rejected in these chapter 11 cases. In support of this Motion, the Kin Landlords respectfully state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 365(d)(3), 503(a) and 503(b)(1)(A).

## BACKGROUND

2. The Kin Landlords and Thrifty Payless, Inc., one of the debtors in the above-captioned cases, as tenant ("Thrifty") are parties to that certain *Lease Agreement* dated as of June 15, 1972 (together with all exhibits and attachments thereto, as may be amended and assigned from time to time, the "Lease"), for the non-residential real property located at 34420 Yucaipa Boulevard, Yucaipa, California, as more particularly described in the Lease (the "Premises").

3. On or about May 5, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in this Court.

4. The Debtors rejected the Lease as it relates to the Premises effective as of June 30, 2025 (the "Rejection Date"). *See* Docket No. 1405.

5. On November 26, 2025, the Court entered its *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates (Technical Modifications)* [Doc 3445] (the "Confirmation Order"). As ordered by the Court pursuant to Paragraph 111 of the Confirmation Order, "the

Debtor' obligations to pay Stub Rent Claims and Post-Petition Lease Obligations, as set forth in paragraph 49(a) and (f) of the Final Financing Order, shall remain in full force and effect." *See Confirmation Order* at ¶ 111.

6. On December 15, 2025, the Court entered its *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and its Debtor Affiliates (Technical Modifications)* [Doc 3536] (the "Supplemental Order"). The Supplemental Order does not alter or amend the provisions of paragraph 111 of the Confirmation Order.

## RELIEF REQUESTED

7. By this Motion, the Kin Landlords request allowance and immediate payment of all amounts due and owing under the Lease arising from and after the Petition Date and through the Rejection Date, pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code.

8. From and after the Petition Date, Thrifty continued to lease the Premises from the Kin Landlords. The Debtors rejected the Lease effective as of June 30, 2025.

9. Pursuant to section 365(d)(3) of the Bankruptcy Code, Thrifty was required to perform all obligations under the Lease arising from and after the Petition Date until the Lease was rejected. 11 U.S.C. § 365(d)(3). Further, section 503(b)(1)(A) of the Bankruptcy Code provides administrative priority status to claims for the actual, necessary costs and expenses of preserving an estate, including amounts owed under unexpired leases of non-residential real property for the use and occupation of the premises. *See In re Goody's Family Clothing, Inc.*, 610 F.3d 812, 818 (3d Cir 2010).

10. Thrifty has failed to pay certain obligations due and owing under the Lease from and after the Petition Date and through the Rejection Date in the amounts set forth on **Exhibit A** hereto.

11. The Kin Landlords are entitled to allowance and immediate payment of the post-petition Claims under the Lease pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code.

## RESERVATION OF RIGHTS

12. The Kin Landlords expressly reserve all rights, claims, actions, defenses, set-offs, or recoupments to which they are or may be entitled under the Lease, applicable law or in equity. The Kin Landlords further reserve all rights to amend and supplement its Claims.

WHEREFORE, the Kin Landlords hereby request that the Court enter an order, substantially in the form of **Exhibit B** attached hereto, allowing and directing immediate payment of the Claims, and granting the Kin Landlords such other or further relief as is just and proper.

Dated: December 29, 2025

**BAYARD, P.A.**
By: */s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

and

**TAYMAN LANE CHAVERRI LLP**
Jeffrey Rhodes (*pro hac vice*)
2001 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 921-4080
Email: jrhodes@tlclawfirm.com

*Counsel for Kin Properties Inc. and Certain Affiliated Landlords*