# EXHIBIT A

### Post-Petition Lease Claims

**Kin No.:** 3285
**Address:** 34420 Yucaipa Boulevard, Yucaipa, California (the "<u>Premises</u>")
**Landlord:** Fundamentals Company LLC and Mascot LLC (together, "<u>Landlord</u>")
**Tenant:** Thrifty Payless, Inc. ("<u>Thrifty</u>")
**Lease:** Lease dated June 15, 1972, originally by and between Calthrift Properties, Inc., as Landlord, and Thrifty Drug Stores Co Inc., as Tenant, as amended and assigned ("<u>Lease</u>")

**Thrifty Payless Store #05709**

**Petition Date:** May 5, 2025
**Rejection Date:** June 30, 2025

| **Post-Petition Lease Claims** | **Amount** |
|---|---|
| Rent 5/5/2025 to 5/31/2025 – (Rent Due $21,144.00 ÷ 30 days $714.66/day x 26 days = $18,581.16 due; $14,921.75 paid) | $3,659.41 |
| June 2025 [$21,144.00 due; $17,791.32 paid] | $3,648.68 |
| Security Guard Services – Smart Guardian Security (6/29/2025 to 6/30/2025) | $1,200.00 |
| Alarm Monitoring/Security Equipment – Pro Security Systems Inc. (6/2025) | $1,438.00 |
| Fire Sprinkler, Monitoring & Inspections – Pro Security Systems Inc. | $1,133.00 |
| Rubbish Removal – Yucaipa Disposal Inc. | $1,682.19 |
| Utility/Gas – SoCalGas (6/30/2025) | $13.47 |
| Utility/Electric – Southern California Edison | $5,204.27 |
| Utility/Water & Sewer – Yucaipa Valley Water District (6/30) | $47.72 |
| Shopping Center Operator (Chapman Heights Yucaipa LLC) 2025 CAM Reconciliation – $45,060.82 + 5% increase = $47,313.86 ÷ 365 = $129.62/day x 56 days (5/5/2025 to 6/30/2025) | 7,258.72 |
| Shopping Center Operator (Chapman Heights Yucaipa LLC) 2025 Insurance Reconciliation – $5,834.28 + 5% increase = $6,125.99 ÷ 365 = $16.78/day x 56 days (5/5/2025 to 6/30/2025) | <u>$939.68</u> |
| **Total Claim:** | ` **$26,225.14** |