## **Exhibit B**

Proposed Order

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

</td><td></td></tr>
<tr><td>

In re:

NEW RITE AID, LLC, *et al.*[1]

                Debtors.

</td><td>

Chapter 11

Case No.  25-14861 (MBK)

(Jointly Administered)

</td></tr>
</table>

**ORDER GRANTING MOTION OF KIN LANDLORDS TO COMPEL PAYMENT OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A) ARISING FROM NON-RESIDENTIAL REAL PROPERTY LEASE**

The relief set forth on the following pages, numbered three (3) through four (4) is

**ORDERED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BAYARD, P.A.**
Ericka F. Johnson (NJ #032162007)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

and

**TAYMAN LANE CHAVERRI LLP**
Jeffrey Rhodes (admitted *pro hac vice*)
2001 L Street, NW, Suite 500
Washington, DC 20036
Email: jrhodes@tlclawfirm.com

*Counsel for Kin Properties, Inc. and*
*Certain Affiliated Landlords*

( P a g e | 3)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising From Non-Residential Real Property Lease |

UPON CONSIDERATION of the *Motion Of Kin Landlords To Compel Payment Of Post-Petition Lease Obligations Pursuant To 11 U.S.C. §§ 365(D)(3) And 503(B)(1)(A) Arising From Non-Residential Real Property Lease* (the "Motion");[2] and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.) and June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was sufficient under the applicable rules and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY FOUND AND ORDERED THAT**:

1.      The Motion be and hereby is GRANTED.

2.      Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A), Jasue LLC is granted an allowed administrative expense claim in the amount of no less than $26,225.14 for unpaid post-petition obligations due and owing under the Lease (the "Claim").

3.      Debtors are authorized and directed to pay the Claim to the Kin Landlords within thirty (30) days of the entry of this Order.

4.      This Order shall be without prejudice to the Kin Landlords' right to seek allowance of further claims against the Debtors' estates, including without limitation claims under sections

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | NEW RITE AID, LLC, *et al.* |
| Case No. | 25-14861 (MBK) |
| Caption of Order: | Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising From Non-Residential Real Property Lease |

365(d)(3) and 503(b) of the Bankruptcy Code.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation or enforcement of this Order.