# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BAYARD, P.A.**
Ericka F. Johnson (NJ #032162007)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

*Counsel for Kin Properties, Inc. and
Certain Affiliated Landlords*

| | |
|---|---|
| In re: | Chapter: 11 |
| NEW RITE AID, LLC, *et al.*, | Case No.: 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFCATION OF SERVICE

1. I, Ericka F. Johnson:

    ☒ represent **Kin Properties Inc., Fundamentals Company LLC, and Mascot LLC** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On December 29, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Motion of Kin Landlords to Compel Payment of Post-Petition Lease Obligations Pursuant to 11 U.S.C. §§ 365(D)(3) and 503(B)(1)(A) Arising From Non-Residential Real Property Lease**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/29/2025          /s/ Ericka F. Johnson
                                       Ericka F. Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Email: arosenberg@paulweiss.com<br>       aeaton@paulweiss.com<br>       chopkins@paulweiss.com<br>       smitchell@paulweiss.com | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-Mail<br>X Other CM/ECF (As authorized by the Court.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601<br>E-mail: msirota@coleschotz.com<br>       wusatine@coleschotz.com<br>       fyudkin@coleschotz.com<br>       svanaalten@coleschotz.com | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-Mail<br>X CM/ECF (As authorized by the Court.) |
| Brett H. Miller<br>Todd M. Goren<br>James H. Burbage<br>Jessica D. Graber<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-67099<br>Email: bmiller@willkie.com<br>       tgoren@willkie.com<br>       jburbage@willkie.com<br>       jgraber@willkie.com | Attorneys for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-Mail<br>X Other CM/ECF (As authorized by the Court.) |

| | | |
|---|---|---|
| Andrew Sherman<br>Gregory Kopacz<br>Boris Mankovetskiy<br>Sills Cummis & Gross, PC<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Email: asherman@sillscummis.com<br>         gkopacz@sillscummis.com<br>         bmankovetskiy@sillscummis.com | Attorneys for Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-Mail<br>X Other CM/ECF  (As authorized by the Court.) |
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ   07102<br>Email: lauren.bielskie@usdoj.gov<br>         jeffrey.m.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-Mail<br>X CM/ECF  (As authorized by the Court.) |