**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>*(Local Counsel to McKesson Corporation and certain corporate affiliates)* | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Jeffrey K. Garfinkle (admitted *pro hac vice*)<br>Email: jgarfinkle@buchalter.com<br>Daniel H. Slate (admitted *pro hac vice*)<br>Email: dslate@buchalter.com<br>Brian T. Harvey (admitted *pro hac vice*)<br>Email: bharvey@buchalter.com<br>*(Co-Counsel to McKesson Corporation and certain corporate affiliates)* |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (admitted *pro hac vice*)<br>Email:  dtwomey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (admitted *pro hac vice*)<br>Email:  jkuster@sidley.com<br>*(Co-Counsel to McKesson Corporation and certain corporate affiliates)* | Case No. 25-14861 (MBK)<br><br>Chapter 11 (Jointly Administered)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>              Debtors. | |

**NOTICE OF WITHDRAWAL OF MOTION OF MCKESSON CORPORATION FOR ENTRY OF AN ORDER (A) ALLOWING ADMINISTRATIVE EXPENSE CLAIM, (B) COMPELLING IMMEDIATE PAYMENT THEREOF, AND (C) GRANTING RELATED RELIEF**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

McKesson Corporation and certain corporate affiliates hereby file this notice of their

withdrawal with prejudice of the *Motion of McKesson Corporation for an Order (A) Allowing*

*Administrative Expense Claim, (B) Compelling Immediate Payment Thereof, and (C) Granting*

*Related Relief* [Dkt. No. 655] in the above-captioned chapter 11 cases, which withdrawal with

prejudice is conditioned in all respects upon, and shall be automatically effective upon, the

occurrence of the Effective Date under and as defined in the Plan (as defined in the *Order*

*Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan*

*of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Dkt.

No. 3445] (the "<u>Confirmation Order</u>")[2]).

Dated: December 29, 2025

<u>Michele M. Dudas</u>
Michele M. Dudas
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
Telephone: 973.721.5021
Email: mdudas@msbnj.com

Dennis Twomey (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7438
Email: dtwomey@sidley.com

John J. Kuster (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.7336
Email: jkuster@sidley.com

Jeffrey K. Garfinkle (admitted *pro hac vice*)
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800

---

[2] The Confirmation Order was supplemented by the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Dkt No. 3536].

Irvine, CA  92612-0514
Telephone: 949.224.6252
Email:  jgarfinkle@buchalter.com

*Co-Counsel to McKesson Corporation
and certain corporate affiliates*