# Exhibit A

## Schedule of Invoices

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| USNI225141638 | October 10, 2024 | $53,796 |
| MHFI425098998 | October 29, 2024 | $4,896 |
| TSFI425143722 | October 29, 2024 | $4,590 |
| USNI225157143 | October 29, 2024 | $38,760 |
| MHFI425117013 | November 29, 2024 | $5,184 |
| USNI225184445 | November 29, 2024 | $11,560 |
| USNI225184447 | November 29, 2024 | $12,240 |
| USNI225184450 | November 29, 2024 | $2,040 |
| KAFI425142613 | December 27, 2024 | $5,292 |
| KAFI525036594 | December 27, 2024 | $4,860 |
| MHFI425131109 | December 27, 2024 | $225 |
| MHFI425131419 | December 27, 2024 | $6,048 |
| MHFI425131420 | December 27, 2024 | $5,040 |
| TSFI425188174 | December 27, 2024 | $5,400 |
| TSFI425188582 | December 27, 2024 | $5,670 |
| USNI225207287 | December 27, 2024 | $14,280 |
| USNI225207288 | December 27, 2024 | $14,280 |
| USNI225207289 | December 27, 2024 | $11,560 |
| USNI225213412 | January 1, 2025 | $60,520 |
| MHFI425140845 | January 23, 2025 | $5,130 |
| KAFI425157196 | January 29, 2025 | $4,680 |
| MHFI425145874 | January 29, 2025 | $5,040 |
| TSFI425209084 | January 29, 2025 | $6,210 |
| USNI225231054 | January 30, 2025 | $14,280 |
| USNI225231055 | January 30, 2025 | $14,280 |
| USNI225231058 | January 30, 2025 | $14,280 |
| KAFI425166735 | February 20, 2025 | $7,038 |
| KLFI525001666 | February 26, 2025 | $10,240 |

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| KLFI525001667 | February 26, 2025 | $29,938 |
| TNFI425259500 | February 26, 2025 | $10,062 |
| KAFI425171663 | February 27, 2025 | $4,860 |
| KAFI425171664 | February 27, 2025 | $4,284 |
| KAFI425171665 | February 27, 2025 | $4,536 |
| KAFI525044183 | February 27, 2025 | $5,130 |
| KAFI525044189 | February 27, 2025 | $8,505 |
| KAFI525044195 | February 27, 2025 | $14,310 |
| KAFI525044237 | February 27, 2025 | $35,910 |
| MHFI425159542 | February 27, 2025 | $11,944 |
| MHFI425159666 | February 27, 2025 | $5,130 |
| MHFI425159894 | February 27, 2025 | $4,680 |
| MHFI425159895 | February 27, 2025 | $5,400 |
| MHFI425159897 | February 27, 2025 | $3,150 |
| MHFI425159898 | February 27, 2025 | $3,276 |
| MHFI425159899 | February 27, 2025 | $4,050 |
| MHFI425159900 | February 27, 2025 | $4,446 |
| MHFI425159901 | February 27, 2025 | $4,050 |
| MPFI425022565 | February 27, 2025 | $4,860 |
| MPFI425022658 | February 27, 2025 | $3,744 |
| TNFI425260561 | February 27, 2025 | $5,400 |
| TSFI425228747 | February 27, 2025 | $6,480 |
| TSFI425229011 | February 27, 2025 | $5,400 |
| UPFI425019094 | February 27, 2025 | $5,040 |
| UPFI425019097 | February 27, 2025 | $5,400 |
| USNI225250040 | February 27, 2025 | $12,920 |
| USNI225250041 | February 27, 2025 | $11,560 |
| USNI225250042 | February 27, 2025 | $10,880 |
| USNI225250043 | February 27, 2025 | $13,600 |
| USNI225250044 | February 27, 2025 | $13,600 |

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| USNI225250045 | February 27, 2025 | $13,600 |
| USNI225250059 | February 27, 2025 | $13,600 |
| KAFI525048158 | March 26, 2025 | $5,670 |
| KAFI525048165 | March 26, 2025 | $4,590 |
| KLFI525001835 | March 26, 2025 | $5,400 |
| MHFI425174317 | March 26, 2025 | $5,550 |
| MHFI425174500 | March 26, 2025 | $9,045 |
| MHFI425174753 | March 26, 2025 | $14,256 |
| MHFI425174761 | March 26, 2025 | $4,698 |
| MHFI425174790 | March 26, 2025 | $5,130 |
| MHFI425174827 | March 26, 2025 | $4,788 |
| MHFI425174917 | March 26, 2025 | $12,744 |
| MPFI425024708 | March 26, 2025 | $2,808 |
| MPFI425024711 | March 26, 2025 | $4,446 |
| TSFI425248822 | March 26, 2025 | $4,590 |
| USNI225270861 | March 26, 2025 | $15,010 |
| USNI225271324 | March 26, 2025 | $26,544 |
| USNI225271333 | March 26, 2025 | $41,832 |
| USNI225271345 | March 26, 2025 | $31,272 |
| USNI225271349 | March 26, 2025 | $14,280 |
| KAFI425188473 | March 27, 2025 | $11,340 |
| KAFI525048343 | March 27, 2025 | $36,990 |
| MHFI425176037 | March 27, 2025 | $7,758 |
| MHFI425176038 | March 27, 2025 | $4,050 |
| MHFI425176039 | March 27, 2025 | $8,415 |
| MHFI425176040 | March 27, 2025 | $10,602 |
| MHFI425176041 | March 27, 2025 | $4,590 |
| MHFI425176106 | March 27, 2025 | $13,048 |
| TNFI425282923 | March 27, 2025 | $4,320 |
| TSFI425250607 | March 27, 2025 | $14,850 |

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| USNI225272666 | March 27, 2025 | $8,320 |
| USNI225272667 | March 27, 2025 | $4,080 |
| USNI225272668 | March 27, 2025 | $14,280 |
| USNI225272669 | March 27, 2025 | $14,616 |
| USNI225272670 | March 27, 2025 | $14,280 |
| USNI225272671 | March 27, 2025 | $14,616 |
| GJFI525001664 | March 28, 2025 | $4,680 |
| GJFI525001675 | March 28, 2025 | $4,680 |
| KLFI525001874 | March 28, 2025 | $6,210 |
| KLFI525001884 | March 28, 2025 | $5,400 |
| MHFI425178462 | March 28, 2025 | $4,725 |
| MHFI425178763 | March 28, 2025 | $4,275 |
| MPFI425025061 | March 28, 2025 | $11,592 |
| MPFI425025119 | March 28, 2025 | $9,576 |
| USNI225276081 | March 28, 2025 | $32,160 |
| USNI225276610 | March 28, 2025 | $36,200 |
| WBFI425090315 | March 28, 2025 | $5,472 |
| MPFI426000640 | April 22, 2025 | $2,970 |
| MPFI426000641 | April 22, 2025 | $4,446 |
| MHFI426010644 | April 29, 2025 | $5,550 |
| MHFI426011078 | April 29, 2025 | $5,742 |
| MHFI426011079 | April 29, 2025 | $5,481 |
| USNI226016369 | April 29, 2025 | $15,010 |
| KAFI526003881 | May 7, 2025 | $5,670 |
| KAFI526003883 | May 7, 2025 | $38,340 |
| KAFI526003884 | May 7, 2025 | $540 |
| KAFI526003886 | May 7, 2025 | $3,780 |
| MHFI426014546 | May 7, 2025 | $6,336 |
| MHFI426014551 | May 7, 2025 | $4,590 |
| MHFI426014555 | May 7, 2025 | $5,940 |

| **Invoice Number** | **Invoice Date** | **Invoice Amount** |
|---|---|---|
| MHFI426014556 | May 7, 2025 | $5,940 |
| MHFI426014557 | May 7, 2025 | $5,148 |
| MHFI426014558 | May 7, 2025 | $10,692 |
| MHFI426014559 | May 7, 2025 | $12,276 |
| MHFI426014560 | May 7, 2025 | $5,292 |
| MHFI426014571 | May 7, 2025 | $11,682 |
| MHFI426014572 | May 7, 2025 | $10,305 |
| MHFI426014573 | May 7, 2025 | $5,040 |
| MHFI426014578 | May 7, 2025 | $540 |
| MHFI426014579 | May 7, 2025 | $468 |
| MHFI426014580 | May 7, 2025 | $972 |
| MHFI426014581 | May 7, 2025 | $828 |
| MHFI426014582 | May 7, 2025 | $540 |
| MHFI426014583 | May 7, 2025 | $504 |
| MHFI426014584 | May 7, 2025 | $540 |
| MHFI426014587 | May 7, 2025 | $1,062 |
| MHFI426014588 | May 7, 2025 | $1,026 |
| MHFI426014589 | May 7, 2025 | $504 |
| MPFI426002023 | May 7, 2025 | $2,106 |
| MPFI426002024 | May 7, 2025 | $936 |
| MPFI426002025 | May 7, 2025 | $468 |
| TSFI426019703 | May 7, 2025 | $5,670 |
| TSFI426019707 | May 7, 2025 | $540 |
| USNI226021320 | May 7, 2025 | $14,960 |
| USNI226021321 | May 7, 2025 | $30,624 |
| USNI226021323 | May 7, 2025 | $14,960 |
| USNI226021324 | May 7, 2025 | $15,312 |
| USNI226021325 | May 7, 2025 | $39,312 |
| USNI226021326 | May 7, 2025 | $14,280 |
| USNI226021328 | May 7, 2025 | $33,184 |

| Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- |
| USNI226021329 | May 7, 2025 | $12,000 |
| USNI226021333 | May 7, 2025 | $1,392 |
| USNI226021334 | May 7, 2025 | $1,360 |
| USNI226021335 | May 7, 2025 | $3,792 |
| USNI226021336 | May 7, 2025 | $1,360 |
| USNI226021337 | May 7, 2025 | $1,360 |
| USNI226021338 | May 7, 2025 | $2,784 |
| USNI226021339 | May 7, 2025 | $3,088 |
| USNI226021341 | May 7, 2025 | $1,200 |
| TNFI426024376 | May 14, 2025 | $4,995 |
| TNFI426024377 | May 14, 2025 | $540 |
| MHFI426017253 | May 15, 2025 | $10,530 |
| MHFI426017254 | May 15, 2025 | $6,304 |
| MHFI426017256 | May 15, 2025 | $2,700 |
| MHFI426017269 | May 15, 2025 | $1,296 |
| MHFI426020818 | May 23, 2025 | $8,144 |
| TSFI426028218 | May 23, 2025 | $7,560 |
| KAFI426022276 | May 26, 2025 | $7,290 |
| MHFI426021797 | May 26, 2025 | $648 |
| USNI226032745 | May 26, 2025 | $680 |
| USNI226032746 | May 26, 2025 | $696 |
| USNI226032747 | May 26, 2025 | $1,896 |
| USNI226032751 | May 26, 2025 | $680 |
| USNI226032753 | May 26, 2025 | $1,392 |
| USNI226032755 | May 26, 2025 | $1,544 |
| USNI226032756 | May 26, 2025 | $600 |
| **Total:** | | **$1,596,879** |