| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr Esq.<br>Kristin S. Elliott, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Email:  jcarr@kelleydrye.com<br>          kelliott@kelleydrye.com<br><br>*Counsel to Tata Consultancy Services Limited* | |

| | | |
|---|---|---|
| In re: | Case No.: | 25-14861 (MBK) |
| NEW RITE AID, LLC, *et al.*, | Chapter: | 11 |
| Debtors. | Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.      I, Gabriella Capone, am the paralegal for Kelley Drye & Warren LLP, who represents Tata Consultancy Services Limited in the above referenced proceeding.

2.      On December 30, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Limited Objection to Debtors' Proposed Cure Amounts for Assumption of Executory Contracts.

3.      I certify under penalty of perjury that the above documents were sent using the method of service indicated.

Date: December 30, 2025

/s/ Gabriella Capone
Gabriella Capone

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Email: arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com | Counsel for Debtors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Other CM/ECF |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601<br>E-mail: msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com | Co-Counsel for Debtors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Other CM/ECF |
| Brett H. Miller Todd M. Goren James H. Burbage Jessica D. Graber Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019-67099 Email: bmiller@willkie.com<br>tgoren@willkie.com<br>jburbage@willkie.com<br>jgraber@willkie.com | Counsel for the Official Committee of Unsecured Creditors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Other CM/ECF |
| Andrew Sherman<br>Gregory Kopacz<br>Boris Mankovetskiy<br>Sills Cummis & Gross, PC<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Email: asherman@sillscummis.com<br>gkopacz@sillscummis.com<br>bmankovetskiy@sillscummis.com | Co-Counsel for the Official Committee of Unsecured Creditors | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Other CM/ECF |
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard Suite 2100<br>Newark, NJ 07102 | United States Trusee | [  ] Hand-delivered<br>[  ] Regular Mail<br>[  ] Certified Mail/RR<br>[X] Other CM/ECF |

| | | |
|---|---|---|
| Email: lauren.bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov | | |