**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re NEW RITE AID, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-1486 (MBK) <br><br> (Jointly Administered) |

**CRAIG LITHERLAND'S DECLARATION IN SUPPORT OF RAD SUB-TRUST B'S MOTION FOR ENTRY OF AN ORDER (1) AUTHORIZING AND DIRECTING THE DEBTORS TO SHARE DATA CONTAINING PROTECTED INFORMATION PURSUANT TO THE 2023 PLAN; AND (II) GRANTING RELATED RELIEF**

I, CRAIG J. LITHERLAND, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true to the best of my knowledge, information, and belief in connection with *RAD Sub-Trust B's Motion for Entry of an Order (1) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief*[2] (the "Motion").

    1.    I am the Chief Operating Officer of Tesseract Data Services LLC ("TDS"). TDS is a wholly-owned subsidiary of Gilbert LLP ("Gilbert") that was formed to provide E-Discovery

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025/Home-DocketInfo. The location of Debtor New Rite Aid, LLC's principal place of business and Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, PA 17319.

[2] The motion was initially styled as *Joint Motion of RAD Sub-Trust A and RAD Sub-Trust B for Entry of an Order (1) Authorizing and Directing the Debtors to Share Data Containing Protected Information Pursuant to the 2023 Plan; and (II) Granting Related Relief*. (Dkt. 3166).

services for Gilbert's clients and other parties. Gilbert is co-counsel to the RAD Sub-Trust B in the above-referenced matter, as well as in *Magnus, et al., v. Rite Aid Corporation*, Adv. Case No. 24-01211 (MBK), and *Rite Aid Corp. v. ACE Am. Ins. Co.*, No. N19C-04-150, pending in the Delaware Superior Court. I am also a partner and Chief Executive Officer at Gilbert.

2. TDS's primary place of business is located at 700 Pennsylvania Avenue, SE, Suite 400, Washington, DC 20003.

3. TDS has an ISO/IEC 27001:2022 Certificate, Certificate No. 37137-000 ("ISO Certificate"). TDS's current ISO Certificate was issued by Frank, Rimerman Information Security, LLC ("FRIS") on August 6, 2024 and will expire on August 6, 2027. TDS's current ISO certification was issued jointly to TDS and Gilbert. TDS intends to renew its ISO certification at the expiration of the current certification period.

4. TDS and Gilbert have annual surveillance audits conducted by FRIS, and satisfactory completion of those audits are a condition to maintaining their ISO certification. TDS and Gilbert's last audit was successfully completed in June 2025.

5. TDS and Gilbert maintain primary cyber insurance in the amount of $5 million, and excess cyber insurance in the amount of $5 million, for a total of $10 million.

6. TDS personnel have significant experience in the collection, processing, and production of electronically-stored information ("ESI") containing sensitive personal information, including Protected Health Information ("PHI"). Collectively, TDS professionals have decades of experience managing, reviewing, and safeguarding PHI governed by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), its implementing regulations, and comparable state privacy laws. TDS and Gilbert have handled PHI in cases involving bodily injury, other personal injury such as mental anguish, health care records, and bankruptcy claim

information. Such cases include matters relating to asbestos injuries, sex abuse allegations, medical records related to opioid clams, medical device claims, dental treatment claims, claims arising from imprisonment and torture allegations, and other sensitive matters.

7. TDS utilizes a third-party vendor, Innovative Driven, LLC to supply some data hosting services. Innovative Driven, LLC also has an ISO/IEC 27001 certificate.

8. TDS maintains robust technical and administrative safeguards when it is processing or hosting data, particularly PHI. These safeguards include, but are not limited to: (a) secure and encrypted storage of ESI within restricted-access review platforms; (b) multi-factor authentication, role-based permissions, and logging of all user activity; (c) secure file transfer protocols, encryption of data in transit and at rest, and controlled export of documents; and (d) segregation of PHI-containing materials when required by protective orders or confidentiality agreements.

9. TDS and Gilbert have handled PHI in matters involving individuals, insurers, pharmaceutical entities, healthcare providers, and other regulated organizations without any known unauthorized disclosure or violation of HIPAA or other applicable privacy regulations.

10. In matters involving PHI, TDS and Gilbert attorneys and professionals follow standardized workflows designed to ensure compliance with all applicable privacy and security obligations. These workflows include: (a) identification and tagging of PHI-containing documents during processing and review; (b) application of redactions to PHI where required by court orders, protective orders, or negotiated protocols; (c) anonymization of PHI when required by court orders, protective orders, or negotiated protocols; (d) quality-control checks and secondary reviews to ensure PHI is not inadvertently disclosed; (e) limitation of PHI access to

authorized reviewers with a legitimate need to know; and (f) maintenance of audit trails and documentation regarding our PHI-handling procedures.

11. Specifically, regarding the "flat file" that will contain PHI data, that data will be identified and flagged as containing PHI and the original media will be stored securely in a locked environment. Once ingested into our review platform, the entire folder will be pre-designated as containing PHI. Only a select group of users will have access to that folder and will receive additional training regarding the handling of that data and incident reporting.

12. When directed by RAD Sub-Trust B, TDS will destroy all data containing PHI, including original media.

13. To date, neither TDS nor Gilbert has had a data breach.

14. TDS will continue to adhere to all court orders, protective orders, confidentiality agreements, statutory requirements, and industry best practices relating to the handling of PHI during discovery.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information, and belief.

Dated: December 30, 2025

_____
Craig J. Litherland
Partner, Gilbert LLP and CEO,
Tesseract Data Services