Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**Order Filed on December 30, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# ORDER GRANTING DEBTORS' MOTION FOR FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

The relief set forth on the following pages, numbered two (2) through nine (9), is **ORDERED**.

**DATED: December 30, 2025**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  arosenberg@paulweiss.com
        aeaton@paulweiss.com
        chopkins@paulweiss.com
        smitchell@paulweiss.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com
        svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 2)
Debtor: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

Upon the *Debtors' Motion for Entry of a Final Decree and Order Closing Certain of the Debtors' Chapter 11 Cases* (the "Motion") of the above-captioned Debtors (collectively, the "Debtors") for entry of a final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 closing the Affiliate Cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final decree consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Effective Date of the Plan having occurred; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The following Affiliate Cases are hereby closed and a final decree is granted effective as of the Effective Date of the Plan; *provided* that this Court shall retain jurisdiction as provided in the Plan, the Confirmation Order, and this Final Decree:

(Page | 3)
Debtor: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

| **Affiliate Debtor** | **Case No.** |
|---|---|
| New Rite Aid, LLC f/k/a Juniper Rx, LLC | 25-14861 (MBK) |
| 1740 Associates, L.L.C. | 25-14744 (MBK) |
| 4042 Warrensville Center Road - Warrensville Ohio, Inc. | 25-14746 (MBK) |
| 5277 Associates, Inc. | 25-14750 (MBK) |
| 5600 Superior Properties, Inc. | 25-14753 (MBK) |
| Apex Drug Stores, Inc. | 25-14757 (MBK) |
| Broadview and Wallings-Broadview Heights Ohio, Inc. | 25-14763 (MBK) |
| Drug Palace, Inc. | 25-14768 (MBK) |
| Eckerd Corporation | 25-14769 (MBK) |
| EDC Drug Stores, Inc. | 25-14773 (MBK) |
| Ex Benefits, LLC f/k/a Advance Benefits, LLC | 25-14776 (MBK) |
| Ex Design, LLC f/k/a Design Rx, LLC | 25-14782 (MBK) |
| Ex Design Holdings, LLC f/k/a Design Rx Holdings LLC | 25-14779 (MBK) |
| Ex Holdco, LLC f/k/a Elixir Holdings, LLC | 25-14788 (MBK) |
| Ex Initiatives, LLC f/k/a Rx Initiatives L.L.C. | 25-14793 (MBK) |
| Ex Options, LLC f/k/a Elixir Rx Options, LLC | 25-14797 (MBK) |
| Ex Pharmacy, LLC f/k/a Elixir Pharmacy, LLC | 25-14801 (MBK) |
| Ex Procurement, LLC f/k/a Tonic Procurement Solutions, LLC | 25-14809 (MBK) |
| Ex Rxclusives, LLC f/k/a Design Rxclusives, LLC | 25-14814 (MBK) |
| Ex Savings, LLC f/k/a Elixir Savings, LLC | 25-14818 (MBK) |
| Ex Software, LLC f/k/a Laker Software, LLC | 25-14822 (MBK) |
| Ex Solutions of MO, LLC f/k/a Elixir Rx Solutions | 25-14826 (MBK) |
| Ex Solutions of NV, LLC f/k/a Elixir Rx Solutions of Nevada, LLC | 25-14828 (MBK) |
| Ex Solutions of OH, LLC f/k/a Elixir Rx Solutions, LLC | 25-14833 (MBK) |
| Ex Tech, LLC f/k/a Ascend Health Technology LLC | 25-14743 (MBK) |
| First Florida Insurers of Tampa, LLC | 25-14748 (MBK) |
| GDF, Inc. | 25-14751 (MBK) |
| Genovese Drug Stores, Inc. | 25-14755 (MBK) |
| Gettysburg and Hoover-Dayton, Ohio, LLC | 25-14760 (MBK) |
| Grand River & Fenkell, LLC | 25-14764 (MBK) |

(Page | 4)
Debtor: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

| | |
|---|---|
| Harco, Inc. | 25-14767 (MBK) |
| Hunter Lane, LLC | 25-14772 (MBK) |
| ILG – 90 B Avenue Lake Oswego, LLC | 25-14777 (MBK) |
| JCG Holdings (USA), Inc. | 25-14787 (MBK) |
| JCG (PJC) USA, LLC | 25-14781 (MBK) |
| K & B, Incorporated | 25-14819 (MBK) |
| K & B Alabama Corporation | 25-14792 (MBK) |
| K & B Louisiana Corporation | 25-14796 (MBK) |
| K & B Mississippi Corporation | 25-14804 (MBK) |
| K & B Services, Incorporated | 25-14807 (MBK) |
| K & B Tennessee Corporation | 25-14812 (MBK) |
| K&B Texas Corporation | 25-14824 (MBK) |
| LMW 90B Avenue Lake Oswego, Inc | 25-14836 (MBK) |
| Maxi Drug, Inc. | 25-14843 (MBK) |
| Maxi Drug North, Inc. | 25-14838 (MBK) |
| Maxi Drug South, L.P. | 25-14840 (MBK) |
| Maxi Green Inc. | 25-14774 (MBK) |
| Munson & Andrews, LLC | 25-14784 (MBK) |
| Name Rite, L.L.C. | 25-14790 (MBK) |
| PDS-1 Michigan, Inc. | 25-14803 (MBK) |
| Perry Drug Stores, Inc. | 25-14806 (MBK) |
| P.J.C. Distribution, Inc. | 25-14794 (MBK) |
| P.J.C. Realty Co., Inc. | 25-14799 (MBK) |
| PJC Lease Holdings, Inc. | 25-14808 (MBK) |
| PJC Manchester Realty LLC | 25-14813 (MBK) |
| PJC of Massachusetts, Inc. | 25-14816 (MBK) |
| PJC of Rhode Island, Inc. | 25-14820 (MBK) |
| PJC of Vermont Inc. | 25-14827 (MBK) |
| PJC Peterborough Realty LLC | 25-14832 (MBK) |
| PJC Realty MA, Inc. | 25-14835 (MBK) |
| PJC Revere Realty LLC | 25-14837 (MBK) |
| PJC Special Realty Holdings, Inc. | 25-14839 (MBK) |
| RCMH LLC | 25-14842 (MBK) |
| RDS Detroit, Inc. | 25-14846 (MBK) |
| READ's Inc. | 25-14847 (MBK) |

(Page | 5)
Debtor: NEW RITE AID, LLC, *et al*.
Case No.: 25-14861 (MBK)
Caption of Order: Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

| | |
|---|---|
| RediClinic Associates, Inc. | 25-14848 (MBK) |
| RediClinic LLC | 25-14849 (MBK) |
| RediClinic of Dallas-Fort Worth, LLC | 25-14850 (MBK) |
| RediClinic of DC, LLC | 25-14851 (MBK) |
| RediClinic of DE, LLC | 25-14745 (MBK) |
| RediClinic of MD, LLC | 25-14747 (MBK) |
| RediClinic of PA, LLC | 25-14749 (MBK) |
| RediClinic of VA, LLC | 25-14752 (MBK) |
| RediClinic US, LLC | 25-14756 (MBK) |
| Richfield Road - Flint, Michigan, LLC | 25-14759 (MBK) |
| Rite Aid Corporation | 25-14731 (MBK) |
| Rite Aid Drug Palace, Inc. | 25-14762 (MBK) |
| Rite Aid Hdqtrs. Corp. | 25-14859 (MBK) |
| Rite Aid Hdqtrs. Funding, Inc. | 25-14860 (MBK) |
| Rite Aid Lease Management Company | 25-14765 (MBK) |
| Rite Aid of Connecticut, Inc. | 25-14770 (MBK) |
| Rite Aid of Delaware, Inc. | 25-14775 (MBK) |
| Rite Aid of Georgia, Inc. | 25-14780 (MBK) |
| Rite Aid of Indiana, Inc. | 25-14786 (MBK) |
| Rite Aid of Kentucky, Inc. | 25-14789 (MBK) |
| Rite Aid of Maine, Inc. | 25-14798 (MBK) |
| Rite Aid of Maryland, Inc. | 25-14800 (MBK) |
| Rite Aid of Michigan, Inc. | 25-14805 (MBK) |
| Rite Aid of New Hampshire, Inc. | 25-14810 (MBK) |
| Rite Aid of New Jersey, Inc. | 25-14730 (MBK) |
| Rite Aid of New York, Inc. | 25-14815 (MBK) |
| Rite Aid of North Carolina, Inc. | 25-14821 (MBK) |
| Rite Aid of Ohio, Inc. | 25-14825 (MBK) |
| Rite Aid of Pennsylvania, LLC, f/k/a Rite Aid of Pennsylvania, Inc. | 25-14830 (MBK) |
| Rite Aid of South Carolina, Inc. | 25-14841 (MBK) |
| Rite Aid of Tennessee, Inc. | 25-14844 (MBK) |
| Rite Aid of Vermont, Inc. | 25-14754 (MBK) |
| Rite Aid of Virginia, Inc. | 25-14761 (MBK) |
| Rite Aid of Washington, D.C. Inc. | 25-14766 (MBK) |
| Rite Aid of West Virginia, Inc. | 25-14771 (MBK) |

(Page | 6)
Debtor:            NEW RITE AID, LLC, *et al*.
Case No.:          25-14861 (MBK)
Caption of Order:  Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

| | |
|---|---|
| Rite Aid Online Store, Inc. | 25-14778 (MBK) |
| Rite Aid Payroll Management, Inc. | 25-14785 (MBK) |
| Rite Aid Realty Corp. | 25-14791 (MBK) |
| Rite Aid Rome Distribution Center, Inc. | 25-14795 (MBK) |
| Rite Aid Specialty Pharmacy, LLC | 25-14802 (MBK) |
| Rite Aid Transport, Inc. | 25-14811 (MBK) |
| Rite Investments Corp. | 25-14823 (MBK) |
| Rite Investments Corp., LLC | 25-14817 (MBK) |
| Rx Choice, Inc. | 25-14829 (MBK) |
| Rx USA, Inc. | 25-14834 (MBK) |
| The Bartell Drug Company | 25-14845 (MBK) |
| The Jean Coutu Group (PJC) USA, Inc. | 25-14852 (MBK) |
| The Lane Drug Company | 25-14854 (MBK) |
| Thrift Drug, Inc. | 25-14853 (MBK) |
| Thrifty Corporation | 25-14855 (MBK) |
| Thrifty Ice Cream, LLC f/k/a 1515 West State Street Boise, Idaho, LLC | 25-14856 (MBK) |
| Thrifty PayLess, Inc. | 25-14857 (MBK) |

2. The Remaining Case of Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK) shall remain open pending the entry of a final decree by this Court closing the Remaining Case.

3. All Remaining Matters, including claims reconciliation with respect to claims against any Debtor, shall be filed, administered, and adjudicated in the Remaining Case without the need to reopen any Affiliate Case, and the Court retains jurisdiction and authority with regard to the Remaining Matters, whether or not they pertain to the Remaining Case or the Affiliate Cases. For the avoidance of doubt, nothing herein shall modify the rights or responsibilities of the Reorganized Debtors with respect to the Remaining Matters.

(Page | 7)
Debtor:                NEW RITE AID, LLC, *et al*.
Case No.:              25-14861 (MBK)
Caption of Order:      Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

4.     The clerk shall designate on the docket of each Affiliate Case that the chapter 11 cases are now being administered under the Remaining Case. The Debtors shall make a docket entry in each of the Affiliate Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK). The docket in Case No. 25-14831 (MBK) should be consulted for all matters affecting this case.

5.     Subject to Article XIV.C (Payment of Statutory Fees) of the Plan, the Debtors, Reorganized Debtors, Wind-Down Debtors, or any entity making disbursements on behalf of any such Debtor, Reorganized Debtor, or Wind-Down Debtor (including the Liquidating Trust and Liquidating Trustee each solely in their capacity as such) as defined in and subject to the Confirmation Order [Docket No. 3445], as applicable, shall file quarterly reports through the date of entry of the Final Decree and pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. §§ 1930(a)(6)(A) and (B) for the Affiliate Cases within forty-five (45) days after the date of entry of the Final Decree, subject to further extensions with prior written agreement between the Debtors and the U.S. Trustee (email being sufficient); *provided* that, for the avoidance of doubt, effective as of the date of entry of the Final Decree, no further quarterly U.S. Trustee fees shall be due and payable by the Debtors of the Affiliate Cases. This Court shall retain jurisdiction to enforce fees assessed under 28 U.S.C. §§ 1930(a)(6)(A) and (B).

6.     Subject to Article XIV.C (Payment of Statutory Fees) of the Plan, the Debtors, Reorganized Debtors, Wind-Down Debtors, or any entity making disbursements on behalf of any such Debtor, Reorganized Debtor, or Wind-Down Debtor (including the Liquidating Trust and Liquidating Trustee each solely in their capacity as such) as defined in and subject to the

(Page | 8)
Debtor:                NEW RITE AID, LLC, *et al*.
Case No.:              25-14861 (MBK)
Caption of Order:      Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

Confirmation Order [Docket No. 3445], as applicable, shall report quarterly disbursements for the Remaining Case in post-confirmation reports, and quarterly fees will be paid when due and payable under 28 U.S.C. §§ 1930(a)(6)(A) and (B) pending the entry of a final decree by this Court closing the Remaining Case.

7. Entry of this Final Decree is without prejudice to (a) the rights of the Debtors or any party in interest to seek to reopen any of the Affiliate Cases for cause pursuant to section 350(b) of the Bankruptcy Code and (b) the rights of the Debtors, the Liquidating Trustee acting on behalf of the Liquidating Trust, or any entity authorized pursuant to the Plan, as applicable, to (i) commence, prosecute, and/or resolve any claims filed against any Debtor or any other person in these chapter 11 cases, or (ii) object to claims filed against any Debtor. This Final Decree shall have no effect whatsoever on any contested matter, adversary proceeding, or other matters pending before this Court, as provided in the Plan and the Confirmation Order. Notwithstanding anything to the contrary contained in the Plan, any failure of any Debtor, or any entity authorized pursuant to the Plan, as applicable, to file an objection to a claim against or interest in any Debtor's chapter 11 case shall not constitute allowance of the claim and shall not result in such claim being deemed allowed against any Debtor. Any objections to claims against or interests in the Debtors may be filed, administered, and adjudicated in the Remaining Case.

8. Notwithstanding entry of this Final Decree, in accordance with Section IV.C and Articles VII and VIII of the Plan, which were incorporated into and made part of the Confirmation Order, the Liquidating Trustee acting on behalf of the Liquidating Trust, shall be entitled to prosecute claims and defenses, make distributions, and attend to other affairs on behalf of each of the other former Debtors as if such former Debtors' estates continued to exist.

(Page | 9)
Debtor:              NEW RITE AID, LLC, *et al*.
Case No.:            25-14861 (MBK)
Caption of Order:    Order Granting Debtors' Motion for Final Decree Closing Certain of the Chapter 11 Cases

9. Notwithstanding the entry of this Final Decree or 11 U.S.C. § 550(f), the closing of the Affiliate Cases shall not affect the rights of the Debtors, the Wind-Down Debtors, the Reorganized Debtors, or the Liquidating Trustee acting on behalf of the Liquidating Trust granted pursuant to the Plan and the Confirmation Order, including, without limitation, in connection with (a) commencing or maintaining any action, claim, or proceeding, and/or (b) actions, claims, or proceedings to recover from any transferee or any subsequent transferee (in each case to the extent consistent with the Plan and the Confirmation Order).

10. This Final Decree shall be immediately effective and enforceable upon its entry.

11. The Debtors and any entity authorized pursuant to the Plan and/or the Confirmation Order, and their respective agents, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

12. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise, had this Final Decree not been entered.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.