**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
aeaton@paulweiss.com
chopkins@paulweiss.com
smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

**PLAN TOGGLE NOTICE AND NOTICE OF
SATISFACTION OF PARTICIPATION CONDITION**

**PLEASE TAKE NOTICE** that on August 14, 2025, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Authorizing the Administrative Claims Procedures and (II) Granting Related Relief* [Docket No. 1883] approving the procedures for settlement of certain claims against the Debtors (the "Administrative Claims Procedures"), pursuant to which the Debtors were authorized to, *inter alia*, file a notice indicating whether a sufficient number of subject claimants participated in the Administrative Claims Procedures to enable the Debtors to pursue confirmation of a chapter 11 plan (the "Participation Condition").

**PLEASE TAKE FURTHER NOTICE** that, on September 22, 2025, the Court[2] entered an order [Docket No. 2535] (the "Disclosure Statement Order"): (a) authorizing New Rite Aid,

---

[1]   The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025.  The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *First Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2517] (as modified, amended, or supplemented from time to time, the "Plan"); (b) conditionally approving the *First Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates* [Docket No. 2518] (as modified, amended, or supplemented from time to time, the "Disclosure Statement"); (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement Order established **September 26, 2025 at 4:00 p.m. (prevailing Eastern Time)** as the deadline by which the Debtors will file and serve a notice indicating whether they will pursue confirmation of the Plan or, alternatively, seek dismissal of these Chapter 11 Cases (this "Toggle Notice").

PLEASE TAKE FURTHER NOTICE that, on September, 26, 2025, the Debtors filed the *Notice of Extension of Date By Which Toggle Notice Shall Be Filed* [Docket No. 2579] extending, pursuant to paragraph 9 of the Disclosure Statement Order, the deadline to file the Toggle Notice to **September 30, 2025 at 4:00 p.m. (prevailing Eastern Time)**;

PLEASE TAKE FURTHER NOTICE that, on September 30, 2025, the Debtors filed the *Notice of Adjournment of Combined Hearing/Dismissal Hearing and Dates by Which Toggle Notice, Confirmation Order, Dismissal Orders, and Plan Supplement Shall be Filed in Connection Therewith* [Docket No. 2696], adjourning, pursuant to paragraphs 7 and 9 of the Disclosure Statement Order, the Combined Hearing and the deadline to file the Toggle Notice, Confirmation Order, and Plan Supplement to a date to be determined.

PLEASE TAKE FURTHER NOTICE that, on November 26, 2025, the Court entered the *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 3445], as supplemented by the *Supplemental Order to Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of New Rite Aid, LLC and Its Debtor Affiliates (Technical Modifications)*[Docket No. 3536] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file notice that the Participation Condition has been met.

PLEASE TAKE FURTHER NOTICE THAT copies of the Plan, Disclosure Statement, Disclosure Statement Order, solicitation materials, and subsequent filings are available free of charge at https://restructuring.ra.kroll.com/RiteAid2025 or by contacting Kroll Restructuring Administration LLC at (888) 575-9318 (U.S./Canada, toll free), +1 (646) 930-4577 (international), by email at RiteAid2025Info@ra.kroll.com, or by writing to New Rite Aid, LLC Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232;

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights as set forth in the Disclosure Statement Order, Plan, Confirmation Order, and applicable law, including the right to further amend, supplement, or modify the Plan and solicitation procedures in accordance therewith.

[*Remainder of Page Intentionally Left Blank*]

Dated:  December 30, 2025

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Sean A. Mitchell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:   arosenberg@paulweiss.com
         aeaton@paulweiss.com
         chopkins@paulweiss.com
         smitchell@paulweiss.com

*Co-Counsel to the Debtors and
Debtors in Possession*

4