**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 29, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on U.S. Trustee for the District of New Jersey, Attn: Jeffrey M. Sponder, Lauren Bielskie, jeffrey.m.sponder@usdoj.gov, lauren.bielskie@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 25-14861 - New Rite Aid, LLC for the Month Ending: 11/29/2025 [Docket No. 3567]

- Chapter 11 Monthly Operating Report for Case Number 25-14744 - 1740 Associates, L.L.C. for the Month Ending: 11/29/2025 [Docket No. 3568]

- Chapter 11 Monthly Operating Report for Case Number 25-14746 - 4042 Warrensville Center Road - Warrensville Ohio, Inc. for the Month Ending: 11/29/2025 [Docket No. 3569]

- Chapter 11 Monthly Operating Report for Case Number 25-14750 - 5277 Associates, Inc. for the Month Ending: 11/29/2025 [Docket No. 3570]

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

- Chapter 11 Monthly Operating Report for Case Number 25-14753 - 5600 Superior Properties, Inc. for the Month Ending: 11/29/2025 [Docket No. 3571]

- Chapter 11 Monthly Operating Report for Case Number 25-14757 - Apex Drug Stores, Inc. for the Month Ending: 11/29/2025 [Docket No. 3572]

- Chapter 11 Monthly Operating Report for Case Number 25-14763 - Broadview and Wallings-Broadview Heights Ohio, Inc. for the Month Ending: 11/29/2025 [Docket No. 3573]

- Chapter 11 Monthly Operating Report for Case Number 25-14768 - Drug Palace, Inc. for the Month Ending: 11/29/2025 [Docket No. 3574]

- Chapter 11 Monthly Operating Report for Case Number 25-14769 - Eckerd Corporation for the Month Ending: 11/29/2025 [Docket No. 3575]

- Chapter 11 Monthly Operating Report for Case Number 25-14773 - EDC Drug Stores, Inc. for the Month Ending: 11/29/2025 [Docket No. 3576]

- Chapter 11 Monthly Operating Report for Case Number 25-14776 - Ex Benefits, LLC for the Month Ending: 11/29/2025 [Docket No. 3577]

- Chapter 11 Monthly Operating Report for Case Number 25-14779 - Ex Design Holdings, LLC for the Month Ending: 11/29/2025 [Docket No. 3578]

- Chapter 11 Monthly Operating Report for Case Number 25-14782 - Ex Design, LLC for the Month Ending: 11/29/2025 [Docket No. 3579]

- Chapter 11 Monthly Operating Report for Case Number 25-14788 - Ex Holdco, LLC for the Month Ending: 11/29/2025 [Docket No. 3580]

- Chapter 11 Monthly Operating Report for Case Number 25-14793 - Ex Initiatives, LLC for the Month Ending: 11/29/2025 [Docket No. 3581]

- Chapter 11 Monthly Operating Report for Case Number 25-14797 - Ex Options, LLC for the Month Ending: 11/29/2025 [Docket No. 3582]

- Chapter 11 Monthly Operating Report for Case Number 25-14801 - Ex Pharmacy, LLC for the Month Ending: 11/29/2025 [Docket No. 3583]

- Chapter 11 Monthly Operating Report for Case Number 25-14809 - Ex Procurement, LLC for the Month Ending: 11/29/2025 [Docket No. 3584]

- Chapter 11 Monthly Operating Report for Case Number 25-14814 - Ex Rxclusives, LLC for the Month Ending: 11/29/2025 [Docket No. 3585]

- Chapter 11 Monthly Operating Report for Case Number 25-14818 - Ex Savings, LLC for the Month Ending: 11/29/2025 [Docket No. 3586]

- Chapter 11 Monthly Operating Report for Case Number 25-14822 - Ex Software, LLC for the Month Ending: 11/29/2025 [Docket No. 3587]

- Chapter 11 Monthly Operating Report for Case Number 25-14826 - Ex Solutions of MO, LLC for the Month Ending: 11/29/2025 [Docket No. 3588]

- Chapter 11 Monthly Operating Report for Case Number 25-14828 - Ex Solutions of NV, LLC for the Month Ending: 11/29/2025 [Docket No. 3589]

- Chapter 11 Monthly Operating Report for Case Number 25-14833 - Ex Solutions of OH, LLC for the Month Ending: 11/29/2025 [Docket No. 3590]

- Chapter 11 Monthly Operating Report for Case Number 25-14743 - Ex Tech, LLC for the Month Ending: 11/29/2025 [Docket No. 3591]

- Chapter 11 Monthly Operating Report for Case Number 25-14748 - First Florida Insurers of Tampa, LLC for the Month Ending: 11/29/2025 [Docket No. 3592]

- Chapter 11 Monthly Operating Report for Case Number 25-14751 - GDF, Inc. for the Month Ending: 11/29/2025 [Docket No. 3593]

- Chapter 11 Monthly Operating Report for Case Number 25-14755 - Genovese Drug Stores, Inc. for the Month Ending: 11/29/2025 [Docket No. 3594]

- Chapter 11 Monthly Operating Report for Case Number 25-14760 - Gettysburg and Hoover-Dayton, Ohio, LLC for the Month Ending: 11/29/2025 [Docket No. 3595]

- Chapter 11 Monthly Operating Report for Case Number 25-14764 - Grand River & Fenkell, LLC for the Month Ending: 11/29/2025 [Docket No. 3596]

- Chapter 11 Monthly Operating Report for Case Number 25-14767 - Harco, Inc. for the Month Ending: 11/29/2025 [Docket No. 3597]

- Chapter 11 Monthly Operating Report for Case Number 25-14805 - Rite Aid of Michigan, Inc. for the Month Ending: 11/29/2025 [Docket No. 3599]

- Chapter 11 Monthly Operating Report for Case Number 25-14810 - Rite Aid of New Hampshire, Inc. for the Month Ending: 11/29/2025 [Docket No. 3600]

- Chapter 11 Monthly Operating Report for Case Number 25-14789 - Rite Aid of Kentucky, Inc. for the Month Ending: 11/29/2025 [Docket No. 3601]

- Chapter 11 Monthly Operating Report for Case Number 25-14798 - Rite Aid of Maine, Inc. for the Month Ending: 11/29/2025 [Docket No. 3602]

- Chapter 11 Monthly Operating Report for Case Number 25-14800 - Rite Aid of Maryland, Inc. for the Month Ending: 11/29/2025 [Docket No. 3603]

- Chapter 11 Monthly Operating Report for Case Number 25-14780 - Rite Aid of Georgia, Inc. for the Month Ending: 11/29/2025 [Docket No. 3604]

- Chapter 11 Monthly Operating Report for Case Number 25-14786 - Rite Aid of Indiana, Inc. for the Month Ending: 11/29/2025 [Docket No. 3605]

- Chapter 11 Monthly Operating Report for Case Number 25-14765 - Rite Aid Lease Management Company for the Month Ending: 11/29/2025 [Docket No. 3606]

- Chapter 11 Monthly Operating Report for Case Number 25-14770 - Rite Aid of Connecticut, Inc. for the Month Ending: 11/29/2025 [Docket No. 3607]

- Chapter 11 Monthly Operating Report for Case Number 25-14775 - Rite Aid of Delaware, Inc. for the Month Ending: 11/29/2025 [Docket No. 3609]

- Chapter 11 Monthly Operating Report for Case Number 25-14762 - Rite Aid Drug Palace, Inc. for the Month Ending: 11/29/2025 [Docket No. 3610]

- Chapter 11 Monthly Operating Report for Case Number 25-14859 - Rite Aid Hdqtrs. Corp. for the Month Ending: 11/29/2025 [Docket No. 3611]

- Chapter 11 Monthly Operating Report for Case Number 25-14860 - Rite Aid Hdqtrs. Funding, Inc. for the Month Ending: 11/29/2025 [Docket No. 3612]

- Chapter 11 Monthly Operating Report for Case Number 25-14759 - Richfield Road - Flint, Michigan, LLC for the Month Ending: 11/29/2025 [Docket No. 3613]

- Chapter 11 Monthly Operating Report for Case Number 25-14731 - Rite Aid Corporation for the Month Ending: 11/29/2025 [Docket No. 3614]

- Chapter 11 Monthly Operating Report for Case Number 25-14749 - RediClinic of PA, LLC for the Month Ending: 11/29/2025 [Docket No. 3615]

- Chapter 11 Monthly Operating Report for Case Number 25-14752 - RediClinic of VA, LLC for the Month Ending: 11/29/2025 [Docket No. 3616]

- Chapter 11 Monthly Operating Report for Case Number 25-14756 - RediClinic US, LLC for the Month Ending: 11/29/2025 [Docket No. 3617]

- Chapter 11 Monthly Operating Report for Case Number 25-14747 - RediClinic of MD, LLC for the Month Ending: 11/29/2025 [Docket No. 3618]

- Chapter 11 Monthly Operating Report for Case Number 25-14850 - RediClinic of Dallas-Fort Worth, LLC for the Month Ending: 11/29/2025 [Docket No. 3619]

- Chapter 11 Monthly Operating Report for Case Number 25-14851 - RediClinic of DC, LLC for the Month Ending: 11/29/2025 [Docket No. 3620]

- Chapter 11 Monthly Operating Report for Case Number 25-14745 - RediClinic of DE, LLC for the Month Ending: 11/29/2025 [Docket No. 3621]

- Chapter 11 Monthly Operating Report for Case Number 25-14848 - RediClinic Associates, Inc. for the Month Ending: 11/29/2025 [Docket No. 3622]

- Chapter 11 Monthly Operating Report for Case Number 25-14849 - RediClinic LLC for the Month Ending: 11/29/2025 [Docket No. 3623]

- Chapter 11 Monthly Operating Report for Case Number 25-14842 - RCMH LLC for the Month Ending: 11/29/2025 [Docket No. 3624]

- Chapter 11 Monthly Operating Report for Case Number 25-14846 - RDS Detroit, Inc. for the Month Ending: 11/29/2025 [Docket No. 3625]

- Chapter 11 Monthly Operating Report for Case Number 25-14847 - READ's Inc. for the Month Ending: 11/29/2025 [Docket No. 3626]

- Chapter 11 Monthly Operating Report for Case Number 25-14837 - PJC Revere Realty LLC for the Month Ending: 11/29/2025 [Docket No. 3627]

- Chapter 11 Monthly Operating Report for Case Number 25-14839 - PJC Special Realty Holdings, Inc. for the Month Ending: 11/29/2025 [Docket No. 3628]

- Chapter 11 Monthly Operating Report for Case Number 25-14730 - Rite Aid of New Jersey, Inc. for the Month Ending: 11/29/2025 [Docket No. 3633]

- Chapter 11 Monthly Operating Report for Case Number 25-14815 - Rite Aid of New York, Inc. for the Month Ending: 11/29/2025 [Docket No. 3634]

- Chapter 11 Monthly Operating Report for Case Number 25-14821 - Rite Aid of North Carolina, Inc. for the Month Ending: 11/29/2025 [Docket No. 3635]

- Chapter 11 Monthly Operating Report for Case Number 25-14825 - Rite Aid of Ohio, Inc. for the Month Ending: 11/29/2025 [Docket No. 3636]

- Chapter 11 Monthly Operating Report for Case Number 25-14830 - Rite Aid of Pennsylvania, LLC for the Month Ending: 11/29/2025 [Docket No. 3637]

- Chapter 11 Monthly Operating Report for Case Number 25-14841 - Rite Aid of South Carolina, Inc. for the Month Ending: 11/29/2025 [Docket No. 3638]

- Chapter 11 Monthly Operating Report for Case Number 25-14844 - Rite Aid of Tennessee, Inc. for the Month Ending: 11/29/2025 [Docket No. 3639]

- Chapter 11 Monthly Operating Report for Case Number 25-14754 - Rite Aid of Vermont, Inc. for the Month Ending: 11/29/2025 [Docket No. 3640]

- Chapter 11 Monthly Operating Report for Case Number 25-14772 - Hunter Lane, LLC for the Month Ending: 11/29/2025 [Docket No. 3641]

- Chapter 11 Monthly Operating Report for Case Number 25-14777 - ILG - 90 B Avenue Lake Oswego, LLC for the Month Ending: 11/29/2025 [Docket No. 3642]

- Chapter 11 Monthly Operating Report for Case Number 25-14781 - JCG (PJC) USA, LLC for the Month Ending: 11/29/2025 [Docket No. 3643]

- Chapter 11 Monthly Operating Report for Case Number 25-14787 - JCG Holdings (USA), Inc. for the Month Ending: 11/29/2025 [Docket No. 3644]

- Chapter 11 Monthly Operating Report for Case Number 25-14761 - Rite Aid of Virginia, Inc. for the Month Ending: 11/29/2025 [Docket No. 3645]

- Chapter 11 Monthly Operating Report for Case Number 25-14792 - K & B Alabama Corporation for the Month Ending: 11/29/2025 [Docket No. 3646]

- Chapter 11 Monthly Operating Report for Case Number 25-14766 - Rite Aid of Washington, D.C. Inc. for the Month Ending: 11/29/2025 [Docket No. 3647]

- Chapter 11 Monthly Operating Report for Case Number 25-14796 - K & B Louisiana Corporation for the Month Ending: 11/29/2025 [Docket No. 3648]

- Chapter 11 Monthly Operating Report for Case Number 25-14771 - Rite Aid of West Virginia, Inc. for the Month Ending: 11/29/2025 [Docket No. 3649]

- Chapter 11 Monthly Operating Report for Case Number 25-14804 - K & B Mississippi Corporation for the Month Ending: 11/29/2025 [Docket No. 3650]

- Chapter 11 Monthly Operating Report for Case Number 25-14807 - K & B Services, Incorporated for the Month Ending: 11/29/2025 [Docket No. 3651]

- Chapter 11 Monthly Operating Report for Case Number 25-14778 - Rite Aid Online Store, Inc. for the Month Ending: 11/29/2025 [Docket No. 3652]

- Chapter 11 Monthly Operating Report for Case Number 25-14812 - K & B Tennessee Corporation for the Month Ending: 11/29/2025 [Docket No. 3653]

- Chapter 11 Monthly Operating Report for Case Number 25-14785 - Rite Aid Payroll Management, Inc. for the Month Ending: 11/29/2025 [Docket No. 3654]

- Chapter 11 Monthly Operating Report for Case Number 25-14819 - K & B, Incorporated for the Month Ending: 11/29/2025 [Docket No. 3655]

- Chapter 11 Monthly Operating Report for Case Number 25-14824 - K&B Texas Corporation for the Month Ending: 11/29/2025 [Docket No. 3656]

- Chapter 11 Monthly Operating Report for Case Number 25-14791 - Rite Aid Realty Corp. for the Month Ending: 11/29/2025 [Docket No. 3657]

- Chapter 11 Monthly Operating Report for Case Number 25-14831 - Lakehurst and Broadway Corporation for the Month Ending: 11/29/2025 [Docket No. 3658]

- Chapter 11 Monthly Operating Report for Case Number 25-14795 - Rite Aid Rome Distribution Center, Inc. for the Month Ending: 11/29/2025 [Docket No. 3659]

- Chapter 11 Monthly Operating Report for Case Number 25-14836 - LMW - 90B Avenue Lake Oswego, Inc. for the Month Ending: 11/29/2025 [Docket No. 3660]

- Chapter 11 Monthly Operating Report for Case Number 25-14838 - Maxi Drug North, Inc. for the Month Ending: 11/29/2025 [Docket No. 3661]

- Chapter 11 Monthly Operating Report for Case Number 25-14840 - Maxi Drug South, L.P. for the Month Ending: 11/29/2025 [Docket No. 3662]

- Chapter 11 Monthly Operating Report for Case Number 25-14843 - Maxi Drug, Inc. for the Month Ending: 11/29/2025 [Docket No. 3663]

- Chapter 11 Monthly Operating Report for Case Number 25-14774 - Maxi Green Inc. for the Month Ending: 11/29/2025 [Docket No. 3664]

- Chapter 11 Monthly Operating Report for Case Number 25-14784 - Munson & Andrews, LLC for the Month Ending: 11/29/2025 [Docket No. 3665]

- Chapter 11 Monthly Operating Report for Case Number 25-14802 - Rite Aid Specialty Pharmacy, LLC for the Month Ending: 11/29/2025 [Docket No. 3666]

- Chapter 11 Monthly Operating Report for Case Number 25-14811 - Rite Aid Transport, Inc. for the Month Ending: 11/29/2025 [Docket No. 3667]

- Chapter 11 Monthly Operating Report for Case Number 25-14817 - Rite Investments Corp., LLC for the Month Ending: 11/29/2025 [Docket No. 3668]

- Chapter 11 Monthly Operating Report for Case Number 25-14823 - Rite Investments Corp. for the Month Ending: 11/29/2025 [Docket No. 3669]

- Chapter 11 Monthly Operating Report for Case Number 25-14829 - Rx Choice, Inc. for the Month Ending: 11/29/2025 [Docket No. 3670]

- Chapter 11 Monthly Operating Report for Case Number 25-14834 - Rx USA, Inc. for the Month Ending: 11/29/2025 [Docket No. 3671]

- Chapter 11 Monthly Operating Report for Case Number 25-14845 - The Bartell Drug Company for the Month Ending: 11/29/2025 [Docket No. 3672]

- Chapter 11 Monthly Operating Report for Case Number 25-14852 - The Jean Coutu Group (PJC) USA, Inc. for the Month Ending: 11/29/2025 [Docket No. 3673]

- Chapter 11 Monthly Operating Report for Case Number 25-14854 - The Lane Drug Company for the Month Ending: 11/29/2025 [Docket No. 3674]

- Chapter 11 Monthly Operating Report for Case Number 25-14853 - Thrift Drug, Inc. for the Month Ending: 11/29/2025 [Docket No. 3675]

- Chapter 11 Monthly Operating Report for Case Number 25-14855 - Thrifty Corporation for the Month Ending: 11/29/2025 [Docket No. 3676]

- Chapter 11 Monthly Operating Report for Case Number 25-14856 - Thrifty Ice Cream, LLC for the Month Ending: 11/29/2025 [Docket No. 3677]

- Chapter 11 Monthly Operating Report for Case Number 25-14857 - Thrifty PayLess, Inc. for the Month Ending: 11/29/2025 [Docket No. 3678]

- Chapter 11 Monthly Operating Report for Case Number 25-14790 - Name Rite, LLC for the Month Ending: 11/29/2025 [Docket No. 3679]

- Chapter 11 Monthly Operating Report for Case Number 25-14794 - P.J.C. Distribution, Inc. for the Month Ending: 11/29/2025 [Docket No. 3680]

- Chapter 11 Monthly Operating Report for Case Number 25-14799 - P.J.C. Realty Co., Inc. for the Month Ending: 11/29/2025 [Docket No. 3681]

- Chapter 11 Monthly Operating Report for Case Number 25-14803 - PDS-1 Michigan, Inc. for the Month Ending: 11/29/2025 [Docket No. 3682]

- Chapter 11 Monthly Operating Report for Case Number 25-14806 - Perry Drug Stores, Inc. for the Month Ending: 11/29/2025 [Docket No. 3683]

- Chapter 11 Monthly Operating Report for Case Number 25-14808 - PJC Lease Holdings, Inc. for the Month Ending: 11/29/2025 [Docket No. 3684]

- Chapter 11 Monthly Operating Report for Case Number 25-14813 - PJC Manchester Realty LLC for the Month Ending: 11/29/2025 [Docket No. 3685]

- Chapter 11 Monthly Operating Report for Case Number 25-14816 - PJC of Massachusetts, Inc. for the Month Ending: 11/29/2025 [Docket No. 3686]

- Chapter 11 Monthly Operating Report for Case Number 25-14820 - PJC of Rhode Island, Inc. for the Month Ending: 11/29/2025 [Docket No. 3687]

- Chapter 11 Monthly Operating Report for Case Number 25-14827 - PJC of Vermont Inc. for the Month Ending: 11/29/2025 [Docket No. 3688]

- Chapter 11 Monthly Operating Report for Case Number 25-14832 - PJC Peterborough Realty LLC for the Month Ending: 11/29/2025 [Docket No. 3689]

- Chapter 11 Monthly Operating Report for Case Number 25-14835 - PJC Realty MA, Inc. for the Month Ending: 11/29/2025 [Docket No. 3690]

Dated: January 2, 2026

                                            */s/ Eladio Perez*
                                            Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 2, 2026, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 93937