| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for Star Capital Partners LLC*<br><br>In Re:<br><br>Thrift Drug, Inc.<br><br>New Rite Aid, LLC 25-14861 (jointly administered)<br><br>Debtors. | Case No.: 25-14853 (MBK)<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan, C. U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Kimberly Gardiner:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 9, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   ***Request for Payment of Administrative Expense***

   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 9, 2026

*/s/ Kimberly Gardiner*
Kimberly Gardiner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Rite Aid, LLC<br>ATTN: David Kastin, Alyssa Parrish<br>200 Newberry Commons<br>Etters, PA 17319<br>David.Kastin@RiteAid.com | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Paul, Weiss, Rifkind, Wharton Garrison LLP<br>Andrew N. Rosenberg<br>Alice Belisle Eaton<br>Christopher Hopkins<br>Sean A. Mitchell<br>Alison Rebecca Gross Benedon<br>1285 Avenue of the Americas<br>New York, New York 10019<br>arosenberg@paulweiss.com<br>aeaton@paulweiss.com<br>chopkins@paulweiss.com<br>smitchell@paulweiss.com<br>abenedon@paulweiss.com | Co-Counsel to Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Seth Van Aalten<br>Cole Schotz, P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Jeffrey M. Sponder<br>Lauren Bielskie<br>Office of the United States Trustee for the District of New Jersey<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| Andrew H. Sherman<br>Boris Il Mankovetskiy<br>Gregory Kopacz<br>Oleh Matviyishyn<br>Sills Cummis & Gross PC<br>One Riverfront Plaza<br>The Legal Center<br>Newark, NJ 07102<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>gkopacz@sillscummis.com<br>omatviyishyn@sillscummis.com | Counsel to Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |

*Authorized service via email pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures, entered October 18, 2023 as Docket No. 149

4906-1164-2498, v. 1