| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Michael R. Herz<br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 548-3330<br>Email: mherz@foxrothschild.com<br><br>*Attorneys for Microsoft Corporation* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>Jointly Administered<br><br>**Objection Deadline: January 13, 2026**<br>**Related Docket Nos: 3694** |

## LIMITED OBJECTION OF MICROSOFT TO NOTICE OF THIRD AMENDED PLAN SUPPLEMENT

  Microsoft Corporation ("***Microsoft***") respectfully submits the following limited objection to the *Notice of Filing of Third Amended Plan Supplement* (the "***Notice***") (D.I. 3694) and states:

  1.  Microsoft Corporation ("***Microsoft***") and Rite Aid ("***Debtor***") are parties to multiple agreements including Microsoft Business Agreement U9095322, Enterprise Agreement E4558311, Enterprise Enrollments 61559893 and 82728208 along with various amendments, supplements and purchase orders (collectively, the "***Licenses***"). The Licenses are cumulative and together comprise the contractual vehicle through which Debtor obtained subscriptions for

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

180961191.1

Microsoft's products and services throughout its enterprise. The Licenses are considered a unified executory contract for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

2.    On December 30, 3035, Debtor filed its *Schedule of Assumed Contracts and/or Unexpired Leases* as Exhibit B to the *Notice of Filing of Third Amended Plan Supplement* [Docket No. 3694] and in Exhibit B-4, *titled Incremental Assumed Executory Contracts and Unexpired Leases (Wind-Down Debtors)* it proposes to assume and assign certain executory contracts with Microsoft, and lists the following Microsoft contracts and cure amounts:

| Title of Contract | Counterparty | Debtor Counterparty | Description of Contract | Cure |
|---|---|---|---|---|
| MS ENTERPRISE AGREEMENT (1) | MICROSOFT CORPORATION | RITE AID HDQTRS. CORP. | ENTERPRISE AGREEMENT | $0.00 |
| MS ENTERPRISE AGREEMENT (2) | MICROSOFT CORPORATION | RITE AID HDQTRS. CORP. | ENTERPRISE AGREEMENT | $0.00 |

(D.I. 3694, at page 75 of 78).

3.    The proposed cure amount is incorrect. The amount owing under the Licensing Agreement is in excess of $1,182,094.57, which is the pre-petition unpaid amount as detailed in the Proof of Claim filed under Claim No. 476 (summary of invoices attached to the POC below):

| Invoice No. | Date | Service Period | Prepetiton | Post-Petition |
|---|---|---|---|---|
| 9883130688 | 6/15/2024 | July 2024 – June 2025 | $810,204.82 | $149,940.50 |
| 9883130689 | 6/15/2024 | July 2024 – June 2025 | $17,522.38 | $3,242.78 |
| 9883130690 | 6/15/2024 | July 2024 – June 2025 | $61,566.25 | $11,393.75 |
| 9883130691 | 6/15/2024 | July 2024 – June 2025 | $20,696.59 | $3,830.21 |
| 9883130692 | 6/15/2024 | July 2024 – June 2025 | $13,778.79 | $2,549.97 |
| 9883457852 | 10/17/2024 | October 2024 – June 2025 | $51,129.86 | $35,270.14 |
| 9883639035 | 1/1/2025 | January – December 2025 | $207,213.89 | $402,730.21 |
| | | | $1,182,112.57 | $608,957.57 |

The Debtor paid the post-petition amounts specified in the chart above as an administrative expense claim, but those payments only covered specific licensing periods and, following the payment, fees continued to accrue under the agreements that remain unpaid. The licensing fees accrue at a per diem rate of approximately $3,803.67 and additional unpaid and accrued post-petition amounts are approximately $694,169.78 for the period up through December 31, 2025. Upon receipt of notice of the bankruptcy, Microsoft placed the account on a billing hold due to the automatic stay and the customer/Debtor has not been invoiced for any licensing fees after the service periods identified in the Proof of Claim. The unpaid pre-petition amounts owed, plus the additional fees incurred and unpaid post-petition are approximately $1,876,282.35 and continue to accrue. Payment of the total amount would be the required monetary cure upon assumption. The precise total amount can be obtained by counsel and provided upon request should the Debtor continue to seek to assume the contracts with the knowledge that the applicable cure is not $0.

4. Accordingly, Microsoft files this Limited Objection and asserts the cure amount for the Licenses is **no less than $1,182,112.57 and approximately 1,876,282.35 and continues to accrue.**

5. Microsoft reserves the right to withdraw this Limited Cure Objection or revise the stated cure amounts pending further investigation. Depending on the timing of actual assumption and cure, the amount owed may increase for unpaid post-petition use of Microsoft's products.

WHEREFORE, Microsoft objects and states that the cure amount for the Licenses is **no less than $1,182,112.57 and approximately 1,876,282.35 and continues to accrue.**

180961191.1

| | |
|---|---|
| Dated: January 12, 2026 | FOX ROTHSCHILD LLP |
| | |
| | */s/ Michael R. Herz* |
| | Michael R. Herz, Esq. |
| | 49 Market Street |
| | Morristown, NJ  07960 |
| | Phone: (973) 992-4800 |
| | Fax: (973) 992-9125 |
| | Email:  mherz@foxrothschild.com |
| | |
| | *Attorneys for Microsoft Corporation* |

180961191.1

## CERTIFICATION OF SERVICE

I, Michael R. Herz, hereby certify that on January 12, 2026, I caused a true and correct copy of the foregoing to be served upon all parties that have requested notice through the Court's CM/ECF system.

By: <i>/s/ Michael R. Herz</i><br>
Michael R. Herz

180961191.1