| |
|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Mark S. Lichtenstein<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Tel.: (212) 880-3800<br>mark.lichtenstein@akerman.com<br><br>and<br><br>Eyal Berger (admitted *Pro Hac Vice*)<br>AKERMAN LLP<br>201 East Las Olas Boulevard<br>Suite 1800<br>Ft. Lauderdale, FL  33301<br>Tel.: (954) 463-2700<br>eyal.berger@akerman.com<br><br>*Attorneys for Purchasers PMDLabs Inc. and Rite Aid LLC* |

| | |
|---|---|
| In re:<br><br>NEW RITE AID CORPORATION, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS FOR PMDLABS INC. AND RITE AID LLC

PLEASE TAKE NOTICE that AKERMAN LLP ("Akerman") is counsel to purchasers PMDLabs Inc. and Rite Aid LLC (collectively, the "Purchasers").

PLEASE TAKE FURTHER NOTICE that on November 12, 2025, Mark S. Lichtenstein filed a Notice of Appearance [D.I. No. 3224].

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

84918107;1

PLEASE TAKE FURTHER NOTICE that on November 20, 2025, the Court entered an Order permitting Eyal Berger to appear *pro hac vice* [D.I. No. 3282].

PLEASE TAKE FURTHER NOTICE that on December 15, 2025, the Court entered the *Order (i) Authorizing the Debtors to Enter Into and Perform Under the Rite Aid LLC Asset Purchase Agreement, (ii) Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (iii) Granting Related Relief* [D.I. 3535].

PLEASE TAKE FURTHER NOTICE that PMDLabs Inc. and Rite Aid LLC have no controversy currently pending before the Court, and PMDLabs Inc. and Rite Aid LLC have concluded their engagement with Akerman.

PLEASE TAKE FURTHER NOTICE that Akerman LLP requests to be removed from any applicable service lists herein on behalf of PMDLabs Inc. and Rite Aid LLC., including the Court's CM/ECF electronic notification list.

Dated: January 13, 2026.

> By:  *s/ Mark S. Lichtenstein*
> Mark S. Lichtenstein (NJ Bar No. 055191992)
> AKERMAN LLP
> 1251 Avenue of the Americas, 37th Flr.
> New York, New York, 10020
> Telephone: (212) 880-3800
> Email: mark.lichtenstein@akerman.com
>
> and
>
> Eyal Berger (admitted *Pro Hac Vice*)
> AKERMAN LLP
> 201 East Las Olas Boulevard, Suite 1800
> Ft. Lauderdale, FL  33301
> Tel.: (954) 463-2700
> eyal.berger@akerman.com
>
> *Attorneys for Purchasers PMDLabs Inc. and Rite Aid LLC*

84918107;1