# EXHIBIT A

Pre-Petition Invoices



| Invoice Number | 10000814818 |
|---|---|
| Invoice Date | 07/26/2024 |
| Payment Terms | NET 30 |
| Due Date | 08/25/2024 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 04/13/2024-05/17/2024 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEAD  *** | 0.00 | 0.0000 | 0.00 |
| 222 Form Fee / form | 1.00 | 4.1311 | 4.13 |
| | | Sub Total | $ 4.13 |
| | | Tax | $ 0.00 |
| | | Net Amount Due | $ 4.13 |

Notes:

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| Account Name | Inmar Rx Solutions, Inc. - Operating |
| Account Number | ███████████ |
| Routing Number | █████████ |

| Inmar Rx Solutions, Inc. |
|---|
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 1 of 1*



| Invoice Number | 10000951586 |
|---|---|
| Invoice Date | 12/23/2024 |
| Payment Terms | NET 30 |
| Due Date | 01/22/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 10/12/2024-11/15/2024 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEAD  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 13,703.00 | 0.7010 | 9,605.80 |
| Processing Fee Recall (Rx) / piece | 2.00 | 1.0000 | 2.00 |
| Non-Compliant Box Fee / box | 6.00 | 26.2500 | 157.50 |
| Hazardous Incineration (Non-Controlled) / piece | 113.00 | 1.6800 | 189.84 |
| | | **Sub Total** | **$ 9,955.14** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 9,955.14** |

Notes:

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| Account Name | Inmar Rx Solutions, Inc. - Operating |
| Account Number | ▮▮▮▮▮▮ |
| Routing Number | ▮▮▮▮▮▮ |

| Inmar Rx Solutions, Inc. |
|---|
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to  inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 1 of 1*



| Invoice Number | 10000950868 |
|---|---|
| Invoice Date | 12/20/2024 |
| Payment Terms | NET 30 |
| Due Date | 01/19/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 10/12/2024-11/15/2024 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 149,997.00 | 0.7010 | 105,147.90 |
| Processing Fee (CII) / piece | 5,079.00 | 0.9280 | 4,713.31 |
| Processing Fee (CIII-V) / piece | 6,284.00 | 0.8630 | 5,423.09 |
| Processing Fee Recall (Rx) / piece | 1,076.00 | 1.0000 | 1,076.00 |
| Processing Fee Recall (CII) / piece | 1.00 | 1.4700 | 1.47 |
| Processing Fee Recall (CIII-V) / piece | 5.00 | 1.3350 | 6.68 |
| Aging Processing Fee (Rx) / piece | 5,497.00 | 1.0000 | 5,497.00 |
| Aging Processing Fee (CII) / piece | 150.00 | 1.4700 | 220.50 |
| Aging Processing Fee (CIII-V) / piece | 243.00 | 1.3300 | 323.19 |
| Exact Count Special Handling / piece | 30.00 | 0.1500 | 4.50 |
| 222 Form Fee / form | 999.00 | 5.0000 | 4,995.00 |
| 222 ATF Form Fee / form | 23.00 | 16.8000 | 386.40 |
| Invoice Completion Fee / invoice | 877.00 | 2.1000 | 1,841.70 |
| Non-Compliant Box Fee / box | 29.00 | 26.2500 | 761.25 |
| Prescription Label Removal Program / piece | 1.42 | 25.0000 | 35.50 |
| Piece Storage Fee (Unaged Product) / piece/month | 83,647.00 | 0.0225 | 1,882.06 |
| Pallet Storage Fee (Wait Product) / pallet/day (25.21  * 35 days) | 882.35 | 0.5500 | 485.29 |
| Hazardous Incineration (Non-Controlled) / piece | 5,924.00 | 1.6800 | 9,952.32 |
| Hazardous Incineration (Controlled) / piece | 257.00 | 2.2100 | 567.97 |
| Fuel Surcharge | 2,304.30 | 1.0000 | 2,304.30 |
| Mutual Vendor Discount Year 1 / piece | 123,862.00 | -0.0200 | -2,477.24 |

| | | | |
|---|---|---|---|
| | | **Sub Total** | **$ 143,148.19** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 143,148.19** |

Notes:

*Please direct all billing inquiries to* **inmar.accountsreceivable@inmar.com**
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | **10000950868** |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo | | Inmar Rx Solutions, Inc. |
|---|---|---|---|
| **Account Name** | Inmar Rx Solutions, Inc. - Operating | | P.O. Box# 752176 |
| **Account Number** | ███████████ | | Charlotte, NC 28275-2176 |
| **Routing Number** | ██████ | | |

*Please direct all billing inquiries to* *inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10000982486 |
|---|---|
| Invoice Date | 02/06/2025 |
| Payment Terms | NET 30 |
| Due Date | 03/08/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 11/16/2024-12/13/2024 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 88,242.00 | 0.7010 | 61,857.64 |
| Processing Fee (CII) / piece | 4,526.00 | 0.9280 | 4,200.13 |
| Processing Fee (CIII-V) / piece | 5,478.00 | 0.8630 | 4,727.51 |
| Processing Fee Recall (Rx) / piece | 1,112.00 | 1.0000 | 1,112.00 |
| Processing Fee Recall (CIII-V) / piece | 30.00 | 1.3350 | 40.05 |
| Aging Processing Fee (Rx) / piece | 3,411.00 | 1.0000 | 3,411.00 |
| Aging Processing Fee (CII) / piece | 75.00 | 1.4700 | 110.25 |
| Aging Processing Fee (CIII-V) / piece | 546.00 | 1.3300 | 726.18 |
| Exact Count Special Handling / piece | 32.00 | 0.1500 | 4.80 |
| 222 Form Fee / form | 915.00 | 5.0000 | 4,575.00 |
| 222 ATF Form Fee / form | 17.00 | 16.8000 | 285.60 |
| Invoice Completion Fee / invoice | 802.00 | 2.1000 | 1,684.20 |
| Non-Compliant Box Fee / box | 16.00 | 26.2500 | 420.00 |
| Prescription Label Removal Program / piece | 1.00 | 25.0000 | 25.00 |
| Piece Storage Fee (Unaged Product) / piece/month | 87,782.00 | 0.0225 | 1,975.10 |
| Pallet Storage Fee (Wait Product) / pallet/day (35.71  * 28 days) | 999.88 | 0.5500 | 549.93 |
| Hazardous Incineration (Non-Controlled) / piece | 4,232.00 | 1.6800 | 7,109.76 |
| Hazardous Incineration (Controlled) / piece | 286.00 | 2.2100 | 632.06 |
| Fuel Surcharge | 15,473.06 | 1.0000 | 15,473.06 |
| Mutual Vendor Discount Year 1 / piece | 74,979.00 | -0.0200 | -1,499.58 |

| | | Sub Total | $ 107,419.69 |
|---|---|---|---|
| | | Tax | $ 0.00 |
| | | Net Amount Due | $ 107,419.69 |

Notes:

*Please direct all billing inquiries to* **inmar.accountsreceivable@inmar.com**
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10000982486 |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| Account Name | Inmar Rx Solutions, Inc. - Operating |
| Account Number | ▬▬▬▬▬▬ |
| Routing Number | ▬▬▬ |

| |
|---|
| Inmar Rx Solutions, Inc. |
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to* *inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10001061317 |
|---|---|
| Invoice Date | 05/30/2025 |
| Payment Terms | NET 30 |
| Due Date | 06/29/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 12/14/2024-01/10/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---:|---:|---:|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 124,944.00 | 0.7010 | 87,585.74 |
| Processing Fee (CII) / piece | 4,737.00 | 0.9280 | 4,395.94 |
| Processing Fee (CIII-V) / piece | 5,890.00 | 0.8630 | 5,083.07 |
| Processing Fee Recall (Rx) / piece | 555.00 | 1.0000 | 555.00 |
| Processing Fee Recall (CII) / piece | 1.00 | 1.4700 | 1.47 |
| Processing Fee Recall (CIII-V) / piece | 156.00 | 1.3350 | 208.26 |
| Aging Processing Fee (Rx) / piece | 4,334.00 | 1.0000 | 4,334.00 |
| Aging Processing Fee (CII) / piece | 65.00 | 1.4700 | 95.55 |
| Aging Processing Fee (CIII-V) / piece | 879.00 | 1.3300 | 1,169.07 |
| Exact Count Special Handling / piece | 35.00 | 0.1500 | 5.25 |
| 222 Form Fee / form | 707.00 | 5.0000 | 3,535.00 |
| 222 ATF Form Fee / form | 13.00 | 16.8000 | 218.40 |
| Invoice Completion Fee / invoice | 856.00 | 2.1000 | 1,797.60 |
| Non-Compliant Box Fee / box | 13.00 | 26.2500 | 341.25 |
| Prescription Label Removal Program / piece | 1.17 | 25.0000 | 29.25 |
| Piece Storage Fee (Unaged Product) / piece/month | 85,088.00 | 0.0225 | 1,914.48 |
| Pallet Storage Fee (Wait Product) / pallet/day (42.69 * 28 days) | 1,195.32 | 0.5500 | 657.43 |
| Hazardous Incineration (Non-Controlled) / piece | 5,382.00 | 1.6800 | 9,041.76 |
| Hazardous Incineration (Controlled) / piece | 288.00 | 2.2100 | 636.48 |
| Fuel Surcharge | 1,115.44 | 1.0000 | 1,115.44 |
| Mutual Vendor Discount Year 1 / piece | 100,189.00 | -0.0200 | -2,003.78 |

| | Sub Total | $ 120,716.66 |
|---|---:|---:|
| | Tax | $ 0.00 |
| | Net Amount Due | $ 120,716.66 |

Notes:

*Please direct all billing inquiries to  inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001061317 |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| **Account Name** | Inmar Rx Solutions, Inc. - Operating |
| **Account Number** | ▓▓▓▓▓▓▓ |
| **Routing Number** | ▓▓▓▓ |

| Inmar Rx Solutions, Inc. |
|---|
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10001031921 |
|---|---|
| Invoice Date | 04/21/2025 |
| Payment Terms | NET 30 |
| Due Date | 05/21/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 01/11/2025-02/14/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 197,997.00 | 0.7010 | 138,795.90 |
| Processing Fee (CII) / piece | 5,915.00 | 0.9280 | 5,489.12 |
| Processing Fee (CIII-V) / piece | 10,582.00 | 0.8630 | 9,132.27 |
| Processing Fee Recall (Rx) / piece | 1,924.00 | 1.0000 | 1,924.00 |
| Processing Fee Recall (CII) / piece | 3.00 | 1.4700 | 4.41 |
| Processing Fee Recall (CIII-V) / piece | 189.00 | 1.3350 | 252.32 |
| Aging Processing Fee (Rx) / piece | 8,503.00 | 1.0000 | 8,503.00 |
| Aging Processing Fee (CII) / piece | 97.00 | 1.4700 | 142.59 |
| Aging Processing Fee (CIII-V) / piece | 919.00 | 1.3300 | 1,222.27 |
| Exact Count Special Handling / piece | 40.00 | 0.1500 | 6.00 |
| 222 Form Fee / form | 1,374.00 | 5.0000 | 6,870.00 |
| 222 ATF Form Fee / form | 14.00 | 16.8000 | 235.20 |
| Invoice Completion Fee / invoice | 910.00 | 2.1000 | 1,911.00 |
| Non-Compliant Box Fee / box | 34.00 | 26.2500 | 892.50 |
| Prescription Label Removal Program / hour | 1.92 | 25.0000 | 48.00 |
| Piece Storage Fee (Unaged Product) / piece/month | 87,126.00 | 0.0225 | 1,960.34 |
| Pallet Storage Fee (Wait Product) / pallet/day (13.75 * 35 days) | 481.25 | 0.5500 | 264.69 |
| Hazardous Incineration (Non-Controlled) / piece | 7,074.00 | 1.6800 | 11,884.32 |
| Hazardous Incineration (Controlled) / piece | 450.00 | 2.2100 | 994.50 |
| Fuel Surcharge | 4,201.06 | 1.0000 | 4,201.06 |
| Mutual Vendor Discount Year 1 / piece | 161,372.00 | -0.0200 | -3,227.44 |
| | | **Sub Total** | **$ 191,506.05** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 191,506.05** |

Notes:

*Please direct all billing inquiries to* inmar.accountsreceivable@inmar.com
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001031921 |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| Account Name | Inmar Rx Solutions, Inc. - Operating |
| Account Number | ███████████ |
| Routing Number | ███████ |

| Inmar Rx Solutions, Inc. |
|---|
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to* *inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10001031922 |
|---|---|
| Invoice Date | 04/21/2025 |
| Payment Terms | NET 30 |
| Due Date | 05/21/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 02/15/2025-03/14/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 130,294.00 | 0.7010 | 91,336.09 |
| Processing Fee (CII) / piece | 5,585.00 | 0.9280 | 5,182.88 |
| Processing Fee (CIII-V) / piece | 9,140.00 | 0.8630 | 7,887.82 |
| Processing Fee Recall (Rx) / piece | 629.00 | 1.0000 | 629.00 |
| Processing Fee Recall (CII) / piece | 177.00 | 1.4700 | 260.19 |
| Processing Fee Recall (CIII-V) / piece | 286.00 | 1.3350 | 381.81 |
| Aging Processing Fee (Rx) / piece | 5,458.00 | 1.0000 | 5,458.00 |
| Aging Processing Fee (CII) / piece | 115.00 | 1.4700 | 169.05 |
| Aging Processing Fee (CIII-V) / piece | 379.00 | 1.3300 | 504.07 |
| Exact Count Special Handling / piece | 23.00 | 0.1500 | 3.45 |
| 222 Form Fee / form | 1,084.00 | 5.0000 | 5,420.00 |
| 222 ATF Form Fee / form | 29.00 | 16.8000 | 487.20 |
| Invoice Completion Fee / invoice | 877.00 | 2.1000 | 1,841.70 |
| Non-Compliant Box Fee / box | 21.00 | 26.2500 | 551.25 |
| Prescription Label Removal Program / hour | 1.92 | 25.0000 | 48.00 |
| Piece Storage Fee (Unaged Product) / piece/month | 90,216.00 | 0.0225 | 2,029.86 |
| Pallet Storage Fee (Wait Product) / pallet/day (17.42  * 28 days) | 487.76 | 0.5500 | 268.27 |
| Hazardous Incineration (Non-Controlled) / piece | 5,824.00 | 1.6800 | 9,784.32 |
| Hazardous Incineration (Controlled) / piece | 346.00 | 2.2100 | 764.66 |
| Fuel Surcharge | 3,886.62 | 1.0000 | 3,886.62 |
| Mutual Vendor Discount Year 1 / piece | 108,629.00 | -0.0200 | -2,172.58 |

| | | | |
|---|---|---|---|
| | | **Sub Total** | **$ 134,721.66** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 134,721.66** |

Notes:

*Please direct all billing inquiries to  inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001031922 |
| --- | --- |
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo |
| --- | --- |
| Account Name | Inmar Rx Solutions, Inc. - Operating |
| Account Number | ████████ |
| Routing Number | ████████ |

| |
| --- |
| Inmar Rx Solutions, Inc. |
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to  inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10001065753 |
|---|---|
| Invoice Date | 06/05/2025 |
| Payment Terms | NET 30 |
| Due Date | 07/05/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 03/15/2025-04/11/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 153,857.00 | 0.7010 | 107,853.76 |
| Processing Fee (CII) / piece | 6,016.00 | 0.9280 | 5,582.85 |
| Processing Fee (CIII-V) / piece | 7,508.00 | 0.8630 | 6,479.40 |
| Processing Fee Recall (Rx) / piece | 689.00 | 1.0000 | 689.00 |
| Processing Fee Recall (CII) / piece | 88.00 | 1.4700 | 129.36 |
| Processing Fee Recall (CIII-V) / piece | 2,948.00 | 1.3350 | 3,935.58 |
| Aging Processing Fee (Rx) / piece | 5,206.00 | 1.0000 | 5,206.00 |
| Aging Processing Fee (CII) / piece | 96.00 | 1.4700 | 141.12 |
| Aging Processing Fee (CIII-V) / piece | 396.00 | 1.3300 | 526.68 |
| Exact Count Special Handling / piece | 40.00 | 0.1500 | 6.00 |
| 222 Form Fee / form | 1,087.00 | 5.0000 | 5,435.00 |
| 222 ATF Form Fee / form | 9.00 | 16.8000 | 151.20 |
| Invoice Completion Fee / invoice | 905.00 | 2.1000 | 1,900.50 |
| Non-Compliant Box Fee / box | 16.00 | 26.2500 | 420.00 |
| Prescription Label Removal Program / hour | 1.50 | 25.0000 | 37.50 |
| Piece Storage Fee (Unaged Product) / piece/month | 105,569.00 | 0.0225 | 2,375.30 |
| Pallet Storage Fee (Wait Product) / pallet/day (20.04 * 28 days) | 561.12 | 0.5500 | 308.62 |
| Hazardous Incineration (Non-Controlled) / piece | 7,774.00 | 1.6800 | 13,060.32 |
| Hazardous Incineration (Controlled) / piece | 211.00 | 2.2100 | 466.31 |
| Fuel Surcharge | 707.36 | 1.0000 | 707.36 |
| Mutual Vendor Discount Year 1 / piece | 125,615.00 | -0.0200 | -2,512.30 |
| | | **Sub Total** | **$ 152,899.56** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 152,899.56** |

Notes:

*Please direct all billing inquiries to* inmar.accountsreceivable@inmar.com
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001065753 |
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo | | Inmar Rx Solutions, Inc. |
|---|---|---|---|
| Account Name | Inmar Rx Solutions, Inc. - Operating | | P.O. Box# 752176 |
| Account Number | ███████████ | | Charlotte, NC 28275-2176 |
| Routing Number | ████████ | | |

*Please direct all billing inquiries to* *inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*



| Invoice Number | 10001066134 |
|---|---|
| Invoice Date | 06/05/2025 |
| Payment Terms | NET 30 |
| Due Date | 07/05/2025 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 04/12/2025-05/16/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 210,370.00 | 0.7010 | 147,469.37 |
| Processing Fee (CII) / piece | 6,631.00 | 0.9280 | 6,153.57 |
| Processing Fee (CIII-V) / piece | 9,881.00 | 0.8630 | 8,527.30 |
| Processing Fee Recall (Rx) / piece | 1,171.00 | 1.0000 | 1,171.00 |
| Processing Fee Recall (CII) / piece | 9.00 | 1.4700 | 13.23 |
| Processing Fee Recall (CIII-V) / piece | 45.00 | 1.3350 | 60.08 |
| Aging Processing Fee (Rx) / piece | 6,773.00 | 1.0000 | 6,773.00 |
| Aging Processing Fee (CII) / piece | 118.00 | 1.4700 | 173.46 |
| Aging Processing Fee (CIII-V) / piece | 371.00 | 1.3300 | 493.43 |
| Exact Count Special Handling / piece | 52.00 | 0.1500 | 7.80 |
| 222 Form Fee / form | 903.00 | 5.0000 | 4,515.00 |
| 222 ATF Form Fee / form | 13.00 | 16.8000 | 218.40 |
| Invoice Completion Fee / invoice | 915.00 | 2.1000 | 1,921.50 |
| Non-Compliant Box Fee / box | 14.00 | 26.2500 | 367.50 |
| Prescription Label Removal Program / hour | 2.42 | 25.0000 | 60.50 |
| Piece Storage Fee (Unaged Product) / piece/month | 84,071.00 | 0.0225 | 1,891.60 |
| Pallet Storage Fee (Wait Product) / pallet/day (23.21  * 35 days) | 812.35 | 0.5500 | 446.79 |
| Hazardous Incineration (Non-Controlled) / piece | 6,854.00 | 1.6800 | 11,514.72 |
| Hazardous Incineration (Controlled) / piece | 394.00 | 2.2100 | 870.74 |
| Mutual Vendor Discount Year 1 / piece | 170,634.00 | -0.0200 | -3,412.68 |

| | | |
|---|---|---|
| Sub Total | $ 189,236.31 |
| Tax | $ 0.00 |
| Net Amount Due | $ 189,236.31 |

Notes:

*Please direct all billing inquiries to* **inmar.accountsreceivable@inmar.com**
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001066134 |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | 10000541 |

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| **Account Name** | Inmar Rx Solutions, Inc. - Operating |
| **Account Number** | ███████████ |
| **Routing Number** | ███████ |

| |
|---|
| Inmar Rx Solutions, Inc. |
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to  inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*