## __EXHIBIT B__

Post-Petition Invoice



| Invoice Number | 10001231169 |
|---|---|
| Invoice Date | 12/23/2025 |
| Payment Terms | NET 30 |
| Due Date | 01/22/2026 |

**Bill To:**

RITE AID CORPORATION
30 HUNTER LANE
CAMP HILL, PA  17011

**Corresponding Address:**

Inmar Rx Solutions, Inc.
One West Fourth St, Suite 500
Winston-Salem, NC  27101

| Account# | 10000541 |
|---|---|
| Service for Period | 11/15/2025-12/12/2025 |
| PO# | |

| Description | Quantity | Rate | Amount ($) |
|---|---|---|---|
| *** RITEA  *** | 0.00 | 0.0000 | 0.00 |
| Processing Fee (Rx) / piece | 86,856.00 | 0.7361 | 63,934.70 |
| Processing Fee (CII) / piece | 422.00 | 0.9744 | 411.20 |
| Processing Fee (CIII-V) / piece | 235.00 | 0.9062 | 212.96 |
| Processing Fee Recall (Rx) / piece | 420.00 | 1.0500 | 441.00 |
| Aging Processing Fee (Rx) / piece | 88,769.00 | 1.0500 | 93,207.45 |
| Aging Processing Fee (CII) / piece | 1,201.00 | 1.5435 | 1,853.74 |
| Aging Processing Fee (CIII-V) / piece | 56.00 | 1.3965 | 78.20 |
| Exact Count Special Handling / piece | 24.00 | 0.1575 | 3.78 |
| 222 Form Fee / form | 62.00 | 5.2500 | 325.50 |
| 222 ATF Form Fee / form | 3.00 | 17.6400 | 52.92 |
| Invoice Completion Fee / invoice | 631.00 | 2.2050 | 1,391.36 |
| Non-Compliant Box Fee / box | 37.00 | 27.5625 | 1,019.81 |
| Prescription Label Removal Program / hour | 0.50 | 26.2500 | 13.13 |
| Piece Storage Fee (Aging Product) / piece/month | 805,117.00 | 0.0236 | 19,000.76 |
| Pallet Storage Fee (Wait Product) / pallet/day (44.96  * 28 days) | 1,258.88 | 0.5775 | 727.00 |
| Hazardous Incineration (Non-Controlled) / piece | 4,343.00 | 1.7640 | 7,661.05 |
| Hazardous Incineration (Controlled) / piece | 2.00 | 2.3205 | 4.64 |
| Mutual Vendor Discount Year 2 / piece | 118,769.00 | -0.0100 | -1,187.69 |
| Fuel Surcharge | 1.00 | 1,369.4400/Each | 1,369.44 |
| | | **Sub Total** | **$ 190,520.95** |
| | | **Tax** | **$ 0.00** |
| | | **Net Amount Due** | **$ 190,520.95** |

Notes:

*Please direct all billing inquiries to* inmar.accountsreceivable@inmar.com
*Thank you for your business!*
*Page 1 of 2*



| Invoice Number | 10001231169 |
|---|---|
| Account Name | **RITE AID CORPORATION** |
| Account Number | **10000541** |

**Remit to Bank:**

| Bank | Wells Fargo |
|---|---|
| **Account Name** | Inmar Rx Solutions, Inc. - Operating |
| **Account Number** | ███████████ |
| **Routing Number** | ████████ |

| Inmar Rx Solutions, Inc. |
|---|
| P.O. Box# 752176 |
| Charlotte, NC 28275-2176 |
| |

*Please direct all billing inquiries to* *inmar.accountsreceivable@inmar.com*
*Thank you for your business!*
*Page 2 of 2*