| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**KILPATRICK TOWNSEND &**<br>**STOCKTON LLP**<br>Paul M. Rosenblatt, Esq.<br>Colin M. Bernardino, Esq. (*pro hac vice admission pending*)<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309<br>Telephone     (404) 815-6500<br>Email:          prosenblatt@ktslaw.com<br>                    cbernardino@ktslaw.com<br><br>*Counsel for Inmar Rx Solutions, Inc.* | |
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-14861 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF INMAR RX SOLUTIONS, INC.'S OBJECTION TO DEBTORS' PROPOSED CURE AMOUNTS

Inmar Rx Solutions, Inc., pursuant to the Court's instruction, hereby withdraws its *Objection to Debtors' Proposed Cure Amounts* [Docket No. 3712] (the "Objection") in the above-captioned case. The same document was also filed in the case of Lakehurst and Broadway Corporation, Case No. 25-14831 (MBK), Docket No. 30, and that document is not being withdrawn. This Notice pertains solely to the withdrawal of the Objection filed in the above-captioned case.

Dated: January 15, 2026          By: /s/ *Paul M. Rosenblatt*

                                                              **KILPATRICK TOWNSEND &**

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

**STOCKTON LLP**
Paul M. Rosenblatt, Esq.
Colin M. Bernardino, Esq. (*pro hac vice* admission pending)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Email:     prosenblatt@ktslaw.com
           cbernardino@ktslaw.com

*Counsel for Inmar Rx Solutions, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br> **KILPATRICK TOWNSEND & STOCKTON LLP** <br> Paul M. Rosenblatt, Esq. <br> Colin M. Bernardino, Esq. (*pro hac vice admission pending*) <br> 1100 Peachtree Street <br> Suite 2800 <br> Atlanta, Georgia 30309 <br> Telephone   (404) 815-6500 <br> Email:   prosenblatt@ktslaw.com <br>       cbernardino@ktslaw.com <br><br> *Counsel for Inmar Rx Solutions, Inc.* | |
| In re: <br><br> NEW RITE AID, LLC, *et al.*,[1] <br><br>       Debtors. | Chapter 11 <br><br> Case No. 25-14861 (MBK) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Paul M. Rosenblatt, hereby certify as follows:

1. I am a partner at Kilpatrick Townsend & Stockton LLP, counsel to Inmar Rx Solutions, Inc. in the above matter.

2. On January 15, 2026, I caused a true and correct copy of the following document to be sent via EM/ECF noticing to all parties receiving EM/ECF notices in these chapter 11 cases.

- Notice of Withdrawal of Inmar Rx Solutions, Inc.'s Objection to Debtors' Proposed Cure Amounts

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: January 15, 2026　　　　　　　　　　　　By:　　*/s/ Paul M. Rosenblatt*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul M. Rosenblatt