| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**KLEHR HARRISON HARVEY<br>BRANZBURG LLP**<br>By: Corinne Samler Brennan (# 015082007)<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08053<br>Telephone: (856) 486-7900<br>cbrennan@klehr.com<br>*Counsel to RAP Milford, LLC* | |
| In re:<br><br>    NEW RITE AID, LLC, et al.,<br><br>                                    Debtors. | Case No.:    25-14861<br><br>Judge:    Michael B. Kaplan<br><br>Chapter:    11 |

**PRAECIPE TO WITHDRAW RESERVATION OF RIGHTS OF
RAP MILFORD, LLC _ONLY_ TO THE TENTH NOTICE OF REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES WITHOUT PREJUDICE**

Kindly withdraw the Reservation of Rights of RAP Milford, LLC **_only_** to the Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (the "Reservation of Rights") without prejudice.  The Reservation of Rights was filed with this Court on July 7, 2025, at Docket No. 1348.  RAP Etters, LLC is **_not_** withdrawing its Reservation of Rights at this time.

                                                                    **KLEHR HARRISON HARVEY
                                                                    BRANZBURG LLP**

                        By:        */s/Corinne Samler Brennan*
                                          Corinne Samler Brennan, Esquire
                                          10000 Lincoln Drive East, Suite 201
                                          Marlton, NJ  08053
                                          Telephone: (856) 486-7900

                                          *Counsel to RAP Milford, LLC*

Dated:  January 28, 2026

11936906.v1