| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

Jason D. Angelo, Esq. (No. 076922013)
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone: +1.609.987.0050
E-mail: jangelo@reedsmith.com

-and-

Omar J. Alaniz, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
2850 N. Harwood St., Suite 1500
Dallas, Texas 75201
Telephone: +1.469.680.4200
E-mail: oalaniz@reedsmith.com

*Counsel for On-Line Strategies Services, LLC*

| In re: | Chapter 11 |
|---|---|
| NEW RITE AID, LLC, *et al.*, | Case No. 25-14861 (MBK) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 3566** |

# CERTIFICATE OF SERVICE

1.  I, Jason D. Angelo, Esq., am a Partner at the law firm Reed Smith LLP, counsel to On-Line Strategy Services, LLC in the above-captioned chapter 11 bankruptcy cases.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. On January 30, 2026, I caused the following document to be filed and served on all parties receiving notice in these cases via the Court's CM/ECF System:

- *Notice of Withdrawal of Motion of On-Line Strategy Services, LLC for Entry of an Order Allowing and Directing Immediate Payment of Administrative Expense Claim*

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2026

Respectfully submitted,

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Jason D. Angelo (No. 076922013)
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 520-6390
Facsimile: (609) 951-0824
E-mail: jangelo@reedsmith.com

*Counsel to On-Line Strategies Services, LLC*