Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
Attorney ID 00851987
email: shmuel.klein@verizon.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:
NEW RITE AID LLC, *et al.*,1
Debtors                                                   Chapter 11
_____        Case No. 25-14861 (MBK)

TO: HONORABLE MICHAEL B. KAPLAN
United States Bankruptcy Judge

PLEASE TAKE NOTICE, that HVP2 LLC, by and through its undersigned counsel, submits the attached Motion which will move on March 12, 2026 at 11:00am seeking an Order (i) Compelling the Immediate Payment of its Administrative expenses, (ii) Obligating consolidated Debtor to pay the Allowed Administrative expenses Jointly and Severally; and (iii) Granting such other relief as is just and proper (the "Motion") or alternatively dismissing the bankruptcy case(s) or converting the same to Chapter 7.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, HVP2 LLC will rely upon the certification of counsel and brief filed in support of the relief requested.

PLEASE TAKE FURTHER NOTICE objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

_____
1 The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

WHEREFORE it is respectfully requested HVP2 LLC's motion be granted and Debtor be compelled to pay $29,537.01 for post-petition Common Area Charges and penalties plus attorney's fees within 10 days of an Order of this Court.

Dated: February 10, 2026    Law Office of Shmuel Klein PA
BY: /s/ Shmuel Klein
Shmuel Klein, Esq.
Attorney for HVP2 LLC