### 5/4/2025-7/31/2025

| Item | Total | Admin fee | Numerator | Denominator | PRS | Tenant total |
|---|---|---|---|---|---|---|
| Exterior Maintenance / Repair | $128,848.90 | $19,327.34 | 14,578 | 147,341 | 9.89% | $14,660.64 |
| Insurance | $147,341.00 | | 14,578 | 147,341 | 9.89% | $14,578.00 |
| Common Area Lighting | $2,725.56 | | 14,578 | 147,341 | 9.89% | $269.67 |
| Common Area Water & Sewer | $290.10 | | 14,578 | 147,341 | 9.89% | $28.70 |
| | $279,205.56 | $19,327.34 | | | | $29,537.01 |

| | | | | Total CAM DUE | | **$29,537.01** |
|---|---|---|---|---|---|---|
| | | | | **Total CAM DUE** | | **$29,537.01** |

## DETAIL

| | Inv Date | Inv # | Vendor | Inv Amount | Balance | |
|---|---|---|---|---|---|---|
| *Grounds & Exterior Maintenance/Repair* | | | | | $- | |
| | 5/19/2025 | 2324354 | Upstate Property Maintenance Inc | $2,689.20 | $2,689.20 | |
| | 7/1/2025 | 2324398 | Upstate Property Maintenance Inc | $2,689.20 | $5,378.40 | |
| | 7/1/2025 | 2324427 | Upstate Property Maintenance Inc | $2,689.20 | $8,067.60 | |
| | 5/13/2025 | 3288 | Grounds & More | $830.89 | $8,898.49 | |
| | 5/19/2025 | 210335 | Northeast Heating Cooling Refrigeration Co., Inc. | $15,354.00 | $24,252.49 | |
| | 5/21/2025 | 3289 | B&B Universal Concrete | $12,973.00 | $37,225.49 | |
| | 5/30/2025 | 3290 | B&B Universal Concrete | $75,692.00 | $112,917.49 | |
| | 6/1/2025 | 411 | Grounds & More | $2,250.00 | $115,167.49 | |
| | 6/5/2025 | 192 | Magic Nails | $(11.00) | $115,156.49 | |
| | 7/1/2025 | 416 | Grounds & More | $2,250.00 | $117,406.49 | |
| | 7/9/2025 | 7000-14438 | Northeast Fire Protection Systems, Inc.: 7000-14438 | $710.13 | $118,116.62 | |
| | 7/23/2025 | 5704 | Rotormatic LLC | $2,580.88 | $120,697.50 | |
| | 7/24/2025 | Web Pay CHI | Magic Nails | $(0.80) | $120,696.70 | |
| | 7/24/2025 | Web Pay CHI | Magic Nails | $(511.80) | $120,184.90 | |
| adj to petition da | 6/16/2025 | 1512 | Standard Sweeping LLC | $4,149.60 | $124,334.50 | |
| | 7/9/2025 | 1551 | Standard Sweeping LLC | $4,514.40 | $128,848.90 | |

*Common Area Lighting*

|  | Date | Vendor | Amount | Running Total |
|---|---|---|---|---|
|  | 5/19/2025 | National Grid | $57.75 | $57.75 |
|  | 5/19/2025 | National Grid | $495.17 | $552.92 |
|  | 6/23/2025 | National Grid | $56.48 | $609.40 |
| 1/2 bill postPet | 6/23/2025 | National Grid | $245.27 | $854.67 |
| 1/2 bill postPet | 6/23/2025 | National Grid | $343.86 | $1,198.53 |
|  | 7/20/2025 | National Grid | $57.30 | $1,255.83 |
|  | 7/20/2025 | National Grid | $591.10 | $1,846.93 |
|  | 7/20/2025 | National Grid | $821.33 | $2,668.26 |
|  | 7/28/2025 | National Grid | $57.30 | $2,725.56 |

*Common Area Water & Sewer*

| Date | Vendor | Amount | Running Total |
|---|---|---|---|
| 5/5/2025 | City of Troy | $96.70 | $96.70 |
| 6/5/2025 | City of Troy | $96.70 | $193.40 |
| 7/5/2025 | City of Troy | $96.70 | $290.10 |