INVOICE #0416

# Grounds & More

28 Forest Ave
Saratoga Springs, NY 12866

518-763-2044

**DATE 07.01.2025**

| BILL TO | FOR |
|---|---|
| Troy SRALP LLC | Monthly Maintenance |
| 12 Jeffrey Place, Monsey, NY 10952 | |

| Details | AMOUNT |
|---|---|
| July 2025 Maintenance | $2,083.33 |
|  | $0.00 |
|  | $0.00 |
| SUBTOTAL | $2,083.33 |
| TAX RATE | 8.00% |
| OTHER | $0.00 |
| TOTAL | $2,250.00 |

Make all checks payable to: Grounds & More

If you have any questions concerning this invoice, use the following contact information:

518-763-2044

**THANK YOU FOR YOUR BUSINESS!**