INVOICE #0411

# Grounds & More

28 Forest Ave  
Saratoga Springs, NY 12866

518-763-2044

**DATE 06.01.2025**

| BILL TO | FOR |
|---|---|
| Troy SRALP LLC | Monthly Maintenance |
| 12 Jeffrey Place, Monsey, NY 10952 | |

| Details | | AMOUNT |
|---|---|---|
| June 2025 Maintenance | | $2,083.33 |
| | | $0.00 |
| | | $0.00 |
| | SUBTOTAL | $2,083.33 |
| | TAX RATE | 8.00% |
| | OTHER | $0.00 |
| | TOTAL | $2,250.00 |

Make all checks payable to: Grounds & More

If you have any questions concerning this invoice, use the following contact information:

518-763-2044

**THANK YOU FOR YOUR BUSINESS!**