**LOUDON LOCKSMITH SERVICE, INC.**
595 New Loudon Road Suite 125
Latham, New York 12110
(518) 482-8066

NAME: Will Broaher
ADDRESS: 12 Jeffrey Pl., Monsey, NY 10952
DATE: 04/07/25
Job: 75 Vandenburgh Ave, Troy, NY 12180
BUS. PHONE: will@propupgroup.com

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
|  | Service call and labor to supply and install new frame, door, and hardware |  |  |

Payment Due When Service Rendered – Credit Card Fee Additional

CUSTOMER'S SIGNATURE: X Ashley

TOTAL: $4860.00

WORK ORDER INVOICE

36200