# nationalgrid

| | |
|---|---|
| SERVICE FOR | BILLING PERIOD |
| TROY SRALP LLC | Jun 24, 2025 to Jul 25, 2025 |
| 75 63 1/2 VANDENBURGH AVE | |
| TROY NY 12180 | |

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 18988-82160 | Aug 23, 2025 | $ 55.20 |

PAGE **1 of 3**

www.nationalgridus.com
C & I BUSINESS TEAM M-F 8-5
**1-800-664-6729**

**GAS EMERGENCIES**
**1-800-892-2345**
(Does not replace 911 emergency medical service)

**OUTAGE AND ELECTRIC EMERGENCIES**
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West**
**Syracuse, NY 13202**

DATE BILL ISSUED
**Jul 30, 2025**

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 26.05 |
| Payment Received   No payments have been received during this billing period | - 0.00 |
| **Balance Forward** | **26.05** |
| Current Charges | + 29.15 |
| **Amount Due ▶** | **$ 55.20** |

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Gas Service | 29.15 | .00 | 29.15 |
| **Total Current Charges** | **$ 29.15** | | **$ 29.15** |

**Enrollment Information**

To enroll with a supplier or change to another supplier, you will need the following information about your account:

Acct No: 18988-82160   Cycle: 19, TROY

**Gas Usage History**

| Month | Therms | Month | Therms |
|---|---|---|---|
| Jul 24 | 00 | Feb 25 | 49 |
| Aug 24 | 00 | Mar 25 | 02 |
| Sep 24 | 00 | Apr 25 | 00 |
| Oct 24 | 00 | May 25 | 00 |
| Nov 24 | 00 | Jun 25 | 00 |
| Dec 24 | 12 | Jul 25 | 00 |
| Jan 25 | 42 | | |

 Your bill reflects a meter change.  National Grid changes meters for various reasons.

 Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

**Payment concerns?**  We are here to help.  To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:**   During a power outage, phones with a direct link to a local phone line are able to operate.  Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls.  If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

---

KEEP THIS PORTION FOR YOUR RECORDS.
RETURN THIS PORTION WITH YOUR PAYMENT.

# nationalgrid

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 18988-82160 | Aug 23, 2025 | $ 55.20 |

300 Erie Blvd West
Syracuse NY 13202-0960

ENTER AMOUNT ENCLOSED

$ [          ]

Write account number on check and make payable to  National Grid

TROY SRALP LLC
PROPUP GROUP
12 JEFFREY PL
MONSEY NY 10952

062149

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000002915  189888216030000055202235