# nationalgrid

| | |
|---|---|
| SERVICE FOR | BILLING PERIOD |
| TROY SRALP LLC | Apr 24, 2025 to May 23, 2025 |
| 79 63 1/2 VANDENBURGH AVE | |
| TROY NY 12180 | |

PAGE 1 of 4

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 75988-81145 | Jun 21, 2025 | $ 687.71 |

**Contact Information**

www.nationalgridus.com
C & I BUSINESS TEAM M-F 8-5
**1-800-664-6729**

GAS EMERGENCIES
**1-800-892-2345**
(Does not replace 911 emergency medical service)

OUTAGE AND ELECTRIC EMERGENCIES
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West**
**Syracuse, NY 13202**

DATE BILL ISSUED
**May 28, 2025**

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 801.82 |
| Payment Received on MAY 19 (ACH)    THANK YOU | - 801.82 |
| Current Charges | + 687.71 |
| **Amount Due ▶** | **$ 687.71** |

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | OTHER CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|---|
| Electric Service | 271.32 | 196.08 | | 467.40 |
| Gas Service | 140.98 | 106.54 | | 247.52 |
| Other Charges/Adjustments | | | -27.21 | -27.21 |
| **Total Current Charges** | **$ 412.30** | **$ 302.62** | **-$ 27.21** | **$ 687.71** |

📌 Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

📌 **Payment concerns?** We are here to help. To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:** During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

**Enrollment Information**

To enroll with a supplier or change to another supplier, you will need the following information about your account:
Loadzone  Capital
Acct No: 75988-81145  Cycle: 19, TROY

### Electric Usage / Gas Usage

| Month | kWh | Month | Therms |
|---|---|---|---|
| May 24 | 2480 | May 24 | 75 |
| Jun 24 | 4800 | Jun 24 | 03 |
| Jul 24 | 5840 | Jul 24 | 00 |
| Aug 24 | 4480 | Aug 24 | 00 |
| Sep 24 | 3440 | Sep 24 | 05 |
| Oct 24 | 1840 | Oct 24 | 117 |
| Nov 24 | 1520 | Nov 24 | 277 |
| Dec 24 | 1920 | Dec 24 | 966 |
| Jan 25 | 2160 | Jan 25 | 971 |
| Feb 25 | 3920 | Feb 25 | 1358 |
| Mar 25 | 2960 | Mar 25 | 762 |
| Apr 25 | 2880 | Apr 25 | 566 |
| May 25 | 2800 | May 25 | 216 |

**Billed Demand Last 12 months**

| | |
|---|---|
| Minimum | 4.8 |
| Maximum | 16.8 |
| Average | 10.1333 |

KEEP THIS PORTION FOR YOUR RECORDS.
RETURN THIS PORTION WITH YOUR PAYMENT.

# nationalgrid

300 Erie Blvd West
Syracuse NY 13202-0960

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 75988-81145 | Jun 21, 2025 | $ 687.71 |

ENTER AMOUNT ENCLOSED

$ [            ]

Write account number on check and make payable to National Grid

TROY SRALP LLC
PROPUP GROUP
12 JEFFREY PL
MONSEY NY 10952

082963

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000068771 759888114540000687711172