

27 RAILROAD AVE
ALBANY, NY 12205
518-482-8288
518-459-4721 FAX

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2025 | 210335 |

| Bill To |
|---|
| PROPUP GROUP
12 JEFFREY PLACE
MONSEY, NY 10952 |

| Ship To |
|---|
| 75 VANDENBURGH AVE
TROY, N.Y. 12180 |

| P.O. No. | Terms | Rep |
|---|---|---|
| 28629 | Net 30 | JSB |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| INSTALLED BRYANT 3 TON RTU W/ ADAPTER CURB | | 15,354.00 | 15,354.00T |
| CREDIT CARD PRICE ; $15,968.00 | | | 0.00T |

| | |
|---|---|
| **Subtotal** | $15,354.00 |
| **Sales Tax  (0.00)** | $0.00 |
| **Total** | $15,354.00 |

Thank You !