# CITY OF TROY
## Water and Sewer Bill

Bill Date: 06/13/25
Bill #: 0003399

Account #: 52-2020012-0
Due Date: 07/18/25

Svc Addr:
75 VANDENBURGH AVE

| Mtr ID | Previous DATE | Previous Reading | Present DATE | Present Reading | Bill Code | Usage | Water | Sewer | Total |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 1/14/25 | 1322740 | 4/15/25 | 1323537 | ACT. | 797 | | | |
| | | | | | | CITY | $22.26 | $16.16 | $38.42 |
| | | | | | | COUNTY | | $58.28 | $58.28 |

This is your 3RD QTR BILL. A 5% PENALTY WILL BE ADDED THE DAY IT IS LATE AND AT EVERY 30 DAYS. FOR BILLING QUESTIONS, PLEASE CALL 518-279-7100. You can pay online at TROYNY.GOV

Previous Balance: $0.00
Total Due: $96.70

Keep Top Portion For Your Records

Please Include This Portion With Your Payment

## Water and Sewer Bill

Bill Date: 06/13/25
Bill #: 0003399
Account #: 52-2020012-0
Service Address: 75 VANDENBURGH AVE
Name: TROY SRALP LLC
Due Date: 07/18/25
Total Due: $96.70

A 5% penalty is applied the day after due date and an additional 5% penalty is applied 30 days after the bill date if still unpaid.



Billing and Service Information:
City of Troy
Water Billing Department
TROY CITY HALL - 433 RIVER STREET
Troy, New York 12180

Remit to:
CITY OF TROY
TREASURER'S OFFICE
433 RIVER STREET
TROY, NEW YORK 12180

AMOUNT PAID _____

City of Troy
Water Billing Department
TROY CITY HALL - 433 RIVER STREET
Troy, New York 12180

RATE INFORMATION
CITY WATER     $4.532
CITY SEWER     $3.232
CNTY SEWER     $4.200
PER 1000 GALLONS
RATES EFFECTIVE 01/01/25

TROY SRALP LLC
C/O PROPUP GROUP
12 JEFFREY PLACE
MONSEY NY  10952