|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| TUCKER ARENSBERG, P.C.<br>Evan C. Pappas, Esquire<br>Michael A. Shiner, Esquire<br>Maribeth Thomas, Esquire<br>300 Corporate Center Drive, Suite 200<br>Camp Hill, Pennsylvania 17011<br>Telephone: (717) 234-4121<br>Fax: (717) 232-6802<br>epappas@tuckerlaw.com<br>mshiner@tuckerlaw.com<br>mthomas@tuckerlaw.com<br>*Counsel for 29 Katz Crew, LP* |

| | |
|---|---|
| In re: | Case No. 25-14861 (MBK) |
| NEW RITE AID, LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | Hon. Michael B. Kaplan |

# ORDER

**AND NOW**, this ____ day of _____, 2026, upon consideration of the *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024* (the "**Motion**") filed by 29 Katz Crew, LP, and any responses or objections thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED**.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

2. The Order dated September 28, 2025, which approved the assumption and assignment of the Lease to Murray Ave Market LLC, issued at Doc. No. 2575, is **VACATED**.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation or enforcement of this Order.

BY THE COURT:

_____

J.