UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TUCKER ARENSBERG, P.C.
Evan C. Pappas, Esquire
Michael A. Shiner, Esquire
Maribeth Thomas, Esquire
300 Corporate Center Drive, Suite 200
Camp Hill, Pennsylvania 17011
Telephone: (717) 234-4121
Fax: (717) 232-6802
epappas@tuckerlaw.com
mshiner@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel for 29 Katz Crew, LP*

In re:

NEW RITE AID, LLC, *et al.*,[1]

Debtors.

Case No. 25-14861 (MBK)

Chapter 11

Hon. Michael B. Kaplan

## CERTIFICATE OF SERVICE

I, Evan C. Pappas, hereby certify that, on the 10th day of February, 2026, I served or caused to be served a true and correct copy of the *Motion to Vacate Order Approving the Assumption and Assignment of Unexpired Lease to Murray Ave Market, LLC Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024* upon all parties in interest via the Court's CM/ECF electronic notification system and upon counsel for Murray Avenue Market, LLC via email at the address listed below.

Kirk B. Burkley Esq. (kburkley@bernsteinlaw.com)

Dated: February 10, 2026

*/s/ Evan C. Pappas*
Evan C. Pappas, Esquire

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.