| UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re: <br><br> NEW RITE AID, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-14861 (MBK) |
| BAYER HEALTHCARE, LLC <br><br> Appellant, <br><br> v. <br><br> RAD SUB-TRUST A, et al. <br><br> Appellees. | Case No. 3:25-cv-17413 <br><br> Honorable Robert Kirsch |

## JOINT NOTICE OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 8023(a), the parties jointly agree to dismiss this appeal pursuant to the terms of a settlement reached between them. The parties agree to bear their own respective fees and costs of this appeal.

[ *Signature Page Follows* ]

HB: 4927-3698-9331.3

Dated: March 4, 2026

| KELLEY DRYE & WARREN LLP | HUSCH BLACKWELL LLP |
|---|---|
| /s/ Robert L. LeHane | /s/ Rebecca R. Starner |
| Robert L. LeHane | Rebecca R. Starner, Esq. |
| Dana P. Kane | NJ SBN 304872019 |
| Connie Y. Choe | 1801 Pennsylvania Ave., NW, |
| 7 Giralda Farms, Suite 340 | Suite 1000 |
| Madison, New Jersey 07940 | Washington, DC 20006 |
| Telephone: (973) 503-5900 | Telephone: (202) 378-2300 |
| Email: rlehane@kelleydrye.com | Rebecca.Starner |
| dkane@kelleydrye.com | @huschblackwell.com |
| cchoe@kelleydrye.com | -and- |

*Counsel for Appellees*

Caleb T. Holzaepfel, Esq.
(admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: (423) 755-2654
Caleb.Holzaepfel
@huschblackwell.com

*Counsel for Appellant*

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
Date: 3/4/26

2