# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, *et al.*,[1]<br><br>                         Debtors.<br><br>ACADEMY FIRE PROTECTION, INC., *et al.*,<br><br>                       Appellants,<br>v.<br><br>RAD SUB-TRUST A, *et al.*,<br><br>                       Appellees. | Chapter 11<br><br>Case No. 25-14861-MBK<br><br>(Jointly Administered)<br><br><br>Case No. 3:25-cv-17041-RK<br><br>Honorable Robert Kirsch |

## JOINT STIPULATION TO DISMISS APPEAL
## PURSUANT TO FEDERAL BANKRUPTCY RULE 8023

Pursuant to Fed. R. Bankr. P. 8023(a), the appellants, Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., Return Management Services, Inc., RoofConnect Logistics, Inc., Utz Quality Foods, LLC and Beiersdorf, Inc, intervenor appellant (collectively, the "Appellants"), and the RAD Sub-Trust A and RAD Sub-Trust A, Trustee, Thomas A. Pitta (the "Appellees", together with the Appellants, the "Parties"),

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor New Rite Aid, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

LEGAL\113827182\2

by and through their undersigned counsel jointly agree to the dismissal of the above-captioned appeal (the "Appeal") by the Appellants pursuant to the terms of certain settlements reached between Parties.

It is further stipulated and agreed the Parties agree to bear their own respective fees and costs of the Appeal.

Dated:  March 11, 2026

**KELLEY DRYE & WARREN LLP**                        **COZEN O'CONNOR**


/s/ *Robert L. LeHane*                                              /s/ *John T. Carroll, III*
Robert L. LeHane, Esq.                                          John T. Carroll, III, Esq.
(NJ SBN 043371998)                                             (NJ SBN 015331983)
7 Giralda Farms                                                      Simon E. Fraser, Esq.
Suite 340                                                               (NJ SBN 026821999)
Madison, NJ  07940                                               Marla S. Benedek, Esq.
Telephone: (973) 503-5900                                   (NJ SBN 162792015)
rlehane@kelleydrye.com                                        1201 N. Market Street, Suite 1001
                                                                             Wilmington, DE 19801
                                                                             Telephone:  (302) 295-2000
                                                                             jcarroll@cozen.com
                                                                             sfraser@cozen.com
                                                                             mbenedek@cozen.com

*Counsel for Appellees RAD Sub-Trust A and RAD Sub-Trust A, Trustee, Thomas A. Pitta*

*Counsel for Appellants Academy Fire Protection, Inc., Academy Fire Life Safety, LLC, Canada Dry Delaware Valley Bottling Company, Canada Dry Potomac Corporation, GNC Holdings, LLC, Pepsi-Cola Bottling Company of New York, Inc., Pepsi-Cola and National Brand Beverages, Ltd., Return Management Services, Inc., RoofConnect Logistics, Inc., and Utz Quality Foods, LLC*

- and-

2

LEGAL\113827182\2

**ALSTON & BIRD LLP**

/s/ *Brian M. Laine*
James J. Vincequerra, Esq.
(admitted *pro hac vice*)
Jonathan P. Wieder, Esq.
(admitted *pro hac vice*)
Brian M. Laine, Esq.
(NJ SBN 376872021)
90 Park Avenue, 15th Floor
New York, New York 10016-1387
Telephone: (212) 210-9400
James.Vincequerra@alston.com
Jonathan.Wieder@alston.com
Brian.Laine@alston.com

*Counsel Beiersdorf, Inc.,*
*Intervenor Appellant*

SO ORDERED this 16ᵗʰ day of _____, 2026.

_____
Hon. Robert Kirsch, U.S.D.C.

3

LEGAL\113827182\2