| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|

| In re:<br>New Rite Aid, LLC | Chapter 11<br><br>Case Number: 25-14861 |
|---|---|

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: CITY OF DOVER, NH<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Name and Addresses Where Notices Should Be Sent:<br>City of Dover<br>ATT: Joshua Wyatt, Esq., City Attorney<br>Office of the City Attorney<br>288 Central Avenue<br>Dover, NH 03820 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | FILED:BANKRUPTCY:NJB<br>2026 APR 13 AM10:39:24<br><br>*(signature)*<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: (last 4) 1221 | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

| 1. BASIS FOR CLAIM<br><br>☐ Goods Sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ |
|---|---|

| 2. DATE DEBT WAS INCURRED: 5/6/2025 thru 4/9/2026 | |
|---|---|

3. **TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:** $1,075.97

☒ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

| 4. Secured Claim<br>☒ Check this box if your claim is secured by collateral (including a right of setoff).  NH RSA 38:22; NH RSA 149-I:11 &<br>Brief Description of Collateral: 679 Central Ave, Dover, NH 03820<br><br>☒ Real Estate  ☐ Motor Vehicle<br>☐ Other (Describe briefly) _____<br><br>Value of Collateral: $ 2,382,900.00 _____<br><br>☐ Check this box if there is no collateral or lien securing your claim. | |
|---|---|

| 5. **Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.<br>If the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date:<br><br>April 10, 2026 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>/s/ Joshua M. Wyatt, Esq., City Attorney for City of Dover, NH |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).  *rev.8/1/15*

**Book: 5295  Page: 233**

Doc # 250011768        09/18/2025 02:40:36 PM

Book 5295 Page 233                    Page 1 of 1

Catherine A. Berube

Register of Deeds, Strafford County



# City of Dover, New Hampshire

WATER AND SEWER BILLING
288 Central Avenue, Dover, NH  03820
(603) 516-6028 Fax (603) 516-6097

## CERTIFICATE OF LIEN
## KNOW ALL MEN BY THESE PRESENTS

WHEREAS, CTC RAD Dover LLC has ownership of an interest in certain real estate property situated at 679 Central Ave in the City of Dover, County of Strafford, State of New Hampshire.

WHEREAS, the amount of water and sewer services is One Thousand Two Hundred Seventy-Nine Dollars and Ninety-Two Cents ($1,279.92) (including a $12.73 recording fee and a $17.73 discharge recording fee) as of September 10, 2025.

WHEREAS, the City of Dover may act to perfect a statutory lien of the City of Dover available pursuant to state law. Perfection of a statutory lien is neither an attempt to collect a delinquent debt nor an attempt to impair the debtor's interest in the property. During a bankruptcy matter, interest rates will not be increased without seeking the approval of the bankruptcy court. The provisions of federal bankruptcy law may affect the rights of the municipality. Debtors should investigate the provisions of federal bankruptcy law to understand their rights and obligations.

NOW, THEREFORE, the City of Dover does hereby give notice of this lien upon said real estate for water and sewer services to the property.

Executed this _____  9/15/25 _____

City of Dover

By: _~Daniel R Lynch~_____
Daniel Lynch
Finance Director

STATE OF NEW HAMPSHIRE

Strafford, SS

_____  9/15/25 _____

Then personally appeared the above named Daniel Lynch and acknowledged the foregoing instrument to be the free act and deed of the City of Dover.

Before me, _(notary seal: ESINA NAVARRO · STATE OF · MY COMMISSION EXPIRES DECEMBER 22, 2026 · NEW HAMPSHIRE · NOTARY PUBLIC)_

_____
Notary Public

My Commission Expires: 12/22/26

**Book: 5332 Page: 476**

Doc # 260001908          02/11/2026 03:54:44 PM
Book 5332 Page 476                    Page 1 of 1
Catherine A. Berube
Register of Deeds, Strafford County



# City of Dover, New Hampshire
WATER AND SEWER BILLING
288 Central Avenue, Dover, NH 03820
(603) 516-6028 Fax (603) 516-6097

## CERTIFICATE OF LIEN
## KNOW ALL MEN BY THESE PRESENTS

WHEREAS, CTC RAD Dover LLC has ownership of an interest in certain real estate property situated at 679 Central Ave in the City of Dover, County of Strafford, State of New Hampshire.

WHEREAS, the amount of water and sewer services is Five Hundred Ten Dollars and Twenty-One Cents ($510.21) (including a $12.78 recording fee and a $17.78 discharge recording fee) as of February 10, 2026.

WHEREAS, the City of Dover may act to perfect a statutory lien of the City of Dover available pursuant to state law. Perfection of a statutory lien is neither an attempt to collect a delinquent debt nor an attempt to impair the debtor's interest in the property. During a bankruptcy matter, interest rates will not be increased without seeking the approval of the bankruptcy court. The provisions of federal bankruptcy law may affect the rights of the municipality. Debtors should investigate the provisions of federal bankruptcy law to understand their rights and obligations.

NOW, THEREFORE, the City of Dover does hereby give notice of this lien upon said real estate for water and sewer services to the property.

Executed this _____ **FEB 1 1 2026** _____

City of Dover

By: _Daniel R Lynch_____
Daniel Lynch
Finance Director

### STATE OF NEW HAMPSHIRE

Strafford, SS                                    **FEB 1 1 2026**
_____

Then personally appeared the above named Daniel Lynch and acknowledged the foregoing instrument to be the free act and deed of the City of Dover.

Before me,

Notary Public

My Commission Expires:  12|22|26

| USAGE DATE FROM | USAGE DATE TO | INVOICE DATE | WATER USAGE BILLED | SEWER USAGE BILLED | METER RENT | WATER LIEN FEES | SEWER LIEN FEES | OTHER | TOTAL BILLED | DUE DATE | DAILY INTEREST | # OF DAYS | TOTAL INTEREST | TOTAL BILLED & INTEREST AS OF 2/17/2026 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BALANCE AS OF 3/12/2024 was $113.50 - The invoice was dated 1/31/2024, originally billed as $108.53, due date 3/8/2024 - daily interest .05¢ | | | | | | | | | | | | | | | |
| ALL PRE-PETITION FIGURES WITH INTEREST UP TO 4/9/2026 | | | | | | | | | | | | | | | |
| 10/15/2023 | 1/25/2024 | 1/31/2024 | $39.54 | $61.56 | $7.43 | | | | $108.53 | 3/8/2024 | $0.05 | 761 | $38.05 | $146.58 | |
| 10/23/2024 | 1/27/2025 | 1/30/2025 | $74.00 | $106.80 | $7.43 | | | | $188.23 | 3/13/2025 | $0.09 | 391 | $35.19 | $223.42 | |
| 1/27/2025 | 4/23/2025 | 5/2/2025 | $81.40 | $117.48 | $7.43 | | | | $206.31 | 6/11/2025 | $0.10 | 301 | $30.10 | $236.41 | |
| Subtotal | | | $194.94 | $285.84 | $22.29 | $0.00 | $0.00 | $0.00 | $503.07 | | | | $103.34 | $606.41 | |
| 4/23/2025 | 7/29/2025 | 8/2/2025 | $281.20 | $405.84 | $7.43 | | | | $694.47 | 9/9/2025 | | | | | See proration below. |
| Proration: For the 8/2/2025 invoice there was 38 units used during this quarter of which we can only collect from 5/6/2025 to 7/29/2025 since they filed on 5/5/2025. The daily usage over this 97 day quarter was .39 X 84 days (5/6/2025 to 7/29/2025) =33 units. The values on line 11 show the water & sewer charge for 33 units. Invoice was billed out at $694.47 - $596.64 (the amount we can collect on). | | | | | | | | | | | | | | | |
| 5/6/2025 | 7/29/2025 | 8/2/2025 | $244.20 | $352.44 | | | | | $596.64 | 9/9/2025 | $0.30 | 211 | $63.30 | $659.94 | |
| Not applicable | | 10/2/2025 | | | | | | $25.00 | $25.00 | 11/3/2025 | $0.01 | 156 | $1.56 | $26.56 | Turn off fee |
| 7/29/2025 | 10/28/2025 | 11/1/2025 | $127.36 | $180.48 | $7.43 | $15.22 | $15.24 | | $345.73 | 12/10/2025 | $0.17 | 119 | $20.23 | $365.96 | |
| 10/28/2025 | 1/28/2026 | 1/30/2026 | | | $7.43 | | | | $7.43 | 3/11/2026 | $0.003 | 28 | $0.08 | $7.51 | |
| Not applicable | | 2/13/2026 | | | | 15.28 | 15.28 | | $30.56 | | $0.02 | 23 | $0.46 | $31.02 | Lien fees |
| Subtotal | | | $371.56 | $532.92 | $14.86 | $30.50 | $30.52 | $25.00 | $1,005.36 | | | | $85.63 | $1,090.99 | |
| TOTAL DOES NOT INCLUDE THE PRE-PETITION VALUES | | | | | | | | | | | | | | | |
| TOTALS | | | $371.56 | $532.92 | $14.86 | $30.50 | $30.52 | $25.00 | $1,005.36 | | | | $85.63 | $1,090.99 | |
| INTEREST DUE MINUS INTEREST PAID: | | | | | | INTEREST DUE | $4.91 | INTEREST PAID | $19.93 | DIFF | $15.02 | | | $15.02 | |
| GRAND TOTAL: | | | | | | | | | | | | | | $1,075.97 | |

10/27/2023 Invoice was paid 97 days late on 3/12/2024 = .05 X 97 = $4.85 of interest due.

5/5/2024 Invoice was paid 1 day date on 6/13/2024 = .06 ¢ of interest due.

8/3/2024 Invoice was paid before the due date, no interest due.

11/1/2024 Invoice was paid before the due date, no interest due.

The grand total represents the total billed and interest minus the $15.02 in interest we cannot collect on since the owner paid.

**Payments made by customer since zero balance on 8/23/2023:**

| | | |
|---|---|---|
| 3/12/2024 | $108.53 | Part of pre-petition, not included. |
| 6/13/2024 | $130.60 | Part of pre-petition, not included. |
| 9/16/2024 | $147.33 | Part of pre-petition, not included. |
| 12/4/2024 | $115.91 | Part of pre-petition, not included. |
| Total | $502.37 | |

Case 25-14861-MBK   Doc 3726   Filed 04/13/26   Entered 04/13/26 10:41:29   Desc Main Document   Page 4 of 6



288 Central Avenue
Dover, New Hampshire 03820-4169
(603) 516-6520
Fax: (603) 516-6523
www.dover.nh.gov

# City of Dover, New Hampshire

## OFFICE OF CITY ATTORNEY

April 10, 2026

**VIA FEDERAL EXPRESS**

Clerk's Office
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

> RE:   In the Matter of New Ride Aid, LLC
>       Docket No. 25-14861

Dear Sir/Madam:

Please find enclosed two copies of a Request for Payment of Administrative Expense for filing in the above referenced bankruptcy matter. Kindly date stamp one copy and return to my office via the enclosed self-addressed, stamped envelope provided.  If you have any questions or comments, please feel free to contact me.

Thank you for your assistance in this matter.

Sincerely,

*/s/ Joshua M. Wyatt*

Joshua M. Wyatt
City Attorney

JMW/pm
Enclosures

## FedEx Express — US Airbill

FedEx Tracking Number: 8697 9531 8931

**1 From** This portion can be removed for Recipient's records.

Date

FedEx Tracking Number: 8697 9531 8931

Sender's Name                  Phone

Company

Address                  Dept./Floor/Suite/Room

City                  State                  ZIP

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name                  Phone

Company

Recipient's Address                  Dept./Floor/Suite/Room

Address

City                  State                  ZIP

RECIPIENT: PEEL HERE

fedex.com 1.800.GoFedEx 1.800.463.3339

**4a Express Package Service**                  *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
☑ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**                  *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight
☐ Other

**5 Packaging**

☐ FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes (Shipper's Declaration not required)
☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

Form ID No.   0215

MON – 13 APR AA
STANDARD OVERNIGHT

08608
NJ-US
EWR

XP TINA

519

TRK# 8697 9531 8931
(0215) 8697 9531 8931

8697 9531 8931

FedEx

© 2005 FedEx
58KG3/887D/484B
100% Recycled Paperboard
MINIMUM 35% POST CONSUMER CONTENT