# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

New Rite Aid, LLC

Case No.: 25-14861

Hearing Date: June 9, 2026

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF HEARING

You are hereby notified of a hearing before _____ Michael B. Kaplan _____,
in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing:** MOTION TO ENFORCE COURT ORDER, COMPEL ASSIGNMENTS OF INSURANCE RIGHTS, AND FOR SANCTIONS

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan

- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)

- If **In-Person**, at the following address:    Courtroom No. __8__

  Clarkson S. Fisher US Courthouse, 402 E. State St., Trenton, NJ 08608

**Date/Time of Hearing:** June 9, 2026 at 1:00 p.m. _____, or as soon thereafter as counsel may be heard.

**Court Appearances:**    ( ● ) **Required by Zoom**    ( ) **Required In-Person**

( ) **Required by Telephone**    ( ) **Are NOT Required**

DATE: April 30, 2026

JEANNE A. NAUGHTON, Clerk
By: Wendy Quiles _____, Deputy Clerk

---

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 30, 2026 _____ this notice was served on the following:

Debtor , Debtor's Attorney , US Trustee and Marshell Landrum.

JEANNE A. NAUGHTON, Clerk
By: Wendy Quiles _____, Deputy Clerk

*rev. 8/24/23*