UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein PA
Attorney for HVP2 LLC
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510
email:shmuel.klein@verizon.net
Attorney ID 0851987

In Re:

RITE AID CORPORATION, et al.,
Debtors

| | |
|---|---|
| Case No.: | 25-14861 (MBK) |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 6-11-26 ~~X-XX-26~~ |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, _____Shmuel Klein_____ :

   ☒ represent _____HVP2 LLC_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _5-4-26_ ~~X-XX-26~~, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion for post petition Common Area Charges, certification, memorandum of law and proposed order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ~~X-XX-26~~ 5-4-26 _____    /s/ Shmuel Klein _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | UST | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Kaup acts as the Liquidating Trustee<br>200 Newberry Commons,<br>Etters, Pennsylvania 17319 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |