**Standard Sweeping Inv#1512 - 05 25** PDF

File   Edit   View   Help

Page 1 of 2   Edit   Mark up   Sign a copy

**STANDARD**

Invoice #: 1512
Invoice Date: 6/3/25
Due: 7/3/25

PropUp Management Group C/O Troy SRALP LLC.
12 Jeffrey Place
Monsey, NY 10952

Standard Sweeping, LLC.
PO Box 267
Ballston Spa, NY 12020

will@propupgroup.com

(518) 365-6981
inquire@standardsweeping.com

**Service address:**
75 Vandenburgh Ave.
Troy, NY 12180

| Service Date | Item | Unit Cost | Quantity | Price |
|---|---|---|---|---|
| 5/1/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/2/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/3/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/6/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/7/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/8/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/9/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/10/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/13/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/14/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/15/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/16/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/17/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/20/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/21/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/22/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/23/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/24/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/27/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/28/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/29/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/30/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |
| 5/31/25 | **5xwk: Sweeping/Portering** | $190.00 | 1 | $190.00 |

Subtotal: $4370.00

Sales Tax: $349.60

**Total: $4719.60**

To pay this invoice online using a credit or debit card, you can do so by clicking here or by copying and pasting the following url into your browser:
https://app.nektyd.com/standard-sweeping-llc-/invoice/pay?iid=272333&p=a0i2gz