

**HEATING · COOLING · REFRIGERATION**

27 RAILROAD AVE
ALBANY, NY 12205
518-482-8288
518-459-4721 FAX

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2025 | 210335 |

| Bill To | Ship To |
|---|---|
| PROPUP GROUP<br>12 JEFFREY PLACE<br>MONSEY, NY 10952 | 75 VANDENBURGH AVE<br>TROY, N.Y. 12180 |

| P.O. No. | | Terms | Rep |
|---|---|---|---|
| 28629 | | Net 30 | JSB |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| INSTALLED BRYANT 3 TON RTU W/ ADAPTER CURB | | 15,354.00 | 15,354.00T |
| CREDIT CARD PRICE ; $15,968.00 | | | 0.00T |

| | |
|---|---|
| Subtotal | $15,354.00 |
| Sales Tax  (0.00) | $0.00 |
| **Total** | $15,354.00 |

Thank You !