# nationalgrid

| | | |
|---|---|---|
| **SERVICE FOR**<br>TROY SRALP LLC<br>75 63 1/2 VANDENBURGH AVE<br>HSE<br>TROY NY 12180 | **BILLING PERIOD**<br>Apr 24, 2025 to May 23, 2025 | **PAGE 1 of 4** |
| | **ACCOUNT NUMBER**<br>20188-82116 | **PLEASE PAY BY**<br>Jun 21, 2025 | **AMOUNT DUE**<br>$ 490.54 |

www.nationalgridus.com

C & I BUSINESS TEAM M-F 8-5
**1-800-664-6729**

GAS EMERGENCIES
**1-800-892-2345**
*(Does not replace 911 emergency medical service)*

OUTAGE AND ELECTRIC EMERGENCIES
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West**
**Syracuse, NY 13202**

DATE BILL ISSUED
**May 28, 2025**

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 495.17 |
| Payment Received on MAY 19 (*ACH*)    *THANK YOU* | - 495.17 |
| Current Charges | + 490.54 |
| **Amount Due ▶** | **$ 490.54** |

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | OTHER CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|---|
| Electric Service | 266.97 | 240.81 | | 507.78 |
| Gas Service | 29.15 | .00 | | 29.15 |
| Other Charges/Adjustments | | | -46.39 | -46.39 |
| **Total Current Charges** | **$ 296.12** | **$ 240.81** | **-$ 46.39** | **$ 490.54** |

📌 Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

📌 **Payment concerns?** We are here to help. To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:** During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

### Enrollment Information

To enroll with a supplier or change to another supplier, you will need the following information about your account:
Loadzone Capital
Acct No: 20188-82116  Cycle: 19, TROY

| Electric Usage | | Gas Usage | |
|---|---|---|---|
| **Month** | **kWh** | **Month** | **Therms** |
| May 24 | 3430 | May 24 | 00 |
| Jun 24 | 3473 | Jun 24 | 00 |
| Jul 24 | 3411 | Jul 24 | 00 |
| Aug 24 | 3458 | Aug 24 | 00 |
| Sep 24 | 4043 | Sep 24 | 00 |
| Oct 24 | 4443 | Oct 24 | 01 |
| Nov 24 | 4688 | Nov 24 | 09 |
| Dec 24 | 5693 | Dec 24 | 31 |
| Jan 25 | 5602 | Jan 25 | 41 |
| Feb 25 | 5055 | Feb 25 | 63 |
| Mar 25 | 4251 | Mar 25 | 14 |
| Apr 25 | 3974 | Apr 25 | 04 |
| May 25 | 3439 | May 25 | 00 |

**Billed Demand Last 12 months**

| | |
|---|---|
| Minimum | 10.7 |
| Maximum | 11.1 |
| Average | 10.9583 |

KEEP THIS PORTION FOR YOUR RECORDS.

RETURN THIS PORTION WITH YOUR PAYMENT.

# nationalgrid

300 Erie Blvd West
Syracuse NY 13202-0960

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| **20188-82116** | **Jun 21, 2025** | **$ 490.54** |

ENTER AMOUNT ENCLOSED

$ [                    ]

*Write account number on check and make payable to National Grid*

TROY SRALP LLC
C/O ACRE BH ENTERPRISES LLC
12 JEFFREY PL
MONSEY NY 10952

062357

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000049054 20188821166000049054172