# nationalgrid

| SERVICE FOR | BILLING PERIOD | PAGE **1 of 4** |
|---|---|---|
| TROY SRALP LLC | May 23, 2025 to Jun 24, 2025 | |
| 75 63 1/2 VANDENBURGH AVE | | |
| TROY NY 12180 | | |

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 18988-82160 | Jul 20, 2025 | **$ 57.30** |

www.nationalgridus.com

C & I BUSINESS TEAM M-F 8-5
**1-800-664-6729**

GAS EMERGENCIES
**1-800-892-2345**
*(Does not replace 911 emergency medical service)*

OUTAGE AND ELECTRIC EMERGENCIES
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West
Syracuse, NY 13202**

DATE BILL ISSUED
**Jun 26, 2025**

### ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 56.48 |
| Payment Received on JUN 24 (*ACH*)   *THANK YOU* | - 56.48 |
| Current Charges | + 57.30 |
| **Amount Due ▶** | **$ 57.30** |

### SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | OTHER CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|---|
| Electric Service | 26.82 | 3.76 | | 30.58 |
| Gas Service | 29.15 | .00 | | 29.15 |
| Other Charges/Adjustments | | | -2.43 | -2.43 |
| **Total Current Charges** | **$ 55.97** | **$ 3.76** | **-$ 2.43** | **$ 57.30** |

 Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

 **Payment concerns?** We are here to help. To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:** During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

**Enrollment Information**

To enroll with a supplier or change to another supplier, you will need the following information about your account:
Loadzone  Capital
Acct No:  18988-82160  Cycle: 19, TROY

| Electric Usage | | Gas Usage | |
|---|---|---|---|
| **Month** | **kWh** | **Month** | **Therms** |
| Jun 24 | 29 | Jun 24 | 00 |
| Jul 24 | 26 | Jul 24 | 00 |
| Aug 24 | 26 | Aug 24 | 00 |
| Sep 24 | 28 | Sep 24 | 00 |
| Oct 24 | 30 | Oct 24 | 00 |
| Nov 24 | 34 | Nov 24 | 00 |
| Dec 24 | 46 | Dec 24 | 12 |
| Jan 25 | 100 | Jan 25 | 42 |
| Feb 25 | 105 | Feb 25 | 49 |
| Mar 25 | 40 | Mar 25 | 02 |
| Apr 25 | 36 | Apr 25 | 00 |
| May 25 | 32 | May 25 | 00 |
| Jun 25 | 33 | Jun 25 | 00 |

KEEP THIS PORTION FOR YOUR RECORDS.

RETURN THIS PORTION WITH YOUR PAYMENT.

# nationalgrid

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| **18988-82160** | **Jul 20, 2025** | **$ 57.30** |

300 Erie Blvd West
Syracuse NY 13202-0960

ENTER AMOUNT ENCLOSED

$ _____

*Write account number on check and make payable to National Grid*

TROY SRALP LLC
PROPUP GROUP
12 JEFFREY PL
MONSEY NY 10952

084859

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000005730 1898882160100000573020l