B&B Universal Concrete - 75 Vandenburgh Ave Troy Invoice 04.27.2025 #1  PDF

# B&B Universal Concrete LLC

**294A South Greenfield Road**
**Greenfield Center, NY 12833**

Bobbie Jo Cell: 518-376-4118
Bobbie Email: bobbie.bbuniversalconcrete@yahoo.com

Ken Cell: 518-470-0118
Ken Email: kenmerchantmason@yahoo.com

Fax: (518) 893-5058

Invoice submitted to:

Troy SRALP, LLC
12 Jefferey Place
Monsey, NY 10952

Attn: Will Borchers

Cell: (484) 339-4607

Email: will@propupgroup.com

Date: 6/13/2025

Job Description:

75 Vandenburgh Ave.
Troy, NY 12180

**Invoice:**

**Concrete Work**

| | |
|---|---|
| Contract Complete: | $ 59,045.00 |
| Labor to Install Drain / with pipe, excavate and remove existing material off site for water reservoir, install filter cloth, install stone with water reservoir | $ 19,150.00 |
| Pour Concrete pads and reinstall 2 concrete benches (2 Men / 6 Hours) | $  1,200.00 |
| Grade, Top Soil, Seed and Spread Straw (3 Men / 6 Hours) | $  1,800.00 |
| Filter Cloth | $    577.00 |
| Top Soil | $    551.00 |
| #2 Stone | $  4,659.00 |
| Grass Seed | $    138.00 |
| Fuel for 13 Trucks | $  1,545.00 |
| **Total:** | **$  88,665.00** |