Case 25-14861-MBK   Doc 3730-28   Filed 05/04/26   Entered 05/04/26 17:34:22   Desc
Exhibit V - locksmith   Page 1 of 1

Loudon Locksmith 04.07.25  PDF

File   Edit   View   Help

18 of 42

Page 1 of 1      Edit      Mark up      Sign a copy

175%

**LOUDON LOCKSMITH SERVICE, INC.**
595 New Loudon Road Suite 125
Latham, New York 12110
**(518) 482-8066**

NAME: Will Broaher

ADDRESS: 12 Jeffrey Pl., Monsey, NY 10952    DATE 04/07/25

Job: 75 Vandenburgh Ave, Troy, NY 12180

RES. PHONE

BUS. PHONE: will@propupgroup.com

LOCATION CHARGED □

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | Service call and labor to supply and install new frame, door, and hardware | | |

Payment Due When Service Rendered – Credit Card Fee Additional

CUSTOMER'S SIGNATURE   X Ashley

AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE                    DATE

ADDRESS

IF AUTO

YEAR    MAKE    LICENSE/SERIAL NUMBER

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| □ SERVICE CHG. □ TRIP CHG. | |
| SUBTOTAL | |
| TAX | |
| TOTAL | $4860.00 |

36200

**WORK ORDER INVOICE**