| Date | Description | Time | Fees | Balance |
|---|---|---|---|---|
| 5/6/2025 | Call from HVP Client re Rite Aid Bankruptcy. Review leases and accounting | 1 | $500.00 | $500.00 |
| 5/7/2025 | prepare and file HVP notice of appearance | 0.5 | $250.00 | $750.00 |
| 5/7/2025 | prepare and file HVP adequate protection motion | 1 | $500.00 | $1,250.00 |
| 5/7/2025 | Review dockets and petitions | 3 | $1,500.00 | $2,750.00 |
| 05/08/25 | Review schedules | 2 | $1,000.00 | $3,750.00 |
| 05/09/25 | review Order Approving Auction and Bidding Procedures and Scheduling Certain Dates and Deadlines. | 1 | $500.00 | $4,250.00 |
| 11-May | Review Interim Order Authorizing the Debtors to Obtain Postpetition Financing | 1 | $500.00 | $4,750.00 |
| 11-May | Review Order  Authorizing Rejection agreements | 0.5 | $250.00 | $5,000.00 |
| 11-May | Review Interim Order Closing stores | 0.5 | $250.00 | $5,250.00 |
| 11-May | Review Notice of additional closings | 0.5 | $250.00 | $5,500.00 |
| 12-May | Review sales brochure and conditions | 0.5 | $250.00 | $5,750.00 |
| 15-May | write motion admin expenses | 1 | $500.00 | $6,250.00 |
| 16-May | review 341 notice | 0.1 | $50.00 | $6,300.00 |
| 18-May | Review second store closing filing | 0.5 | $250.00 | $6,550.00 |
| 18-May | Review motion to seal | 1 | $500.00 | $7,050.00 |
| 18-May | Review of amended notice of sale | 0.4 | $200.00 | $7,250.00 |
| 18-May | Review notice of asset purchase agreements | 1 | $500.00 | $7,750.00 |
| 18-May | Write objection to creditors committee | 1 | $500.00 | $8,250.00 |
| 18-May | Write objection to sale | 1 | $500.00 | $8,750.00 |
| 18-May | reviewed redlines of previous filed proposed orders | 2 | $1,000.00 | $9,750.00 |
| 18-May | review of successful sales of CVS Walgreens | 1 | $500.00 | $10,250.00 |
| 05/19/25 | review UCC reservation of rights | 0.2 | $100.00 | $10,350.00 |
| | review Order shorten time | 0.2 | $100.00 | $10,450.00 |
| | review Chubb limited objection | 0.2 | $100.00 | $10,550.00 |
| | review  Greenwood objection | 0.2 | $100.00 | $10,650.00 |
| | review Chestnut objection | 0.2 | $100.00 | $10,750.00 |
| | review FTC objection | 0.2 | $100.00 | $10,850.00 |
| | review Chu objection | 0.2 | $100.00 | $10,950.00 |
| | review US attorney objection | 0.2 | $100.00 | $11,050.00 |
| | review Regency objection | 0.2 | $100.00 | $11,150.00 |
| | review Redondo etc objection | 0.2 | $100.00 | $11,250.00 |
| | review Westwood objection | 0.2 | $100.00 | $11,350.00 |
| | review McKesson objection | 0.2 | $100.00 | $11,450.00 |
| 05/20/25 | review notice of agenda | 0.2 | $100.00 | $11,550.00 |
| 5/20/2025 | review emails from clients re tomorrow hearing | 0.3 | $150.00 | $11,700.00 |
| | review respond email from Paul Weiss that hearing only about 3 states | 0.2 | $100.00 | $11,800.00 |
| | review amended UCC | 0.1 | $50.00 | $11,850.00 |
| 05/21/25 | Review 3 supplemental filings to cure objections to sale order | 2 | $1,000.00 | $12,850.00 |
| | prepare for hearing | 1 | $500.00 | $13,350.00 |
| | review cure and discuss with Gallshea | 0.5 | $250.00 | $13,600.00 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| | hearing on sale order | 2.5 | $1,250.00 | $14,850.00 |
| 5/22/2025 | review various orders | 1 | $500.00 | $15,350.00 |
| 5/23/2025 | review omnibus order | 0.4 | $200.00 | $15,550.00 |
| 5/25/2025 | review third notice store closing | 0.3 | $150.00 | $15,700.00 |
| 5/27/2025 | review motion shorten time to extend assumption | 0.2 | $100.00 | $15,800.00 |
| | review motion to extend | 0.3 | $150.00 | $15,950.00 |
| | write opp to extend | 1 | $500.00 | $16,450.00 |
| 5/28/2025 | write suppl certf HVP | 1 | $500.00 | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |
| | | | | $16,950.00 |