## SHEET NOTES

1. OPEN TO STRUCTURE ABOVE
2. LINE OF MEZZANINE ABOVE
3. ROOF HATCH
4. OVERHEAD COILING GRILLE
5. RECESSED LIGHT FIXTURES IN SOFFIT TO BE CENTERED OVER FIXTURES BELOW, TYP.
6. LINE OF WALL ABOVE
7. A. 24" X 24" ACCESS HATCH IN CANOPY CEILING. G.C. TO COORDINATE LOCATION WITH SIGNAGE AND LIGHTS. PAINT TO MATCH MF-1
   B. 30" X 30" ACCESS HATCH IN CANOPY CEILING. G.C. TO COORDINATE LOCATION WITH SIGNAGE AND LIGHTS. PAINT TO MATCH MF-1
8. DIFFUSERS COLOR: PAINT P-6 TO MATCH ACT
9. PROVIDE HOLD DOWN CLIPS
10. CANOPY DIRECT MOUNTED LIGHTS. SEE ELECTRICAL FOR DETAILS

## GENERAL NOTES

1. CEILING GRID TO BE INSTALLED IN ACCORDANCE WITH ASTM C-636-96. HANGER WIRES TO BE PLUMB TO WITHIN 1 OF 6 OR SHALL HAVE COUNTER WIRE ATTACHED ACCORDINGLY.
2. REFER TO SHEET A-803 FOR FINISH MATERIAL SCHEDULE
3. REFER TO FIRE PROTECTION DRAWINGS FOR FIRE SERVICE RISER. A VERTICAL BACKFLOW IS REQUIRED
4. SPRINKLER HEAD LOCATIONS ARE FOR COORDINATION PURPOSE ONLY.
5. ALL DIMENSIONS ARE TAKEN TO THE CENTERLINE OF CLOUD/RING. COORDINATE FINAL LOCATIONS WITH RITE AID APPROVED FIXTURE PLANS

## LEGEND

ROOM — ROOM NAME
### — ROOM NUMBER
XX — CEILING HEIGHT
XX — CEILING MATERIAL
XX — CEILING FINISH

WOOD GRAIN DIRECTION

- 2X4 LED LIGHT FIXTURE. SEE ELECTRICAL DRAWINGS FOR ADDITIONAL INFORMATION
- 15" SQUARE LED LIGHT FIXTURE. SEE ELECTRICAL DRAWINGS FOR ADD'L INFORMATION
- 6X4 LED LIGHT FIXTURE. SEE ELECTRICAL DRAWINGS FOR ADDITIONAL INFORMATION
- CEILING MOUNTED RECESSED DOWN LIGHT
- ILLUMINATED EXIT SIGN.
- CEILING MOUNTED EMERGENCY LIGHT FIXTURE
- WALL MOUNTED EMERGENCY LIGHT FIXTURE
- EXTERIOR WALL PACK LIGHT FIXTURE MOUNTED MIN. OF 12" ABOVE DOOR
- EXTERIOR EMERGENCY LIGHT FIXTURE MOUNTED MIN. OF 24" ABOVE DOOR
- SUSPENDED ACOUSTICAL CEILING
- GYP. BD. CEILING
- MECHANICAL DIFFUSER
- MECHANICAL RETURN GRILLE
- SPRINKLER HEAD – FINAL LOCATION BY SPRINKLER CONTRACTOR
- UNIT HEATER
- SOUND SYSTEM

BRUCE RONAYNE HAMILTON ARCHITECTS

ARCHITECTURE
LAND PLANNING
INTERIOR DESIGN
3D VISUALIZATION

RITE AID STORE #10687
75 VANDENBURGH AVENUE
RENSSELAER COUNTY
TROY, NEW YORK

RITE AID

REVISIONS

Drawn
Checked
Approved

Project No. 14-119
Date: 6/5/16

### Title
REFLECTED CEILING PLAN – CLOUD PLAN AND PHARMACY

### Sheet No.
A-103A

NOTE: ALL DIMENSIONS TO CENTERLINE OF CLOUDS AND RINGS

| A3 | REFLECTED CEILING PLAN |
| --- | --- |
| 1/8" = 1'-0" | |