UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William P. Reiley
**BALLARD SPAHR LLP**
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
E-mail: reileyw@ballardspahr.com

Matthew G. Summers (admitted *pro hac vice*)
Nicholas J. Brannick (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
         brannickn@ballardspahr.com

*Ross Dress For Less, Inc.*

---

In Re:

NEW RITE AID, LLC, *et al*[1]

              Debtors.

Chapter 11

Case No.  25-14861 (MBK)

(Jointly Administered)

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that William P. Reiley will

be substituted as attorney of record for Justin E. Kerner in this case on behalf of Ross Dress For

Less, Inc. Matthew G. Summers and Nicholas J. Brannick of Ballard Spahr LLP will also remain

counsel of record for Ross Dress For Less, Inc.

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

Date: May 12, 2026                                    Respectfully Submitted,


                                                      */s/ Justin E. Kerner*
                                                      Justin E. Kerner
                                                      **TROUTMAN PEPPER LOCKE**
                                                      104 Carnegie Center Drive, Suite 203
                                                      Princeton, NJ 08540
                                                      Telephone: (609) 452-0808
                                                      Facsimile: (609) 452-1147
                                                      E-mail: justin.kerner@troutman.com


                                                      *Former Attorney*



Date: May 12, 2026                                    Respectfully Submitted,


                                                      */s/ William P. Reiley*
                                                      William P. Reiley
                                                      **BALLARD SPAHR LLP**
                                                      700 East Gate Drive, Suite 330
                                                      Mount Laurel, NJ 08054
                                                      Telephone: (856) 761-3400
                                                      Facsimile: (856) 761-1020
                                                      E-mail: reileyw@ballardspahr.com


                                                      *Substituted Attorney*

2