UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William P. Reiley
**BALLARD SPAHR LLP**
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
E-mail: reileyw@ballardspahr.com

Matthew G. Summers (admitted *pro hac vice*)
Nicholas J. Brannick (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
        brannickn@ballardspahr.com

*Ross Dress For Less, Inc.*

In Re:

NEW RITE AID, LLC, *et al[1]*

        Debtors.

Chapter 11

Case No.  25-14861 (MBK)

(Jointly Administered)

**CERTIFICATION OF SERVICE**

1.  I, William P. Reiley:

☒ represent Ross Dress For Less, Inc. in this matter.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents

Click or tap here to enter text. in this matter.

☐ am the Click or tap here to enter text.in this case and am representing myself.

2.  On May 12, 2026, I cause a copy of the following pleading and/or document to be served

---

[1] The last four digits of Debtor New Rite Aid, LLC's tax identification number are 1843. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid2025. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 200 Newberry Commons, Etters, Pennsylvania 17319.

electronically on those parties requesting electronic service through the Court's CM/ECF system.

- Notice of Substitution of Attorney

3.      I certify under penalty of perjury that the above document was sent using the mode of service described herein.

Dated: May 12, 2026

/s/ William P. Reiley
William P. Reiley
**BALLARD SPAHR LLP**
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
E-mail: reileyw@ballardspahr.com