Case 3:25-cv-17579-RK Document 11 Filed 09/14/26 Page 1 of 1 PageID: 702

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW RITE AID, LLC, et al.,<br><br>Debtors. | Bankruptcy Case No. 25-14861 (MBK) |
| HVP2 LLC,<br><br>Appellant,<br><br>v.<br><br>NEW RITE AID, LLC, et al.,<br><br>Appellees. | Civil Action No. 25-17579 (RK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Appellant HVP2 LLC's appeal from the United States Bankruptcy Court for the District of New Jersey's November 3, 2025 "Order Denying Motion for Adequate Protection, And Motion to Compel Payment of Administrative Expenses." ("Order," No. 25-14861 (Bankr. D.N.J.), ECF No. 3161.) After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 14th day of September, 2026,

**ORDERED** that the Bankruptcy Court's Order is **AFFIRMED**; and it is further

**ORDERED** that the Clerk of Court shall close this case.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE